IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | **ORDER** |
| CAMP LEJEUNE WATER LITIGATION ) | |

The Clerk of Court will maintain a Master Docket case file under the style "In re: Camp LeJeune Water Litigation." The court will enter a later order identifying who is permitted to file in the Master Docket.

The court ORDERS those who would like to serve as Plaintiffs' Leadership Counsel or on Plaintiffs' Steering Committee to submit materials to the court not later than May 26, 2023. The materials should identify: (1) the qualifications; (2) the proposed leadership structure; (3) common fund issues; and (4) proposed length of appointments (such as one year, subject to renewal).

Once the court has determined whether and to what extent it will adopt any proposed leadership structure, the court anticipates seeking input from the plaintiffs on creating a master complaint, input from the defendant on a master answer or other responsive pleading to the master complaint, a process for consolidating discovery, a process for phased discovery, a process for coordinating expert-related motions, a process for coordinating dispositive motions, a process for bellwether selection, a process for trials, and a process for settlement negotiations.

As part of the discovery process, the court anticipates formulating an ESI protocol, resolving issues associated with the scope of discovery, seeking input on use of stipulations to streamline discovery, and seeking input on some form of database with narrowly tailored questions seeking case-crucial information for each plaintiff and the defendant. Cf. In re World Trade Ctr. Disaster Site Litig., 598 F. Supp. 3d 498, 506–22 (S.D.N.Y. 2009).

Some lawyers who are not admitted to the bar of this court have requested permission to appear in multiple Camp Lejeune Justice Act cases pursuant to Local Civil Rule 83.1(e). The court has decided to create a process for lawyers who are not members of the bar of this court to appear in multiple Camp Lejeune Justice Act cases. See Local Civil Rule 1.1 (noting court's authority to alter "these rules" in any particular case). Each lawyer who is not a member of the bar of this court must complete a pro hac vice motion on the form attached to this order. Local counsel shall file each motion electronically in each case in which the out-of-district lawyer seeks to appear, even if that lawyer previously filed a notice of special appearance. The motion shall include the e-mail address and contact information of the lawyer seeking admission and be accompanied by the $100 fee per lawyer per case. Each lawyer who is admitted pro hac vice pursuant to this process must file a notice of special appearance within ten days of the filing date of the order granting the pro hac vice motion, unless the lawyer previously filed a notice of special appearance prior to the date of this order.[1]

SO ORDERED. This 24th day of April, 2023.

_____
RICHARD E. MYERS II
Chief United States District Judge

_____
TERRENCE W. BOYLE
United States District Judge

_____
LOUISE W. FLANAGAN
United States District Judge

_____
JAMES C. DEVER III
United States District Judge

---

[1] If the lawyer is not already a CM/ECF filer within the EDNC, he or she must submit an Electronic Filing Attorney Registration form within seven days of the order granting the pro hac vice motion.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
_____ DIVISION

No. _____

_____, )
)
Plaintiff, )
) **MOTION FOR ADMISSION**
v. ) **PRO HAC VICE**
) **and AFFIDAVIT**
_____, )
)
Defendant. )

_____ ("Local Counsel"), a member in good standing with the Bar of the United States District Court for the Eastern District of North Carolina ("EDNC"), moves for the admission of _____ ("Applicant"), who seeks permission to represent _____ ("Client") in this above-captioned Camp LeJeune Justice Act case.

By signing this motion, Local Counsel and Applicant certify that:

1. Applicant is a member in good standing of the bar of the highest court of the State or Territory where Applicant regularly practices law, which is _____.

2. Applicant practices under the name of or as a member of the following firm:

Firm name: _____

Mailing Address: _____

City / State / Zip: _____

Telephone Number: _____ Facsimile Number: _____

Email Address (required): _____

1

3. Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions: _____

_____

_____

4. Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission pro hac vice in this or any other jurisdiction or had pro hac vice admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, Applicant must attach a separate explanation including particular information disclosing the disciplinary history or denial of admission.

5. Applicant certifies that the client requested Applicant to represent s/he in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the EDNC, including the Local Rules of the EDNC, and amenable to the disciplinary action of the civil jurisdiction of the EDNC in all respects as if Applicant were a regularly admitted and licensed member of the Bar of this court.

7. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the EDNC.

8. The required $100 fee for admission pro hac vice in this case is being submitted with the filing of this motion.

9. Applicant consents to electronic notification and is a registered CM/ECF filer in the EDNC or will submit an Electronic Filing Attorney Registration Form within seven days if this motion is granted.

By signing this Motion, we so certify.

This, the _____ day of _____, 20__.

_____        _____
Local Counsel                                            Applicant

Attorney Name:
Bar Number:
Firm Name:
Firm Address:
Firm City/State/Zip:
Telephone Number:
Fax Number:
Email Address:

3

Case 7:23-cv-00897-RJ   Document 1   Filed 04/25/23   Page 5 of 5