IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 7:23-CV-897

IN RE:                                    )
                                          )
CAMP LEJEUNE WATER LITIGATION             )        **O R D E R**
                                          )
                                          )

Pursuant to the court's April 25, 2023, Order [D.E. 1], individuals who would like to serve as Plaintiffs' Leadership Counsel or on Plaintiffs' Steering Committee are required to submit materials to the court not later than May 26, 2023.

It is hereby ORDERED that those materials must either be mailed or hand-delivered to the clerk's office in Raleigh. It is further ordered that any submissions must contain an original and five (5) copies.

SO ORDERED. This the 22nd day of May, 2023.

Robert B. Jones, Jr.
United States Magistrate Judge