IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE:<br>CAMP LEJEUNE WATER LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Case No. 7:23-CV-897<br><br>UNITED STATES' MOTION FOR PERMISSION TO FILE IN THE MASTER DOCKET |

The United States respectfully seeks permission to file in the Master Docket established for all Camp Lejeune Justice Act ("CLJA") cases by the initial case management order. *In re: Camp Lejeune Water Litigation*, No. 7:23-cv-00897-RJ, at Dkt. 1 (E.D.N.C. April 25, 2023) ("Master Docket Order"). The Master Docket Order indicated that a subsequent order would identify who is permitted to file in the master docket, but no such order has been issued to date. The United States is the only defendant in this litigation. As such, the United States petitions this Honorable Court for permission to file a motion in the Master Docket to address the diverging case management procedures that are developing, pending the forthcoming consolidated case management process that was signaled by the Master Docket Order signed by all four of the Honorable District Judges of this Court. Therefore, the United States seeks leave to file the United States' Motion for a Consolidated Case Management Order and for Extension of Time in the Master Docket.

The United States' Proposed Motion for a Consolidated Case Management Order and for Extension of Time is attached as Exhibit 1, its Memorandum in Support is attached as Exhibit 2, and a Proposed Order is attached as Exhibit 3.

DATED this 20th day of June, 2023.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Assistant Director, Torts Branch
Environmental Torts Litigation Section

*/s/ Adam Bain*
ADAM BAIN
Senior Trial Counsel, Torts Branch
Environmental Torts Litigation Section
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: adam.bain@usdoj.gov
Telephone: (202) 616-4209
Fax: (202) 616-4473

LACRESHA A. JOHNSON
DANIEL C. EAGLES
Trial Attorneys, Torts Branch
Environmental Torts Litigation Section


Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2023, a copy of the foregoing document was filed via the Court's ECF system and served on counsel of record through the ECF system.

*/s/ Daniel C. Eagles*
Daniel C. Eagles
