IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE:<br>CAMP LEJEUNE WATER LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Case No. 7:23-CV-897<br><br>[PROPOSED] ORDER |

For good cause having been shown upon the motion of the United States of America for an extension of time, it is hereby ORDERED that all deadlines in all cases filed in this district under the Camp Lejeune Justice Act of 2022 ("CLJA"), Pub. L. No. 117-168, § 804, 136 Stat. 1802, 1802-04 (2022), are extended until the issuance of a global case management order that sets appropriate deadlines for CLJA matters.

So ORDERED THIS _____ day of June, 2023.

_____

United States District Judge