IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | **ORDER** |
| CAMP LEJEUNE WATER LITIGATION ) | |

The court has reviewed the materials submitted by attorneys and third parties regarding service in Plaintiffs' Leadership Council, pursuant to the court's previous orders on April 25, 2023 [D.E. 1] and May 22, 2023 [D.E. 4].

Unless good cause is shown by July 3, 2023, why the process should not proceed, the court will conduct finalist interviews based on those submissions on a date to be determined. Not all attorneys who submitted materials will be interviewed. After completing its interviews, the court anticipates that it will announce the members comprising Plaintiffs' Leadership Council by subsequent Notice.

Plaintiffs' Leadership Council will also be responsible for proposing any additional Plaintiff leadership structure, including subcommittees, that it anticipates will help facilitate an efficient resolution to this litigation (collectively, "Plaintiffs' Leadership Group").

The Plaintiffs' Leadership Group, in consultation with the attorneys for the United States, will be initially responsible for submitting case management proposals to the Court regarding: (1) the creation of any necessary master pleadings; and proposals for: (2) consolidating discovery; (3) coordinating expert-related motions; (4) coordinating dispositive motions; (5) bellwether selection; (6) trials; (7) settlement negotiations; and (8) establishing and managing a common fund.

1

Based on proposals by Plaintiffs' Leadership Council, the court anticipates that it will enter master case management orders applicable to all Plaintiffs and attorneys participating in the Plaintiffs' Leadership Group. Plaintiffs' Leadership Council will be responsible for managing those participants' compliance with any master case management orders.

The court emphasizes that participation in the Plaintiffs' Leadership Group is optional.

The court ORDERS those who object to the above interview and selection process for Plaintiffs' Leadership Council to submit good cause supporting its objections to the clerk's office in Raleigh by mail or hand delivery on or before July 3, 2023.

SO ORDERED. This 20th day of June, 2023.

RICHARD E. MYERS II
Chief United States District Judge

TERRENCE W. BOYLE
United States District Judge

LOUISE W. FLANAGAN
United States District Judge

JAMES C. DEVER III
United States District Judge