IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 7:23-CV-897

IN RE: )
 ) ORDER
CAMP LEJEUNE WATER LITIGATION )

The undersigned has been assigned to manage the Master Docket for the CLJA litigation, Master Case No. 7:23-CV-897 ("Master Docket").

This matter is before the court on the United States' Motion for Permission to File in the Master Docket. [DE-5]. The United States seeks permission to file a Motion for a Consolidated Case Management Order and for Extension of Time in the Master Docket. [DE-5-1]. The court anticipates that, after conferring with the parties, it will enter a case management order addressing, among other things, the contents of the Master Docket.

Accordingly, the United States' Motion for Permission to File in the Master Docket is denied without prejudice.

So ordered, the 22nd day of June 2023.

Robert B. Jones, Jr.
United States Magistrate Judge