IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-cv-897

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | **ORDER EXTENDING DEADLINES** |
| | ) | **IN INDIVIDUAL CASES** |
| This Document Relates To: | ) | |
| ALL CASES | ) | |

For good cause having been shown upon the joint motion of the Parties, the Court orders that all responsive pleading deadlines, discovery deadlines, and all other deadlines in all Camp Lejeune Justice Act cases in this District—including individual complaints filed after the date of this order, if any—are extended until September 1, 2023, to give the Parties time to propose to the Court and for the Court to enter a global case management order.

SO ORDERED this _____ day of _____, 2023.


_____
RICHARD E. MYERS II
Chief United States District Judge

_____
TERRENCE W. BOYLE
United States District Judge


_____
LOUISE W. FLANAGAN
United States District Judge

_____
JAMES C. DEVER III
United States District Judge