IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
7:23-CV-897

IN RE: )
 )  **ORDER EXTENDING DEADLINES**
CAMP LEJEUNE WATER LITIGATION )

This matter is before the court on Plaintiffs' Lead Counsel, Co-Lead Counsel, and Defendant United States' ("Parties") Joint Status Report and Joint Motion for Extension of Deadlines in Individual Cases Pending the Filing of a Global Case Management Order. [D.E. 11].

There being good cause shown, the court ORDERS that all responsive pleading deadlines, discovery deadlines, and all other deadlines in all Camp Lejeune Justice Act ("CLJA") cases in this district—including individual complaints filed after the date of this order, if any—are extended until September 1, 2023, to give the Parties time to propose a global case management order to the court.

SO ORDERED. This 2nd day of August, 2023.

_____
RICHARD E. MYERS II
Chief United States District Judge

_____
TERRENCE W. BOYLE
United States District Judge

_____
LOUISE W. FLANAGAN
United States District Judge

_____
JAMES C. DEVER III
United States District Judge

1