IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| THIS PLEADING RELATES TO: | ) |
| ALL CASES | ) |

## DECLARATION OF JOHN F. BASH IN SUPPORT OF OPPOSITION TO MOTION FOR RECONSIDERATION OF LEADERSHIP

I, John F. Bash, declare as follows:

1. I am an attorney at Quinn Emanuel Urquhart & Sullivan LLP. I am a member of the Plaintiffs' Executive Committee in the above captioned matter, and Co-Chair of the Law and Briefing Subcommittee. I have personal knowledge of all matters stated in this declaration. If called as a witness, I could competently testify to the facts herein.

2. Attached hereto as Exhibit A is a true and correct copy of a letter signed by Roy T. Willey, IV, Paul Doolittle, and Blake G. Abbott, addressed to James Edward Bell, III, Elizabeth Joan Cabraser, Robin Lynn Greenwald, Zina Bash, Mona Lisa Wallace, James A. Roberts, III, and Michael Dowling, dated August 15, 2023.

3. Attached hereto as Exhibit B is a true and correct copy of email correspondence between Zina Bash and Paul Doolittle dated July 25, 2023 through July 26, 2023.

4. Attached hereto as Exhibit C is a true and correct copy of email correspondence among several people dated August 15, 2023 through August 16, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: August 28, 2023

/s/ *John F. Bash*
John F. Bash
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
300 W. 6th St.
Austin, TX 78701
Phone (737) 667-6100
Fax (737) 667-6110
johnbash@quinnemanuel.com