# EXHIBIT B

| | |
|---|---|
| **From:** | Paul Doolittle <pauld@akimlawfirm.com> |
| **Sent:** | Wednesday, July 26, 2023 11:23 AM |
| **To:** | Zina Bash |
| **Subject:** | Re: CLJ Intro - Paul Doolittle |

Thank you and I will be calling you from my cell which is 843-834-4712.

On Wed, Jul 26, 2023 at 11:21 AM Zina Bash <zina.bash@kellerpostman.com> wrote:
> You can call me now if you're free, before I get on a plane back to austin. 956-345-9462
>
> Get Outlook for iOS
>
> ---
>
> **From:** Paul Doolittle <pauld@akimlawfirm.com>
> **Sent:** Wednesday, July 26, 2023 11:19:15 AM
> **To:** Zina Bash <zina.bash@kellerpostman.com>
> **Subject:** Re: CLJ Intro - Paul Doolittle
>
> Just following up to see if you have a few minutes to chat sometime today?
>
> On Tue, Jul 25, 2023 at 8:02 AM Paul Doolittle <pauld@akimlawfirm.com> wrote:
>> I don't want to jam up your day. What time tomorrow works for you?
>>
>> On Tue, Jul 25, 2023 at 7:21 AM Zina Bash <zina.bash@kellerpostman.com> wrote:
>>> Hi Paul. I'm flexible for the next hour—then I catch a flight to DC and the day gets jammed. I'll be back in austin late tomorrow afternoon so I can talk then too.
>>>
>>> **Zina Bash**
>>> Partner
>>>
>>> Keller | Postman
>>> 111 Congress Avenue, Suite 500 | Austin, TX, 78701
>>> 512.620.8375 | Email | Bio | Website
>>>
>>> Get Outlook for iOS
>>>
>>> ---
>>>
>>> **From:** Paul Doolittle <pauld@akimlawfirm.com>
>>> **Sent:** Tuesday, July 25, 2023 5:57:44 AM
>>> **To:** Ashley Barriere <ashley.barriere@kellerpostman.com>
>>> **Cc:** Zina Bash <zina.bash@kellerpostman.com>
>>> **Subject:** Re: CLJ Intro - Paul Doolittle
>>>
>>> Thank you Ashley and Zina if you have any time today or tomorrow for a quick call, please let me know.
>>>
>>> On Mon, Jul 24, 2023 at 8:14 PM Ashley Barriere <ashley.barriere@kellerpostman.com> wrote:
>>>> Hi Zina-

I've copied Paul Doolittle, who we've worked with on the APAP MDL.  He was hoping to chat with you about CLJ and the committee process.

I will leave you guys to it!

Ashley

--
**Paul J. Doolittle, Esq.**
**Director Class Action and Mass Torts Division**

*www.RespectResults.com*
Practice Areas / Locations / Attorneys / Results

NOTICE: This email contains information belonging to Poulin | Willey | Anastopoulo, LLC. This message is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately reply to this message or notify us by telephone at 800-313-2546 and delete the message.

--
**Paul J. Doolittle, Esq.**
**Director Class Action and Mass Torts Division**



*www.RespectResults.com*
Practice Areas / Locations / Attorneys / Results

NOTICE: This email contains information belonging to Poulin | Willey | Anastopoulo, LLC. This message is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately reply to this message or notify us by telephone at 800-313-2546 and delete the message.

NOTICE: This email contains information belonging to Poulin | Willey | Anastopoulo, LLC. This message is intended solely for the use of the individual to whom it is addressed and may contain information that is privileged, confidential, or

2
Case 7:23-cv-00897-RJ   Document 16-3   Filed 08/28/23   Page 3 of 4

otherwise exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately reply to this message or notify us by telephone at 800-313-2546 and delete the message.