IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-cv-897

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **JOINT STATUS REPORT AND** |
| CAMP LEJEUNE WATER LITIGATION | ) | **SUBMISSION OF PROPOSED CASE** |
| | ) | **MANAGEMENT ORDER** |
| This Document Relates To: | ) | |
| ALL CASES | ) | |
| | ) | |

Plaintiffs' Lead Counsel and Co-Lead Counsel (collectively "Plaintiffs' Leadership") and counsel for Defendant United States of America ("Defendant," collectively with Plaintiffs' Leadership the "Parties") respectfully submit to this Honorable Court a Proposed Case Management Order (Attachment A), per the Parties' Joint Status Report of July 28, 2023 (DE 11), where the Parties contemplated providing a Proposed Case Management Order with "an imminent deadline for filing a master complaint, a deadline for a master responsive pleading, and other case-related deadlines pertaining to the prompt completion of discovery and the commencement of bellwether trials." *Id.* p. 1. The Parties committed to the Court that, on or before August 28, 2023, they would provide a Proposed Case Management Order that "will establish a deadline for filing a master complaint, short-form complaint, and master responsive pleading, among other things." *Id*. ¶¶ 6, 8.

The Parties have met, both in person and virtually, numerous times to discuss the Proposed Case Management Order and have collaboratively reached agreement on many salient issues— including a Proposed Short Form Complaint (Attachment D). Notwithstanding the Parties' reaching significant consensus, there are two key areas of divergence: (i) the manner in which plaintiffs are selected for trial; (ii) the timeline for discovery and trials. Plaintiffs' Leadership and

Defendant, therefore, have included separate proposed language for Section XI of the Proposed Case Management Order, "Discovery and Trial Plan," and submit statements in support of each Party's alternative version (Attachments B and C).

Accordingly, the Parties hereby submit for the Court's consideration the following:

1) Proposed Case Management Order, which includes both Parties' alternative versions of Section XI (Attachment A).

2) Plaintiffs' Leadership's statement in support of Plaintiffs' version of Section XI (Attachment B).

3) Defendant's statement in support of Defendant's version of Section XI (Attachment C).

4) Proposed Short Form Complaint (Attachment D).

WHEREFORE, the Parties respectfully submit this Joint Status Report.

DATED this 28th day of August 2023.                Respectfully submitted,

/s/ J. Edward Bell, III                            BRIAN M. BOYNTON
J. Edward Bell, III (admitted *pro hac vice*)      Principal Deputy Assistant Attorney General
Bell Legal Group, LLC                              Civil Division
219 Ridge St.
Georgetown, SC 29440                               J. PATRICK GLYNN
Telephone: (843) 546-2408                          Director, Torts Branch
jeb@belllegalgroup.com                             Environmental Torts Litigation Section
*Lead Counsel for Plaintiffs*
                                                   BRIDGET BAILEY LIPSCOMB
/s/ Zina Bash                                      Assistant Director, Torts Branch
Zina Bash (admitted *pro hac vice*)                Environmental Torts Litigation Section
Keller Postman LLC
111 Congress Avenue, Ste. 500                      /s/ Adam Bain
Austin, TX 78701                                   ADAM BAIN
Telephone: 956-345-9462                            Senior Trial Counsel, Torts Branch
zina.bash@kellerpostman.com                        Environmental Torts Litigation Section
*Co-Lead Counsel for Plaintiffs*                   U.S. Department of Justice
*and Government Liaison*                           P.O. Box 340, Ben Franklin Station
                                                   Washington, D.C. 20044
/s/ Robin Greenwald                                E-mail: adam.bain@usdoj.gov
Robin L. Greenwald (admitted *pro hac vice*)       Telephone: (202) 616-4209
Weitz & Luxenberg, P.C.

700 Broadway
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com
*Co-Lead Counsel for Plaintiffs*

<u>*/s/ Elizabeth Cabraser*</u>
Elizabeth Cabraser (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111
Phone (415) 956-1000
ecabraser@lchb.com
*Co-Lead Counsel for Plaintiffs*

<u>*/s/ W. Michael Dowling*</u>
W. Michael Dowling (NC Bar No. 42790)
The Dowling Firm PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
mike@dowlingfirm.com
*Co-Lead Counsel for Plaintiffs*

<u>*/s/ James A. Roberts, III*</u>
James A. Roberts, III (N.C. Bar No.: 10495)
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410
P. O. Box 17529
Raleigh, NC 27619-7529
Telephone: (919) 981-0191
Fax: (919) 981-0199
jar@lewis-roberts.com
*Co-Lead Counsel for Plaintiffs*

<u>*/s/ Mona Lisa Wallace*</u>
Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
*Co-Lead Counsel for Plaintiffs*

<u>*/s/ Hugh R. Overholt*</u>
Hugh R. Overholt (NC Bar No. 016301)

LACRESHA A. JOHNSON
HAROON ANWAR
DANIEL C. EAGLES
NATHAN J. BU
Trial Attorneys, Torts Branch
Environmental Torts Litigation Section
*Counsel for Defendant United States of America*

Ward and Smith P.A.
Post Office Box 867
New Bern, NC  28563-0867
Telephone:  (252) 672-5400
hro@wardandsmith.com
*Liaison Counsel for Plaintiffs*

*/s/ A. Charles Ellis*
A. Charles Ellis (N.C. Bar No.:  010865)
Ward and Smith P.A.
Post Office Box 8088
Greenville, NC  27835-8088
Telephone:  (252) 215-4000
ace@wardandsmith.com
*Liaison Counsel for Plaintiffs*