IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE:<br>CAMP LEJEUNE WATER LITIGATION<br><br>This Document Relates To:<br>ALL CASES | Case No. 7:23-CV-897<br><br>UNITED STATES' NOTICE OF CHANGE OF ADDRESS |

Pursuant to Local Civil Rule 83.3, the United States notifies the court of its counsels' change of address. Effective August 21, 2023, the new street address for counsel from the United States Department of Justice's Environmental Torts Litigation Section is:

1100 L Street NW
Room 4055
Washington, DC 20005

All deliveries should be sent via private delivery service to the street address above. If a delivery must be sent via U.S. Mail, it will experience significant delay due to security precautions and should be sent to the following post office box address:

P.O. Box 340
Ben Franklin Station
Washington, DC 20044

Counsel from the Environmental Torts Litigation Section have been instructed to update their addresses in PACER.

DATED this 31st day of August, 2023.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Assistant Director, Torts Branch
Environmental Torts Litigation Section

*/s/ Adam Bain*
ADAM BAIN
Senior Trial Counsel, Torts Branch
Environmental Torts Litigation Section
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: adam.bain@usdoj.gov
Telephone: (202) 616-4209
Fax: (202) 616-4473

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

## CERTIFICATE OF SERVICE

I hereby certify that on August 31st, 2023, a copy of the foregoing document was filed via the Court's ECF system and served on counsel of record through the ECF system.

*/s/ Adam Bain*
ADAM BAIN