# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
## No. 7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **CAMP LEJEUNE WATER LITIGATION** ) | **ORDER EXTENDING DISCOVERY** |
| ) | **DEADLINES IN INDIVIDUAL CASES** |
| This Document Relates to: ) | |
| ALL CASES ) | |
| ) | |
| ) | |

For good cause having been shown upon the unopposed motion of the Parties, the Court orders that all pending discovery deadlines in all individual Camp Lejeune Justice Act cases in this District in which the United States has filed Answers are extended up to and including October 2, 2023.

SO ORDERED this _____ day of _____, 2023.

_____  _____
RICHARD E. MYERS II  TERRENCE W. BOYLE
Chief United States District Judge  United States District Judge

_____  _____
LOUISE W. FLANAGAN  JAMES C. DEVER III
United States District Judge  United States District Judge