IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | Case No: 7:23-cv-897 |
| | ) | |
| | ) | UNITED STATES' NOTICE OF |
| This Document Relates To: | ) | CAMP LEJEUNE ELECTIVE OPTION |
| ALL CASES | ) | |

The United States respectfully provides this Notice to inform the Court that, on September 6, 2023, the Department of Justice and the Department of the Navy announced the finalization and publication of a voluntary settlement process, called the "Elective Option," to help veterans and others more quickly resolve qualifying claims under the Camp Lejeune Justice Act (CLJA) of 2022.

Further information describing the Elective Option is set forth in the Public Guidance on Elective Option for Camp Lejeune Justice Act Claims. The Public Guidance is attached here as **Exhibit A**, and is also available online at:

https://www.navy.mil/Portals/1/clja/Public_Guidance_Elective_Option_CLJA.pdf.

Respectfully submitted on September 7, 2023.

          BRIAN M. BOYNTON
          Principal Deputy Assistant Attorney General
          Civil Division

          J. PATRICK GLYNN
          Director, Torts Branch
          Environmental Torts Litigation Section

          BRIDGET BAILEY LIPSCOMB
          Assistant Director, Torts Branch
          Environmental Torts Litigation Section

    */s/ Adam Bain*
ADAM BAIN
Senior Trial Counsel, Torts Branch
Environmental Torts Litigation Section
U.S. Department of Justice
P. O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: adam.bain@usdoj.gov
Telephone: (202) 616-4209
Fax: (202) 616-4473

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2023, a copy of the foregoing Notice was filed via the Court's ECF system and served on counsel of record through the ECF system.

                                                 */s/ Adam Bain*
                                                 Adam Bain