IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | **ORDER AMENDING CASE** |
| CAMP LEJEUNE WATER LITIGATION ) | **MANAGEMENT ORDER NO. 2** |
| ) | |

Pursuant to this Court's inherent powers and Federal Rules of Civil Procedure 1, 16(c)(2)(L), and 42(a)(3), the Court AMENDS Case Management Order No. 2 as follows:

1. Section IV.D. is amended to reflect that notwithstanding the stay of all CLJA actions on individual dockets, each counsel for Defendant is required to file a Notice of Appearance in each individual CLJA action in which they are served with a Notice of Service pursuant to Standing Order 23-SO-1.

2. Section VI. is amended to reflect that each Plaintiff's counsel is required to file a Notice of Appearance or Notice of Special Appearance in each individual CLJA action in which counsel represents a plaintiff, as required by Local Civil Rule 5.2(a). Section VI. is further amended to reflect that each Plaintiff's counsel not admitted to practice before this Court is required to follow the process set forth in the Court's April 24, 2023 Order, including filing the pro hac vice motion attached to that Order, in each individual CLJA action in which counsel represents a plaintiff.

In all other respects, Case Management Order No. 2 remains in effect.

SO ORDERED. This the 27th day of September, 2023.

RICHARD E. MYERS II
Chief United States District Judge

TERRENCE W. BOYLE
United States District Judge

LOUISE W. FLANAGAN
United States District Judge

JAMES C. DEVER III
United States District Judge