IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | **ORDER** |
| CAMP LEJEUNE WATER LITIGATION ) | |

Pursuant to Case Management Order No. 2 [D.E. 5], an initial status conference will be held on Monday, October 30th at 11:00 a.m. EDT at 201 South Evans St, Rm 209 Greenville, NC 27858. After the initial status conference and unless otherwise specified, the court will hold additional status conferences on the first and third Tuesday of every month at 10:00 a.m. EDT at a location to be determined.

Until further notice from the court, Plaintiffs' Lead Counsel, the Government Liaison, Co-Lead Counsel, Liaison Counsel, or their designees shall appear in person. Other counsel may attend by telephone; dial-in information shall be provided by later order.

After the initial status conference, the Parties shall comply with the meet and confer and joint status report requirements set forth in Case Management Order No. 2. [D.E. 5 at V]

At each status conference, the Parties should be prepared to discuss the following:

a. Update on number and status of CLJA actions filed in the District;

b. Update on number and status of administrative claims with the Department of Navy;

c. Update on the stipulations entered into between the Parties since the last status conference;

d. Summary of the discovery conducted since the last status conference;

e. Update on individual and global settlement efforts; and

1

f. Any other issues the Parties wish to raise with the court.

SO ORDERED. This 19th day of October, 2023.

*[signature]*
RICHARD E. MYERS II
Chief United States District Judge

*[signature]*
TERRENCE W. BOYLE
United States District Judge

*[signature]*
LOUISE W. FLANAGAN
United States District Judge

*[signature]*
JAMES C. DEVER III
United States District Judge

2