# Camp Lejeune Water Litigation Monthly Time Report

Firm Name: _____

Date: _____

| Categories: 1. Leadership Case Management Duties 2. Leadership calls/meetings 3. Admin 4. Court appearances 5. Pleadings/Briefing 6. Research 7. Litigation strategy 8. Doc review & analysis 9. Discovery 10. Experts 11. Settlement 12. Trial prep 13. Trial 14. Appeal 15. Miscellaneous |
|---|

| Last Name, First Name | Professional Level: Partner (PT), Associate (A), Contract (C), Of Counsel (OC), or Paralegal (PR) | Date of Service | Category Code | Detailed Description of Work Performed | Co-Lead Counsel Who Assigned Or Approved Work | Billing Rate | Time Spent (by 0.1 increments) | Fees Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## Camp Lejeune Water Litigation Monthly Expense Report

Firm Name: _____

Date: _____

Categories: 1. Assessment Fees  2. Federal Express / Local Courier, etc.  3. Postage Charges  4. In-House Photocopying  5. Outside Photocopying  6. Hotels  7. Meals  8. Mileage  9. Air Travel  10. Deposition Costs  11. Lexis/Westlaw  12. Court Fees  13. Witness / Expert Fees  14. Investigation Fees / Service Fees  15. Transcripts  16. Ground Transportation (i.e. Rental, Taxis, etc.)  17. Miscellaneous (Describe)

| Last Name, First Name | Date | Category Code | Detailed Description | Co-Lead Counsel Who Assigned Or Approved Work | Amount | Receipt Provided: Yes/No (if no, provide reason) |
|---|---|---|---|---|---|---|
| | | | | | | |