IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **CAMP LEJEUNE WATER LITIGATION** ) | **JOINT NOTICE OF FILING OF PROPOSED** |
| ) | **PROTOCOL FOR DOCUMENT COLLECTION** |
| ) | **AND PRODUCTION** |
| This Documents Relates to: ) | |
| ALL CASES ) | |
| ) | |

Plaintiffs' Lead Counsel and Co-Lead Counsel (collectively "Plaintiffs' Leadership") and counsel for Defendant United States of America ("Defendant," collectively with Plaintiffs' Leadership the "Parties") respectfully submit to this Honorable Court for consideration the following proposed Protocol for Document Collection and Production pursuant to Case Management Order No. 2, entered on September 26, 2023 (D.E. 23).

WHEREFORE, the Parties respectfully submit this Joint Notice.

DATED this 26th day of October 2023.                                                                 Respectfully submitted,

/s/ J. Edward Bell, III                                                       BRIAN M. BOYNTON
J. Edward Bell, III (admitted *pro hac vice*)    Principal Deputy Assistant Attorney General
Bell Legal Group, LLC                                              Civil Division
219 Ridge St.
Georgetown, SC 29440                                           J. PATRICK GLYNN
Telephone: (843) 546-2408                                      Director, Torts Branch
jeb@belllegalgroup.com                                          Environmental Torts Litigation Section
*Lead Counsel for Plaintiffs*
                                                                                   BRIDGET BAILEY LIPSCOMB
                                                                                   Assistant Director, Torts Branch
                                                                                   Environmental Torts Litigation Section

1

/s/ *Zina Bash*
Zina Bash (admitted *pro hac vice*)
Keller Postman LLC
111 Congress Avenue, Ste. 500
Austin, TX 78701
Telephone: 956-345-9462
zina.bash@kellerpostman.com
*Co-Lead Counsel for Plaintiffs and Government Liaison*

/s/ *Robin Greenwald*
Robin L. Greenwald (admitted *pro hac vice*)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com
*Co-Lead Counsel for Plaintiffs*

/s/ *Elizabeth Cabraser*
Elizabeth Cabraser (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111
Phone (415) 956-1000
ecabraser@lchb.com
*Co-Lead Counsel for Plaintiffs*

/s/ *W. Michael Dowling*
W. Michael Dowling (NC Bar No. 42790)
The Dowling Firm PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
mike@dowlingfirm.com
*Co-Lead Counsel for Plaintiffs*

/s/ *Adam Bain*
ADAM BAIN
Senior Trial Counsel, Torts Branch
Environmental Tort Litigation Section
United States Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: adam.bain@usdoj.gov
Telephone: (202) 616-4209
Fax: (202) 616-4473

LACRESHA A. JOHNSON
HAROON ANWAR
DANIEL C. EAGLES
NATHAN J. BU
Trial Attorneys, Torts Branch
Environmental Torts Litigation Section
*Counsel for Defendant United States of America*

*/s/ James A. Roberts, III*
James A. Roberts, III (N.C. Bar No.: 10495)
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410
P. O. Box 17529
Raleigh, NC 27619-7529
Telephone: (919) 981-0191
Fax: (919) 981-0199
jar@lewis-roberts.com
*Co-Lead Counsel for Plaintiffs*

*/s/ Mona Lisa Wallace*
Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
*Co-Lead Counsel for Plaintiffs*

*/s/ Hugh R. Overholt*
Hugh R. Overholt (NC Bar No. 016301)
Ward and Smith P.A.
Post Office Box 867
New Bern, NC 28563-0867
Telephone: (252) 672-5400
hro@wardandsmith.com
*Liaison Counsel for Plaintiffs*

*/s/ A. Charles Ellis*
A. Charles Ellis (N.C. Bar No.: 010865)
Ward and Smith P.A.
Post Office Box 8088
Greenville, NC 27835-8088
Telephone: (252) 215-4000
ace@wardandsmith.com
*Liaison Counsel for Plaintiffs*