# CLJA Litigation: Towards Global Resolution

September 20, 2023

# We need to jointly create 8 elements

| Category | Element | Task for plaintiffs and DOJ |
|---|---|---|
| **Legal substance** | Fields | **Develop** a list of data points necessary and sufficient to establish the <u>viability</u> and <u>value</u> of a claim. |
| | Documentation requirements | For each data point, **agree on** (1) what documentation must support the data point for it to "count" and (2) which party is responsible for supplying that documentation. |
| | Valuation formulas | **Design** condition-specific formulas that take in certain of the agreed-upon data points and generate sum-certain settlement offers. |
| **Process** | Claim workflow | **Design** the specific processes through which (1) claimants will populate fields and supply required documentation and (2) the administrator will review submissions and make offers. |
| | Exceptional processes | **Explore and agree on** processes for claimants to seek additional review of extraordinary injuries. |
| | Validation & disbursement | **Set up** the mechanism through which clients will be validated, settlements will be offered, and accepted settlements will be paid. |
| **Infrastructure** | Staff/administrator | **Select** an administrator to design the workflow in detail, hire staff to process claims, manage implementation, and report back to the parties. |
| | Data & reporting | **Build** a data & reporting system to store claim submissions, generate analytics, and track progress. |

# High-level roadmap

| | | | 30-Nov-23 | 31-Jan-24 | |
|---|---|---|---|---|---|
| **Overall** | | | Conceptual design | Build | >Facility becomes available |
| **Legal substance** | Fields | Parties negotiate | ▲Fields set | | |
| | Documentation requirements | | Parties negotiate | | |
| | Valuation formulas | | Parties discuss conceptual approach | ▲Requirements set<br>Parties negotiate condition-specific formulas | |
| **Process** | Claim workflow | | | Conceptual design | Detailed design alongside administrator |
| | Exceptional processes | | | | Parties negotiate |
| | Validation & disbursement | | | | Design and build with administrator |
| **Infrastructure** | Staff/administrator | | RFP | Administration standup | |
| | Data & reporting | | | ▲Vendor selected | Design and build with administrator |
| **EDNC Litigation** | | | | | Waves of condition-wise trials |