# Exhibit F

Press Release: Camp Lejeune Justice Act Headed to President's Desk (Aug. 3, 2022)

Home / Media / Press Releases

# Camp Lejeune Justice Act Headed to President's Desk

August 3, 2022   **Press Release**

**Washington, D.C.**– Today, Reps. Greg Murphy (NC-03), Matt Cartwright (PA-08), and David Price (NC-04) applauded the Senate passage of their bipartisan legislation, the Camp Lejeune Justice Act which will now head to the president's desk as part of the Honoring our PACT Act. The **Camp Lejeune Justice Act**, which will soon become law, will provide long-overdue judicial relief to victims of water contamination at Camp Lejeune.

"When we send our men and women overseas, we make a promise to care for them when they come home" **said Rep. Greg Murphy** (NC-03). "We failed our veterans when they were exposed to toxic drinking water at Camp Lejeune, and it is up to us to make it right. Our bipartisan bill, the *Camp Lejeune Justice Act* eliminates burdensome red tape to ensure that those exposed to toxic chemicals, including servicemembers, Marine dependents, civil servants, and contractors, can receive their day in court. As the proud representative of more than 89,000 veterans, I am honored to lead the effort to make sure our Camp Lejeune community gets the long-overdue care and benefits they've earned. I am relieved to see so much bipartisan support for the Camp Lejeune Justice Act today, and I look forward to having our bill finally become law for families in Eastern North Carolina."

"After years of commitment to this issue, I am grateful that my colleagues on both sides of the aisle agreed to pass this crucial legislation so that poisoned Camp Lejeune veterans can finally seek justice," said **Rep. Matt Cartwright** (PA-08). "The servicemembers who signed up to defend their country and the people who supported them at Camp Lejeune were let down by their government. Having H.R. 6482, the *Camp Lejeune Justice Act*, included in the *Honoring Our PACT Act*, is an important step forward to ensure military families, civil servants and contractors can receive the benefits and health care they deserve. As the author of *The Camp Lejeune Justice Act*, I will continue to advocate on behalf of all military members and their families."

"The federal government has a responsibility to care for our veterans, service members, and their families – but that's not what happened at Camp Lejeune when thousands were exposed to contaminated tap water for decades. Those affected have suffered for far too long, and they deserve justice--including their day in court," **said Rep. David Price** (NC-04). "I am grateful for the tireless advocacy of Marines and their families, supportive allies, and congressional colleagues that has encouraged us to persevere in getting this deferral of justice corrected. I am proud to see our bill head to the President's desk as a prominent part of Honoring our PACT, a historic package which honors our commitment to those who have served our country."

###

**Issues:  Veterans**

## MEDIA

**Media Contacts**

**Press Releases**

**Photos**

**Washington, D.C. Office**
407 Cannon House Office Building

**Greenville Office**
1105 Corporate Drive
Suite C
Greenville, NC 27858

**Jacksonville Office**
815 New Bridge Street
PO Box 1487
Jacksonville, NC 28540

**Manteo Office**
954 Marshall C. Collins Dr
Room 194

**New Bern Office**
2402 Dr. M.L.K. Jr. Blvd.
New Bern, NC 28562
Phone: (252) 636-6612



ABOUT   CONTACT   ISSUES   MEDIA   SERVICES   WATERS SUMMIT   ISRAEL EVACUATION

Murphy, MD
PO Box 1000
Manteo, NC 27954

Copyright   Privacy   House.gov   Accessibility