# EXHIBIT LIST

| EXHIBIT | DESCRIPTION |
|---|---|
| **Exhibit A** | Kaustuv Basu, *Camp Lejeune Legal Fees Under Fire as Veterans' Claims Spike*, Bloomberg Law (Dec. 29, 2022) |
| **Exhibit B** | Press Release: Cartwright, Murphy, Price Introduce Camp Lejeune Justice Act (March 26, 2021) |
| **Exhibit C** | Press Release: Rep. Cartwright Announces House Passage of Camp Lejeune Justice Act, included in the Honoring Our PACT Act (Mar. 4, 2022) |
| **Exhibit D** | Press Release: Tillis, Blumenthal, Burr, and Peters Introduce the Camp Lejeune Justice Act to Ensure Legal Rights for Water Contamination Victims (Nov. 4, 2021) |
| **Exhibit E** | Press Release: Senate Passes Bipartisan Bill to Help Veterans Exposed to Toxic Substances, Including Ross-Supported Camp Lejeune Justice Act (Jun. 16, 2022) |
| **Exhibit F** | Press Release: Camp Lejeune Justice Act Headed to President's Desk (Aug. 3, 2022) |