IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No: 7:23-cv-897

| | | |
|---|---|---|
| IN RE: ) | | |
| CAMP LEJEUNE WATER LITIGATION ) | | **ORDER REGARDING** |
| ) | | **DISCOVERY POOL PROFILE FORM** |
| ) | | |
| This Document Relates To: ) | | CASE MANAGEMENT ORDER [ ] |
| ALL CASES ) | | |

1. The Court Approves the Discovery Pool Profile Form ("DPPF") attached as Exhibit A.

2. Each Plaintiff who was selected as a Track 1 Discovery Plaintiff shall complete a DPFF within 45 days of this Order, or their selection as a Track 1 Discovery Plaintiff, whichever is later. *See* CMO 2, § XI.A.iv.c., D.E. 23.

3. The DPPF and authorizations shall be served electronically to Defendant by Justice Enterprise File Sharing ("JEFS").

4. The DPPF shall serve as a substitution for plaintiff's interrogatories under the Federal Rules of Civil Procedure and shall be treated by the Parties as such. Except as provided in the foregoing sentence, nothing in the DPPF shall be deemed to limit the Federal Rules of Civil Procedure or the Federal Rules of Evidence.

5. All information disclosed on a DPPF, the DPPF itself, and all related documents (including health care records and information) produced therewith or pursuant to an executed authorization shall be treated as marked Confidential and treated as "Confidential Information" pursuant to the terms of the Stipulated Protective Order, D.E. 36, entered by the Court on October 30, 2023.

IT IS SO ORDERED, this _____ day of _____, 2023.

_____  
RICHARD E. MYERS II  
Chief United States District Judge

_____  
TERRENCE W. BOYLE  
United States District Judge

_____  
LOUISE W. FLANAGAN  
United States District Judge

_____  
JAMES C. DEVER III  
United States District Judge