IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-cv-00897

| | |
|---|---|
| IN RE: )<br>)<br>CAMP LEJEUNE WATER LITIGATION )<br>)<br>This Document Relates To: )<br>ALL CASES )<br>) | **COURT ORDER ADOPTING LITIGA-TION MANAGEMENT DATABASE** |

In Case Management Order No. 2, this Court ordered "Plaintiffs' Leadership and counsel for Defendant [to] meet and confer and propose to the Court a litigation-management database within 60 days from the entry of [that] Order." (D.E. 23 at 13)

The Parties have jointly proposed Rubris, Inc.'s ("Rubris") Crosslink platform to serve as a litigation-management database for the Camp Lejeune Water Litigation, to keep track of items on the Court's docket, including Short Form Complaints.

The Court now orders the adoption of Crosslink or this purpose. To facilitate the efficient organization and analysis of information before the Court, the Court orders that—for all Short Form Complaints filed after the date of this Order—Plaintiffs' counsel use the Rubris Crosslink platform (https://crosslink.rubris.com) to populate, generate, and download Short Form Complaints for filing. Short Form Complaints downloaded from Crosslink should then be filed with the Court via CM/ECF in accordance with the requirements set forth in the Court's Case Management Order No. 2 (D.E. 23). Counsel for Plaintiffs who intend to file a Short Form Complaint after the date of this order are required to establish a Crosslink account by requesting access via e-mail sent to CrosslinkSupport@rubris.com, using the e-mail subject: "Camp Lejeune ECF and Form Management Crosslink Access." The e-mail should list the name, law firm, and

1

e-mail address of each individual requiring access to the Crosslink platform, along with the name of the attorney or firm representative who will serve as the administrator for the firm's account.

SO ORDERED this _____ day of _____, 2023.

_____
RICHARD E. MYERS II
Chief United States District Judge

_____
TERRENCE W. BOYLE
United States District Judge

_____
LOUISE W. FLANAGAN
United States District Judge

_____
JAMES C. DEVER III
United States District Judge