IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE:<br><br>CAMP LEJEUNE WATER LITIGATION<br><br>This Document Relates to:<br><br>*Merritt v. United States*, No. 7:23-cv-1367-D | **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

On behalf of Plaintiff Deborah Merritt, who brings suit as representative of the Estate of Richard Marsden, the Plaintiffs' Leadership Counsel ("PLC") under Rule 56 of the Federal Rules of Civil Procedure and Local Civil Rules 7.1 and 56.1 hereby respectfully moves for partial summary judgment and requests that the Court find that Ms. Merritt, who has been appointed as a representative of an estate of a qualifying deceased individual by a Missouri state court, qualifies as a "legal representative" who may bring an action under the Camp Lejeune Justice Act ("CLJA").

In support of this Motion, Plaintiff submits pursuant to Local Civil Rule 56.1(a)(1) a separate statement, in numbered paragraphs, of the material facts as to which the movant contends there is no genuine dispute. Plaintiff further submits Plaintiff's memorandum of law in support of motion for partial summary judgment filed contemporaneously herewith.

Wherefore, Plaintiff requests that this Court should grant partial summary judgment that Ms. Merritt qualifies as a proper "legal representative" within the meaning of the CLJA because she has been appointed a legal representative of her father's estate by a court of competent jurisdiction.

1

Dated: November 9, 2023                                    Respectfully submitted,

/s/ John. F. Bash                                          /s/ J. Edward Bell
John F. Bash (admitted *pro hac vice*)                     J. Edward Bell, III (admitted *pro hac vice*)
Quinn Emanuel Urquhart & Sullivan LLP                      Bell Legal Group, LLC
300 W. 6th St., Suite 2010                                 219 Ridge Street
Austin, TX 78701                                           Georgetown, SC 29440
Phone (737) 667-6100                                       Phone (843) 546-2408
Fax (737) 667-6110                                         Fax (843) 546-9604
johnbash@quinnemanuel.com                                  jeb@belllegalgroup.com
*Member, Plaintiffs' Executive Committee*                  *Lead Counsel*
*Co-Chair, Law and Briefing Subcommittee*

/s/ Elizabeth Cabraser                                     /s/ Zina Bash
Elizabeth Cabraser (admitted *pro hac vice*)               Zina Bash (admitted *pro hac vice*)
Lieff Cabraser Heimann & Bernstein, LLP                    Keller Postman LLC
275 Battery Street, Suite 2900                             111 Congress Avenue
San Francisco, CA 94111                                    Suite 500
Phone (415) 956-1000                                       Austin, TX 78701
Fax (415) 956-1008                                         Telephone: 956-345-9462
ecabraser@lchb.com                                         zina.bash@kellerpostman.com
*Co-Lead Counsel for Plaintiffs*                           *Co-Lead Counsel and Government Liaison*

/s/ W. Michael Dowling                                     /s/ Robin Greenwald
W. Michael Dowling (NC Bar No. 42790)                      Robin L. Greenwald (admitted *pro hac vice*)
The Dowling Firm PLLC                                      Weitz & Luxenberg, P.C.
Post Office Box 27843                                      700 Broadway
Raleigh, North Carolina 27611                              New York, NY 10003
Telephone: (919) 529-3351                                  Telephone: 212-558-5802
Fax: (919) 529-3351                                        rgreenwald@weitzlux.com
mike@dowlingfirm.com                                       *Co-Lead Counsel*
*Co-Lead Counsel*

/s/ James A. Roberts, III                                  /s/ Mona Lisa Wallace
James A. Roberts, III (N.C. Bar No.: 10495)                Mona Lisa Wallace (N.C. Bar No.: 009021)
Lewis & Roberts, PLLC                                      Wallace & Graham, P.A.
3700 Glenwood Avenue, Suite 410                            525 North Main Street
P. O. Box 17529                                            Salisbury, North Carolina 28144
Raleigh, NC 27619-7529                                     Tel: 704-633-5244
Telephone: (919) 981-0191                                  Fax: 704-633-9434
Fax: (919) 981-0199                                        *Co-Lead Counsel*
jar@lewis-roberts.com
*Co-Lead Counsel*