IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates to:

*Merritt v. United States*, No. 7:23-cv-1367-D

**PLAINTIFF'S RULE 56.1(a)(1) STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to E.D.N.C. Local Civil Rule 56.1(a)(1), Plaintiff files this statement of the material facts as to which there is no genuine dispute.

1. Plaintiff Deborah Merritt is the daughter of Colonel Richard Marsden, USMC Ret. *See* Bash Decl., Exs. B; D.

2. Colonel Marsden, then a resident of Missouri, filed an administrative claim with the Navy on March 24, 2023. Complaint ¶ 64.

3. Colonel Marsden died of bladder cancer on June 22, 2023. Bash Decl., Ex. C.

4. Colonel Marsden's will was probated in Missouri state court, and Ms. Merritt was issued letters testamentary on July 28, 2023. Bash Decl., Ex. D.

Respectfully submitted this 9th day of November, 2023.

/s/ John. F. Bash
John F. Bash (admitted *pro hac vice*)
Quinn Emanuel Urquhart & Sullivan LLP
300 W. 6th St., Suite 2010
Austin, TX 78701
Phone (737) 667-6100
Fax (737) 667-6110
johnbash@quinnemanuel.com
*Member, Plaintiffs' Executive Committee*
*Co-Chair, Law and Briefing Subcommittee*

/s/ Elizabeth Cabraser
Elizabeth Cabraser (admitted *pro hac vice*)
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111
Phone (415) 956-1000
Fax (415) 956-1008
ecabraser@lchb.com
*Co-Lead Counsel for Plaintiffs*

/s/ W. Michael Dowling
W. Michael Dowling (NC Bar No. 42790)
The Dowling Firm PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
Fax: (919) 529-3351
mike@dowlingfirm.com
*Co-Lead Counsel*

/s/ James A. Roberts, III
James A. Roberts, III (N.C. Bar No.: 10495)
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410
P. O. Box 17529
Raleigh, NC 27619-7529
Telephone: (919) 981-0191
Fax: (919) 981-0199
jar@lewis-roberts.com
*Co-Lead Counsel*

/s/ J. Edward Bell
J. Edward Bell, III (admitted *pro hac vice*)
Bell Legal Group, LLC
219 Ridge Street
Georgetown, SC 29440
Phone (843) 546-2408
Fax (843) 546-9604
jeb@belllegalgroup.com
*Lead Counsel*

/s/ Zina Bash
Zina Bash (admitted *pro hac vice*)
Keller Postman LLC
111 Congress Avenue
Suite 500
Austin, TX 78701
Telephone: 956-345-9462
zina.bash@kellerpostman.com
*Co-Lead Counsel and Government Liaison*

/s/ Robin Greenwald
Robin L. Greenwald (admitted *pro hac vice*)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com
*Co-Lead Counsel*

/s/ Mona Lisa Wallace
Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
Fax: 704-633-9434
*Co-Lead Counsel*