IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates to:

*Merritt v. United States*, No. 7:23-cv-1367-D

**PLAINTIFF'S APPENDIX TO LOCAL CIVIL RULE 56.1 STATEMENT OF MATERIAL FACTS**

| **Exhibit 1** | Declaration of John F. Bash In Support of Plaintiff's Motion For Partial Summary Judgment |
|---|---|
| | Exhibit A to the Declaration of John F. Bash, Transcript of Oct. 30, 2023 Status Conference |
| | Exhibit B to the Declaration of John F. Bash, Colonel Richard Marsden Military Records |
| | Exhibit C to the Declaration of John F. Bash, Colonel Richard Marsden Death Certificate |
| | Exhibit D to the Declaration of John F. Bash, Letters Testamentary Issued to Deborah S. Merritt |