# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# No. 7:23-CV-897

| | |
|---|---|
| IN RE:<br><br>CAMP LEJEUNE WATER LITIGATION<br><br>This Document Relates to:<br><br>*Merritt v. United States*, No. 7:23-cv-1367-D | **DECLARATION OF JOHN F. BASH IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

## DECLARATION OF JOHN F. BASH IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, John F. Bash, declare as follows:

1. I am an attorney at Quinn Emanuel Urquhart & Sullivan LLP. I am a member of the Plaintiffs' Executive Committee in the above captioned matter, and Co-Chair of the Law and Briefing Subcommittee. I have personal knowledge of all matters stated in this declaration. If called as a witness, I could competently testify to the facts herein.

2. Attached hereto as Exhibit A is a true and correct copy of the transcript of a status conference hearing that took place before this court in this matter on October 30, 2023.

3. Attached hereto as Exhibit B is a true and correct copy of Colonel Richard Marsden's Certificate of Release from Active Duty.

4. Attached hereto as Exhibit C is a true and correct copy of Colonel Richard Marsden's death certificate.

5. Attached hereto as Exhibit D is a true and correct copy of the July 28, 2023 letters testamentary appointing Deborah Merritt as the personal representative of Richard Marsden.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: November 9, 2023

/s/ *John F. Bash*
John F. Bash
QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
300 W. 6th St.
Austin, TX 78701
Phone (737) 667-6100
Fax (737) 667-6110
johnbash@quinnemanuel.com