# EXHIBIT B

# DD Form 214 — Certificate of Release or Discharge from Active Duty

| Field | Value |
|---|---|
| Form | DD FORM 214 (1 JUL 79) |
| 1. NAME (Last, first, middle) | MARSDEN, Richard Warren |
| 2. DEPARTMENT, COMPONENT AND BRANCH | USMC-11 |
| 3. SOCIAL SECURITY NO. | [redacted] |
| 4a. GRADE, RATE OR RANK | COL |
| 4b. PAY GRADE | O-6 |
| 5. DATE OF BIRTH | [redacted] |
| 6. PLACE OF ENTRY INTO ACTIVE DUTY | St Louis MO |
| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | HqBn 3rd MarDiv FMF FPO SanFran CA |
| 8. STATION WHERE SEPARATED | CasCo HQSVCBn MCRDep SDIEGO RUC 34024 |
| 9. COMMAND TO WHICH TRANSFERRED | None |
| 10. SGLI COVERAGE | AMOUNT $35,000 |

### 11. Primary Specialty

9906 – Colonel Ground — 04 yrs 06 mos
0302 – Infantry Officer — 21 yrs 11 mos

### 12. Record of Service

| | YEAR(S) | MON(S) | DAY(S) |
|---|---|---|---|
| a. Date Entered AD This Period | 64 | 07 | 01 |
| b. Separation Date This Period | 85 | 01 | 31 |
| c. Net Active Service This Period | 20 | 07 | 00 |
| d. Total Prior Active Service | 04 | 04 | 20 |
| e. Total Prior Inactive Service | 08 | 03 | 16 |
| f. Foreign Service | 04 | 07 | 00 |
| g. Sea Service | 00 | 06 | 00 |
| h. Effective Date of Pay Grade | 80 | 07 | 01 |
| i. Reserve Oblig. Term. Date | 00 | 00 | 00 |

### 13. Decorations, Medals, Badges, Citations and Campaign Ribbons

Pistol Sharp Shooter Badge, National Defense Service Medal, Vietnam Service Medal (w/3*), Vietnam Campaign Medal, Purple Heart Medal, Bronze Star (w/"V"), Letter of Appreciation, Combat Action Ribbon, Presidential Unit Citation, Navy Achievement Medal, Defense Meritorious Service Medal, Republic of Vietnam Cross of Gallantry (w/Palm & Frame),

### 14. Military Education

Basic School 32 wks, 1958, Airborne Terrian Appr 02 wks, 1959, Cold Weather Fld Indc C 01 wks, 1959, Summary & Special Courts 1965, Instr Orient 03 wks, 1968, Projectionist 02 wks, 1968, Nucl Wpns Orient 1967, MC Comd & Staff 39 wks, 1970, DOD Computer Inst 01 wks, 1970, SOFF Preventive Maint Crs 1972

| Field | Value |
|---|---|
| 15. Member Contributed to Post-Vietnam Era Veterans' Educational Assistance Program | NO |
| 16. High School Graduate or Equivalent | YES |
| 17. Days Accrued Leave Paid | HLB 0.5 SLB 54.0 |

### 18. Remarks

Cont. #13
Joint Service Commendation Medal
Sea Service Deployment Ribbon (w/1*)

| Field | Value |
|---|---|
| 19. Mailing Address After Separation | [redacted], Oceanside CA 92056 |
| 20. Member Requests Copy 6 be sent to | CA Dir. of Vet Affairs — YES |
| 22. Typed Name, Grade, Title of Official | P. W. BRADLEY SupvrMilPerTech GS-8 |

### Special Additional Information

| Field | Value |
|---|---|
| 23. Type of Separation | Retired |
| 24. Character of Service | HONORABLE |
| 25. Separation Authority | Title 10 U.S. Code Section 6323 |
| 26. Separation Code | RBD8 |
| 27. Reenlistment Code | N/A |
| 28. Narrative Reason for Separation | Transferred to Retirement List |
| 29. Dates of Time Lost During This Period | None |

