# EXHIBIT C

LOCAL REGISTRAR
FRANKLIN COUNTY HEALTH DEPT
414 E MAIN ST
UNION, MO 63084




MISSOURI DEPARTMENT OF HEALTH
AND SENIOR SERVICES
FEE RECEIPT
DEATH CERTIFICATION

REGISTRANT(S):

MILLER FUNERAL HOME
1206 JEFFERSON ST
WASHINGTON, MO 63090

RICHARD W MARSDEN
D9999-999999
15 COPY

MO 580-0698 (12-2022)

| YOUR RECENT REQUEST HAS BEEN ACTED UPON AS INDICATED BELOW: | | | | |
|---|---|---|---|---|
| DATE RECEIVED | TOTAL AMOUNT | AMOUNT THIS REQUEST | PROCESSING FEE REQUIRED | REFUND |
| 06/30/2023 | 168.00 | 14.00 | 0.00 | 0.00 |

**UNAPPLIED REMITTANCES ONLY VALID FOR ONE YEAR AFTER RECEIPT.** When you inquire about your request, please return this receipt. If a refund is indicated, it will be mailed within 30 to 60 days.



STATE OF MISSOURI

## DEATH CERTIFICATION

DATE FILED: JUNE 28, 2023 STATE FILE NUMBER: 124-23-305848

DECEDENT'S NAME: RICHARD W MARSDEN

DATE OF DEATH: JUNE 22, 2023
COUNTY OF DEATH: ST LOUIS CNTY
MARITAL STATUS: MARRIED
EVER IN ARMED FORCES: YES

DATE OF BIRTH:
SSN:
SEX: MALE

RESIDENCE ADDR: 9 ARBOR RD, ST LOUIS COUNTY , MISSOURI
SURV SPOUSE (PRIOR FIRST MARRIAGE): ALCENA JACKSON
FUNERAL HOME: MILLER FUNERAL HOME

CAUSE OF DEATH (ICD CODE):

MANNER: NATURAL

ADVANCED INVASIVE BLADDER CANCER

THIS IS A TRUE CERTIFICATION OF NAME AND DEATH FACTS AS RECORDED BY THE BUREAU OF VITAL RECORDS, JEFFERSON CITY, MISSOURI.

ISSUED LOCALLY BY: FRANKLIN
DATE ISSUED: JUNE 30, 2023

Dylan R. Bryant
State Registrar & Chief



THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.