# EXHIBIT D



# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

| Judge or Division: PROBATE | Case Number: 23SL-PR02644 | |
|---|---|---|
| In the Estate of RICHARD W. MARSDEN, Deceased. | | FILED<br>7/28/2023 12:20 PM<br>PROBATE DIVISION<br>ST. LOUIS COUNTY, MO |

## Letters Testamentary
(Independent Administration)

**The State of Missouri to All Persons Interested in the Estate of RICHARD W. MARSDEN:**

The Last Will and Testament of RICHARD W. MARSDEN, deceased, who resided in St. Louis County, has been exhibited, proved and recorded. To the end that the property of the decedent may be collected and disposed of, we appoint DEBORAH S. MERRITT, personal representative, who may administer the estate independently without adjudication, order, or direction of the Probate Division of the Circuit Court, with full power and authority as provided by law.

Date Will Executed: 06/02/2005       Date of Death: 22-JUN-2023

I, Clerk of the Probate Division of the Circuit Court of St. Louis County, Missouri, have signed my name and affixed the seal of the said Court on JULY 28, 2023.

_____
Circuit Clerk        GT

**Inventory Due: 08/28/2023**

**COURT SEAL OF**



**ST. LOUIS COUNTY**

### Certificate

I, Clerk of the Probate Division, certify that the foregoing Letters, now in full force and effect, is a true copy from the record as it appears in my office.

**Witness** my hand and seal of court on 7/28/2023

JOAN M. GILMER, Circuit Clerk

By: _____
Deputy Clerk

2-12 (PLTIA)