IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | **ORDER** |
| CAMP LEJEUNE WATER LITIGATION ) | **ADOPTING LITIGATION** |
| ) | **MANAGEMENT DATABASE** |
| THIS DOCUMENT RELATES TO: ) | |
| ALL CASES ) | |

In Case Management Order No. 2, this Court ordered "Plaintiffs' Leadership and counsel for Defendant [to] meet and confer and propose to the Court a litigation-management database within 60 days from the entry of [that] Order." [D.E. 23] 13. The Parties have jointly proposed Rubris, Inc.'s ("Rubris") Crosslink platform to serve as a litigation-management database for the Camp Lejeune Water Litigation. The Court adopts the Rubris Crosslink platform for this purpose.

For all Short Form Complaints filed after the date of this Order, Plaintiff's counsel shall use the Rubris Crosslink platform (https://crosslink.rubris.com) to populate, generate, and download Short Form Complaints for filing. Plaintiff's counsel should then file Short Form Complaints downloaded from Crosslink with the Court via CM/ECF in accordance with the requirements in the Court's Case Management Order No. 2 [D.E. 23]. Plaintiff's counsel who file a Short Form Complaint after the date of this Order must establish a Crosslink account by requesting access via e-mail sent to CrosslinkSupport@rubris.com, using the e-mail subject: "Camp Lejeune ECF and Form Management Crosslink Access." The e-mail should list the name, law firm, and e-mail address of each individual requiring access to the Crosslink platform, along with the name of the attorney or law firm representative who will serve as the administrator for the law firm's account. Plaintiff's counsel shall ensure that the Short Form Complaint complies with the Local Rules.

SO ORDERED. This 20 day of November, 2023.

_____
RICHARD E. MYERS II
Chief United States District Judge

_____
TERRENCE W. BOYLE
United States District Judge

_____
LOUISE W. FLANAGAN
United States District Judge

_____
JAMES C. DEVER III
United States District Judge

2

Case 7:23-cv-00897-RJ   Document 47   Filed 11/20/23   Page 2 of 2