IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAMP LEJEUNE WATER LITIGATION ) | |
| ) | UNITED STATES' UNOPPOSED MOTION |
| Related To: ) | FOR EXTENSION OF TIME TO RESPOND |
| ) | |
| *Merritt v. United States*, No. 7:23-cv-1367-D ) | |

The United States of America respectfully moves for an extension of time, up to and including December 7, 2023, in which to respond to Plaintiffs' motion for partial summary judgment. In support of this motion, the United States submits the following:

1. On November 9, 2023, Plaintiffs' Leadership Group filed a motion for partial summary judgment on behalf of Deborah Merritt, who asserts a suit as representative of the Estate of Richard Marsden. *See* Pl's Mot. Partial Summ. J., D.E. 41. Under Local Civil Rule 7.1(f)(1), the United States' response is due on November 30, 2023.

2. This motion is not made for the purpose of delay. Good cause exists due to the Thanksgiving holiday and the potential effect the holiday could have on filing a response.

3. The United States and Plaintiffs' Leadership Group met and conferred on November 17, 2023, to discuss the United States' motion for extension of time. Plaintiffs' Leadership Group has no objection to this motion.

1

Therefore, the United States requests an extension of time up to and including December 7, 2023, in which to respond to Plaintiffs' motion for partial summary judgment.

Dated: November 20, 2023    Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Assistant Director, Torts Branch
Environmental Torts Litigation Section

/s/ Adam Bain
ADAM BAIN
Senior Trial Counsel, Torts Branch
Environmental Torts Litigation Section
United States Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, DC 20044
adam.bain@usdoj.gov
(202) 616-4209

LACRESHA A. JOHNSON
HAROON ANWAR
DANIEL C. EAGLES
NATHAN J. BU
Trial Attorneys, Torts Branch
Environmental Torts Litigation Section
*Counsel for Defendant United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2023, a copy of the foregoing document was served on all counsel of record by operation of the court's electronic filing system and can be accessed through that system.

                                                             */s/ Adam Bain*
                                                              Adam Bain