IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHER DIVISION
NO. 7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **CAMP LEJEUNE WATER LITIGATION** ) | ORDER EXTENDING |
| ) | UNITED STATES' TIME TO RESPOND TO |
| **Related To:** ) | PLAINTIFFS' MOTION FOR PARTIAL |
| ) | SUMMARY JUDGMENT |
| *Merritt v. United States*, No. 7:23-cv-1367-D ) | |

For good cause having been shown upon the unopposed motion of the United States, the Court orders that the United States' motion for an extension of time to respond to Plaintiffs' motion for partial summary judgment be extended up to and including December 7, 2023.

SO ORDERED. This **20** day of November, 2023.

JAMES C. DEVER III
United States District Judge