IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-CV-897

IN RE: )
CAMP LEJEUNE WATER LITIGATION )
) **AMENDED ORDER**
THIS ORDER RELATES TO: )
ALL CASES )

To facilitate the efficient and timely resolution of discovery disputes, the court adopts the following protocol pursuant to Fed. R. Civ. P. 1.

(1) Prior to the filing of any discovery motion, as defined in Local Civil Rule 7.1(c)(1), and after a good faith effort between the parties to resolve the matter, as required by Local Civil Rule 7.1(c)(2) and Rules 26(c) and 37(a)(1), the complaining party must promptly request a discovery conference among the affected parties and this court by telephone through the office of the case manager at (919) 645-1783.

(2) The requesting party shall transmit, via email directed to the case manager, a no more than three-page summary of the disputed issues and the parties' positions, accompanied by the discovery requests most directly bearing on the particular dispute, for the court's review in advance of a discovery conference. The discovery conference will be telephonic unless otherwise ordered by the court.

(3) Should the parties fail to resolve the dispute, any discovery motion must be filed within seven (7) days of the discovery conference, unless the time for filing is extended for good cause shown. Briefing shall be concise, shall comply with page limits set forth

in Local Civil Rule 7.2(f)(2)(B), and shall be double spaced with no smaller than 12 point font. Responses are due no later than seven (7) days after a motion is filed, and replies are not permitted pursuant to Local Civil Rule 7.1(g)(2). Discovery motions filed after the deadline and/or without having requested a discovery conference with the court, absent extenuating circumstances, will be summarily denied.

SO ORDERED, this 21st day of November, 2023.

Robert B. Jones, Jr.
United States Magistrate Judge