IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-cv-897

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | **MOTION FOR APPOINTMENT OF** |
| | ) | **HOLDBACK ADMINISTRATOR** |
| This Document Relates To: | ) | |
| ALL CASES | ) | |
| | ) | |

Plaintiffs' Lead and Co-Lead Counsel file this motion pursuant to Case Management Order No. 7, where the Court directed "the Chair of the Administrative and Common Benefit Committee to submit a recommendation for an individual to serve as Holdback Administrator within 10 days from the date of [that] Order." (D.E. 46 at 20). James A. Roberts, III, Chair of the Administrative and Common Benefit Committee, now recommends to the Court the appointment of The Honorable Robert N. Hunter, Jr. (Ret.) as Administrator of the Camp Lejeune Water Litigation Holdback Fund ("Holdback Administrator").

Judge Hunter retired in 2019 after over 10 years of service on the North Carolina Court of Appeals and the Supreme Court of North Carolina. Before joining the Court of Appeals and the Supreme Court, Judge Hunter completed his J.D. at the University of North Carolina School of Law and was licensed in 1973. In 2014, he received his LL.M. at Duke University School of Law. While presiding on the bench, Judge Hunter served as adjunct professor at North Carolina Central University School of Law, Elon University School of Law, and Wake Forest University School of Law. Since leaving the Court, Judge Hunter has practiced alternative dispute resolution, appellate law, and election law at the law firm of Higgins Benjamin, P.L.L.C. in Greensboro, North Carolina. His experience in these roles, discharging responsibilities requiring sound judgment,

1

diligence, and attention to detail, eminently qualify Judge Hunter to serve as Holdback Administrator in this litigation.

Plaintiffs' Lead and Co-Lead Counsel therefore request that the Court enter the attached proposed Order appointing Judge Hunter as Holdback Administrator and vesting him with the authority to carry out the duties set forth in Case Management Order No. 7 and other duties that may be assigned to him by the Court.

*[Remainder of page intentionally left blank]*

DATED this 27th day of November 2023.

| | |
|---|---|
| */s/   J. Edward Bell, III* | */s/   Zina Bash* |
| J. Edward Bell, III (admitted *pro hac vice*)<br>Bell Legal Group, LLC<br>219 Ridge St.<br>Georgetown, SC 29440<br>Telephone: (843) 546-2408<br>jeb@belllegalgroup.com | Zina Bash (admitted *pro hac vice*)<br>Keller Postman LLC<br>111 Congress Avenue, Suite 500<br>Austin, TX 78701<br>Telephone: 956-345-9462<br>zina.bash@kellerpostman.com |
| *Lead Counsel for Plaintiffs* | *Co-Lead Counsel for Plaintiffs and Government Liaison Counsel* |
| */s/   Elizabeth J. Cabraser* | */s/   W. Michael Dowling* |
| Elizabeth J. Cabraser (admitted *pro hac vice*)<br>Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>ecabraser@lchb.com | W. Michael Dowling (NC Bar No. 42790)<br>The Dowling Firm PLLC<br>Post Office Box 27843<br>Raleigh, North Carolina 27611<br>Telephone: (919) 529-3351<br>mike@dowlingfirm.com |
| *Co-Lead Counsel for Plaintiffs* | *Co-Lead Counsel for Plaintiffs* |
| */s/   Robin L. Greenwald* | */s/   James A. Roberts, III* |
| Robin L. Greenwald (admitted *pro hac vice*)<br>Weitz & Luxenberg, P.C.<br>700 Broadway<br>New York, NY 10003<br>Telephone: 212-558-5802<br>rgreenwald@weitzlux.com | James A. Roberts, III<br>Lewis & Roberts, PLLC<br>3700 Glenwood Ave., Ste. 410<br>Raleigh, NC 27612<br>Telephone: (919) 981-0191<br>jar@lewis-roberts.com |
| *Co-Lead Counsel for Plaintiffs* | *Co-Lead Counsel for Plaintiffs* |

*/s/   Mona Lisa Wallace*

Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
mwallace@wallacegraham.com

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, J. Edward Bell, III, hereby certify that the foregoing document was electronically filed on the Court's CM/ECF system on this date, and that all counsel of record will be served with notice of the said filing via the CM/ECF system.

This the 27th day of November, 2023.

*/s/ J. Edward Bell, III*
J. Edward Bell, III