IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | Case No: 7:23-cv-897 |
| | ) | |
| | ) | NOTICE OF CORRECTED |
| This Document Relates To: | ) | FILINGS |
| ALL CASES | ) | |

The United States respectfully submits the following corrections to its Proposed Discovery Pool Profile Form Order, D.E. 39-3:

Exhibit A is a corrected Discovery Pool Profile Form.

Exhibit B are medical records authorizations.

Respectfully submitted on November 29, 2023.

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Assistant Director, Torts Branch
Environmental Torts Litigation Section

ADAM BAIN
Senior Trial Counsel, Torts Branch
Environmental Torts Litigation Section

HAROON ANWAR
Trial Attorney
Environmental Torts Litigation Section

/s/ Nathan Bu
NATHAN BU
Trial Attorney, Torts Branch
Environmental Torts Litigation Section
U.S. Department of Justice
P. O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: nathan.j.bu@usdoj.gov
Telephone: (202) 705-5938
Fax: (202) 616-4989

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 29, 2023, a copy of the foregoing document was filed via the Court's ECF system and served on counsel of record through the ECF system.

                                      */s/ Nathan Bu*
                                      NATHAN BU