# Exhibit A

(Corrected) Discovery Pool
Profile Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. [ ]:[ ][ ]-cv-[ ][ ][ ][ ]-[ ][ ]

IN RE: CAMP LEJEUNE
WATER LITIGATION

_____/

**THIS DOCUMENT RELATES TO:**

| XXXXXX | X | XXXXXX | XX |
|---|---|---|---|
| Plaintiff First | Middle | Last | Suffix |

**DISCOVERY POOL PROFILE FORM**

     In completing this Discovery Pool Profile Form ("DPPF"), you must provide information that is true and accurate to the best of your knowledge. In completing this DPPF, you are under oath and subject to the penalties of perjury. The DPPF shall be completed pursuant to the September 26, 2023 *Case Management Order No. 2*. [D.E. 23]. Plaintiff reserves the right to supplement all responses. For each question where the space provided does not allow for a complete answer, please attach additional sheets so that all answers are complete. Please answer each question and do not leave any blanks. If appropriate, you may respond in good faith that you do not know or do not recall. If you do not know or do not recall the information requested, please provide as much information as you can. All aspects of this DPPF are designated as "Confidential Information" and covered by the Protective Order, [D.E. 36].

1

## I. CLAIMANT INFORMATION

| | | |
|---|---|---|
| 1. | What is the DON Claim Number for the administrative claim (Short Form Complaint, Box 30)? <br><br> *E.g., CLS23-123456* | [ ][ ][ ][ ][ ]-[ ][ ][ ][ ][ ] <br><br> ☐ DON has not yet assigned a claim number |
| 2. | Who is completing this Discovery Pool Profile Form? | ☐ Plaintiff or Plaintiff's Agent <br><br> ☐ Attorney for Plaintiff or Attorney for Plaintiff's Agent |
| **If this Discovery Pool Profile Form is being completed by an attorney, please identify the attorney:** | | |
| 3. | Attorney first name | |
| 4. | Attorney last name | |
| 5. | Law firm name | |
| 6. | Attorney address line 1 | |
| 7. | Attorney address line 2 | |
| 8. | Attorney city | |
| 9. | Attorney state (abbrev.) | [ ][ ] |
| 10. | Attorney zip code | [ ][ ][ ][ ][ ] |
| 11. | Attorney phone | ([ ][ ][ ]) [ ][ ][ ] – [ ][ ][ ][ ] |
| 12. | Attorney email | |
| **Resume universal questions** | | |
| 13. | What is the case number? <br><br> *E.g., 7:23-cv-12345* | [ ]:[ ][ ]-cv-[ ][ ][ ][ ][ ] |
| 14. | Which District Judge is assigned to the case? | ☐ Hon. Richard E. Myers II <br> ☐ Hon. Terrence W. Boyle <br> ☐ Hon. Louise W. Flanagan <br> ☐ Hon. James C. Dever III |
| 15. | Please identify any other names the Plaintiff has used, if different from that in the case caption (e.g., maiden name). | |
| 16. | Please identify the Plaintiff's Social Security Number. | [ ][ ][ ]-[ ][ ]-[ ][ ][ ][ ] |
| 17. | Please identify the Plaintiff's date of birth. | _____ <br> MM/DD/YYYY |
| 18. | Please identify the Plaintiff's last known address: | |

| 18a. Street Address | 18b. Town | 18c. State (abbrev.) | 18d. Year residence began (YYYY) |
|---|---|---|---|
| | | | |

| | |
|---|---|
| 19. If the Plaintiff began residing at the above address *after* 2020, please identify the next most recent address: | |

| 19a. Street Address | 19b. Town | 19c. State (abbrev.) | 19d. Year residence began (YYYY) |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| 20. | **On your Short Form Complaint**, did you assert a claim for injuries to YOU or to SOMEONE ELSE you legally represent? (Box 1) | ☐ To Me <br> ☐ Someone Else |

| If you assert a claim for injuries to SOMEONE ELSE, please describe your representation of that person: | |
|---|---|
| 21. What is the nature of the representative's representation? | ☐ Estate Administrator/trix<br>☐ Guardianship<br>☐ Conservatorship<br>☐ Power of attorney<br>☐ Other: _____ |
| 22. Has a court appointed you as the claimant's representative? | ☐ Yes<br>☐ No |

