IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

IN RE:                                      )
                                            )        **ORDER**
CAMP LEJEUNE WATER LITIGATION               )   **APPOINTING HOLDBACK**
                                            )       **ADMINISTRATOR**
THIS DOCUMENT RELATES TO:                   )
ALL CASES                                   )

On November 27, 2023, Plaintiffs' Lead and Co-Lead Counsels moved to appoint a Holdback Administrator [D.E. 57]. The Court GRANTS the motion [D.E. 57] and appoints the Honorable Robert N. Hunter, Jr. (Ret.) as Administrator of the Camp Lejeune Water Litigation Holdback Fund ("Holdback Administrator") in accordance with Case Management Order No. 7 [D.E. 46].

SO ORDERED. This __1__ day of December, 2023.

RICHARD E. MYERS II
Chief United States District Judge

TERRENCE W. BOYLE
United States District Judge

LOUISE W. FLANAGAN
United States District Judge

JAMES C. DEVER III
United States District Judge