IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| IN RE: | ) |
|---|---|
| CAMP LEJEUNE WATER LITIGATION | ) |
| THIS PLEADING RELATES TO: | ) |
| ALL CASES | ) |

**PLAINTIFFS' APPENDIX TO PLAINTIFFS' LEADERSHIP GROUP'S OPPOSITION TO THE UNITED STATES' MOTION TO STRIKE THE DEMAND FOR A JURY TRIAL**

| **Exhibit 1** | Declaration of John F. Bash in Support of Plaintiffs' Leadership Group's Opposition to the United States' Motion to Strike the Demand for a Jury Trial |
|---|---|
| | Exhibit A to the Declaration of John F. Bash, Remarks of Representative Matt Cartwright dated November 1, 2023. |
| | Exhibit B to the Declaration of John F. Bash, Hearing on the Department of Veterans Affairs Implementation of the SFC Heath Robinson Honoring Our Pact Act dated November 16, 2022 |
| | Exhibit C to the Declaration of John F. Bash, 40 Stat. 398-411 (1917) |
| | Exhibit D to the Declaration of John F. Bash, 43 Stat. 607-30 (1924) |
| | Exhibit E to the Declaration of John F. Bash, H.R. Rep. 1518 (1924) |
| | Exhibit F to the Declaration of John F. Bash, 43 Stat. 1302-12 (1925) |