IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| THIS PLEADING RELATES TO: | ) |
| ALL CASES | ) |

**DECLARATION OF JOHN F. BASH IN SUPPORT OF
PLAINTIFFS' LEADERSHIP GROUP'S OPPOSITION TO THE UNITED STATES'
MOTION TO STRIKE THE DEMAND FOR A JURY TRIAL**

I, John F. Bash, declare as follows:

1. I am an attorney at Quinn Emanuel Urquhart & Sullivan LLP. I am a member of the Plaintiffs' Executive Committee in the above captioned matter, and Co-Chair of the Law and Briefing Subcommittee. I have personal knowledge of all matters stated in this declaration. If called as a witness, I could competently testify to the facts herein.

2. Attached hereto as Exhibit A is a true and correct copy of the remarks of Representative Matt Cartwright dated November 1, 2023.

3. Attached hereto as Exhibit B is a true and correct copy of the Hearing on the Department of Veterans Affairs Implementation of the SFC Heath Robinson Honoring Our Pact Act dated November 16, 2022.

4. Attached hereto as Exhibit C is a true and correct copy of 40 Stat. 398-411 (1917).

5. Attached hereto as Exhibit D is a true and correct copy of 43 Stat. 607-30 (1924).

6. Attached hereto as Exhibit E is a true and correct copy of H.R. Rep. 1518 (1924).

7. Attached hereto as Exhibit F is a true and correct copy of 43 Stat. 1302-12 (1925).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: December 4, 2023

                                              /s/ *John F. Bash*
                                              John F. Bash
                                              QUINN EMANUEL URQUHART &
                                                  SULLIVAN, LLP
                                              300 W. 6th St.
                                              Austin, TX 78701
                                              Phone (737) 667-6100
                                              Fax (737) 667-6110
                                              johnbash@quinnemanuel.com