# EXHIBIT A


# EXTENSIONS OF REMARKS

## HONORING JAMES ED HARRIS

### HON. BENNIE G. THOMPSON
OF MISSISSIPPI
IN THE HOUSE OF REPRESENTATIVES
*Wednesday, November 1, 2023*

Mr. THOMPSON of Mississippi. Mr. Speaker, I rise today to honor a remarkable unsung hero, James Ed Harris.

James Ed Harris is a native Mississippian, born on the Harris family homestead in Grenada, where he lived with his mother, Mary Magdalene Harris and his father, Jimmy Lee Harris, along with his six siblings.

James grew up working in the cotton fields on a local plantation with his mother; who was well known in the community as a seamstress taking the lead during a highly volatile racial south; to give relief while his WW2 Veteran father, Jimmy Lee Harris, also worked outside of the home.

In 1966, James was among many teenager kids who risked their lives for the cause of getting Black Americans registered to vote and integrated into white schools without them all being killed in the process. They were beaten and arrested for trying to register Black Children. These teens were all taken to prison in Parchman, MS. There was a military draft that happened during that time. Although there was not a massive number of Black soldiers, they were the first to get drafted to fight in a foreign land.

The day James was released from that prison was the day he made the conscious decision to protect his family's future. He chose to go and fight for his country in the perilous Vietnam War.

James Ed Harris was awarded with the Purple Heart and Bronze Star Medal citation for extraordinary acts of valor while under direct enemy fire during ground operations against a superior hostile force in the Republic of Vietnam.

Mr. Speaker, I ask my colleagues to join me in recognizing James Ed Harris for his dedication and tenacity to serving his country and the desire to be an example for all.

## RECOGNIZING MRS. BERNICE TINSLEY

### HON. MIKE ROGERS
OF ALABAMA
IN THE HOUSE OF REPRESENTATIVES
*Wednesday, November 1, 2023*

Mr. ROGERS of Alabama. Mr. Speaker, I rise today to recognize Mrs. Bernice Tinsley for her dedication to dedication to St. Thomas United Methodist Church.

At 94 years old, Mrs. Tinsley is the oldest living member at Saint Thomas United Methodist Church in Sylacauga, Alabama.

She has previously served as a Sunday school teacher, choir member, Older Adult Ministry Chair, and a Vacation Bible School instructor. She is known among friends and fellow church members for her loving spirit and her infectious smile.

Mrs. Tinsley is the loving mother of 3 sons.

Mrs. Tinsley's dedicated service to her community is one that every Alabamian should be proud of. Her dedication to the lives of others has truly made a difference and given hope and encouragement to so many people.

Mr. Speaker, please join me in recognizing Mrs. Tinsley and her lifetime of service to the Saint Thomas United Methodist Church.

## CELEBRATING THE CAREER OF PORT EVERGLADES ASSOCIATION EXECUTIVE DIRECTOR LORI BAER

### HON. JARED MOSKOWITZ
OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES
*Wednesday, November 1, 2023*

Mr. MOSKOWITZ. Mr. Speaker, I rise today to recognize Lori Baer, the Executive Director of the Port Everglades Association and port industry veteran, for her three decades of contributions to the industry.

Lori gained her port experience in the public and private sectors, holding various distinguished roles. At AECOM, a global engineering and consulting firm, she held the positions of Vice President and Ports and Marine Lead for the Americas. She also served as Executive Director of the Port of Palm Beach. Additionally, she has performed in senior management positions at the Port of Miami and the Western Hemisphere-wide American Association of Port Authorities. Lori has dedicated her career to developing an unmatched expertise in the port industry, which has served her communities domestically and internationally.

Mr. Speaker, I ask that you join me in recognizing the Executive Director of the Port Everglades Association, Lori Baer, for her outstanding career and contributions to the ports of the Western Hemisphere and Florida's 23rd Congressional District.

## HONORING DONNA BROWN-WYNN

### HON. BENNIE G. THOMPSON
OF MISSISSIPPI
IN THE HOUSE OF REPRESENTATIVES
*Wednesday, November 1, 2023*

Mr. THOMPSON of Mississippi. Mr. Speaker, I rise today to honor a tenacious and self-motivated leader, Donna Brown-Wynn. Donna Brown-Wynn has shown what can be done through hard work, dedication, and a desire to achieve.

Donna Brown-Wynn was a three-sport athlete—basketball, track and field and softball—at Vicksburg High. She was the softball team's MVP in 1989 and won state championships in track in several events but excelled the most in basketball.

Brown-Wynn played at Mississippi State and was a four-year starter at point guard. She set an MSU record for 3-pointers in a game that stood for nearly 20 years.

After her playing career, Brown-Wynn went into coaching. She spent two years as an assistant at Mississippi State, then 13 more on the staff at Belmont University in Nashville.

Since 2003, Brown-Wynn has returned to her hometown each summer to host the weeklong "Play 2 Wynn" basketball camp.

Brown-Wynn was inducted into the 2022 Vicksburg Warren School District Athletic Hall of Fame.

Mr. Speaker, I ask my colleagues to join me in recognizing Donna Brown-Wynn for her passion and dedication to the Vicksburg Warren School District and Warren County Community.

## RECOGNIZING ROBERT "BOB" J. SCULLEY FOR DECADES OF SERVICE AT THE NEW HAMPSHIRE MOTOR TRANSPORTATION AGENCY

### HON. CHRIS PAPPAS
OF NEW HAMPSHIRE
IN THE HOUSE OF REPRESENTATIVES
*Wednesday, November 1, 2023*

Mr. PAPPAS. Mr. Speaker, I rise today in recognition of Robert "Bob" J. Sculley's long-standing work for the New Hampshire Motor Transportation Agency (NHMTA), including his 34 years of service as the organization's president, and wish him well as he enters retirement. Bob's dedication to providing Granite Staters with a reliable, efficient, safe, and economical motor transport system through his advocacy before federal, state, and municipal government bodies is nothing but admirable.

Bob's persistent work to uplift the NHMTA began in 1989, when the organization was still in its early stages. Throughout his long tenure, he has helped the organization grow, instituted multiple programs that save members money, and formed ties between the NHMTA and local government agencies such as the NH Department of Safety. Bob's work has helped the economy of the Granite State flourish by creating programs that help small businesses comply with government regulations, thus saving them money and easing administrative burdens.

On behalf of the constituents of New Hampshire's First Congressional District, I want to thank Bob for his decades of service and congratulate him on his well-deserved retirement. Bob's work with NHMTA will continue to benefit Granite Staters for generations to come and I wish him all the best in his future endeavors.

---

∙ This "bullet" symbol identifies statements or insertions which are not spoken by a Member of the Senate on the floor.

Matter set in <u>this typeface</u> indicates words inserted or appended, rather than spoken, by a Member of the House on the floor.

## HONORING MS. TERI GEORGE FOR THREE DECADES OF SERVICE TO THE U.S. CUSTOMS AND BORDER PROTECTION

### HON. RALPH NORMAN
OF SOUTH CAROLINA
IN THE HOUSE OF REPRESENTATIVES

*Wednesday, November 1, 2023*

Mr. NORMAN. Mr. Speaker, I rise today to recognize a dedicated public servant, Teri E. George, whose remarkable career with the United States Customs and Border Protection (CBP) exemplifies unwavering commitment and tireless dedication to the protection and security of the Carolinas and our great Nation.

Ms. Teri E. George's career began in 1993 with U.S. Customs. Her decades-long career has been marked by steadfast loyalty to her responsibilities. a deep sense of duty, and an unwavering commitment to the core principles of public service. Her retirement on December 31, 2023, is a milestone that marks thirty years and eleven months of exceptional service to our country.

In 2003, with the formation of the Department of Homeland Security, Ms. George seamlessly transitioned to the Customs and Border Protection agency . Her adaptability and ability to excel in a dynamic and ever-changing environment are a testament to her competence and leadership within the organization.

