IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-cv-897

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | **JOINT NOTICE OF FILING –** |
| | ) | **TRACK 1 DISCOVERY PLAINTIFFS** |
| This Document Relates To: | ) | **SELECTION** |
| ALL CASES | ) | |

Plaintiffs' Lead and Co-Lead Counsel ("Plaintiffs"), together with the Defendant United States of America ("Defendant" or the "United States") (collectively, the "Parties"), jointly file this Joint Notice of Filing – Track 1 Discovery Plaintiffs Selection pursuant to section XI(A)(iii) of Case Management Order No. 2. (D.E. 23). The Track 1 Discovery Plaintiffs are as follows:

### Bladder Cancer

| **Plaintiffs' Leadership's Selections** | | **Defendant's Selections** | |
|---|---|---|---|
| Cherie Bond | 7:23-cv-01373-FL | Cory Buckley | 7:23-cv-00885-BO |
| Jennie Brown | 7:23-cv-00282-M | Brainerd W. Daniels | 7:23-cv-01198-FL |
| Mark Cagiano | 7:23-cv-00569-BO | Richard Grandchamp | 7:23-cv-00804-M |
| Tom Ciotti | 5:23-cv-00554-FL | William Hamilton | 7:23-cv-00742-BO |
| Aubie Cooper | 7:23-cv-00800-FL | James M. Herron | 7:23-cv-01011-FL |
| Jefferson Criswell | 7:23-cv-01482-BO | William Matis | 7:23-cv-00767-M |
| Stephen Dunning | 7:23-cv-01364-FL | Gary Alan Motz | 7:23-cv-01499-D |
| Terry Dyer | 7:23-cv-00357-D | Lance Edward Parr | 7:23-cv-01381-FL |
| Robert Green | 7:23-cv-01510-D | Harry Rosenbluth | 7:23-cv-01010-M |
| Shelly Larkins | 7:23-cv-00096-BO | Edward Woodman | 7:23-cv-01128-M |

1

## Kidney Cancer

**Plaintiffs' Leadership's Selections**

| | |
|---|---|
| Cary Algood | 7:23-cv-01534-BO |
| Larry Cage | 7:23-cv-01508-D |
| David Fancher | 7:23-cv-00275-M |
| Dino Favors | 7:23-cv-00362-M |
| Martin Keimig | 7:23-cv-00215-FL |
| Allan Howard | 7:23-cv-00490-FL |
| Dennis Monroe | 7:23-cv-00276-D |
| Frank Mousser | 7:23-cv-00667-D |
| John Orue | 7:23-cv-00277-BO |
| Thomas Small | 7:23-cv-01496-D |

**Defendant's Selections**

| | |
|---|---|
| James Bennett | 7:23-cv-01185-M |
| Steven Carbaugh | 5:23-cv-00266-M |
| Dennis J. Costello | 7:23-cv-01118-FL |
| Lewis Deans | 7:23-cv-01058-BO |
| Harvey Gilchrist | 7:23-cv-01571-D |
| John Maggi | 7:23-cv-01044-BO |
| Robert McGuinn | 7:23-cv-00899-BO |
| John Orlandella | 7:23-cv-00983-FL |
| Jacqueline Tukes | 7:23-cv-01553-BO |
| Stephen Lee Woods | 7:23-cv-01524-D |

## Leukemia

**Plaintiffs' Leadership Selections**

| | |
|---|---|
| James Boggess | 7:23-cv-00242-BO |
| Marvin Braxton | 7:23-cv-01568-FL |
| Vivian Connard | 7:23-cv-01557-M |
| Lancee Flee | 7:23-cv-01529-BO |
| Joseph Gleesing | 7:23-cv-01486-FL |
| David Gregory | 7:23-cv-01485-FL |
| Bruce Hill | 7:23-cv-00028-M |
| Terry Roof | 7:23-cv-01003-M |
| William Smith | 7:23-cv-01528-BO |
| Ronald Watts | 7:23-cv-00280-BO |

**Defendant's Selections**

| | |
|---|---|
| Thomas A. Bosco | 7:23-cv-00994-FL |
| Nicholas A. Dazio | 7:23-cv-01119-M |
| Joseph P. Havelka | 7:23-cv-01162-FL |
| Mary Holmberg | 7:23-cv-01014-FL |
| Gary Edward Johnson | 7:23-cv-01380-D |
| Susan McBrine | 7:23-cv-00532-M |
| Dionisios Nicholas | 7:23-cv-01129-FL |
| Lester Paldy | 7:23-cv-01038-D |
| Diane E. Stacy | 7:23-cv-01449-FL |
| Larry Wayne Tucker | 7:23-cv-01577-M |

