IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | Case No: 7:23-cv-897 |
| | ) | |
| | ) | United States' Opposing |
| This Document Relates To: | ) | Statement of Undisputed |
| *Merritt v. United States*, No. 7:23-cv-1367-D | ) | Material Facts |

The United States respectfully submits this Opposing Statement of Undisputed Material Facts in support of its Response to Plaintiff Deborah Merritt's Motion for Partial Summary Judgment, pursuant to Local Civil Rule 56.1(a)(2).

### I. United States' Responses to Plaintiff's Statement of Facts

1. Admit.

2. Admit.

3. The United States is unable to present facts essential to justify its opposition to whether Colonel Marsden died of bladder cancer on June 22, 2023.

4. Admit.

### II. United States' Statement of Additional Material Facts

5. At the time of his death, Colonel Marsden had a surviving spouse. D.E. 44-4 (Bash Decl., Ex. D).

Respectfully submitted December 7, 2023.

*/s/ Nathan Bu*
NATHAN BU
Trial Attorney, Torts Branch
Environmental Torts Litigation Section
U.S. Department of Justice
P. O. Box 340, Ben Franklin Station
Washington, D.C. 20044

Page **1** of **2**

Case 7:23-cv-00897-RJ   Document 72   Filed 12/07/23   Page 1 of 2

E-mail: nathan.j.bu@usdoj.gov
Telephone: (202) 705-5938
Fax: (202) 616-4989

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426