# Exhibit 2

| | | | | **Privilege Log** | | |
|---|---|---|---|---|---|---|
| **Category No.** | **Date Range** | **Document Type** | **Source** | **Category Description** | **DPP Justification** | **No. of Documents/Files Withheld** |
| 1 | January 2023 | Word Document | ATSDR | Draft cohort study manuscript sent to external peer reviewers of the evaluation of cancer incidence among Marines and Navy personnel exposed to contaminated drinking water at USMC base Camp Lejeune | This is a draft manuscript that contains deliberative and pre-decisional analyses, results, and conclusions. Disclosure of the draft study manuscript would disrupt the scientific review process, have a chilling effect on agency deliberations, and potentially cause confusion by releasing information that has not completed the required scientific review process. | 1 |
| 2 | February 2023 - March 2023 | Word Documents | ATSDR | Comments from three external peer reviewers on the draft cohort study manuscript of the evaluation of cancer incidence among Marines and Navy personnel exposed to contaminated drinking water at USMC base Camp Lejeune | Disclosure of peer review comments while the draft manuscript is still undergoing scientific review would disrupt the scientific review process, have a chilling effect on agency deliberations, and potentially cause confusion by releasing information that has not completed the required scientific review process. | 4 |
| 3 | March 2023 - April 2023 | Word Documents | ATSDR | ATSDR's internal post-first round of peer review revisions to the draft cohort study manuscript of the evaluation of cancer incidence among Marines and Navy personnel exposed to contaminated drinking water at USMC base Camp Lejeune | These are internal revisions of a draft manuscript that contain deliberative and pre-decisional analyses, results, and conclusions. Disclosure of draft study manuscript revisions would disrupt the scientific review process, have a chilling effect on agency deliberations, and potentially cause confusion by releasing information that has not completed the required scientific review process. | 6 |
| 4 | July 2023 - October 2023 | Word Documents | ATSDR | ATSDR's internal revisions to the draft cohort study manuscript of the evaluation of cancer incidence among Marines and Navy personnel exposed to contaminated drinking water at USMC base Camp Lejeune that incorporate the draft evaluation of cancer incidence among civilian workers, resulting in a revised combined cohort study manuscript | These are internal revisions of a draft manuscript that contain deliberative and pre-decisional analyses, results, and conclusions. Disclosure of draft study manuscript revisions would disrupt the scientific review process, have a chilling effect on agency deliberations, and potentially cause confusion by releasing information that has not completed the required scientific review process. | 11 |
| 5 | October 2023 | Word Document | ATSDR | Draft cohort study manuscript sent to external peer reviewers of the evaluation of cancer incidence among Marines and Navy personnel and civilian workers exposed to contaminated drinking water at USMC base Camp Lejeune | This is a draft manuscript that contains deliberative and pre-decisional analyses, results, and conclusions. Disclosure of the draft study manuscript would disrupt the scientific review process, have a chilling effect on agency deliberations, and potentially cause confusion by releasing information that has not completed the required scientific review process. | 1 |
| 6 | November 2023 - December 2023 | Word Documents | ATSDR | Comments from three external peer reviewers on the draft cohort study manuscript of the evaluation of cancer incidence among Marines and Navy personnel and civilian workers exposed to contaminated drinking water at USMC base Camp Lejeune | Disclosure of peer review comments while the draft manuscript is still undergoing scientific review would disrupt the scientific review process, have a chilling effect on agency deliberations, and potentially cause confusion by releasing information that has not completed the required scientific review process. | 3 |
| 7 | May 2021 - June 2023 | SPPS (.sav) | ATSDR | Data files containing ATSDR's analyses of the data underlying the evaluation of cancer incidence among Marines and Navy personnel and civilian workers exposed to contaminated drinking water at USMC base Camp Lejeune; these data files contain confidential information further protected from disclosure by statute, data usage, and confidentiality agreements. | The analytical data files are part of the agency's deliberative review and reveal the agency's deliberations about what scientifically valid and reliable findings and conclusions may be drawn from the data. The collection and management of this data are intertwined in the ATSDR study authors' preliminary analysis and draft conclusions. | 4 |