IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Document Relates to: | ) |
| ALL CASES | ) |
| | ) |
| | ) |

## DECLARATION OF SARA J. MIRSKY

I, Sara J. Mirsky, declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct under penalty of perjury:

1. I am a Trial Attorney for the United States Department of Justice. I have entered an appearance in this case. The facts set forth in this declaration are within my personal knowledge or based on documents and information that I have received in the course of litigating this case.

2. Prior to December 5, 2023, Plaintiffs' Leadership Group produced 459 Plaintiffs' dates of birth and/or social security numbers for the 1,444 potential Plaintiffs in this action, or approximately 32%.

3. Of the 471 Plaintiffs who filed Short Form Complaints, Plaintiffs' Leadership Group produced 58 Plaintiffs' dates of birth and/or social security numbers prior to December 5, 2023, or approximately 12%.

4. Of the 325 Plaintiffs who potentially qualify as Track 1 Discovery Plaintiffs, Plaintiffs' Leadership Group produced 35 Plaintiffs' dates of birth and/or social security numbers prior to December 5, 2023, or approximately 11%.

5. The United States has not received any additional dates of birth or social security numbers since December 5, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: December 12, 2022

                                            _/s/ Sara J. Mirsky_
                                            SARA J. MIRSKY
                                            New York Bar No. 5147590
                                            Trial Attorney, Torts Branch
                                            Environmental Tort Litigation Section
                                            United States Department of Justice
                                            P.O. Box 340, Ben Franklin Station
                                            Washington, D.C. 20044
                                            E-mail: sara.j.mirsky@usdoj.gov
                                            Telephone: (202) 616-8362
                                            Fax: (202) 616-4473

                                            Attorney inquiries to DOJ regarding CLJA:
                                            (202) 353-4426