IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No.: 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates to:

ALL CASES

**INDEX OF EXHIBITS IN SUPPORT OF
THE PLAINTIFFS' LEADERSHIP GROUP'S
<u>MOTION TO ENFORCE CASE MANAGEMENT ORDER NO. 2</u>**

Exhibit A –   Opt-Out Email Sent by Mr. Foster to Counsel for Both Plaintiffs and Defendant on November 5, 2023

Exhibit B –   Opt-Out Email Sent by Mr. Foster to Counsel for Both Plaintiffs and Defendant on November 6, 2023

Exhibit C –   Recission Email Sent by Mr. Foster to Counsel for Both Plaintiffs and Defendant on December 5, 2023

Exhibit D –   Mr. Bain's Email to Mr. Foster of December 6, 2023

Exhibit E –   Mr. Foster's Email to Elliot Abrams, Member of the Plaintiffs' Steering Committee, of December 5, 2023

Exhibit F –   Mr. Foster's Email to Mr. Bain of December 5, 2023

Exhibit G –   Mr. Bell's Email to Mr. Foster of December 6, 2023