# EXHIBIT E

| From: | James Foster <James@foster-law.com> |
|---|---|
| Sent: | Tuesday, December 5, 2023 11:01 PM |
| To: | Elliot Abrams |
| Subject: | [External]Re: [External]Bellwether / Lejeune |

Extremely disappointed you all would go this route. Being told to "play ball" was effectively a threat to bully us into opting out of otherwise legitimate cases. Because if we didn't "play ball" the implication was that the plaintiffs steering committee wouldn't consider any of our cases. Damned if we did, damned if we didn't. So what did we do? Picked the path that we felt gave our clients the best (and only) real shot at getting picked — only to be slapped in the face by the committee by not getting a single pick.

I hope you all understand you have burned a bridge on this that can't be unburned. There is no more "playing ball" now or ever in the future. And we are going to fight the hell out of this rigged process in court starting tomorrow. Delete my number and don't fucking call me any more asking for favors

> On Dec 5, 2023, at 10:44 AM, James Foster <James@foster-law.com> wrote:
>
> The court has to approve the picks too, right? Not your fault but the lack of transparency with this process by leadership has been pretty disappointing. For instance, we were never told why 4 of the 8 we opted in weren't interviewed (if there were serious concerns, we could have dismissed those cases without prejudice to ensure they weren't defense picked). Not sure I will be playing ball going forward the way things seem to be going here…
>
> **From:** James Foster
> **Sent:** Tuesday, December 5, 2023 9:05 AM
> **To:** Elliot Abrams <elliot.abrams@cheshirepark.com>
> **Subject:** Re: [External]Bellwether / Lejeune
>
> Thanks. I'm sorry for your loss.
>
> --
>
> James Z. Foster
> Owner/Attorney
> www.Foster-Law.com
> (404) 800-0050 | Office
> (919) 357-7224 | Cell
>
>
>> On Dec 5, 2023, at 9:04 AM, Elliot Abrams <elliot.abrams@cheshirepark.com> wrote:
>>
>> I'm at a funeral. Checking on final selections once I get out. Hearing at 11 this morning as well that I'm not attending because of this funeral

1

Sent from my iPhone

Elliot S. Abrams
Cheshire Parker Schneider, PLLC
133 Fayetteville Street, Suite 400
Post Office Box 1029
Raleigh, North Carolina 27602
Tel: (919) 833-3114
Fax: (919) 832-0739
Email: elliot.abrams@cheshirepark.com
www.cheshirepark.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

> On Dec 4, 2023, at 5:57 PM, James Foster <James@foster-law.com> wrote:
>
> Elliot can you tell me if any of my firm's cases got picked?
>
> --
>
> James Z. Foster
> Owner/Attorney
> www.Foster-Law.com
> (404) 800-0050 | Office
> (919) 357-7224 | Cell

2

Case 7:23-cv-00897-RJ   Document 78-6   Filed 12/12/23   Page 3 of 3