# EXHIBIT G

| | |
|---|---|
| From: | J Edward Bell <jeb@belllegalgroup.com> |
| Sent: | Wednesday, December 6, 2023 10:35 PM |
| To: | james@foster-law.com |
| Cc: | CL | CO-LEAD & LIAISON COUNSEL |
| Subject: | Camp Lejeune |

Good evening James,

I have received your email to certain members of the Bellwether Committee dated December 6, 2023 in which you ask the Plaintiffs' Leadership Group (PLG) to consent to a motion to extend the deadline for the designation of Track 1 Discovery Plaintiffs. We do not consent.

Your request is contrary to the interests of the Plaintiffs in this litigation. We understand that you would like to participate in trials, but your particular preferences cannot override the interests of the hundreds of thousands of Marines and military families who have already waited decades for justice. There was no unfairness in the PLG's approach to selecting potential bellwether Plaintiffs. I oversaw the selection process to pick the most representative Plaintiffs. We held true to the directives of the Court.

As you consider your next steps, I'd point you to the Court's Case Management Orders in this litigation. The court has carefully structured the organization of this case so that motions such as yours, with the potential to impact all Plaintiffs, must be carefully considered and filed through the leadership group the Court has designated. In particular, please see Case Management Order No. 1, pages 8 and 10, as well as Case Management Order No. 2, page 3. Further, I'd ask you that abide by the Court's Order that communications with the Defendant go through the Government Liaison. Your demeaning the PLG and our processes in communications with the Defendant is contrary to the interests of all Plaintiffs.

Finally, I must mention that your recent communications with Bellwether Subcommittee members are ethically troubling. Your profane and aggressive language is inappropriate, and I believe it falls short of the expectations for attorney conduct set by the United States District Court for the Eastern District of North Carolina and the North Carolina Rules of Professional Conduct.

In short, the PLG objects to your unprofessional conduct and objects to your filing a pleading on the Master Docket seeking any extension of any deadlines in this matter.

Sincerely,

Ed Bell



BELL
LEGAL
GROUP



Ed Bell
*Founding Partner*
*President | Charleston School of Law*
**219 Ridge Street
Georgetown, SC 29440**
*o:* **843.546.2408**
*f:* **843.546.9604**
jeb@belllegalgroup.com
www.belllegalgroup.com
www.charlestonlaw.edu

  

R GLOBAL· MEMBER FIRM