# Exhibit 1

| From: | James Foster |
|---|---|
| To: | CL | CO-LEAD & LIAISON COUNSEL; J Edward Bell |
| Cc: | William Foster; Fob James IV |
| Subject: | Camp Lejeune -- Questions re Government"s Substituted Picks |
| Date: | Tuesday, December 12, 2023 2:02:00 PM |

Good afternoon all,

I have a couple of questions about last night's filing by the government. I saw in the filing that Plaintiff's leadership consented on Friday to allowing the government time to substitute 17 cases for defense bellwether picks. I also saw a note indicating that Plaintiff's leadership may be objecting to the 17 selections that the government chose to pick.

Can you please confirm if leadership still plans to object to these substituted picks, which are all clients represented by my firm? If so, can you please explain the basis of the objection?

Given the upcoming deadlines, I want to get started getting these cases ready for trial.

Thank you.

James

--

James Foster
Owner/Attorney
1201 West Peachtree St, NW
Suite 2300
Atlanta, GA 30309
www.Foster-Law.com
Office: (404) 800-0050
Direct: (404) 586-4442
Fax: (404) 493-2322
Cell: (919) 357-7224
Email: James@Foster-Law.com



The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.