# Exhibit 2

| From: | Elliot Abrams |
|---|---|
| To: | James Foster |
| Cc: | Fob James IV |
| Subject: | Re: [External]camp lejeune / potential referrals |
| Date: | Monday, November 13, 2023 5:22:27 PM |

Thanks very much. ████████
████████

We're hoping we can interview each of your client in a morning. 30 minute slots - 4-5 hours total. Could you make that work for week of the 27th?

Sent from my iPhone

Elliot S. Abrams
Cheshire Parker Schneider, PLLC
133 Fayetteville Street, Suite 400
Post Office Box 1029
Raleigh, North Carolina 27602
Tel: (919) 833-3114
Fax: (919) 832-0739
Email: elliot.abrams@cheshirepark.com
www.cheshirepark.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

On Nov 13, 2023, at 5:01 PM, James Foster <James@foster-law.com> wrote:

Elliot,



--

James Foster
Owner/Attorney
1201 West Peachtree St, NW
Suite 2300
Atlanta, GA 30309
www.Foster-Law.com

Office: (404) 800-0050
Direct: (404) 586-4442
Fax: (404) 493-2322
Cell: (919) 357-7224
Email: James@Foster-Law.com



The information contained in this email is intended for the individual or entity above. If you are not the intended recipient, please do not read, copy, use, forward or disclose this communication to others; also, please notify the sender by replying to this message, and then delete this message from your system. Thank you.

**From:** James Foster
**To:** Elliot Abrams
**Subject:** RE: [External]Bellwether / Lejeune
**Date:** Tuesday, December 5, 2023 10:44:00 AM

The court has to approve the picks too, right? Not your fault but the lack of transparency with this process by leadership has been pretty disappointing. For instance, we were never told why 4 of the 8 we opted in weren't interviewed ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. Not sure I will be playing ball going forward the way things seem to be going here…

**From:** James Foster
**Sent:** Tuesday, December 5, 2023 9:05 AM
**To:** Elliot Abrams <elliot.abrams@cheshirepark.com>
**Subject:** Re: [External]Bellwether / Lejeune

Thanks. I'm sorry for your loss.

--


James Z. Foster
Owner/Attorney
www.Foster-Law.com
(404) 800-0050 | Office
(919) 357-7224 | Cell


> On Dec 5, 2023, at 9:04 AM, Elliot Abrams <elliot.abrams@cheshirepark.com> wrote:
>
> I'm at a funeral. Checking on final selections once I get out. Hearing at 11 this morning as well that I'm not attending because of this funeral
>
> Sent from my iPhone
>
> Elliot S. Abrams
> Cheshire Parker Schneider, PLLC
> 133 Fayetteville Street, Suite 400
> Post Office Box 1029
> Raleigh, North Carolina 27602
> Tel: (919) 833-3114
> Fax: (919) 832-0739
> Email: elliot.abrams@cheshirepark.com
> www.cheshirepark.com

CONFIDENTIALITY NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

> On Dec 4, 2023, at 5:57 PM, James Foster <James@foster-law.com> wrote:
>
> Elliot can you tell me if any of my firm's cases got picked?
>
> --
>
> James Z. Foster
> Owner/Attorney
> www.Foster-Law.com
> (404) 800-0050 | Office
> (919) 357-7224 | Cell