IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| CAMP LEJEUNE WATER LITIGATION, | ) |
| | ) |
| | ) |
| This Pleading Relates to: | ) |
| ALL CASES | ) |

**INDEX OF EXHIBITS
TO PLAINTIFFS' LEADERSHIP GROUP'S MEMORANDUM OF LAW
IN SUPPORT OF MOTION TO COMPEL DOCUMENT PRODUCTION IN RESPONSE
TO FIRST SET OF REQUEST FOR PRODUCTION**

Exhibit 1:   Plaintiffs' First Request for Production of Documents

Exhibit 2:   Plaintiffs' Corrected First Request for Production of Documents

Exhibit 3:   Defendant's Responses to Plaintiffs' Corrected First Request for Production of Documents

Exhibit 4:   Plaintiffs' Discovery Deficiency Letter to Defendant of November 3, 2023

Exhibit 5:   Defendant's Discovery Letter to Plaintiffs of November 4, 2023

Exhibit 6:   Plaintiffs' Discovery Deficiency Letter to Defendant of November 6, 2023

Exhibit 7:   Defendant's Discovery Letter to Plaintiffs of November 8, 2023

Exhibit 8:   Defendant's Discovery Letter to Plaintiffs of November 27, 2023

Exhibit 9:   Plaintiffs' Discovery Deficiency Letter to Defendant of December 4, 2023

Exhibit 10:  Chart Summarizing Deficiencies with Defendant's Discovery Responses

Exhibit 11:[1] Transcript of Deposition of Rule 30(b)(6) Designee of the ATSDR

---

[1] Exhibits 11, 12 & 15 to the present motion to compel have been designated as containing "Confidential Information" pursuant to the Stipulated Protective Order [D.E. 36]. The Plaintiffs' Leadership Group ("PLG") does not believe that these exhibits actually contain confidential information. However, the PLG is not publicly filing Exhibits 11, 12 & 15 at the present time. The PLG will provide these exhibits to the Court for *in camera* review.

Exhibit 12: Transcript of Deposition of Rule 30(b)(6) Designee of the VA

Exhibit 13: Transcript of Status Conference Hearing on April 5, 2023

Exhibit 14: Transcript of Status Conference Hearing on October 30, 2023

Exhibit 15: Index of Documents Possessed by the ATSDR and Related to Camp Lejeune ("Exhibit 4" to the Deposition of Rule 30(b)(6) Designee of the ATSDR)

Exhibit 16: Defendant's Discovery Letter to Plaintiffs of December 12, 2023