# EXHIBIT 11

Transcript of Deposition of
Rule 30(b)(6) Designee of the ATSDR

*Designated as Containing Confidential Information
under the Protective Order. Will be provided for
in camera review.*