# EXHIBIT 12

Transcript of Deposition of Rule 30(b)(6)
Designee of the VA

*Designated as Containing Confidential Information
under the Protective Order. Will be provided for
in camera review.*