# EXHIBIT 15

Index of Documents Possessed by the ATSDR and Related to Camp Lejeune
("Exhibit 4" to the Deposition of Rule 30(b)(6) Designee of the ATSDR)

*Designated as Containing Confidential Information under the Protective Order.
Will be provided for in camera review.*