IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | Case No: 7:23-cv-897 |
| | ) | |
| | ) | |
| This Document Relates To: | ) | |
| *ALL CASES* | ) | |

## **DECLARATION OF NATHAN BU**

I, Nathan Bu, declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct under penalty of perjury:

1. I am a Trial Attorney for the United States Department of Justice. I have entered an appearance in this case. The facts set forth in this declaration are within my personal knowledge or based on documents and information that I have received in the course of litigating this case. Specifically, I am familiar with the documents attached as exhibits to the United States' Opposition to Plaintiffs' Leadership Group's Motion to Enforce CMO-2.

2. Exhibit A is a list of cases that (1) alleged a Track 1 Illness; (2) had a Short Form Complaint filed between September 26, 2023 and November 6, 2023; and (3) did not affirmatively provide an opt-out notice before November 6, 2023. This list was generated from information retrieved from the court-ordered Rubris Crosslink database as of December 18, 2023.

3. Exhibit B is a list of cases that (1) alleged a Track 1 Illness; (2) had a Short Form Complaint filed between November 7, 2023 and November 13, 2023 *or* affirmatively provided an opt-out notice before November 6, 2023; and (3) are not represented by Foster Law LLC. This list was generated from information retrieved from the court-ordered Rubris Crosslink database as of December 18, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Nathan Bu*
NATHAN BU
Trial Attorney, Torts Branch
Environmental Torts Litigation Section
U.S. Department of Justice
P. O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: nathan.j.bu@usdoj.gov
Telephone: (202) 705-5938
Fax: (202) 616-4989

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023, a copy of the foregoing document was filed via the Court's ECF system and served on counsel of record through the ECF system.

<u>/s/ Nathan Bu</u><br>
NATHAN BU