# Exhibit A

PLG's Track 1 Discovery Pool

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | plaintiff_last_name | case_number | case_judge | short_form_complaint_date_filed | total_months_exposure | firm_name |
| 2 | Rees | 4:23-cv-00022 | James C. Dever, III | 2023-11-05 | 4 | Bell Legal Group, PLLC |
| 3 | Fiolek | 4:23-cv-00062 | Terrence W. Boyle | 2023-11-06 | 72 | Keller Postman LLC |
| 4 | Bocchinfuso | 5:23-cv-00431 | Richard E. Myers, II | 2023-11-06 | 110 | Pangia Law Group |
| 5 | Ciotti | 5:23-cv-00554 | Louise Wood Flanagan | 2023-11-06 | 113 | Keller Postman LLC |
| 6 | Shine | 7:23-cv-00023 | Terrence W. Boyle | 2023-11-05 | 41 | Bell Legal Group, PLLC |
| 7 | Floyd | 7:23-cv-00026 | Louise Wood Flanagan | 2023-11-05 | 45 | Bell Legal Group, PLLC |
| 8 | Hill | 7:23-cv-00028 | Richard E. Myers, II | 2023-11-06 | 24 | Bell Legal Group, PLLC |
| 9 | Agee | 7:23-cv-00033 | Richard E. Myers, II | 2023-11-06 | 41 | Bell Legal Group, PLLC |
| 10 | Davis | 7:23-cv-00043 | Terrence W. Boyle | 2023-11-06 | 76 | McGowan, Hood & Felder |
| 11 | Maxwell | 7:23-cv-00049 | Louise Wood Flanagan | 2023-11-06 | 67 | Bell Legal Group, PLLC |
| 12 | Tomilson | 7:23-cv-00063 | Terrence W. Boyle | 2023-11-05 | 72 | Bell Legal Group, PLLC |
| 13 | Guinn | 7:23-cv-00072 | Terrence W. Boyle | 2023-11-06 | 40 | Bell Legal Group, PLLC |
| 14 | Benson | 7:23-cv-00096 | Terrence W. Boyle | 2023-11-06 | 203 | Bell Legal Group, PLLC |
| 15 | Gillam | 7:23-cv-00098 | James C. Dever, III | 2023-11-06 | 4 | Bell Legal Group, PLLC |
| 16 | Cline | 7:23-cv-00102 | Richard E. Myers, II | 2023-11-06 | 24 | Bell Legal Group, PLLC |
| 17 | Akers | 7:23-cv-00120 | Terrence W. Boyle | 2023-10-31 | 67 | Motley Rice LLC |
| 18 | Ensminger | 7:23-cv-00161 | Richard E. Myers, II | 2023-10-11 | 15 | Henson and Fuerst, PA |
| 19 | Ehlenberger | 7:23-cv-00195 | Richard E. Myers, II | 2023-11-06 | 24 | Bell Legal Group, PLLC |
| 20 | Keimig | 7:23-cv-00215 | Louise Wood Flanagan | 2023-11-05 | 30 | Bell Legal Group, PLLC |
| 21 | Doup | 7:23-cv-00232 | Richard E. Myers, II | 2023-11-06 | 14 | Bell Legal Group, PLLC |
| 22 | Toles | 7:23-cv-00249 | Louise Wood Flanagan | 2023-11-05 | 44 | Bell Legal Group, PLLC |
| 23 | Urso | 7:23-cv-00256 | Richard E. Myers, II | 2023-11-06 | 84 | Bell Legal Group, PLLC |
| 24 | Jones | 7:23-cv-00267 | Terrence W. Boyle | 2023-11-06 | 37 | Pangia Law Group |
| 25 | Fancher | 7:23-cv-00275 | Richard E. Myers, II | 2023-11-05 | 19 | Bell Legal Group, PLLC |
| 26 | Monroe | 7:23-cv-00276 | James C. Dever, III | 2023-11-06 | 17 | Bell Legal Group, PLLC |
| 27 | Orue | 7:23-cv-00277 | Terrence W. Boyle | 2023-11-05 | 17 | Bell Legal Group, PLLC |
| 28 | Watts | 7:23-cv-00280 | Terrence W. Boyle | 2023-11-05 | 30 | Wallace & Graham, P.A. |
