# Exhibit B

Opt-out Pool

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | plaintiff_last_name | case_number | case_judge | short_form_complaint_date_filed | total_months_exposure | firm_name |
| 2 | Carbaugh | 5:23-cv-00266 | Richard E. Myers, II | 2023-11-10 | 4 | Meirowitz & Wasserberg, LLP |
| 3 | Crisson | 5:23-cv-00463 | James C. Dever, III | 2023-11-07 | 22 | Edgar Joseph Crisson (Pro Se) |
| 4 | Puletz | 7:23-cv-00197 | Terrence W. Boyle | 2023-11-09 | 18 | Bell Legal Group, PLLC |
| 5 | Petrie | 7:23-cv-00202 | James C. Dever, III | 2023-11-09 | 28 | Bell Legal Group, PLLC |
| 6 | Boggess | 7:23-cv-00242 | Terrence W. Boyle | 2023-11-09 | 26 | Bell Legal Group, PLLC |
| 7 | Park | 7:23-cv-00278 | James C. Dever, III | 2023-11-09 | 72 | Pangia Law Group |
| 8 | Heath | 7:23-cv-00283 | Richard E. Myers, II | 2023-11-09 | 48 | Wallace & Graham, P.A. |
| 9 | Kelly | 7:23-cv-00286 | Louise Wood Flanagan | 2023-11-09 | 21 | Bell Legal Group, PLLC |
| 10 | Kuczma | 7:23-cv-00294 | James C. Dever, III | 2023-11-09 | 44 | Wallace & Graham, P.A. |
| 11 | Paoletti | 7:23-cv-00296 | Richard E. Myers, II | 2023-11-09 | 33 | Wallace & Graham, P.A. |
| 12 | Moriarty | 7:23-cv-00297 | Louise Wood Flanagan | 2023-11-09 | 14 | Wallace & Graham, P.A. |
| 13 | Campbell | 7:23-cv-00300 | James C. Dever, III | 2023-11-09 | 43 | Bell Legal Group, PLLC |
| 14 | Aylor | 7:23-cv-00310 | James C. Dever, III | 2023-11-09 | 14 | Bell Legal Group, PLLC |
| 15 | Lindquist | 7:23-cv-00324 | Richard E. Myers, II | 2023-11-09 | 4 | Bell Legal Group, PLLC |
| 16 | Abarno | 7:23-cv-00329 | Terrence W. Boyle | 2023-11-09 | 32 | Bell Legal Group, PLLC |
| 17 | Bluette | 7:23-cv-00335 | Terrence W. Boyle | 2023-11-09 | 31 | Bell Legal Group, PLLC |
| 18 | Dyer | 7:23-cv-00357 | James C. Dever, III | 2023-11-09 | 180 | Bell Legal Group, PLLC |
| 19 | Rivera | 7:23-cv-00395 | Terrence W. Boyle | 2023-11-09 | 21 | Bell Legal Group, PLLC |
| 20 | Girard | 7:23-cv-00434 | James C. Dever, III | 2023-11-09 | 47 | Bell Legal Group, PLLC |
| 21 | Critelli | 7:23-cv-00435 | James C. Dever, III | 2023-11-09 | 13 | Bell Legal Group, PLLC |
| 22 | Fish | 7:23-cv-00445 | James C. Dever, III | 2023-11-09 | 42 | Bell Legal Group, PLLC |
| 23 | Brown | 7:23-cv-00463 | Terrence W. Boyle | 2023-11-09 | 25 | Bell Legal Group, PLLC |
| 24 | Howard | 7:23-cv-00490 | Louise Wood Flanagan | 2023-11-09 | 45 | Bell Legal Group, PLLC |
| 25 | Turner | 7:23-cv-00491 | Terrence W. Boyle | 2023-11-09 | 12 | Pangia Law Group |
| 26 | Watson | 7:23-cv-00502 | Richard E. Myers, II | 2023-11-09 | 45 | Bell Legal Group, PLLC |
| 27 | McBrine | 7:23-cv-00532 | Richard E. Myers, II | 2023-11-09 | 29 | Bell Legal Group, PLLC |
| 28 | McTiernan | 7:23-cv-00535 | Terrence W. Boyle | 2023-11-09 | 20 | Bell Legal Group, PLLC |
| 29 | Raymond | 7:23-cv-00546 | Terrence W. Boyle | 2023-11-09 | 23 | Bell Legal Group, PLLC |
| 30 | Songer | 7:23-cv-00555 | James C. Dever, III | 2023-11-09 | 34 | Bell Legal Group, PLLC |
| 31 | Stewart | 7:23-cv-00558 | Terrence W. Boyle | 2023-11-09 | 42 | Bell Legal Group, PLLC |
| 32 | Amrhein | 7:23-cv-00560 | Terrence W. Boyle | 2023-11-09 | 36 | Bell Legal Group, PLLC |
| 33 | Bruggemann | 7:23-cv-00567 | Richard E. Myers, II | 2023-11-09 | 47 | Bell Legal Group, PLLC |
