# EXHIBIT 1

Table detailing productions made by the
United States as of December 21, 2023

| Request No. | Date Produced | Bates Ranges | Directed to Public Soruce | Inspection Offered | Request Complete/Anticipated First Production Date |
|---|---|---|---|---|---|
| 1 | 12/15/2023 | ATSDR 01 00001 - ATSDR 01 06686 CLJA_ATSDRSUPP-000000001-CLJA_ATSDRSUPP-000000116 | N/A | N/A | Complete |
| 2 | 12/21/2023 | N/A | YES | N/A | Complete |
| 3 | N/A | N/A | N/A | N/A | The United States Marine Corps is actively working to restore access to the server housing these records. The DOJ receives weekly updates on their progress. Additional digitization efforts are also ongoing. |
| 4 | 11/4/2023 | GAO 00001 - GAO 06518 ATSDR 01 00001 - ATSDR 01 06686 USMC01 0001 - USMC01 00009 USMC02 0001 - USMC02 00093 USMC03 0001 - USMC03 00069 USMC04 00001 - USMC04 00034 | N/A | N/A | Dates requested in 12/12/2023 Letter to PLG |
| 5 | 11/4/2023 12/18/2023 | CLJA_2019EPA0000000001 - CLJA_2019EPA000016713 CLJA_2019ATSDR03-000000001 - CLJA_2019ATSDR03-000000609 CLDEP000000001 - CLDEP000001942 USPROD_000000001 - USPROD_000000017 USPROD000000018 - USPROD000000719 CLDEP000001943 - CLDEP000002630 USPROD000000720 - USPROD000000738 CLJADep_supp-000000001 - CLJADep_supp-000000470 | N/A | N/A | Complete |
| 6 | 11/4/2023 | CLDEP000000001 - CLDEP000001942 CLDEP000001943 - CLDEP000002630 | N/A | N/A | Complete |
| 7 | 11/8/2023 | CLJA_CLW000000001 - CLJA_CLW000008790 CLJA_CLWDPP-000000001 - CLJACLWDPP-000000062 | N/A | N/A | Complete |
| 8 | 11/17/2023 | N/A | N/A | Inspection offered in 12/21/2023 Letter to PLG | Production Ongoing |
| 9 | 11/21/2023 | CLJA_CLHousing-0000000001 - CLJA_CLHousing-000000091917 CLJA_Housing-000000001-CLJA_Housing-000238064 | N/A | N/A | Complete |
| 10 | N/A | N/A | N/A | Dates requested in 12/12/2023 Letter to PLG | Production to Begin by 12/31/2023 |
| 11 | N/A | N/A | YES | N/A | Production to Begin by 12/31/2023 |
| 13 | N/A | N/A | YES | N/A | PLG issued subpoena to NRC |
| 14 | 11/4/2023 | GAO 00001 - GAO 06518 | YES | N/A | Complete |
| 15 | N/A | N/A | YES | N/A | Production to Begin by 12/31/2023 |
| 16 | N/A | N/A | YES | N/A | Investigation into any additional documents ongoing |
| 17 | N/A | N/A | YES | Dates provided in 12/12/2023 Letter to PLG | Production to Begin by 12/31/2023 |