# Exhibit B

Short Form Complaints Filed Between Nov. 7, 2023 and Nov. 13, 2023

| | A | B | C | D |
|---|---|---|---|---|
| 1 | plaintiff_last_name | case_number | case_judge | Affirmative Opt Out |
| 2 | Blakely | 5:23-cv-00247 | James C. Dever, III | No opt out |
| 3 | Carbaugh | 5:23-cv-00266 | Richard E. Myers, II | No opt out |
| 4 | Crisson | 5:23-cv-00463 | James C. Dever, III | No opt out |
| 5 | Puletz | 7:23-cv-00197 | Terrence W. Boyle | No opt out |
| 6 | Petrie | 7:23-cv-00202 | James C. Dever, III | No opt out |
| 7 | Boggess | 7:23-cv-00242 | Terrence W. Boyle | No opt out |
| 8 | Park | 7:23-cv-00278 | James C. Dever, III | No opt out |
| 9 | Heath | 7:23-cv-00283 | Richard E. Myers, II | No opt out |
| 10 | Kelly | 7:23-cv-00286 | Louise Wood Flanagan | No opt out |
| 11 | Kuczma | 7:23-cv-00294 | James C. Dever, III | No opt out |
| 12 | Paoletti | 7:23-cv-00296 | Richard E. Myers, II | No opt out |
| 13 | Moriarty | 7:23-cv-00297 | Louise Wood Flanagan | No opt out |
| 14 | Campbell | 7:23-cv-00300 | James C. Dever, III | No opt out |
| 15 | Aylor | 7:23-cv-00310 | James C. Dever, III | No opt out |
| 16 | Lindquist | 7:23-cv-00324 | Richard E. Myers, II | No opt out |
| 17 | Abarno | 7:23-cv-00329 | Terrence W. Boyle | No opt out |
| 18 | Bluette | 7:23-cv-00335 | Terrence W. Boyle | No opt out |
| 19 | Dyer | 7:23-cv-00357 | James C. Dever, III | No opt out |
| 20 | Rivera | 7:23-cv-00395 | Terrence W. Boyle | No opt out |
| 21 | Girard | 7:23-cv-00434 | James C. Dever, III | No opt out |
| 22 | Critelli | 7:23-cv-00435 | James C. Dever, III | No opt out |
| 23 | Fish | 7:23-cv-00445 | James C. Dever, III | No opt out |
| 24 | Brown | 7:23-cv-00463 | Terrence W. Boyle | No opt out |
| 25 | Howard | 7:23-cv-00490 | Louise Wood Flanagan | No opt out |
| 26 | Turner | 7:23-cv-00491 | Terrence W. Boyle | No opt out |
| 27 | Watson | 7:23-cv-00502 | Richard E. Myers, II | No opt out |
| 28 | McBrine | 7:23-cv-00532 | Richard E. Myers, II | No opt out |
| 29 | McTiernan | 7:23-cv-00535 | Terrence W. Boyle | No opt out |
| 30 | Raymond | 7:23-cv-00546 | Terrence W. Boyle | No opt out |
| 31 | Songer | 7:23-cv-00555 | James C. Dever, III | No opt out |
| 32 | Stewart | 7:23-cv-00558 | Terrence W. Boyle | No opt out |
| 33 | Amrhein | 7:23-cv-00560 | Terrence W. Boyle | No opt out |
| 34 | Bruggemann | 7:23-cv-00567 | Richard E. Myers, II | No opt out |
| 35 | Cagiano | 7:23-cv-00569 | Terrence W. Boyle | No opt out |
| 36 | Ashlock | 7:23-cv-00571 | Louise Wood Flanagan | No opt out |
| 37 | Hulbert | 7:23-cv-00583 | Louise Wood Flanagan | No opt out |
| 38 | Laramore | 7:23-cv-00594 | Louise Wood Flanagan | No opt out |
| 39 | Hamilton | 7:23-cv-00742 | Terrence W. Boyle | No opt out |
| 40 | Matis | 7:23-cv-00767 | Richard E. Myers, II | No opt out |
| 41 | Grandchamp | 7:23-cv-00804 | Richard E. Myers, II | No opt out |
| 42 | Baron | 7:23-cv-00889 | Louise Wood Flanagan | No opt out |

