# Exhibit G

June 9, 2023 Plaintiffs' Letter Brief, *Feindt v. United States*,
No. 1:22-cv-00397-LEK-KJM (D. Haw.)

JUST·WELL·LAW

June 9, 2023

RE:     *Feindt v. United States;* Case No. 22-00397-LEK-KJM
          Rule 37.1 General Discovery

Dear Judge Mansfield:

After careful consideration, our clients have collectively decided to proceed towards the bellwether trial without delay. They understand the risks involved with limited discovery but have concluded that the risks of delay outweigh the risks of staying the course.

Thank you for the opportunity to take the time to review this decision with our partners and clients. There were serious considerations to discuss.

We look forward to working with the government towards trial and resolution.

Kristina Baehr

Lyle Hosoda
Frederick Baker
James Baehr
*Counsel for Plaintiffs*

KRISTINA BAEHR, FOUNDER

kristina@well.law | 512-714-6919 | Well.law