IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No.: 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates to:

ALL CASES

## ORDER EXTENDING DEADLINE TO SUBMIT PROPOSALS FOR SETTLEMENT MASTER

For good cause having been shown on the joint motion of the parties, the Court orders that the deadline for the parties to submit proposals to the Court for its appointment of a Settlement Master is extended until January 16, 2024.

SO ORDERED this _____ day of _____, 202__.


_____
RICHARD E. MYERS II
Chief United States District Judge

_____
TERRENCE W. BOYLE
United States District Judge


_____
LOUISE W. FLANAGAN
United States District Judge

_____
JAMES C. DEVER III
United States District Judge