IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No.: 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAMP LEJEUNE WATER LITIGATION | )    <u>O R D E R</u> |
| | ) |
| This Document Relates to: | ) |
| ALL CASES | ) |

For good cause having been shown on the joint motion of the parties [DE-99], the Court orders that the deadline for the parties to submit proposals to the Court for its appointment of a Settlement Master is extended until January 16, 2024.

SO ORDERED this 2nd day of January 2024.

Robert B. Jones, Jr.
United States Magistrate Judge