IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) ORDER |
| | ) |
| This Document Relates to: | ) |
| ALL CASES | ) |

On January 2, 2024, Plaintiffs filed an appeal of the undersigned's December 19, 2023 Order denying Plaintiffs' motion to compel, [DE-85]. [DE-101]. Accordingly, pursuant to Local Civ. R. 72.4(a)(1), the Government's response shall be filed by no later than **January 16, 2024**. Replies are not permitted absent leave of court. Local Civ. R. 72.4(a)(3).

So ordered, the 8th day of January 2024.

Robert B. Jones, Jr.
United States Magistrate Judge