IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| THIS ORDER RELATES TO: | ) |
| 7:23-CV-00569-BO; 7:23-CV-01482-BO | ) |
| 7:23-CV-00096-BO; 7:23-CV-00885-BO | ) |
| 7:23-CV-00742-BO; 7:23-CV-01534-BO | ) |
| 7:23-CV-00277-BO; 7:23-CV-01058-BO | )     O R D E R |
| 7:23-CV-01044-BO; 7:23-CV-00899-BO | ) |
| 7:23-CV-01553-BO; 7:23-CV-00242-BO | ) |
| 7:23-CV-01529-BO; 7:23-CV-01528-BO | ) |
| 7:23-CV-00280-BO; 7:23-CV-00957-BO | ) |
| 7:23-CV-00043-BO; 7:23-CV-00063-BO | ) |
| 7:23-CV-01458-BO; 7:23-CV-00905-BO | ) |
| 7:23-CV-01173-BO; 7:23-CV-01551-BO | ) |
| 7:23-CV-01368-BO; 7:23-CV-00894-BO | ) |
| 7:23-CV-00023-BO; 7:23-CV-01031-BO | ) |
| 7:23-CV-01586-BO; 7:23-CV-01142-BO | ) |
| 7:23-CV-01418-BO; 7:23-CV-01310-BO | ) |
| 7:23-CV-01158-BO; 7:23-CV-01141-BO | ) |
| 7:23-CV-01142-BO; 7:23-CV-00535-BO | ) |
| 7:23-CV-01418-BO; 7:23-CV-00452-BO | ) |
| 4:23-CV-00062-BO; 7:23-CV-01310-BO | ) |
| 7:23-CV-01158-BO; 7:23-CV-01141-BO | ) |

A hearing will be held before the undersigned on Wednesday, January 24, 2024, in courtroom two on the 7th floor of the Terry Sanford Federal Building and United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina 27601 beginning at 2:00 p.m. The Court will inquire as to the prospect of intermediate settlement in the above-captioned cases.

Any counsel in attendance are encouraged to confer with their clients in advance of the hearing to explore the party's settlement position.

SO ORDERED. This 5 day of January, 2024.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge