IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

# TRACK 1 ORDER

Under Case Management Order No. 2 (CMO-2), entry of the "Track 1 Order" triggers the deadlines that advance this litigation. [D.E. 23] This Track 1 Order identifies the cases that will be part of Track 1. Those cases are as follows[1]:

| BLADDER CANCER ||
|---|---|
| **Plaintiffs' Leadership' Selections** | **Defendant's Selections** |
| Cherie Bond          7:23-cv-01373-FL | Cory Buckley          7:23-cv-00885-BO |

---

[1] On December 12, 2023, the Plaintiffs' Leadership Group ("PLG") moved to enforce CMO-2 and requested that the Court void 17 Track 1 Discovery Pool Plaintiff designations made by the government [D.E. 78]. Defendant United States opposed PLG's motion [D.E. 83]. The United States believes resolution of the pending Motion and the inclusion of all 100 Track 1 Discovery Pool Plaintiffs is necessary prior to the entry of the Track 1 Order. For the Court's convenience, the United States has indicated which Plaintiffs are subject to the pending Motion. Specifically, the United States submits that the following cases should be included in the Track 1 Order: **Bladder Cancer**: Barry Lancette, 7:23-cv-01142-BO; Gary Little, 7:23-cv-01307-FL; **Kidney Cancer**: David Downs, 7:23-cv-01145-FL; Johnny Fredell, 7:23-cv-01418-BO; **Leukemia**: Arthur Lovell, 7:23-cv-01502-D; Russell Redhouse, 7:23-cv-01322-D, Ralph Yehle, 7:23-cv-01427-FL; **Non-Hodgkin's Lymphoma**: Brian Buckley, 7:23-cv-01143-FL; Rodger Michael, 7:23-01310-BO, John Mussery, 7:23-cv-01158-BO; Barbara Reeves, 7:23-cv-01141-BO; Robert Rothman, 7:23-cv-01422-M; **Parkinson's Disease**: Donald Durrett, 7-23-cv-01147-FL; Greg Globus, 7:23-cv-01259-D; William Marshall, 7:23-cv-01168-M; David Topper, 7:23-cv-01412-M; Donald Wagner, 7:23-01414-M. The PLG disagrees and believes that Defendant selected the above-listed cases in violation of the Court's directives in CMO-2.

| | | | |
|---|---|---|---|
| Jennie Brown | 7:23-cv-00282-M | Brainerd W. Daniels | 7:23-cv-01198-FL |
| Mark Cagiano | 7:23-cv-00569-BO | Richard Grandchamp | 7:23-cv-00804-M |
| Tom Ciotti | 5:23-cv-00554-FL | William Hamilton | 7:23-cv-00742-BO |
| Aubie Cooper | 7:23-cv-00800-FL | James M. Herron | 7:23-cv-01011-FL |
| Jefferson Criswell | 7:23-cv-01482-BO | Subject to resolution of DE 78 | |
| Stephen Dunning | 7:23-cv-01364-FL | Subject to resolution of DE 78 | |
| Terry Dyer | 7:23-cv-00357-D | William Matis | 7:23-cv-00767-M |
| Robert Green | 7:23-cv-01510-D | Daniel McTiernan | 7:23-cv-00535-BO |
| Shelly Larkins | 7:23-cv-00096-BO | Gary Alan Motz | 7:23-cv-01499-D |

| KIDNEY CANCER | | | |
|---|---|---|---|
| **Plaintiffs' Leadership' Selections** | | **Defendant's Selections** | |
| Cary Algood | 7:23-cv-01534-BO | Lawrence Critelli | 7:23-cv-00435-D |
| Larry Cage | 7:23-cv-01508-D | Subject to resolution of DE 78 | |
| David Fancher | 7:23-cv-00275-M | Subject to resolution of DE 78 | |
| Dino Favors | 7:23-cv-00362-M | Harvey Gilchrist | 7:23-cv-01571-D |
| Martin Keimig | 7:23-cv-00215-FL | Ernest David Hunt | 7:23-cv-00452-BO |
| Allan Howard | 7:23-cv-00490-FL | Ronald Paul Lind, Jr. | 7:23-cv-01518-M |
| Dennis Monroe | 7:23-cv-00276-D | Andrew Przenkop | 7:23-cv-01435-M |
| Frank Mousser | 7:23-cv-00667-D | Benjamin Santana II | 7:23-cv-01494-M |
| John Orue | 7:23-cv-00277-BO | Jacqueline Tukes | 7:23-cv-01553-BO |
| Thomas Small | 7:23-cv-01496-D | Stephen Lee Woods | 7:23-cv-01524-D |

