IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates to:

ALL CASES

## PLAINTIFFS' LEADERSHIP GROUP MOTION FOR RELIEF FROM E.D.N.C. LOCAL CIVIL RULE 56.1(a)

The Plaintiffs' Leadership Group ("PLG") respectfully moves for leave to file PLG's Motion For Partial Summary Judgment On Issue Of Specific Causation without an accompanying Statement of Undisputed Material Facts. In support, the PLG states:

1. The PLG is contemporaneously filing its Motion for Partial Summary Judgment On Issue of Specific Causation (the "Motion").

2. The Motion presents a pure question of law related to the interpretation of the causation element of the Camp Lejeune Justice Act. Pub. L. No. 117-168, § 804, 136 Stat. 1802, 1802-04 (2022) (to be codified at 28 U.S.C. § 2671 note).

3. There are no facts—disputed or otherwise—that the Court need consider in order to adjudicate the Motion.

4. Therefore, pursuant to E.D.N.C. Local Civil Rule 56.1(b), the PLG respectfully requests that the parties be granted relief from E.D.N.C. Local Civil Rule 56.1(a)'s requirement to file a Statement of Material Facts (and an opposing statement), since such statements are "inappropriate" under the circumstances. *See* E.D.N.C. Local Civil Rule 56.1(b).

WHEREFORE, the PLG respectfully requests that the parties be relieved of any obligation,

pursuant to E.D.N.C. Local Civil Rule 56.1(a), to file a statement of material facts or opposing statement of material facts in connection with the PLG's *Motion For Partial Summary Judgment On Issue of Specific Causation*.

Respectfully submitted, this 15th day of January, 2024.

<u>/s/ J. Edward Bell, III</u>
J. Edward Bell, III (admitted *pro hac vice*)
Bell Legal Group, LLC
219 Ridge St.
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com
*Lead Counsel for Plaintiffs*

<u>/s/ Elizabeth Cabraser</u>
Elizabeth Cabraser (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111
Phone (415) 956-1000
ecabraser@lchb.com
*Co-Lead Counsel for Plaintiffs*

<u>/s/ Robin Greenwald</u>
Robin L. Greenwald (admitted *pro hac vice*)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com
*Co-Lead Counsel for Plaintiffs*

<u>/s/ Mona Lisa Wallace</u>
Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
*Co-Lead Counsel for Plaintiffs*

<u>/s/ Zina Bash</u>
Zina Bash (admitted *pro hac vice*)
Keller Postman LLC
111 Congress Avenue, Ste. 500
Austin, TX 78701
Telephone: 956-345-9462
zina.bash@kellerpostman.com
*Co-Lead Counsel for Plaintiffs and Government Liaison*

<u>/s/ W. Michael Dowling</u>
W. Michael Dowling (NC Bar No. 42790)
The Dowling Firm PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
mike@dowlingfirm.com
*Co-Lead Counsel for Plaintiffs*

<u>/s/ James A. Roberts, III</u>
James A. Roberts, III (N.C. Bar No.: 10495)
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410
P. O. Box 17529
Raleigh, NC 27619-7529
Telephone: (919) 981-0191
Fax: (919) 981-0199
jar@lewis-roberts.com
*Co-Lead Counsel for Plaintiffs*

<u>/s/ John. F. Bash</u>
John F. Bash (admitted *pro hac vice*)
Quinn Emanuel Urquhart & Sullivan LLP
300 W. 6th St., Suite 2010
Austin, TX 78701
Phone (737) 667-6100
johnbash@quinnemanuel.com
*Member, Plaintiffs' Executive Committee*
*Co-Chair, Law and Briefing Subcommittee*

*/s/ A. Charles Ellis*
A. Charles Ellis (N.C. Bar No.: 010865)
Ward and Smith P.A.
Post Office Box 8088
Greenville, NC  27835-8088
Telephone:  (252) 215-4000
ace@wardandsmith.com
*Liaison Counsel for Plaintiffs*

*/s/ Hugh R. Overholt*
Hugh R. Overholt (NC Bar No. 016301)
Ward and Smith P.A.
Post Office Box 867
New Bern, NC  28563-0867
Telephone:  (252) 672-5400
hro@wardandsmith.com
*Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2024, a copy of the foregoing document was served on all counsel of record by operation of the court's electronic filing system and can be accessed through that system.

                                      /s/ J. Edward Bell, III
                                      J. Edward Bell, III