IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: <br><br> CAMP LEJEUNE WATER LITIGATION <br><br> This Document Relates to: <br><br> ALL CASES | **ORDER** |

Before the Court is the Plaintiffs' Leadership Group's *Motion for Relief from E.D.N.C. Local Civil Rule 56.1(a)* ("Motion"). For good cause, the Motion is GRANTED. The parties are hereby relieved of any obligation to file a Statement of Material Facts (or opposing Statement of Material Facts) in connection with the PLG's *Motion For Partial Summary Judgment On Issue of Specific Causation*.

SO ORDERED, this \_\_\_\_\_ day of January 2024.

_____
RICHARD E. MYERS II
Chief United States District Judge

_____
TERRENCE W. BOYLE
United States District Judge

_____
LOUISE W. FLANAGAN
United States District Judge

_____
JAMES C. DEVER III
United States District Judge