IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-cv-897

| | |
|---|---|
| IN RE: ) | |
| ) | **UNITED STATES' NOTICE OF** |
| CAMP LEJEUNE WATER LITIGATION ) | **REVISED TRACK 1 DISCOVERY** |
| ) | **PLAINTIFFS SELECTION** |
| This Document Relates To: ) | |
| ALL CASES ) | |

Pursuant to this Court's January 19, 2024 Order, D.E. 116, the United States respectfully submits this Revised Track 1 Discovery Plaintiffs Selection. The Revised Track 1 Discovery Plaintiffs Selection removes previously selected Plaintiffs who were selected by the United States for the Track 1 Discovery Pool. It replaces those selections with Plaintiffs who are not opted-out from Track 1 discovery.

The United States' revised selections are as follows (newly selected cases are marked with an asterisk):

### Leukemia

**Plaintiffs' Leadership's Selections**

| | |
|---|---|
| James Boggess | 7:23-cv-00242-BO |
| Marvin Braxton | 7:23-cv-01568-FL |
| Vivian Connard | 7:23-cv-01557-M |
| Lancee Flee | 7:23-cv-01529-BO |
| Joseph Gleesing | 7:23-cv-01486-FL |
| David Gregory | 7:23-cv-01485-FL |
| Bruce Hill | 7:23-cv-00028-M |
| Terry Roof | 7:23-cv-01003-M |
| William Smith | 7:23-cv-01528-BO |
| Ronald Watts | 7:23-cv-00280-BO |

**Defendant's Selections**

| | |
|---|---|
| Thomas A. Bosco | 7:23-cv-00994-FL |
| Gary James Cooper | 7:23-cv-00576-FL |
| Robert Fiolek | 4:23-cv-00062-BO |
| Mary Holmberg | 7:23-cv-01014-FL |
| *Karen Marie Amsler | 7:23-cv-00284-BO |
| Susan McBrine | 7:23-cv-00532-M |
| *Linda Susan Tootle | 7:23-cv-01089-D |
| Diane E. Stacy | 7:23-cv-01449-FL |
| Larry Wayne Tucker | 7:23-cv-01577-M |
| *James McQueen | 7:23-cv-01467-FL |

## Bladder Cancer

**Plaintiffs' Leadership's Selection**

| | |
|---|---|
| Cherie Bond | 7:23-cv-01373-FL |
| Jennie Brown | 7:23-cv-00282-M |
| Mark Cagiano | 7:23-cv-00569-BO |
| Tom Ciotti | 7:23-cv-00554-FL |
| Aubie Cooper | 7:23-cv-00800-FL |
| Jefferson Criswell | 7:23-cv-01482-BO |
| Stephen Dunning | 7:23-cv-01364-FL |
| Terry Dyer | 7:23-cv-00357-D |
| Robert Green | 7:23-cv-01510-D |
| Shelly Larkins | 7:23-cv-00096-BO |

**Defendant's Selections**

| | |
|---|---|
| Cory Buckley | 7:23-cv-00885-BO |
| Brainerd W. Daniels | 7:23-cv-01198-FL |
| Richard Grandchamp | 7:23-cv-00804-M |
| William Hamilton | 7:23-cv-00742-BO |
| James M. Herron | 7:23-cv-01011-FL |
| *Edward Raymond | 7:23-cv-00546-BO |
| *Jimmy Laramore | 7:23-cv-00594-FL |
| William Matis | 7:23-cv-00767-M |
| Daniel McTiernan | 7:23-cv-00535-BO |
| Gary Alan Motz | 7:23-cv-01499-D |

## Kidney Cancer

**Plaintiffs' Leadership's Selection**

| | |
|---|---|
| Cary Algood | 7:23-cv-01534-BO |
| Larry Cage | 7:23-cv-01508-D |
| David Fancher | 7:23-cv-00275-M |
| Dino Favors | 7:23-cv-00362-M |
| Martin Keimig | 7:23-cv-00215-FL |
| Allan Howard | 7:23-cv-00490-FL |
| Dennis Monroe | 7:23-cv-00276-D |
| Frank Mousser | 7:23-cv-00667-D |
| John Orue | 7:23-cv-00277-BO |
| Thomas Small | 7:23-cv-01496-D |

