IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-cv-897

| | |
|---|---|
| IN RE: ) | |
| ) | **UNITED STATES' NOTICE OF** |
| CAMP LEJEUNE WATER LITIGATION ) | **REVISED TRACK 1 DISCOVERY** |
| ) | **PLAINTIFFS SELECTION** |
| This Document Relates To: ) | |
| ALL CASES ) | |

The United States respectfully submits this Revised Track 1 Discovery Plaintiffs Selection. After submitting its selection to this Court on January 26, 2024, D.E. 123, the United States was made aware that two of the selected Plaintiffs had previously opted out of discovery. The United States therefore replaces those selections with Plaintiffs who are not opted-out from Track 1 discovery.

The United States' revised selections are as follows (newly selected cases are marked with an asterisk):

### Leukemia

| Plaintiffs' Leadership's Selections | | Defendant's Selections | |
|---|---|---|---|
| James Boggess | 7:23-cv-00242-BO | Thomas A. Bosco | 7:23-cv-00994-FL |
| Marvin Braxton | 7:23-cv-01568-FL | Gary James Cooper | 7:23-cv-00576-FL |
| Vivian Connard | 7:23-cv-01557-M | Robert Fiolek | 4:23-cv-00062-BO |
| Lancee Flee | 7:23-cv-01529-BO | Mary Holmberg | 7:23-cv-01014-FL |
| Joseph Gleesing | 7:23-cv-01486-FL | Karen Marie Amsler | 7:23-cv-00284-BO |
| David Gregory | 7:23-cv-01485-FL | Susan McBrine | 7:23-cv-00532-M |
| Bruce Hill | 7:23-cv-00028-M | Linda Susan Tootle | 7:23-cv-01089-D |
| Terry Roof | 7:23-cv-01003-M | Diane E. Stacy | 7:23-cv-01449-FL |
| William Smith | 7:23-cv-01528-BO | Larry Wayne Tucker | 7:23-cv-01577-M |
| Ronald Watts | 7:23-cv-00280-BO | *Larry L. Wright | 7:23-cv-01020-BO |

1

## Bladder Cancer

**Plaintiffs' Leadership's Selection**          **Defendant's Selections**

| | | | |
|---|---|---|---|
| Cherie Bond | 7:23-cv-01373-FL | Cory Buckley | 7:23-cv-00885-BO |
| Jennie Brown | 7:23-cv-00282-M | Brainerd W. Daniels | 7:23-cv-01198-FL |
| Mark Cagiano | 7:23-cv-00569-BO | Richard Grandchamp | 7:23-cv-00804-M |
| Tom Ciotti | 7:23-cv-00554-FL | William Hamilton | 7:23-cv-00742-BO |
| Aubie Cooper | 7:23-cv-00800-FL | James M. Herron | 7:23-cv-01011-FL |
| Jefferson Criswell | 7:23-cv-01482-BO | Edward Raymond | 7:23-cv-00546-BO |
| Stephen Dunning | 7:23-cv-01364-FL | Jimmy Laramore | 7:23-cv-00594-FL |
| Terry Dyer | 7:23-cv-00357-D | William Matis | 7:23-cv-00767-M |
| Robert Green | 7:23-cv-01510-D | Daniel McTiernan | 7:23-cv-00535-BO |
| Shelly Larkins | 7:23-cv-00096-BO | Gary Alan Motz | 7:23-cv-01499-D |

