IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAMP LEJEUNE WATER LITIGATION ) | ORDER EXTENDING UNITED STATES' |
| ) | DEADLINE TO RESPOND TO |
| ) | PLAINTIFFS' MOTION FOR PARTIAL |
| This Documents Relates to: ) | SUMMARY JUDGMENT |
| ALL CASES ) | |
| _) | |

This matter is before the court on the United States' motion for extension of time to respond [DE 121]. Plaintiffs oppose the motion. [DE 124].

There being good cause shown, the court ORDERS that the United States' deadline to respond to Plaintiffs' Motion for Partial Summary Judgment, [DE 110], in this case is extended through February 19, 2024.

SO ORDERED. This 30th day of January, 2024.

RICHARD E. MYERS II
Chief United States District Judge

1