IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:23-CV-897

| | |
|---|---|
| IN RE: )<br>)<br>CAMP LEJEUNE WATER LITIGATION )<br>)<br>This Document Relates to: )<br>)<br>ALL CASES )<br>) | O R D E R |

Pursuant to previous case management orders, *see* [DE-27], the court orders that the next status conference in the above captioned matter will be held at 11:00 a.m. on March 5, 2024 in Wilmington - Courtroom #3 of the Alton Lennon Federal Building. The parties' status report will be due on February 27, 2024.

At the February 6, 2024 status conference, the parties discussed ongoing discovery disputes regarding Defendant's production of certain digitized muster rolls ("Muster Rolls") and certain ATSDR water modeling files ("Water Modeling Files"). The court considers that status conference as satisfying the discovery conference requirements of the discovery dispute protocol. *See* [DE-55]. If the parties cannot resolve the Muster Rolls and Water Modeling Files disputes, Plaintiffs shall file a motion(s) in accordance with the discovery dispute protocol within 10 days of this order. *Id.* at ¶ 3. Defendant will have 10 days to respond. *Id.*

SO ORDERED the 7 day of February, 2024.

Robert B. Jones, Jr.
United States Magistrate Judge

1