# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| Camp Lejeune Water Litigation | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 7:23-cv-897 |
| United States of America | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant.

Date: 02/08/2024

/s/ Gabriel I. Schonfeld
*Attorney's signature*

Gabriel I. Schonfeld - DC Bar #155539
*Printed name and bar number*

450 5th Street NW
Washington, DC 20530

*Address*

gabriel.i.schonfeld@usdoj.gov
*E-mail address*

(202) 353-1531
*Telephone number*

(202) 514-8742
*FAX number*