IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

IN RE: )
)
CAMP LEJEUNE WATER LITIGATION )
)
THIS PLEADING RELATES TO: )
)
*McBrine v. United States*, No. 7:23-cv-532-M )
*Petrie v. United States*, No. 7:23-cv-00202-D )

**PLAINTIFFS' MOTION TO CERTIFY FOR APPEAL THE ORDER GRANTING DEFENDANT'S MOTION TO STRIKE THE DEMAND FOR A JURY TRIAL**

The Plaintiffs' Leadership Group (PLG), on behalf of Plaintiffs Susan McBrine (No. 7:23-cv-00532-M-RJ) and David L. Petrie (No. 7:23-cv-00202-D-BM), moves the Court to certify for immediate appellate review, under 28 U.S.C. § 1292(b), its Order (D.E. 133) granting Defendant's Motion to Strike the Demand for a Jury Trial (D.E. 51). Section 1292(b) provides that interlocutory orders involving "a controlling question of law as to which there is substantial ground for difference of opinion" can be immediately appealed if doing so "may materially advance the ultimate termination of the litigation." For the reasons set forth in the PLG's contemporaneously filed memorandum of law, an immediate appeal of the Court's jury-trial Order is warranted under those criteria.[1]

---

[1] The government has informed the PLG that it is considering its position on this motion.

1

February 14, 2024

/s/ *John. F. Bash*
John F. Bash (admitted *pro hac vice*)
Quinn Emanuel Urquhart & Sullivan LLP
300 W. 6th St., Suite 2010
Austin, TX 78701
Telephone: (737) 667-6100
johnbash@quinnemanuel.com

*Member, Plaintiffs' Executive Committee*
*Co-Chair, Law and Briefing Subcommittee*

/s/ *Elizabeth Cabraser*
Elizabeth Cabraser (admitted *pro hac vice*)
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111
Telephone: (415) 956-1000
ecabraser@lchb.com

*Co-Lead Counsel*

/s/ *W. Michael Dowling*
W. Michael Dowling (N.C. Bar No.: 42790)
The Dowling Firm PLLC
Post Office Box 27843
Raleigh, NC 27611
Telephone: (919) 529-3351
mike@dowlingfirm.com

*Co-Lead Counsel*

/s/ *James A. Roberts, III*
James A. Roberts, III (N.C. Bar No.: 10495)
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410
P. O. Box 17529
Raleigh, NC 27619
Telephone: (919) 981-0191
jar@lewis-roberts.com

*Co-Lead Counsel*

Respectfully submitted,

/s/ *J. Edward Bell, III*
J. Edward Bell, III (admitted *pro hac vice*)
Bell Legal Group, LLC
219 Ridge Street
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com

*Lead Counsel*

/s/ *Zina Bash*
Zina Bash (admitted *pro hac vice*)
Keller Postman LLC
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (956) 345-9462
zina.bash@kellerpostman.com

*Co-Lead Counsel and Government Liaison*

/s/ *Robin Greenwald*
Robin L. Greenwald (admitted *pro hac vice*)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 558-5802
rgreenwald@weitzlux.com

*Co-Lead Counsel*

/s/ *Mona Lisa Wallace*
Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, NC 28144
Telephone: (704) 633-5244
mwallace@wallacegraham.com

*Co-Lead Counsel*

*/s/ Hugh R. Overholt*
Hugh R. Overholt (NC Bar No. 016301)
Ward and Smith P.A.
Post Office Box 867
New Bern, NC  28563-0867
Telephone:  (252) 672-5400
hro@wardandsmith.com
*Liaison Counsel for Plaintiffs*

*/s/ A. Charles Ellis*
A. Charles Ellis (N.C. Bar No.:  010865)
Ward and Smith P.A.
Post Office Box 8088
Greenville, NC  27835-8088
Telephone:  (252) 215-4000
ace@wardandsmith.com
*Liaison Counsel for Plaintiffs*