# EXHIBIT LIST

**EXHIBIT 1** – Congressional Record, H1192, March 1, 2022

**EXHIBIT 2** – *Tillis, Blumenthal, Burr, and Peters Introduce the Camp Lejeune Justice Act to Ensure Legal Rights for Water Contamination Victims* (Nov. 4, 2021)

**EXHIBIT 3** – *ATSDR Assessment of the Evidence for Drinking Water Contaminants at Camp Lejeune and Specific Cancers and Other Diseases*, Agency for Toxic Substances and Disease Registry (Jan. 13, 2017) (Excerpts)

**EXHIBIT 4** – *Cartwright, Murphy, Price Introduce Camp Lejeune Justice Act*, U.S. Congressman Gregory F. Murphy (Mar. 26, 2021)

**EXHIBIT 5** – Congressional Record, E215 (March 3, 2022)

**EXHIBIT 6** – Bell Legal Group Application

**EXHIBIT 7** – H.R. 2192, 11th Cong., 1st Sess. (2021) (Camp Lejeune Justice Act of 2021)

**EXHIBIT 8** – February 13, 2020 Transcript, Camp Lejeune Community Assistance Panel (CAP) Meeting (Excerpts)

**EXHIBIT 9** – August 27, 2015 Transcript, Camp Lejeune Community Assistance Panel (CAP) Meeting (Excerpts)

**EXHIBIT 10** – Institute of Medicine, *Improving the Presumptive Disability Decision-Making Process for Veterans*, 189 (Nat'l Academs. Press, 2008) (Excerpts)

**EXHIBIT 11** – *The National Academies Report, Assessing Military-Related Exposures and Health Outcomes Before H. Comm. Veterans' Affs.*, 117th Cong. (statement of Karl Kelsey, Member, National Academy of Sciences)