# Exhibit 5



## HONORING OUR PROMISE TO ADDRESS COMPREHENSIVE TOXICS ACT OF 2021

SPEECH OF

### HON. ANNA G. ESHOO

OF CALIFORNIA

IN THE HOUSE OF REPRESENTATIVES

*Wednesday, March 2, 2022*

Ms. ESHOO. Mr. Speaker, as the proud Representative of more than 20,000 veterans in California's 18th Congressional District, I rise in support of H.R. 3967, the Honoring Our PACT Act. This long-overdue legislation makes good on our promise to care for those who have risked their lives to defend our country.

Today, most veterans who seek care and compensation from the VA for medical conditions resulting from service-connected exposure to toxic substances are denied because the VA maintains highly restrictive standards for what constitutes toxic exposure. For years, I've heard from veterans in my District who have described the great frustration of being denied the care and compensation they need.

The Honoring Our PACT Act addresses this issue by acknowledging that toxic exposure is a cost of war. The bill recognizes many new categories of veterans as eligible for care and compensation for toxic exposure, including veterans exposed to burn pits, atomic radiation, PFAS, and other dangerous substances. If enacted, the CBO estimates this legislation will increase the number of veterans receiving VA healthcare by 15 percent over the next decade.

Importantly, H.R. 3967 finally puts into place a legal recourse for veterans and their families who were exposed to toxic chemicals in drinking water at Camp Lejeune, North Carolina. Many of these veterans suffer from cancer, Parkinson's disease, and ALS as a result of their exposure, but they've been denied compensation because of an anomaly in North Carolina state law. I've consistently advocated for remedying this injustice, and I'm pleased that the Honoring Our PACT Act does so by establishing a federal cause of action related to contaminated water at Camp Lejeune.

When our country sends our brave women and men of the U.S. Armed Forces into harm's way, it is our collective responsibility to provide them with the health services, opportunities, and care they've earned. Passing the Honoring Our PACT Act strengthens this sacred promise, and I urge all my colleagues to support this bill and vote yes.

---

## IN HONOR OF PRESENT AGE MINISTRIES FOR RECEIVING THE 2021 CABARRUS REGIONAL CHAMBER OF COMMERCE NONPROFIT OF THE YEAR AWARD

### HON. RICHARD HUDSON

OF NORTH CAROLINA

IN THE HOUSE OF REPRESENTATIVES

*Thursday, March 3, 2022*

Mr. HUDSON. Madam Speaker, I rise today to honor and congratulate Present Age Ministries for receiving the Cabarrus Regional Chamber of Commerce Nonprofit of the Year Award.

Since 2009, Present Age Ministries has worked hard to fight back against and eliminate sex trafficking and abuse. They have served as a vital resource for teen victims of these crimes and have undertaken many initiatives to further prepare all in our community to successfully assist those impacted.

Present Age Ministries' services have provided resources to over 50 survivors and education and training initiatives to over 20,000 students and adults in Cabarrus County. Both the City of Concord and the City of Kannapolis employ their services to identify and assist all possible teen victims of sex trafficking and abuse, and Cabarrus County Schools partners with Present Age Ministries to maintain high quality and up to date sex trafficking education programs. Present Age Ministries has thoroughly demonstrated their ability to adapt to meet victims' needs under new and challenging circumstances. They introduced tutoring resources for victims after it became apparent that those seeking resources were also struggling to keep up with schoolwork. Survivors can now study with other survivors and receive aid from volunteer tutors. Furthermore, after being tasked with very unusual and difficult obstacles during the pandemic, Present Age Ministries shifted strategies by developing a virtual program through which teens received activities and resources to review and complete prior to connecting with case workers or mentors on the internet or over the phone. They also introduced an online portal to ease access to educational resources.

Present Age Ministries is truly deserving of this award on account of the invaluable resources they provide and their unwavering commitment to vulnerable members of our community. I join the rest of our community in gratitude as we acknowledge Present Age Ministries for such excellent service.

Madam Speaker, please join me today in congratulating Present Age Ministries on receiving the 2021 Cabarrus Regional Chamber of Commerce Nonprofit of the Year Award.

Case 7:23-cv-00897-RJ   Document 139-6   Filed 02/19/24   Page 2 of 2