# Exhibit 8

**THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**AGENCY FOR TOXIC SUBSTANCES AND DISEASE REGISTRY**

convenes the

**FORTY – FOURTH MEETING**

**CAMP LEJEUNE COMMUNITY ASSISTANCE**

**PANEL (CAP) MEETING**

FEBRUARY 13, 2020

The verbatim transcript of the Meeting of the Camp Lejeune Community Assistance Panel held at 1825 Century Boulevard, Atlanta, GA, on February 13, 2020.

# C O N T E N T S

February 13, 2020

| | |
|---|---|
| WELCOME, INTRODUCTION, ANNOUNCEMENTS<br>DR. PAT BREYSSE | 4 |
| U.S. DEPARTMENT OF VETERANS AFFAIRS UPDATES<br>U.S. DEPARTMENT OF VETERANS AFFAIRS | 6 |
| SOIL VAPOR INTRUSION PUBLIC HEALTH ASSESSMENT UPDATE<br>MR. JACK HANLEY | 27 |
| CANCER INCIDENCE STUDY UPDATE<br>DR. FRANK BOVE | 46 |
| ACTION ITEMS FROM PREVIOUS CAP MEETING<br>CDR JAMIE MUTTER | 51 |
| CAP UPDATES/COMMUNITY CONCERNS | 64 |
| WRAP-UP/ADJOURN | 88 |

## P A R T I C I P A N T S

(Alphabetically)

ASHEY, MIKE, CAP MEMBER

BLOSSOM, SARAH, CAP TECHNICAL ADVISOR

BOVE, FRANK, ATSDR

BREYSSE, PAT, NCEH/ATSDR

CANTOR, KEN, CAP TECHNICAL ADVISOR

CARSON, LAURINE, VA

CORDOVA, ANDREA, VA (PHONE)

CRAFT, MELANIE, VA (PHONE)

EMSMINGER, JERRY, CAP MEMBER

FORREST, MELISSA, NAVY/MARINE CORPS

FRESHWATER, LORI, CAP MEMBER

HANLEY, JACK, ATSDR

HARROD, SHANELLA, VA (PHONE)

HASTINGS, PATRICIA, VA

HEROUX, MARK, VA (PHONE)

HODORE, BERNARD, CAP MEMBER

JONES, KIP, VA (PHONE)

MADDOX, TIFFANY, VA (PHONE)

MCNEIL, JOHN, CAP MEMBER

MILLER, PAM, VA (PHONE)

MUTTER, JAMIE, ATSDR

ORRIS, CHRISTOPHER, CAP MEMBER

PARTAIN, MIKE, CAP MEMBER

TEMPLETON, TIM, CAP MEMBER

possibly other endpoints that could be evaluated using the VA's health data bases to look at some of the other maybe neurologic --

**DR. HASTINGS:** One we're looking at is scleroderma and looking at that with Frank and then also we've had the discussions. I know registries came up this morning and as they have before and we had a discussion with the CAP looking at taking over the cohort at the time that they would be finishing with some of their work. So we've looked at that, too. But scleroderma, I know, is one that is a very important one.

**DR. BREYSSE:** Could you see if you could hold that close to your mouth or make sure it's turned on. Okay, you got to hold it really close to your mouth. Yeah.

**DR. HASTINGS:** Okay. Felony karaoke here. So anyway, scleroderma, yes, very important to look at that more in-depth that we're working on that with Dr. Bove. Dr. Culpepper , one of our epidemiologists, and he have had discussions and Dr. Culpepper is designing a study to look specifically at scleroderma. And we've had several discussions looking at the science and we continue to go through all the work that's been done by ATSDR and relooking at the new stuff.

**DR. BREYSSE:** So your question, so the original assessment we made of the strength of evidence was done on behalf of the VA, a request from the VA. And we've subsequently received another request to update that assessment and that's what we're working on right now. It's not in the 2012 law but it was really kind of at the behest of the VA.

**DR. HASTINGS:** And very much appreciate that. Thank you. And, you know, to look at the science, it needs to be done rather routinely. So it's perfect timing.

**CDR MUTTER:** Lori.

**MS. FRESHWATER:** I was going to do this at the end but just because you mentioned Parkinson's, I just want to let everyone know that I helped with a book that's coming out in March 17th called "Ending Parkinson's Disease" and there's a chapter on preventing Parkinson's where they detailed the Camp Lejeune story in a section called "Covering Up a Catastrophe." So I didn't do a whole lot but I tried to help steer in the right directions. And so I think it's going to be a really beneficial book. So everybody, you'll want to look out for that. Yes, I will do that.

**CDR MUTTER:** What's the name of it again?