IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Pleading Relates to: | ) |
| ALL CASES | ) |

## TABLE OF EXHIBITS
## IN SUPPORT OF MOTION TO COMPEL CERTAIN MUSTER ROLLS

Ex. 1 – Slide Deck Describing Marine Corps Muster Rolls from Camp Lejeune

Ex. 2 – VA/DoD Joint Executive Committee Annual Report from Fiscal Year 2014

Ex. 3 – VA/DoD Joint Executive Committee Annual Report from Fiscal Year 2015

Ex. 4 – The Government's Letter of January 12, 2024 to the PLG

Ex. 5 – The Government's Email of January 30, 2024 to the PLG

Ex. 6 – PLG Lawyer Kevin Dean's Email of February 1, 2024 to the Government

Ex. 7 – PLG Lawyer Kevin Dean's Email of February 3, 2024 to the Government