# EXHIBIT 1

# USMC Muster Rolls

Background

# Marine Corps Muster Rolls

 archives.gov/research/military/marine-corps/muster-rolls

August 5, 2021

==Muster Rolls are quarterly or monthly reports of personnel attached to a particular unit or station.== US Marine Corps Muster Rolls are located in Record Group 127: Records of the U.S. Marine Corps.

---

# Marine Corps Muster Rolls

 archives.gov/research/military/marine-corps/muster-rolls

August 5, 2021

...thly reports of personnel attached to a particular unit or ... Rolls are located in Record Group 127: Records of the

### ...in?

...surname, given name, and middle initial of each individual, ...al's rank, service number, and enlistment date.

...n lists of both officers and enlisted personnel, with officers ...ersonnel movement and changes.

### ...does NARA have?

...uster rolls for United States Marine Corps units up to

The Marine Corps muster rolls are on microfilm. The 1798-1958 Marine Corps Muster Rolls, which were on microfilm and are arranged monthly, have now been digitized and are available online through a partnership with Ancestry.com. These rolls can be viewed via Ancestry and are searchable by name.

The 1959 to 1980 Marine Corps Muster Rolls are still only available on microfilm. Beginning in 1947, these rolls are arranged by a unique code and reel number for each unit or station that can be obtained by contacting us at archives2reference@nara.gov. Each code is divided into one year increments, with each code typically fitting on one reel of microfilm. Muster Rolls for 1959-1970 can be viewed on site, or reproduced for $125 a reel. For further information on obtaining access to these rolls, please email us at archives2reference@nara.gov.

Muster rolls/Personnel Diaries from 1971 onward utilize social security numbers as service numbers and are subject to privacy restrictions. Muster Rolls/Personnel Diaries subject to privacy restrictions must be requested under the Freedom of Information Act (FOIA). Please email our Special Access/FOIA Office at specialaccess_foia@nara.gov to request post-1970 muster rolls.

2

1/2

# Marine Corps Muster Rolls

 archives.gov/research/military/marine-corps/muster-rolls

August 5, 2021

## What Muster Roll Records does NARA have?

The National Archives holds the muster rolls for United States Marine Corps units up to 1980.

## How to Access Muster Rolls

The Marine Corps muster rolls are on microfilm. The 1798-1958 Marine Corps Muster Rolls, which were on microfilm and are arranged monthly, have now been digitized and are available online through a partnership with Ancestry.com. These rolls can be viewed via Ancestry and are searchable by name.

The 1959 to 1980 Marine Corps Muster Rolls are still only available on microfilm. Beginning in 1947, these rolls are arranged by a unique code and reel number for each unit or station that can be obtained by contacting us at archives2reference@nara.gov. Each code is divided into one year increments, with each code typically fitting on one reel of microfilm. Muster Rolls for 1959-1970 can be viewed on site, or reproduced for $125 a reel. For further information on obtaining access to these rolls, please email us at archives2reference@nara.gov.

# All results for edward phillips

**Your search**

edward
phillips
Any: Camp Lejeune, Onslo...

Broad — Exact

Focus: All Collections

Apply

## Filters

- Military — 60
  - Directories & member lists — 1

- Record location
  - North America — 61

- Record date
  - 1900 — 61

- Image subject
  - People — 1

1-50 of 61    Browse by collection

**U.S., Marine Corps Muster Rolls, 1798-1958**
Draft, enlistment and service
View
Name: Edward F Phillips

**U.S., Marine Corps Muster Rolls, 1798-1958**
Draft, enlistment and service
View
Name: Edward T Phillips

**U.S., Marine Corps Muster Rolls, 1798-1958**
Draft, enlistment and service
View
Name: Edward F Phillips

**U.S., Marine Corps Muster Rolls, 1798-1958**
Draft, enlistment and service
View
Seen 3 months ago
Name: Edward Phillips

**U.S., Marine Corps Muster Rolls, 1798-1958**
Draft, enlistment and service
View
Seen 3 months ago
Name: Edward Phillips


# Edward Phillips
in the U.S., Marine Corps Muster Rolls, 1798-1958

Save   Print   Share




Add or update information

Report a problem

## Detail | Source

| | |
|---|---|
| Name | Edward Phillips |
| Rank | E3 |
| Muster Date | Oct 1955 |
| Station | Btry E 2Ndbn 10Thmar 2Ndmardiv Fmf, 2 Camp Lejeune North Carolina |

Save



Provided in association with National Archives and Records Administration



Add a public comment

### Make a Connection

Find others who are researching Edward Phillips in Public Member Trees.

