IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Pleading Relates to: | ) |
| ALL CASES | ) |

## TABLE OF EXHIBITS
## IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF THE ATSDR'S WATER MODELING PROJECT FILE IN NATIVE FORMAT

Ex. 1 - Declaration of Bill Williams in Support of the Plaintiffs' Leadership Group's Motion to Compel Production of the ATSDR's Water Modeling Project File in Native Format

Ex. 2 - Slide Deck Sponsored in the Declaration of Bill Williams

Ex. 3 - The PLG's Letter of January 8, 2024 to the Government

Ex. 4 - The Government's Email of January 22, 2024 to the PLG

Ex. 5 - The PLG's Email of January 24, 2024 to the Government

Ex. 6 - The Government's Email of January 26, 2024 to the PLG

Ex. 7 - The PLG's Email of January 28, 2024 to the Government

Ex. 8 - The PLG's Email of January 29, 2024 to the Government

Ex. 9 - The Government's Email of January 30, 2024 to the PLG

Ex. 10 - The PLG's Email of February 1, 2024 to the Government