EXHIBIT 2

# ATSDR Water Model Project

- ATSDR Water Model Project consists of all material associated with the creation of the Tarawa Terrace and Hadnot Point/Holcomb Blvd water models which include:
  - Both site's water model input & output files
  - Geographic Information System (GIS) Project
  - Multiple document collections
  - Research material & other documents/data relied upon to create the models

- The water model projects represent thousands to tens of thousands of individual files

### ATSDR Water Model Project





Tarawa Terrace
Water Model

Hadnot Point – Holcomb Blvd
Water Model

# ATSDR Water Model Project

- Plaintiff's consultants and experts need to be able to have access to the ATSDR Water Model Project in its original form to allow them to:
  - Evaluate and fully understand the methodology the ATSDR scientists used in developing the model
  - Evaluate the model's input and output files
- The only way this can be accomplished is to have the Project in its original form

ATSDR Water Model Project





Tarawa Terrace Water Model

Hadnot Point – Holcomb Blvd Water Model

# ATSDR Water Model Project





## ATSDR Water Model Project

Tarawa Terrace
Water Model

Hadnot Point – Holcomb Blvd
Water Model

The graphic to the left represents the folder-subfolder-file structure of the ATSDR water Model Project. The actual structure will be much more extensive.

3

# ATSDR Water Model Project



ESI Process flattens the folder structure and renames all files with bates # [4]

# ATSDR Water Model Project



| BEGDOC# | FILENAME |
|---------|----------|
| CLJA_WATERMODELING-0000000001 | ChA FigA4.1_TCE HPIA layer1.pdf |
| CLJA_WATERMODELING-0000000002 | Table1_ResultsSummary (002).docx |
| CLJA_WATERMODELING-0000000003 | ChA FigA16.pdf |
| CLJA_WATERMODELING-0000000004 | ChA FigA17.pdf |
| CLJA_WATERMODELING-0000000005 | ChA FigA6.1_TCE HP landfill layer1.pdf |
| CLJA_WATERMODELING-0000000006 | ChD FigD7-8_Bldg645 benzene USTP.pdf |
| CLJA_WATERMODELING-0000000008 | ChA Fig13-14.pdf |
| CLJA_WATERMODELING-0000000010 | ChA FigA5.1_benzene HPIA layer1.pdf |
| CLJA_WATERMODELING-0000000011 | Camp Lejeune SVI_20170717.docx |
| CLJA_WATERMODELING-0000000012 | ChA Sup3 FigS3.21_Pot surface.pdf |
| CLJA_WATERMODELING-0000000013 | ChA FigA6.4_PCE HP landfill layer1.pdf |

Bates File Name          Original File Name

All project files are renamed according the bates prefix and numbering sequence. Native files would retain their file extensions.



# ATSDR Water Model Project

- Both parties agree the ATSDR Water Model Project should be processed according to the agreed upon ESI protocol

- Both parties agree the ESI Process will preserve the native file formats (file extensions)

- Both parties agree the ESI process will rename all native files and group them under a common "Native" folder

- Both parties agree the native files after being renamed and moved will not retain any links or other file/project associations they may have had



# ATSDR Water Model Project

- The DOJ suggests that since the ESI process retains the native format all the plaintiffs' experts have to do is to access the new bates versions of each native file to do their analysis

- This is not accurate. Each native file is linked to the project file and other data files by name and location. Since the name and location have been changed those links are broken and would have to be relinked for the project be usable.

- This is not practical since the number of associations and links in projects of this type will range in the thousands to tens of thousands.



# Native Project Demonstration

Geographic Information Systems (GIS)

# ArcGIS Pro Tutorial (https://pro.arcgis.com/en/pro-app/latest/get-started/create-a-project.htm)



Tutorial project was created to demonstrate importance of maintaining file names and locations in the ATSDR Water Modeling Project

# Completed Tutorial in ArcGIS



The red bounding box shows the different layers that are part of the project. The layers in this tutorial are the background (map), outline and the location marker.

