IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:23-CV-897

IN RE:                                              )
                                                    )
CAMP LEJEUNE WATER LITIGATION                       )
                                                    )
This Document Relates to:                           )
                                                    )
Plaintiffs Selected as Track 2 Discovery            )
Pool Plaintiffs                                     )

## NOTICE OF FILING OF THE PLAINTIFFS' LEADERSHIP GROUP'S PROPOSED TRACK 2 SCHEDULING ORDER

Pursuant to the Court's Track 2 Discovery Plan Order (Case Management Order No. 9) [D.E. 144], the Plaintiffs' Leadership Group ("PLG") hereby submits a proposed Track 2 Scheduling Order. The PLG's proposed Track 2 Scheduling Order is filed as **Attachment 1**.

The deadlines suggested in the proposed Track 2 Scheduling Order would require efficiency, and the PLG believes there are several procedures that would help expedite discovery and trials. This would, in turn, not only expedite individual resolutions but also a more comprehensive, or global, resolution. For example, multi-plaintiff trials would both accelerate the number of trials completed and allow the presiding Judge to simultaneously analyze several cases along various factors, ultimately providing a range of compensation values that would aid in a global resolution. The Department of Justice suggested at the recent hearing before the Honorable Terrence Boyle that the government would be amenable to multi-plaintiff trials, so long as they were bench trials. See Transcript of January 24, 2024, Status Conference at 14:27:41–14:28:17 [D.E. 125]. Additionally, selecting cases from the Discovery Pool for an initial wave of trials early on could save time and resources by permitting the parties to engage in in-depth discovery in a smaller pool of cases; after those first waves of cases involving each of the Track 1 conditions are

tried, there may not be a need to ever expend the resources for extensive discovery into all 100 Discovery Pool cases.

To explore these options and others, the PLG respectfully requests a pretrial conference with the Court pursuant to Fed. R. Civ. P. 16. Under separate cover, the PLG will propose a set of Rule 16 pretrial issues for the Court's consideration, to be discussed at a potential pretrial conference, should the Court be amenable to such a conference.

*[Remainder of Page Intentionally Left Blank]*

DATED this 7th day of March, 2024.

/s/   J. Edward Bell, III

J. Edward Bell, III (admitted *pro hac vice*)
Bell Legal Group, LLC
219 Ridge St.
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com

*Lead Counsel for Plaintiffs*


/s/   Elizabeth J. Cabraser

Elizabeth J. Cabraser (admitted *pro hac vice*)
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
ecabraser@lchb.com

*Co-Lead Counsel for Plaintiffs*

/s/   Robin L. Greenwald

Robin L. Greenwald (admitted *pro hac vice*)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com

*Co-Lead Counsel for Plaintiffs*


/s/   Mona Lisa Wallace

Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
mwallace@wallacegraham.com

*Co-Lead Counsel for Plaintiffs*

/s/   Zina Bash

Zina Bash (admitted *pro hac vice*)
Keller Postman LLC
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: 956-345-9462
zina.bash@kellerpostman.com

*Co-Lead Counsel for Plaintiffs and
Government Liaison Counsel*


/s/   W. Michael Dowling

W. Michael Dowling (NC Bar No. 42790)
The Dowling Firm PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
mike@dowlingfirm.com

*Co-Lead Counsel for Plaintiffs*

/s/   James A. Roberts, III

James A. Roberts, III
Lewis & Roberts, PLLC
3700 Glenwood Ave., Ste. 410
Raleigh, NC 27612
Telephone: (919) 981-0191
jar@lewis-roberts.com

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, J. Edward Bell, III, hereby certify that the foregoing document was electronically filed on the Court's CM/ECF system on this date, and that all counsel of record will be served with notice of the said filing via the CM/ECF system.

This the 7th day of March, 2024.

*/s/ J. Edward Bell, III*

J. Edward Bell, III