

**REQUEST FOR AND AUTHORIZATION TO RELEASE HEALTH INFORMATION**

**PRIVACY ACT AND PAPERWORK REDUCTION ACT INFORMATION:** The Paperwork Reduction Act of 1995 requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of the Act. We may not conduct or sponsor, and you are not required to respond to, a collection of information unless is displays a valid OMB number. We anticipate that the time expended by all individuals who must complete this form will average 2 minutes. This includes the time it will take to read the instructions, gather the necessary facts and fill out this form. The execution of this form does not authorize the release of information other than that specifically described below.

The information requested on this form is solicited under Title 38 U.S.C. The form authorizes release of information in accordance with the Health Insurance Portability and Accountability Act, 45 CFR Parts 160 and 164; 5 U.S.C. 552a; and 38 U.S.C. 5701 and 7332 that you specify. Your disclosure of the information requested on this form is voluntary. However, if information needed to locate records for release is not furnished completely and accurately, VA will be unable to comply with the request. The Veterans Health Administration may not condition the provision of treatment, payment, enrollment in the VA Health Care Program, or eligibility for benefits on the signing of an authorization, except for research-related treatment where an authorization for the use or disclosure of individually-identifiable health information for such research is required. VA may disclose the information that you put on the form as permitted by law. VA may make a "routine use" disclosure of the information as outlined in the Privacy Act system of records notices identified as 24VA10A7 "Patient Medical Record - VA", 08VA05 "Employee Medical File System Records (Title 38)-VA" and in accordance with the Notice of Privacy Practices. VA may also use this information to identify Veterans and person claiming or receiving VA benefits and their records, and for other purposes authorized or required by law.

TO: DEPARTMENT OF VETERANS AFFAIRS *(Name and Location of the VA Health Care Facility)*
All VHA and VBA Facilities

| LAST NAME- FIRST NAME- MIDDLE NAME | DATE OF BIRTH *(mm/dd/yyyy)* |
|---|---|
| <Veteran Last, First, Middle> | <Veteran DOB> |

PATIENT'S MAILING ADDRESS *(including City, State and Zip Code)*
<Veteran Address>
<Veteran City/State/Zip>

NAME AND ADDRESS OF ORGANIZATION, INDIVIDUAL, OR TITLE OF INDIVIDUAL TO WHOM INFORMATION IS TO BE RELEASED

Department of Justice/Civil Division/Env. Torts Branch
Civil Division
Env. Tort Branch
1100 L. St. NW
Washington, DC 20530

<Requesting Law Firm Name>
<Law Firm Address>
<Law Firm City/State/Zip>

**PURPOSE(S) OR NEED:** Information is to be used by the requestor for:
☐ TREATMENT  ☐ BENEFITS  ☒ LEGAL  ☐ EMPLOYMENT  ☐ OTHER *(Please specify below):*

**INFORMATION REQUESTED:** Check applicable box(es) and state the extent or nature of information to be provided:

☐ HEALTH SUMMARY *(Prior 2 Years)*
☒ PATIENT MEDICAL RECORDS *(Dates):* All past and future records, including those created after signature
☐ INPATIENT DISCHARGE SUMMARY *(Dates):*
☐ PROGRESS NOTES:
  ☐ SPECIFIC CLINICS *(Name & Date Range):*
  ☐ SPECIFIC PROVIDERS *(Name & Date Range):*
  ☐ DATE RANGE:
☐ OPERATIVE/CLINICAL PROCEDURES *(Name & Date):*
☐ LAB RESULTS:
  ☐ SPECIFIC TESTS *(Name & Date):*
  ☐ DATE RANGE:
☐ RADIOLOGY REPORTS *(Name & Date):*
☐ LIST OF ACTIVE MEDICATIONS:
☐ VACCINATION *(Dose, Lot Number, Date & Location):*

☐ ADMINISTRATIVE RECORDS:
☒ OTHER *(Describe):* All past and future records, including but not limited to entire health file, and entire compensation & pension claims files

VA FORM **10-5345**
JUL 2021

Page 1 of 2

Case 7:23-cv-00897-RJ   Document 156-1   Filed 03/07/24   Page 1 of 2

| LAST NAME- FIRST NAME- MIDDLE NAME | DATE OF BIRTH *(mm/dd/yyyy)* |
|---|---|
| &lt;Veteran Last, First, Middle&gt; | &lt;Veteran DOB&gt; |

**SENSITIVE DIAGNOSES: REVIEW AND, IF APPROPRIATE, COMPLETE WHEN RELEASE IS FOR ANY PURPOSE OTHER THAN TREATMENT.**

I request and authorize Department of Veterans Affairs to release the information pertaining to the condition(s) below for the non-treatment purpose(s) listed in this authorization.

- ☒ DRUG ABUSE
- ☒ ALCOHOLISM OR ALCOHOL ABUSE
- ☒ SICKLE CELL ANEMIA
- ☒ HUMAN IMMUNODEFICIENCY VIRUS *(HIV)*

I understand that information on these sensitive diagnoses may be released for treatment purposes without me checking the above boxes, and will be released even if the boxes are unchecked <u>unless</u> I indicate by checking the box below that I do not want this information released for this specific disclosure.

- ☐ **I do not want sensitive diagnoses released for treatment purposes under this specific authorization. I realize this does not impact other future requests unrelated to this authorization.**

**AUTHORIZATION:** I certify that this request has been made freely, voluntarily and without coercion and that the information given above is accurate and complete to the best of my knowledge. I understand that I will receive a copy of this form after I sign it. I may revoke this authorization in writing, at any time except to the extent that action has already been taken to comply with it. Written revocation is effective upon receipt by the Release of Information Unit at the facility housing records. Any disclosure of information carries with it the potential for unauthorized redisclosure, and the information may not be protected by federal confidentiality rules.

I understand that the VA health care provider's opinions and statements are not official VA decisions regarding whether I will receive other VA benefits or, if I receive VA benefits, their amount. They may, however, be considered with other evidence when these decisions are made at a VA Regional Office that specializes in benefit decisions.

**EXPIRATION:** Without my express revocation, the authorization will automatically expire *(select one of the following)*:

- ☐ AFTER ONE-TIME DISCLOSURE, IF ALL NEEDS ARE SATISFIED
- ☐ ON *(mm/dd/yyyy)* _____ *(enter a future date other than date signed by patient)*
- ☒ UNDER THE FOLLOWING CONDITION(S): 7 years from the Veteran date of signature.

| PATIENT SIGNATURE *(Sign in ink)* | DATE *(mm/dd/yyyy)* |
|---|---|
| LEGAL REPRESENTATIVE SIGNATURE *(if applicable) (Sign in ink)* | DATE *(mm/dd/yyyy)* |
| PRINT NAME OF LEGAL REPRESENTATIVE | RELATIONSHIP TO PATIENT |

**FOR VA USE ONLY**

TYPE AND EXTENT OF MATERIAL RELEASED

| DATE RELEASED *(mm/dd/yyyy)* | RELEASED BY: |
|---|---|

VA FORM 10-5345, JUL 2021

Page 2 of 2

Case 7:23-cv-00897-RJ   Document 156-1   Filed 03/07/24   Page 2 of 2