# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

ERNEST DAVID HUNT,            )
                              )
            Plaintiff,        )
                              )
v.                            ) Case No. 7:23-cv-452
                              )
UNITED STATES OF AMERICA,     )
                              )
            Defendant.        )
_____)


VIDEOTAPED DEPOSITION

OF

ERNEST DAVID HUNT

Taken by Defendant

Monday, February 5, 2024

Charlotte, North Carolina


Reported by: Christine A. Taylor, RPR


Golkow, a Veritext Division
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

```
 1    REMOTE APPEARANCES:
 2
 3    Representing the Plaintiff:
 4         BELL LEGAL GROUP
           BY:  RANDY L. LEE, ESQ.
 5              219 North Ridge Street
                Georgetown, South Carolina   29440
 6              843.546.2408
                rlee@belllegalgroup.com
 7
 8
      Representing the Defendant:
 9
           U.S. DEPARTMENT OF JUSTICE
10         BY:  SHARON SPRAYREGEN, ESQ.
                JOSHUA CARPENITO, ESQ.
11              Trial Attorney, Civil Division
                P.O. Box 340
12              Washington, DC   20044
                202.616.8461
13              sharon.v.sprayregen@usdoj.gov
                joshua.g.carpenito@usdoj.gov
14
15
16    Also Present:
17         Brent Troublefield, Videographer
18
19
20
21
22
23
24
25
```

 1            MS. SPRAYREGEN:  Do you -- should we
 2     take another break?
 3            MR. LEE:  Sure, let's take a break.
 4            THE VIDEOGRAPHER:  Off record at
 5     3:19 p.m.
 6    (Recess taken from 3:19 p.m. until 3:34 p.m.)
 7            THE VIDEOGRAPHER:  On record at
 8     3:34 p.m.
 9  BY MS. SPRAYREGEN:
10     Q.   So we've just been discussing all the
11  other diseases that -- in response to the question
12  "What diseases or injuries does the claimant assert
13  related" -- withdrawn.
14            We've just been discussing anemia,
15  diabetes, gastroesophageal reflux disease,
16  hyperlipidemia, hypertension, coronary artery
17  disease, neuropathy, and sleep apnea; right?
18     A.   Yes.
19     Q.   Okay.  Great.  Is you -- are you
20  claiming in this lawsuit that these diseases were
21  caused by your kidney cancer or noncancer kidney
22  disease, or are you causing -- claiming that they
23  were caused by the water at Camp Lejeune?
24     A.   I think they was related, yes.
25     Q.   Related to what?

```
 1          A.   To the water contamination.
 2          Q.   At Camp Lejeune?
 3               You're claiming in this lawsuit that
 4   these eight conditions or diseases were caused by
 5   the water at Camp Lejeune?
 6          A.   I think they are.
 7          Q.   And do you currently smoke?
 8          A.   No.
 9          Q.   Have you ever smoked?
10          A.   No.
11          Q.   So I have medical records that say that
12   you used to smoke.  I can introduce them, but do
13   you care to revise what you just said?
14          A.   Every once in a while, like a birth of
15   a baby or a celebration, I might smoke a cigar.
16   But that doesn't mean I'm a smoker because I -- I
17   might only smoke one or two cigars a year.  Does
18   that make me a smoker?
19          Q.   Do you smoke -- have you ever smoked
20   cigarettes?
21          A.   When I was kid, yes, I smoked some.
22          Q.   From -- when you say when you were a
23   kid, what ages?
24          A.   I think I was probably eight years old
25   and found a packet of cigarettes -- brand new pack
```