# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

------------------------------|
                              |
THOMAS AVERY EUGENE DOUP,     | No.:  7:23-cv-00232
                              |
    Plaintiff,                |
                              |
vs.                           |
                              |
UNITED STATES OF AMERICA,     |
                              |
    Defendant.                |
                              |
------------------------------|

- - -

Friday, February 2, 2024

- - -

This is the Videotaped Deposition of THOMAS AVERY EUGENE DOUP, held at 901 North Lake Destiny Road, Suite 450, Maitland, Florida, commencing at 9:08 a.m. EST, on the above date, before Susan D. Wasilewski, Registered Professional Reporter, Certified Realtime Reporter, Certified Manager of Reporting Services, Certified Realtime Captioner, and Florida Professional Reporter.

- - -

Golkow, a Veritext Division
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

```
 1                        APPEARANCES
 2
 3    Counsel for Plaintiff:
 4        BELL LEGAL GROUP LLC
 5        BY:   RANDY L. LEE, ESQUIRE
 6              rlee@belllegalgroup.com
 7        219 North Ridge Street
 8        Georgetown, South Carolina 29440
 9        Telephone:  (843) 546-2408
10
11        TELAN MELTZ WALLACE & EIDE, PA
12        BY:   PATRICK TELAN, ESQUIRE   (by Zoom)
13              phtelan@triallawfla.com
14        901 North Lake Destiny Road, Suite 450
15        Maitland, Florida 32751-4886
16        Telephone:  (407) 423-9545
17
18
19    Counsel for Defendant:
20        U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
21        BY:   AMY KLIMEK, ESQUIRE
22              amy.a.klimek@usdoj.gov
23        1425 New York Avenue NW, Suite 10100
24        Washington, DC 20005
25        Telephone:  (202) 616-4106
```

```
 1                      APPEARANCES
 2
 3    Counsel for Defendant:
 4        U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
 5        BY:  WILLIAM V. KLOTZBUCHER, ESQUIRE
 6             william.v.klotzbucher@usdoj.gov
 7        1100 L Street, NW, Room 4054
 8        Washington, DC 20005
 9        Telephone:  (202) 307-1024
10
11
12    Also Present:
13        JEFF FLEMING, Videographer
14
15
16
17
18
19
20
21
22
23
24
25
```

1   A.   The Commandant.
2   Q.   And, sir, do you know what the chemicals are
3   of concern that have been identified as being in the
4   water?
5   A.   No.
6   Q.   Okay.  And what are the illnesses or
7   conditions that you have suffered as a result of
8   being exposed to the water at Camp Lejeune?
9   A.   Burkitt's syndrome lymphoma and prostate
10  cancer.
11  Q.   And, sir, what is the basis for your belief
12  that your diagnosis of -- and I'm -- can I just
13  refer to NHL, non-Hodgkin's lymphoma, is that okay?
14  A.   Yes.
15  Q.   That it's related to your exposure to the
16  contaminated water?
17  A.   Due to the fact I drank a lot of
18  contaminated water while stationed at Camp Lejeune.
19  Q.   And what about for the prostate cancer?
20  A.   Same.
21  Q.   Same.  So it's just that you drank a lot of
22  water at the base --
23  A.   Uh-huh.
24  Q.   -- when you were stationed there?
25  A.   Yes.