# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

No. 7-23-cv-00569

_____

MARK CAGIANO,

    Plaintiff,

  vs.

UNITED STATES OF AMERICA,

    Defendant.

_____

VIDEOTAPED & VIDEOCONFERENCED DEPOSITION OF

MARK A. CAGIANO

Carrollton, Georgia

Thursday, February 8, 2024

Court Reporter:  Michelle M. Boudreaux-Phillips, CCR

```
 6                    February 8, 2024
 7                       9:08 a.m.
```

10  Videotaped and videoconferenced
11  deposition of MARK A. CAGIANO, held at
12  Holiday Inn Express & Suites Carrollton West,
13  1545 U.S. Highway 27 South, Carrollton,
14  Georgia, pursuant to Agreement, before
15  Michelle M. Boudreaux-Phillips, a Certified
16  Court Reporter in the State of Georgia.

Mark A. Cagiano

3

```
 1                      APPEARANCES
 2
 3   On behalf of the Plaintiff:
 4        RANDY L. LEE, Esq.
          Bell Legal Group
 5        219 North Ridge Street
          Georgetown, South Carolina 29440
 6        843.279.5185
          rlee@belllegalgroup.com
 7
 8   On behalf of the Defendant:
 9        ELIZABETH A. BARRY, Esq.
          Civil Division, Torts Branch
10        U.S. Department of Justice
          P.O. Box 340
11        Washington, D.C. 20044
          202.307.6089
12        elizabeth.a.barry@usdoj.gov
13
     Also Present:   Nancy Tinch, Esq. (via Zoom)
14                   Shmuel Bushwick (via Zoom)
                     Taylor Pitz (via Zoom)
15
     Videographer:   Elijah Peck
16
17
18
19
20
21
22
23
24
25
```

```
 1      A    Yes.
 2      Q    What doctor told you that?
 3      A    Dr. Knapp.
 4      Q    And what did he say specifically in relation
 5   to your diet?
 6      A    I can't remember specifically, but certainly,
 7   you know, low fats.
 8      Q    And did he tell you that in 2003?
 9      A    Yes.
10      Q    Did you change your diet then?
11      A    Yes.
12      Q    And how did you change your diet?
13      A    No fried foods -- or rarely fried foods, more
14   vegetables, more salads -- more vegetables, salads,
15   those kinds of things.  Less sugars.
16      Q    Is it your belief that the coronary artery
17   disease is related to your time at Camp Lejeune?
18      A    Possibly.
19      Q    And why do you say that?
20      A    It's just an opinion.
21      Q    Did any doctor tell you that the coronary
22   artery disease was related to your time at
23   Camp Lejeune?
24      A    No.
25      Q    Okay.  Back to page 6 of Exhibit 3, the next
```

```
 1   disease that is listed is "gastroesophageal reflux
 2   disease."  When were you first diagnosed with this?
 3        A    I really can't remember.
 4        Q    And that is GERD, G-E-R-D?
 5        A    Dr. Garten?
 6        Q    No, no, no, no.  Gastroesophageal reflux
 7   disease, is that oftentimes referred to as GERD,
 8   G-E-R-D?
 9        A    I have not heard that.
10        Q    Okay.  Do you have to take medication for the
11   gastroesophageal reflux disease?
12        A    Yes.
13        Q    What medication?
14        A    Omeprazole.
15        Q    What doctor do you see for the
16   gastroesophageal reflux disease?
17        A    Dr. Garten again, G-A-R-T-E-N.
18        Q    And I apologize if you told me.  What type of
19   doctor is Dr. Garten?
20        A    A gastroenterologist.
21        Q    How often do you see Dr. Garten?
22        A    As often as is necessary.  It has been more
23   lately because I've had additional symptoms, and I've
24   had additional endoscopies.  And on the last one,
25   they -- I believe -- I haven't gotten the paperwork
```

Mark A. Cagiano

135

1  yet -- they found a couple of pre-cancerous polyps that
2  were removed from my stomach.
3      Q    When were those polyps removed from your
4  stomach?
5      A    As I remember, it was December of 2023.
6      Q    And were those polyps biopsied?
7      A    I don't know exactly, but I assume that they
8  were if they were pre-cancerous.
9      Q    Did Dr. Garten explain what "pre-cancerous"
10 means?
11     A    Not specifically.
12     Q    Okay.  Did he explain anything in general
13 what that meant?
14     A    I'm -- I guess it is similar to the
15 pre-cancerous they found in my colon.  It's just --
16 they're not cancer yet.  Again, I've had to have more
17 frequent colonoscopies, and I've had two endoscopies in
18 the last year.
19     Q    Are the endoscopies under anesthesia?
20     A    Yes.
21     Q    Is it your belief that the gastroesophageal
22 reflux disease is related to your time at Camp Lejeune?
23     A    Yes.
24     Q    And why is that?
25     A    Ingest water, it goes down your esophagus to

Golkow, a Veritext Division - 877.370.DEPS
Case 7:23-cv-00897-RJ   Document 167-3   Filed 04/08/24   Page 7 of 9

 1  the stomach and through the GI tract.
 2     Q   Did a doctor tell you that your
 3  gastroesophageal reflux disease was related to your
 4  time at Camp Lejeune?
 5     A   No.
 6     Q   So the polyps that were removed from your
 7  stomach, they were benign, correct?
 8     A   I assume.  My follow-up with Dr. Garten is
 9  next Tuesday.
10     Q   Okay.  And the polyps that were removed from
11  your colon, they were benign as well, correct?
12     A   Yes, so far.
13     Q   Okay.
14         Okay.  Moving on, on page 6 of Exhibit 3, the
15  next injury or illness listed under "Other" is
16  "hypertension."
17         Do you recall when you were first diagnosed
18  with hypertension?
19     A   In 2003.
20     Q   And do you also see Dr. Garten for the
21  hypertension?
22     A   No.  That was Dr. Knapp.
23     Q   Are you on medication for hypertension?
24     A   No.  Let me rephrase that.  I have a baby
25  aspirin, but no blood pressure medicine.

```
 1     Q    Were the symptoms or circumstances that led
 2   to the diagnosis of hypertension the same, shortness of
 3   breath, that you experienced --
 4     A    And chest pain, yes.
 5     Q    -- when you were diagnosed with coronary
 6   artery disease?
 7     A    Yes.
 8     Q    Okay.  Is it your belief that your
 9   hypertension is related to your time at Camp Lejeune?
10     A    Quite possibly.
11     Q    And why do you say that?
12     A    No other explanations, perhaps.  That's just
13   my belief.
14     Q    Did any doctor tell you that your
15   hypertension was related to your time at Camp Lejeune?
16     A    No.
17     Q    Okay.  Going back to Exhibit 3, page 6, the
18   next illness or injury that is listed under "Other" is
19   "nephrectomy (left)."  So I'm assuming that is the
20   removal of your left kidney.  Correct?
21     A    Correct.
22     Q    Okay.  And then the last illness or injury on
23   page 6 that is listed is "adrenal mass (right)."
24          When did you first discover or when did
25   doctors first discover an adrenal mass?
```