# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
NORTH CAROLINA

- - -

| | | |
|---|---|---|
| DANIEL MCTIERNAN, | : | No. 7:23-cv-00535-BO |
|     Plaintiff | : | |
|     v. | : | |
| UNITED STATES OF | : | |
| AMERICA, | : | |
|     Defendant | : | |

- - -

JANUARY 25, 2024

- - -

Videotape Deposition of
DANIEL McTIERNAN, taken pursuant to
notice, was held at Peter Rodino Federal
Building, 970 Broad Street, Suite 700,
Newark, New Jersey 07102, commencing at
10:26 a.m., on the above date, before
Amanda Dee Maslynsky-Miller, a Court
Reporter and Certified Realtime Reporter.

- - -

Golkow, a Veritext Division
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

```
 1    APPEARANCES:
 2
 3          MANDELL, BOISCLAIR & MANDELL, LTD
            BY: ZACHARY MANDELL, ESQUIRE
 4          1 Park Row
            2nd Floor
 5          Providence, Rhode Island 02903
            (401) 273-8330
 6          zmandell@mbmjustice.com
            Representing the Plaintiff
 7
 8
 9
            U.S. DEPARTMENT OF JUSTICE
10          Civil Division, Environmental
            Torts Litigation
11          BY:  HAROON ANWAR, ESQUIRE
            1100 L Street, N.W.
12          Washington, DC 20005
            (202) 252-7566
13          haroon.anwar@usdoj.gov
            Representing the Defendant
14
15
16
17
18
19
      ALSO PRESENT:
20    Daniel Ortega, Videographer
21                 -  -  -
22
23
24
```

Golkow, a Veritext Division - 877.370.DEPS
Case 7:23-cv-00897-RJ   Document 167-4   Filed 04/08/24   Page 3 of 6

 1         But I wanted to just sort of
 2  walk through your -- your DPP form here.
 3         So Question 43 states, What
 4  diseases or injuries does the claimant
 5  assert are related to exposure to water
 6  at Camp Lejeune?
 7         Do you -- do you see that?
 8     A.   Yes.
 9     Q.   And you've checked, Bladder
10  cancer?
11     A.   Yes.
12     Q.   Okay.  And then, Other, you
13  have there, Atrial fibrillation.
14         Do you see that?
15     A.   Yes.
16     Q.   Okay.  Hyperthyroidism.
17     A.   Yes.
18     Q.   Do you see that?
19         Non-toxic nodular goiter.
20         Do you see that?
21     A.   Yes.
22     Q.   Hepatic cysts?
23     A.   Yes.
24     Q.   Diverticulitis?

Daniel McTiernan
201

```
 1        A.    Diverticulitis?
 2        Q.    Yeah.  Or losis?
 3              ATTORNEY MANDELL:  Losis.
 4   BY ATTORNEY ANWAR:
 5        Q.    Yeah.
 6              Do you see that?
 7        A.    Yes.
 8        Q.    And dental issues.
 9        A.    Yes.
10        Q.    Do you see that?
11              Just based on your DPP, are
12   these -- these are all -- are these all
13   conditions you're claiming were caused by
14   water at Camp Lejeune?
15              ATTORNEY MANDELL:  I would
16         just object and say don't mention
17         conversations that you've had with
18         your attorneys.
19              But if you can answer it,
20         please go ahead and answer it.
21              THE WITNESS:  Yes, these are
22         all --
23              ATTORNEY MANDELL:  Outside
24         of that.
```

 1             THE WITNESS:  -- all ones
 2         that I've identified as possibly
 3         or probably, not being able to
 4         come up with any other activity
 5         that's taken place, and looking at
 6         my family history, my siblings,
 7         we've all grown up and worked
 8         somewhat the same, I'm the only
 9         one with these issues.  No one
10         else has them.
11             The only constant that I can
12         see coming in here that would
13         cause those would be Camp Lejeune
14         water -- well, not Camp Lejeune
15         water, the poisoning effects of
16         Camp Lejeune water.
17  BY ATTORNEY ANWAR:
18      Q.   Okay.  Got it.
19             Are there any other health
20  issues that you've experienced that you
21  have identified or believe are the result
22  of Camp Lejeune water?
23             ATTORNEY MANDELL:  And,
24         again, just no communications with