IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: )<br>CAMP LEJEUNE WATER LITIGATION )<br>)     Case No. 7:23-cv-897<br>)<br>This Document Relates To: )<br>ALL CASES ) | |

**[PROPOSED] ORDER AMENDING TRACK 1 ORDER AND PRIORITIZING TRIALS OF TRACK 1 SINGLE DISEASE PLAINTIFFS**

The Court hereby amends the Track 1 Order (D.E. 130) as follows:

1. Plaintiffs' Leadership Group ("PLG") shall designate in a filing on the master docket, by a date no later than the close of Track 1 fact discovery, which Track 1 plaintiffs are Single Disease Plaintiffs, *i.e.*, Track 1 plaintiffs who are alleging only a Track 1 disease plus other injuries or conditions resulting from that Track 1 disease or treatment for the Track 1 disease, and which are Multiple Disease Plaintiffs, *i.e.*, Track 1 plaintiffs who also allege non-Track 1 injuries caused directly by Camp Lejeune water exposure.

2. The first trials in Track 1 will be drawn from the Single Disease Plaintiffs.

3. Trials for Track 1 Multiple Disease Plaintiffs will take place after trials for Track 1 Single Disease Plaintiffs.

4. For Track 1 Multiple Disease Plaintiffs, expert discovery will be continued until the first Track 1 Single Disease Plaintiffs trials are completed, to allow adequate time to address additional, independent, non-Track 1 diseases. A schedule for expert discovery for Track 1 Multiple Disease Plaintiffs will be established at a later date in another Order.

SO ORDERED this ___ day of April, 2024.

_____
RICHARD E. MYERS II
Chief United States District Judge

_____
TERRENCE W. BOYLE
United States District Judge

_____
LOUISE W. FLANAGAN
United States District Judge

_____
JAMES C. DEVER III
United States District Judge