IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: ) | | |
| CAMP LEJEUNE WATER LITIGATION ) | Case No: 7:23-cv-897 | |
| ) | | |
| ) | UNITED STATES' MOTION FOR | |
| This Document Relates To: ) | AN EXTENSION TO RESPOND | |
| ALL CASES ) | TO PLAINTIFFS' DISCOVERY | |
| ) | REQUESTS | |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6.1(a), the United States moves the Court for an order granting a 30-day extension (or until May 28, 2024) for the United States to respond to Plaintiff Leadership Group's ("PLG") recent discovery requests, including: (i) 20 Requests for Production, (ii) 20 Interrogatories, and (iii) 129 Requests for Admission. The United States has consulted with PLG, who indicated that they oppose the Motion.

In support of this Motion, the United States submits and relies upon its accompanying Memorandum in Support, and exhibits attached hereto.


Dated: April 10, 2024
Respectfully Submitted,

                                      BRIAN M. BOYNTON
                                      Principal Deputy Assistant Attorney General
                                      Civil Division

                                      J. PATRICK GLYNN
                                      Director, Torts Branch

                                      BRIDGET BAILEY LIPSCOMB
                                      Assistant Director

1

ADAM BAIN
Special Litigation Counsel


_/s/ Sara J. Mirsky_
SARA J. MIRSKY
NY Bar No. 5147590
Trial Attorney, Torts Branch
Environmental Torts Litigation Section
United States Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: sara.j.mirsky@usdoj.gov
Telephone: (202) 616-8362

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2024, a copy of the foregoing document was served on all counsel of record by operation of the court's electronic filing system and can be accessed through that system.

*/s/ Sara J. Mirsky*
SARA J. MIRSKY
