IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| CAMP LEJEUNE WATER LITIGATION ) | |
| ) | Case No. 7:23-cv-897 |
| ) | |
| This Document Relates To: ) | |
| ALL CASES ) | |

**[PROPOSED] ORDER GRANTING THE UNITED STATES' MOTION FOR AN EXTENSION TO RESPOND TO PLAINITFFS' DISCOVERY REQUESTS**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 6.1(a), the Court hereby grants the United States' Motion for an Extension to Respond to Plaintiffs' Discovery Requests. The United States must respond to the discovery requests referenced in the United States' Motion (namely, 20 Requests for Production, 20 Interrogatories, and 129 Requests for Admission) by May 28, 2024.

SO ORDERED this ___ day of April, 2024.

_____

United States District Judge