# EXHIBIT A

# LIST OF TRACK 2 OPT-OUTS BY FIRM

| Law Firm | Number of Opt-Outs |
|---|---|
| Anapolweiss | 10 |
| AVA Law Group | 1 |
| Baron and Budd | 2 |
| Bell Legal Group[1] | 514 |
| Boulware Law | 1 |
| Cheshire Parker Schneider, PLLC | 1 |
| Cory Watson, PC | 8 |
| Dement Askew & Johnson | 3 |
| Farrow Law Firm, PC | 1 |
| Frost Law Firm, PC | 1 |
| Jacob D. Fuchsberg Law Firm, LLP | 1 |
| Johnson & Groninger PLLC | 1 |
| Keller Postman | 175 |
| Kilpatrick Townsend & Stockton LLP | 15 |
| King Law Firm | 1 |
| Kreindler & Kreindler | 1 |
| Limandri & Jonna LLP | 7 |
| Massey Law Group | 1 |
| McGowan, Hood, Felder & Phillips LLC | 2 |
| Motley Rice | 2 |
| Napoli | 24 |
| Patterson Belknap Webb & Tyler LLP | 1 |
| Pendley, Baudin & Coffin, LLP | 2 |
| Singleton Schreiber | 2 |
| The Dowling Firm | 1 |
| Wallace & Graham, PA | 6 |
| Weitz & Luxenberg, PC | 7 |
| **TOTAL** | **791** |

---

[1] The original count for Bell Legal Group was 516, because two cases were listed twice in the opt-out email. With duplicates removed, it is 514.