# EXHIBIT B

## Track 2 Opt-Outs with SFCs Filed Before Feb. 26, 2024

| Plaintiff First Name | Plaintiff Last Name | Case Number | PACER Date Filed | Case Judge | Short Form Complaint Date Filed |
|---|---|---|---|---|---|
| Richard | Antunez | 7:23-cv-01374 | 2023-10-05 | Terrence W. Boyle | 2023-10-05 |
| Leonor | Brisken | 7:23-cv-01376 | 2023-10-05 | Terrence W. Boyle | 2023-10-05 |
| Mary | Burns | 7:23-cv-01377 | 2023-10-05 | Terrence W. Boyle | 2023-10-05 |
| Kathy | Clark | 7:23-cv-01378 | 2023-10-05 | Richard E. Myers, II | 2023-10-05 |
| Donna | Drasal | 7:23-cv-01385 | 2023-10-05 | Terrence W. Boyle | 2023-10-05 |
| Annine | Jack | 7:23-cv-01408 | 2023-10-05 | James C. Dever, III | 2023-10-05 |
| Barbara | May | 7:23-cv-01403 | 2023-10-05 | Louise Wood Flanagan | 2023-10-05 |
| Thomas | Gordon | 7:23-cv-01428 | 2023-10-06 | James C. Dever, III | 2023-10-06 |
| Martin | Aronica | 7:23-cv-00637 | 2023-03-31 | Richard E. Myers, II | 2023-10-27 |
| Rudolph | Daggett | 7:23-cv-01399 | 2023-10-05 | Louise Wood Flanagan | 2023-10-27 |
| Tommie | Butler | 7:23-cv-00878 | 2023-04-21 | Terrence W. Boyle | 2023-11-01 |
| Jimmy | Chadwick | 7:23-cv-00802 | 2023-03-31 | Louise Wood Flanagan | 2023-11-01 |
| Carthinal | Dawson | 7:23-cv-00803 | 2023-03-31 | Terrence W. Boyle | 2023-11-01 |
| Felix | Marco | 7:23-cv-00772 | 2023-03-31 | James C. Dever, III | 2023-11-01 |
| Francis | Pammer | 7:23-cv-00886 | 2023-04-21 | Louise Wood Flanagan | 2023-11-01 |
| Eileen | Sepulveda | 7:23-cv-00760 | 2023-03-31 | Louise Wood Flanagan | 2023-11-01 |
| Alana | Warhoover | 7:23-cv-00867 | 2023-04-18 | James C. Dever, III | 2023-11-01 |
| Robert | Kennedy | 7:23-cv-01371 | 2023-10-04 | James C. Dever, III | 2023-11-02 |
| Lawrence | Brown | 7:23-cv-01481 | 2023-11-03 | Louise Wood Flanagan | 2023-11-03 |
| Guy | Elliot | 7:23-cv-01483 | 2023-11-03 | Richard E. Myers, II | 2023-11-03 |
| Larry | Fravel | 7:23-cv-01340 | 2023-09-25 | Louise Wood Flanagan | 2023-11-03 |
| Walter | Gallo | 7:23-cv-01495 | 2023-11-03 | Terrence W. Boyle | 2023-11-03 |
| James | Scott | 7:23-cv-01498 | 2023-11-03 | Terrence W. Boyle | 2023-11-03 |
| Gary | Cooper | 7:23-cv-00576 | 2023-03-30 | Louise Wood Flanagan | 2023-11-05 |
| David | Fancher | 7:23-cv-00275 | 2023-03-17 | Richard E. Myers, II | 2023-11-05 |
| Dino | Favors | 7:23-cv-00362 | 2023-03-23 | Richard E. Myers, II | 2023-11-05 |
| Randy | Floyd | 7:23-cv-00026 | 2023-02-11 | Louise Wood Flanagan | 2023-11-05 |
| Ernest | Hunt | 7:23-cv-00452 | 2023-03-26 | Terrence W. Boyle | 2023-11-05 |
| Larry | Isaac | 7:23-cv-01513 | 2023-11-05 | Terrence W. Boyle | 2023-11-05 |
