# EXHIBIT C

## Track 2 Opt-Outs Filed After Feb. 26, 2024

| plaintiff_first_name | plaintiff_last_name | case_number | pacer_date_filed | case_judge | short_form_complaint_date_filed |
|---|---|---|---|---|---|
| Troy | Mackey | 7:24-cv-00125 | 2024-02-28 | Louise Wood Flanagan | 2024-03-26 |
| James | Lloyd | 7:24-cv-00151 | 2024-03-01 | Richard E. Myers, II | 2024-03-01 |
| Truman | Sanders | 7:24-cv-00160 | 2024-03-05 | Terrence W. Boyle | 2024-03-05 |
| William | Bardge | 7:24-cv-00184 | 2024-03-06 | Louise Wood Flanagan | 2024-03-06 |
| Jo Ann | Casey | 7:24-cv-00193 | 2024-03-07 | Richard E. Myers, II | 2024-03-07 |
| Gregory | Dierig | 7:24-cv-00200 | 2024-03-07 | Richard E. Myers, II | 2024-03-07 |
| Patricia | Towery | 7:24-cv-00210 | 2024-03-08 | Louise Wood Flanagan | 2024-03-08 |
| Henry | Bransford | 7:24-cv-00218 | 2024-03-08 | Louise Wood Flanagan | 2024-03-08 |
| Elizabeth | Ragsdale | 7:24-cv-00221 | 2024-03-08 | Terrence W. Boyle | 2024-03-08 |
| Ralph | Young | 7:24-cv-00227 | 2024-03-12 | Terrence W. Boyle | 2024-03-12 |
| Anthony | Frey | 7:24-cv-00228 | 2024-03-12 | Terrence W. Boyle | 2024-03-12 |
| Johnny | Jackson | 7:24-cv-00229 | 2024-03-12 | Louise Wood Flanagan | 2024-03-12 |
| Larry | Polete | 7:24-cv-00230 | 2024-03-12 | Richard E. Myers, II | 2024-03-12 |
| Cecil | Moss | 7:24-cv-00232 | 2024-03-12 | Richard E. Myers, II | 2024-03-12 |
| Stanley | Hallman | 7:24-cv-00241 | 2024-03-15 | James C. Dever, III | 2024-03-15 |
| Daniel | Clark | 7:24-cv-00263 | 2024-03-25 | Terrence W. Boyle | 2024-03-25 |
| Shelby | Hunter | 7:24-cv-00268 | 2025-03-25 | James C. Dever, III | 2024-03-25 |
| Larry | Stevenson | 7:24-cv-00280 | 2024-03-26 | James C. Dever, III | 2024-03-26 |
| Rometa | Hogan | 7:24-cv-00294 | 2024-03-26 | James C. Dever, III | 2024-03-26 |