# EXHIBIT D

**Remaining Cases Eligible for Track 2 Selection**

| Plaintiff First Name | Plaintiff Last Name | Case Number | Case Judge |
|---|---|---|---|
| Richard | Adams | 7:24-cv-00077 | Louise Wood Flanagan |
| Donnell | Adams | 7:24-cv-00284 | Terrence W. Boyle |
| Billy | Allen | 7:24-cv-00310 | Louise Wood Flanagan |
| Glenn | Allison | 7:23-cv-01157 | James C. Dever, III |
| Robert | Amick | 7:23-cv-01073 | Louise Wood Flanagan |
| Lawrence | Andracchio | 7:24-cv-00192 | Terrence W. Boyle |
| Garry | Arbogast | 7:23-cv-00399 | Terrence W. Boyle |
| Charles | Babikian | 7:23-cv-01086 | Richard E. Myers, II |
| Kim | Bacigalupi | 7:23-cv-01644 | Richard E. Myers, II |
| Mary | Bailey | 7:23-cv-00149 | Terrence W. Boyle |
| David | Bailey | 7:24-cv-00300 | Louise Wood Flanagan |
| Susan | Bain | 7:23-cv-01018 | Louise Wood Flanagan |
| Donald | Barber | 7:24-cv-00174 | Louise Wood Flanagan |
| Angela | Barker | 7:24-cv-00243 | Richard E. Myers, II |
| Lorenza | Barnes | 7:24-cv-00285 | James C. Dever, III |
| William | Barnette | 7:24-cv-00253 | Louise Wood Flanagan |
| James | Barrett | 7:23-cv-00938 | Terrence W. Boyle |
| Joseph | Bellantoni | 7:23-cv-01263 | James C. Dever, III |
| William | Berry | 7:23-cv-01253 | James C. Dever, III |
| Benjamin | Blakely | 5:23-cv-00247 | James C. Dever, III |
| Carol | Bomlitz | 7:23-cv-00751 | Richard E. Myers, II |
| Terry | Bonner | 7:23-cv-01444 | Richard E. Myers, II |
| Harold | Bowling | 7:24-cv-00286 | James C. Dever, III |
| Barry | Boyd | 7:23-cv-01034 | Louise Wood Flanagan |
| Sandra | Brack | 7:24-cv-00311 | Louise Wood Flanagan |
| Victor | Bradley | 7:23-cv-01256 | Louise Wood Flanagan |
| Sean | Brannigan | 7:24-cv-00001 | Terrence W. Boyle |
| Harold | Breinig | 7:23-cv-01520 | Richard E. Myers, II |
| Kenneth | Bremer | 7:23-cv-00917 | James C. Dever, III |
| Thomas | Brogdon | 7:24-cv-00312 | James C. Dever, III |
| Antonio | Brooks | 7:24-cv-00329 | Richard E. Myers, II |
| Jesse | Brown | 7:24-cv-00287 | Terrence W. Boyle |
| Jack | Brown | 7:24-cv-00288 | Terrence W. Boyle |
| Dexter | Brumley | 7:23-cv-01434 | James C. Dever, III |
| Michael | Bruton | 7:23-cv-00928 | Richard E. Myers, II |
| Helen | Burrows | 7:24-cv-00181 | Richard E. Myers, II |
| Eduardo | Bustamante | 7:23-cv-01424 | Richard E. Myers, II |
| Theresa | Caldwell | 7:24-cv-00202 | Richard E. Myers, II |
| Harold | Carter | 7:24-cv-00107 | James C. Dever, III |
| Maureen | Catalano | 7:23-cv-01156 | Terrence W. Boyle |
| John | Cathcart | 7:23-cv-01189 | James C. Dever, III |
| Troy | Chamberlin | 7:24-cv-00215 | Terrence W. Boyle |
| Tina | Chriest | 7:24-cv-00212 | James C. Dever, III |
| Linda | Christensen | 7:24-cv-00211 | Richard E. Myers, II |
| Robert | Coffey | 7:24-cv-00220 | Louise Wood Flanagan |
| Cindy | Cole | 7:24-cv-00298 | Richard E. Myers, II |
| Barbara | Corkery | 7:23-cv-01170 | Louise Wood Flanagan |
