# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

EDGAR ALLEN PETERSON, IV,

    PLAINTIFF,

V.                        NO. 7:23-CV-01576-M

UNITED STATES OF AMERICA,

    DEFENDANTS.

VIDEO DEPOSITION OF EDGAR ALLEN PETERSON, IV

Taken at the instance of the Defendant on Thursday, February 8, 2024, in the home of Edgar Allen Peterson, IV, 1509 Goodbar Avenue, Memphis, Tennessee, beginning at 9:13 a.m.

(Appearances noted herein)

REPORTED BY:    Kelly D. Brentz, CSR, RPR

2

```
 1                   APPEARANCES:
 2

 3        JOHN F. ROMANO, ESQ.
          MARJORIE H. LEVINE, ESQ.
 4        Romano Law Group
          john@romanolawgroup.com
 5        majorie@romanolawgroup.com
 6        J. EDWARD BELL, III, ESQ.
          Bell Legal Group
 7        jeb@belllegalgroup.com
 8        SARA PAPANTONIO, ESQ. (VIA ZOOM)
          Levin Papantonio Rafferty
 9        spapantonio@levinlaw.com
10                  COUNSEL FOR PLAINTIFF
11
12

          ELIZABETH K. PLATT, ESQ.
13        JOSEPH TURNER, ESQ.
          ANNA ELLISON, ESQ. (VIA ZOOM)
14        ADAM RAVIV, ESQ. (VIA ZOOM)
          U.S. Department of Justice
15        elizabeth.k.platt@usdoj.gov
          joseph.b.turner@usdoj.gov
16
17                  COUNSEL FOR DEFENDANT
18
19
20
21   ALSO:    Michael Mitchell, videographer, VCE Legal Tech
                Patti Mobley
22              Lori Peterson
23
24
25
```

1    Q.   "No"?  Well, let me go through some broad

2   instructions before we get started.  I'm going to ask you

3   some questions and I would like you to answer them to the

4   best of your ability.  If you don't understand a question,

5   please ask me to rephrase.  I'm happy to rephrase the

6   question for you.  If you answer the question, I'm going

7   to assume that you understood the question as it was

8   phrased.

9        In a normal conversation, you typically can

10  start speaking in the middle of a question, but for

11  deposition purposes and for purposes of the court

12  reporter, please wait until I finish my questioning and

13  then you can answer that question.

14       Also, when you are answering the question,

15  please say "yes" or "no" fully, and if you're speaking

16  through your software, then feel free to use Y for "yes"

17  or N for "no" to make it easier on yourself.

18       If you need to take a break at any time, just

19  let me know, we're happy to take breaks.  But if there's a

20  question pending, I ask that you answer that question and

21  then we can take a break.

22       And I also want to put on the record that

23  Mr. Peterson is using a text-to-speech software called --

24  app entitled NaturalReader and that is being used as his

25  form of communication, and he is also going to verbally

1      A.   Two or three years ago.

2      Q.   I'm sorry, I did not --

3      A.   Two or three years ago.  Two or three years ago.

4      Q.   Thirty years ago?

5      A.   Two to three.

6           THE REPORTER:  Two or three years ago?

7      Q.   (By Ms. Platt)  Two to three years ago?

8      A.   (Unintelligible.)

9           (Whereupon, the witness responded with a lengthy

10          uninterrupted answer which was largely unintelligible

11          and unreportable.  Per discussion, counsel will make

12          provisions subsequent to the deposition for acquiring

13          the answer.)

14     Q.   Well, thank you for answering my questions,

15   Mr. Peterson.  I really appreciate your time today.

16   That's all the questions I have, and I wanted to thank you

17   again for your service to this country.

18     A.   Thank you.

19     Q.   We do really appreciate it.

20     A.   (Unintelligible.)

21          MS. PLATT:  Just for the record, Mr. Peterson's

22          counsel and I have agreed that we will serve

23          interrogatories to answer follow-up questions.  Our

24          previous agreement will stand, that they're not

25          limited in number and they will follow the deposition

32

1      protocol for objections.

2          Do you have anything to add for the record?

3          MR. ROMANO:  Agreed.  We don't have any

4      questions at this time.  We do want him to read and

5      sign this transcript.  And I just want to make sure

6      that we take care of anything we're agreeing to while

7      we're still on the record.

8          MS. PLATT:  You also proposed that you would not

9      state that this was the sole deposition if we needed

10     to follow up after interrogatories.

11         MR. ROMANO:  No, no, we can -- I agree.  We will

12     not do that.  And so that we're clear on that, we do

13     understand there may be a need for the government to,

14     in essence, move forward with further questioning in

15     the line of deposition setting.  And if you-all -- if

16     the government feels that is necessary, we're not

17     going to object to that.  Okay.

18         I think that's it.  If there's anything else we

19     need to discuss, you can call Marjorie or me or Ed

20     Bell.

21         MS. PLATT:  Okay.  And thank you all for your

22     time.  We can go off the record.

23         THE VIDEOGRAPHER:  Off the record at 12:31.

24         (Pause.)

25         THE REPORTER:  And do you want a copy of this,

35

1                    CERTIFICATE OF COURT REPORTER

2              I, Kelly D. Brentz, Court Reporter and Notary

3    Public do hereby certify that the foregoing 33 pages,

4    and including this page, contain a true and

5    accurate transcription of the testimony of Edgar Allen

6    Peterson, IV, taken by me in the aforementioned matter at

7    the time and place heretofore stated, by stenotype and

8    later reduced to typewritten form under my supervision by

9    means of computer-aided transcription.

10

11             I further certify that I am not in the employ of

12   or related to any counsel or party in this matter and have

13   no interest, monetary or otherwise, in the final outcome

14   of this proceeding.

15

16             Witness my signature and seal this the 25th day

17   of February 2024.

18

19

20                   KELLY D. BRENTZ, CSR

21

22

23

24

25