IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| CAMP LEJEUNE WATER LITIGATION ) | |
| ) | Case No. 7:23-cv-897 |
| ) | |
| This Document Relates To: ) | |
| ALL CASES ) | |

**[PROPOSED] ORDER AMENDING OPT-OUT PROVISION IN CASE MANAGEMENT ORDER NO. 2**

The Court hereby amends Case Management Order No. 2 (D.E. 23) as follows:

1. For Track 2 and any future discovery tracks, the only Plaintiffs who may opt out of consideration for the Discovery Pool are Plaintiffs whose counsel is not part of Plaintiffs' Leadership Group. Accordingly, for Track 2 and any future discovery tracks, the second sentence of Paragraph XI-A-ii-b of CMO 2 (D.E. 23) is amended to read: "If any Plaintiff *whose counsel is not part of Plaintiffs' Leadership Group* chooses not to proceed in a manner consistent with this Order, such individual Plaintiffs may remove themselves from consideration of selection into the Discovery Pool by notifying Plaintiffs' Leadership and counsel for the United States within 30 days of the filing of the Master Complaint."

2. Any Plaintiff who opted out of Track 2 but whose counsel is part of Plaintiffs' Leadership Group shall nonetheless be eligible for selection for the Track 2 Discovery Pool.

SO ORDERED this ___ day of April, 2024.


_____          _____
RICHARD E. MYERS II                                                  TERRENCE W. BOYLE
Chief United States District Judge                             United States District Judge


_____          _____
LOUISE W. FLANAGAN                                              JAMES C. DEVER III
United States District Judge                                     United States District Judge