# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

IN RE:
**CAMP LEJEUNE WATER LITIGATION**

**Case No. 7:23-CV-897**

This Document Relates to:
ALL CASES

## MOTION TO ESTABLISH EVIDENCE DEPOSITORY PROTOCOL

The Plaintiffs Lead Group ("PLG") submits this request for the Court to establish a protocol for the storage of individual plaintiffs' evidence related to Camp Lejeune Justice Act ("CLJA") civil actions. In support of this motion, the PLG shows as follows:

1.      This CLJA litigation involves events of as long as over seventy (70) years ago, and relevant evidence includes tangible items, records, and documents existing or stored in a wide array of physical and virtual media, old and new. While much information exchanged in discovery and preserved as potential evidence will be in the form of or converted to electronic format, the conversion of other documents and evidence, currently in tangible form, may be infeasible or unduly costly and time-consuming.

2.      Therefore, the PLG believes that there is a need for a single depository ("Depository"), under the ongoing jurisdiction of this Court, to which the PLG and individual plaintiffs may produce such evidence for use in this CLJA litigation. Indeed, the Manual for Complex Litigation, Fourth Edition (Federal Judicial Center 2004) ("MCL") recognizes the importance and utility of depositories in these circumstances. MCL Section 11.444

1

3.      For these reasons, the PLG requests that the Court enter an Order governing the establishment of such a Depository. A proposed Order setting forth a protocol for such a Depository is attached hereto as **Attachment 1**.

4.      The PLG is authorized to report that Defendant United States of America does not oppose the creation of such a Depository.


*[Signatures follow on next page]*

2

DATED this 17th day of April, 2024.

/s/    J. Edward Bell, III

J. Edward Bell, III (admitted *pro hac vice*)
Bell Legal Group, LLC
219 Ridge St.
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com

*Lead Counsel for Plaintiffs*

/s/    Elizabeth J. Cabraser

Elizabeth J. Cabraser (admitted *pro hac vice*)
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
ecabraser@lchb.com

*Co-Lead Counsel for Plaintiffs*

/s/    Robin L. Greenwald

Robin L. Greenwald (admitted *pro hac vice*)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

/s/    Mona Lisa Wallace

Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
mwallace@wallacegraham.com

*Co-Lead Counsel for Plaintiffs*

/s/    Zina Bash

Zina Bash (admitted *pro hac vice*)
Keller Postman LLC
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: 956-345-9462
zina.bash@kellerpostman.com

*Co-Lead Counsel for Plaintiffs and
Government Liaison Counsel*

/s/    W. Michael Dowling

W. Michael Dowling (NC Bar No. 42790)
The Dowling Firm PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
mike@dowlingfirm.com

*Co-Lead Counsel for Plaintiffs*

/s/    James A. Roberts, III

James A. Roberts, III
Lewis & Roberts, PLLC
3700 Glenwood Ave., Ste. 410
Raleigh, NC 27612
Telephone: (919) 981-0191
jar@lewis-roberts.com

*Co-Lead Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I, J. Edward Bell, III, hereby certify that the foregoing document was electronically filed on the Court's CM/ECF system on this date, and that all counsel of record will be served with notice of the said filing via the CM/ECF system.

This the 17th day of April, 2024.

*/s/ J. Edward Bell, III*_____
J. Edward Bell, III