UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-cv-897

| | |
|---|---|
| IN RE: CAMP LEJEUNE TOXIC WATER EXPOSURE LITIGATION<br><br>This document relates to:<br><br>ALL CASES | DECLARATION OF J. EDWARD BELL, III IN SUPPORT OF PLAINTIFFS' OPPOSITION TO UNITED STATES' MOTION FOR AN EXTENSION TO RESPOND TO DISCOVERY REQUESTS |

I, J. Edward Bell, III, declare as follows:

1. I am a Founding Partner at Bell Legal Group, LLC. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Exhibit 1 is a true and correct copy of the United States' October 30, 2023 Responses to Plaintiffs' Corrected First Request for Production of Documents.

3. Exhibit 2 is a true and correct copy of a December 22, 2023 email memorializing the positions express by Plaintiffs on a meet and confer from that day.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of April, 2024 in Georgetown, South Carolina.

*/ s/ J. Edward Bell, III*
J. Edward Bell, III
Bell Legal Group, LLC
219 Ridge St.
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com
*Lead Counsel for Plaintiffs*

1