UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-cv-897

| | |
|---|---|
| IN RE: CAMP LEJEUNE TOXIC WATER EXPOSURE LITIGATION<br><br>This document relates to:<br><br>ALL CASES | [PROPOSED] ORDER RE PLAINTIFFS' OPPOSITION TO UNITED STATES' MOTION FOR AN EXTENSION TO RESPOND TO DISCOVERY REQUESTS |

The United States' motion for an extension is DENIED with respect to Plaintiffs' Request for Supplementation and moot with respect to the remaining requests at issue in its motion. The United States has not shown good cause to seek an additional extension to respond to Plaintiffs' Request for Supplementation. The United States shall issue prompt and complete supplemental responses to all discovery previously served within the timeline indicated in Plaintiffs' Request for Supplementation, and shall prioritize the production responsive documents to the underlying requests for production Nos. 18, 19, and 20 of Plaintiffs' corrected first requests for production served on October 4, 2023.

IT IS SO ORDERED, this _____ day of _____, 2024.

RICHARD E. MYERS II
Chief United States District Judge

TERRENCE W. BOYLE
United States District Judge

LOUISE W. FLANAGAN
United States District Judge

JAMES C. DEVER III
United States District Judge

1

2