IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-cv-897

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Document Relates To: | ) |
| ALL CASES | ) |

**STIPULATION REGARDING PRODUCTION OF PLAINTIFFS'
MEDICAL RECORDS AND SOCIAL SECURITY RECORDS**

Plaintiffs' Leadership Group ("PLG") and the Defendant United States of America (collectively, the "Parties") jointly stipulate to the following in the above-captioned matter pursuant to Fed. R. Civ. P. 29:

1. In an effort to facilitate the efficient production of documents, the PLG is providing Defendant, on behalf of every Track 1 Discovery Pool Plaintiff, with a Health Insurance Portability and Accountability Act (HIPAA) compliant authorization form for the release of patient information from private third-party medical providers pursuant to 45 CFR § 164.508 (the "HIPAA form"). Defendant is using the HIPAA form to obtain private third-party medical records for discovery pool plaintiffs (the "Medical Records"). In addition, Defendant seeks for every Track 1 Discovery Pool Plaintiff a completed Social Security Administration SSA-7050-F4 form requesting and authorizing the release of social security earning information ("Social Security Records"). The Parties expect that a similar production of authorization forms will be consummated for future discovery tracks.

2. The Parties agree that the PLG would be entitled to receive copies of the Medical Records and Social Security Records in response to a production request pursuant to Fed. R. Civ. P. 34. Further, the Parties agree that it would not be efficient for the PLG to be required to serve further document production requests simply for purposes of obtaining the Medical Records and Social

1

Security Records.

3.     Therefore, the Parties stipulate and agree that Defendant will produce all Medical Records and Social Security Records to the PLG in a timely manner upon receipt of the records for each respective discovery pool plaintiff.

4.     Finally, the Parties agree that Defendant will contemporaneously copy the PLG on all subpoenas for medical records from private third-party medical providers, as well as all correspondence Defendant has with private third-party medical providers related to obtaining medical records. The Parties have agreed that e-mail notice twenty-four hours in advance of issuance of a document-only subpoena to a third-party is sufficient to meet the notice requirement of Fed. R. Civ. P. 45(a)(4).

Dated: April 19, 2024.

*[Remainder of page intentionally left blank]*

STIPULATED TO BY:

| | |
|---|---|
| */s/ J. Edward Bell, III* <br> J. Edward Bell, III (admitted *pro hac vice*) <br> Bell Legal Group, LLC <br> 219 Ridge St. <br> Georgetown, SC 29440 <br> Telephone: (843) 546-2408 <br> jeb@belllegalgroup.com <br> *Lead Counsel for Plaintiffs* | BRIAN M. BOYNTON <br> Principal Deputy Assistant Attorney General <br> Civil Division <br><br> J. PATRICK GLYNN <br> Director, Torts Branch <br> Environmental Torts Litigation Section |

*/s/ J. Edward Bell, III*
J. Edward Bell, III (admitted *pro hac vice*)
Bell Legal Group, LLC
219 Ridge St.
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com
*Lead Counsel for Plaintiffs*

*/s/ Zina Bash*
Zina Bash (admitted *pro hac vice*)
Keller Postman LLC
111 Congress Avenue, Ste. 500
Austin, TX 78701
Telephone: 956-345-9462
zina.bash@kellerpostman.com
*Co-Lead Counsel for Plaintiffs
and Government Liaison*

/s/ *Robin Greenwald*
Robin L. Greenwald (admitted *pro hac vice*)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com
*Co-Lead Counsel for Plaintiffs*

*/s/ Elizabeth Cabraser*
Elizabeth Cabraser (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111
Phone (415) 956-1000
ecabraser@lchb.com
*Co-Lead Counsel for Plaintiffs*

*/s/ W. Michael Dowling*
W. Michael Dowling (NC Bar No. 42790)
The Dowling Firm PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Assistant Director, Torts Branch
Environmental Torts Litigation Section

*/s/ Adam Bain*
ADAM BAIN
Special Litigation Counsel
Environmental Torts Litigation Section
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: adam.bain@usdoj.gov
Telephone: (202) 616-4209

LACRESHA A. JOHNSON
HAROON ANWAR
DANIEL C. EAGLES
NATHAN J. BU
Trial Attorneys, Torts Branch
Environmental Torts Litigation Section
*Counsel for Defendant United States of America*

mike@dowlingfirm.com
*Co-Lead Counsel for Plaintiffs*

*/s/ James A. Roberts, III*
James A. Roberts, III (N.C. Bar No.: 10495)
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410
P. O. Box 17529
Raleigh, NC 27619-7529
Telephone: (919) 981-0191
Fax: (919) 981-0199
jar@lewis-roberts.com
*Co-Lead Counsel for Plaintiffs*

*/s/ Mona Lisa Wallace*
Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
*Co-Lead Counsel for Plaintiffs*