IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-cv-00897-RJ

| IN RE: | ) | |
| :--- | :---: | :--- |
| | ) | |
| CAMP LEJEUNE | ) | **PLAINTIFFS' APPENDIX TO LOCAL** |
| WATER LITIGATION | ) | **CIVIL RULE 56.1 STATEMENT OF** |
| | ) | **MATERIAL FACTS** |
| This Document Relates to: | ) | |
| ALL CASES | ) | |

| Exhibit Number | Description of Exhibit |
| :---: | :---: |
| Exhibit 1 | March 19, 2024 Status Conference Transcript |
| Exhibit 2 | Declaration of Emmie L. Schulte |
| Exhibit 3 | Declaration of Paula J. Yost<br><br>Exhibit A to the Declaration of Paula J. Yost, Certified Document from the Surrogate and Clerk of Superior Court of Ocean County, New Jersey<br>Exhibit B to the Declaration of Paula J. Yost, Application Documents<br>Exhibit C to the Declaration of Paula J. Yost, Letters Testamentary<br>Exhibit D to the Declaration of Paula J. Yost, Affidavit of No Prior Estate<br>Exhibit E to the Declaration of Paula J. Yost, Application for Letters of Administration<br>Exhibit F to the Declaration of Paula J. Yost, Letters of Administration |

| Exhibit Number | Description of Exhibit |
|:---:|:---:|
| **Exhibit 4** | **Declaration of Mikki W. White**<br><br>Exhibit A to Declaration of Mikki W. White,<br>  Data on Number of Estates Opened for CLJA Decedents |
| **Exhibit 5** | **Affidavit of Carol A. Bassano**<br><br>Exhibit A to Affidavit of Carol A. Bassano,<br>  Military Record of Service<br>Exhibit B to Affidavit of Carol A. Bassano,<br>  Death Certificate<br>Exhibit C to Affidavit of Carol A. Bassano,<br>  Letters Testamentary |
| **Exhibit 6** | **Declaration of Rachael H. Armstrong**<br><br>Exhibit A to the Declaration of Rachael H. Armstrong,<br>  Military Service Record<br>Exhibit B to the Declaration of Rachael H. Armstrong,<br>  Death Certificate |
| **Exhibit 7** | **Affidavit of Eddie Mae Miller**<br><br>Exhibit A to the Affidavit of Eddie Mae Miller,<br>  Death Certificate |
| **Exhibit 8** | **Declaration of Aaron Jophlin, Esq.** |
| **Exhibit 9** | **Declaration of<br>James Russell Segars, III, Esq.** |

| Exhibit Number | Description of Exhibit |
|---|---|
| **Exhibit 10** | **Declaration of Mona Lisa Wallace, Esq. (Everette C. Armstrong, Jr.)** |
| **Exhibit 11** | **Declaration of Mona Lisa Wallace, Esq. (Thomas Anthony Bassano)** |
| **Exhibit 12** | **Declaration of James Franklin Key, II**<br><br>Exhibit A to the Declaration of James Franklin Key, II, Military Service Record<br>Exhibit B to the Declaration of James Franklin Key, II, Patricia Key Death Certificate<br>Exhibit C to the Declaration of James Franklin Key, II, Letters of Appointment for James Franklin Key<br>Exhibit D to the Declaration of James Franklin Key, II, Letters of Appointment for James Franklin Key, II and Patricia Kay Key |
| **Exhibit 13** | **Declaration of Whitney W. Williams**<br><br>Exhibit A to the Declaration of Whitney W. Williams, Email chain with Ms. Bianchi and Whitney W. Williams |