**EXHIBIT A**  OCEAN COUNTY SURROGATE'S COURT
118 Washington Street, Toms River, NJ

Docket # 220552

In the Matter of the Estate of

Thomas A Bassano

Deceased

**I, JEFFREY W. MORAN**, Surrogate of the County of Ocean and Clerk of the Superior Court, Chancery Division, Probate Part, Ocean County, do hereby certify that I have compared the annexed copy of the Last Will and Testament of

Thomas A Bassano

late of the County of Ocean and State of New Jersey, and the annexed copies of the Application, the Power of Attorney, the proofs, the Qualifications of executor, the Judgment of the Surrogate admitting the said Will to probate and Letters Testamentary which were granted and issued to

Carol A Bassano

with the records thereof, now remaining in this office, and have found the same to be a correct transcript thereof

**I Further Certify** that the said Last Will and Testament was duly executed and proven agreeably to the laws and usages of the State of New Jersey.



**IN TESTIMONY WHEREOF**, I have hereunto Set my hand and affixed my official seal of office on **January 3rd, 2023**

_____
JEFFREY W. MORAN
Surrogate and Clerk of the Superior Court