| STATE OF NORTH CAROLINA | | File No. 23E 88 |
|---|---|---|
| ONSLOW _____ County FILED | | In The General Court Of Justice Superior Court Division Before The Clerk |

### IN THE MATTER OF THE ESTATE OF

| Name Of Decedent/Minor/Incompetent | | |
|---|---|---|
| THOMAS ANTHONY BASSANO | 2023 JAN 26 A 9: 35 | **ESTATES ACTION** **COVER SHEET** |

| Date Of Birth | Date Of Death (if applicable) | |
|---|---|---|
| /2019 | 05/26/2017 C. S. C. | Rules 5(c) and 5.1(c) of the General Rules of Practice for the Superior and District Courts |

| Name Of Fiduciary 1 | Name Of Fiduciary 2 |
|---|---|
| CAROL A. BASSANO | |

| Telephone No. | Email Address | Telephone No. | Email Address |
|---|---|---|---|
| | | | |

| All persons listed below may be entitled to share in the decedent's estate *(Continue on back if necessary.)* | Name, Mailing Address, PO Box, City, State And Zip Of Attorney *(complete for initial appearance or change of address)* |
|---|---|
| 1. CAROL A. BASSANO | PAULA J. YOST<br>PO BOX 1385<br>MT PLEASANT NC 28124 |
| 2. THOMAS A. BASSANO JR. | |

| 3. KEITH J. BASSANO | Telephone No.<br>704-436-2263 | Cellular Telephone No.<br>704-280-3624 |
|---|---|---|
| 4. SUZANNE T. BASSANO | NC Attorney Bar No.<br>51166 | Attorney Email Address<br>paula@countrylawshack.com |
| 5. DAVID J. BASSANO | ☒ Initial Appearance in Case | ☐ Change of Address |
| 6. | Name Of Firm<br>The Law Office of Paula J. Yost | Fax No.<br>704-436-2512 |

### APPLICATION

*(check appropriate box)*

- ☐ Affidavit For Collection Of Personal Property - Intestate (AFCP)
- ☐ Affidavit For Collection Of Personal Property - Testate (AFCT)
- ☒ Ancillary Administration (ANCL)
- ☐ Appointment Of Receiver (APRC)
- ☐ Assignment Of Title (ASOT)
- ☐ Attorney Fee (ATFE)
- ☐ Caveat (CAVT)
- ☐ Collector (COLL)
- ☐ Continue (CNTN)
- ☐ Elective Share (ELSH)
- ☐ Emergency Removal Of Guardian (Without Hearing)
- ☐ Exemplified Administration (EXAD)
- ☐ Extension Of Time (EXTM) *(see NOTE)*
- ☐ General Guardianship - Incompetent (GUIN)
- ☐ General Guardianship - Minor (GUMI)
- ☐ Guardianship Of The Estate - Incompetent (GUEI)
- ☐ Guardianship Of The Estate - Minor (GUEM)
- ☐ Guardianship Of The Person (GUPE)
- ☐ Letters Of Administration (LOAD)
- ☐ Limited Personal Representative (LTPR)
- ☐ Payments To Clerk 28A-25-6 (PYCL)
- ☐ Petition To Reopen Estate (REOP)
- ☐ Petition To Sue As Indigent (OTHR)

- ☐ Power Of Attorney (POAT)
- ☐ Probate, Letters Testamentary - Administration CTA (PROB)
- ☐ Proceeding Exam To Discover Assets (PEDA)
- ☐ Removal/Substitution Of Fiduciary (RRFD)
- ☐ Removal/Substitution Of Trustee (RSOT)
- ☐ Renunciation Of Interest - Estate (RNIE)
- ☐ Renunciation Of Interest - No Estate (RNUN)
- ☐ Renunciation Of Testamentary Trustee (RNTT)
- ☐ Resignation Of Trustee (RSNT)
- ☐ Standby General Guardianship - Minor (SGUG)
- ☐ Standby Guardianship Of Person - Minor (SGUP)
- ☐ Summary Administration (SUMA)
- ☐ Summary Removal Of Personal Representative (Without Hearing)
- ☐ Trust (TRST)
- ☐ Trust - Cemetery (TCEM)
- ☐ Trust Under Will - Qualification And Accounting Required (TRUW)
- ☐ Trust Under Will - Qualification Required, No Accountings (TRNQ)
- ☐ Voluntary Dismissal - With Or Without Prejudice (VOLD)
- ☐ Will For Probate - No Qualification (WLPR)
- ☐ Year's Allowance (YEAL)
- ☐ Other *(specify and list each separately)*

