**EXHIBIT D**

STATE OF NORTH CAROLINA  IN THE GENERAL COURT OF JUSTICE
ONSLOW COUNTY  ESTATES DIVISION
FILE NO. 22 E 977

FILED 2022 OCT -7 P 4:05
ONSLOW CO., C.S.C.
BY _____

IN THE MATTER OF
EVERETTE C ARMSTRONG JR.,
DECEASED

AFFIDAVIT OF NO PRIOR ESTATE

NOW COMES THE AFFIANT, being first duly sworn, and deposes and states:

1. Affiant is Paula J. Yost, Attorney for the Estate.

2. As noted in the Death Certificate I am providing, the above-referenced decedent died in Madison County, in the state of New York.

3. I have done an appropriate inquiry with the appropriate officials and have determined that no estate was opened following this individual's death. Based upon my inquiry, I believe no estate has ever been opened for this individual.

_____
PAULA J YOST

Sworn and subscribed before I, a notary public of _North Carolina_ Stanly County on the _3rd_ day of _Oct_, 2022.

_____
Notary Public
My commission expires: 22 January 2025

[Notary seal: JESSICA GOLDSTEIN, NOTARY PUBLIC, STANLY COUNTY, N.C., MY COMMISSION EXPIRES 1/22/2025]