| STATE OF NORTH CAROLINA | File No. 22 E 977 | In The General Court Of Justice Superior Court Division Before The Clerk |
|---|---|---|
| ONSLOW County | | |

**IN THE MATTER OF THE ESTATE OF**

FILED
2022 OCT -7 P 4:05
ONSLOW CO., C.S.C.
BY _____

**APPLICATION FOR LETTERS OF ADMINISTRATION**

G.S. 28A-6-1, 28A-12-4

Name, Street Address, City, State, And Zip Code Of Decedent
EVERETTE C. ARMSTRONG, JR

County Of Domicile At Time Of Death
MADISON, NY

Date Of Death
12/03/2018

Place Of Death (if different from County Of Domicile)

Name, Street Address, PO Box, City, State, And Zip Code Of Applicant
RACHAEL ARMSTRONG

Name, Street Address, PO Box, City, State, And Zip Code Of Co-Applicant

Legal Residence (County, State)
MADISON, NY

Legal Residence (County, State)

Name, Street Address, PO Box, City, State, And Zip Code Of Attorney
PAULA J. YOST
PO BOX 1385
MT PLEASANT NC 28124

Attorney Bar No.
51166

I, the undersigned, applying for letters of administration in the above estate, being first duly sworn, say that:

1. The decedent was domiciled in this county at the time of the decedent's death, or left property or assets in this county, or was a nonresident motorist who died in North Carolina; ☒ no other proceeding for probate or for administration is pending in any jurisdiction.
2. ☒ a. I am the person entitled to apply for letters or am applying after all persons having prior right to apply have renounced.
   ☐ b. I am applying subject to G.S. 28A-6-2(1) and move that all necessary notices be issued.
   ☐ c. I am the public administrator appointed by the Court.
3. I am not disqualified pursuant to G.S. 28A-4-2 to administer the estate and have not renounced my right to do so.
4. After diligent inquiry, I have determined that the persons listed below are all the persons entitled to share in the decedent's estate. (If there is a court-appointed guardian for any such person(s), list the guardian's name and address on an attachment.)

| NAME | AGE | RELATIONSHIP | MAILING ADDRESS |
|---|---|---|---|
| RACHAEL ARMSTRONG | 18+ | SPOUSE | |
| DALE ARMSTRONG | 18+ | SON | |

Original - File    Copy - Applicant
(Preliminary Inventory On Reverse)

AOC-E-202, Rev. 8/21
© 2021 Administrative Office of the Courts

# PRELIMINARY INVENTORY

*(Give values as of date of decedent's death. Continue on separate attachment if necessary.)*

## PART I. PROPERTY OF THE ESTATE

| | Est. Market Value |
|---|---|
| 1. Accounts solely in the name of decedent *(List bank, etc., account type, and balance. Do not list account nos.)* | $ |
| 2. Joint accounts **without** right of survivorship *(List bank, etc., account type, balance, and joint owners. Do not list account nos.)* % Owned By Decedent / % Owned By Decedent / % Owned By Decedent / % Owned By Decedent | |
| 3. Stocks/bonds/securities solely in the name of decedent or jointly owned **without** right of survivorship — % Owned By Decedent | |
| 4. Cash and undeposited checks on hand | |
| 5. Household furnishings | |
| 6. Farm products, livestock, equipment, and tools | |
| 7. Vehicles | |
| 8. Interests in partnership or sole proprietor businesses | |
| 9. Insurance, Retirement Plans, IRAs, annuities, etc., payable to Estate | |
| 10. Notes, judgments, and other debts due decedent | |
| 11. Miscellaneous personal property | |
| 12. Estimated annual income of Estate | |
| *(Base bond on this amount, if applicable.)* **TOTAL PART I.** | $ |

## PART II. PROPERTY WHICH CAN BE ADDED TO ESTATE IF NEEDED TO PAY CLAIMS

| | |
|---|---|
| 1. Joint accounts with right of survivorship *(List bank, etc., account type, balance, and joint owners. Do not list account nos.)* | $ |
| 2. Stocks/bonds/securities registered in beneficiary form and immediately transferred on death or jointly owned with right of survivorship | |
| 3. Other personal property recoverable (G.S. 28A-15-10) | |
| 4. Real estate owned by decedent and not listed elsewhere | |
| **TOTAL PART II.** | $ |

## PART III. OTHER PROPERTY

1. There ☐ is ☐ is not entireties real estate owned by decedent and spouse.
2. There ☐ are ☐ are not Insurance, Retirement Plans, IRAs, annuities, etc., payable to named beneficiaries.
3. There ☒ is ☐ is not a potential claim for wrongful death arising under G.S. 28A-18-2.

Signature Of Applicant: *Rachael [signature]*

**SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME**

Date: 9/28/22

Signature Of Person Authorized To Administer Oaths: *Shelby [signature]*

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

☑ Notary

Date Commission Expires: 12/23/23

County Where Notarized: Madison

SEAL

Signature Of Co-Applicant:

**SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME**

Date:

Signature Of Person Authorized To Administer Oaths:

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

☐ Notary

Date Commission Expires:

County Where Notarized:

SEAL

AOC-E-202, Side Two, Rev. 8/21
© 2021 Administrative Office of the Courts

SHELBY M. ACKERMAN
Notary Public, State of New York
Reg. No. 01AC6401961
Qualified in Madison County
My Commission Expires Dec. 23, 2023