IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: )<br>)<br>CAMP LEJEUNE WATER )<br>LITIGATION )<br>)<br>)<br>This Document Relates to: )<br>ALL CASES )<br>)<br>) | **DECLARATION OF<br>MIKKI W. WHITE** |

I, Mikki W. White, of full age, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury the following is true and correct:

1. I am over the age of 18 and competent to make this declaration. I am familiar with the facts contained herein based upon my personal knowledge. I am a citizen and resident of Onslow County, North Carolina.

2. I am the Administrative Assistant Onslow County Clerk of Court in Jacksonville, North Carolina. Our Office handles estate and probate filings.

3. The Camp Lejeune Justice Act ("CLJA") was signed into law on August 1, 2022.[1]

4. Since 2022, our Office has been opening estates for decedents and those applying to be administrators on their behalf, including many non-resident decedents, for CLJA purposes. Our Office administers these proceedings and processes incoming inquiries and requests and applications to open new estates for decedents. We also administer requests and applications to re-open closed estates for CLJA decedents.

---

[1] https://www.navy.mil/clja/#:~:text=On%20August%2010%2C%202022%2C%20President,(PACT)%20Act%20of%202022.

1

5.  All of the estates our Office opens and administers for CLJA decedents are in addition to our normal annual caseload of non-CLJA estates which our Office ordinarily administers.

6.  We perform our professional duties pursuant to North Carolina law and using forms promulgated by the North Carolina Administrative Office of Courts so that the appointed estate representatives may resolve estates, pursue claims if that is their goal and otherwise exercise their legal rights and duties.

7.  Based on a review of our records, we have provided some information regarding trends in case filings in the Onslow Clerk's Office for estates. *See* **Exhibit 1**.

8.  The records reflect with regard to CLJA-related estate proceedings that were filed and opened with our Office, starting in February 2022:

| Month | New estate files opened |
|---|---|
| February 2022 | 2 |
| March 2022 | 4 |
| April 2022 | 2 |
| May 2022 | 4 |
| June 2022 | 5 |
| July 2022 | 7 |
| August 2022 | 7 |
| Sept 2022 | 23 |
| October 2022 | 27 |
| Nov 2022 | 29 |
| December 2022 | 43 |
| **Total 2022:** | **153 estate files**. |

9.  As shown above, the number of CLJA files we opened for Camp Lejeune decedents in 2022 came to 153 files. As shown below, this total for 2022 increased by over 15 (fifteen) times for 2023:

2

Case 7:23-cv-00897-RJ   Document 187-10   Filed 05/01/24   Page 2 of 4

| Month | New files opened. | Old files re-opened. |
|---|---|---|
| January 2023 | 43 | 10 |
| February 2023 | 64 | 21 |
| March 2023 | 129 | 37 |
| April 2023 | 112 | 17 |
| May 2023 | 195 | 23 |
| June 2023 | 186 | 10 |
| July 2023 | 201 | 44 |
| August 2023 | 290 | 28 |
| September 2023 | 255 | 27 |
| October 2023 | 276 | 9 |
| November 2023 | 295 | 16 |
| December 2023 | 289 | 13 |
| **Total 2023:** | **New: 2,335** | **Reopened: 244** |

**Grand Total for 2023: 2,579.**

10. As shown above, starting in 2023, CLJA claimants also began to file proceedings with our Office to reopen previously closed estates. When those 2023 file re-openings are combined with the 2023 new file openings, the grand total for 2023 was 2,579 files. This was an unprecedented amount of work to be placed upon our limited staff and has resulted in an increasing backlog of incoming materials and applications for the opening of yet more new and re-opened estates. The current backlog is about 250 cases.

11. The information our Office has for year 2024 so far shows:

| Month | New files opened. | Old file re-opened. |
|---|---|---|
| January 2024 | 267 | 31 |
| February 2024 | 307 | 40 |
| March 2024 | 414 | 43 |
| April 2024 | | |
| **Total so far 2024:** | **New: 988** | **Reopened: 114** |

**Grand Total: 1,102.**

12. Opening each estate file is a significant task. Our Office must complete a series of steps and address numerous varieties of incoming telephone calls, emails and other correspondence, hand-delivered materials and filings to include 90-day inventories and annual

accountings for the duration of the litigation case and mailed documents. Our Office has limited resources.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of April in Jacksonville, North Carolina.

*Mikki W. White*
Mikki W. White, Assistant Clerk of Court