# Exhibit A

## Onslow County Clerk of Court
## Data on Number of Estates Opened for CLJA Decedents

| Month | New | Reopen |
|---|---|---|
| February 2022 | 2 | |
| March 2022 | 4 | |
| April 2022 | 2 | |
| May 2022 | 4 | |
| June 2022 | 5 | |
| July 2022 | 7 | |
| August 2022 | 7 | |
| Sept 2022 | 23 | |
| October 2022 | 27 | |
| Nov 2022 | 29 | |
| December 2022 | 43 | |
| **Total 2022:** | 153 estate files. | |
| January 2023 | 43 | 10 |
| February 2023 | 64 | 21 |
| March 2023 | 129 | 37 |
| April 2023 | 112 | 17 |
| May 2023 | 195 | 23 |
| June 2023 | 186 | 10 |
| July 2023 | 201 | 44 |
| August 2023 | 290 | 28 |
| September 2023 | 255 | 27 |
| October 2023 | 276 | 9 |
| November 2023 | 295 | 16 |
| December 2023 | 289 | 13 |
| **Total 2023:** | New: 2,335. | Reopened: 244 |
| **Grand total 2023:** | 2,579 | |
| January 2024 | 267 | 31 |
| February 2024 | 307 | 40 |
| March 2024 | 414 | 43 |
| April 2024 | | |
| **Total to date 2024:** | New: 988 | Reopened: 114 |
| **Grand Total 2024:** | 1,102. | |