IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAMP LEJEUNE ) | |
| WATER LITIGATION ) | **AFFIDAVIT OF CAROL A. BASSANO** |
| ) | |
| This Document Relates to: ) | |
| ALL CASES ) | |
| ) | |

Carol A. Bassano, first being duly sworn, deposes and says as follows:

1. I am a citizen and resident of Bergen County, New Jersey.

2. I am over the age of 18 years and suffer from no mental disability. I am competent to testify concerning the matters stated herein, and the statements contained in this affidavit are based upon my personal knowledge.

3. My husband, Thomas A. Bassano, served in the United States Marine Corps at Camp Lejeune from May 15, 1958 through January 30, 1959 and from May 8, 1959 through February 14, 1961. Attached as Exhibit A is a true and correct copy of his military record of service.

4. Thomas died on May 26, 2017, from non-Hodgkin's lymphoma. He also had a history of prostate and colon cancer. Thomas and I lived in New Jersey at the time of his death. Attached as Exhibit B is a true and correct copy of his death certificate.

5. On January 26, 2023, I applied for the issuance of letters testamentary from the Onslow County Clerk of Superior Court in Onslow County, North Carolina so that I could submit an administrative claim to the Department of the Navy as Thomas's legal representative.

6. On January 26, 2023, the Onslow County Clerk of Superior Court issued letters testamentary to me to serve as Thomas's personal representative for the purpose of pursuing a CLJA claim. Attached as Exhibit C is a true and correct copy of the letters testamentary.

7. I filed an CLJA administrative claim with the Department of the Navy as my husband's legal representative on May 25, 2023

Further this affiant saith not.

This the 9th day of April, 2024.

Carol A. Bassano

STATE OF __NJ__
COUNTY OF __BERGEN__

Sworn to and subscribed before me this the __9th__ day of April, 2024.

(SEAL)

ADIB E ABBOUD
Commission # 2365367
Notary Public, State of New Jersey
My Commission Expires
November 11, 2027

My Commission Expires: 10.11.2027