# RECORD OF SERVICE

| ORGANIZATION | DATE | REASON | PRIMARY DUTY | CONDUCT | PROFICIENCY | SIGNATURE OF MARKING OFFICER |
|---|---|---|---|---|---|---|
| USMCRS-N.Y., N.Y. | 30Jan58 | Jd/Enl | - - - | | | Robert J Hurley By Dir |
| USMCRS-N.Y., N.Y. | 12Feb58 | Disch | - - - | | | Robert J Hurley By Dir |
| Enlisted | 13Feb58 | in the USMC. See page 11. | | | | |
| USMCRS-N.Y., N.Y. | 13Feb58 | Jd/Enl | Recruit | | | Robert J Hurley By Dir |
| 1stRTBn, RTR, MCRDep, PISC | 15Feb58 | Jd | UnderRecTrng | | | M Water ByDir |
| 1stRTBn, RTR, MCRDep, PISC | MAY 14 1958 | Tr | UnderRecTrng | 4.5 | 4.1 | M Water ByDir |
| F Co 1stBn 1stInfTrngRegt MCB, CLNC | 15 MAY 1958 | Joined | Under Instr Inf Cmbt Trng | | | JH Wright |
| F Co 1stBn 1stInfTrngRegt MCB, CLNC | 14 JUN 1958 | Tr | Under Instr Inf Cmbt Trng | 4.1 | 4.1 | JH Wright CO |
| CasSec H&S Co 1stInf TrngRegt MCB CLNC | 15 JUN 1958 | Jd | On Leave | | | |
| CasSec H&S Co 1stInf TrngRegt MCB CLNC | JUL 5 1958 | To Du | Awtg Asgn | | | |
| CasSec H&S Co 1stInf TrngRegt MCB CLNC | JUL 17 1958 | Trans | Awtg Asgn | | | K S Kay ByDir |
| Co "H", 2dBn 6thMar 2dMarDiv, FMF, CLNC | 18Jul58 | Jd | Asst BARman | | | J F Malloy ByDir |
| Co H 2dBn(Rein)6thMar GOLF %FPO NewYork NY | 31Jan59 | Semi-an | Asst BARman | 4.3 | 4.2 | A J McCann Capt CO |
| Co H 2dBn 6thMar 2dMarDiv FMF CamLej | 8May59 | To TAD | Ass't BARman | | | J F Malloy By dir |
| HqCo 6thMar 2ndMar Div FMF CLNC | 9May59 | For TAD | Regt Baseball Team | | | Thomas O'Brien By dir |
| HqCo 6thMar 2ndMarDiv FMF, CamLej, NC | 31Jul59 | Semi-an | Regt Baseball Team | | | CO |
| HqCo, 6th Mar, 2ndMar Div, FMF, CLNC | 6 Aug 59 | TAD termin | Regt Baseball Team | 4.5 | 4.5 | D Macklin CO |
| Co H 2dBn 6thMar 2dMarDiv FMF CamLej | 7Aug59 | To du | Asst BARman | | | S K Paul By dir |
| Co H 2dBn 6thMar 2dMarDiv FMF CamLej | 12Aug59 | To TAD | Ass't BARman | | | J A Malloy 1stLt By dir |
| HqCo 6thMar 2ndMarDiv FMF CamLej NC | 13Aug59 | For TAD | Regimental Football Team | | | T Higgins CO |
| Hq. Co. 6th MAR. 2d MAR DIV FMF | DEC 14 1959 | TAD Compl | Regt Football Team | 4.5 | 4.5 | A H Gutenberg CO |
| Co H 2dBn 6thMar 2dMarDiv FMF CLNC | 14Dec59 | Fr TAD To du | Asst BARman | | | G O Rotenberg By dir |
| Co "H" 2dBn 6thMar 2dMarDiv FMF CLNC | 31Jan60 | Semi-An | Asst BARman | 4.4 | 4.2 | A L Henderson Capt CO |
| Co "H" 2dBn(Rein) 10thProvMarBrig | 8Mar60 | To TAD | Asst BARman | | | C T Carlton By dir |
| HqCo 6thMar 2ndMar Div FMF CLNC | 9Mar60 | ForTAD | SplServ | | | James E. Sikes CO |
| Hq. Co. 6th MAR. 2d MAR DIV FMF | JUN 21 1960 | TAD Term | Spl Serv | | | By dir |

| NAME (Last) | (First) | (Middle) | SERVICE NO. |
|---|---|---|---|
| BASSANO | Thomas | Anthony | 1692882 |

NAVMC 118 (3)-PD (REV. 7-54) (SUPERSEDES PREVIOUS EDITION WHICH WILL NOT BE USED)
16—70721-1  U.S. GOVERNMENT PRINTING OFFICE: 1955—O-336951

BEST COPY

## RECORD OF SERVICE

| ORGANIZATION | DATE | REASON | PRIMARY DUTY | GMSP | CON-DUCT | Duty PROFI-CIENCY | SIGNATURE OF MARKING OFFICER | |
|---|---|---|---|---|---|---|---|---|
| HqCo, 6thMar 2dMarDiv, FMF | 31Jul60 | SemiAn | SpecSer | NO | 4.4 | 4.4 | R B Brown | CO |
| Hq. Co. 6th MAR. 2d MAR DIV FMF | 9Aug60 | To UA | AWOL | | | | R B Brown | CO |
| Hq. Co. 6th MAR. 2d MAR DIV FMF | 11Aug60 | Fr UA | AWOL | | | | RB | CO |
| Hq. Co. 6th MAR. 2d MAR DIV FMF | 11Aug60 | Surr | SplSer | | | | R B Brown | CO |
| Hq. Co. 6th MAR, 2d MAR DIV FMF | 4Oct60 | TAD Compl | SplServ | NO | 4.4 | 4.4 | Allen J. Greene | CO |
| Co H 2dBn 6thMar 2dMarDiv,FMF,CamLej | 5Oct60 | Fr TAD To du | A-BARman | | | | J. H. Fortenberry | dir |
| Co H 2dBn 6thMar 2dMarDiv,FMF,Cam | 27Dec60 | Tr | A-BARman | | 4.0 | 4.5 | J. W. Wirtu | CO |
| SU#1,H&SCo,2dBn,6th Mar,2dMarDiv,FMF | 28Dec60 | Jd | Awtg dis | | | | R G Work | CO |
| SU#1,H&SCo,2dBn,6th Mar,2dMarDiv,FMF | 14Feb61 | Rel fr Ac du | Awtg dis | | | | R G Work | CO |
| ENL VOL RES 1stMCRRD | 15Feb61 | Jd | Inactive | | | | Nelson Gilliam | |
| Headquarters | 31Jan64 | Dis | Inactive | | | | Robert F. Lucas | |
| 1st MCRRD | 31Jan64 | FinalM | Inactive | | 4.3 | 4.3 | | dir |

NAME (Last): BASSANO (First): Thomas (Middle): Anthony SERVICE NO: 1692882

NAVMC 118 (3)-PD (REV. 7-54) (SUPERSEDES PREVIOUS EDITION WHICH WILL NOT BE USED)  3a   16—70721-1  U. S. GOVERNMENT PRINTING OFFICE: 1955—O-336951

Case 7:23-cv-00897-RJ   Document 187-13   Filed 05/01/24   Page 2 of 2