

## STATE OF NEW JERSEY

A0011605667

STATE FILE NUMBER

20170030618

# CERTIFICATE OF DEATH

DECEASED NAME

## *THOMAS A BASSANO*

DATE OF BIRTH      SEX      DATE OF DEATH

████*/1939*      *MALE*      *05/26/2017*

PLACE OF DEATH      COUNTY OF DEATH

## *MANCHESTER TOWNSHIP*      *OCEAN*

RESIDENCE ADDRESS      SOCIAL SECURITY NUMBER

████ ████      ████*5764*

MUNICIPALITY OF RESIDENCE      COUNTY OF RESIDENCE

## *MANCHESTER TOWNSHIP*      *OCEAN*

DOMESTIC STATUS      SURVIVING SPOUSE/PARTNER
*(Name given at birth or on birth certificate)*

*MARRIED*      *CAROL ANN FARNUM*

MANNER OF DEATH: *NATURAL*

CAUSE OF DEATH:
*NON-HODGKINS LYMPHOMA*

DATE ISSUED: *MAY 30, 2017*

DATE FILED WITH REGISTRAR: *05/30/2017*      AMENDED DATE:

ISSUED BY:
*Lacey Township*

*Susan Connor, Local Registrar*

This is to certify that the above is correctly
copied from a record on file in my office.

*Certified copy not valid unless the raised
Great Seal of the State of New Jersey
or the seal of the issuing municipality
or county, is affixed hereon.*

REG-42A
JUN 14





Vincent T. Arrisi
State Registrar
Office of Vital Statistics and Registry

THIS DOCUMENT CONTAINS A UNIQUE STATE OF NJ WATERMARK HOLD AT LIGHT TO VERIFY

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD: VOID IF ALTERED.