DocuSign Envelope ID: 7DD288C7-A9A2-4E65-936B-14A5390BE616

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-CV-897

| | |
|---|---|
| IN RE: )<br>)<br>CAMP LEJEUNE )<br>WATER LITIGATION )<br>)<br>This Document Relates to: )<br>ALL CASES )<br>) | **DECLARATION OF<br>RACHAEL H. ARMSTRONG** |

I, Rachael H. Armstrong, declare as follows:

1. I am a citizen and resident of Morrisville (Madison County), New York.

2. I am over the age of 18 years and suffer from no mental disability. I am competent to testify concerning the matters stated herein, and the statements contained in this Declaration are based upon my personal knowledge.

3. My husband, Everette C. Armstrong, Jr., served in the United States Marine Corps at Camp Lejeune from April 9, 1965 through January 25, 1966, from May 24, 1967 through June 21, 1967, and from June 2, 1969 through September 18, 1969. Attached as Exhibit A is a true and correct copy of his military service record.

4. Everette was diagnosed with kidney cancer in 2018. Unfortunately, he died later that same year, on December 3, 2018, at the age of 71. Everette and I lived in New York at the time of his death. Attached as Exhibit B is a true and correct copy of his death certificate.

5. There was no need to open an estate after Everette's death in New York, so I did not. When I decided to pursue a claim arising out of my husband's Camp Lejeune water exposure, I relied upon attorney Paula Yost to get me appointed as legal representative for my husband's estate using the procedure provided in Onslow County, North Carolina.

6. After I was appointed as legal representative of my husband's estate, a Camp Lejeune Justice Act claim was filed with the Department of Navy on November 14, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: 4/10/2024 | 13:05:56 EDT

*Rachael H. Armstrong* (DocuSigned)

Rachael H. Armstrong