## RECORD OF SERVICE

| ORGANIZATION | DATE | REASON | PRIMARY DUTY | GENERAL MILITARY SUBJECTS | DUTY | CONDUCT | SIGNATURE OF MARKING OFFICER |
|---|---|---|---|---|---|---|---|
| 2d RecruitTrngBn, MCRDep, PISC | JAN 21 1965 | Jd | Under RecruitTrng | | | | ByDir |
| 2d RecruitTrngBn, MCRDep, PISC | 8 APR 1965 | Tr | RecruitTrng Compl | | 3.9 | 4.0 | ByDir |
| 2dITBn 1st ITR MCB, CamLej | APR 9 1965 | Jd | Under Instn InfCombTrng | | | | ByDir |
| 2dITBn 1st ITR MCB, CamLej | MAY 28 1965 | Trans | IndivCbtTrng Completed | 3.6 | 4.2 | 4.1 | ByDir |
| SU #1, 1stBn, 2dMar 2dMarDiv, FMF, CamLej | 29May65 | Jd to Lv | Awt Assgt | | | | ByDir |
| SU #1, 1stBn, 2dMar 2dMarDiv, FMF, CamLej | 3Jun65 | Tr on Lv | Awt Assgt | | | | ByDir |
| CoC, 1stBn(Rein), 2dMar, 2dMarDiv, FMF | 4Jun65 | Jd/Onlv | Awt Asg | | | | ByDir |
| CoC, 1stBn, 2dMar, 2dMarDiv, FMF, CLNC | 16Jun65 | Asg ChPriDu | 0311 ARifleman | | | | ByDir |
| CoC, 1stBn(Rein), 2dMar, 2dMarDiv, FMF | 31Jul65 | semiann | 0311 ARflman | 3.9 | 3.9 | 4.0 | ByDir |
| CoC, 1stBn(Rein), 2dMar, 2dMarDiv, FMF | 22Nov65 | Ch Status | Messman | | | | ByDir |
| CoC, 1stBn(Rein), 2dMar, 2dMarDiv, FMF | 21Dec65 | Ch Status | 0311 ARflman | | | | ByDir |
| CoC, 1stBn, 2dMar, 2dMarDiv, FMF, CamLej, N.C. | 25Jan66 | Tr | 0311 ARflman | 3.9 | 4.0 | 4.0 | CO |
| Co"M" 3rdBn 9thMar 3rdMarDiv(Rein)FMF | 31Mar66 | Jd | Rifleman 0311 | | | | Bydir |
| "M Co. 3d Bn. 9th Mar. 3d MarDiv (Rein) FMF | JUL 31 1966 | Semi-Ann ChPriDu | Auto-Rflman 0311 | | 4.2 | 4.1 | CO |
| "M Co. 3d Bn 9th Mar. 3d MarDiv (Rein) FMF | 6Aug66 | ChPriDu | SqdLdr 0311 | | 4.6 | 4.7 | |
| Co"M", 3dBn, 9thMar 3dMarDiv(Rein) FMF | 29Oct66 | ChPriDu | FrTmLdr | | | | CO |
| "M Co. 3d Bn 9th Mar. 3d MarDiv (Rein) FMF | JAN 31 1967 | Semi-Ann | FrTmLdr 0311 | | 4.4 | 4.5 | CO |
| Co"M", 3dBn, 9thMar, 3dMarDiv(Rein) FMF | 21Apr67 | Tr | FrTmLdr 0311 | | 4.5 | 4.5 | CO |
| CoC, 1stBn, 2dMar, 2dMarDiv, FMF, CamLej | 24May67 | Jd | 0311 FTLdr | | | | ByDir |
| CoC, 1stBn, 2dMar, 2dMarDiv, FMF, CamLej | 30Jun67 | Semi-Ann | 0311 FT Ldr | 4.4 | 4.4 | 4.2 | CO |
| CoC, 1stBn, 2dMar, 2dMarDiv, FMF, CamLej | 21Jul67 | Tr | 0311 FT Ldr | 4.1 | 4.6 | 4.7 | BnAdj |
| HMX-1, MCAS, QUANT | 24Aug67 | Jd | 8151 Guard | | | | Bydir |
| HMX-1, MCAS, QUANT | 31Aug67 | Prom | 8151 Guard | | 4.6 | 4.7 | Bydir |

EMBOSSED PLATE IMPRESSION

ARMSTRONG, EVERETTE C. JR. 2133146

NAME (Last) (First) (Middle) SERVICE NO.

