# EXHIBIT B

DOH-1961 (8/2011)

**NEW YORK STATE**
**DEPARTMENT OF HEALTH**

**CERTIFICATE OF DEATH**

RECORDED DISTRICT
3300

REGISTER NUMBER
4752

131-2018-00088591
STATE FILE NUMBER

| 1. NAME: FIRST / MIDDLE / LAST | 2. SEX: MALE / FEMALE | 3A. DATE OF DEATH: MONTH DAY YEAR | 3B. HOUR: |
|---|---|---|---|
| Everette C. Armstrong Jr. | ☒ 1 MALE  ☐ 2 FEMALE | 12  03  2018 | 12:34 PM |

| 4A. PLACE OF DEATH: (Check one) | 4B. IF FACILITY, DATE ADMITTED: MONTH DAY YEAR |
|---|---|
| HOSPITAL: DOA ☐  ER ☐  OUTPATIENT ☐  INPATIENT ☒  NURSING HOME ☐  PRIVATE RESIDENCE ☐  HOSPICE FACILITY ☐  OTHER (Specify) ☐ | 11  23  2018 |

4C. NAME OF FACILITY: (If not facility, give address)
University Hospital SUNY Health Science Center

4D. LOCALITY: (Check one and specify) CITY ☐ VILLAGE ☐ TOWN ☐ Syracuse

4E. COUNTY OF DEATH: Onondaga

4F. MEDICAL RECORD NO.: 1220634

4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION? NO ☐ YES ☒ Va Medical Center -- Syracuse, Syracuse, Onondaga, New York

| 5. DATE OF BIRTH: MONTH DAY YEAR | 6A. AGE IN YEARS: | 6B. IF UNDER 1 YEAR ENTER: months days | 6C. IF UNDER 1 DAY ENTER: hours minutes | 7A. CITY AND STATE OF BIRTH: | 7B. IF AGE UNDER 1 YEAR, NAME OF HOSPITAL OF BIRTH: |
|---|---|---|---|---|---|
|   1946 | 71 yrs. |   |   | Rome, New York |   |

8. SERVED IN U.S. ARMED FORCES? NO ☐  YES ☒ 1 — 1965-1976

9. DECEDENT OF HISPANIC ORIGIN?
A ☒ No, not Spanish/Hispanic/Latino
B ☐ Yes, Mexican, Mexican American, Chicano
C ☐ Yes, Puerto Rican
D ☐ Yes, Cuban
E ☐ Yes, Other Spanish/Hispanic/Latino (Specify)

10. DECEDENT'S RACE:
A ☒ White/Caucasian  B ☐ Black or African American  C ☐ Asian Indian  D ☐ Chinese
E ☐ Filipino  F ☐ Japanese  G ☐ Korean  H ☐ Vietnamese
J ☐ Native Hawaiian  K ☐ Guamanian or Chamorro  M ☐ Samoan
N ☐ American Indian or Alaska Native (specify)
P ☐ Other Asian (specify)  R ☐ Other Pacific Islander (specify)
S ☐ Other (specify)

11. DECEDENT'S EDUCATION:
1 ☐ ≤ 8th grade  2 ☐ 9th-12th grade; no diploma  3 ☐ High school graduate or GED
4 ☒ Some college credit, but no degree  5 ☐ Associate's degree  6 ☐ Bachelor's degree
7 ☐ Master's degree  8 ☐ Doctorate/Professional degree

12. SOCIAL SECURITY NUMBER: ▪▪▪-8530

13. MARITAL STATUS: NEVER MARRIED ☐1  MARRIED ☒2  WIDOWED ☐3  DIVORCED ☐4  SEPARATED ☐5

14. SURVIVING SPOUSE: Rachael House

| 15A. USUAL OCCUPATION: | 15B. KIND OF BUSINESS OR INDUSTRY: | 15C. NAME AND LOCALITY OF COMPANY OR FIRM: |
|---|---|---|
| Mechanic | Postal Service | U.S. Post Office, Syracuse, NY |

16A. RESIDENCE: (State or County) NY
16B. County or Region/Province: Madison
16C. LOCALITY: CITY ☐ VILLAGE ☐ TOWN ☐ Morrisville Village
16F. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS? ☐ YES ☐ NO
16D. STREET AND NUMBER OF RESIDENCE: 125 E Main Street
16E. ZIP CODE: 13408

17. BIRTH NAME OF FATHER / PARENT: Everette C. Armstrong Sr.
18. BIRTH NAME OF MOTHER / PARENT: Elizabeth Slocum

19A. NAME OF INFORMANT: Rachael Armstrong
19B. MAILING ADDRESS: (Include zip code) ▮▮▮▮

20A. 1 ☒ BURIAL  2 ☐ CREMATION  3 ☐ REMOVAL  4 ☐ HOLD  5 ☐ DONATION  6 ☐ ENTOMBMENT
MONTH 12  DAY 10  YEAR 2018
20B. PLACE OF BURIAL, CREMATION, REMOVAL OR OTHER DISPOSITION: Evergreen Cemetery
20C. LOCATION: (City or town and state) Lee, New York

