IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-CV-897

| IN RE: | ) | |
|---|---|---|
| | ) | |
| CAMP LEJEUNE | ) | |
| WATER LITIGATION | ) | **AFFIDAVIT OF EDDIE MAE MILLER** |
| | ) | |
| This Document Relates to: | ) | |
| ALL CASES | ) | |
| | ) | |

Eddie Mae Miller, first being duly sworn, deposes and says as follows:

1. I am a citizen and resident of Jackson, Hinds County, Mississippi.

2. I am over the age of 18 years and suffer from no mental disability. I am competent to testify concerning the matters stated herein, and the statements contained in this affidavit are based upon my personal knowledge.

3. My husband, James Earl Miller, served in the United States Army from May 3, 1968 to December 21, 1973, and the United States Marine Corps at Camp Lejeune from November 4, 1974 to June 30, 1975 and from January 1, 1976 to March 31, 1976.

4. James died on March 3, 2015 at the age of 67 from Parkinson's disease, among a number of other medical problems. James and I lived in Mississippi at the time of his death. Attached as Exhibit A is a true and correct copy of his death certificate.

5. My husband was proud to serve our country in the Army and Marine Corps, but it was not a financially lucrative career. I am now seventy-three (73) years old and live on a fixed income. I have a very limited amount of money that I can afford to allocate towards pursuing a claim arising out of my husband's military service.

6. Given how much my husband and my family sacrificed through his service and death, it is important to me that this Court approve a method to allow me and others like me to pursue a CLJA claim without having to invest hundreds if not thousands of dollars to do so. I do not believe that I should have to hire separate estate counsel simply to be able to serve as my husband's legal representative under the CLJA. Doing so would be financially burdensome for me.

7. I have not opened an estate for my husband in Mississippi or any other state. On October 5, 2022, I filed a CLJA administrative claim with the Department of the Navy as James's spouse and legal representative.

Further this affiant saith not.

This the 2 day of April, 2024.

_Eddie M Miller_
Eddie Mae Miller

STATE OF Mississippi

COUNTY OF Hinds

Sworn to and subscribed before me this the 2nd day of April, 2024.

(SEAL)

_____
Notary Public

My Commission Expires: May 19, 2024