**EXHIBIT A**

# STATE OF MISSISSIPPI

## MISSISSIPPI STATE DEPARTMENT OF HEALTH
## VITAL RECORDS

**11648470**

**CERTIFICATE OF DEATH**
STATE OF MISSISSIPPI

FILING DATE: MAR 25 2015
STATE FILE NUMBER: 123-2015-056161

1. DECEDENT'S LEGAL NAME: James Miller
2. SEX: Male
3a. HOUR OF DEATH: 12:09 p.m.
3b. DATE OF DEATH: March 3, 2015
4. RACE: Black or African American
5a. AGE AT LAST BIRTHDAY: 66 Years
6. DATE OF BIRTH: [redacted], 1948
7. BIRTH PLACE: MS
8. PLACE OF DEATH: ER/Outpatient
9a. FACILITY NAME: University of MS Medical Center - 2500
9b. CITY: Jackson
9c. ZIP CODE: 39216
9d. COUNTY OF DEATH: Hinds
10. DECEDENT'S EDUCATION: High school graduate or GED completed
11. MARITAL STATUS: Married
12. SURVIVING SPOUSE: Eddie Mae Mason
13. WAS DECEASED EVER IN U.S. ARMED FORCES: yes
14. DECEDENT OF HISPANIC ORIGIN: No, not Spanish/Hispanic/Latino
15. SOCIAL SECURITY NUMBER: [redacted]-5004
16a. USUAL OCCUPATION: Commercial Sign Painter
16b. KIND OF BUSINESS OR INDUSTRY: Self Employed
17a. RESIDENCE - STATE: MS
17b. COUNTY: Hinds
17c. CITY OR TOWN: Jackson
17d. ZIP CODE: 39209
17f. INSIDE CITY LIMITS: yes
18. FATHER'S NAME: Ezekiel Miller
19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Cora Mae Brown
20a. INFORMANT - NAME: Eddie Mae Miller
20b. RELATIONSHIP TO DECEDENT: Wife
20c. MAILING ADDRESS: [redacted] St, Jackson MS 39209
21a. DISPOSITION OF BODY: Burial
21b. CEMETERY/CREMATORY NAME: Autumn Woods
21c. LOCATION: Jackson MS
22a. FUNERAL DIRECTOR LICENSE NUMBER: FE0055
22b. FUNERAL HOME: Peoples Funeral Home 25P
22c. FUNERAL HOME LICENSE NUMBER: FE3
22d. MAILING ADDRESS: P.O. Box 730 Jackson MS 39205

23a. PERSON WHO PRONOUNCED DEATH: Joe Pressler, MD
23b. PRONOUNCED DEAD: 3/3/2015
23c. PRONOUNCED DEAD TIME: 12:09 p.m.
24a. NAME OF CERTIFYING PHYSICIAN/CORONER: Sharon Grisham-Stewart
24b. MAILING ADDRESS: P.O. Box 1452 Jackson, MS 39215-1452
25f. TITLE: CMEI
Date Signed: 5/13/2015

26. CAUSE OF DEATH PART I:
(a) IMMEDIATE CAUSE: Respiratory Failure
(b) DUE TO: Swallowing difficulty
(c) DUE TO: Parkinson's Disease

27. PART II: OTHER SIGNIFICANT CONDITIONS: Hx of rectal cancer, hypertension, diabetes
28b. AUTOPSY FINDINGS AVAILABLE: No
29. WAS CASE REFERRED TO MEDICAL EXAMINER: yes

*CASE AMENDED APR 27 2015*
*SUPPLEMENT ON REVS/ISSUE*

5/7/2015

Judy Moulder
STATE REGISTRAR

Form 511
Revised 01/2012

**WARNING:** ANY REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

# STATEMENT TO AMEND CAUSE OF DEATH

ATTACHED
APR 27 2015

THE DEATH CERTIFICATE OF James Miller, WHO DIED ON 03-03-2015 IN THE COUNTY OF Hinds ORIGINALLY CONTAINED THE FOLLOWING INFORMATION IN THE CAUSE-OF-DEATH SECTION.

**ORIGINAL (Do not write in this section)**

26. CAUSE OF DEATH PART I
- (a) IMMEDIATE CAUSE: Respiratory Failure
- (b) DUE TO: Swallowing difficulty
- (c) UNDERLYING CAUSE: Parkinsons Disease

27. PART II. OTHER SIGNIFICANT CONDITIONS: Hx of rectal cancer; hypertension; diabetes

28a. AUTOPSY: No
29. WAS CASE REFERRED TO MEDICAL EXAMINER?: Yes

THIS INFORMATION SHOULD NOW BE AMENDED TO READ AS FOLLOWS: FILL IN THIS ENTIRE SECTION AGAIN, EVEN IF ONLY ONE PART OF IT IS TO BE CHANGED OR AMENDED.

**AMENDED SECTION**

26. CAUSE OF DEATH PART I
- (a) IMMEDIATE CAUSE: Hypoxia
- (b) DUE TO: Airway Obstruction
- (c) UNDERLYING CAUSE: Food lodged in airway during eating

27. PART II. OTHER SIGNIFICANT CONDITIONS: History of Parkinson Dz., Rectal Cancer, HTN

28a. AUTOPSY: No
29. WAS CASE REFERRED TO MEDICAL EXAMINER: Yes

32a. ACCIDENT: Accident
32b. DATE OF INJURY: 2/26/15
32c. TIME OF INJURY: ±6:00 p.m.
32d. DESCRIBE HOW OR BY WHAT MEANS INJURY OCCURRED: Food lodge in airway during eating

32f. INJURY AT WORK: No
32g. PLACE OF INJURY: home
32h. LOCATION: 4457 Bullard St. Jackson, MS

SIGNATURE AND TITLE: [signed] Sharon Grisham-Stewart; Hinds County CMEI
DATE SIGNED: 4/22/15

MAR 27 2015

5/7/2015