DocuSign Envelope ID: D093876E-2B9D-4E7B-AA48-F60810C18D72

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAMP LEJEUNE ) | **DECLARATION OF AARON JOPHLIN** |
| WATER LITIGATION ) | |
| ) | |
| This Document Relates to: ) | |
| ALL CASES ) | |

I, Aaron Jophlin, declare as follows:

1. I am over the age of 18 years and qualified to make this declaration. I make this declaration based on my own personal knowledge and professional experience.

2. I am an attorney licensed to practice law in the State of South Carolina.

3. On August 10, 2022, I filed an administrative claim under the Camp Lejeune Justice Act with the Department of the Navy on behalf of decedent Patricia Key and her legal representative, Plaintiff James ("Jim") Key.

4. The claim included a request for money damages in a sum certain.

DocuSign Envelope ID: D093876E-2B9D-4E7B-AA48-F60810C18D72

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed: April 30, 2024

*DocuSigned by:*

*Aaron Jophlin*

E78D7076651C4AE...

Aaron Jophlin, Esq.
ND:4891-5439-7882, v. 1