IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-CV-897

IN RE:                                    )
                                          )
CAMP LEJEUNE                              )
WATER LITIGATION                          )        **DECLARATION OF**
                                          )   **JAMES RUSSELL SEGARS, III, ESQ.**
This Document Relates to:                 )
ALL CASES                                 )
                                          )

I, James Russell Segars, III, declare as follows:

1.      I am over the age of 18 years and qualified to make this declaration. I make this declaration based on my own personal knowledge and professional experience.

2.      I am an attorney licensed to practice law in the State of North Carolina, among others, and admitted to practice in the Eastern District of North Carolina United States District Court.

3.      On October 5, 2022, I filed an administrative claim under the Camp Lejeune Justice Act with the Department of the Navy on behalf of decedent James Miller, and his legal representative and surviving spouse, Plaintiff Eddie Mae Miller.

4.      The claim included a request for money damages in a sum certain.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed:  05/01/2024

                                        _/s/ James R. Segars, III_____
                                        James R. Segars, III, Esq.