

## Certification of
## Military Service

****************

**This certifies that**  James Franklin Key
528 13 00

**was a member of the**  United States Navy

**from**  July 7, 1958

**to**  July 5, 1963

**Service was terminated by**  Honorable Release from Active Duty

**Last Grade, Rank, or Rating**  HM2

**Active Service Dates**  Same As Above

Date of Birth: ███/1939    Place of Birth: Sanford, NC

****************

National Personnel Records Center
(Military Personnel Records)
National Archives and Records Administration

**Given at St. Louis, Missouri on** December 5, 2023

THE ARCHIVIST OF THE UNITED STATES IS THE PHYSICAL CUSTODIAN OF THIS PERSON'S MILITARY RECORD

This Certification of Military Service is issued in the absence of a copy of the actual Report of Separation or its equivalent. This document serves as verification of military service and may be used for any official purpose. Not valid without official seal.

0077

REPORT OF ENLISTED PERFORMANCE EVALUATION
NAVPERS 792 (Rev. 6-59)

Period of Report: [illegible] to NOV 16 1961

| NAME (Last, First, Middle) | SERVICE NO. | RATE ABB. | PRESENT SHIP OR STATION |
|---|---|---|---|
| KEY, James Franklin | 528 13 00 | HM3 | Hq Co (Navy) H&SBn, MARINE CORPS BASE, CAMP LEJEUNE, N.C. |

**INSTRUCTIONS**

1. For each trait, evaluate the man on his actual observed performance during this reporting period, evaluate him on what he did. Describe what he did in the "Comments" section.
2. Compare him with others of the same rate. If performance was not observed, check the "Not Observed" box.
3. If the major portion of his work has been outside his rate or pay grade, pick the phrase which best fits the man in each trait and check left or right box under it. (Left box is more favorable.)

**(1) PROFESSIONAL PERFORMANCE:** His skill and efficiency in performing assigned duties (except SUPERVISORY).

| NOT OBSERVED | Extremely effective and reliable. Works well on his own. | Highly effective and reliable. Needs only limited supervision. | Effective and reliable. Needs occasional supervision. | Adequate, but needs routine supervision. | Inadequate. Needs constant supervision. |
|---|---|---|---|---|---|
| ☐ | * | X | | | * | * |

**(2) MILITARY BEHAVIOR:** How well he accepts authority and conforms to standards of military behavior.

| NOT OBSERVED | Always acts in the highest traditions of the Navy. | Willingly follows commands and regulations. | Conforms to Navy standards. | Usually obeys commands and regulations. Occasionally lax. | Dislikes and flouts authority. Unseamanlike. |
|---|---|---|---|---|---|
| ☐ | * | X | | | * | * |

**(3) LEADERSHIP AND SUPERVISORY ABILITY:** His ability to plan and assign work to others and effectively direct their activities.

| NOT OBSERVED | Gets the most out of his men. | Handles men very effectively. | Gets good results from his men. | Usually gets adequate results. | Poor supervisor. |
|---|---|---|---|---|---|
| ☐ | * | X | | | * | * |

**(4) MILITARY APPEARANCE:** His military appearance and neatness in person and dress.

| NOT OBSERVED | Impressive. Wears Naval uniform with great pride. | Smart. Neat and correct in appearance. | Conforms to Navy standards of appearance. | Passable. Sometimes careless in appearance. | No credit to the Naval service. |
|---|---|---|---|---|---|
| ☐ | * | X | | | * | * |

**(5) ADAPTABILITY:** How well he gets along and works with others.

| NOT OBSERVED | Gets along exceptionally well. Promotes good morale. | Gets along very well with others. Contributes to good morale. | A good shipmate. Helps morale. | Gets along adequately with others. | A misfit. |
|---|---|---|---|---|---|
| ☐ | * X | | | | * | * |

**6. DESCRIPTION OF ASSIGNED TASKS**

X-ray Department, MTR Dispensary, Camp Geiger, Marine Corps Base, Camp Lejeune, N.C.

