# STATE OF NORTH CAROLINA
## CERTIFICATION OF VITAL RECORD

## DURHAM COUNTY
## REGISTER OF DEEDS
DURHAM, NORTH CAROLINA

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH**

STATE FILE NO. 2022001074

**DECEDENT'S LEGAL NAME**
- 1a. FIRST: Patricia
- 1b. MIDDLE: Kay
- 1c. LAST: Key
- 1d. SUFFIX: *****
- 1e. LAST NAME PRIOR TO FIRST MARRIAGE: Kay

- 2. SEX: Female
- 3a. AGE-LAST BIRTHDAY (Yrs): 80
- 4. DATE OF BIRTH: 1942
- 5. BIRTHPLACE: Portsmouth (city), VA
- 6. DATE OF DEATH: March 31, 2022

- 7a. PLACE OF DEATH: Inpatient
- 7b. FACILITY NAME: Duke University Hospital
- 7c. COUNTY OF DEATH: Durham
- 8. MARITAL STATUS: Currently Married
- 9. SURVIVING SPOUSE: James Franklin Key

- 10a. DECEDENT'S USUAL OCCUPATION: Secretary
- 10b. KIND OF BUSINESS/INDUSTRY: Education

- 12a. RESIDENCE–STATE: North Carolina
- 12b. RESIDENCE–COUNTY: Durham
- 12c. RESIDENCE–CITY OR TOWN: Durham
- 12e. INSIDE CITY LIMITS: Yes
- 12f. ZIP CODE: 27705
- 13. WAS DECEDENT EVER IN U.S. ARMED FORCES?: No

- 14. DECEDENT'S EDUCATION: High School graduate or GED completed
- 15. DECEDENT OF HISPANIC ORIGIN?: Not Spanish/Hispanic/Latino
- 16. DECEDENT'S RACE: White

- 17. FATHER/PARENT NAME: Leroy F. Kay
- 18. MOTHER/PARENT NAME: Mary Alice Salmon

- 19a. INFORMANT'S NAME: Patricia Kay Key
- 19b. RELATIONSHIP TO DECEDENT: Daughter
- 19c. MAILING ADDRESS: 400 Hunt Street Unit406, Durham, NC 27701

- 20a. METHOD OF DISPOSITION: Cremation
- 20b. PLACE OF DISPOSITION: Triangle Cremation Services
- 20c. LOCATION: Raleigh, North Carolina

- 21a. SIGNATURE OF FUNERAL DIRECTOR: Christopher Hatton (Signature Authenticated)
- 21b. LICENSE NO.: FS3372

- 22. NAME AND ADDRESS OF FUNERAL HOME: Cremation Society Of The Carolinas, 2205 E Millbrook Rd #101, Raleigh, NC 27604

**23. MEDICAL CERTIFICATION**
- a. IMMEDIATE CAUSE: Cardiopulmonary Arrest — seconds
- b. Acute Hypoxic Respiratory Failure — days
- c. Septic Shock — days
- d. Bacterial Pneumonia — weeks

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I: Cytomegalovirus Viremia, Diffuse Large B Cell Lymphoma

- 24a. WAS AN AUTOPSY PERFORMED?: No
- 25. MANNER OF DEATH: Natural
- 26. WAS CASE REFERRED TO MEDICAL EXAMINER?: No
- 27. TIME OF DEATH (Approximate): 02:22 PM
- 28. DID TOBACCO USE CONTRIBUTE TO DEATH?: No
- 29. PREGNANCY STATUS: Not Applicable

- 30. DATE PRONOUNCED: 03/31/2022

- 33a. SIGNATURE AND TITLE OF CERTIFIER: Kristi K Tempro, MD (Signature Authenticated)
- 33b. LICENSE NO.: 2021-01263
- 33c. DATE SIGNED: 04/03/2022
- 33d. NAME AND ADDRESS OF CERTIFIER: Kristi K Tempro, 2301 Erwin Rd, Durham, NC 27710
- 34. CASE ID NUMBER: 8226082

- 35. SIGNATURE OF LOCAL REGISTRAR: Rosalyn McClain (Signature Authenticated)
- 36. LOCAL FILE DATE: 04/12/2022
- 37. DATE REGISTERED BY STATE: 04/12/2022

0705887

**NORTH CAROLINA - Durham County**

The foregoing is a true and accurate copy as recorded in the office of the Register of Deeds of Durham County, Durham, N.C.

Witness by my hand and official seal this date of April 13th 2022

By: [signature]
Assistant/Deputy Register of Deeds

**SHARON A. DAVIS**
Register of Deeds

THIS DOCUMENT CONTAINS AN ORIGINAL WATERMARK
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE