eVetRecs
# Request Veteran Records

**1** Basic information

**2** Service and request details

**3** Report of Separation

**4** Review and submit

**5** Confirmation

## Basic Information

[Please be sure to review the instructions before filling in the form.](#)

A fee may be required to process your request. ⌄

Does your request pertain to the Camp Lejeune Justice Act of 2022 or the PACT Act? (*required)

 Yes

 No

 **Camp Lejeune Justice Act of 2022:**

Supporting documents are not needed to submit an initial claim under the Camp Lejeune Justice Act of 2022. The Navy Judge Advocate General may request records from claimants at a later date, but not as a part of the initial claim filing.

Please visit the [Navy Judge Advocate General's website](#) for forms and directions for submitting an initial claim.

**PACT Act:**

The Honoring our Promise to Address Comprehensive

*Form container*



# eVetRecs
# Request Veteran Records

1. **Basic information**
2. Service and request details
3. Report of Separation
4. Review and submit
5. Confirmation

**PACT Act:**

The Honoring our Promise to Address Comprehensive Toxics (PACT) Act of 2022 expands VA health care and benefits for veterans exposed to burn pits, Agent Orange and other toxic substances.

Please visit the VA website for more information regarding the PACT Act. There is no need to submit a record request at this time. The VA will request the necessary information for your claim.

If you wish to proceed with submitting a request, please scroll back up and change your answer to the previous question to "No".

Are you the veteran or next-of-kin? If not, choose 'Other.' (*required)

- ● Veteran
- ○ Next of Kin of Veteran
- ○ Other

Are you seeking information about current or former military service? (*required)

- ● Former Military Service
- ○ Current Military Service

# eVetRecs
# Request Veteran Records

1 **Basic information**
2 Service and request details
3 Report of Separation
4 Review and submit
5 Confirmation

Toxics (PACT) Act of 2022 expands VA health care and benefits for veterans exposed to burn pits, Agent Orange and other toxic substances.

Please visit the VA website for more information regarding the PACT Act. There is no need to submit a record request at this time. The VA will request the necessary information for your claim.

If you wish to proceed with submitting a request, please scroll back up and change your answer to the previous question to "No".

Are you the veteran or next-of-kin? If not, choose 'Other.' (*required)

● Veteran
○ Next of Kin of Veteran
○ Other

Are you seeking information about current or former military service? (*required)

● Former Military Service
○ Current Military Service

Continue


National Archives

# eVetRecs
# Request Veteran Records

1. **Basic information**
2. Service and request details
3. Report of Separation
4. Review and submit
5. Confirmation

## Basic Information

Please be sure to review the instructions before filling in the form.

A fee may be required to process your request. ⌄

**Does your request pertain to the Camp Lejeune Justice Act of 2022 or the PACT Act?** (*required)

- ○ Yes
- ● No

**Are you the veteran or next-of-kin? If not, choose 'Other.'** (*required)

- ● Veteran
- ○ Next of Kin of Veteran
- ○ Other

**Are you seeking information about current or former military service?** (*required)

- ● Former Military Service
- ○ Current Military Service

[Continue]