IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
7:23-CV-897

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | **ORDER REGARDING PLAINTIFFS'** |
| | ) | **LEADERSHIP GROUP** |
| | ) | **REAPPOINTMENT** |
| This Documents Relates to: | ) | |
| ALL CASES | ) | |
| | ) | |

In Case Management Order 1, the court appointed certain individuals to roles in a Plaintiffs' Leadership Group (collectively, "PLG") for this litigation ("Litigation"). [D.E. 10] 1–2, 6 ("CMO 1"). The court made "all appointments . . . for a one-year period . . . expir[ing] July 31, 2024." *Id*. at 9.

The court stated that PLG members could "apply for reappointment when their terms expire" and that "[a] reappointment process will be established at an appropriate time in advance of the expiration date." *Id*. The court also specified that reappointment applications "must detail the nature and scope of the attorney's work on this Ligitation, including the time and resources that he or she expended during the previous term." *Id*.

With July 31, 2024 approaching, the court finds this an "appropriate time" to start the reappointment process.

The court hereby establishes a reappointment process as follows:

1. All members of PLG shall provide written notice to the court on or before Monday, May 27, 2024 specifying whether he or she seeks reappointment. The written notice shall either be mailed or hand-delivered to the clerk's office in Raleigh.

2. If the member specifies that he or she seeks reappointment, that member

("Applicant") shall attach a reappointment application to his or her notice ("Application"). The Application shall be no longer than two single-spaced pages. The Application shall describe:

    a. "[T]he nature and scope of the [Applicant's] work on this Litigation, including the time and resources that he or she expended during the [2023-24] term," [D.E. 10] 9;

    b. The Applicant's vision for the next twelve months of the Litigation;

    c. Any concerns from the Applicant regarding the Litigation progress during the 2023-24 term; and

    d. Any suggestions from the Applicant regarding potential improvements to the Litigation that the court should consider.

SO ORDERED. This 4th day of May, 2024.

RICHARD E. MYERS II
Chief United States District Judge