# EXHIBIT 2

March 29, 2024 Email re Muster Rolls



U.S. Department of Justice
Civil Division, Torts Branch
Environmental Torts

---

*Joseph B. Turner*
*Email: joseph.b.turner@usdoj.gov*

**VIA EMAIL AND FEDEX**  March 29, 2024

Lead Counsel for Plaintiffs
& Co-Lead Counsel for Plaintiffs

  Re: *Camp Lejeune Water Litigation – United States' Production of Documents*

Counsel:

  As previously stated, the United States is producing the entirety of the United States Marine Corps' ("USMC") Network Attached Storage ("NAS") device. This production of USMC NAS files is being designated as confidential and produced under the strongest protections possible under the Protective Order.

  In the interest of disclosure, the United States has not redacted any information within this production, of which non-party Personal Identifiable Information ("PII") is included. The United States expects that Plaintiffs will not permit the release of any of these materials to non-parties, and that those individuals to whom Plaintiffs provide this information will understand the confidential nature of these documents and sign the Protective Order before viewing any of the produced materials. The United States will seek immediate Court intervention should any inappropriate release of USMC NAS materials occur.

  This production is being mailed via encrypted hard drive. The PIN for the encrypted hard drive is included in the email sent with this cover letter. Please let us know if you have any questions or would like to discuss further.

              Best Regards,

              */s/ Joseph B. Turner*
              Joseph B. Turner
              Trial Attorney
              U.S. Department of Justice
              Civil Division, Torts Branch

Enclosures: As Stated

cc: Counsel of Record in *Camp Lejeune Water Litigation*