IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAMP LEJEUNE WATER LITIGATION ) | **ORDER REGARDING PRO SE** |
| ) | **EXEMPTION FROM RUBRIS** |
| ) | **REQUIREMENT** |
| This Documents Relates to: ) | |
| ALL CASES ) | |
| ) | |

In Case Management Order 2 ("CMO 2"), the court attached the Short Form Complaint "negotiated between Plaintiffs' Lead Counsel and counsel for Defendant to assist in assessing the [Track] Discovery Plaintiff pool." [D.E. 23] VI, 14-18. It contains bare minimum information in an easily searchable format that helps the parties and the court assess the state of active Camp Lejeune Justice Act ("CLJA") lawsuits.

In Case Management Order 10 ("CMO 10"), the court ordered that "[a]ll Plaintiffs with active CLJA lawsuits shall file a Short Form Complaints within 30 days of [that] order. Any Plaintiffs who file CLJA lawsuits after the date of [that] order shall file a Short Form Complaint within 30 days of the date their initial complaint was filed." [D.E. 146] 7.

Also in CMO 2, the court ordered "Plaintiffs' Leadership and counsel for Defendant [to] meet and confer and propose to the court a litigation-management database . . . ." [D.E. 23] 13. The parties submitted a joint motion for adoption of a litigation management database on November 8, 2023. [D.E. 40].

The court entered an order adopting the Rubris Crosslink platform as a litigation-management database for this litigation. [D.E. 47] ("Rubris Order"). That order also required "Plaintiff's counsel" to "use the Rubris Crosslink platform . . . to populate, generate, and download

Short Form Complaints for filing[,]" and provided instructions for how to do so. *Id.*

Upon further consideration, the court orders that *pro se* plaintiffs with active CLJA lawsuits or future *pro se* plaintiffs with CLJA lawsuits are exempted from the Rubris Order. *See Link v. Wabash R.R.*, 370 U.S. 626, 630-31 (1962) (the court possesses inherent powers to "manage its own affairs and achieve the orderly and expeditious disposition of cases."); *see also* Federal Rules of Civil Procedure 1, 16(c)(2)(L), and 42(a)(3).

The court further orders that Plaintiffs' Leadership Group, *see* [D.E. 10], provide the Clerk of Court with a form-fillable PDF version of the Short Form Complaint via email within seven days from the entry of this order ("Short Form Complaint PDF").

Upon receipt, the court directs the Clerk of Court to:

(1) distribute the Short Form Complaint PDF to *pro se* plaintiffs with active CLJA lawsuits who have not yet filed a Short Form Complaint, [D.E. 146] 7; and

(2) distribute the Short Form Complaint PDF to future *pro se* plaintiffs with CLJA lawsuits.

SO ORDERED. This 9th day of May, 2024.

RICHARD E. MYERS II
Chief United States District Judge