IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| IN RE: | ) | |
|---|---|---|
| CAMP LEJEUNE WATER LITIGATION | ) | Case No: 7:23-cv-00897 |
| | ) | |
| | ) | DEFENDANT'S APPENDIX TO |
| This Document Relates To: | ) | LOCAL CIVIL RULE 56.1 STATEMENT |
| ALL CASES | ) | OF MATERIAL FACTS |

| **Exhibit** | **Description of Exhibit** |
|---|---|
| 1 | Declaration of Nathan J. Bu |
| | Exhibit A – Lieff Cabraser Heimann & Bernstein LLP website printout |
| | Exhibit B – Ward & Smith, P.A. website printout |
| | Exhibit C – Motley Rice LLC website printout |
| | Exhibit D – Law Offices of James Scott Farrin website printout |
| | Exhibit E – Mandell, Boisclair & Mandell, Ltd. website printout |
| | Exhibit F – Pangia Law Group website printout |