IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | Case No: 7:23-cv-00897 |
| | ) | |
| | ) | |
| This Document Relates To: | ) | |
| ALL CASES | ) | |

## **DECLARATION OF NATHAN J. BU**

I, Nathan J. Bu, declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct under penalty of perjury:

1. I am a Trial Attorney for the United States Department of Justice. I have entered an appearance in this case. The facts set forth in this declaration are within my personal knowledge or based on documents and information that I have received in the course of litigating this case. Specifically, I am familiar with the documents attached as exhibits to the United States' Opposition to Plaintiffs' Leadership Group's Motion for Partial Summary Judgment of Plaintiffs James Key, II, Carol Bassano, Eddie Mae Miller, and Rachael Armstrong, D.E. 184.

2. Exhibit A is a printout of *Camp Lejeune Water Poisoning Claims,* Lieff Cabraser Heimann & Bernstein LLP, available at https://www.lieffcabraser.com/injury/camp-lejeune/, last accessed May 22, 2024.

3. Exhibit B is a printout of *Important Announcement: Accepting New Camp Lejeune Water Contamination Clients Through May 31*, Ward and Smith, P.A., available at https://www.wardandsmithpersonalinjury.com/news/important-announcement-accepting-new-camp-lejeune-water-contamination-clients-through-may-31, last accessed May 22, 2024.

4. Exhibit C is a printout of *Camp Lejeune Deadline*, Motley Rice LLC, available at https://www.motleyrice.com/toxic-exposure/camp-lejeune-water-contamination-lawsuit/deadline, last accessed May 22, 2024.

5. Exhibit D is a printout of *Why It Is Important to Hire an Attorney for Your Camp Lejeune Case*, James Scott Farrin, available at https://www.farrin.com/drugs-products-lawyers/camp-lejeune-water-contamination-lawsuit/why-hire-an-attorney/, last accessed May 22, 2024.

6. Exhibit E is a printout of *Camp Lejeune Water Contamination Lawyers*, Mandell Boisclair & Mandell, Ltd., available at https://www.mbmjustice.com/camp-lejeune-toxic-exposure-attorneys/, last accessed May 22, 2024.

7. Exhibit F is a printout of *Camp Lejeune Water Contamination Lawsuit*, Pangia Law Group, available at https://pangialaw.com/practice-areas/camp-lejeune-water-contamination-lawsuit/, last accessed May 22, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2024

*/s/ Nathan J. Bu*
NATHAN J. BU
Trial Attorney, Torts Branch
Environmental Torts Litigation Section
U.S. Department of Justice
P. O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: nathan.j.bu@usdoj.gov
Telephone: (202) 705-5938
Fax: (202) 616-4989

Attorney inquiries to DOJ regarding the Camp Lejeune Justice Act:
(202) 353-4426