# Exhibit A

Lieff Cabraser Heimann & Bernstein LLP website printout



- Practice Areas
- Contact
- Attorneys
- Cases
- Our Firm
- News
- Lieff Cabraser Europe

# Personal Injury

Camp LeJeune Water Poisoning Claims

## New Claims Available for Camp Lejeune Marines and Others Poisoned by Toxic Water

If you or anyone you know drank water at Marine Corps Base Camp Lejeune in North Carolina between August 1953 and December 1987, that water was contaminated with toxic chemicals that may have caused or may still cause cancers or other illnesses.

Fortunately, **the government has made it possible to seek compensation if you file a claim with the Navy by August 9, 2024** and then file a lawsuit under the Camp Lejeune Justice Act. Lawsuits alleging veterans and their families were poisoned by contaminated water at Camp Lejeune are progressing quickly in North Carolina federal court, with Elizabeth Cabraser of Lieff Cabraser serving as one of the court-appointed Co-Lead Counsel for Plaintiffs.

Anyone who drank the contaminated water can file a claim—whether you are a **veteran who served on base**, a **family member who lived on base**, a **civilian who worked on base**, or the **relative of a loved one who died** after drinking water on base. **A Camp Lejeune Justice Act claim will not affect your VA benefits.**

### Related News

U.S. Department of Veterans Affairs
Past Water Contamination at Camp LeJeune

Agency for Toxic Substances
Camp LeJeune, North Carolina

Manage consent

Although you can file a claim for any illness related to contaminated water at Camp Lejeune, the government has identified certain illnesses it admits can be caused by this exposure, including kidney cancer, non-Hodgkin's lymphoma, leukemia, liver cancer, bladder cancer, multiple myeloma, Parkinson's disease, end-stage renal (kidney) disease, systemic sclerosis or scleroderma, and cardiac birth defects.

**We recommend you contact an attorney to help you file your claim with the Navy and your subsequent lawsuit.** The information you provide the Navy may limit what you can seek in a lawsuit.

**For a free review of your Camp Lejeune claim use the form on this page, or contact Lieff Cabraser** at [CampLejeuneIntakes@LCHB.com](mailto:CampLejeuneIntakes@LCHB.com) or call us at **1 800 541-7358**.

> **Lieff Cabraser has proudly represented service members and their families for many years, including those who have suffered permanent hearing loss due to the use of defective 3M Combat Arms ear plugs, as well as service members infected with fungal meningitis as a result of contaminated epidural steroids.**

## Contact us

First Name

Last Name

Email

Telephone

City

State

Zip

Message

SEND






Manage consent

Lieff Cabraser's lawyers represent clients in individual, group, and class action lawsuits in federal courts nationwide. We have affiliations in specific cases with attorneys licensed to practice in almost every state court in the U.S. We also are affiliated with Rochon Genova, a law firm in Canada, and serve as co-counsel in lawsuits filed in Canada. We do not engage in client data-sharing.

This website may be considered an advertisement in certain jurisdictions. Prior results do not guarantee a similar outcome. You should be aware that the Statute of Limitations (the deadline imposed by law within which you may bring a lawsuit) may severely limit the time remaining for you to file any potential claim. Please read our disclaimer.

privacy | careers | employee login

German Legal Notices/GDPR

Contact Us

275 Battery Street, Suite 2900
San Francisco, CA 94111
Phone: +1.415.956.1000
Fax: +1.415.956.1008
Email: mail@lchb.com
Web: www.lieffcabraser.com

250 Hudson Street, 8th Floor
New York, NY 10013
Phone: +1.212.355.9500
Fax: +1.212.355.9592
Email: mail@lchb.com
Web: www.lieffcabraser.com

222 2nd Ave. South, Suite 1640
Nashville, Tennessee 37201
Phone: +1.615.313.9000
Fax: +1.615.313.9965
Email: mail@lchb.com
Web: www.lieffcabraser.com

Frauenplatz 2, 80331 Munich
Germany
Phone: +49.89.2555.2361
Fax: +49.89.2555.2359
Email: mail@lchb.com
Web: munich.lieffcabraser.com

© Copyright 2024 | Lieff Cabraser Heimann & Bernstein, LLP | All Rights Reserved

Manage consent