# Exhibit B

Ward & Smith, P.A. website printout

# IMPORTANT ANNOUNCEMENT: Accepting New Camp Lejeune Water Contamination Clients Through May 31

Case Evaluation



As you know, we've been working tirelessly on Camp Lejeune Water Contamination matters since the legislation was signed allowing these claims to be made. We will continue to work with our clients throughout the litigation process.

We will stop accepting **new** Camp Lejeune Water Contamination clients on May 31. If you have friends or relatives you would like to refer to us, please do so before May 31. We are happy to speak with them throughout May.

Due to the impending deadline for all claims in this litigation to be filed in August, we will be unable to accept any new Camp Lejeune claims in June or July. Instead, during those months, we will be fully dedicated to preparing our existing clients' claims for the August deadline.

## Featured News — VIEW ALL



### Summary of the Government's "Elective Option" for Camp Lejeune Water Contamination Claims

Analyzing samples On September 6, 2023, the Department of the Navy ("Navy") announced a framework for evaluating and potentially settling…

---

### The Government Isn't Moving Quickly to Compensate Camp Lejeune Water Contamination Victims

**ARTICLE**

North Carolina Birth Injury Cases

ARTICLE

---

The Law on Nursing Home Injuries in North Carolina

ARTICLE

---

UM/UIM Coverage: What It Is and Why You Need Enough of It

ARTICLE

---

Ready to get started?
Contact our team today.

GET IN TOUCH

---

The difference that matters in your personal injury case.

800-998-1102

About

Team

Cases We Handle

Results & Testimonials

News



Contact Us

WARDANDSMITH.COM

© 2024 Ward and Smith, P.A.    All Rights Reserved.

Privacy Policy   Disclaimer   Accessibility Statement

Law firm web design by New Media Campaigns