# Exhibit C

Motley Rice LLC website printout

Toxic Exposure | Personal Injury and Wrongful Death

# Camp Lejeune Deadline

CONNECT WITH AN ATTORNEY

**ACTIVE CASE**

Thanks to the Camp Lejeune Justice Act, service members and their family members as well as civilians who were exposed to Camp Lejeune toxic water can seek compensation for their injuries. The deadline is in **August 2024.**

Read more about what the deadline means for your claim.

## When is the Camp Lejeune Claim deadline?

The Camp Lejeune deadline is **August 9, 2024.** People interested in holding the government accountable for the toxic drinking water at Camp Lejeune must submit their claim with the Department of the Navy by this date.

Failure to do so **will bar any future attempts at compensation**.

## Why is there a Camp Lejeune lawsuit deadline?

Government studies estimate that between August 1953 and December 1987, service members, civilian contractors and family living at U.S. Marine Corps Base Camp Lejeune, North Carolina, may have been exposed to contaminated drinking water. While a claim against the government would typically be outside the statute of limitations, such claims are permitted by the Camp Lejeune Justice Act (CLJA), which opened up claims against the government for two years.

The CLJA, as part of the Honoring our PACT Act, was passed by Congress and signed into law by President Biden in August 2022.

This means that people interested in pursuing justice from the government for health issues they developed from the contaminated drinking water at Camp Lejeune have until **August 9, 2024**, to file an administrative claim with the Department of the Navy.

## How can someone file a Camp Lejeune claim before the deadline?

Eligible people or their legally authorized representatives must start by filing an administrative claim with the Department of the Navy (DON) before the deadline set by the Camp Lejeune Justice Act.

Lawsuits for claims may not be filed right away. Instead, a lawsuit may be filed in the United States District Court for the Eastern District of North Carolina if:

- The administrative claim is denied.
- The Navy fails to issue a final decision within six months of the claim being filed.
- The claimant rejects the [government's inadequate offer of relief.](#)

If a claim is denied, **the deadline for filing a Camp Lejeune lawsuit is 180 days** from the date of denial.

[Learn more about filing a Camp Lejeune water contamination claim here.](#)

## Who is eligible for a Camp Lejeune claim?

The Camp Lejeune Justice Act requires the following conditions for a person to be eligible to file a claim for themselves or as a legally authorized representative:

- **Residency:** Lived, worked, or were in utero at Camp Lejeune for at least 30 days, which need not be consecutive.
- **Timing:** Fulfilled Residency between August 1, 1953, and December 31, 1987.
- **Harm:** Experienced a harm that can be linked to toxic drinking water at Camp Lejeune.

The CLJA requires that claimants provide sufficient evidence linking their condition to their toxic exposure. For more information about what qualifies as evidence or for help with the claims process, consider contacting a [Camp Lejeune lawyer](#).

### WHAT CONDITIONS MAY BE LINKED TO CAMP LEJEUNE?

A number of health issues have been connected to contaminated drinking water. These medical conditions include:

- [Bladder cancer](#)
- [Cardiac birth defect](#)
- [Kidney cancer](#)

- Multiple myeloma
- [Myelodysplastic syndromes](#)
- [Non-Hodgkin lymphoma](#)
- [Other kidney diseases, such as renal toxicity; end stage renal disease](#)
- Parkinson's disease
- Systemic Sclerosis/Scleroderma

Other health conditions may be eligible for financial compensation from the federal government. However, it will be up to the individual to demonstrate the connection between the condition and the toxic exposure at Camp Lejeune.

## Contact a reputable toxic exposure attorney

If you or a loved one developed severe health conditions from Camp Lejeune, a [trusted toxic exposure attorney](#) can help you weigh your options for compensation. We are available by email, or you can call **866.855.9017** for more information.

[**Contact a Camp Lejeune lawyer today.**](#)

## Is there a settlement deadline for Camp Lejeune claims?

Under the CLJA, there isn't a mandated Camp Lejeune deadline for settlements. Instead, the only deadlines are for claimants to:

- File their claims by **August 9, 2024**
- File a lawsuit **within 180 days of a claim denial.**

As of February 2024, more than 160,000 claimants have filed for Camp Lejeune claims. Fewer than 100 people have been offered a settlement from the government, with fewer than 20 accepting the offer.

## Be aware of Camp Lejeune scams as the deadline approaches

In January 2024, the Department of Navy and the Department of Justice issued a warning about fraud relating to Camp Lejeune claims and lawsuits. They warned that potential or current claimants may be targeted for money or personal information. The Justice Department advises that individuals reach out to their attorneys or the Navy's Camp Lejeune Claims Unit if they are concerned about a potential scam.

Learn more about Camp Lejeune scams here.

## Our history representing veterans in litigation

Motley Rice is proud to represent veterans and their families. In addition to our Camp Lejeune clients, we have litigated cases for veterans and service members involving avoidable hazards that hurt U.S. troops and contractors, including:

- Asbestos and other toxic material exposure
- 3M earplugs and hearing loss
- EFP roadside bombs manufactured by terrorists
- Burn pit toxins at military facilities

Our law firm has the experience to file your claim, litigate your case and negotiate for a Camp Lejeune settlement.

Read more on our work in support of veterans.

PRIMARY CONTACT

 Kevin R. Dean

 Joseph F. Rice

SHARE THIS

Wondering what happens when you submit a form or give us a call? We spend time gathering information from you, and your initial call is always free.

## What's important?

- ✓ Names
- ✓ Dates
- ✓ Timeline of events
- ✓ Related documents

**CONNECT WITH AN ATTORNEY**

# 1.800.768.4026

---

## Related Content

### RELATED BLOG POSTS

**VIEW ALL BLOG POSTS**

### RELATED NEWS

**VIEW ALL NEWS**

## How Can We Help?

If you believe that you have a claim, consider contacting an attorney as soon as possible. You can reach us by calling 1.800.768.4026 or completing our webform related to this case.

**CONNECT WITH AN ATTORNEY**

## Related Information

Toxic Exposure Litigation
BP Oil Spill
Roundup Lawsuit

## Contact Us

1.800.768.4026

## Connect With Us

## Motley Rice

Careers    Disclaimer    FAQs    Privacy

COOKIES SETTINGS

© Copyright 2003 - 2024 Motley Rice LLC. All rights reserved.

Attorney Advertising.

Prior results do not guarantee a similar outcome.

Download Adobe Reader