# Exhibit D

Law Offices of James Scott Farrin website printout

## You Can Now Seek Compensation for Camp Lejeune Diseases

If you lived, worked, or trained at Camp Lejeune between August 1953 and December 1987, you may been exposed to contaminated water that is linked to cancer and other diseases. We want to help you fight for justice.

[Get a free case evaluation.](#)

LIVE CHAT

DEFECTIVE DRUGS & PRODUCTS OVERVIEW

DEFECTIVE DRUGS & PRODUCTS OVERVIEW

Products Liability Glossary

Why Hire a Personal Injury Attorney

Contingency Fee

Results & Testimonials

Wrongful Death

Resources

## Why It Is Important to Hire an Attorney for Your Camp Lejeune Case

While the government now accepts responsibility for the harms that the Camp Lejeune water contamination caused, filing a claim for just compensation can be complicated and confusing. An experienced attorney can help you throughout this process by building your case, filing your claim, and fighting for compensation.

exposure to the contaminated water at Camp Lejeune.

## Will the Government Give You Fair Compensation?

It's risky to assume that the government will be able to compensate everyone fully. Even when liability is acknowledged, you may need to fight for fair compensation.

For instance, as our firm continues to pursue claims against 3M for defective earplugs it produced for military personnel, we regularly encounter problems with the government failing to release records in a complete and timely fashion. The same issues are likely to arise with Camp Lejeune claims given that thousands of veterans and their family members are expected to file claims.

Why leave anything to chance? An attorney can help you build an effective and thorough account of the harms you suffered and can handle filing your claim – on time and accurately. We are helping other clients build their cases, let us help you, too.

Our firm works on a [contingency fee basis](#), which means there are no upfront costs, and we collect a percentage of the total recovery only if we are able to obtain one for you.[2] This incentivizes us to fight for as much as possible, as quickly as possible for each of our Camp Lejeune clients.

## What Can an Attorney Do to Help Your Camp Lejeune Claim?

If you or a loved one lived, worked, or trained at Camp Lejeune between 1953 and 1987, you may have developed cancer or another serious illness as a result of drinking, bathing, and using the dangerously toxic water. To strengthen your case, the Law Offices of James Scott Farrin can help you with:

- **Determining if you or a loved one is eligible for compensation –** Listening to your stories, verifying dates and records, and searching for evidence that proves time spent at Camp Lejeune and exposure to the contaminated water for at least 30 days between August 1, 1953 and December 31, 1987
- **Gathering relevant information to support claims** – Speaking with doctors and other specialists to collect medical records and any evidence that indicates that you or your loved one's illness was caused by exposure to Camp Lejeune's contaminated water
- **Identifying compensation considerations** – Analyzing factors that should be considered in seeking compensation, such as pain and suffering, lost income, and medical expenses
- **Providing organization and guidance** – Adhering to deadlines, accurately completing and filing paperwork, and answering your questions, such as how the claim could affect VA or Social Security Disability benefits
- **Filing claims –** Filing claims in the U.S. District Court for the Eastern District of North Carolina within the statute of limitations
- **Negotiating a settlement** – Presenting the case to the government attorneys and fighting for the maximum potential compensation on your behalf
- **Taking the case to trial if necessary** – Representing your interests at trial if you or your loved one did not receive a fair settlement

## How Long Do You Have to File a Claim?

The deadline is two years to file a Camp Lejeune water contamination claim. The clock started ticking when the Honoring Our PACT Act of 2022 was signed by President Biden on August 10, 2022.

LIVE CHAT

## Can the Law Offices of James Scott Farrin Help You With Your Camp Lejeune Claim?

Yes, we believe we can. We are helping many Camp Lejeune clients already, and we'd like to help you, too.

In addition to the strict filing deadline, the Honoring Our PACT Act of 2022 also requires that claims be filed in the U.S. District Court for the Eastern District of North Carolina. The Law Offices of James Scott Farrin has several offices and experienced trial attorneys admitted to practice in the U.S. District Court for the Eastern District of North Carolina. Our lead Camp Lejeune attorney, Gary Jackson*, has served as counsel in hundreds of cases in federal and state court throughout his 42 years of practice.

Our experienced attorneys have a strong record fighting the government on behalf of those suffering injury and discrimination. Notably, our firm led one of the nation's largest civil rights cases, which ended in a $1.25 billion settlement to 18,000+ African-American farmers who suffered discrimination by the USDA.[3]

It's time to put the James Scott Farrin Advantage to work for you. Contact us today for a free Camp Lejeune water contamination case evaluation.

LIVE CHAT

*Of counsel

Text Us

## READ MORE

Camp Lejeune Water Contamination Lawsuit

Why Hire an Attorney for Your Camp Lejeune Case

Attorney Referrals

Media Requests

Camp Lejeune and Kidney Cancer

Talk to a real person… 24/7/365.

1-866-900-7078    Live Chat    Text Us

Name*

Phone*

Email

What happened to you?*

*Required

Get a free case evaluation

Disclaimer: Submission of any information to Farrin.com does not constitute an attorney-client relationship. We have attorneys licensed to practice law in North and South Carolina.

LIVE CHAT

## Located in North & South Carolina

### NORTH CAROLINA

Asheville • Charlotte • Durham • Fayetteville • Goldsboro • Greensboro • Greenville • Henderson • New Bern • Raleigh • Rocky Mount • Wilmington • Wilson • Winston-Salem

### SOUTH CAROLINA

Greenville

SEARCH OUR KNOWLEDGE CENTER

1-866-900-7078

LIVE CHAT

Contact Us

Blog

Knowledge Center

En Español

## Practice Areas

Car Accident

Trucking Accidents

Motorcycle Accidents

Workers' Compensation

Personal Injury

Nursing Home Abuse & Neglect

Social Security Disability

Employment Law

Complex Litigation

## Other Links

Contingency Fee

Careers

Results & Testimonials

In the News

Community Involvement

Attorney Referrals & Co-Counsel

Disclaimer and Privacy Policy

Communication Policy

[1]Prior results do not guarantee similar outcomes in future cases because each case is unique and must be evaluated separately.

[2]Attorney's fee calculated on gross recovery, before deduction of any court or other costs that are incurred during the case.

[3]Re Black Farmers Discrimination Litigation, the Law Offices of James Scott Farrin led a team of firms to recover $1.25 billion for Black farmers from the U. S. government for discrimination.

r standards of inclusion for "Best Lawyers," "Best Law Firms," and "Ones to Watch," visit bestlawyers.com. For standards of

*nbitop100.org.*

*Cases handled by lawyers who principally practice in our Durham (Main), Raleigh, Charlotte, Greensboro, NC and Greenville, SC offices.*

*Attorney Michael Shepherd: 555 South Mangum Street, Suite 800, Durham, North Carolina.*

Copyright © 2024 Law Offices of James Scott Farrin

LIVE CHAT