# Exhibit E

Mandell, Boisclair & Mandell, Ltd. website printout

# Camp Lejeune Water Contamination Lawyers

Case Evaluation

**FREE CASE REVIEW**

Home > Camp Lejeune Water Contamination Lawyers

**The Camp Lejeune water contamination lawyers** at Mandell, Boisclair & Mandell, Ltd. are accepting cases to help veterans, families, and others who were harmed by contaminated drinking water at Camp Lejeune.

With 45 years of proven excellence, our firm is uniquely qualified to handle these complex cases. Attorney Mark Mandell has won more million-dollar and multi-million dollar verdicts and judgments than any other lawyer in Rhode Island's history. We have been recognized by Best Lawyers and Super Lawyers as the Best Law Firm and Lawyer of the Year in the areas of medical malpractice, personal injury, and more.

If you or a loved one lived or worked at North Carolina's Camp Lejeune Marine Corps Base between 1953 and 1987 and were later diagnosed with cancer or another health condition, call **(401) 273-8330** or complete the form on this page for a free case evaluation.

## You Have Limited Time to Act

The Honoring Our PACT Act of 2022 (**S.3373**), which includes the Camp Lejeune Justice Act was signed into law on August 10, 2022. **Under this law, those affected by water contamination at Camp Lejeune have only two years from when the statute was enacted to file a lawsuit.**



## Who Qualifies for a Camp Lejeune Water Contamination Lawsuit?

Under the Camp Lejeune Justice Act, military personnel, family members, and employees working on the base are permitted to file civil lawsuits against the U.S. Government for harm sustained during at least

thirty days of exposure to water at Camp Lejeune between August 1, 1953 and December 31, 1987. This includes in utero exposure.

If you served, worked, or lived at Camp Lejeune from the 1950s to the 1980s, you may have been exposed to toxins in contaminated drinking water. You may qualify for a legal claim or lawsuit if you can show that:

- You were stationed at Camp Lejeune
- You were a veteran, civilian worker, or resident (or a family member of one)
- You served between August 1953 and December 1987
- You served for at least 30 days
- You were on active duty
- You were not discharged dishonorably
- You have a qualifying health condition

It is estimated that more than **one million people may have been affected by the water contamination at Camp Lejeune** over the course of roughly three decades. This includes members of the military, civilian employees on the base, and families – including children and babies in utero.

# What Health Conditions Are Linked to Toxic Exposure at Camp Lejeune?

In 1982, the Marine Corps discovered volatile organic compounds (VOCs) in the drinking water provided by two of the eight water

treatment plants on the Camp Lejeune base: Hadnot Point Treatment Plant and Tarawa Terrace Treatment Plant. Testing at these plants found benzene, vinyl chloride (VC), trichloroethylene (TCE), and tetrachloroethylene or perchloroethylene (PCE).

The Agency for Toxic Substances and Disease Registry (ATSDR) reports that supply wells were contaminated by multiple sources: **waste disposal sites, industrial area spills, and leaking underground storage tanks**. The most contaminated wells were reportedly closed in 1985.

The toxic chemical compounds found in the base's drinking water have been linked to various types of cancer and other serious health conditions.

## TYPES OF CANCER LINKED TO CONTAMINATED WATER AT CAMP LEJEUNE

- Aplastic anemia
- Bladder cancer
- Breast cancer
- Esophageal cancer
- Female infertility
- Hepatic steatosis (fatty liver disease)
- Kidney cancer
- Leukemia
- Liver cancer
- Lung cancer
- Miscarriage
- Multiple myeloma
- Myelodysplastic syndromes
- Neurobehavioral effects
- Non-Hodgkin's lymphoma
- Parkinson's disease
- Renal toxicity
- Scleroderma

## OTHER MEDICAL CONCERNS ASSOCIATED WITH WATER CONTAMINATION AT CAMP LEJEUNE

- Appendix cancer
- Brain cancer
- Bile duct cancer
- Colorectal cancer
- Gallbladder cancer
- Intestinal cancer
- Pancreatic cancer
- Prostate cancer
- Sinus cancer
- Soft tissue sarcoma
- Spinal cancer
- Thyroid cancer
- Other cancer

Additional fertility, pregnancy issues, or infant injuries that occurred:

- Birth defects
- Cognitive disability
- Congenital malformation (microcephaly)
- Conjoined twins
- Other fertility / pregnancy issues or infant injury

Additional diagnosis / diseases

- Autoimmune diseases
- Other diagnosis, fertility / pregnancy issue or infant injury
- Cysts, tumors, or polyps

The lists of cancers and other health conditions listed above are not exhaustive. Other illnesses or negative health effects may have been caused by exposure to the contaminated water. A **Camp Lejeune water contamination lawyer** can assess your situation and advise you on your rights.

