# Exhibit F

Pangia Law Group website printout



/twi
tter.
co
m/L
awP
ang
ia)

dpd
@p
ang
iala
w.c
om)



(https://pangialaw.com)

# Camp Lejeune Water Contamination Lawsuit



At Marine Corps Base Camp Lejeune, the drinking water was contaminated with hazardous chemicals from the 1950s to the late 1980s—including perchloroethylene (a dry cleaning chemical), trichloroethylene (a degreaser), benzene (from the fuel farm), and vinyl chloride. Consequently, **up to a million marine corps personnel and their families unknowingly drank and bathed in toxic water.** The U.S. Marine Corps knew the water was hazardous, yet they did nothing to fix it. Instead, they hid this information for decades. The U.S. Federal Government started investigating these allegations in 2009 and found that the water was linked to multiple cancers and diseases.

## Recently, Congress passed the Camp Lejeune Justice Act to provide damages to those affected by the toxic exposure.

Our attorneys at Pangia Law Group have been working on this case for over 15 years, and we have represented some of the first complaints filed in the Eastern District of North Carolina. We've been tirelessly fighting for justice on behalf of former Marines and their families who have been affected by this toxic water.

**If you or a loved one resided at Camp Lejeune for at least 30 cumulative days between August 1953 and December 1987, you may be entitled to compensation for health issues that could have been caused by the contaminated water.** The Pangia Law Group represents former Marines and their family members on a contingent fee basis. This means that if we don't win your case, you don't pay us.

The time to file claims under the Camp Lejeune Justice Act is limited; it will expire on August 9, 2024. So, it's essential to act quickly. If you are interested in being represented, please contact us. We're here to help you get the compensation you deserve.

# Tell us about your case.

We understand that reaching out for legal assistance can be a daunting task. If you have questions about a legal matter or want to discuss your case, please do not hesitate to contact us.

**Contact Us
(https://pangialaw.com/contact/)**



(https://twitter.com/LawPangia)

The information on this website is for general information purposes only. Nothing on this site should be taken as legal advice for any individual case or situation. This information is not intended to create, and receipt or viewing does not constitute, an attorney-client relationship.

© 2023 Pangia Law Group. All rights reserved.