IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | Case No: 7:23-cv-00897 |
| | ) | |
| | ) | |
| This Document Relates To: | ) | |
| *ALL CASES* | ) | |

## **DECLARATION OF JOSHUA G. CARPENITO**

I, Joshua G. Carpenito, declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct under penalty of perjury:

1. I am a Trial Attorney for the United States Department of Justice. I have entered an appearance in this case. The facts set forth in this declaration are within my personal knowledge or based on documents and information that I have received in the course of litigating this case. Specifically, I am familiar with the documents attached as exhibits to the United States' Motion for a Protective Order, D.E. 211.

2. Exhibit 1 is the Notice of Deposition to Dr. Christopher Portier dated May 10, 2024.

3. Exhibit 2 is email correspondence between counsel for the United States and counsel for PLG dated May 14, 2024.

4. Exhibit 3 is an email from counsel for PLG dated May 19, 2024.

5. Exhibit 4 is the letter signed by Dr. Portier dated October 22, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2024

*/s/ Joshua Carpenito*
JOSHUA CARPENITO

Trial Attorney, Torts Branch Environmental
Torts Litigation Section
U.S. Department of Justice
P. O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: joshua.g.carpenito@usdoj.gov
Telephone: (202) 880-1518
Fax: (202) 616-4989

Attorney inquiries to DOJ regarding
the Camp Lejeune Justice Act:
(202) 353-4426