IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHER DIVISION
NO. 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| **Related To:** | ) |
| | ) |
| *ALL CASES* | ) |

## [PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO PREVENT THE DEPOSITION OF DR. CHRISTOPHER PORTIER

Pursuant to Federal Rules of Civil Procedure 26(b) and 26(c), the Court hereby grants the United States' Motion to Prevent the Deposition of Dr. Christopher Portier. Plaintiffs are accordingly prohibited from moving forward with Dr. Portier's deposition at this time.

It is further ordered that, following the depositions of Dr. Frank Bove and Mr. Morris Maslia, Plaintiffs may seek leave to take Dr. Portier's deposition upon a showing of good cause. The United States will be afforded adequate time to prepare to travel for any such deposition according to the requirements of the Department of Justice and United States laws and regulations. The Plaintiffs will also be required to ensure that any ensuing deposition complies with relevant laws and regulations of the United States, Italy, and any other relevant jurisdictions.

SO ORDERED this _____ day of _____, 2024.

Robert B. Jones, Jr.
United States Magistrate Judge