IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | 7:23-cv-00897 |
| | ) | |
| | ) | **CONSENT MOTION TO** |
| This Document Relates To: | ) | **COMPEL PLAINTIFF ANDREW** |
| | ) | **PRZENKOP'S DEPOSITION** |
| *Andrew Przenkop v. United States of America*) | | **TESTIMONY** |
| Case No. 7:23-cv-1435 | ) | |

Pursuant to Federal Rule of Civil Procedure 26 and Local Rule 7.1, the Parties move the Court for an order compelling Plaintiff Andrew Przenkop to testify regarding the reason he left his position with the Polk County Sheriff's Office (the "Sheriff's Office"), including testimony related to a settlement with the Sheriff's Office that included a confidentiality agreement. The Parties have met and conferred; the United States is authorized to represent that Plaintiff consents to the relief requested.

In support of this Motion, the Parties submit and rely upon the accompanying Memorandum in Support attached hereto.

Dated: May 23, 2024

Respectfully Submitted,

**THE UNITED STATES OF AMERICA**

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch

BRIDGET BAILEY LIPSCOMB
Assistant Director

1

ADAM BAIN
Special Litigation Counsel

KAILEY SILVERSTEIN
Trial Attorney

*/s/ Nathan J. Bu*
NATHAN J. BU
Trial Attorney, Torts Branch
Environmental Torts Litigation Section
U.S. Department of Justice
P. O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: nathan.j.bu@usdoj.gov
Telephone: (202) 705-5938
Fax: (202) 616-4989
*Counsel for the United States*

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2024, a copy of the foregoing document was served on all counsel of record by operation of the court's electronic filing system and can be accessed through that system.

*/s/ Nathan J. Bu*
Nathan J. Bu
