IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

| | | |
|---|---|---|
| IN RE: | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | 7:23-cv-00897 |
| | ) | |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |
| *Andrew Przenkop v. United States of America* | ) | |
| Case No. 7:23-cv-1435 | ) | |

**[PROPOSED] ORDER GRANTING CONSENT MOTION TO COMPEL DEPOSITION TESTIMONY OF PLAINTIFF ANDREW PRZENKOP**

Pursuant to Federal Rule of Civil Procedure 26(b) and Local Rule 7.1, the Court hereby grants the Parties' Consent Motion to Compel Deposition Testimony of Plaintiff Andrew Przenkop. Mr. Przenkop is ORDERED to provide deposition testimony regarding the reason he left his position with the Polk County Sheriff's Office, including testimony related to a settlement with the Polk Sheriff's Office that included a confidentiality agreement. It is further ORDERED that the deposition shall be held remotely, and shall be subject to the Federal Rules of Civil Procedure and this Court's Case Management Orders, and shall not exceed in total, including the prior deposition, the time limitations for conduct of depositions.

SO ORDERED this \_\_\_\_ day of May, 2024.

_____

Robert B. Jones, Jr.

United States Magistrate Judge

1