IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates to:

ALL CASES

## DECLARATION OF ROBIN L. GREENWALD

I, Robin L. Greenwald, declare pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct under penalty of perjury:

1. I am an attorney at Weitz & Luxenberg, P.C. and serve on the Plaintiffs' Leadership Group as Co-Lead Counsel for Plaintiffs. I submit this declaration in support of Plaintiffs' Leadership Group Opposition to United States' Motion to Prevent the Deposition of Dr. Christopher Portier. I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2. Exhibit 1 is the Notice of Deposition to Dr. Christopher Portier dated May 10, 2024.

3. Exhibit 2 is the Subpoena of David A. Savitz, Ph.D. to Testify at a Deposition in a Civil Action dated May 13, 2024.

4. Exhibit 3 is the letter signed by Dr. Portier dated October 22, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 30, 2024

/s/ Robin L. Greenwald
Robin L. Greenwald
(admitted *pro hac vice*)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com

*Co-Lead Counsel for Plaintiffs*