# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| Camp Lejeune Water Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:23-cv-897 |
| United States of America | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Academy of Sciences.

Date: 06/03/2024

/s/Katarina K. Wong
*Attorney's signature*

Katarina K. Wong, N.C. State Bar No. 55040
*Printed name and bar number*

Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
150 Fayetteville Street, Suite 1700
Raleigh, NC 27601
*Address*

kwong@brookspierce.com
*E-mail address*

(919) 882-2520
*Telephone number*

*FAX number*