# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | |
|---|---|---|
| Camp Lejeune Water Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:23-cv-897 |
| United States of America | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Academy of Sciences.

Date:    06/03/2024

/s/Edwin L. West, III
*Attorney's signature*

Edwin L. West, III N.C. State Bar No. 22376
*Printed name and bar number*

Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
115 N. 3rd Street, Suite 301
Wilmington, NC 28401
*Address*

ewest@brookspierce.com
*E-mail address*

(910) 444-2021
*Telephone number*

*FAX number*