# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| Camp Lejeune Water Litigation, | |
| Plaintiff, | |
| v. | Civil Action No. 7:23-CV-897 |
| United States of America, | |
| Defendant. | |

## NOTICE OF PAYMENT OF FILING FEES FOR MOTIONS FOR PRO HAC VICE

Third Party National Academy of Sciences ("NAS") files this Notice showing that the filing fees for NAS's three Motions for Pro Hac Vice (ECF Nos. 222-24) have been paid. Attached to this Notice are the receipts for payment:

**Exhibit A:** Jay C. Johnson

**Exhibit B:** Michael C. Davis

**Exhibit C:** Waymon T. Peer

This the 5th day of June 2023.

/s/ Katarina K. Wong
Katarina K. Wong
N.C. State Bar No. 55040
kwong@brookspierce.com
BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
150 Fayetteville Street
Suite 1700
Raleigh, North Carolina, 27601
Tel. (919) 882-2520

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record and parties.

This 5ha day of June, 2024.

                                                  /s/ Katarina K. Wong
                                                  Katarina K. Wong