IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | Case No. 7:23-cv-897 |
| | ) | |
| | ) | UNITED STATES' NOTICE OF |
| | ) | WITHDRAWAL OF MOTION TO |
| This Document Relates To: | ) | AMEND TRACK 1 ORDER TO |
| ALL CASES | ) | PRIORITIZE TRIALS OF TRACK 1 |
| | | SINGLE DISEASE PLAINTIFFS |

The United States of America withdraws its Motion to Amend Track 1 Order to Prioritize Trials of Track 1 Single Disease Plaintiffs [D.E. 167]. The United States agreed to withdraw this motion, and PLG agreed to withdraw its Motions to Expedite Trials [7:23-cv-1576, D.E. 18; 7:23-cv-1368, D.E. 29; 7:23-cv-1364, D.E. 18], if the Court granted the Parties' Joint Motion for Entry of Case Management Order – Track 1 Trial Plaintiff Selection Protocol [D.E. 219]. *See* D.E. 220 at 2. The Court granted the Parties' Joint Motion for Entry of Case Management Order – Track 1 Trial Plaintiff Selection Protocol [D.E. 219] on June 10, 2024. *See* D.E. 232. Accordingly, the United States withdraws its Motion to Amend Track 1 Order to Prioritize Trials of Track 1 Single Disease Plaintiffs [D.E. 167].

Dated: June 11, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch

BRIDGET BAILEY LIPSCOMB
Assistant Director

ADAM BAIN
Special Litigation Counsel

*/s/ Allison M. O'Leary*
ALLISON M. O'LEARY
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation Section
1100 L Street NW
Washington, DC 20005
E-mail: allison.o'leary@usdoj.gov
Phone: (202) 616-4231
Fax: (202) 616-4473

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 11, 2024, a copy of the foregoing Notice of Withdrawal of Motion to Amend Track 1 Order to Prioritize Trials of Track 1 Single Disease Plaintiffs was served on all counsel of record via the Court's electronic filing system.

                                      */s/ Allison M. O'Leary*
                                      ALLISON M. O'LEARY

1
Case 7:23-cv-00897-RJ   Document 233   Filed 06/11/24   Page 3 of 3