IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates to:

ALL CASES

ORDER

Based on the representations of counsel during the Status Conference held today with the court, the following motions are hereby withdrawn:

1. Plaintiffs' Leadership Group's Motion to Compel Document Production in Response to First Set of Request for Production [DE-81];

2. United States' Cross-Motion for Protective Order [DE-93];

3. Plaintiffs' Motion to Reconsider Order Denying Plaintiffs' Motion to Compel Production of Certain Digitized Muster Rolls [DE-192]; and

4. Plaintiffs' Motion to Reconsider Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Production of ATSDR Water Modeling Project File in Native Format [DE-194].

So ordered, the 12th day of June 2024.

Robert B. Jones, Jr.
United States Magistrate Judge