**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**Case No. 7:23-cv-897**

| | |
|---|---|
| IN RE: | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) **PLAINTIFFS' NOTICE OF FILING** |
| | ) **TRACK 1 TRIAL PLAINTIFFS** |
| This Document Relates To: | ) |
| ALL CASES | ) |

Plaintiffs' Leadership Group ("PLG") files this Notice of Filing – Track 1 Trial Plaintiffs

Selection pursuant to Order Regarding Track 1 Trial Plaintiff Selection Protocol (Case

Management Order No. 12) [D.E. 232]. The Track 1 Trial Plaintiffs proposed by the PLG are as

follows:

**Bladder Cancer**

| | |
|---|---|
| Jefferson Criswell v. USA | Case No. 7:23-cv-01482-BO-BM |
| Terry F. Dyer v. USA | Case No. 7:23-cv-00357-D-RJ |
| Mark A. Cagiano v. USA | Case No. 7:23-cv-00569-BO-RN |

**Kidney Cancer**

| | |
|---|---|
| Frank Mousser v. USA | Case No. 7:23-cv-00667-D-RN |
| Allan W. Howard v. USA | Case No. 7:23-cv-00490-FL |
| David W. Fancher v. USA | Case No. 7:23-cv-00275-M-BM |

**Leukemia**

| | |
|---|---|
| Joseph M. Gleesing v. USA | Case No. 7:23-cv-01486-FL |
| Vivian Connard, Representative of Stephen Matthew Connard v. USA | Case No. 7:23-cv-01557-M-RN |
| Bruce W. Hill v. USA | Case No. 7:23-cv-00028-M-KS |

1

**Non-Hodgkin's Lymphoma**

| | |
|---|---|
| Frances Carter as Personal Representative of the Estate of Ronald Carter v. USA | Case No. 7:23-cv-01565-M-KS |
| Robert A. Kidd v. USA | Case No. 7:23-cv-01489-FL |
| Cometto Davis v. USA | Case No. 7:23-cv-00043-BO-BM |

**Parkinson's Disease**

| | |
|---|---|
| Edgar Allen Peterson, IV v. USA | Case No. 7:23-cv-01576-M-RJ |
| Gary McElhiney v. USA | Case No. 7:23-cv-01368-BO-RJ |
| Diane Rothchild v. USA | Case No. 7:23-cv-00858-D-KS |

DATED this 15th day of June, 2024.

/s/ J. Edward Bell, III
J. Edward Bell, III (admitted *pro hac vice*)
Bell Legal Group, LLC
219 Ridge St.
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com
*Lead Counsel for Plaintiffs*


/s/ Elizabeth Cabraser
Elizabeth Cabraser (admitted *pro hac vice*)
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111
Phone (415) 956-1000
ecabraser@lchb.com
*Co-Lead Counsel for Plaintiffs*

/s/ Robin Greenwald
Robin L. Greenwald (admitted *pro hac vice*)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com

Respectfully submitted,

*Co-Lead Counsel for Plaintiffs*
/s/ Zina Bash
Zina Bash (admitted *pro hac vice*)
Keller Postman LLC
111 Congress Avenue, Ste. 500
Austin, TX 78701
Telephone: 956-345-9462
zina.bash@kellerpostman.com
*Co-Lead Counsel for Plaintiffs*
*and Government Liaison*

/s/ W. Michael Dowling
W. Michael Dowling (NC Bar No. 42790)
The Dowling Firm PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
mike@dowlingfirm.com
*Co-Lead Counsel for Plaintiffs*

2

*/s/ James A. Roberts, III*
James A. Roberts, III (N.C. Bar No.: 10495)
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410
P. O. Box 17529
Raleigh, NC 27619-7529
Telephone: (919) 981-0191
Fax: (919) 981-0199
jar@lewis-roberts.com
*Co-Lead Counsel for Plaintiffs*

*/s/ A. Charles Ellis*
A. Charles Ellis (N.C. Bar No.:  010865)
Ward and Smith P.A.
Post Office Box 8088
Greenville, NC  27835-8088
Telephone:  (252) 215-4000
ace@wardandsmith.com
*Liaison Counsel for Plaintiffs*

*/s/ Mona Lisa Wallace*
Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury,
North Carolina 28144
Tel: 704-633-5244
*Co-Lead Counsel for Plaintiffs*

*/s/ Hugh R. Overholt*
Hugh R. Overholt (NC Bar No. 016301)
Ward and Smith P.A.
Post Office Box 867
New Bern, NC  28563-0867
Telephone:  (252) 672-5400
hro@wardandsmith.com
*Liaison Counsel for Plaintiffs*

3