IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| CAMP LEJEUNE WATER LITIGATION ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | **NOTICE OF SPECIAL APPEARANCE** |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| DEFENDANT. ) | |

Please take notice that the undersigned Waymon T. Peer hereby enters a notice of special appearance as attorney for non-party the National Academy of Sciences in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Katarina K. Wong.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Respectfully submitted this 17th day of June, 2024.

| | |
|---|---|
| /s/ Waymon T. Peer | /s/ Katarina K. Wong |
| Waymon T. Peer | Katarina K. Wong |
| Venable LLP | Brooks, Pierce, McLendon, Humphrey & |
| 600 Massachusetts Ave. NW | Leonard LLP |
| Washington, D.C. 20001 | 150 Fayetteville Street, Suite 1700 |
| Phone: 202-344-4244 | Raleigh, NC 27601 |
| Fax: 202-344-8300 | 919-882-2520 |
| wtpeer@venable.com | Fax: 336-232-9120 |
| D.C. Bar. No. 1644992 | kwong@brookspierce.com |
| | N.C. Bar. No. 55040 |
| *Attorney for non-party the National Academy of Sciences* | *Local Civil Rule 83.1(d) Attorney for non-party the National Academy of Sciences* |