IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897-RJ

| | |
|---|---|
| CAMP LEJEUNE WATER LITIGATION ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | **NOTICE OF SPECIAL APPEARANCE** |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| DEFENDANT. ) | |

Please take notice that the undersigned Michael C. Davis hereby enters a notice of special appearance as attorney for non-party the National Academy of Sciences in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Katarina K. Wong.

I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

Respectfully submitted this 17th day of June, 2024.

/s/ Michael C. Davis
Michael C. Davis
Venable LLP
600 Massachusetts Ave. NW
Washington, D.C. 20001
Phone: 202-344-4545
Fax: 202-344-8300
MCDavis@venable.com
D.C. Bar. No. 485311

*Attorney for non-party the National Academy of Sciences*

/s/ Katarina K. Wong
Katarina K. Wong
Brooks, Pierce, McLendon, Humphrey & Leonard LLP
150 Fayetteville Street, Suite 1700
Raleigh, NC 27601
Phone: 919-882-2520
Fax: 336-232-9120
kwong@brookspierce.com
N.C. Bar. No. 55040

*Local Civil Rule 83.1(d) Attorney for non-party the National Academy of Sciences*