IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-cv-897

| | |
|---|---|
| IN RE: | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) **UNITED STATES' NOTICE OF FILING** |
| | ) **TRACK 1 TRIAL PLAINTIFFS** |
| This Document Relates To: | ) |
| ALL CASES | ) |

The United States files its Track 1 Trial Plaintiffs Selection pursuant to Order Regarding Track 1 Trial Plaintiff Selection Protocol (Case Management Order No. 12) [D.E. 232]. The Order provides that "the PLG will have five days to obtain any necessary waivers of claims from said individuals." Further, "[i]f the PLG cannot secure a waiver for any of Defendant's selected plaintiffs, Defendant shall be entitled, at its option, to select a new plaintiff until a plaintiff who agrees to any necessary waivers is selected, at which time Defendant shall propose those plaintiffs to the court to proceed to trial." The Track 1 Trial Plaintiffs proposed by the United States are as follows:

**Bladder Cancer**

| Jimmy Laramore v. United States | Case No. 7:23-cv-00594-FL |
|---|---|
| Edward Raymond v. United States | Case No. 7:23-cv-00546-BO |

**Kidney Cancer**

| David Downs v. United States | Case No. 7:23-cv-01145-FL |
|---|---|
| Jacqueline Tukes v. United States | Case No. 7:23-cv-01553-BO |

1

### Leukemia

| Robert Fiolek v. United States | Case No. 7:23-cv-00062-BO |
|---|---|
| Karen Marie Amsler v. United States | Case No. 7:23-cv-00284-BO |

### Non-Hodgkin's Lymphoma

| Jose Vidana v. United States | Case No. 7:23-cv-01575-M |
|---|---|
| Scott Keller v. United States | Case No. 7:23-cv-01501-FL |

### Parkinson's Disease

| Robert Welch v. United States | Case No. 7:23-cv-01503-FL |
|---|---|
| Richard Sparks v. United States | Case No. 7:23-cv-00682-M |

Dated: June 20, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch

BRIDGET BAILEY LIPSCOMB
Assistant Director

HAROON ANWAR
LaCRESHA JOHNSON
NATHAN BU
ELIZABETH PLATT
ANNA ELLISON
ALLISON O'LEARY
Trial Attorneys

*/s/ Adam Bain*
ADAM BAIN
Special Litigation Counsel
U.S. Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation Section
1100 L Street NW
Washington, DC 20005
E-mail: adam.bain@usdoj.gov
Phone: (202) 616-4209
Fax: (202) 616-4473

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2024, a copy of the foregoing United States Notice of Filing of Track 1 Trial Plaintiffs was served on all counsel of record via the Court's electronic filing system.

                                              */s/ Adam Bain*
                                              ADAM BAIN

4

Case 7:23-cv-00897-RJ   Document 242   Filed 06/20/24   Page 4 of 4