IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **CAMP LEJEUNE WATER LITIGATION** ) | **JOINT MOTION TO AMEND STIPULATED** |
| ) | **PROTECTIVE ORDER** |
| ) | **(CASE MANAGEMENT ORDER NO. 13)** |
| This Document Relates To: ) | |
| ALL CASES ) | |
| ) | |

The Plaintiffs' Leadership Group (the "PLG") and Defendant United States (together, the "Parties") jointly file this motion to amend the Parties' Stipulated Protective Order – Case Management Order No. 6 [D.E. 36]. The proposed Amended Stipulated Protective Order would expand access to certain data so that counsel representing claimants with administrative Camp Lejeune Justice Act ("CLJA") claims ("Claimants' Counsel")—and not only counsel representing Plaintiffs with CLJA cases pending before this Court—can access the data for use in the Department of the Navy's administrative claim process ("administrative claim process"). In particular, the Amended Stipulated Protective Order would allow Claimants' Counsel to access the Defense Manpower Data Center ("DMDC") data (specifically, CLJA_ATSDRSUPP-0000000105, CLJA_ATSDRSUPP-0000000106, CLJA_ATSDRSUPP-0000000107, CLJA_ATSDRSUPP-0000000108, and CLJA_ATSDRSUPP-0000000110 (produced natively in Microsoft Excel)).

The PLG has requested that Defendant grant Claimants' Counsel access to additional data, beyond the access granted by the proposed Amended Stipulated Protective Order. The United States has represented to the PLG that it is seeking the relevant permissions to grant

access to this additional data to be used by claimant's counsel in the administrative claim process. In the interest of time, the Parties agreed to file this joint motion. Should those approvals not materialize by June 26, 2024, the PLG intends to file a motion with this Court for such expanded access.

DATED this 22nd day of June 2024.

Respectfully submitted,

| | |
|---|---|
| /s/ J. Edward Bell, III | BRIAN M. BOYNTON |
| J. Edward Bell, III (admitted *pro hac vice*) | Principal Deputy Assistant Attorney |
| Bell Legal Group, LLC | General |
| 219 Ridge St. | Civil Division |
| Georgetown, SC 29440 | |
| Telephone: (843) 546-2408 | J. PATRICK GLYNN |
| jeb@belllegalgroup.com | Director, Torts Branch |
| *Lead Counsel for Plaintiffs* | Environmental Torts Litigation Section |
| | |
| /s/ Zina Bash | BRIDGET BAILEY LIPSCOMB |
| Zina Bash (admitted *pro hac vice*) | Assistant Director, Torts Branch |
| Keller Postman LLC | Environmental Torts Litigation Section |
| 111 Congress Avenue, Ste. 500 | |
| Austin, TX 78701 | /s/ Adam Bain |
| Telephone: 956-345-9462 | ADAM BAIN |
| zina.bash@kellerpostman.com | Special Litigation Counsel |
| *Co-Lead Counsel for Plaintiffs* | Environmental Torts Litigation Section |
| *and Government Liaison* | U.S. Department of Justice |
| | P.O. Box 340, Ben Franklin Station |
| /s/ Robin Greenwald | Washington, D.C. 20044 |
| Robin L. Greenwald (admitted *pro hac vice*) | E-mail: adam.bain@usdoj.gov |
| Weitz & Luxenberg, P.C. | Telephone: (202) 616-4209 |
| 700 Broadway | |
| New York, NY 10003 | LACRESHA A. JOHNSON |
| Telephone: 212-558-5802 | HAROON ANWAR |
| rgreenwald@weitzlux.com | DANIEL C. EAGLES |
| *Co-Lead Counsel for Plaintiffs* | NATHAN J. BU |
| | Trial Attorneys, Torts Branch |
| /s/ Elizabeth Cabraser | Environmental Torts Litigation Section |
| Elizabeth Cabraser (admitted *pro hac vice*) | *Counsel for Defendant United States of* |
| LIEFF CABRASER HEIMANN & | *America* |
|   BERNSTEIN, LLP | |
| 275 Battery Street, Suite 2900 | |
| San Francisco, CA 94111 | |

Phone (415) 956-1000
ecabraser@lchb.com
*Co-Lead Counsel for Plaintiffs*

*/s/ W. Michael Dowling*
W. Michael Dowling (NC Bar No. 42790)
The Dowling Firm PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
mike@dowlingfirm.com
*Co-Lead Counsel for Plaintiffs*

*/s/ James A. Roberts, III*
James A. Roberts, III (N.C. Bar No.: 10495)
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410
P. O. Box 17529
Raleigh, NC 27619-7529
Telephone: (919) 981-0191
Fax: (919) 981-0199
jar@lewis-roberts.com
*Co-Lead Counsel for Plaintiffs*

*/s/ Mona Lisa Wallace*
Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
*Co-Lead Counsel for Plaintiffs*