IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-cv-897

| | |
|---|---|
| IN RE: ) | |
| CAMP LEJEUNE WATER LITIGATION ) | |
| ) | **JOINT MOTION FOR ENTRY OF** |
| ) | **TRIAL ORDER CONFIRMING THE** |
| ) | **25 TRACK 1 TRIAL PLAINTIFFS** |
| **This Document Relates To:** ) | |
| ALL CASES ) | |

The Plaintiffs' Leadership Group (the "PLG") and Defendant United States (together the "Parties") jointly file this motion for entry of the proposed Trial Order Confirming the 25 Track 1 Trial Plaintiffs. The Court's Order Regarding Track 1 Trial Plaintiff Selection Protocol (Case Management Order No. 12) provides that after the Parties propose Track 1 Trial Plaintiffs and the PLG secures from those plaintiffs waivers of rights to allege that any illnesses or injuries other than Track 1 Illnesses (and those injuries or conditions stemming from a Track 1 Illness or its treatment) were caused by the water at Camp Lejeune, the Court will enter a "Trial Order confirming the 25 Track 1 Trial Plaintiffs." *See* D.E 232 at 3. Case Management Order No. 12 also provides "that fact discovery for the Track 1 Trial Plaintiffs, including general discovery, shall conclude 45 days after the PLG obtains the necessary waivers for every selected Track 1 Trial Plaintiff. *Id.* at 2. It further provides that upon entry of such an order, "discovery and all deadlines for Track 1 Discovery Pool Plaintiffs not selected as one of the Track 1 Trial Plaintiffs will be stayed[.]" *Id.* at 3.

The Parties have proposed Track 1 Trial Plaintiffs and the PLG have secured necessary waivers. Therefore, the Parties jointly ask the Court to enter the proposed Trial Order Confirming the 25 Track 1 Trial Plaintiffs which (1) stays the cases of Track 1 Discovery Pool

Plaintiffs that were not selected for trial, (2) confirms the date when fact discovery closes for the selected plaintiffs, and (3) provides for selected plaintiffs to memorialize their claim waivers by amending their short-form complaints to remove waived allegations.

DATED this 28th day of June 2024.          Respectfully submitted,

/s/ J. Edward Bell, III
J. Edward Bell, III (admitted pro hac vice)
Bell Legal Group, LLC
219 Ridge St.
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com
*Lead Counsel for Plaintiffs*

/s/ Zina Bash
Zina Bash (admitted pro hac vice) Keller Postman LLC
111 Congress Avenue, Ste. 500
Austin, TX 78701
Telephone: 956-345-9462
zina.bash@kellerpostman.com
*Co-Lead Counsel for Plaintiffs and Government Liaison*

/s/ Robin L. Greenwald
Robin L. Greenwald (admitted pro hac vice)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com
*Co-Lead Counsel for Plaintiffs*

/s/ Elizabeth Cabraser
Elizabeth Cabraser (admitted pro hac vice)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111
Phone (415) 956-1000
ecabraser@lchb.com
*Co-Lead Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General Civil Division

J. PATRICK GLYNN
Director, Torts Branch
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Assistant Director, Torts Branch
Environmental Torts Litigation Section

/s/ Adam Bain
ADAM BAIN
Special Litigation Counsel
Environmental Torts Litigation Section
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: adam.bain@usdoj.gov
Telephone: (202) 616-4209

LACRESHA A. JOHNSON
HAROON ANWAR
DANIEL C. EAGLES
NATHAN J. BU
Trial Attorneys, Torts Branch
Environmental Torts Litigation Section
*Counsel for Defendant United States of America*

/s/ W. Michael Dowling
W. Michael Dowling (NC Bar No. 42790)
The Dowling Firm PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
mike@dowlingfirm.com
*Co-Lead Counsel for Plaintiffs*

/s/ James A. Roberts, III
James A. Roberts, III (N.C. Bar No.: 10495)
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410
P. O. Box 17529
Raleigh, NC 27619-7529
Telephone: (919) 981-0191
Fax: (919) 981-0199
jar@lewis-roberts.com
*Co-Lead Counsel for Plaintiffs*

/s/ Mona Lisa Wallace
Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
*Co-Lead Counsel for Plaintiffs*