IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAMP LEJEUNE WATER LITIGATION ) | TRIAL ORDER CONFIRMING THE |
| ) | TRACK 1 TRIAL PLAINTIFFS |
| This Document Relates to: ) | |
| *Jefferson Criswell v. USA*, 7:23-CV-1482-BO ) | |
| *Terry F. Dyer v. USA*, 7:23-CV-357-D ) | |
| *Mark A. Cagiano v. USA*, 7:23-CV-569-BO ) | |
| *Jimmy Laramore v. USA*, 7:23-CV-594-FL ) | |
| *Edward Raymond v. USA*, 7:23-CV-546-BO ) | |
| *Frank Mousser v. USA*, 7:23-CV-667-D ) | |
| *Allan W. Howard v. USA*, 7:23-CV-490-FL ) | |
| *David W. Fancher v. USA*, 7:23-CV-275-M ) | |
| *David Downs v. USA*, 7:23-CV-1145-FL ) | |
| *Jacqueline Tukes v. USA*, 7:23-CV-1553-BO ) | |
| *Joseph M. Gleesing v. USA*, 7:23-CV-1486-FL ) | |
| *Vivian Connard, Representative of Stephen* ) | |
| *Matthew Connard v. USA*, 7:23-CV-1557-M ) | |
| *Bruce W. Hill v. USA*, 7:23-CV-28-M ) | |
| *Robert Fiolek v. USA*, 7:23-CV-62-BO ) | |
| *Karen Marie Amsler v. USA*, 7:23-CV-284-BO ) | |
| *Frances Carter, Personal Representative of the* ) | |
| *Estate of Ronald Carter v. USA*, 7:23-CV-1565-M ) | |
| *Robert A. Kidd v. USA*, 7:23-CV-1489-FL ) | |
| *Cometto Davis v. USA*, 7:23-CV-43-BO ) | |
| *Jose Vidana v. USA*, 7:23-CV-1575-M ) | |
| *Scott Keller v. USA*, 7:23-CV-1501-FL ) | |
| *Edgar Allen Peterson, IV v. USA*, 7:23-CV-1576-M ) | |
| *Gary McElhiney v. USA*, 7:23-CV-1368-BO ) | |
| *Diane Rothchild v. USA*, 7:23-CV-858-D ) | |
| *Robert Welch v. USA*, 7:23-CV-1503-FL ) | |
| *Richard Sparks v. USA*, 7:23-CV-682-M ) | |

The Court's recent Order Regarding Track 1 Trial Plaintiff Selection Protocol, [D.E. 232] (Case Management Order No. 12, or "CMO 12"), limited eligibility for selection as a Track 1 Trial Plaintiff to plaintiffs "waiving their rights to allege that any other illnesses or injuries besides Track

1 Illnesses (and those injuries or conditions stemming from a Track 1 Illness or its treatment) were caused by the water at Camp Lejeune."[1] *See* [D.E. 232] 1. CMO 12 also required that after the Plaintiffs' Leadership Group ("PLG") obtained waivers from proposed Track 1 Trial Plaintiffs, the "Defendant shall propose those plaintiffs to the court to proceed to trial[,]" before the Court would confirm designation of the Track 1 Trial Plaintiffs. *See id.* The Plaintiffs informed the United States on June 25, 2024, that for the plaintiffs proposed as Track 1 Trial Plaintiffs, they have obtained waivers for non-Track 1 Illnesses or injuries, and the selected Track 1 Plaintiffs will proceed only with Track 1 Illnesses (and injuries or conditions stemming from a Track 1 Illness or treatment). These waivers have been confirmed in the joint motion. Accordingly, it is so:

ORDERED that the plaintiffs designated as Track 1 Trial Plaintiffs are as follows:

**Bladder Cancer**

| Jefferson Criswell v. USA | Case No. 7:23-cv-01482-BO |
|---|---|
| Terry F. Dyer v. USA | Case No. 7:23-cv-00357-D |
| Mark A. Cagiano v. USA | Case No. 7:23-cv-00569-BO |
| Jimmy Laramore v. United States | Case No. 7:23-cv-00594-FL |
| Edward Raymond v. United States | Case No. 7:23-cv-00546-BO |

**Kidney Cancer**

| Frank Mousser v. USA | Case No. 7:23-cv-00667-D |
|---|---|
| Allan W. Howard v. USA | Case No. 7:23-cv-00490-FL |
| David W. Fancher v. USA | Case No. 7:23-cv-00275-M |

---

[1] The court established the "Track 1 Illnesses" in Case Management Order No. 2, [D.E. 23] 8, specifically (1) bladder cancer, (2) kidney cancer, (3) leukemia, (4) Parkinson's disease, and (5) non-Hodgkin's Lymphoma.

| David Downs v. United States | Case No. 7:23-cv-01145-FL |
|---|---|
| Jacqueline Tukes v. United States | Case No. 7:23-cv-01553-BO |

### Leukemia

| Joseph M. Gleesing v. USA | Case No. 7:23-cv-01486-FL |
|---|---|
| Vivian Connard, Representative of Stephen Matthew Connard v. USA | Case No. 7:23-cv-01557-M |
| Bruce W. Hill v. USA | Case No. 7:23-cv-00028-M |
| Robert Fiolek v. United States | Case No. 7:23-cv-00062-BO |
| Karen Marie Amsler v. United States | Case No. 7:23-cv-00284-BO |

### Non-Hodgkin's Lymphoma

| Frances Carter as Personal Representative of the Estate of Ronald Carter v. USA | Case No. 7:23-cv-01565-M |
|---|---|
| Robert A. Kidd v. USA | Case No. 7:23-cv-01489-FL |
| Cometto Davis v. USA | Case No. 7:23-cv-00043-BO |
| Jose Vidana v. United States | Case No. 7:23-cv-01575-M |
| Scott Keller v. United States | Case No. 7:23-cv-01501-FL |

### Parkinson's Disease

| Edgar Allen Peterson, IV v. USA | Case No. 7:23-cv-01576-M |
|---|---|
| Gary McElhiney v. USA | Case No. 7:23-cv-01368-BO |
| Diane Rothchild v. USA | Case No. 7:23-cv-00858-D |
| Robert Welch v. United States | Case No. 7:23-cv-01503-FL |

| Richard Sparks v. United States | Case No. 7:23-cv-00682-M |

IT IS FURTHER ORDERED that within 10 days of the entry of this Order, all Track 1 Trial Plaintiffs shall amend their Short Form Complaints to remove waived allegations that any illnesses or injuries besides Track 1 Illnesses (and those injuries or conditions stemming from a Track 1 Illness or its treatment) were caused by the water at Camp Lejeune.

IT IS FURTHER ORDERED that fact discovery for the Track 1 Trial Plaintiffs, including general discovery, shall conclude on August 11, 2024.

IT IS FURTHER ORDERED that discovery and all deadlines for Track 1 Discovery Pool Plaintiffs, [D.E. 130] 1–3, not selected as one of the Track 1 Trial Plaintiffs are STAYED.

SO ORDERED. This 9th day of July, 2024.

_____
RICHARD E. MYERS II
Chief United States District Judge

_____
TERRENCE W. BOYLE
United States District Judge

_____
LOUISE W. FLANAGAN
United States District Judge

_____
JAMES C. DEVER III
United States District Judge

4