IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-cv-897

| | |
|---|---|
| IN RE: )<br>)<br>CAMP LEJEUNE WATER LITIGATION )<br>)<br>This Document Relates To: )<br>ALL CASES )<br>) | **JOINT PROPOSED PRETRIAL SCHEDULING ORDER FOR CERTAIN TRACK 1 TRIAL ISSUES** |

The Plaintiffs' Leadership Group (the "PLG"), together with the Defendant United States of America ("Defendant" or the "United States") (collectively, the "Parties"), jointly file this Joint Proposed Pretrial Scheduling Order pursuant to the Order entered on June 28, 2024 (D.E. 247) .

1)  Pursuant to the Order entered on July 9, 2024 (D.E. 250), discovery related to the Track 1 Trial Plaintiffs closes on August 11, 2024.

2)  The PLG will disclose its experts relating to the "toxic chemical exposure from the water at Camp Lejeune" (the "Water Contamination Phase") 75 days after the close of fact discovery.

3)  The Defendant will disclose its experts relating to the Water Contamination Phase 45 days after the PLG disclose their experts relating to the Water Contamination Phase.

4)  The PLG will disclose its rebuttal Water Contamination Phase experts 21 days after the Defendant discloses its experts relating to the Water Contamination Phase.

5)  The PLG will disclose its experts relating to "general causation for Track 1 illnesses" (the "General Causation Phase") 120 days after the close of fact discovery.

6)  The Defendant will disclose their experts relating to General Causation 45 days after the PLG discloses its experts relating to the General Causation Phase.

7) The PLG will disclose its rebuttal experts relating to General Causation 21 days after the Defendant discloses their experts relating to General Causation Phase.

8) Following the expert disclosures relating to each phase, the parties will have 45 days to complete expert discovery relating that phase.

9) Following expert discovery relating to each phase, the parties will have 30 days to serve motions to exclude any experts ("Daubert motions") and motions for summary judgment relating to that phase. The parties will have 21 days to file oppositions to the motions and 14 days to file replies to the oppositions.

10) The parties will disclose expert reliance files within 7 days of the initial expert disclosure for that expert.

11) Expert witness depositions will be presumptively limited to 7 hours per expert for these phases absent agreement of the parties or court order for good cause.

12) Each party will pay for the time that the opposing party expert spends under oath in deposition, at the same rate paid by the party that retained the expert; otherwise, the parties are responsible for the fees of the experts they retain.

13) At the appropriate time following determination of motions on the Water Contamination Phase and the General Causation Phase, the parties will disclose its experts regarding specific causation and damages.

[Signatures on Following Page]

DATED this 12th day of July, 2024.

Respectfully submitted,

*/s/ J. Edward Bell, III*
J. Edward Bell, III (admitted *pro hac vice*)
Bell Legal Group, LLC
219 Ridge St.
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com
*Lead Counsel for Plaintiffs*

*/s/ Zina Bash*
Zina Bash (admitted *pro hac vice*)
Keller Postman LLC
111 Congress Avenue, Ste. 500
Austin, TX 78701
Telephone: 956-345-9462
zina.bash@kellerpostman.com
*Co-Lead Counsel for Plaintiffs*
*and Government Liaison*

/s/ *Robin Greenwald*
Robin L. Greenwald (admitted *pro hac vice*)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com
*Co-Lead Counsel for Plaintiffs*

*/s/ Elizabeth Cabraser*
Elizabeth Cabraser (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111
Phone (415) 956-1000
ecabraser@lchb.com
*Co-Lead Counsel for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Assistant Director, Torts Branch
Environmental Torts Litigation Section

*/s/ Adam Bain*
ADAM BAIN
Special Litigation Counsel
Environmental Torts Litigation Section
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: adam.bain@usdoj.gov
Telephone: (202) 616-4209

LACRESHA A. JOHNSON
HAROON ANWAR
DANIEL C. EAGLES
NATHAN J. BU
Trial Attorneys, Torts Branch
Environmental Torts Litigation Section
*Counsel for Defendant United States of*
*America*

*/s/ W. Michael Dowling*
W. Michael Dowling (NC Bar No. 42790)
The Dowling Firm PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
mike@dowlingfirm.com
*Co-Lead Counsel for Plaintiffs*

*/s/ James A. Roberts, III*
James A. Roberts, III (N.C. Bar No.: 10495)
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410
P. O. Box 17529
Raleigh, NC 27619-7529
Telephone: (919) 981-0191
Fax: (919) 981-0199
jar@lewis-roberts.com
*Co-Lead Counsel for Plaintiffs*

*/s/ Mona Lisa Wallace*
Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
*Co-Lead Counsel for Plaintiffs*