IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

In re
Camp Lejeune Water Litigation

This document applies to:
ALL CASES

# FEDERAL RULE OF CIVIL PROCEDURE 53(B)(3)(A) AFFIDAVIT OF THOMAS J. PERRELLI

I, Thomas J. Perrelli, hereby swear under penalty of perjury the following:

1. I am an attorney in good standing, licensed to practice in the District of Columbia.

2. I am partner and chair of the firm Jenner and Block LLP, 1099 New York Avenue NW, Suite 900, Washington DC, 20001.

3. I hereby consent to appointment as Special Master in the above-captioned litigation.

4. I have thoroughly familiarized myself with the issues involved in this case. As a result of my knowledge of the case, I can attest and affirm that I know of no non-disclosed grounds for disqualification under 28 U.S.C. § 455 that would prevent me from serving as the special master in the above-captioned matter pursuant to Appointment Order (Case Management Order No. 14), dated July 9, 2024 (ECF No. 251);

I declare under penalty of perjury that the preceding facts are true and correct. Executed in Washington, DC on 15th day of July, 2024.

_____
Thomas J. Perrelli