IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-CV-00897

| | |
|---|---|
| **IN RE:**<br>**CAMP LEJEUNE WATER LITIGATION**<br><br>**This document applies to all:**<br>**ALL CASES** | **FED. R. CIV. P. 53(B)(3)(A)**<br>**AFFIDAVIT OF**<br>**CHRISTOPHER G. OPRISON** |

I, Christopher G. Oprison, hereby swear under penalty of perjury the following:

1. I am an attorney in good standing, duly licensed to practice law in the District of Columbia, Florida, Texas, and Virginia.

2. I am a partner in the law firm DLA Piper LLP (US).

3. I hereby consent to appointment as Settlement Master in the above-captioned litigation.

4. I have thoroughly familiarized myself with the issues involved in this case. As a result of my knowledge of the case, I attest and affirm that I know of no non-disclosed grounds for disqualification under 28. U.S.C. § 455 that would prevent me from serving as the Settlement Master in this matter pursuant to Appointment Order (Case Management Order No. 14), dated July 9, 2024 (ECF No. 251).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of July, 2024.

Christopher G. Oprison, Esq.