IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
7:23-CV-897

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | **ORDER REGARDING** |
| | ) | **REAPPOINTMENT OF PLAINTIFFS'** |
| | ) | **LEADERSHIP GROUP** |
| This Documents Relates to: | ) | |
| ALL CASES | ) | |
| | ) | |

This matter is before the court *sua sponte* regarding the reappointment of Plaintiffs' Leadership Group (collectively, "PLG").[1] *See* [D.E. 1]; [D.E. 10] ("CMO 1").

In CMO 1, the court appointed certain individuals to roles in the PLG for this litigation ("Litigation"). [D.E. 10] 1–2, 6. The court made "all appointments . . . for a one-year period . . . expir[ing] July 31, 2024." *Id.* at 9.

The court stated that PLG members could "apply for reappointment when their terms expire" and that "[a] reappointment process will be established at an appropriate time in advance of the expiration date." [D.E. 10] 9. The court solicited, [D.E. 196], and received reapplication materials from all PLG members. Based on those materials and the progress of this Litigation to date, the court will extend PLG members' appointments by an additional year.

The court hereby reappoints the PLG for an additional year, from August 1, 2024, to July 31, 2025, as follows:

| | |
|---|---|
| Lead Counsel: | J. Edward Bell III, Bell Legal Group |
| Co-Lead Counsel & Government Liaison: | Zina Bash, Keller Postman LLC |

---

[1] The court has previously discussed its inherent powers and those under the Federal Rules of Civil Procedure to appoint a plaintiff leadership group. *See* [D.E. 22] 6–8.

| | |
|---|---|
| Co Lead Counsel: | Elizabeth Cabraser, Lieff Cabraser Heimann & Bernstein, LLP |
| | Michael Dowling, The Dowling Firm PLLC |
| | Robin Greenwald, Weitz & Luxenberg, PC |
| | James A. Roberts III, Lewis & Roberts, PLLC |
| | Mona Lisa Wallace, Wallace & Graham, PA |
| Liaison Counsel: | Charles Ellis, Ward & Smith, PA |
| | Hugh R. Overholt, Ward & Smith, PA |
| Resolution Committee Member: | Joseph F. Rice, Motley Rice LLC |

A further reappointment process will be established at an appropriate time in advance of the July 31, 2025 expiration date. [D.E. 10] 9. The PLG remains subject to the procedures and responsibilities outlined in CMO 1. *Id.*

SO ORDERED. This 23d day of July, 2024.

RICHARD E. MYERS II
Chief United States District Judge

TERRENCE W. BOYLE
United States District Judge

LOUISE W. FLANAGAN
United States District Judge

JAMES C. DEVER III
United States District Judge