IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:23-CV-897

| | |
|---|---|
| In re ) | |
| **Camp Lejeune Water Litigation** ) | |
| ) | **ORDER** |
| This document applies to: ) | |
| **ALL CASES** ) | |

In order to protect the integrity of the settlement negotiations facilitated by the Settlement Masters appointed in this litigation (*see* D.E. 251), the regular status conferences in this litigation (*see* Case Management Ord. ("CMO") 2, D.E. 23 at 4-5 § V), including specifically the requirement that at such conferences the parties be prepared to provide an update on individual and global settlement efforts (D.E. 27 at 1 ¶ e), shall be subject to the restrictions on disclosure of Confidential Settlement Information set out in CMO 14 (D.E. 251 at 3-4 § III).[1] The parties shall therefore not present Confidential Settlement Information at the status conferences. The written joint status reports filed before regular status conferences (*see* CMO 2 at 4-5 § V) shall also be subject to the restrictions on disclosure of Confidential Settlement Information in CMO 14 and shall therefore also not contain Confidential Settlement Information.

The restrictions on Confidential Settlement Information do not apply to statistical information on settlements reached by the government and settlement offers made by it on its own initiative without involvement of the Special Masters (*see, e.g.*, D.E. 164 § 5 at 4-5). Nothing in this order shall be deemed to restrict the disclosure of Confidential Settlement Information and other

---

[1] CMO 14 provides in relevant part that Confidential Settlement Information consists of "the contents of any written settlement statements or other settlement-related communications, and any occurrences, positions taken, or views expressed in connection with any settlement conference or discussion" and that Confidential Settlement Information "shall not be . . . [d]isclosed to the Court." CMO 14, D.E. 251 at 3 § III.

information to the undersigned as Settlement Liaison, who is not encompassed in the term "Court." *See* CMO 14 at 2.

SO ORDERED, this 29th day of July 2024.

James E. Gates
United States Magistrate Judge