IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Pleading Relates to: | ) |
| ALL CASES | ) |

**PLAINTIFFS' LEADERSHIP GROUP'S MOTION TO COMPEL DOCUMENT PRODUCTION IN RESPONSE TO SEVENTH SET OF REQUEST FOR PRODUCTION**

Pursuant to Rule 37(a)(3)(B) of the Federal Rules of Civil Procedure, Local Civil Rule 7.1(c)(1), and United States Magistrate Judge Robert B. Jones Jr.'s Amended Order entered on November 21, 2023, the Plaintiffs' Leadership Group ("PLG") hereby moves the Court for an order compelling the government to produce all non-privileged documents responsive to the PLG's Seventh Request for Production ("Seventh RFP") and to log all responsive documents withheld on the basis of privilege. In support of this motion, the PLG shows as follows:

1.  The PLG is finalizing the depositions of key government personnel involved in various ways with the Camp Lejeune water contamination disaster. During these depositions, a recurring pattern has developed where deponents possess clearly discoverable documents that have not been previously produced in discovery.

2.  In order to address this recurring problem, the PLG served the Seventh RFP on June 18, 2024. The Seventh RFP contained a list of ten key witnesses who the PLG either previously or imminently will depose. The Seventh RFP asked the government to make contact with these ten key witnesses and produce responsive documents in each witness's possession.

3. The Seventh RFP is designed to address the very real, practical problem of witnesses appearing at depositions in possession of highly relevant but previously unproduced documents. The Seventh RFP should have been uncontroversial.

4. Unfortunately, the government has refused to produce substantial categories of documents that are responsive to the Seventh RFP. As such, the PLG is at the disadvantage of taking depositions of key witnesses without possessing all relevant documents in each witness's possession.

5. As required by Local Civil Rule 7.1, this motion is accompanied by a supporting Memorandum of Law.

6. The PLG and the government have participated in multiple meet-and-confer conferences concerning the Seventh RFP. Undersigned counsel certify that there has been a good faith effort to resolve this discovery dispute prior to the filing of the present motion.

WHEREFORE, the PLG respectfully prays the Court as follows:

1. That the government be ordered to produce all non-privileged documents and files responsive to the Seventh RFP;

2. That the government be ordered to log all documents and files responsive to the Seventh RFP that are withheld on the basis of privilege; and

3. For such other and further relief as the Court deems just and proper.

*[The remainder of this page intentionally left blank.]*

DATED this 8th day of August, 2024.

/s/ J. Edward Bell, III
J. Edward Bell, III (admitted *pro hac vice*)
Bell Legal Group, LLC
219 Ridge St.
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com

*Lead Counsel for Plaintiffs*

/s/ Elizabeth J. Cabraser
Elizabeth J. Cabraser (admitted *pro hac vice*)
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
ecabraser@lchb.com

*Co-Lead Counsel for Plaintiffs*

/s/ Robin L. Greenwald
Robin L. Greenwald (admitted *pro hac vice*)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com

*Co-Lead Counsel for Plaintiffs*

/s/ Mona Lisa Wallace
Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
mwallace@wallacegraham.com

*Co-Lead Counsel for Plaintiffs*

/s/ Zina Bash
Zina Bash (admitted *pro hac vice*)
Keller Postman LLC
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: 956-345-9462
zina.bash@kellerpostman.com

*Co-Lead Counsel for Plaintiffs and Government Liaison Counsel*

/s/ W. Michael Dowling
W. Michael Dowling (NC Bar No. 42790)
The Dowling Firm PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
mike@dowlingfirm.com

*Co-Lead Counsel for Plaintiffs*

/s/ James A. Roberts, III
James A. Roberts, III
Lewis & Roberts, PLLC
3700 Glenwood Ave., Ste. 410
Raleigh, NC 27612
Telephone: (919) 981-0191
jar@lewis-roberts.com

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, J. Edward Bell, III, hereby certify that the foregoing document was electronically filed on the Court's CM/ECF system on this date, and that all counsel of record will be served with notice of the said filing via the CM/ECF system.

This the 8th day of August, 2024.

*/s/ J. Edward Bell, III*_____
J. Edward Bell, III