IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Pleading Relates to: | ) |
| ALL CASES | ) |

## INDEX OF EXHIBITS
## TO
## PLAINTIFFS' LEADERSHIP GROUP'S MEMORANDUM OF LAW
## IN SUPPORT OF MOTION TO COMPEL DOCUMENT PRODUCTION IN RESPONSE
## TO SEVENTH SET OF REQUEST FOR PRODUCTION

Exhibit 1   PLG's Seventh Set of Requests for Production, June 18, 2024

Exhibit 2   Def's Responses and Objections to PLG's Seventh Set of Requests for Production, July 8, 2024

Exhibit 3   July 19, 2024 Letter

Exhibit 4   May 18, 2024 Letter

Exhibit 5   Excerpts from Deposition of Baker

Exhibit 6   Excerpts from Second Deposition of Hastings

Exhibit 7   Excerpts from Deposition of McDonald

Exhibit 8   Excerpts from Deposition of Reisch

Exhibit 9   Excerpts from First Deposition of Hastings

Exhibit 10[1]   Excerpts from Deposition of Waddill

---

[1] Exhibit 10 to the present motion to compel has been designated as containing "Confidential Information" pursuant to the Stipulated Protective Order [D.E. 36]. The Plaintiffs' Leadership Group ("PLG") does not believe that this exhibit actually contains confidential information. However, the PLG is not publicly filing Exhibit 10 at the present time. The PLG will provide this exhibit to the Court for *in camera review*.