# EXHIBIT 5

Page 1

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF NORTH CAROLINA
2              SOUTHERN DIVISION
                No. 7:23-CV-897
3
4    IN RE:                              )
                                         )
5    CAMP LEJEUNE WATER LITIGATION       )
                                         )
6    This Document Relates to:           )
     ALL CASES                           )
7                                        )
     _____ )
8
9
10            30(b)(6) DEPOSITION OF
11   AGENCY FOR TOXIC SUBSTANCE AND DISEASE REGISTRY and
12              JAMES D. BAKER, JR.
13         December 5, 2023 - 10:09 a.m.
14   Centers for Disease Control Global Communications
15                     Center
16              1600 Clifton Road
17           Building 19, Room 257
18              Atlanta, georgia
19   Robyn Bosworth, RPR, CRR, CRC, CCR-B-2138
20
21
22
23
24
25

Veritext Legal Solutions
800.743.DEPO (3376)  calendar-carolinas@veritext.com  www.veritext.com
Case 7:23-cv-00897-RJ  Document 273-6  Filed 08/08/24  Page 2 of 4

```
 1         A    Yes.
 2         Q    And it's in -- it says it's in a folder,
 3   and the folder is entitled Camp Lejeune Military
 4   RES.
 5         A    Yes.
 6         Q    Is that a physical folder?
 7         A    Yes, it's a physical folder based on who
 8   stored it at that time in compliance with federal
 9   records requirements.
10         Q    Where is that physical folder right now?
11         A    It's at our building in my office.
12         Q    So that's why it says specific location --
13   general location, temporarily in possession of
14   ATSDR, because you retrieved it --
15         A    Right.
16         Q    -- you went and got it, took it to your
17   office?
18         A    Yes.
19         Q    That same thing applies for at least the
20   first six.
21         A    Yes.
22         Q    Now, are those documents in those six
23   folders that are now in your office, are they
24   electronically scanned anywhere --
25         A    No.  Well --
```

```
 1        A    Yes, sir.
 2        Q    All right.  Now, those seven folders are
 3   now in two boxes in your office?
 4        A    Yes, sir.
 5        Q    And nobody else has seen them other than
 6   you --
 7             MR. ANWAR:  Object to form.
 8   BY MR. DEAN:
 9        Q    -- related to --
10        A    That, I don't know.
11        Q    -- related to this deposition or this
12   case?
13        A    Nobody related to this deposition --
14        Q    Okay.
15        A    -- I don't know.  I don't know.
16        Q    Nobody else has recently come and
17   inspected those documents and reviewed them?
18        A    Oh, no.
19        Q    Did you tell -- when did you first tell
20   somebody they were in your office?
21        A    The leadership the day that I got them and
22   said, Hey, we got the records.
23        Q    Do you know if anybody with the Department
24   of Justice was on any of those e-mails where you
25   notified them they were in your office?
```