# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

SOUTHERN DIVISION

No. 7:23-CV-897

--------------------------------

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates to:

ALL CASES

--------------------------------

VIDEO-RECORDED DEPOSITION OF

PATRICIA R. HASTINGS, DO, MPH, FACEP, RN

Tuesday, May 14, 2024

9:40 a.m. Eastern Time

Reported by:

Denise Dobner Vickery, CRR, RMR

 1   this way.
 2              After your deposition, were you
 3   requested or did you make available some documents
 4   or your laptop or computer files so that they
 5   could be reviewed by someone in case they were
 6   relevant?
 7              MS. HURT:  Objection to form.
 8              THE WITNESS:   I did not give
 9        my computer to anyone, and my files could
10        be accessed by VA without my knowledge,
11        but I do not know that they were.
12   BY MR. DEAN:
13        Q.    All right.  Do you have any
14   documents related to Camp Lejeune in any fashion
15   that are saved on the C drive or the hard drive of
16   your office computer?
17        A.    Yes.
18        Q.    And have those materials been copied
19   and produced to general counsel or to the DOJ, to
20   your knowledge?
21        A.    Not to my knowledge.
22        Q.    All right.  What is the file?  Just
23   so that the Department of Justice can make that
24   request, what would the file be named or the file

Patricia R. Hastings, DO, MPH, FACEP, RN
10

1     CAP?

2         A.    It's various files, but it's e-mails

3     and then materials that pertain to Camp Lejeune,

4     whether it be the Community Assistance Panel

5     meetings, briefings.  Some of the materials that

6     have been done by the National Academy of

7     Sciences, Engineering, and Medicine that I've

8     downloaded.  Scientific articles.

9         Q.    Research papers, things like that?

10        A.    Research papers.

11        Q.    So probably approximately three

12    folders, master folders?

13        A.    They would be in various locations.

14    Some of them -- some of them would be in readings.

15    You know, my scientific papers go into my readings

16    file.  I have an e-mail file for Camp Lejeune.  I

17    have -- I cannot tell you how many files they

18    would be because they would be in various

19    locations.

20        Q.    All right. If -- you would be able

21    to assist someone with the VA or the DOJ to

22    recover those files?

23        A.    I would -- yes, I would be able to

24    find them.  It's just --