# EXHIBIT 7

1          IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF NORTH CAROLINA
2                  SOUTHERN DIVISION

3

4    IN RE:                        )
                                   )
5                                  )
     CAMP LEJEUNE WATER            )
6    LITIGATION,                   )
                                   )
7                                  ) NO. 7:23-CV-897
                                   )
8    This Document Relates to:     )
                                   )
9          ALL CASES               )

10

11

12

13

14      VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF
15                  JENNIFER McDONALD
16          TAKEN ON BEHALF OF THE PLAINTIFFS
17                  Norfolk, Virginia
18                 Tuesday, June 4, 2024

19

20

21

22

23   Stenographically reported by:
     Kerry Zahn, RMR-CRR

24

1    remember?

2         A       So in general, the task order was

3    requesting community involvement, I think was the

4    bas- -- the basic task order was community

5    involvement, some research with Camp Lejeune and

6    the water issue, and I think that was -- putting

7    some data together.

8         Q       Okay.  So maybe some community or

9    service member outreach?

10        A       I believe so.

11               And also some interaction with, you

12   know, the VA and some other departments and things

13   like that.

14        Q       All right.

15               Now, on your C Drive on your

16   laptop, do you have similar files, maybe they were

17   working files, maybe you saved some emails related

18   to some -- do you have a Camp Lejeune working file

19   on your C Drive as well?

20        A       I don't.

21        Q       Okay.

22               Now, in that folder on the

23   Camp Lejeune -- the task order, to your knowledge,

24   has anyone ever asked you or have you heard anyone

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 273-8   Filed 08/08/24   Page 3 of 4

1    making a copy of that C Drive related to Camp --

2    excuse me -- that share drive file folder for

3    Camp Lejeune and providing it to the Department of

4    Justice?

5         A      Not to my knowledge.

6         Q      Okay.

7                Now, what is in that folder as far

8    as sub-folders, if you remember?

9                I mean, for example, is there, you

10   know, some con- -- a contracts folder possibly and

11   then some correspondence folder, maybe some

12   research folders or can you just generally tell me

13   how the -- what kind of files might be in there?

14        A      So it's basically just related to

15   the contract action.

16               So there's, you know, a request for

17   proposal, funding information, contractor's

18   proposal, business determination documentation as

19   far as evaluating the proposal, and then the

20   contract award documents.

21        Q      Okay.

22        A      Maybe some miscellaneous

23   correspondence with respect to awarding the task

24   order.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 273-8   Filed 08/08/24   Page 4 of 4