# EXHIBIT 8

```
                                                              Page 1
 1              IN THE UNITED STATES DISTRICT COURT
             F0R THE EASTERN DISTRICT OF NORTH CAROLINA
 2                        SOUTHERN DIVISION
 3
 4   IN RE:                              No. 7:23-CV-897
 5   CAMP LEJEUNE WATER LITIGATION
 6
 7
 8         Virtual deposition of TIMOTHY REISCH, taken
 9   pursuant to notice, before Cherryl J. Maddox, a Notary
10   Public, on June 28, 2024, at 9:36 a.m.
11
12
13                         Reported by:  Cherryl J. Maddox
```

```
 1   APPEARANCES:
 2   Kevin Dean, Esq.
     KDean@motleyrice.com
 3   Margaret Scalise, Esq.
     Counsel for the Plaintiff Leadership Group;
 4
     Jennifer Adams
 5   U.S. Department of Justice
     jennifer.e.adams@usdoj.gov
 6   Counsel for the Agency;
 7   Chad Boyse, Judge Advocate General, U.S. Navy
 8   Bradley Garner, NAVFAC
 9   Karen Keebler, Videographer.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ   Document 273-9   Filed 08/08/24   Page 3 of 4

```
 1   project, yes.
 2            Q         Do you know where that laptop is today?
 3            A         No.
 4            Q         Who did you turn it into when you
 5   retired?
 6            A         To our IT folks.
 7            Q         What is your understanding that they do
 8   with those laptops and your working papers that are on that
 9   laptop when you retired?
10            A         That they retain those.
11            Q         Okay.  Did you save emails, PDF
12   versions, pursuant to department policy, that were of
13   importance to this project related to these Muster Rolls?
14            A         I'm sorry, ask that question again.
15            Q         Yes.  Did you have a habit or custom
16   that might have been pursuant to a department policy to save
17   your emails related to this Muster Roll Project in some
18   location?
19            A         Yeah, I maintained my files, yes.
20            Q         And did you keep them on the C drive or
21   did you save them on a share drive somewhere?
22            A         I did both.
23            Q         All right.  I want to show you what I'm
24   going to, we previously marked as Exhibit Nine.  I will give
25   you time to pull it up for you.
```

Golkow Technologies,
877-370-3377  A Veritext Division  www.veritext.com
Case 7:23-cv-00897-RJ   Document 273-9   Filed 08/08/24   Page 4 of 4