# EXHIBIT 9

Confidential Information Subject to Protective Order

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

IN RE: CAMP LEJEUNE WATER )
LITIGATION ) No.:
_____ ) 7:23-CV-897
THIS DOCUMENT RELATES TO: )
ALL CASES )

WEDNESDAY, DECEMBER 6, 2023
CONFIDENTIAL INFORMATION
SUBJECT TO PROTECTIVE ORDER

- - -

Oral deposition of 30(b)(6) designee of Department of Veterans Affairs, Patricia R. Hastings, M.D., held at the Department of Veteran Affairs, 810 Vermont Avenue NW, Washington, DC, commencing at 10:00 a.m. Eastern, on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, and Certified Realtime Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

1   to issues of water contamination in Camp
2   Lejeune, is there any way like to search a
3   hard drive, search a database, search a file,
4   a share drive file, whatever, where documents
5   might be stored to locate things?
6         MS. HURT:  Objection to form.
7         THE WITNESS:  I'm not aware of
8     any -- people make their own
9     SharePoints or, you know, SharePoints
10    are sort of ubiquitous now but a few
11    years ago they weren't.  And many
12    people make their own files that they
13    keep in their own computer.
14        Some people have share files.
15    I do not know of a central repository
16    for all things Camp Lejeune.
17   QUESTIONS BY MR. DEAN:
18    Q.   Okay.  Do you have any
19   folders --
20    A.   Yes.
21    Q.   -- or files that relate to Camp
22   Lejeune --
23    A.   Yes.
24    Q.   -- that are shared in your
25   department?

Confidential Information Subject to Protective Order

```
 1          A.     Not shared, but I have files on
 2     my computer for reviews of -- I've been
 3     working with Camp Lejeune for seven years.
 4          Q.     Do you know how -- what is that
 5     file called, that master file folder?
 6          A.     It probably is called Camp
 7     Lejeune.  I would have to -- you know, I --
 8     I --
 9          Q.     Right.
10          A.     I would have to go in and look
11     at it.
12          Q.     Okay.  And is it on a laptop or
13     on a VA file server?
14                 MS. HURT:  Objection.  Scope.
15                 THE WITNESS:  It's on my
16          laptop.
17     QUESTIONS BY MR. DEAN:
18          Q.     And is this a work laptop?
19          A.     Yes.
20          Q.     All right.  And does the VA
21     have various personnel that have mobile
22     laptops where they may keep information from
23     time to time that they save on their laptop
24     that is personal to them related to Camp
25     Lejeune?
```

```
 1   QUESTIONS BY MR. DEAN:
 2        Q.    And nobody has asked you --
 3   whether it be Office of General Counsel, the
 4   Department of Justice or any of your
 5   superiors, nobody has asked you to provide
 6   that information?
 7             MS. HURT:  Objection to scope.
 8             THE WITNESS:  I have a letter
 9        that tells me not to destroy anything.
10        So they have not asked me to produce
11        anything, but I have been told --
12   QUESTIONS BY MR. DEAN:
13        Q.    Understood.
14        A.    -- that you are -- you know,
15   that I am to save things.
16        Q.    Okay.
17        A.    And not delete.
18        Q.    But nobody has asked you for
19   them yet?
20        A.    They have not asked me for
21   them.
22        Q.    And the letter you got was a
23   hold notice?
24        A.    I believe that's what it's
25   called.
```