# EXHIBIT 10

Excerpts from Transcript of Deposition of
Dan Waddill, Ph.D.

Designated as Containing Information
under the Protective Order.
Will be provided for
*in camera review.*