# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| Camp Lejeune Water Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 7:23-cv-897 |
| United States of America ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Academy of Sciences.

Date: 08/14/2024

/s/ Christopher B. Dodd
*Attorney's signature*

Christopher B. Dodd N.C. State Bar No. 59294
*Printed name and bar number*
Brooks, Pierce, McLendon, Humphrey & Leonard, LLP
115 N. 3rd Street, Suite 301
Wilmington, NC 28401
*Address*

cdodd@brookspierce.com
*E-mail address*

(910) 444-2000
*Telephone number*

(910) 444-2001
*FAX number*