# INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| **1** | **Plaintiffs' Seventh Request for Production of Documents** |
| | |
| **2** | **Correspondence re: ESI Custodians & Search Terms** |
| 2.1 | 2023.11.27 Mirsky Email |
| 2.2 | 2023.11.28 Mirsky Email |
| 2.3 | 2023.12.07 Bell Email |
| 2.4 | 2023.12.12 Mirsky Email |
| 2.5 | 2023.12.21 United States Discovery Update Letter |
| 2.6 | 2023.12.22 US Response to Dec 18 2023 Letter |
| | |
| **3** | **Scope Meet and Confer Correspondence** |
| 3.1 | 2024.01.03 Mirsky Email |
| 3.2 | 2024.01.08 Plfs Ltr re RFPs Status |
| | |
| **4** | **Water Modeling Project Files Production Letters** |
| 4.1 | 2024.02.09 Water Modeling Project Files Prod 1 Cover Letter |
| 4.2 | 2024.02.16 Water Modeling Project Files Prod 2 Cover Letter |
| 4.3 | 2024.02.27 Water Modeling Project Files Prod 3 Cover Letter |
| 4.4 | 2024.03.01 Water Modeling Project Files Prod 4 Cover Letter |
| 4.5 | 2024.03.18 Water Modeling Project Files Prod 5 Cover Letter |
| 4.6 | 2024.03.27 Water Modeling Project Files Prod 6 Cover Letter |
| 4.7 | 2024.04.11 Water Modeling Exotic File Production Cover Letter |
| 4.8 | 2024.04.24 Water Modeling Supp Prod 1 Cover Ltr |
| 4.9 | 2024.05.10 Water Modeling Supp Prod 2 Cover Ltr |
| 4.10 | 2024.05.20 Water Modeling Supp Prod 3 Cover Ltr |
| | |
| **5** | **Health Effects Project Files Production Letters** |
| 5.1 | 2024.05.14 Health Effects Study Prod 1 Cover Letter |
| 5.2 | 2024.06.27 Cover Ltr re HES Production |
| 5.3 | 2024.07.18 Cover Ltr re Water Modeling-HES Prods Logs |
| | |
| **6** | **Other Production Letters/Privilege Logs** |
| 6.1 | 2024.06.11 U.S. Repsonse to Plaintiffs RFP 11 |
| 6.2 | 2024.07.10 Cover Ltr re Rennix |
| 6.3 | 2024.07.19 - CL Production of Documents (NAVY WADDILL) |
| 6.4 | 2024.07.29 - U.S. Production of Documents (ATSDR_BOVE_HC) |
| 6.5 | 2024.07.30_US Production_Rennix |
| 6.6 | 2024.07.31 CLJA - Dr. Bove Emails Privilege Log Excerpt |
| 6.7 | 2024.07.31 CLJA - Dr. Bove Emails Privilege Log |
| 6.8 | 2024.08.06 - CL Production of Documents Waddill |
| 6.9 | 2024.08.09 Cover Ltr re Bove Email Production 2 |
| | |
| **7** | **Scope-Related Correspondence (Post Agreement)** |
| 7.1 | 2024.03.29 - United States' Discovery Update |
| 7.2 | 2024.05.17 Ltr to DOJ_Doc Production |
| 7.3 | 2024.05.18 Ltr to DOJ re_Hastings Docs |
| 7.4 | 2024.05.24 US Resp to May 17-18 PLG Ltrs |
| 7.5 | 2024.06.24 PLG Email re RFP 6 and 7 |

| | |
|---|---|
| 7.6 | 2024.08.02_US Response re Privilege Logs |
| **8** | **Plaintiffs' Sixth Request for Production of Documents & United States' Responses** |
| 8.1 | 2024.05.24 Pltfs 6th RFP |
| 8.2 | 2024.06.06 RE_CLJA Correspondence |
| 8.3 | 2024.06.18 CLJA: Plaintiffs' Discovery Requests |
| 8.4 | 2024.06.24 SERVED United States' Responses & Objections to PLG's 6th RFPs & RFAs |
| 8.5 | 2024.06.27 SERVED United States' Supp Resps & Objs - 6th RFPs & 2d RFAs |
| **9** | **United States' Response to PLG's Seventh Request for Production** |
| **10** | **Correspondence re: RFP 7** |
| 10.1 | 2024.07.11 Plaintiffs' Deficiency Letter re. Misc. Outstanding Discovery Issues |
| 10.2 | 2024.07.18 US Resp to Plfs July 11 Ltr |
| **11** | **United States' August 9 Letter re: Additional Forthcoming Productions** |
| **12** | **PLG's August 13 Email re: Williams Scanned Documents** |