IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-cv-897

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAMP LEJEUNE WATER LITIGATION ) | **MOTION FOR AN EXTENTION** |
| ) | **OF TIME TO RESPOND TO THE** |
| This Document Relates To: ) | **MAGISTRATE JUDGE'S ORDER OF** |
| ALL CASES ) | **SEPTEMBER 3, 2024** |
| ) | |

      The United States seeks an extension of one week to respond to Magistrate Judge Gates's Order of September 3, 2024, regarding possible amendments to Case Management Order No. 14 [D.E. 281]. Since the issuance of the Magistrate Judge's Order, the United States has conferred with the Settlement Masters to discuss procedures that would allow counsel for the United States to engage with the Settlement Masters and protect government information within the terms of Case Management Order No. 14. The United States is optimistic that it can reach an agreement with the Settlement Masters this week, and will inform the Court once an agreement is reached. If an agreement cannot be reached, an extension will allow the United States to address the matters in the September 3, 2024 Order.

      The United States has conferred with the Settlement Masters and with Plaintiffs' Leadership Group and neither object to this short extension.

Dated: September 9, 2024        Sincerely,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General
                                        Civil Division

                                        J. PATRICK GLYNN
                                        Director, Torts Branch

1

BRIDGET BAILEY LIPSCOMB
Assistant Director


 *s/ Adam Bain*
ADAM BAIN
IN Bar No. 11134-49
Special Litigation Counsel, Torts Branch
Environmental Torts Litigation Section
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: adam.bain@usdoj.gov
Telephone: (202) 616-4209
Fax: (202) 616-4473

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2024, the foregoing was served on counsel of record via electronic mail.

                                                 */s/ Adam Bain*
                                                 ADAM BAIN
                                                 Special Litigation Counsel, Torts Branch
                                                 Environmental Torts Litigation Section
                                                 U.S. Department of Justice