IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: ) ) CAMP LEJEUNE WATER LITIGATION ) ) This Document Relates to: ) ALL CASES ) ) ) | ORDER GRANTING MOTION FOR AN EXTENTION OF TIME TO RESPOND TO THE MAGISTRATE JUDGE'S ORDER OF SEPTEMBER 3, 2024 |

This matter is before the Court on the United States' motion to extend the time for responding to the Magistrate Judge's Order of September 3, 2024. [D.E. 281] The United States' motion states that the Plaintiffs' Leadership Group and the Special Masters have been made aware of the motion and have not objected.

There being good cause shown, the court ORDERS that the deadline to respond to the Magistrate Judge's Order of September 3, 2024 is extended one week to September 17, 2024.

SO ORDERED this __9__ day of September, 2024.

JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE