IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-cv-897

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | **NOTICE IN RESPONSE TO THE** |
| | ) | **MAGISTRATE JUDGE'S ORDER OF** |
| This Document Relates To: | ) | **SEPTEMBER 3, 2024** |
| ALL CASES | ) | |
| | ) | |

On September 3, 2024, Magistrate Judge Gates issued an order regarding possible amendments to Case Management Order No. 14 [D.E. 281]. Since the issuance of the Magistrate Judge's Order, the United States has conferred with the Settlement Masters and has reached agreement with the Settlement Masters regarding procedures that would allow counsel for the United States to engage with the Settlement Masters and protect government information within the terms of Case Management Order No. 14. Given the agreement, the United States does not believe that amendments to Case Management Order No. 14 are necessary.

Dated: September 17, 2024

Sincerely,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch

BRIDGET BAILEY LIPSCOMB
Assistant Director

_s/ Adam Bain_____
ADAM BAIN
IN Bar No. 11134-49

1

Special Litigation Counsel, Torts Branch
Environmental Torts Litigation Section
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: adam.bain@usdoj.gov
Telephone: (202) 616-4209
Fax: (202) 616-4473

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2024, the foregoing was served on counsel of record via electronic mail.

                                                             /s/ Adam Bain
                                                            ADAM BAIN
                                                            Special Litigation Counsel, Torts Branch
                                                            Environmental Torts Litigation Section
                                                            U.S. Department of Justice