IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAMP LEJEUNE WATER LITIGATION ) | **ORDER** |
| ) | |
| This document applies to: ) | |
| ALL CASES ) | |

To facilitate the efforts of the Settlement Masters and the Settlement Liaison to settle this litigation, it is important that they have timely information on administrative settlements. Accordingly, on the same day that the parties file their joint status report in advance of each of the status conferences required to be held in this litigation (see Ord. [D.E. 27] 1 ¶ e (19 Oct. 2023)), defendant United States of America ("defendant") shall serve by email on the Settlement Masters, the undersigned as Settlement Liaison, and the Plaintiffs' Leadership Group a notice signed by defendant's counsel stating the then current number of administrative claims under the Camp Lejeune Justice Act ("CLJA") that have been settled and the then current number of outstanding offers to settle such claims. This information had previously been included in the joint status reports. See, e.g., Jt. Status Rep. [D.E. 253] 2 § 2 (9 July 2024); Ord. [D.E. 271] 1 (8 Aug. 2024) (providing that updates on settlement not be included in the joint status reports). Unless otherwise ordered, service of the notice on the undersigned shall be effected by emailing it to Deputy Clerk Debra Reznik (debra_reznick@nced.uscourts.gov).

SO ORDERED, this 8th day of October 2024.

/s/ James E. Gates
James E. Gates
United States Magistrate Judge