IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:23-CV-897

| | |
|---|---|
| IN RE: )<br>)<br>CAMP LEJEUNE WATER LITIGATION )<br>)<br>This Document Relates To: )<br>ALL CASES )<br>) | O R D E R |

This matter is before the court *sua sponte* regarding the resolution of certain issues in the Camp Lejeune Water Litigation.[1] *See* Fed. R. Civ. P. 1, 16(c)(2)(L), 42(a)(3); CLJA, Pub. L. No. 117-168, § 804, 136 Stat. 1759, 1802–04.

As part of streamlining this litigation, the court entered a scheduling order regarding expert discovery and motion practice for three Track 1 issue phases: (1) "Water Contamination" ("Phase 1"); (2) general causation ("Phase 2"); and (3) specific causation and damages ("Phase 3"). [DE-270]; *see also* [DE-23] 8. The parties raised certain disputes concerning the scope of proof required for Phases 1 and 2 in their October 15, 2024 status report, *see* [DE-291] 2–8, and during the October 22, 2024 status conference.

If either party believes that one or more of these disputes should be resolved prior to the existing pretrial motion timeline, *see* [DE-270], that party may move the court for appropriate relief within two weeks from the date of this order. Briefing shall be concise, shall comply with page limits set forth in Local Civil Rule 7.2(f)(2)(B), and shall be double spaced with no smaller than 12 point font. Responses are due no later than seven days after a motion is filed, and replies are not permitted.

---

[1] The court has discussed in prior orders its inherent powers, and those in the Federal Rules, to efficiently manage its docket. *See* [DE-116] 3; [DE-146] 3.

SO ORDERED. This 31st day of October, 2024.

Robert B. Jones, Jr.
United States Magistrate Judge