

**U.S. Department of Justice**
Civil Division
*Washington, DC 20530*

DJ 157-6622

November 4, 2024

**VIA ECF**
Peter A. Moore, Jr., Clerk of Court
United States District Court
Eastern District of North Carolina
310 New Bern Avenue
Raleigh, NC 27601

     Re:   **Notice of Withdrawal**
          *Camp Lejeune Water Litigation v. USA*, No. 7:23-cv-00897-RJ
          *Cleary-Gordon v. USA*, No. 7:23-cv-01559

Dear Mr. Moore:

I represented the Respondent in the above-mentioned cases. Please remove my name as counsel from the dockets as I am no longer assigned to these matters.

          Sincerely,

          /s/ Jaclyn E. Shea
          JACLYN E. SHEA
          Trial Attorney
          Office of Immigration Litigation
          U.S. Dept. Of Justice, Civil Division
          P.O. Box 878, Ben Franklin Station
          Washington, DC 20044
          (202)-598-7318