IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **CAMP LEJEUNE WATER LITIGATION** | ) JOINT MOTION TO ENTER |
| | ) STIPULATED ORDER REGARDING |
| | ) EXPERT DISCOVERY |
| This Document Relates To: | ) (CASE MANAGEMENT ORDER NO. 15) |
| ALL CASES | ) |
| | ) |
| | ) |

The Plaintiffs' Leadership Group ("PLG") and Defendant United States of America jointly move the Court to enter the attached Stipulated Order Regarding Expert Discovery (Case Management Order No. 15).[1] This Stipulated Order is intended to govern the procedures for expert disclosures in this case pursuant to Fed. R. Civ. P. 26(a)(2)(B).

DATED this 21st day of November 2024.          Respectfully submitted,

*/s/ J. Edward Bell, III*                         BRIAN M. BOYNTON
J. Edward Bell, III (admitted *pro hac vice*)     Principal Deputy Assistant Attorney General
Bell Legal Group, LLC                             Civil Division
219 Ridge St.
Georgetown, SC 29440                              J. PATRICK GLYNN
Telephone: (843) 546-2408                         Director, Torts Branch
jeb@belllegalgroup.com                            Environmental Torts Litigation Section
*Lead Counsel for Plaintiffs*
                                                  BRIDGET BAILEY LIPSCOMB
                                                  Assistant Director, Torts Branch
                                                  Environmental Torts Litigation Section

---

[1] The most recently entered Case Management Order is Case Management Order No. 16, D.E. 300. CMO-16, however, was proposed after the Parties began negotiating and drafting their Stipulated Order Regarding Expert Discovery. CMO-16 contemplated that the Parties would propose this Stipulated Order Regarding Expert Discovery. Accordingly, this Stipulated Order is correctly identified as "CMO-15."

/s/ Zina Bash
Zina Bash (admitted *pro hac vice*)
Keller Postman LLC
111 Congress Avenue, Ste. 500
Austin, TX 78701
Telephone: 956-345-9462
zina.bash@kellerpostman.com
*Co-Lead Counsel for Plaintiffs and Government Liaison*

/s/ Robin Greenwald
Robin L. Greenwald (admitted *pro hac vice*)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com
*Co-Lead Counsel for Plaintiffs*

/s/ Elizabeth Cabraser
Elizabeth Cabraser (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111
Phone (415) 956-1000
ecabraser@lchb.com
*Co-Lead Counsel for Plaintiffs*

/s/ W. Michael Dowling
W. Michael Dowling (NC Bar No. 42790)
The Dowling Firm PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
mike@dowlingfirm.com
*Co-Lead Counsel for Plaintiffs*

/s/ James A. Roberts, III
James A. Roberts, III (N.C. Bar No.: 10495)
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410
P. O. Box 17529
Raleigh, NC 27619-7529
Telephone: (919) 981-0191
Fax: (919) 981-0199
jar@lewis-roberts.com
*Co-Lead Counsel for Plaintiffs*

/s/ Adam Bain
ADAM BAIN
Senior Trial Counsel, Torts Branch
Environmental Tort Litigation Section
United States Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: adam.bain@usdoj.gov
Telephone: (202) 616-4209
Fax: (202) 616-4473

HAROON ANWAR
NATHAN J. BU
SARA J. MIRSKY
Trial Attorneys, Torts Branch
Environmental Torts Litigation Section
*Counsel for Defendant United States of America*

*/s/ Mona Lisa Wallace*
Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
*Co-Lead Counsel for Plaintiffs*

*/s/ Hugh R. Overholt*
Hugh R. Overholt (NC Bar No. 016301)
Ward and Smith P.A.
Post Office Box 867
New Bern, NC 28563-0867
Telephone: (252) 672-5400
hro@wardandsmith.com
*Liaison Counsel for Plaintiffs*

*/s/ A. Charles Ellis*
A. Charles Ellis (N.C. Bar No.: 010865)
Ward and Smith P.A.
Post Office Box 8088
Greenville, NC 27835-8088
Telephone: (252) 215-4000
ace@wardandsmith.com
*Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that, on November 21, 2024, a copy of the foregoing Joint Motion to Enter Stipulated Order Regarding Expert Discovery (Case Management Order No. 15) was served electronically on all counsel of record in this matter through the Court's CM/ECF.

Dated: November 21, 2024

/s/ *Adam Bain*
ADAM BAIN