UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-cv-897

| | |
|---|---|
| IN RE: CAMP LEJEUNE TOXIC WATER EXPOSURE LITIGATION<br><br>This document relates to:<br><br>ALL CASES | **PLAINTIFF LEADERSHIP GROUP'S NOTICE OF PUBLICATION OF ENVIRONMENTAL PROTECTION AGENCY BAN ON PCE AND TCE** |

The Plaintiff Leadership Group ("PLG") respectfully notifies the Court that on December 9, 2024, the United States Environmental Protection Agency ("EPA") announced final rules banning "all uses of TCE" and "all consumer uses and many commercial uses of PCE" in the United States. *See* Press Release, EPA Press Office, Environmental Protection Agency, Biden-Harris Administration Announces Latest Actions under Nation's Chemical Safety Law to Protect People from Cancer-Causing Chemicals Trichloroethylene and Perchloroethylene (Dec. 9, 2024), https://www.epa.gov/newsreleases/biden-harris-administration-announces-latest-actions-under-nations-chemical-safety-law (hereinafter "Press Release"); *see also* 40 C.F.R. § 751.305 (defining "prohibitions of manufacturing processing, distribution in commerce, and use" of TCE); 40 C.F.R. § 751.605 (defining "prohibitions of manufacturing processing, distribution in commerce, and use" of PCE).

It is undisputed that TCE and PCE were in water at Camp Lejeune from the 1950s though 1987. In fact, the EPA's press release announcing the TCE and PCE bans identifies the water contamination at Camp Lejeune as evidence of the harm caused by these chemicals. Press Release at 1.

The EPA's decision is "grounded in the best-available science that demonstrates the harmful impacts of PCE and TCE." Press Release at 2. The finalized restrictions on TCE and PCE reflect a growing scientific consensus that these chemicals, even at low levels, present an unreasonable risk to human health.

Pursuant to the EPA's final rules, a complete prohibition on all uses of TCE will take effect over time, with the vast majority of use cases forbidden within one year. The EPA also banned all consumer uses of PCE, and strictly limited its commercial and industrial uses, with some allowances to provide for certain use cases deemed critical to "global warming," "national security applications" or "other critical needs." 89 Fed. Reg. 103563

The PLG gives notice that, in prosecuting these cases, it intends to rely on the EPA's final rules and supporting statements, as well as the studies, findings, and other data on which the EPA's final rules are based. The EPA's final rules banning TCE and PCE were announced on the same day the PLG was required to serve expert reports on general causation. Therefore, the PLG provides this notice to make the Court aware of this late-breaking development and to mitigate any alleged prejudice or lack-of-notice defense the government may raise to the PLG's reliance on the EPA's final rules and underlying data.

The PLG does not seek any relief in connection with this notice at this time.

The EPA has made the TCE rules available on the organization's website at the following link: https://www.epa.gov/assessing-and-managing-chemicals-under-tsca/risk-management-trichloroethylene-tce. The TCE rules have also been published in the federal register at 89 Fed. Reg. 102568 (Dec. 18, 2024). They have been codified at 40 C.F.R. § 741.301 *et seq*.

The EPA has made the PCE rules available on the organization's website at the following link: https://www.epa.gov/assessing-and-managing-chemicals-under-tsca/risk-management-

perchloroethylene-pce  The PCE rules have also been published in the federal register at 89 Fed. Reg. 103560 (Dec. 18, 2024).  They have been codified at 40 C.F.R. § 751.601 *et seq*.

Respectfully Submitted, this 19th day of December, 2024.

/s/ J. Edward Bell, III
J. Edward Bell, III (admitted pro hac vice)
Bell Legal Group, LLC
219 Ridge St.
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com
*Lead Counsel for Plaintiffs*

/s/ Zina Bash
Zina Bash (admitted pro hac vice)
Keller Postman LLC
111 Congress Avenue, Ste. 500
Austin, TX 78701
Telephone: 956-345-9462
zina.bash@kellerpostman.com
*Co-Lead Counsel for Plaintiffs and Government Liaison*

/s/ Elizabeth Cabraser
Elizabeth Cabraser (admitted pro hac vice)
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111
Phone (415) 956-1000
ecabraser@lchb.com
*Co-Lead Counsel for Plaintiffs*

/s/ Robin Greenwald
Robin L. Greenwald (admitted pro hac vice)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: 212-558-5802
rgreenwald@weitzlux.com
*Co-Lead Counsel for Plaintiffs*

/s/ W. Michael Dowling
W. Michael Dowling (NC Bar No. 42790)
The Dowling Firm PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
mike@dowlingfirm.com
*Co-Lead Counsel for Plaintiffs*

/s/ James A. Roberts, III
James A. Roberts, III (N.C. Bar No.: 10495)
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410
P. O. Box 17529
Raleigh, NC 27619-7529
Telephone: (919) 981-0191
Fax: (919) 981-0199
jar@lewis-roberts.com
*Co-Lead Counsel for Plaintiffs*

/s/ Mona Lisa Wallace
Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
*Co-Lead Counsel for Plaintiffs*