IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | |
| *CAMP LEJEUNE WATER LITIGATION* | ) | Case No: 7:23-cv-897 |
| | ) | |
| | ) | AMENDED PRETRIAL SCHEDULING |
| This Document Relates To: *ALL CASES* | ) | ORDER |
| | ) | |
| | ) | |

Pursuant to Federal Rules of Civil Procedure 6(b)(1) and 16(b)(4), and good cause having been shown, the Court amends its Pretrial Scheduling Order [D.E. 270], and hereby orders that:

1) Pursuant to the Order entered on July 9, 2024 (D.E. 250), discovery related to the Track 1 Trial Plaintiffs ("Plaintiffs") closed on August 11, 2024.

2) The Plaintiffs will disclose their experts relating to the "toxic chemical exposure from the water at Camp Lejeune" (the "Water Contamination Phase") 75 days after the close of fact discovery.

3) The United States will disclose its experts relating to the Water Contamination Phase 45 days after the Plaintiffs disclose their experts relating to the Water Contamination Phase.

4) The Plaintiffs will disclose their rebuttal experts relating to the Water Contamination Phase 36 days after the United States discloses its experts relating to the Water Contamination Phase.

5) The Plaintiffs will disclose their experts relating to "general causation for Track 1 illnesses" (the "General Causation Phase") 120 days after the close of fact discovery.

6) The United States will disclose its experts relating to the General Causation Phase 60 days after the Plaintiffs disclose their experts relating to the General Causation Phase.

7) The Plaintiffs will disclose their rebuttal experts relating to the General Causation Phase 36 days after the United States discloses its experts relating to the General Causation Phase.

1

8) The Plaintiffs will disclose their experts relating to specific causation, damages, and any other expert discipline not covered by an earlier phase (the "Residual Expert Phase"), 180 days after the close of fact discovery.

9) The United States will disclose its experts relating to the Residual Expert Phase 60 days after the Plaintiffs disclose their experts relating to the Residual Expert Phase.

10) The Plaintiffs will disclose their rebuttal experts relating to the Residual Expert Phase 36 days after the United States discloses its experts relating to the Residual Expert Phase.

11) Following the expert disclosures relating to each phase, the Parties will have 60 days to complete expert discovery relating that phase.

12) Following the completion of expert discovery relating to each phase, the Parties will have 45 days to serve motions to exclude any experts ("*Daubert* motions") and motions for summary judgment relating to that phase. The Parties will have 36 days to file oppositions to the motions and 29 days to file replies to the oppositions.

13) The Parties will disclose expert reliance files within 7 days of the initial expert disclosure for that expert.

14) Expert witness depositions will be presumptively limited to 7 hours per expert for these phases absent agreement of the Parties or court order for good cause.

15) Each Party will pay for the time that any opposing Party's expert spends under oath in deposition, at the same rate paid by the Party that retained the expert; otherwise, the Parties are responsible for the fees of the experts they retain.

The table below summarizes the Parties' expert discovery and briefing deadlines, as amended by this order:

2

Case 7:23-cv-00897-RJ   Document 311   Filed 12/26/24   Page 2 of 3

| Phase | Deadline | Original Date | Amended Date |
|---|---|---|---|
| 1 Water Contamination | PLG Disclosure | October 25, 2024 | October 25, 2024 |
| 1 Water Contamination | DOJ Disclosure | December 9, 2024 | December 9, 2024 |
| 2 General Causation | PLG Disclosure | December 9, 2024 | December 9, 2024 |
| 1 Water Contamination | PLG Rebuttal | December 30, 2024 | January 14, 2025 |
| 3 Residual Experts | PLG Disclosure | January 23, 2025 | February 7, 2025 |
| 2 General Causation | DOJ Disclosure | January 23, 2025 | February 7, 2025 |
| 1 Water Contamination | Expert Close | February 13, 2025 | March 15, 2025 |
| 2 General Causation | PLG Rebuttal | February 13, 2025 | March 15, 2025 |
| 3 Residual Experts | DOJ Disclosure | March 9, 2025 | April 8, 2025 |
| 1 Water Contamination | Opening Briefs | March 15, 2025 | April 29, 2025 |
| 3 Residual Experts | PLG Rebuttal | March 30, 2025 | May 14, 2025 |
| 1 Water Contamination | Opposition Briefs | April 5, 2025 | *June 4, 2025* |
| 2 General Causation | Expert Close | March 30, 2025 | *May 14, 2025* |
| 1 Water Contamination | Reply Briefs | April 19, 2025 | *July 3, 2025* |
| 2 General Causation | Opening Briefs | April 29, 2025 | *June 28 2025* |
| 3 Residual Experts | Expert Close | May 14, 2025 | July 13, 2025 |
| 2 General Causation | Opposition Briefs | May 20, 2025 | August 3, 2025 |
| 2 General Causation | Reply Briefs | June 3, 2025 | *September 1, 2025* |
| 3 Residual Experts | Opening Briefs | June 13, 2025 | *August 27, 2025* |
| 3 Residual Experts | Opposition Briefs | July 4, 2025 | October 2, 2025 |
| 3 Residual Experts | Reply Briefs | July 18, 2025 | October 31, 2025 |

SO ORDERED. This ___ day of December, 2024.

_____
Robert B. Jones, Jr.
United States Magistrate Judge