IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Document Relates to: | ) ORDER |
| *Edgar Peterson, IV v. U.S.*, 7:23-CV-1576 | ) |
| *Gary McElhiney v. U.S.*, 7:23-CV-1368 | ) |
| *Diane Rothchild v. U.S.*, 7:23-CV-858 | ) |
| *Robert Welch v. U.S.*, 7:23-CV-1503 | ) |
| *Richard Sparks v. U.S.*, 7:23-CV-682 | ) |
| | ) |

This matter is before the court on the parties' joint motion for extension of Phase III deadlines for Track 1 Parkinson's Disease Plaintiffs [DE-330] ("Motion"). Pursuant to Fed. R. Civ. P. 6(b)(1) and 16(b)(4), and good cause having been shown, the court GRANTS the Motion as follows:

Phase III expert discovery deadlines, *see* [DE-312], are hereby extended by 30 days for experts offering opinions relating to the following Track 1 Trial Plaintiffs alleging Parkinson's Disease: *Edgar Peterson, IV v. U.S.*, 7:23-CV-1576; *Gary McElhiney v. U.S.*, 7:23-CV-1368; *Diane Rothchild v. U.S.*, 7:23-CV-858; *Robert Welch v. U.S.*, 7:23-CV-1503; and *Richard Sparks v. U.S.*, 7:23-CV-682.

The table below summarizes the amended dates for expert discovery and briefing for the Track 1 Parkinson's Disease Phase III experts, with amended deadlines in **bold**:

| Phase | Deadline | Amended Date |
|---|---|---|
| 1 Water Contamination | PLG Disclosure | October 25, 2024 |
| 1 Water Contamination | DOJ Disclosure | December 9, 2024 |
| 2 General Causation | PLG Disclosure | December 9, 2024 |
| 1 Water Contamination | PLG Rebuttal | January 14, 2025 |

| | | |
|---|---|---|
| 3 Residual Experts | PLG Disclosure | February 7, 2025 |
| 2 General Causation | DOJ Disclosure | February 7, 2025 |
| 1 Water Contamination | Expert Close | March 15, 2025 |
| 2 General Causation | PLG Rebuttal | March 15, 2025 |
| **3 Parkinson's Disease Residual Experts** | **DOJ Disclosure** | **May 8, 2025** |
| 1 Water Contamination | Opening Briefs | April 29, 2025 |
| **3 Parkinson's Disease Residual Experts** | **PLG Rebuttal** | **June 13, 2025** |
| 1 Water Contamination | Opposition Briefs | June 4, 2025 |
| 2 General Causation | Expert Close | May 14, 2025 |
| 1 Water Contamination | Reply Briefs | July 3, 2025 |
| 2 General Causation | Opening Briefs | June 28, 2025 |
| **3 Parkinson's Disease Residual Experts** | **Expert Close** | **August 12, 2025** |
| 2 General Causation | Opposition Briefs | August 3, 2025 |
| 2 General Causation | Reply Briefs | September 1, 2025 |
| 3 Residual Experts | Opening Briefs | August 27, 2025 |
| 3 Residual Experts | Opposition Briefs | October 2, 2025 |
| 3 Residual Experts | Reply Briefs | October 31, 2025 |

SO ORDERED. This 11 day of March, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge