IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **CAMP LEJEUNE WATER LITIGATION** ) | NOTICE OF UNITED STATES' PROPOSED |
| ) | DEMONSTRATIVE EXHIBITS FOR |
| ) | MARCH 25, 2025, HEARING |
| This Document Relates To: ) | |
| ALL CASES ) | |
| ) | |
| ) | |

The Court directed the Plaintiffs' Leadership Group and the Defendant United States of America to file any proposed demonstrative exhibits for the March 25, 2025, hearing in this matter. D.E. 333 at 8. The United States of America therefore files as Exhibit 1 its proposed demonstrative exhibits for that hearing.

Dated: March 18, 2025

                                            Respectfully Submitted,

                                            MICHAEL D. GRANSTON
                                            Principal Deputy Assistant Attorney General
                                            Civil Division

                                            J. PATRICK GLYNN
                                            Director, Torts Branch

                                            BRIDGET BAILEY LIPSCOMB
                                            Chief, Camp Lejeune Section

                                            ADAM BAIN
                                            Special Litigation Counsel

                                            ALLISON M. O'LEARY
                                            GIOVANNI ANTONUCCI
                                            ALANNA HORAN
                                            KAILEY SILVERSTEIN
                                            Trial Attorneys

*/s/ Haroon Anwar*
HAROON ANWAR
Trial Attorney, Torts Branch
Environmental Tort Litigation Section
United States Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: haroon.anwar@@@usdoj.gov
Telephone: (202) 305-3661

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

## CERTIFICATE OF SERVICE

      I hereby certify that on March 18, 2025, a copy of the foregoing document was served on all counsel of record by operation of the court's electronic filing system and can be accessed through that system.

                                                  */s/ Haroon Anwar*
                                                  HAROON ANWAR