# EXHIBIT 1









# ATSDR statements to the public

"Due to uncertainty associated with reconstructed input data used in these simulations, uncertainty may be present in simulated contaminant concentrations at water-supply wells and the WTP."

"A major cause for and contribution to this uncertainty are the pumping schedules[.]"



**Figure F13.** Simulated and observed tetrachloroethylene (PCE) concentrations at local water-supply well RW2, near ABC One-Hour Cleaners, Jacksonville, North Carolina, January 1951–December 1994 (see Figure F6 for location).



**Figure F14.** Simulated and observed tetrachloroethylene (PCE) concentrations at water-supply well TT-23, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1969–December 1994 (see Figure F6 for location).



**Figure F15.** Simulated and observed tetrachloroethylene (PCE) concentrations at water-supply well TT-23, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1978–December 1994 (see Figure F6 for location).



**Figure F16.** Simulated and observed tetrachloroethylene (PCE) concentrations at water-supply well TT-26, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1952–December 1994 (see Figure F6 for location).





**Exhibit 2-1. Flow Through Schematic for Water from Supply Wells to Distribution**

# ATSDR statement to the public

"The results [of the water modeling analysis] may not reflect the actual exposure of specific individuals to contaminants in the water system."

ATSDR response to Navy critique that the water model results did not meet calibration targets:

"a successful epidemiological study places little emphasis on the actual (absolute) estimate of concentration and rather, emphasizes the relative level of exposure. That is, exposed individuals are, in effect, ranked by exposure level and maintain their rank order of exposure regardless of how far off the estimated concentration is to the 'true' (measured) PCE concentrations."



Fig. 1 Estimated contamination levels in the drinking water supply for Tarawa Terrace



**Fig. 7** Estimated contamination levels in the drinking water supply for Hadnot Point

Case 7:23-cv-00897-RJ   Document 335-1   Filed 03/18/25   Page 13 of 15

**Additional file 2: Table S1**: Categorical Cumulative Exposures and Underlying Cause of Death

Cumulative Exposure to **Total Volatile Organic Compounds** (TVOC): PCE, TCE, DCE, VC, and benzene. (N = 154,932). Reference group has no exposure to TVOC. Hazard Ratio, Adjusted, 10 year exposure lag.

| Underlying Cause of Death | Low Exposure | | | | Medium Exposure | | | | High Exposure | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HR | LCL | UCL | N | HR | LCL | UCL | N | HR | LCL | UCL | N |
| All cancers (N=1,078) | 1.01 | 0.85 | 1.20 | 224 | 1.01 | 0.84 | 1.20 | 218 | 1.01 | 0.85 | 1.20 | 220 |

**Diseases of Primary Interest**

| Underlying Cause of Death | Low Exposure | | | | Medium Exposure | | | | High Exposure | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HR | LCL | UCL | N | HR | LCL | UCL | N | HR | LCL | UCL | N |
| Kidney Cancer (N=42) | 1.42 | 0.58 | 3.47 | 10 | 1.44 | 0.58 | 3.59 | 10 | 1.54 | 0.63 | 3.75 | 11 |
| Bladder Cancer (N=11) | 0.63 | 0.06 | 6.93 | 1 | 3.33 | 0.64 | 17.37 | 5 | 1.20 | 0.17 | 8.61 | 2 |
| Liver Cancer (N=51) | 0.95 | 0.43 | 2.06 | 11 | 1.14 | 0.53 | 2.44 | 13 | 0.85 | 0.37 | 1.98 | 9 |
| Esophageal Cancer (N=35) | 1.01 | 0.43 | 2.37 | 9 | 0.51 | 0.18 | 1.45 | 5 | 0.73 | 0.29 | 1.86 | 7 |
| Hematopoietic Cancers (N=165) | 1.53 | 0.99 | 2.36 | 40 | 1.03 | 0.62 | 1.70 | 25 | 1.45 | 0.91 | 2.30 | 35 |
| Multiple Myeloma (N=17) | 2.68 | 0.80 | 8.90 | 8 | 1.36 | 0.34 | 5.53 | 4 | 0.00 | 0.00 | | 0 |
| Leukemia (N=66) | 2.50 | 1.24 | 5.03 | 19 | 1.33 | 0.56 | 3.14 | 9 | 2.33 | 1.08 | 5.03 | 15 |
| Non-Hodgkin Lymphoma (N=58) | 0.87 | 0.41 | 1.83 | 11 | 0.58 | 0.24 | 1.38 | 7 | 1.15 | 0.57 | 2.32 | 14 |
| Hodgkin (N=24) | 0.66 | 0.13 | 3.39 | 2 | 1.77 | 0.50 | 6.25 | 5 | 2.17 | 0.63 | 7.50 | 6 |

# ATSDR statement to the public

"The ATSDR's exposure assessment cannot be used to determine whether you, or your family, suffered any health effects as a result of past exposure to PCE-contaminated drinking water at Camp Lejeune."