



**Figure 7.1.** Water-supply areas with focus on housing areas, barracks, and workplaces included in the Agency for Toxic Substances and Disease Registry (ATSDR) drinking-water exposure and health studies, U.S. Marine Corps Base Camp Lejeune, North Carolina (Maslia et al. 2013, 2016).

_____
*Expert Report – Morris L. Maslia, PE*　　　　　　　　10/25/2024　　　　　　　　*Page | 21*

Case 7:23-cv-00897-RJ    Document 336-1    Filed 03/18/25    Page 1 of 1