

Marston Pavillion

Main Camp Theater

Naval Hospital

Hadnot Point Water Treatment Plant

Mainside Barracks

Headquarters Building & Mainside Barracks

PLAINTIFF'S EXHIBIT 2