


**Figure 7.25.** Reconstructed (simulated) finished-water concentrations of tetrachloroethylene (PCE), trichloroethylene (TCE), *trans*-1,2-dichloroethylene (1,2-tDCE), vinyl chloride (VC), and benzene, and measured concentrations (Faye et al. 2010), Hadnot Point water treatment plant, Hadnot Point–Holcomb Boulevard study area. (Note: See Appendix J for monthly mean finished-water concentration). (From Maslia et al. 2013) [J, estimated; LCM, linear control model; LNAPL, light nonaqueous phase liquid].

___

Case 7:23-cv-00897-RJ    Document 336-6    Filed 03/18/25    Page 1 of 1