



**Figure 7.29.** Reconstructed (simulated) and measured finished-water concentrations of tetrachloroethylene (PCE) and trichloroethylene (TCE) at the Tarawa Terrace and Hadnot Point water treatment plants (Maslia et al. 2016).