**Appendix A7.** Reconstructed (simulated) monthly mean concentrations in finished water for tetrachloroethylene (PCE), trichloroethylene (TCE), *trans*-1,2-dichloroethylene (1,2-tDCE), and vinyl chloride (VC) at the Hadnot Point water treatment plant, Hadnot Point–Holcomb Boulevard Study Area, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1942 – June 2008

PLAINTIFF'S EXHIBIT 8

**Appendix A7.** Reconstructed (simulated) monthly mean concentrations in finished water for tetrachloroethylene (PCE), trichloroethylene (TCE), *trans*-1,2-dichloroethylene (1,2-tDCE), and vinyl chloride (VC) at the Hadnot Point water treatment plant, Hadnot Point–Holcomb Boulevard study area, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1942–June 2008.

[Concentrations in finished water computed using mixing-model approach; —, water treatment plant not operating; *, model simulations not conducted]

| Stress period | Month and year | Concentrations in finished water, in micrograms per liter | | | | |
|---|---|---|---|---|---|---|
| | | Tetrachloroethylene (PCE) | Trichloroethylene (TCE) | *Trans*-1,2-dichloroethylene (1,2,-tDCE) | Vinyl chloride (VC) | Benzene |
| 1–6 | Jan.–June 1942 | — | — | — | — | — |
| 7–12 | July–Dec. 1942 | 0 | 0 | * | * | 0 |
| 13–120 | Jan. 1943–Dec. 1951 | 0 | 0 | 0 | 0 | 0 |
| 121 | Jan. 1952 | 0 | 1 | 0 | 0 | 0 |
| 122 | Feb. 1952 | 0 | 0 | 0 | 0 | 0 |
| 123 | Mar. 1952 | 0 | 0 | 0 | 0 | 0 |
| 124 | Apr. 1952 | 0 | 1 | 0 | 0 | 0 |
| 125 | May 1952 | 0 | 1 | 0 | 0 | 0 |
| 126 | June 1952 | 0 | 1 | 0 | 0 | 0 |
| 127 | July 1952 | 0 | 1 | 0 | 0 | 0 |
| 128 | Aug. 1952 | 0 | 2 | 0 | 0 | 0 |
| 129 | Sept. 1952 | 0 | 2 | 0 | 0 | 0 |
| 130 | Oct. 1952 | 0 | 2 | 0 | 0 | 0 |
| 131 | Nov. 1952 | 0 | 3 | 0 | 0 | 0 |
| 132 | Dec. 1952 | 0 | 3 | 0 | 0 | 0 |
| 133 | Jan. 1953 | 0 | 4 | 0 | 0 | 0 |
| 134 | Feb. 1953 | 0 | 3 | 0 | 0 | 0 |
| 135 | Mar. 1953 | 0 | 3 | 0 | 0 | 0 |
| 136 | Apr. 1953 | 0 | 5 | 0 | 0 | 0 |
| 137 | May 1953 | 0 | 4 | 0 | 0 | 0 |
| 138 | June 1953 | 0 | 3 | 0 | 0 | 0 |
| 139 | July 1953 | 0 | 4 | 0 | 0 | 0 |
| 140 | Aug. 1953 | 0 | 6 | 0 | 0 | 0 |
| 141 | Sept. 1953 | 0 | 5 | 0 | 0 | 0 |
| 142 | Oct. 1953 | 0 | 4 | 0 | 0 | 0 |
| 143 | Nov. 1953 | 0 | 7 | 0 | 0 | 0 |
| 144 | Dec. 1953 | 0 | 6 | 0 | 0 | 0 |
| 145 | Jan. 1954 | 0 | 6 | 0 | 0 | 0 |
| 146 | Feb. 1954 | 0 | 5 | 0 | 0 | 0 |
| 147 | Mar. 1954 | 0 | 4 | 0 | 0 | 0 |
| 148 | Apr. 1954 | 0 | 7 | 0 | 0 | 0 |
| 149 | May 1954 | 0 | 5 | 0 | 0 | 0 |
| 150 | June 1954 | 0 | 7 | 0 | 0 | 0 |
| 151 | July 1954 | 0 | 7 | 0 | 0 | 0 |
| 152 | Aug. 1954 | 0 | 10 | 0 | 0 | 0 |
| 153 | Sept. 1954 | 0 | 9 | 0 | 0 | 0 |
| 154 | Oct. 1954 | 0 | 8 | 0 | 0 | 0 |
| 155 | Nov. 1954 | 0 | 14 | 0 | 0 | 0 |
| 156 | Dec. 1954 | 0 | 11 | 0 | 0 | 0 |

**A158** Historical Reconstruction of Drinking-Water Contamination Within the Service Areas of the Hadnot Point and Holcomb Boulevard Water Treatment Plants and Vicinities, U.S. Marine Corps Base Camp Lejeune, North Carolina

Case 7:23-cv-00897-RJ    Document 336-8    Filed 03/18/25    Page 2 of 16

CLJA_WATERMODELING_01-0000942760

**Appendix A7.** Reconstructed (simulated) monthly mean concentrations in finished water for tetrachloroethylene (PCE), trichloroethylene (TCE), *trans*-1,2-dichloroethylene (1,2-tDCE), and vinyl chloride (VC) at the Hadnot Point water treatment plant, Hadnot Point–Holcomb Boulevard study area, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1942–June 2008.—Continued

[Concentrations in finished water computed using mixing-model approach; —, water treatment plant not operating; *, model simulations not conducted]

| Stress period | Month and year | Concentrations in finished water, in micrograms per liter | | | | |
|---|---|---|---|---|---|---|
| | | Tetrachloroethylene (PCE) | Trichloroethylene (TCE) | *Trans*-1,2-dichloroethylene (1,2,-tDCE) | Vinyl chloride (VC) | Benzene |
| 157 | Jan. 1955 | 0 | 12 | 0 | 0 | 0 |
| 158 | Feb. 1955 | 0 | 9 | 0 | 0 | 0 |
| 159 | Mar. 1955 | 0 | 7 | 0 | 0 | 0 |
| 160 | Apr. 1955 | 0 | 14 | 0 | 0 | 0 |
| 161 | May 1955 | 0 | 11 | 0 | 0 | 0 |
| 162 | June 1955 | 0 | 10 | 0 | 0 | 0 |
| 163 | July 1955 | 0 | 10 | 0 | 0 | 0 |
| 164 | Aug. 1955 | 0 | 14 | 0 | 0 | 0 |
| 165 | Sept. 1955 | 0 | 13 | 0 | 0 | 0 |
| 166 | Oct. 1955 | 0 | 11 | 0 | 0 | 0 |
| 167 | Nov. 1955 | 0 | 19 | 0 | 0 | 0 |
| 168 | Dec. 1955 | 0 | 14 | 0 | 0 | 0 |
| 169 | Jan. 1956 | 0 | 15 | 0 | 0 | 0 |
| 170 | Feb. 1956 | 0 | 11 | 0 | 0 | 0 |
| 171 | Mar. 1956 | 0 | 8 | 0 | 0 | 0 |
| 172 | Apr. 1956 | 0 | 17 | 0 | 0 | 0 |
| 173 | May 1956 | 0 | 13 | 0 | 0 | 0 |
| 174 | June 1956 | 0 | 11 | 0 | 0 | 0 |
| 175 | July 1956 | 0 | 12 | 0 | 0 | 0 |
| 176 | Aug. 1956 | 0 | 16 | 0 | 0 | 0 |
| 177 | Sept. 1956 | 0 | 14 | 0 | 0 | 0 |
| 178 | Oct. 1956 | 0 | 13 | 0 | 0 | 0 |
| 179 | Nov. 1956 | 0 | 21 | 0 | 0 | 0 |
| 180 | Dec. 1956 | 0 | 17 | 0 | 0 | 0 |
| 181 | Jan. 1957 | 0 | 17 | 0 | 0 | 0 |
| 182 | Feb. 1957 | 0 | 12 | 0 | 0 | 0 |
| 183 | Mar. 1957 | 0 | 9 | 0 | 0 | 0 |
| 184 | Apr. 1957 | 0 | 19 | 0 | 0 | 0 |
| 185 | May 1957 | 0 | 14 | 0 | 0 | 0 |
| 186 | June 1957 | 0 | 12 | 0 | 0 | 0 |
| 187 | July 1957 | 0 | 12 | 0 | 0 | 0 |
| 188 | Aug. 1957 | 0 | 16 | 0 | 0 | 0 |
| 189 | Sept. 1957 | 0 | 14 | 0 | 0 | 0 |
| 190 | Oct. 1957 | 0 | 12 | 0 | 0 | 0 |
| 191 | Nov. 1957 | 0 | 20 | 0 | 0 | 0 |
| 192 | Dec. 1957 | 0 | 16 | 0 | 0 | 0 |

