

# Appendix A2. Simulated PCE and PCE Degradation By-Products in Finished Water, Tarawa Terrace Water Treatment Plant, January 1951–March 1987

## Appendix A2. Simulated PCE in Finished Water, Tarawa Terrace Water Treatment Plant

**Appendix A2.** Simulated tetrachloroethylene and its degradation by-products in finished water, Tarawa Terrace water treatment plant, January 1951– March 1987.[1]

[PCE, tetrachloroethylene; μg/L, microgram per liter; 1,2-tDCE, *trans*-1,2-dichloroethylene; TCE, trichloroethylene; VC, vinyl chloride; WTP, water treatment plant]

| Stress period | Month and year | Single specie using MT3DMS model[2] | Multispecies, multiphase using TechFlowMP model[3] | | | |
|---|---|---|---|---|---|---|
| | | [4]PCE, in μg/L | [5]PCE, in μg/L | [5]1,2-tDCE, in μg/L | [5]TCE, in μg/L | [5]VC, in μg/L |
| 1–12 | Jan–Dec 1951 | WTP not operating | WTP not operating | WTP not operating | WTP not operating | WTP not operating |
| 13 | Jan 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 | Feb 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 | Mar 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 | Apr 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 | May 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 | June 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 | July 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 | Aug 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 | Sept 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 | Oct 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 | Nov 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 | Dec 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 | Jan 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 | Feb 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 | Mar 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 | Apr 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 29 | May 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 | June 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 31 | July 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 32 | Aug 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 33 | Sept 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 34 | Oct 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 35 | Nov 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 36 | Dec 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 37 | Jan 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 38 | Feb 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 39 | Mar 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 40 | Apr 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 41 | May 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 42 | June 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 43 | July 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 44 | Aug 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 45 | Sept 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 46 | Oct 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 47 | Nov 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 48 | Dec 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Case 7:23-cv-00897-RJ    Document 336-9    Filed 03/18/25    Page 2 of 13

CLJA_WATERMODELING_01-0001110688

**Appendix A2.** Simulated tetrachloroethylene and its degradation by-products in finished water, Tarawa Terrace water treatment plant, January 1951– March 1987[1].—Continued

[PCE, tetrachloroethylene; μg/L, microgram per liter; 1,2-tDCE, *trans*-1,2-dichloroethylene; TCE, trichloroethylene; VC, vinyl chloride; WTP, water treatment plant]

| Stress-period | Month and year | Single specie using MT3DMS model[2] | Multispecies, multiphase using TechFlowMP model[3] | | | |
|---|---|---|---|---|---|---|
| | | [4]PCE, in μg/L | [5]PCE, in μg/L | [5]1,2-tDCE, in μg/L | [5]TCE, in μg/L | [5]VC, in μg/L |
| 49 | Jan 1955 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 |
| 50 | Feb 1955 | 0.00 | 0.00 | 0.01 | 0.00 | 0.01 |
| 51 | Mar 1955 | 0.00 | 0.01 | 0.01 | 0.00 | 0.01 |
| 52 | Apr 1955 | 0.00 | 0.01 | 0.01 | 0.00 | 0.02 |
| 53 | May 1955 | 0.00 | 0.01 | 0.01 | 0.00 | 0.02 |
| 54 | June 1955 | 0.01 | 0.01 | 0.02 | 0.00 | 0.03 |
| 55 | July 1955 | 0.01 | 0.02 | 0.03 | 0.00 | 0.03 |
| 56 | Aug 1955 | 0.01 | 0.03 | 0.03 | 0.00 | 0.04 |
| 57 | Sept 1955 | 0.02 | 0.04 | 0.04 | 0.00 | 0.05 |
| 58 | Oct 1955 | 0.03 | 0.05 | 0.05 | 0.00 | 0.07 |
| 59 | Nov 1955 | 0.04 | 0.06 | 0.07 | 0.00 | 0.08 |
| 60 | Dec 1955 | 0.06 | 0.08 | 0.08 | 0.01 | 0.10 |
| 61 | Jan 1956 | 0.08 | 0.11 | 0.10 | 0.01 | 0.12 |
| 62 | Feb 1956 | 0.10 | 0.14 | 0.12 | 0.01 | 0.14 |
| 63 | Mar 1956 | 0.13 | 0.17 | 0.15 | 0.01 | 0.17 |
| 64 | Apr 1956 | 0.17 | 0.22 | 0.18 | 0.01 | 0.20 |
| 65 | May 1956 | 0.23 | 0.27 | 0.21 | 0.02 | 0.23 |
| 66 | June 1956 | 0.29 | 0.33 | 0.25 | 0.02 | 0.26 |
| 67 | July 1956 | 0.36 | 0.40 | 0.29 | 0.02 | 0.30 |
| 68 | Aug 1956 | 0.46 | 0.49 | 0.33 | 0.03 | 0.34 |
| 69 | Sept 1956 | 0.57 | 0.59 | 0.38 | 0.03 | 0.39 |
| 70 | Oct 1956 | 0.70 | 0.70 | 0.44 | 0.04 | 0.44 |
| 71 | Nov 1956 | 0.85 | 0.83 | 0.50 | 0.05 | 0.49 |
| 72 | Dec 1956 | 1.04 | 0.97 | 0.57 | 0.06 | 0.55 |
| 73 | Jan 1957 | 1.25 | 1.14 | 0.64 | 0.06 | 0.61 |
| 74 | Feb 1957 | 1.47 | 1.33 | 0.72 | 0.07 | 0.68 |
| 75 | Mar 1957 | 1.74 | 1.52 | 0.79 | 0.08 | 0.74 |
| 76 | Apr 1957 | 2.04 | 1.75 | 0.88 | 0.10 | 0.81 |
| 77 | May 1957 | 2.39 | 2.00 | 0.97 | 0.11 | 0.89 |
| 78 | June 1957 | 2.77 | 2.28 | 1.08 | 0.12 | 0.97 |
| 79 | July 1957 | 3.21 | 2.59 | 1.18 | 0.14 | 1.05 |
| 80 | Aug 1957 | 3.69 | 2.93 | 1.29 | 0.16 | 1.13 |
| 81 | Sept 1957 | 4.21 | 3.30 | 1.41 | 0.17 | 1.23 |
| 82 | Oct 1957 | 4.79 | 3.69 | 1.53 | 0.19 | 1.32 |
| 83 | Nov 1957 | 5.41 | 4.13 | 1.66 | 0.22 | 1.41 |
| 84 | Dec 1957 | 6.10 | 4.59 | 1.80 | 0.24 | 1.51 |

# Appendix A2. Simulated PCE in Finished Water, Tarawa Terrace Water Treatment Plant

**Appendix A2.** Simulated tetrachloroethylene and its degradation by-products in finished water, Tarawa Terrace water treatment plant, January 1951– March 1987[1].—Continued

