

**PLAINTIFF'S EXHIBIT 11**



Figure F13. Simulated and observed tetrachloroethylene (PCE) concentrations at local water-supply well RW2, near ABC One-Hour Cleaners, Jacksonville, North Carolina, January 1951–December 1994 (see Figure F6 for location).

Figure F14. Simulated and observed tetrachloroethylene (PCE) concentrations at water-supply well TT-23, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1969–December 1994 (see Figure F6 for location).

# TT-23
Years of Operation:
## < 1 Year
Contribution of raw water from 1952 to 1985:
## 0.3%

# TT-25
Years of Operation:
## 1982-1985
Contribution of raw water from 1952 to 1985:
## 2.7%




Figure F15. Simulated and observed tetrachloroethylene (PCE) concentrations at water-supply well TT-25, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1978–December 1994 (see Figure F6 for location).

Figure F16. Simulated and observed tetrachloroethylene (PCE) concentrations at water-supply well TT-26, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1952–December 1994 (see Figure F6 for location).

# TT-26
Years of Operation:
## 1952-1985
Contribution of raw water from 1952 to 1985:
## 17.7%



Figure F16. Simulated and observed tetrachloroethylene (PCE) concentrations at water-supply well TT-26, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1952–December 1994 (see Figure F6 for location).

ATSDR Current Model
TT-26 Biased Low
(Units are ppb)



Figure F16. Simulated and observed tetrachloroethylene (PCE) concentrations at water-supply well TT-26, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1952–December 1994 (see Figure F6 for location).

Example if TT-26 Biased High
(Units are ppb)

NOTE: Model values shown on this slide are fictitious to demonstrate an example of Biased High



**Figure F27.** Computed and observed concentrations of tetrachloroethylene (PCE) in finished water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1951–December 1984. [µg/L, microgram per liter]

ATSDR Current Model TTWTP Biased Low
(Units are ppb)