IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-cv-897

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **CAMP LEJEUNE WATER LITIGATION** | ) UNITED STATES' DEMONSTRATIVE |
| | ) EXHIBITS FROM MARCH 25, 2025, |
| | ) HEARING |
| This Document Relates To: | ) |
| ALL CASES | ) |
| | ) |
| | ) |

As ordered in this Court's March 26, 2025, text order, the United States of America files the attached demonstrative exhibits that were shown during the March 25, 2025, hearing in this matter. These exhibits are copies of the exhibits filed at docket entry 335-1 with the addition of exhibit numbers.

| **Exhibit** | **Description** |
|---|---|
| 1 | Same-scale maps of Camp Lejeune, NC, and Raleigh, NC |
| 2 | Map of water service areas at Camp Lejeune |
| 3 | Graph of yearly number of water samples taken at Camp Lejeune |
| 4 | Map showing contaminant source areas and water supply wells in Tarawa Terrace and Hadnot Point water service areas |
| 5 | Schematic of water flow through from supply wells to consumers |
| 6 | ATSDR statements to public about water modelling uncertainty |
| 7 | Graphs of simulated and observed PCE concentrations at Tarawa Terrace water supply wells |
| 8 | Graph of results of ATSDR's sensitivity analysis of Hadnot Point water model to contaminant release date |

| 9 | ATSDR statement to the public that simulated contaminant concentrations may not reflect individual exposures |
|---|---|
| 10 | ATSDR response to Navy critique acknowledging that relative, not actual, contaminant exposure levels are important to epidemiological study |
| 11 | Graph of simulated contaminant concentrations generated by ATSDR's water modeling at Tarawa Terrace |
| 12 | Graph of simulated contaminant concentrations generated by ATSDR's water modeling at Hadnot Point |
| 13 | Example of ATSDR's use of simulated contaminant concentrations for epidemiological study |
| 14 | ATSDR statement to the public that simulated contaminant concentrations cannot be used to determine whether individuals suffered health effects |

Dated: March 26, 2025

Respectfully Submitted,

        MICHAEL D. GRANSTON
        Principal Deputy Assistant Attorney General
        Civil Division

        J. PATRICK GLYNN
        Director, Torts Branch

        BRIDGET BAILEY LIPSCOMB
        Chief, Camp Lejeune Section

        ADAM BAIN
        Special Litigation Counsel

        HAROON ANWAR
        GIOVANNI ANTONUCCI
        ALANNA HORAN
        KAILEY SILVERSTEIN
        Trial Attorneys

*/s/ Allison M. O'Leary*
ALLISON M. O'LEARY
MI Bar No. P78427
Trial Attorney, Torts Branch
Environmental Tort Litigation Section
United States Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: allison.o'leary@usdoj.gov
Telephone: (202) 374-0045

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

# CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2025, a copy of the foregoing document was served on all counsel of record by operation of the court's electronic filing system and can be accessed through that system.

/s/ Allison M. O'Leary
ALLISON M. O'LEARY
