

## Marine Corps Base Camp Lejeune, NC

Tarawa Terrace

MCAS New River

Hadnot Point

Source: OpenStreetMap (2025)
Projection: WGS 84 / Pseudo-Mercator
Scale: 1:1015163

0   2.5   5 miles

## Raleigh, NC

GOVERNMENT EXHIBIT

1

Raleigh

Source: OpenStreetMap (2025), City of Raleigh
Projection: WGS 84 / Pseudo-Mercator
Scale: 1:1015163

0   2.5   5 miles