



Expert Report of Remy J.-C. Hennet, December 9, 2024, Exhibit I-10