

Case 7:23-cv-00897-RJ    Document 344-4    Filed 03/26/25    Page 1 of 1

CLJA_WATERMODELING_0S-0000782159