



Exhibit 2-1. Flow Through Schematic for Water from Supply Wells to Distribution

Expert Report of Remy J.-C. Hennet, December 9, 2024, Exhibit 2-1