

ATSDR statements to the public:

"Due to uncertainty associated with reconstructed input data used in these simulations, uncertainty may be present in simulated contaminant concentrations at water-supply wells and the WTP."

"A major cause for and contribution to this uncertainty are the pumping schedules[.]"