GOVERNMENT EXHIBIT

7



**Figure F13.** Simulated and observed tetrachloroethylene (PCE) concentrations at local water-supply well RW2, near ABC One-Hour Cleaners, Jacksonville, North Carolina, January 1951–December 1994 (see Figure F6 for location).



**Figure F14.** Simulated and observed tetrachloroethylene (PCE) concentrations at water-supply well TT-23, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1969–December 1994 (see Figure F6 for location).



**Figure F15.** Simulated and observed tetrachloroethylene (PCE) concentrations at water-supply well TT-23, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1978–December 1994 (see Figure F6 for location).



**Figure F16.** Simulated and observed tetrachloroethylene (PCE) concentrations at water-supply well TT-26, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina, January 1952–December 1994 (see Figure F6 for location).