# ATSDR statement to the public:

"The results [of the water modeling analysis] may not reflect the actual exposure of specific individuals to contaminants in the water system."

