

ATSDR response to Navy critique that the water model results did not meet calibration targets:

"a successful epidemiological study places little emphasis on the actual (absolute) estimate of concentration and rather, emphasizes the relative level of exposure. That is, exposed individuals are, in effect, ranked by exposure level and maintain their rank order of exposure regardless of how far off the estimated concentration is to the 'true' (measured) PCE concentrations."

CLJA_WATERMODELING_01-09_0000033272