

Fig. 1 Estimated contamination levels in the drinking water supply for Tarawa Terrace.

Case 7:23-cv-00897-RJ    Document 344-11    Filed 03/26/25    Page 1 of 1

CLJA_HEALTHEFFECTS-0000223072