

Fig. 7 Estimated contamination levels in the drinking water supply for Hadnot Point.

Case 7:23-cv-00897-RJ    Document 344-12    Filed 03/26/25    Page 1 of 1

CLJA_HEALTHEFFECTS-0000223075

GOVERNMENT EXHIBIT 12