GOVERNMENT EXHIBIT 13

## Additional file 2: Table S1: Categorical Cumulative Exposures and Underlying Cause of Death

Cumulative Exposure to **Total Volatile Organic Compounds** (TVOC): PCE, TCE, DCE, VC, and benzene. (N = 154,932). Reference group has no exposure to TVOC. Hazard Ratio, Adjusted, 10 year exposure lag.

| Underlying Cause of Death | Low Exposure | | | | Medium Exposure | | | | High Exposure | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HR | LCL | UCL | N | HR | LCL | UCL | N | HR | LCL | UCL | N |
| All cancers (N=1,078) | 1.01 | 0.85 | 1.20 | 224 | 1.01 | 0.84 | 1.20 | 218 | 1.01 | 0.85 | 1.20 | 220 |

**Diseases of Primary Interest**

| Underlying Cause of Death | Low Exposure | | | | Medium Exposure | | | | High Exposure | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HR | LCL | UCL | N | HR | LCL | UCL | N | HR | LCL | UCL | N |
| Kidney Cancer (N=42) | 1.42 | 0.58 | 3.47 | 10 | 1.44 | 0.58 | 3.59 | 10 | 1.54 | 0.63 | 3.75 | 11 |
| Bladder Cancer (N=11) | 0.63 | 0.06 | 6.93 | 1 | 3.33 | 0.64 | 17.37 | 5 | 1.20 | 0.17 | 8.61 | 2 |
| Liver Cancer (N=51) | 0.95 | 0.43 | 2.06 | 11 | 1.14 | 0.53 | 2.44 | 13 | 0.85 | 0.37 | 1.98 | 9 |
| Esophageal Cancer (N=35) | 1.01 | 0.43 | 2.37 | 9 | 0.51 | 0.18 | 1.45 | 5 | 0.73 | 0.29 | 1.86 | 7 |
| Hematopoietic Cancers (N=165) | 1.53 | 0.99 | 2.36 | 40 | 1.03 | 0.62 | 1.70 | 25 | 1.45 | 0.91 | 2.30 | 35 |
| Multiple Myeloma (N=17) | 2.68 | 0.80 | 8.90 | 8 | 1.36 | 0.34 | 5.53 | 4 | 0.00 | 0.00 | | 0 |
| Leukemia (N=66) | 2.50 | 1.24 | 5.03 | 19 | 1.33 | 0.56 | 3.14 | 9 | 2.33 | 1.08 | 5.03 | 15 |
| Non-Hodgkin Lymphoma (N=58) | 0.87 | 0.41 | 1.83 | 11 | 0.58 | 0.24 | 1.38 | 7 | 1.15 | 0.57 | 2.32 | 14 |
| Hodgkin (N=24) | 0.66 | 0.13 | 3.39 | 2 | 1.77 | 0.50 | 6.25 | 5 | 2.17 | 0.63 | 7.50 | 6 |