ATSDR statement to the public:

"ATSDR's exposure assessment cannot be used to determine whether you, or your family, suffered any health effects as a result of past exposure to PCE-contaminated drinking water at Camp Lejeune."

Case 7:23-cv-00897-RJ    Document 344-14    Filed 03/26/25    Page 1 of 1

CLJA_WATERMODELING_09-0000615749

GOVERNMENT EXHIBIT 14