IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Pleading Relates to: | ) |
| | ) |
| ALL CASES. | ) |
| | ) |
| | ) |

**TABLE OF EXHIBITS**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER EXCLUDING EVIDENCE RELATED TO DR. REMY HENNET'S FEBRUARY 2025 SITE VISIT**

Ex. 1 – December 9, 2024 Expert Report of Remy J.-C. Hennet, PhD

Ex. 2 – March 20, 2025 Deposition of Remy J.-C. Hennet, PhD

Ex. 3 – December 2005 AH Environmental Consultants, Inc. Report

Ex. 4 – March 28, 2005 Expert Peer Review Panel Meeting Transcript

Ex. 5 – January 14, 2025 Expert Rebuttal Report of David Sabatini, PhD

Ex. 6 – To Be Filed Under Seal

Ex. 7 – March 28, 2025 PLG Letter and March 21, 2025 PLG Email to the Government

1