S/N 0102-LF-000-2140

## CHRONOLOGICAL RECORD OF DUTY ASSIGNMENTS

| PERIOD FROM | PERIOD TO | UNIT OR ORGANIZATION | PRIMARY DUTIES | ADDITIONAL DUTIES |
|---|---|---|---|---|
| 7Jun57 | 21Jul57 | OffVolRes 9thMCRRD Chgo | Inactive | None |
| 24Jul57 | 29Mar58 | BaScol, MCS, QUANT | DUINS 4-57BC | |
| 29Apr58 | 22Jan59 | 1stBn, 2dInfTraRegt, MCB, Cam Pen, Calif | CoO, "A" Co, 3mos; CO, "A" Co, 2mos; CO, "F" Co, 1mo; CO, NCo, 2mos | BnSafetyO, 4mos BnFireSecurityO, 9mos |
| 23Jan59 | 29Apr59 | CoL3dBn1stMar1stMarDiv(Rein)FMF | CoONCo, 2mos | |
| 30Apr59 | 23Oct59 | CoD 1stBn 5thMar 1stMarDiv(Rein) FMF | PltComdr (3mos) | Mbr SPCM 3mos |
| 24Oct59 | 5Jan60 | CoC 1stBn 5thMar 1stMarDiv(Rein) | ExecO 6mos | |
| 6Jan60 | 14May60 | H&SCo 1stBn 5thMar 3dMarDiv(Rein) | PltComdr (2mos) Bn S-2 Off (3mos) | BnLegal Off (3mos) PerAffairsOff 7Jan1960 AltCustofClassMatt (1mo) AltPubContOff (1mo) AltCustofRegisPubl (1mo) BondO 8Jan60 |
| 15May60 | 19Sep60 | CoB, 1stBn, 5thMar, 3dMarDiv(Rein) | | |
| 6Oct60 | 10Oct60 | HqCo, H&SBn, MCRDep, SDiego 40, Calif | CO (5mos) HqCoOffice (5days) | |
| 11Oct60 | | 2dCruitTrngBn, MCRDep SDiego | CoO "F" Co (7mos) CO "F Co (3mos) | |
| 7Sep61 | 6Sep61 | | | |
| 13Sep61 | | DepCasSec, MCRDep, SDIEGO | Awaiting detachment (9 days) | |
| 14Sep61 | 1Jul64 | Hq 9th MCR&RD, K.C. Mo | Released | |
| 6Jul64 | 29Mar65 | H&SCo 1stBn 2dMar 2dMarDiv FMF CamLej N.C. | ASL CO H&SCo( 9 mo ) | |
| 30Mar65 | 30Jun65 | HqCo, 2dMar, 2dMarDiv, FMF, CamLej | Awtg Asg (3Mos) 1/Adj(15mos) | |
| | 12Jul66 | | | |
| 29Aug66 | 19Oct66 | | | Mngmnt Off (15 Mos) (3 Mos) |
| 20Oct66 | 22Feb67 | | (2mos) | |
| 25Feb67 | 3Sep67 | CCo, 2ndBn, 5thMar, 1stMarDiv(Rein) | S-3 (4 mo) | |
| 2Oct67 | 690711 | HqCoHqBnHqRegt, MCB, CamPen, Calif | CO (6 mo) UnrestrictedOff Train Off (G-3) (21 mos) | Censorship Off (6 mo) |
| 690804 | 700608 | Co "T", HqBn, MCB, QUANT | DUINS C&SC | |
| 700709 (205-70) | 720630 | Co , HqBn, HQMC, HH, Arlington, Va. | Counterinsurgency Officer, Operations Branch, G-3 | |

Handwritten note: Camp LeJuene July 6 1964 - July 12 1966

(Last) MARSDEN (First) Richard

494-32...