23. If yes, please describe your appointment:

| 23a. Court Name | 23b. Court State (abbrev.) | 23c. Date of appointment |
|---|---|---|
|  |  |  |

**Resume universal questions**

| 24. **On your Short Form Complaint**, did you assert that the Plaintiff is deceased? (Box 7) | ☐ Yes<br>☐ No |
|---|---|

If the Plaintiff is deceased:

| 25. How many dependents, if any, did Plaintiff have at the time of Plaintiff's death? | ☐ 1<br>☐ 2<br>☐ 3<br>☐ 4<br>☐ 5<br>☐ 6+<br>☐ I do not know/do not recall |
|---|---|

26. Please identify Plaintiff's spouse and children at the time of death.
If none, check here: ☐ No Spouse or Children at time of death

| 26a. First name | 26b. Middle Name | 26c. Last name | 26d. Suffix | 26e. Relationship to Plaintiff | 26f. Year of birth |
|---|---|---|---|---|---|
| ☐ I do not know/do not recall | ☐ I do not know/do not recall | ☐ I do not know/do not recall | ☐ I do not know/do not recall | ☐ Child<br>☐ Spouse<br>☐ Other: _____ | _____<br>YYYY<br>☐ I do not know/do not recall |
| ☐ I do not know/do not recall | ☐ I do not know/do not recall | ☐ I do not know/do not recall | ☐ I do not know/do not recall | ☐ Child<br>☐ Spouse<br>☐ Other: _____ | _____<br>YYYY<br>☐ I do not know/do not recall |

| | | | | ☐ Child<br>☐ Spouse<br>☐ Other: _____ | _____<br>YYYY<br>☐ I do not know/do not recall |
|---|---|---|---|---|---|
| ☐ I do not know/do not recall | ☐ I do not know/do not recall | ☐ I do not know/do not recall | ☐ I do not know/do not recall | | |
| | | | | ☐ Child<br>☐ Spouse<br>☐ Other: _____ | _____<br>YYYY<br>☐ I do not know/do not recall |
| ☐ I do not know/do not recall | ☐ I do not know/do not recall | ☐ I do not know/do not recall | ☐ I do not know/do not recall | | |
| | | | | ☐ Child<br>☐ Spouse<br>☐ Other: _____ | _____<br>YYYY<br>☐ I do not know/do not recall |
| ☐ I do not know/do not recall | ☐ I do not know/do not recall | ☐ I do not know/do not recall | ☐ I do not know/do not recall | | |

## II. MILITARY SERVICE & DEPENDENT MEDICAL

a) *Military service*

| Resume universal questions | |
|---|---|
| 27. Has Plaintiff *ever* served in a branch of the U.S. military? | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall |
| If the Plaintiff has previously served in the U.S. military: | |
| 28. Did the Plaintiff's service **overlap** with any of the following conflict periods? | ☐ WWI<br>☐ WWII<br>☐ Korea<br>☐ Vietnam<br>☐ Persian Gulf<br>☐ Other: _____<br>☐ I do not know/do not recall<br>☐ N/A (e.g., only served during peacetime) |

| 29. What was the Plaintiff's service number? | _____<br>☐ N/A (e.g., service after 1970)<br>☐ I do not know/do not recall |
|---|---|

| 30. For each period of service, please identify: | | | |
|---|---|---|---|
| 30a. Service Branch | 30b. Year service began | 30c. Year service ended | 30d. Officer or Enlisted |
| ☐ Marine Corps<br>☐ Army<br>☐ Navy<br>☐ Air Force<br>☐ Coast Guard | _____<br>YYYY<br><br>☐ I do not know/do not recall | _____<br>YYYY<br><br>☐ I do not know/do not recall | ☐ Officer<br>☐ Enlisted<br>☐ Both<br>☐ I do not know/do not recall |
| ☐ Marine Corps<br>☐ Army<br>☐ Navy<br>☐ Air Force<br>☐ Coast Guard | _____<br>YYYY<br><br>☐ I do not know/do not recall | _____<br>YYYY<br><br>☐ I do not know/do not recall | ☐ Officer<br>☐ Enlisted<br>☐ Both<br>☐ I do not know/do not recall |
| ☐ Marine Corps<br>☐ Army<br>☐ Navy<br>☐ Air Force<br>☐ Coast Guard | _____<br>YYYY<br><br>☐ I do not know/do not recall | _____<br>YYYY<br><br>☐ I do not know/do not recall | ☐ Officer<br>☐ Enlisted<br>☐ Both<br>☐ I do not know/do not recall |
| ☐ Marine Corps<br>☐ Army<br>☐ Navy<br>☐ Air Force<br>☐ Coast Guard | _____<br>YYYY<br><br>☐ I do not know/do not recall | _____<br>YYYY<br><br>☐ I do not know/do not recall | ☐ Officer<br>☐ Enlisted<br>☐ Both<br>☐ I do not know/do not recall |