Ms. George's contributions to CBP have been significant, with the majority of her careel spent as the Supervisory Mission Suppo it Specialist for the Area Port of Charlotte. In this vital role, she oversaw crucial functions, including budget management, personnel actions, logistics, and facilities for ports of entry in North Carolina.

Ms. George's work as the Supervisory Mission Support Specialist ensured that the necessary resources and infrastructure were available to facilitate the essential operations of Customs and Border Protection across the Carolinas. Her tireless efforts helped to maintain the efficiency and effectiveness of CBP operations, safeguarding our nation's borders and enhancing our homeland security.

The dedication, expertise, and commitment that Ms. Teri George displayed throughout her career are commendable and deserving of the highest recognition. Her contributions have left an indelible mark on the Deparlment of Homeland Security and the United States Customs and Border Protection, further enhancing our nation's security and prosperity.

As Ms. George embarks on a well-earned retirement, I extend my heartfelt gratitude and best wishes for the next chapter in her life. I want to express deep appreciation on behalf of the whole community for her unwavering commitment to public service and her outstanding contributions to the security of our Nation.

Her legacy will continue to inspire those who follow in her footsteps, and her dedication to public service will remain a shining example to all.

## HONORING THE LIFE OF CHIEF MICHAEL D. LIDDELL

### HON. BENNIE G. THOMPSON
OF MISSISSIPPI
IN THE HOUSE OF REPRESENTATIVES

*Wednesday, November 1, 2023*

Mr. THOMPSON of Mississippi. Mr. Speaker, I rise today to honor a tenacious and self-motivated leader, the late Chief Michael D. Liddell. Chief Liddell has shown what can be done through hard work, dedication, and a desire to achieve.

Michael attended Humphreys County High School and obtained his GED in November of 1989. He then attended Coahoma Community College in 1990. After deciding that he wanted to work, he obtained a job at SuperValu Distribution Company in1991 in Indianola, MS, where he worked until 2003. Michael then attended Mississippi Delta Community College and graduated from the Law Enforcement Training Academy in March of 2005. After graduating, he became employed at the Pelzoni Police Department and served as a police officer until he assumed the position of Chief of Police in 2017.

Michael was a great officer. He took pride in his work and loved what he did. He dedicated many personal hours to protecting and serving his community. He was very passionate about his work. He had a huge heart and would help anyone he could. He served faithfully until he became ill in June 2022.

Of all his accomplishments, nothing meant as much as when Michael dedicated his life to Christ and became a faithful member of Shiloh MB Church Deovelente under the leadership of Pastor Charles Edwards on February 27, 2022.

Mr. Speaker, I ask my colleagues to join me in honoring the life, legacy, and service of the late Chief Michael D. Liddell.

## RECOGNIZING DOROTHY TAZIK'S 100TH BIRTHDAY

### HON. BRIAN K. FITZPATRICK
OF PENNSYLVANIA
IN THE HOUSE OF REPRESENTATIVES

*Wednesday, November 1, 2023*

Mr. FITZPATRICK. Mr. Speaker, I rise today to recognize Dorothy Tazik, a remarkable constituent from my district, and to pay tribute to her on the celebration of her 100th Birthday in September of this year.

Dorothy was born on September 6, 1923, in Wallington, New Jersey, as the third child and only daughter of Mary and John Pollak. From New Jersey, she and her family relocated to Tullytown and later Bristol in Bucks County, Pennsylvania. On October 19, 1946, she married her husband Wendel J. Tazik, an Army Air Corps veteran from World War II who served faithfully in the Pacific Theater. Dorothy and Wendel settled in Levittown, Pennsylvania, where they raised their five daughters, and she embarked on a lifetime of devotion as a wife, mother, homemaker, and grandmother. Dorothy is further blessed with 9 grandchildren and 12 great-grandchildren.

I am personally honored to have arranged for the flag of the United States of America to be flown over the United States Capitol on her 100th Birthday to commemorate this historic occasion in her life. Moreover, I am deeply honored to have had the opportunity to present this flag to her during her Birthday celebration.

Mr. Speaker, I ask my esteemed colleagues in the U.S. House of Representatives to please join me in extending our heartfelt congratulations, sincere well-wishes, and all of God's Blessings to Dorothy Tazik on the celebration of her 100th Birthday.

## HONORING THE WESLEY HOUSE ASSOCIATION

### HON. CORI BUSH
OF MISSOURI
IN THE HOUSE OF REPRESENTATIVES

*Wednesday, November 1, 2023*

Ms. BUSH. Mr. Speaker, St. Louis and I rise to congratulate the Wesley House Association for 120 years of dedicated community service.

Wesley House is a professional, highly-motivated, and socially conscious organization with a passion for improving the overall quality of life for communities in need. They value creative problem-solving and ambitious fund-raising efforts in order to support their far-reaching programs and services. Their after-school programs encourage civic engagement among young people, and their senior outreach programs help ensure that our seniors are respected, secure, and active participants in their communities.

Organizations like Wesley House are incredibly valued and beloved. Their efforts are truly the personification of what it means to be servant leaders who embody selflessness and unyielding altruism. St. Louis honors their service, and may we all commit to paying their efforts forward.

## HONORING ROOSEVELT HARRIS

### HON. BENNIE G. THOMPSON
OF MISSISSIPPI
IN THE HOUSE OF REPRESENTATIVES

*Wednesday, November 1, 2023*

Mr. THOMPSON of Mississippi. Mr. Speaker, I rise today to honor a determined and self-motivated leader, Roosevelt Harris. Roosevelt Harris has shown what can be done through hard work, dedication, and a desire to achieve.

Vicksburg Native Roosevelt Harris opened his third business; his trucking company, R&R Transportation, LLC in 2021. Harris has achieved his goal of becoming an owner/operator just one year after facing a near-death experience with COVID–19. His week-long stay in ICU renewed his resolve and inspired Harris to take action, not only for his own benefit, but to serve as an example for others to realize their potential.

Harris came up with the idea of having his own trucking service in July 2021. He purchased a 24-foot box truck which allows him to travel state-to-state hauling general freight, including furniture and equipment, to different companies.

Before jumping into the trucking industry, Harris also consulted with some of his close friends, Cambridge Williams, Stefon Demby, Jarvis McDaniel and Bobby Clark, who are already in the business.

Harris' box truck doesn't require a CDL, but the resourceful entrepreneur expanded his service capabilities with a built-in cooling system for transporting frozen goods. Harris has plans to grow the company to new heights as time moves on.

Harris has been a business owner in Vicksburg for 13 years, successfully operating Roe's Rims Detailing and YBN clothing. He founded the Boss Talk 21 Podcast and is now owner of R&R Transportation, LLC.

Mr. Speaker, I ask my colleagues to join me in recognizing Roosevelt Harris for his passion and dedication to provide economic development to Vicksburg, Mississippi.

---

BEIRUT VETERANS PROCLAMATION

## HON. CHUCK EDWARDS
OF NORTH CAROLINA
IN THE HOUSE OF REPRESENTATIVES

*Wednesday, November 1, 2023*

Mr. EDWARDS. Mr. Speaker, the United States of America has always been a symbol of peace and freedom and has achieved this stature throughout the world because of the selfless service of our veterans. From those who fought in the Revolutionary War to those serving in harm's way now, our country's armed forces have given up the comforts of home, the company of loved ones, and—for some—even their own lives to secure the blessings of liberty for many in our world.

Today, we honor those who served our country as peacekeepers in Lebanon between 1982 and 1984, with courage, honor and valor.

It has been just over 40 years, on October 23, 1983, since the deadly bombing of the Marine barracks in Beirut, Lebanon, where 241 United States Marines, Navy and Army personnel lost their lives to a deadly terrorist bomb. Many consider that horrific episode to be the beginning of America's war on terror and set the precedent for how our country's military approaches conflict in the Middle East. Almost three dozen more lost their lives as part of this mission.

We will always remember them.