## Non-Hodgkin's Lymphoma

**Plaintiffs' Leadership's Selections**

| | |
|---|---|
| Sharon Baker | 7:23-cv-00957-BO |
| Francis Carter | 7:23-cv-01565-M |
| Adam Davis | 7:23-cv-01474-FL |
| Cometto Davis | 7:23-cv-00043-BO |
| Thomas Doup | 7:23-cv-00232-M |
| John Kelly | 7:23-cv-00286-FL |
| Robert Kidd | 7:23-cv-01489-FL |
| Kenneth Means | 7:23-cv-01491-D |
| Rachel Phillips | 7:23-cv-01383-D |
| David Tomilson | 7:23-cv-00063-BO |

**Defendant's Selections**

| | |
|---|---|
| Sharon Baker | 7:23-cv-00957-BO |
| John Brown | 7:23-cv-01116-FL |
| Donald Campanile | 7:23-cv-01083-M |
| Clark Collins | 7:23-cv-01458-BO |
| Thomas Cossentino | 7:23-cv-01097-M |
| Ted Falk | 7:23-cv-00905-BO |
| Kevin Goss | 7:23-cv-00368-FL |
| Scott Keller | 7:23-cv-01501-FL |
| Fernando Paoletti | 7:23-cv-00296-M |
| Bobby Rosenthal | 7:23-cv-01173-BO |

## Parkinson's Disease

| Plaintiffs' Leadership's Selection | | Defendant's Selections | |
|---|---|---|---|
| Larry Bailey | 7:23-cv-01506-M | Ronald Berube | 7:23-cv-00782-M |
| Peter Ehlenberger | 7:23-cv-00195-M | Michael Bonn | 7:23-cv-00970-M |
| James Harder | 7:23-cv-01542-D | Kenneth Brewer | 7:23-cv-01228-FL |
| Jeffrey Lemon | 7:23-cv-01551-BO | Randall Clouse | 7:23-cv-01214-FL |
| Gary McElhiney | 7:23-cv-01368-BO | James Collins | 7:23-cv-01217-FL |
| James Nichols | 7:23-cv-00894-BO | Frank Freeman | 7:23-cv-01031-BO |
| Edgar Peterson IV | 7:23-cv-01576-M | Bert Gregory | 7:23-cv-01384-FL |
| Diane Rothchild | 7:23-cv-00858-D | Steven Harper | 7:23-cv-00975-D |
| Terrance Shine | 7:23-cv-00023-BO | Larry Metz | 7:23-cv-01586-BO |
| Richard Sparks | 7:23-cv-00682-M | Katherine Sherpa | 7:23-cv-01001-FL |

DATED this 5th day of December 2023.

*/s/ J. Edward Bell, III*
J. Edward Bell, III (admitted *pro hac vice*)
Bell Legal Group, LLC
219 Ridge St.
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com
*Lead Counsel for Plaintiffs*

*/s/ Zina Bash*
Zina Bash (admitted *pro hac vice*)
Keller Postman LLC
111 Congress Avenue, Ste. 500
Austin, TX 78701
Telephone: 956-345-9462
zina.bash@kellerpostman.com
*Co-Lead Counsel for Plaintiffs
and Government Liaison*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Assistant Director, Torts Branch
Environmental Torts Litigation Section

*/s/ Adam Bain*
ADAM BAIN
Senior Trial Counsel, Torts Branch
Environmental Torts Litigation Section
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: adam.bain@usdoj.gov
Telephone: (202) 616-4209

LACRESHA A. JOHNSON
HAROON ANWAR
DANIEL C. EAGLES
NATHAN J. BU
Trial Attorneys, Torts Branch
Environmental Torts Litigation Section

/s/ Elizabeth Cabraser
Elizabeth Cabraser (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111
Phone (415) 956-1000
ecabraser@lchb.com
*Co-Lead Counsel for Plaintiffs*

/s/ W. Michael Dowling
W. Michael Dowling (NC Bar No. 42790)
The Dowling Firm PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
mike@dowlingfirm.com
*Co-Lead Counsel for Plaintiffs*

/s/ Robin Greenwald
Robin L. Greenwald (admitted *pro hac vice*)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com
*Co-Lead Counsel for Plaintiffs*

/s/ James A. Roberts, III
James A. Roberts, III (N.C. Bar No.: 10495)
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410
P. O. Box 17529
Raleigh, NC 27619-7529
Telephone: (919) 981-0191
Fax: (919) 981-0199
jar@lewis-roberts.com
*Co-Lead Counsel for Plaintiffs*

/s/ Mona Lisa Wallace
Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
*Co-Lead Counsel for Plaintiffs*

*Counsel for Defendant United States of America*

*/s/ Hugh R. Overholt*
Hugh R. Overholt (NC Bar No. 016301)
Ward and Smith P.A.
Post Office Box 867
New Bern, NC 28563-0867
Telephone: (252) 672-5400
hro@wardandsmith.com
*Liaison Counsel for Plaintiffs*

*/s/ A. Charles Ellis*
A. Charles Ellis (N.C. Bar No.: 010865)
Ward and Smith P.A.
Post Office Box 8088
Greenville, NC 27835-8088
Telephone: (252) 215-4000
ace@wardandsmith.com
*Liaison Counsel for Plaintiffs*