| 29 | Brown | 7:23-cv-00282 | Richard E. Myers, II | 2023-11-05 | 62 | Wallace & Graham, P.A. |
| 30 | Amsler | 7:23-cv-00284 | Terrence W. Boyle | 2023-11-05 | 22 | Wallace & Graham, P.A. |
| 31 | Lyons | 7:23-cv-00338 | Louise Wood Flanagan | 2023-11-06 | 32 | Bell Legal Group, PLLC |
| 32 | Favors | 7:23-cv-00362 | Richard E. Myers, II | 2023-11-05 | 46 | Bell Legal Group, PLLC |
| 33 | Goss | 7:23-cv-00368 | Louise Wood Flanagan | 2023-11-06 | 5 | Bell Legal Group, PLLC |
| 34 | Hunt | 7:23-cv-00452 | Terrence W. Boyle | 2023-11-05 | 21 | Bell Legal Group, PLLC |
| 35 | Thomas | 7:23-cv-00494 | Terrence W. Boyle | 2023-11-05 | 25 | Bell Legal Group, PLLC |
| 36 | Cooper | 7:23-cv-00576 | Louise Wood Flanagan | 2023-11-05 | 17 | Bell Legal Group, PLLC |
| 37 | Mousser | 7:23-cv-00667 | James C. Dever, III | 2023-11-03 | 40 | Keller Postman LLC |
| 38 | Sparks | 7:23-cv-00682 | Richard E. Myers, II | 2023-11-06 | 19 | Keller Postman LLC |
| 39 | Smith | 7:23-cv-00763 | Richard E. Myers, II | 2023-11-06 | 37 | Keller Postman LLC |
| 40 | Berube | 7:23-cv-00782 | Richard E. Myers, II | 2023-11-02 | 120 | Keller Postman LLC |
| 41 | Cooper | 7:23-cv-00800 | Louise Wood Flanagan | 2023-11-06 | 82 | Keller Postman LLC |
| 42 | King | 7:23-cv-00811 | Terrence W. Boyle | 2023-11-05 | 16 | Bell Legal Group, PLLC |
| 43 | Northrop | 7:23-cv-00834 | James C. Dever, III | 2023-11-03 | 12 | Keller Postman LLC |
| 44 | Rothchild | 7:23-cv-00858 | James C. Dever, III | 2023-11-06 | 29 | Keller Postman LLC |
| 45 | Buckley | 7:23-cv-00885 | Terrence W. Boyle | 2023-11-06 | 2 | Keller Postman LLC |
| 46 | Patak | 7:23-cv-00888 | Terrence W. Boyle | 2023-11-06 | 45 | Cheshire Parker Schneider, PLLC |
| 47 | Lewis | 7:23-cv-00892 | Louise Wood Flanagan | 2023-11-06 | 48 | Milberg Coleman Bryson Phillips Grossman, LLC |
| 48 | Baker | 7:23-cv-00957 | Terrence W. Boyle | 2023-11-06 | 38 | Keller Postman LLC |
| 49 | Bosco | 7:23-cv-00994 | Louise Wood Flanagan | 2023-11-06 | 16 | Lewis & Roberts, PLLC |
| 50 | Roof | 7:23-cv-01003 | Richard E. Myers, II | 2023-11-06 | 58 | Lewis & Roberts, PLLC |
| 51 | Herron | 7:23-cv-01011 | Louise Wood Flanagan | 2023-10-27 | 12 | Roberts & Harris PC |
| 52 | Holmberg | 7:23-cv-01014 | Louise Wood Flanagan | 2023-11-06 | 48 | Blalock, LLC |
| 53 | Bain | 7:23-cv-01018 | Louise Wood Flanagan | 2023-11-06 | 43 | Blalock, LLC |
| 54 | Wright | 7:23-cv-01020 | Terrence W. Boyle | 2023-11-06 | 11 | Blalock, LLC |
| 55 | Green | 7:23-cv-01043 | Louise Wood Flanagan | 2023-10-27 | 7 | Roberts & Harris PC |
| 56 | Tootle | 7:23-cv-01089 | James C. Dever, III | 2023-11-05 | 48 | Wallace & Graham, P.A. |
| 57 | Fowler | 7:23-cv-01124 | Louise Wood Flanagan | 2023-11-02 | 13 | Keller Postman LLC |
| 58 | Downs | 7:23-cv-01145 | Louise Wood Flanagan | 2023-11-03 | 47 | Foster Law LLC |