| 34 | Cagiano | 7:23-cv-00569 | Terrence W. Boyle | 2023-11-09 | 52 | Bell Legal Group, PLLC |
| 35 | Ashlock | 7:23-cv-00571 | Louise Wood Flanagan | 2023-11-09 | 37 | Milberg Coleman Bryson Phillips Grossman, LLC |
| 36 | Hulbert | 7:23-cv-00583 | Louise Wood Flanagan | 2023-11-09 | 62 | Bell Legal Group, PLLC |
| 37 | Laramore | 7:23-cv-00594 | Louise Wood Flanagan | 2023-11-09 | 11 | Keller Postman LLC |
| 38 | Hamilton | 7:23-cv-00742 | Terrence W. Boyle | 2023-11-09 | 15 | Keller Postman LLC |
| 39 | Matis | 7:23-cv-00767 | Richard E. Myers, II | 2023-11-09 | 18 | Keller Postman LLC |
| 40 | Grandchamp | 7:23-cv-00804 | Richard E. Myers, II | 2023-11-09 | 23 | Bell Legal Group, PLLC |
| 41 | Babcock | 7:23-cv-00922 | Richard E. Myers, II | 2023-11-07 | 54 | Whitley Law Firm |
| 42 | Garcia | 7:23-cv-00974 | James C. Dever, III | 2023-11-10 | 4 | Meirowitz & Wasserberg, LLP |
| 43 | Harper | 7:23-cv-00975 | James C. Dever, III | 2023-11-10 | 45 | Meirowitz & Wasserberg, LLP |
| 44 | Orlandella | 7:23-cv-00983 | Louise Wood Flanagan | 2023-11-10 | 1 | Meirowitz & Wasserberg, LLP |
| 45 | Wendroff | 7:23-cv-00984 | Richard E. Myers, II | 2023-11-08 | 39 | Meirowitz & Wasserberg, LLP |
| 46 | Fagan | 7:23-cv-00985 | James C. Dever, III | 2023-11-10 | 12 | Meirowitz & Wasserberg, LLP |
| 47 | Menchaca | 7:23-cv-00989 | Terrence W. Boyle | 2023-11-10 | 19 | Meirowitz & Wasserberg, LLP |
| 48 | Labeta | 7:23-cv-00999 | James C. Dever, III | 2023-11-08 | 52 | Lewis & Roberts, PLLC |
| 49 | Sherpa | 7:23-cv-01001 | Louise Wood Flanagan | 2023-11-10 | 2 | Meirowitz & Wasserberg, LLP |
| 50 | Rosenbluth | 7:23-cv-01010 | Richard E. Myers, II | 2023-11-10 | 10 | Meirowitz & Wasserberg, LLP |
| 51 | Jones | 7:23-cv-01015 | Richard E. Myers, II | 2023-11-10 | 21 | Meirowitz & Wasserberg, LLP |
| 52 | Freeman | 7:23-cv-01031 | Terrence W. Boyle | 2023-11-10 | 12 | Meirowitz & Wasserberg, LLP |
| 53 | Kustin | 7:23-cv-01033 | James C. Dever, III | 2023-11-10 | 25 | Meirowitz & Wasserberg, LLP |
| 54 | Mulligan | 7:23-cv-01035 | Richard E. Myers, II | 2023-11-10 | 36 | Meirowitz & Wasserberg, LLP |
| 55 | Paldy | 7:23-cv-01038 | James C. Dever, III | 2023-11-10 | 16 | Meirowitz & Wasserberg, LLP |
| 56 | Farrow | 7:23-cv-01051 | Terrence W. Boyle | 2023-11-09 | 25 | Farrow Law Firm, PC |
| 57 | Minzola | 7:23-cv-01057 | James C. Dever, III | 2023-11-13 | 12 | Wallace & Graham, P.A. |
| 58 | Deans | 7:23-cv-01058 | Terrence W. Boyle | 2023-11-13 | 6 | Wallace & Graham, P.A. |
| 59 | Geoffroy, Jr. | 7:23-cv-01060 | James C. Dever, III | 2023-11-13 | 30 | Wallace & Graham, P.A. |
| 60 | Regusters | 7:23-cv-01061 | Louise Wood Flanagan | 2023-11-13 | 14 | Wallace & Graham, P.A. |
| 61 | Reynolds | 7:23-cv-01070 | Louise Wood Flanagan | 2023-11-10 | 6 | Meirowitz & Wasserberg, LLP |
| 62 | Campanile | 7:23-cv-01083 | Richard E. Myers, II | 2023-11-08 | 5 | Meirowitz & Wasserberg, LLP |
| 63 | Kelly | 7:23-cv-01084 | James C. Dever, III | 2023-11-08 | 6 | Meirowitz & Wasserberg, LLP |
| 64 | Babikian | 7:23-cv-01086 | Richard E. Myers, II | 2023-11-10 | 24 | Meirowitz & Wasserberg, LLP |
| 65 | Scheid | 7:23-cv-01088 | Richard E. Myers, II | 2023-11-07 | 28 | Wallace & Graham, P.A. |
| 66 | Descano | 7:23-cv-01093 | Louise Wood Flanagan | 2023-11-10 | 12 | Meirowitz & Wasserberg, LLP |