| | A | B | C | D |
|---|---|---|---|---|
| 43 | Cepeda | 7:23-cv-00890 | James C. Dever, III | No opt out |
| 44 | Patterson | 7:23-cv-00891 | Terrence W. Boyle | No opt out |
| 45 | Babcock | 7:23-cv-00922 | Richard E. Myers, II | No opt out |
| 46 | Bonn | 7:23-cv-00970 | Richard E. Myers, II | No opt out |
| 47 | Peszek | 7:23-cv-00973 | Louise Wood Flanagan | No opt out |
| 48 | Garcia | 7:23-cv-00974 | James C. Dever, III | No opt out |
| 49 | Harper | 7:23-cv-00975 | James C. Dever, III | No opt out |
| 50 | Hale | 7:23-cv-00976 | James C. Dever, III | No opt out |
| 51 | Orlandella | 7:23-cv-00983 | Louise Wood Flanagan | No opt out |
| 52 | Wendroff | 7:23-cv-00984 | Richard E. Myers, II | No opt out |
| 53 | Fagan | 7:23-cv-00985 | James C. Dever, III | No opt out |
| 54 | Menchaca | 7:23-cv-00989 | Terrence W. Boyle | No opt out |
| 55 | Kellis | 7:23-cv-00990 | Richard E. Myers, II | No opt out |
| 56 | Rypkema | 7:23-cv-00993 | Richard E. Myers, II | No opt out |
| 57 | Labeta | 7:23-cv-00999 | James C. Dever, III | No opt out |
| 58 | Sherpa | 7:23-cv-01001 | Louise Wood Flanagan | No opt out |
| 59 | Habinsky | 7:23-cv-01004 | Louise Wood Flanagan | No opt out |
| 60 | Garrett | 7:23-cv-01008 | Richard E. Myers, II | No opt out |
| 61 | Malone | 7:23-cv-01009 | James C. Dever, III | No opt out |
| 62 | Rosenbluth | 7:23-cv-01010 | Richard E. Myers, II | No opt out |
| 63 | Jones | 7:23-cv-01015 | Richard E. Myers, II | No opt out |
| 64 | Freeman | 7:23-cv-01031 | Terrence W. Boyle | No opt out |
| 65 | Kustin | 7:23-cv-01033 | James C. Dever, III | No opt out |
| 66 | Boyd | 7:23-cv-01034 | Louise Wood Flanagan | No opt out |
| 67 | Mulligan | 7:23-cv-01035 | Richard E. Myers, II | No opt out |
| 68 | McIntyre | 7:23-cv-01036 | Richard E. Myers, II | No opt out |
| 69 | Paldy | 7:23-cv-01038 | James C. Dever, III | No opt out |
| 70 | Farrow | 7:23-cv-01051 | Terrence W. Boyle | No opt out |
| 71 | Minzola | 7:23-cv-01057 | James C. Dever, III | No opt out |
| 72 | Deans | 7:23-cv-01058 | Terrence W. Boyle | No opt out |
| 73 | Geoffroy, Jr. | 7:23-cv-01060 | James C. Dever, III | No opt out |
| 74 | Regusters | 7:23-cv-01061 | Louise Wood Flanagan | No opt out |
| 75 | Reynolds | 7:23-cv-01070 | Louise Wood Flanagan | No opt out |
| 76 | Campanile | 7:23-cv-01083 | Richard E. Myers, II | No opt out |
| 77 | Kelly | 7:23-cv-01084 | James C. Dever, III | No opt out |
| 78 | Babikian | 7:23-cv-01086 | Richard E. Myers, II | No opt out |
| 79 | Scheid | 7:23-cv-01088 | Richard E. Myers, II | No opt out |
| 80 | Wallace | 7:23-cv-01090 | Terrence W. Boyle | No opt out |
| 81 | Mcdonald | 7:23-cv-01091 | James C. Dever, III | No opt out |
| 82 | Descano | 7:23-cv-01093 | Louise Wood Flanagan | No opt out |
| 83 | Nelson | 7:23-cv-01094 | Louise Wood Flanagan | No opt out |
| 84 | Lattimer | 7:23-cv-01096 | Terrence W. Boyle | No opt out |