| LEUKEMIA | | | |
|---|---|---|---|
| **Plaintiffs' Leadership' Selections** | | **Defendant's Selections** | |
| James Boggess | 7:23-cv-00242-BO | Thomas A. Bosco | 7:23-cv-00994-FL |
| Marvin Braxton | 7:23-cv-01568-FL | Gary James Cooper | 7:23-cv-00576-FL |
| Vivian Connard | 7:23-cv-01557-M | Robert Fiolek | 4:23-cv-00062-BO |
| Lancee Flee | 7:23-cv-01529-BO | Mary Holmberg | 7:23-cv-01014-FL |
| Joseph Gleesing | 7:23-cv-01486-FL | Subject to resolution of DE 78 | |
| David Gregory | 7:23-cv-01485-FL | Susan McBrine | 7:23-cv-00532-M |
| Bruce Hill | 7:23-cv-00028-M | Subject to resolution of DE 78 | |
| Terry Roof | 7:23-cv-01003-M | Diane E. Stacy | 7:23-cv-01449-FL |
| William Smith | 7:23-cv-01528-BO | Larry Wayne Tucker | 7:23-cv-01577-M |
| Ronald Watts | 7:23-cv-00280-BO | Subject to resolution of DE 78 | |

| NON-HODGKIN'S LYMPHOMA | | | |
|---|---|---|---|
| **Plaintiffs' Leadership' Selections** | | **Defendant's Selections** | |
| Sharon Baker | 7:23-cv-00957-BO | Andrew Bruggemann | 7:23-cv-00567-M |
| Francis Carter | 7:23-cv-01565-M | Subject to resolution of DE 78 | |
| Adam Davis | 7:23-cv-01474-FL | Clark Collins | 7:23-cv-01458-BO |
| Cometto Davis | 7:23-cv-00043-BO | Kevin Goss | 7:23-cv-00368-FL |

| Thomas Doup | 7:23-cv-00232-M | Scott Keller | 7:23-cv-01501-FL |
| John Kelly | 7:23-cv-00286-FL | Subject to resolution of DE 78 | |
| Robert Kidd | 7:23-cv-01489-FL | Subject to resolution of DE 78 | |
| Kenneth Means | 7:23-cv-01491-D | Subject to resolution of DE 78 | |
| Rachel Phillips | 7:23-cv-01383-D | Subject to resolution of DE 78 | |
| David Tomilson | 7:23-cv-00063-BO | Jose Vidana | 7:23-cv-01575-M |

| PARKINSON'S DISEASE | | | |
|---|---|---|---|
| **Plaintiffs' Leadership' Selections** | | **Defendant's Selections** | |
| Larry Bailey | 7:23-cv-01506-M | Ronald Berube | 7:23-cv-00782-M |
| Peter Ehlenberger | 7:23-cv-00195-M | Subject to resolution of DE 78 | |
| James Harder | 7:23-cv-01542-D | Subject to resolution of DE 78 | |
| Jeffrey Lemon | 7:23-cv-01551-BO | Bert Gregory | 7:23-cv-01384-FL |
| Gary McElhiney | 7:23-cv-01368-BO | David Hill | 7:23-cv-01511-M |
| James Nichols | 7:23-cv-00894-BO | Subject to resolution of DE 78 | |
| Edgar Peterson IV | 7:23-cv-01576-M | Subject to resolution of DE 78 | |
| Diane Rothchild | 7:23-cv-00858-D | Subject to resolution of DE 78 | |
| Terrance Shine | 7:23-cv-00023-BO | Robert Welch | 7:23-cv-01503-FL |
| Richard Sparks | 7:23-cv-00682-M | Kent Wilson | 7:23-cv-01563-M |

SO ORDERED this \_\_\_\_\_ day of January, 2024.


_____
RICHARD E. MYERS II
Chief United States District Judge

_____
TERRENCE W. BOYLE
United States District Judge


_____
LOUISE W. FLANAGAN
United States District Judge

_____
JAMES C. DEVER III
United States District Judge