**Defendant's Selections**

| | |
|---|---|
| Lawrence Critelli | 7:23-cv-00435-D |
| *David Downs | 7:23-cv-01145-FL |
| *Joseph M. Renye | 7:23-cv-01493-FL |
| Harvey Gilchrist | 7:23-cv-01571-D |
| Ernest David Hunt | 7:23-cv-00452-BO |
| Ronald Paul Lind, Jr. | 7:23-cv-01518-M |
| Andrew Przenkop | 7:23-cv-01435-M |
| Benjamin Santana II | 7:23-cv-01494-M |
| Jacqueline Tukes | 7:23-cv-01553-BO |
| Stephen Lee Woods | 7:23-cv-01524-D |

## Non-Hodgkin's Lymphoma

**Plaintiffs' Leadership's Selections**

| | |
|---|---|
| Sharon Baker | 7:23-cv-00957-BO |
| Francis Carter | 7:23-cv-01565-M |
| Adam Davis | 7:23-cv-01474-FL |
| Cometto Davis | 7:23-cv-00043-BO |
| Thomas Doup | 7:23-cv-00232-M |
| John Kelly | 7:23-cv-00286-FL |
| Robert Kidd | 7:23-cv-01489-FL |
| Kenneth Means | 7:23-cv-01491-D |

**Defendant's Selections**

| | |
|---|---|
| Andrew Bruggemann | 7:23-cv-00567-M |
| *Terrence Cleary | 7:23-cv-01559-FL |
| Clark Collins | 7:23-cv-01458-BO |
| Kevin Goss | 7:23-cv-00368-FL |
| Scott Keller | 7:23-cv-01501-FL |
| *Thomas W. Lynch | 7:23-cv-01582-M |
| *Charles F. Frazier | 7:23-cv-01484-M |
| *Geoffrey A. Funk Sr. | 7:23-cv-01472-FL |

| Rachel Phillips | 7:23-cv-01383-D | *Charles Nolan | 7:23-cv-01361-D |
| David Tomilson | 7:23-cv-00063-BO | Jose Vidana | 7:23-cv-01575-M |

### Parkinson's Disease

| **Plaintiffs' Leadership's Selections** | | **Defendant's Selection** | |
|---|---|---|---|
| Larry Bailey | 7:23-cv-01506-M | Ronald Berube | 7:23-cv-00782-M |
| Peter Ehlenberger | 7:23-cv-00195-M | *James Scott | 7:23-cv-01498-BO |
| James Harder | 7:23-cv-01542-D | *Paul Puletz | 7:23-cv-00197-BO |
| Jeffrey Lemon | 7:23-cv-01551-BO | Bert Gregory | 7:23-cv-01384-FL |
| Gary McElhiney | 7:23-cv-01368-BO | David Hill | 7:23-cv-01511-M |
| James Nichols | 7:23-cv-00894-BO | *Frank Vogt | 7:23-cv-01547-FL |
| Edgar Peterson IV | 7:23-cv-01576-M | *David Petrie | 7:23-cv-00202-D |
| Diane Rothchild | 7:23-cv-00858-D | *Magdalena Frost | 7:23-cv-01386-D |
| Terrance Shine | 7:23-cv-00023-BO | Robert Welch | 7:23-cv-01503-FL |
| Richard Sparks | 7:23-cv-00682-M | Kent Wilson | 7:23-cv-01563-M |

Respectfully submitted on January 26, 2024.

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Assistant Director, Torts Branch
Environmental Torts Litigation Section

ADAM BAIN
Special Litigation Counsel, Torts Branch
Environmental Torts Litigation Section

*/s/ Anna Ellison*
ANNA ELLISON
DC Bar No. 90004872
Trial Attorney, Torts Branch
Environmental Torts Litigation Section
U.S. Department of Justice

3

P. O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: anna.e.ellison@usdoj.gov
Telephone: (202) 880-0389
Fax: (202) 616-4989

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2024, a copy of the foregoing document was filed via the Court's ECF system and served on counsel of record through the ECF system.

*/s/ Anna Ellison*
ANNA ELLISON