## Kidney Cancer

**Plaintiffs' Leadership's Selection**          **Defendant's Selections**

| | | | |
|---|---|---|---|
| Cary Algood | 7:23-cv-01534-BO | Lawrence Critelli | 7:23-cv-00435-D |
| Larry Cage | 7:23-cv-01508-D | David Downs | 7:23-cv-01145-FL |
| David Fancher | 7:23-cv-00275-M | Joseph M. Renye | 7:23-cv-01493-FL |
| Dino Favors | 7:23-cv-00362-M | Harvey Gilchrist | 7:23-cv-01571-D |
| Martin Keimig | 7:23-cv-00215-FL | Ernest David Hunt | 7:23-cv-00452-BO |
| Allan Howard | 7:23-cv-00490-FL | Ronald Paul Lind, Jr. | 7:23-cv-01518-M |
| Dennis Monroe | 7:23-cv-00276-D | Andrew Przenkop | 7:23-cv-01435-M |
| Frank Mousser | 7:23-cv-00667-D | Benjamin Santana II | 7:23-cv-01494-M |
| John Orue | 7:23-cv-00277-BO | Jacqueline Tukes | 7:23-cv-01553-BO |
| Thomas Small | 7:23-cv-01496-D | Stephen Lee Woods | 7:23-cv-01524-D |

## Non-Hodgkin's Lymphoma

**Plaintiffs' Leadership's Selections**          **Defendant's Selections**

| | | | |
|---|---|---|---|
| Sharon Baker | 7:23-cv-00957-BO | Andrew Bruggemann | 7:23-cv-00567-M |
| Francis Carter | 7:23-cv-01565-M | Terrence Cleary | 7:23-cv-01559-FL |
| Adam Davis | 7:23-cv-01474-FL | Clark Collins | 7:23-cv-01458-BO |
| Cometto Davis | 7:23-cv-00043-BO | Kevin Goss | 7:23-cv-00368-FL |
| Thomas Doup | 7:23-cv-00232-M | Scott Keller | 7:23-cv-01501-FL |
| John Kelly | 7:23-cv-00286-FL | Thomas W. Lynch | 7:23-cv-01582-M |
| Robert Kidd | 7:23-cv-01489-FL | Charles F. Frazier | 7:23-cv-01484-M |
| Kenneth Means | 7:23-cv-01491-D | Geoffrey A. Funk Sr. | 7:23-cv-01472-FL |

| Rachel Phillips | 7:23-cv-01383-D | Charles Nolan | 7:23-cv-01361-D |
| David Tomilson | 7:23-cv-00063-BO | Jose Vidana | 7:23-cv-01575-M |

### Parkinson's Disease

| **Plaintiffs' Leadership's Selections** | | **Defendant's Selection** | |
|---|---|---|---|
| Larry Bailey | 7:23-cv-01506-M | Ronald Berube | 7:23-cv-00782-M |
| Peter Ehlenberger | 7:23-cv-00195-M | *John Guadagnino | 7:23-cv-01538-BO |
| James Harder | 7:23-cv-01542-D | Paul Puletz | 7:23-cv-00197-BO |
| Jeffrey Lemon | 7:23-cv-01551-BO | Bert Gregory | 7:23-cv-01384-FL |
| Gary McElhiney | 7:23-cv-01368-BO | David Hill | 7:23-cv-01511-M |
| James Nichols | 7:23-cv-00894-BO | Frank Vogt | 7:23-cv-01547-FL |
| Edgar Peterson IV | 7:23-cv-01576-M | David Petrie | 7:23-cv-00202-D |
| Diane Rothchild | 7:23-cv-00858-D | Magdalena Frost | 7:23-cv-01386-D |
| Terrance Shine | 7:23-cv-00023-BO | Robert Welch | 7:23-cv-01503-FL |
| Richard Sparks | 7:23-cv-00682-M | Kent Wilson | 7:23-cv-01563-M |

Respectfully submitted on January 29, 2024.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Assistant Director, Torts Branch
Environmental Torts Litigation Section

ADAM BAIN
Special Litigation Counsel, Torts Branch
Environmental Torts Litigation Section

*/s/ Anna Ellison*
ANNA ELLISON
DC Bar No. 90004872
Trial Attorney, Torts Branch
Environmental Torts Litigation Section
U.S. Department of Justice

3

P. O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: anna.e.ellison@usdoj.gov
Telephone: (202) 880-0389
Fax: (202) 616-4989

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

# CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2024, a copy of the foregoing document was filed via the Court's ECF system and served on counsel of record through the ECF system.

*/s/ Anna Ellison*
ANNA ELLISON