U.S., Marine Corps Muster Rolls, 1798-1958 for Edward Phillips
T977 - US Marine Corps Muster Rolls, 1893-1958 > Roll 2913



```
571

JACKSON    PHILLIP      1437754   E2   3516  1
JOHNSON    ROBERT       1495547   E2   9900  1
JONES      ERCEL  E     1496080   E2   9900  C
KINCAID    NORMAN K      465321   E6   0811  1
KIRKLAND   GEORGE       1511920   E2   9900  1
LANE       ALFRED G     1463020   E2   9900  1
LAWSON     GEORGE A     1522979   E3   9900  1
MADISON    HOMER  L     1459584   E2   9900  1
MARCHAL    BILLY  L     1440757   E3   2531  1
MCCABE     ALFRED       1422279   E3   1361  1
MILLER     ROBERT B     1439761   E1   9900  1
MITCHELTREE ROB         1484198   E2   9900  1
MONTGOMERY LOUI         1422417   E3   3371  1
NEWTON     ALTON  J     1429558   E2   3516  1
NORMAN     HAYMOND K    1177109   E4   2511  1
NORTH      DEWEY        1384517   E2   0811  1
ODELL      MARSHALL     1370698   E1   2511  1
PALUMBO    ONORATO      1433275   E3   3531  1
PEARCY     JAMES  O     1437781   E2   9900  1
PHILLIPS   EDWARD       1433286   E3   3531  1
PORR       WILLIAM E    1439894   E3   0811  1
PREVATT    ELZIE  E     1                0811
PROVOST    EDWARD                         
REID       PAUL   K     1497960   E2   9900  C  1
RIKARD     DELBERT      1493142   E2   0141  1
```

576 of 1436

National Archives and Records Administration    © 1997-2023 Ancestry.com

| Name | Srv # | Rank | |  |
|---|---|---|---|---|
| JACKSON PHILLIP | 1437754 | E2 | 3516 | 1 |
| JOHNSON ROBERT | 1495547 | E2 | 9900 | 1 |
| JONES ERCEL E | 1496080 | E2 | 9900 | C |
| KINCAID NORMAN K | 465321 | E6 | 0811 | 1 |
| KIRKLAND GEORGE | 1511920 | E2 | 9900 | 1 |
| LANE ALFRED G | 1463020 | E2 | 9900 | 1 |
| LAWSON GEORGE A | 1522979 | E3 | 9900 | 1 |
| MADISON HOMER L | 1459584 | E2 | 9900 | 1 |
| MARCHAL BILLY L | 1440757 | E3 | 2531 | 1 |
| MCCABE ALFRED | 1422279 | E3 | 1361 | 1 |
| MILLER ROBERT B | 1439761 | E1 | 9900 | 1 |
| MITCHELTREE ROB | 1484198 | E2 | 9900 | 1 |
| MONTGOMERY LOUI | 1422417 | E3 | 3371 | 1 |
| NEWTON ALTON J | 1429558 | E2 | 3516 | 1 |
| NORMAN HAYMOND K | 1177109 | E4 | 2511 | 1 |
| NORTH DEWEY | 1384517 | E2 | 0811 | 1 |
| ODELL MARSHALL | 1370698 | E1 | 2511 | 1 |
| PALMER TO | | | 3531 | 1 |
| PEARCY JAMES O | | | 9900 | 1 |
| PHILLIPS EDWARD | 1433286 | E3 | 3531 | 1 |
| PORR WILLIAM E | 1439894 | E3 | 0811 | 1 |
| PREVATT ELZIE E | 1385075 | E3 | 0811 | 1 |
| PROVOST EDWARD | 1487913 | E2 | 9900 | 1 |
| REID PAUL K | 1497960 | E2 | 9900 C | 1 |
| RIKARD DELBERT | 1493142 | E2 | 0141 | 1 |
| RIVERAMONTANEZ K | 1287518 | E1 | 9900 | 1 |
| ROBERSON JESSE | 1385726 | E2 | 0811 | 1 |

Cover page for Muster Roll pg 571

U.S. MARINE CORPS BOUND DIARIES

MICROFILMED NUMERICALLY BY CODE NUMBER

**1955**

8

# CONTENTS

| ORGANIZATION | CODE | PAGE |
|---|---|---|
| "D" BTRY, 2D BN, 10TH MARINES, 2D MAR DIV, FMF | 12323 | 1 |
| "E" BTRY, 2D BN, 10TH MARINES, 2D MAR DIV, FMF | 12324 | 323 |
| "F" BTRY, 2D BN, 10TH MARINES, 2D MAR DIV, FMF | 12325 | 650 |
| HEADQUARTERS & SERVICE BTRY, 3RD BN, 10TH MARINES, 2D MAR DIV, FMF | 12331 | 968 |