10

# Layer Data Sources



| Database | C:\Create a project Tutorial\San Gorgonio.gdb |

The GIS software program creates a database where the data related to the layers are stored. The stored data includes the file name and folder/path information.

11

# Layer Data Sources





```
Folder PATH listing for volume Local Disk
Volume serial number is 9251-CD05
C:.
¦   Create a project tutorial.url
¦   San Gorgonio.aprx          ◄———  Main Project File
¦   San Gorgonio.atbx
¦
+---.backups
¦       San Gorgonio.aprx
¦
+---Data                       ◄———  Data Sources
¦   ¦   SoCalCriticalHabitat.lyrx
¦   ¦   Wilderness Areas in the United States.lyrx
¦   ¦
¦   +---Create_a_project.gdb   ◄———  Geodatabase
¦           a00000001.gdbindexes
¦           a00000001.gdbtable        Geodatabase files
¦           ...
¦           timestamps
¦
+---GpMessages
¦       2686144540022000
¦
+---ImportLog
¦       120c5c6f9ebb4e79b56d11083a5b70d7_Import.xml
¦
+---Index
¦   +---San Gorgonio
¦   ¦       segments.gen
¦   ¦       segments_j
¦   ¦       _0.cfe
¦   ¦       _0.cfs
¦   ¦       ...
¦   ¦       _f.si
¦   ¦
¦   +---Thumbnail
¦           -1265861962.jpg
¦           -990349529.jpg
¦
+---San Gorgonio.gdb           ◄———  Geodatabase
        a00000001.gdbindexes
        a00000001.gdbtable
        a00000001.gdbtablx
        a00000001.TablesByName.atx   Geodatabase files
        a00000002.gdbtable
        a00000002.gdbtablx
        a00000003.gdbindexes
        a00000003.gdbtable
        a00000003.gdbtablx
        ...
```

This is the folder/file tree for the tutorial project showing the file locations (folders) and the numerous files created in this simple project.

13



```
Folder PATH listing for volume Local Disk
Volume serial number is 9251-CD05
C:.
¦   Create a project tutorial.url
¦   San Gorgonio.aprx
¦   San Gorgonio.atbx
¦
+---.backups
¦       San Gorgonio.aprx
¦
+---Data
¦   ¦   SoCalCriticalHabitat.lyrx
¦   ¦   Wilderness Areas in the United States.lyrx
¦   ¦
¦   +---Create_a_project.gdb
¦           a00000001.gdbindexes
¦           a00000001.gdbtable
¦           ...
¦           timestamps
¦
+---GpMessages
¦       2686144540022000
¦
+---ImportLog
¦       120c5c6f9ebb4e79b56d11083a5b70d7_Import.xml
¦
+---Index
¦   +---San Gorgonio
¦   ¦     segments.gen
¦   ¦     segments_j
¦   ¦     _0.cfe
¦   ¦     _0.cfs
¦   ¦     ...
¦   ¦     _f.si
¦   ¦
¦   +---Thumbnail
¦           -1265861962.jpg
¦           -990349529.jpg
¦
+---San Gorgonio.gdb
        a00000001.gdbindexes
        a00000001.gdbtable
        a00000001.gdbtablx
        a00000001.TablesByName.atx
        a00000002.gdbtable
        a00000002.gdbtablx
        a00000003.gdbindexes
        a00000003.gdbtable
        a00000003.gdbtablx
```

```
Folder PATH listing for volume Local Disk
Volume serial number is 9251-CD05
C:.
    bates_00000000.jpg
    bates_00000001.jpg
    bates_00000002.xml
    bates_00000003
    bates_00000004.gdbindexes
    bates_00000005.gdbtable
    bates_00000006.gdbtablx
    bates_00000007.gdbindexes
    bates_00000008.gdbtable
    bates_00000009.gdbtablx
    bates_00000010.atx
    bates_00000011.atx
    bates_00000012.gdbtable
    bates_00000013.gdbtablx
    bates_00000014.gdbtable
    bates_00000015.gdbtablx
    bates_00000016.gdbindexes
    bates_00000017.gdbtable
    bates_00000018.gdbtablx
    bates_00000019.gdbindexes
    bates_00000020.gdbtable
    bates_00000021.gdbtablx
    bates_00000022.freelist
    bates_00000023.gdbindexes
    bates_00000024.gdbtable
    bates_00000025.gdbtablx
    bates_00000026.horizon
    bates_00000027.spx
    bates_00000028.atx
    bates_00000029.atx
    bates_00000030.atx
    bates_00000031.atx
    bates_00000032
    bates_00000033
    bates_00000034
    bates_00000035
    bates_00000036
    bates_00000037
    bates_00000038
    bates_00000039
    bates_00000040
    bates_00000041
    bates_00000042
    bates_00000043
    bates_00000044.atx
    ...
```