| Martin | Keimig | 7:23-cv-00215 | 2023-03-07 | Louise Wood Flanagan | 2023-11-05 |
| Derrell | King | 7:23-cv-00811 | 2023-03-31 | Terrence W. Boyle | 2023-11-05 |
| John | Orue | 7:23-cv-00277 | 2023-03-17 | Terrence W. Boyle | 2023-11-05 |
| Terrance | Shine | 7:23-cv-00023 | 2023-02-11 | Terrence W. Boyle | 2023-11-05 |
| Gregory | Thomas | 7:23-cv-00494 | 2023-03-27 | Terrence W. Boyle | 2023-11-05 |
| Dennis | Toles | 7:23-cv-00249 | 2023-03-09 | Louise Wood Flanagan | 2023-11-05 |
| David | Tomilson | 7:23-cv-00063 | 2023-02-11 | Terrence W. Boyle | 2023-11-05 |
| James | Agee | 7:23-cv-00033 | 2023-02-11 | Richard E. Myers, II | 2023-11-06 |
| Cary | Algood | 7:23-cv-01534 | 2023-11-06 | Terrence W. Boyle | 2023-11-06 |
| JL | Banner | 7:23-cv-01544 | 2023-11-06 | Richard E. Myers, II | 2023-11-06 |
| Michael | Barnes | 7:23-cv-01570 | 2023-11-06 | James C. Dever, III | 2023-11-06 |
| William | Bartsch | 7:23-cv-01550 | 2023-11-06 | James C. Dever, III | 2023-11-06 |
| Alfred | Benson | 7:23-cv-00096 | 2023-02-12 | Terrence W. Boyle | 2023-11-06 |
| Harry | Brooks | 7:23-cv-01560 | 2023-11-06 | Terrence W. Boyle | 2023-11-06 |
| Robert | Burke | 7:23-cv-01531 | 2023-11-06 | Louise Wood Flanagan | 2023-11-06 |
| Ronald | Carter | 7:23-cv-01565 | 2023-11-06 | James C. Dever, III | 2023-11-06 |
| Terrence | Cleary | 7:23-cv-01559 | 2023-11-06 | Louise Wood Flanagan | 2023-11-06 |
| Sandra | Cline | 7:23-cv-00102 | 2023-02-12 | Richard E. Myers, II | 2023-11-06 |
| Thomas | Doup | 7:23-cv-00232 | 2023-03-08 | Richard E. Myers, II | 2023-11-06 |
| Thomas | Dyer | 7:23-cv-00443 | 2023-03-24 | Richard E. Myers, II | 2023-11-06 |
| Peter | Ehlenberger | 7:23-cv-00195 | 2023-03-06 | Richard E. Myers, II | 2023-11-06 |
| Michael | Flee | 7:23-cv-01529 | 2023-11-06 | Terrence W. Boyle | 2023-11-06 |
| James | Fraser | 7:23-cv-01567 | 2023-11-06 | Terrence W. Boyle | 2023-11-06 |
| Gilbert | Freeburn | 7:23-cv-01579 | 2023-11-06 | James C. Dever, III | 2023-11-06 |
| John | Gerian | 7:23-cv-01532 | 2023-11-06 | James C. Dever, III | 2023-11-06 |
| William | Gillam | 7:23-cv-00098 | 2023-02-12 | James C. Dever, III | 2023-11-06 |
| Kevin | Goss | 7:23-cv-00368 | 2023-03-23 | Louise Wood Flanagan | 2023-11-06 |
| John | Guadagnino | 7:23-cv-01538 | 2023-11-06 | Terrence W. Boyle | 2023-11-06 |
| Ronnie | Guinn | 7:23-cv-00072 | 2023-02-11 | Terrence W. Boyle | 2023-11-06 |
| Bruce | Hill | 7:23-cv-00028 | 2023-02-11 | Richard E. Myers, II | 2023-11-06 |
| Abbas | Husain | 7:23-cv-01562 | 2023-11-06 | Richard E. Myers, II | 2023-11-06 |