| Richard | Corley | 7:24-cv-00130 | James C. Dever, III |
| Gary | Cormier | 7:24-cv-00289 | Terrence W. Boyle |
| Lawrence | Cosenza | 7:23-cv-01267 | Richard E. Myers, II |
| Thomas | Cossentino | 7:23-cv-01097 | Richard E. Myers, II |
| Ebony | Covington | 7:23-cv-00262 | Richard E. Myers, II |
| Otis | Crawford | 7:23-cv-00346 | James C. Dever, III |
| Lloyd | Curtis | 7:24-cv-00131 | James C. Dever, III |
| Bobby | Cuthrell | 4:23-cv-00090 | Terrence W. Boyle |
| Robert | Danko | 7:23-cv-01648 | James C. Dever, III |
| Harold | Darr | 7:23-cv-01148 | Richard E. Myers, II |
| Patrick | David | 7:23-cv-01419 | Terrence W. Boyle |
| Larry | Dawson | 7:23-cv-00881 | Terrence W. Boyle |
| Gabriel | Del-Toro | 7:24-cv-00196 | James C. Dever, III |
| Jerry | Dennard | 7:23-cv-00820 | Louise Wood Flanagan |
| David | DePorter | 7:24-cv-00082 | Louise Wood Flanagan |
| Thomas | Descano | 7:23-cv-01093 | Louise Wood Flanagan |
| Peter | Devita | 7:23-cv-01421 | Richard E. Myers, II |
| Jose | Diaz | 7:24-cv-00290 | Richard E. Myers, II |
| Linda | Dierkes | 7:24-cv-00124 | Richard E. Myers, II |
| Scott | Dixon | 7:23-cv-01000 | James C. Dever, III |
| James | Douse | 7:23-cv-01183 | Louise Wood Flanagan |
| Harry | Dreibholz | 7:24-cv-00303 | James C. Dever, III |
| George | Dugdale | 7:23-cv-00981 | Richard E. Myers, II |
| Donald | Durrett | 7:23-cv-01147 | Louise Wood Flanagan |

| First Name | Last Name | Case Number | Judge |
|---|---|---|---|
| Theodore | Dutton | 7:23-cv-00441 | Louise Wood Flanagan |
| Anselm | Dyer | 7:23-cv-01638 | Terrence W. Boyle |
| Michael | Eggleton | 7:23-cv-00203 | Louise Wood Flanagan |
| Charles | Elmore | 7:23-cv-00991 | Terrence W. Boyle |
| April | Etrata | 7:23-cv-00182 | Richard E. Myers, II |
| Patricia | Evans | 7:23-cv-00279 | Louise Wood Flanagan |
| Lois | Falco | 7:23-cv-00753 | Louise Wood Flanagan |
| Richard | Faust | 7:24-cv-00251 | Louise Wood Flanagan |
| Leland | Files | 7:24-cv-00305 | Louise Wood Flanagan |
| Douglas | Fleet | 7:24-cv-00332 | James C. Dever, III |
| Vanessa | Fletcher | 7:24-cv-00302 | Louise Wood Flanagan |
| Patrick | Foley | 7:24-cv-00246 | Louise Wood Flanagan |
| Phillip | Fox | 7:23-cv-00186 | Louise Wood Flanagan |
| William | Frazier | 7:23-cv-00597 | Richard E. Myers, II |
| Jeffrey | Freuler | 7:24-cv-00291 | James C. Dever, III |
| Jeffrey | Garwood | 7:23-cv-00367 | Louise Wood Flanagan |
| Sandra | Gordon | 7:23-cv-00061 | James C. Dever, III |
| Donald | Gray | 4:23-cv-00050 | Louise Wood Flanagan |
| Jerry | Guarino | 7:24-cv-00175 | James C. Dever, III |
| Gisele | Guthrie | 4:23-cv-00027 | Richard E. Myers, II |
| Gisele | Guthrie | 4:23-cv-00027 | Richard E. Myers, II |
| Oswald | Hale | 7:23-cv-00976 | James C. Dever, III |
| Donna | Harris | 7:23-cv-00477 | Terrence W. Boyle |
| Stanley | Harris | 7:23-cv-00948 | Louise Wood Flanagan |