| Date | Signature Of Attorney/Applicant |
|---|---|
| 01/12/2023 | |

**NOTE:** *All paper filings in estates shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the North Carolina Administrative Office of the Courts. If not included, the Clerk of Superior Court shall file the document(s), notify the party that the filing does not include the required cover sheet, and grant the party no more than five days to file the cover sheet. For subsequent paper filings, the filing party must include either an Estates (AOC-E-650), Motion (AOC-CV-752), or Court Action (AOC-CV-753) cover sheet.*

AOC-E-650, Rev. 8/21
© 2021 Administrative Office of the Courts

(Over)

# STATE OF NORTH CAROLINA

ONSLOW _____ County

FILED

File No. 23 E 88

In The General Court Of Justice
Superior Court Division
Before The Clerk

### IN THE MATTER OF THE ESTATE OF:

Name Of Decedent/Minor/Incompetent/Trust

THOMAS ANTHONY BASSANO

2023 JAN 26 A 9: 35

ONSLOW CO., C.S.C.

BY _____

## OATH/AFFIRMATION

N.C. Constitution, Art. VI., Sec. 7; G.S.11-7, 11-11; 28A-7-1

I, the undersigned, do solemnly ☐ swear ☒ affirm that I will support and maintain the Constitution and laws of the United States, and the Constitution and laws of North Carolina not inconsistent therewith; that I will be faithful and bear true allegiance to the State of North Carolina, and to the constitutional powers and authorities which are or may be established for the government thereof; and that I will endeavor to support, maintain and defend the Constitution of said State, not inconsistent with the Constitution of the United States, to the best of my knowledge and ability; and that I will faithfully discharge the duties of my office as indicated below;
☐ so help me, God.  ☒ and this is my solemn affirmation.

*(check office below)*

### ☐ OATH OF ADMINISTRATOR

I ☐ swear ☐ affirm that I believe that the above named decedent died without leaving any Last Will and Testament; that I will well and truly administer all and singular the goods and chattels, rights and credits of the deceased and a true and perfect inventory thereof return according to law; and that all other duties appertaining to the charge reposed in me, I will well and truly perform, according to law and with my best skill and ability;
☐ so help me, God.  ☐ and this is my solemn affirmation.

### ☒ OATH OF EXECUTOR

I ☐ swear ☒ affirm that I believe this paper writing to be and contain the Last Will and Testament of the above named decedent; and that I will well and truly execute the same by first paying the decedent's debts and then the decedent's legacies; as far as the said estate shall extend or the law shall charge me; and that I will well and faithfully execute the office of an executor, agreeably to the trust and confidence reposed in me, and according to law; ☐ so help me, God.  ☒ and this is my solemn affirmation.

### ☐ OATH OF ADMINISTRATOR CTA

I ☐ swear ☐ affirm that I believe this paper writing to be and contain the Last Will and Testament of the above named decedent; and that I will well and truly execute the same by first paying the decedent's debts and then the decedent's legacies, as far as the said estate shall extend or the law shall charge me; and that I will well and faithfully execute the office of an administrator cta to the best of my skill and ability and according to the law;
☐ so help me, God.  ☐ and this is my solemn affirmation.