NAVMC 118(3)-PD (Rev. 6-62) SUPERSEDES PREVIOUS EDITION WHICH WILL BE USED
C 30780

# RECORD OF SERVICE

| ORGANIZATION | DATE | REASON | PRIMARY DUTY | GENERAL MILITARY SUBJECTS | DUTY | CONDUCT | SIGNATURE OF MARKING OFFICER |
|---|---|---|---|---|---|---|---|
| Sub Unit #1, HMX-1, MCAS, Quantico, Va. | 28Dec68 | Jd/Reenl | 8151 Guard | | | | [signature] ByDir |
| Sub Unit #1, HMX-1, MCAS, Quantico, Va. | 690522 | To TAD | DUINS | | | | [signature] Bydir |
| MCSSS, MCB, CamLeJ | 690602 | For TAD | Student | | | | [signature] |
| MCSSS, MCB CamLeJ | 690918 | Trng Compl | Student | | | | [signature] ByDir |
| Sub Unit #1, HMX-1, MCAS, Quantico, Va. | 690919 | FR TAD | 8151 GUARD | | | | [signature] BYDIR |
| Sub Unit 1, HMX-1 MCAS, QUANT, Va | 700305 | Tr | Guard | | | | [signature] Bydir |
| CommCo, SDT, MCB MCDEC, Quantico, Va. | 700306 | Jd | AutoMech | | | | [signature] Bydir |
| COMMCO, SDT, MCB QUANTICO, VIRGINIA | 700305 | Jd | AutoMech | | | | [signature] Bydir |
| COMMCO, SDT, MCB, MCDEC, Quantico, Va. | 700927 | Tr | AutoMech | | | | [signature] CO |
| 2nd Repl CO, Stag Bn MCB, CamPen, Calif. | 701103 | Jd | Repl | | | | [signature] |
| 2nd Repl CO, Stag Bn MCB, CamPen, Calif. | 701130 | Tr | Repl | | | | [signature] By Dir |
| EngrSptCo, 3dEngrBn(-) 3dMarDiv(-)(Rein)FMF | 701203 | Jd | shop chief Auto Mech | | | | [signature] Bydir |
| EngrSptCo, 3dEngrBn(-) 3dMarDiv(-)(Rein)FMF | 710513 | TR | shop chief Auto Mech | | | | [signature] CO |
| H&SCo, 3dEngrBn 3d MarDiv, FPO SFRAN | 710513 | Jd | AdminMan S&C Clerk | | | | [signature] CO |
| H&SCo, 3dEngrBn 3dMarDiv, FPO SFRAN | 710704 | ToLv | Emer Leave | | | | [signature] CO |
| H&SCo, 3dEngrBn 3dMarDiv, FPO SFRAN | 710719 | ToDu | AdminMan S&C Clerk | | | | [signature] CO |
| H&SCo, 3dEngrBn 3dMarDiv, FMF, SFRAN | 711123 | Tr | AdminMan S&C Clerk | | | | [signature] CO |
| MWHS-2 2dMAW MCAS CHERPT NC 28533 | 720102 | Jd | AdminMan W/MT | | | | [signature] ByDir |
| MWHS-2, 2dMAW, MCAS, Cherry Point, N.C. | 730313 | Tr | W/MT Admin | | | | [signature] ByDir |
| SERVCO H&SBN FMFPAC FPO SFRAN 96610 | 730418 | Jd | Shop Chief Mech | | | | [signature] CO |
| SERVCO H&SBN FMFPAC FPO SFRAN 96610 | 740227 | ChPriDu | SpelServ | | | | [signature] |
| SERVCO H&SBN FMFPAC FPO SFRAN 96610 | 741228 | Ext Enl | one (1) year | | | | [signature] Bydir |
| SERVCO H&SBN FMFPAC FPO SFRAN 96610 | 750131 | Tr | Athletic & Rec Asst | | | | [signature] Bydir |

EMBOSSED PLATE IMPRESSION

"CONTINUED ON SUPPLEMENTAL PAGE"

078 36 8530

ARMSTRONG, EVERETTE C. JR

NAME (Last)

NAVMC 118(s)-PD (Rev. 6-62) SUPERSEDES PREVIOUS EDITION WHICH WILL BE USED

2

Case 7:23-cv-00897-RJ   Document 187-17   Filed 05/01/24   Page 2 of 2