21A. NAME AND ADDRESS OF FUNERAL HOME: Burgess & Tedesco Funeral Homes Inc
31 Cedar St, Morrisville, NY 13408
21B. REGISTRATION NUMBER: 00245

22A. NAME OF FUNERAL DIRECTOR: William P Jessop
22B. SIGNATURE OF FUNERAL DIRECTOR: ▶ William P Jessop Electronically Signed
22C. REGISTRATION NUMBER: 11744

23A. SIGNATURE OF REGISTRAR: ▶ Indu Gupta Electronically Signed
23B. DATE FILED: MONTH 12 DAY 04 YEAR 2018
24A. BURIAL OR REMOVAL PERMIT ISSUED BY: Diana Kissel
24B. DATE ISSUED: MONTH 12 DAY 04 YEAR 2018

---

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN -- OR -- CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

25A. CERTIFICATION: To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.
Certifier's Name: Ryan Walczak, MD
License No.:
Signature: Ryan Walczak, MD  Electronically Signed
Month 12  Day 03  Year 2018

Certifier's Title: 0 ☐ Attending Physician  0 ☒ Physician acting on behalf of Attending Physician  1 ☐ Coroner  2 ☐ Medical Examiner / Deputy Medical Examiner
Address: 750 E Adams St, Syracuse, NY 13210

25B. If coroner is not a physician, enter Coroner's Physician's name & title:
License No.:
Signature:
Month Day Year

25C. If certifier is not attending physician, enter Attending Physician's name & title: Michael Galgano, MD
License No.: 294452
Address: 750 E Adams Street, Syracuse, NY 13210

26A. Attending physician attended decedent: FROM 11 23 2018 TO 12 03 2018
26B. Deceased last seen alive by attending physician: 12 03 2018
26C. Pronounced Dead ON 12 03 2018 AT 12:34 PM

27. MANNER OF DEATH:
NATURAL CAUSE ☒1  ACCIDENT ☐2  HOMICIDE ☐3  SUICIDE ☐4  UNDETERMINED CIRCUMSTANCES ☐5  PENDING INVESTIGATION ☐6

28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER? 0 ☒ NO  1 ☐ YES
29A. AUTOPSY? NO ☐0  YES ☐1  REFUSED ☒2
29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH? 0 ☐ NO  1 ☐ YES

CONFIDENTIAL    SEE INSTRUCTION SHEET FOR COMPLETING CAUSE OF DEATH    CONFIDENTIAL

| 30. DEATH WAS CAUSED BY: (ENTER ONLY ONE CAUSE PER LINE FOR (A), (B), AND (C).) | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|
| PART I. IMMEDIATE CAUSE: (A) Hypoxic respiratory failure | minutes |
| DUE TO OR AS A CONSEQUENCE OF: (B) 1-renal cell carcinoma 2-malignant 3-renal cell 4-metastatic 5-kidney, lung, bone | months |
| DUE TO OR AS A CONSEQUENCE OF: (C) <<<>>> | <<<>>> |

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A): <<<>>>

DID TOBACCO USE CONTRIBUTE TO DEATH? 0 ☒ NO  1 ☐ YES  2 ☐ PROBABLY  3 ☐ UNKNOWN

31A. IF INJURY, DATE: MONTH DAY YEAR
31B. HOUR:
31B. INJURY LOCALITY: (City or town and county and state)
31C. DESCRIBE HOW INJURY OCCURRED:
31D. PLACE OF INJURY:
31E. INJURY AT WORK? NO ☐0  YES ☐1

31F. IF TRANSPORTATION INJURY, SPECIFY:
32. WAS DECEDENT HOSPITALIZED LAST 2 MONTHS
33A. IF FEMALE:
33B. DATE OF DELIVERY: MONTH DAY YEAR

**DocuGard 04541 – 6 Security Features**

- Prints "VOID" on front when duplicated
- Blue background highlights erasure alterations
- Watermark on back can be seen when sheet is held on an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Microtext border contains the DocuGard name and is difficult to copy
- Security Features Box lists tamper-resistant attributes

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF A RECORD ON FILE IN THE OFFICE OF VITAL STATISTICS, ONONDAGA COUNTY HEALTH DEPARTMENT SYRACUSE, N.Y. DO NOT ACCEPT THIS COPY UNLESS THE RAISED SEAL OF THE ONONDAGA COUNTY HEALTH DEPARTMENT IS AFFIXED THEREON

DEC 11 2018

DATE OF ISSUANCE

Commissioner of Health

**DocuGard 04541 – 6 Security Features**

- Prints "VOID" on front when duplicated
- Blue background highlights erasure alterations
- Watermark on back can be seen when sheet is held on an angle
- Coin-reactive ink on watermark changes color when scratched with a coin
- Microtext border contains the DocuGard name and is difficult to copy
- Security Features Box lists tamper-resistant attributes