**7. EVALUATION OF PERFORMANCE**

HM3 KEY is a well trained technician performing his duties in an outstanding manner. His knowledge in this field has greatly improved the overall efficiency of this dispensary. KEY will be advanced to HM2 on 16 November 1961 and is fully qualified to perform the duties of a Second Class Petty Officer.

THESE ITEMS MUST BE JUSTIFIED BY COMMENTS IN ADDITION TO THOSE IN ITEM 7 ABOVE

HM3 KEY'S professional performance is outstanding. His performance since reporting has improved the capabilities at this activity. His adaptability goes hand in hand with his professional performance.

| 9. REASON FOR REPORTING | 10. DATE | 11. SIGNATURE OF REPORTING SUPERVISOR |
|---|---|---|
| ☒ SEMIANNUAL ☐ TRANSFER ☐ OTHER (Specify) ADV to HM2 16NOV61 | 16NOV61 | [signature] F. D. HUMPHRIES, CAPT MC USN |

Case 7:23-cv-00897-RJ   Document 187-26   Filed 05/01/24   Page 2 of 9

**0079**

REPORT OF ENLISTED PERFORMANCE EVALUATION
NAVPERS 792 (Rev. 6-59)

PERIOD OF REPORT: 16NOV61 To MAY 16 1962

NAME (Last, First, Middle): KEY, James Franklin
SERVICE NO.: [illegible]
RATE ABB.: HM2
PRESENT SHIP OR STATION: H&SBn (Navy), MARINE CORPS BASE, Camp Lejeune, N. C.

### INSTRUCTIONS

1. For each trait, evaluate the man on his actual observed performance. If performance was not observed, check the "Not Observed" box.
2. Compare him with others of the same rate.
3. If the major portion of his work has been outside his rate or pay grade during this reporting period, evaluate him on what he did. Describe what he did in the "Comments" section.
4. Pick the phrase which best fits the man in each trait and check left or right box under it. (Left box is more favorable.)

**(1) PROFESSIONAL PERFORMANCE** His skill and efficiency in performing assigned duties (except SUPERVISORY)

| NOT OBSERVED | Extremely effective and reliable. Works well on his own. | Highly effective and reliable. Needs only limited supervision. | Effective and reliable. Needs occasional supervision. | Adequate, but needs routine supervision. | Inadequate. Needs constant supervision. |
|---|---|---|---|---|---|
| | * X | | | | * * |

**(2) MILITARY BEHAVIOR:** How well he accepts authority and conforms to standards of military behavior.

| NOT OBSERVED | Always acts in the highest traditions of the Navy. | Willingly follows commands and regulations. | Conforms to Navy standards. | Usually obeys commands and regulations. Occasionally lax. | Dislikes and flouts authority. Unseamanlike. |
|---|---|---|---|---|---|
| | * X | | | | * * |

**(3) LEADERSHIP AND SUPERVISORY ABILITY** His ability to plan and assign work to others and effectively direct their activities.

| NOT OBSERVED | Gets the most out of his men. | Handles men very effectively. | Gets good results from his men. | Usually gets adequate results. | Poor supervisor. |
|---|---|---|---|---|---|
| | * X | | | | * * |

**(4) MILITARY APPEARANCE** His military appearance and neatness in person and dress.

| NOT OBSERVED | Impressive. Wears Naval uniform with great pride. | Smart. Neat and correct in appearance. | Conforms to Navy standards of appearance. | Passable. Sometimes careless in appearance. | No credit to the Naval service. |
|---|---|---|---|---|---|
| | * X | | | | * * |

**(5) ADAPTABILITY** How well he gets along and works with others.

| NOT OBSERVED | Gets along exceptionally well. Promotes good morale. | Gets along very well with others. Contributes to good morale. | A good shipmate. Helps morale. | Gets along adequately with others. | A misfit. |
|---|---|---|---|---|---|
| | * X | | | | * * |

**6. DESCRIPTION OF ASSIGNED TASKS**

Assigned to X-Ray Department, Camp Geiger Dispensary, Camp Lejeune, N. C.