# Can I File a Personal Injury Lawsuit?

Until recently, individuals who served, lived, or worked at Camp Lejeune for at least 30 days between August 1, 1953, and December 31, 1987 have been barred from filing a lawsuit for toxic exposure due to North Carolina's **10-year statute of repose**. Under this statute of repose, the time limit for filing a lawsuit starts at the time of the last exposure, instead of when the causation was discovered.

Because most victims did not discover that their illnesses were caused by contaminated water at Camp Lejeune until more than a decade after the exposure, they were prohibited from claiming the compensation they deserve. This obstacle was upheld by the Supreme Court. Overcoming it required an act of Congress.

Signed into law on August 10, 2022, the Camp Lejeune Justice Act allows victims of toxic exposure at Camp Lejeune to bypass North Carolina's statute of repose and file civil lawsuits against the U.S. government for damages.

If you or your family members suffered losses due to toxic exposure at Camp Lejeune, you may be able to pursue compensation for:

- Medical expenses
- Lost wages
- Diminished earning capacity
- Emotional distress
- Pain and suffering
- Disability
- Loss of companionship and society
- Out-of-pocket expenses

**If you or a family member previously received health and disability benefits for an illness related to water contamination at Camp Lejeune, your compensation will be reduced in proportion to any prior payments or awards**.

# How Our Attorneys Can Help

If you lived at Camp Lejeune between 1953 and 1987 and were later diagnosed with cancer or other health concern, you deserve compensation for your physical, financial, and emotional losses. The Camp Lejeune water contamination lawyers at Mandell, Boisclair & Mandell, Ltd are dedicated to helping those who lived and served at Camp Lejeune recover the justice and compensation they deserve.

While no amount of financial recovery can make up for the suffering and losses you and your family may have endured, compensation in a Camp Lejeune water contamination case can increase your access to

quality treatment, provide a sense of justice, and ensure you are financially secure in the face of your injuries.

The lawyers at Mandell, Boisclair and Mandell, Ltd. are not licensed to practice law in the State of North Carolina, the venue for this litigation, but will be affiliating with local lawyers who are licensed to practice in that state. Should you have any questions, please contact Attorney Mark Mandell and/or Zachary Mandell.

[Attorney Mark Mandell](#) is licensed to practice in the State of Rhode Island, the United States Federal Courts for the District of Rhode Island, the First Circuit Court of Appeals and the United States Supreme Court.

[Attorney Zachary Mandell](#) is licensed to practice in the States of Rhode Island and Massachusetts, as well as the United States Federal Courts for the Districts of Rhode Island and Massachusetts and the First Circuit Court of Appeals.

# Contact Our Camp Lejeune Water Contamination Lawyer for Free

For 45 years, Mandell, Boisclair & Mandell, Ltd. has achieved landmark decisions in a broad range of personal injury cases. In addition to helping improve the lives of our clients after a catastrophic injury, our landmark victories have changed Rhode Island law.

We know the challenges faced by victims of toxic exposure. We are committed to seeking the maximum compensation you need for your current and long-term losses.

[See our results](#).

Do not delay. Contact our office today online or at **(401) 273-8330** to discuss your case for free with a knowledgeable **Camp Lejeune water**

contamination lawyer.

## Do You Have a Case?

Please fill out the form below to get a **FREE CASE EVALUATION** today!
Or call **(401) 273-8330**

| Your Name |

| Email |

| Phone |

**How were you affected by the Camp Lejeune Water Contamination?** *

Please choose...

**REQUEST REVIEW**

## Case Results



**$176,106,236.18**

Station Nightclub fire resulting in 100 deaths...

$52,

Catastrophic inj

[VIEW MORE RESULTS]

## Testimonials

Yvette Boisclair and Mark Mandell are very compassionate lawyers. Yvette was with me...

In November
a car acciden
a st

[VIEW MORE TESTIMONIALS]

## Our Team

**Mark Mandell**
Personal Injury Lawyer

Yvett[e]
Personal [Injury Lawyer]

[VIEW THE WHOLE TEAM]



Practice Areas

Lawyers/Staff

About

Community

Blog

Reviews

Results

Referrals

**Contact**

**Call for FREE Legal Advice:**

**(401) 273-8330**

Disclaimer | Helpful Links | Privacy | Copyright © 2024 Mandell, Boisclair, & Mandell, Ltd