**Appendix A7.** Reconstructed (simulated) monthly mean concentrations in finished water for tetrachloroethylene (PCE), trichloro-ethylene (TCE), *trans*-1,2-dichloroethylene (1,2-tDCE), and vinyl chloride (VC) at the Hadnot Point water treatment plant, Hadnot Point–Holcomb Boulevard study area, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1942–June 2008.—Continued

[Concentrations in finished water computed using mixing-model approach; —, water treatment plant not operating; *, model simulations not conducted]

| Stress period | Month and year | Concentrations in finished water, in micrograms per liter ||||||
|---|---|---|---|---|---|---|
| | | Tetrachloroethylene (PCE) | Trichloroethylene (TCE) | *Trans*-1,2-dichloroethylene (1,2,-tDCE) | Vinyl chloride (VC) | Benzene |
| 193 | Jan. 1958 | 0 | 17 | 0 | 0 | 0 |
| 194 | Feb. 1958 | 0 | 12 | 0 | 0 | 0 |
| 195 | Mar. 1958 | 0 | 9 | 0 | 0 | 0 |
| 196 | Apr. 1958 | 0 | 18 | 0 | 0 | 0 |
| 197 | May 1958 | 0 | 14 | 0 | 0 | 0 |
| 198 | June 1958 | 0 | 12 | 0 | 0 | 0 |
| 199 | July 1958 | 0 | 13 | 0 | 0 | 0 |
| 200 | Aug. 1958 | 0 | 18 | 0 | 0 | 0 |
| 201 | Sept. 1958 | 0 | 15 | 0 | 0 | 0 |
| 202 | Oct. 1958 | 0 | 13 | 0 | 0 | 0 |
| 203 | Nov. 1958 | 0 | 22 | 0 | 0 | 0 |
| 204 | Dec. 1958 | 0 | 17 | 0 | 0 | 0 |
| 205 | Jan. 1959 | 0 | 18 | 0 | 0 | 0 |
| 206 | Feb. 1959 | 0 | 13 | 0 | 0 | 0 |
| 207 | Mar. 1959 | 0 | 9 | 0 | 0 | 0 |
| 208 | Apr. 1959 | 0 | 19 | 0 | 0 | 0 |
| 209 | May 1959 | 0 | 14 | 0 | 0 | 0 |
| 210 | June 1959 | 0 | 13 | 0 | 0 | 0 |
| 211 | July 1959 | 0 | 13 | 0 | 0 | 0 |
| 212 | Aug. 1959 | 0 | 18 | 0 | 0 | 0 |
| 213 | Sept. 1959 | 0 | 15 | 0 | 0 | 0 |
| 214 | Oct. 1959 | 0 | 14 | 0 | 0 | 0 |
| 215 | Nov. 1959 | 0 | 22 | 0 | 0 | 0 |
| 216 | Dec. 1959 | 0 | 17 | 0 | 0 | 0 |
| 217 | Jan. 1960 | 0 | 16 | 0 | 0 | 0 |
| 218 | Feb. 1960 | 0 | 11 | 0 | 0 | 0 |
| 219 | Mar. 1960 | 0 | 9 | 0 | 0 | 0 |
| 220 | Apr. 1960 | 0 | 16 | 0 | 0 | 0 |
| 221 | May 1960 | 0 | 13 | 0 | 0 | 0 |
| 222 | June 1960 | 0 | 12 | 0 | 0 | 0 |
| 223 | July 1960 | 0 | 12 | 0 | 0 | 0 |
| 224 | Aug. 1960 | 0 | 15 | 0 | 0 | 0 |
| 225 | Sept. 1960 | 0 | 14 | 0 | 0 | 0 |
| 226 | Oct. 1960 | 0 | 13 | 0 | 0 | 0 |
| 227 | Nov. 1960 | 0 | 18 | 0 | 0 | 0 |
| 228 | Dec. 1960 | 0 | 14 | 0 | 0 | 0 |

**A160**   Historical Reconstruction of Drinking-Water Contamination Within the Service Areas of the Hadnot Point and Holcomb Boulevard Water Treatment Plants and Vicinities, U.S. Marine Corps Base Camp Lejeune, North Carolina

Case 7:23-cv-00897-RJ    Document 336-8    Filed 03/18/25    Page 4 of 16

CLJA_WATERMODELING_01-0000942762

**Appendix A7.** Reconstructed (simulated) monthly mean concentrations in finished water for tetrachloroethylene (PCE), trichloroethylene (TCE), *trans*-1,2-dichloroethylene (1,2-tDCE), and vinyl chloride (VC) at the Hadnot Point water treatment plant, Hadnot Point–Holcomb Boulevard study area, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1942–June 2008.—Continued

[Concentrations in finished water computed using mixing-model approach; —, water treatment plant not operating; *, model simulations not conducted]

| Stress period | Month and year | Concentrations in finished water, in micrograms per liter ||||| 
|---|---|---|---|---|---|---|
| | | Tetrachloroethylene (PCE) | Trichloroethylene (TCE) | *Trans*-1,2-dichloroethylene (1,2,-tDCE) | Vinyl chloride (VC) | Benzene |
| 229 | Jan. 1961 | 0 | 16 | 0 | 0 | 0 |
| 230 | Feb. 1961 | 0 | 12 | 0 | 0 | 0 |
| 231 | Mar. 1961 | 0 | 10 | 0 | 0 | 0 |
| 232 | Apr. 1961 | 0 | 18 | 0 | 0 | 0 |
| 233 | May 1961 | 0 | 15 | 0 | 0 | 0 |
| 234 | June 1961 | 0 | 14 | 0 | 0 | 0 |
| 235 | July 1961 | 0 | 14 | 0 | 0 | 0 |
| 236 | Aug. 1961 | 0 | 19 | 0 | 0 | 0 |
| 237 | Sept. 1961 | 0 | 17 | 0 | 0 | 0 |
| 238 | Oct. 1961 | 0 | 17 | 0 | 0 | 0 |
| 239 | Nov. 1961 | 0 | 19 | 0 | 0 | 0 |
| 240 | Dec. 1961 | 0 | 15 | 0 | 0 | 0 |
| 241 | Jan. 1962 | 0 | 16 | 0 | 0 | 0 |
| 242 | Feb. 1962 | 0 | 14 | 0 | 0 | 0 |
| 243 | Mar. 1962 | 0 | 12 | 0 | 0 | 0 |
| 244 | Apr. 1962 | 0 | 19 | 0 | 0 | 0 |
| 245 | May 1962 | 0 | 16 | 0 | 0 | 0 |
| 246 | June 1962 | 0 | 15 | 0 | 0 | 0 |
| 247 | July 1962 | 0 | 16 | 0 | 0 | 0 |
| 248 | Aug. 1962 | 0 | 21 | 0 | 0 | 0 |
| 249 | Sept. 1962 | 0 | 18 | 0 | 0 | 0 |
| 250 | Oct. 1962 | 0 | 19 | 0 | 0 | 0 |
| 251 | Nov. 1962 | 0 | 22 | 0 | 0 | 1 |
| 252 | Dec. 1962 | 0 | 20 | 0 | 0 | 0 |
| 253 | Jan. 1963 | 0 | 20 | 0 | 0 | 0 |
| 254 | Feb. 1963 | 0 | 20 | 0 | 0 | 0 |
| 255 | Mar. 1963 | 0 | 17 | 0 | 0 | 0 |
| 256 | Apr. 1963 | 0 | 24 | 0 | 0 | 1 |
| 257 | May 1963 | 0 | 19 | 0 | 0 | 0 |
| 258 | June 1963 | 0 | 19 | 0 | 0 | 0 |
| 259 | July 1963 | 0 | 19 | 0 | 0 | 0 |
| 260 | Aug. 1963 | 0 | 24 | 0 | 0 | 1 |
| 261 | Sept. 1963 | 0 | 21 | 0 | 0 | 0 |
| 262 | Oct. 1963 | 0 | 22 | 0 | 0 | 0 |
| 263 | Nov. 1963 | 0 | 24 | 0 | 0 | 1 |
| 264 | Dec. 1963 | 0 | 21 | 0 | 0 | 1 |