[PCE, tetrachloroethylene; μg/L, microgram per liter; 1,2-tDCE, *trans*-1,2-dichloroethylene; TCE, trichloroethylene; VC, vinyl chloride; WTP, water treatment plant]

| Stress period | Month and year | Single specie using MT3DMS model[2] | Multispecies, multiphase using TechFlowMP model[3] | | | |
|---|---|---|---|---|---|---|
| | | [4]PCE, in μg/L | [5]PCE, in μg/L | [5]1,2 tDCE, in μg/L | [5]TCE, in μg/L | [5]VC, in μg/L |
| 85 | Jan 1958 | 6.86 | 5.11 | 1.94 | 0.26 | 1.62 |
| 86 | Feb 1958 | 7.60 | 5.65 | 2.09 | 0.29 | 1.72 |
| 87 | Mar 1958 | 8.47 | 6.17 | 2.22 | 0.31 | 1.81 |
| 88 | Apr 1958 | 9.37 | 6.79 | 2.38 | 0.34 | 1.92 |
| 89 | May 1958 | 10.37 | 7.41 | 2.53 | 0.37 | 2.02 |
| 90 | June 1958 | 11.39 | 8.10 | 2.70 | 0.41 | 2.13 |
| 91 | July 1958 | 12.91 | 9.09 | 2.96 | 0.45 | 2.32 |
| 92 | Aug 1958 | 14.12 | 9.88 | 3.14 | 0.49 | 2.44 |
| 93 | Sept 1958 | 15.35 | 10.73 | 3.33 | 0.53 | 2.56 |
| 94 | Oct 1958 | 16.69 | 11.58 | 3.52 | 0.57 | 2.68 |
| 95 | Nov 1958 | 18.03 | 12.52 | 3.72 | 0.61 | 2.81 |
| 96 | Dec 1958 | 19.49 | 13.46 | 3.92 | 0.66 | 2.94 |
| 97 | Jan 1959 | 20.97 | 14.48 | 4.13 | 0.71 | 3.07 |
| 98 | Feb 1959 | 22.35 | 15.54 | 4.34 | 0.76 | 3.21 |
| 99 | Mar 1959 | 23.92 | 16.54 | 4.54 | 0.80 | 3.33 |
| 100 | Apr 1959 | 25.49 | 17.70 | 4.77 | 0.85 | 3.48 |
| 101 | May 1959 | 27.15 | 18.84 | 4.99 | 0.91 | 3.61 |
| 102 | June 1959 | 28.81 | 20.09 | 5.23 | 0.96 | 3.77 |
| 103 | July 1959 | 30.56 | 21.34 | 5.46 | 1.02 | 3.91 |
| 104 | Aug 1959 | 32.36 | 22.66 | 5.69 | 1.08 | 4.05 |
| 105 | Sept 1959 | 34.14 | 24.01 | 5.93 | 1.14 | 4.19 |
| 106 | Oct 1959 | 36.01 | 25.35 | 6.16 | 1.20 | 4.32 |
| 107 | Nov 1959 | 37.85 | 26.77 | 6.40 | 1.27 | 4.46 |
| 108 | Dec 1959 | 39.78 | 28.18 | 6.64 | 1.33 | 4.60 |
| 109 | Jan 1960 | 41.86 | 29.67 | 6.88 | 1.40 | 4.74 |
| 110 | Feb 1960 | 43.85 | 31.17 | 7.12 | 1.46 | 4.86 |
| 111 | Mar 1960 | 46.03 | 32.58 | 7.33 | 1.52 | 4.97 |
| 112 | Apr 1960 | 48.15 | 34.16 | 7.57 | 1.59 | 5.10 |
| 113 | May 1960 | 50.37 | 35.67 | 7.79 | 1.66 | 5.21 |
| 114 | June 1960 | 52.51 | 37.24 | 8.03 | 1.73 | 5.33 |
| 115 | July 1960 | 54.74 | 38.79 | 8.26 | 1.80 | 5.45 |
| 116 | Aug 1960 | 56.96 | 40.45 | 8.51 | 1.87 | 5.59 |
| 117 | Sept 1960 | 59.09 | 42.13 | 8.76 | 1.94 | 5.73 |
| 118 | Oct 1960 | 61.30 | 43.80 | 9.02 | 2.02 | 5.86 |
| 119 | Nov 1960 | 63.42 | 45.57 | 9.28 | 2.09 | 6.01 |
| 120 | Dec 1960 | 65.61 | 47.31 | 9.54 | 2.17 | 6.15 |

A84    Case 7:23-cv-00897-RJ    Document 336-9    Filed 03/18/25    Page 4 of 13    Historical Reconstruction of Drinking-Water Contamination at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina

CLJA_WATERMODELING_01-0001110690

**Appendix A2.** Simulated tetrachloroethylene and its degradation by-products in finished water, Tarawa Terrace water treatment plant, January 1951– March 1987[1].—Continued

[PCE, tetrachloroethylene; µg/L, microgram per liter; 1,2-tDCE, *trans*-1,2-dichloroethylene; TCE, trichloroethylene; VC, vinyl chloride; WTP, water treatment plant]