b) Veteran and dependent medical

| Resume universal questions | |
|---|---|
| 31. Is/was Plaintiff a TRICARE beneficiary? | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall |
| If the Plaintiff is or was a TRICARE beneficiary: | |
| 32. Did someone else sponsor the Plaintiff's TRICARE benefits? | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall |
| If someone else sponsored the Plaintiff's TRICARE Benefits | |
| 33. Sponsor/Veteran First Name | |
| 34. Sponsor/Veteran Middle Name | |
| 35. Sponsor/Veteran Last Name | |
| 36. Sponsor/Veteran SSN | [ ][ ][ ]-[ ][ ]-[ ][ ][ ][ ]<br>☐ I do not know/do not recall |

| 37. Sponsor/Veteran Branch of Service | ☐ Marine Corps<br>☐ Army<br>☐ Navy<br>☐ Air Force<br>☐ Coast Guard<br>☐ I do not know/do not recall |
|---|---|
| 38. Claimant relationship with Sponsor/Veteran | ☐ Child<br>☐ Spouse<br>☐ Mother<br>☐ Father<br>☐ Mother-in-law<br>☐ Mother-in-law<br>☐ Stepmother<br>☐ Stepfather<br>☐ Other: _____<br>☐ I do not know/do not recall |

*Other Service/Employment*

| Resume universal questions | | |
|---|---|---|
| 39. On your Short Form Complaint, did you assert that the Plaintiff was a **Civilian Employee of a Private Company** at Camp Lejeune? (Box 17) | ☐ Yes<br>☐ No | |
| 40. [If yes] Please identify: | | |
| 40a. Plaintiff's Employer (Private Company) | 40b. Date employment began | 40c. Date employment ended |
| _____<br>☐ I do not know/do not recall | _____<br>MM/DD/YYYY<br>☐ I do not know/do not recall | _____<br>MM/DD/YYYY<br>☐ I do not know/do not recall |
| _____<br>☐ I do not know/do not recall | _____<br>MM/DD/YYYY<br>☐ I do not know/do not recall | _____<br>MM/DD/YYYY<br>☐ I do not know/do not recall |
| _____<br>☐ I do not know/do not recall | _____<br>MM/DD/YYYY<br>☐ I do not know/do not recall | _____<br>MM/DD/YYYY<br>☐ I do not know/do not recall |
| 41. On your Short Form Complaint, did you assert that the Plaintiff was a **Civil Service Employee** at Camp Lejeune? (Box 17) | ☐ Yes<br>☐ No | |
| 42. [If yes] Please identify: | | |
| 42a. Plaintiff's Employer (Agency) | 42b. Date employment began | 42c. Date employment ended |
| _____<br>☐ I do not know/do not recall | _____<br>MM/DD/YYYY<br>☐ I do not know/do not recall | _____<br>MM/DD/YYYY<br>☐ I do not know/do not recall |

| _____ <br> ☐ I do not know/do not recall | _____ <br> MM/DD/YYYY <br><br> ☐ I do not know/do not recall | _____ <br> MM/DD/YYYY <br><br> ☐ I do not know/do not recall |
|---|---|---|
| _____ <br> ☐ I do not know/do not recall | _____ <br> MM/DD/YYYY <br><br> ☐ I do not know/do not recall | _____ <br> MM/DD/YYYY <br><br> ☐ I do not know/do not recall |