This terrorist attack took the most lives of U.S. military servicemen since the Tet offensive in the Vietnam War and more lives of United States Marines since the Battle of Iwo Jima in World War II.

This act has now faded into the obscurity of textbooks, university lectures and most Americans' memories. The Beirut Veterans of America have a motto: "The First Duty is to Remember," to memorialize those brothers who lost their lives and the families who have endured the last 40 years of sacrifice, separation, anguish and loneliness to keep our world free from the tyranny of bullies, thugs and terrorists.

These men "Came in Peace" and gave the ultimate price of freedom: their lives.

Be it proclaimed that this past October 23 and each one to come is dedicated to honoring and recognizing the memory of these souls who shall never be forgotten.

---

PERSONAL EXPLANATION

## HON. JOHN H. RUTHERFORD
OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES

*Wednesday, November 1, 2023*

Mr. RUTHERFORD. Mr. Speaker, I was unavailable and I missed the following Roll Call vote. Had I been present, I would have voted AYE on Roll Call No. 542.

---

HONORING THE LADIES OF ELEGANCE

## HON. BENNIE G. THOMPSON
OF MISSISSIPPI
IN THE HOUSE OF REPRESENTATIVES

*Wednesday, November 1, 2023*

Mr. THOMPSON of Mississippi. Mr. Speaker, I rise today to honor an enthusiastic and self-motivated community organization, The Ladies of Elegance. This powerful team is comprised of both veterans of education and community involvement and leadership. They tirelessly served their community; with this year marking their 23-year anniversary.

The Ladies of Elegance organization was founded by Mrs. Helen Coleman, which she still holds as CEO and President. This group was chartered in 2000. It is an organization of a small group of women who are local citizens, some who have moved away but have kept their membership current. Presently, their membership is 20. Their mission since origination was to work with elderly citizens, spend quality time with them and provide mentorship to the youth in the community. Each year, they give scholarships to graduating seniors who are headed to college or trade school. To date, they still firmly believe the elders have shaped them and the children are the seeds of hope for our tomorrow. The Ladies of Elegance remain dedicated to providing them with the support they need to shape them into productive leaders of the future. They are committed to engaging them in activities that build communication and volunteering.

Additionally, this organization supports St. Jude's Hospital, Relay for Life and most of all, they provide assistance to families in the community that are in need. Its signature event is an annual black-tie gala held to honor various community leaders as well as state and national leaders who have worked hard to support the community.

Mr. Speaker, I ask my colleagues to join me in recognizing The Ladies of Elegance for their dedication to support and advocate in their local communities, and their selfless service to Bolivar County, MS.

---

FIFTH ANNIVERSARY OF PITTSBURGH MASSACRE

## HON. JENNIFER A. KIGGANS
OF VIRGINIA
IN THE HOUSE OF REPRESENTATIVES

*Wednesday, November 1, 2023*

Mrs. KIGGANS of Virginia. Mr. Speaker, I include in the RECORD remarks submitted at the request of a Virginia Beach constituent, Rabbi Dr. Israel Zoberman of Temple Lev Tikvah, and are a reflection of his views:

Fifth Anniversary of Pittsburgh Massacre

The utterly unsettling 83-minute attack on Shabbat morning. Oct. 27. 2018, at the Tree of Life synagogue in Pittsburgh. resulting in the death of 11 worshiping Jews, has been described as the worst antisemitic crime committed on American soil. The name "Tree of Life" connotes the holy Torah whose lessons. including the Ten Commandments, aim to preserve the divine gift of precious human life, proclaiming that freedom and responsibility are inseparable twins.

A 2020 book, "Bound in the Bond of Life: Pittsburgh Writers Reflect on the Tree of Life Tragedy" (University of Pittsburgh Press), offers the traditional Jewish response, asserting life's primacy facing death and loss. The moving volume of insightful reflections by a wide array of Pittsburgh writers connects to their own lives' experiences.

It is a thoughtful and fitting account honoring the memory of the slain who are rightfully placed in the context of the long historical chain of Jewish martyrdom, culminating in the Holocaust and beyond, with the appellation of "Kedoshei Pittsburgh" (Pittsburgh's Martyrs).

The book's co-editor Beth Kissileff is married to one of the attack's survivors, Rabbi Jonathan Perlman of New Light Congregation. Kissileff, who has taught at the universities of Pittsburgh and Minnesota, raises, "Can one heal after gun violence? Can any of us feel safe again? Did antisemitism really not ever go away?" The above interrelated issues are complex and beclouded by sectarian politics. Yet, we are not free from tackling them while advocating for remedies helping to prevent similar tragedies in the future.

Co-editor Eric Lidji is director of Pittsburgh's Rauh Jewish History Program & Archives at the Sen. John Heinz History Center. He oversees preserving the massacre's documentation. "In due time, with persistence, I can know just the tiniest bit more . . . so that others can someday make meaning from it all." However, what "meaning" can be derived from such a calamitous occurrence? Recording aids sacred remembrance and provides a therapeutic dimension.

David M. Shribman who wrote the book's Forward is the former executive editor of the Pittsburgh Post-Gazette. His team won the 2019 Pulitzer Prize for covering the carnage. His then-newspaper printed in Hebrew the four letters of the memorial Kaddish prayer. Dor Hadash congregation was inspired to conduct a "Refugee Shabbat," for the gunman's ire was at the refugees and immigrants assisted by HIAS (Hebrew Immigrant Aid Society), who sought entry into the United States. "Just as the Holocaust survivors once warned my generation, those of us who saw what happened at Tree of Life must tell those who come next." The challenge is to retain the bond of remembrance and the attack's lessons over time's natural and forced forgetfulness.

Dr. Laura Zittrain Eisenberg teaches modern Middle East history at Carnegie Mellon University. She is a third-generation family member at Tree of Life. Eisenberg shares the constructive response, "organizing blood drives . . . community service activities at libraries, food pantries, and service organizations . . . under the slogan 'Remember. Repair. Together.'" Can this spirit of both altruism and practicality, turning pain into promise, be sustained over time? The lifechanging Pittsburgh "pogrom" reflects Jewish vulnerability in "Golden America." Only Tree of Life remains in the building to be redesigned by famed architect Daniel Libeskind, son of Holocaust survivors, who designed the World Trade Center Memorial site following the Sept. 11, 2001, attacks. The

remodeled building will memorialize the Pittsburgh tragedy and serve as the Holocaust Center of Pittsburgh. Rabbi Dr. Israel Zoberman is founder of Temple Lev Tikvah in Virginia Beach. He is son of Polish Holocaust survivors.

─────────

HONORING THE ST. LOUIS ASSOCIATION OF COMMUNITY ORGANIZATIONS

## HON. CORI BUSH
OF MISSOURI
IN THE HOUSE OF REPRESENTATIVES

*Wednesday, November 1, 2023*

Ms. BUSH. Mr. Speaker, St. Louis and I rise to celebrate the 45th anniversary of St. Louis Association of Community Organizations ("SLACO"). For over four decades, SLACO has been an instrumental force in Missouri's First District by fostering unity and strength across our community.

Founded in 1978 by the visionary Father Gerry Kleba. SLACO has evolved into a dynamic coalition of neighborhood associations and community organizations and embodies a spirit of collective action and resilience. SLACO-s commitment to enhancing the quality of life in St. Louis through diverse initiatives such as affordable housing production, violence prevention, after-school programming, environmental education, and community organizing has left an indelible mark on our community.

Under the current leadership of Executive Director Kevin McKinney. SLACO has demonstrated its forward-thinking approach to promoting public safety, advancing racial equity, and fostering meaningful change. As a connecting force for neighborhoods across the region, the organization has emerged as a vital catalyst in shaping dialogue and driving impactful societal shifts.

As the Congresswoman for Missouri's First District and on behalf of the entire St. Louis community. it is an honor to celebrate SLACO's 45 years of resilience, unity, and collaboration. May this anniversary serve as a catalyst for further innovation, growth. and meaningful endeavors in the years to come.