| 59 | Shealy | 7:23-cv-01153 | Richard E. Myers, II | 2023-11-06 | 23 | Bell, Davis & Pitt, P.A. |
| 60 | Ireland | 7:23-cv-01161 | James C. Dever, III | 2023-11-03 | 47 | Foster Law LLC |
| 61 | Douse | 7:23-cv-01183 | Louise Wood Flanagan | 2023-10-02 | 4 | James Douse (Pro Se) |
| 62 | Daniels | 7:23-cv-01198 | Louise Wood Flanagan | 2023-11-06 | 17 | Robert B. Jackson, IV, LLC |
| 63 | Garber Swaim | 7:23-cv-01203 | Louise Wood Flanagan | 2023-11-03 | 16 | Mullins Duncan Harrell & Russell PLLC |
| 64 | Kuczynski | 7:23-cv-01209 | Louise Wood Flanagan | 2023-11-06 | 29 | Foster Law LLC |
| 65 | Tevis | 7:23-cv-01210 | James C. Dever, III | 2023-11-06 | 2 | Gregory Tevis (Pro Se) |
| 66 | Griffin | 7:23-cv-01222 | Terrence W. Boyle | 2023-11-02 | 8 | Slater Slater Schulman LLP |
| 67 | Brack | 7:23-cv-01255 | Louise Wood Flanagan | 2023-11-03 | 266 | Foster Law LLC |
| 68 | Cruz | 7:23-cv-01257 | James C. Dever, III | 2023-11-03 | 25 | Foster Law LLC |
| 69 | Boling | 7:23-cv-01265 | Richard E. Myers, II | 2023-11-06 | 7 | Pangia Law Group |
| 70 | Forte | 7:23-cv-01289 | Terrence W. Boyle | 2023-11-06 | 11 | Keller Postman LLC |
| 71 | Thomas | 7:23-cv-01291 | Richard E. Myers, II | 2023-11-06 | 12 | Keller Postman LLC |

|    | A         | B             | C                    | D          | E   | F                              |
|----|-----------|---------------|----------------------|------------|-----|--------------------------------|
| 72 | Stahl     | 7:23-cv-01301 | Richard E. Myers, II | 2023-11-02 | 40  | Foster Law LLC                 |
| 73 | Keith     | 7:23-cv-01305 | James C. Dever, III  | 2023-11-03 | 67  | Keller Postman LLC             |
| 74 | Fravel    | 7:23-cv-01340 | Louise Wood Flanagan | 2023-11-03 | 2   | Keller Postman LLC             |
| 75 | Nolan     | 7:23-cv-01361 | James C. Dever, III  | 2023-11-02 | 18  | Keller Postman LLC             |
| 76 | Dunning   | 7:23-cv-01364 | Louise Wood Flanagan | 2023-11-05 | 60  | Wallace & Graham, P.A.         |
| 77 | Merritt   | 7:23-cv-01367 | James C. Dever, III  | 2023-11-06 | 25  | Keller Postman LLC             |
| 78 | McElhiney | 7:23-cv-01368 | Terrence W. Boyle    | 2023-11-02 | 99  | Maggio Law                     |
| 79 | Kennedy   | 7:23-cv-01371 | James C. Dever, III  | 2023-11-02 | 38  | Keller Postman LLC             |
| 80 | Bond      | 7:23-cv-01373 | Louise Wood Flanagan | 2023-11-06 | 24  | Maggio Law                     |
| 81 | Phillips  | 7:23-cv-01383 | James C. Dever, III  | 2023-11-05 | 192 | Wallace & Graham, P.A.         |
| 82 | Gregory   | 7:23-cv-01384 | Louise Wood Flanagan | 2023-11-05 | 42  | Wallace & Graham, P.A.         |
| 83 | Frost     | 7:23-cv-01386 | James C. Dever, III  | 2023-11-05 | 3   | Wallace & Graham, P.A.         |