| 67 | Cossentino | 7:23-cv-01097-M | Richard E. Myers, II | 2023-11-10 | 36 | Meirowitz & Wasserberg, LLP |
| 68 | Autenrieb | 7:23-cv-01113 | Louise Wood Flanagan | 2023-11-13 | 12 | Bell Legal Group, PLLC |
| 69 | Brown | 7:23-cv-01116 | Louise Wood Flanagan | 2023-11-13 | 20 | Bell Legal Group, PLLC |
| 70 | Chisena | 7:23-cv-01117 | Terrence W. Boyle | 2023-11-10 | 15 | Bell Legal Group, PLLC |
| 71 | Costello | 7:23-cv-01118 | Louise Wood Flanagan | 2023-11-13 | 3 | Bell Legal Group, PLLC |
| 72 | Deleon | 7:23-cv-01120 | Terrence W. Boyle | 2023-11-10 | 9.5 | Bell Legal Group, PLLC |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 73 | Hunt | 7:23-cv-01123 | Terrence W. Boyle | 2023-11-10 | 7 | Bell Legal Group, PLLC |
| 74 | Woodman | 7:23-cv-01128 | Richard E. Myers, II | 2023-11-10 | 4 | Meirowitz & Wasserberg, LLP |
| 75 | Nicholas | 7:23-cv-01129 | Louise Wood Flanagan | 2023-11-10 | 35 | Meirowitz & Wasserberg, LLP |
| 76 | Harris | 7:23-cv-01132 | James C. Dever, III | 2023-11-10 | 36 | Meirowitz & Wasserberg, LLP |
| 77 | Rollins | 7:23-cv-01151 | Louise Wood Flanagan | 2023-11-10 | 40 | Shipman & Wright, LLP |
| 78 | Silverthorn | 7:23-cv-01176 | Richard E. Myers, II | 2023-11-08 | 30 | Greene, Wilson, Crow & Smith |
| 79 | Bennett | 7:23-cv-01185 | Richard E. Myers, II | 2023-11-08 | 36 | Greene, Wilson, Crow & Smith |
| 80 | Anglin | 7:23-cv-01187 | Terrence W. Boyle | 2023-11-07 | 24 | Joseph Anglin (Pro Se) |
| 81 | Bogue | 7:23-cv-01211 | James C. Dever, III | 2023-11-09 | 43 | Greene, Wilson, Crow & Smith |
| 82 | Clouse | 7:23-cv-01214 | Louise Wood Flanagan | 2023-11-08 | 10 | Greene, Wilson, Crow & Smith |
| 83 | Collins | 7:23-cv-01216 | Louise Wood Flanagan | 2023-11-09 | 21 | Greene, Wilson, Crow & Smith |
| 84 | Collins | 7:23-cv-01217 | Louise Wood Flanagan | 2023-11-09 | 13 | Greene, Wilson, Crow & Smith |
| 85 | Brewer | 7:23-cv-01228 | Louise Wood Flanagan | 2023-11-07 | 32 | Whitley Law Firm |
| 86 | Kinley | 7:23-cv-01229 | James C. Dever, III | 2023-10-24 | 12 | Henson and Fuerst, PA |
| 87 | Bertram | 7:23-cv-01239 | Terrence W. Boyle | 2023-11-09 | 12 | Greene, Wilson, Crow & Smith |
| 88 | Norwood | 7:23-cv-01246 | Louise Wood Flanagan | 2023-11-08 | 46 | Greene, Wilson, Crow & Smith |
| 89 | Antunez | 7:23-cv-01374 | Terrence W. Boyle | 2023-10-05 | 6 | LiMandri & Jonna LLP |
| 90 | Parr | 7:23-cv-01381 | Louise Wood Flanagan | 2023-11-09 | 13 | The Lanier Law Firm |
| 91 | Alphin | 7:23-cv-01455 | Terrence W. Boyle | 2023-10-27 | 6 | Roberts & Harris PC |
| 92 | McQueen | 7:23-cv-01467 | Louise Wood Flanagan | 2023-10-30 | 3.3 | Hedrick Murray Bryson Kennett Mauch & Connor PLLC |
| 93 | Barton | 7:23-cv-01477 | James C. Dever, III | 2023-11-02 | 39 | Greene, Wilson, Crow & Smith |
| 94 | Gallo | 7:23-cv-01495 | Terrence W. Boyle | 2023-11-03 | 20 | Motley Rice LLC |
| 95 | Scott | 7:23-cv-01498 | Terrence W. Boyle | 2023-11-03 | 28 | Motley Rice LLC |
| 96 | Metz | 7:23-cv-01586 | Terrence W. Boyle | 2023-11-07 | 1.5 | Anapol Weiss |
| 97 | Mumme | 7:23-cv-01589 | Terrence W. Boyle | 2023-11-08 | 14 | Christian Mumme (Pro Se) |
| 98 | Danekas | 7:23-cv-01593 | Richard E. Myers, II | 2023-11-10 | 18 | Bell Legal Group, PLLC |
| 99 | | | | | Average = 25.71 | |