|     | A | B | C | D |
| --- | --- | --- | --- | --- |
| 85  | Cossentino | 7:23-cv-01097-M | Richard E. Myers, II | No opt out |
| 86  | Autenrieb | 7:23-cv-01113 | Louise Wood Flanagan | No opt out |
| 87  | Brown | 7:23-cv-01116 | Louise Wood Flanagan | No opt out |
| 88  | Chisena | 7:23-cv-01117 | Terrence W. Boyle | No opt out |
| 89  | Costello | 7:23-cv-01118 | Louise Wood Flanagan | No opt out |
| 90  | Deleon | 7:23-cv-01120 | Terrence W. Boyle | No opt out |
| 91  | Hunt | 7:23-cv-01123 | Terrence W. Boyle | No opt out |
| 92  | Williams | 7:23-cv-01125 | Richard E. Myers, II | No opt out |
| 93  | Williams | 7:23-cv-01126 | Louise Wood Flanagan | No opt out |
| 94  | Simmons | 7:23-cv-01127 | Richard E. Myers, II | No opt out |
| 95  | Woodman | 7:23-cv-01128 | Richard E. Myers, II | No opt out |
| 96  | Nicholas | 7:23-cv-01129 | Louise Wood Flanagan | No opt out |
| 97  | Riddle | 7:23-cv-01130 | James C. Dever, III | No opt out |
| 98  | Harris | 7:23-cv-01132 | James C. Dever, III | No opt out |
| 99  | Whitehouse | 7:23-cv-01135 | James C. Dever, III | No opt out |
| 100 | Willis | 7:23-cv-01136 | Richard E. Myers, II | No opt out |
| 101 | Rollins | 7:23-cv-01151 | Louise Wood Flanagan | No opt out |
| 102 | Havelka | 7:23-cv-01162 | Louise Wood Flanagan | No opt out |
| 103 | Silverthorn | 7:23-cv-01176 | Richard E. Myers, II | No opt out |
| 104 | Bennett | 7:23-cv-01185 | Richard E. Myers, II | No opt out |
| 105 | Anglin | 7:23-cv-01187 | Terrence W. Boyle | No opt out |
| 106 | Cathcart | 7:23-cv-01189 | James C. Dever, III | No opt out |
| 107 | Bogue | 7:23-cv-01211 | James C. Dever, III | No opt out |
| 108 | Rioux | 7:23-cv-01212 | Terrence W. Boyle | No opt out |
| 109 | Clouse | 7:23-cv-01214 | Louise Wood Flanagan | No opt out |
| 110 | Collins | 7:23-cv-01216 | Louise Wood Flanagan | No opt out |
| 111 | Collins | 7:23-cv-01217 | Louise Wood Flanagan | No opt out |
| 112 | Brewer | 7:23-cv-01228 | Louise Wood Flanagan | No opt out |
| 113 | Bertram | 7:23-cv-01239 | Terrence W. Boyle | No opt out |
| 114 | Norwood | 7:23-cv-01246 | Louise Wood Flanagan | No opt out |
| 115 | Parr | 7:23-cv-01381 | Louise Wood Flanagan | No opt out |
| 116 | Metz | 7:23-cv-01586 | Terrence W. Boyle | No opt out |
| 117 | Mumme | 7:23-cv-01589 | Terrence W. Boyle | No opt out |
| 118 | Trott | 7:23-cv-01591 | Terrence W. Boyle | No opt out |
| 119 | Danekas | 7:23-cv-01593 | Richard E. Myers, II | No opt out |
| 120 | Risner | 7:23-cv-01594 | Terrence W. Boyle | No opt out |
| 121 | Rodriguez | 7:23-cv-01140 | James C. Dever, III | Opt out, but rescinded |
| 122 | Arreguin | 7:23-cv-01144 | James C. Dever, III | Opt out, but rescinded |
| 123 | Darr | 7:23-cv-01148 | Richard E. Myers, II | Opt out, but rescinded |
| 124 | Mendheim | 7:23-cv-01149 | Richard E. Myers, II | Opt out, but rescinded |
| 125 | Allison | 7:23-cv-01157 | James C. Dever, III | Opt out, but rescinded |
| 126 | Cascavilla | 7:23-cv-01166 | James C. Dever, III | Opt out, but rescinded |

|     | A         | B              | C                  | D                       |
| --- | --------- | -------------- | ------------------ | ----------------------- |
| 127 | Gallagher | 7:23-cv-01167  | James C. Dever, III | Opt out, but rescinded |
| 128 | Reed      | 7:23-cv-01207  | Terrence W. Boyle  | Opt out, but rescinded |
| 129 | Shuford   | 7:23-cv-01221  | James C. Dever, III | Opt out, but rescinded |
| 130 | Bozek     | 7:23-cv-01254  | James C. Dever, III | Opt out, but rescinded |
| 131 | Parrish   | 7:23-cv-01318  | James C. Dever, III | Opt out, but rescinded |