REEL #102-55

Table of Contents for Muster Roll pg 571

9

Client Entry for Muster Roll pg 1428

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1428 | | | | | |
| JOHNSON ROBERT | 1495547 | E2 | 0811 | 1 | | 9 54 |
| JONES ERCEL E | 1496080 | E2 | 0811 | C | | 9 54 |
| KINCAID NORMAN | 465321 | E6 | 0811 | 1 | | 6 54 |
| KIRKLAND GEORGE | 1511920 | E2 | 0811 | 1 | | 4 55 |
| KOLESNIK ROBERT | 1437874 | E4 | 2531 | 1 | | 12 53 |
| LANE ALFRED G | 1463020 | E2 | 2531 | 1 | | 7 54 |
| LAWSON GEORGE A | 1522979 | E2 | 3531 | 1 | | 4 55 |
| MARCHAL BILLY L | 1440757 | E3 | 2531 | 1 | | 1 54 |
| MASON JACK F | 1542736 | E1 | 9900 | 1 0 | | 10 55 |
| MCCABE ALFRED | 1422279 | E3 | 1361 | 1 | | 12 53 |
| MILLER ROBERT B | 1439761 | E2 | 3531 | 1 | | 12 53 |
| MITCHELTREE ROB | 1484198 | E2 | 0844 | 1 | | 10 54 |
| MONTGOMERY LOUI | 1422417 | E3 | 3371 | 1 | | 1 54 |
| ORLANDO DOMINIC | 1540996 | E2 | 9900 | 1 0 | | 10 55 |
| PALUMBO ONORATO | 1433275 | E3 | 3531 | 1 | | 12 53 |
| PHILLIPS EDWARD | 1433286 | E3 | 3531 | 1 | | 12 53 |
| PORN WILLIAM E | 1439894 | E4 | 0811 | 1 | | 1 54 |
| PREVATT ELZIE E | 1385075 | E3 | 0811 | 1 | | 10 53 |
| PROCTOR GEORGE | 1384468 | E1 | 9900 | 1 | | 5 55 |
| PROVOST EDWARD | 1487913 | E3 | 3371 | 1 | | 1 55 |
| RHOADS JOSEPH E | 1439909 | E3 | 0811 | 1 | | 1 54 |
| RICHARDSON WILL | 1528966 | E1 | 9900 | 1 | | 11 55 |
| RINGER ROBERT C | 1524100 | E1 | 9900 | 1 | | 12 55 |
| RIVERAMONTANEZ | 1287518 | E1 | 0811 | 1 | | 10 54 |
| ROBERSON JESSE | 1385726 | E2 | 0811 | 1 | | 3 55 |
| SANDERS HORACE | 835949 | E4 | 0811 | 1 | 8921 | 1 56 |
| SCHWARZENBERGER | 1430791 | E1 | 2511 | 1 | | 9 55 |

10

Unit Diary for Btry E 2ndBn 10thMar 2ndMarDiv FMF CLNC

```
UNIT DIARY                          1432
NAVMC PD-PD
TO: MRI, Lejeune                    DATE 2400 23Apr56    DIARY NO. 58-56
UNIT                                LOCATION Vieques PR
Btry E 2ndBn 10thMar 2ndMarDiv FMF  Camp Lejeune NC
```

| NAME AND REMARKS | SERVICE NO. | RANK | MOS | COMPONENT |
|---|---|---|---|---|
| CHARGEABLE | | | | |
| 4 MC Off 20 MC Enl emb USS San Marcus LSD 25 and sailed fr Vieques PR in conn with LANTRAEX 2-56 Auth CTU 45.2.1 OP Plan 1-56 See roster #1 att | | | | |
| 2 MC Off 12 MC Enl emb USS Rushmore LSD 14 and sailed fr Vieques PR in conn with LANTRAEX 2-56 Auth CTU 45.2.1 OP Plan 1-56 See roster #2 att | | | | |
| HEITZENRATER Homer D | 1496620 | Pfc | 3511 | 1 |
| PHILLIPS Edward | 1433286 | Cpl | 3531 | 1 |
| WILLIAMS David D | 1496037 | Cpl | 2531 | 1 |
| Emb USS Thuban AKA 19 and sailed fr Vieques PR in conn with LANTRAEX 2-56 Auth CTU 45.2.1 OP Plan 1-56 | | | | |