The ESI creation process renames the files according a bates number and relocates the files to different folders.

14

# Before ESI Processing



If the pre-ESI project is compared to the Post-ESI it is clear that the ESI process file name and location changes will cause the project to have numerous errors.

15

# After ESI Processing: Missing Layers



Broken links will be created when the project file names and locations are changed which will be flagged when trying to open the project.

16

# After ESI Processing: Missing Layers



The red **!** Indicate layers where the link to the source file or data is broken. In order to repair the project each link would have to be restored.

17

# After ESI Processing: Missing Layers



In a simple project like this tutorial it is not that difficult to restore a few links but in the ATSDR GIS project there will be 100's to 1,000's of layers with broken links if the project is produced using ESI methology.

# ATSDR Water Model Project

- To rectify this the DOJ wants to provide a "map" of the original folder-subfolder-file structure to allow the plaintiffs to recreate the ARSDR Water Model Project

- The "map" is a listing of the original folder paths and file locations from the ATSDR water Model Project. A sample of which is shown below:



| #TYPE Selected.System.IO.DirectoryInfo |
|---|
| FullName |
| E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM |
| E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC |
| E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion |
| E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\Camp Lejeune SVI_20170717.docx |
| E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\ChA Fig13-14.pdf |
| E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\ChA FigA16.pdf |
| E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\ChA FigA17.pdf |
| E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\ChA FigA4.1_TCE HPIA layer1.pdf |
| E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\ChA FigA5.1_benzene HPIA layer1.pdf |
| E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\ChA FigA6.1_TCE HP landfill layer1.pdf |
| E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\ChA FigA6.4_PCE HP landfill layer1.pdf |
| E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\ChA Sup3 FigS3.21_Pot surface.pdf |
| E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\ChA TabA7-8_pot&doc sources.pdf |
| E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\ChD FigD7-8_Bldg645 benzene USTP.pdf |
| E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\DZL4_DRAFT_Camp Lejeune VI Work Plan_modeling and |
| E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\DZL4_DRAFT_Camp Lejeune VI Work Plan_modeling and |
| E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\Table1_ResultsSummary (002).docx |

# ATSDR Water Model Project

- To accomplish this the plaintiffs would have to first rename all the bates files back to their original file names using a batch rename process



| BEGDOC# |
|---|
| CLJA_WATERMODELING-0000000001 |
| CLJA_WATERMODELING-0000000002 |
| CLJA_WATERMODELING-0000000003 |
| CLJA_WATERMODELING-0000000004 |
| CLJA_WATERMODELING-0000000005 |
| CLJA_WATERMODELING-0000000006 |
| CLJA_WATERMODELING-0000000008 |
| CLJA_WATERMODELING-0000000010 |
| CLJA_WATERMODELING-0000000011 |
| CLJA_WATERMODELING-0000000012 |
| CLJA_WATERMODELING-0000000013 |