| Laura | Jones | 7:23-cv-00267 | 2023-03-10 | Terrence W. Boyle | 2023-11-06 |
| Thomas | Lynch | 7:23-cv-01582 | 2023-11-06 | Richard E. Myers, II | 2023-11-06 |
| Robert | Lyons | 7:23-cv-00338 | 2023-03-23 | Louise Wood Flanagan | 2023-11-06 |
| Tyrone | Maxwell | 7:23-cv-00049 | 2023-02-11 | Louise Wood Flanagan | 2023-11-06 |
| Deborah | Merritt | 7:23-cv-01367 | 2023-10-03 | James C. Dever, III | 2023-11-06 |
| Carl | Miller | 7:23-cv-01540 | 2023-11-06 | Richard E. Myers, II | 2023-11-06 |

| First | Last | Case | Date Filed | Judge | Date |
|---|---|---|---|---|---|
| Dennis | Monroe | 7:23-cv-00276 | 2023-03-17 | James C. Dever, III | 2023-11-06 |
| Geneva | Nichols | 7:23-cv-00894 | 2023-04-24 | Terrence W. Boyle | 2023-11-06 |
| James | Nichols | 7:23-cv-00894 | 2023-04-24 | Terrence W. Boyle | 2023-11-06 |
| Richard | Oakley | 7:23-cv-01578 | 2023-11-06 | James C. Dever, III | 2023-11-06 |
| Robert | Paul | 7:23-cv-01537 | 2023-11-06 | James C. Dever, III | 2023-11-06 |
| Joel | Pedaline | 7:23-cv-01543 | 2023-11-06 | Richard E. Myers, II | 2023-11-06 |
| Richard | Perry | 7:23-cv-01548 | 2023-11-06 | Terrence W. Boyle | 2023-11-06 |
| Edgar | Peterson | 7:23-cv-01576 | 2023-11-06 | Richard E. Myers, II | 2023-11-06 |
| Katherine | Quantrille | 7:23-cv-01580 | 2023-11-06 | Louise Wood Flanagan | 2023-11-06 |
| Holly | Rutchey | 7:23-cv-01572 | 2023-11-06 | Louise Wood Flanagan | 2023-11-06 |
| Diana | Smith | 7:23-cv-00763 | 2023-03-31 | Richard E. Myers, II | 2023-11-06 |
| William | Smith | 7:23-cv-01528 | 2023-11-06 | Terrence W. Boyle | 2023-11-06 |
| Steve | Stoddard | 7:23-cv-01396 | 2023-10-05 | Louise Wood Flanagan | 2023-11-06 |
| Robert | Stompoly | 7:23-cv-01549 | 2023-11-06 | Richard E. Myers, II | 2023-11-06 |
| Cardo | Urso | 7:23-cv-00256 | 2023-03-09 | Richard E. Myers, II | 2023-11-06 |
| James | Rioux | 7:23-cv-01212 | 2023-08-08 | Terrence W. Boyle | 2023-11-07 |
| Stephen | Abarno | 7:23-cv-00329 | 2023-03-23 | Terrence W. Boyle | 2023-11-09 |
| Philip | Amrhein | 7:23-cv-00560 | 2023-03-30 | Terrence W. Boyle | 2023-11-09 |
| Raymond | Aylor | 7:23-cv-00310 | 2023-03-22 | James C. Dever, III | 2023-11-09 |
| Gary | Bluette | 7:23-cv-00335 | 2023-03-23 | Terrence W. Boyle | 2023-11-09 |
| James | Boggess | 7:23-cv-00242 | 2023-03-09 | Terrence W. Boyle | 2023-11-09 |
| James | Brown | 7:23-cv-00463 | 2023-03-27 | Terrence W. Boyle | 2023-11-09 |
| Andrew | Bruggemann | 7:23-cv-00567 | 2023-03-30 | Richard E. Myers, II | 2023-11-09 |
| Mark | Cagiano | 7:23-cv-00569 | 2023-03-30 | Terrence W. Boyle | 2023-11-09 |