| Joseph | Havelka | 7:23-cv-01162 | Louise Wood Flanagan |
| John | Headley | 7:24-cv-00145 | Terrence W. Boyle |
| Robert | Heim | 7:24-cv-00292 | Terrence W. Boyle |
| James | Henley | 7:23-cv-01629 | Richard E. Myers, II |
| Nicholas | Hoffer | 7:24-cv-00293 | Richard E. Myers, II |
| Bobby | Holliday | 7:24-cv-00245 | James C. Dever, III |
| Brenda | Holsclaw | 7:23-cv-00255 | Terrence W. Boyle |
| Jimmy | Horne | 7:24-cv-00050 | Terrence W. Boyle |
| John | Howell | 7:24-cv-00334 | Terrence W. Boyle |
| James | Hubbard | 7:24-cv-00092 | James C. Dever, III |
| Joyce | Hubbard | 7:24-cv-00093 | Louise Wood Flanagan |
| Thomas | Hughes | 7:24-cv-00252 | Richard E. Myers, II |
| John | Ison | 7:24-cv-00295 | James C. Dever, III |
| Edward | Jackson | 7:23-cv-01394 | Terrence W. Boyle |
| Michael | Jackson | 7:24-cv-00208 | Terrence W. Boyle |
| Moses | Jenkins | 7:23-cv-00025 | James C. Dever, III |
| Ernest | Johnson | 7:23-cv-01002 | Terrence W. Boyle |
| Gary | Johnson | 7:23-cv-01380 | James C. Dever, III |
| David | Jones | 7:23-cv-00926 | Richard E. Myers, II |
| Cindy | Jones | 7:24-cv-00120 | Richard E. Myers, II |
| Troy | Jones | 7:24-cv-00239 | Louise Wood Flanagan |
| Robert | Jordan | 7:24-cv-00180 | James C. Dever, III |
| William | Joslyn | 7:23-cv-01402 | James C. Dever, III |
| Donald | Kappel | 7:24-cv-00223 | James C. Dever, III |
| Kimberly | Kaylor | 7:24-cv-00142 | Louise Wood Flanagan |
| Larry | Kellis | 7:23-cv-00990 | Richard E. Myers, II |
| Melissa | Kirch | 7:23-cv-00708 | Richard E. Myers, II |
| James | Kithcart | 7:23-cv-00257 | James C. Dever, III |
| Michelle | Kosik | 7:24-cv-00109 | Terrence W. Boyle |
| Rudolph | Labeta | 7:23-cv-00999 | James C. Dever, III |
| Maynard | Lahr | 7:24-cv-00250 | Terrence W. Boyle |
| Bevill | Lambert | 7:24-cv-00087 | Richard E. Myers, II |
| Michael | Lane | 7:23-cv-01468 | Terrence W. Boyle |
| Evarist | Lemay | 7:23-cv-01270 | Louise Wood Flanagan |
| William | LeRoy | 7:24-cv-00213 | Louise Wood Flanagan |
| Emily | Linde | 7:23-cv-00288 | Terrence W. Boyle |
| Arthur | Lovell | 7:23-cv-01502 | James C. Dever, III |
| John | Maldonado | 7:24-cv-00321 | Louise Wood Flanagan |
| Jack | Malone | 7:23-cv-01009 | James C. Dever, III |
| Michael | Mandilakis | 4:23-cv-00119 | Louise Wood Flanagan |
| William | Marshall | 7:23-cv-01168 | Richard E. Myers, II |
| Verlon | Marshall | 7:24-cv-00261 | James C. Dever, III |
| Thomas | Martin | 7:24-cv-00273 | Richard E. Myers, II |
| Cynthia | Mattocks | 4:23-cv-00155 | Richard E. Myers, II |
| Charmian | McCormick | 7:23-cv-00465 | Terrence W. Boyle |
| Donald | McCormick | 7:24-cv-00301 | Louise Wood Flanagan |
| John | McDonald | 7:24-cv-00333 | Louise Wood Flanagan |
| William | McIntyre | 7:23-cv-01036 | Richard E. Myers, II |
| John | Michalski | 7:24-cv-00119 | Terrence W. Boyle |

| | | | |
|---|---|---|---|
| Miguel | Michelena | 7:23-cv-00205 | Richard E. Myers, II |