### ☐ OATH OF FIDUCIARY

I ☐ swear ☐ affirm that I will faithfully and honestly discharge the duties reposed in me according to the best of my skill and ability, and according to law;  ☐ so help me, God.  ☐ and this is my solemn affirmation.

| Name Of Fiduciary 1 | Name Of Fiduciary 2 |
|---|---|
| CAROL A. BASSANO | |
| Signature Of Fiduciary | Signature Of Fiduciary |
| *Carol A. Bassano* | |
| ☐ SWORN ☒ AFFIRMED AND SUBSCRIBED TO BEFORE ME | ☐ SWORN ☐ AFFIRMED AND SUBSCRIBED TO BEFORE ME |
| Date  1·8·2023 | Date |
| Signature Of Person Authorized To Administer Oaths | Signature Of Person Authorized To Administer Oaths |

| ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |
|---|---|---|
| ☒ Notary | Date My Commission Expires  10·11·2027 | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court |
| SEAL | County Where Notarized  BERGEN, NJ | Date My Commission Expires |
| | | ☐ Notary |
| | | SEAL |

AOC-E-400, Rev. 3/07
© 2007 Administrative Office of the Courts

Original-File

ADIB E ABBOUD
Commission # 2365367
Notary Public, State of New Jersey
My Commission Expires
October 11, 2027

# STATE OF NORTH CAROLINA

ONSLOW County

FILED

In The General Court Of Justice
Superior Court Division
Before The Clerk

## IN THE MATTER OF THE ESTATE OF

Name Of Decedent/Incompetent
THOMAS ANTHONY BASSANO

2023 JAN 26  A 9: 36

ONSLOW SP C.S.C.

BY _____

# APPOINTMENT OF RESIDENT PROCESS AGENT

G.S. 28A-4-2(4); 35A-1213(b)

I, the qualified personal representative or guardian of the above named estate, submit to the jurisdiction of the North Carolina Courts in the above captioned matter, and appoint the resident process agent named below on whom may be served citations, notices and processes in all actions or proceedings with respect to this estate.

| Name, Street Address, PO Box, City, State And Zip Code Of Resident Process Agent | Date |
|---|---|
| PAULA J. YOST<br>5605 HWY 49 N<br>MT PLEASANT, NC 28124 | 8/8/2023 |

Name Of Personal Representative Or Guardian (type or print)
CAROL A. BASSANO

| Telephone | County Of Residence | Signature Of Personal Representative Or Guardian |
|---|---|---|
| 704-436-2263 | CABARRUS | Carol W. Bassano |

## ACCEPTANCE OF APPOINTMENT

I accept this appointment as resident process agent for the above named personal representative or guardian, and agree to notify the personal representative or guardian of all citations, notices and processes served on me as his or her resident process agent.

| Date | Name Of Resident Process Agent (type or print) | Signature Of Resident Process Agent |
|---|---|---|
| | PAULA J. YOST | Paula J. Yost |

# STATE OF NORTH CAROLINA

File No. 23 E 88

ONSLOW _____ County

FILED

## IN THE MATTER OF THE ESTATE OF

Name Of Decedent

THOMAS ANTHONY BASSANO

2023 JAN 26  A  9: 3

**INVENTORY
FOR DECEDENT'S ESTATE**

G.S. 28A-15-2, 28A-20-1

**IMPORTANT:** *File within three (3) months after qualifying. Itemize and give values as of date of decedent's death. Continue on additional sheet if necessary.*

I, the undersigned personal representative, being duly sworn, say that to the best of my knowledge the following is a just, true, and perfect inventory of all the real and personal property of the decedent named above, which has come into my hands or into the hands of any person for me as personal representative of the estate.