**7. EVALUATION OF PERFORMANCE**

HM2 KEY performs his duties in an outstanding manner. He works hard to improve his knowlege of Medical Department procedures.

**\* 8. THESE ITEMS MUST BE JUSTIFIED BY COMMENTS IN ADDITION TO THOSE IN ITEM 7 ABOVE**

HM2 KEY is a well trained and reliable petty officer. His efficiency in performing his duties is considered outstanding. His military behavior is exemplary.

**9. REASON FOR REPORTING:** [X] SEMIANNUAL  [ ] TRANSFER  [ ] OTHER (Specify)

**10. DATE:** 16MAY62

**11. SIGNATURE OF REPORTING SUPERVISOR:** J. W. KINDER, CDR MSC USN

Case 7:23-cv-00897-RJ   Document 187-26   Filed 05/01/24   Page 3 of 9

0081

DISPENSARY
MARINE CORPS BASE
CAMP LEJEUNE, NORTH CAROLINA

15/JEDH/mld
1650
13 April 1962

From: Base Medical Officer, Marine Corps Base, Camp Lejeune, North Carolina
To: KEY, James F., 528 13 00, HM2, U. S. Navy

Subj: Letter of Appreciation

1. The Base Medical Officer takes great pleasure in awarding this letter of appreciation for your performance of duty during the period November 1961 through February 1962. During this period you performed all your duties at the Dispensary, in support of the 1st Infantry Training Regiment, Camp Geiger, Marine Corps Base, Camp Lejeune, North Carolina in a highly commendable manner. Without your full cooperation, devotion to duty and high state of morale during this period of an extremely heavy workload, the primary mission of the Medical Department could not have been accomplished.

2. A copy of this letter will be placed in your service record and also made part of your next performance evaluation.

JOS. E. D. HUMPHRIES

Copy to:
Service Record

BEST DOCUMENT AVAILABLE

0107

**RECORD OF EMERGENCY DATA**
INFORMATION ON REVERSE BEFORE MAKING ENTRY

**SHIP OR STATION:** HqCo/Barracks, HqBn, Marine Corps Base, Camp Lejeune, North Carolina

| 1. WIFE OR HUSBAND | ADDRESS | | | | |
|---|---|---|---|---|---|
| Patricia Ann Iley | [illegible address] | | | | |
| 2. NAMES OF CHILDREN | ADDRESS | MARRIED YES/NO | SEX | DATE OF BIRTH |
| James Franklin Iley II | [same as above] | No | M | [redacted] |

| 3. FATHER | ADDRESS |
|---|---|
| NONE | |

| 4. MOTHER | ADDRESS |
|---|---|
| Tecla Naomi (Graham) Iley | [illegible], Belmont, N.C. |

| 5. ADULT NEXT OF KIN NOT NAMED IN ANY OTHER ITEM | ADDRESS |
|---|---|
| Mrs. Joel [illegible] (Ellen) [illegible] | 1001 Hill Street, [illegible], N.C. |

| 6. ALL PERSONS RECEIVING MORE THAN 50 PERCENT OF THEIR SUPPORT FROM ME (OTHER THAN WIFE OR CHILDREN UNDER 21) | ADDRESS | RELATIONSHIP | DATE OF BIRTH |
|---|---|---|---|
| NONE | | | |

| 7. PERSON(S) NAMED ABOVE WHO ARE NOT TO BE NOTIFIED DUE TO ILL HEALTH | ADDRESS |
|---|---|
| ITEMS 2, 1b, 1a | SAME AS ITEMS 2, 1b, 1a |