**Appendix A7.** Reconstructed (simulated) monthly mean concentrations in finished water for tetrachloroethylene (PCE), trichloro-ethylene (TCE), *trans*-1,2-dichloroethylene (1,2-tDCE), and vinyl chloride (VC) at the Hadnot Point water treatment plant, Hadnot Point–Holcomb Boulevard study area, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1942–June 2008.—Continued

[Concentrations in finished water computed using mixing-model approach; —, water treatment plant not operating; *, model simulations not conducted]

| Stress period | Month and year | Concentrations in finished water, in micrograms per liter ||||| 
|---|---|---|---|---|---|---|
| | | Tetrachloroethylene (PCE) | Trichloroethylene (TCE) | *Trans*-1,2-dichloroethylene (1,2,-tDCE) | Vinyl chloride (VC) | Benzene |
| 265 | Jan. 1964 | 0 | 22 | 0 | 0 | 1 |
| 266 | Feb. 1964 | 0 | 21 | 0 | 0 | 0 |
| 267 | Mar. 1964 | 0 | 18 | 0 | 0 | 0 |
| 268 | Apr. 1964 | 0 | 25 | 0 | 0 | 1 |
| 269 | May 1964 | 0 | 21 | 0 | 0 | 1 |
| 270 | June 1964 | 0 | 20 | 0 | 0 | 0 |
| 271 | July 1964 | 0 | 21 | 0 | 0 | 0 |
| 272 | Aug. 1964 | 0 | 25 | 0 | 0 | 1 |
| 273 | Sept. 1964 | 0 | 22 | 0 | 0 | 1 |
| 274 | Oct. 1964 | 0 | 24 | 0 | 0 | 1 |
| 275 | Nov. 1964 | 0 | 25 | 0 | 0 | 1 |
| 276 | Dec. 1964 | 0 | 23 | 0 | 0 | 1 |
| 277 | Jan. 1965 | 0 | 22 | 0 | 0 | 1 |
| 278 | Feb. 1965 | 0 | 23 | 0 | 0 | 1 |
| 279 | Mar. 1965 | 0 | 19 | 0 | 0 | 0 |
| 280 | Apr. 1965 | 0 | 26 | 0 | 0 | 1 |
| 281 | May 1965 | 0 | 21 | 0 | 0 | 1 |
| 282 | June 1965 | 0 | 21 | 0 | 0 | 1 |
| 283 | July 1965 | 0 | 21 | 0 | 0 | 1 |
| 284 | Aug. 1965 | 0 | 25 | 0 | 0 | 1 |
| 285 | Sept. 1965 | 0 | 22 | 0 | 0 | 1 |
| 286 | Oct. 1965 | 0 | 23 | 0 | 0 | 1 |
| 287 | Nov. 1965 | 0 | 23 | 0 | 0 | 1 |
| 288 | Dec. 1965 | 0 | 21 | 0 | 0 | 1 |
| 289 | Jan. 1966 | 0 | 21 | 0 | 0 | 1 |
| 290 | Feb. 1966 | 0 | 22 | 0 | 0 | 1 |
| 291 | Mar. 1966 | 0 | 19 | 0 | 0 | 0 |
| 292 | Apr. 1966 | 0 | 26 | 0 | 0 | 1 |
| 293 | May 1966 | 0 | 21 | 0 | 0 | 1 |
| 294 | June 1966 | 0 | 21 | 0 | 0 | 1 |
| 295 | July 1966 | 0 | 21 | 0 | 0 | 1 |
| 296 | Aug. 1966 | 0 | 26 | 0 | 0 | 1 |
| 297 | Sept. 1966 | 0 | 23 | 0 | 0 | 1 |
| 298 | Oct. 1966 | 0 | 25 | 0 | 0 | 1 |
| 299 | Nov. 1966 | 0 | 26 | 0 | 0 | 1 |
| 300 | Dec. 1966 | 0 | 26 | 0 | 0 | 1 |

A162　　Historical Reconstruction of Drinking-Water Contamination Within the Service Areas of the Hadnot Point and Holcomb Boulevard Water Treatment Plants and Vicinities, U.S. Marine Corps Base Camp Lejeune, North Carolina

Case 7:23-cv-00897-RJ　　Document 336-8　　Filed 03/18/25　　Page 6 of 16

CLJA_WATERMODELING_01-0000942764

**Appendix A7.** Reconstructed (simulated) monthly mean concentrations in finished water for tetrachloroethylene (PCE), trichloroethylene (TCE), *trans*-1,2-dichloroethylene (1,2-tDCE), and vinyl chloride (VC) at the Hadnot Point water treatment plant, Hadnot Point–Holcomb Boulevard study area, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1942–June 2008.— Continued

[Concentrations in finished water computed using mixing-model approach; —, water treatment plant not operating; *, model simulations not conducted]