| Stress period | Month and year | Single specie using MT3DMS model[2] | Multispecies, multiphase using TechFlowMP model[3] | | | |
|---|---|---|---|---|---|---|
| | | [4]PCE, in µg/L | [5]PCE, in µg/L | [5]1,2-tDCE, in µg/L | [5]TCE, in µg/L | [5]VC, in µg/L |
| 121 | Jan 1961 | 67.69 | 49.15 | 9.82 | 2.25 | 6.30 |
| 122 | Feb 1961 | 69.54 | 51.03 | 10.10 | 2.33 | 6.46 |
| 123 | Mar 1961 | 71.56 | 52.73 | 10.35 | 2.41 | 6.61 |
| 124 | Apr 1961 | 73.49 | 54.69 | 10.64 | 2.49 | 6.77 |
| 125 | May 1961 | 75.49 | 56.57 | 10.92 | 2.58 | 6.92 |
| 126 | June 1961 | 77.39 | 58.53 | 11.20 | 2.66 | 7.07 |
| 127 | July 1961 | 79.36 | 60.43 | 11.46 | 2.75 | 7.22 |
| 128 | Aug 1961 | 81.32 | 62.42 | 11.74 | 2.83 | 7.36 |
| 129 | Sept 1961 | 83.19 | 64.40 | 12.01 | 2.92 | 7.51 |
| 130 | Oct 1961 | 85.11 | 66.32 | 12.27 | 3.00 | 7.64 |
| 131 | Nov 1961 | 86.95 | 68.33 | 12.55 | 3.09 | 7.79 |
| 132 | Dec 1961 | 88.84 | 70.28 | 12.80 | 3.17 | 7.92 |
| 133 | Jan 1962 | 60.88 | 47.74 | 8.63 | 2.15 | 5.32 |
| 134 | Feb 1962 | 62.10 | 49.86 | 9.00 | 2.25 | 5.56 |
| 135 | Mar 1962 | 62.94 | 51.28 | 9.17 | 2.31 | 5.64 |
| 136 | Apr 1962 | 63.59 | 52.37 | 9.25 | 2.36 | 5.67 |
| 137 | May 1962 | 64.17 | 53.18 | 9.28 | 2.39 | 5.66 |
| 138 | June 1962 | 64.70 | 53.88 | 9.28 | 2.41 | 5.63 |
| 139 | July 1962 | 65.23 | 54.48 | 9.28 | 2.43 | 5.60 |
| 140 | Aug 1962 | 65.74 | 55.06 | 9.26 | 2.45 | 5.56 |
| 141 | Sept 1962 | 66.22 | 55.59 | 9.24 | 2.46 | 5.52 |
| 142 | Oct 1962 | 66.71 | 56.07 | 9.22 | 2.48 | 5.47 |
| 143 | Nov 1962 | 67.18 | 56.54 | 9.19 | 2.49 | 5.42 |
| 144 | Dec 1962 | 67.65 | 56.97 | 9.16 | 2.50 | 5.38 |
| 145 | Jan 1963 | 68.06 | 57.40 | 9.13 | 2.51 | 5.33 |
| 146 | Feb 1963 | 68.39 | 57.78 | 9.09 | 2.52 | 5.28 |
| 147 | Mar 1963 | 68.73 | 58.11 | 9.06 | 2.53 | 5.24 |
| 148 | Apr 1963 | 69.03 | 58.49 | 9.02 | 2.54 | 5.20 |
| 149 | May 1963 | 69.33 | 58.81 | 8.98 | 2.55 | 5.15 |
| 150 | June 1963 | 69.62 | 59.14 | 8.94 | 2.56 | 5.11 |
| 151 | July 1963 | 69.90 | 59.42 | 8.90 | 2.57 | 5.06 |
| 152 | Aug 1963 | 70.17 | 59.70 | 8.86 | 2.57 | 5.02 |
| 153 | Sept 1963 | 70.43 | 59.97 | 8.82 | 2.57 | 4.98 |
| 154 | Oct 1963 | 70.69 | 60.21 | 8.78 | 2.58 | 4.94 |
| 155 | Nov 1963 | 70.93 | 60.45 | 8.74 | 2.58 | 4.90 |
| 156 | Dec 1963 | 71.17 | 60.67 | 8.70 | 2.59 | 4.86 |

## Appendix A2. Simulated PCE in Finished Water, Tarawa Terrace Water Treatment Plant

**Appendix A2.** Simulated tetrachloroethylene and its degradation by-products in finished water, Tarawa Terrace water treatment plant, January 1951– March 1987[1].—Continued

[PCE, tetrachloroethylene; μg/L, microgram per liter; 1,2-tDCE, *trans*-1,2-dichloroethylene; TCE, trichloroethylene; VC, vinyl chloride; WTP, water treatment plant]

| Stress period | Month and year | Single specie using MT3DMS model[2] | Multispecies, multiphase using TechFlowMP model[3] | | | |
|---|---|---|---|---|---|---|
| | | [4]PCE, in μg/L | [5]PCE, in μg/L | [5]1,2 tDCE, in μg/L | [5]TCE, in μg/L | [5]VC, in μg/L |
| 157 | Jan 1964 | 71.40 | 60.89 | 8.67 | 2.59 | 4.83 |
| 158 | Feb 1964 | 63.77 | 54.39 | 7.69 | 2.31 | 4.27 |
| 159 | Mar 1964 | 63.95 | 54.42 | 7.58 | 2.30 | 4.17 |
| 160 | Apr 1964 | 64.08 | 54.43 | 7.50 | 2.29 | 4.10 |
| 161 | May 1964 | 64.19 | 54.36 | 7.42 | 2.29 | 4.04 |
| 162 | June 1964 | 64.27 | 54.29 | 7.35 | 2.28 | 3.98 |
| 163 | July 1964 | 64.34 | 54.21 | 7.28 | 2.27 | 3.93 |
| 164 | Aug 1964 | 64.39 | 54.14 | 7.22 | 2.26 | 3.88 |
| 165 | Sept 1964 | 64.43 | 54.06 | 7.16 | 2.26 | 3.84 |
| 166 | Oct 1964 | 64.47 | 53.99 | 7.10 | 2.25 | 3.79 |
| 167 | Nov 1964 | 64.49 | 53.92 | 7.05 | 2.24 | 3.75 |
| 168 | Dec 1964 | 64.50 | 53.85 | 7.00 | 2.24 | 3.72 |
| 169 | Jan 1965 | 64.50 | 53.78 | 6.95 | 2.23 | 3.68 |
| 170 | Feb 1965 | 64.49 | 53.72 | 6.90 | 2.23 | 3.65 |
| 171 | Mar 1965 | 64.47 | 53.64 | 6.86 | 2.22 | 3.61 |
| 172 | Apr 1965 | 64.45 | 53.59 | 6.82 | 2.22 | 3.58 |
| 173 | May 1965 | 64.42 | 53.52 | 6.78 | 2.21 | 3.55 |
| 174 | June 1965 | 64.38 | 53.47 | 6.74 | 2.21 | 3.52 |
| 175 | July 1965 | 64.33 | 53.40 | 6.70 | 2.20 | 3.50 |
| 176 | Aug 1965 | 64.27 | 53.34 | 6.66 | 2.20 | 3.47 |
| 177 | Sept 1965 | 64.20 | 53.27 | 6.63 | 2.19 | 3.44 |
| 178 | Oct 1965 | 64.13 | 53.20 | 6.59 | 2.19 | 3.42 |
| 179 | Nov 1965 | 64.05 | 53.14 | 6.56 | 2.18 | 3.40 |
| 180 | Dec 1965 | 63.97 | 53.07 | 6.53 | 2.18 | 3.37 |
| 181 | Jan 1966 | 63.88 | 53.00 | 6.50 | 2.17 | 3.35 |
| 182 | Feb 1966 | 63.79 | 52.93 | 6.47 | 2.17 | 3.33 |
| 183 | Mar 1966 | 63.68 | 52.84 | 6.44 | 2.16 | 3.31 |
| 184 | Apr 1966 | 63.57 | 52.78 | 6.41 | 2.16 | 3.29 |
| 185 | May 1966 | 63.46 | 52.70 | 6.38 | 2.15 | 3.27 |
| 186 | June 1966 | 63.34 | 52.63 | 6.35 | 2.15 | 3.25 |
| 187 | July 1966 | 63.21 | 52.54 | 6.33 | 2.14 | 3.23 |
| 188 | Aug 1966 | 63.08 | 52.46 | 6.30 | 2.14 | 3.21 |
| 189 | Sept 1966 | 62.94 | 52.38 | 6.27 | 2.13 | 3.20 |
| 190 | Oct 1966 | 62.80 | 52.28 | 6.25 | 2.13 | 3.18 |
| 191 | Nov 1966 | 62.65 | 52.20 | 6.22 | 2.12 | 3.16 |
| 192 | Dec 1966 | 62.50 | 52.11 | 6.19 | 2.12 | 3.14 |