**III. DISEASES AND ILLNESSES**

| Resume universal questions | |
|---|---|
| 43. What diseases or injuries does the claimant assert are related to exposure to water at Camp Lejeune? (choose all that apply) | ☐ Bladder cancer <br> ☐ Kidney cancer <br> ☐ Leukemia <br> ☐ Non-Hodgkin's lymphoma <br> ☐ Parkinson's disease <br> ☐ Adverse Birth Outcomes <br> ☐ ALS <br> ☐ Aplastic anemia or myelodysplastic syndromes <br> ☐ Bile duct cancer <br> ☐ Brain/CNS cancer <br> ☐ Breast cancer <br> ☐ Cardiac birth defects <br> ☐ Cervical cancer <br> ☐ Colorectal cancer <br> ☐ Gallbladder cancer <br> ☐ Hepatic steatosis <br> ☐ Hypersensitivity skin disorder <br> ☐ Infertility <br> ☐ Intestinal cancer <br> ☐ Non-cancer kidney disease <br> ☐ Leukemia <br> ☐ Liver cancer <br> ☐ Lung cancer <br> ☐ Multiple myeloma <br> ☐ Neurobehavioral effects <br> ☐ Non-cardiac birth defects <br> ☐ Ovarian cancer <br> ☐ Pancreatic cancer <br> ☐ Prostate cancer <br> ☐ Sinus cancer <br> ☐ Soft tissue cancer <br> ☐ Systemic sclerosis/scleroderma <br> ☐ Thyroid cancer <br> ☐ Other: _____ |

a) *Injury 1 – repeat questions for each injury asserted*

| 44. I am completing this section as it relates to: | ☐ Bladder cancer<br>☐ Kidney cancer<br>☐ Leukemia<br>☐ Non-Hodgkin's lymphoma<br>☐ Parkinson's disease<br>☐ Adverse Birth Outcomes<br>☐ ALS<br>☐ Aplastic anemia or myelodysplastic syndromes<br>☐ Bile duct cancer<br>☐ Brain/CNS cancer<br>☐ Breast cancer<br>☐ Cardiac birth defects<br>☐ Cervical cancer<br>☐ Colorectal cancer<br>☐ Gallbladder cancer<br>☐ Hepatic steatosis<br>☐ Hypersensitivity skin disorder<br>☐ Infertility<br>☐ Intestinal cancer<br>☐ Non-cancer kidney disease<br>☐ Leukemia<br>☐ Liver cancer<br>☐ Lung cancer<br>☐ Multiple myeloma<br>☐ Neurobehavioral effects<br>☐ Non-cardiac birth defects<br>☐ Ovarian cancer<br>☐ Pancreatic cancer<br>☐ Prostate cancer<br>☐ Sinus cancer<br>☐ Soft tissue cancer<br>☐ Systemic sclerosis/scleroderma<br>☐ Thyroid cancer<br>☐ Other: _____ |
|---|---|
| 45. Has a physician diagnosed the Plaintiff with this injury? | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall<br>☐ N/A |
| 46. If yes, when was Plaintiff first diagnosed this injury? | _____<br>MM/DD/YYYY<br><br>☐ I do not know/do not recall<br>☐ N/A |

| | |
|---|---|
| 47. Name of physician that first diagnosed the Plaintiff? | Name<br><br>☐ I do not know/do not recall<br>☐ N/A |
| 48. Name of hospital or medical group of physician: | Name<br><br>☐ I do not know/do not recall<br>☐ N/A |
| 49. Do you allege that this Injury caused or contributed to the Plaintiff's death? | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall<br>☐ N/A |

50. List all treating physicians, name of medical group, and city, state where treatment was received. If none, check here: ☐ No treatment.

| 50a. First name, if known | 50b. Middle Initial, if known | 50c. Last name, if known | 50d. Suffix, if known | 50e. Medical Group | 50f. City, State | 50g. Year(s) of Treatment | 50h. Was this covered by TRICARE |
|---|---|---|---|---|---|---|---|
| | | | | | | Years<br><br>☐ I do not know/do not recall<br>☐ N/A | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall<br>☐ N/A |

## IV. EXPOSURES

| Resume universal questions | |
|---|---|
| 51. Please select all of the types of exposure you allege: | ☐ Residential (living on-base)<br>☐ Occupational (working on-base)<br>☐ In utero<br>☐ Other (e.g., visiting/recreation) |