─────────

HONORING CHIEF JOSEPH WADE

## HON. BENNIE G. THOMPSON
OF MISSISSIPPI
IN THE HOUSE OF REPRESENTATIVES

*Wednesday, November 1, 2023*

Mr. THOMPSON of Mississippi. Mr. Speaker, I rise today to honor the great Chief of Police of Jackson, Mississippi, Chief Joseph Wade.

Chief Joseph Wade is a native of Terry, MS, and now resides in the City of Jackson. He is a highly motivated and energetic professional with a strong background and experience in law enforcement. In 1995, Joseph Wade graduated from the 23rd recruit class. Since then, he has obtained extensive leadership skills as a Sergeant, Lieutenant, Commander, Deputy Chief, Assistant Chief, Interim Chief, and now Chief of Police.

Chief Wade's resourceful and dedicated law enforcement profession extends to the Patrol Operations Division, Investigations Division, Standards and Training, Administration, and Chief's office. Highly decorated and accomplished, he is a two-time recipient of the Meritorious Service Award, a two-time recipient of the MS Department of Public Safety's D.U.I. 100 Club, and many other commendations. Being goal-oriented and driven, he has attained over 80 advanced Law Enforcement Training Certifications.

His prized career accomplishment is the implementation of the Youth Citizens' Police Academy, Police Athletic League (PAL), and Explorers' Program. These youth programs service over 200 youth annually in the City of Jackson and have successfully impacted hundreds by using sports and mentoring as tools.

He graduated from Hinds Community College's Criminal Justice Program, FBI Command Collage, and the DEA Commander's Academy. His civic and communitiy affiliations include Prince Hall Freemason / Lynch Lodge No. 2 / Jackson, MS, and the CBTU/CARAT (Coalition of Black Trade Unionist/Community Action & Response against Toxins). Chief Wade is pursuing his bachelor's degree in criminal justice administration, where he has spent the last two quarters on the President's list.

Chief Joseph Wade's objective is to use his police skills, education, and experience to forge working relationships with the community, reduce violent crimes and rebuild the ranks of the Jackson Police Department to improve the quality of life for citizens of Jackson.

Mr. Speaker, I ask my colleagues to join me in recognizing Chief Joseph Wade for his dedication to the City of Jackson.

─────────

RECOGNIZING THE RIGHTS OF AMERICANS EXPOSED TO TOXIC WATER AT CAMP LEJEUNE

## HON. MATT CARTWRIGHT
OF PENNSYLVANIA
IN THE HOUSE OF REPRESENTATIVES

*Wednesday, November 1, 2023*

Mr. CARTWRIGHT. Mr. Speaker, I rise today, along with my colleague, Rep. GREGORY MURPHY, to speak on behalf of all those Americans who were exposed to the toxic water at Camp Lejeune, North Carolina. When writing the Camp Lejeune Justice Act, we understood that the only way the veterans, their families and others could get fair and just compensation was through a jury trial. Let there be no ambiguity. Let this be understood to be our unequivocal expression our intent, from the inception of the bill through final passage and into enactment: the claimants who have suffered so intensely as a result of the toxic water at Camp Lejeune have the right to a trial by jury.

We were aware of how the Federal Tort Claims Act worked, through a bench trial, and we specifically rejected that model when we wrote the Act. Indeed, it has always been our intent for the Act to stand separate and apart from the Federal Tort Claims Act in all respects. For these reasons, we expressly included a provision in subsection (d) of the Act confirming every plaintiffs right to a jury trial. The Department of Justice is inexplicably reading this provision out of the statute.

Specifically, the United States Department of Justice has recently filed a Motion in the Camp Lejeune Water Litigation proceeding pending before the United States District Court for the Eastern District of North Carolina in which the Department asserts that those harmed by the toxic water at Camp Lejeune between 1953 and 1987 are not entitled to a jury trial. This argument is inexplicable.

We fundamentally disagree with the Department's position. When we drafted the Act, it was our clear, unambiguous, and unequivocal express intent to provide all those covered by the Act with the right to a trial by jury against the United States of America for the harm they suffered at Camp Lejeune. We thought it was critically important that people who had been betrayed and misled by the government for decades would have a right to have their claims decided by a jury of their peers.

We want to cite the law as written in "Public Law 177–168 Section 804. Federal Cause of Action Relating to Water at Camp Lejeune, North Carolina subsection (d) Exclusive Jurisdiction and Venue—The United States District Court for the Eastern District of North Carolina shall have exclusive jurisdiction over any action filed under subsection (b), and shall be the exclusive venue for such action. Nothing in this subsection shall impair the right of any party to a trial by jury."

We want to take this opportunity to again restate what we have always intended and what is clearly written in Public Law 177–168. We are dismayed that the Department of Justice has taken this wrongheaded position, which flies in the face of everything Congress intended for those harmed by the toxic water at Camp Lejeune. Those who have steadfastly defended our country rate no less than the rights they deserve as American citizens.

─────────

HONORING MRS. EILEEN THRALL

## HON. ABIGAIL DAVIS SPANBERGER
OF VIRGINIA
IN THE HOUSE OF REPRESENTATIVES

*Wednesday, November 1, 2023*

Ms. SPANBERGER. Mr. Speaker, I rise to congratulate Mrs. Eileen Thrall on being named Dumfries, Virginia's 2023 Living Legend by Mayor Derrick Wood

For years, Eileen has served as an exemplary member of the Dumfries community through her work as a reporter for Potomac News, where she authored the widely enjoyed Dumfries Community Column. Her column provided insight into the community and highlighted the wonderful facets of the town, sharing with her audience what makes Dumfries so remarkable.

Aside from journalism, Eileen has also dedicated her time to advocating for Dumfries and its residents through her various community and public service positions. She selflessly selved on the Prince William County Board of Zoning Appeals for over two decades, working for the betterment of her community.

Eileen serves on the Board of Directors for the Good Shepherd Housing Foundation working to provide housing options to those in need and has been an advocate for good environmental stewardship through her leadership of Friends of Quantico Bay and her involvement with the Friends of Quantico Creek.

Eileen represents seniors within the town of Dumfries, serving as an executive committee member on the Prince William Commission on Aging where she advocates for issues related to aging and caregiving. And as an active

member of the Dumfries United Methodist Church, Eileen has served in various capacities supporting the church and her community.

Eileen's love and dedication for the Town of Dumfries is clear, and the work she does on behalf of her community serves as a pillar of inspiration across Virginia.

Mr. Speaker, I ask my colleagues to join me in celebrating and thanking Mrs. Eileen Thrall, a Living Legend, for her contributions to the community and the Town of Dumfries.

---

HONORING THE LATE JAMES C. "SAM/SAMMY" BRADFORD

## HON. BENNIE G. THOMPSON
OF MISSISSIPPI
IN THE HOUSE OF REPRESENTATIVES
*Wednesday, November 1, 2023*

Mr. THOMPSON of Mississippi. Mr. Speaker, I rise today to honor the life and service of James C. "Sam/Sammy" Bradford.

Sammy was born on July 11, 1942, in Memphis TN. Mr. Bradford started trying to make a difference early in the NAACP youth chapter. In March of 1961, he became the youngest of the "Tougaloo Nine" to desegregate the Jackson Municipal Library System. It was during that selfless act of service he created the concept "You can recognize what's the right thing to do . . . because the right thing is rarely comfortable, convenient or popular".

Sammy graduated from Douglass High School and began his freshman year in 1960 at the esteemed Tougaloo College in Tougaloo, MS where he studied music. His love for music and beautiful tenor voice is what joined him with the love of his life, his wife, Shirley Ann Faulkens.

In December of 1969, Sammy married Shirley Ann Faulkens. They were married for 53 years and 10 months and had two children together, Ako and Pili.

Mr. Speaker, I ask my colleagues to join me in recognizing the late James C. "Sam/Sammy" Bradford for his dedication, advocacy, and sacrifices to the Civil Rights Movement.