| 84 | Law       | 7:23-cv-01388 | Terrence W. Boyle    | 2023-11-05 | 29  | Wallace & Graham, P.A.         |
| 85 | Stoddard  | 7:23-cv-01396 | Louise Wood Flanagan | 2023-11-06 | 22  | Keller Postman LLC             |
| 86 | Franklin  | 7:23-cv-01426 | James C. Dever, III  | 2023-10-06 | 48  | Foster Law LLC                 |
| 87 | Przenkop  | 7:23-cv-01435 | Richard E. Myers, II | 2023-11-06 | 9   | Pangia Law Group               |
| 88 | Robison   | 7:23-cv-01438 | Terrence W. Boyle    | 2023-10-06 | 168 | Foster Law LLC                 |
| 89 | Stacy     | 7:23-cv-01449 | Louise Wood Flanagan | 2023-11-03 | 33  | Keller Postman LLC             |
| 90 | Collins   | 7:23-cv-01458 | Terrence W. Boyle    | 2023-10-16 | 15  | Clark Collins (Pro Se)         |
| 91 | Lane      | 7:23-cv-01468 | Terrence W. Boyle    | 2023-10-26 | 8   | Watts Guerra LLP               |
| 92 | Lindberg  | 7:23-cv-01470 | James C. Dever, III  | 2023-10-26 | 66  | Watts Guerra LLP               |
| 93 | Funk      | 7:23-cv-01472 | Louise Wood Flanagan | 2023-10-31 | 17  | Watts Guerra LLP               |
| 94 | Davis     | 7:23-cv-01474 | Louise Wood Flanagan | 2023-10-31 | 23  | Martin & Jones PLLC            |
| 95 | Davis     | 7:23-cv-01474 | Louise Wood Flanagan | 2023-10-31 | 23  | Martin & Jones PLLC            |
| 96 | Thompson  | 7:23-cv-01478 | James C. Dever, III  | 2023-11-02 | 117 | Law Office of F. Bryan Brice, Jr. |
| 97 | Ashby     | 7:23-cv-01480 | Richard E. Myers, II | 2023-11-03 | 36  | Bell Legal Group, PLLC         |
| 98 | Brown     | 7:23-cv-01481 | Louise Wood Flanagan | 2023-11-03 | 25  | Bell Legal Group, PLLC         |
| 99 | Criswell  | 7:23-cv-01482 | Terrence W. Boyle    | 2023-11-03 | 27  | Bell Legal Group, PLLC         |
| 100 | Elliot   | 7:23-cv-01483 | Richard E. Myers, II | 2023-11-03 | 119 | Bell Legal Group, PLLC         |
| 101 | Frazier  | 7:23-cv-01484 | Richard E. Myers, II | 2023-11-03 | 24  | Bell Legal Group, PLLC         |
| 102 | Gregory  | 7:23-cv-01485 | Louise Wood Flanagan | 2023-11-03 | 31  | Lewis & Roberts, PLLC          |
| 103 | Gleesing | 7:23-cv-01486 | Louise Wood Flanagan | 2023-11-03 | 29  | Bell Legal Group, PLLC         |
| 104 | Hallows  | 7:23-cv-01487 | Terrence W. Boyle    | 2023-11-03 | 26  | Bell Legal Group, PLLC         |
| 105 | Shaw     | 7:23-cv-01488 | Terrence W. Boyle    | 2023-11-03 | 27  | Cory Watson, P.C.              |
| 106 | Kidd     | 7:23-cv-01489 | Louise Wood Flanagan | 2023-11-03 | 21  | Bell Legal Group, PLLC         |
| 107 | Ludovico | 7:23-cv-01490 | Richard E. Myers, II | 2023-11-03 | 25  | Bell Legal Group, PLLC         |
| 108 | Means    | 7:23-cv-01491 | James C. Dever, III  | 2023-11-03 | 32  | Bell Legal Group, PLLC         |