11

Client Entry for Muster Roll pg 1490

| Name | Service # | Rank | Code | | | |
|---|---|---|---|---|---|---|
| KOLESNIK ROBERT | 1437874 | E4 | 2531 1 | | A | 12 55 |
| LANE ALFRED G | 1463020 | E3 | 2531 1 | | A | 5 56 |
| LAWSON GEORGE A | 1522979 | E2 | 3531 1 | | A | 6 55 |
| MARCHAL BILLY L | 1440757 | E3 | 2531 1 | 4 | A | 11 54 |
| MILLER ROBERT B | 1439761 | E2 | 3531 1 | | A | 3 56 |
| IRC MONTGOMERY LOUI | 1422417 | E3 | 3371 1 | | 1e | 11 54 |
| NEWTON ALTON J | 1429558 | E3 | 3516 1 | | A | 4 56 |
| ODELL MARSHALL | 1370698 | E2 | 2511 1 | | A | 12 55 |
| ORLANDO DOMINIC | 1540996 | E2 | 3500 1 | | A | 3 56 |
| PALUMBO ONORATO | 1433275 | E4 | 3531 1 | | A | 4 56 |
| PEARCY JAMES O | 1437781 | E3 | 2531 1 | | A | 12 55 |
| **PHILLIPS EDWARD** | **1433286** | **E3** | **3531 1** | | **A** | **5 55** |
| PORR WILLIAM E | 1439894 | E4 | 0811 1 | 4 | A | 11 55 |
| PRINZIVALL1 LOU | 1538870 | E1 | 0800 1 | | A | |
| PROCTOR GEORGE | 1384468 | E2 | 0811 1 | 4 | A | 6 56 |
| PROVOST EDWARD | 1487913 | E3 | 3371 1 | | A | 3 56 |
| RHOADS JOSEPH E | 1439909 | E3 | 0811 1 | | A | 5 55 |
| RICHARDSON WILL | 1528966 | E1 | 0811 1 | 4 | A | |
| SANDERS HORACE | 835949 | E4 | 0811 1 | | 2 | 3 52 |
| IRC SAUER KERMIT C | 1116024 | E2 | 0846 1 | | 2b | 4 56 |
| SCHWANENBERGER | 1430791 | E2 | 2511 1 | | A | 6 56 |
| SELIG ROBERT E | 1126256 | E5 | 0811 1 | | 2 | 12 55 |
| SMALLWOOD JOSEP | 1328860 | E3 | 2511 1 | | A | 11 54 |
| SPROUSE THOMAS | 1493087 | E3 | 1373 1 | | A | 4 56 |
| STODDARD GREGOR | 1379291 | E4 | 3531 1 | | A | 11 55 |
| SZENDROK BOLESL | 332785 | E5 | 0811 1 | | 3 | 4 56 |
| TESTER HARVEY S | 1353319 | E4 | 0811 1 | 4 | A | 5 55 |

12

Cover page for Muster Roll pg 1376

U. S. MARINE CORPS
BOUND DIARIES

MICROFILMED NUMERICALLY
BY CODE NUMBER

1956

13

Table of Contents for Muster Roll pg 1376

## CONTENTS

| ORGANIZATION | CODE | PAGE |
|---|---|---|
| "B" BTRY, 1st BN, 10th MARINES 2d MAR DIV, FMF | 12314 | 1 |
| "C" BTRY, 1st BN, 10th MARINES 2d MAR DIV, FMF | 12315 | 297 |
| HEADQUARTERS & SERVICE BTRY, 2nd BN 10th MARINES, 2d MAR DIV, FMF | 12321 | |
| (Jan - Jun) | | 584 |
| (July - Dec) | | 817 |
| "D" BTRY, 2d BN, 10th MARINES 2d MAR DIV, FMF | 12323 | 1049 |
| "E" BTRY, 2d BN, 10th MARINES 2d MAR DIV, FMF | 12324 | 1356 |

14

# Muster Rolls and the Camp Lejeune Litigation

- The Muster Rolls have the potential to impact up to two thirds of the clients involved in the Camp Lejeune litigation.
- Having the Muster Roll database would allow verification of time and place for many of the clients who were at the base prior to 1975 without having to physically review their actual file.
- For example, with a base of 250,000 clients and having to spend 1/2 hour with a file review would require 125,000 hours of labor

15