Bates File Name



| FILENAME |
|---|
| ChA FigA4.1_TCE HPIA layer1.pdf |
| Table1_ResultsSummary (002).docx |
| ChA FigA16.pdf |
| ChA FigA17.pdf |
| ChA FigA6.1_TCE HP landfill layer1.pdf |
| ChD FigD7-8_Bldg645 benzene USTP.pdf |
| ChA Fig13-14.pdf |
| ChA FigA5.1_benzene HPIA layer1.pdf |
| Camp Lejeune SVI_20170717.docx |
| ChA Sup3 FigS3.21_Pot surface.pdf |
| ChA FigA6.4_PCE HP landfill layer1.pdf |

Original File Name



# ATSDR Water Model Project

- The next step would be to recreate to folder-subfolder structure of the ATSDR Water Model Project

E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM
E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC
E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion



Hundreds to thousands of additional folders-subfolders would have to be recreated through a batch process



# ATSDR Water Model Project

- Once the original folder-subfolder structure has been recreated the renamed files would have to be moved to their original location through a batch process

E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM
E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC
E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion
E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\Camp Lejeune SVI_20170717.docx
E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\ChA Fig13-14.pdf
E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\ChA FigA16.pdf
E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\ChA FigA17.pdf
E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\ChA FigA4.1_TCE HPIA layer1.pdf
E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\ChA FigA5.1_benzene HPIA layer1.pdf
E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\ChA FigA6.1_TCE HP landfill layer1.pdf
E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\ChA FigA6.4_PCE HP landfill layer1.pdf
E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\ChA Sup3 FigS3.21_Pot surface.pdf
E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\ChA TabA7-8_pot&doc sources.pdf
E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\ChD FigD7-8_Bldg645 benzene USTP.pdf
E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\DZL4_DRAFT_Camp Lejeune VI Work Plan_
E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\DZL4_DRAFT_Camp Lejeune VI Work Plan_
E:\2023-014_DOJ\EDRP\CCEHIP_ATSDR_EDRP02\Site_Files_MLM\Camp Lejeune NC\Soil Vapor Intrusion\Table1_ResultsSummary (002).docx

- The project would then have to be tested to verify all native files have been restored



# ATSDR Water Model Project

- The plaintiffs are requesting the DOJ to simply clone the ATSDR Water Model Project onto a suitable hard drive and provide that instead of requiring the rebuilding of the entire project through the steps previously outlined.

- The end result is the same: The plaintiffs have a functioning copy of the project and can move forward in their evaluation of the material.

- The difference is that the unnecessary step of having to rebuild the project is eliminated which saves time, reduces cost and eliminates the chance of errors being introduced during the tear down – rebuild process.



# ATSDR Water Model Project

- When asked why they can't clone the project the DOJ raises the issue that if the plaintiffs' experts use the files in the original native format that it will create confusion in a deposition or other similar circumstance.

- But contrary to this they offer the plaintiffs the ability to recreate the original project using their supplied "map" which is the same thing as providing plaintiffs a clone of the project.

- The DOJ fails to acknowledge that the ESI bates version of the project allows both parties to cross reference original file names to the corresponding bates file version.



24


🌀 How do you want your items? ∨  |  ⊙ Georgetown, 29440  🏠 Georgetown Supercenter

**Deals**  **Grocery & Essentials**  **Easter**  **Black & Unlimited**  **Fashion**  **Home**  **Electronics**  **Pharmacy**  **Auto**  **Registry**  **ONE De**

Electronics / Computers, Laptops and Tablets / Computer Components / Hard Drives & Storage











♡
⊕

>

📈 Reviewers highlighted: price, size, for gaming

**Best seller**

Seagate

**Seagate 5TB Backup Plus External Portable Drive USB 3.0, BLACK**

★★★★½ (4.3) 209 reviews

# $119.00

**$12/mo** with **affirm** Learn how

Price when purchased online ⓘ

**Add to cart**

**Hard Drive Capacity:** 5 TB

| 4 TB $105.00 | **5 TB** **$119.00** |



🛡 **Add a protection plan** What's covered
(Only one option can be selected at a time)

☐ 2-Year plan - $16.00

☐ 3-Year plan - $22.00                25