| Homer | Campbell | 7:23-cv-00300 | 2023-03-22 | James C. Dever, III | 2023-11-09 |
| Bobby | Collins | 7:23-cv-01216 | 2023-08-11 | Louise Wood Flanagan | 2023-11-09 |
| Lawrence | Critelli | 7:23-cv-00435 | 2023-03-24 | James C. Dever, III | 2023-11-09 |
| Terry | Dyer | 7:23-cv-00357 | 2023-03-23 | James C. Dever, III | 2023-11-09 |
| Royal | Farrow | 7:23-cv-01051 | 2023-06-06 | Terrence W. Boyle | 2023-11-09 |
| Robert | Fish | 7:23-cv-00445 | 2023-03-24 | James C. Dever, III | 2023-11-09 |
| Gerry | Girard | 7:23-cv-00434 | 2023-03-24 | James C. Dever, III | 2023-11-09 |
| Andrew | Heath | 7:23-cv-00283 | 2023-03-20 | Richard E. Myers, II | 2023-11-09 |
| Allan | Howard | 7:23-cv-00490 | 2023-03-27 | Louise Wood Flanagan | 2023-11-09 |
| Billie | Hulbert | 7:23-cv-00583 | 2023-03-30 | Louise Wood Flanagan | 2023-11-09 |
| John | Kelly | 7:23-cv-00286 | 2023-03-20 | Louise Wood Flanagan | 2023-11-09 |
| Alex | Lindquist | 7:23-cv-00324 | 2023-03-22 | Richard E. Myers, II | 2023-11-09 |
| Susan | McBrine | 7:23-cv-00532 | 2023-03-28 | Richard E. Myers, II | 2023-11-09 |
| Daniel | McTiernan | 7:23-cv-00535 | 2023-03-28 | Terrence W. Boyle | 2023-11-09 |
| Fernando | Paoletti | 7:23-cv-00296 | 2023-03-21 | Richard E. Myers, II | 2023-11-09 |
| David | Petrie | 7:23-cv-00202 | 2023-03-06 | James C. Dever, III | 2023-11-09 |
| Paul | Puletz | 7:23-cv-00197 | 2023-11-06 | Terrence W. Boyle | 2023-11-09 |
| Edward | Raymond | 7:23-cv-00546 | 2023-03-28 | Terrence W. Boyle | 2023-11-09 |
| Estelle | Rivera | 7:23-cv-00395 | 2023-03-24 | Terrence W. Boyle | 2023-11-09 |
| Catherine | Songer | 7:23-cv-00555 | 2023-03-28 | James C. Dever, III | 2023-11-09 |
| Darrell | Stewart | 7:23-cv-00558 | 2023-03-29 | Terrence W. Boyle | 2023-11-09 |
| Ricky | Watson | 7:23-cv-00502 | 2023-03-28 | Richard E. Myers, II | 2023-11-09 |
| Gary | Danekas | 7:23-cv-01593 | 2023-11-10 | Richard E. Myers, II | 2023-11-10 |
| William | Hunt | 7:23-cv-01123 | 2023-07-03 | Terrence W. Boyle | 2023-11-10 |
| Glenn | Risner | 7:23-cv-01594 | 2023-03-22 | Terrence W. Boyle | 2023-11-10 |
| James | Trott | 7:23-cv-01591 | 2023-11-10 | Terrence W. Boyle | 2023-11-10 |
| Raymond | Autenrieb | 7:23-cv-01113 | 2023-06-30 | Louise Wood Flanagan | 2023-11-13 |
| John | Brown | 7:23-cv-01116 | 2023-07-03 | Louise Wood Flanagan | 2023-11-13 |
| Nicholas | Dazio | 7:23-cv-01119 | 2023-07-03 | Richard E. Myers, II | 2023-11-13 |
| Raymond | Geoffroy, Jr. | 7:23-cv-01060 | 2023-06-07 | James C. Dever, III | 2023-11-13 |
| Ronald | Hauge | 7:23-cv-01122 | 2023-07-03 | Richard E. Myers, II | 2023-11-13 |