| Lessie | Miles | 7:24-cv-00207 | James C. Dever, III |
| George | Miller | 7:24-cv-00224 | Richard E. Myers, II |
| William | Mitchell | 7:24-cv-00276 | Louise Wood Flanagan |
| Donald | Mobley | 7:23-cv-00142 | Richard E. Myers, II |
| Alan | Moffatt | 7:23-cv-00466 | Louise Wood Flanagan |
| Teresa | Moore | 5:23-cv-00165 | Richard E. Myers, II |
| Juan | Moorman | 7:23-cv-00770 | James C. Dever, III |
| Lewis | Morgan | 7:24-cv-00209 | Richard E. Myers, II |
| Morris | Morse | 7:24-cv-00195 | James C. Dever, III |
| Davy | Moss | 7:23-cv-00314 | Louise Wood Flanagan |
| Kevin | Mullen | 7:23-cv-00856 | Terrence W. Boyle |
| John | Muller | 7:24-cv-00274 | Terrence W. Boyle |
| Joseph | Murgo | 7:23-cv-01226 | Louise Wood Flanagan |
| Robin | Murphy | 7:24-cv-00173 | James C. Dever, III |
| Lance | Nelson | 7:23-cv-01094 | Louise Wood Flanagan |
| John | Neuman | 7:23-cv-01417 | Terrence W. Boyle |
| Vincent | Nitti | 7:24-cv-00296 | Terrence W. Boyle |
| John | Orlandella | 7:23-cv-00983 | Louise Wood Flanagan |
| Carolee | Osborne | 7:24-cv-00121 | Richard E. Myers, II |
| Raymond | Owen | 7:23-cv-00642 | James C. Dever, III |
| Lance | Parr | 7:23-cv-01381 | Louise Wood Flanagan |
| Bernard | Parrish | 7:23-cv-01318 | James C. Dever, III |
| Bernard | Parrish | 7:23-cv-01318 | James C. Dever, III |
| Michael | Partain | 7:23-cv-00110 | Terrence W. Boyle |
| Christopher | Patterson | 7:23-cv-00891 | Terrence W. Boyle |
| Charles | Penn | 7:24-cv-00331 | Terrence W. Boyle |
| Anthony | Perpetua | 7:23-cv-01272 | Richard E. Myers, II |
| Robert | Peszek | 7:23-cv-00973 | Louise Wood Flanagan |
| Robert | Pfeiffer | 7:24-cv-00330 | Louise Wood Flanagan |
| Henrietta | Phillips | 7:23-cv-01095 | Terrence W. Boyle |
| Edward | Priest | 7:24-cv-00325 | Terrence W. Boyle |
| Linda | Quinn | 7:24-cv-00096 | Terrence W. Boyle |
| Russell | Redhouse | 7:23-cv-01322 | James C. Dever, III |
| Stacey | Reed | 7:24-cv-00318 | Louise Wood Flanagan |
| Barbara | Reeves | 7:23-cv-01141 | Terrence W. Boyle |
| Herman | Regusters | 7:23-cv-01061 | Louise Wood Flanagan |
| Robert | Reidy | 7:23-cv-01492 | Richard E. Myers, II |
| Prince | Rich | 7:24-cv-00275 | Terrence W. Boyle |
| Gloria | Ridges | 7:24-cv-00277 | James C. Dever, III |
| James | Riley | 7:23-cv-01425 | Terrence W. Boyle |
| Jeanne | Riordan | 7:23-cv-01584 | James C. Dever, III |
| Glen | Ripley | 7:23-cv-01641 | Richard E. Myers, II |
| Linda | Robbins | 7:23-cv-00788 | Richard E. Myers, II |
| Cleve | Roberson | 7:23-cv-00952 | Louise Wood Flanagan |
| Lewis | Robison | 7:23-cv-01438 | Terrence W. Boyle |
| Donna | Rojas | 7:23-cv-01328 | Louise Wood Flanagan |
| Charles | Rollins | 7:23-cv-01151 | Louise Wood Flanagan |
| Heather | Rowe | 7:24-cv-00306 | Terrence W. Boyle |
| Ernest | Rucker | 7:24-cv-00278 | James C. Dever, III |
| Norbert | Rypkema | 7:23-cv-00993 | Richard E. Myers, II |