## PART I. PROPERTY OF THE ESTATE

| | | VALUE |
|---|---|---|
| 1. Accounts In Sole Name Of Decedent *(List bank, etc., account type, and balance. Do not list account nos.)* | | $ 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| 2. Joint Accounts **Without** Right Of Survivorship *(List bank, etc., account type, balance, and joint owners. Do not list account nos.)* | | |
| | % Owned By Decedent | 0.00 |
| | % Owned By Decedent | 0.00 |
| | % Owned By Decedent | 0.00 |
| 3. Stocks And Bonds In Sole Name Of Decedent Or Jointly Owned **Without** Right Of Survivorship *(Identify each type of security and give market value of all securities of that type, e.g., 100 shares of XYZ Corp. common stock at 37-1/4...$3,725.)* | | |
| | % Owned By Decedent | 0.00 |
| | % Owned By Decedent | 0.00 |
| | % Owned By Decedent | 0.00 |
| | % Owned By Decedent | 0.00 |
| | % Owned By Decedent | 0.00 |
| 4. Cash And Undeposited Checks On Hand | | |
| | | 0.00 |
| | | 0.00 |
| 5. All Other Personal Property *(e.g., vehicles, household furnishings, farm products, equipment, tools)* | | |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| 6. Real Estate Willed To The Estate, Directed By The Will To Be Sold, And Sold *(Attach legal description and proceeds of sale for each parcel.)* | | |
| | | 0.00 |
| **ADDITIONAL AMOUNT CARRIED OVER FROM ATTACHMENT** *(if applicable)* ▶ | | $ 0.00 |
| **TOTAL PART I.** *(Costs apply to this total)* ▶ | | $ |

7. Real Estate Willed To The Estate, Directed By The Will To Be Sold, And Not Sold *(Attach legal description of each parcel and give fair market value at date of death.)*

| | $ 0.00 |
|---|---|

8. There  ☐ Is  ☒ Is not  a pending lawsuit that involves the decedent.

(Over)

AOC-E-505, Rev. 8/21
© 2021 Administrative Office of the Courts

## PART II. PROPERTY WHICH CAN BE ADDED TO ESTATE IF NEEDED TO PAY CLAIMS

| | VALUE |
|---|---|
| 1. Joint Accounts With Right Of Survivorship *(List each account and give names of other joint owners and total amount on deposit in each account. Do not list account nos. Attach copy of deposit contract/signature card unless already attached to application.)* | |
| | $ 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| 2. Stocks/Bonds/Securities Jointly Owned With Right Of Survivorship Or Registered In Beneficiary Form And Automatically Transferable On Death *(Identify each type of security and give market value of all securities of that type, e.g., 100 shares of XYZ Corp. common stock at 37-1/4...$3,725.)* | |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| 3. Other Personal Property Recoverable (G.S. 28A-15-10) | |
| | 0.00 |
| | 0.00 |
| 4. Real Estate Except Entireties Property, Life Estate And Real Estate Willed To Estate *(List legal description and give fair market value of each parcel of decedent's interest at date of death.)* | |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| **TOTAL PART II.** | $ |

## PART III. CLAIMS FOR WRONGFUL DEATH

There [X] is [ ] is not a potential claim for wrongful death arising under G.S. 28A-18-2. The following attorney, if any, has been retained to file the action, and the civil action, if any, has been filed in the following court or jurisdiction:

| Name And Address Of Attorney | State And County Or Federal District Court Jurisdiction |
|---|---|
| Wallace & Graham, P.A.<br>525 N Main St<br>Salisbury, NC 28144 | |
| | Case No. |

| Signature Of Fiduciary | Title | Signature Of Co-Fiduciary, If Any | Title |
|---|---|---|---|
| *Carol Q. Brown* | Ancillary Executor | | |

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | | SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | |
|---|---|---|---|
| Date<br>1.8.2023 | Signature Of Person Authorized To Administer Oaths | Date | Signature Of Person Authorized To Administer Oaths |
| [ ] Deputy CSC   [ ] Assistant CSC   [ ] Clerk Of Superior Court | | [ ] Deputy CSC   [ ] Assistant CSC   [ ] Clerk Of Superior Court | |
| [X] Notary | Date My Commission Expires<br>10.11.2027 | Date My Commission Expires | [ ] Notary |
| SEAL | County Where Notarized<br>BERGEN , NJ | County Where Notarized | SEAL |

AOC-E-505, Side Two, Rev. 8/21

© 2021

ADIB E ABBOUD
Commission # 2365367
Notary Public, State of New Jersey
My Commission Expires
October 11, 2027

# STATE OF NORTH CAROLINA

ONSLOW _____ County

FILED

**IN THE MATTER OF THE ESTATE OF**

Name Of Decedent

THOMAS ANTHONY BASSANO

2023 JAN 2b A 9:39

ON... ... ..., C.S.C.