**DESIGNATIONS**

| | NAME | ADDRESS | RELATIONSHIP |
|---|---|---|---|
| 8. BENEFICIARY FOR GRATUITY PAY IN EVENT THERE IS NO SURVIVING SPOUSE OR ELIGIBLE CHILD(REN). NAME ¶ PARENTS OR BROTHERS OR SISTERS ONLY (10 USC SECTIONS 1475 - 1480). | Tecla Naomi Graham Iley | SAME AS ITEM 4 | MOTHER |
| 9. BENEFICIARY OR BENEFICIARIES FOR UNPAID PAY AND ALLOWANCES (10 USC SEC 2771) WHICH INCLUDES ENLISTED MEMBERS' SAVINGS DEPOSITS. PERCENT OF SHARES MUST TOTAL 100%. | 100% Patricia Ann Iley | SAME AS ITEM 1 | WIFE |
| 10. PERSON TO RECEIVE ALLOTMENT OF PAY IF MISSING OR PAY EACH MO. (NAME ¶) TRANSMIT FUNDS. 100% | Tecla Naomi Graham Iley | SAME AS ITEM 4 | MOTHER |

**11. INSURANCE POLICIES IN FORCE INCLUDING USGLI AND SGLI** (Agencies to be notified in case of death in active service)

| FULL NAME AND ADDRESS OF COMPANY | ADDRESS OF OFFICE RECEIVING PAYMENT OR HOME OFFICE | POLICY NO. |
|---|---|---|
| NONE | | |

FORM COMPLETE — NO DATA ENTERED ON REVERSE

| 12. SIGNATURE AND TITLE OF WITNESS (If non-military, give address) | 13. SIGNATURE | DATE SIGNED |
|---|---|---|
| William H. Stroll / WILLIAM H. STROLL, [illegible], USN | James F. Iley / JAMES F. ILEY | 30 [illegible] 196[?] |

| NAME OF DESIGNATOR (Last, first middle) | FILE/SERVICE NO. | GRADE/RATE | BRANCH OF SERVICE |
|---|---|---|---|
| ILEY, James Franklin | [illegible] | [illegible] | USN |

RECORD OF EMERGENCY DATA — NAVPERS 601-2 (REV 4-61)

0082

**REPORT OF ENLISTED PERFORMANCE EVALUATION**
NAVPERS-792 (Rev. 6-59)

| PERIOD OF REPORT | |
|---|---|
| 16 MAY 1962 | to 16 NOV 1962 |

NAME (Last, First, Middle): KEY, James Franklin
SERVICE NO.: [illegible]
RATE/ABB.: HM2
PRESENT SHIP OR STATION: HqCo(Navy) H&SBn, [illegible] Marine Corps Base, Camp Lejeune, N.C.

**INSTRUCTIONS**

1. For each trait, evaluate the man on his actual observed performance during this reporting period, evaluate him on what he did. Describe what he did in the "Comments" section. If performance was not observed, check the "Not Observed" box.
2. Compare him with others of the same rate.
3. If the major portion of his work has been outside his rate or pay grade, pick the phrase which best fits the man in each trait and check left or right box under it. (Left box is more favorable.)

**(1) PROFESSIONAL PERFORMANCE** His skill and efficiency in performing assigned duties (except SUPERVISORY)

| NOT OBSERVED | Extremely effective and reliable. Works well on his own. | Highly effective and reliable. Needs only limited supervision. | Effective and reliable. Needs occasional supervision. | Adequate, but needs routine supervision. | Inadequate. Needs constant supervision. |
|---|---|---|---|---|---|
| | * | X | | | * * |

**(2) MILITARY BEHAVIOR.** How well he accepts authority and conforms to standards of military behavior.

| NOT OBSERVED | Always acts in the highest traditions of the Navy. | Willingly follows commands and regulations. | Conforms to Navy standards. | Usually obeys commands and regulations. Occasionally lax. | Dislikes and flouts authority. Unseamanlike. |
|---|---|---|---|---|---|
| | * | X | | | * * |

**(3) LEADERSHIP AND SUPERVISORY ABILITY** His ability to plan and assign work to others and effectively direct their activities.