| Stress period | Month and year | Concentrations in finished water, in micrograms per liter | | | | |
|---|---|---|---|---|---|---|
| | | Tetrachloroethylene (PCE) | Trichloroethylene (TCE) | *Trans*-1,2-dichloroethylene (1,2,-tDCE) | Vinyl chloride (VC) | Benzene |
| 301 | Jan. 1967 | 0 | 25 | 0 | 0 | 1 |
| 302 | Feb. 1967 | 0 | 26 | 0 | 0 | 1 |
| 303 | Mar. 1967 | 0 | 23 | 0 | 0 | 1 |
| 304 | Apr. 1967 | 0 | 30 | 0 | 0 | 1 |
| 305 | May 1967 | 0 | 24 | 0 | 0 | 1 |
| 306 | June 1967 | 0 | 24 | 0 | 0 | 1 |
| 307 | July 1967 | 0 | 25 | 0 | 0 | 1 |
| 308 | Aug. 1967 | 0 | 31 | 0 | 0 | 1 |
| 309 | Sept. 1967 | 0 | 26 | 0 | 0 | 1 |
| 310 | Oct. 1967 | 0 | 29 | 0 | 0 | 1 |
| 311 | Nov. 1967 | 0 | 29 | 0 | 0 | 1 |
| 312 | Dec. 1967 | 0 | 28 | 0 | 0 | 1 |
| 313 | Jan. 1968 | 0 | 27 | 0 | 0 | 1 |
| 314 | Feb. 1968 | 0 | 26 | 0 | 0 | 1 |
| 315 | Mar. 1968 | 0 | 23 | 0 | 0 | 1 |
| 316 | Apr. 1968 | 0 | 30 | 0 | 0 | 1 |
| 317 | May 1968 | 0 | 24 | 0 | 0 | 1 |
| 318 | June 1968 | 0 | 24 | 0 | 0 | 1 |
| 319 | July 1968 | 0 | 25 | 0 | 0 | 1 |
| 320 | Aug. 1968 | 0 | 32 | 0 | 0 | 1 |
| 321 | Sept. 1968 | 0 | 28 | 0 | 0 | 1 |
| 322 | Oct. 1968 | 0 | 31 | 0 | 0 | 1 |
| 323 | Nov. 1968 | 0 | 31 | 0 | 0 | 2 |
| 324 | Dec. 1968 | 0 | 29 | 0 | 0 | 1 |
| 325 | Jan. 1969 | 0 | 28 | 0 | 0 | 1 |
| 326 | Feb. 1969 | 0 | 28 | 0 | 0 | 1 |
| 327 | Mar. 1969 | 0 | 23 | 0 | 0 | 1 |
| 328 | Apr. 1969 | 0 | 32 | 0 | 0 | 2 |
| 329 | May 1969 | 0 | 26 | 0 | 0 | 1 |
| 330 | June 1969 | 0 | 26 | 0 | 0 | 1 |
| 331 | July 1969 | 0 | 24 | 0 | 0 | 1 |
| 332 | Aug. 1969 | 0 | 18 | 0 | 0 | 1 |
| 333 | Sept. 1969 | 0 | 8 | 0 | 0 | 1 |
| 334 | Oct. 1969 | 0 | 8 | 0 | 0 | 1 |
| 335 | Nov. 1969 | 0 | 24 | 0 | 0 | 2 |
| 336 | Dec. 1969 | 0 | 24 | 0 | 0 | 2 |

Case 7:23-cv-00897-RJ    Document 336-8    Filed 03/18/25    Page 7 of 16

CLJA_WATERMODELING_01-0000942765

**Appendix A7.** Reconstructed (simulated) monthly mean concentrations in finished water for tetrachloroethylene (PCE), trichloroethylene (TCE), *trans*-1,2-dichloroethylene (1,2-tDCE), and vinyl chloride (VC) at the Hadnot Point water treatment plant, Hadnot Point–Holcomb Boulevard study area, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1942–June 2008.—Continued

[Concentrations in finished water computed using mixing-model approach; —, water treatment plant not operating; *, model simulations not conducted]

| Stress period | Month and year | Concentrations in finished water, in micrograms per liter | | | | |
|---|---|---|---|---|---|---|
| | | Tetrachloroethylene (PCE) | Trichloroethylene (TCE) | *Trans*-1,2-dichloroethylene (1,2,-tDCE) | Vinyl chloride (VC) | Benzene |
| 337 | Jan. 1970 | 0 | 23 | 0 | 0 | 2 |
| 338 | Feb. 1970 | 0 | 23 | 0 | 0 | 2 |
| 339 | Mar. 1970 | 0 | 19 | 0 | 0 | 1 |
| 340 | Apr. 1970 | 0 | 26 | 0 | 0 | 2 |
| 341 | May 1970 | 0 | 20 | 0 | 0 | 2 |
| 342 | June 1970 | 0 | 20 | 0 | 0 | 2 |
| 343 | July 1970 | 0 | 20 | 0 | 0 | 2 |
| 344 | Aug. 1970 | 0 | 24 | 0 | 0 | 2 |
| 345 | Sept. 1970 | 0 | 21 | 0 | 0 | 2 |
| 346 | Oct. 1970 | 0 | 23 | 0 | 0 | 2 |
| 347 | Nov. 1970 | 0 | 25 | 0 | 0 | 3 |
| 348 | Dec. 1970 | 0 | 22 | 0 | 0 | 2 |
| 349 | Jan. 1971 | 0 | 22 | 0 | 0 | 2 |
| 350 | Feb. 1971 | 0 | 21 | 0 | 0 | 2 |
| 351 | Mar. 1971 | 0 | 17 | 0 | 0 | 2 |
| 352 | Apr. 1971 | 0 | 24 | 0 | 0 | 3 |
| 353 | May 1971 | 0 | 19 | 0 | 0 | 2 |
| 354 | June 1971 | 0 | 19 | 0 | 0 | 2 |
| 355 | July 1971 | 0 | 19 | 0 | 0 | 2 |
| 356 | Aug. 1971 | 0 | 24 | 0 | 0 | 3 |
| 357 | Sept. 1971 | 0 | 21 | 0 | 0 | 2 |
| 358 | Oct. 1971 | 0 | 22 | 0 | 0 | 2 |
| 359 | Nov. 1971 | 0 | 25 | 0 | 0 | 3 |
| 360 | Dec. 1971 | 0 | 22 | 0 | 0 | 3 |
| 361 | Jan. 1972 | 0 | 22 | 0 | 0 | 3 |
| 362 | Feb. 1972 | 0 | 21 | 0 | 0 | 2 |
| 363 | Mar. 1972 | 0 | 17 | 0 | 0 | 2 |
| 364 | Apr. 1972 | 0 | 24 | 0 | 0 | 3 |
| 365 | May 1972 | 0 | 19 | 0 | 0 | 3 |
| 366 | June 1972 | 0 | 19 | 0 | 0 | 3 |
| 367 | July 1972 | 0 | 16 | 3 | 0 | 2 |
| 368 | Aug. 1972 | 0 | 20 | 38 | 1 | 3 |
| 369 | Sept. 1972 | 0 | 18 | 50 | 1 | 2 |
| 370 | Oct. 1972 | 0 | 18 | 12 | 0 | 3 |
| 371 | Nov. 1972 | 0 | 25 | 133 | 3 | 3 |
| 372 | Dec. 1972 | 0 | 32 | 146 | 3 | 2 |

**A164** Historical Reconstruction of Drinking-Water Contamination Within the Service Areas of the Hadnot Point and Holcomb Boulevard Water Treatment Plants and Vicinities, U.S. Marine Corps Base Camp Lejeune, North Carolina

Case 7:23-cv-00897-RJ    Document 336-8    Filed 03/18/25    Page 8 of 16

CLJA_WATERMODELING_01-0000942766

**Appendix A7.** Reconstructed (simulated) monthly mean concentrations in finished water for tetrachloroethylene (PCE), trichloroethylene (TCE), *trans*-1,2-dichloroethylene (1,2-tDCE), and vinyl chloride (VC) at the Hadnot Point water treatment plant, Hadnot Point–Holcomb Boulevard study area, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1942–June 2008.—Continued