Case 7:23-cv-00897-RJ    Document 336-9    Filed 03/18/25    Page 6 of 13

CLJA_WATERMODELING_01-0001110692

**Appendix A2.** Simulated tetrachloroethylene and its degradation by-products in finished water, Tarawa Terrace water treatment plant, January 1951– March 1987[1].—Continued

[PCE, tetrachloroethylene; μg/L, microgram per liter; 1,2-tDCE, *trans*-1,2-dichloroethylene; TCE, trichloroethylene; VC, vinyl chloride; WTP, water treatment plant]

| Stress-period | Month and year | Single specie using MT3DMS model[2] | Multispecies, multiphase using TechFlowMP model[3] | | | |
|---|---|---|---|---|---|---|
| | | [4]PCE, in μg/L | [5]PCE, in μg/L | [5]1,2-tDCE, in μg/L | [5]TCE, in μg/L | [5]VC, in μg/L |
| 193 | Jan 1967 | 62.25 | 52.02 | 6.17 | 2.11 | 3.13 |
| 194 | Feb 1967 | 61.99 | 51.90 | 6.14 | 2.11 | 3.11 |
| 195 | Mar 1967 | 61.67 | 51.76 | 6.11 | 2.10 | 3.09 |
| 196 | Apr 1967 | 61.35 | 51.61 | 6.08 | 2.09 | 3.07 |
| 197 | May 1967 | 61.02 | 51.43 | 6.04 | 2.08 | 3.05 |
| 198 | June 1967 | 60.69 | 51.23 | 6.00 | 2.07 | 3.03 |
| 199 | July 1967 | 60.37 | 51.02 | 5.96 | 2.06 | 3.00 |
| 200 | Aug 1967 | 60.05 | 50.79 | 5.92 | 2.05 | 2.98 |
| 201 | Sept 1967 | 59.74 | 50.57 | 5.87 | 2.04 | 2.95 |
| 202 | Oct 1967 | 59.43 | 50.34 | 5.83 | 2.03 | 2.92 |
| 203 | Nov 1967 | 59.13 | 50.11 | 5.79 | 2.02 | 2.90 |
| 204 | Dec 1967 | 58.83 | 49.89 | 5.75 | 2.01 | 2.87 |
| 205 | Jan 1968 | 58.41 | 49.66 | 5.70 | 2.00 | 2.85 |
| 206 | Feb 1968 | 57.95 | 49.40 | 5.66 | 1.99 | 2.82 |
| 207 | Mar 1968 | 57.43 | 49.10 | 5.60 | 1.97 | 2.79 |
| 208 | Apr 1968 | 56.94 | 48.77 | 5.55 | 1.96 | 2.76 |
| 209 | May 1968 | 56.45 | 48.43 | 5.49 | 1.94 | 2.73 |
| 210 | June 1968 | 55.98 | 48.07 | 5.43 | 1.93 | 2.69 |
| 211 | July 1968 | 55.49 | 47.67 | 5.36 | 1.91 | 2.65 |
| 212 | Aug 1968 | 55.02 | 47.26 | 5.29 | 1.89 | 2.61 |
| 213 | Sept 1968 | 54.58 | 46.84 | 5.23 | 1.87 | 2.57 |
| 214 | Oct 1968 | 54.13 | 46.43 | 5.16 | 1.85 | 2.54 |
| 215 | Nov 1968 | 53.71 | 46.03 | 5.10 | 1.84 | 2.50 |
| 216 | Dec 1968 | 53.28 | 45.63 | 5.04 | 1.82 | 2.46 |
| 217 | Jan 1969 | 53.07 | 45.24 | 4.98 | 1.80 | 2.43 |
| 218 | Feb 1969 | 52.97 | 44.91 | 4.93 | 1.79 | 2.40 |
| 219 | Mar 1969 | 52.94 | 44.64 | 4.88 | 1.78 | 2.37 |
| 220 | Apr 1969 | 52.93 | 44.47 | 4.86 | 1.77 | 2.35 |
| 221 | May 1969 | 52.93 | 44.32 | 4.83 | 1.76 | 2.34 |
| 222 | June 1969 | 52.92 | 44.20 | 4.81 | 1.76 | 2.32 |
| 223 | July 1969 | 52.90 | 44.09 | 4.79 | 1.75 | 2.31 |
| 224 | Aug 1969 | 52.86 | 44.01 | 4.78 | 1.75 | 2.30 |
| 225 | Sept 1969 | 52.81 | 43.92 | 4.77 | 1.75 | 2.29 |
| 226 | Oct 1969 | 52.75 | 43.83 | 4.76 | 1.74 | 2.29 |
| 227 | Nov 1969 | 55.19 | 45.75 | 4.97 | 1.82 | 2.38 |
| 228 | Dec 1969 | 55.19 | 45.96 | 5.01 | 1.83 | 2.42 |

## Appendix A2. Simulated PCE in Finished Water, Tarawa Terrace Water Treatment Plant

**Appendix A2.** Simulated tetrachloroethylene and its degradation by-products in finished water, Tarawa Terrace water treatment plant, January 1951– March 1987[1].—Continued

[PCE, tetrachloroethylene; μg/L, microgram per liter; 1,2-tDCE, *trans*-1,2-dichloroethylene; TCE, trichloroethylene; VC, vinyl chloride; WTP, water treatment plant]