9

| | | |
|---|---|---|
| 52. | Please select all of the areas on base in which Plaintiff lived. | ☐ Tarawa Terrace (includes Tarawa Terrace I, Tarawa Terrace II, Camp Knox Trailer Park)<br>☐ Hadnot Point (includes Mainside barracks, French Creek, and Hospital Point)<br>☐ Montford Point (includes Camp Johnson)<br>☐ Holcomb Boulevard (includes Berkeley Manor, Midway Park, Paradise Point, Watkins Village)<br>☐ Courthouse Bay<br>☐ New River Air Station (includes MCAS New River and Camp Geiger);<br>☐ Onslow Beach<br>☐ Rifle Range<br>☐ Other: _____<br>☐ I do not know/do not recall<br>☐ N/A |
| 53. | Was the Plaintiff **residing with a servicemember** during the period of exposure (e.g., parent or spouse), including in utero exposures? | ☐ Yes, residing with a servicemember parent<br>☐ Yes, residing with a servicemember spouse<br>☐ Yes, residing with someone else who was a servicemember<br>☐ No<br>☐ I do not know/do not recall |
| 54. | If the Plaintiff was residing with a servicemember during the period of exposure, please identify the servicemember: | |
| 55. | Servicemember First Name | |
| 56. | Servicemember Middle Name | |
| 57. | Servicemember Last Name | |
| 58. | Servicemember SSN | [ ][ ][ ]-[ ][ ]-[ ][ ][ ][ ]<br><br>☐ I do not know/do not recall |
| 59. | Servicemember Date of Birth | _____<br>MM/DD/YYYY<br><br>☐ I do not know/do not recall |
| 60. | Servicemember Branch of Service | ☐ Marine Corps<br>☐ Army<br>☐ Navy<br>☐ Air Force<br>☐ Coast Guard<br>☐ I do not know/do not recall |

| | | |
|---|---|---|
| 61. | Servicemember Service Number | _____<br>☐ N/A (e.g., service after 1970)<br>☐ I do not know/do not recall |
| 62. | Claimant relationship with Servicemember at the time of exposure. | ☐ Child<br>☐ Spouse<br>☐ Mother<br>☐ Father<br>☐ Mother-in-law<br>☐ Mother-in-law<br>☐ Stepmother<br>☐ Stepfather<br>☐ Other: _____<br>☐ I do not know/do not recall |
| Complete this section only if alleging **in utero** exposures: | | |
| 63. | Please select all of the areas on base in which **Plaintiff's mother** lived when the Claimant was in utero: | ☐ Tarawa Terrace (includes Tarawa Terrace I, Tarawa Terrace II, Camp Knox Trailer Park)<br>☐ Hadnot Point (includes Mainside barracks, French Creek, and Hospital Point)<br>☐ Montford Point (includes Camp Johnson)<br>☐ Holcomb Boulevard (includes Berkeley Manor, Midway Park, Paradise Point, Watkins Village)<br>☐ Courthouse Bay<br>☐ New River Air Station (includes MCAS New River and Camp Geiger)<br>☐ Onslow Beach<br>☐ Rifle Range<br>☐ Other: _____<br>☐ I do not know/do not recall<br>☐ N/A |
| 64. | Did Plaintiff's mother work at Camp Lejeune as a **federal civilian employee** when the claimant was in utero? | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall |
| 65. | If yes, what was the name of the government employer? | _____<br>☐ I do not know/do not recall |

## V. PERSONAL HISTORY

| Resume universal questions | | |
|---|---|---|
| 66. | Was the Plaintiff ever exposed to Agent Orange? | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall |

| | |
|---|---|
| 67. Was the Plaintiff ever exposed to open air burn pits? | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall |
| 68. Other than time spent residing at Camp Lejeune, was the Plaintiff ever employed in any of the following occupations? Check all that apply. | ☐ Dry cleaning<br>☐ Firefighter<br>☐ Hairdresser/barber<br>☐ Metal degreasing<br>☐ Oil & gas<br>☐ Painter<br>☐ Road Construction<br>☐ Textile Manufacturing<br>☐ Welder<br>☐ None of the Above<br>☐ I do not know/do not recall |