---

HONORING THE GLOBAL MEDICAL RESPONSE 2023 STARS OF LIFE AWARD RECIPIENTS

## HON. MICHAEL C. BURGESS
OF TEXAS
IN THE HOUSE OF REPRESENTATIVES
*Wednesday, November 1, 2023*

Mr. BURGESS. Mr. Speaker, I rise to recognize the Global Medical Response Stars of Life award recipients for 2023.

Each year, the American Ambulance Association (AAA) honors a select group of Emergency Medical Services professionals for their commitment to patient care, integrity and compassion through the Stars of Life program. Global Medical Response, a member of the AAA and the world's largest provider of emergent and non-emergent medical transportation and healthcare services, has identified 32 of its frontline heroes for this distinction, representing the best of the best in the air and on the ground.

We will find these heroes all around us in our communities. From a small village outside Anchorage, AK, where a pilot landed his aircraft with nothing but the community's off-road vehicle headlights for light to the paramedics in Buffalo, NY and Jackson, MS, who showed immense strength in leadership and skill while saving multiple lives during mass casualty incidents to the several brave individuals, who voluntarily went into harm's way to support the communities of Florida and face Hurricane Ian head on and to Temple, TX, where the innocent life of a small child was saved by a paramedic following an accident on a ride-on mower.

There are many stories to share and so much that we can learn from the day-to-day lives of these heroes. We must learn to exhibit integrity in everything we do and everything we say. We must act with compassion and grace in even the most daunting and challenging of situations. We must be vigilant, never wavering in our commitment to doing what is right for the community and answering the call to serve.

So that we will never forget the immense contributions to our communities made by the 2023 Global Medical Response Stars of Lifeaward recipients, I include in the RECORD their names to honor their service and humbly thank them for showing us what it means to truly serve, while providing care to the world at a moment's notice.

Global Medical Response
2023 STARS OF LIFE AWARD RECIPIENTS

Danny Abalama, B200 Instructor Pilot of Anchorage, AK.
Jacob Ambach, Paramedic of Spokane, WA.
Michael Arquette, Operations Supervisor of Buffalo, NY.
Jack Asbury, EMT of Bushnell, FL.
Cindy Betts, Base Medical Manager of Wichita, KS.
Jason Burns, Flight Paramedic of Salida, CO.
Ian Carroll, Flight Nurse of Logan, WV.
Preston Crotwell, Paramedic of Jackson, MS.
Zach Dayton, Firefighter Engineer/EMT of Mesa, AZ.
Victoria England, Flight Nurse of Mather, CA.
Rick Fikes, Paramedic/Field Training Officer of Abilene, TX.
Marlon Flanders, Paramedic of GMR Trinidad and Tobago.
Sean Fuller, Paramedic/Field Training Officer of Clackamas, OR.
Karina Galvez-Martinez, Paramedic of North Las Vegas, NV.
Kelly Hamill, Flight Nurse of Mattoon, IL.
Andy Hardy, Paramedic of Athens, TN.
Fidencio Hernandez, EMT/Field Training Officer of San Jose, CA.
Matthew Kohl, Paramedic of Evansville, IN.
Daniel Lee, Flight Nurse of Klamath Falls, OR.
Jesse Mascarenas, Flight Nurse of Salida, CO.
Stephanie Nocita, Paramedic of Monterey, CA.
Randall Roberson, Advanced EMT of Prestonsburg, KY.
Hiram Sanchez, SOS EMT of Napa, CA.
Dakota Shadwell, Flight Nurse of Mattoon, IL.
Jay Shintaku, Firefighter Paramedic of Tempe, AZ.
Brad Sparks, Flight Nurse of Oceanside, CA.
Rob Spencer, Paramedic/Field Training Officer of Temple, TX.
Michael Taboniar, Paramedic of Lihue, HI.
Bill Weber, Paramedic/Field Training Officer of Lake Havasu City, AZ.
Riley Wolfe, Paramedic of Redlands, CA.
Danny Workman, Flight Paramedic of Concord, CA.
Daniel Yandell, EMT of Vancouver, WA.

---

RECOGNIZING NEWTOWN BOROUGH TREASURER PATRICIA OURS

## HON. BRIAN K. FITZPATRICK
OF PENNSYLVANIA
IN THE HOUSE OF REPRESENTATIVES
*Wednesday, November 1, 2023*

Mr. FITZPATRICK. Mr. Speaker, I rise today to recognize an outstanding constituent from my district, Patricia Ours. Patricia began serving as Bookkeeper for the Borough of Newtown in 1997. Since then, she has worked tirelessly to support the Borough and its citizens as bookkeeper and as treasurer. Now, after more than 26 years of dedicated public service and professional commitment, Patricia is transitioning from her public position. I am proud to recognize and celebrate Patricia as an exceptional administrator who has provided outstanding financial guidance and general stewardship to the benefit of the residents of Newtown. Patricia finishes her government career as the Borough Treasurer, where she is widely respected for her accurate, strategic, and careful financial advice. She is recognized and respected as deeply knowledgeable in all areas of governmental financial management, whether it be budget planning or perceptive awareness of potential impacts to the Borough. She has demonstrated an extraordinary ability to overcome complex challenges, including those innumerable challenges that have arisen because of the COVID–19 pandemic. Patricia's expert guidance and thoughtfully caring leadership have helped the Borough community face challenges and overcome adversity. Her dedicated and diligent work has contributed to keeping our citizens well cared for.

We are incredibly grateful for the positive impact Patricia has had through her long career of public service, and we wish Patricia countless blessings during her new chapter.

---

HONORING ROBERT GEORGE CLARK, JR.

## HON. BENNIE G. THOMPSON
OF MISSISSIPPI
IN THE HOUSE OF REPRESENTATIVES
*Wednesday, November 1, 2023*

Mr. THOMPSON of Mississippi. Mr. Speaker, I rise today to honor a trailblazer, the Honorable Robert George Clark, Jr. He has shown what can be done through hard work, dedication, and a strong desire for change.

Robert George Clark, Jr. was elected to the Mississippi House of Representatives in 1967. He was the first African American elected to the Mississippi State Legislature since the Reconstruction era and remained in office until 2003.

Clark was born on October 3, 1928 to the Late Mr. Robert and Mrs. Julia Anne Clark of Ebenezer, Mississippi, the youngest of three children. He attended Holmes County Training School in Durant, Mississippi, and later received his B.A. from Jackson State University

in 1952. In 1959, he earned a Master's Degree in Administration and Educational Services from Michigan State University. In 1979, while in the Mississippi State Legislature, Clark served as a teaching fellow at the John F. Kennedy School of Government at Harvard University.

After earning his B.A. degree, Clark worked as a teacher in Holmes County. His first experience in politics was running for and winning an elected board position Holmes County Community Action Program (CAP) in 1966. In 1967, he agreed to run for state legislator on Holmes County's Mississippi Freedom Democratic Party (MFDP) ticket. He won the election and became the first black person elected to the Mississippi House of Representatives since Reconstruction.

Clark's election signaled the emergence of black electoral politics in Mississippi. As late as 1964, only ten black people were registered to vote in Holmes County, though the county was roughly 75 percent African American. By 1967, the black community of Holmes County built one of the strongest and most sophisticated political organizations in the state.

Ten years after he was first elected, Clark became the first black committee chairman in the Mississippi House of Representatives when he was named to head the Education Committee. During his term as chair, the legislature passed the 1982 Education Reform Act and the 1984 Vocational Education Reform Act. The 1982 act significantly reformed Mississippi's educational system, helping to modernize school classrooms and other physical facilities, replace worn-out textbooks and purchased replacement school buses.

In January 1992, Clark was elected as Speaker Pro Tempore, serving in that post until 2000. When he retired from the Mississippi House of Representatives in December 2003, he was the longest-serving member in continuous House service. I stand on the shoulders of men like him as I am encouraged to continue fighting to make Mississippi a better place for all of its citizens.