| 109 | Reidy    | 7:23-cv-01492 | Richard E. Myers, II | 2023-11-03 | 59  | Bell Legal Group, PLLC         |
| 110 | Renye    | 7:23-cv-01493 | Louise Wood Flanagan | 2023-11-03 | 30  | Bell Legal Group, PLLC         |
| 111 | Santana  | 7:23-cv-01494 | Terrence W. Boyle    | 2023-11-03 | 18  | Bell Legal Group, PLLC         |
| 112 | Small    | 7:23-cv-01496 | James C. Dever, III  | 2023-11-03 | 22  | Bell Legal Group, PLLC         |
| 113 | White    | 7:23-cv-01497 | James C. Dever, III  | 2023-11-03 | 17  | Bell Legal Group, PLLC         |
| 114 | Motz     | 7:23-cv-01499 | James C. Dever, III  | 2023-11-03 | 8   | Motley Rice LLC                |
| 115 | Keller   | 7:23-cv-01501 | Louise Wood Flanagan | 2023-11-03 | 18  | Law Office of Robert King      |
| 116 | Welch    | 7:23-cv-01503 | Louise Wood Flanagan | 2023-11-03 | 11  | Keller Postman LLC             |
| 117 | Miller   | 7:23-cv-01504 | Louise Wood Flanagan | 2023-11-03 | 20  | Law Office of Robert King      |
| 118 | Morrison | 7:23-cv-01505 | Louise Wood Flanagan | 2023-11-05 | 63  | Miller Law Group, PLLC         |
| 119 | Bailey   | 7:23-cv-01506 | Richard E. Myers, II | 2023-11-05 | 82  | Wallace & Graham, P.A.         |
| 120 | Banks    | 7:23-cv-01507 | James C. Dever, III  | 2023-11-05 | 120 | Wallace & Graham, P.A.         |
| 121 | Cage     | 7:23-cv-01508 | James C. Dever, III  | 2023-11-05 | 48  | Wallace & Graham, P.A.         |
| 122 | Gool     | 7:23-cv-01509 | Louise Wood Flanagan | 2023-11-05 | 7   | Wallace & Graham, P.A.         |
| 123 | Green    | 7:23-cv-01510 | James C. Dever, III  | 2023-11-05 | 180 | Wallace & Graham, P.A.         |
| 124 | Hill     | 7:23-cv-01511 | Richard E. Myers, II | 2023-11-05 | 4   | Wallace & Graham, P.A.         |
| 125 | Hocker   | 7:23-cv-01512 | James C. Dever, III  | 2023-11-05 | 52  | Wallace & Graham, P.A.         |
| 126 | Isaac    | 7:23-cv-01513 | Terrence W. Boyle    | 2023-11-05 | 204 | Wallace & Graham, P.A.         |
| 127 | King     | 7:23-cv-01514 | Richard E. Myers, II | 2023-11-05 | 24  | Wallace & Graham, P.A.         |
| 128 | Mackin   | 7:23-cv-01515 | James C. Dever, III  | 2023-11-05 | 52  | Wallace & Graham, P.A.         |
| 129 | Trembley | 7:23-cv-01516 | Terrence W. Boyle    | 2023-11-05 | 46  | Wallace & Graham, P.A.         |
| 130 | Cherry   | 7:23-cv-01517 | Louise Wood Flanagan | 2023-11-05 | 39  | Bell Legal Group, PLLC         |
| 131 | Lind     | 7:23-cv-01518 | Richard E. Myers, II | 2023-11-05 | 36  | Bell Legal Group, PLLC         |
| 132 | McVicker | 7:23-cv-01519 | James C. Dever, III  | 2023-11-05 | 15  | Bell Legal Group, PLLC         |
| 133 | Breinig  | 7:23-cv-01520 | Richard E. Myers, II | 2023-11-05 | 36  | Bell Legal Group, PLLC         |
| 134 | Black    | 7:23-cv-01521 | James C. Dever, III  | 2023-11-05 | 15  | Wallace & Graham, P.A.         |