| James | Frazier | 7:23-cv-01595 | 2023-11-16 | James C. Dever, III | 2023-11-16 |
| Thomas | Wittman | 7:23-cv-01597 | 2023-11-16 | James C. Dever, III | 2023-11-16 |
| Michael | Rees | 4:23-cv-00022 | 2023-02-11 | James C. Dever, III | 2023-11-20 |
| Ronald | Walsh | 7:23-cv-01605 | 2023-11-20 | James C. Dever, III | 2023-11-20 |
| Arthur | Chandler | 7:23-cv-01614 | 2023-11-21 | James C. Dever, III | 2023-11-21 |
| John | Mackey | 7:23-cv-01610 | 2023-11-21 | Louise Wood Flanagan | 2023-11-21 |
| Tommy | Pack | 7:23-cv-01611 | 2023-11-21 | Richard E. Myers, II | 2023-11-21 |
| William | Patterson | 7:23-cv-01612 | 2023-11-21 | James C. Dever, III | 2023-11-21 |
| Gaetano | Pugliese | 7:23-cv-01613 | 2023-11-21 | Richard E. Myers, II | 2023-11-21 |
| Richard | Greene | 7:23-cv-01608 | 2023-11-23 | James C. Dever, III | 2023-11-23 |
| Kevin | Oarr | 7:23-cv-01624 | 2023-11-28 | Terrence W. Boyle | 2023-11-28 |
| Robert | Brown | 7:23-cv-01637 | 2023-12-01 | James C. Dever, III | 2023-12-01 |
| James | Anderson | 7:23-cv-01656 | 2023-12-05 | Louise Wood Flanagan | 2023-12-05 |

| First Name | Last Name | Case Number | Date Filed | Judge | Date |
|---|---|---|---|---|---|
| John | Noe | 7:23-cv-01657 | 2023-12-05 | Terrence W. Boyle | 2023-12-05 |
| John | Acton | 7:23-cv-01678 | 2023-12-20 | Louise Wood Flanagan | 2023-12-20 |
| Donald | Clark | 7:23-cv-01533 | 2023-11-06 | Louise Wood Flanagan | 2024-01-16 |
| Darin | Morrow | 7:24-cv-00018 | 2024-01-19 | Louise Wood Flanagan | 2024-01-19 |
| Frank | McNeish | 7:24-cv-00023 | 2024-01-23 | Louise Wood Flanagan | 2024-01-23 |
| Samuel | Butler | 7:24-cv-00031 | 2024-01-25 | James C. Dever, III | 2024-01-25 |
| Sherry | Rothrock | 7:24-cv-00030 | 2024-01-25 | James C. Dever, III | 2024-01-25 |
| Noral | Burnett | 7:24-cv-00057 | 2024-02-02 | Terrence W. Boyle | 2024-02-02 |
| Waymon | Henry | 7:24-cv-00052 | 2024-02-02 | Richard E. Myers, II | 2024-02-02 |
| Stephen | Larkin | 7:24-cv-00061 | 2024-02-02 | Terrence W. Boyle | 2024-02-02 |
| Terry | McLamb | 7:24-cv-00064 | 2024-02-02 | James C. Dever, III | 2024-02-02 |
| Ralph | Richards | 7:24-cv-00053 | 2024-02-02 | Terrence W. Boyle | 2024-02-02 |
| Richard | Adams | 7:24-cv-00077 | 2024-02-07 | Louise Wood Flanagan | 2024-02-07 |
| Kenneth | Jordan | 7:24-cv-00074 | 2024-02-07 | James C. Dever, III | 2024-02-07 |
| Kim | Lynch | 7:24-cv-00073 | 2024-02-07 | Terrence W. Boyle | 2024-02-07 |
| Phyllis | Blake | 7:24-cv-00110 | 2024-02-22 | Terrence W. Boyle | 2024-02-22 |
| William | Gilbert | 7:24-cv-00117 | 2024-02-23 | James C. Dever, III | 2024-02-23 |