| Joaquim | Santos | 7:24-cv-00191 | Richard E. Myers, II |
| Shafik | Sarakby | 7:24-cv-00098 | Richard E. Myers, II |
| Linda | Sauceda | 7:23-cv-00911 | Terrence W. Boyle |
| Valentino | Savage | 7:24-cv-00214 | Richard E. Myers, II |
| Henry | Sexauer | 7:23-cv-00175 | Louise Wood Flanagan |
| Harold | Sharrer | 7:24-cv-00309 | Louise Wood Flanagan |
| Thomas | Shea | 7:23-cv-01682 | Richard E. Myers, II |
| Patrick | Sheehan | 7:23-cv-01299 | James C. Dever, III |
| Charles | Shepherd | 7:23-cv-00940 | Terrence W. Boyle |
| James | Simmons | 7:23-cv-01127 | Richard E. Myers, II |
| Steven | Small | 7:24-cv-00279 | Terrence W. Boyle |
| Cathy | Smith | 7:23-cv-01208 | Terrence W. Boyle |
| Frederick | Smith | 7:24-cv-00308 | Richard E. Myers, II |
| Robert | Speakman | 7:24-cv-00219 | James C. Dever, III |
| Amy | Sprouse | 7:24-cv-00153 | Richard E. Myers, II |
| James | Sprowls | 7:24-cv-00320 | Terrence W. Boyle |
| James | Stanton | 7:23-cv-01365 | Terrence W. Boyle |
| Franklin | Starks | 7:24-cv-00123 | James C. Dever, III |
| Phyllis | Steimel | 7:23-cv-00261 | Richard E. Myers, II |
| Sandra | Stevens | 7:23-cv-01475 | Louise Wood Flanagan |
| Robert | Stevens | 7:24-cv-00247 | James C. Dever, III |
| Jerry | Stewart | 7:23-cv-01416 | Louise Wood Flanagan |

| | | | |
|---|---|---|---|
| Kerry | Stewart | 7:24-cv-00222 | Richard E. Myers, II |
| Steven | Stickley | 7:24-cv-00281 | Terrence W. Boyle |
| Troit | Stowe | 7:23-cv-01650 | Louise Wood Flanagan |
| James | Straughan | 7:24-cv-00282 | James C. Dever, III |
| Andrew | Straw | 7:23-cv-00162 | Terrence W. Boyle |
| Julie | Terry | 7:24-cv-00017 | Louise Wood Flanagan |
| Kris | Thomas | 7:23-cv-00086 | Louise Wood Flanagan |
| Philip | Thompson | 7:23-cv-01478 | James C. Dever, III |
| David | Thompson | 7:23-cv-01633 | Richard E. Myers, II |
| Anthony | Travis | 7:23-cv-01639 | Terrence W. Boyle |
| Dawn | Vallely | 7:23-cv-01413 | Richard E. Myers, II |
| Frank | Vogt | 7:23-cv-01574 | Louise Wood Flanagan |
| Tammy | Wagner | 7:23-cv-01025 | Terrence W. Boyle |
| Willie | Walker | 7:23-cv-00216 | Terrence W. Boyle |
| Tyler | Walker | 7:23-cv-01523 | James C. Dever, III |
| Carol | Wallace | 7:23-cv-01090 | Terrence W. Boyle |
| Henry | Wasik | 7:24-cv-00010 | Louise Wood Flanagan |
| James | Welch | 7:23-cv-00844 | James C. Dever, III |
| Kenneth | Whitehouse | 7:23-cv-01135 | James C. Dever, III |
| Erlene | Williams | 7:23-cv-01125 | Richard E. Myers, II |
| Clarence | Williams | 7:24-cv-00324 | James C. Dever, III |
| Sunny | Williamson | 7:24-cv-00307 | Terrence W. Boyle |
| Randall | Willis | 7:23-cv-01136 | Richard E. Myers, II |
| Ricky | Woodard | 7:24-cv-00217 | Richard E. Myers, II |
| Robert | Woodham | 7:24-cv-00283 | Richard E. Myers, II |
| Linda | Wynn | 7:23-cv-00653 | Louise Wood Flanagan |
| Ralph | Yehle | 7:23-cv-01427 | Louise Wood Flanagan |