BY _____

File No. 23 E 88

In The General Court Of Justice
Superior Court Division
Before The Clerk

**ADDENDUM TO APPLICATION
FOR PROBATE OF OUT-OF-STATE
WILL OR CODICIL**

G.S. 31-11.6, -46; 10 U.S.C. 1044d(d)

I, the undersigned, applying for probate, being first duly sworn, say that:

1. The decedent was physically present in the state of _____ NEW JERSEY _____ at the time of the testamentary document's execution.

2. The decedent was domiciled in the state of _____ NEW JERSEY _____ at the time of the testamentary document's execution.

3. The decedent was domiciled in the state of _____ NEW JERSEY _____ at the time of death.

4. The testamentary document referenced in the attached ☐ [X] Application For Probate And Letters (AOC-E-201)
   ☐ Application For Probate (AOC-E-199)  ☐ Application For Probate And Petition For Summary Administration (AOC-E-905)
   ☐ Affidavit For Collection Of Personal Property Of Decedent (AOC-E-203)  was executed in the state of _____ NEW JERSEY _____
   on _____ 10/08/2013 _____ (date) and is valid for probate in North Carolina because:

   ☐ a. Its execution complied with the laws of North Carolina ☐ at the time of execution, ☐ at the time of death of the testator,
   **as shown by the attached documentation and legal authority.**

   ☐ b. Its execution complied with the law of the jurisdiction in which the testator was physically present at the time of execution,
   **as shown by the attached documentation and legal authority. This documentation substantiates that any and all
   requirements for the testamentary document to be proved a valid will under the law of that jurisdiction as it existed
   at that time have been met,** *even if it was never probated there.*

   [X] c. Its execution complied with the law of the place where the testator was domiciled ☐ at the time of execution, [X] at the time of
   death of the testator, **as shown by the attached documentation and legal authority. This documentation substantiates
   that any and all requirements for the testamentary document to be proved a valid will under the law of that place as it
   existed at that time have been met,** *even if it was never probated there.*

   ☐ d. It is a military testamentary instrument executed in accordance with the provisions of 10 U.S.C. § 1044d(d) or any successor
   or replacement statute.

5. The testamentary document referenced in the attached Application [X] was ☐ was not probated in another state. *(If the document
   was probated in another state, a copy of the Certificate of Probate from the other state should be attached to this document.)*

NOTE: G.S. 31-11.6(d) provides: "Any will recognized as valid under
G.S. 31-46(1) or (2) and shown by the propounder to have been made
self-proved under the laws of the jurisdiction in which the testator was
physically present at the time of execution or the place where the testator
was domiciled at the time of execution or at the time of death shall be
considered as self-proved." Persons proceeding under that subsection
should provide sufficient documentation as to affirmatively show that the
will was made self-proved under the laws of that state.

NOTE: G.S. 31-11.6(e) provides: "A military testamentary instrument
executed in accordance with the provisions of 10 U.S.C. § 1044d(d)
or any successor or replacement statute shall be considered as
self-proved."

AOC-E-309, Rev. 7/19
© 2019 Administrative Office of the Courts

Signature Of Applicant

Name Of Applicant (type or print)

CAROL A. BASSANO

**SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME**

Date  1·8·2023

Signature Of Person Authorized To Administer Oaths

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

[X] Notary | Date Commission Expires  10·11·2027 | SEAL

County And State (Or Country) Where Oath Administered  BERGEN, NJ

ADIB E ABBOUD
Commission # 2365367
Notary Public, State of New Jersey
My Commission Expires
October 11, 2027

1·8·2023