| NOT OBSERVED | Gets the most out of his men. | Handles men very effectively. | Gets good results from his men. | Usually gets adequate results. | Poor supervisor. |
|---|---|---|---|---|---|
| | * | X | | | * * |

**(4) MILITARY APPEARANCE.** His military appearance and neatness in person and dress.

| NOT OBSERVED | Impressive. Wears Naval uniform with great pride. | Smart. Neat and correct in appearance. | Conforms to Navy standards of appearance. | Passable. Sometimes careless in appearance. | No credit to the Naval service. |
|---|---|---|---|---|---|
| | * | X | | | * * |

**(5) ADAPTABILITY** How well he gets along and works with others.

| NOT OBSERVED | Gets along exceptionally well. Promotes good morale. | Gets along very well with others. Contributes to good morale. | A good shipmate. Helps morale. | Gets along adequately with others. | A misfit. |
|---|---|---|---|---|---|
| | * | X | | | * * |

**6. DESCRIPTION OF ASSIGNED TASKS**

Petty Officer in Charge of the x-ray department - Base Dispensary
Chief of the Day watch stander - Base Dispensary

**7. EVALUATION OF PERFORMANCE**

KEY is an extremely effective technician and supervisor of the department. He has also done an excellent job of training new men to work in the department.

**8. THESE ITEMS MUST BE JUSTIFIED BY COMMENTS IN ADDITION TO THOSE IN ITEM 7 ABOVE**

**9. REASON FOR REPORTING**
☒ SEMIANNUAL  ☐ TRANSFER  ☐ OTHER (Specify)

**10. DATE:** 16 NOV 62

**11. SIGNATURE OF REPORTING SUPERVISOR:** [signature] W. KINDER, CDR, MSC, USN

Case 7:23-cv-00897-RJ   Document 187-26   Filed 05/01/24   Page 6 of 9

**0084**
REPORT OF ENLISTED PERFORMANCE EVALUATION
NAVPERS 792 (Rev. 6-59)

Period of Report: 16 NOV 62 to 16 MAY 63

| Name (Last, First, Middle) | Service No. | Rate Abb. | Present Ship or Station |
|---|---|---|---|
| KEY, James Franklin | 528 13 00 | HM2 | MARINE CORPS BASE HqCo(Navy), H&SBn CAMP LEJEUNE, N.C. |

### INSTRUCTIONS

1. For each trait, evaluate the man on his actual observed performance during this reporting period, evaluate him on what he did. Describe what he did in the "Comments" section.
   If performance was not observed, check the "Not Observed" box.
2. Compare him with others of the same rate.
3. If the major portion of his work has been outside his rate or pay grade.
4. Pick the phrase which best fits the man in each trait and check left or right box under it. (Left box is more favorable.)

**(1) PROFESSIONAL PERFORMANCE:** His skill and efficiency in performing assigned duties (except SUPERVISORY).

| NOT OBSERVED | Extremely effective and reliable. Works well on his own. | Highly effective and reliable. Needs only limited supervision. | Effective and reliable. Needs occasional supervision. | Adequate, but needs routine supervision. | Inadequate. Needs constant supervision. |
|---|---|---|---|---|---|
| | * | X | | | * * |

**(2) MILITARY BEHAVIOR:** How well he accepts authority and conforms to standards of military behavior.

| NOT OBSERVED | Always acts in the highest traditions of the Navy. | Willingly follows commands and regulations. | Conforms to Navy standards. | Usually obeys commands and regulations. Occasionally lax. | Dislikes and flouts authority. Unseamanlike. |
|---|---|---|---|---|---|
| | * | X | | | * * |

**(3) LEADERSHIP AND SUPERVISORY ABILITY:** His ability to plan and assign work to others and effectively direct their activities.