[Concentrations in finished water computed using mixing-model approach; —, water treatment plant not operating; *, model simulations not conducted]

| Stress period | Month and year | Concentrations in finished water, in micrograms per liter | | | | |
|---|---|---|---|---|---|---|
| | | Tetrachloroethylene (PCE) | Trichloroethylene (TCE) | Trans-1,2-dichloroethylene (1,2,-tDCE) | Vinyl chloride (VC) | Benzene |
| 373 | Jan. 1973 | 0 | 27 | 74 | 2 | 3 |
| 374 | Feb. 1973 | 0 | 34 | 113 | 3 | 2 |
| 375 | Mar. 1973 | 0 | 38 | 123 | 3 | 2 |
| 376 | Apr. 1973 | 0 | 38 | 80 | 2 | 3 |
| 377 | May 1973 | 0 | 43 | 104 | 3 | 3 |
| 378 | June 1973 | 0 | 57 | 131 | 4 | 3 |
| 379 | July 1973 | 1 | 73 | 149 | 5 | 3 |
| 380 | Aug. 1973 | 1 | 109 | 184 | 7 | 3 |
| 381 | Sept. 1973 | 1 | 96 | 143 | 5 | 3 |
| 382 | Oct. 1973 | 0 | 31 | 26 | 1 | 3 |
| 383 | Nov. 1973 | 2 | 187 | 249 | 10 | 3 |
| 384 | Dec. 1973 | 3 | 201 | 230 | 10 | 2 |
| 385 | Jan. 1974 | 1 | 106 | 106 | 5 | 3 |
| 386 | Feb. 1974 | 2 | 152 | 151 | 7 | 2 |
| 387 | Mar. 1974 | 3 | 163 | 155 | 7 | 2 |
| 388 | Apr. 1974 | 2 | 116 | 97 | 5 | 3 |
| 389 | May 1974 | 2 | 142 | 122 | 6 | 2 |
| 390 | June 1974 | 3 | 179 | 149 | 8 | 2 |
| 391 | July 1974 | 4 | 209 | 166 | 9 | 2 |
| 392 | Aug. 1974 | 5 | 274 | 203 | 12 | 3 |
| 393 | Sept. 1974 | 4 | 217 | 155 | 9 | 3 |
| 394 | Oct. 1974 | 1 | 50 | 28 | 2 | 3 |
| 395 | Nov. 1974 | 8 | 399 | 273 | 17 | 3 |
| 396 | Dec. 1974 | 8 | 369 | 239 | 15 | 3 |
| 397 | Jan. 1975 | 4 | 179 | 109 | 7 | 3 |
| 398 | Feb. 1975 | 6 | 252 | 155 | 11 | 3 |
| 399 | Mar. 1975 | 6 | 261 | 159 | 11 | 2 |
| 400 | Apr. 1975 | 4 | 174 | 99 | 7 | 3 |
| 401 | May 1975 | 5 | 211 | 124 | 9 | 3 |
| 402 | June 1975 | 7 | 260 | 151 | 11 | 2 |
| 403 | July 1975 | 8 | 294 | 168 | 13 | 3 |
| 404 | Aug. 1975 | 10 | 368 | 205 | 16 | 3 |
| 405 | Sept. 1975 | 8 | 285 | 156 | 12 | 3 |
| 406 | Oct. 1975 | 1 | 61 | 28 | 2 | 3 |
| 407 | Nov. 1975 | 14 | 503 | 274 | 23 | 3 |
| 408 | Dec. 1975 | 13 | 451 | 240 | 20 | 3 |

**Appendix A7.** Reconstructed (simulated) monthly mean concentrations in finished water for tetrachloroethylene (PCE), trichloroethylene (TCE), *trans*-1,2-dichloroethylene (1,2-tDCE), and vinyl chloride (VC) at the Hadnot Point water treatment plant, Hadnot Point–Holcomb Boulevard study area, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1942–June 2008.—Continued

[Concentrations in finished water computed using mixing-model approach; —, water treatment plant not operating; *, model simulations not conducted]

| Stress period | Month and year | Concentrations in finished water, in micrograms per liter | | | | |
|---|---|---|---|---|---|---|
| | | Tetrachloroethylene (PCE) | Trichloroethylene (TCE) | *Trans*-1,2-dichloroethylene (1,2,-tDCE) | Vinyl chloride (VC) | Benzene |
| 409 | Jan. 1976 | 7 | 227 | 116 | 10 | 3 |
| 410 | Feb. 1976 | 10 | 317 | 164 | 14 | 3 |
| 411 | Mar. 1976 | 10 | 323 | 166 | 15 | 2 |
| 412 | Apr. 1976 | 6 | 212 | 104 | 9 | 4 |
| 413 | May 1976 | 8 | 257 | 130 | 12 | 3 |
| 414 | June 1976 | 10 | 314 | 158 | 15 | 3 |
| 415 | July 1976 | 12 | 348 | 174 | 16 | 3 |
| 416 | Aug. 1976 | 15 | 436 | 214 | 20 | 4 |
| 417 | Sept. 1976 | 11 | 336 | 163 | 16 | 3 |
| 418 | Oct. 1976 | 2 | 70 | 29 | 3 | 3 |
| 419 | Nov. 1976 | 19 | 543 | 264 | 26 | 4 |
| 420 | Dec. 1976 | 19 | 520 | 249 | 25 | 3 |
| 421 | Jan. 1977 | 9 | 249 | 116 | 12 | 4 |
| 422 | Feb. 1977 | 13 | 346 | 164 | 17 | 3 |
| 423 | Mar. 1977 | 13 | 342 | 162 | 17 | 2 |
| 424 | Apr. 1977 | 8 | 218 | 99 | 11 | 4 |
| 425 | May 1977 | 10 | 264 | 123 | 13 | 3 |
| 426 | June 1977 | 12 | 320 | 149 | 17 | 3 |
| 427 | July 1977 | 14 | 355 | 164 | 19 | 3 |
| 428 | Aug. 1977 | 17 | 440 | 199 | 23 | 4 |
| 429 | Sept. 1977 | 13 | 338 | 152 | 18 | 4 |
| 430 | Oct. 1977 | 2 | 69 | 27 | 3 | 4 |
| 431 | Nov. 1977 | 22 | 544 | 245 | 30 | 4 |
| 432 | Dec. 1977 | 21 | 513 | 229 | 28 | 4 |
| 433 | Jan. 1978 | 10 | 250 | 109 | 14 | 4 |
| 434 | Feb. 1978 | 14 | 348 | 154 | 19 | 3 |
| 435 | Mar. 1978 | 15 | 352 | 157 | 20 | 3 |
| 436 | Apr. 1978 | 9 | 231 | 99 | 13 | 5 |
| 437 | May 1978 | 12 | 278 | 123 | 16 | 4 |
| 438 | June 1978 | 14 | 333 | 148 | 19 | 3 |
| 439 | July 1978 | 17 | 388 | 172 | 23 | 3 |
| 440 | Aug. 1978 | 20 | 475 | 209 | 28 | 4 |
| 441 | Sept. 1978 | 16 | 364 | 159 | 22 | 4 |
| 442 | Oct. 1978 | 3 | 74 | 28 | 4 | 4 |
| 443 | Nov. 1978 | 24 | 544 | 240 | 33 | 5 |
| 444 | Dec. 1978 | 24 | 546 | 240 | 33 | 4 |

Case 7:23-cv-00897-RJ   Document 336-8   Filed 03/18/25   Page 10 of 16

CLJA_WATERMODELING_01-0000942768

**Appendix A7.** Reconstructed (simulated) monthly mean concentrations in finished water for tetrachloroethylene (PCE), trichloroethylene (TCE), *trans*-1,2-dichloroethylene (1,2-tDCE), and vinyl chloride (VC) at the Hadnot Point water treatment plant, Hadnot Point–Holcomb Boulevard study area, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1942–June 2008.—Continued