| Stress period | Month and year | Single specie using MT3DMS model[2] | Multispecies, multiphase using TechFlowMP model[3] | | | |
|---|---|---|---|---|---|---|
| | | [4]PCE, in μg/L | [5]PCE, in μg/L | [5]1,2 tDCE, in μg/L | [5]TCE, in μg/L | [5]VC, in μg/L |
| 229 | Jan 1970 | 55.01 | 46.05 | 5.03 | 1.84 | 2.43 |
| 230 | Feb 1970 | 54.79 | 46.03 | 5.03 | 1.84 | 2.43 |
| 231 | Mar 1970 | 54.49 | 45.94 | 5.03 | 1.83 | 2.43 |
| 232 | Apr 1970 | 54.20 | 45.84 | 5.03 | 1.83 | 2.44 |
| 233 | May 1970 | 53.90 | 45.70 | 5.01 | 1.82 | 2.44 |
| 234 | June 1970 | 53.61 | 45.54 | 5.00 | 1.82 | 2.43 |
| 235 | July 1970 | 53.32 | 45.37 | 4.98 | 1.81 | 2.43 |
| 236 | Aug 1970 | 53.04 | 45.20 | 4.96 | 1.80 | 2.42 |
| 237 | Sept 1970 | 52.78 | 45.00 | 4.94 | 1.79 | 2.41 |
| 238 | Oct 1970 | 52.53 | 44.79 | 4.91 | 1.78 | 2.40 |
| 239 | Nov 1970 | 52.29 | 44.58 | 4.89 | 1.78 | 2.39 |
| 240 | Dec 1970 | 52.05 | 44.37 | 4.87 | 1.77 | 2.38 |
| 241 | Jan 1971 | 51.96 | 44.17 | 4.84 | 1.76 | 2.37 |
| 242 | Feb 1971 | 51.93 | 43.99 | 4.82 | 1.75 | 2.35 |
| 243 | Mar 1971 | 51.95 | 43.86 | 4.80 | 1.74 | 2.34 |
| 244 | Apr 1971 | 51.99 | 43.76 | 4.79 | 1.74 | 2.34 |
| 245 | May 1971 | 52.03 | 43.66 | 4.78 | 1.74 | 2.33 |
| 246 | June 1971 | 52.08 | 43.60 | 4.78 | 1.73 | 2.33 |
| 247 | July 1971 | 52.12 | 43.53 | 4.77 | 1.73 | 2.33 |
| 248 | Aug 1971 | 52.16 | 43.47 | 4.77 | 1.73 | 2.33 |
| 249 | Sept 1971 | 52.20 | 43.41 | 4.77 | 1.73 | 2.33 |
| 250 | Oct 1971 | 52.23 | 43.35 | 4.77 | 1.72 | 2.33 |
| 251 | Nov 1971 | 52.26 | 43.31 | 4.77 | 1.72 | 2.33 |
| 252 | Dec 1971 | 52.29 | 43.26 | 4.77 | 1.72 | 2.34 |
| 253 | Jan 1972 | 49.34 | 41.02 | 4.53 | 1.63 | 2.22 |
| 254 | Feb 1972 | 49.01 | 40.49 | 4.44 | 1.61 | 2.17 |
| 255 | Mar 1972 | 48.68 | 40.01 | 4.37 | 1.58 | 2.13 |
| 256 | Apr 1972 | 48.40 | 39.51 | 4.30 | 1.56 | 2.09 |
| 257 | May 1972 | 48.14 | 39.03 | 4.24 | 1.54 | 2.06 |
| 258 | June 1972 | 47.90 | 38.55 | 4.17 | 1.52 | 2.02 |
| 259 | July 1972 | 47.67 | 38.11 | 4.11 | 1.50 | 1.98 |
| 260 | Aug 1972 | 47.45 | 37.68 | 4.05 | 1.48 | 1.95 |
| 261 | Sept 1972 | 47.25 | 37.26 | 3.99 | 1.46 | 1.92 |
| 262 | Oct 1972 | 47.05 | 36.88 | 3.94 | 1.45 | 1.89 |
| 263 | Nov 1972 | 46.87 | 36.51 | 3.89 | 1.43 | 1.86 |
| 264 | Dec 1972 | 46.69 | 36.15 | 3.85 | 1.42 | 1.84 |

A88　Case 7:23-cv-00897-RJ　Document 336-9　Filed 03/18/25　Page 8 of 13　Historical Reconstruction of Drinking-Water Contamination at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina

CLJA_WATERMODELING_01-0001110694

**Appendix A2.** Simulated tetrachloroethylene and its degradation by-products in finished water, Tarawa Terrace water treatment plant, January 1951– March 1987[1].—Continued

[PCE, tetrachloroethylene; μg/L, microgram per liter; 1,2-tDCE, *trans*-1,2-dichloroethylene; TCE, trichloroethylene; VC, vinyl chloride; WTP, water treatment plant]

| Stress-period | Month and year | Single specie using MT3DMS model[2] | Multispecies, multiphase using TechFlowMP model[3] | | | |
|---|---|---|---|---|---|---|
| | | [4]PCE, in μg/L | [5]PCE, in μg/L | [5]1,2-tDCE, in μg/L | [5]TCE, in μg/L | [5]VC, in μg/L |
| 265 | Jan 1973 | 54.28 | 41.48 | 4.40 | 1.62 | 2.10 |
| 266 | Feb 1973 | 54.19 | 42.32 | 4.57 | 1.67 | 2.21 |
| 267 | Mar 1973 | 53.98 | 42.49 | 4.60 | 1.68 | 2.23 |
| 268 | Apr 1973 | 53.76 | 42.42 | 4.60 | 1.68 | 2.24 |
| 269 | May 1973 | 53.52 | 42.25 | 4.59 | 1.67 | 2.24 |
| 270 | June 1973 | 53.30 | 42.05 | 4.58 | 1.66 | 2.25 |
| 271 | July 1973 | 53.08 | 41.78 | 4.56 | 1.65 | 2.24 |
| 272 | Aug 1973 | 52.87 | 41.53 | 4.53 | 1.64 | 2.23 |
| 273 | Sept 1973 | 52.68 | 41.27 | 4.51 | 1.63 | 2.22 |
| 274 | Oct 1973 | 52.51 | 41.01 | 4.48 | 1.62 | 2.21 |
| 275 | Nov 1973 | 52.35 | 40.75 | 4.45 | 1.61 | 2.20 |
| 276 | Dec 1973 | 52.20 | 40.48 | 4.42 | 1.60 | 2.19 |
| 277 | Jan 1974 | 52.43 | 40.22 | 4.40 | 1.59 | 2.17 |
| 278 | Feb 1974 | 52.82 | 40.13 | 4.39 | 1.59 | 2.17 |
| 279 | Mar 1974 | 53.39 | 40.10 | 4.38 | 1.58 | 2.16 |
| 280 | Apr 1974 | 53.99 | 40.20 | 4.40 | 1.59 | 2.17 |
| 281 | May 1974 | 54.63 | 40.35 | 4.43 | 1.60 | 2.18 |
| 282 | June 1974 | 55.25 | 40.59 | 4.48 | 1.61 | 2.21 |
| 283 | July 1974 | 55.90 | 40.82 | 4.52 | 1.62 | 2.24 |
| 284 | Aug 1974 | 56.53 | 41.08 | 4.57 | 1.63 | 2.27 |
| 285 | Sept 1974 | 57.10 | 41.35 | 4.62 | 1.64 | 2.31 |
| 286 | Oct 1974 | 57.70 | 41.61 | 4.68 | 1.65 | 2.34 |
| 287 | Nov 1974 | 58.30 | 41.91 | 4.74 | 1.67 | 2.39 |
| 288 | Dec 1974 | 58.92 | 42.19 | 4.81 | 1.68 | 2.43 |
| 289 | Jan 1975 | 61.00 | 43.76 | 5.02 | 1.74 | 2.55 |
| 290 | Feb 1975 | 61.24 | 43.90 | 5.06 | 1.75 | 2.59 |
| 291 | Mar 1975 | 61.41 | 44.03 | 5.11 | 1.75 | 2.63 |
| 292 | Apr 1975 | 61.57 | 44.18 | 5.16 | 1.76 | 2.68 |
| 293 | May 1975 | 61.72 | 44.29 | 5.20 | 1.77 | 2.71 |
| 294 | June 1975 | 61.88 | 44.38 | 5.24 | 1.77 | 2.75 |
| 295 | July 1975 | 62.05 | 44.45 | 5.28 | 1.77 | 2.78 |
| 296 | Aug 1975 | 62.25 | 44.52 | 5.31 | 1.78 | 2.81 |
| 297 | Sept 1975 | 62.46 | 44.57 | 5.34 | 1.78 | 2.83 |
| 298 | Oct 1975 | 62.69 | 44.62 | 5.36 | 1.78 | 2.85 |
| 299 | Nov 1975 | 62.92 | 44.69 | 5.39 | 1.78 | 2.87 |
| 300 | Dec 1975 | 63.18 | 44.74 | 5.41 | 1.78 | 2.89 |