*Add'l Personal History*

| Resume universal questions | | | | | | |
|---|---|---|---|---|---|---|
| 69. Please identify the highest academic degree claimant attained or ☐ I do not know/do not recall. | | | | | | |
| 69a. Name of institution | 69b. City, State | 69c. Year attendance began | 69d. Year attendance ended | 69e. Degree attained (e.g., B.A., M.D., Ph.D.) | 69. Field of study | 69g. Degree awarded? |
| ☐ I do not know/do not recall | ☐ I do not know/do not recall | _____<br>YYYY<br>☐ I do not know/do not recall | _____<br>YYYY<br>☐ I do not know/do not recall | ☐ I do not know/do not recall | ☐ I do not know/do not recall | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall |
| 70. Did the Plaintiff ever possess an occupational certification or license? | | | | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall | | |
| 71. [If yes] What occupational certifications or licenses did the Plaintiff possess? | | | | | | |
| 72. Please identify all family grandparents, parents, siblings, or children of the Plaintiff who have ever been diagnosed with any of the diseases identified on the Claimant's Short Form Complaint. | | | | | | |
| 72a. Name | 72b. Relationship | 72c. Year of birth | | 72d. Cancer or disease | | 72e. Year of diagnosis |
| _____<br>☐ I do not know/do not recall | ☐ Grandparent<br>☐ Parent<br>☐ Sibling<br>☐ Children<br>☐ Other: _____<br>☐ I do not know/do not recall | _____<br>YYYY<br>☐ I do not know/do not recall | | ☐ Bladder cancer<br>☐ Kidney cancer<br>☐ Leukemia<br>☐ Non-Hodgkin's lymphoma<br>☐ Parkinson's disease<br>☐ Other:_____ | | _____<br>YYYY<br>☐ I do not know/do not recall |

## VI. ECONOMIC LOSS

| Resume universal questions | |
|---|---|
| 73. Are you seeking recovery for economic loss, such as out-of-pocket medical costs or lost earnings? | ☐ Yes<br>☐ No |
| Following questions available only if answer to Question 73 = "Yes" | |
| 74. Has the Plaintiff ever paid or incurred any out-of-pocket **medical expenses** (i.e. expenses not paid by your insurance company or by a government health program) related to any condition caused by exposure to water at Camp Lejeune? | ☐ Yes<br>☐ No |
| 75. Has the Plaintiff ever paid or incurred any out-of-pocket **non-medical expenses** (i.e. expenses not paid by your insurance company or by a government health program) related to any condition caused by exposure to water at Camp Lejeune? | ☐ Yes<br>☐ No |
| 76. Has an injury related to Camp Lejeune water caused the Plaintiff to be unable to work? | ☐ Yes<br>☐ No |

## VII. PRIOR CLAIMS

| Resume universal questions | |
|---|---|
| 77. Did the Plaintiff (or someone else on the Claimant's behalf) ever file a civil litigation complaint against the United States related to contaminated water at Camp Lejeune before August 11, 2022? | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall |
| Following questions available only if answer to question 77 = "Yes" | |
| 78. What was the caption (the title or name) of the prior litigation? | |
| 79. In what court was the prior litigation filed? | United States District Court for the _____ District of _____ |
| 80. What was the case number? | |
| 81. Was the case consolidated in a multi-district litigation? | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall |
| Back to universal questions | |
| 82. Has the Plaintiff filed a bankruptcy petition since August 10, 2022? | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall |
| Following questions available only if answer to question 82 = "Yes" | |
| 83. On what date did the Plaintiff petition for bankruptcy? | _____<br>MM/DD/YYYY<br><br>☐ I do not know/do not recall<br>☐ N/A |
| 84. In what court did the Plaintiff file the bankruptcy petition? | United States Bankruptcy Court for the _____ District of _____ |
| 85. What is the case number for the Plaintiff's bankruptcy petition? | |