Mr. Speaker, I ask my colleagues to join me in recognizing the Honorable Robert George Clark, Jr. for his dedication and years of service to the state of Mississippi.

---

RECOGNIZING THE EXEMPLARY SERVICE OF MR. BARRY CHASTAIN

## HON. RALPH NORMAN
OF SOUTH CAROLINA
IN THE HOUSE OF REPRESENTATIVES

*Wednesday, November 1, 2023*

Mr. NORMAN. Mr. Speaker, I rise today to honor an outstanding citizen, Mr. Barry Chastain, a remarkable individual who has devoted over 38 years to federal service. Currently serving as the Area Port Director for Customs and Border Protection (CBP) in North Carolina, Mr. Chastain's contributions to the Carolinas and our Nation are immeasurable. In his capacity as the Area Port Director, Mr. Chastain shoulders the responsibility of overseeing six international ports of entry in North Carolina, where he manages a workforce of more than 150 dedicated employees. These ports collectively process over 3.5 million passengers and handle over 4 billion dollars in imported goods annually. Under his vigilant leadership, the seamless flow of legitimate trade coexists with stringent security measures to safeguard our national interests. Mr. Chastain serves as the senior CBP representative to all federal, state, and local law enforcement partners in North Carolina. His ability to foster cooperation and collaboration among these agencies is integral to the safety and well-being of our citizens.

Mr. Chastain's illustrious career extends beyond his current role. His previous leadership assignments within the United States Department of Agriculture's Plant Protection and Quarantine Division in North Carolina exemplify his unwavering dedication to protecting our agricultural and biological resources. He also served as the Officer in Charge in South Carolina and Eastern Georgia, where he provided leadership and innovation to shield our natural resources from invasive plant pests and foreign animal diseases.

Mr. Chastain's career within Customs and Border Protection includes various leadership roles, such as serving as the Assistant Area Port Director for Trade Operations and the Assistant Area Port Director for Passenger and Tactical Operations. In these roles, he managed international passenger clearance programs, trade processing, maritime and military clearance operations, and led all CBP enforcement programs for the Area Port of Charlotte.

Mr. Chastain's commitment to national and regional security extends to his involvement in high-profile national projects, including the Democratic National Convention, the G–8 Summit, and numerous FEMA Region IV hurricane response events. His capacity to manage complex and critical tasks on a large scale is a valuable asset to our nation. Moreover, Mr. Chastain has excelled in establishing stakeholder partnerships and currently serves as an Executive Steering Committee Member of the North Carolina Joint Terrorist Task Force (JTTF). His contributions to this task force are crucial to our state's security efforts. Mr. Chastain's outstanding career in federal service, his commitment to national security, and his exemplary leadership in Customs and Border Protection are truly commendable. The Carolinas and our Nation are fortunate to have such a dedicated public servant. We extend our heartfelt appreciation for his remarkable service.

---

INTRODUCTION OF THE WORDS MATTER FOR THE DISTRICT OF COLUMBIA COURTS ACT

## HON. ELEANOR HOLMES NORTON
OF THE DISTRICT OF COLUMBIA
IN THE HOUSE OF REPRESENTATIVES

*Wednesday, November 1, 2023*

Ms. NORTON. Mr. Speaker, today I introduce the Words Matter for the District of Columbia Courts Act, which would remove the term "retarded" from Title 11 of the District of Columbia Code and replace it with more appropriate and respectful terminology. I am pleased that Representative MARC MOLINARO is the co-lead of this bill.

Removing the term from the law has bipartisan support. In 2010, Congress removed several instances of the term from federal law by passing Rosa's Law (P.L. 111–256). Earlier this year, I joined both Republican and Democratic colleagues in introducing the Words Matter Act, which would remove several more instances of the term from federal law.

The term is used three times in Title 11 of the D.C. Code, and, under the D.C. Home Rule Act, only Congress can amend Title 11 of the D.C. Code.

There was a time when the term was a clinical term, but in more recent years, it has become a slur used against people with intellectual disabilities. Words indisputably matter, and I know our country is better than keeping such language in our law.

I urge my colleagues to support this bill.

---

RECOGNIZING CVSOA PRESIDENT BRUCE WILBER

## HON. MIKE GALLAGHER
OF WISCONSIN
IN THE HOUSE OF REPRESENTATIVES

*Wednesday, November 1, 2023*

Mr. GALLAGHER. Mr. Speaker, today I rise to honor Bruce A. Wilber, who has dedicated his life to serving both his country and his community. Mr. Wilber's journey is one of resilience, dedication, and unwavering commitment to those he serves.

Born in June 1957 on the Menominee Indian Reservation in Keshana, Wisconsin, Mr. Wilber emerged as a beacon of leadership, being the oldest of seven children. His father's legacy as a Korean War veteran instilled in him a profound sense of duty to his country and eventually inspired him to join the military. After answering the call to serve, Bruce Wilber became a motor transport operator stationed in Caserma Ederle, a base in Livorno, Italy.

Upon concluding his military service, Mr. Wilber transitioned to the civilian sector, where he contributed to the logging industry and later served in law enforcement. Unfortunately, his law enforcement career was cut short due to an injury. However, this setback did not deter him. Mr. Wilber's tenacity shone through as he pursued an associate degree in alcohol and other drug abuse (AODA) counseling from the College of Menominee Nation.

His journey took a significant turn as he assumed the role of an AODA counselor at the Maehnowesekiyah Wellness Center, the treatment facility for the Menominee Nation. In this capacity, he was instrumental in establishing and maintaining mental and physical wellness programs for veterans and members of the Menominee Tribe for a decade. At each stop in his career, he continued to serve a greater purpose and those around him.

In August 2016, Mr. Wilber became the Tribal Veterans Service Officer (TVSO) and a County Veterans Service Officer (CVSO) for the Menominee Nation and Menominee County, respectively. He extended his service by joining the Wisconsin County Veterans Service Officers Association (CVSOA), a vital organization that represents all 11 recognized tribes and 72 counties in Wisconsin.

After several years as a CVSO, it is with great pride that we acknowledge Mr. Wilber's election as the first Native American president of the State County Veterans Service Officer Association (CVSOA). I am sure that with his experience and unwavering dedication to the veteran's community, Mr. Wilber will excel in this new role.

Mr. Wilber's dedication also extends to his family, having celebrated 30 years of marriage and having raised seven children. The Wilber family's sacrifices have been profound, including the loss of a son who served with the Marines in Iraq and tragically passing away in an

accident at Camp Lejeune, North Carolina. Mr. Wilber carries the memory of his son in his heart and draws inspiration from his son's legacy to continue being a positive role model for others.

I am proud that my office has been able to work with Bruce in his role as TVSO and CVSO. It is an incredible honor to recognize and celebrate the accomplishments of Bruce as he continues to make a profound impact on the lives of our veterans, the Menominee tribe, Northeast Wisconsin, and our country.

───────

CONGRATULATING HERMIT WOODS WINERY AND EATERY ON BEING NOMINATED TO THE 2023 AMERICA'S TOP SMALL BUSINESS SUMMIT

## HON. CHRIS PAPPAS
OF NEW HAMPSHIRE
IN THE HOUSE OF REPRESENTATIVES
*Wednesday, November 1, 2023*

Mr. PAPPAS. Mr. Speaker, I rise today in recognition of Hermit Woods Winery and Eatery, a New Hampshire small business that was recently nominated to the 2023 America's Top Small Business Summit. For 13 years Hermit Woods Winery and Eatery has embodied our state's values of determination and innovation, heightened consumer experiences with high-quality, locally-sourced products. This recent recognition by the U.S. Chamber of Commerce is a testament to Hermit Woods Winery and Eatery's impact on our local economy and involvement in the community. The next generation of New Hampshire business leaders will look to Hermit Woods for inspiration.