| 135 | Robertson| 7:23-cv-01522 | James C. Dever, III  | 2023-11-05 | 35  | Bell Legal Group, PLLC         |
| 136 | Walker   | 7:23-cv-01523 | James C. Dever, III  | 2023-11-05 | 20  | Bell Legal Group, PLLC         |
| 137 | Woods    | 7:23-cv-01524 | James C. Dever, III  | 2023-11-05 | 18  | Bell Legal Group, PLLC         |
| 138 | Smith    | 7:23-cv-01528 | Terrence W. Boyle    | 2023-11-06 | 85  | Wallace & Graham, P.A.         |
| 139 | Flee     | 7:23-cv-01529 | Terrence W. Boyle    | 2023-11-06 | 48  | Bell Legal Group, PLLC         |
| 140 | Anderson | 7:23-cv-01530 | Louise Wood Flanagan | 2023-11-06 | 32  | Wallace & Graham, P.A.         |
| 141 | Burke    | 7:23-cv-01531 | Louise Wood Flanagan | 2023-11-06 | 48  | Bell Legal Group, PLLC         |
| 142 | Gerian   | 7:23-cv-01532 | James C. Dever, III  | 2023-11-06 | 46  | Bell Legal Group, PLLC         |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 143 | Algood | 7:23-cv-01534 | Terrence W. Boyle | 2023-11-06 | 76 | Bell Legal Group, PLLC |
| 144 | Hoover | 7:23-cv-01535 | Terrence W. Boyle | 2023-11-06 | 3 | Bell Legal Group, PLLC |
| 145 | Merced | 7:23-cv-01536 | Terrence W. Boyle | 2023-11-06 | 21 | Bell Legal Group, PLLC |
| 146 | Paul | 7:23-cv-01537 | James C. Dever, III | 2023-11-06 | 23 | Bell Legal Group, PLLC |
| 147 | Guadagnino | 7:23-cv-01538 | Terrence W. Boyle | 2023-11-06 | 26 | Bell Legal Group, PLLC |
| 148 | Miller | 7:23-cv-01540 | Richard E. Myers, II | 2023-11-06 | 21 | Bell Legal Group, PLLC |
| 149 | Harder | 7:23-cv-01542 | James C. Dever, III | 2023-11-06 | 32.5 | Bell Legal Group, PLLC |
| 150 | Pedaline | 7:23-cv-01543 | Richard E. Myers, II | 2023-11-06 | 12 | Bell Legal Group, PLLC |
| 151 | Banner | 7:23-cv-01544 | Richard E. Myers, II | 2023-11-06 | 60 | Copeley Johnson & Groninger PLLC |
| 152 | Sarpa | 7:23-cv-01545 | Terrence W. Boyle | 2023-11-06 | 15 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 153 | Graham | 7:23-cv-01546 | Louise Wood Flanagan | 2023-11-06 | 13 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 154 | Wright | 7:23-cv-01547 | Richard E. Myers, II | 2023-11-06 | 8 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 155 | Perry | 7:23-cv-01548 | Terrence W. Boyle | 2023-11-06 | 6 | Bell Legal Group, PLLC |
| 156 | Stompoly | 7:23-cv-01549 | Richard E. Myers, II | 2023-11-06 | 12 | Bell Legal Group, PLLC |
| 157 | Bartsch | 7:23-cv-01550 | James C. Dever, III | 2023-11-06 | 22 | Bell Legal Group, PLLC |
| 158 | Lemon | 7:23-cv-01551 | Terrence W. Boyle | 2023-11-06 | 96 | King Law Firm |
| 159 | Tukes | 7:23-cv-01553 | Terrence W. Boyle | 2023-11-06 | 25 | King Law Firm |
| 160 | Davis | 7:23-cv-01554 | Louise Wood Flanagan | 2023-11-06 | 30 | King Law Firm |
| 161 | Fiorello | 7:23-cv-01555 | James C. Dever, III | 2023-11-06 | 72 | King Law Firm |