| NOT OBSERVED | Gets the most out of his men. | Handles men very effectively. | Gets good results from his men. | Usually gets adequate results. | Poor supervisor. |
|---|---|---|---|---|---|
| | * | X | | | * * |

**(4) MILITARY APPEARANCE:** His military appearance and neatness in person and dress.

| NOT OBSERVED | Impressive. Wears Naval uniform with great pride. | Smart. Neat and correct in appearance. | Conforms to Navy standards of appearance. | Passable. Sometimes careless in appearance. | No credit to the Naval service. |
|---|---|---|---|---|---|
| | * | X | | | * * |

**(5) ADAPTABILITY:** How well he gets along and works with others.

| NOT OBSERVED | Gets along exceptionally well. Promotes good morale. | Gets along very well with others. Contributes to good morale. | A good shipmate. Helps morale. | Gets along adequately with others. | A misfit. |
|---|---|---|---|---|---|
| | * | X | | | * * |

**6. DESCRIPTION OF ASSIGNED TASKS**

Petty Officer in Charge of the X-ray Department, Base Dispensary, Marine Corps Base, Camp Lejeune, North Carolina.

**7. EVALUATION OF PERFORMANCE**

HM2 KEY is an excellent technician and a willing worker. He has done an adequate job as the supervisor of his department. KEY's greatest asset has been his teaching ability in training other corpsmen to become qualified watchstanders in the X-ray department.

**8.** THESE ITEMS MUST BE JUSTIFIED BY COMMENTS IN ADDITION TO THOSE IN ITEM 7 ABOVE

| 9. REASON FOR REPORTING | 10. DATE | 11. SIGNATURE OF REPORTING SUPERVISOR |
|---|---|---|
| [X] SEMIANNUAL [ ] TRANSFER [ ] OTHER _____ (Specify) | 16 MAY 63 | J. W. KINDER, CDR MSC USN |

Case 7:23-cv-00897-RJ   Document 187-26   Filed 05/01/24   Page 7 of 9

Form prescribed by Comptroller, U.S.
26 April 1950

0049
EXEMPT REPORT

*See Art. B-2305 BuPers Manual

# RECORD OF DISCHARGE, RELEASE FROM ACTIVE DUTY, OR DEATH

**DISPOSITION DATA**

Marine Corps Base, Camp Lejeune, N. C. (Ship or Station) — (Location) — 6 July 1962 (Date), the below-named individual was:

☐ DISCHARGED ☒ RELEASED FROM ACTIVE DUTY ☐ TRANSFERRED TO FLEET RESERVE ☐ CLASS ☐ RETIRED ☐ DECEASED ☐ TEMPORARILY PHYSICALLY RETIRED ☐ OTHER (Specify in remarks section)

This individual was: ☒ RELEASED FROM ACTIVE DUTY ☐ CONTINUED ON ACTIVE DUTY

NORMAL DATE OF EXPIRATION OF ENLISTMENT: 6 July 1963

REASON: Release from Active Obligated Service
TYPE DISCHARGE CERTIFICATE: DD 217B
AUTHORITY: Article B-10319, BuPers Manual

**ENLISTMENT DATA**

☒ ENLISTED ☐ INDUCTED 7 July 1958 Raleigh, North Carolina (Date and place)
☒ ACCEPTED FOR ENLISTMENT AT ☐ ORDERED TO ACTIVE DUTY FROM 7 July 1958 Fayetteville, North Carolina (Date and place)

HOME OF RECORD AT TIME OF ENLISTMENT, INDUCTION, OR ORDER TO ACTIVE DUTY: Box A 424, Vass, North Carolina

**TRAVEL DATA**

I hereby elect mileage allowance to Vass, North Carolina (Location)
Place of: Home of Record
SIGNATURE: James F. Key
(See Travel Instructions)