[Concentrations in finished water computed using mixing-model approach; —, water treatment plant not operating; *, model simulations not conducted]

| Stress period | Month and year | Concentrations in finished water, in micrograms per liter | | | | |
|---|---|---|---|---|---|---|
| | | Tetrachloroethylene (PCE) | Trichloroethylene (TCE) | Trans-1,2-dichloroethylene (1,2,-tDCE) | Vinyl chloride (VC) | Benzene |
| 445 | Jan. 1979 | 12 | 268 | 117 | 16 | 6 |
| 446 | Feb. 1979 | 17 | 370 | 163 | 23 | 5 |
| 447 | Mar. 1979 | 17 | 378 | 165 | 24 | 5 |
| 448 | Apr. 1979 | 11 | 230 | 101 | 15 | 4 |
| 449 | May 1979 | 13 | 274 | 119 | 18 | 3 |
| 450 | June 1979 | 15 | 320 | 138 | 21 | 3 |
| 451 | July 1979 | 17 | 361 | 152 | 23 | 3 |
| 452 | Aug. 1979 | 22 | 483 | 201 | 31 | 0 |
| 453 | Sept. 1979 | 17 | 358 | 148 | 23 | 3 |
| 454 | Oct. 1979 | 3 | 71 | 27 | 4 | 4 |
| 455 | Nov. 1979 | 23 | 507 | 207 | 33 | 6 |
| 456 | Dec. 1979 | 23 | 504 | 205 | 33 | 6 |
| 457 | Jan. 1980 | 12 | 264 | 104 | 17 | 7 |
| 458 | Feb. 1980 | 17 | 378 | 152 | 24 | 6 |
| 459 | Mar. 1980 | 20 | 433 | 175 | 28 | 6 |
| 460 | Apr. 1980 | 12 | 273 | 108 | 17 | 8 |
| 461 | May 1980 | 15 | 322 | 131 | 21 | 6 |
| 462 | June 1980 | 18 | 394 | 163 | 26 | 6 |
| 463 | July 1980 | 20 | 415 | 173 | 27 | 6 |
| 464 | Aug. 1980 | 23 | 496 | 206 | 33 | 7 |
| 465 | Sept. 1980 | 18 | 388 | 162 | 26 | 7 |
| 466 | Oct. 1980 | 3 | 88 | 32 | 5 | 8 |
| 467 | Nov. 1980 | 25 | 524 | 222 | 35 | 7 |
| 468 | Dec. 1980 | 26 | 541 | 229 | 37 | 6 |
| 469 | Jan. 1981 | 14 | 295 | 122 | 19 | 8 |
| 470 | Feb. 1981 | 18 | 387 | 163 | 26 | 7 |
| 471 | Mar. 1981 | 19 | 397 | 169 | 27 | 6 |
| 472 | Apr. 1981 | 12 | 266 | 109 | 17 | 9 |
| 473 | May 1981 | 15 | 322 | 135 | 22 | 7 |
| 474 | June 1981 | 18 | 380 | 161 | 26 | 7 |
| 475 | July 1981 | 21 | 436 | 185 | 30 | 6 |
| 476 | Aug. 1981 | 30 | 631 | 270 | 44 | 8 |
| 477 | Sept. 1981 | 25 | 516 | 231 | 36 | 7 |
| 478 | Oct. 1981 | 5 | 115 | 50 | 8 | 5 |
| 479 | Nov. 1981 | 36 | 748 | 362 | 54 | 8 |
| 480 | Dec. 1981 | 37 | 753 | 370 | 54 | 8 |

Case 7:23-cv-00897-RJ    Document 336-8    Filed 03/18/25    Page 11 of 16

CLJA_WATERMODELING_01-0000942769

**Appendix A7.** Reconstructed (simulated) monthly mean concentrations in finished water for tetrachloroethylene (PCE), trichloroethylene (TCE), *trans*-1,2-dichloroethylene (1,2-tDCE), and vinyl chloride (VC) at the Hadnot Point water treatment plant, Hadnot Point–Holcomb Boulevard study area, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1942–June 2008.—Continued

[Concentrations in finished water computed using mixing-model approach; —, water treatment plant not operating; *, model simulations not conducted]

| Stress period | Month and year | Concentrations in finished water, in micrograms per liter | | | | |
|---|---|---|---|---|---|---|
| | | Tetrachloroethylene (PCE) | Trichloroethylene (TCE) | *Trans*-1,2-dichloroethylene (1,2,-tDCE) | Vinyl chloride (VC) | Benzene |
| 481 | Jan. 1982 | 19 | 406 | 199 | 29 | 9 |
| 482 | Feb. 1982 | 26 | 529 | 266 | 38 | 7 |
| 483 | Mar. 1982 | 27 | 556 | 285 | 41 | 6 |
| 484 | Apr. 1982 | 18 | 376 | 189 | 27 | 10 |
| 485 | May 1982 | 21 | 438 | 227 | 32 | 8 |
| 486 | June 1982 | 25 | 505 | 266 | 38 | 7 |
| 487 | July 1982 | 27 | 551 | 293 | 42 | 7 |
| 488 | Aug. 1982 | 33 | 670 | 355 | 51 | 9 |
| 489 | Sept. 1982 | 29 | 588 | 311 | 44 | 9 |
| 490 | Oct. 1982 | 6 | 138 | 64 | 9 | 9 |
| 491 | Nov. 1982 | 34 | 706 | 379 | 55 | 10 |
| 492 | Dec. 1982 | 35 | 721 | 388 | 56 | 8 |
| 493 | Jan. 1983 | 19 | 389 | 206 | 30 | 8 |
| 494 | Feb. 1983 | 26 | 526 | 284 | 42 | 7 |
| 495 | Mar. 1983 | 29 | 588 | 319 | 47 | 6 |
| 496 | Apr. 1983 | 18 | 372 | 196 | 29 | 10 |
| 497 | May 1983 | 22 | 449 | 243 | 36 | 8 |
| 498 | June 1983 | 27 | 546 | 298 | 45 | 7 |
| 499 | July 1983 | 30 | 618 | 337 | 51 | 7 |
| 500 | Aug. 1983 | 32 | 659 | 357 | 54 | 9 |
| 501 | Sept. 1983 | 26 | 543 | 292 | 45 | 9 |
| 502 | Oct. 1983 | 5 | 134 | 61 | 9 | 10 |
| 503 | Nov. 1983 | 39 | 783 | 435 | 67 | 10 |
| 504 | Dec. 1983 | 34 | 688 | 381 | 59 | 9 |
| 505 | Jan. 1984 | 21 | 427 | 233 | 36 | 11 |
| 506 | Feb. 1984 | 27 | 560 | 303 | 47 | 8 |
| 507 | Mar. 1984 | 28 | 587 | 320 | 50 | 7 |
| 508 | Apr. 1984 | 18 | 400 | 206 | 33 | 12 |
| 509 | May 1984 | 23 | 491 | 262 | 42 | 10 |
| 510 | June 1984 | 22 | 471 | 256 | 41 | 7 |
| 511 | July 1984 | 24 | 507 | 278 | 45 | 7 |
| 512 | Aug. 1984 | 26 | 539 | 295 | 48 | 8 |
| 513 | Sept. 1984 | 21 | 443 | 241 | 39 | 8 |
| 514 | Oct. 1984 | 3 | 94 | 40 | 6 | 8 |
| 515 | Nov. 1984 | 31 | 639 | 358 | 59 | 8 |
| 516 | Dec. 1984 | 2 | 43 | 26 | 4 | 2 |

**A168** Historical Reconstruction of Drinking-Water Contamination Within the Service Areas of the Hadnot Point and Holcomb Boulevard Water Treatment Plants and Vicinities, U.S. Marine Corps Base Camp Lejeune, North Carolina

Case 7:23-cv-00897-RJ    Document 336-8    Filed 03/18/25    Page 12 of 16

CLJA_WATERMODELING_01-0000942770

**Appendix A7.** Reconstructed (simulated) monthly mean concentrations in finished water for tetrachloroethylene (PCE), trichloroethylene (TCE), *trans*-1,2-dichloroethylene (1,2-tDCE), and vinyl chloride (VC) at the Hadnot Point water treatment plant, Hadnot Point–Holcomb Boulevard study area, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1942–June 2008.—Continued