Case 7:23-cv-00897-RJ    Document 336-9    Filed 03/18/25    Page 9 of 13

CLJA_WATERMODELING_01-0001110695

**Appendix A2.** Simulated PCE in Finished Water, Tarawa Terrace Water Treatment Plant

**Appendix A2.** Simulated tetrachloroethylene and its degradation by-products in finished water, Tarawa Terrace water treatment plant, January 1951– March 1987[1].—Continued

[PCE, tetrachloroethylene; μg/L, microgram per liter; 1,2-tDCE, *trans*-1,2-dichloroethylene; TCE, trichloroethylene; VC, vinyl chloride; WTP, water treatment plant]

| Stress period | Month and year | Single specie using MT3DMS model[2] | Multispecies, multiphase using TechFlowMP model[3] | | | |
|---|---|---|---|---|---|---|
| | | [4]PCE, in μg/L | [5]PCE, in μg/L | [5]1,2 tDCE, in μg/L | [5]TCE, in μg/L | [5]VC, in μg/L |
| 301 | Jan 1976 | 73.96 | 51.53 | 6.24 | 2.06 | 3.34 |
| 302 | Feb 1976 | 74.94 | 53.43 | 6.62 | 2.15 | 3.60 |
| 303 | Mar 1976 | 75.97 | 54.44 | 6.80 | 2.20 | 3.72 |
| 304 | Apr 1976 | 76.97 | 55.38 | 6.99 | 2.24 | 3.85 |
| 305 | May 1976 | 78.00 | 56.21 | 7.16 | 2.28 | 3.98 |
| 306 | June 1976 | 79.02 | 57.07 | 7.34 | 2.32 | 4.10 |
| 307 | July 1976 | 80.07 | 57.86 | 7.51 | 2.35 | 4.22 |
| 308 | Aug 1976 | 81.13 | 58.73 | 7.69 | 2.39 | 4.34 |
| 309 | Sept 1976 | 82.17 | 59.58 | 7.86 | 2.43 | 4.46 |
| 310 | Oct 1976 | 83.25 | 60.41 | 8.02 | 2.46 | 4.57 |
| 311 | Nov 1976 | 84.31 | 61.28 | 8.19 | 2.50 | 4.68 |
| 312 | Dec 1976 | 85.41 | 62.10 | 8.35 | 2.53 | 4.79 |
| 313 | Jan 1977 | 86.61 | 62.97 | 8.52 | 2.57 | 4.89 |
| 314 | Feb 1977 | 87.70 | 63.98 | 8.71 | 2.62 | 5.01 |
| 315 | Mar 1977 | 88.91 | 64.81 | 8.86 | 2.65 | 5.11 |
| 316 | Apr 1977 | 90.10 | 65.83 | 9.05 | 2.70 | 5.22 |
| 317 | May 1977 | 91.32 | 66.76 | 9.21 | 2.74 | 5.32 |
| 318 | June 1977 | 92.53 | 67.76 | 9.38 | 2.78 | 5.43 |
| 319 | July 1977 | 93.75 | 68.70 | 9.55 | 2.82 | 5.53 |
| 320 | Aug 1977 | 94.99 | 69.70 | 9.72 | 2.86 | 5.63 |
| 321 | Sept 1977 | 96.20 | 70.70 | 9.88 | 2.90 | 5.72 |
| 322 | Oct 1977 | 97.42 | 71.65 | 10.04 | 2.94 | 5.82 |
| 323 | Nov 1977 | 98.62 | 72.71 | 10.21 | 2.99 | 5.92 |
| 324 | Dec 1977 | 99.84 | 73.68 | 10.36 | 3.03 | 6.00 |
| 325 | Jan 1978 | 101.18 | 74.73 | 10.53 | 3.07 | 6.10 |
| 326 | Feb 1978 | 102.77 | 76.25 | 10.80 | 3.14 | 6.26 |
| 327 | Mar 1978 | 103.04 | 78.73 | 11.26 | 3.26 | 6.56 |
| 328 | Apr 1978 | 104.31 | 77.97 | 11.02 | 3.21 | 6.37 |
| 329 | May 1978 | 105.18 | 79.28 | 11.27 | 3.27 | 6.53 |
| 330 | June 1978 | 106.88 | 79.72 | 11.29 | 3.28 | 6.51 |
| 331 | July 1978 | 107.95 | 82.31 | 11.78 | 3.41 | 6.83 |
| 332 | Aug 1978 | 108.69 | 83.81 | 12.00 | 3.47 | 6.96 |
| 333 | Sept 1978 | 109.61 | 84.16 | 12.00 | 3.48 | 6.93 |
| 334 | Oct 1978 | 111.18 | 84.92 | 12.09 | 3.51 | 6.97 |
| 335 | Nov 1978 | 111.08 | 87.48 | 12.55 | 3.63 | 7.25 |
| 336 | Dec 1978 | 111.93 | 85.67 | 12.04 | 3.52 | 6.87 |

Case 7:23-cv-00897-RJ   Document 336-9   Filed 03/18/25   Page 10 of 13

CLJA_WATERMODELING_01-0001110696

**Appendix A2.** Simulated tetrachloroethylene and its degradation by-products in finished water, Tarawa Terrace water treatment plant, January 1951– March 1987[1].—Continued