*Add'l Prior claims*

| Back to universal questions | | | | |
|---|---|---|---|---|
| 86. Has the Plaintiff ever filed a **disability** claim with a **state agency** for the injuries identified in the Short Form Complaint? | | | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall | |
| 87. [If yes] Please describe the nature of the disability claim and any award: | | | | |
| 87a. Name of agency where claim was filed | 87b. Description of claim and disability | 87c. Date claim was filed | 87d. Whether Plaintiff was awarded disability | 87e. Amount received in disability (or $0 if none awarded) |
| | | _____<br>MM/DD/YYYY<br><br>☐ I do not know/do not recall | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall | $_____ |
| | | _____<br>MM/DD/YYYY<br><br>☐ I do not know/do not recall | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall | $_____ |
| | | _____<br>MM/DD/YYYY<br><br>☐ I do not know/do not recall | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall | $_____ |
| 88. Did the Plaintiff (or someone else on the claimant's behalf) ever file a civil litigation complaint related to exposures to Agent Orange? | | | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall | |
| 89. [If yes] Please identify: | | | | |
| 89a. Case caption | 89b. Court where the litigation was filed | 89c. Case number | | 89d. Amount of compensation received from the lawsuit (or $0 if none awarded) |
| | | | | $_____ |
| 90. Did the Plaintiff (or someone else on the claimant's behalf) ever file a civil litigation complaint related to exposures to glyphosate (Round-Up)? | | | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall | |
| 91. [If yes] Please identify: | | | | |

14

| 91a. Case caption | 91b. Court where the litigation was filed | 91c. Case number | 91d. Amount of compensation received from the lawsuit (or $0 if none awarded) |
|---|---|---|---|
| | | | |

### VIII. ADDITIONAL NOTES AND COMMENTS

| Question No. | Comment |
|---|---|
| | |
| | |

### PLAINTIFF CERTIFICATION OF DPPF

I, _____, certify that the information herein and/or supporting the attached Discovery Pool Profile Form is true and accurate to the best of my knowledge, information, and belief. I declare under penalty of perjury that the foregoing is true and correct.

_____

[Plaintiff Name]

**INSERTS FOR ADDITIONAL INJURIES**

a) *Injury [ ] – repeat questions for each injury asserted (if needed)*

| | |
|---|---|
| 92. I am completing this section as it relates to: | ☐ Bladder cancer<br>☐ Kidney cancer<br>☐ Leukemia<br>☐ Non-Hodgkin's lymphoma<br>☐ Parkinson's disease<br>☐ Adverse Birth Outcomes<br>☐ ALS<br>☐ Aplastic anemia or myelodysplastic syndromes<br>☐ Bile duct cancer<br>☐ Brain/CNS cancer<br>☐ Breast cancer<br>☐ Cardiac birth defects<br>☐ Cervical cancer<br>☐ Colorectal cancer<br>☐ Gallbladder cancer<br>☐ Hepatic steatosis<br>☐ Hypersensitivity skin disorder<br>☐ Infertility<br>☐ Intestinal cancer<br>☐ Non-cancer kidney disease<br>☐ Leukemia<br>☐ Liver cancer<br>☐ Lung cancer<br>☐ Multiple myeloma<br>☐ Neurobehavioral effects<br>☐ Non-cardiac birth defects<br>☐ Ovarian cancer<br>☐ Pancreatic cancer<br>☐ Prostate cancer<br>☐ Sinus cancer<br>☐ Soft tissue cancer<br>☐ Systemic sclerosis/scleroderma<br>☐ Thyroid cancer<br>☐ Other: _____ |
| 93. Has a physician diagnosed the Plaintiff with this injury? | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall<br>☐ N/A |
| 94. If yes, when was Plaintiff first diagnosed this injury? | _____<br>MM/DD/YYYY<br><br>☐ I do not know/do not recall<br>☐ N/A |

16

| | |
|---|---|
| 95. Name of physician that first diagnosed the Plaintiff? | Name<br><br>☐ I do not know/do not recall<br>☐ N/A |
| 96. Name of hospital or medical group of physician: | Name<br><br>☐ I do not know/do not recall<br>☐ N/A |
| 97. Do you allege that this Injury caused or contributed to the Plaintiff's death? | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall<br>☐ N/A |
| 98. List all treating physicians, name of medical group, and city, state where treatment was received. If none, check here: ☐ No treatment. | |

| 50a. First name, if known | 50b. Middle Initial, if known | 50c. Last name, if known | 50d. Suffix, if known | 50e. Medical Group | 50f. City, State | 50g. Year(s) of Treatment | 50h. Was this covered by TRICARE |
|---|---|---|---|---|---|---|---|
| | | | | | | Years<br><br>☐ I do not know/do not recall<br>☐ N/A | ☐ Yes<br>☐ No<br>☐ I do not know/do not recall<br>☐ N/A |