Hermit Woods is an industry leader and a trusted community partner. Its model of brewing with the fruits, flowers, and vegetables grown by local farmers and foragers showcases its culinary creativity and commitment to fostering community connections. Each bottle at the Winery is brewed with the spirit of community that defines the work at Hermit Woods. The Granite State is thankful for these small businesses that provide quality products, build relationships between neighbors, and strengthen the economy.

I look forward to seeing all that Hermit Woods accomplishes in the years to come, and I am confident that it will continue to serve as a guide for other business leaders in the state. On behalf of the constituents of New Hampshire's First Congressional District, I applaud Hermit Woods for its commitment to the values of business innovation and community compassion. I wish Hermit Woods continued success in its future endeavors.

───────

RECOGNIZING OKALOOSA STEMM ACADEMY

## HON. MATT GAETZ
OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES
*Wednesday, November 1, 2023*

Mr. GAETZ. Mr. Speaker, I rise today to recognize a school from my district, the Okaloosa Science, Technology, Engineering, Mathematics, and Medical (STEMM) Academy, on achieving the remarkable milestone of being recognized as a National Blue Ribbon School. Okaloosa STEMM Academy is one of only 13 schools from the State of Florida to earn this distinction and one of only 353 nationwide in 2023. This achievement is a testament to the teachers and staff's dedication to student success and their pursuit of excellence.

The Okaloosa STEMM Academy is an innovative middle school that provides a free and public education to sixth through eighth grade students in Okaloosa County with a curriculum focused on academic rigor and excellence. The STEMM Academy was established in 2012 as part of the Okaloosa STEMM Center. The curriculum has been specifically designed to enable students to transition to high school having completed numerous high school courses, including Algebra I Honors, Geometry I Honors, Physical Science Honors, Fundamentals of Web Design, and Earth Space Science Honors. I am proud that Northwest Florida is home to a multi-faceted academy for students interested in pursuing STEMM careers.

I, along with all of Northwest Florida, thank Principal Scheree Martin, the teachers, administration, and staff at Okaloosa STEMM Academy for their hard work and dedication to their students, families, and this community.

On behalf of the United States House of Representatives, I am privileged to recognize Okaloosa STEMM Academy on this incredible achievement.

───────

HONORING RHONDA GIVENS BOLES

## HON. BENNIE G. THOMPSON
OF MISSISSIPPI
IN THE HOUSE OF REPRESENTATIVES
*Wednesday, November 1, 2023*

Mr. THOMPSON of Mississippi. Mr. Speaker, I rise today to honor a breast cancer hero, Mrs. Rhonda Givens Boles.

Rhonda Boles was born on March 1, 1972, in Clarksdale to Roger Givens and Jamie Sharkey Givens. She has two amazing sons, Preston II—a freshman pre-veterinary medicine major at Mississippi State University, and Matthew Jamison—a junior at Pillow Academy.

Rhonda was a 1990 graduate of Greenwood High School and completed a Bachelor of Science degree at Jackson State University in 1994. She completed her master's degree at Vanderbilt University in Nashville, Tennessee. Obtaining both a Bachelor and Master of Science in nursing before becoming a board-certified family nurse practitioner. She is also a member of Delta Sigma Theta, Incorporated.

Rhonda married Dr. Preston Boles of Greenwood after moving back to Mississippi from Nashville, and they have enjoyed 21 years of marital bliss.

Rhonda has a love for her New Zion Missionary Baptist Church Family and has served in many capacities: as speaker, advocate, and facilitator for health-care discussions during the months of October and February, where she educated the congregants on breast cancer awareness and other health-related topics.

Rhonda was named The Greenwood Commonwealth's 2023 Mother of the Year in May. The title she proudly claimed was being her two sons' biggest cheerleader who did not carry pom-poms and was often heard giving the quick retort when asked why something had to be done.

Mr. Speaker, I ask my colleagues to join me in recognizing a breast cancer hero, Mrs. Rhonda Givens Boles.

───────

CELEBRATING THE 25TH ANNIVERSARY OF CHARTER SCHOOLS USA AND CEO JONATHAN HAGE

## HON. JARED MOSKOWITZ
OF FLORIDA
IN THE HOUSE OF REPRESENTATIVES
*Wednesday, November 1, 2023*

Mr. MOSKOWITZ. Mr. Speaker, I rise today to recognize the 25th Anniversary of Charter Schools USA and its President and CEO, Jonathan Hage.

Mr. Hage worked closely with former governor Jeb Bush in developing charter school legislation in Florida, opening the first charter school in the state. He has diligently worked with legislative representatives on both sides of the aisle to create equitable student learning opportunities. He has provided high-quality educational options for more than 95,000 students in Florida, Louisiana, Georgia, South Carolina, and North Carolina.

Furthermore, Mr. Hage is a veteran who served in the Army Special Forces as a Green Beret. He is committed to supporting the military community through hiring practices that recruit, maintain, and promote veterans from all military branches. Additionally, where permitted by each school's charter agreement, students from military families are given enrollment preference. These commitments helped a Florida school receive the Florida Purple Star School of Distinction, recognizing schools that support the unique needs of military families and provide resources for military-connected students when transitioning to a new school environment.

I am pleased to honor Mr. Jonathan Hage and Charter Schools USA for their continued commitment to student excellence by providing an educational environment that builds strong minds and good hearts to ensure a brighter future for all.

───────

RECOGNIZING MRS. MILDRED McKINNEY

## HON. MIKE ROGERS
OF ALABAMA
IN THE HOUSE OF REPRESENTATIVES
*Wednesday, November 1, 2023*

Mr. ROGERS of Alabama. Mr. Speaker, I rise today to recognize Mrs. Mildred McKinney and her dedication to St. Thomas United Methodist Church.

Mildred McKinney was born on December 12, 1945. She is the daughter of the late George and Lillie Oden and is the wife of Mr. Ralph McKinney. Her siblings are the late Carolyn Oden Jackson, the late Rudolph Halcome, and the late Willie Joe Oden.

Mrs. McKinney retired as an administrative secretary from the Sylacauga City School System after 27 years of service.

She is a proud member of the Coosa Valley Medical Center Auxiliary and has contributed over 1900 hours of volunteer service to Coosa Medical Center in Sylacauga.

She has served her church in many various ways. At St. Thomas, she has previously served as past president of the St. Thomas United Methodist women for 9 years, Sunday School Teacher, Sunday school superintendent, Church Secretary, Vacation Bible School Director and Trustee and has sung in the choir.

Mr. Speaker. please join me in recognizing Mrs. McKinney for her dedication to St. Thomas United Methodist Church.

---

RECOGNIZING THE RANKING ACHIEVEMENTS OF THE UNIVERSITY OF MARYLAND EASTERN SHORE

## HON. ANDY HARRIS
OF MARYLAND
IN THE HOUSE OF REPRESENTATIVES
*Wednesday, November 1, 2023*

Mr. HARRIS. Mr. Speaker, I rise today to recognize the University of Maryland Eastern Shore (UMES) for receiving its highest ranking for Historically Black Colleges and Universities (HBCUs) according to U.S. News & World Report.

Under the leadership of UMES President, Dr. Heidi M. Anderson, U.S. News ranked UMES in the top 6 of public HBCUs, number 200 among all public colleges and universities, and number 14 among 78 HBCUs in their 2023–2024 report. UMES ranked two spots higher than last year's report and is the university highest ranking since U.S. News created its HBCU category in 2007.

As the representative of Maryland's Eastern Shore, it is my distinct honor to recognize UMES for its remarkable achievement and I look forward to seeing the university continue to shape the minds of our Nation's future. Congratulations to UMES and Go Hawks.

---

HONORING THE U.S. AIR FORCE AIRBORNE LASER LABORATORY

## HON. ALEXANDER X. MOONEY
OF WEST VIRGINIA
IN THE HOUSE OF REPRESENTATIVES
*Wednesday, November 1, 2023*

Mr. MOONEY. Mr. Speaker, I rise today to recognize the incredible accomplishments of the U.S. Air Force Airborne Laser Laboratory.