| 162 | Albert | 7:23-cv-01556 | Richard E. Myers, II | 2023-11-06 | 18 | King Law Firm |
| 163 | Connard | 7:23-cv-01557 | Richard E. Myers, II | 2023-11-06 | 48 | King Law Firm |
| 164 | Puszewski | 7:23-cv-01558 | James C. Dever, III | 2023-11-06 | 95 | King Law Firm |
| 165 | Cleary | 7:23-cv-01559 | Louise Wood Flanagan | 2023-11-06 | 20 | Bell Legal Group, PLLC |
| 166 | Brooks | 7:23-cv-01560 | Terrence W. Boyle | 2023-11-06 | 11 | Bell Legal Group, PLLC |
| 167 | Bright | 7:23-cv-01561 | Louise Wood Flanagan | 2023-11-06 | 293 | Slater Slater Schulman LLP |
| 168 | Husain | 7:23-cv-01562 | Richard E. Myers, II | 2023-11-06 | 24 | Bell Legal Group, PLLC |
| 169 | Wilson | 7:23-cv-01563 | Richard E. Myers, II | 2023-11-06 | 14 | Motley Rice LLC |
| 170 | Carter | 7:23-cv-01565 | James C. Dever, III | 2023-11-06 | 179 | Bell Legal Group, PLLC |
| 171 | Fraser | 7:23-cv-01567 | Terrence W. Boyle | 2023-11-06 | 23 | Bell Legal Group, PLLC |
| 172 | Braxton | 7:23-cv-01568 | Louise Wood Flanagan | 2023-11-06 | 20 | Motley Rice LLC |
| 173 | Sansoucie | 7:23-cv-01569 | Terrence W. Boyle | 2023-11-06 | 26 | Milberg Coleman Bryson Phillips Grossman, LLC |
| 174 | Barnes | 7:23-cv-01570 | James C. Dever, III | 2023-11-06 | 36 | Bell Legal Group, PLLC |
| 175 | Gilchrist | 7:23-cv-01571 | James C. Dever, III | 2023-11-06 | 12 | Milberg Coleman Bryson Phillips Grossman, LLC |
| 176 | Rutchey | 7:23-cv-01572 | Louise Wood Flanagan | 2023-11-06 | 76 | Bell Legal Group, PLLC |
| 177 | Barron | 7:23-cv-01573 | Terrence W. Boyle | 2023-11-06 | 22 | Milberg Coleman Bryson Phillips Grossman, LLC |
| 178 | Vogt | 7:23-cv-01574 | Louise Wood Flanagan | 2023-11-06 | 12 | The Dowling Firm, PLLC |
| 179 | Vogt | 7:23-cv-01574-FL | Louise Wood Flanagan | 2023-11-06 | 12 | Keller Postman LLC |
| 180 | Vidana | 7:23-cv-01575 | Richard E. Myers, II | 2023-11-06 | 1.5 | Milberg Coleman Bryson Phillips Grossman, LLC |
| 181 | Peterson | 7:23-cv-01576 | Richard E. Myers, II | 2023-11-06 | 24 | Bell Legal Group, PLLC |
| 182 | Tucker | 7:23-cv-01577 | Richard E. Myers, II | 2023-11-06 | 10 | Wallace & Graham, P.A. |
| 183 | Oakley | 7:23-cv-01578 | James C. Dever, III | 2023-11-06 | 14 | Bell Legal Group, PLLC |
| 184 | Freeburn | 7:23-cv-01579 | James C. Dever, III | 2023-11-06 | 41 | Bell Legal Group, PLLC |
| 185 | Quantrille | 7:23-cv-01580 | Louise Wood Flanagan | 2023-11-06 | 25 | Bell Legal Group, PLLC |
| 186 | Craig | 7:23-cv-01581-M | Richard E. Myers, II | 2023-11-06 | 13 | Keller Postman LLC |
| 187 | Lynch | 7:23-cv-01582 | Richard E. Myers, II | 2023-11-06 | 14 | Bell Legal Group, PLLC |
| 188 | Charlet | 7:23-cv-01583-BO | Terrence W. Boyle | 2023-11-06 | 13 | Keller Postman LLC |
| 189 | | | | | **Average = 40.96** | |