☐ REENLISTED ON BOARD ☒ ELECTED CASH SETTLEMENT: FIFTY-NINE (Words) 59 (Figures) DAYS UNUSED LEAVE ☐ ELECTED TO CARRY OVER UNUSED LEAVE TO NEW ENLISTMENT
☐ NOT ENTITLED SETTLEMENT UNUSED LEAVE ☐ ENTER CHECKAGE FOR ___ DAYS EXCESS LEAVE FROM ___ TO ___

Completed 04 years service for pay purposes on 6 July 1962  PAYMENT OF DISCHARGE GRATUITY ☐ IS DIRECTED ☒ IS NOT DIRECTED

**MISCELLANEOUS DATA**

REMARKS: RECOMMENDED FOR REENLISTMENT
1. Released from active duty. Character of separation: HONORABLE.
2. Issued Armed Forces of the United States Report of Transfer or Discharge (DD 214).
3. Armed Forces Identification Card, DD Form 2N(Active), number 3701021, destroyed.
4. Home Address: 3082 Chapel Hill Road, Durham, North Carolina.
5. Completed 04 years, 11 months, 29 days of active naval service.
6. Test Scores: GCT 63  ARI 60  MECH 42  CLER 52
7. Obligated service under the Universal Military Training and Service Act, as amended, expires 6 July 1964, unless sooner terminated by competent authority.
8. DD Form 2N(Inactive), number 2078538, issued this date.
9. Overall Trait Average: 3.66  Overall Military Behavior Average: 3.62
10. Social Security Number: [REDACTED]

The disbursing officer is authorized and directed to credit mileage allowances and other allowances as provided by law and regulations and to close account if required in accordance with current instructions.

SIGNATURE: J. P. WALSH, JR.
RANK AND TITLE: LTJG MSC USN, Personnel Records Officer, By Direction
C. O. ORDER NO. 01-61

**DISBURSING DATA**

MILEAGE ALLOWANCE CREDITED $ 47.58
D. O. SYMBOL NO. 55190

M. W. MC LAUGHLIN, CAPT., USMC
BY: DEPUTY

DUE AT DISCHARGE $ 53___
PERSONAL FUNDS $ ___
GRATUITY CREDITED $ ___

SHIP OR STATION: H&SCo(Navy), H&SBn, Marine Corps Base, Camp Lejeune, North Carolina

NAME: (Last) KEY  (First) James  (Middle) Franklin  SERVICE NO. 528-13-00  RATE HM2  BRANCH AND CLASS USN

RECORD OF DISCHARGE, RELEASE FROM ACTIVE DUTY, OR DEATH   NAVPERS—601-14/NAVCOMPT 512 (REV. 4-59)
141



**DEPARTMENT OF THE NAVY**
BUREAU OF NAVAL PERSONNEL
WASHINGTON, D.C. 20370

IN REPLY REFER TO
NMPC-914/Pers-R64
NG:dh

53

From: Chief of Naval Personnel

To: HMC James F. KEY, USNR,
2124 Clements Drive
Durham, NC. 27704

AUG 0 2 1979

Subj: Notification of Eligibility for Retired Pay at Age 60

1. This is to notify you that, having completed the required years of service, you will be eligible for retired pay upon application at age 60 in accordance with the provisions of Title 10, U.S. Code, Chapter 67. Your eligibility for retired pay may not be denied or revoked on the basis of any error, miscalculation, misinformation or administrative determination of years of creditable service performed unless it resulted directly from fraud or misrepresentation on your part. Notwithstanding the foregoing, the number of years of creditable service upon which retired pay is computed may be adjusted to correct any error, miscalculation, misinformation, or administrative determination, and when such a correction is made you will be eligible for retired pay in accordance with the number of years of creditable service, as corrected, from the date retired pay is granted.

2. In the event you are now or later become entitled under any other provision of the law to retired pay from an armed force or retainer pay as a member of the Fleet Reserve or Fleet Marine Corps Reserve, you will not be entitled to retired pay under the provisions of 10 U.S.C. 1331.

R. H. DEVAULT
By direction

FINISH FILE NMPC-914

NAVPERS 1820/2 (Rev.2-69)