[Concentrations in finished water computed using mixing-model approach; —, water treatment plant not operating; *, model simulations not conducted]

| Stress period | Month and year | Concentrations in finished water, in micrograms per liter | | | | |
|---|---|---|---|---|---|---|
| | | Tetrachloroethylene (PCE) | Trichloroethylene (TCE) | *Trans*-1,2-dichloroethylene (1,2,-tDCE) | Vinyl chloride (VC) | Benzene |
| 517 | Jan. 1985 | 16 | 324 | 163 | 31 | 4 |
| 518 | Feb. 1985 | 0 | 0 | 0 | 0 | 3 |
| 519 | Mar. 1985 | 0 | 0 | 0 | 0 | 3 |
| 520 | Apr. 1985 | 0 | 0 | 0 | 0 | 4 |
| 521 | May 1985 | 0 | 0 | 0 | 0 | 3 |
| 522 | June 1985 | 0 | 0 | 0 | 0 | 3 |
| 523 | July 1985 | 0 | 0 | 0 | 0 | 3 |
| 524 | Aug. 1985 | 0 | 0 | 0 | 0 | 3 |
| 525 | Sept. 1985 | 0 | 0 | 0 | 0 | 3 |
| 526 | Oct. 1985 | 0 | 0 | 0 | 0 | 3 |
| 527 | Nov. 1985 | 0 | 0 | 0 | 0 | 3 |
| 528 | Dec. 1985 | 0 | 0 | 0 | 0 | 3 |
| 529 | Jan. 1986 | 0 | 0 | 0 | 0 | 3 |
| 530 | Feb. 1986 | 0 | 0 | 0 | 0 | 3 |
| 531 | Mar. 1986 | 0 | 0 | 0 | 0 | 3 |
| 532 | Apr. 1986 | 0 | 0 | 0 | 0 | 4 |
| 533 | May 1986 | 0 | 0 | 0 | 0 | 3 |
| 534 | June 1986 | 0 | 0 | 0 | 0 | 3 |
| 535 | July 1986 | 0 | 0 | 0 | 0 | 3 |
| 536 | Aug. 1986 | 0 | 0 | 0 | 0 | 3 |
| 537 | Sept. 1986 | 0 | 0 | 0 | 0 | 3 |
| 538 | Oct. 1986 | 0 | 0 | 0 | 0 | 3 |
| 539 | Nov. 1986 | 0 | 0 | 0 | 0 | 3 |
| 540 | Dec. 1986 | 0 | 0 | 0 | 0 | 3 |
| 541 | Jan. 1987 | 0 | 0 | 0 | 0 | 2 |
| 542 | Feb. 1987 | 0 | 0 | 0 | 0 | 3 |
| 543 | Mar. 1987 | 0 | 0 | 0 | 0 | 2 |
| 544 | Apr. 1987 | 0 | 0 | 0 | 0 | 3 |
| 545 | May 1987 | 0 | 0 | 0 | 0 | 2 |
| 546 | June 1987 | 0 | 0 | 0 | 0 | 2 |
| 547 | July 1987 | 0 | 0 | 0 | 0 | 3 |
| 548 | Aug. 1987 | 0 | 0 | 0 | 0 | 3 |
| 549 | Sept. 1987 | 0 | 0 | 0 | 0 | 3 |
| 550 | Oct. 1987 | 0 | 0 | 0 | 0 | 3 |
| 551 | Nov. 1987 | 0 | 0 | 0 | 0 | 2 |
| 552 | Dec. 1987 | 0 | 0 | 0 | 0 | 2 |

**Appendix A7.** Reconstructed (simulated) monthly mean concentrations in finished water for tetrachloroethylene (PCE), trichloroethylene (TCE), *trans*-1,2-dichloroethylene (1,2-tDCE), and vinyl chloride (VC) at the Hadnot Point water treatment plant, Hadnot Point–Holcomb Boulevard study area, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1942–June 2008.—Continued

[Concentrations in finished water computed using mixing-model approach; —, water treatment plant not operating; *, model simulations not conducted]

| Stress period | Month and year | Concentrations in finished water, in micrograms per liter | | | | |
|---|---|---|---|---|---|---|
| | | Tetrachloroethylene (PCE) | Trichloroethylene (TCE) | *Trans*-1,2-dichloroethylene (1,2,-tDCE) | Vinyl chloride (VC) | Benzene |
| 553 | Jan. 1988 | 0 | 0 | 0 | 0 | 3 |
| 554 | Feb. 1988 | 0 | 0 | 0 | 0 | 3 |
| 555 | Mar. 1988 | 0 | 0 | 0 | 0 | 3 |
| 556 | Apr. 1988 | 0 | 0 | 0 | 0 | 4 |
| 557 | May 1988 | 0 | 0 | 0 | 0 | 3 |
| 558 | June 1988 | 0 | 0 | 0 | 0 | 3 |
| 559 | July 1988 | 0 | 0 | 0 | 0 | 3 |
| 560 | Aug. 1988 | 0 | 0 | 0 | 0 | 3 |
| 561 | Sept. 1988 | 0 | 0 | 0 | 0 | 3 |
| 562 | Oct. 1988 | 0 | 0 | 0 | 0 | 3 |
| 563 | Nov. 1988 | 0 | 0 | 0 | 0 | 3 |
| 564 | Dec. 1988 | 0 | 0 | 0 | 0 | 3 |
| 565 | Jan. 1989 | 0 | 0 | 0 | 0 | 3 |
| 566 | Feb. 1989 | 0 | 0 | 0 | 0 | 3 |
| 567 | Mar. 1989 | 0 | 0 | 0 | 0 | 3 |
| 568 | Apr. 1989 | 0 | 0 | 0 | 0 | 3 |
| 569 | May 1989 | 0 | 0 | 0 | 0 | 3 |
| 570 | June 1989 | 0 | 0 | 0 | 0 | 3 |
| 571 | July 1989 | 0 | 0 | 0 | 0 | 3 |
| 572 | Aug. 1989 | 0 | 0 | 0 | 0 | 3 |
| 573 | Sept. 1989 | 0 | 0 | 0 | 0 | 3 |
| 574 | Oct. 1989 | 0 | 0 | 0 | 0 | 3 |
| 575 | Nov. 1989 | 0 | 0 | 0 | 0 | 3 |
| 576 | Dec. 1989 | 0 | 0 | 0 | 0 | 3 |
| 577 | Jan. 1990 | 0 | 0 | 0 | 0 | 3 |
| 578 | Feb. 1990 | 0 | 0 | 0 | 0 | 3 |
| 579 | Mar. 1990 | 0 | 0 | 0 | 0 | 3 |
| 580 | Apr. 1990 | 0 | 0 | 0 | 0 | 3 |
| 581 | May 1990 | 0 | 0 | 0 | 0 | 3 |
| 582 | June 1990 | 0 | 0 | 0 | 0 | 3 |
| 583 | July 1990 | 0 | 0 | 0 | 0 | 3 |
| 584 | Aug. 1990 | 0 | 0 | 0 | 0 | 3 |
| 585 | Sept. 1990 | 0 | 0 | 0 | 0 | 3 |
| 586 | Oct. 1990 | 0 | 0 | 0 | 0 | 3 |
| 587 | Nov. 1990 | 0 | 0 | 0 | 0 | 2 |
| 588 | Dec. 1990 | 0 | 0 | 0 | 0 | 3 |

**A170**   Historical Reconstruction of Drinking-Water Contamination Within the Service Areas of the Hadnot Point and Holcomb Boulevard Water Treatment Plants and Vicinities, U.S. Marine Corps Base Camp Lejeune, North Carolina