[PCE, tetrachloroethylene; μg/L, microgram per liter; 1,2-tDCE, *trans*-1,2-dichloroethylene; TCE, trichloroethylene; VC, vinyl chloride; WTP, water treatment plant]

| Stress period | Month and year | Single specie using MT3DMS model[2] | Multispecies, multiphase using TechFlowMP model[3] | | | |
|---|---|---|---|---|---|---|
| | | [4]PCE, in μg/L | [5]PCE, in μg/L | [5]1,2-tDCE, in μg/L | [5]TCE, in μg/L | [5]VC, in μg/L |
| 337 | Jan 1979 | 113.14 | 85.41 | 11.95 | 3.50 | 6.79 |
| 338 | Feb 1979 | 114.05 | 86.75 | 12.16 | 3.56 | 6.91 |
| 339 | Mar 1979 | 114.98 | 87.55 | 12.23 | 3.60 | 6.93 |
| 340 | Apr 1979 | 115.82 | 88.43 | 12.32 | 3.63 | 6.97 |
| 341 | May 1979 | 116.68 | 89.21 | 12.40 | 3.66 | 7.00 |
| 342 | June 1979 | 117.47 | 90.09 | 12.49 | 3.70 | 7.05 |
| 343 | July 1979 | 118.29 | 90.82 | 12.56 | 3.73 | 7.07 |
| 344 | Aug 1979 | 119.08 | 91.67 | 12.65 | 3.76 | 7.11 |
| 345 | Sept 1979 | 119.82 | 92.44 | 12.72 | 3.79 | 7.14 |
| 346 | Oct 1979 | 120.59 | 93.22 | 12.81 | 3.82 | 7.18 |
| 347 | Nov 1979 | 121.31 | 94.00 | 12.88 | 3.85 | 7.21 |
| 348 | Dec 1979 | 122.04 | 94.78 | 12.96 | 3.89 | 7.24 |
| 349 | Jan 1980 | 123.28 | 95.56 | 13.03 | 3.92 | 7.27 |
| 350 | Feb 1980 | 122.98 | 98.20 | 13.49 | 4.04 | 7.56 |
| 351 | Mar 1980 | 124.03 | 96.35 | 12.98 | 3.94 | 7.19 |
| 352 | Apr 1980 | 123.90 | 97.86 | 13.28 | 4.01 | 7.39 |
| 353 | May 1980 | 124.69 | 96.00 | 12.78 | 3.90 | 7.03 |
| 354 | June 1980 | 125.83 | 96.23 | 12.80 | 3.91 | 7.03 |
| 355 | July 1980 | 0.72 | 0.00 | 0.00 | 0.00 | 0.00 |
| 356 | Aug 1980 | 0.75 | 0.00 | 0.00 | 0.00 | 0.00 |
| 357 | Sept 1980 | 121.36 | 95.07 | 12.43 | 3.92 | 6.83 |
| 358 | Oct 1980 | 121.72 | 91.40 | 11.24 | 3.63 | 5.84 |
| 359 | Nov 1980 | 122.14 | 91.00 | 11.17 | 3.63 | 5.82 |
| 360 | Dec 1980 | 122.95 | 90.64 | 11.14 | 3.62 | 5.81 |
| 361 | Jan 1981 | 114.05 | 84.14 | 10.41 | 3.37 | 5.46 |
| 362 | Feb 1981 | 114.39 | 84.80 | 10.53 | 3.41 | 5.55 |
| 363 | Mar 1981 | 115.60 | 84.13 | 10.37 | 3.37 | 5.44 |
| 364 | Apr 1981 | 116.55 | 85.90 | 10.74 | 3.46 | 5.69 |
| 365 | May 1981 | 117.30 | 87.53 | 11.02 | 3.54 | 5.87 |
| 366 | June 1981 | 118.36 | 88.90 | 11.26 | 3.60 | 6.03 |
| 367 | July 1981 | 133.29 | 102.10 | 13.12 | 4.17 | 7.09 |
| 368 | Aug 1981 | 134.31 | 105.46 | 13.75 | 4.33 | 7.50 |
| 369 | Sept 1981 | 120.72 | 96.34 | 12.64 | 3.96 | 6.93 |
| 370 | Oct 1981 | 121.04 | 96.29 | 12.60 | 3.95 | 6.90 |
| 371 | Nov 1981 | 121.41 | 96.69 | 12.67 | 3.96 | 6.93 |
| 372 | Dec 1981 | 121.81 | 97.27 | 12.74 | 3.98 | 6.97 |

Case 7:23-cv-00897-RJ    Document 336-9    Filed 03/18/25    Page 11 of 13

CLJA_WATERMODELING_01-0001110697

**Appendix A2.** Simulated PCE in Finished Water, Tarawa Terrace Water Treatment Plant

**Appendix A2.** Simulated tetrachloroethylene and its degradation by-products in finished water, Tarawa Terrace water treatment plant, January 1951– March 1987[1].—Continued

[PCE, tetrachloroethylene; µg/L, microgram per liter; 1,2-tDCE, *trans*-1,2-dichloroethylene; TCE, trichloroethylene; VC, vinyl chloride; WTP, water treatment plant]

| Stress-period | Month and year | Single specie using MT3DMS model[2] | Multispecies, multiphase using TechFlowMP model[3] | | | |
|---|---|---|---|---|---|---|
| | | [4]PCE, in µg/L | [5]PCE, in µg/L | [5]1,2 tDCE, in µg/L | [5]TCE, in µg/L | [5]VC, in µg/L |
| 373 | Jan 1982 | 103.95 | 81.28 | 10.65 | 3.33 | 5.81 |
| 374 | Feb 1982 | 105.86 | 83.47 | 11.06 | 3.43 | 6.09 |
| 375 | Mar 1982 | 107.52 | 85.42 | 11.40 | 3.51 | 6.31 |
| 376 | Apr 1982 | 108.83 | 87.32 | 11.75 | 3.60 | 6.55 |
| 377 | May 1982 | 148.50 | 120.45 | 16.30 | 4.98 | 9.13 |
| 378 | June 1982 | 110.78 | 92.65 | 12.81 | 3.86 | 7.26 |
| 379 | July 1982 | 111.98 | 92.98 | 12.77 | 3.86 | 7.21 |
| 380 | Aug 1982 | 113.07 | 94.09 | 12.97 | 3.91 | 7.34 |
| 381 | Sept 1982 | 114.04 | 95.33 | 13.18 | 3.96 | 7.46 |
| 382 | Oct 1982 | 114.60 | 96.51 | 13.37 | 4.01 | 7.57 |
| 383 | Nov 1982 | 113.87 | 96.63 | 13.31 | 4.00 | 7.51 |
| 384 | Dec 1982 | 115.16 | 93.14 | 12.43 | 3.80 | 6.88 |
| 385 | Jan 1983 | 1.25 | 0.10 | 0.04 | 0.00 | 0.05 |
| 386 | Feb 1983 | 1.29 | 0.12 | 0.05 | 0.01 | 0.07 |
| 387 | Mar 1983 | 111.76 | 88.43 | 11.55 | 3.65 | 6.37 |
| 388 | Apr 1983 | 112.66 | 86.39 | 10.85 | 3.43 | 5.77 |
| 389 | May 1983 | 113.97 | 87.67 | 11.04 | 3.52 | 5.88 |
| 390 | June 1983 | 106.10 | 82.26 | 10.54 | 3.33 | 5.70 |
| 391 | July 1983 | 116.70 | 92.03 | 11.95 | 3.75 | 6.52 |
| 392 | Aug 1983 | 117.72 | 94.46 | 12.45 | 3.87 | 6.87 |
| 393 | Sept 1983 | 117.83 | 96.92 | 12.94 | 3.99 | 7.21 |
| 394 | Oct 1983 | 117.97 | 96.60 | 12.82 | 3.96 | 7.12 |
| 395 | Nov 1983 | 118.63 | 95.49 | 12.58 | 3.89 | 6.95 |
| 396 | Dec 1983 | 120.78 | 95.52 | 12.60 | 3.89 | 6.96 |
| 397 | Jan 1984 | 132.87 | 111.52 | 15.09 | 4.61 | 8.43 |
| 398 | Feb 1984 | 180.39 | 145.48 | 19.20 | 5.94 | 10.56 |
| 399 | Mar 1984 | 183.02 | 155.54 | 21.34 | 6.47 | 11.97 |
| 400 | Apr 1984 | 151.46 | 132.07 | 18.23 | 5.52 | 10.26 |
| 401 | May 1984 | 153.42 | 132.19 | 18.09 | 5.49 | 10.13 |
| 402 | June 1984 | 182.13 | 158.14 | 21.85 | 6.60 | 12.28 |
| 403 | July 1984 | 156.39 | 140.96 | 19.72 | 5.92 | 11.14 |
| 404 | Aug 1984 | 170.47 | 118.88 | 16.05 | 4.81 | 8.94 |
| 405 | Sept 1984 | 181.22 | 149.36 | 19.60 | 6.17 | 11.20 |
| 406 | Oct 1984 | 173.73 | 136.04 | 17.33 | 5.56 | 9.39 |
| 407 | Nov 1984 | 173.77 | 131.63 | 16.46 | 5.34 | 8.87 |
| 408 | Dec 1984 | 173.18 | 128.47 | 15.83 | 5.18 | 8.46 |