Five decades ago, in the midst of the Cold War, the men and women of the ALL undertook a seemingly impossible task: developing a laser defense system capable of tracking, engaging and destroying incoming missiles from an airborne platform. Although the Air Force had successfully demonstrated their ability to use a land-based laser to destroy drone aircraft, the ALL would represent the first time in history that an aircraft-based system would attempt that feat.

For more than a decade, Air Force scientists and engineers, both military and civilian, pushed scientific boundaries, working on a converted KC–135 tanker aircraft in a huge yellow hanger at Kirkland Air Force Base. These pioneers were not employing the latest technologies, they were inventing brand-new technologies as they discovered new challenges. Many of those new technologies are in use today, in both directed energy and kinetic weapons programs.

In 1983 their hard work paid off when the ALL was successfully tested against AIM–9B Sidewinder missiles fired toward the aircraft in flight. Although the fighter aircraft firing those missiles were positioned out of range, any miscalculation could have been disastrous. Lt. Col Dennis Boesen, who was one of the ALL's Test Directors as well as a Vietnam combat veteran, pointed out, they were putting their lives in the hands of pilots, engineers and even the ordnance specialists to do their job perfectly. They put themselves in the path of a missile—five missiles, in fact—to prove a technology designed to save lives. Their faith in their fellow airmen, officers and scientists is a testament to this incredible team.

In joint testing with the U.S. Navy, the ALL shot down a BMQ–34A drone representing a Soviet cruise missile. Again, the ALL performed flawlessly, destroying the drone and demonstrating that airborne laser weapons are possible. In fact, the technological breakthroughs achieved with the ALL helped inspire President Ronald Reagan to launch the Strategic Defense Initiative and lead several years later to the YAL–1A airborne laser system.

Mr. Speaker, as conflicts around the world show us every day, the U.S. and its allies are constantly under attack from new and more sophisticated enemies. If we are going to continue protecting our citizens and our allies, we need to ensure that our fighting men and women have the best technology possible. The men and women who worked on the ALL deserve our deepest appreciation for what they accomplished to keep this country safe and, as the ALL logo states, give us all "Peace Through Light."

---

TRIBUTE TO JIM GORMAN

## HON. JIM JORDAN
OF OHIO
IN THE HOUSE OF REPRESENTATIVES
*Wednesday, November 1, 2023*

Mr. JORDAN. Mr. Speaker, I am honored to commend to the House the memory of Mr. James C. Gorman of Mansfield, Ohio. A longtime philanthropist and industrialist, Mr. Gorman died on September 21 at age 99.

Mr. Gorman was born in Mansfield in 1924. A 1941 graduate of Mansfield Senior High School, he flew more than 70 combat missions in C–47s in New Guinea and the Philippines during World War II. He was a charter member of the Ohio National Guard's 179th Airlift Wing in 1948, flying P–51s.

Jim served as president of the Gorman Rupp Company, a pump manufacturing business founded by his father, J.C. Gorman, and business partner H.E. Rupp in the 1930s. His strong leadership and loyalty to his employees led to steady growth and international renown in the industry. It was just four years ago that Jim retired as a member of Gorman Rupp's board of directors, wrapping up 73 years with the company.

Jim was known throughout the region for his generosity and his dedication to his community. He and his family donated land to establish the Gorman Nature Center, the Bellville Dog Park, the Frank P. Lahm Aviation Museum, and an area YMCA sports complex.

Jim volunteered his time in many ways, serving as president of both the Mansfield Rotary Club and the Mansfield Aviation Club. He co-founded and led the Beechcraft Heritage Museum and was president of the Experimental Aircraft Association Foundation.

Among the accolades Jim received through his career were the Mansfield-Richland Area Chamber of Commerce Chairman's Award, the Construction Industry Manufacturers Association Lifetime Achievement Award, the North Central State College Hall Excellence Award, the Beechcraft Heritage Museum Young Eagle Award, and the Experimental Aircraft Association Chairman's Award, as well as induction into the North Central State College Entrepreneurial Hall of Fame and the North Central Ohio Industrial Museum Hall of Fame.

Jim was predeceased by Marjorie, his wife of 65 years who shared his love of aviation. He is survived by their son, Jeff; their daughter, Gayle; five grandchildren; and two great-grandchildren.

Mr. Speaker, we are grateful that good men like Jim Gorman dedicate their lives to the service of others, enriching countless lives and giving back so much more than they receive. On behalf of the people of Ohio's Fourth Congressional District, I offer his family my condolences as they continue to reflect on this pillar of the community and his contributions to Mansfield and Richland County.

---

SENATE COMMITTEE MEETINGS

Title IV of Senate Resolution 4, agreed to by the Senate of February 4, 1977, calls for establishment of a system for a computerized schedule of all meetings and hearings of Senate committees, subcommittees, joint committees, and committees of conference. This title requires all such committees to notify the Office of the Senate Daily Digest—designated by the Rules Committee—of the time, place and purpose of the meetings, when scheduled and any cancellations or changes in the meetings as they occur.

As an additional procedure along with the computerization of this information, the Office of the Senate Daily Digest will prepare this information for printing in the Extensions of Remarks section of the CONGRESSIONAL RECORD on Monday and Wednesday of each week.

Meetings scheduled for Thursday, November 2, 2023 may be found in the Daily Digest of today's RECORD.

### MEETINGS SCHEDULED

NOVEMBER 7

10 a.m.
Committee on Commerce, Science, and Transportation
Subcommittee on Tourism, Trade, and Export Promotion
  To hold hearings to examine sustainable tourism for a thriving economy.
    SR–253
Committee on the Judiciary
Subcommittee on Privacy, Technology, and the Law
  To hold hearings to examine social media and the teen mental health crisis.
    SD–226
2:30 p.m.
Committee on Commerce, Science, and Transportation
  To hold hearings to examine the nominations of J. Todd Inman, of Kentucky, to

be a Member of the National Transportation Safety Board, and Samuel H. Slater, of Massachusetts, to be a Member of the Board of Directors of the Metropolitan Washington Airports Authority.

SR–253

Committee on Environment and Public Works
Subcommittee on Transportation and Infrastructure
 To hold hearings to examine causes of roadway safety challenges and possible interventions.

SD–406

NOVEMBER 8

9 a.m.
Committee on Appropriations
 To hold hearings to examine the President's supplemental request for the Departments of Health and Human Services and Homeland Security.

SD–106

9:30 a.m.
Committee on Homeland Security and Governmental Affairs
 To hold hearings to examine the philosophy of AI, focusing on learning from history and shaping our future.

SD–562

10 a.m.
Committee on the Budget
 To hold hearings to examine fairness and fiscal responsibility.

SD–608

Committee on Environment and Public Works
 To hold hearings to examine accessing clean water infrastructure assistance, focusing on small, rural, disadvantaged and underserved communities.

SD–406

Committee on Foreign Relations
 To hold hearings to examine U.S. national security interests in Ukraine.

SD–419

2:30 p.m.
Committee on Health, Education, Labor, and Pensions
Subcommittee on Primary Health and Retirement Security
 To hold hearings to examine policy considerations for Artificial Intelligence in health care.

SD–430

Committee on Indian Affairs
 To hold an oversight hearing to examine fentanyl in Native communities, focusing on Native perspectives on addressing the growing crisis.

SD–628

Committee on the Judiciary
Subcommittee on Intellectual Property
 To hold hearings to examine reforming the Patent Trial and Appeal Board, focusing on the PREVAIL Act and proposals to promote U.S. innovation leadership.

SD–226

NOVEMBER 9

10 a.m.
Committee on Energy and Natural Resources
 To hold hearings to examine the implementation of federal coal mine land reclamation and abandoned coal mine land economic revitalization programs.

SD–366

NOVEMBER 14

2:30 p.m.
Committee on Environment and Public Works
Subcommittee on Fisheries, Water, and Wildlife
 To hold hearings to examine challenges and opportunities to facilitate wildlife movement and improve migration corridors.

SD–406