Case 7:23-cv-00897-RJ   Document 336-8   Filed 03/18/25   Page 14 of 16

CLJA_WATERMODELING_01-0000942772

**Appendix A7.** Reconstructed (simulated) monthly mean concentrations in finished water for tetrachloroethylene (PCE), trichloroethylene (TCE), *trans*-1,2-dichloroethylene (1,2-tDCE), and vinyl chloride (VC) at the Hadnot Point water treatment plant, Hadnot Point–Holcomb Boulevard study area, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1942–June 2008.— Continued

[Concentrations in finished water computed using mixing-model approach; —, water treatment plant not operating; *, model simulations not conducted]

| Stress period | Month and year | Concentrations in finished water, in micrograms per liter ||||| 
|---|---|---|---|---|---|---|
| | | Tetrachloroethylene (PCE) | Trichloroethylene (TCE) | *Trans*-1,2-dichloroethylene (1,2,-tDCE) | Vinyl chloride (VC) | Benzene |
| 589 | Jan. 1991 | 0 | 0 | 0 | 0 | 2 |
| 590 | Feb. 1991 | 0 | 0 | 0 | 0 | 3 |
| 591 | Mar. 1991 | 0 | 0 | 0 | 0 | 3 |
| 592 | Apr. 1991 | 0 | 0 | 0 | 0 | 3 |
| 593 | May 1991 | 0 | 0 | 0 | 0 | 3 |
| 594 | June 1991 | 0 | 0 | 0 | 0 | 3 |
| 595 | July 1991 | 0 | 0 | 0 | 0 | 3 |
| 596 | Aug. 1991 | 0 | 0 | 0 | 0 | 3 |
| 597 | Sept. 1991 | 0 | 0 | 0 | 0 | 3 |
| 598 | Oct. 1991 | 0 | 0 | 0 | 0 | 3 |
| 599 | Nov. 1991 | 0 | 0 | 0 | 0 | 2 |
| 600 | Dec. 1991 | 0 | 0 | 0 | 0 | 3 |
| 601 | Jan. 1992 | 0 | 0 | * | 0 | 2 |
| 602 | Feb. 1992 | 0 | 0 | * | 0 | 3 |
| 603 | Mar. 1992 | 0 | 0 | * | 0 | 3 |
| 604 | Apr. 1992 | 0 | 0 | * | 0 | 3 |
| 605 | May 1992 | 0 | 0 | * | 0 | 3 |
| 606 | June 1992 | 0 | 0 | * | 0 | 3 |
| 607 | July 1992 | 0 | 0 | * | 0 | 3 |
| 608 | Aug. 1992 | 0 | 0 | * | 0 | 3 |
| 609 | Sept. 1992 | 0 | 0 | * | 0 | 3 |
| 610 | Oct. 1992 | 0 | 0 | * | 0 | 3 |
| 611 | Nov. 1992 | 0 | 0 | * | 0 | 3 |
| 612 | Dec. 1992 | 0 | 0 | * | 0 | 3 |
| 613 | Jan. 1993 | 0 | 0 | * | 0 | 3 |
| 614 | Feb. 1993 | 0 | 0 | * | 0 | 3 |
| 615 | Mar. 1993 | 0 | 0 | * | 0 | 3 |
| 616 | Apr. 1993 | 0 | 0 | * | 0 | 4 |
| 617 | May 1993 | 0 | 0 | * | 0 | 3 |
| 618 | June 1993 | 0 | 0 | * | 0 | 3 |
| 619 | July 1993 | 0 | 0 | * | 0 | 3 |
| 620 | Aug. 1993 | 0 | 0 | * | 0 | 4 |
| 621 | Sept. 1993 | 0 | 0 | * | 0 | 3 |
| 622 | Oct. 1993 | 0 | 0 | * | 0 | 4 |
| 623 | Nov. 1993 | 0 | 0 | * | 0 | 3 |
| 624 | Dec. 1993 | 0 | 0 | * | 0 | 3 |

Case 7:23-cv-00897-RJ    Document 336-8    Filed 03/18/25    Page 15 of 16

CLJA_WATERMODELING_01-0000942773

**Appendix A7.** Reconstructed (simulated) monthly mean concentrations in finished water for tetrachloroethylene (PCE), trichloro-ethylene (TCE), *trans*-1,2-dichloroethylene (1,2-tDCE), and vinyl chloride (VC) at the Hadnot Point water treatment plant, Hadnot Point–Holcomb Boulevard study area, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1942–June 2008.— Continued

[Concentrations in finished water computed using mixing-model approach; —, water treatment plant not operating; *, model simulations not conducted]

| Stress period | Month and year | Concentrations in finished water, in micrograms per liter | | | | |
|---|---|---|---|---|---|---|
| | | Tetrachloroethylene (PCE) | Trichloroethylene (TCE) | *Trans*-1,2-dichloroethylene (1,2,-tDCE) | Vinyl chloride (VC) | Benzene |
| 625 | Jan. 1994 | 0 | 0 | * | 0 | 3 |
| 626 | Feb. 1994 | 0 | 0 | * | 0 | 4 |
| 627 | Mar. 1994 | 0 | 0 | * | 0 | 3 |
| 628 | Apr. 1994 | 0 | 0 | * | 0 | 4 |
| 629 | May 1994 | 0 | 0 | * | 0 | 3 |
| 630 | June 1994 | 0 | 0 | * | 0 | 4 |
| 631 | July 1994 | 0 | 0 | * | 0 | 4 |
| 632 | Aug. 1994 | 0 | 0 | * | 0 | 4 |
| 633 | Sept. 1994 | 0 | 0 | * | 0 | 4 |
| 634 | Oct. 1994 | 0 | 0 | * | 0 | 4 |
| 635 | Nov. 1994 | 0 | 0 | * | 0 | 3 |
| 636 | Dec. 1994 | 0 | 0 | * | 0 | 4 |
| 637 | Jan. 1995 | 0 | 0 | * | 0 | 3 |
| 638 | Feb. 1995 | 0 | 0 | * | 0 | 4 |
| 639 | Mar. 1995 | 0 | 0 | * | 0 | 4 |
| 640 | Apr. 1995 | 0 | 0 | * | 0 | 4 |
| 641 | May 1995 | 0 | 0 | * | 0 | 3 |
| 642 | June 1995 | 0 | 0 | * | 0 | 4 |
| 643 | July 1995 | 0 | 0 | * | 0 | 4 |
| 644 | Aug. 1995 | 0 | 0 | * | 0 | 4 |
| 645 | Sept. 1995 | 0 | 0 | * | 0 | 4 |
| 646 | Oct. 1995 | 0 | 0 | * | 0 | 4 |
| 647 | Nov. 1995 | 0 | 0 | * | 0 | 3 |
| 648 | Dec. 1995 | 0 | 0 | * | 0 | 3 |
| 649 | Jan. 1996 | 0 | 0 | * | 0 | 3 |
| 650 | Feb. 1996 | 0 | 0 | * | 0 | 4 |
| 651 | Mar. 1996 | 0 | 0 | * | 0 | 3 |
| 652 | Apr. 1996 | 0 | 0 | * | 0 | 4 |
| 653 | May 1996 | 0 | 0 | * | 0 | 3 |
| 654–798 | June 1996– June 2008 | 0 | 0 | * | 0 | 0 |

**A172** Historical Reconstruction of Drinking-Water Contamination Within the Service Areas of the Hadnot Point and Holcomb Boulevard Water Treatment Plants and Vicinities, U.S. Marine Corps Base Camp Lejeune, North Carolina

Case 7:23-cv-00897-RJ    Document 336-8    Filed 03/18/25    Page 16 of 16

CLJA_WATERMODELING_01-0000942774