Case 7:23-cv-00897-RJ    Document 336-9    Filed 03/18/25    Page 12 of 13

CLJA_WATERMODELING_01-0001110698

**Appendix A2.** Simulated tetrachloroethylene and its degradation by-products in finished water, Tarawa Terrace water treatment plant, January 1951– March 1987[1].—Continued

[PCE, tetrachloroethylene; μg/L, microgram per liter; 1,2-tDCE, *trans*-1,2-dichloroethylene; TCE, trichloroethylene; VC, vinyl chloride; WTP, water treatment plant]

| Stress period | Month and year | Single specie using MT3DMS model[2] | Multispecies, multiphase using TechFlowMP model[3] | | | |
|---|---|---|---|---|---|---|
| | | [4]PCE, in μg/L | [5]PCE, in μg/L | [5]1,2-tDCE, in μg/L | [5]TCE, in μg/L | [5]VC, in μg/L |
| 409 | Jan 1985 | 176.12 | 127.80 | 15.48 | 5.13 | 8.20 |
| 410 | Feb 1985 | 3.64 | 1.10 | 0.29 | 0.05 | 0.22 |
| 411 | Mar 1985 | 8.71 | 3.88 | 0.68 | 0.17 | 0.47 |
| 412 | Apr 1985 | 8.09 | 3.70 | 0.68 | 0.16 | 0.49 |
| 413 | May 1985 | 4.76 | 1.65 | 0.44 | 0.07 | 0.35 |
| 414 | June 1985 | 5.14 | 1.88 | 0.50 | 0.08 | 0.41 |
| 415 | July 1985 | 5.54 | 2.10 | 0.56 | 0.09 | 0.47 |
| 416 | Aug 1985 | 6.01 | 2.34 | 0.63 | 0.10 | 0.52 |
| 417 | Sept 1985 | 6.50 | 2.62 | 0.71 | 0.12 | 0.59 |
| 418 | Oct 1985 | 7.06 | 2.91 | 0.79 | 0.13 | 0.65 |
| 419 | Nov 1985 | 7.64 | 3.24 | 0.87 | 0.15 | 0.71 |
| 420 | Dec 1985 | 8.27 | 3.58 | 0.95 | 0.16 | 0.76 |
| 421 | Jan 1986 | 8.85 | 3.95 | 1.04 | 0.18 | 0.82 |
| 422 | Feb 1986 | 9.42 | 4.24 | 1.08 | 0.19 | 0.83 |
| 423 | Mar 1986 | 12.14 | 5.40 | 1.34 | 0.24 | 1.01 |
| 424 | Apr 1986 | 10.83 | 4.93 | 1.20 | 0.22 | 0.89 |
| 425 | May 1986 | 11.56 | 5.25 | 1.25 | 0.23 | 0.91 |
| 426 | June 1986 | 12.28 | 5.61 | 1.30 | 0.25 | 0.92 |
| 427 | July 1986 | 13.06 | 5.97 | 1.35 | 0.26 | 0.94 |
| 428 | Aug 1986 | 13.84 | 6.36 | 1.39 | 0.28 | 0.96 |
| 429 | Sept 1986 | 14.61 | 6.75 | 1.44 | 0.30 | 0.97 |
| 430 | Oct 1986 | 15.42 | 7.12 | 1.48 | 0.31 | 0.99 |
| 431 | Nov 1986 | 16.21 | 7.52 | 1.52 | 0.33 | 1.00 |
| 432 | Dec 1986 | 17.03 | 7.89 | 1.56 | 0.34 | 1.01 |
| 433 | Jan 1987 | 17.85 | 8.28 | 1.59 | 0.36 | 1.01 |
| 434 | Feb 1987 | 18.49 | 8.71 | 1.64 | 0.38 | 1.03 |
| 435 | Mar 1987 | WTP closed | WTP closed | WTP closed | WTP closed | WTP closed |

[1]Current maximum contaminant levels (MCLs) are: tetrachloroethylene (PCE) and trichloroethylene (TCE), 5 μg/L; *trans*-1,2-dichloroethylene (1,2-tDCE), 100 μg/L; and vinyl chloride (VC), 2 μg/L (USEPA, 2003); effective dates for MCLs are as follows: TCE and VC, January 9, 1989; PCE and 1,2-tDCE, July 6, 1992 (40 CFR, Section 141.60, Effective Dates, July 1, 2002, ed.)

[2]MT3DMS: A three-dimensional mass transport, multispecies model developed by C. Zheng and P. Wang (1999) on behalf of the U.S. Army Engineer Research and Development Center in Vicksburg, Mississippi (*http://hydro.geo.ua.edu/mt3d/*)

[3]TechFlowMP: A three-dimensional multispecies, multiphase mass transport model developed by the Multimedia Environmental Simulations Laboratory (Jang and Aral 2007) at the Georgia Institute of Technology, Atlanta, Georgia (*http://mesl.ce.gatech.edu*)

[4]Results from Chapter F report (Faye In press 2007b)

[5]Results from Chapter G report (Jang and Aral In press 2007)

Case 7:23-cv-00897-RJ    Document 336-9    Filed 03/18/25    Page 13 of 13

CLJA_WATERMODELING_01-0001110699