# EXHIBIT 2

1      IN THE UNITED STATES DISTRICT COURT
    FOR THE EASTERN DISTRICT OF NORTH CAROLINA

2             SOUTHERN DIVISION
           NO. 7:23-CV-897

3

  IN RE:                  )

4                       )

  CAMP LEJEUNE WATER LITIGATION )

5                       )

                      )

6   This Document Relates to:    )

  ALL CASES             )

7   _____)

8

9         VIDEOTAPED DEPOSITION OF

10         REMY J-C. HENNET, PH.D.,

11 a witness herein, called by the Plaintiffs for
examination, taken by and before Ann Medis, RPR, CLR,

12 CSR-WA, and Notary Public in and for the Commonwealth
of Pennsylvania, via Zoom Videoconference, at the

13 offices of Motley Rice, 401 9th Street, NW, Washington,
DC  20004, on Thursday, March 20, 2025, commencing at

14 9:05 a.m.

15

16

17

18

19

20

21

22

23

24

25

Golkow Technologies,
877-370-3377       A Veritext Division       www.veritext.com
Case 7:23-cv-00897-RJ   Document 349-3   Filed 04/10/25   Page 2 of 370

```
 1              A P P E A R A N C E S
 2    On behalf of Plaintiff
 3              MOTLEY RICE
              BY:  KEVIN R. DEAN, ESQUIRE
 4                 MARGARET SCALISE JOHNSON, ESQUIRE
              28 Bridgeside Boulevard
 5            Mount Pleasant, South Carolina  29464
              843.216.9000
 6            kdean@motleyrice.com
              mscalise@motleyrice.com
 7
              WEITZ & LUXENBERG, P.C.
 8            BY:  LAURA J. BAUGHMAN, ESQUIRE
                   DEVIN BOLTON, ESQUIRE
 9            700 Broadway
              New York, New York  10003
10            212.558.5915
              lbaughman@weitzlux.com
11            dbolton@weitzlux.com
12
      On behalf of Defendant United States of America
13
              U.S. DEPARTMENT OF JUSTICE
14            BY:  ALLISON O'LEARY, ESQUIRE
                   ALANNA HORAN, ESQUIRE
15            1100 L Street NW
              Washington, DC  20005
16            202.552.9843
              allison.o'leary@usdoj.com
17            allana.horan@usdoj.com
18
      Also present via Zoom
19
      Bradley Loy, videographer
20
21
22
23
24
25
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 3 of 370

```
 1                  * I N D E X *
 2   REMY J.-C. HENNET, PH.D.                      PAGE
 3      EXAMINATION BY MR. DEAN                        7
 4   Page 94 Line 6 - Page 99 Line bound separately
 5
 6              * INDEX OF HENNET EXHIBITS *
 7   NO.                DESCRIPTION              PAGE
 8   Exhibit 1   Plaintiffs' Amended Notice of      9
                 30(b)(1) Individual Deposition
 9               Notice
10   Exhibit 2   Defendant United States of        12
                 America's Responses and
11               Objections to Notices of
                 Deposition and Requests for
12               Production of Documents to Alex
                 Spiliotopoulos, Ph.D. and Remy
13               Hennet, Ph.D.
14   Exhibit 3   Expert Report of Remy J.-C.       26
                 Hennet
15
     Exhibit 4   S.S. Papadopulos & Associates     66
16               invoices
                 CLJA_SSPA_INVOICES_0000000001 - 42
17               and Invoice 27153
18   Exhibit 5   USASpending.gov chart             80
19   Exhibit 6   Excel spreadsheet of contract     91
                 awards to S.S. Papadopulos &
20               Associates taken from
                 Hennet Exhibit 4
21
     Exhibit 7   (Withdrawn)
22
     Exhibit 8   Metadata from the billing        104
23               production by S.S. Papadopulos &
                 Associates
24
     Exhibit 9   USDOJ publication Expert         105
25               Witnesses, 2010
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 4 of 370

```
 1        * INDEX OF HENNET EXHIBITS (Continued) *
 2     NO.          DESCRIPTION              PAGE
 3     Exhibit 10  Letter, 2/25/25, from A. O'Leary  111
                   to Lead Counsel for Plaintiffs, Re:
 4                 Supplemental Expert Reliance
                   Materials of Remy Hennet, Ph.D.
 5
       Exhibit 11  Handwritten notes of site visit   117
 6                 of 2/11/25
                   HENNET_USA_0000000034 and 0000000076
 7
       Exhibit 12  Thumb drive containing photos      124
 8                 taken during site visits
 9     Exhibit 13  AH Environmental Consultants       172
                   December 2004 report
10
       Exhibit 14  Jennings Laboratory report,        187
11                 10/31/80
                   CLJA_USMCGEN_0000006650 - 0000006655
12
       Exhibit 15  Table C7 Summary of analysis of    196
13                 water samples taken at Hadnot
                   Point
14                 CLJA_WATERMODELING_01-0000033723 - 33726
15     Exhibit 16  JTC Environmental Consultants       196
                   Report # 7, prepared 12/19/84
16                 CLJA_NAVLANT-0000563489 - 0000563498
17     Exhibit 17  JTC Environmental Consultants       197
                   Report # 17, prepared 2/6/85
18                 CLJA_WATERMODELING_09-0000423217 - 423254
19     Exhibit 18  Chronology of well sampling data    200
                   CLJA_WATERMODELING_09-0000424933 - 494944
20
       Exhibit 19  USMC memo, 4/1989, subject: Water   207
21                 Monitoring Related to the
                   Installation Restoration Program
22                 CLJA_WATERMODELING_09-0000425332 - 425337
23     Exhibit 20  2/27/85 meeting notes               216
                   CLJA_WATERMODELING_09-0000427825 - 427827
24
25
```

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 5 of 370

```
 1        * INDEX OF HENNET EXHIBITS (Continued) *
 2    NO.                  DESCRIPTION              PAGE
 3    Exhibit 21  Operational Monthly Report      223
                  between 11/28/84 and 1/6/85
 4                CLJA_WATERMODELING_07-0000019001 - 19004
 5    Exhibit 22  Operational history for         239
                  well HP-622
 6                CLJA_WATERMODELING_05-0000826091 - 826118
 7    Exhibit 23  Operational history for         246
                  well HP-651
 8                CLJA_WATERMODELING_05-0000826112
 9    Exhibit 24  Exhibit I-9, Frequency of Use of  249
                  Supply Wells, 11/28/84 to 2/85,
10                page 4-18 from Dr. Hennet's report
11    Exhibit 25  Email chain, 7/15/11, from A.   250
                  Short to K. Pritchard, subject: Re:
12                HP & HB Well Pumps; Jan-Jun 1980
                  CLJA_USMC_CAGE_0000350325 - 350345
13
      Exhibit 26  Well pumping data 1978 - 1983   251
14                CLJA_USMC_CAGE_0000067935 - 68188
15    Exhibit 27  Exhibit 3-1, Conceptual         272
                  Illustration for PCE Transport
16                Between ABC Cleaners and Well TT-26
17    Exhibit 28  USA v DICO, INC., et al., Order  278
                  on Bench Trial
18
      Exhibit 29  Dr. Hennet's 12/22/20 expert    281
19                report In Re:  Baby Washington case
                  CLDEP0000002071 - 0000002127
20                        - - - -
21
22
23
24
25
```

```
 1                P R O C E E D I N G S
 2                      - - - -
 3            THE VIDEOGRAPHER:  We are now other
 4   record.  My name is Bradley Loy.  I'm a
 5   videographer for Golkow.  Today's date is
 6   March 20, 2025.  The time 9:05.  This deposition
 7   is being held at 401 9th Street, Northwest,
 8   Washington, D.C., taken in the matter of Camp
 9   LeJeune Water Litigation, for the United States
10   District Court for the Eastern District of North
11   Carolina, Southern Division.  The deponent is Remy
12   J.-C. Hennet.
13            Will counsel please identify themselves.
14            MR. DEAN:  Good morning.  This is Kevin
15   Dean here on behalf of THE PLG.
16            MS. O'LEARY:  Allison O'Leary on behalf
17   of the United States.
18            MS. BAUGHMAN:  Laura Baughman on behalf
19   of plaintiffs.
20            MS. BOLTON:  Devin Bolton on behalf of
21   the plaintiffs.
22            MS. HORAN:  Alanna Horan on behalf of
23   the United States.
24            MS. JOHNSON:  Margaret Johnson on behalf
25   of the plaintiffs.
```

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 7 of 370

```
1              THE VIDEOGRAPHER:  Will the court
2     reporter please swear in the witness.
3                   REMY J.-C. HENNET, PH.D.,
4         having been first duly sworn, was examined
5                    and testified as follows:
6                         EXAMINATION
7     BY MR. DEAN:
8          Q.    Good morning, Dr. Hennet.
9          A.    Good morning.
10         Q.    Did I pronounce your name correctly?
11         A.    Yes, you did.
12         Q.    I'm going to try to always refer to you
13    as Dr. Hennet.  But I've read so much about you in
14    the last several months, it may very be I
15    mistakenly refer to you as Remy, but I don't do so
16    out of disrespect.  Okay.
17         A.    You choose.
18         Q.    Thank you.  You just swore under oath to
19    tell the truth.  Do you understand what that means
20    today?
21         A.    Yes, I do.
22         Q.    And are you having any illnesses today
23    or anything wrong with you that would prevent you
24    from completely responding to all my questions and
25    telling the truth?
```

1      A.    I do not.

2      Q.    You're not under any medications or

3   anything like that that would cause you not to be

4   able to testify truthfully?

5      A.    I am not.

6      Q.    From your CV, I believe at least since

7   2020 you've been deposed about three times; right?

8      A.    I would have to look at my CV.

9      Q.    We'll look at that in a minute.  My

10  point is there's a few typical ground rules for

11  depositions.  First of all, if you feel like you

12  need to take a break at all during the deposition

13  today, you tell me, and I'll be happy to stop and

14  we'll take a break.  I recognize the camera is

15  rolling and a lot of people in the room, but we'll

16  be as informal as we can.  And if need to take a

17  break, you just and I'll stop.  Okay?

18     A.    I will.

19     Q.    If, however, we do take a break, if you

20  would he refrain from talking with the lawyers

21  with regard to your testimony today, I would

22  appreciate that.  Okay?

23     A.    Yes.

24     Q.    Now, sometimes I ask two questions in

25  one.  I'll be honest with you.  It's called a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 9 of 370

1    compound question.  Lawyers may even object.  But
2    what I want to make sure you do today is I ask a
3    question that you understand and you feel like you
4    can respond.  And if I don't, you tell me you
5    don't understand my question, and I'll rephrase it
6    or re-ask it.  Okay?
7        A.    I do understand.
8        Q.    Because I want to be able to rely today
9    on your responses in the sense that you understood
10   my question.  Okay?
11       A.    I understand that.
12       Q.    So if you answer a question and you
13   don't ask me to re-ask it or that you don't
14   understand it, then I'm going to assume you
15   understood my question.  Fair?
16       A.    Fair.
17            (Hennet Exhibit 1 was marked.)
18   BY MR. DEAN:
19       Q.    Now I'm going to show you what I've
20   marked as Deposition Exhibit No. 1 Dr. Hennet.
21   It's called a deposition notice.  And attached to
22   it is a subpoena.  At the back of the subpoena is
23   a list documents that we asked that you and S.S.
24   Papadopulos & Associates produce to us.
25            Do you see that list?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 10 of 370

1    A.    Yes, I do.

2    Q.    Now, my first question about that is:

3  Did you bring anything today additional that that

4  was responsive to that subpoena?

5    A.    No.  I don't have anything.

6    Q.    Have you seen that list of items to

7  bring to the deposition attached to the subpoena

8  before today?

9    A.    I have.

10    Q.    Did you personally or anyone at your

11  direction after seeing that subpoena undertake an

12  effort to gather documents?

13    A.    To the extent that we could answer those

14  questions, it was done.  I asked, you know -- I

15  reviewed my files to respond to the subpoena.

16  Everything I did have, I just provided it to

17  counsel.

18    Q.    And when would you have provided that to

19  counsel after receipt of the subpoena?

20    A.    I don't recall when.

21    Q.    Actually, I've got a copy right here

22  myself.  Look at the date of the subpoena.

23         The original subpoena, it was the middle

24  of February.  I'll get a specific date in just a

25  moment.  But it was sometime in the middle of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 11 of 370

1    February that the subpoena was first served with a
2    deposition notice after we agreed on your date for
3    your deposition.
4              What my question you to is, that's a
5    little over 30 days ago, 30, 35, 40 days ago.  Do
6    you know when you responded and provided documents
7    to the Department of Justice to produce in this
8    case after receipt of the first subpoena?
9              MS. O'LEARY:  Object to the form and
10   foundation.
11             THE WITNESS:  I do not recall when.
12   BY MR. DEAN:
13        Q.   Now, you said you supplied some
14   materials that you could find or that were
15   responsive.
16             Did you hand deliver them, or did you
17   send them electronically, a share file?  Do you
18   remember the delivery method of that information?
19        A.   I do not recall the details of it, but
20   most of it was done, I suppose, electronically.
21        Q.   Did you send an email forwarding the
22   responsive information or a staff member do that?
23        A.   I don't recall who did it.
24        Q.   But either you or someone working at
25   your direction would have sent an email to the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 12 of 370

1    Department of Justice or one of its attorneys

2    saying, hey, here's attached FYI that you asked

3    for or a response to the subpoena.  It would be

4    some sort of general email along those lines;

5    correct?

6         A.   I don't recall.  A lot of the

7    interactions with counsel was, you know, meetings,

8    speaking over the phone or those kind of

9    interactions.

10        Q.   Understood.  But what I'm trying to do

11   is after receipt of the subpoena, which was

12   sometime in February, February 12, 2025 -- you

13   earlier testified you sent information, documents,

14   things that were in response to the subpoena

15   electronically; right?

16             MS. O'LEARY:  Object to foundation and

17   form.

18             THE WITNESS:  I didn't say that.  I say

19   some of it was electronic, not all of it.

20   BY MR. DEAN:

21        Q.   And who would have sent it?

22        A.   I don't recall.  It could be me or it

23   could be -- it would have been me, I suppose.

24             (Hennet Exhibit 2 was marked.)

25

1    BY MR. DEAN:

2         Q.   Let me go ahead and mark as Exhibit 2

3    something called an objection.  Now, I'm not sure

4    if you've seen this document or not.  Just for the

5    record and for your benefit, this is what is

6    referred to as a response and objection to

7    Exhibit 1, the subpoena.

8              Do you see that?

9         A.   I'll look at it.

10        Q.   You can actually go to last page and see

11   it was served on March 14, 2025.  It's not

12   important necessarily that you go through it.  I

13   don't have any specific questions for you.  You

14   can glance that you it.  I guess I'm trying to see

15   if you had seen it before today.

16             (Witness reviewed the exhibit.)

17             THE WITNESS:  It sounds familiar, but I

18   don't recall by memory if I saw this exact

19   document.

20   BY MR. DEAN:

21        Q.   Now, get Exhibit 1 back out, if you

22   don't mind, and turn to Exhibit A that's at the

23   back that has the list of documents, if you don't

24   mind.

25             MS. O'LEARY:  What page is that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 14 of 370

1          MR. DEAN:  Just Exhibit A behind the

2    subpoena.

3    BY MR. DEAN:

4       Q.   Do you see that there's basically 16

5    numbered items over three pages?

6       A.   Yes.  I do see 16 paragraphs.

7       Q.   Now, I'll mark it in a moment, but I

8    received I guess it was last Friday and then last

9    night a supplemental bill, invoice.  I don't

10   remember the totality of the pages, but they were

11   there was invoices from S.S. Papadopulos &

12   Associates to the Department of Justice for

13   billings in this case.

14          Do you know what I'm generally referring

15   to?

16          MS. O'LEARY:  Object to the form

17   foundation.

18          THE WITNESS:  I can guess, but I don't

19   know exactly what you are referring to.

20   BY MR. DEAN:

21      Q.   I'll show it to you in a moment.  Let's

22   read together No. 5.  It asks for all bills,

23   invoices or other documents related to payments

24   from the United States or any of its agencies to

25   you, S.S. Papadopulos, or principals or agents of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 15 of 370

1    S.S. Papadopulos relating to any work completed by

2    Remy J.C. Hennet and Alexandros Spilotopoulos.

3            Do you see that?

4        A.    I see that.

5        Q.    And then No. 6 asks a little -- let me

6    stay on five just for a moment.

7            When you -- I'll get to a point where we

8    talk about everything you've done to prepare for

9    your deposition, but let's just use yesterday for

10   an example.  I assume you did a little prep work

11   of some sort yesterday.

12       A.    I did.

13       Q.    Now, at the end of the day, did you

14   write down on a note pad your time, or did you go

15   into a computer or a program or something and

16   input your time or someone do it for you?

17       A.    I did not do that yesterday.

18       Q.    But is that normally how you track your

19   time?

20       A.    Normally I track my time daily or

21   sometimes it takes two days.  It depends if I'm on

22   travel or those type of issues.

23       Q.    I'm way behind on my time, so don't feel

24   bad.  Lawyers do the same thing.

25            How do you keep track of your daily

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 16 of 370

1   activities though?  Do you handwrite on a note pad
2   or do you put it into a computer?
3        A.   We have a system.  It's a software
4   system into which we enter basically our time for
5   billing purposes.
6        Q.   And what is that program called?
7        A.   I don't know.  I don't recall the name
8   of it.
9        Q.   It's generic, but there's one called
10  Timekeeper.  You don't remember the name of the
11  computer program?
12       A.   I don't remember the name of the
13  computer program.
14       Q.   Have you in the past -- say you wanted
15  to do a review of your time.  Maybe someone asked
16  you to take a look at your time.  Is that
17  something that you could print out a summary of
18  your time so you can see what you entered into the
19  computer, say, for a month, like last February?
20            Could you print out your time entries to
21  see what you did in case there was a need?
22       A.   I don't know how to do it, but admin,
23  administration staff is doing that.  And if I
24  wanted to see something, I would have to request
25  it.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 17 of 370

1      Q.    And who would you go to to request that
2   information?
3      A.    To our administrative person.
4      Q.    And who is that?
5      A.    Her name is Seema, S-E-E-M-A, and she's
6   one of the administrative person that I would
7   request that from.
8      Q.    No. 6 is a similar question, but a
9   little different.  It says all bills, invoices or
10  other documents relating to payments from the U.S.
11  or any of its agencies to you, S.S. Papadopulos
12  principals or agents, related in any way to Camp
13  LeJeune water litigation.
14          Do you see that?
15     A.    I see that.
16     Q.    It also refers to the CLJ litigation.
17  It refers to the word "remediation" related to
18  Camp LeJeune.
19          Do you see those?
20     A.    It says from 2004 through the present.
21     Q.    Correct.  My question to you on 5 and
22  6 -- let's go to 5.  Did you respond to No. 5 and
23  send anything or documents to the Department of
24  Justice in response to No. 5?
25     A.    I believe it was done, but via

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 349-3   Filed 04/10/25   Page 18 of 370

1    administration, not me.

2        Q.    And that related to your work on this

3    case?

4        A.    I do not know exactly what was

5    transferred.

6        Q.    No. 6, did you gather any historic

7    documents, bills, invoices or anything related to

8    your time working on Camp LeJeune issues,

9    remediation issues from 2004 to the present?  Did

10   you send anything to the Department of Justice to

11   respond to No. 6?

12            MS. O'LEARY:  Object to form.

13            THE WITNESS:  I did not personally, but

14   admin may have.

15   BY MR. DEAN:

16       Q.    You don't know if they sent documents

17   responsive to 6 or not?

18       A.    I do not know what I could find because

19   we are talking about a long time ago.

20       Q.    No. 7 says all timekeeping and billing

21   records related to time you did any work on Camp

22   LeJeune litigation from the time you or S.S.

23   Papadopulos were first retained, hired or

24   contracted.

25            Do you see that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 19 of 370

1          MS. O'LEARY:  Object to foundation.

2          THE WITNESS:  I see that.

3    BY MR. DEAN:

4          Q.   Did you or someone S.S. Papadopulos &

5    Associates send any other supporting timekeeping

6    and billing records related to work done by you or

7    S.S. Papadopulos & Associates from the first time

8    you were retained for anything related to Camp

9    LeJeune?  Do you know if you responded to No. 7?

10         A.   Again, that would have gone through

11   admin, administration at SSPA.  That's what I can

12   recall.

13         Q.   With regard to five, six and seven,

14   we've now established that something was sent.

15   You just don't know specifically what it was.  If

16   it was done, it was through Ms. Seema.

17         MS. O'LEARY:  Object to form.

18         THE WITNESS:  I don't know if it was

19   done through Ms. Seema, but I don't know what was

20   sent.

21   BY MR. DEAN:

22         Q.   No. 8 talks about emails.  It says

23   communications, but it's primarily looking for

24   letters or emails between S.S. Papadopulos and the

25   U.S. from 2004 to the present related to any

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 20 of 370

1    issues concerning Camp LeJeune, remediation
2    related to Camp LeJeune.
3           Do you see No. 8?
4           MS. O'LEARY:  And object to form and
5    foundation.
6           THE WITNESS:  I see No. 8.
7    BY MR. DEAN:
8      Q.   And you see it asks for stuff back from
9    2004?  Do you see that?
10     A.   I see that.
11     Q.   Did you personally search for documents
12   that were responsive to No. 8 and provide them
13   either to administration to provide to the
14   Department of Justice or you personally remember
15   sending some stuff to the Department of Justice to
16   respond to No. 8?
17     A.   Well, all communications by email was
18   basically for this litigation always with a lawyer
19   present in the conversation, and those
20   communications particularly the lawyers have it.
21     Q.   The lawyers what?
22     A.   Lawyers would have that to the extent
23   that they do exist.
24     Q.   Let's go back to my question.  I
25   understood your answer, but my question was a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 21 of 370

1    little different.

2             My question was:  After getting this

3    subpoena sometime after February 12, 2025, did you

4    personally go search historic emails, records,

5    communications, letters from 2004 to the present

6    and provide them to the Department of Justice?

7             MS. O'LEARY:  Object to foundation.

8    BY MR. DEAN:

9       Q.    That was my question.

10            MS. O'LEARY:  I'm sorry.  Object to

11   foundation.

12            THE WITNESS:  I don't recall exactly.

13   The issue is can I retrieve things all way 20

14   years back.  Personally, I can't because we have

15   an archive system.  I am not understanding how it

16   is done.

17            Since then we have changed computer

18   systems.  We've changed location.  So that's not

19   the type of thing that I do.  But it was looked at

20   to see what we could find.  And my understanding

21   is Dr. Spiliotopoulos might have done something.

22   I don't know.  Personally I gave everything I have

23   to the Department of Justice.  That's what I

24   recall.

25

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 22 of 370

1  BY MR. DEAN:

2      Q.   Let me go back to my question one more

3  time.  I think I understood it, but I just want to

4  be clear.

5           You didn't personally undertake an

6  effort to search your computer or any file servers

7  or file folders for emails or other communications

8  as far back as 2004 related to Camp LeJeune

9  issues?  You didn't personally undertake that

10  effort?

11      A.   I looked at what I have on my computer

12  and I gave -- I responded to this the way -- I

13  looked.  What do I have?  I found no email that

14  are old.  Whatever emails that are related to this

15  case were basically always in the presence of

16  counsel, and those were -- counsel has copies of

17  it because they were involved.

18      Q.   I'll use a particular person's name,

19  Scott Williams.  He's a NAVFAC employee.

20           Does that name sound familiar to you?

21      A.   The same sounds familiar to me.

22      Q.   But I'm just using that as an example.

23  You know that Camp LeJeune Justice Act and this

24  case was formally initiated sometime in the summer

25  of 2022.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 23 of 370

1           MS. O'LEARY:  Object to foundation.

2           THE WITNESS:  Can you repeat the

3    question, please?

4    BY MR. DEAN:

5       Q.   Yes.  This case, the Camp LeJeune

6    Justice Act litigation for which we're here today

7    was initiated in the summer of 2022.

8           MS. O'LEARY:  Object to form.

9           THE WITNESS:  I don't recall exactly

10   when that would have been initiated.

11   BY MR. DEAN:

12      Q.   Your billing records, which we'll get to

13   in a minute, I think your first invoice was in

14   September of '22.

15      A.   That's possible.

16      Q.   So let's separate.  I want to talk to

17   you about 2004 until June, July, August of '22,

18   that time period.  Okay?

19           Did you search for any emails,

20   communications, letters between yourself and any

21   government agency, EPA, Navy, Scott Williams?  Did

22   you search for any old emails between 2004 and

23   July of '22?

24      A.   There are none that I could find on my

25   computer.

1    Q.   And you said something about them being
2    archived in another location.  You don't have
3    access to it personally.  Can you tell me what
4    you're referring to?
5              MS. O'LEARY:  Object to foundation.
6              THE WITNESS:  I would be referring to,
7    for example, reports that I wrote if I did and
8    other documents that were part of the files at the
9    time.
10   BY MR. DEAN:
11   Q.   Do you know anyone that has filed -- let
12   me change it a little.  Withdraw that.
13             Have you or anyone at S.S. Papadopulos &
14   Associates filed a Camp LeJeune Justice Act claim?
15             MS. O'LEARY:  Object to foundation.
16             THE WITNESS:  I have not, and I don't
17   know about -- I don't know what all other people
18   do.
19   BY MR. DEAN:
20   Q.   Do you know of a relative that you have
21   or a friend that has filed Camp LeJeune Justice
22   Act claim?
23   A.   I do not know of any such person.  I
24   want to say I don't know if they did it or not.  I
25   do not know anybody who did.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 25 of 370

1    Q.   Now, do you remember when you became

2  aware of a Marines military base known as Camp

3  LeJeune?  And you don't have to be on a specific

4  date.  Do you know generally when you first

5  learned?  Is that something you learned in high

6  school or college or after you became a

7  professional?  Do you know when you first became

8  aware there was a Marines base called Camp

9  LeJeune?

10    A.   I do not recall when.  Camp LeJeune is a

11 big important Defense Department facility.  I read

12 the newspaper.  So I don't know when I would have

13 first heard about Camp LeJeune, per se.

14    Q.   Do you remember when you first might

15 have been hired by any United States government

16 agency or military organization to do any sort of

17 work at Camp LeJeune?

18    A.   Yes.  That would have been around the

19 mid 2005 period.  I know that in 2005 I did work

20 on Camp LeJeune issues.

21    Q.   Do you remember who contracted or hired,

22 reached out to you or S.S. Papadopulos to do some

23 work related to Camp LeJeune?

24    A.   The Department of Justice.

25    Q.   So the first time you were asked do any

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 26 of 370

1    work related to Camp LeJeune, as best you can

2    remember as you sit here today, it had to do with

3    the Department of Justice reaching out and saying

4    inquiring about retaining you and your company to

5    do some work?

6         A.   My recollection is that the person who

7    has been -- was contacted for doing work was

8    Gordon -- Mr. Gordon Bennett.  And then I got

9    involved as well.

10        Q.   We'll come back to that in a moment.

11             (Hennet Exhibit 3 was marked.)

12   BY MR. DEAN:

13        Q.   Let's go ahead and mark your report as

14   Exhibit 3.  I've handed you Exhibit 3.  Can you

15   identify Exhibit 3?

16        A.   The first page of Exhibit 3 is expert

17   report of Remy J.C. Hennet.

18        Q.   And it's dated December 9, 2024.  Do you

19   see that?

20        A.   That's correct.

21        Q.   At the time you issued this report -- I

22   think your signature on it at the end.  Your

23   signature is on page 2 of this document.

24             Do you see that?

25        A.   That's correct.

1    Q.   And it says it's an expert report of

2  Remy J.C. Hennet, and it's got the style of this

3  case.

4         Do you see that?

5    A.   Yes, I do.

6    Q.   At the time of your signing this report,

7  do you believe you had all of the information and

8  data in order to provide the opinions that are

9  listed in this report?

10    A.   At the time of my expert report, all the

11  opinions that I expressed in the report were based

12  on the information that I had at that time and

13  before.

14    Q.   And at that time, to the extent you have

15  information and opinions in this report, you had

16  at that time all the information you felt like and

17  documents and data to issue these opinions?

18    A.   Yes, I did.

19    Q.   Now, you issued it December 9.  We're

20  here today on March 20, 2025, about three months,

21  give or take.

22         Is there any of your opinions in this

23  report that you want to change, take back, modify

24  or add to so that it is correct and complete?

25    A.   All the opinions in my report I stand by

1   today.  I want to add that in February after my
2   report, I did go back to Camp LeJeune, and I did
3   some measurements that basically -- I performed
4   those measurements.
5        Q.   I believe I remember seeing some of
6   that, and we'll get it to later this morning.  I
7   think it was the like February 11 that you went
8   back because there's a couple pages of handwritten
9   notes.
10           Does that sound about right about the
11  date?
12       A.   That's right.
13       Q.   Why did you -- what triggered you to go
14  back to Camp LeJeune to do those measurements you
15  just referred to?
16       A.   A couple of things.  If I recall, there
17  were two affidavits that were basically produced
18  after my report was submitted that described some
19  witness of some operations at Camp LeJeune.  And
20  that was one element.  And the other element was
21  in the report of Dr. Sabatini, there was a general
22  agreement on the methodologies I applied to
23  calculate losses from the water, losses of the
24  contaminant of concern from water that the
25  parameters of was a disagreement with

Golkow Technologies,
877-370-3377                  A Veritext Division                  www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 29 of 370

 1  Dr. Sabatini, not the methodologies.  And I
 2  wanted -- in particular there was a parameter that
 3  I wanted to establish, and I did that.
 4       Q.   When you went back on February 11, 2025,
 5  that was not the first time you had been on on
 6  board Camp LeJeune?
 7       A.   That was not the first time.
 8       Q.   If I remember correctly some old emails,
 9  which I can pull out if I need to, but I think you
10  were involved in some issues related to advising
11  on some remediation issues and were at Camp
12  LeJeune sometime in 2005 for the first time.
13            MS. O'LEARY:  Objection to form.
14  BY MR. DEAN:
15       Q.   Does that sound about right?
16       A.   I don't recall those.  That's possible.
17  In 2005 I was involved in work for the Department
18  of Justice on issues at Camp LeJeune that it had
19  nothing to do with this case.  It was a different
20  case or different cases.  And that's what I
21  recall.
22       Q.   How many times do you think between 2005
23  and February 11, 2025, when you went back this
24  most recent, how many times do you think you've
25  actually been to Camp LeJeune, ballpark?

Golkow Technologies,
877-370-3377               A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 30 of 370

1    A.   I believe -- my recollection is for this
2  particular case here, I went to Camp LeJeune, I
3  believe, three times.  Before that, I don't
4  recall, but it was more than once.

5    Q.   We'll get to the billing records in a
6  little bit, see if we can figure that out.  But
7  what you're telling me right now as best you
8  remember is somewhere between August of '22 and
9  today, you think you've been there approximately
10 three times?

11   A.   That's what I recall at this moment.

12   Q.   Had you spent the night in the area of
13 Jacksonville, North Carolina while doing some work
14 or meetings at Camp LeJeune those three times?

15   A.   Not the three times.

16   Q.   At least once?

17   A.   Yes.

18   Q.   So you've made three trips.  One of
19 those trips you stayed multiple days or at least
20 two days?

21   A.   I think that's correct.  One of the trip
22 may have spanned over two days.  I believe so.

23   Q.   Before February 11, 2025, had you gone
24 to the Tawara Terrace water treatment plant and
25 taken a look at it?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 31 of 370

1      A.   Tawara Terrace treatment plant doesn't
2  exist anymore.  Anymore I want to add.
3      Q.   I understand.  So you've never
4  physically inspected personally from 2005 to 2025
5  the Tawara Terrace water treatment facility?
6      A.   Not the water treatment facility at
7  Tawara Terrace because it was not there to be
8  visited.
9      Q.   Do you know when the water treatment
10  plant at Tawara Terrace was dismantled?
11      A.   I do not recall when it was dismantled.
12      Q.   But you've personally never been there?
13      A.   In the Tawara Terrace water treatment
14  plant, I've never been in there.
15      Q.   And S.S. Papadopulos & Associates was
16  retained in 2022 to work on this Camp LeJeune
17  litigation case.  You told me that earlier.  Is
18  that fair?
19      A.   That's correct.
20      Q.   And is that first time that
21  Mr. Spilotopoulos started doing some work on this
22  case along with you?
23          MS. O'LEARY:  Object to foundation.
24  BY MR. DEAN:
25      Q.   For this litigation case.

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 349-3   Filed 04/10/25   Page 32 of 370

```
 1              MS. O'LEARY:  Same objection.
 2              THE WITNESS:  For this litigation case,
 3     I was the one who was contacted.  And I was
 4     contacted to evaluate the work that had been done
 5     by ATSDR and to basically evaluate whether or not
 6     the data that was or the values that were
 7     estimated by ATSDR would be quantitatively
 8     reliable to provide reliable values for the
 9     chemical of concern in the water supply.  That, as
10     I recall, was basically the task.
11     BY MR. DEAN:
12          Q.   Dr. Spilotopoulos or
13     Mr. Spilotopoulos -- I can't remember if he's a
14     doctor or not; I apologize -- he would have
15     started doing some work on this case, as far as
16     this litigation case sometime in '22 along with
17     you?
18              MS. O'LEARY:  Object to foundation.
19              THE WITNESS:  It would have been a
20     little bit after I was involved.
21     BY MR. DEAN:
22          Q.   Fair.
23          A.   That's what I recall.
24          Q.   Between '22 and '25, did he make
25     independent trips to Camp LeJeune separately from
```

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ   Document 349-3   Filed 04/10/25   Page 33 of 370

1   you, if you remember, or was he accompanying you
2   on these two or three times that you went to Camp
3   LeJeune?
4       A.   As far as he's concerned, you will have
5   to ask him.  As far as I am concerned, he was
6   there one time when I was there.
7       Q.   Do you know whether he was able to
8   personally go take a look at Camp LeJeune Tawara
9   Terrace water treatment plant between '22 and '25?
10      A.   Again, Tawara Terrace plant doesn't
11  exist.  So he could not have visited it.
12      Q.   Now, Hadnot Point water treatment plant
13  have, you ever in the last -- since August of
14  2022, have you gone to the Hadnot Point water
15  treatment plant and done any inspection or done
16  any work there?
17      A.   Can you repeat the question?  I didn't
18  catch the time.
19      Q.   Since August of '22.
20      A.   Yes.  I have been there.
21      Q.   And when have you been that?
22      A.   Every time I went to the base, I went to
23  that plant.
24      Q.   So approximately three times?
25      A.   Approximately three times.  That's what

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 349-3   Filed 04/10/25   Page 34 of 370

1  I recall, yes.

2      Q.   And that includes two times before

3  February of '25 and you also went a third time

4  approximately -- we'll look at the records -- on

5  February 11 of this year, you went back to the

6  treatment plant?

7      A.   I went back to the treatment plant, and

8  the other times I also went to the treatment

9  plant.

10      Q.   The other two times -- again dates are

11  not important to me -- was the plant operating?

12      A.   Hadnot Point?

13      Q.   Yes.

14      A.   Yes.

15      Q.   Do you remember if those prior two

16  occasions you did any inspections or take a look

17  at the spiractors?

18      A.   Every time I went to the plant, I did

19  that.

20      Q.   Now, who all from S.S. Papadopulos &

21  Associates has done some work on this case along

22  with you to support your work?  I know about

23  Dr. Spilotopoulos.  Whom else?

24      A.   There were others.  I do not remember

25  each one of them probably because there were quite

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 35 of 370

```
 1   a few, I suppose, but I can give you the one I
 2   remember.
 3        Q.    That's fine.
 4        A.    Dr. Soderberg.
 5        Q.    Can you spell last name for us?
 6        A.    S-O-D-E-R-B-E-R-G.  He's a Ph.D. staff
 7   member.  That would be one.  Mr. Saul, S-A-U-L,
 8   Allen, A-L-L-E-N.  That would be another one.
 9        Q.    Can you give a title or a position as we
10   go through these?  You said Dr. Soderberg.  Is he
11   a principal?
12        A.    He's not a principal, but he's, I
13   believe, an associate.
14        Q.    How about Mr. Allen?
15        A.    He's not a principal.  He's basically
16   our document manager.
17        Q.    Before we go keep going through the
18   list, what is your title at S.S. Papadopulos &
19   Associates?
20        A.    I am a senior principal.
21        Q.    How many senior principals are there at
22   S.S. Papadopulos & Associates approximately?
23        A.    Fully active, there are two.
24        Q.    And who are those?
25        A.    The other one is Dr. Matt Tonkin,
```

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ   Document 349-3   Filed 04/10/25   Page 36 of 370

1  T-O-N-K-I-N.

2       Q.   When you refer to yourself and

3  Mr. Tonkin as senior principals, do you have an

4  ownership interest or a share interest in S.S.

5  Papadopulos & Associates?

6       A.   I do.

7       Q.   And what is the nature of that ownership

8  interest?

9       A.   The ownership structure at my company is

10 basically you have two types.  Every employee has

11 some shares via what is called an ESOP, E-S-O-P,

12 employee-owned stock partnership.

13      Q.   Yes, sir.

14      A.   Then you have the other ownership share

15 types, which are basically -- it's a private

16 company, and other ownership types which is

17 basically -- I don't know how many people have

18 such shares, but 10, 15 maybe.

19      Q.   So what is the nature of your ownership

20 of shares in S.S. Papadopulos & Associates?

21      A.   It's a minority position.

22      Q.   Can you quantify what that minority

23 position is?  So, for example, you said there's

24 two principals, yourself and Mr. Tonkin.

25           When you say minority, I assume you both

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 37 of 370

1  don't own 50 percent of the company; is that fair?
2          MS. O'LEARY:  Object to foundation and
3  fair.
4          THE WITNESS:  That's fair.  I want to --
5  we are not the only two principals.  We're the two
6  full-time senior principals.  You have additional
7  senior principals who are basically retired, but
8  still involved.  And you will you would have that
9  situation.  And the ownership is basically
10  distributed including those people.
11  BY MR. DEAN:
12      Q.   How many is the total?  Yourself and
13  Mr. Tonkin or Dr. Tonkin.  How many others are
14  there that are principal shareholders?
15      A.   Principal?
16      Q.   Yes, sir.
17      A.   Well, you have the one who are
18  semiretired.  They would be senior principals at
19  least.
20      Q.   How many and who are they?
21      A.   Three.
22      Q.   Who?
23      A.   So the first one, the oldest one, if you
24  wish, is still there, still active, not in a full
25  time.  It's Dr. Papadopulos.  Dr. Papadopulos is

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 38 of 370

1   the founder of the firm.  He used to be at the
2   USGS and basically started his firm in 1979.
3            The second one would be Mr. Steve
4   Larson, L-A-R-S-O-N.  He joined Mr. Papadopulos or
5   Dr. Papadopulos shortly after the firm started up.
6   And he also used to be at the USGS.  Dr. -- Mr.
7   Larson was basically working on the precursor of
8   MODFLOW at the USGS and did some recognized work
9   of that nature.  And then he joined
10  Dr. Papadopulos.
11           After that, maybe three or four years
12  later, I do not know exactly the timing,
13  Dr. Charles Andrews, A-N-D-R-E-W-S, joined the
14  company.  And basically they are considered the
15  three founders of the company.
16      Q.   And they're semiretired, not full-time
17  principals, I guess, is the best wait you
18  described them; right?
19      A.   That's right.  Different duties.
20      Q.   So those five have a majority ownership
21  interest together?
22      A.   I do not believe so, but I don't know.
23      Q.   Now, did either Dr. Tonkin or any of the
24  other semiretired principals, Dr. Papadopulos,
25  Mr. Larson, Mr. Andrews, did any of them also work

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 39 of 370

1    on any issue related to this litigation over the
2    last three years and did some billing that you
3    would know about?
4           MS. O'LEARY:  Object to foundation.
5    BY MR. DEAN:
6           Q.   Or is it just you?
7           A.   I do not believe that those persons have
8    worked on this case.
9           Q.   So if I see your name on billing records
10   or time records -- not your name, but it says
11   senior principal and those hours that are
12   attributable to that senior principal, the only
13   person that would be to your knowledge would be
14   referring to work yourself did?
15          A.   I believe that's correct.
16          Q.   Now, other than Dr. Soderberg,
17   Mr. Allen, who else has done some work on this
18   case to support you?
19          A.   Right now I don't recall all of them,
20   but, you know, for example, Mr. Cousin, Jim
21   Cousin, C-O-U-S-I-N, has done some work.  There
22   are others, but I would have check the billing
23   again if I wanted to know exactly.
24          Q.   What billing records would you have to
25   check?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 40 of 370

1      A.   Well, I would ask admin to tell me who
2   worked on that project probably, and I think they
3   would be able to tell me.
4      Q.   They have to pull up some time records
5   or a summary of time records to figure that out
6   for you; right?
7      A.   I don't know exactly how they do it.  I
8   would expect an answer from them.
9      Q.   There's another name that I've noticed
10  in some of the billing records for some travel
11  whose last name was the same as yours.
12     A.   Yes.  That's correct.
13     Q.   And who would that be?
14     A.   Crystal Hennet, she's a Ph.D., and she's
15  actually my wife.  And on special times when I
16  need support, she has on and off provided some
17  support.
18     Q.   What's her expertise?
19     A.   She's a geoscientist.
20     Q.   What is her title, do you remember?
21     A.   I do not know what her title would be,
22  but she's a scientist, Ph.D.  She would be an
23  external associate, if you wish.  She's not a
24  full-time employee.
25     Q.   So she's not a senior hydrologist or a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 349-3   Filed 04/10/25   Page 41 of 370

1    project hydrologist?

2         A.    I do not know for sure.  She could be a

3    senior scientist.

4         Q.    How about senior staff hydrologist?

5         A.    I don't know.

6         Q.    So you don't know really as far as the

7    folks that we've now discussed, four people, you

8    don't know exactly what the billing records

9    reflect their position to be specifically?

10              MS. O'LEARY:  Object to foundation.

11              THE WITNESS:  At present I do not.

12   BY MR. DEAN:

13        Q.    Anybody else provide any additional

14   support or work on Camp LeJeune that you haven't

15   told me about that you remember as you sit there?

16   I recognize you might have to look at some

17   records, but we've talked Dr. Spilotopoulos and

18   these other four.

19              Is there anybody else you haven't talked

20   about that you remember?

21        A.    There are others, but specifically the

22   name of them I would not remember right now.

23        Q.    How many employees today does

24   Papadopulos & Associates have active?

25        A.    Active I believe is 60 to 65.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 42 of 370

1      Q.   And are they all located in your offices
2   located -- I believe it's Maryland, isn't it, the
3   address, Rockville?
4      A.   No.   They are not all located in
5   Rockville.
6      Q.   Do you have another office somewhere?
7      A.   Yes, we do.
8      Q.   Where is it?
9      A.   We have more than one.
10     Q.   How many offices does S.S. Papadopulos &
11  Associates have, and where are they located?
12     A.   Well, we have one office in San
13  Francisco.  We have one office in Boulder,
14  Colorado.  We have one office in Waterloo, Canada.
15  And I think that's it as offices are concerned.
16  Some of our employees are basically remote, but
17  those, I don't count those as offices.
18     Q.   I understand.  Do those offices,
19  San Francisco, Boulder, Colorado or Waterloo,
20  Canada, do they focus on any specific area or
21  region of work?
22     A.   The San Francisco office is more dealing
23  with engineering and remediation type of issues,
24  to my general knowledge, because I don't know
25  everything.  The same would be for the Waterloo,

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 43 of 370

1    Canada office.  And the Boulder, Colorado office
2    is dealing mostly with water issues.
3         Q.   Let's go to your CV, and it's not --
4    it's the first document, your CV, behind
5    Attachment A, like about a third of the way
6    through.
7              MS. O'LEARY:  Are you on Exhibit 3?
8              MR. DEAN:  Exhibit 3.
9              MS. O'LEARY:  If we have a stopping
10   point sometime soon, we've been going for about an
11   hour, can we stop soon?
12             MR. DEAN:  Yep.  Let me ask these next
13   couple questions, and we'll stop.
14   BY MR. DEAN:
15        Q.   Do you have your CV in front of you?
16        A.   I have the CV attached to my report in
17   front of me.
18        Q.   I believe the CV, it was attached when
19   the report was issued in December '24.  My
20   question to you is:  Do you still believe that
21   this CV is correct and complete, or is there
22   anything you need to add to the CV?
23             MS. O'LEARY:  Object to foundation.
24             THE WITNESS:  Well, the CV is complete.
25   It contains examples of what I have done, not

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 44 of 370

1   everything I have ever done.

2   BY MR. DEAN:

3       Q.   Understood.

4       A.   As well as the CV is limited to

5   deposition experience for the last four years or

6   five years, whatever.

7       Q.   That's what I was going to ask you on

8   this question.  Then we'll take a break.  It is

9   showing three depositions that you've been

10  involved in over the last four years.

11          Has there been any others since

12  December?  Have you given a deposition since last

13  December that this three would be incorrect?

14      A.   Not since December.

15      Q.   So the past four years, you've had three

16  depositions.  Have you provided some deposition or

17  trial testimony before 2020?

18      A.   Yes, I have.

19      Q.   Do you remember approximately how many

20  times?

21      A.   Depositions or trial --

22      Q.   Both.

23      A.   -- testimony.  To the best of my

24  recollection, over my career, that would include

25  whatever is in the CV, I testified in court either

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 45 of 370

1   front of a judge or a magistrate about a dozen

2   times.  As far as depositions are concerned, the

3   best of my recollection would be about three dozen

4   times.

5        Q.   Any trials since 2020?

6        A.   No.  It is not in my CV.  I have no

7   trials since 2020.

8        Q.   I just wanted to to clarify and confirm.

9             MR. DEAN:  We'll take a break right now

10  if you'd like.

11            THE VIDEOGRAPHER:  We are off the record

12  at 1004.

13            (Recess from 10:04 a.m. to 10:15 a.m.)

14            THE VIDEOGRAPHER:  We are on the record

15  at 1015.

16  BY MR. DING:

17       Q.   Let's jump to a little bit different new

18  topic.  We may jump around a little bit today.

19  That's just how I roll.  Okay?

20            What did you do to prepare for your

21  deposition today?

22       A.   Today basically nothing today.  But to

23  prepare for the deposition, I did prepare, of

24  course, but not today.  Yesterday and before that.

25       Q.   Let's break it down.  Who have you met

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 46 of 370

1    with in the past 30 days to prepare for your

2    deposition?

3         A.    To prepare for my deposition I met

4    yesterday with counsel, counsel who are present

5    here today.  And before that, we had conference

6    calls, maybe two or three times, in which we did

7    address some issues of deposition, but the

8    conference calls were not uniquely on depositions.

9    That is what I recall for the last 30 days.

10        Q.    Since July or August of '22, since you

11   started doing work in this specific case, other

12   than the Department of Justice lawyers, have you

13   met or had any phone conversations with any

14   Marines, Navy personnel, NAVFAC personnel, other

15   federal government agencies to find out

16   information or to have a conversation about

17   something that might be needed for your work?

18        A.    Not that I can recall.  Any such

19   interaction would have been through counsel.

20        Q.    So, for example, I know you were at the

21   base in May of '24.  It's, in your opinion, report

22   and it shows some photos and there's a little date

23   May of 2024.  I'm using that simply as an example

24   so you understand where I'm going with this.

25             I'm just trying to find out if you

Golkow Technologies,
877-370-3377                 A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 47 of 370

1   interacted with any nonlawyers in the past two and
2   a half years either, in person or by phone, about
3   issues related to Camp LeJeune.  Counsel might
4   have been present.  And I'm not asking what
5   necessarily was discussed.  I'm trying to find out
6   if there was other individuals, nonlawyers, that
7   might have been at the May '24 inspection or that
8   you've had conversations with over the last couple
9   years.
10      A.   Counsel was always present during those
11  visits, and there were people from the base that
12  were there.  And those people would be there to
13  give us a tour and explain where we were and so
14  on.  They would occasionally answer questions that
15  were asked.
16      Q.   So can we agree on this, that at least
17  over the past two years, you don't remember having
18  any phone calls with any nonlawyers for any
19  purpose related to this Camp LeJeune work?
20      A.   There was no phone calls that would be
21  with base personnel or so without the presence of
22  a lawyer there.
23      Q.   That's what trying to figure out.  Have
24  you had any phone conversations in the past two
25  and a half years for which a nonlawyer was on the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 48 of 370

1    phone representing the base or any U.S. agencies

2    and DOJ lawyers were also on the call?  That was

3    my question, if you remember.

4         A.   I don't remember any.

5         Q.   Now, those several times you were on the

6    base, you've indicated that there were some base

7    representatives, nonlawyers that were present that

8    you my question interacted with; right?

9         A.   That's correct.

10        Q.   Do you remember who they were?

11        A.   I do not remember who they were.  I do

12   not remember their names, perhaps with the

13   exception of the one you mentioned before who I

14   don't remember the name of right now.

15        Q.   Scott Williams?

16        A.   Scott Williams.  Because he was there to

17   basically provide a tour.  Basically just the

18   times I was at the base for this case, he was

19   there for at least a part of it.

20        Q.   Let's talk about these visits on base as

21   far as locations that you went.  I've only been on

22   the base I think once, maybe twice, and I went to

23   something referred to as the cages or a cage.  It

24   was a big warehouse and it had some documents in

25   it, some boxes and boxes of documents.  I'm using

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 49 of 370

1    that as an example.

2              Where on the base have you generally
3    been to to do anything related to your work at
4    Camp LeJeune to the best of your recollection on
5    those three visits?

6         A.    To the best of my recollection, the
7    visits all together included a thorough visit of a
8    large portion of the base, where we were allowed
9    to go because I believe that you may have sections
10   of the base where you cannot go unless you have
11   some clearance or something like that.  That's
12   what I recall.  But we went to many places with
13   basically a focus on the water treatment plant,
14   the wells and issues that are basically of
15   relevance to what I did.

16        Q.    So those three times, and just use this
17   as an example, you'd pull up to the gate.  Someone
18   would meet you there, maybe Scott Williams or
19   others.  You'd all get in a car and you've ridden
20   around Hadnot Point in a car; right?

21        A.    In a bus.

22        Q.    In a bus?  Car wasn't big enough for all
23   the people; right?

24        A.    At least on two visits.

25        Q.    Rode around Hadnot Point observing

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 50 of 370

1    whatever it may be that you all were looking at;
2    right?
3         A.   We were just basically just performing a
4    site visit, that's right.
5         Q.   Do you remember getting off the bus to
6    walk into a building to do any sort of an
7    inspection or take measurements or do anything
8    other than the water treatment plant?
9         A.   We were doing site visits, and that
10   included going into certain buildings.
11        Q.   Do you remember which buildings you went
12   into?
13        A.   I do not remember the number of the
14   buildings.  Each building has a number.  The only
15   one I remember is where we went to eat.
16        Q.   Where was that?
17        A.   I think it was the officer compound.
18        Q.   Do you know what Building 20 is?
19        A.   Yes, I do.
20        Q.   What is Building 20?
21        A.   That's Hadnot Point water treatment
22   plant.
23        Q.   Do you know what the Building 900 series
24   are?
25        A.   Yes, I do.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 51 of 370

1          Q.   And have you been to the Building 900,

2     901, 902, 903 area?

3          A.   For this litigation, I have been not

4     been inside those buildings.

5          Q.   Did you go in any buildings while you

6     were there for those three occasions to look at

7     documents or to see if you could locate

8     information that might be helpful to your work in

9     the case?

10         A.   I recall that we went into the building

11    you're describing, I believe, before where you

12    have basically locked documents, boxes of

13    documents.  I recall we went into that building.

14         Q.   Did you go through any boxes, look at

15    any documents and pull anything out or flag

16    anything for someone to provide to you?

17         A.   No.

18         Q.   Now, we'll get to it in a moment about

19    your reference list, and there's quite a lot of

20    materials listed that.  I guess why I'm asking it

21    now is the only way in which you've received

22    information and documents -- let's confine it to

23    documents in this case is from the Department of

24    Justice and their counsel?

25         A.   For documents, I believe that's correct,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 52 of 370

1   for documents related to the base.

2        Q.   Did you have any historical documents

3   that you had prior to July, August of '22, any old

4   files or old working documents, maps, whatever it

5   may be, reports that you might have used prior to

6   '22 that you used and looked at in this case?

7        A.   Well, my understanding is that all the

8   documents that I had seen before for the base were

9   included into what was basically available for

10  this case.

11       Q.   So if it's on your reference list, it's

12  complete as far as you know as you sit here today?

13       A.   What is on the reference list in my

14  report is what supports my report.

15       Q.   Do you have other documents in your

16  files or old computers at S.S. Papadopulos that

17  related to Camp LeJeune that you have referred to,

18  reviewed or relied upon that are not listed?

19            MS. O'LEARY:   Object to foundation.

20            THE WITNESS:   I do not believe so as far

21  as the way the question was phrased.

22  BY MR. DING:

23       Q.   The reason I ask it was just simply to

24  make sure you and I understand one another and

25  that your reference and reliance materials, which

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 53 of 370

1    we'll get to in a minute, that list is complete
2    and there's not something that's not on that list
3    that's back at your office or on a computer that
4    you reviewed that was maybe in a historical file
5    that you already had and it's something that
6    you've reviewed or relied upon that also supports
7    and it's just not listed.  That's why I asked you
8    the question.  Okay?
9              MS. O'LEARY:  Object to form.
10             THE WITNESS:  I understand the question.
11   And there is information that I collected after my
12   report that we discussed previously that
13   particularly is not in my report because it didn't
14   exist at the time.
15   BY MR. DING:
16       Q.   Understood.  Agreed.  That's your
17   supplemental materials, which we'll get to in a
18   moment.
19             Other than that, you're not aware of
20   anything else historical in your files that you
21   reviewed or relied upon that are not listed?
22       A.   I cannot think of any documents that
23   relate to the base.
24       Q.   So what do you consider or how would you
25   define your expertise as a professional?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 54 of 370

1        A.    That is described in my CV.

2        Q.    Understand.  Are you a fate and

3   transport expert, groundwater expert, hydrologist?

4   How would you classify your general area of

5   expertise?

6        A.    I am a geochemist.  I have a

7   hydrologist.  I am a geologist.  And in each of

8   those disciplines, I have university degrees.

9   That's basically what describes my education, if

10  you wish.

11       Q.    Your registrations and/or licenses are

12  listed.  There's two of them on your CV,

13  geoscientist in Texas and a certified professional

14  geological scientist for the American Institute

15  for Professional Geologists; correct?

16            MS. O'LEARY:  Object to foundation.

17            THE WITNESS:  Licenses and

18  certifications, I believe that's complete.

19  BY MR. DING:

20       Q.    And that's complete.  So, for example,

21  you're not a professional engineer and hold a

22  professional engineer's license?

23       A.    I am not a professional engineer.

24       Q.    Do you have you ever served on a

25  peer-review committee?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 55 of 370

1  A. Yes, I have.

2  Q. Are there any that you've served on that

3 are related to any of the issues involved in this

4 case related to water contamination?

5  A. It was related to water contamination.

6  Q. What was that generally just so we have

7 identification?

8  A. For example, the one I am thinking and

9 recalling right now was dealing with fuel issues

10 and PCB issues at many sites.

11  Q. What sites were they?  What was the

12 project referred to or the papers?

13  A. It was an expert panel on that topic

14 that dealt with groundwater contamination by fuel

15 compounds as well as PCBs, and that was actually

16 across the country along a pipeline that had

17 basically stations.  And most of the one where the

18 issues were the most looked at, if you wish, was

19 Pennsylvania.  That's what I recall.

20  Q. Did it have another location more

21 specific than Pennsylvania that it was referred

22 to?

23  A. There would be many stations within

24 Pennsylvania because the pipeline at the level of

25 the entire country is basically, you know...

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 56 of 370

1      Q.    Was that Hudson Valley?

2      A.    That one was not Hudson Valley.

3      Q.    Who was the committee that asked you to

4   do the peer review for the one you're just

5   referring to in Pennsylvania?

6      A.    It was a panel that was doing actually

7   peer review of what existed at the time as well as

8   conducting some research for the panel.

9      Q.    Did you do the report, do a report or is

10   there anything that's publicly available about

11   this peer review?

12      A.    I do not know about publicly available.

13   But there were several reports, and I was one of

14   the contributors.  I was not the only one on the

15   panel.

16      Q.    Is it listed in your CV?

17      A.    I believe it's with one of the clients

18   listed there in the paper.

19      Q.    Who was the client involved in the one

20   you're referring to in Pennsylvania?

21      A.    At the time, I recall the client was

22   Texas Eastern.

23      Q.    Are you a member of the National Academy

24   of Engineering?

25      A.    I am not.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 57 of 370

1    Q.   Have you ever served on any editorial

2  boards for any publications?

3    A.   Not editorial boards.

4    Q.   Now, remind me again when you first came

5  to S.S. Papadopulos & Associates, the year

6  approximately.

7    A.   That was 1989.

8    Q.   So you've spent pretty much the entirety

9  of your professional career affiliated with S.S.

10  Papadopulos & Associates; is that fair?

11    A.   As a consultant, that's correct.  And

12  before that, I was in research more in the

13  academic world, if you wish.

14    Q.   Has all of your work for any issue going

15  back as far as you can remember as far as

16  compensation for services rendered by yourself

17  been through S.S. Papadopulos?  Let me tell you

18  why I'm asking that.

19        Do you have any other entity that you

20  own or affiliated with that has in the past done

21  any work related to Camp LeJeune to your

22  knowledge, or has it always been through S.S.

23  Papadopulos & Associates?

24        MS. O'LEARY:  Object to form.

25        THE WITNESS:  It has always been through

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 58 of 370

1  S.S. Papadopulos & Associates and the Department

2  of Justice.

3  BY MR. DING:

4      Q.   So have you done -- let's use, for

5  example, and we'll just talk 50,000 feet on the

6  ATSDR water modeling and health studies at Camp

7  LeJeune.

8          You know that there was a component of

9  it that involved water modeling and then that

10 water modeling component was then utilized on the

11 health side to do some health studies.

12         MS. O'LEARY:  Objection to foundation.

13 BY MR. DING:

14     Q.   Correct?

15     A.   That's my general understanding.

16     Q.   Is this the first time you've done any

17 work where you've looked at and reviewed and

18 commented on the water modeling and how it may or

19 may not impact activities on the health side, or

20 is there some other projects you've have worked on

21 in the past that are similar?

22         MS. O'LEARY:  Object to form.

23         THE WITNESS:  This case, this present

24 case is the first time I was asked to evaluate the

25 results of the ATSDR models both for Tawara

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 59 of 370

1    Terrace and Hadnot Point as far as the reliability
2    of the estimated values to be quantitatively used
3    for this case.
4    BY MR. DING:
5         Q.    Have you over the past two and a half
6    years rerun any water modeling computer programs
7    to do any water modeling of Camp LeJeune other
8    than what might be identified, disclosed in your
9    report?
10        A.    I have not.
11        Q.    Do you know anybody at S.S. Papadopulos
12   & Associates that's done any additional water
13   modeling computer work related to Camp LeJeune at
14   your direction or with your knowledge?
15        A.    I know that Dr. Spilotopoulos has
16   basically run the ATSDR model as part of his
17   evaluation of the models.  We have two models.  He
18   did that.  I didn't do that.
19        Q.    And do you have any comment about his
20   work on that, or do you defer to him about his
21   work and his opinions about it?
22             MS. O'LEARY:  Object to form.
23             THE WITNESS:  I have reviewed the model
24   inputs and basically all the materials that are
25   supporting the decisions or the assumptions that

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 60 of 370

1    ATSDR has brought into the model, especially
2    because there is very little data to predict what
3    happened 35 years ago, 35 years before 1985.  And
4    I have reviewed the parameters.  I have compared
5    the parameters in the models.  I have done that
6    because that's something I do as a geochemist.
7    BY MR. DING:
8        Q.   Any comment or opinion about those
9    reviews?
10            MS. O'LEARY:  Object to form.
11   BY MR. DING:
12       Q.   You personally or do you defer to
13   Dr. Spiliotopoulos?
14            MS. O'LEARY:  Object to form.
15            THE WITNESS:  I have not run the models.
16   He did.  So I have no opinion or comment on that,
17   but I have reviewed.
18   BY MR. DING:
19       Q.   Understood.  Have you ever, yourself,
20   performed any historical reconstruction or hind
21   casting using any sort of groundwater modeling
22   tools to reconstruct historical mean monthly or
23   concentration data?
24            MS. O'LEARY:  Object to form.
25            THE WITNESS:  Well, there have been

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 61 of 370

1    cases where a question like that will be asked.  I
2    remember one case where I did participate and that
3    was to reconstruct basically some certain
4    chemicals concentration, and that was based on
5    estimates.  And I recall having participated to
6    that.  And you had data and that was -- that's
7    what I recall.
8    BY MR. DING:
9        Q.   Do you remember the name of that project
10   or the client or anything like that?
11       A.   I don't remember the details or the
12   client of that, but it was related to uranium
13   mining.
14       Q.   Uranium mining?
15       A.   That's my recollection.
16       Q.   And location?
17       A.   I believe it was in New Mexico, that
18   one.
19       Q.   And timeframe, if you remember?
20       A.   I don't remember the timeframe, but it
21   was maybe 2000.
22       Q.   As a result of that work, was a
23   concentration -- reconstructed values calculated
24   using that groundwater modeling work that you
25   participated in?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 62 of 370

1          MS. O'LEARY:  Object to form and
2     foundation.
3          THE WITNESS:  I was doing geochemistry
4     in that, and I do not recall door if there was --
5     there was no complex monitoring done.  It was, you
6     know, more like -- if I recall, it was a very
7     large pile of tailings, and the question was, all
8     right, where does it go from the tailings.
9     BY MR. DING:
10         Q.   So go back to my first question and
11    understanding what you just testified to about.
12              Other than Camp LeJeune work, have you
13    ever worked on any other project whose goal was to
14    determine and measure human exposure or dose to
15    toxins and contaminants?
16         A.   Right now, I can not really remember
17    specific ones, but as a geochemist, what my
18    expertise is in is to understand the origin, fate
19    and transport of contaminants in the environment.
20    That's what I do basically.  That's what I've been
21    doing all my research years and professional
22    years.
23         Q.   Have you ever in history utilized and
24    relied upon the ATSDR water modeling results to
25    support any work you've done in any other case or

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 63 of 370

1    any other project?

2            MS. O'LEARY:  Object to form.

3            THE WITNESS:  Could you repeat the

4    question?  I missed the first part.

5    BY MR. DING:

6        Q.    Have you in any other historical

7    activities prior to August of '22 ever utilized

8    and relied upon the ATSDR water modeling chapters,

9    conclusions and work to do work in some other

10   matter?

11       A.    In other cases and this case, the ATSDR

12   models were used by others.  I was not tasked to

13   review the model.  And I may have cited to what

14   ATSDR has done at the time without having had done

15   what I have done for the purpose of this

16   particular case, which was to evaluate whether or

17   not the values or the estimated values that ATSDR

18   is presenting with the model could be

19   quantitatively reliable to provide concentrations

20   of the chemical of concern in this case over a

21   long period of time.

22       Q.    So go back to my question.  My

23   question -- I'll ask it a little different,

24   because you seem to affirmatively say you've

25   referred to it in the past and maybe cited to the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 64 of 370

1    report in some other work in the past.

2              Do you remember what occasions those

3    were?

4        A.   I would have to look at it.  There was a

5    case that I did work.  I don't remember exactly

6    the timing of it, but I believe it's called the

7    Washington case or something like this.  And I

8    worked on that.  Because it was related to

9    contamination at Camp LeJeune, I probably referred

10   to the ATSDR work.  But I had not done a review

11   that I conducted for this as far as reliability of

12   the work for quantitative views of concentrations

13   in the context of this project.

14       Q.   We'll call it Washington, and we'll come

15   back to it later in more detail.  But you believe

16   it's scientifically valid or you did at the time

17   to cite to a -- cite to this ATSDR water modeling

18   project or refer to it without ever having

19   analyzed whether it was scientifically reliable at

20   the time you relied on it?

21             MS. O'LEARY:  Object to form and

22   foundation.

23             THE WITNESS:  Me citing to it, if I did,

24   doesn't mean that -- doesn't mean that -- doesn't

25   explain what I have done to review it.  I just

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 65 of 370

1    mention that it does exist.

2    BY MR. DING:

3        Q.   But you believe in the context of an

4    expert witness it's okay for you to cite to, refer

5    to, rely upon the ATSDR water modeling in this

6    prior activity without knowing whether or not at

7    that time it was scientifically reliable?

8            MS. O'LEARY:  Object to form and

9    foundation.

10           THE WITNESS:  It all depends what is the

11   task and the purpose of the citation.

12   BY MR. DING:

13       Q.   Well, did you at the time -- who

14   retained you in the Washington case?

15       A.   As I recall, it was the Department of

16   Justice.

17       Q.   Mr. Bain was your contact at that time?

18       A.   Probably.

19       Q.   Did you recommend in that case the need

20   to analyze the model in order for you to provide a

21   scientifically reliable opinion in the Washington

22   case?

23       A.   Without seeing the report to refresh my

24   memory, I don't know.

25       Q.   As you sit there -- I'll show you the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 66 of 370

1  report later on -- you don't remember advising
2  Mr. Bain at the Department of Justice the need for
3  you to do a deep dive into analyzing the model at
4  the time you were referring to it back then as
5  best you remember right now?
6          A.    Again, I will have to see the report.
7                (Hennet Exhibit 4 was marked.)
8                MR. DING:  For the record, I've handed
9  the witness Exhibit 4, which are the billing
10 records, I believe it's around 42 pages or
11 thereabouts, received a week and a half ago and
12 I've also supplemented Exhibit 4 and added the
13 additional bill we received last night for
14 February of 2025, so the record is clear.  Okay?
15 BY MR. DING:
16         Q.    I understand, obviously, March is not
17 over with, so the March bill, invoice, time
18 records, those haven't been finalized; correct?
19         A.    Yes.
20         Q.    Now, a couple things I want to ask you
21 about on these Exhibit 4 billing records.  Take a
22 look at the first page.  In the top right-hand
23 corner, it says the project name DOJ_CL_2022.
24                Do you see that?
25         A.    I see that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 67 of 370

1    Q.   And that's what you referred to as the
2  project name for your and the S.S. Papadopulos
3  work on the Camp LeJeune litigation since '22?
4    A.   That's an internal name.
5    Q.   Project number is 1817.  And then it
6  refers to a PO number.  What does that mean?  What
7  does PO number mean?
8    A.   I guess it's a project order number.
9  This number is probably from the DOJ.  I do not do
10  admin.  So that's what I would guess.
11    Q.   Is it a purchase order number?
12    A.   I believe that would be right, yes.
13    Q.   Is there a document that's referred to
14  as a purchase order that's got this number on it
15  somewhere that ends in 502?
16    A.   Personally I don't know, but it must be
17  because it is written here.
18    Q.   And did you gather that document and
19  provide it to the Department of Justice?
20    A.   If it comes from the Department of
21  Justice, I must have it.  Personally, I do not to
22  admin.
23    Q.   So you didn't and you don't believe
24  admin sent that purchase order over to the
25  Department of Justice in response to the subpoena?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 68 of 370

1          MS. O'LEARY:  Object to foundation.
2     BY MR. DING:
3          Q.   Because you assumed they already had it?
4          MS. O'LEARY:  Object to foundation.
5          THE WITNESS:  I do not know.
6     BY MR. DING:
7          Q.   Under the comments on the left side
8     there a little further down, it says DJ File
9     Number.  What does DJ stand for?
10         A.   I am not sure.  I do not know.  Again,
11    it is admin.
12         Q.   Then it says DOJ contract
13    #2W-CIV-03-0513.  Do you see that?
14         A.   I see that.
15         Q.   Is there a written contract of some sort
16    that that contract number is referred to that's in
17    possession of you or S.S. Papadopulos &
18    Associates' records?
19         A.   Probably.
20         Q.   Did you gather that contract and provide
21    it in response to the subpoena and provide that
22    contract to the Department of Justice to produce
23    to me?
24         A.   My understanding is if it's contract
25    with the Department of Justice as you describe it,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 69 of 370

1    the Department of Justice has it.

2         Q.    Again, I agree with you.  You didn't,

3    however, in response to the subpoena supply that

4    document to the Department of Justice because you

5    assumed they had it and would produce it if

6    needed?

7              MS. O'LEARY:  Object to foundation.

8    BY MR. DING:

9         Q.    Is that fair?

10        A.    That would have been through admin, and

11   I don't do admin.

12        Q.    Now, if we look down below this on the

13   first page -- and if you want to, you can glance

14   through -- we'll look at a few pages together.

15   How about we just do it that way.

16             Do you see it says Professional

17   Services, and under Employee Type there's some

18   positions, for example, senior principal, but

19   there's no names, specific names?

20        A.    I see that.

21        Q.    And you told me earlier, as best you

22   know, you're the only senior principal.  So when

23   it refers to senior principal, that would be

24   Dr. Hennet?

25        A.    That's my understanding, yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 70 of 370

1     Q.   And it says two hours.  We don't know
2  what you did for two hours looking at this
3  document, but you did key in on a computer,
4  timekeeping computer program what you did for
5  those two hours?
6          MS. O'LEARY:  Object to foundation.
7          THE WITNESS:  Well, maybe, maybe not,
8  because it's not done always the same way.  And my
9  recollections is our accounting system or the way
10 we enter time has been basically changed or
11 upgraded.  It appears to be upgraded relatively
12 frequently.  So I don't remember the situation
13 then.
14 BY MR. DING:
15    Q.   Does Papadopulos & Associates send this
16 one-page invoice that you see on Exhibit 4, that
17 first page, because the second page is for a
18 different month.  Do you see that?  The one on the
19 back of the first page is a different month.  So
20 the one ending 9/21/22 is just a single page
21 ending in Bates-stamp CLJA_SSPA_INVOICES_1.  Do
22 you see that?
23    A.   You have to help me here.
24    Q.   Do you see that the invoice is a single
25 page for the Bates-stamp that I provided?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 349-3   Filed 04/10/25   Page 71 of 370

1          MS. O'LEARY:  You're on the first page
2   of Exhibit 4?
3          MR. DING:  Yes.
4   BY MR. DING:
5     Q.   Exhibit 4, page one is a single-page
6   invoice?
7          MS. O'LEARY:  Object to foundation.
8          THE WITNESS:  This is a single-page
9   document.
10  BY MR. DING:
11    Q.   Is that for the month -- it's dated 9/21
12  and it says it's for services rendered through
13  August 31, 2022.  Do you see that?
14    A.   I see that in the middle there, yes.
15    Q.   And this is the first invoice you and I
16  are looking at that I have; correct?
17         MS. O'LEARY:  Object to foundation.
18         THE WITNESS:  I will take your word for
19  it.
20  BY MR. DING:
21    Q.   Do you know whether or not when this
22  invoice -- it says it's being -- the client and
23  the address there at the top left is Branch Chief,
24  Finance and Accounting under U.S. Department of
25  Justice.  Do you see that, and an address, PO box?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 72 of 370

1      A.   I can read that, yes.

2      Q.   Is this one-page invoice the only thing

3  that is sent to the Department of Justice for

4  payment of this invoice, or does it have

5  attachments when it goes that itemizes the time

6  that's shown on the summary?

7      A.   I don't know.

8      Q.   Who would know that?

9      A.   Admin.

10     Q.   The Department of Justice receiving this

11 invoice would also know that, wouldn't they?

12     A.   I don't know.

13          MS. O'LEARY:  Object to foundation.

14 BY MR. DING:

15     Q.   Do you understand it's your obligation

16 as an expert as part of the federal rules to

17 specifically provide open and complete information

18 about your billing in a case like this?  Are you

19 aware of that?

20          MS. O'LEARY:  Object to form and

21 foundation.

22          THE WITNESS:  This is administrative.

23 BY MR. DING:

24     Q.   I'm asking you are you familiar with

25 what's called Rule 26 and an expert's obligation

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 73 of 370

1   to provide open and detailed billing records in
2   litigation?
3           MS. O'LEARY:  Object to form and
4   foundation.
5   BY MR. DING:
6       Q.   Are you aware of that?
7       A.   I am generally aware of Rule 26, but
8   specifically -- but, you know, my firm gets a
9   contract with the Department of Justice.  I don't
10  do the billing.  So I don't know if it has one
11  page, two pages or 20 pages.  I do not know that.
12      Q.   Would you agree with me it's your
13  obligation, all experts' obligations to provide as
14  much detail and all information about their
15  compensation and billing to the opposing side in
16  response to what we refer to and you refer to as
17  Rule 26?
18          MS. O'LEARY:  Object to foundation.
19          THE WITNESS:  I do not know.  We do
20  abide by everything because when you work with the
21  Department of Justice, you have to abide by
22  everything, and we do.
23  BY MR. DING:
24      Q.   Now, if you look through these invoices
25  or this one page, it says the initial budget at

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 74 of 370

 1    the bottom left-hand corner was $100,000.
 2              Do you see that?
 3         A.    I do.
 4         Q.    And then if you flip through it to the
 5    invoice that's Bates-stamped page 6, so there will
 6    be a 6 at the end of the page, do you see that the
 7    behind casting changed 611,664?  Do you see that?
 8         A.    Where is it on the page?
 9         Q.    Bottom left, Project Summary.
10         A.    Yes.  I do see that.
11         Q.    Do you remember and can you tell me why
12    it went from a $100,000 budget to a budget of
13    $611,664?
14         A.    I don't recall the details of it, but
15    this is typical of a project like this.  The first
16    phase is to evaluate, to do a first evaluation of
17    an understanding what the cases is about, do a
18    first evaluation of certain aspect of it.  And I
19    am typically required or requested, if you wish,
20    to provide an estimate of how much it would cost
21    to provide services.
22              And I do a best estimate by saying I
23    would need a team to do this because I cannot do
24    it all by myself.  It's too many documents, too
25    much to do.  And then I provide my best estimate

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 75 of 370

```
 1    of how much it would cost.
 2          Q.    To do XYZ?
 3          A.    To do the project up to a certain --
 4    typically it's what will it cost for a year, for
 5    example.
 6          Q.    Is there a document that you use to
 7    provide that estimate?  Is it called a budget, or
 8    is it called something else?
 9          A.    It is my budget estimate, and that's
10    what my budget estimate is and I believe --
11          Q.    How do you transmit that budget estimate
12    to the Department of Justice for approval?  Is it
13    a letter?  Is it email?  Is it a report?  Is it a
14    budget?  What do you remember refer to it as?
15          A.    I do not recall about this one in
16    particular.  I do not recall how it was that.  But
17    obviously, it was transmitted to the DOJ whether
18    by phone or by -- in some manner.  Again, I do the
19    budget estimate.
20          Q.    I think we've got enough here on this
21    issue.  Then I'll move on.  You don't remember
22    specifically the mode of the transfer of the
23    information, whether it went from accounting,
24    whether was a formal budget document, an email or
25    a phone call, to provide the budget estimate of
```

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 76 of 370

1  $611,664?

2      A.   I do not know the detail for this

3  particular thing, but there is an estimate

4  somewhere.  And I am typically the one who would

5  do such an estimate.

6      Q.   And does the process work you send the

7  estimate over to the Department of Justice and

8  they approve or sign off on it and then you

9  proceed with whatever work that's been authorized?

10     A.   It's a budget request, and it is

11 evaluated.  And then if it was approved, we

12 probably get a green light that it is approved.

13 And then we'll probably have a meeting to explain

14 what we thought should be done.  And that's the

15 way it works for most cases like this.

16     Q.   Now, turn to page 19.

17     A.   By that you mean the Bates number?

18     Q.   Yes, sir.  Do you see at the bottom of

19 the Bates-stamped page 19 the budget under Project

20 Summary on the left at the bottom says $611,664?

21     A.   I see that.

22     Q.   Turn to the next page, 20.  And does it

23 reflect that the budget is changed between

24 November and December of '23 to a budget an

25 approved budget of the $1,216,284?

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 77 of 370

1      A.   I see that.

2      Q.   If you turn to page 25, Bates-stamped

3  page 25, bottom left has that budget now in March

4  of '24 increased to $1,466,224?

5      A.   I see that.

6           MS. O'LEARY:  Object to foundation.

7  BY MR. DING:

8      Q.   If you flip to page 33 or Bates-stamped

9  page 33.  Let me know when you're there.

10      A.   I see that, yes.

11      Q.   Under the Project Summary, column left

12  has the budget now increased in September of

13  $1,716,284?

14      A.   I see that.

15      Q.   If you turn to the top of page

16  Bates-stamp page 37, on December 23, 2024, do you

17  see under the column Budget on page 37 or

18  Bates-stamped 37, the budget has increased to

19  $1,966,284?

20           MS. O'LEARY:  Object to foundation.

21           THE WITNESS:  I see that.

22  BY MR. DING:

23      Q.   And that was approved by the Department

24  of Justice at some point in time; right?

25      A.   I suppose so.

1       Q.    If you turn to be Bates-stamped page 40.

2       A.    I am there.

3       Q.    On January 17, 2025, invoice No. 27034

4    at the top of the page Bates-stamp 40, did the

5    budget increase to 2,216,275.50?

6       A.    I see that.

7       Q.    And if you turn to the supplemental

8    Bates-stamp and Allison, I don't know how you want

9    me to refer to it.  I made it as one exhibit.  I

10   don't know if you're going to Bates-stamp it 43.

11           MS. O'LEARY:  Can you refer to it by the

12   invoice number at the top?

13           MR. DING:  I can do that.

14   BY MR. DING:

15      Q.    The last page of Exhibit 4, the

16   invoices, I received last night invoices 27513,

17   and it's dated March 19, 2025.  Do you see that on

18   the first page?

19      A.    I see that.  That's a loose page.

20      Q.    Yes, sir.

21      A.    It's not bound with Exhibit 4.

22      Q.    Well, it is part of Exhibit 4 for the

23   record.  I made it a part of it.  It just doesn't

24   have a Bates-stamp because Ms. O'Leary just

25   provided it to me last night.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 79 of 370

1          MR. DING:  We'll supplement it with the
2    correct Bates-stamp once we get it.  We'll
3    supplement with Exhibit 4, if that's fair.
4          MS. O'LEARY:  That seems fine.
5    BY MR. DING:
6          Q.   On the back of invoice 27513, it still
7    reflects a budget of 2,216,275.50.
8          Do you see that?
9          A.   I do see that.
10         Q.   And it says that the budget remaining is
11   only $171,667.59.  Do you see that?
12         A.   I see that.
13         Q.   And this does not account for the work
14   done in March by you, Mr. Spilotopoulos and any
15   others that might have been working in March.
16   That will come out of that remaining budget once
17   we get the next invoice; right?
18         A.   That's my understanding.
19         Q.   So my question to you to end this area
20   of the deposition is:  Have you prepared a budget
21   estimate and provided it to the Department of
22   Justice to provide for additional funding and/or
23   budget for your work after this month?
24         A.   I've not done so because we still have
25   money.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 80 of 370

1      Q.    Have you had any discussions with anyone
2  about the needs for a future budget approval
3  moving forward from today if this budget is used
4  up this month?
5      A.    I have not talked to anyone about that.
6      Q.    And you've not prepared anything about
7  that?
8      A.    I have not prepared anything about that.
9           (Hennet Exhibit 5 was marked.)
10 BY MR. DING:
11      Q.    I hand you what I marked as Exhibit 5,
12 and I'll tell you this for the record.  Exhibit 5
13 I had to print it on larger paper so you and I --
14 with my advanced age, I couldn't see it on eight
15 and a half by 11.  So I had to print it on larger
16 paper.  Okay?
17           Are you familiar with a website known as
18 USASpending.gov maintained by the federal
19 government of the United States of America?
20      A.    I am not.
21      Q.    Do you see on Exhibit 5, the first page
22 at the very top it says Active Filters.  It says
23 EPA -- it identifies the recipient as S.S.
24 Papadopulos & Associates, Inc.  Do you see that?
25      A.    I see that.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 81 of 370

1        Q.   And then down in the center, it gives
2    you a prime award ID number, and there's about, I
3    don't know, six or eight listed there.  And out
4    beside that is the recipient's name, S.S.
5    Papadopulos & Associates.  And then the
6    obligations are listed there in dollars and cents.
7    Do you see that column?
8        A.   I see that column.
9        Q.   Then there's some tabs you can click on.
10   It talks about contract IDDs, grants, direct
11   payments, loans and other.
12            Do you see those other tabs?
13       A.   No, I did not.
14       Q.   Although they're hidden, you see the
15   little tabs beside the contracts?
16       A.   Okay.  Right on top there, yes.
17       Q.   If you turn to the second page on this
18   USASpending.gov federal government website, do you
19   see the awarding agency in the topic left-hand
20   corner, it says Department of Defense and
21   recipients is S.S. Papadopulos & Associates?  Do
22   you see that?
23       A.   I see that.
24       Q.   Do you see the purchase order referenced
25   there is just above that is listed as

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 82 of 370

1    W912DW11P0056?  Do you see that?

2         A.   I see that.

3         Q.   And over on the right corner of that

4    first block, do you see the start date of that

5    contract was February 16, 2011?

6         A.   I see that.

7         Q.   And this was for $40,000.  Do you see

8    that?

9         A.   Where is that?

10        Q.   In the center there it says Current

11   Award Amount.  Do you see that, $40,000 potential

12   award amount?

13        A.   I see that.

14        Q.   And if you keep going down under the

15   Award History, you see Action Date of 2/24/11.

16   Amount is 40,000.  To the right of that, it says

17   Transaction Description:  MODFLOW Model

18   Recalibration.

19        A.   I see that.

20        Q.   Do you know what this work was for for

21   the Department of Defense that's being referred to

22   there in 2011?

23        A.   I do not.  I had nothing to do with

24   this.

25        Q.   Do you know what location someone at

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 83 of 370

1   S.S. Papadopulos was working on in order to do

2   some MODFLOW model recalibration work?

3       A.   I do not.

4       Q.   Turn to the next page of Exhibit 5,

5   third page I think it is.  Do you see the top

6   left-hand corner there's a new purchase order

7   number listed there of W912DW09P0253?  Do you see

8   that?

9       A.   I see that.

10       Q.   And the awarding agency is the

11   Department of Defense.  Do you see that?

12       A.   I see that.

13       Q.   The start date of the project was

14   September 18, 2009.

15       A.   I see that.

16       Q.   The amount that was obligated or

17   potential award amount was $66,500.  Do you see

18   that?

19       A.   I see that.

20       Q.   By the way, if you go back to the top

21   out to the right, far right of the purchase order

22   number, does it show the word "Completed"?

23       A.   I see that.

24       Q.   Now, if you go to the section under the

25   Award History, do you see the Action Date, the

1    first one listed there of 9/18/2009 for 22,000?

2         A.    I see that.

3         Q.    To put in context just for dates, Tawara

4    Terrace report by ATSDR was released in 2007;

5    correct?

6         A.    I believe it's correct.

7         Q.    And the National Academy of Science

8    released an alleged review of that report in July,

9    I believe, or August of 2009.  Do you remember

10   that?  I'm not going to hold you to the specific

11   date.  But the National Academy of Science

12   released an alleged review of the ATSDR report in

13   the summer of 2009.

14             MS. O'LEARY:  Object to form.

15             THE WITNESS:  I will take your word for

16   it.

17   BY MR. DING:

18        Q.    Do you see -- who is Howard Hanson?

19   Excuse me.  Not who.  Where is Howard Hanson Dam?

20        A.    Howard Hanson?  Where is that?

21        Q.    In the center of the webpage or the

22   document, out beside 9/18/2009 and 22,000, it says

23   groundwater model.  Independent technical review,

24   ITR, right the abutment integrity, Howard Hanson

25   Dam.  Do you see that?

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 85 of 370

1        A.    I see that.

2        Q.    Do you know what that's referring to and

3   were you involved?

4        A.    I was not involved.

5        Q.    And you don't know what it's referring

6   to?

7        A.    I do not know what it is referring to.

8        Q.    Turn to the next page.  I guess we're

9   now on page 4; right?

10       A.    You are right.

11       Q.    Do you see the purchase order at the top

12   is 15JCIV22P502?

13       A.    I see that.

14       Q.    And out to the right, it says in

15   progress.  9 months remaining.

16       A.    It says "Nine months remain."

17       Q.    Excuse me.  "Nine months remain."  Do

18   you see that?

19       A.    I see that.

20       Q.    And it shows the start date of this

21   contract with the Department of Justice as the

22   awarding agency was July 21, 2022.

23             Do you see that, top right-hand corner?

24       A.    I see that.

25       Q.    Now, that purchase order number ending

1   in 502, would you go back and look at Exhibit 4
2   and tell me if that's not the exact same purchase
3   order in your very first invoice number 1?
4            On exhibit, 4 Bates-stamped first page
5   1, up in the topic right-hand corner, it says PO
6   Number.  That is the exact same number I just read
7   you to ending in 502 that is on page 4 of
8   Exhibit 5; is it not?
9        A.   Both numbers or whatever codes are the
10  same.
11       Q.   Thank you.  Now, does it show in this
12  Award Amounts that the obligated amount currently
13  is 2.2 million?  Do you see that?
14            MS. O'LEARY:  Are we back on Exhibit 5?
15            MR. DING:  I'm sorry.  Exhibit 5.
16  BY MR. DING:
17       Q.   Back on Exhibit 5 on page 4, the
18  Department of Justice purchase order page, does it
19  show that the current award amount is the
20  2.2 million?
21       A.   Yes.  I see that.
22       Q.   And that number under Potential Award
23  Amount several lines down, do you see it's
24  2,216,275.50, and that's consistent with the very
25  last page of invoices that we reviewed from

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 87 of 370

1    Exhibit 4.  The March invoice I received last

2    night has the same number.  Do you agree with

3    that?

4            MS. O'LEARY:  Object to form, just to

5    clarify what you mean by March and February.

6            MR. DING:  The March I received last

7    night dated March 19, 2025.

8            THE WITNESS:  I see that.  Those numbers

9    are the same.

10   BY MR. DING:

11       Q.   Now, under the Award History --

12       A.   By the way, when we are done with this,

13   I would like to take a break.

14       Q.   Yes, sir, no problem.  We'll be there

15   very soon.

16            Under the Award History, you see that

17   first entry modification, it says zero at the

18   first line there.  And then it's got an Action

19   Date 7/21/2022 and $100,000.  Are you with me?

20       A.   I'm with you.

21       Q.   Then there's a modification number.  The

22   first one says P1.  If you look under it, there's

23   additional P1, P2, 3, 4, P5 and 6.  Do you see

24   that?

25       A.   I do see that.

1      Q.   Now, if you scroll over to the right

2  under Action Type, does it say Change Order out

3  beside the one that says P1?

4      A.   It says that D column Change Order.

5      Q.   Is the change order the estimation

6  document you referred to earlier that's sent over

7  Department of Justice to get approval for

8  additional work, or is that a different document?

9         MS. O'LEARY:  Object to foundation.

10     A.   I believe it must be similar or the

11  same.  I don't know.

12     Q.   Who would know that?  Someone in your

13  office, admin, or the Department of Justice?

14     A.   I personally do not know if this is what

15  you say it is or not.

16     Q.   Turn to the next page.  If you want to

17  take a break now and then come back to the

18  exhibit, that's fine with me.  I may have more

19  than five minutes left on these last two pages.

20     A.   Take a break now.

21     Q.   That's fine.  Go off the record.

22     A.   Coffee is working.

23     Q.   Yes, sir.  Understood.

24         THE VIDEOGRAPHER:  We are off the record

25  at 1123.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 89 of 370

```
 1              (Recess from 11:23 a.m. to 11:32 a.m.)
 2              THE VIDEOGRAPHER:  We are on the record
 3    at 1132.
 4    BY MR. DEAN:
 5        Q.   Dr. Hennet, we've been going for about a
 6    couple hours, a little over two hours.  We had a
 7    couple breaks during the day.
 8              Have you discussed -- had any
 9    discussions with the Department of Justice lawyers
10    at all?
11        A.   We just chatted on things that have
12    nothing to do with the deposition.
13        Q.   Thank you.  Now, if you turn to, for the
14    record, page 5, the last two pages -- this is a
15    six-page document -- the last two pages, 5 and 6,
16    do you see recipient is identified at the top as
17    Papadopulos & Associates, Inc.?
18        A.   I'm confused about what is 6 because the
19    last two pages or double sided.
20        Q.   Yes, sir.
21        A.   And you say the last two.  So is this
22    one or this one?
23        Q.   I'm sorry.  Good point.  We'll just stay
24    on that page 5 for right now.  Do you see on page
25    5 at the top it says Recipient under the Active
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 90 of 370

1   Filter is S.S. Papadopulos & Associates do you see
2   that?
3          A.    I see that.
4          Q.    And do you see that in the center of the
5   page there, and it's the tap that's opened says
6   Contracts, and then it says Prime Award ID under
7   that?
8          A.    I see that.
9          Q.    And you see from there all the way to
10  the bottom of page 5, there's a list of different
11  award IDs for different contracts, and out beside
12  that is S.S. Papadopulos & Associates and an
13  obligated amount?  Do you see that?
14         A.    It says Obligations.
15         Q.    Thank you.  It says obligations and then
16  under that is Amounts; right?
17         A.    I see that.
18         Q.    If you turn to page 6, the next page,
19  the contracts continue with the same information
20  we had on page 5.  Do you see that?
21         A.    It appears to be a continuation of page
22  5.
23         Q.    If you go to page 7, do you see the same
24  where it lists the awarding agency as the
25  Department of Justice, the recipient, S.S.

GolkoW Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 91 of 370

1   Papadopulos & Associates up at that top as far as
2   active filters?  Do you see that?
3        A.   I see that.
4        Q.   And on page 7 you see a list of awards,
5   prime awards for contracts with the Department of
6   Justice with the recipient S.S. Papadopulos &
7   Associates, and then there's an amount over in the
8   Obligations section next to each one of those
9   contracts?  Do you see that?
10       A.   Yes.  To make sure, page 7 is the one
11  before the last?
12       Q.   Yes, sir.  As a matter of fact, the very
13  first one listed there is that same one that we're
14  here about, which is our case, the award ID is
15  identified as 15JCIV22P502, which is the name
16  number you and I have looked at on the invoices
17  for your work on this litigation; right?
18       A.   It appears to be the same number, yes.
19       Q.   And the obligated amount are lining up
20  as the $2,216,275.50; right?
21       A.   That to my recollection is the same
22  amount, yes.
23            (Hennet Exhibit 6 was marked.)
24  BY MR. DEAN:
25       Q.   Now, I'll show you what I've marked as

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 92 of 370

1   Exhibit 6.  For the record, Exhibit 6 is an Excel
2   spreadsheet created by my office after clicking on
3   all of those contracts on all of pages that you
4   and I just went the over on Exhibit 5, and if you
5   see I've added the award ID number at the top.
6   I've added the column for Total Obligated Amount.
7   I've added the Award Date that's listed in the
8   government's database on USASpending.gov.  I've
9   added the Period of Performance start date column
10  and the end date, the Awarding Agency and the
11  Funding Agency, and they're all listed as
12  Papadopulos & Associates.
13          Do you see that Excel spreadsheet that I
14  created?
15      A.   I see the Excel spreadsheet.  I didn't
16  really follow everything you said.
17      Q.   I understand.  I'm just laying what
18  lawyers call a foundation so understand where this
19  document came from.  I created it based on the
20  information that's on the website for the
21  USASpending.gov.
22          Do you see that?
23      A.   Right here I have no possibility to
24  check that.
25      Q.   I understand that.  I'm representing to

Golkow Technologies,
A Veritext Division
877-370-3377                                         www.veritext.com
Case 7:23-cv-00897-RJ   Document 349-3   Filed 04/10/25   Page 93 of 370

1  you that the information on Exhibit 6 came from
2  the information on the website shown on Exhibit 5.
3  Okay?
4       A.    Okay.
5       Q.    Now, do you remember me asking you about
6  when you started doing work on this case?  Excuse
7  me.
8            Do you remember me asking you about when
9  you started doing any work associated with Camp
10 LeJeune?
11      A.    I believe you asked me a question like
12 that.
13      Q.    And you told me something along the
14 lines you couldn't remember the exact date, but it
15 was sometime you thought in 2005.
16      A.    Approximately, yes.
17      Q.    If you look at the second entry there,
18 do you see the one that ends in 66 in the first
19 yellow mark, Obligated Amount was $45,634.10 and
20 it said the period of performance start date was
21 11/30/2005 and that the awarding agency is the
22 Department of Justice?
23      A.    I see that.
24      Q.    And does that sort of refresh your
25 recollection about the approximate timeframe of

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 94 of 370

1  starting to do work with Papadopulos & Associates

2  at Camp LeJeune somewhere in November of 2005?

3           MS. O'LEARY:  Object to foundation.

4           THE WITNESS:  I have no clue if this

5  represents work done at Camp LeJeune or not.

6

7      (Questions on Exhibt 7 bound separately.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2    BY MR. DEAN:

3         Q.   Now, going back to Exhibit 6, the Excel

4    spreadsheet that I prepared and that first one

5    first yellow entry that you and I were just

6    talking about, does that now refresh your

7    recollection that the $45,634.10 under that award

8    ID DJJ6WENR010066, showing the awarding agency

9    Department of Justice and the recipient as S.S.

10   Papadopulos & Associates is the project for which

11   you first began working at Camp LeJeune in

12   November 2005 more likely than not?

13              MS. O'LEARY:   Object to foundation.

14              THE WITNESS:   I don't know.   It could

15   be.   I don't know.

16   BY MR. DEAN:

17        Q.   Fine.   If we go down, and I'm not going

18   to go into every single one of these, but do you

19   see a number of entries between 2005 and all the

20   way on the backside -- if you turn it over, you'll

21   see more entries that go through -- the last one

22   is listed as ending in 49 for $494,846 for some

23   work for the EPA with a start date of 9/30/2024?

24   Do you see that?

25        A.   I see that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 96 of 370

1      Q.   And if you total up -- before we go
2  there, the one for the Department of Justice that
3  we've been talking about, the last invoice page
4  number, Exhibit 4, remember we talked about there
5  was a $2,200,000 budget and we had used up about
6  1.9, and there was 178,000 or thereabouts left
7  over.  Do you remember that?
8      A.   I remember that if that's what you are
9  talking about, the last page of Exhibit 4.
10      Q.   If you turn over to page 2 of my
11  Exhibit 6, about the sixth entry there is where
12  the 15JCIV22P502 purchase order is listed and it's
13  got that amount we've been talking about,
14  2,216,275.50.  Do you see that?
15      A.   I see that.
16      Q.   The $2,216,275.50 is money that
17  Department of Justice has paid your firm or is
18  obligated potentially with a budget from July of
19  '22 to present?
20      A.   That's my understanding.
21      Q.   However, we know that the Department of
22  Justice and yourself started doing some work at
23  Camp LeJeune, like we've already discussed,
24  beginning in 2005; right?
25      A.   Yes.  Whether it began in 2005, about.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 97 of 370

1    Q.   Not a specific date.   There are amounts
2    there for the Department of Justice listed for
3    contracts, 45,634.  We can go to the next one.  It
4    says 40,000.  It was 2007 work.  Skip the next
5    one, it was EPA, and we go to some work that was
6    done for the Department of Justice in February of
7    2009.  That had a $440,096 payment, do you see
8    that, or obligation?
9         MS. O'LEARY:  Object to foundation.
10         THE WITNESS:  I see that.
11   BY MR. DEAN:
12   Q.   So the point I'm making, and you'll
13   probably agree now that we've gone through this,
14   the amount the Department of Justice has paid
15   Papadopulos & Associates for all of its work at
16   Camp LeJeune since 2005 is an amount in excess of
17   the current obligated $2,216,275.50.  Can we agree
18   on that?
19   A.   I do not agree in the sense that not at
20   all of the Department of Justice cases we're
21   talking about here have to do with Camp LeJeune.
22   Q.   I don't disagree with that.  But some of
23   these invoices and contracts, were they to be
24   produced, would show us, for example that very
25   first one, the 45,634.10 for the November 2005

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 98 of 370

1    work, it would show some of these that would be

2    work at Camp LeJeune more likely than not;

3    correct?

4            MS. O'LEARY:  Object to foundation.

5            THE WITNESS:  I don't know.  I don't to

6    admin, but probably.

7    BY MR. DEAN:

8        Q.   Now, if you turn to the second page,

9    just to finish up this line of questions, do you

10   see that all of the total obligated contracts that

11   are listed on my exhibit that I received the

12   information from USASpending.gov, part of the

13   federal government's website, shows that of all of

14   these agencies, Department of Justice, the EPA,

15   General Services Admission, Department of Energy,

16   are currently or in the past with a potential

17   total value of awards to your company of

18   $137,244,621.84 if my math is correct in column 3

19   on the second page?

20           MS. O'LEARY:  Object to foundation.

21           THE WITNESS:  If your interpretation is

22   correct.  My understanding is that does include --

23   most of those are not litigation projects.  I am

24   not involved, but I know that we work for the

25   Hanford site, for example.  And I know that we

1    work for EPA Region V.  I am not involved.  I know

2    that we do work for the government.

3            And over the yours, it has been maybe in

4    the 10, 15 percent of the business that my company

5    performs service for.  I personally am only

6    involved in a subset of those, and that would be

7    through the Department of Justice.

8    BY MR. DEAN:

9        Q.   So let me finish this up with this

10   question.  The total amount that's paid out for

11   all of those various contracts that you just

12   mentioned that has a potential subtotal award of

13   $137,244.621.84, as a shareholder, you would

14   financially benefit at some potential percentage,

15   whatever your share interest is, with whatever

16   those government contracts are that are paid by

17   these different agencies, including the Department

18   of Justice?

19           MS. O'LEARY:  Object to foundation.

20   BY MR. DEAN:

21       Q.   Whether you were involved that the

22   project or not, you would personally financially

23   benefit from all these projects; correct?

24           MS. O'LEARY:  Same objection.

25           THE WITNESS:  If the company does well,

1    I do well as well.  Like every employee, we all
2    participate.  But I want to make one correction
3    here.  A potential award is not the same as
4    basically what was actually done.
5    BY MR. DEAN:
6         Q.   Understood.
7         A.   And I'm not finished.  And the potential
8    award sometimes in some of those projects, not the
9    one that I have been involved in, includes
10   subcontracts that can be substantial because --
11   that's all I can say about that because I don't
12   know the details of all of those contracts.
13             (Hennet Exhibit 8 was marked.)
14   BY MR. DEAN:
15        Q.   Understood.  I'm going to show you
16   Exhibit 8.  I'm going to represent to you this is
17   the metadata from the billing production in this
18   case from you, and you see it indicates there the
19   Bates number is CLJA_SSPA_INVOICES_1 through 42.
20   Do you see that?
21        A.   At the bottom there I see that.
22        Q.   You see the file name for this
23   particular file was named by somebody 1817
24   invoices through 11125 without backup.pdf.
25             Do you see that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 101 of 370

1      A.    I see that that.

2      Q.    What does backup mean?

3            MS. O'LEARY:  Object to foundation.

4            THE WITNESS:  I don't want to speculate,

5      but it seems that -- I don't know what it means.

6      It may be reflecting some notes.  For example, if

7      I enter -- today I will enter in my time sheet

8      eight hours, whatever it is, and say deposition or

9      something like that.

10     BY MR. DEAN:

11     Q.    You're not a computer person nor admin

12     person at the office, but someone would have those

13     backup records indicating what work was being done

14     and when that serve to create those invoices that

15     I previously showed you?

16     A.    I suppose so, yes.

17            (Hennet Exhibit 9 was marked.)

18     BY MR. DEAN:

19     Q.    I'm going to show you Exhibit 9.

20     Exhibit 9, you see that it's a January 2010

21     publication from the United States Department of

22     Justice, Executive Office for Attorneys.  Further

23     down, it appears to be some sort of a bulletin,

24     United States Attorneys bulletins of some sort.

25            Do you see that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 102 of 370

1         MS. O'LEARY:  Object to foundation.

2         THE WITNESS:  I don't know of some sort,

3  what you mean by that.

4  BY MR. DEAN:

5     Q.   Can we agree at least on the left-hand

6  side, it says January 10, Volume 58, Number 1,

7  under that United States Department of Justice

8  Executive Office for the United States Attorneys,

9  Washington, D.C., H. Marshall Jarrett, Director.

10  Then under it says, "Contributors' opinions and

11  statements should not be considered an endorsement

12  by EOUSA of any policy, program or service.  The

13  United States Attorneys' Bulletin is Published

14  Pursuant to 28 CFR Section 0.22(b)."

15         Do you see that?

16     A.   I see that.

17     Q.   Then at the top of the document, page 1,

18  it says Expert Witnesses.  Do you see that?

19     A.   Yes.

20     Q.   The first one says, "Considering the

21  proposed changes to Federal Rules of Civil

22  Procedure regarding expert witness discovery by

23  Adam Bain."

24         Do you see that?

25     A.   I see that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 103 of 370

1      Q.   Then under that it says, "Working With

2  Lawyers:   The Expert Witness Perspective, by Remy

3  J.C. Hennet, Ph.D."

4           Do you see that?

5      A.   I see that.

6      Q.   Did you participate and work at some

7  point in time to prepare a journal article for the

8  Department of Justice back in 2010 by that name?

9      A.   Yes.  I recall it was an invited paper,

10  and it was invited to be included in there.  I

11  don't remember exactly the detail of it.  I will

12  have to read it.

13      Q.   Do you see that on page 5 -- it's a

14  black and white document, but you can see there's

15  some highlights that's been added to the document.

16           Do you see that in the center about Rule

17  26 trial preparation, protection for

18  communications it party's attorney and expert

19  witnesses?

20           So you see that section?

21           MS. O'LEARY:  Just for the record,

22  you're referring to the graying as highlighting?

23           MR. DEAN:  Yes, ma'am.

24  BY MR. DEAN:

25      Q.   Do you see that grayed area?

1      A.   I see some gray area, but I've not read
2   it yet.
3      Q.   I'll read it with you and read it for
4   you.  It says, "Rules 26(b)(3)(A) and (B) protect
5   communications between a party's attorney and any
6   witnesses required to provide a report under
7   26(a)(2)(B) regardless of the form of the
8   communications, except to the extent that the
9   communications (i) relate to compensation for the
10  expert's study or testimony."
11          Do you see that?
12     A.   I can read that, yes.
13     Q.   Now, if you turn to your section which
14  begins about page 14 of the document.  Down at the
15  bottom left-hand corner are the page numbers.  Do
16  you see that?
17     A.   I do see that.
18     Q.   Is this the section that you wrote,
19  which is about four pages long in January 2010
20  published in this bulletin?
21     A.   I take your word for it.  I mean, I know
22  I did contribute to this.  I don't see -- I have
23  not read it for more than 10 years I am sure.  So
24  I don't recall exactly what is in it, but it
25  appears to be what I contributed upon an

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 105 of 370

1    invitation to contribute.

2         Q.   And do you say in the first full

3    paragraph on page 16, "The expert witness is often

4    publicly stigmatized as ethically comprised

5    considered by some as nothing more than hired

6    gun"?

7              Did I read that correctly?

8         A.   You read that correctly.

9         Q.   It goes on it says, "The stigma is borne

10   from misconceptions and from unavoidable human

11   nature.  The concept that anyone who charges which

12   high hourly rates would say anything to satisfy

13   the paying party along with a few well publicized

14   examples of professional misconduct server to

15   anchor the stigma.  In reality, the enduring

16   expert witness must demonstrate strong

17   professional and ethical conduct."

18             Did I read that correctly?

19        A.   You did.

20        Q.   Do you see at the next to last sentence

21   at the bottom, it says, "Opinions of the court and

22   transcripts of depositions and trial testimony

23   constitute a public record.  That record serves as

24   an effective quality control tool that lawyers and

25   the finders of fact can consult.  To succeed as an

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 106 of 370

1    expert witness, credibility and thoroughness have
2    to complement education and experience."
3             Did I read that correctly?
4        A.   You did.
5        Q.   If you turn to page 17, the next page,
6    and this is last page of your section, does it
7    say, "First, for expert testimony, it is important
8    to," and you listed a bullet point of a number of
9    things there, do you remember?
10            Do you see that?
11       A.   I don't remember, but I see that.
12       Q.   And then you've got, "Second, for a
13   successful lawyer-expert relationship, is
14   important for the expert to."  And can you read
15   into record the last bullet point that you wrote?
16            MS. O'LEARY:  Object to foundation.
17            THE WITNESS:  The blast bullet point
18   reads, "Keep track of the budget since it can be a
19   limiting factor."
20   BY MR. DEAN:
21       Q.   What did you mean by that?
22       A.   It is important for what I do as a
23   professional to make sure that the client is aware
24   of the degree of effort and cost of a project.  So
25   it is important to follow how much money is being

Golkow Technologies,
877-370-3377                A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 107 of 370

1    billed.  And some projects may have -- when you
2    have a budget, you have a budget.  And if you go
3    above budget, you may not be paid.
4         Q.   But you do believe and you wrote in your
5    article that it's important in order to maintain
6    your integrity as an expert witness that you're
7    thorough and provide truthful accurate information
8    in those situations?
9              MS. O'LEARY:  Object to foundation.
10             THE WITNESS:  Yes.  As an expert
11   witness, I just follow those ethical rules and
12   answer to the best of my recollections and
13   ability.  I am doing that here.
14             (Hennet Exhibit 10 was marked.)
15   BY MR. DEAN:
16        Q.   I'll show you what I'll mark -- I'll
17   show you Exhibit No. 10.  And we're going to use
18   the TV in just a second and try to get through
19   this, if we can, by lunch.  I don't know.  We'll
20   see if we can.  We're going to turn now to your
21   reliance materials list and supplemental materials
22   that you provided to the Department of Justice to
23   produce in this case in the last few weeks.  Okay?
24        A.   Let's see.
25        Q.   I'm going to show you Exhibit No. 10.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 108 of 370

1          MS. O'LEARY:  Is all of this 10?
2     There's several loose papers.
3          MR. DEAN:  Yeah.  I was going to make it
4     all one exhibit.  I'll go through and identify
5     just so it's clear on the record what we're doing.
6     BY MR. DEAN:
7          Q.   Do you see there's a cover letter from
8     Ms. O'Leary, dated February 25, 2025.  I'll read
9     into the record what it says.  It says, "Counsel,
10    pursuant to Federal Rule of Civil Production
11    Number No. 26(e)(1) & (2), the United States now
12    produces supplemental facts and data considered or
13    relied upon by Dr. Hennet."
14          Do you see that?
15          A.   I see that.
16          Q.   Now, do you agree with her, this is the
17    way she wrote the letter, that these are new facts
18    and new data that was considered by you after your
19    report?
20          MS. O'LEARY:  Object to foundation.
21          THE WITNESS:  I believe it relates to
22    what I did on February 11.
23    BY MR. DEAN:
24          Q.   Which is after your original report in
25    December of 2024?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 109 of 370

1          A.    That was after my expert report, yes.

2          Q.    And then the second part of Exhibit 10

3    is an errata sheet -- actually, it's a couple

4    pages -- that relates to some updates, changes or

5    corrections that you wanted to make to your report

6    footnotes.

7                Do you see that?

8                MS. O'LEARY:  Object to foundation.  I

9    have two pages of errata.  Am I meant to have two?

10               MR. DEAN:  I agree with that, one on the

11   25th and one on the 28th.

12   BY MR. DEAN:

13         Q.    Do you have the errata sheets there?

14         A.    I have Exhibit 10.

15         Q.    Hand it back to me, and I'll see if I

16   can help find where it's at in the group here.  At

17   the end there's two pages.  So there's three

18   sections to this.  Exhibit 10, first page, one and

19   two are two letters, February 25 and 28.  The

20   second section of Exhibit 10 is your supplemental

21   reliance materials list that came with these

22   letters.  The last thing is the errata sheets, two

23   pages of errata sheets that came with the letter

24   on the 28th.

25               MS. O'LEARY:  I object to foundation

Golkow Technologies,
877-370-3377            A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 110 of 370

1    there.  I don't think both errata came with the
2    letter, either letter from February.
3              MR. DEAN:  What's that?
4              MS. O'LEARY:  I don't think both errata
5    came with the letters from February.
6    BY MR. DEAN:
7         Q.  If you look on the backside of the first
8    page there, you'll see a second letter, dated
9    February 28, and then the last sentence says,
10   "Also produced are errata correcting citations to
11   Bates-stamped documents with the prefix."
12             Do you see that?
13        A.  Which date of which letter because I
14   don't know which page -- the second page.
15        Q.  Yes.
16        A.  February 28, 2025.
17        Q.  Does it say in the second sentence,
18   "Also produced are errata correcting citations to
19   Bates stamps"?
20             MS. O'LEARY:  Object to foundation.
21             THE WITNESS:  Bates-stamp documents with
22   the prefix.
23   BY MR. DEAN:
24        Q.  Errata sheets.
25        A.  So it's not full sentence you gave.  But

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 111 of 370

1    I can see what you say.
2         Q.   And do you see at the end of Exhibit 10,
3    the last two pages of Exhibit 10 are those two
4    errata pages?
5              MS. O'LEARY:  Object to foundation.
6              THE WITNESS:  The last -- you have one
7    page that is two sides and one page that is one
8    side.
9    BY MR. DEAN:
10        Q.   Agreed.
11        A.   And it is a three pages or four
12   depending on how you look at it.
13        Q.   But those are errata sheets that you
14   created subsequent to your report to make some
15   minor changes to some references in footnotes;
16   right?
17        A.   Appears to be, yes.  It appears to be
18   that.
19        Q.   Now, the other section of Exhibit 10
20   that I want to spend most of the time with you is
21   it titled Supplemental and Corrective Reliance
22   List.  Do you see that?
23        A.   I see that.
24        Q.   Did you prepare this document or someone
25   work with you to prepare the supplemental

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 112 of 370

1    corrective reliance list?

2         A.    My recollection is that it was -- I

3    delegated this could be done by a staff to

4    basically get those things with the errata

5    incorporated.  That's my recollection.

6         Q.    And it also was to list the photographs

7    and handwritten notes of February 11, 2025 when

8    you made that third visit, and those are listed in

9    here too as well; right?

10        A.    I do not know that.  You have to show me

11   where they are listed.

12        Q.    Sure.  Do you see on page 24?

13        A.    24 of the second section of the

14   four-section exhibit?

15        Q.    Exhibit 10, yes, sir.  Turn to page 24

16   at the bottom.  Do you see in the center it says

17   CLJA Photos SSPA 1 through 58, Bates stamps CLJA

18   Photos SSPA 1 through 52.

19        A.    I see that.

20        Q.    Is that photos you believe to be that

21   you took -- scratch that.  I'll show them to you

22   in a second.  Turn to page 28.

23        A.    Yes.

24        Q.    Do you see the last entry there is

25   called Hennet USA 1 through 96?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 113 of 370

1      A.   I see that.

2           (Hennet Exhibit 11 was marked.)

3  BY MR. DEAN:

4      Q.   I'll show you Exhibit 11.  Do you see

5  that Exhibit 11 are your notes, sheets one and

6  two, you prepared it appears on February 11, 2025.

7  The Bates-stamp of this exhibit is Hennet_USA_34

8  and Hennet_USA_76.  Do you see that?

9      A.   I see that.

10     Q.   So that is part of the reason for the

11  supplemental reliance materials in addition to the

12  errata changes, was also to provide these updated

13  supplemental documents and data.

14          Do you see that?

15          MS. O'LEARY:  Object to foundation.

16          THE WITNESS:  I see that.

17  BY MR. DEAN:

18     Q.   Now, what we're going to do, just so you

19  know -- you can put that aside for the time being.

20  Let me ask a couple more questions.

21          We talked about it earlier, but the

22  supplemental reliance materials that are listed, I

23  noticed that pages 1 through the middle of page 22

24  you listed out a lot of different specific

25  materials.  You've provided whether it be an

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 114 of 370

1    author or whether it be a Bates-stamp, whether it
2    be a JTC Environmental Consultant report, you
3    listed out a lot of things individually on pages 1
4    through 22.
5            Do you see that?
6        A.    I see that.
7        Q.    Then the last, page 22 through 28,
8    there's a lot of documents listed, which appear to
9    be a lot of the production's Bates-stamps in this
10   case.
11           Do you see that as well?
12       A.    I see that.
13       Q.    I guess my question is to understand how
14   you may have prepared this list and did your work.
15           The first 22 pages where you
16   specifically list out things, are those all of the
17   documents, individual documents that you
18   specifically rely upon for your opinions in this
19   case?
20           MS. O'LEARY:   Object to foundation.
21           THE WITNESS:   Those are the documents
22   that I provide in support of my expert report plus
23   what you mentioned that I did after my expert
24   report.
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 115 of 370

1    BY MR. DEAN:

2         Q.    February 11?

3         A.    February 11, yes.

4         Q.    The documents that are listed in pages

5    22 through 28, and I'll just give you an example,

6    if you look at page 23 and let's go down to the

7    third entry CLJA OCPL 1 through 12, do you see

8    that?

9         A.    I see that.

10        Q.    Can you tell me as you sit here what

11   specifically those documents are?

12        A.    I cannot.

13        Q.    If there's anything in there that's

14   important to your opinions and that you reviewed

15   and relied upon, it's going to be in the first 22

16   pages?

17             MS. O'LEARY:  Object to form and

18   foundation.

19             THE WITNESS:  I wouldn't agree with that

20   without seeing those other documents.

21   BY MR. DEAN:

22        Q.    Well, have you looked at every single

23   page of every single one of these groups of

24   millions of documents on pages 22 through 28?

25   Under oath, had you reviewed every single page of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 116 of 370

1    every single one of these productions?

2                MS. O'LEARY:  Object to form.

3                THE WITNESS:  No.  I didn't review every

4    page, but I basically went through a lot.  And I

5    may have missed some, but what was relevant to

6    what I did I basically...

7    BY MR. DEAN:

8         Q.   And you feel like you did a very

9    thorough review of all these materials that are

10   grouped together on pages 22 through 28?

11        A.   I did as best I could.

12                MS. O'LEARY:  Object to form.

13   BY MR. DEAN:

14        Q.   And those that you found that were

15   relevant to your opinions, you pulled them out and

16   you've listed them on the first 22 pages that are

17   cited in your report or referred to?

18        A.   I do not think that reflects that.  But

19   in the report itself, you have footnotes.  When

20   something is specifically relevant, I would cite.

21   Now, on the list of documents considered and/or

22   relied upon, I listed basically what I have.

23        Q.   Let's do this.  I don't know if we can

24   finish.  I doubt we can finish, but we're going to

25   try.  Your photographs.

1           Well, let me ask you this:  Is there
2     some new opinion you now have as a result of the
3     supplemental work that was done on February 12, or
4     does this information just support some of your
5     prior opinions?
6           A.    You mean February 11?
7           Q.    Yes, sir.  I'm sorry.
8           A.    No.  My opinions are unchanged.
9           Q.    So am I accurate that the work you did
10    you believe supports what you've already said.
11    You don't have any sort of new opinions?
12          A.    Support or confirm.
13          Q.    Did you create some new calculations to
14    confirm for support some prior opinions that you
15    expressed on or after February 11, 2025?
16          A.    I didn't do calculations per se, but I
17    just basically thought about what I observed on
18    February 11, especially under filling of the water
19    buffalo that I witnessed.  But I didn't write
20    anything or I did not calculate anything.
21    Otherwise, you would have obtained it.
22          Q.    So I've looked at the photographs, the
23    still photographs that you took, which we're
24    fixing to look at, and I think there was some
25    movies in there, some video.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 118 of 370

1       Do you remember that?

2       A.   You will have to show me.

3       Q.   Did you take all of those photos

4  yourself and record those videos, or did someone

5  else do it?

6       A.   On February 11 I believe I took all the

7  photographs.  It might have been that I passed the

8  camera to somebody if I was busy.  Can you take a

9  picture of that?  I do not recall that.  But on

10  the previous visit, because of what we were told,

11  I could not personally take photographs.  So I

12  would ask counsel to take photographs because I

13  wanted to have that basically as a document.

14       Q.   So all of these prior visits -- I won't

15  hold you to the specific.  We think it's about

16  three -- including February 11, there were

17  photographs taken either by yourself or at your

18  direction by counsel?

19       A.   I don't know if it was on every visit

20  because sometimes they'd say no photographs.  I

21  don't recall exactly what the circumstances were,

22  but they are not always the same.

23       Q.   We'll get to it in a minute, but you

24  clearly went in May of '24, and you clearly took

25  photos or someone did because they're in your

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 119 of 370

1    report.  Okay?

2         A.    Yeah, on that one, on that specific one,

3    I believe I had to ask counsel to take photographs

4    because I was not -- the name of the game was the

5    expert don't take photographs.

6         Q.    Did they then send those images -- they,

7    DOJ lawyer, whoever it was that took the photos,

8    did they then text or email you those digital

9    photos for the May '24 inspection if you didn't

10   take the photo?

11        A.    If I didn't take the photo?

12        Q.    Yeah.

13        A.    At some point I got them, yes.

14        Q.    And the photographs that you took on

15   February 11 using your phone, do you still have

16   those digital original native images?

17        A.    I don't remember taking them with my

18   phone.  I think I took them with a camera.

19        Q.    Do you still have that camera digital

20   photographs, original native files of the photos

21   you took that day?

22        A.    Well, I used the company camera, not my

23   personal camera, and that camera is used for

24   different projects.

25        Q.    I'm not asking about the camera.  I'm

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 120 of 370

1    asking the images, the Bates native images.  Do
2    you still have the native images of those photos
3    you took on February 11?
4             MS. O'LEARY:  Object to foundation.
5             THE WITNESS:  My recollection they were
6    downloaded and provided to counsel.
7    BY MR. DEAN:
8        Q.   So you don't have copies of these native
9    images?
10       A.   I think I do.
11       Q.   But, obviously, the Department of
12   Justice, you believe you provided the native image
13   files to them?
14       A.   My recollection, it would have been
15   electronic transfer of those photographs to them.
16           (Hennet Exhibit 12 was marked.)
17   BY MR. DEAN:
18       Q.   We'll call it Exhibit 12 is all of those
19   photos provided to us, whatever that date Haroon
20   provided them.
21           MS. O'LEARY:  I think just referencing
22   Exhibit 10, which has the supplemental and
23   corrected reliance list, we're talking about the
24   Bates-stamps HENNET_USA_1 through 96?
25           MR. DEAN:  Correct.  Like I said, I'll

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 121 of 370

1    just give you this.

2              MS. O'LEARY:  Is this a copy?

3              MR. DEAN:  Yeah.  I'm going to put them

4    on the screen.  Actually, I was going to put it

5    into the record, but for all of us, I'm going to

6    throw them on the screen and refresh his

7    recollection about all these photos.

8              So for the record I've given you

9    Exhibit 12, which are the photos and we're fixing

10   to show the witness.

11   BY MR. DEAN:

12        Q.   Now, do you see on the screen,

13   Dr. Hennet, a photograph dated -- with a

14   timestamp, date stamp of 2/11/2025 at

15   HENNET_USA_1?

16        A.   I recognize that photograph, yes.

17        Q.   That document was produced to me as a

18   .pdf.  I'm representing to you I don't have the

19   native file, but your representation to me is that

20   you personally took that photo and you took it on

21   February 11, 2025; right?

22        A.   That's what I recall, yes.

23        Q.   Now, whose hands are there?  One person

24   actually has got a booboo.

25        A.   It's not me.

GolKow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 122 of 370

1      Q.    Are your hands in that picture?

2      A.    I don't believe so.

3      Q.    Do you wear were cowboy boots?

4      A.    I didn't wear cowboy boots that I

5  recall.

6      Q.    Do you know who's wearing the brown

7  cowboy boots and the gray pants?

8      A.    I do not know.

9      Q.    Do you know who person is kneeling down

10 with the blue jacket, tan pants and brown boots

11 holding something?

12     A.    That was a person.  I don't see his

13 face.  But that was a person who helped doing

14 those measurements because you cannot take those

15 measurements alone.

16     Q.    There's a rope there and there's a

17 person holding to the left with a bandage on their

18 left thumb.

19           Do you see that?

20     A.    I see a bandage on somebody's hand?

21     Q.    And that's not your hand?

22     A.    That's not my hand.

23     Q.    Now, there's a person standing back, and

24 all I can see is two feet or two boots.

25           Are those boots you were wearing that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 123 of 370

1    day?

2         A.    I don't think so.

3         Q.    So you're not in this photo?

4         A.    I am not in the photo, but I was there.

5         Q.    So we got at least one, two, three,

6    four, five people at least were the there on

7    February 11, 2025.  Four are shown in the photo in

8    some manner, and you're off to the side somewhere;

9    is that correct?

10        A.    The people who were there as I recall

11   were basically myself, counsel.  And then there

12   was three, four, five people who work at the water

13   treatment plant that were basically there to

14   assist.  And I asked them questions.

15        Q.    What does that photo show?  What is the

16   purpose of that photo?

17        A.    The photograph is at the water Hadnot

18   Point water treatment plant treatment next to a

19   spiractor effluent to the left.  That structure

20   that is covered with some metals there, that's the

21   head of the spiractor at that plant.

22              Now, what is represented on the

23   photograph we needed to use certain tools in order

24   to be able to estimate through measurement certain

25   distances, and the distance we wanted to measure

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 124 of 370

1    was the distance between a reference point, which
2    was that metal bar that was basically held on each
3    side of the spiractor effluent area at the level
4    that was basically making the bar always
5    horizontal.
6            And then we had to measure a distance
7    between that bar and the top of the effluent pipe
8    in the spiractor.  And the spiractor, at the time
9    could do that because the spiractor was not
10   online.  So it didn't have water in it.  So we
11   could see the pipe and we could measure things.
12           So the way to do that was to use that
13   bar and then in order to be able to get that
14   distance, you could not go there physically
15   because it would have been a complicated thing to
16   do.  You could not go there physically as a
17   person.  So we used a rope, that rope there, to
18   basically position it where we wanted it to be
19   positioned, vertically, to give a distance between
20   the bar, the top of the bar in this case here, and
21   what we wanted to measure, which was the top of
22   the effluent pipe.
23           And then we could bring -- we did bring
24   the rope, if you wish, and the bar back, and we
25   measured that distance that way because we could

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 125 of 370

1    not do it directly.  It would have been involved

2    getting into a system which would -- we were not

3    prepared to do and would be extremely complicated

4    to do.

5          Q.    Maybe not the safest thing to do either;

6    right?

7          A.    It would not have been a safe thing to

8    do.

9          Q.    So the spiractor that you were doing

10   this measurement there from top to bottom, I

11   believe you mentioned or said that it was empty,

12   it was dry, there was no water in.

13         A.    There was no water in it, yes.

14         Q.    You're at Hadnot Point water treatment

15   plant; right?

16         A.    That's correct.

17         Q.    Did you take a look -- did you do any

18   research before you did this experiment?  I say

19   experiment.  I didn't mean to use that word.

20               Before you did these measurements and

21   went to do the work, whatever it was you did that

22   day on February 11, did you do any work to

23   research or look at any design drawings or

24   research anything about the history of the

25   equipment that you were there measuring?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 126 of 370

1        A.    I looked at documents.  Among those
2    documents were drawings, but the drawings were not
3    providing me what I wanted to evaluate directly,
4    at least the drawings I was looking at.
5        Q.    Where are these drawings that you were
6    looking at?
7        A.    In the records, I believe.
8        Q.    Can you give me -- do you know what the
9    dates of those design drawings were that you're
10   referring to?  Do you know where they were right
11   now as you sit there today?
12              MS. O'LEARY:  Object to form.
13              THE WITNESS:  I do not know.  They're in
14   the record.
15   BY MR. DEAN:
16       Q.    Are they in your office?
17       A.    I don't know.  They're in the record.
18   So the records, I have access to the records.
19       Q.    I need to identify what those records
20   are is what I'm trying to get you to help me do,
21   and we don't have to do it today if you don't
22   remember.  But do you have a copy back at your
23   office of these drawings you were looking at
24   before you went to do this work on February 11?
25       A.    We have access of them.  I believe so.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 127 of 370

1    It will be in the record.

2        Q.    How many pages were they?

3        A.    I do not know.

4        Q.    Do you remember anything about the dates

5    of the documents?

6        A.    I do not know.

7        Q.    So other than looking at an unidentified

8    yet design drawing or two, did you do any other

9    work to ascertain the -- any historical

10   maintenance, installation or anything like that

11   related to the equipment you were measuring?

12           MS. O'LEARY:  Object to foundation.

13           THE WITNESS:  What I did is basically

14   looked at schematics of the spiractors.  And that

15   didn't change over time to whatever I saw.  It was

16   the same type of spiractors.  And there is nothing

17   that I found in the records that say that would be

18   a different type or that would have been changed.

19   Spiractors are the spiractors, and they have to

20   fit the bill in the sense that they are very

21   large, very large volume for treatment that

22   basically have to fit the plumbing of the a plant.

23   BY MR. DEAN:

24       Q.    Understood.  And you remember and it's

25   listed in your reliance materials that AH

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 128 of 370

Page 132


```
 1   Environmental in 2004 did some of these similar,
 2   if not same, measurements you're talking about?
 3       A.   I don't think that's correct.  AH did
 4   not do any measurement.  They just looked at stuff
 5   and they estimated.
 6       Q.   So you don't think AH Environmental
 7   measured the spiractors like you did and similar
 8   equipment back then 20 years ago?
 9       A.   They did not.
10       Q.   Let's go to photo 2.
11            What is the basis or why do you think or
12   what do you rely upon to say that AH Environmental
13   did not do some of these same measurements on
14   certain equipment like you did in 2004?  What are
15   you relying on?
16       A.   The AH report.
17       Q.   And you don't remember anything in my
18   report that relates to their doing any
19   measurements?
20            MS. O'LEARY:  Object to foundation.
21            THE WITNESS:  What I recall is a report
22   that say visual estimate.
23   BY MR. DEAN:
24       Q.   Just a different angle, page 3?
25       A.   Yes.  This is just another angle.  And
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 349-3   Filed 04/10/25   Page 129 of 370

1    if you see the opening into the spiractor, it's
2    that little basically rectangular opening there to
3    the left.  And that's one of the complication with
4    the Hadnot Point spiractors.  They are covered
5    with basically a metallic protection cover.
6              MR. DEAN:  Give me about seven more
7    minutes -- it will be at a quarter till -- and see
8    if I can get through this or not.  Then we can
9    take a break till about -- 45 minutes or so?
10             MS. O'LEARY:  Are you okay?  Do you need
11   a break?
12             MR. DEAN:  It will be about seven or
13   eight minutes.
14             THE WITNESS:  I can do seven minutes.
15   BY MR. DEAN:
16        Q.   Next page.  What is shown on page
17   HENNET_USA Bates-stamp 4, and why are you taking
18   that photo?
19        A.   This photograph is basically taken from
20   the other side of the spiractor, which has a
21   bigger, a larger opening.  You saw on the previous
22   photograph you have a smaller opening on one side
23   and a larger one on this side.
24             On here you can see the interior of the
25   spiractor, no water.  And what you are seeing in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 130 of 370

1    the middle of the photograph is a spiractor
2    effluent pipe.
3         Q.   And you say no water.  How can you look
4    at this photo and tell there's no water?
5         A.   I am telling you there is no water.  If
6    there was water, you would see because the water
7    when the spiractor is online is all the way to the
8    rim of that pipe.
9         Q.   Was there any water inside that pipe?
10        A.   Can you repeat that, please?
11        Q.   Is any water inside the effluent pipe?
12        A.   No.
13        Q.   The ruler there, again my eyes are
14   getting bad as I age.  I can't read the ruler
15   there, the yellow ruler.  Can you read it?
16        A.   Maybe on another photograph you can.  It
17   was very difficult to measure this.  I noticed
18   that in my notes.  And what we're trying to do
19   here was without going into this dangerous place
20   is basically to measure the distance between the
21   horizontal bar and the rim of the spiractor
22   effluent pipe.
23        Q.   Why is that?
24        A.   Because another measurements was to
25   measure the distance between the horizontal bar to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 131 of 370

1  the top of the pipe.  That would be to the left of
2  this.  The pipe basically doesn't come as much
3  further out there.
4       Q.  Can we go back one photo, please.  Go
5  back one more.  We'll come back to that.  We'll
6  come back to that.
7            On photo 1, Bates-stamp 1, we can see --
8  it's a little blurry, but you can read those
9  numbers.  It looks like the gentleman's thumb on
10 the right side is somewhere around -- is it 28 or
11 not?
12      A.  I think it was 28.
13      Q.  Is that important that number 28, or is
14 there some other important number?
15      A.  Yes, it is.
16      Q.  Why is the 28 important?
17      A.  Because that's the distance, the total
18 dance between the bar, the horizontal bar and the
19 top of the pipe where it becomes -- after it
20 finishes curving, if you wish.
21      Q.  And the bar, is he holding it level or
22 not?
23      A.  Not here because now we removed it from
24 the spiractor environment.  But when it was in the
25 spiractor environment where we deployed the roll

GolkowTechnologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 132 of 370

1   there, there it was horizontal because it was held
2   on both sides at the same level.  And you can see
3   the level on the rim of the spiractor itself
4   because it is marked by the water.
5          Q.   Did you measure that?
6               MS. O'LEARY:  Object to form.
7   BY MR. DEAN:
8          Q.   So when this was inside the spiractor
9   like you're referring to, was there a measurement
10  there so you would know the 28 inches here is
11  correct?
12              MS. O'LEARY:  Object to foundation.
13              THE WITNESS:  Yes.  When it was inside,
14  it was the rope that was used because we could
15  bring the rope there and basically have it
16  suspended on the metallic horizontal bar to touch
17  the top of the pipe.
18  BY MR. DEAN:
19         Q.   Do you have the rope that's shown on
20  page 1?
21         A.   Do I have the rope?
22         Q.   You used that rope as a part of this
23  experiment or measurement and that was a vital
24  piece of your tools that day to get this
25  measurement; right?

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 133 of 370

1          MS. O'LEARY:  Object to foundation.
2     BY MR. DEAN:
3          Q.   Right?
4          A.   The rope was provided by the base
5     personnel.
6          Q.   I understand that.  My question, it was
7     important for you to use a vital piece of tool to
8     get the measurements.  That rope was the one
9     pieces of it?
10          MS. O'LEARY:  Object to form.
11          THE WITNESS:  Yes.  That rope was
12     selected because it's not a rubber band.  It is
13     basically something that will give you an
14     estimate, a measured estimate of a distance.
15     BY MR. DEAN:
16          Q.   Did you conduct a measurement to
17     determine what the elastic characteristics of that
18     rope was before you used it other than visual and
19     yourself?
20          MS. O'LEARY:  Object to foundation.
21          THE WITNESS:  It's held the hope in my
22     hand and said that's fine.
23     BY MR. DEAN:
24          Q.   Did you take possession of that rope
25     when you left doing this?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 134 of 370

1        A.    The base has possession of that rope.

2        Q.    Who on the base has possession of that

3   rope right now?

4        A.    The water treatment plant personnel.

5        Q.    Have you seen that rope since

6   February 11, 2025?

7        A.    I didn't go to the base since then.  So

8   the rope is there.  I didn't see it since then.

9        Q.    Did you ask anybody that day when you

10  were talking to the personnel there at the water

11  treatment plant, did you ask them to preserve that

12  rope?

13       A.    I did not ask them to preserve the rope.

14       Q.    Have you ever since 2005, which we

15  believe was maybe some of the first time periods

16  you started doing a little work at time Camp

17  LeJeune, for the last 20 years, have you ever

18  observed Hadnot Point water treatment plant

19  operations on and water in that spiractor?

20       A.    Yes, I have.

21       Q.    When was that?

22       A.    For this case, the times I went to the

23  base, every time I went there.  And the spiractors

24  that I observed at the time were actually online.

25       Q.    When was that?

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 135 of 370

1    A.    I went one time in 2024 and I believe I
2    went one time in 2023.
3    Q.    Did you take any photographs of the
4    spiractors and the operations?
5    A.    On the 2024 I didn't take pictures, but
6    some pictures were taken by counsel.
7    Q.    These same spiractors were there in
8    2024, is that what your testimony is?
9    A.    Yes.
10    Q.    And did you conduct any measurements
11    when you were there in '24?
12    A.    I did not.
13    Q.    Was that rope there in 2024?
14    A.    Not where you see on the picture.  It
15    was not there.  I don't know if the base had that
16    rope or not.
17    Q.    When you were there in '24, you had some
18    DOJ attorneys with you; right?
19    A.    Yes.
20    Q.    Did you have some of the well men, some
21    of the well operations people there with you as
22    well?
23         MS. O'LEARY:  Object to foundation.
24         THE WITNESS:  The best I recall, some
25    people from the water treatment plant were there

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 136 of 370

1   when we visited.

2   BY MR. DEAN:

3        Q.   And in '24, did you have a cell phone

4   with you?

5        A.   Probably.

6        Q.   Did you have a camera with you?

7        A.   I did not have a camera with me because

8   we were told pictures will not be taken by us.

9        Q.   But pictures could be taken by base

10  personnel, which they did?

11       A.   Not base personnel.  It was counsel.

12       Q.   Did you ask the DOJ lawyers in '24 if

13  you could do these measurements you did in 2025

14  when you were there in '24?

15       A.   Could not have done those because you

16  need some preparation to do this.  It's

17  complicated.  On top of it, we were on a site

18  visit with several people, other experts, counsel,

19  several counsel.  And the purpose of the site

20  visit was not to do measurements at the spiractor.

21  I do recall that -- and I could not have done this

22  measurement there because I would not have had

23  what I needed to do them.  Now --

24       Q.   After you were there in 2024 through

25  February 11, 2025, did you make -- during that

GolkoW Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 137 of 370

1    timeframe, May of '24, February 1, 2025, did you

2    ever make any request for an additional visit --

3    excuse me.  Strike that.

4         Between May of '24 and when you issued

5    your report on December 9, 2024, did you make any

6    request of the DOJ or the Marines to go back to

7    the base to do measurements?

8         A.    Through counsel I did.  And I want to

9    add that during the 2024 visit, unexpectedly there

10   was a spiractor on the truck bed, that was on a

11   truck bed.  That was at the Holcomb Boulevard

12   water treatment plant.  And when I saw that, I

13   said, well, it is there.  It's not going to be

14   there forever.  And I asked counsel to take some

15   photographs of that spiractor effluent pipe using

16   a Metro card as a scale.

17        I have a Metro card.  I know exactly the

18   distance of it.  And I used that as a scale on the

19   spiractor and had counsel take photographs of

20   that.  So that's one.

21        Second, I did through counsel ask if the

22   base could measure the distance that I am talking

23   about here, that measurement that is important for

24   parameters that is used in volatilization

25   calculations.  And I did on one spiractor effluent

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 138 of 370

1    pipe at Holcomb Boulevard.  And they provided me

2    with a measurement.  It was much easier to do that

3    at the Holcomb Boulevard water treatment plant

4    because the spiractor there are not covered with

5    this metallic cover that you have at the Hadnot

6    Point water treatment plant.

7         Q.   Two more points.  Then we'll take a

8    break.

9              So you did think about the need to do

10   the measurements you did on February 11, 2025 when

11   you saw the effluent pipe over at Holcomb

12   Boulevard; right?

13        A.   The reason why --

14        Q.   Let me go slowly through this and, if

15   you could, you did think about the need to do some

16   of these measurements that you ultimately did on

17   February 11, 2025 back in May of '24 when you saw

18   the effluent pipe on the back of the truck, but

19   you were at Holcomb Boulevard and you did some

20   measurements there; right?

21        A.   Yes.  That was an opportunity.  I did

22   that.

23        Q.   Didn't have the equipment, didn't what

24   you needed or circumstances weren't right for you

25   at the time May of '24 and you went back and did

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 139 of 370

1    it February of '25?

2         A.    Yes.  And reason I went -- that's one of

3    the reasons I went back on February 11, 2025.

4    It's because of what Dr. Sabatini basically in

5    some sense rebutted my report on some aspect of

6    it.  In his estimates, he relied on a fall height,

7    which is a very important parameter for

8    calculating the losses that AH report basically

9    provided as a visual estimate.

10             And I was in some sense criticized

11   because the measurement I had was not measurements

12   for Hadnot Point water treatment plant.  They were

13   measurements for the Holcomb Boulevard water

14   treatment plant spiractor effluent pipe.  And you

15   have two such measurements.  You have the one that

16   was on the truck bed.  Basically I was there when

17   that was done.  And later on, I had requested

18   through counsel that the base perform a

19   measurement on the spiractor pump, and I provided

20   that to me because I did it.

21        Q.    When you took those photographs, and

22   they're in your report, we're going to go over

23   them a little bit after lunch.

24             On the pipe that you saw, the effluent

25   pipe that was in truck bed over at Holcomb

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 140 of 370

1   Boulevard and you saw it, I guess it had been used
2   and it had been removed and it was in spare parts
3   or to be discarded area or something like that;
4   right?
5        A.   That's my understanding on the truck
6   bed.
7        Q.   Did you do any work, see if had any
8   serial numbers to ascertain how old it was?  Did
9   you do any metallurgy work on it, anything to
10  ascertain how old that particular pipe was?
11       A.   I didn't see anything that would allow
12  me to do that.
13       Q.   Do you even know if that pipe had
14  actually been used in the past?
15       A.   That pipe obviously had been used.
16       Q.   Why do you say obviously?  Because it
17  was sitting in the back of a pickup truck in a
18  base salvage area.  How do you know where it came
19  from?
20            MS. O'LEARY:  Object to foundation.
21            THE WITNESS:  Two things.  The pipe had
22  been obviously used because it was encrusted, if
23  you wish, with deposits, which is typical of all
24  the spiractor pipes that I've seen in place.  That
25  was one.  And the second point is I was told at

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 141 of 370

1  other times that it came from the Holcomb
2  Boulevard.
3  BY MR. DEAN:
4      Q.   Did someone show you where it was before
5  it went in the truck bed when it was actually
6  functioning?
7      A.   No.
8      Q.   Did you ask anybody where that pipe came
9  from specifically?
10     A.   I came from the plant.
11     Q.   Which plant?
12     A.   The Holcomb Boulevard plant.
13     Q.   What do you base that on?
14     A.   That's what I was told.
15     Q.   By who?
16     A.   The people from the water treatment
17  plant.
18     Q.   What was that person's name?
19     A.   I do not know that person's name.
20     Q.   Did you make a record of that person's
21  name so if you need to go back to confirm
22  anything, you'd have his or her information?
23     A.   I did not.
24     Q.   That pipe could have equally come from
25  Hadnot Point, been on the back of a truck, and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 142 of 370

1    they parked it back there behind Holcomb
2    Boulevard, couldn't it?
3              MS. O'LEARY:  Object to foundation.
4              THE WITNESS:  I was told it was from
5    Holcomb Boulevard.
6    BY MR. DEAN:
7         Q.   But to be fair and reasonable with me,
8    you don't know, you didn't see where it came in
9    from.  It could have come from Hadnot Point as
10   well?
11             MS. O'LEARY:  Object to form.
12             THE WITNESS:  It was on the bed of a
13   truck, and that's all I can tell you.
14             MR. DEAN:  Let's take a lunch break.
15             MS. O'LEARY:  Before we go off record, I
16   just wanted to note that Exhibit 7, which was the
17   email, I understand from colleagues who's looked
18   into this, we agree that this one was not among
19   the group where we requested the clawback, but
20   that was an oversight.  We think it was missed
21   because of the sort of thread nature.  And we
22   assert privilege over Exhibit 7.
23             MR. DEAN:  So let's do it this way.
24   Let's mark that section of the transcript
25   confidential.  And let's note on the record when

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 143 of 370

1  we don't agree with you, but we'll deal with it
2  later.  And we'll mark that document pursuant to
3  your request it be considered privilege and we
4  won't share it outside.  We probably won't even --
5  let's remove Exhibit 7.  Exhibit 7 will not be
6  attached to the transcript until this issue is
7  resolved.
8          THE VIDEOGRAPHER:  We are off the record
9  at 1255.
10         (Recess from 12:55 p.m. to 1:47 p.m.)
11         THE VIDEOGRAPHER:  We are on the record
12  at 1347.
13  BY MR. DEAN:
14     Q.    Let's go back to Exhibit 11, your notes.
15  It should be in there Exhibit 11.
16     A.    Got it.
17     Q.    Now, as we go through this, if you want
18  me -- I'm going to throw some photos -- we're
19  going to go back through the photos at some point
20  in time.  But what I'm saying is if you feel like
21  it would be better for me to throw one of these
22  photos up for you to illustrate what you're doing
23  here, just tell me.
24     A.    I will.
25     Q.    We may jump around a little bit too

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 144 of 370

1   because I don't have photos of water buffalos up
2   here yet.  But let's go to item number two.
3   Explain to me -- it says spiractor effluent pipe.
4   That's a good photo to use?  Tell me.  If not,
5   I'll find a different one.  Tell me what your
6   notes say in No. 2 and how that information
7   supports your opinions.
8            MS. O'LEARY:  For the record, that's in
9   Exhibit 11.
10           MR. DEAN:  Correct, Exhibit 11.
11           THE WITNESS:  So item two on Exhibit 11
12  is basically an explanation of the result of the
13  estimated measurements that I performed on
14  February 11, 2025 at the HP WTP, HP water
15  treatment plant spiractor effluent pipe.
16  BY MR. DEAN:
17       Q.   So which pipe -- so we're clear, you
18  appear to be taking some measurements.  You've
19  recorded some measurements here.  Which pipe are
20  you measuring the 14-1/2 to 15, the 24 to 18?  Is
21  it at Hadnot Point?  Is it the one that was --
22  which pipe are you measuring?
23       A.   This is specifically related to Hadnot
24  Point and the photographs that we have looked at.
25       Q.   So you're measuring that pipe in photo

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 145 of 370

1    Hennet 4 dated 2/11/25?

2         A.   That's correct.

3         Q.   Is that a good photo for you to use

4    to -- let me tell you what I'm trying to figure

5    out, and I don't care how we do it, whatever is

6    most convenient and quick for you and me both.

7    I'm trying to find a photo that can demonstrate

8    what you're doing in number two.

9              MS. O'LEARY:  And that's on Exhibit 11?

10             MR. DEAN:  On Exhibit 11.

11             MS. BAUGHMAN:  Kevin, for the record

12   what you're showing now is No. 8?

13             MR. DEAN:  Is HENNET_USA_8.

14   BY MR. DEAN:

15        Q.   So eight is one possibility.  Stop me if

16   you see a photo that you think might help us

17   illustrate what you're doing in No. 2.

18        A.   This is a photograph that I took.

19        Q.   We're looking at HENNET_USA_38 taken

20   2/11/25.

21             My question is:  Do that help

22   illustrated the measurements that you're showing

23   on Exhibit 11 under item No. 2?

24        A.   Yes, it does.

25        Q.   And what does it show?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 146 of 370

1      A.   It is basically a measurement of the
2    diameter of the effluent pipe.
3      Q.   And is that effluent pipe that you're
4    measuring there at Hadnot Point water treatment
5    plant?
6      A.   Yes.
7      Q.   And did you inspect -- first of all, did
8    you ask anybody when that particular pipe was
9    installed?  Did you get any history from anyone?
10     A.   Nobody knew.
11     Q.   Did you ask?
12     A.   Yes, I did.
13     Q.   Did you look at any documents to
14   ascertain when that effluent pipe extension or end
15   was installed?
16     A.   I found no information as to this
17   particular pipe installment.
18     Q.   Did you look at the pipe to see if it
19   had any markings on it, serial numbers, markings,
20   where it came from, anything like that, to give
21   you any information about its era?
22     A.   There is no such information that I
23   could see.
24     Q.   Again, do you have a better photo?  Is
25   that is the best photo angle?  Because of where

Golkow Technologies,
877-370-3377                 A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 147 of 370

1    you were situated, I understand it was a safety
2    issue.  You didn't have the ability to shoot
3    straight down, did you?
4         A.    I did not have that ability.
5         Q.    So you're measuring the inside diameter;
6    is that fair?
7         A.    That's correct.
8         Q.    And so the 14-1/2 to 15-inch measurement
9    that you're doing there is the inside diameter
10   best estimation just because you can't see
11   straight down?
12        A.    Right.  It is the best measured estimate
13   of the diameter of the effluent pipe.
14        Q.    Now, see if we can get this other
15   measurement photo.  You were measuring -- is this
16   the same pipe at a different angle?
17             MS. O'LEARY:  For the record, this is
18   82.
19             MR. DEAN:  I'm sorry.
20   BY MR. DEAN:
21        Q.    I'm showing you, Dr. Hennet,
22   HENNET_USA_82 showing that you took it on 2/11.
23             Is that the same you pipe or a different
24   pipe than the photo we saw before?
25        A.    This is the same pipe.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 148 of 370

1    Q.   And what is purpose of the measurement
2  in the photograph 82, page 82?
3    A.   It's to obtain measurement -- measure
4  estimate of the distance between the top of the
5  metallic bar, the horizontal bar, to the rim of
6  the effluent pipe.
7    Q.   And is that shown on your -- your
8  interpretation or your measurement estimate, is it
9  shown in Section 2?
10        MS. O'LEARY:  Exhibit 11.
11  BY MR. DEAN:
12    Q.   On Exhibit 11.
13    A.   It is not shown on Exhibit 11, but that
14  was measured in order to have dimensions for the
15  pipe, per se.  This is the distance from the
16  reference bar to the rim.
17    Q.   And what's the inside diameter of the
18  horizontal part of the pipe?
19    A.   The inside -- I couldn't measure that
20  part, but having observed the other effluent pipe
21  that was from the Hadnot Point treatment plant,
22  the pipe is actually -- the diameter appears to be
23  actually a little bit smaller away from this area
24  that you have on the photograph and maybe further
25  away than what even you can see on the photograph.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 149 of 370

1      Q.    So this is a Hadnot Point spiractor

2  tube, right, pipe?

3      A.    This one is at Holcomb Boulevard water

4  treatment plant.  That photograph was not taken by

5  me.

6      Q.    Who took that a photo?

7      A.    Base personnel upon my request.

8      Q.    We're looking at CLJA_USMC_spiractors 2,

9  and you believe that photo was taken at Holcomb

10  Boulevard?

11      A.    Yes.  It was taken at Holcomb Boulevard.

12      Q.    That pipe, the effluent pipe and the

13  supply pipe at the bottom where they come

14  together, they're the same size appear in this

15  photo?

16      A.    Yes, they do.

17      Q.    Where is that photo, HENNET_USA_9,

18  taken?

19      A.    This one was taken at the Hadnot Point

20  water treatment plant.

21      Q.    And did you measure -- so is this the

22  same pipe that you measured the inside diameter of

23  the top of the spiractor?

24      A.    That is the same pipe that we looked at

25  before, yes.

1    Q.   Did you measure the section of the pipe,
2  the supply pipe that comes to the curved spiractor
3  end?
4    A.   No.  What I measured was the distance
5  between the top of the horizontal bar to the top
6  of the pipe at that location with a rope that we
7  discussed before, and then I measured the length
8  of that distance.
9    Q.   I understand that.  If I also remember
10  for the record, I mean, all this stuff was empty,
11  dry?
12    A.   Everything was dry.
13    Q.   But what I was trying to figure out is
14  what is your belief the diameter of this pipe is
15  right here?  It looks like to me it's PVC of some
16  court.
17    A.   It is not PVC.
18    Q.   The two pieces are assembled in this
19  little area here with the crease; right?
20    A.   That's my understanding, yes.
21    Q.   Did you measure the diameter of the
22  first part of the pipe that's coming out of the
23  wall?
24    A.   No.  I could not do that.
25    Q.   So you don't have any idea of the size

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 151 of 370

1  of this pipe that's supplying the effluent pipe

2  ending piece there?

3      A.  That portion of the pipe doesn't supply.

4  It is an exit.  So the water enters the effluent

5  pipe from the rim you see there, and it goes by

6  gravity that way (indicating).

7      Q.  Do you know when the spiractor is active

8  what the level of water would be in the effluent

9  pipe horizontally?

10     A.  That was estimated in the AH report as

11  approximately 6 inches.  That would be called the

12  tail end water height.

13     Q.  Can you show me -- I've got on the

14  screen -- I'm showing you HENNET_USA_10.  Can you

15  tell me the purpose of that measurement?

16     A.  This measurement is a measurement of the

17  distance between the top of the water reservoir to

18  basically vent, exit.

19     Q.  I cannot -- is there some reason someone

20  didn't take the photo so you can see the

21  measurement of the pipe clearly?

22     A.  I think there are photographs that show

23  that.

24     Q.  But that particular one you can't tell

25  the exactness of the measurement, can you, in that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 152 of 370

1  angle?

2        A.    You can make a fair guess, but I think
3  you have a better photograph of that particular
4  vent pipe.

5        Q.    I'm showing you HENNET_USA_11.  Do you
6  know what the purpose of that photo is and what's
7  going on there?

8        A.    This is -- this was explained to me to
9  be the treated water after it comes out of the
10  sand filters, treated water.

11        Q.    I'm not following.  Is this an
12  experiment?  A demonstration.  First of all, let
13  me ask you this:  Where was photo taken
14  HENNET_USA_11?

15        A.    It is inside the Hadnot Point water
16  treatment plant.

17        Q.    Did you turn the water on?

18        A.    No.  The water is the always on.

19        Q.    The water is always on.  And that vial
20  that's being filled up, was it always there?

21        A.    I do not know.

22        Q.    Did you put the vial under the water
23  faucet?

24        A.    I did not.

25        Q.    So do you know why that is there at all

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 153 of 370

1    from any water supply reasons?

2         A.    I do not know the reason for the

3    (indecipherable) to be there.  I do not know.

4         Q.    Does this have anything to do with any

5    of your opinions other than it's just an

6    observation when you were in the treatment plant?

7         A.    I took these photographs because it was

8    explained to me this is where the treated water,

9    after it comes out of the treatment, that's where

10   the samples are taken.  That's why I took that

11   picture.

12        Q.    We're looking at HENNET_USA_7.  Is that

13   okay size-wise?  Can you tell me what HENNET_USA_7

14   is or the purpose of the photo?

15        A.    This is an open area that was open for

16   me of the finished water reservoir at the Hadnot

17   Point water treatment plant.

18        Q.    And is this season normally covered up?

19        A.    Normally that door is closed, yes.

20        Q.    And where is the normal water level?

21        A.    The water level for the reservoir

22   fluctuates I was basically informed of by about,

23   if I recall, 4 feet per day up and down.

24        Q.    So when you measured it at whatever time

25   it was on February 11 -- I guess the water level

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 154 of 370

1  is this level right here under the first stair?

2      A.   I interpret this as the top of the water

3  level.

4      Q.   You interpreted this to be the top of

5  the water level just below -- between the first

6  and the second step?

7      A.   Yes.  And, as a matter of fact, it was

8  explained to me to be that, because if it goes

9  higher, the water would exit the reservoir through

10  an overflow pipe or vent.

11      Q.   Now, what stage of treatment is this?

12  Is this ready to be furnished?  Is this finished

13  water ready to be pumped out, or is it still in

14  the treatment process?

15      A.   This is finished water, which is

16  basically ready to be pumped into the supply

17  system.

18      Q.   When you were there on February 11, did

19  you drink any water?

20      A.   I don't recall.  I probably -- not

21  there.  I wasn't there.

22      Q.   You might have had bolted water.  But

23  did you drink this water at Hadnot Point?

24      A.   I didn't go down there to have a look,

25  no.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 155 of 370

1     Q.   Does that look like water you would want
2  to drink with all the rust in that tank and all
3  the pipe going down?  Does that look like safe
4  water even today?
5     A.   Safe water is based on measurement of
6  that water.  And this is not an unusual setting
7  for a water reservoir that has been there for a
8  while.
9     Q.   Who told you the fluctuation was 4 feet?
10    A.   People at the base when I asked that
11 question.  They have a system, and based on that
12 system, they were able to answer that question.
13    Q.   What do you mean by "they have a
14 system"?
15    A.   They measure it, I mean, automatic
16 measurement.
17    Q.   What was the person's name that told you
18 that it was a fluctuations of 4 foot?
19    A.   It was a person who worked at the water
20 treatment plant.
21    Q.   What was that person's name?
22    A.   I do not recall his name.
23    Q.   Did you make any notes other than the
24 two pages that we have that would identify this
25 person and the specific statement they made about

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 156 of 370

1    4 feet?

2        A.   I did not take his name.  The people

3    were there basically serving the base.  They don't

4    give me their names.  They're working.  They're

5    doing their job.  And I ask them questions and

6    they responded and I noted it.

7        Q.   Do you, yourself, personally observe a

8    4-foot fluctuation of the water level in order to

9    be able to use that information to support or use

10   those observations to support your opinions?

11            MS. O'LEARY:  Object to foundation.

12            THE WITNESS:  No.  I could not have seen

13   that within the short time that I observed this

14   reservoir water level.

15   BY MR. DEAN:

16       Q.   If you stayed there for 24 hours and

17   observed this well, you would possibly have been

18   able to make that observation; right?

19       A.   That's possibly.

20       Q.   And was there more than one person who

21   told you about the 4 feet or were there like four

22   or five people standing around that agreed it was

23   4 feet?  How many people were you talking about to

24   about the fluctuation, one or more?

25            MS. O'LEARY:  Object to form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 157 of 370

1          THE WITNESS:  There were several people.
2  And the question was posed when we were in the
3  room where they have the water pressure monitoring
4  done.  They have a computer that basically shows
5  water levels in different places.  And the
6  reservoirs are one of those places.
7  BY MR. DEAN:
8      Q.   Did the system of measuring the
9  fluctuation of the water levels, did you ask them
10 if they kept any records of that?
11     A.   I know they measure it.  I would say
12 they probably keep a record of that for a period
13 of time.
14     Q.   Not you.  I'm talking about you got
15 information from the unnamed person who gave you
16 the 4-foot fluctuation.  My question was a little
17 different.
18          Did you ask them whether they kept
19 records of that fluctuation using their measuring
20 system?  Did they keep any records of this 4-foot
21 fluctuation measuring system?
22     A.   I do not know if they keep records, but
23 that's something they monitor because it is
24 important.  If it is too low, there can be a
25 failure.  If it who high, it will overflow.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 158 of 370

1          Q.   Did you ask how long they had been using
2     this system to measure the fluctuation to be able
3     to say it's 4 feet?
4          A.   What I was told is that that's a
5     parameter that has to be measured for the system
6     to function.  I can extrapolate that to say from
7     day, one they were monitoring the water level on
8     the reservoir, and it goes up and down because it
9     demands (indecipherable).
10         Q.   You did you ask this person how long
11    their measuring system had been a recording a
12    4-foot fluctuation?  Did you ask this person that
13    question?
14         A.   I was told that it was basically typical
15    fluctuation.
16         Q.   Do you know how long that person had
17    worked to the water treatment plant?
18         A.   Not exactly, but I ask.  People that
19    were there were working there for 10 years, 15
20    years, but not a hundred years.
21         Q.   The specific person that told you the
22    4-foot fluctuation, specifically since you don't
23    remember that person's name, do you know how long
24    that person had been on the base to make these
25    observations?

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 159 of 370

```
 1        A.   As I said before, they were several
 2   person in the room, and all those people were
 3   operating this.  And basically the answer was
 4   provided, and everybody chimed in.  They say
 5   that's typical.  That's what I do recall.
 6        Q.   You said in the room.  Did you all have
 7   a meeting either before or after you did the site
 8   work?
 9        A.   Yes.  When we talked about those
10   specific things, like water level fluctuation,
11   that was done inside the water treatment plant.
12        Q.   At a conference room of some sort?
13        A.   Yes, in a room inside the Hadnot Point
14   water treatment plant.
15        Q.   You had a note pad that has S.S.
16   Papadopulos & Associates with you; right?
17        A.   Yes.
18        Q.   Did you create Exhibit 11, the two pages
19   of notes, on February 11, or did you go home the
20   next day or two and fill out these from some other
21   records you had?
22        A.   I don't remember when I did this.
23   Probably the next day this.
24        Q.   Did you copy off of something else that
25   you had?
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 160 of 370

1      A.   I probably took some notes of that, like

2   very brief notes because some of those notes you

3   have standing.  And then I just put them so they

4   can be understood.

5      Q.   While you were in the room and you were

6   taking notes on some other note pad or some other

7   notes, did you write down the things that this

8   person was telling you on that note pad?

9           MS. O'LEARY:  Object to foundation.

10          THE WITNESS:  Yes, I did.  Then I

11  transferred that here.  And then basically I

12  discarded the draft or I may still have it.  I do

13  not know that.

14  BY MR. DEAN:

15     Q.   Do you know where those other notes are

16  for which you created Exhibit 11 notes the next

17  day?

18     A.   If they still do exist, I have them in

19  my office probably.

20     Q.   Well, do you know as you sit here today

21  if you still have them?

22     A.   And I do not know right now.

23     Q.   But right now we do know you don't

24  remember the names of the individual or

25  individuals in the room that provided you this

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 161 of 370

1 that 4-foot fluctuation history; right?

2     A.   The names of those people was not

3 provided to me.

4     Q.   Did you ask and they just didn't want to

5 give you that info?

6     A.   I was told that there is no photograph

7 of individuals.  And basically you had four, five

8 people there depending on when in the tour.  And I

9 did not ask the name of those individuals one

10 after the other.

11     Q.   Did you walk in the room and extend your

12 hand and introduce yourself?

13     A.   No.

14     Q.   Did they introduce themselves to you?

15     A.   No.  I was basically following the

16 leader of the visit or the leaders of the visit,

17 which to my understanding was basically the person

18 in charge of the entire treatment plant.

19     Q.   Did you tell me you thought they kept

20 measurement records or not?

21     A.   I said you can ask them if you want.

22 But they do measure things, and measurements

23 typically are kept for a period of time.  I do not

24 know the period of time.

25     Q.   Fair.  Did you ask them whether -- to

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 162 of 370

1  look at those measurement records to verify the 4

2  foot that you had been told?

3       A.   Well, I recall that they showed me on

4  the screen some fluctuations.  I recall that.  And

5  those numbers came basically from those.

6       Q.   What screen were you looking at?

7       A.   Again, it was in a room where they do

8  monitor those devices that measure the elevation

9  in many places, including the water towers, in the

10 water reservoirs, the finished water reservoirs,

11 the old water reservoirs, those kinds of things.

12      Q.   We're making progress.  You're in a room

13 with some individuals that operate the water

14 treatment plant at Hadnot Point; right?

15      A.   Some?

16           MS. O'LEARY:  Object to form.

17 BY MR. DEAN:

18      Q.   And you are taking some notes on another

19 piece of paper about observations, what you're

20 learning as you're talking to these and they're

21 showing you a computer screen with some data.

22 Sounds like to me it's a chart, flowchart of some

23 sort.

24           MS. O'LEARY:  Object to form.

25           THE WITNESS:  First of all, there was

1  individuals, not only one.

2  BY MR. DEAN:

3      Q.    I understand.

4      A.    Second of all, they showed me that.  And

5  I asked specific questions, like what is the water

6  level fluctuation in the finished water reservoir.

7  I asked that question and they answered.

8      Q.    I understand.

9      A.    I am not finished.  And then they also

10  showed me on the screen some graphs of water

11  fluctuations in the water towers and the

12  reservoirs.  That's what I recall.  I'm not

13  finished.

14          And then I took notes of that.  And for

15  the reservoirs, my note is 4 feet typical per day.

16  And for the water tower, it's basically 6 feet, if

17  I recall, typical per day.

18      Q.    Thank you for that.  I was asking a

19  little different question sort of as a lawyer.

20          The screen you were looking at, is it a

21  computer screen or a TV screen?

22      A.    It was a computer screen smaller than

23  the one you're showing me now, but it was hooked

24  up to a computer I suppose because I did not check

25  where the extension word went.

1      Q.    And you were looking at some from
2  computer data history records of some fluctuation
3  data of some sort; right?
4      A.    That's right.
5      Q.    And could you tell from looking at the
6  screen or asking questions how far back the
7  information and data went?
8      A.    I think so because you had two axes.
9  One was in feet and the other axis was basically
10  time, time and date, as I recall.  And what I saw
11  was basically what was going on.
12      Q.    But you don't know how far back that
13  information went?
14      A.    I do not know how far back that
15  information could be retrieved.  I do not know
16  that.
17      Q.    Was there a printer room?
18      A.    I do not know that.
19      Q.    Did you take a picture of the screen
20  that you were looking at to get the information
21  for which you now opine that it's approximately a
22  4-foot fluctuation?
23      A.    I did not taking a picture of that.
24      Q.    Did you ask anybody if they had the
25  capability to print out the screen you were

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 165 of 370

 1    looking at in order to base your opinion of a
 2    4-foot fluctuation?
 3              MS. O'LEARY:  Object to form.
 4              THE WITNESS:  I did not.
 5    BY MR. DEAN:
 6        Q.   If you were talking to these well
 7    operators in 2025 and they've been there 10 or 15
 8    years, assuming you're accurate, that means that
 9    they may have started their employment 2010
10    hypothetically using that math; right?
11              MS. O'LEARY:  Object to form.
12              THE WITNESS:  I do not know the exact
13    employment history of each one of those
14    individuals.  But I asked was anyone there in the
15    1980s, and the answer was no.
16    BY MR. DEAN:
17        Q.   So none of them were there in the '80s.
18              Do you know if any of them were there in
19    2004?  Did you ask that question?
20        A.   I did not ask that question.
21        Q.   And the record you were looking at, how
22    long did you spend looking at the screen -- let me
23    strike that and ask a different way.
24              All I'm trying to figure out is the
25    fluctuation data you were looking at, the screen,

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 166 of 370

1    and you said it was an axis chart.  Do you know

2    what the timeframe of that chart was that you were

3    looking at?  Was it data for 2024 or 2025, the

4    last few weeks?  What era was that data and the

5    information you were looking at on the screen?

6            A.    My recollection, the time axis was by

7    the week.

8            Q.    So the week before you got there?

9            A.    Yes, because it was up to date.

10           Q.    Did you ask anybody what were any

11   changes in the operations, the pumping operations

12   there from 2004 to the week before you were there?

13   Did you ask anybody if they were aware of any

14   differences in the operational characteristics of

15   the plant?

16           A.    I asked that question.  Basically, to

17   their knowledge, it was still the same.  They were

18   just keeping operating it the same way.

19           Q.    How long were you in the room with them

20   approximately?

21           A.    Which room?

22           Q.    The room where you were looking at the

23   data on the screen.

24           A.    I don't know, 20 minutes, 30 minutes.

25           Q.    Was there a desk in this room, chairs?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 167 of 370

1      A.    For the people who work there, yes.  I
2  was standing.
3      Q.    Were there file cabinets?
4      A.    I do not recall that.
5      Q.    Did you ask them while they were on the
6  computer showing you that screen to go into any
7  historic records and look at any additional
8  documents or information?
9      A.    No, because I asked the question.  The
10 question I asked was in another room.  Everybody
11 was standing.  But it's inside the plant.  And
12 then to answer those questions, we went to that
13 room where you had the computer screen that
14 basically showed me the fluctuations.
15     Q.    Did you ask before you went out to do
16 your measurements -- for example, you can see the
17 spiractor pipe HENNET_USA_4.
18           Did you ask any of those gentlemen in
19 the 20-minute meeting whether or not any of these
20 spiractor pipes had been changed since 2004?
21     A.    I asked that question, but it was not in
22 the same room.  It was in the previous room when I
23 asked a series of questions.  Nobody was aware
24 that any one of those pipes was ever changed to
25 their recollection.  That's what that answer was.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 168 of 370

1    So the answer was no.

2          Q.    And you don't know their names.  You

3    don't know exactly how many people were in the

4    room.  You were looking at data on the screen that

5    was for the week before you arrived.  The pipes,

6    they don't remember them being changed while

7    they've been employees, but you don't know how

8    long they've been employees; right?

9          A.    Approximately as I answered before.

10         Q.    10 to 15 years?

11         A.    The oldest one maybe 20.  I don't know.

12   I just tell you what I recollect.

13               (Hennet Exhibit 13 was marked.)

14   BY MR. DEAN:

15         Q.    Now, Exhibit 13 I believe is the AH

16   Consultants December 2004 report that you and I

17   have been talking about; correct?

18         A.    That's the report I mentioned, yes.

19         Q.    Do you see on -- turn to page 1-1.

20         A.    Yes.

21         Q.    The last sentence at the bottom of

22   Section 1.1, does it read, "As a part of this

23   effort, AH conducted a literature review and a

24   search of the appropriate archives to assist in

25   the development of reference estimates of the VOC

Golkow Technologies,
877-370-3377                A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 169 of 370

1  removal rates that you might have occurred through

2  Hadnot Point, Holcomb Boulevard and Tawara Terrace

3  water treatment plants."

4         Did I read that correctly?

5     A.    You read that correctly.

6     Q.    On page 2-1 under the Chronology

7  section, second full paragraph beginning, in 1982

8  contamination of the Hadnot Point and Tawara

9  Terrace water systems with tetrachloroethylene or

10 PCE and TCE was detected during monitoring of

11 trihalomethanes.

12        Do you see that?

13    A.    I see that except you didn't read it

14 correctly.

15    Q.    Do you want to read it for me?  I was

16 embarrassed because I couldn't pronounce the

17 words.  So you go ahead and read it.

18    A.    "In 1982, contamination at the Hadnot

19 Point and Tawara Terrace water systems with

20 tetrachloroethylene (perchloroethylene or PCE) and

21 trichloroethylene (TCE) was detected during

22 monitoring of trihalomethanes."

23    Q.    Now, on page -- in your report -- you

24 might want to lay your report next to you.  I

25 believe we marked it Exhibit 3.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 170 of 370

1      A.   I found Exhibit 3.

2      Q.   Let's finish this first.  On page 3-6 of

3   the AH report is where I'm at now.

4           MS. O'LEARY:  Is that Exhibit 13?

5           MR. DEAN:  Yes, ma'am.

6           THE WITNESS:  Yes.

7   BY MR. DEAN:

8      Q.   It says at the bottom, "The spiractors

9   at three treatment plants were identical in

10  capacity and dimensions.  In the model, removal of

11  VOC occurred from the top surfaces are shown in

12  Figure 3.1 as well as from the nappe (i.e., the

13  sheet of water falling over a weir) believed to be

14  formed at the center effluent pipe."

15          Do you see that?

16     A.   I see that.

17     Q.   And then that figure is on the next page

18  at the top.

19     A.   Yes.  I see that.

20     Q.   What's in that photo or that figure?

21          MS. O'LEARY:  Object to foundation.

22          THE WITNESS:  This is a schematic of the

23  entire spiractor.

24  BY MR. DEAN:

25     Q.   And it shows in it the entire spiractor

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 171 of 370

1    is a 22 foot tall; right?

2         A.    That's correct.

3         Q.    It's 10.4 foot wide?

4         A.    At the top.

5         Q.    And it shows the spiractor pipe, I

6    guess, at the top exiting to the right?

7         A.    Yes.   That's the exit by gravity of the

8    spiractor pipe at the top.

9         Q.    At the end of that first paragraph --

10   let's read the first sentence.   "Images of the

11   pipes at the Hadnot Point water treatment plant

12   are provided in Figure 3.2 and in Figure 3.3 and a

13   detailed sketch of the effluent pipe is shown on

14   Figure 3.4."

15             Do you see that?

16        A.    That's the first sentence on that page.

17   Yes.

18        Q.    The last sentence, and I just want you

19   to tell me what you understand this means, says,

20   "The critical depth for a circular 12-inch pipe at

21   a flow rate of 1 MGD is approximately 6 inches."

22             What does that mean?

23             MS. O'LEARY:   Object to foundation.

24             THE WITNESS:   Well, the MGD is million

25   gallon per day.   And that's basically the flow,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 172 of 370

1    the capacity of flow through for a spiractor.

2    BY MR. DEAN:

3         Q.   If you turn to page 3.8, next page, you

4    see a picture, Figure 3.2 of that effluent pipe?

5              Do you see that?

6         A.   I see that, yes.

7         Q.   And it says the era according to the

8    research done by AH Environmental in 2004, that

9    this photo was a 1941/1942 era photo.

10             MS. O'LEARY:  Object to foundation.

11   BY MR. DEAN:

12        Q.   Correct?

13        A.   That's what it says.  I have no way to

14   verify that the photograph was taken in 1942 or

15   1941.

16        Q.   Then there's a different looking pipe at

17   the same Hadnot Point water treatment plant

18   spiractor in a photo in Figure 3.3, on the next

19   page, 3-9, says on the photo it was a 1944, 1945

20   era photo.  Do you see that?

21             MS. O'LEARY:  Object to foundation.

22             THE WITNESS:  I can read that under the

23   photograph.

24   BY MR. DEAN:

25        Q.   And do you agree with me that effluent

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 173 of 370

1    pipe is different than effluent pipe in 3.2?

2         A.    That particular pipe is I would call it

3    L shaped.  The other one is called J shaped pipe,

4    but they serve the same purpose.

5         Q.    I understand they serve, but they're

6    different pipes?

7         A.    They are different shape pipes.

8         Q.    Now, if you go to Figure 3.4, do you see

9    where AH Environmental has measured those

10   dimensions of those pipes?

11             MS. O'LEARY:  Object to foundation.

12             THE WITNESS:  My understanding is I

13   didn't measure those dimensions.  It's a visual

14   estimate.

15   BY MR. DEAN:

16        Q.    Where do you get that from?

17        A.    I don't recall exactly where, but it is

18   in the report.

19        Q.    Turn to page 3-7.  In the middle of the

20   paragraph it says the fall height.  Do you see

21   that?

22        A.    Yes.

23        Q.    Is that the sentence you're referring

24   to?

25        A.    Yes.  And I define the fall height on

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 174 of 370

1    Figure 3.4 that we just looked at.  And there you
2    have the fall height sketched out.
3         Q.   No, sir.  That says the fall height was
4    estimated visually.  That doesn't say that the
5    pipe was not measured.  Do you see what I'm
6    saying?
7              MS. O'LEARY:  Object to foundation.
8              THE WITNESS:  What I am saying is that
9    the fall height was not measured.  The fall height
10   is the most important parameter here.
11   BY MR. DEAN:
12        Q.   I'm not disagreeing with you.
13        A.   And that was not measured.  I see no
14   indication they did actually measure the diameter
15   of the pipe.
16        Q.   Well, there's no evidence they didn't in
17   this report, is there?
18             MS. O'LEARY:  Object to foundation.
19             THE WITNESS:  I will have to read the
20   report again, but to my understanding, they did
21   not measure those values.  I estimated them.  And
22   the most important one is the fall height.
23   BY MR. DEAN:
24        Q.   They measured the inside diameter of
25   that pipe to be 12 inches, that top measurement;

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 175 of 370

1  right?

2          MS. O'LEARY:  Object to form and

3  foundation.

4          THE WITNESS:  You will have to show me

5  where in the report it says they measured it.

6  BY MR. DEAN:

7      Q.   Can you show me in the report where they

8  say they did not measure it and they got these

9  measurements visually from some picture of a pipe?

10     A.   I have not soon seen a picture of a pipe

11 with a scale that could give you a measurement of

12 any of those values.

13     Q.   So then you would agree with me they

14 would have had to have physically measured these

15 pipes on the scene?

16         MS. O'LEARY:  Object to foundation.

17         THE WITNESS:  They did a visual estimate

18 for the fall height.  Why not a visual estimate

19 for the other dimensions that they provide on this

20 diagram.

21 BY MR. DEAN:

22     Q.   They're showing that the water in the

23 pipe and the measurement they're taking is

24 12 inches plus 2 to get 14; correct?

25         MS. O'LEARY:  I'm sorry.  What are we

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 176 of 370

1   looking at?

2           MR. DEAN:  I'm looking at the AH report,

3   and I'm going to stay on the AH report until I

4   give you another exhibit number.  I believe it's

5   Exhibit 13.

6           MS. O'LEARY:  What page?

7           MR. DEAN:  I'm on page 3-10, same page

8   we've been on.

9           THE WITNESS:  Can you repeat the

10  question, please?

11  BY MR. DEAN:

12      Q.   Do you see that they took three

13  different measurements or they show three

14  different measurements there.  First one is at the

15  top, 2 inches.  And then they go -- the pipe goes

16  down 12 inches and it stops in the center, and

17  they're depicting a water level.

18          Do you see that?

19          MS. O'LEARY:  On object to foundation.

20  BY MR. DEAN:

21      Q.   Which would be at 14 inches.

22          MS. O'LEARY:  Same objection.

23          THE WITNESS:  Again, it is a visual

24  estimate.  They did not show any measurement that

25  would show the 2 inch.  It could be 2 inch.  But

Golkow Technologies,
877-370-3377                  A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 177 of 370

1    the 12-inch for the fall height, which is a value

2    that is important, I did not measure.

3    BY MR. DEAN:

4         Q.    And then there's a measurement here of 6

5    inches from the center down to the bottom of the

6    pipe; right?

7              MS. O'LEARY:  Objection.  Foundation.

8              THE WITNESS:  My understanding is I did

9    not measure that either.  I assumed that.

10   BY MR. DEAN:

11        Q.    Well, that's what I'm saying.  You're

12   speculating regarding whether AH took actual

13   measurements of whatever pipe they were looking at

14   or what they were doing in 2004; right?

15             MS. O'LEARY:  Object to foundation.

16   BY MR. DEAN:

17        Q.    You don't know what they did.

18             MS. O'LEARY:  Object to form.

19             THE WITNESS:  Let's look at them one at

20   a time.  We discussed already the 12-inch I

21   estimated.  The 2 inch is also an estimate.  And

22   the 6 inch, they also estimated for a pipe of

23   12-inch diameter that is basically flowing by

24   gravity at the given flow of the spiractor.  To me

25   all of those are estimates, not measurements.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 178 of 370

1    BY MR. DEAN:

2        Q.    Is that AH Environmental still in

3    business?

4        A.    I don't know.  I believe so, but I do

5    not know specifically.

6        Q.    Did you make any attempt to reach to

7    contact maybe at AH Environmental to verify what

8    they were referring to on the page we were just

9    reviewing?

10            MS. O'LEARY:  Object to the form.

11            THE WITNESS:  I did not.

12   BY MR. DEAN:

13       Q.    Now, turn to page 4-15 in your report,

14   please.

15            MS. O'LEARY:  This is Exhibit 3.

16            MR. DEAN:  I'm sorry.

17   BY MR. DEAN:

18       Q.    Let's go back.  Before we go back, let's

19   go back to Exhibit 13.  There's one thing I forgot

20   to ask you.

21            If you turn to page 2-5 of Exhibit 13.

22       A.    I am on page 2-5.

23       Q.    Under 2.3 Water Plant Descriptions

24   Systems, does it read, "The water systems of

25   concern in the ATSDR study including Hadnot Point,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 179 of 370

1    Holcomb Boulevard and Tawara Terrace are described
2    in the following sections.  The descriptions are
3    based on interviews with base personnel, site
4    visits and an examination of the design and
5    as-built drawings that were obtained as a part of
6    this project."
7            Did I read that correctly?
8        A.    You did.
9        Q.    So AH did do site visits?
10           MS. O'LEARY:  Object to foundation.
11           THE WITNESS:  It says they did, yes.
12   BY MR. DEAN:
13       Q.    And in 2004, 21 years before you were
14   there, the personnel at the base in 2004 would
15   have been closer in time to the early 2000s.
16       A.    I don't know.  It's likely.
17       Q.    Now we're finished with Exhibit 13.
18           Would you go to page 4-15 in your
19   report, which I believe is Exhibit 3.
20       A.    4-15?
21       Q.    Yes, sir.
22       A.    Yes.
23       Q.    In the second paragraph, you say, under
24   4.5, "The first known analysis of the Camp LeJeune
25   drinking water for VOCs that included COCs was in

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 180 of 370

1    October 1980."  And you footnote 41 and refer to

2    1980 Jennings lab report; right?

3        A.   You read that correctly.

4        Q.   If you turn over, let's start the

5    sentence at the bottom of page 4-15, last

6    sentence, it begins for, about three lines up,

7    "For example, the composite sample contained

8    39 percent, 18 and 11 percent of finished water

9    from HP, TT and HB-WTPs, respectively."

10           Did I read that right so far?

11       A.   Yes, but you didn't finish sentence.

12       Q.   You're right.  I'll come back.  "The

13   39 percent that's above that is the Hadnot Point

14   reference, the 18 is Tawara Terrace, and the 11 is

15   at Hadnot Point, Holcomb Boulevard.

16       A.   Yes, that's correct.

17       Q.   Then the sentence completes.  The rest

18   was from the five other water supply systems.

19       A.   Correct.

20       Q.   "Analytical results" -- go to the next

21   page 4-16 -- "reported on October 31, 1980 showed

22   only trace levels of COCs in the composite (TCE

23   reported at .005 milligrams a liter; 1,2-DCE at

24   .006 micrograms a liter; VC at .01 micrograms a

25   liter; PCE not detected; benzene not detected)."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 181 of 370

1          Do you see that?

2          MS. O'LEARY:  Object to foundation.

3          THE WITNESS:  I see that except that for

4    TCE you said 0.05 milligrams per liter.

5    BY MR. DEAN:

6      Q.    What is it?

7      A.    It is microgram per liter.

8      Q.    Then you say, "Even assuming a worst

9    case scenario that all the reported COCs came from

10   Hadnot Point water treatment plant water, that

11   would yield only trace level COCs in that system."

12         Do you see that?

13     A.    I see that.

14     Q.    Then "The same can be calculated for

15   each water system, and none would show COC

16   concentrations above trace levels.  This indicates

17   that none of the water supply systems were

18   contaminated with COCs at that time."

19         Did I read that correctly?

20     A.    You did.

21     Q.    Am I understanding that opinion is based

22   on a composite sample that was taken in 1980, that

23   sole opinion is based on this composite sample,

24   sole composite sample taken in 1980?

25         MS. O'LEARY:  Object to form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 182 of 370

1                THE WITNESS:  That description is based
2     on water samples taken at eight different water
3     treatment plants, brought to the lab, composited
4     by the lab.  Labs do know how to do that.  And the
5     composite that was analyzed.
6     BY MR. DEAN:
7          Q.  Do you know if all those wells were
8     operating the day that sample, composite sample
9     was created?
10               MS. O'LEARY:  Object to form and
11    foundation.
12               THE WITNESS:  Explain to me what you
13    mean all of those wells.
14    BY MR. DEAN:
15         Q.  Well, the wells that you say were
16    sampled to make up the composite sample, were
17    those wells operating the day the sample was
18    taken?
19               MS. O'LEARY:  Object to foundation.
20               THE WITNESS:  It was not wells that were
21    sampled.  It was --
22    BY MR. DEAN:
23         Q.  I'm sorry.  Water at water treatment
24    plants that created the composite sample, do you
25    know if the plant was operating or the wells were

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 183 of 370

1  operating that day the composite samples were

2  taken from the water treatment plant?

3         MS. O'LEARY:  Object to foundation.

4         THE WITNESS:  I'm confused because it

5  seems you confused wells and water supply.

6  BY MR. DEAN:

7     Q.   I may have in my first part of my

8  question.  I'm trying to clear it up now.  My

9  understanding is composite samples that are being

10  referred to here, eight systems were taken,

11  39 percent from the Hadnot Point water treatment

12  plant, 18 percent from the Tawara Terrace water

13  treatment plant, and 11 percent from the Holcomb

14  Boulevard water treatment plant; right?

15     A.   I don't think that's correct.  What is

16  correct is samples were taken at eight water

17  treatment plants, basically finished water.  So

18  samples were.  And then they were brought to the

19  lab or the lab took them.  And in the lab they

20  were composited in a manner that is reflected in

21  that paragraph, 39 percent for Hadnot Point,

22  et cetera.

23         (Hennet Exhibit 14 was marked.)

24  BY MR. DEAN:

25     Q.   I'll show you Exhibit 14.  Just lay it

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 184 of 370

1    there next to you.  We'll be referring to that.
2    For the record, this is Exhibit 14.  It's CLW 430
3    through 434, which is the document you reference
4    for your sentence footnote 41.  Also known as
5    CLJA_USMCGEN_6650 through 6654.
6            MS. O'LEARY:  Object to foundation.
7    BY MR. DEAN:
8        Q.   Do you see listed on the first page of
9    Exhibit 14 the eight marked samples?
10       A.   Just checking something here.  I see
11   this.
12       Q.   Let me ask you --
13       A.   It seems to be an issue with the Bates
14   number on these documents because you have --
15       Q.   No, sir.  Let me help you if I can.
16   Your sentence, The first known analysis of Camp
17   LeJeune drinking water's plot for VOCs that has
18   included COCs was in October 1980.  Footnote 41.
19           Footnote 41 says Jenning Laboratories
20   10/31/1980 Camp LeJeune Justice Act CLW, CLW 430
21   through 435.  I put in front of you Exhibit 14 is
22   the CLW 430 through 435 document you're referring
23   to.
24       A.   You are correct.  But there is another
25   Bates number.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 185 of 370

```
 1        Q.   I agree.  I agree.  But you refer to --
 2   I'm just using the one you refer to and making it
 3   clear that it's the same one.
 4             You agree with that?
 5        A.   I agree with that.
 6        Q.   The first two samples are Hadnot Point
 7   water treatment plant samples; right?
 8             MS. O'LEARY:  Object to foundation.
 9   BY MR. DEAN:
10        Q.   Sample 1 is Hadnot Point Building 20,
11   which is the Hadnot Point treatment plant?
12        A.   Right.
13        Q.   Sample 2 is -- and they took two quarts
14   from there, which is a 152 milliliters; right?
15        A.   No.  It's 1,500.
16        Q.   I'm sorry.  You're right.  And Number
17   two sample, they one quart from Hadnot Point
18   Building 670?
19             MS. O'LEARY:  Object to foundation.
20             THE WITNESS:  Yes.  Building 670 is
21   Holcomb Boulevard.
22   BY MR. DEAN:
23        Q.   Treatment plant?
24        A.   Treatment plant.
25        Q.   Now, this is dated October 31, 1980 when
```

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 186 of 370

1  the report was issued, but it says the samples
2  were taken on October 1.
3       A.   That's right.
4       Q.   Do you know if on October 1, 1980 Hadnot
5  Point well 651 was running?
6       A.   I do not know.  Nobody knows that.
7       Q.   Have you done any work to ascertain from
8  historic records whether or not well 651 was
9  operating on October 1, 1980?
10      A.   I have looked.  I have looked quite a
11 lot to see what is the information on when well
12 651 was operated.
13      Q.   So go back to your report.  And your
14 report, last sentence of that first paragraph I
15 read, says, "This indicates that none of the water
16 supply systems were contaminated with COCs at that
17 time."
18           Do you see that?
19      A.   That's a true statement, yes.
20      Q.   And you rely on this report, October 31,
21 and everything else you say in that paragraph to
22 reach that conclusion?
23      A.   Yes.
24      Q.   I just want to make sure I understand
25 that last sentence.  You're saying it's your

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 187 of 370

1    opinion based on what we just talked about that

2    none of the water supply systems at Hadnot Point,

3    at Holcomb Boulevard or Tawara Terrace were

4    contaminated on October 31, 1980?

5            MS. O'LEARY:  Object to foundation.

6    BY MR. DEAN:

7        Q.   October 1, 1980.

8        A.   Yeah.  I indicated that you had no

9    significant contamination in any of those systems

10   on October 1, 1980.  That's what that reports.

11           MS. O'LEARY:  If we've been going for a

12   little over an hour.  So if there's point where we

13   can take a short break.

14           MR. DEAN:  Now is a good time.  I'm

15   fixing to go to another subject.

16           THE VIDEOGRAPHER:  We are off the record

17   at 1455.

18           (Recess from 2:55 p.m. to 3:06 p.m.)

19           THE VIDEOGRAPHER:  We are on the record

20   at 1506.

21   BY MR. DEAN:

22       Q.   Can you go to Exhibit 3.  Actually --

23   yeah, Exhibit 3.  Let me get the right page for

24   you.  I want to talk about your opinions for

25   Hadnot Point well 634.

1          Do you have independent opinions on

2    contamination analysis of HP-634 as far as its

3    start date of contamination, contamination at all?

4    Do you have independent opinion on that or do you

5    rely on Alex Spiliotopoulos?

6          MS. O'LEARY:  Object to form and

7    foundation.

8          THE WITNESS:  I have reviewed

9    independent data for well 634, and it is in my

10   opinions.  I describe that.

11   BY MR. DEAN:

12        Q.   What is your opinions with respect to

13   contamination at HP-634?

14        A.   It is in my report.  So I can go there.

15        Q.   Please if you don't mind.

16        A.   If you permit me to find it.

17        Q.   I'm trying to get there myself.  I

18   believe it's page 530.  Page 531, bullet point --

19   I guess it's the third bullet point down, it says,

20   "Supply well HP-634 was not contaminated with

21   TCE."

22          Do you see that?

23        A.   I see that, yes.

24        Q.   And what's the basis of that opinion?

25        A.   The data.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 189 of 370

1      Q.   What data are you referring to?

2      A.   The available data.

3      Q.   It's in your report.  Let's just read it

4    together.  You're saying that there's two samples

5    taken in December of 1984 after the well was shut

6    down and, two, after wells shut down in '86 and

7    '91.  But on those first two, December 4 and 10th

8    they were nondetects.

9           MS. O'LEARY:  Object to form and

10   foundation.

11          THE WITNESS:  For TCE they were

12   nondetect.

13   BY MR. DEAN:

14     Q.   Do you know what the nondetected level

15   was?

16     A.   By memory, no, but we have to go back to

17   the data sheets.

18     Q.   Do you know, did you do any work or

19   research or data analysis for the December 4, 1984

20   sample at HP-634 to determine whether or not that

21   was a good sample?

22          MS. O'LEARY:  Object to form.

23          THE WITNESS:  I looked at what is

24   available for the results on that date, and my

25   recollection is that it's some information from

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 190 of 370

1    the laboratory.

2    BY MR. DEAN:

3        Q.   Do you know whether or not that

4    December 4 sample was contaminated in any way?

5        A.   I would have to go back to the data

6    sheets to answer that question if it is.  But I

7    recall for TCE, it was nondetect as I recall it.

8    I would need to see the datasheet to confirm.

9        Q.   I think this is in your report.  Table

10   C7 report ATSDR, let's see if that's in here.

11            According to your -- I'll show you the

12   form the data in just a second.  I'm making a copy

13   of it.  But according to your bullet pointed note

14   there, there's only one sample that shows a

15   positive result for TCE, which was taken

16   January 16, 1985 at 1300 micrograms per liter;

17   right?

18       A.   Out of the five samples taken during the

19   period, yes, that's my understanding.

20       Q.   But you're saying -- what's wrong with

21   that 1300 micrograms per liter measurement

22   taken in -- reported out January 16, 1985?

23       A.   So you mean the one with 1300 reported?

24       Q.   Yes, sir.

25       A.   Well, that particular sample was part of

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 191 of 370

1    a questionable sample sets that contained broken

2    bottles based on what I have reviewed.

3         Q.   And do you believe that the sample that

4    rendered the 1300 microgram per liter measurement,

5    was that sample vial broken?

6         A.   Again, I will have go to look at that.

7    There were several samples broken.

8         Q.   What about the sample for 634, was that

9    vial broken?

10        A.   I have to back to look at that

11   information that I cite in my report.  And I want

12   to say for these type of samples, for those type

13   of analytical means, you always -- the protocol is

14   to take more than one flask or one sample, so

15   typically two or three.

16        Q.   But you believed that somehow because

17   some of the vials collected January 16 that that

18   means that the vial for 634 was somehow comprised?

19        A.   It is a QA/QC flag.  So the data should

20   be marked as such.  You a problem with that

21   shipment.  And all the samples could have been

22   contacted by the broken vials in the package, if

23   you wish.  And typically the flag, you say, well,

24   you should resample.

25        Q.   Have you seen any documents to date that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 192 of 370

1  indicate specifically which vials were broken and

2  what the condition of the 634 vial was?  Have you

3  seen any documents or data that gives you that

4  information?

5       A.   I recall two or three different sources

6  there.  And I do not specifically recall the

7  content of those.  You'll have to show them to me.

8            (Hennet Exhibit 15 was marked.)

9  BY MR. DEAN:

10      Q.   We'll show you Exhibit 15, and this is

11 the data for -- and for the record, it's

12 CLJA_WATERMODELING_01-33723 through 3726.  And on

13 page -- I'm going to to this referring to the

14 Bates-stamp 3724.  So it's the second page.

15           Do you see the data reported out for

16 HP-634?

17      A.   Well, this is, I believe, from the ATSDR

18 report.

19      Q.   Correct.

20      A.   And this is not the documents I was

21 referring to.  I refer to original documents that

22 basically describe the sample set.

23           (Hennet Exhibit 16 was marked.)

24 BY MR. DEAN:

25      Q.   Now, I'm going to show you Exhibit 16.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 193 of 370

1   This is report # 7.

2               MS. O'LEARY:  Do you have a copy of for

3   me of 16?

4               MR. DEAN:  Did I hand him two copies?

5               MS. O'LEARY:  I'm not sure.  The last

6   one I got was 15 which was Table C7 from the ATSDR

7   report.

8   BY MR. DEAN:

9       Q.   This is report 7 from the JTC

10  Environmental, December 18, 1984 report,

11  CLJA_NAVLANT-563489 through the 563498.  If you

12  turn to page 3495, you see that that particular

13  Navy sample for HP-634 was received on the 12th

14  and analyzed December 14.  And that's when they

15  got the chloroform, the 44V methylene chloride 130

16  reading.

17              Do you see that?

18              MS. O'LEARY:  Object to form.

19              THE WITNESS:  I see that.

20  BY MR. DEAN:

21      Q.   Do you remember that when that -- let's

22  go to something else first.

23              (Hennet Exhibit 17 was marked.)

24  BY MR. DEAN:

25      Q.   I show you Exhibit 17.  That first one,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 194 of 370

1    Exhibit 16, it's listed as a part of your
2    reference materials; correct?
3         A.    I believe so.
4         Q.    I'll show you just page 9 of your
5    reliance materials, which are Exhibit 1 --
6    Exhibit 10 is your supplemental reliance
7    materials.  Do you see just the two reports I've
8    handed to you, Exhibit 16 and 17, do you see where
9    you listed both those reports in your reliance
10   materials, the highlighted ones that I've got
11   there for you?
12              MS. O'LEARY:  What do you have
13   highlighted?
14              MR. DEAN:  Report 7, Exhibit 16 and the
15   report 17 which is Exhibit 17.
16              THE WITNESS:  Stay with me.
17   BY MR. DEAN:
18        Q.    Exhibit 16 is the report 7; right?
19        A.    563.
20        Q.    Do you see it says test report number 7.
21   That's all you got to look at on the top.  Do you
22   see it on Exhibit 16?
23        A.    I see that.  It says Report # 7, but the
24   a Bates-stamp numbers for some reason --
25        Q.    Don't worry about Bates numbers.  Don't

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 195 of 370

1   worry about Bates numbers.  Okay?  Exhibit 16 is

2   test report # 7 that's referenced that in

3   Exhibit 10 of your reliance materials on page 9;

4   correct?

5       A.   It's not the same Bates number.  But it

6   has the title report number 17.

7       Q.   Now go to Exhibit 17 laying there.  Top

8   left-hand corner it says it's report number 17

9   Enclosure.  Actually if you'll turn to the second

10  page that would be the easiest.  Turn to the

11  second page.  And it says at the top report 17.

12      A.   It says report number 17.

13      Q.   And is report 17 in your reliance

14  materials on page 9?

15      A.   I believe it is.

16      Q.   Now, on Exhibit 17, if you turn to the

17  page -- the easiest one for me to use is the CLW

18  number 5611, so about a third of the way in.  Do

19  you see the large CLW number?

20          MS. O'LEARY:  That would be the Bates at

21  the bottom CLJA_WATERMODELING_09 and then 423234.

22          MR. DEAN:  Mine is cut off.  Sorry I

23  couldn't give you that one.

24  BY MR. DEAN:

25      Q.   Do you see on 5611 the sample received

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 196 of 370

1   January 18 reported out at 1300 microgram per
2   liter on that page 5611?
3          A.   Can you repeat that?
4          Q.   Do you see at the bottom besides 87V,
5   TCE is reported out at 1300 on the sample for
6   January 18?
7          A.   Yes.  I see that.
8          Q.   Do you see anything on this lab sample
9   log, page 5611, that says anything about that
10  sample being compromised or there being some sort
11  of an issue with that sample?
12         A.   Not on this sheet.
13              (Hennet Exhibit 18 was marked.)
14  BY MR. DEAN:
15         Q.   I'll show you Exhibit 18 and ask you if
16  you've ever seen that document before today.  I
17  will tell you it's not listed in your reliance
18  materials as a part of the ones you specifically
19  set out.  It's probably covered in the catch-all.
20              My question is just:  Do you as you sit
21  there today remember reading this chronology?
22         A.   Those documents seem familiar, but there
23  are several chronologies in the record that look
24  about the same.  So I think I have seen this.
25         Q.   It's not again listed specifically in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 197 of 370

1  your reliance reference materials, although it's
2  probably in a catch-all at the end in those
3  others, and I just was not certain of whether or
4  not you've ever considered this document and
5  considered it for your opinion in this case.
6  That's my question.
7            MS. O'LEARY:  Object to form.
8            THE WITNESS:  I have looked at many
9  documents, and this is probably one of the one I
10 looked at because I do remember documents that
11 looked like that that were basically chronologies.
12 I don't think they are more than one to my
13 recollection.
14 BY MR. DEAN:
15     Q.   Now, do you see that January 16, 1985
16 entry?  Actually let's go back up.  So December 4,
17 which was the date we were talking about earlier
18 shown on the summary that had a nondetect
19 remember, it says, "Sampled Hadnot Point water
20 plant raw and treated water, plus wells 601, 603,
21 608, 634, 637 and 642 because of their proximity
22 to the 602."
23            Do you see that?
24     A.   I see that.
25     Q.   And it also says on 10 December, a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 198 of 370

1  couple lines down, "Sampled HP treated water, plus
2  wells 601, 602, 608, 634, 637 and 642."
3          Do you see that?
4      A.   I see that.
5      Q.   14 December, "Received the result of the
6  10 December '84 sampling.  Treated water levels
7  dropped.  Wells 634 and 637 previously showing
8  nothing showed significant levels of methyl
9  chloride.  634 and 637 were shut down."
10          Do you see that?
11      A.   Yes.  It is methylene chloride.  Yes.
12      Q.   I'm sorry.  Now, I think in your report
13  your opinion is that as of December 14, 634 has
14  been shut down and no longer operating; is that
15  right?
16      A.   634 was shut down because of methylene
17  chloride detection.
18      Q.   And it stayed shut down.  It was the
19  never turned back on as far as you know?
20      A.   It was not returned to service as far as
21  I know.
22      Q.   I don't know exactly what page that is.
23  It might have Dr. Spilotopoulos' report.
24          But as far as you know as you sit here
25  today, you don't know of any information that 634

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 199 of 370

```
 1   was turned back on after that December 12?
 2        A.   My recollection is that it was shut
 3   down.  It was said shut down temporarily, but I
 4   saw no indication that it was ever put back in
 5   service.
 6        Q.   Let's look at that.  Do you see the next
 7   entry about two down, it says 16 January 1985?  Do
 8   you see that entry?
 9        A.   Yes, I do.
10        Q.   And we've already established from
11   Exhibit 17, the JTC report, that 634 was, in fact,
12   tested on January 16; right?
13        A.   Can you show me which?
14        Q.   Exhibit 17 or you can go to Exhibit --
15   Exhibit 17, January 16, 1985, 634 was tested.
16             MS. O'LEARY:  What page is that?
17             MR. DEAN:  5611.
18   BY MR. DEAN:
19        Q.   Page 5611, 634 was a well that was
20   sampled on the 16th, the sample received 18th, and
21   it was reported out on the 28th.  Do you see that?
22        A.   Where is the date of sampling here on
23   this page?
24        Q.   Do you see at the top of 5611 it says
25   the Navy received the 634 on January 18?
```

Golkow Technologies,
877-370-3377       A Veritext Division       www.veritext.com
Case 7:23-cv-00897-RJ   Document 349-3   Filed 04/10/25   Page 200 of 370

1     A.   Yes, but that's not the sampling data.

2     Q.   Hold on.  Bear with me.  If you go to

3   exhibit -- go to Exhibit 15, which is this

4   document, the chart.  Do you see on the second

5   page besides or down there where it says the

6   sample date for Hadnot Point 634, it lists 12/4,

7   12/10 and January 16, 1300 micrograms per liter?

8     A.   Two more dates later.  Yes.  This is

9   from ATSDR.

10    Q.   Correct.

11    A.   This is not primary source of

12  information.

13    Q.   Sir, the primary source of the

14  information for the 1300 reading right there shows

15  that the Navy received the sample.  I'll give you

16  it doesn't say when specifically on that page the

17  sample was taken.  It says the Navy received it on

18  the 18th.  The result for TCE on the bottom

19  right-hand corner is 1300, isn't it?

20    A.   That's correct, but it doesn't give me a

21  sampling date.

22    Q.   I understand it's not there, but we can

23  get that date, assuming it's accurate, from

24  Exhibit 15; right?

25    A.   Assuming that the ATSDR is accurate.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 201 of 370

1    There were a few typos in the ATSDR sampling

2    dates.

3         Q.   Also on Exhibit -- the chronology,

4    Exhibit 18, on the first page, CLW 4546, beside 16

5    January 1985, which is the same date that ATSDR

6    listed in their report as the sample date, does it

7    read, "Sampled all operating wells for Hadnot

8    Point and Holcomb Boulevard water plant (HB).  37

9    wells"?

10            Did I read that correctly?

11        A.   You read that correct.

12        Q.   So we got two.  That's the original

13   source or that a source, not the original.  That's

14   a source of the date of January 16 that all

15   operating wells including HP-634 were sampled;

16   right.

17        A.   It doesn't say January 16 HP-634 on what

18   you showed me.

19        Q.   It says, "All operating wells were

20   sampled that day."

21            Do you see that?

22        A.   That what it says.

23        Q.   634 was sampled on that day.

24            MS. O'LEARY:  Object to foundation.

25            THE WITNESS:  Could be.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 202 of 370

1   BY MR. DEAN:

2       Q.   The history says it was operating that

3   day; right?

4       A.   That's the words that is being used in

5   this.

6       Q.   So my question is:  Did you disregard

7   that fact or not consider that fact when you

8   issued your opinion saying that the well shut down

9   on December 12, 1984 and never went back into

10  service?

11          MS. O'LEARY:  Object to foundation.

12          THE WITNESS:  I did not disregard that.

13  I did look at the 37 wells that were sampled, and

14  it included both operating wells and the wells

15  that were shut down.  For example, 602 was

16  sampled.  It was shut down.  So I think the person

17  who wrote this narrative just basically probably

18  used the incorrect word because what I did is I

19  sampled all water supply well that they could

20  sample.  That's my interpretation of that, because

21  when I look at what was actually sampled, it

22  included wells that were not on.

23  BY MR. DEAN:

24      Q.   Do you know if there's any other

25  evidence that well 634 was, in fact, operating on

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 203 of 370

1   January 6, 1985 other than the document you and I

2   just looked at, the chronology, 4546, CLW 4546?

3   It's Exhibit 18.

4      A.  Well, I have searched for that.  There

5   is no document I could find that would say well

6   634 after it was shut down because of methylene

7   chloride was ever restarted.  You are quoting

8   something that is out of the -- not of the time,

9   but somebody just did a narrative.

10         And when they say all operating wells

11   were sampled, 37 wells, I looked at the data from

12   those resampling, and it does include wells that

13   were shut down, but they could be sampled because

14   technically because they could be sampled.

15      Q.  Did you find any other historical

16   documents or any other information about operation

17   of 634 when you were doing your in-depth document

18   review in order to base your opinions other than

19   you now believe you might have seen Exhibit 18?

20      A.  Yeah.  My memory come back.  I have seen

21   this.  And then I just went to look at all the

22   wells that we sampled, and those included wells

23   that were in operation or operable as well as

24   wells that were closed at that time.

25         (Hennet Exhibit 19 was marked.)

Golkow Technologies,
877-370-3377   A Veritext Division   www.veritext.com
Case 7:23-cv-00897-RJ   Document 349-3   Filed 04/10/25   Page 204 of 370

 1    BY MR. DEAN:

 2        Q.    Let me show you Exhibit 19.   The

 3    Department of Justice has retained you as an

 4    expert in this case; right?

 5        A.    Yes.

 6        Q.    And they are defending the United

 7    States; right?

 8        A.    Pardon me?

 9        Q.    That they are defending the United

10    States in this litigation?

11        A.    That's the role of the Department of

12    Justice in this case, yes.

13        Q.    And the location that's at issue in this

14    case is Camp Lejeune, North Carolina, which is a

15    Marine base under the jurisdiction of the Marine

16    Corps which falls under the Navy.

17        A.    That's my understanding.   I have not

18    seen documents that state specifically that.   I

19    have not looked for that.

20        Q.    Do you believe that the United States

21    Marine Corps, if they were to prepare a history

22    that applies to operation 634, that the Marines

23    would be accurate and truthful in that chronology?

24             MS. O'LEARY:   Object to foundation.

25             THE WITNESS:   As I mentioned, those

                    Golkow Technologies,
877-370-3377         A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 205 of 370

1  chronologies are put together by somebody who was
2  probably task to do that.  That doesn't mean that
3  it is absolutely correct.  I have noticed several
4  times where things are contradictory in the
5  record.
6  BY MR. DEAN:
7       Q.   Do you trust Marine Corps chemists?
8            MS. O'LEARY:  Object to foundation.
9            THE WITNESS:  What do you mean by trust?
10 BY MR. DEAN:
11      Q.   Do you not believe or trust a Marine
12 Corps chemist?
13           MS. O'LEARY:  Object to form and
14 foundation.
15           MR. DEAN:  Let me withdraw that.  A
16 little argumentative.  I'll object to my own
17 question and ask a different way.
18 BY MR. DEAN:
19      Q.   Do you have any reason as you sit there
20 today right now to distrust, not believe, not feel
21 comfortable with a United States Marine Corps
22 chemist analyzing the operation of these wells in
23 1989?
24      A.   1989?  Everybody do the best they can.
25 I don't see malfeasance, if that's what you mean,

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 206 of 370

1    but it is not to the exclusion of sometimes some

2    verbiage that is not correct for litigation or

3    basically some error.  Human error happens, but --

4    I want to finish -- I don't see anyone who's is

5    trying to basically say something that I didn't

6    think was the way they said it.

7             But I do not cherry pick what I look at.

8    I look at everything.  The basis of me as a

9    professional rendering an opinion it's not based

10   on the cherry picked one piece or one sentence

11   here ignoring the other ones.  I am taking the

12   entirety of that, and then I make my opinion.

13        Q.   And your opinions are based on the stuff

14   that's been provided to you or that you've

15   developed or researched and located, produced to

16   you.  That's where you get all your information;

17   right?

18             MS. O'LEARY:  Object to form.

19   BY MR. DEAN:

20        Q.   Let me ask a different way.  Did you get

21   any information, did you get any documents

22   directly from the Marine Corps or the Navy, or did

23   you get all of the documents and information

24   supplied to you by the Department of Justice?

25        A.   My understanding as far as documents,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 207 of 370

1   base-related documents that they basically all

2   came through the Justice Department.  But if you

3   have a newspaper article, I may have read that,

4   but it was not coming from the Justice department.

5        Q.   Understood.  I'm going to show you

6   Exhibit 19.  Exhibit 19 is a memo from a

7   supervisory chemist Elizabeth Betz, dated 11

8   April 1989.  Its subject says Water Monitoring

9   Related to the Installation Restoration Program at

10  the top.

11            Do you see that?

12       A.   I see that.

13       Q.   This document is not listed in your

14  reliance materials in any of the call-outs through

15  page 22, although it could be covered in some of

16  the other catch-alls.

17            My question:  Do you, as you sit there

18  today, specifically remember reviewing a 1989

19  Marine Corps water monitoring program history

20  document?

21            MS. O'LEARY:  Object to form.

22            THE WITNESS:  I believe I have seen

23  this.  At least it looks like something I've seen

24  in the past.

25

1    BY MR. DEAN:

2        Q.    And do you see on the second page, 1819,

3    it says Installation Restoration Program

4    Background Information?  Do you see that?

5        A.    I see that.

6        Q.    And if you go down to line 6, that very

7    similar sentence where it says, "On December 4,

8    1984 the Hadnot Point water treatment plant's raw

9    water and treated water was sampled as well as any

10   drinking water wells within a mile of Hadnot Point

11   fuel farm or Building 202.  The building numbers

12   sampled were 601, 603, 608, 634, 642."

13           Do you see that?

14       A.    I do see that.

15       Q.    Then the results are received on

16   December 6.  In item number 8, it says from

17   October 31 -- excuse me.  Does it say, "From 10-31

18   December 84 duplicate and quality control samples

19   were run to confirm the presence of TCE, DCE and

20   PCE in the wells.  Wells 634 and 637 on a second

21   sampling shows methyl chloride.  The wells were

22   temporarily closed until it was determined that

23   the methyl chloride was probably a laboratory

24   contaminant."

25           Do you see that?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 209 of 370

1       A.    I see that.

2       Q.    If you turn to the next page, paragraph

3   9, Ms. Betz notes "On January 16, 198 37 wells

4   serving the Hadnot Point and Holcomb Boulevard

5   water plants were the sampled."

6             Do you see that?

7       A.    I see that.

8       Q.    Item number 13, moving forward, says,

9   "On 1 February 1985, the 31 January 1985 samples

10  showed that there was still a contaminated well

11  operating in the Hadnot Point system.  The results

12  of the 16 January '85 sampling were phoned into

13  Natural Resource and showed high levels of TCE in

14  651.  Well 651 is located on the backside of

15  DRMO's disposal storage lot.  It was not initially

16  sampled as being in proximity to a NACIP site.  It

17  had the highest levels of TCE found.  The

18  concentration was in the 17,000 to 18,000 parts

19  per billion range.  Well 651 was shut down."

20            Can you read what the record what it

21  says on February 1, 1985 about well 634?

22      A.    Well, we're talking back to this 1300.

23      Q.    Can you read into the record the rest of

24  the paragraph I just read beginning well 634, sir.

25            MS. O'LEARY:  Object to form.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 210 of 370

1          THE WITNESS:  "Well 634 showed TCE also
2     and was shut down."
3     BY MR. DEAN:
4          Q.   That document says 634 continued to run
5     some point in time after it was temporarily
6     closed, put back in service the end of December,
7     middle to end of December, and it ran until
8     February 1, 1985.  That's what that document says;
9     right?
10          MS. O'LEARY:  Object to foundation.
11          THE WITNESS:  You have to help me here.
12     I don't see where says that 634 was operated for
13     the water simply.
14     BY MR. DEAN:
15          Q.   Well, it says on the 1st of
16     February 1985, it was shut down.  That's the
17     sentence you read.  And if it shut down, it means
18     it was operating before it was shut down.
19          A.   No.  That's one interpretation of this.
20     But my interpretation based on everything I have
21     looked at is -- remember that this chronology here
22     was done basically four years or five years after
23     the fact.  So it's basically some rehashing of
24     things.  I put more credential to basically
25     documents that are close to when things happen or

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 211 of 370

1    when things happened.

2        Q.   Well, this is 1989 and the other

3    document is February 26, 1985.  If you go look at

4    Exhibit 18, tell me the date it says that that

5    chronology was prepared.

6            MS. O'LEARY:  Object to form.

7            THE WITNESS:  That chronology we talked

8    about was February 26, 1985.  This one --

9    BY MR. DEAN:

10       Q.   30 days later.

11       A.   That one.  And this one is five years

12   later.

13       Q.   Four years later and it has the same

14   wording, for the most part, of the wording that

15   was done when it was created 30 days within that

16   well -- actually, the well was shut down

17   February 1.  So that's 25 days after 634 was shut

18   down.  This chronology was prepared.  Isn't that

19   sufficiently close in time, sir?

20           MS. O'LEARY:  Object to form and

21   foundation.

22           THE WITNESS:  No.  I think you are

23   trying to argue with me.  But the information I

24   have seen and reviewed was that well 634 was shut

25   down in December after methylene chloride was

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 212 of 370

1    reported in the water from the well.

2    BY MR. DEAN:

3          Q.   And your opinion is it was never started

4    back up?

5          A.   I'm not finished.  I'm not finished.

6    Then I looked for information that would just

7    support what you say, that well 634 was basically

8    reused for the water supply.  And you have

9    information from the time that shows you that that

10   well was not on.  And that information is given in

11   my report for the period November -- for 69 days,

12   November to basically February 5, 1985, that

13   period of time.  And well 634 after this period of

14   shutdown on December 10 or whatever that was, was

15   not on.  And that is contemporary information that

16   tells you which wells were on and which wells were

17   off.  And that I rely as being primary indication

18   and support for my opinion and deduction and

19   conclusion that well 634, once it was shut down,

20   was not restarted for the water supply.

21         Q.   We'll circle back to that in a minute,

22   move onto another subject.

23               (Hennet Exhibit 20 was marked.)

24   BY MR. DEAN:

25         Q.   I'll show you Exhibit 20.  Do you see

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 213 of 370

1   that Exhibit 20, which is
2   CLJA_WATERMODELING_09-427825 through 427827 is a
3   meeting, 2/27/85 meeting, the day after the
4   chronology document is dated, Exhibit 19.
5       A.   Are we on 19 or 20?
6       Q.   I think we're on Exhibit 20.  I was
7   referring back to 19 because it's got that date at
8   the top.  The chronology is 18.
9           Have you seen this document before?
10      A.   I believe I did.
11      Q.   It's not listed in your reliance
12  materials specifically as a call-out.  It could be
13  covered in some of the catch-alls at the back.
14          My question you to is:  Do you know for
15  certain one way or the other in forming your
16  opinions in this case, did you, in fact, review
17  this document or not?
18          MS. O'LEARY:  Object to form.
19  BY MR. DEAN:
20      Q.   If you don't remember, tell me.  But if
21  you remember, I'd like to know.
22          MS. O'LEARY:  Same objection.
23          THE WITNESS:  This document looks
24  familiar to me.  I believe I have seen it.
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 214 of 370

1  BY MR. DEAN:

2       Q.   If you turn to the second page, do you

3  see on the page 826 it is Wilmington Regional

4  Office.  It's got a stamp February 7, 1985 in the

5  right corner.  Do you see that?

6       A.   I see that.

7       Q.   And at the top it says Hadnot Point

8  Water Systems.  There's a location line across the

9  top with different dates to the right.  Do you see

10 that?  So the locations are up and down the left

11 side, and the dates are across the top on the

12 right.

13      A.   That I see that, yes.

14      Q.   And if you go down to the bottom, in the

15 middle, do you see the section that says "Wells

16 out of service and could not be sampled on

17 January 16, 1985"?

18           Do you see that section?

19      A.   I do see it.

20      Q.   They list 610, 615, 654 and LCH 4006.

21 Did I read that list correctly?

22      A.   I see that.

23      Q.   634 is not listed there as being out of

24 service, is it, sir?

25      A.   It is not listed there as being out of

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 215 of 370

 1   service.

 2        Q.   On a report generated or received on

 3   February 27, 1985; correct?

 4             MS. O'LEARY:   Object to form.

 5             THE WITNESS:   That's correct.  And this

 6   is one piece of information I have looked at.

 7   BY MR. DEAN:

 8        Q.   And you discounted and didn't -- before

 9   we go there, do you see the information for the

10   vials in the list under 1/16?  Do you see there's

11   a 1/16 date.  Then there's some results listed

12   under it.

13        A.   I see that.

14        Q.   And the location is over along the left

15   side.  Would you agree with me that this is

16   additional information that shows that samples

17   were taken January 16 because under January 16

18   next to well 634, out to the right is that same

19   reading we looked at before, 1300.

20        A.   I see that.

21        Q.   Do you agree with that?

22        A.   Yes.  And if I may elaborate on this,

23   the meaning of what you read in the record that

24   wells out of service and could not be sampled.

25   Now, if you look at the wells that were sampled

                   Golkow Technologies,
877-370-3377            A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ   Document 349-3   Filed 04/10/25   Page 216 of 370

1    and you go, for example, from the top, Building

2    20, Building 20, well 601, well 602, 603, 608,

3    634, 637, 642, 651, all of those wells were

4    sampled.  All of those wells were sampled.

5             Those wells sampled, basically some of

6    them were not in service.  And then you have the

7    list of the wells that were sampled.

8         Q.   16 is not at the top.

9             MS. O'LEARY:  Object to the foundation.

10   BY MR. DEAN:

11        Q.   16 is not listed as a sample taken

12   because it was out of service, nor was 615, nor

13   was 654, nor was LCH 4006.  Those are noted listed

14   at the top on this document.

15        A.   I would like to answer, and listen to my

16   logic.  You try and pick the one you want, but

17   listen to what is important here.  Let's take, for

18   example, well 608.  Well 608 says for 1/16 it was

19   broken.  You read that; right?

20        Q.   Yes, sir.  I can read.

21        A.   Does that mean it was sampled?  I

22   conclude that it does mean it was sampled.  Well

23   608, was it an active well?  No.  It had been had

24   shut down before.  It was never restarted, but it

25   could be sampled.  In my evaluation of this, I

1    made the same conclusion for 634.

2        Q.    But this says on its face that this

3    along with the other two documents I showed you,

4    shows that 634 was, in fact, pumping, operating,

5    when the samples were taken on January 16, 1985 as

6    well as all the way through at least February 1,

7    if not February 27 when this document was

8    prepared.

9        A.    No.  What this means is that 634 could

10   be sampled like 608 could be sampled.  We know

11   that 608 was not in service.  And what you made me

12   read earlier is that wells out of service and

13   could not be sampled outside those four.

14            What is meant by that is those you could

15   not sample.  Sometimes it's because you do not

16   have a pump that function anymore or the well has

17   been probably abandoned, so it could not be

18   sampled.

19            Now, 608 was abandoned before, but it

20   was sampled as indicated by the data.  634, I saw

21   nothing that says that 634 was restarted after it

22   was shut down because of methylene chloride.

23       Q.   I just shown you three documents.  I'm

24   not going to argue with you anymore about it.

25            I'm just asking you:  Does that change

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 218 of 370

1    your view with regard to whether your opinion is

2    correct that 634 was shut down temporarily January

3    12 and was thereafter was restarted?

4              MS. O'LEARY:  Object to form.

5              THE WITNESS:  And I explained to you

6    that you are reading words in a wishful manner for

7    what you try to express.  And I am explaining to

8    you that basically I have not seen any indication

9    that well 634 was restarted for service, but it

10   could be sampled similarly to well 608 for

11   example, which we know for sure was never put back

12   in service.  And by the way, the same is true for

13   well 602.

14   BY MR. DEAN:

15        Q.   What is your basis to say that 634 was

16   shut down December 12 and never turned back on?

17   What is the basis for that statement?

18             MS. O'LEARY:  Object to foundation.

19             THE WITNESS:  The well was shut down at

20   that time because of methylene chloride.  And I

21   found no indication that it was put back into

22   service.  And the fact that you are trying to make

23   me admit that because it was sampled on

24   January 16, that means it was in service.

25             You have plenty of more direct evidence

1    that shows that 634 was not restarted.  And I
2    mentioned before the document that shows the wells
3    that were on and the wells that were off between
4    November -- sometime in November all the way to
5    February 5, 1985.  By November I mean November
6    1984.
7              (Hennet Exhibit 21 was marked.)
8    BY MR. DEAN:
9        Q.   We're going to look at it right now.
10   Now, in your report -- I'll show you Exhibit 21.
11   I blew it up.  You've seen that chart before.  I
12   think that's what you're referring to; right?
13       A.   That's correct.
14       Q.   And you took Exhibit 21, which is an
15   operational monthly report of when these wells
16   were all -- between November 28, '84 and
17   January 6, '85; right?
18             THE WITNESS:  That's right.  This is
19   independent data, if you wish.
20   BY MR. DEAN:
21       Q.   That you believe shows that this -- do
22   you think when this document was created,
23   Exhibit 21.
24             MS. O'LEARY:  I'm sorry.  I have a
25   foundation objection. I think you said January 6,

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 220 of 370

1    '85.  I think it goes to February 5, if you look
2    at page 2.
3             MR. DEAN:  I'm sorry.  You're exactly
4    right.  My apologies.
5    BY MR. DEAN:
6        Q.   This chart for all these wells gives
7    November 28, 1984 and continues through
8    February 5, 1985; right?
9        A.   That's correct.
10       Q.   And you took that chart and you've
11   created an Excel spreadsheet, and we'll talk about
12   it later on, but you used that spreadsheet to then
13   do some calculations and come up with percentages
14   of operation time at these wells; right?
15       A.   That's a basis for that, yes.
16       Q.   So this is not a report.  Someone
17   created a summary after they went and looked at
18   some records to create this well operational
19   history document; right?
20            MS. O'LEARY:  Object to foundation.
21            THE WITNESS:  Somebody working there did
22   this.
23   BY MR. DEAN:
24       Q.   What did you do to ascertain or
25   investigate whether the data or the information

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 221 of 370

1    about what months shown on this chart these
2    different wells were operating?  What work did you
3    do to verify that this chart was accurate before
4    you created your own chart?
5         A.    Well, the chart -- you have information
6    for the well we know were shut down.  Let's take
7    634 off the table now.  602, 608, we know when
8    that well was shut down.  And we have some others.
9    By memory I don't remember them all.
10             But those wells were basically but out
11   of service, and that's documented.  And they were
12   never restarted.  By memory 602 608 are the ones I
13   remember right now.  There are probably some other
14   ones.  And when you look at this chart, one of the
15   things that I checked was, right, is this
16   consistent with that information.  And it is.  So
17   602 for example, I know that it was shut down
18   before November '84, and it's never on.
19             608, I know that it was shut down
20   approximately in early December, and it was never
21   on.  All the ones that were contaminated, once
22   they discovered the contamination, they shut them
23   down.
24             Same for 634 now.  634 basically was
25   never on, was never on at all after December,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 222 of 370

1  December 10.  And it was off a few days before
2  because it was off.  But it was never put back on
3  all the way to February 1985.
4        Q.  I let you finish.  I let you finish.  So
5  let me ask a question.
6        A.  Let me finish then.  So this to me is
7  important data in that context, because it's not
8  somebody like ASTDR, like me or anyone else who
9  just generated this information.
10       Q.  My question was:  You rely primarily on
11 Exhibit 21, this chart someone created based on
12 some other information to create your chart on
13 page 418 in your report; right?
14       A.  I basically base what have in my report
15 on this, and I made it to fit on one page.
16       Q.  Second question, you mentioned some data
17 you conferred with to verify that the information
18 in the chart is accurate.
19            Do you remember what you were referring
20 to?
21       A.  I thought I explained that.  You have
22 information in the record that, for example --
23       Q.  Be specific.  What information are you
24 referring to that you conferred or reviewed to
25 determine that you felt this chart was accurate?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 223 of 370

1    That's what my question is.

2        A.   For example, well 602, remember this

3    chart are for the wells that are actually used for

4    the water supply.  They're water supply wells when

5    you have an X that were in use to supply the

6    water.  Now, I know from the record, for example,

7    well 602 was contaminated but was shut down.

8        Q.   Let me stop you there.  I don't know

9    what you're referring to.  You just say the

10   record.  I need to know what documents you're

11   relying upon that you claim you reviewed to

12   confirm that this chart was accurate.

13           MS. O'LEARY:  Object to form.

14           THE WITNESS:  They are documents in the

15   record that I reviewed that basically give you the

16   date when 602 was --

17   BY MR. DEAN:

18       Q.   Can we agree we'll move on.  As you sit

19   there, you believe there's records.  You believe

20   you reviewed something, but you can't cite to them

21   specifically to me right now?

22       A.   By memory I am describing those, but I

23   cannot just all of a sudden present them out of my

24   nose.

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 224 of 370

1     Q.   So on Exhibit 21, the chart, beside 634
2   it shows it was operating on December 28 and 29
3   and it shows it was operating December 2, 3 and 5,
4   and then there's nothing for it throughout --
5     A.   That was too fast for me.  Can you
6   repeat, please?
7     Q.   For 634 it shows only on the chart that
8   634 was operating November 28, November 29,
9   February 2, 3, 4, 5 and 6, and it stops.  If you
10  turn and look all the way across that, it shows it
11  wasn't operated the rest of December, wasn't
12  operating in January.  And on the back, if you go
13  to 634, it doesn't show it operating at all in
14  January or February.
15          MS. O'LEARY:  Object to foundation.  I
16  think you just misspoke and February when you
17  meant December.
18  BY MR. DEAN:
19    Q.   The well did not operate at all in
20  December according this document or January or
21  February, and that's where you got your
22  information it must have been shut down and not
23  come back on; right?
24          MS. O'LEARY:  Object to foundation.
25          THE WITNESS:  That is consistent because

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 225 of 370

1    if it were to have been used, it will be

2    represented with X on this chart, and it was not.

3    BY MR. DEAN:

4         Q.    Then, sir, go back to Exhibit 20 for me.

5    It's the handwritten memo page.

6         A.    Yes.

7         Q.    I think you missed a document.  If you

8    look at page 2, that analysis, if you look at well

9    634 under the date 12/10, what is the 130F?

10        A.    F stands for methylene chloride.

11        Q.    Out beside both 12/4, 12/10 you have

12   this 130 reading; right?

13             MS. O'LEARY:  I'm sorry for which well?

14   BY MR. DEAN:

15        Q.    Well location 634 there's a methyl

16   chloride finding on a sample taken on 12/10;

17   right?

18        A.    Methylene chloride, yes, on 12/10.

19        Q.    And in order to obtain that sample, the

20   well is operating; right?

21        A.    It doesn't mean it was operating.  It

22   means it was sampled.

23        Q.    Well, wouldn't you want to sample it

24   when the well is operating?

25        A.    Actually, you sample when you can

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 226 of 370

 1   sample.  It doesn't have to have the well

 2   operating.  By operating, I mean providing water

 3   to the water supply.

 4        Q.   If this chart you created on 418 that

 5   you pulled from Exhibit 21, the historical summary

 6   chart --

 7             MS. O'LEARY:  That's 418 of Exhibit 3?

 8             MR. DEAN:  Yes.

 9   BY MR. DEAN:

10        Q.   You'd need to rethink your opinions,

11   wouldn't you?  If this chart is wrong, Exhibit 21,

12   for which you created 418 and did some

13   calculations, if his chart is wrong, then your

14   opinions with regard to this information and

15   calculation of these well operational

16   contributions by percentages, those opinions would

17   be wrong, wouldn't they?

18             MS. O'LEARY:  Object to form.

19             THE WITNESS:  This is a major piece of

20   information that I considered.  It's not the only

21   one.

22   BY MR. DEAN:

23        Q.   I understand.  But what if it's wrong?

24   What if this information you thought was accurate

25   is wrong?  Would you please agree with me you

                    Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 227 of 370

1    would need to go back and look at your opinions?

2          MS. O'LEARY:  Object to form.

3          THE WITNESS:  You're asking me to

4    speculate that this is wrong.

5    BY MR. DEAN:

6          Q.   I'm saying I want you to assume it's

7    wrong.

8          A.   If you assume anything is wrong, if it

9    is wrong, then I would consider that and see if it

10   affects my opinion or not.

11         Q.   What if some of these wells that shows

12   they're not operating on this chart are, in fact,

13   operating.  Wouldn't that call into question this

14   chart that you relied upon for your calculations?

15   Yes or no.

16         MS. O'LEARY:  Object to form.

17         THE WITNESS:  That depends which

18   information you would show me.  Is that

19   information that a well was sampled?  For me, if

20   you show me information that the well was sampled,

21   it doesn't mean it was actually being pumped

22   through the water supply at the time.

23   BY MR. DEAN:

24         Q.   Let's relax and go to something else.

25         A.   Can we take a break sometimes for

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 228 of 370

1    relaxation?  I can wait a little bit more, but at
2    some point, my coffee is working.
3            THE WITNESS:  We've gone a little over
4    an hour.
5            MR. DEAN:  I'm fine taking five or so
6    minutes if we could.
7            THE WITNESS:  Five minutes is fine.
8            MR. DEAN:  Let's take a break.
9            THE VIDEOGRAPHER:  We are off the record
10   at 1610.
11           (Recess from 4:10 p.m. to 4:19 p.m.)
12           THE VIDEOGRAPHER:  We are on the record
13   at 1619.
14   BY MR. DEAN:
15      Q.   Can you pull back out your handwritten
16   note, please, sir, Exhibit 11.
17      A.   Got it.
18      Q.   And also out beside your report.  We're
19   going to go to page 5-7.
20      A.   Can you repeat, please?
21      Q.   In your report page 5-7.  We're talking
22   about volatilization losses at Hadnot Point water
23   treatment plant; right?  On Exhibit 2-4 you did
24   some calculation work?
25           MS. O'LEARY:  I'm sorry.  What's Exhibit

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 229 of 370

1    2?  Excuse me.  I'm just confused.

2    BY MR. DEAN:

3        Q.   Page 5-7.  It's also at the top called

4    Exhibit 2-4 in your report; right?

5        A.   Yes.  Exhibit 2-4 is actually starting

6    on 5-6.

7        Q.   How did you do those calculations?

8        A.   I applied a formula that I describe in

9    an appendix to my report.

10       Q.   And you started with 1000 parts per

11   billion, and you say that the treatment process

12   removes like 30 percent; is that right?

13            MS. O'LEARY:  Object to foundation.

14            THE WITNESS:  No.  I did do everything

15   in percent.  I started at 100 microgram per liter

16   and then basically taking 100 percent and then

17   that's what you reduced.

18   BY MR. DEAN:

19       Q.   I'm sorry.  You took 100 percent,

20   started with that.  You took out 30 percent for

21   treatment process; right?

22            MS. O'LEARY:  Object to foundation.

23            THE WITNESS:  Where is that, please?

24   BY MR. DEAN:

25       Q.   I'm trying to get you to explain to me

1  how you did the calculations that are shown on
2  Exhibit 2-4.  Starting with 100 percent, how did
3  you do these calculations?
4      A.   In a manner similar to what was done in
5  the AH report basically for the different
6  elements, if you wish, of the storage treatment
7  and water towers.
8      Q.   You started with 100 percent.  How much
9  do you believe the treatment process reduces the
10  volatilization losses?
11          MS. O'LEARY:  Object to form.
12          THE WITNESS:  As a whole?
13  BY MR. DEAN:
14      Q.   Yes, sir.
15      A.   For which compound?
16      Q.   Did you apply a constant percentage of
17  30 percent to volatilization losses -- let me ask
18  it this way.
19          Your overall -- on Exhibit 2-4 under
20  TCE, your overall evaporative removal at the very
21  bottom comes out to be 17.07.
22          Do you see that?
23      A.   I see that.
24      Q.   And if you add up these percentages, I
25  believe, they -- do you know what they total?

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ   Document 349-3   Filed 04/10/25   Page 231 of 370

1              MS. O'LEARY:  Object to foundation.

2              THE WITNESS:  I am not sure I understand

3      your question.  What this 17 percent is is the sum

4      of the numbers that are in bold in the table for

5      each chemical.  This one in particular would be

6      for TCE.

7              I want to add something.  Those

8      calculated results are for the system and do not

9      include the operation of the recarbonization

10     basin.  I didn't put any value on that or it does

11     not include other type of losses.  This is

12     evaporative losses as it is today, if you wish, or

13     as it was when the recarbonization basin at Hadnot

14     Point water treatment plant was not operating and

15     the period of operation for the recarbonization

16     basin when it was used for its purpose is unknown.

17     BY MR. DEAN:

18        Q.   Thank you for that.  We'll circle back

19     to this in a minute.  Let's talk about stressor

20     periods.

21        A.   Stressor periods.

22        Q.   So the stressor period that ATSDR did in

23     calculating and doing its water modeling, they use

24     one month and look at all this well information;

25     right?

1           MS. O'LEARY:  Object to foundation.

2    BY MR. DEAN:

3        Q.   They didn't do it daily?

4        A.   The ASTDR model reported their results

5    as monthly averages.

6        Q.   Your chart we talked about earlier that

7    you created is basically two full months?

8        A.   This one?

9        Q.   Yes, sir.

10       A.   This is the information we have on which

11   wells were on, which wells were off for a period

12   of 69 days.

13          MS. O'LEARY:  For the record, we're

14   referencing 21?

15          MR. DEAN:  Yes.

16          THE WITNESS:  As shown in Exhibit 21.

17   BY MR. DEAN:

18       Q.   Do you believe that it's representative

19   of the true nature of well pumping and

20   contributions of these various wells look at just

21   one month?

22          MS. O'LEARY:  Object to form.

23          THE WITNESS:  That's not one month.

24   It's more than two months.

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 233 of 370

1    BY MR. DEAN:

2         Q.   Do you think that's sufficient to look

3    at two months of data in December of '84 and

4    January of '85 to analyze this issue about the

5    contributions of these various wells to the

6    pumping operations?

7              MS. O'LEARY:   Object to form.

8              THE WITNESS:   This is the data that is

9    available.  And I will comment on this in the

10   sense that during this period of time, you had

11   less wells available for pumping because some of

12   them had been closed because of contamination,

13   which implies that the other wells had to

14   compensate for that.  So that information probably

15   exaggerates -- not exaggerates -- but gives a

16   relative on and off period for the well that is --

17   you had less wells.  So you had do operate the

18   wells a little bit more to compensate for that.

19   BY MR. DEAN:

20        Q.   Do you remember -- well, you made the

21   mention about wells coming off line.  You know

22   that new wells were put in as well in this same

23   timeframe; right?  Have you seen that data?

24             MS. O'LEARY:   Object to foundation.

25             THE WITNESS:   I don't recollect the date

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 234 of 370

1    of new wells you would be talking about.  But

2    there were new wells, especially -- probably -- I

3    do not know the date of the new wells by memory,

4    but there were some, and I believe they were

5    either for Hadnot -- Holcomb Boulevard system came

6    later as far as Hadnot Point system was concerned.

7    BY MR. DEAN:

8         Q.   If new wells were coming online

9    hypothetically at a particular water treatment

10   plant area, that sort of changes the history or

11   what's going on with pumping because you're taking

12   some off line and then you're bringing on some new

13   ones.  And if all this is occurring at the same

14   time, it could artificially not represent the true

15   history of what might have been taking place

16   previously with respect is to certain wells.

17            Do you see what I'm saying?

18            MS. O'LEARY:  Object to form.

19            THE WITNESS:  I understand what you are

20   saying and I understand you are talking about the

21   tools in that sense, and nobody knows for the past

22   except this period of time, which is data in my

23   opinion.

24   BY MR. DEAN:

25        Q.   And you think it's okay just to look at

1    these two months even though at the same time of
2    these two months, some wells are coming off and
3    others are potentially coming on?
4            MS. O'LEARY:  Object to foundation.
5            THE WITNESS:  This is the data that is
6    available.
7            (Hennet Exhibit 22 was marked.)
8    BY MR. DEAN:
9        Q.   I'll show you Exhibit 22.  Do you see
10   that HP-622 -- let me just for the record,
11   Exhibit 22 is CLJA_WATERMODELING_05-826091 through
12   826118.
13           Do you see that HP-622, Hadnot Point,
14   new well 622 put in 5/19/82 the construction was
15   completed.  And on 6/1 there's a note that it went
16   in service.  Do you see that?
17           MS. O'LEARY:  Object to foundation.
18   BY MR. DEAN:
19       Q.   Do you see that?
20       A.   I don't see the last part, but you have
21   to be patient with me.
22       Q.   At the top, 5/19/83, construction
23   completed.  6/1/84 it's in service.
24       A.   I see that on this document, which is
25   from the ATSDR, I believe.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 236 of 370

1      Q.   Right.  But I mean they're citing -- let

2  me ask you this:  Do you not trust any of the

3  historical information that was completed by

4  ATSDR?  And they've even footnoted where they got

5  the information from, including Scott Williams, a

6  June 6, 2008 email about well runs from Scott

7  Williams.

8          Do you not just the information that's

9  on this chart?

10         MS. O'LEARY:  Object to form.

11         THE WITNESS:  It is trust, but verified.

12  I do not care who did what.  I just go always to

13  the original document that's close to that that

14  and I can do, and I consider everything in

15  between.

16  BY MR. DEAN:

17      Q.  And the capacity for which this well was

18  originally drilled and -- I don't know if

19  certified is the right word, but capacity in

20  gallons per minute was 323 at the top.

21         Do you see that?

22      A.  That's capacity of the well at

23  construction, yes.

24      Q.  And well capacity test was performed

25  again 9/5/85 it's at 320.  1986 it's 320.  1988,

Golkow Technologies,
877-370-3377         A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ   Document 349-3   Filed 04/10/25   Page 237 of 370

1    290.  1988, 330.  Do you see that?  So it's

2    consistently in the 320, 330 range; right?

3         A.   For this well, it is.

4         Q.   Now, if you turn to well 623, its

5    construction was, I guess, about the same day, a

6    few days off.  May 25 it says it was completed.

7    Its capacity was originally 360.  It went in

8    service August of 1984 according to operation

9    records.  1985 it's got a well capacity test of

10   242.

11        Do you see that?

12        A.   1985 I see that 242 capacity.

13        Q.   Turn to the next page Bates-stamp ending

14   97.  The next one HP-628 (new).  Do you see that

15   new well went in 6/1/1984 construction completed.

16   I guess there's some capacity reading of 160 in

17   October 1984.

18        Do you see that?

19        A.   I see that.

20        Q.   Turn to the next well, well HP-660, that

21   one, construction was completed in July of '83.

22   Capacity test or whatever result in service

23   7/1/84, and it had I guess a capacity test

24   previously at 151 in November of '83.

25        Do you see that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 238 of 370

1          A.    I see that.  That's the only capacity
2    test.
3          Q.    Agree with you.
4          A.    And it was put out of service and later
5    abandoned.
6          Q.    Correct, 1994.  HP-661, drilled in March
7    of '83.  In service August of '84.  Well capacity
8    test October 26, '84 was 280.
9                Do you see that?
10         A.    I see that.
11         Q.    And the last one is 662, last page
12   ending 118.  Says it was in service August of '83.
13   Well capacity test October of '83 146.  In service
14   November 1984.  Another well capacity test August
15   of '85 at 168.
16                Do you see that?
17         A.    I see that.
18         Q.    So going back to my question, with all
19   of those wells contributing, if you add them all
20   up, over 988 gallons per minute in addition to the
21   raw water supply, do you really think looking at
22   the two months that you looked at still are
23   representative of well cycling?
24                MS. O'LEARY:  Object to foundation.
25                THE WITNESS:  What we talked about on

GolkowTechnologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 239 of 370

1  this sheet, it tells you which wells were on,

2  which wells were off.  A well can be in service

3  and but not being bumped.

4  BY MR. DEAN:

5      Q.   Are you aware that November 30, 1984 the

6  Navy received test results for 22 sampled wells,

7  that well 602 was contaminated with benzene and

8  that that initiated additional plans for further

9  testing?

10          Do you remember that fact?

11     A.   What was the date you mentioned?

12     Q.   December 30, 1984.

13          MS. O'LEARY:  Object to foundation.

14          THE WITNESS:  I don't recall the exact

15  date, but during that time, well 602 was shown to

16  be contaminated and was basically shut down.

17  BY MR. DEAN:

18     Q.   And that finding initially would have

19  resulted in some additional testing and the well

20  shut down?

21          MS. O'LEARY:  Object to foundation.

22          THE WITNESS:  Yes.  The evaluation by

23  the base went step-wise.  They were trying to

24  understand the problem.

25

Golkow Technologies,
877-370-3377                 A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 240 of 370

1  BY MR. DEAN:

2      Q.   For 602, and I believe it's in the

3  records, there were well tests of 602 December of

4  '84 and January '85 to locate the sources of

5  contamination; right.

6             MS. O'LEARY:  Object to foundation.

7             THE WITNESS:  What do you mean by well

8  test?

9  BY MR. DEAN:

10     Q.   If you take a look at Exhibit 15, it's

11 the chart with all the well tests summarized.

12 It's Exhibit 15, ATSDR table.  You can use mine.

13     A.   I'd love to find mine so you can keep

14 yours.  Got it.

15     Q.   Do you see beside HP-602 all of the

16 testing that was done in November and December

17 checking for contamination?

18     A.   I see that.  We're talking about

19 chemical tests, I mean sampling and laboratory

20 analysis of chemicals.  Just before we were

21 talking about capacities.

22     Q.   Would those tests have affected pumping?

23             MS. O'LEARY:  Object to the foundation.

24 BY MR. DEAN:

25     Q.   Operations.

1          MS. O'LEARY:  Object to form.

2          THE WITNESS:  Test affected pumping?

3  The sampling of a well may be done when the well

4  is actually supplying water or when a well is not

5  supplying water if you have a pump that works that

6  is (indecipherable).

7  BY MR. DEAN:

8      Q.   And that well was shut down, 602 was

9  shut down after those contamination results were

10 received in December of '84; correct?

11         MS. O'LEARY:  Object to foundation.

12         THE WITNESS:  My understanding, it was

13 shut down because contamination was reported.

14 BY MR. DEAN:

15     Q.   Would the fact 602 being shut down not

16 impact pumping schedules for the other wells?

17         MS. O'LEARY:  Object to form.

18         THE WITNESS:  That depends if the well

19 was in use or not.  But, of course, you had one

20 less well for the supply when they shut down that

21 well.

22 BY MR. DEAN:

23     Q.   When you shut down one well and you got

24 so many people on base, doesn't it potentially

25 impact pumping operations at other wells?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 242 of 370

1      A.   Yes, it does.  You either have to pump
2   the one you have for a longer time or you have to
3   add wells.
4      Q.   What information would you need, going
5   back to Exhibit -- going back to the well service
6   for the couple months that we've been talking
7   about record that you used to create your chart,
8   what records would you need to look at if you
9   wanted to enhance this analysis to look and see
10  about what was going on with well operations
11  either before or after these time periods?
12          What sort of records would you need?
13          MS. O'LEARY:  Object to form.  This is
14  Exhibit 21.
15          THE WITNESS:  It doesn't exist to my
16  knowledge, because I have looked for.  And for the
17  time prior to this, you basically have -- if any
18  record, you basically have nothing all the way to
19  1942.  You know the number of wells, more or less,
20  that you had that were potentially in service.
21  But you do not know if were they pumping or which
22  group of wells were pumping.
23          (Hennet Exhibit 23 was marked.)
24  BY MR. DEAN:
25      Q.   I'll show you what I'm going to mark as

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 349-3   Filed 04/10/25   Page 243 of 370

1    Exhibit 23.  This is some historical information
2    about well capacity, operational history for
3    HP-651.  Do you see that?  It's Bates-stamped
4    CLJA_WATERMODELING_05-826112.
5         A.   I see this is again from the ATSDR
6    report.
7         Q.   Yes, sir.  You see like some of the
8    other ones we've looked at, this information down
9    at the bottom under the footnotes, you see there's
10   footnote number three.  For example, under that it
11   lists all the data sources for which this
12   information came including operation records.
13            Do you see that?
14        A.   Number three?
15        Q.   Footnote three.
16        A.   AH Environmental Consultants, Inc.,
17   electronic communication, September 3, 2004.
18        Q.   Now, you see that well was constructed
19   in 1971.  Do you see that?
20        A.   I see that.
21        Q.   It says it went in service in '72.  And
22   I think you got that in your report.  Do you
23   remember that?
24        A.   Yes, I do.
25        Q.   And it was originally marked with a

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 244 of 370

1  capacity or constructed with a capacity rating of

2  200 gallons per minute; right?

3       A.   It was tested at the capacity of

4  200 gallons per minute with a set pump at a given

5  elevation.  We were given horsepower.

6       Q.   1977 well capacity test.  It says 190.

7  1979, well test capacity test is the 167.  1980,

8  capacity 178.  1981 it goes up to 232.  1983 it

9  goes up to 239.  And October 29, 1984, it's

10  pumping at its highest rate, 242, according to

11  this information; correct?

12       A.   According to this, it is correct.  And I

13  have looked at the information for this well as

14  well.

15       Q.   And in your report, you opined that

16  HP-651 is only operating 39 percent of the time

17  based on your calculations and using the

18  spreadsheet you created from the historical record

19  of operation of these various wells, Exhibit 21;

20  right?

21            MS. O'LEARY:  Object to foundation.

22            THE WITNESS:  That's the data I have and

23  that's the data I used.

24  BY MR. DEAN:

25       Q.   If it's pumping all of those historical

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 245 of 370

1 timeframes where it was tested, does it really

2 make sense that it's only pumping at 39 percent?

3            MS. O'LEARY:  Object to foundation.

4 BY MR. DEAN:

5      Q.    According to your calculations?

6      A.    39 percent of the time?

7      Q.    That's right.

8      A.    This is what the data supports.

9            (Hennet Exhibit 24 was marked.)

10 BY MR. DEAN:

11      Q.    Now, again so you and I can see it

12 better, I took your page 4-18, which is your Excel

13 spreadsheet graph, and this is Exhibit 24.  It's

14 that same page out of your report.  It says in

15 your report under that chart Exhibit I-9,

16 Frequency of Use of Supply Wells, November 28, '84

17 to February '85.  And your conclusion, Supply well

18 HP-651 was on for 27 out of 69 days, and that gave

19 you an average pumping frequency of .39; right?

20      A.    That's correct.

21      Q.    And that is the basis for your opinion

22 that this HP-651 was only pumping 40 percent of

23 the time or thereabouts?

24            MS. O'LEARY:  Object to foundation.

25            THE WITNESS:  That's it, yes.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 246 of 370

1          (Hennet Exhibit 25 was marked.)

2     BY MR. DEAN:

3          Q.   Now, I'll show you Exhibit 25.  And that

4     document is an email from Anita Short at the top.

5     It was a document found in the CAGE, identified as

6     CLJA_USMC_CAGE_350325 through 345.  You see the

7     subject line of all these emails is the same.  It

8     says HP & HB Well Pumps:  January to June 1980.

9          Do you see that?

10         A.   I see that.

11         Q.   Now, I didn't see this document listed

12    on your reference materials specifically called

13    out, although I think it might potentially --

14    while I'm doing that, just confirm if it's in the

15    catch-all.

16         Do you remember ever seeing that

17    document before?

18         A.   I may if it is -- I may have seen it,

19    but it seems to be indicating some water levels.

20         Q.   In order to get these water levels,

21    would you agree with me the well has to be

22    pumping?

23         A.   No.  Some of them when you have a 3-foot

24    water level, it's probably not pumping, 3-foot

25    draw down as it's called.

Golkow Technologies,
877-370-3377                 A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 247 of 370

1        Q.   If you go to well 651, which will be on
2    page 29, it's about the third page in, you see
3    well 651, the January 1980, that first record, you
4    say it says stat 25 foot, pump a hundred, draw
5    down 75.  Do you see that?
6        A.   I see that.
7        Q.   If you look across that, you see in
8    February, March, April, May it shows all those
9    lines filled out and it's pumping?
10       A.   It's pumping sometime during that period
11   of time; right.
12            (Hennet Exhibit 26 was marked.)
13   BY MR. DEAN:
14       Q.   I'll show you Exhibit 26.  This is
15   CLJA_USMC_CAGE_67935 through 68188.  This document
16   is not listed in your reliance materials
17   specifically.  But do you see that it starts in
18   1978 at the beginning on that second page at the
19   top?
20       A.   I see that.
21       Q.   If you turn about four pages in till you
22   get to the well 651, do you see some operational
23   data in the information there?
24            MS. O'LEARY:  What's Bates-stamp?
25            MR. DEAN:  CLJA_USMC_CAGE_67935 through

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 248 of 370

1    8188.

2    BY MR. DEAN:

3        Q.    Right now I'm asking the question about

4    age 7944.  Do you see well data, monthly well

5    pumping data for Hadnot Point, well 651, for July

6    on that particular page, August, September?

7        A.    This does not give you pumping values.

8    It just tells you that during those months, the

9    well that we are talking about were used.  That

10   doesn't mean they were used all the time.  Of

11   course, they were not.

12       Q.    I understand, but that's some

13   information that on that particular month that

14   well 651 was operated at sometime.  We don't know

15   the exact date?

16       A.    Exactly.  But what this tells you as

17   well is for 651 is that it was not operated in

18   October of that year at all.

19       Q.    Let's go back to -- where do you see

20   that?  Show me what page you're looking at.

21       A.    We were looking at page 7944.

22       Q.    I agree 100 percent.  October it's not

23   working at all?

24       A.    At least it's not reported.

25       Q.    Did you consider this information at all

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 249 of 370

1   in forming your opinions about what months --
2   scratch that.
3           If you look through this entire exhibit,
4   do you see that it goes all the way through July
5   of 1983, December?
6           MS. O'LEARY:  Objection.  Foundation.
7   BY MR. DEAN:
8       Q.   Do you see on the last page, page 68188,
9   is July of '83 to December of '83?
10          MS. O'LEARY:  Object to foundation.
11          THE WITNESS:  That page does not inform
12  me on 651.  But that page goes to December 1983
13  but for some wells at different places.  So that's
14  fine.  I see you probably have it under Hadnot
15  Point.
16  BY MR. DEAN:
17      Q.   Here it is.  It's going to be on page
18  68148, well 651.  The previous page, 68146, began
19  January of '83.  Do you see that?
20      A.   I am on 68146.
21      Q.   Do you see 1983 Hadnot Point at the top?
22      A.   I see that.
23      Q.   And the next page, which for whatever
24  reason, there's a Bates -- my next page says
25  68148.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 250 of 370

1          MS. O'LEARY:  That's what I have as

2     well.  I don't have a 7.

3          MR. DEAN:  I don't know what's going on

4     there at all.

5     BY MR. DEAN:

6          Q.   But you see 651?

7          A.   I see that, yes.

8          Q.   January through June?

9          A.   Right.

10         Q.   July through December is on about three

11    page over beginning page 54.

12         A.   Yes.  It goes all the way to December.

13    And I believe if you follow the logic of this, it

14    would be '83.

15         Q.   So we have some information for all of

16    those months, 1978 through January of '84 where

17    well 651 is pumping.  I'm not sure how many days.

18    But it's pumping at least one day.  And you didn't

19    consider that evidence in forming your opinions

20    that the well is only operating 39 percent of the

21    time?

22         A.   I have never said that well 651 was not

23    a water supply well during the period 1972 until

24    it was shut down in 1985.  It was available.

25    Those sheets are consistent with that, but I did

1    not give you a frequency of use.

2         Q.   Do you agree that if you took into

3    consideration those operational months, it would

4    expand potentially the time periods to consider

5    for reaching your calculation of 39 percent using

6    only two months versus five years of well

7    operational history?

8              MS. O'LEARY:  Object to form and

9    foundation.

10             THE WITNESS:  I will re-answer.  This

11   information shows that the well was available for

12   that period that is documented in this Exhibit 26.

13   But that doesn't give you a frequency of use.

14   BY MR. DEAN:

15        Q.   Now, let's go to something else, talk

16   about water buffaloes.  When you read

17   Dr. Sabatini's report, you realized that

18   Dr. Brigham had made a mistake about how the water

19   buffaloes were filled back in the day as far as

20   what hatch or location they were filled; right?

21             MS. O'LEARY:  Object to foundation.

22             THE WITNESS:  I don't see what mistakes.

23   My recollection is Dr. Brigham just showed water

24   buffaloes, several types of water buffaloes that

25   were used at the base at the time.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 252 of 370

1    BY MR. DEAN:
2         Q.   Well, Dr. Brigham assumed that all you
3    water buffaloes were M107s or if they all -- if
4    they had other models, that they were being filled
5    through the filler neck; right?
6              MS. O'LEARY:  Object to foundation.
7    BY MR. DEAN:
8         Q.   That what he says in his historical
9    expert opinion report, that these water buffaloes
10   were filled through the filler neck.
11             MS. O'LEARY:  Object to form and
12   foundation.
13             THE WITNESS:  You have to show me where
14   he says that because I don't recall that.
15   BY MR. DEAN:
16        Q.   Well, you relied upon that up until the
17   time you issued your report to support certain
18   opinions about volatilization.  And after
19   Dr. Sabatini provided his report, you then went
20   back out there February 11 and did your work
21   including filling a water buffalo; right?
22             MS. O'LEARY:  Object to foundation.
23             THE WITNESS:  When I made my calculation
24   for the fill up of a water buffalo, I had a
25   diagram of a water buffalo and I filled it up

Golkow Technologies,
877-370-3377                A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 253 of 370

1    through the filler pipe for my calculation.  And
2    then I made that calculation.  And then I just saw
3    the expert report that rebutted my report by
4    Dr. Sabatini in which he basically agrees with me
5    on the methodologies.  But there he just also
6    included two affidavits that I had seen before
7    that says that the water buffaloes, at least some
8    of them, were filled up through the manhole.  I
9    understand that, and that one of the reasons I
10   went back to the base to basically evaluate that.
11   BY MR. DEAN:
12        Q.   When you issued your report in
13   December 2024, December 9, 2024 when you issued
14   your original report, did you do anything at that
15   time to verify any of the data in Dr. Brigham's
16   report?
17             MS. O'LEARY:  Object to foundation.
18             THE WITNESS:  I wrote my report.
19   BY MR. DEAN:
20        Q.   Can you answer my question yes or no.
21             Did you do anything to verify his data
22   when you first saw his report before you prepared
23   yours?
24             MS. O'LEARY:  Object to form and
25   foundation.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 254 of 370

1      THE WITNESS:  I did not do anything to
2  verify Dr. Brigham report, which basically came at
3  the same time as mine.  And I made my calculation
4  as I explained in my report.
5  BY MR. DEAN:
6      Q.   In your report, you did your
7  calculations based on Dr. Brigham's report saying
8  that they were filled through the filler neck;
9  right?
10      MS. O'LEARY:  Object to foundation.
11      THE WITNESS:  You will have to show me
12  where and what Dr. Brigham says about that if he
13  said it as you tried to insinuate, that they were
14  only filled up through the filler.  I don't recall
15  reading that.  So you have to show me that, and I
16  will be able to answer.
17  BY MR. DEAN:
18      Q.   You assumed when you wrote your report
19  on volatilization issues about the water buffaloes
20  you relied on Dr. Brigham's report.  And I can
21  represent to you he says in the report they were
22  filled through the filler neck, and that's what
23  you have in your report.
24      MS. O'LEARY:  Object to foundation.
25      THE WITNESS:  You have to show me

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 255 of 370

1    Dr. Brigham's report where he says that because I
2    don't recollect that specifically, not that it
3    really matter for my opinion.
4    BY MR. DEAN:
5         Q.    So you go back and you do this work.
6    How does that either change your opinions about
7    how these water buffaloes were -- the
8    volatilization of the water buffaloes?
9         A.    You are going to have volatilization
10   losses when a water buffalo is being filled up.
11        Q.    Let me ask you this.
12        A.    I am not finished.
13        Q.    Let me withdraw the question.
14        A.    I am not finished.
15        Q.    I'm withdrawing the question.  It's my
16   question.  I'm trying to get us out of here on a
17   timely basis.  Okay?
18             Did you do any work before you issued
19   your first report to that determine how long it
20   takes to fill a water buffalo either through the
21   filler neck or the manhole cover?
22        A.    I didn't make a specific calculation
23   because I didn't have time of fill up.  But my
24   understanding was that it goes relatively fast
25   because we are dealing with big filling pipes or

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 256 of 370

1   hoses, if you wish.  They are not a garden hose.

2   Those hoses are full pressure hoses that can

3   deliver 100, 200 gallon per minute.

4        Q.   You went back on February 11 and you

5   evidently filled up a water buffalo with a hose

6   because I've seen in it photos; right?

7        A.   I did not fill it up myself.  I

8   witnessed the fill-up of a water buffalo by the

9   base personnel.

10       Q.   Did you time -- not time -- did you

11  videotape the filling of the water tank?

12       A.   I did not videotape it.  I took many

13  pictures as it was being filled up.  And I did

14  time the time it took to fill up that water

15  buffalo at that stage.

16       Q.   What did you use to record that time?  A

17  watch?  A stopwatch?

18       A.   I asked specifically counsel stopwatch.

19  And I said start and at the end I say end.  And I

20  was on the top of the water buffalo taking

21  pictures.

22       Q.   Did you record somehow that stopwatch by

23  the Department of Justice employee or lawyer to

24  see if they actually started and stopped the watch

25  when you told them to?  Did you do anything to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 257 of 370

1  record this timing of the filling?

2       A.   It was reported to me as 3 minutes and

3  23 seconds, which is consistent with whatever

4  Dr. Sabatini says about filling up through a

5  manhole.

6       Q.   When you did this experiment or document

7  the timing, did they fill it through the filler

8  neck or the manhole cover?

9       A.   It was filled through the manhole.

10      Q.   And did you all tell him how to fill the

11  water buffalo?

12      A.   I did not.

13      Q.   Did he stay on top of the water buffalo

14  holding on the hose for the 3 minutes and 23

15  seconds to fill the water buffalo?

16           MS. O'LEARY:  Object to form.

17           THE WITNESS:  Who is "he"?

18  BY MR. DEAN:

19      Q.   Whoever filled the water buffalo as

20  shown in the photos.

21      A.   Yes.  There two personnel from the base,

22  two Navy Marines.  And one of them was basically

23  holding the hose and filling up.  The other one

24  was basically handling the shutoff valve and

25  shut-on valve.  I was on the other side of the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 258 of 370

1    water buffalo observing and taking pictures.
2         Q.    Did you have an iPhone that you were
3    taking picture on?
4         A.    I think I took them with my company
5    camera.
6         Q.    Did you have the capacity, you or the
7    DOJ lawyer with you, to record the video if you
8    had wanted to?
9         A.    Well, I took a lot of pictures of that
10   filling up.
11        Q.    Could you have videotaped it if you
12   wanted to?
13        A.    I was not permitted to videotape.  I
14   wanted to take photographs and I did.  And for me
15   as an expert for that, this is sufficient
16   information to support my conclusions.
17        Q.    My question is not that.
18              Did your phone have the capability or
19   the DOJ's lawyer to videotape?
20        A.    My private phone has that capability.
21        Q.    So when you had the Marine stick the
22   hose, did he hold it up at a certain level, or did
23   he drop it all the way into the tank?  How did he
24   handle the hose?
25        A.    My recollection, and that can be seen on

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 259 of 370

1    the pictures.  Basically the hose is partially
2    inside, but it's still under water.  It is above
3    the water level in the tank.
4        Q.   Well, did he start with the hose all the
5    way at the bottom and then pull it up as it comes
6    out, or did he leave it in there and let the water
7    buffalo fill up and then when it got to the top,
8    pulled it out then?  How did he handle the hose?
9        A.   He was holding the hose, to the best of
10   my recollection, and that's documented in the
11   picture.  The end of the hose, if you wish, was
12   basically always above the water level in the
13   tank.
14            I want to say one more thing.  It is
15   possible that some of the picture I took with my
16   cell phone because at the time, there was some --
17   because it was cold and raining, if I recall, you
18   get some fog on the camera I had.  So I don't know
19   if it was -- that's kind of what I recall.  I
20   wanted to put that in the record.
21       Q.   Let's move to different subject.  NRC
22   review report issued in 2009, did you play any
23   role in any aspect of the start of that report,
24   assisting with getting -- identifying who might be
25   a good person to be the panel?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 260 of 370

1              Did you have any discussions with
2    anyone, whether it be someone with the Marines or
3    the NRC, a lady named Susan Martel whose
4    deposition you read.  Did you talk to anybody
5    about the formation of that committee back in
6    2006, '7, '8?
7         A.    I do not recall such discussion, and I
8    don't know that person Martel you mentioned is.
9    You suggested that I read that deposition.  I do
10   not know.  You will have to show it to me.
11        Q.    You don't remember reading Susan
12   Martel's as you sit there today?
13        A.    As I sit here today, I have read a lot
14   of depositions and I do not associate names, this
15   name, to anything that I have seen unless you were
16   to show me the documents you are talking about.
17        Q.    How many water modeling hydrogeology
18   experts do you remember that served on that NRC
19   committee panel?
20        A.    I have no recollection or understanding
21   of that.
22        Q.    Let's talk about travel time of
23   contaminants at TT-26.  In your report 5-15 -- I
24   believe your report is Exhibit 3 -- 5-15 you say
25   it's 15 to 25 years travel time for PCE from the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 261 of 370

1  dry cleaners to TT-26; right?

2       MS. O'LEARY:  Object to foundation.

3       THE WITNESS:  Can you repeat, please?

4  BY MR. DEAN:

5       Q.   Yeah.  Let me ask you a question I

6  forgot to ask you at the end of the last one about

7  the water buffalo.

8            I didn't see anything.  You haven't done

9  any new calculation based on the observations you

10  made when you were filling the water buffalo on

11  2/11?

12       A.   I have not done calculations, but I have

13  basically looked at some EPA information that

14  gives information on, for example, when I saw the

15  water buffalo being filled up with aeration, I

16  say, well, the best comparison to that would be

17  faster fill-up, but it would be much less

18  aeration, if you wish, because I have seen

19  bathtubs being filled up.

20            And I considered that, and I say, well,

21  with the large amount of aeration that I observed

22  when the water buffalo was filled up in 3 minutes

23  and 23 seconds or so for 400 gallons, you have a

24  lot of aeration.  And I estimated that, yeah,

25  substantial loss that is comparable to what I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 262 of 370

1    calculated for the strainer.  That's basically --
2    I didn't do calculations, but I did for myself an
3    evaluation of that.
4    BY MR. DEAN:
5        Q.   So travel time for contaminants at
6    TT-26, on page 5-14, you state, "The release of
7    waste materials containing PCE at ABC Cleaners was
8    gradual."  Okay?  Do you see that?
9        A.   I don't see that, but I believe I say
10   that.  Can you tell me where it is?
11       Q.   Second sentence in the last paragraph at
12   the bottom.  "ABC Cleaners started operations in
13   mid 1954.  The release of waste materials
14   containing PCE at ABC Dry Clearance was gradual."
15   Footnote 86.  And you're citing to a North
16   Carolina Department of Resources Community
17   Development report by Rick Shiver.
18            Do you see that?
19       A.   I see that.
20       Q.   And then page 5-15, you opine in the
21   bottom paragraph that the PCE travel time between
22   ABC Dry Cleaners and TT-26 are in the 15 to
23   25-year range.  And you've got a chart on page
24   5-16 where you -- the next page, Dr. Hennet --
25   where you illustrate in Exhibit 3-1 those travel

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 263 of 370

1   times.

2           Do you see that?

3       A.    Yes.   That's an illustration.   And

4   details of this is provided as an attachment to my

5   report.

6       Q.    How did you choose those three travel

7   pathways at 25, 20 and 15?

8       A.    Well, I calculated the time it would

9   take for the contaminant PCE dissolved in

10  groundwater to travel to the well from ABC

11  Cleaner, and I used as a basis a simplified setup

12  which is the same as the ATSDR model used, the

13  same layers, the same thickness of each layer, the

14  same permeability in each layer and such.

15          And what I did as a hydrogeologist and a

16  geochemist, I applied the fundamental equations of

17  formulas of evaluating fate and transport when you

18  don't have data to illustrate that basically you

19  can get answers that are different from what ATSDR

20  has done as far as the travel time that are as

21  valid and even more in this case, because ATSDR

22  made mistakes and errors in what they did at

23  Tawara Terrace on the parameters.

24          I used parameters that were the same as

25  in the Hadnot Point model, and I used to calculate

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 264 of 370

1    the retardation for those travel time.  I relied

2    on the site-specific data that the ATSDR did not

3    consider even though it did exist.

4             So nobody knows what happened in the

5    domain where you have no data with any degree of

6    reasonable scientific certainty.  You have many

7    ways that you can calculate travel times to arrive

8    to a well.

9             The thing I want to say, in this case,

10   you are trying to calculate travel times for a

11   period of 30 years during which you have zero data

12   for the contamination arriving at the well.  And

13   you have two or three years -- well, you have some

14   data, and that data is a huge portal, if you wish,

15   because it has a huge range.  It goes from zero to

16   hundreds.

17            So ultimately you have many ways to get

18   through that portal.  This is one way.  This way

19   here, is there's no fundamental error like in like

20   ATSDR has.  It's a Tawara Terrace model.  And it

21   is actually something that is -- that I would rely

22   on to give you what is a range, a reasonable

23   range, and that's what I did.

24        Q.   How, if at all, did your methodology

25   take into account the cone of depression that

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 265 of 370

1   develops around a pumping well which causes the
2   losses to increase in the direction of the well?
3       A.   In this calculation here that is
4   basically summarized on this figure, I considered
5   ATSDR water level that they use in their model for
6   both layer one and layer three.  And I derived
7   congruent gradient from that.
8           Now, it is true that the closer to you
9   get to the well, you have what is called a cone of
10  depression, and that cone of depression for
11  potentiometric values would be in layer three
12  because that's where the well is pumping, and it
13  will be less marked in layer one.
14          So you have several things that you can
15  say that would slightly accelerate or diminish
16  those travel time, if you wish, but you have other
17  things that would actually make them longer.  The
18  thing that would accelerate potentially would be
19  as us you get very close to the well, you
20  accelerate.  But before you get it close to the
21  well, you have a long way to go.  That's the first
22  thing.
23          The second thing would be you could have
24  dispersion that is not in this calculation.
25  Nobody knows what the dispersion is, but that

Golkow Technologies,
877-370-3377             A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 266 of 370

1    would accelerate this as well somewhat.  On the
2    other end, on the other end, things that would
3    actually elongate the time of travel are two major
4    things.  The first one --
5         Q.    Let me withdraw --
6         A.    I am not finished.
7         Q.    I don't know what question you're
8    answering.
9         A.    I am not finished.
10        Q.    I don't know what question you're
11   answering.  That's not what I asked you.  I
12   withdraw the question.  I withdraw the question.
13             What makes your three path flows
14   representative of what actually occurred with
15   contamination at well TT-26?
16        A.    This is the setup that -- this setup,
17   those layers, the permeability is in each one of
18   those layers.  The thickness of those layers is
19   directly from the ATSDR model.  I am not trying to
20   critique those.  I am just adopting them just to
21   show if you do a calculation in the same framework
22   that the ATSDR model is and you do it without
23   mistakes or errors, you actually can get a
24   representation that is like this.
25             So it gives you representative travel

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 267 of 370

 1  time within a large range which is meant to show
 2  that you don't have a single model that would tell
 3  you the truth because you don't know where the
 4  truth is when you don't have data.
 5      Q.   What makes the three pathways you chose
 6  representative of what occurred at TT-26?
 7      A.   Well, similarly to what the ATSDR model
 8  represent, you have transport in layer one, and
 9  you have transport in layer three.  And in order
10  to go to the well, you have to basically end up in
11  layer three because the well is screened in layer
12  three, not in layer one.
13          Now, between the source, which is the
14  ABC Cleaner, all the way to the well, you have
15  basically many ways for the groundwater to get
16  there.  You don't go there through one single
17  pathway.  So that's why I choose some pathways,
18  one which would go a short period of time in layer
19  one and some of that contamination would go
20  through the less permeable layer down to layer
21  three and continue in layer three.
22          I have another pathway that is closer to
23  the well, and I have another pathway that is in
24  between.  Those are basically estimates that give
25  you a range of travel time of this situation.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 268 of 370

1          (Hennet Exhibit 27 was marked.)
2     BY MR. DEAN:
3          Q.   I'm going to show you -- this is my
4     copy.  I'm only using page 5-16.  It's the same
5     page he's looking at.
6               MS. O'LEARY:  The report, sure.
7     BY MR. DEAN:
8          Q.   You've got it in front of you.  I'll
9     hand you a copy in a moment, but there's actually
10    four pathways represented here on your chart;
11    right?
12         A.   There are three pathways to the well
13    screen, the well screen where the pumped water
14    goes through.
15         Q.   But isn't it true that one of the
16    pathways which you actually show an arrow -- you
17    just stop the arrow -- one of the pathways that
18    you're not considering is the pathway that ATSDR
19    utilized, and that's as I drew on Exhibit 27 where
20    the contaminants go directly in the aquifer all
21    the way to the well; right?
22         A.   Again --
23         Q.   Is that a possible travel way?
24              MS. O'LEARY:  Object to form and
25    foundation.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 269 of 370

1          THE WITNESS:  This is a possible
2     pathway.  That's an extreme pathway.  That will be
3     the fastest of the fastest, and it doesn't go to
4     the screen, as you know.  It goes basically to
5     touch the casing of the well which is basically
6     not accepting water.
7     BY MR. DEAN:
8          Q.   Do you know who Dr. Konikow is?
9          A.   I do know who Dr. Konikow is.
10         Q.   And did you read his report on pages 28
11    and 29 where Dr. Konikow calculated the
12    alternative travel time to be only 3-1/2 to 5
13    years, not the 15 to 25 that you did?
14         A.   You have to show me that.  And I
15    understand he said something like this.  However,
16    I think it was for groundwater transport, not at
17    all related.
18         Q.   Do you take issue that Dr. Konikow
19    opined in his rebuttal report it was 3-1/2 to 5
20    years he calculated?  Can you and I agree that's
21    what he said in his report?
22         A.   You have to show me his report.
23         Q.   I'm going to represent to you that's
24    what it says.  Do you disagree or have any basis
25    to disagree with Dr. Konikow's calculations, and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 270 of 370

1    if so, what are the bases of your disagreement?

2              MS. O'LEARY:  Object to foundation.

3              THE WITNESS:  What do you represent

4    exactly that Dr. Konikow says?

5    BY MR. DEAN:

6         Q.   I'm representing to you that Dr. Konikow

7    calculated an alternative travel time and opined

8    in this case of 3-1/2 to 5 years, not the 15 to 25

9    you calculated.

10        A.   Well, I would disagree with

11   Dr. Konikow's calculation.

12        Q.   Why?

13        A.   Because I made my calculation, and I

14   agree that my calculations are based on

15   site-specific data and they are based the

16   principles of hydrogeology that would allow me to

17   make this calculation that includes the time of

18   travel that it takes for dissolved PCE, which is a

19   compound, a chemical compound in groundwater, and

20   that dissolved PCE is retarded relative to

21   groundwater.

22             And I took that into consideration, and

23   I focused on the site-specific data.  I did not

24   make the same errors that the ATSDR did for the

25   Tawara Terrace model.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 271 of 370

1      Q.   So page 5-21 of your report, page 5-21,
2  second sentence, you say in the second sentence
3  "Pumping of well TT-26 was likely not continuous
4  as the well had to be shut down for maintenance
5  and repair."
6           Do you see that?
7      A.   I see that.
8      Q.   You're aware that ATSDR took into
9  account based on the pumping records when these
10 various wells were on and off; right?
11     A.   ATSDR for well TT-26 took into account
12 two stoppage of the well for maintenance that
13 happened, if I recall, in the 1980s.  They did
14 that.  But there is no information from before
15 that.
16           And what ATSDR did in a conservative
17 way, if you wish, was to assume it was always on,
18 never maintained, never stopped, which is wrong
19 because wells that are used for decades, every
20 well needs maintenance or repair.
21     Q.   What evidence do you have, documents,
22 interviews of anybody that you've conducted or
23 review, what factual basis do you have that
24 support a thought, view, your opinion that TT-26
25 had additional shutdown time not accounted for by

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 272 of 370

1    ATSDR?

2              MS. O'LEARY:  Object to form.

3              THE WITNESS:  My answer to this is ATSDR

4    has no information, and, therefore, they assume

5    something that is not realistic in the real world.

6    BY MR. DEAN:

7         Q.   Do you have any evidence they are wrong?

8         A.   My evidence that they are wrong is that

9    you don't have wells that would be pumped for 30

10   years without being maintained.  That doesn't

11   exist.

12        Q.   You don't have any specific data, any

13   specific documents or specific testimony about

14   specific periods when the wells were shut down;

15   right?

16             MS. O'LEARY:  Objection to form.

17             THE WITNESS:  I believe there is some

18   information.  Some capacity test might have been

19   redone.  I don't remember specifically for well

20   TT-26.  But it is not a correct assumption in my

21   field, in the field of hydrogeology, to assume

22   that because you don't know, it was always on.

23   That is not reasonable.

24   BY MR. DEAN:

25        Q.   Have you ever evaluated a contamination

1   site for human risk?

2        A.   As a geochemist, I do not do human risk.

3   I just do geochemistry.

4        Q.   For the Hadnot Point spiractor, did you

5   measure the fall height under operating conditions

6   with backwater?

7             MS. O'LEARY:  Object to foundation.

8             THE WITNESS:  With backwater?  I do not

9   understand what you mean by that.

10  BY MR. DEAN:

11       Q.   When you were there, did you measure the

12  fall height under operating conditions on

13  February 11 when there was any water left in the

14  bottom of the spiractor, tubes, pipes?

15       A.   So that means the spiractor was working?

16       Q.   Correct.

17       A.   I did not do that.

18       Q.   Ever done that at all?

19       A.   Could never have done that there.

20       Q.   Are you aware that 43 percent of Camp

21  Lejeune samples tested for FOC had values less

22  than .0001?

23             MS. O'LEARY:  Object to foundation.

24             THE WITNESS:  Show me the data you are

25  talking about because --

                    Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 274 of 370

1    BY MR. DEAN:

2         Q.    I'm just asking.

3         A.    .001 of what?

4         Q.    Have you ever been stricken as an

5    expert?

6         A.    I have never been stricken as an expert.

7         Q.    Have you ever had your opinions

8    disregarded by a court in the United States?

9         A.    Among all the testimonies I have done in

10   court, which is 12 or 13, there was one time when

11   one of my answer was actually taken away from the

12   record because I addressed a topic that had

13   already been decided before, and that was

14   basically not -- I should not have talked about

15   that.  And the judge decided that that should be

16   stricken, my response should be stricken because

17   it had been decided before.  And that's what I

18   understand.

19        Q.    You've never had your opinion -- do you

20   remember the name of that case?

21        A.    I believe that case was Titan,

22   T-I-T-A-N, versus -- I think it's versus the

23   United States.

24              (Hennet Exhibit 28 was marked.)

25

GolkowTechnologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 275 of 370

1    BY MR. DEAN:

2        Q.    You don't believe a judge has ever

3    disregarded your testimony because he believed

4    that you had insufficient data to provide the

5    opinions that you had given?

6        A.    I do not recollect any case like this

7    based on data.

8        Q.    I show you Exhibit 28.  Turn to page 75.

9    Are you on page 75?

10       A.    Yes.

11       Q.    Page 75, look at page footnote 31.  "The

12   court disregards the testimony of the defense

13   expert Remy Hennet geochemical fingerprints of the

14   PCBs found at the DICO site and those found at the

15   SIM site did not match.  During cross-examination,

16   Hennet admitted he was mistaken concerning the

17   data on which he based that opinion.  Because the

18   opinion was based on unreliable methods utilizing

19   insufficient facts of data, it is inadmissible

20   under Federal Rule of Evidence 702."

21           Do you see that?  Did I read that

22   correctly?

23       A.    You read that correctly.

24       Q.    Now, in the middle of the next paragraph

25   after Federal Rule of Evidence 701, the court went

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 276 of 370

1    on to say, "In contrast, the court concludes the
2    testimony by defense expert Dr. Remy Hennet that
3    other sources of PCBs were present on the SIM site
4    constituted impermissible expert testimony.  The
5    court noted the testimony was based on shear
6    speculation rather than sufficient facts or data
7    and was not the product of reliable principles and
8    methods.  Additionally, the court notes the
9    testimony was not supported by personal knowledge
10   or observation as Hennet neither conducted any
11   testing on other items at the SIM site nor
12   observed any labels on other items at the SIM site
13   indicating the presence of PCBs."
14            Did I read that correct?
15        A.   You read that correct.
16        Q.   Isn't that the same thing you've done in
17   this case?
18        A.   Pardon me?
19        Q.   You speculated, you've not taken into
20   consideration other well pumping information that
21   I've shown you today.  Isn't that true?
22            MS. O'LEARY:  Object to foundation.
23            THE WITNESS:  I disagree.
24   BY MR. DEAN:
25        Q.   That court didn't believe anything --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 277 of 370

1    didn't believe or struck your opinions for the

2    reasons I just read to you; right?

3            MS. O'LEARY:  Object to form.

4    BY MR. DEAN:

5        Q.   That was 2017, September 2017.

6            MS. O'LEARY:  Object to form.

7            THE WITNESS:  Yes, I remember that case.

8    And I think, you know, for that case there was

9    very little information, and it was basically --

10   that was the case.  That's the way it went.  And

11   the judge made his decision.

12           (Hennet Exhibit 29 was marked.)

13   BY MR. DEAN:

14       Q.   I'll show you what I marked as

15   Exhibit 29 and 30.  Exhibit 29, is this the

16   affidavit you referred to earlier regarding Baby

17   Washington?

18           MS. O'LEARY:  Object to foundation.

19   BY MR. DEAN:

20       Q.   Is this your report you issued 5 years

21   ago, 4-1/2 years ago, December 22, 2020 expert

22   report Remy Hennet, In Re:  Baby Washington case?

23       A.   It looks like it.  I haven't looked at

24   it in a while, but it looks like it's my expert

25   report, not an affidavit.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 278 of 370

1    Q.   And this was in a Camp Lejeune case
2 pending back in 2020 when you issued this report?
3         MS. O'LEARY:  Object to foundation and
4 form.
5         THE WITNESS:  That was one case, one
6 litigation that basically was -- that is basically
7 some correlation to basically Camp Lejeune.
8 BY MR. DEAN:
9    Q.   And in the bottom paragraph on page 1,
10 last full paragraph, you say, "The opinions
11 presented in this report were reached by applying
12 accepted methods in the fields of hydrogeology,
13 geochemistry and environmental sciences.  Opinions
14 expressed in the report are my own based on my
15 education, my training, my experience and the
16 documents, the information, the photographs, the
17 diagrams, the data and the facts available to me
18 at the time of the writing.  I hold these opinions
19 to a reasonable degree of scientific certainty."
20         Did I read that correctly?
21    A.   You read that correctly.
22    Q.   And on page 3, next to the bottom
23 paragraph, did you write, "The ATSDR conducted a
24 detailed review of the available data and the
25 information and of the history and contamination

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 279 of 370

1  of the base water systems.  (See, for example,

2  Faye and Venezuela 2007; Sautner, et al., 2013)."

3          Did I read that correctly?

4      A.   You did read that correctly.

5      Q.   You didn't just cite to them.  You said

6  they conducted a detailed review; right?

7          MS. O'LEARY:  Object.

8          THE WITNESS:  Yes, I did.

9  BY MR. DEAN:

10      Q.   Turn to page 10, opinion number three,

11  you opined that Holcomb Boulevard water supply

12  wells weren't contaminated during the time period

13  when Rhonda Bell resided on base; did you not?

14      A.   It speaks for itself.

15      Q.   And in the first paragraph, does it

16  read, "The main monthly contaminant concentrations

17  in the Holcomb Boulevard water supply over the

18  period of the relevant" --

19          MS. O'LEARY:  I'm sorry.  We're at time.

20          MR. DEAN:  Let me finish this sentence.

21  BY MR. DEAN:

22      Q.   Did you state, "The mean monthly

23  contaminant concentrations in the Holcomb

24  Boulevard water supply over the period of

25  relevance to the complaint as shown in Exhibit C,"

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 280 of 370

1    and you relied upon those in opining Ms. Bell was
2    not there when there was contamination?
3         A.    That's at Holcomb Boulevard, and I agree
4    with the ATSDR that the Holcomb Boulevard was not
5    contaminated with the exception of a very short
6    period of time as discussed in my expert report.
7         Q.    You utilized, relied upon that work,
8    ATSDR work and those reports when you signed this
9    affidavit, this report in 2020; right?
10        A.    I did rely.
11        Q.    Did you have time --
12              MS. O'LEARY:    I'm sorry.    That's your
13    third question now.
14              THE WITNESS:    Can I answer?
15    BY MR. DEAN:
16        Q.    Yeah, if you answer my question.    Yes or
17    no.   Did you rely --
18        A.    You cannot jump on me and just confuse
19    me.
20        Q.    Yes or no.    Did you rely upon ATSDR mean
21    monthly concentration data in order to opine that
22    Ms. Bell was not on base at a time period when
23    contamination existed at Holcomb Boulevard?    Did
24    you opine that?
25        A.    Well, my report speaks for itself.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 281 of 370

```
 1        Q.   And you did opine on that issue using
 2   ATSDR's work; correct?
 3        A.   I considered the ATSDR work.  It is not
 4   the same --
 5             MS. O'LEARY:  I'm sorry.  We're
 6   finished.
 7             THE WITNESS:  It is not the same as what
 8   I did for this case.
 9             MS. O'LEARY:  We've gone over seven
10   hours, and this deposition is finished.
11   BY MR. DEAN:
12        Q.   Did you have an opportunity --
13             MS. O'LEARY:  You don't have to answer.
14   BY MR. DEAN:
15        Q.   Did you have an opportunity to review
16   and do the same work you've done in this case at
17   that time that you wanted to?  Can you answer my
18   question?
19        A.   I am advised by counsel that it's out of
20   time.  I don't have to answer.
21        Q.   And you're not going to answer my
22   question?
23             MS. O'LEARY:  I'm instructing you not to
24   answer.
25             THE WITNESS:  I did answer your
```

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 282 of 370

1    question.  My report stands for itself.

2    BY MR. DEAN:

3         Q.   No.  My question was -- last question I

4    asked you was:  Did you have an opportunity to do

5    the same work you did in this case back before you

6    did that report if you wanted to?

7              MS. O'LEARY:  I'm instructing you not to

8    answer.

9              MR. DEAN:  Can we put on the record that

10   Ms. O'Leary has instructed this witness not to

11   answer my last question.  What time is it?

12             MS. O'LEARY:  Can we put on the

13   record --

14             MR. DEAN:  What's the time?

15             THE VIDEOGRAPHER:  7 hours and 3

16   minutes.

17             MR. DEAN:  7 hours and 3 minutes.

18   Ms. O'Leary has instructed this witness not to

19   answer my final question.

20             Thank you for being here, sir.  I wish

21   you'd answer my question, but thank you for the

22   time.  That's all I have at this time.

23             THE VIDEOGRAPHER:  We are off the record

24   at 1742.

25             (Whereupon, at 5:42 p.m., the taking of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 283 of 370

1    the instant deposition ceased.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 284 of 370

Page 288

1  COMMONWEALTH OF PENNSYLVANIA  )
2  COUNTY OF ALLEGHENY           )        SS:
3                 C E R T I F I C A T E
4         I, Ann Medis, RPR, CLR, CSR-WA and
5  Notary Public within and for the Commonwealth of
6  Pennsylvania, do hereby certify:
7         That REMY J.-C. HENNET, PH.D, the
8  witness whose deposition is hereinbefore set
9  forth, was duly sworn by me and that such
10 deposition is a true record of the testimony given
11 by such witness.
12        I further certify the inspection,
13 reading and signing of said deposition were not
14 waived by counsel for the respective parties and
15 by the witness.
16        I further certify that I am not related
17 to any of the parties to this action by blood or
18 marriage and that I am in no way interested in the
19 outcome of this matter.
20        IN WITNESS WHEREOF, I have hereunto set
21 my hand this 19th day of March, 2025.
22
23
                 _____
24                      Notary Public
25

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ   Document 349-3   Filed 04/10/25   Page 285 of 370

1  COMMONWEALTH OF PENNSYLVANIA    )    E R R A T A
   COUNTY OF ALLEGHENY             )     S H E E T
2
3  I, REMY J.-C. HENNET, PH.D, have read the
   foregoing pages of my deposition given on
4  March 20, 2025, and wish to make the following, if
   any, amendments, additions, deletions or
5  corrections:
6
   Page   Line    Change and reason for change:
7
   ____   ____    _____
8
   ____   ____    _____
9
   ____   ____    _____
10
   ____   ____    _____
11
   ____   ____    _____
12
   ____   ____    _____
13
   ____   ____    _____
14
   ____   ____    _____
15
   ____   ____    _____
16
   ____   ____    _____
17
   ____   ____    _____
18
19  In all other respects, the transcript is true and
    correct.
20
21                  _____
                    REMY J.-C. HENNET, PH.D
22
23  _____ day of _____, 2025.
24  _____
                 Notary Public
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 286 of 370

```
 1               GOLKOW, a Veritext Division
                     One Liberty Place
 2              1650 Market Street, Suite 5150
              Philadelphia, Pennsylvania  19103
 3                      877.370.3377
 4
          March 26, 2025
 5
 6
          Allison O'Learly, Esquire
 7        U.S. Department of Justice
          1100 L Street NW
 8        Washington, DC  20005
 9        Re:  Deposition of REMY J.-C. HENNET, PH.D
               Notice of Non-Waiver of Signature
10
          Dear Ms. O'Leary:
11
          Please have the deponent read his deposition
12        transcript.  All corrections are to be noted on
          the Errata Sheet.
13
          Upon completion of the above, the Deponent must
14        affix his signature on the Errata Sheet, and it is
          to then be notarized.
15
          Please forward the signed original of the Errata
16        Sheet to Kevin R. Dean, Esquire for attachment to
          the original transcript, which is in his
17        possession.  Send a copy of same to all counsel.
18        Please return the completed Errata Sheet within 30
          days of receipt hereof.
19
          Sincerely,
20
21
          Ann Medis, RPR, CLR, CSR-WA
22
23        cc:
24
25        Kevin R. Dean, Esquire
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 287 of 370

| & |
|---|
| **&** 2:7 3:15,19 3:23 5:12 9:24 14:11 19:4,7 24:13 31:15 34:20 35:18,22 36:5,20 41:24 42:10 57:5,10 57:23 58:1 59:12 68:17 70:15 80:24 81:5,21 89:17 90:1,12 91:1,6 92:12 94:1 99:10 101:15 112:11 163:16 250:8 |

| 0 |
|---|
| **0.05** 185:4 |
| **0.22** 106:14 |
| **0000000001** 3:16 |
| **0000000034** 4:6 |
| **0000000076** 4:6 |
| **0000002127** 5:19 |
| **0000006650** 4:11 |
| **0000006655** 4:11 |
| **0000067935** 5:14 |

**0000350325** 5:12
**0000563489** 4:16
**0000563498** 4:16
**0001** 277:22
**001** 278:3
**005** 184:23
**006** 184:24
**01** 184:24
**01-00000337...** 4:14
**01-33723** 196:12
**03-0513** 68:13
**05-00008260...** 5:6
**05-00008261...** 5:8
**05-826091** 239:11
**05-826112** 247:4
**07-00000190...** 5:4
**09** 199:21
**09-00004232...** 4:18
**09-00004249...** 4:19
**09-00004253...** 4:22

**09-00004278...** 4:23
**09-427825** 217:2

| 1 |
|---|
| **1** 3:8,8 9:17,20 13:7,21 70:21 86:3,5 104:19 106:6,17 112:11 116:17 116:18,25 117:23 118:3 119:7 124:24 125:15 135:7,7 136:20 141:1 175:21 189:10 190:2,4,9 191:7,10 198:5 213:9,21 214:8 215:17 221:6 282:9 |
| **1,2** 184:23 |
| **1,216,284** 76:25 |
| **1,466,224** 77:4 |
| **1,500** 189:15 |
| **1,716,284** 77:13 |
| **1,966,284** 77:19 |
| **1-1** 172:19 |
| **1.1** 172:22 |
| **1.9** 100:6 |
| **1/16** 219:10,11 220:18 |

**1/6/85** 5:3
**10** 4:3 36:18 103:4 106:6 108:23 111:14 111:17,25 112:1 113:2,14 113:18,20 115:2,3,19 116:15 124:22 155:14 162:19 169:7 172:10 198:6 199:3 201:25 202:6 216:14 226:1 283:10
**10-31** 212:17
**10.4** 175:3
**10/31/1980** 188:20
**10/31/80** 4:11
**100** 233:15,16 233:19 234:2,8 252:22 260:3
**100,000** 74:1,12 87:19
**1000** 233:10
**10003** 2:9
**1004** 45:12
**1015** 45:15
**104** 3:22
**105** 3:24
**10:04** 45:13
**10:15** 45:13

Golkow Technologies,
A Veritext Division
877-370-3377                                             www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 288 of 370

**10th** 193:7
**11** 4:5 28:7
  29:4,23 30:23
  34:5 80:15
  112:22 116:7
  117:2,4,5,6
  119:2,3 121:6
  121:15,18
  122:6,16
  123:15 124:3
  125:21 127:7
  129:22 130:24
  138:6 140:25
  142:10,17
  143:3 147:14
  147:15 148:9
  148:10,11,14
  149:9,10,23
  152:10,12,13
  156:5,14
  157:25 158:18
  163:18,19
  164:16 184:8
  184:14 187:13
  211:7 232:16
  256:20 260:4
  277:13
**11/28/84** 5:3,9
**11/30/2005**
  93:21
**1100** 2:15
  290:7
**111** 4:3

**11125** 104:24
**1123** 88:25
**1132** 89:3
**117** 4:5
**118** 242:12
**11:23** 89:1
**11:32** 89:1
**12** 3:10 4:7
  12:12 21:3
  119:7 121:3
  124:16,18
  125:9 175:20
  178:25 179:24
  180:16 181:1
  181:20,23
  203:1 206:9
  222:3,16
  278:10
**12/10** 204:7
  229:9,11,16,18
**12/19/84** 4:15
**12/22/20** 5:18
**12/4** 204:6
  229:11
**124** 4:7
**1255** 147:9
**12:55** 147:10
**12th** 197:13
**13** 4:9 172:13
  172:15 174:4
  180:5 182:19
  182:21 183:17
  213:8 278:10

**130** 197:15
  229:12
**1300** 194:16,21
  194:23 195:4
  200:1,5 204:7
  204:14,19
  213:22 219:19
**130f** 229:9
**1347** 147:12
**137,244,621....**
  102:18
**137,244.621....**
  103:13
**13877** 288:23
**14** 4:10 13:11
  108:14 179:24
  180:21 187:23
  187:25 188:2,9
  188:21 197:14
  202:5,13
**14-1/2** 148:20
  151:8
**1455** 191:17
**146** 242:13
**15** 4:12 36:18
  103:4 148:20
  151:8 162:19
  169:7 172:10
  196:8,10 197:6
  204:3,24
  244:10,12
  264:25 266:22
  267:7 273:13
  274:8

**1506** 191:20
**151** 241:24
**152** 189:14
**15jciv22p502**
  85:12 91:15
  100:12
**16** 4:15 14:4,6
  82:5 109:3
  194:16,22
  195:17 196:23
  196:25 197:3
  198:1,8,14,18
  198:22 199:1
  201:15 203:7
  203:12,15
  204:7 205:4,14
  205:17 213:3
  213:12 218:17
  219:17,17
  220:8,11 221:5
  222:24
**160** 241:16
**1610** 232:10
**1619** 232:13
**1650** 290:2
**167** 248:7
**168** 242:15
**16th** 203:20
**17** 4:17,17 78:3
  110:5 197:23
  197:25 198:8
  198:15,15
  199:6,7,8,11,12
  199:13,16

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 289 of 370

203:11,14,15
235:3
**17,000** 213:18
**17.07.** 234:21
**171,667.59.**
79:11
**172** 4:9
**1742** 286:24
**178** 248:8
**178,000** 100:6
**18** 4:19 83:14
148:20 184:8
184:14 187:12
197:10 200:1,6
200:13,15
203:25 205:4
207:3,19 215:4
217:8
**18,000** 213:18
**1817** 67:5
104:23
**1819** 212:2
**187** 4:10
**18th** 203:20
204:18
**19** 4:20 76:16
76:19 78:17
87:7 207:25
208:2 211:6,6
217:4,5,7
**190** 248:6
**19004** 5:4
**19103** 290:2

**1941** 176:15
**1941/1942**
176:9
**1942** 176:14
246:19
**1944** 176:19
**1945** 176:19
**1954** 266:13
**196** 4:12,15
**197** 4:17
**1971** 247:19
**1972** 254:23
**1977** 248:6
**1978** 5:13
251:18 254:16
**1979** 38:2
248:7
**198** 213:3
**1980** 5:12
184:1,2,21
185:22,24
188:18 189:25
190:4,9 191:4
191:7,10 248:7
250:8 251:3
**1980s** 169:15
275:13
**1981** 248:8
**1982** 173:7,18
**1983** 5:13
248:8 253:5,12
253:21
**1984** 193:5,19
197:10 206:9

212:8 223:6
224:7 241:8,17
242:14 243:5
243:12 248:9
**1985** 60:3
194:16,22
201:15 203:7
203:15 205:5
207:1 213:9,9
213:21 214:8
214:16 215:3,8
216:12 218:4
218:17 219:3
221:5 223:5
224:8 226:3
241:9,12
254:24
**1986** 240:25
**1988** 240:25
241:1
**1989** 57:7
209:23,24
211:8,18 215:2
**1994** 242:6
**19th** 288:21
**1:47** 147:10
**1st** 214:15

**2**

**2** 3:10 12:24
13:2 26:23
100:10 108:7
112:11 132:10
148:6 149:17

149:23 152:9
153:8 179:24
180:15,25,25
181:21 189:13
224:2 228:3,9
229:8 233:1
**2,200,000** 100:5
**2,216,275.50**
78:5 86:24
91:20 100:16
**2,216,275.50.**
79:7 100:14
101:17
**2-1** 173:6
**2-4** 232:23
233:4,5 234:2
234:19
**2-5** 182:21,22
**2.2** 86:13,20
**2.3** 182:23
**2/11** 151:22
265:11
**2/11/2025**
125:14
**2/11/25** 4:6
149:1,20
**2/24/11** 82:15
**2/25/25** 4:3
**2/27/85** 4:23
217:3
**2/6/85** 4:17
**2/85** 5:9
**20** 1:13 4:23
6:6 21:13

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 290 of 370

27:20 50:18,20
73:11 76:22
132:8 138:17
170:24 171:19
172:11 189:10
216:23,25
217:1,5,6
220:2,2 229:4
267:7 289:4
**200** 4:19 248:2
248:4 260:3
**2000** 61:21
**20004** 1:13
**20005** 2:15
290:8
**2000s** 183:15
**2004** 4:9 17:20
18:9 19:25
20:9 21:5 22:8
23:17,22 132:1
132:14 169:19
170:12 171:20
172:16 176:8
181:14 183:13
183:14 247:17
**2005** 25:19,19
29:12,17,22
31:4 93:15
94:2 99:12,19
100:24,25
101:16,25
138:14
**2006** 264:6

**2007** 84:4
101:4 283:2
**2008** 240:6
**2009** 83:14
84:9,13 101:7
263:22
**2010** 3:25
105:20 107:8
108:19 169:9
**2011** 82:5,22
**2013** 283:2
**2017** 281:5,5
**202** 212:11
**202.552.9843**
2:16
**2020** 8:7 44:17
45:5,7 281:21
282:2 284:9
**2022** 22:25
23:7 31:16
33:14 66:23
71:13 85:22
**2023** 139:2
**2024** 26:18
46:23 77:16
112:25 139:1,5
139:8,13
140:24 141:5,9
170:3 257:13
257:13
**2025** 1:13 6:6
12:12 13:11
21:3 27:20
29:4,23 30:23

31:4 66:14
78:3,17 87:7
112:8 114:16
116:7 117:6
121:15 125:21
127:7 138:6
140:13,25
141:1 142:10
142:17 143:3
148:14 169:7
170:3 288:21
289:4,23 290:4
**207** 4:20
**21** 5:3 85:22
183:13 223:7
223:10,14,23
226:11 228:1
230:5,11
236:14,16
246:14 248:19
**212.558.5915**
2:10
**216** 4:23
**22** 5:5 23:14,17
23:23 30:8
32:16,24 33:9
33:19 46:10
52:3,6 63:7
67:3 100:19
117:23 118:4,7
118:15 119:5
119:15,24
120:10,16
175:1 211:15

239:7,9,11
243:6 281:21
**22,000** 84:1,22
**223** 5:3
**23** 5:7 76:24
77:16 119:6
246:23 247:1
261:3,14
265:23
**232** 248:8
**239** 5:5 248:9
**24** 5:9 43:19
46:21 47:7
77:4 116:12,13
116:15 122:24
123:9 139:11
139:17 140:3
140:12,14
141:1,4 142:17
142:25 148:20
160:16 249:9
249:13
**242** 241:10,12
248:10
**246** 5:7
**249** 5:9
**25** 5:11 32:24
33:9 34:3 77:2
77:3 112:8
113:19 143:1
215:17 241:6
250:1,3 251:4
264:25 266:23
267:7 273:13

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 291 of 370

274:8
**250**   5:11
**251**   5:13
**25th**   113:11
**26**   3:14 5:13,16
72:25 73:7,17
107:17 108:4,7
112:11 215:3,8
242:8 251:12
251:14 255:12
264:23 265:1
266:6,22
270:15 271:6
275:3,11,24
276:20 290:4
**27**   5:15 219:3
221:7 249:18
272:1,19
**27034**   78:3
**27153**   3:17
**272**   5:15
**27513**   78:16
79:6
**278**   5:17
**28**   2:4 5:17
106:14 113:19
114:9,16
116:22 118:7
119:5,24
120:10 135:10
135:12,13,16
136:10 223:16
224:7 228:2,8
249:16 273:10

278:24 279:8
**280**   242:8
**281**   5:18
**28th**   113:11,24
203:21
**29**   5:18 228:2,8
248:9 251:2
273:11 281:12
281:15,15
**290**   241:1
**29464**   2:5
**2:55**   191:18
**2w**   68:13

### 3

**3**   3:14 26:11,14
26:14,15,16
43:7,8 87:23
102:18 108:4
132:24 173:25
174:1 182:15
183:19 191:22
191:23 228:3,9
230:7 247:17
250:23,24
261:2,14
264:24 265:22
282:22 286:15
286:17
**3-1**   5:15 266:25
**3-1/2**   273:12,19
274:8
**3-10**   180:7

**3-6**   174:2
**3-7**   177:19
**3-9**   176:19
**3.1**   174:12
**3.2**   175:12
176:4 177:1
**3.3**   175:12
176:18
**3.4**   177:8 178:1
**3.4.**   175:14
**3.8**   176:3
**30**   3:8 11:5,5
46:1,9 170:24
215:10,15
233:12,20
234:17 243:5
243:12 268:11
276:9 281:15
290:18
**31**   71:13
184:21 189:25
190:20 191:4
212:17 213:9
279:11
**320**   240:25,25
241:2
**323**   240:20
**33**   77:8,9
**330**   241:1,2
**33726**   4:14
**34**   117:7
**345**   250:6
**3495**   197:12

**35**   11:5 60:3,3
**350325**   250:6
**350345**   5:12
**360**   241:7
**37**   77:16,17,18
205:8 206:13
207:11 213:3
**3724**   196:14
**3726**   196:12
**38**   149:19
**39**   184:8,13
187:11,21
248:16 249:2,6
249:19 254:20
255:5
**3:06**   191:18

### 4

**4**   3:15,20 66:7
66:9,12,21
70:16 71:2,5
78:15,21,22
79:3 85:9 86:1
86:4,7,17 87:1
87:23 100:4,9
133:17 149:1
157:23 159:9
159:18 160:1,8
160:21,23
161:16,20
162:3,12,22
165:1 166:1
167:15 168:22
169:2 171:17

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 292 of 370

193:7,19 194:4
201:16 212:7
228:9
**4-1/2**  281:21
**4-15**  182:13
183:18,20
184:5
**4-16**  184:21
**4-18**  5:10
249:12
**4.5**  183:24
**4/1989**  4:20
**40**  11:5 78:1,4
249:22
**40,000**  82:7,11
82:16 101:4
**400**  265:23
**4006**  218:20
220:13
**401**  1:13 6:7
**41**  184:1 188:4
188:18,19
**418**  226:13
230:4,7,12
**42**  3:16 66:10
104:19
**423234**  199:21
**423254**  4:18
**425337**  4:22
**427827**  4:23
217:2
**43**  78:10
277:20

**430**  188:2,20,22
**434**  188:3
**435**  188:21,22
**440,096**  101:7
**44v**  197:15
**45**  133:9
**45,634**  101:3
**45,634.10**  93:19
99:7 101:25
**4546**  205:4
207:2,2
**49**  99:22
**494,846**  99:22
**494944**  4:19
**4:10**  232:11
**4:19**  232:11

**5**

**5**  3:18 14:22
17:21,22,22,24
80:9,11,12,21
83:4 86:8,14
86:15,17 89:14
89:15,24,25
90:10,20,22
92:4 93:2
107:13 216:12
223:5 224:1,8
228:3,9 273:12
273:19 274:8
281:20
**5-14**  266:6
**5-15**  264:23,24
266:20

**5-16**  266:24
272:4
**5-21**  275:1,1
**5-6**  233:6
**5-7**  232:19,21
233:3
**5/19/82**  239:14
**5/19/83**  239:22
**50**  37:1
**50,000**  58:5
**502**  67:15 86:1
86:7
**5150**  290:2
**52**  116:18
**530**  192:18
**531**  192:18
**54**  254:11
**5611**  199:18,25
200:2,9 203:17
203:19,24
**563**  198:19
**563489**  197:11
**563498**  197:11
**58**  106:6
116:17
**5:42**  286:25

**6**

**6**  3:4,19 15:5
17:8,22 18:6
18:11,17 74:5
74:6 87:23
89:15,18 90:18
91:23 92:1,1

93:1 99:3
100:11 155:11
167:16 175:21
181:4,22 207:1
212:6,16
223:17,25
228:9 240:6
**6/1**  239:15
**6/1/1984**
241:15
**6/1/84**  239:23
**60**  41:25
**601**  201:20
202:2 212:12
220:2
**602**  201:22
202:2 206:15
220:2 222:13
225:7,12,17
227:2,7,16
243:7,15 244:2
244:3,15 245:8
245:15
**603**  201:20
212:12 220:2
**608**  201:21
202:2 212:12
220:2,18,18,23
221:10,11,19
222:10 225:7
225:12,19
**610**  218:20
**611,664**  74:7,13
76:1,20

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 293 of 370

**615** 218:20
220:12
**622** 5:5 239:10
239:13,14
**623** 241:4
**628** 241:14
**634** 191:25
192:2,9,13,20
193:20 195:8
195:18 196:2
196:16 197:13
201:21 202:2,7
202:9,13,16,25
203:11,15,19
203:25 204:6
205:15,17,23
206:25 207:6
207:17 208:22
212:12,20
213:21,24
214:1,4,12
215:17,24
216:7,13,19
218:23 219:18
220:3 221:1,4
221:9,20,21
222:2,9,15
223:1 225:7,24
225:24 228:1,7
228:8,13 229:9
229:15
**637** 201:21
202:2,7,9
212:20 220:3

**642** 201:21
202:2 212:12
220:3
**65** 41:25
**651** 5:7 190:5,8
190:12 213:14
213:14,19
220:3 247:3
248:16 249:18
249:22 251:1,3
251:22 252:5
252:14,17
253:12,18
254:6,17,22
**654** 218:20
220:13
**66** 3:15 93:18
**66,500** 83:17
**660** 241:20
**661** 242:6
**662** 242:11
**6650** 188:5
**6654** 188:5
**670** 189:18,20
**67935** 251:15
251:25
**68146** 253:18
253:20
**68148** 253:18
253:25
**68188** 5:14
251:15 253:8
**69** 216:11
236:12 249:18

**7**

**7** 3:3,21 4:15
18:20 19:9
90:23 91:4,10
94:7 146:16,22
147:5,5 157:12
157:13 197:1,9
198:14,18,20
198:23 199:2
218:4 254:2
264:6 286:15
286:17
**7/1/84** 241:23
**7/15/11** 5:11
**7/21/2022**
87:19
**700** 2:9
**701** 279:25
**702** 279:20
**72** 247:21
**75** 251:5 279:8
279:9,11
**76** 117:8
**7944** 252:4,21
**7:23** 1:2

**8**

**8** 3:22 19:22
20:3,6,12,16
104:13,16
149:12,13
212:16 264:6
**80** 3:18

**80s** 169:17
**8188** 252:1
**82** 151:18,22
152:2,2
**826** 218:3
**826118** 5:6
239:12
**83** 241:21,24
242:7,12,13
253:9,9,19
254:14
**84** 202:6
212:18 223:16
225:18 237:3
242:7,8 244:4
245:10 249:16
254:16
**843.216.9000**
2:5
**85** 213:12
223:17 224:1
237:4 242:15
244:4 249:17
**86** 193:6
266:15
**877.370.3377**
290:3
**87v** 200:4
**897** 1:2

**9**

**9** 3:8,24 5:9
26:18 27:19
85:15 105:17

105:19,20
141:5 153:17
198:4 199:3,14
213:3 249:15
257:13
**9/18/2009** 84:1
84:22
**9/21** 71:11
**9/21/22** 70:20
**9/30/2024**
99:23
**9/5/85** 240:25
**900** 50:23 51:1
**901** 51:2
**902** 51:2
**903** 51:2
**91** 3:19 193:7
**94** 3:4
**96** 116:25
124:24
**97** 241:14
**988** 242:20
**99** 3:4
**9:05** 1:14 6:6
**9th** 1:13 6:7

**a**

**a.m.** 1:14 45:13
45:13 89:1,1
**abandoned**
221:17,19
242:5
**abc** 5:16 266:7
266:12,14,22

267:10 271:14
**abide** 73:20,21
**ability** 111:13
151:2,4
**able** 8:4 9:8
33:7 40:3
127:24 128:13
159:12 160:9
160:18 162:2
258:16
**above** 81:25
111:3 184:13
185:16 263:2
263:12 290:13
**absolutely**
209:3
**abutment**
84:24
**academic** 57:13
**academy** 56:23
84:7,11
**accelerate**
269:15,18,20
270:1
**accepted**
282:12
**accepting**
273:6
**access** 24:3
130:18,25
**accompanying**
33:1
**account** 79:13
268:25 275:9

275:11
**accounted**
275:25
**accounting**
70:9 71:24
75:23
**accurate** 111:7
121:9 169:8
204:23,25
208:23 225:3
226:18,25
227:12 230:24
**act** 22:23 23:6
24:14,22
188:20
**action** 82:15
83:25 87:18
88:2 288:17
**active** 35:23
37:24 41:24,25
80:22 89:25
91:2 155:7
220:23
**activities** 16:1
58:19 63:7
**activity** 65:6
**actual** 181:12
**actually** 10:21
13:10 29:25
40:15 55:15
56:6 104:4
113:3 125:4,24
138:24 144:14
145:5 152:22

152:23 178:14
191:22 199:9
201:16 206:21
215:16 227:3
229:25 231:21
233:5 245:4
260:24 268:21
269:17 270:3
270:14,23
272:9,16
278:11
**adam** 106:23
**add** 27:24 28:1
31:2 43:22
141:9 234:24
235:7 242:19
246:3
**added** 66:12
92:5,6,7,9
107:15
**addition**
117:11 242:20
**additional** 10:3
37:6 41:13
59:12 66:13
79:22 87:23
88:8 141:2
171:7 219:16
243:8,19
275:25
**additionally**
280:8
**additions** 289:4

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 295 of 370

**address** 42:3
46:7 71:23,25
**addressed**
278:12
**admin** 16:22
18:14 19:11
40:1 67:10,22
67:24 68:11
69:10,11 72:9
88:13 102:6
105:11
**administration**
16:23 18:1
19:11 20:13
**administrative**
17:3,6 72:22
**admission**
102:15
**admit** 222:23
**admitted**
279:16
**adopting**
270:20
**advanced**
80:14
**advised** 285:19
**advising** 29:10
66:1
**aeration**
265:15,18,21
265:24
**affected** 244:22
245:2

**affects** 231:10
**affidavit**
281:16,25
284:9
**affidavits** 28:17
257:6
**affiliated** 57:9
57:20
**affirmatively**
63:24
**affix** 290:14
**age** 80:14
134:14 252:4
**agencies** 14:24
17:11 46:15
48:1 102:14
103:17
**agency** 23:21
25:16 81:19
83:10 85:22
90:24 92:10,11
93:21 99:8
**agents** 14:25
17:12
**ago** 11:5,5
18:19 60:3
66:11 132:8
281:21,21
**agree** 47:16
69:2 73:12
87:2 101:13,17
101:19 106:5
112:16 113:10
119:19 146:18

147:1 176:25
179:13 189:1,1
189:4,5 219:15
219:21 227:18
230:25 242:3
250:21 252:22
255:2 273:20
274:14 284:3
**agreed** 11:2
53:16 115:10
160:22
**agreement**
28:22
**agrees** 257:4
**ah** 4:9 131:25
132:3,6,12,16
143:8 155:10
172:15,23
174:3 176:8
177:9 180:2,3
181:12 182:2,7
183:9 234:5
247:16
**ahead** 13:2
26:13 173:17
**al** 5:17 283:2
**alanna** 2:14
6:22
**alex** 3:12 192:5
**alexandros**
15:2
**allana.horan**
2:17

**alleged** 84:8,12
**allegheny**
288:2 289:1
**allen** 35:8,14
39:17
**allison** 2:14
6:16 78:8
290:6
**allison.o'leary**
2:16
**allow** 144:11
274:16
**allowed** 49:8
**alls** 211:16
217:13
**alternative**
273:12 274:7
**amended** 3:8
**amendments**
289:4
**america** 2:12
80:19
**america's** 3:10
**american** 54:14
**amount** 82:11
82:12,16 83:16
83:17 86:12,19
86:23 90:13
91:7,19,22
92:6 93:19
100:13 101:14
101:16 103:10
265:21

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 296 of 370

**amounts** 86:12 90:16 101:1
**analysis** 4:12 183:24 188:16 192:2 193:19 229:8 244:20 246:9
**analytical** 184:20 195:13
**analyze** 65:20 237:4
**analyzed** 64:19 186:5 197:14
**analyzing** 66:3 209:22
**anchor** 109:15
**andrews** 38:13 38:25
**angle** 132:24 132:25 150:25 151:16 156:1
**anita** 250:4
**ann** 1:11 288:4 290:21
**answer** 9:12 10:13 20:25 40:8 47:14 111:12 159:12 163:3 169:15 171:12,25 172:1 194:6 220:15 255:10 257:20 258:16 276:3 278:11

284:14,16 285:13,17,20 285:21,24,25 286:8,11,19,21
**answered** 167:7 172:9
**answering** 270:8,11
**answers** 267:19
**anybody** 24:25 41:13,19 59:11 138:9 145:8 150:8 168:24 170:10,13 264:4 275:22
**anymore** 31:2,2 221:16,24
**apologies** 224:4
**apologize** 32:14
**appear** 118:8 148:18 153:14
**appears** 70:11 90:21 91:18 105:23 108:25 115:17,17 117:6 152:22
**appendix** 233:9
**applied** 28:22 233:8 267:16
**applies** 208:22
**apply** 234:16
**applying** 282:11

**appreciate** 8:22
**appropriate** 172:24
**approval** 75:12 80:2 88:7
**approve** 76:8
**approved** 76:11,12,25 77:23
**approximate** 93:25
**approximately** 30:9 33:24,25 34:4 35:22 44:19 57:6 93:16 155:11 168:21 170:20 172:9 175:21 225:20
**april** 211:8 251:8
**aquifer** 272:20
**archive** 21:15
**archived** 24:2
**archives** 172:24
**area** 30:12 42:20 51:2 54:4 79:19 107:25 108:1 128:3 144:3,18 152:23 154:19 157:15 238:10

**argue** 215:23 221:24
**argumentative** 209:16
**arrive** 268:7
**arrived** 172:5
**arriving** 268:12
**arrow** 272:16 272:17
**article** 107:7 111:5 211:3
**artificially** 238:14
**ascertain** 131:9 144:8,10 150:14 190:7 224:24
**aside** 117:19
**asked** 9:23 10:14 12:2 16:15 25:25 47:15 53:7 56:3 58:24 61:1 93:11 127:14 141:14 159:10 167:5,7 169:14 170:16 171:9,10,21,23 260:18 270:11 286:4
**asking** 47:4 51:20 57:18 72:24 93:5,8 123:25 124:1

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 297 of 370

167:18 168:6
221:25 231:3
252:3 278:2
**asks** 14:22 15:5
20:8
**aspect** 74:18
143:5 263:23
**assembled**
154:18
**assert** 146:22
**assist** 127:14
172:24
**assisting**
263:24
**associate** 35:13
40:23 264:14
**associated** 93:9
**associates** 3:15
3:20,23 9:24
14:12 19:5,7
24:14 31:15
34:21 35:19,22
36:5,20 41:24
42:11 57:5,10
57:23 58:1
59:12 68:18
70:15 80:24
81:5,21 89:17
90:1,12 91:1,7
92:12 94:1
99:10 101:15
163:16
**assume** 9:14
15:10 36:25

231:6,8 275:17
276:4,21
**assumed** 68:3
69:5 181:9
256:2 258:18
**assuming** 169:8
185:8 204:23
204:25
**assumption**
276:20
**assumptions**
59:25
**astdr** 226:8
236:4
**atsdr** 32:5,7
58:6,25 59:16
60:1 62:24
63:8,11,14,17
64:10,17 65:5
84:4,12 182:25
194:10 196:17
197:6 204:9,25
205:1,5 235:22
239:25 240:4
244:12 247:5
267:12,19,21
268:2,20 269:5
270:19,22
271:7 272:18
274:24 275:8
275:11,16
276:1,3 282:23
284:4,8,20
285:3

**atsdr's** 285:2
**attached** 9:21
10:7 12:2
43:16,18 147:6
**attachment**
43:5 267:4
290:16
**attachments**
72:5
**attempt** 182:6
**attorney**
107:18 108:5
**attorneys** 12:1
105:22,24
106:8,13
139:18
**attributable**
39:12
**august** 23:17
30:8 33:13,19
46:10 52:3
63:7 71:13
84:9 241:8
242:7,12,14
252:6
**author** 118:1
**authorized**
76:9
**automatic**
159:15
**available** 52:9
56:10,12 193:2
193:24 237:9
237:11 239:6

254:24 255:11
282:17,24
**average** 249:19
**averages** 236:5
**award** 81:2
82:11,12,15
83:17,25 86:12
86:19,22 87:11
87:16 90:6,11
91:14 92:5,7
99:7 103:12
104:3,8
**awarding**
81:19 83:10
85:22 90:24
92:10 93:21
99:8
**awards** 3:19
91:4,5 102:17
**aware** 25:2,8
53:19 72:19
73:6,7 110:23
170:13 171:23
243:5 275:8
277:20
**axes** 168:8
**axis** 168:9
170:1,6

**b**

**b** 3:8 35:6
106:14 108:4,4
108:7

Golkow Technologies,
877-370-3377         A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 298 of 370

**baby** 5:19
281:16,22
**back** 9:22
13:21,23 20:8
20:24 21:14
22:2,8 26:10
27:23 28:2,8
28:14 29:4,23
34:5,7 53:3
57:15 62:10
63:22 64:15
66:4 70:19
79:6 83:20
86:1,14,17
88:17 99:3
107:8 113:15
126:23 128:24
130:22 132:8
135:4,5,5,6
141:6 142:17
142:18,25
143:3 144:17
145:21,25
146:1 147:14
147:19 168:6
168:12,14
182:18,18,19
184:12 190:13
193:16 194:5
195:10 201:16
202:19 203:1,4
206:9 207:20
213:22 214:6
216:4,21 217:7

217:13 222:11
222:16,21
226:2 228:12
228:23 229:4
231:1 232:15
235:18 242:18
246:5,5 252:19
255:19 256:20
257:10 259:5
260:4 264:5
282:2 286:5
**background**
212:4
**backside** 99:20
114:7 213:14
**backup** 105:2
105:13
**backup.pdf.**
104:24
**backwater**
277:6,8
**bad** 15:24
134:14
**bain** 65:17 66:2
106:23
**ballpark** 29:25
**band** 137:12
**bandage**
126:17,20
**bar** 128:2,4,7
128:13,20,20
128:24 134:21
134:25 135:18
135:18,21

136:16 152:5,5
152:16 154:5
**base** 25:2,8
33:22 46:21
47:11,21 48:1
48:6,6,18,20,22
49:2,8,10 52:1
52:8 53:23
137:4 138:1,2
138:7,23
139:15 140:9
140:11 141:7
141:22 143:18
144:18 145:13
153:7 159:10
160:3 162:24
169:1 183:3,14
207:18 208:15
211:1 226:14
243:23 245:24
255:25 257:10
260:9 261:21
283:1,13
284:22
**based** 27:11
61:4 92:19
159:5,11 183:3
185:21,23
186:1 191:1
195:2 210:9,13
214:20 226:11
248:17 258:7
265:9 274:14
274:15 275:9

279:7,17,18
280:5 282:14
**bases** 274:1
**basically** 14:4
16:4 20:18
22:15 28:3,17
32:5,10 35:15
36:10,15,17
37:7,9 38:2,7
38:14 42:16
45:22 48:17,17
49:13,14 50:3
51:12 52:9
54:9 55:17,25
59:16,24 61:3
62:20 70:10
104:4 116:4
120:4,6,22
121:17 122:13
127:11,13
128:2,4,18
131:13,22
133:2,5,19
134:20 135:2
136:15 137:13
143:4,8,16
148:12 150:1
155:18 157:22
158:16 160:3
161:4 162:14
163:3 164:11
165:7,15,17
166:5 167:16
168:9,11

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 299 of 370

170:16 171:14
175:25 181:23
187:17 196:22
201:11 206:17
210:3,5 211:1
214:22,23,24
216:7,12 220:5
222:8 225:10
225:24 226:14
227:15 233:16
234:5 236:7
243:16 246:17
246:18 257:4
257:10 258:2
261:22,24
263:1,12
265:13 266:1
267:18 269:4
271:10,15,24
273:4,5 278:14
281:9 282:6,6
282:7
**basin** 235:10
235:13,16
**basis** 132:11
192:24 210:8
222:15,17
224:15 249:21
259:17 267:11
273:24 275:23
**bates** 70:21,25
74:5 76:17,19
77:2,8,16,18
78:1,4,8,10,24

79:2 86:4
104:19 114:11
114:19,21
116:17 117:7
118:1,9 124:1
124:24 133:17
135:7 188:13
188:25 196:14
198:24,25
199:1,5,20
241:13 247:3
251:24 253:24
**bathtubs**
265:19
**baughman** 2:8
6:18,18 149:11
**bear** 204:2
**bed** 141:10,11
143:16,25
144:6 145:5
146:12
**began** 99:11
100:25 253:18
**beginning**
100:24 173:7
213:24 251:18
254:11
**begins** 108:14
184:6
**behalf** 2:2,12
6:15,16,18,20
6:22,24
**belief** 154:14

**believe** 8:6
17:25 27:7
28:5 30:1,3,22
35:13 38:22
39:7,15 41:25
42:2 43:18,20
49:9 51:11,25
52:20 54:18
56:17 61:17
64:6,15 65:3
66:10 67:12,23
75:10 84:6,9
88:10 93:11
111:4 112:21
116:20 121:10
122:6 123:3
124:12 126:2
129:11 130:7
130:25 138:15
139:1 153:9
172:15 173:25
180:4 182:4
183:19 192:18
195:3 196:17
198:3 199:15
207:19 208:20
209:11,20
211:22 217:10
217:24 223:21
227:19,19
234:9,25
236:18 238:4
239:25 244:2
254:13 264:24

266:9 276:17
278:21 279:2
280:25 281:1
**believed** 174:13
195:16 279:3
**bell** 283:13
284:1,22
**bench** 5:17
**benefit** 13:5
103:14,23
**bennett** 26:8
**benzene** 184:25
243:7
**best** 26:1 30:7
38:17 44:23
45:3 49:4,6
66:5 69:21
74:22,25
111:12 120:11
139:24 150:25
151:10,12
209:24 263:9
265:16
**better** 147:21
150:24 156:3
249:12
**betz** 211:7
213:3
**big** 25:11 48:24
49:22 259:25
**bigger** 133:21
**bill** 14:9 66:13
66:17 131:20

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 300 of 370

**billed** 111:1
**billing** 3:22
  16:5 18:20
  19:6 23:12
  30:5 39:2,9,22
  39:24 40:10
  41:8 66:9,21
  72:18 73:1,10
  73:15 104:17
**billings** 14:13
**billion** 213:19
  233:11
**bills** 14:22 17:9
  18:7
**bit** 30:6 32:20
  45:17,18
  143:23 147:25
  152:23 232:1
  237:18
**black** 107:14
**blast** 110:17
**blew** 223:11
**block** 82:4
**blood** 288:17
**blue** 126:10
**blurry** 135:8
**board** 29:6
**boards** 57:2,3
**bold** 235:4
**bolted** 158:22
**bolton** 2:8 6:20
  6:20
**booboo** 125:24

**boots** 126:3,4,7
  126:10,24,25
**borne** 109:9
**bottles** 195:2
**bottom** 74:1,9
  76:18,20 77:3
  90:10 104:21
  108:15 109:21
  116:16 129:10
  153:13 172:21
  174:8 181:5
  184:5 199:21
  200:4 204:18
  218:14 234:21
  247:9 263:5
  266:12,21
  277:14 282:9
  282:22
**boulder** 42:13
  42:19 43:1
**boulevard** 2:4
  141:11 142:1,3
  142:12,19
  143:13 144:1
  145:2,12 146:2
  146:5 153:3,10
  153:11 173:2
  183:1 184:15
  187:14 189:21
  191:3 205:8
  213:4 238:5
  283:11,17,24
  284:3,4,23

**bound** 3:4
  78:21 94:7
**box** 71:25
**boxes** 48:25,25
  51:12,14
**bradley** 2:19
  6:4
**branch** 71:23
**break** 8:12,14
  8:17,19 44:8
  45:9,25 87:13
  88:17,20 133:9
  133:11 142:8
  146:14 191:13
  231:25 232:8
**breaks** 89:7
**bridgeside** 2:4
**brief** 164:2
**brigham**
  255:18,23
  256:2 258:2,12
**brigham's**
  257:15 258:7
  258:20 259:1
**bring** 10:3,7
  128:23,23
  136:15
**bringing**
  238:12
**broadway** 2:9
**broken** 195:1,5
  195:7,9,22
  196:1 220:19

**brought** 60:1
  186:3 187:18
**brown** 126:6
  126:10
**budget** 73:25
  74:12,12 75:7
  75:9,10,11,14
  75:19,24,25
  76:10,19,23,24
  76:25 77:3,12
  77:17,18 78:5
  79:7,10,16,20
  79:23 80:2,3
  100:5,18
  110:18 111:2,2
  111:3
**buffalo** 121:19
  256:21,24,25
  259:10,20
  260:5,8,15,20
  261:11,13,15
  261:19 262:1
  263:7 265:7,10
  265:15,22
**buffaloes**
  255:16,19,24
  255:24 256:3,9
  257:7 258:19
  259:7,8
**buffalos** 148:1
**building** 50:6
  50:14,18,20,23
  51:1,10,13
  189:10,18,20

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 301 of 370

212:11,11
220:1,2
**buildings** 50:10
50:11,14 51:4
51:5
**built** 183:5
**bullet** 110:8,15
110:17 192:18
192:19 194:13
**bulletin** 105:23
106:13 108:20
**bulletins**
105:24
**bumped** 243:3
**bus** 49:21,22
50:5
**business** 103:4
182:3
**busy** 122:8

**c**

**c** 1:10 2:1 3:2
3:14 6:1,12 7:3
39:21 283:25
288:3,3,7
289:3,21 290:9
**c7** 4:12 194:10
197:6
**cabinets** 171:3
**cage** 5:12,14
48:23 250:5,6
251:15,25
**cages** 48:23

**calculate** 28:23
121:20 267:25
268:7,10
**calculated**
61:23 185:14
235:8 266:1
267:8 273:11
273:20 274:7,9
**calculating**
143:8 235:23
**calculation**
230:15 232:24
255:5 256:23
257:1,2 258:3
259:22 265:9
269:3,24
270:21 274:11
274:13,17
**calculations**
121:13,16
141:25 224:13
230:13 231:14
233:7 234:1,3
248:17 249:5
258:7 265:12
266:2 273:25
274:14
**call** 48:2 64:14
75:25 92:18
124:18 177:2
211:14 217:12
231:13
**called** 1:11 8:25
9:21 13:3 16:6

16:9 25:8
36:11 64:6
72:25 75:7,8
116:25 155:11
177:3 233:3
250:12,25
269:9
**calls** 46:6,8
47:18,20
**camera** 8:14
122:8 123:18
123:19,22,23
123:23,25
140:6,7 262:5
263:18
**camp** 1:4 6:8
17:12,18 18:8
18:21 19:8
20:1,2 22:8,23
23:5 24:14,21
25:2,8,10,13,17
25:20,23 26:1
28:2,14,19
29:6,11,18,25
30:2,14 31:16
32:25 33:2,8
41:14 47:3,19
49:4 52:17
57:21 58:6
59:7,13 62:12
64:9 67:3 93:9
94:2,5 99:11
100:23 101:16
101:21 102:2

138:16 183:24
188:16,20
208:14 277:20
282:1,7
**canada** 42:14
42:20 43:1
**capability**
168:25 262:18
262:20
**capacities**
244:21
**capacity**
174:10 176:1
240:17,19,22
240:24 241:7,9
241:12,16,22
241:23 242:1,7
242:13,14
247:2 248:1,1
248:3,6,7,8
262:6 276:18
**car** 49:19,20,22
**card** 141:16,17
**care** 149:5
240:12
**career** 44:24
57:9
**carolina** 1:1 2:5
6:11 30:13
208:14 266:16
**case** 5:19 11:8
14:13 16:21
18:3 22:15,24
23:5 27:3

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 302 of 370

29:19,20 30:2
31:17,22,25
32:2,15,16
34:21 39:8,18
46:11 48:18
51:9,23 52:6
52:10 55:4
58:23,24 59:3
61:2 62:25
63:11,16,20
64:5,7 65:14
65:19,22 72:18
91:14 93:6
104:18 111:23
118:10,19
128:20 138:22
185:9 201:5
208:4,12,14
217:16 267:21
268:9 274:8
278:20,21
279:6 280:17
281:7,8,10,22
282:1,5 285:8
285:16 286:5
**cases** 1:6 29:20
61:1 63:11
74:17 76:15
101:20
**casing** 273:5
**casting** 60:21
74:7
**catch** 33:18
200:19 201:2

211:16 217:13
250:15
**cause** 8:3
**causes** 269:1
**cc** 290:23
**ceased** 287:1
**cell** 140:3
263:16
**center** 81:1
82:10 84:21
90:4 107:16
116:16 174:14
180:16 181:5
**cents** 81:6
**certain** 50:10
61:3 74:18
75:3 127:23,24
132:14 201:3
217:15 238:16
256:17 262:22
**certainty** 268:6
282:19
**certifications**
54:18
**certified** 54:13
240:19
**certify** 288:6,12
288:16
**cetera** 187:22
**cfr** 106:14
**chain** 5:11
**chairs** 170:25
**change** 24:12
27:23 88:2,4,5

131:15 221:25
259:6 289:6,6
**changed** 21:17
21:18 70:10
74:7 76:23
131:18 171:20
171:24 172:6
**changes** 106:21
113:4 115:15
117:12 170:11
238:10
**chapters** 63:8
**characteristics**
137:17 170:14
**charge** 165:18
**charges** 109:11
**charles** 38:13
**chart** 3:18
166:22 170:1,2
204:4 223:11
224:6,10 225:1
225:3,4,5,14
226:11,12,18
226:25 227:3
227:12 228:1,7
229:2 230:4,6
230:11,13
231:12,14
236:6 240:9
244:11 246:7
249:15 266:23
272:10
**chatted** 89:11

**check** 39:22,25
92:24 167:24
**checked** 225:15
**checking**
188:10 244:17
**chemical** 32:9
63:20 235:5
244:19 274:19
**chemicals** 61:4
244:20
**chemist** 209:12
209:22 211:7
**chemists** 209:7
**cherry** 210:7
210:10
**chief** 71:23
**chimed** 163:4
**chloride** 197:15
202:9,11,17
207:7 212:21
212:23 215:25
221:22 222:20
229:10,16,18
**chloroform**
197:15
**choose** 7:17
267:6 271:17
**chose** 271:5
**chronologies**
200:23 201:11
209:1
**chronology**
4:19 173:6
200:21 205:3

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 303 of 370

207:2 208:23
214:21 215:5,7
215:18 217:4,8
**circle** 216:21
235:18
**circular** 175:20
**circumstances**
122:21 142:24
**citation** 65:11
**citations**
114:10,18
**cite** 64:17,17
65:4 120:20
195:11 227:20
283:5
**cited** 63:13,25
120:17
**citing** 64:23
240:1 266:15
**civ** 68:13
**civil** 106:21
112:10
**cl** 66:23
**claim** 24:14,22
227:11
**clarify** 45:8
87:5
**classify** 54:4
**clawback**
146:19
**cldep000000...**
5:19
**cleaner** 267:11
271:14

**cleaners** 5:16
265:1 266:7,12
266:22
**clear** 22:4
66:14 112:5
148:17 187:8
189:3
**clearance**
49:11 266:14
**clearly** 122:24
122:24 155:21
**click** 81:9
**clicking** 92:2
**client** 56:19,21
61:10,12 71:22
110:23
**clients** 56:17
**clj** 17:16
**clja** 3:16 4:11
4:14,16,18,19
4:22,23 5:4,6,8
5:12,14 70:21
104:19 116:17
116:17 119:7
153:8 188:5
196:12 197:11
199:21 217:2
239:11 247:4
250:6 251:15
251:25
**close** 214:25
215:19 240:13
269:19,20

**closed** 157:19
207:24 212:22
214:6 237:12
**closer** 183:15
269:8 271:22
**clr** 1:11 288:4
290:21
**clue** 94:4
**clw** 188:2,20,20
188:22 199:17
199:19 205:4
207:2
**coc** 185:15
**cocs** 183:25
184:22 185:9
185:11,18
188:18 190:16
**codes** 86:9
**coffee** 88:22
232:2
**cold** 263:17
**colleagues**
146:17
**collected** 53:11
195:17
**college** 25:6
**colorado** 42:14
42:19 43:1
**column** 77:11
77:17 81:7,8
88:4 92:6,9
102:18
**come** 26:10
64:14 79:16

88:17 135:2,5
135:6 145:24
146:9 153:13
184:12 207:20
224:13 228:23
**comes** 67:20
154:2 156:9
157:9 234:21
263:5
**comfortable**
209:21
**coming** 154:22
211:4 237:21
238:8 239:2,3
**commencing**
1:13
**comment** 59:19
60:8,16 237:9
**commented**
58:18
**comments** 68:7
**committee**
54:25 56:3
264:5,19
**commonwealth**
1:12 288:1,5
289:1
**communication**
247:17
**communicati...**
19:23 20:17,20
21:5 22:7
23:20 107:18
108:5,8,9

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 304 of 370

**community**
266:16
**company** 26:4
36:9,16 37:1
38:14,15
102:17 103:4
103:25 123:22
262:4
**comparable**
265:25
**compared** 60:4
**comparison**
265:16
**compensate**
237:14,18
**compensation**
57:16 73:15
108:9
**complaint**
283:25
**complement**
110:2
**complete** 27:24
43:21,24 52:12
53:1 54:18,20
72:17
**completed** 15:1
83:22 239:15
239:23 240:3
241:6,15,21
290:18
**completely**
7:24

**completes**
184:17
**completion**
290:13
**complex** 62:5
**complicated**
128:15 129:3
140:17
**complication**
133:3
**component**
58:8,10
**composite**
184:7,22
185:22,23,24
186:5,8,16,24
187:1,9
**composited**
186:3 187:20
**compound** 9:1
50:17 234:15
274:19,19
**compounds**
55:15
**comprised**
109:4 195:18
**compromised**
200:10
**computer**
15:15 16:2,11
16:13,19 21:17
22:6,11 23:25
53:3 59:6,13
70:3,4 105:11

161:4 166:21
167:21,22,24
168:2 171:6,13
**computers**
52:16
**concentration**
60:23 61:4,23
213:18 284:21
**concentrations**
63:19 64:12
185:16 283:16
283:23
**concept** 109:11
**conceptual**
5:15
**concern** 28:24
32:9 63:20
182:25
**concerned** 33:4
33:5 42:15
45:2 238:6
**concerning**
20:1 279:16
**conclude**
220:22
**concludes**
280:1
**conclusion**
190:22 216:19
221:1 249:17
**conclusions**
63:9 262:16
**condition** 196:2

**conditions**
277:5,12
**conduct** 109:17
137:16 139:10
**conducted**
64:11 172:23
275:22 280:10
282:23 283:6
**conducting**
56:8
**cone** 268:25
269:9,10
**conference**
46:5,8 163:12
**conferred**
226:17,24
**confidential**
146:25
**confine** 51:22
**confirm** 45:8
121:12,14
145:21 194:8
212:19 227:12
250:14
**confuse** 284:18
**confused** 89:18
187:4,5 233:1
**congruent**
269:7
**conservative**
275:16
**consider** 53:24
206:7 231:9
240:14 252:25

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 305 of 370

254:19 255:4
268:3
**consideration**
255:3 274:22
280:20
**considered**
38:14 106:11
109:5 112:12
112:18 120:21
147:3 201:4,5
230:20 265:20
269:4 285:3
**considering**
106:20 272:18
**consistent**
86:24 225:16
228:25 254:25
261:3
**consistently**
241:2
**constant**
234:16
**constitute**
109:23
**constituted**
280:4
**constructed**
247:18 248:1
**construction**
239:14,22
240:23 241:5
241:15,21
**consult** 109:25

**consultant**
57:11 118:2
**consultants** 4:9
4:15,17 172:16
247:16
**contact** 65:17
182:7
**contacted** 26:7
32:3,4 195:22
**contained**
184:7 195:1
**containing** 4:7
266:7,14
**contains** 43:25
**contaminant**
28:24 212:24
267:9 283:16
283:23
**contaminants**
62:15,19
264:23 266:5
272:20
**contaminated**
185:18 190:16
191:4 192:20
194:4 213:10
225:21 227:7
243:7,16
283:12 284:5
**contamination**
55:4,5,14 64:9
173:8,18 191:9
192:2,3,3,13
225:22 237:12

244:5,17 245:9
245:13 268:12
270:15 271:19
276:25 282:25
284:2,23
**contemporary**
216:15
**content** 196:7
**context** 64:13
65:3 84:3
226:7
**continuation**
90:21
**continue** 90:19
271:21
**continued** 4:1
5:1 214:4
**continues**
224:7
**continuous**
275:3
**contract** 3:19
68:12,15,16,20
68:22,24 73:9
81:10 82:5
85:21
**contracted**
18:24 25:21
**contracts** 81:15
90:6,11,19
91:5,9 92:3
101:3,23
102:10 103:11
103:16 104:12

**contradictory**
209:4
**contrast** 280:1
**contribute**
108:22 109:1
**contributed**
108:25
**contributing**
242:19
**contributions**
230:16 236:20
237:5
**contributors**
56:14 106:10
**control** 109:24
212:18
**convenient**
149:6
**conversation**
20:19 46:16
**conversations**
46:13 47:8,24
**copies** 22:16
124:8 197:4
**copy** 10:21
125:2 130:22
163:24 194:12
197:2 272:4,9
290:17
**corner** 66:23
74:1 81:20
82:3 83:6
85:23 86:5
108:15 199:8

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 306 of 370

204:19 218:5
**corps** 208:16
208:21 209:7
209:12,21
210:22 211:19
**correct** 12:5
17:21 26:20,25
27:24 30:21
31:19 39:15
40:12 43:21
48:9 51:25
54:15 57:11
58:14 66:18
71:16 79:2
84:5,6 102:3
102:18,22
103:23 124:25
127:9 129:16
132:3 136:11
148:10 149:2
151:7 172:17
175:2 176:12
179:24 184:16
184:19 187:15
187:16 188:24
196:19 198:2
199:4 204:10
204:20 205:11
209:3 210:2
219:3,5 222:2
223:13 224:9
242:6 245:10
248:11,12
249:20 276:20

277:16 280:14
280:15 285:2
289:19
**corrected**
124:23
**correcting**
114:10,18
**correction**
104:2
**corrections**
113:5 289:5
290:12
**corrective**
115:21 116:1
**correctly** 7:10
29:8 109:7,8
109:18 110:3
173:4,5,14
183:7 184:3
185:19 205:10
218:21 279:22
279:23 282:20
282:21 283:3,4
**correlation**
282:7
**cost** 74:20 75:1
75:4 110:24
**counsel** 4:3
6:13 10:17,19
12:7 22:16,16
46:4,4,19 47:3
47:10 51:24
112:9 122:12
122:18 123:3

124:6 127:11
139:6 140:11
140:18,19
141:8,14,19,21
143:18 260:18
285:19 288:14
290:17
**count** 42:17
**country** 55:16
55:25
**county** 288:2
289:1
**couple** 28:8,16
43:13 47:8
66:20 89:6,7
113:3 117:20
202:1 246:6
**course** 45:24
245:19 252:11
**court** 1:1 6:10
7:1 44:25
109:21 154:16
278:8,10
279:12,25
280:1,5,8,25
**cousin** 39:20,21
**cover** 112:7
133:5 142:5
259:21 261:8
**covered** 127:20
133:4 142:4
157:18 200:19
211:15 217:13

**cowboy** 126:3,4
126:7
**crease** 154:19
**create** 105:14
121:13 163:18
224:18 226:12
246:7
**created** 92:2,14
92:19 115:14
164:16 186:9
186:24 215:15
223:22 224:11
224:17 225:4
226:11 230:4
230:12 236:7
248:18
**credential**
214:24
**credibility**
110:1
**critical** 175:20
**criticized**
143:10
**critique** 270:20
**cross** 279:15
**crystal** 40:14
**csr** 1:12 288:4
290:21
**current** 82:10
86:19 101:17
**currently** 86:12
102:16
**curved** 154:2

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 307 of 370

**curving** 135:20
**cut** 199:22
**cv** 1:2 8:6,8
  43:3,4,15,16,18
  43:21,22,24
  44:4,25 45:6
  54:1,12 56:16
**cycling** 242:23

**d**

**d** 3:1 6:1 35:6
  38:13 88:4
**d.c.** 6:8 106:9
**daily** 15:20,25
  236:3
**dam** 84:19,25
**dance** 135:18
**dangerous**
  134:19
**data** 4:19 5:13
  27:8,17 32:6
  60:2,23 61:6
  112:12,18
  117:13 166:21
  168:2,3,7
  169:25 170:3,4
  170:23 172:4
  192:9,25 193:1
  193:2,17,19
  194:5,12
  195:19 196:3
  196:11,15
  204:1 207:11
  221:20 223:19

224:25 226:7
226:16 237:3,8
237:23 238:22
239:5 247:11
248:22,23
249:8 251:23
252:4,5 257:15
257:21 267:18
268:2,5,11,14
268:14 271:4
274:15,23
276:12 277:24
279:4,7,17,19
280:6 282:17
282:24 284:21
**database** 92:8
**datasheet**
  194:8
**date** 6:5 10:22
  10:24 11:2
  25:4 28:11
  46:22 82:4,15
  83:13,25 84:11
  85:20 87:19
  92:7,9,10
  93:14,20 99:23
  101:1 114:13
  124:19 125:14
  168:10 170:9
  192:3 193:24
  195:25 201:17
  203:22 204:6
  204:21,23
  205:5,6,14

215:4 217:7
219:11 227:16
229:9 237:25
238:3 243:11
243:15 252:15
**dated** 26:18
  71:11 78:17
  87:7 112:8
  114:8 125:13
  149:1 189:25
  211:7 217:4
**dates** 34:10
  84:3 130:9
  131:4 204:8
  205:2 218:9,11
**day** 15:13 89:7
  123:21 127:1
  129:22 136:24
  138:9 157:23
  162:7 163:20
  163:23 164:17
  167:15,17
  175:25 186:8
  186:17 187:1
  205:20,23
  206:3 217:3
  241:5 254:18
  255:19 288:21
  289:23
**days** 11:5,5
  15:21 30:19,20
  30:22 46:1,9
  215:10,15,17
  216:11 226:1

236:12 241:6
249:18 254:17
290:18
**dbolton** 2:11
**dc** 1:13 2:15
  290:8
**dce** 184:23
  212:19
**deal** 147:1
**dealing** 42:22
  43:2 55:9
  259:25
**dealt** 55:14
**dean** 2:3 3:3
  6:14,15 7:7
  9:18 11:12
  12:20 13:1,20
  14:1,3,20
  18:15 19:3,21
  20:7 21:8 22:1
  23:4,11 24:10
  24:19 26:12
  29:14 31:24
  32:11,21 37:11
  39:5 41:12
  43:8,12,14
  44:2 45:9 89:4
  91:24 99:2,16
  101:11 102:7
  103:8,20 104:5
  104:14 105:10
  105:18 106:4
  107:23,24
  110:20 111:15

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 308 of 370

| | | | |
|---|---|---|---|
| 112:3,6,23 | 187:6,24 188:7 | 246:24 248:24 | 212:18 214:6,7 |
| 113:10,12 | 189:9,22 191:6 | 249:4,10 250:2 | 215:25 216:14 |
| 114:3,6,23 | 191:14,21 | 251:13,25 | 222:16 225:20 |
| 115:9 117:3,17 | 192:11 193:13 | 252:2 253:7,16 | 225:25 226:1 |
| 119:1,21 120:7 | 194:2 196:9,24 | 254:3,5 255:14 | 228:2,3,11,17 |
| 120:13 124:7 | 197:4,8,20,24 | 256:1,7,15 | 228:20 237:3 |
| 124:17,25 | 198:14,17 | 257:11,19 | 243:12 244:3 |
| 125:3,11 | 199:22,24 | 258:5,17 259:4 | 244:16 245:10 |
| 130:15 131:23 | 200:14 201:14 | 261:18 265:4 | 253:5,9,12 |
| 132:23 133:6 | 203:17,18 | 266:4 272:2,7 | 254:10,12 |
| 133:12,15 | 206:1,23 208:1 | 273:7 274:5 | 257:13,13 |
| 136:7,18 137:2 | 209:6,10,15,18 | 276:6,24 | 281:21 |
| 137:15,23 | 210:19 212:1 | 277:10 278:1 | **decided** 278:13 |
| 140:2 145:3 | 214:3,14 215:9 | 279:1 280:24 | 278:15,17 |
| 146:6,14,23 | 216:2,24 | 281:4,13,19 | **decision** 281:11 |
| 147:13 148:10 | 217:19 218:1 | 282:8 283:9,20 | **decisions** 59:25 |
| 148:16 149:10 | 219:7 220:10 | 283:21 284:15 | **deduction** |
| 149:13,14 | 222:14 223:8 | 285:11,14 | 216:18 |
| 151:19,20 | 223:20 224:3,5 | 286:2,9,14,17 | **deep** 66:3 |
| 152:11 160:15 | 224:23 227:17 | 290:16,25 | **defendant** 2:12 |
| 161:7 164:14 | 228:18 229:3 | **dear** 290:10 | 3:10 |
| 166:17 167:2 | 229:14 230:8,9 | **decades** 275:19 | **defending** |
| 169:5,16 | 230:22 231:5 | **december** 4:9 | 208:6,9 |
| 172:14 174:5,7 | 231:23 232:5,8 | 26:18 27:19 | **defense** 25:11 |
| 174:24 176:2 | 232:14 233:2 | 43:19 44:12,13 | 81:20 82:21 |
| 176:11,24 | 233:18,24 | 44:14 76:24 | 83:11 279:12 |
| 177:15 178:11 | 234:13 235:17 | 77:16 112:25 | 280:2 |
| 178:23 179:6 | 236:2,15,17 | 141:5 172:16 | **defer** 59:20 |
| 179:21 180:2,7 | 237:1,19 238:7 | 193:5,7,19 | 60:12 |
| 180:11,20 | 238:24 239:8 | 194:4 197:10 | **define** 53:25 |
| 181:3,10,16 | 239:18 240:16 | 197:14 201:16 | 177:25 |
| 182:1,12,16,17 | 243:4,17 244:1 | 201:25 202:5,6 | **degree** 110:24 |
| 183:12 185:5 | 244:9,24 245:7 | 202:13 203:1 | 268:5 282:19 |
| 186:6,14,22 | 245:14,22 | 206:9 212:7,16 | |

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 309 of 370

**degrees** 54:8
**delegated**
116:3
**deletions** 289:4
**deliver** 11:16
260:3
**delivery** 11:18
**demands** 162:9
**demonstrate**
109:16 149:7
**demonstration**
156:12
**department**
2:13 11:7 12:1
14:12 17:23
18:10 20:14,15
21:6,23 25:11
25:24 26:3
29:17 46:12
51:23 58:1
65:15 66:2
67:19,20,25
68:22,25 69:1
69:4 71:24
72:3,10 73:9
73:21 75:12
76:7 77:23
79:21 81:20
82:21 83:11
85:21 86:18
88:7,13 89:9
90:25 91:5
93:22 99:9
100:2,17,21

101:2,6,14,20
102:14,15
103:7,17
105:21 106:7
107:8 111:22
124:11 208:3
208:11 210:24
211:2,4 260:23
266:16 290:7
**depending**
115:12 165:8
**depends** 15:21
65:10 231:17
245:18
**depicting**
180:17
**deployed**
135:25
**deponent** 6:11
290:11,13
**deposed** 8:7
**deposition** 1:9
3:8,11 6:6 8:12
9:20,21 10:7
11:2,3 15:9
44:5,12,16
45:21,23 46:2
46:3,7 79:20
89:12 105:8
264:4,9 285:10
287:1 288:8,10
288:13 289:3
290:9,11

**depositions**
8:11 44:9,16
44:21 45:2
46:8 109:22
264:14
**deposits** 144:23
**depression**
268:25 269:10
269:10
**depth** 175:20
207:17
**derived** 269:6
**describe** 68:25
192:10 196:22
233:8
**described**
28:18 38:18
54:1 183:1
**describes** 54:9
**describing**
51:11 227:22
**description** 3:7
4:2 5:2 82:17
186:1
**descriptions**
182:23 183:2
**design** 129:23
130:9 131:8
183:4
**desk** 170:25
**detail** 64:15
73:14 76:2
107:11

**detailed** 73:1
175:13 282:24
283:6
**details** 11:19
61:11 74:14
104:12 267:4
**detected**
173:10,21
184:25,25
**detection**
202:17
**determine**
62:14 137:17
193:20 226:25
259:19
**determined**
212:22
**developed**
210:15
**development**
172:25 266:17
**develops** 269:1
**devices** 166:8
**devin** 2:8 6:20
**diagram**
179:20 256:25
**diagrams**
282:17
**diameter** 150:2
151:5,9,13
152:17,22
153:22 154:14
154:21 178:14
178:24 181:23

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 310 of 370

**dico** 5:17
279:14
**differences**
170:14
**different** 17:9
21:1 29:19,20
38:19 45:17
63:23 70:18,19
88:8 90:10,11
103:17 117:24
123:24 131:18
132:24 148:5
151:16,23
161:5,17
167:19 169:23
176:16 177:1,6
177:7 180:13
180:14 186:2
196:5 209:17
210:20 218:9
225:2 234:5
253:13 263:21
267:19
**difficult** 134:17
**digital** 123:8,16
123:19
**dimensions**
152:14 174:10
177:10,13
179:19
**diminish**
269:15
**ding** 45:16
52:22 53:15

54:19 58:3,13
59:4 60:7,11
60:18 61:8
62:9 63:5 65:2
65:12 66:8,15
68:2,6 69:8
70:14 71:3,4
71:10,20 72:14
72:23 73:5,23
77:7,22 78:13
78:14 79:1,5
80:10 84:17
86:15,16 87:6
87:10
**direct** 81:10
222:25
**direction** 10:11
11:25 59:14
122:18 269:2
**directly** 129:1
130:3 210:22
270:19 272:20
**director** 106:9
**disagree**
101:22 273:24
273:25 274:10
280:23
**disagreeing**
178:12
**disagreement**
28:25 274:1
**discarded**
144:3 164:12

**disciplines** 54:8
**disclosed** 59:8
**discounted**
219:8
**discovered**
225:22
**discovery**
106:22
**discussed** 41:7
47:5 53:12
89:8 100:23
154:7 181:20
284:6
**discussion**
264:7
**discussions**
80:1 89:9
264:1
**dismantled**
31:10,11
**dispersion**
269:24,25
**disposal** 213:15
**disregard**
206:6,12
**disregarded**
278:8 279:3
**disregards**
279:12
**disrespect** 7:16
**dissolved** 267:9
274:18,20
**distance** 127:25
128:1,6,14,19

128:25 134:20
134:25 135:17
137:14 141:18
141:22 152:4
152:15 154:4,8
155:17
**distances**
127:25
**distributed**
37:10
**district** 1:1,1
6:10,10
**distrust** 209:20
**dive** 66:3
**division** 1:2
6:11 290:1
**dj** 68:8,9
**djj6wenr010...**
99:8
**doctor** 32:14
**document** 1:6
13:4,19 26:23
35:16 43:4
67:13,18 69:4
70:3 71:9 75:6
75:24 84:22
88:6,8 89:15
92:19 106:17
107:14,15
108:14 115:24
122:13 125:17
147:2 188:3,22
200:16 201:4
204:4 207:1,5

Golkow Technologies,
877-370-3377             A Veritext Division             www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 311 of 370

207:17 211:13
211:20 214:4,8
215:3 217:4,9
217:17,23
220:14 221:7
223:2,22
224:19 228:20
229:7 239:24
240:13 250:4,5
250:11,17
251:15 261:6
**documented**
225:11 255:12
263:10
**documents**
3:12 9:23
10:12 11:6
12:13 13:23
14:23 17:10,23
18:7,16 20:11
24:8 27:17
48:24,25 51:7
51:12,13,15,22
51:23,25 52:1
52:2,4,8,15
53:22 74:24
114:11,21
117:13 118:8
118:17,17,21
119:4,11,20,24
120:21 130:1,2
131:5 150:13
171:8 188:14
195:25 196:3

196:20,21
200:22 201:9
201:10 207:16
208:18 210:21
210:23,25
211:1 214:25
221:3,23
227:10,14
264:16 275:21
276:13 282:16
**doing** 16:23
26:7 30:13
31:21 32:15
46:11 50:9
56:6 62:3,21
93:6,9 100:22
111:13 112:5
126:13 129:9
132:18 137:25
138:16 147:22
149:8,17 151:9
160:5 181:14
207:17 235:23
250:14
**doj** 48:2 66:23
67:9 68:12
75:17 123:7
139:18 140:12
141:6 262:7
**doj's** 262:19
**dollars** 81:6
**domain** 268:5
**door** 62:4
157:19

**dose** 62:14
**double** 89:19
**doubt** 120:24
**downloaded**
124:6
**dozen** 45:1,3
**dr** 5:10,18 7:8
7:13 9:20
21:21 28:21
29:1 32:12
34:23 35:4,10
35:25 37:13,25
37:25 38:5,6
38:10,13,23,24
39:16 41:17
59:15 60:13
69:24 89:5
112:13 125:13
143:4 151:21
202:23 255:17
255:18,23
256:2,19 257:4
257:15 258:2,7
258:12,20
259:1 261:4
266:24 273:8,9
273:11,18,25
274:4,6,11
280:2
**draft** 164:12
**draw** 250:25
251:4
**drawing** 131:8

**drawings**
129:23 130:2,2
130:4,5,9,23
183:5
**drew** 272:19
**drilled** 240:18
242:6
**drink** 158:19
158:23 159:2
**drinking**
183:25 188:17
212:10
**drive** 4:7
**drmo's** 213:15
**drop** 262:23
**dropped** 202:7
**dry** 129:12
154:11,12
265:1 266:14
266:22
**duly** 7:4 288:9
**duplicate**
212:18
**duties** 38:19

e

**e** 2:1,1 3:1 6:1,1
17:5,5 35:6,6,8
36:11 38:13
112:11 288:3,3
289:1,1,1
**earlier** 12:13
31:17 69:21
88:6 117:21

Golkow Technologies,
A Veritext Division
877-370-3377                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 312 of 370

201:17 221:12 236:6 281:16

**early** 183:15 225:20

**easier** 142:2

**easiest** 199:10 199:17

**eastern** 1:1 6:10 56:22

**eat** 50:15

**editorial** 57:1,3

**education** 54:9 110:2 282:15

**effective** 109:24

**effluent** 127:19 128:3,7,22 134:2,11,22 141:15,25 142:11,18 143:14,24 148:3,15 150:2 150:3,14 151:13 152:6 152:20 153:12 155:1,4,8 174:14 175:13 176:4,25 177:1

**effort** 10:12 22:6,10 110:24 172:23

**eight** 80:14 81:3 105:8 133:13 149:15

186:2 187:10 187:16 188:9

**either** 11:24 20:13 38:23 44:25 47:2 114:2 122:17 129:5 163:7 181:9 238:5 246:1,11 259:6 259:20

**elaborate** 219:22

**elastic** 137:17

**electronic** 12:19 124:15 247:17

**electronically** 11:17,20 12:15

**element** 28:20 28:20

**elements** 234:6

**elevation** 166:8 248:5

**elizabeth** 211:7

**elongate** 270:3

**email** 5:11 11:21,25 12:4 20:17 22:13 75:13,24 123:8 146:17 240:6 250:4

**emails** 19:22,24 21:4 22:7,14 23:19,22 29:8

250:7

**embarrassed** 173:16

**employee** 22:19 36:10,12 40:24 69:17 104:1 260:23

**employees** 41:23 42:16 172:7,8

**employment** 169:9,13

**empty** 129:11 154:10

**enclosure** 199:9

**encrusted** 144:22

**endorsement** 106:11

**ends** 67:15 93:18

**enduring** 109:15

**energy** 102:15

**engineer** 54:21 54:23

**engineer's** 54:22

**engineering** 42:23 56:24

**enhance** 246:9

**enter** 16:4 70:10 105:7,7

**entered** 16:18

**enters** 155:4

**entire** 55:25 165:18 174:23 174:25 253:3

**entirety** 57:8 210:12

**entity** 57:19

**entries** 16:20 99:19,21

**entry** 87:17 93:17 99:5 100:11 116:24 119:7 201:16 203:7,8

**environment** 62:19 135:24 135:25

**environmental** 4:9,15,17 118:2 132:1,6 132:12 176:8 177:9 182:2,7 197:10 247:16 282:13

**eousa** 106:12

**epa** 23:21 80:23 99:23 101:5 102:14 103:1 265:13

**equally** 145:24

**equations** 267:16

Golkow Technologies, A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 313 of 370

**equipment** 129:25 131:11 132:8,14 142:23

**era** 150:21 170:4 176:7,9 176:20

**errata** 113:3,9 113:13,22,23 114:1,4,10,18 114:24 115:4 115:13 116:4 117:12 290:12 290:14,15,18

**error** 210:3,3 268:19

**errors** 267:22 270:23 274:24

**esop** 36:11

**especially** 60:1 121:18 238:2

**esquire** 2:3,4,8 2:8,14,14 290:6,16,25

**establish** 29:3

**established** 19:14 203:10

**estimate** 74:20 74:22,25 75:7 75:9,10,11,19 75:25 76:3,5,7 79:21 127:24 132:22 137:14 137:14 143:9

151:12 152:4,8 177:14 179:17 179:18 180:24 181:21

**estimated** 32:7 59:2 63:17 132:5 148:13 155:10 178:4 178:21 181:21 181:22 265:24

**estimates** 61:5 143:6 172:25 181:25 271:24

**estimation** 88:5 151:10

**et** 5:17 187:22 283:2

**ethical** 109:17 111:11

**ethically** 109:4

**evaluate** 32:4,5 58:24 63:16 74:16 130:3 257:10

**evaluated** 76:11 276:25

**evaluating** 267:17

**evaluation** 59:17 74:16,18 220:25 243:22 266:3

**evaporative** 234:20 235:12

**everybody** 163:4 171:10 209:24

**evidence** 178:16 206:25 222:25 254:19 275:21 276:7,8 279:20,25

**evidently** 260:5

**exact** 13:18 86:2,6 93:14 169:12 243:14 252:15

**exactly** 14:19 18:4 21:12 23:9 38:12 39:23 40:7 41:8 64:5 107:11 108:24 122:21 141:17 162:18 172:3 177:17 202:22 224:3 252:16 274:4

**exactness** 155:25

**exaggerates** 237:15,15

**examination** 1:11 3:3 7:6 183:4 279:15

**examined** 7:4

**example** 15:10 22:22 24:7

36:23 39:20 46:20,23 49:1 49:17 54:20 55:8 58:5 69:18 75:5 101:24 102:25 105:6 119:5 171:16 184:7 206:15 220:1 220:18 222:11 225:17 226:22 227:2,6 247:10 265:14 283:1

**examples** 43:25 109:14

**excel** 3:19 92:1 92:13,15 99:3 224:11 249:12

**except** 108:8 173:13 185:3 238:22

**exception** 48:13 284:5

**excess** 101:16

**exclusion** 210:1

**excuse** 84:19 85:17 93:6 141:3 212:17 233:1

**executive** 105:22 106:8

**exhibit** 3:8,10 3:14,15,18,19 3:20,21,22,24

Golkow Technologies, A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 314 of 370

4:3,5,7,9,10,12
4:15,17,19,20
4:23 5:3,5,7,9,9
5:11,13,15,15
5:17,18 9:17
9:20 12:24
13:2,7,16,21,22
14:1 26:11,14
26:14,15,16
43:7,8 66:7,9
66:12,21 70:16
71:2,5 78:9,15
78:21,22 79:3
80:9,11,12,21
83:4 86:1,4,8
86:14,15,17
87:1 88:18
91:23 92:1,1,4
93:1,2 99:3
100:4,9,11
102:11 104:13
104:16 105:17
105:19,20
111:14,17,25
112:4 113:2,14
113:18,20
115:2,3,19
116:14,15
117:2,4,5,7
124:16,18,22
125:9 146:16
146:22 147:5,5
147:14,15
148:9,10,11

149:9,10,23
152:10,12,13
163:18 164:16
172:13,15
173:25 174:1,4
180:4,5 182:15
182:19,21
183:17,19
187:23,25
188:2,9,21
191:22,23
196:8,10,23,25
197:23,25
198:1,5,6,8,14
198:15,18,22
199:1,3,7,16
200:13,15
203:11,14,14
203:15 204:3,3
204:24 205:3,4
207:3,19,25
208:2 211:6,6
215:4 216:23
216:25 217:1,4
217:6 223:7,10
223:14,23
226:11 228:1
229:4 230:5,7
230:11 232:16
232:23,25
233:4,5 234:2
234:19 236:16
239:7,9,11
244:10,12

246:5,14,23
247:1 248:19
249:9,13,15
250:1,3 251:12
251:14 253:3
255:12 264:24
266:25 272:1
272:19 278:24
279:8 281:12
281:15,15
283:25
**exhibits**   3:6 4:1
5:1
**exhibt**   94:7
**exist**   20:23 31:2
33:11 53:14
65:1 164:18
246:15 268:3
276:11
**existed**   56:7
284:23
**exit**   155:4,18
158:9 175:7
**exiting**   175:6
**expand**   255:4
**expect**   40:8
**experience**   44:5
110:2 282:15
**experiment**
129:18,19
136:23 156:12
261:6
**expert**   3:14,24
4:4 5:18 26:16

27:1,10 54:3,3
55:13 65:4
72:16 106:18
106:22 107:2
107:18 109:3
109:16 110:1,7
110:13,14
111:6,10 113:1
118:22,23
123:5 208:4
256:9 257:3
262:15 278:5,6
279:13 280:2,4
281:21,24
284:6
**expert's**   72:25
108:10
**expertise**   40:18
53:25 54:5
62:18
**experts**   73:13
140:18 264:18
**explain**   47:13
64:25 76:13
148:3 186:12
233:25
**explained**
156:8 157:8
158:8 222:5
226:21 258:4
**explaining**
222:7
**explanation**
148:12

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 315 of 370

**exposure** 62:14
**express** 222:7
**expressed**
  27:11 121:15
  282:14
**extend** 165:11
**extension**
  150:14 167:25
**extent** 10:13
  20:22 27:14
  108:8
**external** 40:23
**extrapolate**
  162:6
**extreme** 273:2
**extremely**
  129:3
**eyes** 134:13

**f**

**f** 229:10 288:3
**face** 126:13
  221:2
**facility** 25:11
  31:5,6
**fact** 91:12
  109:25 158:7
  203:11 206:7,7
  206:25 214:23
  217:16 221:4
  222:22 231:12
  243:10 245:15
**factor** 110:19

**facts** 112:12,17
  279:19 280:6
  282:17
**factual** 275:23
**failure** 161:25
**fair** 9:15,16
  31:18 32:22
  37:1,3,4 57:10
  69:9 79:3
  146:7 151:6
  156:2 165:25
**fall** 143:6
  177:20,25
  178:2,3,9,9,22
  179:18 181:1
  277:5,12
**falling** 174:13
**falls** 208:16
**familiar** 13:17
  22:20,21 72:24
  80:17 200:22
  217:24
**far** 22:8 32:15
  33:4,5 41:6
  45:2 48:21
  52:12,20 57:15
  57:15 59:1
  64:11 83:21
  91:1 168:6,12
  168:14 184:10
  192:2 202:19
  202:20,24
  210:25 238:6
  255:19 267:20

**farm** 212:11
**fast** 228:5
  259:24
**faster** 265:17
**fastest** 273:3,3
**fate** 54:2 62:18
  267:17
**faucet** 156:23
**faye** 283:2
**february** 10:24
  11:1 12:12,12
  16:19 21:3
  28:1,7 29:4,23
  30:23 34:3,5
  66:14 82:5
  87:5 101:6
  112:8,22
  113:19 114:2,5
  114:9,16 116:7
  117:6 119:2,3
  121:3,6,15,18
  122:6,16
  123:15 124:3
  125:21 127:7
  129:22 130:24
  138:6 140:25
  141:1 142:10
  142:17 143:1,3
  148:14 157:25
  158:18 163:19
  213:9,21 214:8
  214:16 215:3,8
  215:17 216:12
  218:4 219:3

  221:6,7 223:5
  224:1,8 226:3
  228:9,14,16,21
  249:17 251:8
  256:20 260:4
  277:13
**federal** 46:15
  72:16 80:18
  81:18 102:13
  106:21 112:10
  279:20,25
**feel** 8:11 9:3
  15:23 120:8
  147:20 209:20
**feet** 58:5
  126:24 157:23
  159:9 160:1,21
  160:23 162:3
  167:15,16
  168:9
**felt** 27:16
  226:25
**field** 276:21,21
**fields** 282:12
**figure** 30:6
  40:5 47:23
  149:4 154:13
  169:24 174:12
  174:17,20
  175:12,12,14
  176:4,18 177:8
  178:1 269:4
**file** 11:17 22:6
  22:7 53:4 68:8

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 316 of 370

104:22,23
125:19 171:3
**filed** 24:11,14
24:21
**files** 10:15 24:8
52:4,16 53:20
123:20 124:13
**fill** 163:20
256:24 259:20
259:23 260:7,8
260:14 261:7
261:10,15
263:7 265:17
**filled** 156:20
251:9 255:19
255:20 256:4
256:10,25
257:8 258:8,14
258:22 259:10
260:5,13 261:9
261:19 265:15
265:19,22
**filler** 256:5,10
257:1 258:8,14
258:22 259:21
261:7
**filling** 121:18
256:21 259:25
260:11 261:1,4
261:23 262:10
265:10
**filter** 90:1
**filters** 80:22
91:2 156:10

**final** 286:19
**finalized** 66:18
**finance** 71:24
**financially**
103:14,22
**find** 11:14
18:18 21:20
23:24 46:15,25
47:5 113:16
148:5 149:7
192:16 207:5
207:15 244:13
**finders** 109:25
**finding** 229:16
243:18
**fine** 35:3 79:4
88:18,21 99:17
137:22 232:5,7
253:14
**fingerprints**
279:13
**finish** 102:9
103:9 120:24
120:24 174:2
184:11 210:4
226:4,4,6
283:20
**finished** 104:7
157:16 158:12
158:15 166:10
167:6,9,13
183:17 184:8
187:17 216:5,5
259:12,14

270:6,9 285:6
285:10
**finishes** 135:20
**firm** 38:1,2,5
73:8 100:17
**first** 7:4 8:11
10:2 11:1,8
18:23 19:7
23:13 25:4,7
25:13,14,25
26:16 29:5,7
29:12 31:20
37:23 43:4
57:4 58:16,24
62:10 63:4
66:22 69:13
70:17,19 71:1
71:15 74:15,16
74:18 78:18
80:21 82:4
84:1 86:3,4
87:17,18,22
91:13 93:18
99:4,5,11
101:25 106:20
109:2 110:7
113:18 114:7
118:15 119:15
120:16 138:15
150:7 154:22
156:12 158:1,5
166:25 174:2
175:9,10,16
180:14 183:24

187:7 188:8,16
189:6 190:14
193:7 197:22
197:25 205:4
251:3 257:22
259:19 269:21
270:4 283:15
**fit** 131:20,22
226:15
**five** 15:6 19:13
38:20 44:6
88:19 127:6,12
160:22 165:7
184:18 194:18
214:22 215:11
232:5,7 255:6
**fixing** 121:24
125:9 191:15
**flag** 51:15
195:19,23
**flask** 195:14
**flip** 74:4 77:8
**flow** 175:21,25
176:1 181:24
**flowchart**
166:22
**flowing** 181:23
**flows** 270:13
**fluctuates**
157:22
**fluctuation**
159:9 160:8,24
161:9,16,19,21
162:2,12,15,22

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 317 of 370

163:10 165:1
167:6 168:2,22
169:2,25
**fluctuations**
159:18 166:4
167:11 171:14
**foc** 277:21
**focus** 42:20
49:13
**focused** 274:23
**fog** 263:18
**folders** 22:7
**folks** 41:7
**follow** 92:16
110:25 111:11
254:13
**following**
156:11 165:15
183:2 289:4
**follows** 7:5
**foot** 159:18
160:8 161:16
161:20 162:12
162:22 165:1
166:2 168:22
169:2 175:1,3
250:23,24
251:4
**footnote** 184:1
188:4,18,19
247:10,15
266:15 279:11
**footnoted**
240:4

**footnotes** 113:6
115:15 120:19
247:9
**foregoing**
289:3
**forever** 141:14
**forgot** 182:19
265:6
**form** 11:9
12:17 14:16
18:12 19:17
20:4 23:8
29:13 53:9
57:24 58:22
59:22 60:10,14
60:24 62:1
63:2 64:21
65:8 72:20
73:3 84:14
87:4 108:7
119:17 120:2
120:12 130:12
136:6 137:10
146:11 160:25
166:16,24
169:3,11 179:2
181:18 182:10
185:25 186:10
192:6 193:9,22
194:12 197:18
201:7 209:13
210:18 211:21
213:25 215:6
215:20 217:18

219:4 222:4
227:13 230:18
231:2,16
234:11 236:22
237:7 238:18
240:10 245:1
245:17 246:13
255:8 256:11
257:24 261:16
272:24 276:2
276:16 281:3,6
282:4
**formal** 75:24
**formally** 22:24
**formation**
264:5
**formed** 174:14
**forming** 217:15
253:1 254:19
**formula** 233:8
**formulas**
267:17
**forth** 288:9
**forward** 80:3
213:8 290:15
**forwarding**
11:21
**found** 22:13
120:14 131:17
150:16 174:1
213:17 222:21
250:5 279:14
279:14

**foundation**
11:10 12:16
14:17 19:1
20:5 21:7,11
23:1 24:5,15
31:23 32:18
37:2 39:4
41:10 43:23
52:19 54:16
58:12 62:2
64:22 65:9
68:1,4 69:7
70:6 71:7,17
72:13,21 73:4
73:18 77:6,20
88:9 92:18
94:3 99:13
101:9 102:4,20
103:19 105:3
106:1 110:16
111:9 112:20
113:8,25
114:20 115:5
117:15 118:20
119:18 124:4
131:12 132:20
136:12 137:1
137:20 139:23
144:20 146:3
160:11 164:9
174:21 175:23
176:10,21
177:11 178:7
178:18 179:3

Golkow Technologies,
877-370-3377                          A Veritext Division                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 318 of 370

179:16 180:19
181:7,15
183:10 185:2
186:11,19
187:3 188:6
189:8,19 191:5
192:7 193:10
205:24 206:11
208:24 209:8
209:14 214:10
215:21 220:9
222:18 223:25
224:20 228:15
228:24 233:13
233:22 235:1
236:1 237:24
239:4,17
242:24 243:13
243:21 244:6
244:23 245:11
248:21 249:3
249:24 253:6
253:10 255:9
255:21 256:6
256:12,22
257:17,25
258:10,24
265:2 272:25
274:2 277:7,23
280:22 281:18
282:3
**founder** 38:1
**founders** 38:15

**four** 38:11 41:7
41:18 44:5,10
44:15 108:19
115:11 116:14
127:6,7,12
160:21 165:7
214:22 215:13
221:13 251:21
272:10
**framework**
270:21
**francisco** 42:13
42:19,22
**frequency** 5:9
249:16,19
255:1,13
**frequently**
70:12
**friday** 14:8
**friend** 24:21
**front** 43:15,17
45:1 188:21
272:8
**fuel** 55:9,14
212:11
**full** 37:6,24
38:16 40:24
109:2 114:25
173:7 236:7
260:2 282:10
**fully** 35:23
**function** 162:6
221:16

**functioning**
145:6
**fundamental**
267:16 268:19
**funding** 79:22
92:11
**furnished**
158:12
**further** 68:8
105:22 135:3
152:24 243:8
288:12,16
**future** 80:2
**fyi** 12:2

**g**

**g** 6:1 35:6
**gallon** 175:25
260:3
**gallons** 240:20
242:20 248:2,4
265:23
**game** 123:4
**garden** 260:1
**gate** 49:17
**gather** 10:12
18:6 67:18
68:20
**general** 12:4
28:21 42:24
54:4 58:15
102:15
**generally** 14:14
25:4 49:2 55:6

73:7
**generated**
219:2 226:9
**generic** 16:9
**gentleman's**
135:9
**gentlemen**
171:18
**geochemical**
279:13
**geochemist**
54:6 60:6
62:17 267:16
277:2
**geochemistry**
62:3 277:3
282:13
**geological**
54:14
**geologist** 54:7
**geologists**
54:15
**geoscientist**
40:19 54:13
**getting** 21:2
50:5 129:2
134:14 263:24
**give** 27:21 35:1
35:9 47:13
119:5 125:1
128:19 130:8
133:6 137:13
150:20 160:4
165:5 179:11

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 319 of 370

180:4 199:23
204:15,20
227:15 252:7
255:1,13
268:22 271:24
**given** 44:12
125:8 181:24
216:10 248:4,5
279:5 288:10
289:3
**gives** 81:1
196:3 224:6
237:15 265:14
270:25
**glance** 13:14
69:13
**go** 13:2,10,12
15:14 17:1,22
20:24 21:4
22:2 26:13
28:2,13 33:8
35:10,17 43:3
49:9,10 51:5
51:14 62:8,10
63:22 83:20,24
86:1 88:21
90:23 99:17,18
99:21 100:1
101:3,5 111:2
112:4 119:6
128:14,16
132:10 135:4,4
138:7 141:6
142:14 143:22

145:21 146:15
147:14,17,19
148:2 158:24
163:19 171:6
173:17 177:8
180:15 182:18
182:18,19
183:18 184:20
190:13 191:15
191:22 192:14
193:16 194:5
195:6 197:22
199:7 201:16
203:14 204:2,3
212:6 215:3
218:14 219:9
220:1 228:12
229:4 231:1,24
232:19 240:12
251:1 252:19
255:15 259:5
269:21 271:10
271:16,18,19
272:20 273:3
**goal** 62:13
**goes** 72:5 109:9
155:5 158:8
162:8 180:15
224:1 248:8,9
253:4,12
254:12 259:24
268:15 272:14
273:4

**going** 7:12 9:14
9:19 35:17
43:10 44:7
46:24 50:10
57:14 78:10
82:14 84:10
89:5 99:3,17
104:15,16
105:19 111:17
111:20,25
112:3 117:18
119:15 120:24
125:3,4,5
134:19 141:13
143:22 147:18
147:19 156:7
159:3 168:11
180:3 191:11
196:13,25
211:5 221:24
223:9 232:19
238:11 242:18
246:4,5,10,25
253:17 254:3
259:9 272:3
273:23 285:21
**golkow** 6:5
290:1
**good** 6:14 7:8,9
89:23 148:4
149:3 191:14
193:21 263:25
**gordon** 26:8,8

**government**
23:21 25:15
46:15 80:19
81:18 103:2,16
**government's**
92:8 102:13
**gradient** 269:7
**gradual** 266:8
266:14
**grants** 81:10
**graph** 249:13
**graphs** 167:10
**gravity** 155:6
175:7 181:24
**gray** 108:1
126:7
**grayed** 107:25
**graying** 107:22
**green** 76:12
**ground** 8:10
**groundwater**
54:3 55:14
60:21 61:24
84:23 267:10
271:15 273:16
274:19,21
**group** 113:16
146:19 246:22
**grouped**
120:10
**groups** 119:23
**guess** 13:14
14:8,18 38:17
51:20 67:8,10

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 320 of 370

85:8 118:13
144:1 156:2
157:25 175:6
192:19 241:5
241:16,23
**gun** 109:6

**h**

**h** 106:9 289:1
**hadnot** 4:13
33:12,14 34:12
49:20,25 50:21
59:1 127:17
129:14 133:4
138:18 142:5
143:12 145:25
146:9 148:21
148:23 150:4
152:21 153:1
153:19 156:15
157:16 158:23
163:13 166:14
173:2,8,18
175:11 176:17
182:25 184:13
184:15 185:10
187:11,21
189:6,10,11,17
190:4 191:2,25
201:19 204:6
205:7 212:8,10
213:4,11 218:7
232:22 235:13
238:5,6 239:13

252:5 253:14
253:21 267:25
277:4
**half** 47:2,25
59:5 66:11
80:15
**hand** 11:16
66:22 74:1
80:11 81:19
83:6 85:23
86:5 106:5
108:15 113:15
126:20,21,22
137:22 165:12
197:4 199:8
204:19 272:9
288:21
**handed** 26:14
66:8 198:8
**handle** 262:24
263:8
**handling**
261:24
**hands** 125:23
126:1
**handwrite** 16:1
**handwritten**
4:5 28:8 116:7
229:5 232:15
**hanford** 102:25
**hanson** 84:18
84:19,20,24
**happen** 214:25

**happened** 60:3
215:1 268:4
275:13
**happens** 210:3
**happy** 8:13
**haroon** 124:19
**hatch** 255:20
**hb** 5:12 184:9
205:8 250:8
**head** 127:21
**health** 58:6,11
58:11,19
**heard** 25:13
**height** 143:6
155:12 177:20
177:25 178:2,3
178:9,9,22
179:18 181:1
277:5,12
**held** 6:7 128:2
136:1 137:21
**help** 70:23
113:16 130:20
149:16,21
188:15 214:11
**helped** 126:13
**helpful** 51:8
**hennet** 1:10 3:2
3:6,13,14,20
4:1,4,6 5:1
6:12 7:3,8,13
9:17,20 12:24
15:2 26:11,17
27:2 40:14

66:7 69:24
80:9 89:5
91:23 104:13
105:17 107:3
111:14 112:13
116:25 117:2,7
117:8 124:16
124:24 125:13
125:15 133:17
149:1,13,19
151:21,22
153:17 155:14
156:5,14
157:12,13
171:17 172:13
187:23 196:8
196:23 197:23
200:13 207:25
216:23 223:7
239:7 246:23
249:9 250:1
251:12 266:24
272:1 278:24
279:13,16
280:2,10
281:12,22
288:7 289:3,21
290:9
**hennet's** 5:10
5:18
**hereinbefore**
288:8
**hereof** 290:18

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 321 of 370

hereunto 288:20
hey 12:2
hidden 81:14
high 25:5
109:12 161:25
213:13
higher 158:9
highest 213:17
248:10
highlighted 198:10,13
highlighting 107:22
highlights 107:15
hind 60:20
hired 18:23
25:15,21 109:5
historic 18:6
21:4 171:7
190:8
historical 52:2
53:4,20 60:20
60:22 63:6
131:9 207:15
230:5 240:3
247:1 248:18
248:25 256:8
history 5:5,7
62:23 82:15
83:25 87:11,16
129:24 150:9
165:1 168:2

169:13 206:2
208:21 211:19
224:19 238:10
238:15 247:2
255:7 282:25
holcomb 141:11 142:1,3
142:11,19
143:13,25
145:1,12 146:1
146:5 153:3,9
153:11 173:2
183:1 184:15
187:13 189:21
191:3 205:8
213:4 238:5
283:11,17,23
284:3,4,23
hold 54:21
84:10 122:15
204:2 262:22
282:18
holding 126:11
126:17 135:21
261:14,23
263:9
home 163:19
honest 8:25
hooked 167:23
hope 137:21
horan 2:14
6:22,22
horizontal 128:5 134:21

134:25 135:18
136:1,16 152:5
152:18 154:5
horizontally 155:9
horsepower 248:5
hose 260:1,5
261:14,23
262:22,24
263:1,4,8,9,11
hoses 260:1,2,2
hour 43:11
191:12 232:4
hourly 109:12
hours 39:11
70:1,2,5 89:6,6
105:8 160:16
285:10 286:15
286:17
howard 84:18
84:19,20,24
hp 5:5,7,12
148:14,14
184:9 192:2,13
192:20 193:20
196:16 197:13
202:1 205:15
205:17 239:10
239:13 241:14
241:20 242:6
244:15 247:3
248:16 249:18
249:22 250:8

hudson 56:1,2
huge 268:14,15
human 62:14
109:10 210:3
277:1,2
hundred 162:20 251:4
hundreds 268:16
hydrogeologist 267:15
hydrogeology 264:17 274:16
276:21 282:12
hydrologist 40:25 41:1,4
54:3,7
hypothetically 169:10 238:9

**i**

i.e. 174:12
idds 81:10
idea 154:25
identical 174:9
identification 55:7
identified 59:8
89:16 91:15
250:5
identifies 80:23
identify 6:13
26:15 112:4
130:19 159:24

Golkow Technologies,
A Veritext Division
877-370-3377                                                          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 322 of 370

**identifying**
  263:24
**ids**  90:11
**ignoring**
  210:11
**illnesses**  7:22
**illustrate**
  147:22 149:17
  266:25 267:18
**illustrated**
  149:22
**illustration**
  5:15 267:3
**image**  124:12
**images**  123:6
  123:16 124:1,1
  124:2,9 175:10
**impact**  58:19
  245:16,25
**impermissible**
  280:4
**implies**  237:13
**important**
  13:12 25:11
  34:11 110:7,14
  110:22,25
  111:5 119:14
  135:13,14,16
  137:7 141:23
  143:7 161:24
  178:10,22
  181:2 220:17
  226:7

**inadmissible**
  279:19
**inch**  151:8
  175:20 180:25
  180:25 181:1
  181:20,21,22
  181:23
**inches**  136:10
  155:11 175:21
  178:25 179:24
  180:15,16,21
  181:5
**include**  44:24
  102:22 207:12
  235:9,11
**included**  49:7
  50:10 52:9
  107:10 183:25
  188:18 206:14
  206:22 207:22
  257:6
**includes**  34:2
  104:9 274:17
**including**  37:10
  103:17 122:16
  166:9 182:25
  205:15 240:5
  247:12 256:21
**incorporated**
  116:5
**incorrect**  44:13
  206:18
**increase**  78:5
  269:2

**increased**  77:4
  77:12,18
**indecipherable**
  157:3 162:9
  245:6
**independent**
  32:25 84:23
  192:1,4,9
  223:19
**index**  3:6 4:1
  5:1
**indicate**  196:1
**indicated**  48:6
  191:8 221:20
**indicates**
  104:18 185:16
  190:15
**indicating**
  105:13 155:6
  250:19 280:13
**indication**
  178:14 203:4
  216:17 222:8
  222:21
**individual**  3:8
  118:17 164:24
**individually**
  118:3
**individuals**
  47:6 164:25
  165:7,9 166:13
  167:1 169:14
**info**  165:5

**inform**  253:11
**informal**  8:16
**information**
  11:18,22 12:13
  17:2 27:7,12
  27:15,16 46:16
  51:8,22 53:11
  72:17 73:14
  75:23 90:19
  92:20 93:1,2
  102:12 111:7
  121:4 145:22
  148:6 150:16
  150:21,22
  160:9 161:15
  168:7,13,15,20
  170:5 171:8
  190:11 193:25
  195:11 196:4
  202:25 204:12
  204:14 207:16
  210:16,21,23
  212:4 215:23
  216:6,9,10,15
  219:6,9,16
  224:25 225:5
  225:16 226:9
  226:12,17,22
  226:23 228:22
  230:14,20,24
  231:18,19,20
  235:24 236:10
  237:14 240:3,5
  240:8 246:4

Golkow Technologies,
877-370-3377                     A Veritext Division                     www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 323 of 370

247:1,8,12
248:11,13
251:23 252:13
252:25 254:15
255:11 262:16
265:13,14
275:14 276:4
276:18 280:20
281:9 282:16
282:25
**informed**
157:22
**initial** 73:25
**initially** 213:15
243:18
**initiated** 22:24
23:7,10 243:8
**input** 15:16
**inputs** 59:24
**inquiring** 26:4
**inside** 51:4
134:9,11 136:8
136:13 151:5,9
152:17,19
153:22 156:15
163:11,13
171:11 178:24
263:2
**insinuate**
258:13
**inspect** 150:7
**inspected** 31:4
**inspection**
33:15 47:7

50:7 123:9
288:12
**inspections**
34:16
**installation**
4:21 131:10
211:9 212:3
**installed** 150:9
150:15
**installment**
150:17
**instant** 287:1
**institute** 54:14
**instructed**
286:10,18
**instructing**
285:23 286:7
**insufficient**
279:4,19
**integrity** 84:24
111:6
**interacted** 47:1
48:8
**interaction**
46:19
**interactions**
12:7,9
**interest** 36:4,4
36:8 38:21
103:15
**interested**
288:18
**interior** 133:24

**internal** 67:4
**interpret** 158:2
**interpretation**
102:21 152:8
206:20 214:19
214:20
**interpreted**
158:4
**interviews**
183:3 275:22
**introduce**
165:12,14
**investigate**
224:25
**invitation**
109:1
**invited** 107:9
107:10
**invoice** 3:17
14:9 23:13
66:17 70:16,24
71:6,15,22
72:2,4,11 74:5
78:3,12 79:6
79:17 86:3
87:1 100:3
**invoices** 3:16
3:16 14:11,23
17:9 18:7
70:21 73:24
78:16,16 86:25
91:16 101:23
104:19,24
105:14

**involved** 22:17
26:9 29:10,17
32:20 37:8
44:10 55:3
56:19 58:9
85:3,4 102:24
103:1,6,21
104:9 129:1
**iphone** 262:2
**issue** 21:13
27:17 39:1
57:14 75:21
147:6 151:2
188:13 200:11
208:13 237:4
273:18 285:1
**issued** 26:21
27:19 43:19
141:4 190:1
206:8 256:17
257:12,13
259:18 263:22
281:20 282:2
**issues** 15:22
18:8,9 20:1
22:9 25:20
29:10,11,18
42:23 43:2
46:7 47:3
49:14 55:3,9
55:10,18
258:19
**item** 148:2,11
149:23 212:16

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 324 of 370

213:8
**itemizes** 72:5
**items** 10:6 14:5
280:11,12
**itr** 84:24

**j**

**j** 1:10 2:8 3:2
3:14 6:12 7:3
177:3 288:7
289:3,21 290:9
**j.c.** 15:2 26:17
27:2 107:3
**jacket** 126:10
**jacksonville**
30:13
**jan** 5:12
**january** 78:3
105:20 106:6
108:19 194:16
194:22 195:17
200:1,6 201:15
203:7,12,15,25
204:7 205:5,14
205:17 207:1
213:3,9,12
218:17 219:17
219:17 221:5
222:2,24
223:17,25
228:12,14,20
237:4 244:4
250:8 251:3
253:19 254:8

254:16
**jarrett** 106:9
**jenning** 188:19
**jennings** 4:10
184:2
**jim** 39:20
**job** 160:5
**johnson** 2:4
6:24,24
**joined** 38:4,9
38:13
**journal** 107:7
**jtc** 4:15,17
118:2 197:9
203:11
**judge** 45:1
278:15 279:2
281:11
**july** 23:17,23
46:10 52:3
84:8 85:22
100:18 241:21
252:5 253:4,9
254:10
**jump** 45:17,18
147:25 284:18
**jun** 5:12
**june** 23:17
240:6 250:8
254:8
**jurisdiction**
208:15
**justice** 2:13
11:7 12:1

14:12 17:24
18:10 20:14,15
21:6,23 22:23
23:6 24:14,21
25:24 26:3
29:18 46:12
51:24 58:2
65:16 66:2
67:19,21,25
68:22,25 69:1
69:4 71:25
72:3,10 73:9
73:21 75:12
76:7 77:24
79:22 85:21
86:18 88:7,13
89:9 90:25
91:6 93:22
99:9 100:2,17
100:22 101:2,6
101:14,20
102:14 103:7
103:18 105:22
106:7 107:8
111:22 124:12
188:20 208:3
208:12 210:24
211:2,4 260:23
290:7

**k**

**k** 5:11 36:1
**kdean** 2:6

**keep** 15:25
35:17 82:14
110:18 161:12
161:20,22
244:13
**keeping** 170:18
**kept** 161:10,18
165:19,23
**kevin** 2:3 6:14
149:11 290:16
290:25
**key** 70:3
**kind** 12:8
263:19
**kinds** 166:11
**kneeling** 126:9
**knew** 150:10
**know** 10:14
11:6 12:7
14:14,19 16:7
16:22 18:4,16
18:18 19:9,15
19:18,19 21:22
22:23 24:11,17
24:17,20,23,24
24:25 25:4,7
25:12,19 31:9
33:7 34:22
36:17 38:12,22
39:3,20,23
40:7,21 41:2,5
41:6,8 42:24
46:20 50:18,23
52:12 55:25

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 325 of 370

56:12 58:8
59:11,15 62:6
65:24 67:16
68:5,10 69:22
70:1 71:21
72:7,8,11,12
73:8,10,11,19
76:2 77:9 78:8
78:10 81:3
82:20,25 85:2
85:5,7 88:11
88:12,14 99:14
99:15 100:21
102:5,24,25
103:1 104:12
105:5 106:2
108:21 111:19
114:14 116:10
117:19 120:23
122:19 126:6,8
126:9 130:8,10
130:13,17
131:3,6 136:10
139:15 141:17
144:13,18
145:19 146:8
155:7 156:6,21
156:25 157:2,3
161:11,22
162:16,23
164:13,15,20
164:22,23
165:24 168:12
168:14,15,18

169:12,18
170:1,24 172:2
172:3,7,11
181:17 182:4,5
183:16 186:4,7
186:25 190:4,6
193:14,18
194:3 202:19
202:21,22,24
202:25 206:24
217:14,21
221:10 222:11
225:6,7,17,19
227:6,8,10
234:25 237:21
238:3 240:18
246:19,21
252:14 254:3
263:18 264:8
264:10 270:7
270:10 271:3
273:4,8,9
276:22 281:8
**knowing** 65:6
**knowledge**
39:13 42:24
57:22 59:14
170:17 246:16
280:9
**known** 25:2
80:17 183:24
188:4,16
**knows** 190:6
238:21 268:4

269:25
**konikow** 273:8
273:9,11,18
274:4,6
**konikow's**
273:25 274:11

**l**

**l** 2:15 35:7,8,8
38:4 177:3
290:7
**lab** 184:2 186:3
186:4 187:19
187:19,19
200:8
**labels** 280:12
**laboratories**
188:19
**laboratory**
4:10 194:1
212:23 244:19
**labs** 186:4
**lady** 264:3
**large** 49:8 62:7
131:21,21
199:19 265:21
271:1
**larger** 80:13,15
133:21,23
**larson** 38:4,7
38:25
**laura** 2:8 6:18
**lawyer** 20:18
47:22 110:13

123:7 167:19
260:23 262:7
262:19
**lawyers** 8:20
9:1 15:24
20:20,21,22
46:12 48:2
89:9 92:18
107:2 109:24
140:12
**lay** 173:24
187:25
**layer** 267:13,14
269:6,6,11,13
271:8,9,11,11
271:12,18,20
271:20,21
**layers** 267:13
270:17,18,18
**laying** 92:17
199:7
**lbaughman**
2:10
**lch** 218:20
220:13
**lead** 4:3
**leader** 165:16
**leaders** 165:16
**learned** 25:5,5
**learning**
166:20
**leave** 263:6
**left** 68:7 71:23
74:1,9 76:20

Golkow Technologies,
877-370-3377         A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 326 of 370

77:3,11 81:19
83:6 88:19
100:6 106:5
108:15 126:17
126:18 127:19
133:3 135:1
137:25 199:8
218:10 219:14
277:13
**lejeune**   1:4 6:9
17:13,18 18:8
18:22 19:9
20:1,2 22:8,23
23:5 24:14,21
25:3,9,10,13,17
25:20,23 26:1
28:2,14,19
29:6,12,18,25
30:2,14 31:16
32:25 33:3,8
41:14 47:3,19
49:4 52:17
57:21 58:7
59:7,13 62:12
64:9 67:3
93:10 94:2,5
99:11 100:23
101:16,21
102:2 138:17
183:24 188:17
188:20 208:14
277:21 282:1,7
**length**   154:7

**letter**   4:3 75:13
112:7,17
113:23 114:2,2
114:8,13
**letters**   19:24
21:5 23:20
113:19,22
114:5
**level**   55:24
128:3 135:21
136:2,3 155:8
157:20,21,25
158:1,3,5
160:8,14 162:7
163:10 167:6
180:17 185:11
193:14 250:24
262:22 263:3
263:12 269:5
**levels**   161:5,9
184:22 185:16
202:6,8 213:13
213:17 250:19
250:20
**liberty**   290:1
**license**   54:22
**licenses**   54:11
54:17
**light**   76:12
**likely**   99:12
102:2 183:16
275:3
**limited**   44:4

**limiting**   110:19
**line**   3:4,4 87:18
102:9 212:6
218:8 237:21
238:12 250:7
289:6
**lines**   12:4 86:23
93:14 184:6
202:1 251:9
**lining**   91:19
**list**   9:23,25
10:6 13:23
35:18 51:19
52:11,13 53:1
53:2 90:10
91:4 111:21
113:21 115:22
116:1,6 118:14
118:16 120:21
124:23 218:20
218:21 219:10
220:7
**listed**   27:9
51:20 52:18
53:7,21 54:12
56:16,18 81:3
81:6,25 83:7
84:1 91:13
92:7,11 99:22
100:12 101:2
102:11 110:8
116:8,11
117:22,24
118:3,8 119:4

120:16,22
131:25 188:8
198:1,9 200:17
200:25 205:6
211:13 217:11
218:23,25
219:11 220:11
220:13 250:11
251:16
**listen**   220:15
220:17
**lists**   90:24
204:6 247:11
**liter**   184:23,24
184:25 185:4,7
194:16,21
195:4 200:2
204:7 233:15
**literature**
172:23
**litigation**   1:4
6:9 17:13,16
18:22 20:18
23:6 31:17,25
32:2,16 39:1
51:3 67:3 73:2
91:17 102:23
208:10 210:2
282:6
**little**   11:5 15:5
15:10 17:9
21:1 24:12
30:6 32:20
45:17,18 46:22

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 327 of 370

60:2 63:23
68:8 81:15
89:6 133:2
135:8 138:16
143:23 147:25
152:23 154:19
161:16 167:19
191:12 209:16
232:1,3 237:18
281:9
**loans** 81:11
**locate** 51:7
244:4
**located** 42:1,2
42:4,11 210:15
213:14
**location** 21:18
24:2 55:20
61:16 82:25
154:6 208:13
218:8 219:14
229:15 255:20
**locations** 48:21
218:10
**locked** 51:12
**log** 200:9
**logic** 220:16
254:13
**long** 18:19
63:21 108:19
162:1,10,16,23
169:22 170:19
172:8 259:19
269:21

**longer** 202:14
246:2 269:17
**look** 8:8,9
10:22 13:9
16:16 30:25
33:8 34:4,16
41:16 51:6,14
64:4 66:22
69:12,14 73:24
86:1 87:22
93:17 114:7
115:12 119:6
121:24 129:17
129:23 134:3
150:13,18
158:24 159:1,3
166:1 171:7
181:19 195:6
195:10 198:21
200:23 203:6
206:13,21
207:21 210:7,8
215:3 219:25
223:9 224:1
225:14 228:10
229:8,8 231:1
235:24 236:20
237:2 238:25
244:10 246:8,9
251:7 253:3
279:11
**looked** 21:19
22:11,13 52:6
55:18 58:17

91:16 119:22
121:22 130:1
131:14 132:4
146:17 148:24
153:24 178:1
190:10,10
193:23 201:8
201:10,11
207:2,11
208:19 214:21
216:6 219:6,19
224:17 242:22
246:16 247:8
248:13 265:13
281:23
**looking** 19:23
50:1 70:2
71:16 130:4,6
130:23 131:7
149:19 153:8
157:12 166:6
167:20 168:1,5
168:20 169:1
169:21,22,25
170:3,5,22
172:4 176:16
180:1,2 181:13
242:21 252:20
252:21 272:5
**looks** 135:9
154:15 211:23
217:23 281:23
281:24

**loose** 78:19
112:2
**loss** 265:25
**losses** 28:23,23
143:8 232:22
234:10,17
235:11,12
259:10 269:2
**lot** 8:15 12:6
51:19 117:24
118:3,8,9
120:4 190:11
213:15 262:9
264:13 265:24
**love** 244:13
**low** 161:24
**loy** 2:19 6:4
**lunch** 111:19
143:23 146:14
**luxenberg** 2:7

**m**

**m** 17:5
**m107s** 256:3
**ma'am** 107:23
174:5
**made** 30:18
78:9,23 116:8
159:25 221:1
221:11 226:15
237:20 255:18
256:23 257:2
258:3 265:10
267:22 274:13

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 328 of 370

281:11
**magistrate**
45:1
**main** 283:16
**maintain** 111:5
**maintained**
80:18 275:18
276:10
**maintenance**
131:10 275:4
275:12,20
**major** 230:19
270:3
**majority** 38:20
**make** 9:2 32:24
52:24 91:10
104:2 110:23
112:3 113:5
115:14 140:25
141:2,5 145:20
156:2 159:23
160:18 162:24
182:6 186:16
190:24 210:12
222:22 249:2
259:22 269:17
274:17,24
289:4
**makes** 270:13
271:5
**making** 101:12
128:4 166:12
189:2 194:12

**malfeasance**
209:25
**manager** 35:16
**manhole** 257:8
259:21 261:5,8
261:9
**manner** 75:18
127:8 187:20
222:6 234:4
**maps** 52:4
**march** 1:13 6:6
13:11 27:20
66:16,17 77:3
78:17 79:14,15
87:1,5,6,7
242:6 251:8
288:21 289:4
290:4
**margaret** 2:4
6:24
**marine** 208:15
208:15,21
209:7,11,21
210:22 211:19
262:21
**marines** 25:2,8
46:14 141:6
208:22 261:22
264:2
**mark** 13:2 14:7
26:13 93:19
111:16 146:24
147:2 246:25

**marked** 9:17
9:20 12:24
26:11 66:7
80:9,11 91:23
91:25 104:13
105:17 111:14
117:2 124:16
136:4 172:13
173:25 187:23
188:9 195:20
196:8,23
197:23 200:13
207:25 216:23
223:7 239:7
246:23 247:25
249:9 250:1
251:12 269:13
272:1 278:24
281:12,14
**market** 290:2
**markings**
150:19,19
**marriage**
288:18
**marshall** 106:9
**martel** 264:3,8
**martel's** 264:12
**maryland** 42:2
**match** 279:15
**materials** 4:4
11:14 51:20
52:25 53:17
59:24 111:21
111:21 113:21

117:11,22,25
120:9 131:25
198:2,5,7,10
199:3,14
200:18 201:1
211:14 217:12
250:12 251:16
266:7,13
**math** 102:18
169:10
**matt** 35:25
**matter** 6:8
63:10 91:12
158:7 259:3
288:19
**mean** 60:22
64:24,24 67:6
67:7 76:17
87:5 105:2
106:3 108:21
110:21 121:6
129:19 154:10
159:13,15
175:22 186:13
194:23 209:2,9
209:25 220:21
220:22 223:5
229:21 230:2
231:21 240:1
244:7,19
252:10 277:9
283:22 284:20
**meaning**
219:23

Golkow Technologies,
877-370-3377                      A Veritext Division                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 329 of 370

**means** 7:19
105:5 169:8
175:19 195:13
195:18 214:17
221:9 222:24
229:22 277:15
**meant** 113:9
221:14 228:17
271:1
**measure** 62:14
127:25 128:6
128:11,21
134:17,20,25
136:5 141:22
152:3,19
153:21 154:1
154:21 159:15
161:11 162:2
165:22 166:8
177:13 178:14
178:21 179:8
181:2,9 277:5
277:11
**measured**
128:25 132:7
137:14 151:12
152:14 153:22
154:4,7 157:24
162:5 177:9
178:5,9,13,24
179:5,14
**measurement**
127:24 129:10
132:4 136:9,23

136:25 137:16
140:22 141:23
142:2 143:11
143:19 150:1
151:8,15 152:1
152:3,8 155:15
155:16,16,21
155:25 159:5
159:16 165:20
166:1 178:25
179:11,23
180:24 181:4
194:21 195:4
**measurements**
28:3,4,14 50:7
126:14,15
129:20 132:2
132:13,19
134:24 137:8
139:10 140:13
140:20 141:7
142:10,16,20
143:11,13,15
148:13,18,19
149:22 165:22
171:16 179:9
180:13,14
181:13,25
**measuring**
129:25 131:11
148:20,22,25
150:4 151:5,15
161:8,19,21
162:11

**medications**
8:2
**medis** 1:11
288:4 290:21
**meet** 49:18
**meeting** 4:23
76:13 163:7
171:19 217:3,3
**meetings** 12:7
30:14
**member** 11:22
35:7 56:23
**memo** 4:20
211:6 229:5
**memory** 13:18
65:24 193:16
207:20 225:9
225:12 227:22
238:3
**men** 139:20
**mention** 65:1
237:21
**mentioned**
48:13 103:12
118:23 129:11
172:18 208:25
223:2 226:16
243:11 264:8
**met** 45:25 46:3
46:13
**metadata** 3:22
104:17
**metal** 128:2

**metallic** 133:5
136:16 142:5
152:5
**metallurgy**
144:9
**metals** 127:20
**method** 11:18
**methodologies**
28:22 29:1
257:5
**methodology**
268:24
**methods**
279:18 280:8
282:12
**methyl** 202:8
212:21,23
229:15
**methylene**
197:15 202:11
202:16 207:6
215:25 221:22
222:20 229:10
229:18
**metro** 141:16
141:17
**mexico** 61:17
**mgd** 175:21,24
**microgram**
185:7 195:4
200:1 233:15
**micrograms**
184:24,24
194:16,21

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 330 of 370

204:7
**mid** 25:19
  266:13
**middle** 10:23
  10:25 71:14
  117:23 134:1
  177:19 214:7
  218:15 279:24
**mile** 212:10
**military** 25:2
  25:16
**milligrams**
  184:23 185:4
**milliliters**
  189:14
**million** 86:13
  86:20 175:24
**millions** 119:24
**mind** 13:22,24
  192:15
**mine** 199:22
  244:12,13
  258:3
**mining** 61:13
  61:14
**minor** 115:15
**minority** 36:21
  36:22,25
**minute** 8:9
  23:13 53:1
  122:23 171:19
  216:21 235:19
  240:20 242:20
  248:2,4 260:3

**minutes** 88:19
  133:7,9,13,14
  170:24,24
  232:6,7 261:2
  261:14 265:22
  286:16,17
**misconceptio...**
  109:10
**misconduct**
  109:14
**missed** 63:4
  120:5 146:20
  229:7
**misspoke**
  228:16
**mistake** 255:18
**mistaken**
  279:16
**mistakenly**
  7:15
**mistakes**
  255:22 267:22
  270:23
**mode** 75:22
**model** 59:16,23
  60:1 63:13,18
  65:20 66:3
  82:17 83:2
  84:23 174:10
  236:4 267:12
  267:25 268:20
  269:5 270:19
  270:22 271:2,7
  274:25

**modeling** 58:6
  58:9,10,18
  59:6,7,13
  60:21 61:24
  62:24 63:8
  64:17 65:5
  235:23 264:17
**models** 58:25
  59:17,17 60:5
  60:15 63:12
  256:4
**modflow** 38:8
  82:17 83:2
**modification**
  87:17,21
**modify** 27:23
**moment** 10:25
  14:7,21 15:6
  26:10 30:11
  51:18 53:18
  272:9
**money** 79:25
  100:16 110:25
**monitor** 161:23
  166:8
**monitoring**
  4:21 62:5
  161:3 162:7
  173:10,22
  211:8,19
**month** 16:19
  70:18,19 71:11
  79:23 80:4
  235:24 236:21

236:23 252:13
**monthly** 5:3
  60:22 223:15
  236:5 252:4
  283:16,22
  284:21
**months** 7:14
  27:20 85:15,16
  85:17 225:1
  236:7,24 237:3
  239:1,2 242:22
  246:6 252:8
  253:1 254:16
  255:3,6
**morning** 6:14
  7:8,9 28:6
**motley** 1:13 2:3
**motleyrice.com**
  2:6,6
**mount** 2:5
**move** 75:21
  216:22 227:18
  263:21
**movies** 121:25
**moving** 80:3
  213:8
**mscalise** 2:6
**multiple** 30:19

|     n     |
|:---------:|

**n** 2:1 3:1 6:1
  35:8 36:1,1
  38:4,13 39:21
  278:22

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 331 of 370

nacip 213:16
name 6:4 7:10
  16:7,10,12
  17:5 22:18,20
  35:5 39:9,10
  40:9,11 41:22
  48:14 61:9
  66:23 67:2,4
  81:4 91:15
  104:22 107:8
  123:4 145:18
  145:19,21
  159:17,21,22
  160:2 162:23
  165:9 264:15
  278:20
named 104:23
  264:3
names 48:12
  69:19,19 160:4
  164:24 165:2
  172:2 264:14
nappe 174:12
narrative
  206:17 207:9
national 56:23
  84:7,11
native 123:16
  123:20 124:1,2
  124:8,12
  125:19
natural 213:13
nature 36:7,19
  38:9 109:11

146:21 236:19
navfac 22:19
  46:14
navlant 4:16
  197:11
navy 23:21
  46:14 197:13
  203:25 204:15
  204:17 208:16
  210:22 243:6
  261:22
necessarily
  13:12 47:5
neck 256:5,10
  258:8,22
  259:21 261:8
need 8:12,16
  16:21 29:9
  40:16 43:22
  65:19 66:2
  74:23 130:19
  133:10 140:16
  142:9,15
  145:21 194:8
  227:10 230:10
  231:1 246:4,8
  246:12
needed 46:17
  69:6 127:23
  140:23 142:24
needs 80:2
  275:20
neither 280:10

never 31:3,12
  31:14 202:19
  206:9 216:3
  220:24 222:11
  222:16 225:12
  225:18,20,25
  225:25 226:2
  254:22 275:18
  275:18 277:19
  278:6,19
new 2:9,9 45:17
  61:17 83:6
  112:17,18
  121:2,11,13
  237:22 238:1,2
  238:3,8,12
  239:14 241:14
  241:15 265:9
newspaper
  25:12 211:3
night 14:9
  30:12 66:13
  78:16,25 87:2
  87:7
nine 85:16,17
non 290:9
nondetect
  193:12 194:7
  201:18
nondetected
  193:14
nondetects
  193:8

nonlawyer
  47:25
nonlawyers
  47:1,6,18 48:7
normal 157:20
normally 15:18
  15:20 157:18
  157:19
north 1:1 6:10
  30:13 208:14
  266:15
northwest 6:7
nose 227:24
notarized
  290:14
notary 1:12
  288:5,24
  289:24
note 15:14 16:1
  146:16,25
  163:15 164:6,8
  167:15 194:13
  232:16 239:15
noted 160:6
  220:13 280:5
  290:12
notes 4:5,23
  28:9 105:6
  116:7 117:5
  134:18 147:14
  148:6 159:23
  163:19 164:1,2
  164:2,6,7,15,16
  166:18 167:14

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 332 of 370

213:3 280:8
**notice**   3:8,9
9:21 11:2
290:9
**noticed**   40:9
117:23 134:17
209:3
**notices**   3:11
**november**
76:24 94:2
99:12 101:25
216:11,12
223:4,4,5,5,16
224:7 225:18
228:8,8 241:24
242:14 243:5
244:16 249:16
**nrc**   263:21
264:3,18
**number**   50:13
50:14 67:5,6,7
67:8,9,11,14
68:9,16 76:17
78:12 81:2
83:7,22 85:25
86:3,6,6,22
87:2,21 91:16
91:18 92:5
99:19 100:4
104:19 106:6
110:8 112:11
135:13,14
148:2 149:8
180:4 188:14

188:25 189:16
198:20 199:5,6
199:8,12,18,19
212:16 213:8
246:19 247:10
247:14 283:10
**numbered**   14:5
**numbers**   86:9
87:8 108:15
135:9 144:8
150:19 166:5
198:24,25
199:1 212:11
235:4
**nw**   1:13 2:15
290:7

**o**

**o**   6:1 35:6 36:1
36:11 38:4
39:21
**o'learly**   290:6
**o'leary**   2:14 4:3
6:16,16 11:9
12:16 13:25
14:16 18:12
19:1,17 20:4
21:7,10 23:1,8
24:5,15 29:13
31:23 32:1,18
37:2 39:4
41:10 43:7,9
43:23 52:19
53:9 54:16

57:24 58:12,22
59:22 60:10,14
60:24 62:1
63:2 64:21
65:8 68:1,4
69:7 70:6 71:1
71:7,17 72:13
72:20 73:3,18
77:6,20 78:11
78:24 79:4
84:14 86:14
87:4 88:9 94:3
99:13 101:9
102:4,20
103:19,24
105:3 106:1
107:21 110:16
111:9 112:1,8
112:20 113:8
113:25 114:4
114:20 115:5
117:15 118:20
119:17 120:2
120:12 124:4
124:21 125:2
130:12 131:12
132:20 133:10
136:6,12 137:1
137:10,20
139:23 144:20
146:3,11,15
148:8 149:9
151:17 152:10
160:11,25

164:9 166:16
166:24 169:3
169:11 174:4
174:21 175:23
176:10,21
177:11 178:7
178:18 179:2
179:16,25
180:6,19,22
181:7,15,18
182:10,15
183:10 185:2
185:25 186:10
186:19 187:3
188:6 189:8,19
191:5,11 192:6
193:9,22 197:2
197:5,18
198:12 199:20
201:7 203:16
205:24 206:11
208:24 209:8
209:13 210:18
211:21 213:25
214:10 215:6
215:20 217:18
217:22 219:4
220:9 222:4,18
223:24 224:20
227:13 228:15
228:24 229:13
230:7,18 231:2
231:16 232:25
233:13,22

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 333 of 370

234:11 235:1
236:1,13,22
237:7,24
238:18 239:4
239:17 240:10
242:24 243:13
243:21 244:6
244:23 245:1
245:11,17
246:13 248:21
249:3,24
251:24 253:6
253:10 254:1
255:8,21 256:6
256:11,22
257:17,24
258:10,24
261:16 265:2
272:6,24 274:2
276:2,16 277:7
277:23 280:22
281:3,6,18
282:3 283:7,19
284:12 285:5,9
285:13,23
286:7,10,12,18
290:10

**oath**   7:18
119:25

**object**   9:1 11:9
12:16 14:16
18:12 19:1,17
20:4 21:7,10
23:1,8 24:5,15

31:23 32:18
37:2 39:4
41:10 43:23
52:19 53:9
54:16 57:24
58:22 59:22
60:10,14,24
62:1 63:2
64:21 65:8
68:1,4 69:7
70:6 71:7,17
72:13,20 73:3
73:18 77:6,20
84:14 87:4
88:9 94:3
99:13 101:9
102:4,20
103:19 105:3
106:1 110:16
111:9 112:20
113:8,25
114:20 115:5
117:15 118:20
119:17 120:2
120:12 124:4
130:12 131:12
132:20 136:6
136:12 137:1
137:10,20
139:23 144:20
146:3,11
160:11,25
164:9 166:16
166:24 169:3

169:11 174:21
175:23 176:10
176:21 177:11
178:7,18 179:2
179:16 180:19
181:15,18
182:10 183:10
185:2,25
186:10,19
187:3 188:6
189:8,19 191:5
192:6 193:9,22
197:18 201:7
205:24 206:11
208:24 209:8
209:13,16
210:18 211:21
213:25 214:10
215:6,20
217:18 219:4
220:9 222:4,18
224:20 227:13
228:15,24
230:18 231:2
231:16 233:13
233:22 234:11
235:1 236:1,22
237:7,24
238:18 239:4
239:17 240:10
242:24 243:13
243:21 244:6
244:23 245:1
245:11,17

246:13 248:21
249:3,24
253:10 255:8
255:21 256:6
256:11,22
257:17,24
258:10,24
261:16 265:2
272:24 274:2
276:2 277:7,23
280:22 281:3,6
281:18 282:3
283:7

**objection**   13:3
13:6 29:13
32:1 58:12
103:24 180:22
181:7 217:22
223:25 253:6
276:16

**objections**   3:11

**obligated**   83:16
86:12 90:13
91:19 92:6
93:19 100:18
101:17 102:10

**obligation**
72:15,25 73:13
101:8

**obligations**
73:13 81:6
90:14,15 91:8

**observation**
157:6 160:18

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 334 of 370

280:10
**observations**
160:10 162:25
166:19 265:9
**observe** 160:7
**observed**
121:17 138:18
138:24 152:20
160:13,17
265:21 280:12
**observing**
49:25 262:1
**obtain** 152:3
229:19
**obtained**
121:21 183:5
**obviously**
66:16 75:17
124:11 144:15
144:16,22
**occasionally**
47:14
**occasions** 34:16
51:6 64:2
**occurred** 173:1
174:11 270:14
271:6
**occurring**
238:13
**ocpl** 119:7
**october** 184:1
184:21 188:18
189:25 190:2,4
190:9,20 191:4

191:7,10
212:17 241:17
242:8,13 248:9
252:18,22
**office** 42:6,12
42:13,14,22
43:1,1 53:3
88:13 92:2
105:12,22
106:8 130:16
130:23 164:19
218:4
**officer** 50:17
**offices** 1:13
42:1,10,15,17
42:18
**okay** 7:16 8:17
8:22 9:6,10
23:18 45:19
53:8 65:4
66:14 80:16
81:16 93:3,4
111:23 123:1
133:10 157:13
199:1 238:25
259:17 266:8
**old** 22:14 23:22
29:8 52:3,4,16
144:8,10
166:11
**oldest** 37:23
172:11
**once** 30:4,16
48:22 79:2,16

216:19 225:21
**ones** 62:17
198:10 200:18
210:11 225:12
225:14,21
238:13 247:8
**online** 128:10
134:7 138:24
238:8
**open** 72:17
73:1 157:15,15
**opened** 90:5
**opening** 133:1
133:2,21,22
**operable**
207:23
**operate** 166:13
228:19 237:17
**operated**
190:12 214:12
228:11 252:14
252:17
**operating**
34:11 163:3
170:18 186:8
186:17,25
187:1 190:9
202:14 205:7
205:15,19
206:2,14,25
207:10 213:11
214:18 221:4
225:2 228:2,3
228:8,12,13

229:20,21,24
230:2,2 231:12
231:13 235:14
248:16 254:20
277:5,12
**operation**
207:16,23
208:22 209:22
224:14 235:9
235:15 241:8
247:12 248:19
**operational** 5:3
5:5,7 170:14
223:15 224:18
230:15 247:2
251:22 255:3,7
**operations**
28:19 138:19
139:4,21
170:11,11
237:6 244:25
245:25 246:10
266:12
**operators**
169:7
**opine** 168:21
266:20 284:21
284:24 285:1
**opined** 248:15
273:19 274:7
283:11
**opining** 284:1
**opinion** 46:21
60:8,16 65:21

Golkow Technologies,
877-370-3377                     A Veritext Division                     www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 335 of 370

121:2 169:1
185:21,23
191:1 192:4,24
201:5 202:13
206:8 210:9,12
216:3,18 222:1
231:10 238:23
249:21 256:9
259:3 275:24
278:19 279:17
279:18 283:10
**opinions** 27:8
27:11,15,17,22
27:25 59:21
106:10 109:21
118:18 119:14
120:15 121:5,8
121:11,14
148:7 157:5
160:10 191:24
192:1,10,12
207:18 210:13
217:16 230:10
230:14,16
231:1 253:1
254:19 256:18
259:6 278:7
279:5 281:1
282:10,13,18
**opportunity**
142:21 285:12
285:15 286:4
**opposing** 73:15

**order** 5:17 27:8
65:20 67:8,11
67:14,24 81:24
83:1,6,21
85:11,25 86:3
86:18 88:2,4,5
100:12 111:5
127:23 128:13
152:14 160:8
169:1 207:18
229:19 250:20
271:9 284:21
**organization**
25:16
**origin** 62:18
**original** 10:23
112:24 123:16
123:20 196:21
205:12,13
240:13 257:14
290:15,16
**originally**
240:18 241:7
247:25
**outcome**
288:19
**outs** 211:14
**outside** 147:4
221:13
**overall** 234:19
234:20
**overflow**
158:10 161:25

**oversight**
146:20
**own** 37:1 57:20
209:16 225:4
282:14
**owned** 36:12
**ownership** 36:4
36:7,9,14,16,19
37:9 38:20

**p**

**p** 2:1,1 6:1
36:11
**p.c.** 2:7
**p.m.** 147:10,10
191:18,18
232:11,11
286:25
**p1** 87:22,23
88:3
**p2** 87:23
**p5** 87:23
**package** 195:22
**pad** 15:14 16:1
163:15 164:6,8
**page** 3:2,4,4,7
4:2 5:2,10
13:10,25 26:16
26:23 66:22
69:13 70:16,17
70:17,19,20,25
71:1,5,5,8 72:2
73:11,25 74:5
74:6,8 76:16

76:19,22 77:2
77:3,8,9,15,16
77:17 78:1,4
78:15,18,19
80:21 81:17
83:4,5 85:8,9
86:4,7,17,18,25
88:16 89:14,15
89:24,24 90:5
90:10,18,18,20
90:21,23 91:4
91:10 100:3,9
100:10 102:8
102:19 106:17
107:13 108:14
108:15 109:3
110:5,5,6
113:18 114:8
114:14,14
115:7,7 116:12
116:15,22
117:23 118:7
119:6,23,25
120:4 132:24
133:16,16
136:20 152:2
172:19 173:6
173:23 174:2
174:17 175:16
176:3,3,19
177:19 180:6,7
180:7 182:8,13
182:21,22
183:18 184:5

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 336 of 370

184:21 188:8
191:23 192:18
192:18 196:13
196:14 197:12
198:4 199:3,10
199:11,14,17
200:2,9 202:22
203:16,19,23
204:5,16 205:4
211:15 212:2
213:2 218:2,3
224:2 226:13
226:15 229:5,8
232:19,21
233:3 241:13
242:11 249:12
249:14 251:2,2
251:18 252:6
252:20,21
253:8,8,11,12
253:17,18,23
253:24 254:11
254:11 266:6
266:20,23,24
272:4,5 275:1
275:1 279:8,9
279:11,11
282:9,22
283:10 289:6
**pages** 14:5,10
28:8 66:10
69:14 73:11,11
88:19 89:14,15
89:19 92:3

108:19 113:4,9
113:17,23
115:3,4,11
117:23 118:3
118:15 119:4
119:16,24
120:10,16
131:2 159:24
163:18 251:21
273:10 289:3
**paid** 100:17
101:14 103:10
103:16 111:3
**panel** 55:13
56:6,8,15
263:25 264:19
**pants** 126:7,10
**papadopulos**
3:15,19,23
9:24 14:11,25
15:1 17:11
18:23 19:4,7
19:24 24:13
25:22 31:15
34:20 35:18,22
36:5,20 37:25
37:25 38:4,5
38:10,24 41:24
42:10 52:16
57:5,10,17,23
58:1 59:11
67:2 68:17
70:15 80:24
81:5,21 83:1

89:17 90:1,12
91:1,6 92:12
94:1 99:10
101:15 163:16
**paper** 56:18
80:13,16 107:9
166:19
**papers** 55:12
112:2
**paragraph**
109:3 173:7
175:9 177:20
183:23 187:21
190:14,21
213:2,24
266:11,21
279:24 282:9
282:10,23
283:15
**paragraphs**
14:6
**parameter** 29:2
143:7 162:5
178:10
**parameters**
28:25 60:4,5
141:24 267:23
267:24
**pardon** 208:8
280:18
**parked** 146:1
**part** 24:8 48:19
59:16 63:4
72:16 78:22,23

102:12 113:2
117:10 136:22
152:18,20
154:22 172:22
183:5 187:7
194:25 198:1
200:18 215:14
239:20
**partially** 263:1
**participate**
61:2 104:2
107:6
**participated**
61:5,25
**particular**
22:18 29:2
30:2 63:16
75:16 76:3
104:23 144:10
150:8,17
155:24 156:3
177:2 194:25
197:12 235:5
238:9 252:6,13
**particularly**
20:20 53:13
**parties** 288:14
288:17
**partnership**
36:12
**parts** 144:2
213:18 233:10
**party** 109:13

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 337 of 370

**party's** 107:18 108:5
**passed** 122:7
**past** 16:14 44:15 46:1 47:1,17,24 57:20 58:21 59:5 63:25 64:1 102:16 144:14 211:24 238:21
**path** 270:13
**pathway** 271:17,22,23 272:18 273:2,2
**pathways** 267:7 271:5,17 272:10,12,16 272:17
**patient** 239:21
**paying** 109:13
**payment** 72:4 101:7
**payments** 14:23 17:10 81:11
**pcb** 55:10
**pcbs** 55:15 279:14 280:3 280:13
**pce** 5:15 173:10 173:20 184:25 212:20 264:25 266:7,14,21

267:9 274:18 274:20
**pdf** 125:18
**peer** 54:25 56:4 56:7,11
**pending** 282:2
**pennsylvania** 1:12 55:19,21 55:24 56:5,20 288:1,6 289:1 290:2
**people** 8:15 24:17 36:17 37:10 41:7 47:11,12 49:23 127:6,10,12 139:21,25 140:18 145:16 159:10 160:2 160:22,23 161:1 162:18 163:2 165:2,8 171:1 172:3 245:24
**percent** 37:1 103:4 184:8,8 184:13 187:11 187:12,13,21 233:12,15,16 233:19,20 234:2,8,17 235:3 248:16 249:2,6,22 252:22 254:20

255:5 277:20
**percentage** 103:14 234:16
**percentages** 224:13 230:16 234:24
**perchloroeth...** 173:20
**perform** 143:18
**performance** 92:9 93:20
**performed** 28:3 60:20 148:13 240:24
**performing** 50:3
**performs** 103:5
**period** 23:18 25:19 63:21 92:9 93:20 161:12 165:23 165:24 194:19 216:11,13,13 235:15,22 236:11 237:10 237:16 238:22 251:10 254:23 255:12 268:11 271:18 283:12 283:18,24 284:6,22
**periods** 138:15 235:20,21 246:11 255:4

276:14
**permeability** 267:14 270:17
**permeable** 271:20
**permit** 192:16
**permitted** 262:13
**person** 17:3,6 24:23 26:6 39:13 47:2 105:11,12 125:23 126:9 126:12,13,17 126:23 128:17 159:19,25 160:20 161:15 162:10,12,16 162:21,24 163:2 164:8 165:17 206:16 263:25 264:8
**person's** 22:18 145:18,19,20 159:17,21 162:23
**personal** 123:23 280:9
**personally** 10:10 18:13 20:11,14 21:4 21:14,22 22:5 22:9 24:3 31:4 31:12 33:8

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 338 of 370

60:12 67:16,21
88:14 103:5,22
122:11 125:20
160:7
**personnel**
46:14,14 47:21
137:5 138:4,10
140:10,11
153:7 183:3,14
260:9 261:21
**persons** 39:7
**perspective**
107:2
**ph.d** 288:7
289:3,21 290:9
**ph.d.** 1:10 3:2
3:12,13 4:4 7:3
35:6 40:14,22
107:3
**phase** 74:16
**philadelphia**
290:2
**phone** 12:8
46:13 47:2,18
47:20,24 48:1
75:18,25
123:15,18
140:3 262:18
262:20 263:16
**phoned** 213:12
**photo** 123:10
123:11 125:20
127:3,4,7,15,16
132:10 133:18

134:4 135:4,7
148:4,25 149:3
149:7,16
150:24,25
151:15,24
153:6,9,15,17
155:20 156:6
156:13 157:14
174:20 176:9,9
176:18,19,20
**photograph**
125:13,16
127:17,23
133:19,22
134:1,16
149:18 152:2
152:24,25
153:4 156:3
165:6 176:14
176:23
**photographs**
116:6 120:25
121:22,23
122:7,11,12,17
122:20 123:3,5
123:14,20
124:15 139:3
141:15,19
143:21 148:24
155:22 157:7
262:14 282:16
**photos** 4:7
46:22 116:17
116:18,20

122:3,25 123:7
123:9,20 124:2
124:19 125:7,9
147:18,19,22
148:1 260:6
261:20
**phrased** 52:21
**physically** 31:4
128:14,16
179:14
**pick** 210:7
220:16
**picked** 210:10
**pickup** 144:17
**picture** 122:9
126:1 139:14
157:11 168:19
168:23 176:4
179:9,10 262:3
263:11,15
**pictures** 139:5
139:6 140:8,9
260:13,21
262:1,9 263:1
**piece** 136:24
137:7 155:2
166:19 210:10
219:6 230:19
**pieces** 137:9
154:18
**pile** 62:7
**pipe** 128:7,11
128:22 134:2,8
134:9,11,22

135:1,2,19
136:17 141:15
142:1,11,18
143:14,24,25
144:10,13,15
144:21 145:8
145:24 148:3
148:15,17,19
148:22,25
150:2,3,8,14,17
150:18 151:13
151:16,23,24
151:25 152:6
152:15,18,20
152:22 153:2
153:12,12,13
153:22,24
154:1,2,6,14,22
155:1,1,3,5,9
155:21 156:4
158:10 159:3
171:17 174:14
175:5,8,13,20
176:4,16 177:1
177:1,2,3
178:5,15,25
179:9,10,23
180:15 181:6
181:13,22
257:1
**pipeline** 55:16
55:24
**pipes** 144:24
171:20,24

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 339 of 370

172:5 175:11
177:6,7,10
179:15 259:25
277:14
**place** 134:19
144:24 238:15
290:1
**places** 49:12
161:5,6 166:9
253:13
**plaintiff** 2:2
**plaintiffs** 1:11
3:8 4:3 6:19,21
6:25
**plans** 243:8
**plant** 30:24
31:1,10,14
33:9,10,12,15
33:23 34:6,7,9
34:11,18 49:13
50:8,22 127:13
127:18,21
129:15 131:22
138:4,11,18
139:25 141:12
142:3,6 143:12
143:14 145:10
145:11,12,17
148:15 150:5
152:21 153:4
153:20 156:16
157:6,17
159:20 162:17
163:11,14

165:18 166:14
170:15 171:11
175:11 176:17
182:23 185:10
186:25 187:2
187:12,13,14
189:7,11,23,24
201:20 205:8
232:23 235:14
238:10
**plant's** 212:8
**plants** 173:3
174:9 186:3,24
187:17 213:5
**play** 263:22
**pleasant** 2:5
**please** 6:13 7:2
23:3 134:10
135:4 180:10
182:14 192:15
228:6 230:25
232:16,20
233:23 265:3
290:11,15,18
**plenty** 222:25
**plg** 6:15
**plot** 188:17
**plumbing**
131:22
**plus** 118:22
179:24 201:20
202:1
**po** 67:6,7 71:25
86:5

**point** 4:13 8:10
15:7 33:12,14
34:12 43:10
49:20,25 50:21
59:1 77:24
89:23 101:12
107:7 110:8,15
110:17 123:13
127:18 128:1
129:14 133:4
138:18 142:6
143:12 144:25
145:25 146:9
147:19 148:21
148:24 150:4
152:21 153:1
153:19 156:15
157:17 158:23
163:13 166:14
173:2,8,19
175:11 176:17
182:25 184:13
184:15 185:10
187:11,21
189:6,10,11,17
190:5 191:2,12
191:25 192:18
192:19 201:19
204:6 205:8
212:8,10 213:4
213:11 214:5
218:7 232:2,22
235:14 238:6
239:13 252:5

253:15,21
267:25 277:4
**pointed** 194:13
**points** 142:7
**policy** 106:12
**portal** 268:14
268:18
**portion** 49:8
155:3
**posed** 161:2
**position** 35:9
36:21,23 41:9
128:18
**positioned**
128:19
**positions** 69:18
**positive** 194:15
**possession**
68:17 137:24
138:1,2 290:17
**possibility**
92:23 149:15
**possible** 23:15
29:16 263:15
272:23 273:1
**possibly** 160:17
160:19
**potential** 82:11
83:17 86:22
102:16 103:12
103:14 104:3,7
**potentially**
100:18 239:3
245:24 246:20

Golkow Technologies,
877-370-3377　　A Veritext Division　　www.veritext.com
Case 7:23-cv-00897-RJ　　Document 349-3　　Filed 04/10/25　　Page 340 of 370

250:13 255:4
269:18
**potentiometric**
269:11
**precursor** 38:7
**predict** 60:2
**prefix** 114:11
114:22
**prep** 15:10
**preparation**
107:17 140:16
**prepare** 15:8
45:20,23,23
46:1,3 107:7
115:24,25
208:21
**prepared** 4:15
4:17 79:20
80:6,8 99:4
117:6 118:14
129:3 215:5,18
221:8 257:22
**presence** 22:15
47:21 212:19
280:13
**present** 2:18
17:20 18:9
19:25 20:19
21:5 41:11
46:4 47:4,10
48:7 58:23
100:19 227:23
280:3

**presented**
282:11
**presenting**
63:18
**preserve**
138:11,13
**pressure** 161:3
260:2
**pretty** 57:8
**prevent** 7:23
**previous**
122:10 133:21
171:22 253:18
**previously**
53:12 105:15
202:7 238:16
241:24
**primarily**
19:23 226:10
**primary**
204:11,13
216:17
**prime** 81:2
90:6 91:5
**principal** 35:11
35:12,15,20
37:14,15 39:11
39:12 69:18,22
69:23
**principals**
14:25 17:12
35:21 36:3,24
37:5,6,7,18
38:17,24

**principles**
274:16 280:7
**print** 16:17,20
80:13,15
168:25
**printer** 168:17
**prior** 34:15
52:3,5 63:7
65:6 121:5,14
122:14 246:17
**pritchard** 5:11
**private** 36:15
262:20
**privilege**
146:22 147:3
**probably** 34:25
40:2 64:9
65:18 67:9
68:19 76:12,13
101:13 102:6
140:5 147:4
158:20 161:12
163:23 164:1
164:19 200:19
201:2,9 206:17
209:2 212:23
221:17 225:13
237:14 238:2
250:24 253:14
**problem** 87:14
195:20 243:24
**procedure**
106:22

**proceed** 76:9
**process** 76:6
158:14 233:11
233:21 234:9
**produce** 9:24
11:7 68:22
69:5 111:23
**produced**
28:17 101:24
114:10,18
125:17 210:15
**produces**
112:12
**product** 280:7
**production**
3:12,23 104:17
112:10
**production's**
118:9
**productions**
120:1
**professional**
25:7 53:25
54:13,15,21,22
54:23 57:9
62:21 69:16
109:14,17
110:23 210:9
**program** 4:21
15:15 16:6,11
16:13 70:4
106:12 211:9
211:19 212:3

Golkow Technologies,
877-370-3377   A Veritext Division   www.veritext.com
Case 7:23-cv-00897-RJ   Document 349-3   Filed 04/10/25   Page 341 of 370

**programs** 59:6
**progress** 85:15
  166:12
**project** 40:2
  41:1 55:12
  61:9 62:13
  63:1 64:13,18
  66:23 67:2,5,8
  74:9,15 75:3
  76:19 77:11
  83:13 99:10
  103:22 110:24
  183:6
**projects** 58:20
  102:23 103:23
  104:8 111:1
  123:24
**pronounce**
  7:10 173:16
**proposed**
  106:21
**protect** 108:4
**protection**
  107:17 133:5
**protocol**
  195:13
**provide** 20:12
  20:13 21:6
  27:8 32:8
  41:13 48:17
  51:16 63:19
  65:20 67:19
  68:20,21 72:17
  73:1,13 74:20

74:21,25 75:7
  75:25 79:22
  108:6 111:7
  117:12 118:22
  179:19 279:4
**provided** 10:16
  10:18 11:6
  40:16 44:16
  70:25 78:25
  79:21 111:22
  117:25 124:6
  124:12,19,20
  137:4 142:1
  143:9,19 163:4
  164:25 165:3
  175:12 210:14
  256:19 267:4
**providing**
  130:3 230:2
**proximity**
  201:21 213:16
**public** 1:12
  109:23 288:5
  288:24 289:24
**publication**
  3:24 105:21
**publications**
  57:2
**publicized**
  109:13
**publicly** 56:10
  56:12 109:4
**published**
  106:13 108:20

**pull** 29:9 40:4
  49:17 51:15
  232:15 263:5
**pulled** 120:15
  230:5 263:8
**pump** 143:19
  221:16 245:5
  246:1 248:4
  251:4
**pumped** 158:13
  158:16 231:21
  272:13 276:9
**pumping** 5:13
  170:11 221:4
  236:19 237:6
  237:11 238:11
  244:22 245:2
  245:16,25
  246:21,22
  248:10,25
  249:2,19,22
  250:22,24
  251:9,10 252:5
  252:7 254:17
  254:18 269:1
  269:12 275:3,9
  280:20
**pumps** 5:12
  250:8
**purchase** 67:11
  67:14,24 81:24
  83:6,21 85:11
  85:25 86:2,18
  100:12

**purpose** 47:19
  63:15 65:11
  127:16 140:19
  152:1 155:15
  156:6 157:14
  177:4 235:16
**purposes** 16:5
**pursuant**
  106:14 112:10
  147:2
**put** 16:2 84:3
  117:19 125:3,4
  156:22 164:3
  188:21 203:4
  209:1 214:6,24
  222:11,21
  226:2 235:10
  237:22 239:14
  242:4 263:20
  286:9,12
**pvc** 154:15,17

**q**

**qa** 195:19
**qc** 195:19
**quality** 109:24
  212:18
**quantify** 36:22
**quantitative**
  64:12
**quantitatively**
  32:7 59:2
  63:19

Golkow Technologies,
A Veritext Division
877-370-3377    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 342 of 370

| | | | |
|---|---|---|---|
| **quart** 189:17 | 270:7,10,12,12 | **rates** 109:12 | 279:21,23 |
| **quarter** 133:7 | 284:13,16 | 173:1 | 280:14,15 |
| **quarts** 189:13 | 285:18,22 | **rather** 280:6 | 281:2 282:20 |
| **question** 9:1,3 | 286:1,3,3,11,19 | **rating** 248:1 | 282:21 283:3,4 |
| 9:5,10,12,15 | 286:21 | **raw** 201:20 | 283:16 289:3 |
| 10:2 11:4 17:8 | **questionable** | 212:8 242:21 | 290:11 |
| 17:21 20:24,25 | 195:1 | **reach** 182:6 | **reading** 197:16 |
| 21:2,9 22:2 | **questions** 7:24 | 190:22 | 200:21 204:14 |
| 23:3 33:17 | 8:24 10:14 | **reached** 25:22 | 219:19 222:6 |
| 43:20 44:8 | 13:13 43:13 | 282:11 | 229:12 241:16 |
| 48:3,8 52:21 | 47:14 94:7 | **reaching** 26:3 | 258:15 264:11 |
| 53:8,10 61:1 | 102:9 117:20 | 255:5 | 288:13 |
| 62:7,10 63:4 | 127:14 160:5 | **read** 7:13 14:22 | **reads** 110:18 |
| 63:22,23 79:19 | 167:5 168:6 | 25:11 72:1 | **ready** 158:12 |
| 93:11 103:10 | 171:12,23 | 86:6 107:12 | 158:13,16 |
| 118:13 137:6 | **quick** 149:6 | 108:1,3,3,12,23 | **real** 276:5 |
| 149:21 159:11 | **quite** 34:25 | 109:7,8,18 | **realistic** 276:5 |
| 159:12 161:2 | 51:19 190:10 | 110:3,14 112:8 | **reality** 109:15 |
| 161:16 162:13 | **quoting** 207:7 | 134:14,15 | **realized** 255:17 |
| 167:7,19 | **r** | 135:8 172:22 | **really** 41:6 |
| 169:19,20 | | 173:4,5,13,15 | 62:16 92:16 |
| 170:16 171:9 | **r** 2:1,3 6:1 35:6 | 173:17 175:10 | 242:21 249:1 |
| 171:10,21 | 35:6 38:4,13 | 176:22 178:19 | 259:3 |
| 180:10 187:8 | 288:3 289:1,1 | 182:24 183:7 | **reason** 52:23 |
| 194:6 200:20 | 290:16,25 | 184:3,10 | 117:10 142:13 |
| 201:6 206:6 | **raining** 263:17 | 185:19 190:15 | 143:2 155:19 |
| 209:17 211:17 | **ran** 214:7 | 193:3 205:7,10 | 157:2 198:24 |
| 217:14 226:5 | **range** 213:19 | 205:11 211:3 | 209:19 253:24 |
| 226:10,16 | 241:2 266:23 | 213:20,23,24 | 289:6 |
| 227:1 231:13 | 268:15,22,23 | 214:17 218:21 | **reasonable** |
| 235:3 242:18 | 271:1,25 | 219:23 220:19 | 146:7 268:6,22 |
| 252:3 257:20 | **rate** 175:21 | 220:20 221:12 | 276:23 282:19 |
| 259:13,15,16 | 248:10 | 255:16 264:4,9 | **reasons** 143:3 |
| 262:17 265:5 | | 264:13 273:10 | 157:1 257:9 |

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 343 of 370

281:2
**rebuttal** 273:19
**rebutted** 143:5
257:3
**recalibration**
82:18 83:2
**recall** 10:20
11:11,19,23
12:6,22 13:18
16:7 19:12
21:12,24 23:9
25:10 28:16
29:16,21 30:4
30:11 31:11
32:10,23 34:1
39:19 46:9,18
49:12 51:10,13
55:19 56:21
61:5,7 62:4,6
65:15 74:14
75:15,16 107:9
108:24 122:9
122:21 125:22
126:5 127:10
132:21 139:24
140:21 157:23
158:20 159:22
163:5 166:3,4
167:12,17
168:10 171:4
177:17 194:7,7
196:5,6 243:14
256:14 258:14
263:17,19

264:7 275:13
**recalling** 55:9
**recarbonizati...**
235:9,13,15
**receipt** 10:19
11:8 12:11
290:18
**received** 14:8
51:21 66:11,13
78:16 87:1,6
102:11 197:13
199:25 202:5
203:20,25
204:15,17
212:15 219:2
243:6 245:10
**receiving** 72:10
**recent** 29:24
**recess** 45:13
89:1 147:10
191:18 232:11
**recipient** 80:23
89:16,25 90:25
91:6 99:9
**recipient's** 81:4
**recipients**
81:21
**recognize** 8:14
41:16 125:16
**recognized**
38:8
**recollect**
172:12 237:25
259:2 279:6

**recollection**
26:6 30:1
44:24 45:3
49:4,6 61:15
91:21 93:25
99:7 116:2,5
124:5,14 125:7
170:6 171:25
193:25 201:13
203:2 255:23
262:25 263:10
264:20
**recollections**
70:9 111:12
**recommend**
65:19
**reconstruct**
60:22 61:3
**reconstructed**
61:23
**reconstruction**
60:20
**record** 6:4 13:5
45:11,14 66:8
66:14 78:23
80:12 88:21,24
89:2,14 92:1
107:21 109:23
109:23 110:15
112:5,9 122:4
125:5,8 130:14
130:17 131:1
145:20 146:15
146:25 147:8

147:11 148:8
149:11 151:17
154:10 161:12
169:21 188:2
191:16,19
196:11 200:23
209:5 213:20
213:23 219:23
226:22 227:6
227:10,15
232:9,12
236:13 239:10
246:7,18
248:18 251:3
260:16,22
261:1 262:7
263:20 278:12
286:9,13,23
288:10
**recorded**
148:19
**recording**
162:11
**records** 18:21
19:6 21:4
23:12 30:5
34:4 39:9,10
39:24 40:4,5
40:10 41:8,17
66:10,18,21
68:18 73:1
105:13 130:7
130:18,18,19
131:17 161:10

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 344 of 370

161:19,20,22
163:21 165:20
166:1 168:2
171:7 190:8
224:18 227:19
241:9 244:3
246:8,12
247:12 275:9
**rectangular**
133:2
**redone** 276:19
**reduced** 233:17
**reduces** 234:9
**refer** 7:12,15
36:2 64:18
65:4 73:16,16
75:14 78:9,11
184:1 189:1,2
196:21
**reference** 51:19
52:11,13,25
128:1 152:16
172:25 184:14
188:3 198:2
201:1 250:12
**referenced**
81:24 199:2
**references**
115:15
**referencing**
124:21 236:14
**referred** 13:6
28:15 48:23
52:17 55:12,21

63:25 64:9
67:1,13 68:16
82:21 88:6
120:17 187:10
281:16
**referring** 14:14
14:19 24:4,6
39:14 56:5,20
66:4 85:2,5,7
107:22 130:10
136:9 177:23
182:8 188:1,22
193:1 196:13
196:21 217:7
223:12 226:19
226:24 227:9
**refers** 17:16,17
67:6 69:23
**reflect** 41:9
76:23
**reflected**
187:20
**reflecting**
105:6
**reflects** 79:7
120:18
**refrain** 8:20
**refresh** 65:23
93:24 99:6
125:6
**regard** 8:21
19:13 222:1
230:14

**regarding**
106:22 181:12
281:16
**regardless**
108:7
**region** 42:21
103:1
**regional** 218:3
**registrations**
54:11
**rehashing**
214:23
**relate** 53:23
108:9
**related** 4:21
14:23 17:12,17
18:2,7,21 19:6
19:8,25 20:2
22:8,14 25:23
26:1 29:10
39:1 47:3,19
49:3 52:1,17
55:3,4,5 57:21
59:13 61:12
64:8 131:11
148:23 211:1,9
273:17 288:16
**relates** 1:6
112:21 113:4
132:18
**relating** 15:1
17:10
**relationship**
110:13

**relative** 24:20
237:16 274:20
**relatively** 70:11
259:24
**relax** 231:24
**relaxation**
232:1
**release** 266:6
266:13
**released** 84:4,8
84:12
**relevance**
49:15 283:25
**relevant** 120:5
120:15,20
283:18
**reliability** 59:1
64:11
**reliable** 32:8,8
63:19 64:19
65:7,21 280:7
**reliance** 4:4
52:25 111:21
113:21 115:21
116:1 117:11
117:22 124:23
131:25 198:5,6
198:9 199:3,13
200:17 201:1
211:14 217:11
251:16
**relied** 52:18
53:6,21 62:24
63:8 64:20

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 345 of 370

112:13 119:15
120:22 143:6
231:14 256:16
258:20 268:1
284:1,7
**rely** 9:8 65:5
118:18 132:12
190:20 192:5
216:17 226:10
268:21 284:10
284:17,20
**relying** 132:15
227:11
**remain** 85:16
85:17
**remaining**
79:10,16 85:15
**remediation**
17:17 18:9
20:1 29:11
42:23
**remember**
11:18 14:10
16:10,12 20:14
25:1,14,21
26:2 28:5 29:8
30:8 32:13
33:1 34:15,24
35:2 40:20
41:15,20,22
44:19 47:17
48:3,4,10,11,12
48:14 50:5,11
50:13,15 57:15

61:2,9,11,19,20
62:16 64:2,5
66:1,5 70:12
74:11 75:14,21
84:9 93:5,8,14
100:4,7,8
107:11 110:9
110:11 122:1
123:17 130:22
131:4,24
132:17 154:9
162:23 163:22
164:24 172:6
197:21 200:21
201:10,19
211:18 214:21
217:20,21
225:9,13
226:19 227:2
237:20 243:10
247:23 250:16
264:11,18
276:19 278:20
281:7
**remind** 57:4
**remote** 42:16
**removal** 173:1
174:10 234:20
**remove** 147:5
**removed**
135:23 144:2
**removes** 233:12
**remy** 1:10 3:2
3:12,14 4:4

6:11 7:3,15
15:2 26:17
27:2 107:2
279:13 280:2
281:22 288:7
289:3,21 290:9
**rendered** 57:16
71:12 195:4
**rendering**
210:9
**repair** 275:5,20
**repeat** 23:2
33:17 63:3
134:10 180:9
200:3 228:6
232:20 265:3
**rephrase** 9:5
**report** 3:14 4:9
4:10,15,17 5:3
5:10,19 26:13
26:17,21 27:1
27:6,9,10,11,15
27:23,25 28:2
28:18,21 43:16
43:19 46:21
52:14,14 53:12
53:13 56:9,9
59:9 64:1
65:23 66:1,6
75:13 84:4,8
84:12 108:6
112:19,24
113:1,5 115:14
118:2,22,24

120:17,19
123:1 132:16
132:18,21
141:5 143:5,8
143:22 155:10
172:16,18
173:23,24
174:3 177:18
178:17,20
179:5,7 180:2
180:3 182:13
183:19 184:2
190:1,13,14,20
192:14 193:3
194:9,10
195:11 196:18
197:1,7,9,10
198:14,15,18
198:20,23
199:2,6,8,11,12
199:13 202:12
202:23 203:11
205:6 216:11
219:2 223:10
223:15 224:16
226:13,14
232:18,21
233:4,9 234:5
247:6,22
248:15 249:14
249:15 255:17
256:9,17,19
257:3,3,12,14
257:16,18,22

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 346 of 370

258:2,4,6,7,18
258:20,21,23
259:1,19
263:22,23
264:23,24
266:17 267:5
272:6 273:10
273:19,21,22
275:1 281:20
281:22,25
282:2,11,14
284:6,9,25
286:1,6
**reported**
  184:21,23
  185:9 194:22
  194:23 196:15
  200:1,5 203:21
  216:1 236:4
  245:13 252:24
  261:2
**reporter** 7:2
**reports** 24:7
  52:5 56:13
  191:10 198:7,9
  284:8
**represent**
  104:16 238:14
  258:21 271:8
  273:23 274:3
**representation**
  125:19 270:24
**representative**
  236:18 242:23

270:14,25
271:6
**representatives**
  48:7
**represented**
  127:22 229:2
  272:10
**representing**
  48:1 92:25
  125:18 274:6
**represents** 94:5
**request** 16:24
  17:1,7 76:10
  141:2,6 147:3
  153:7
**requested**
  74:19 143:17
  146:19
**requests** 3:11
**required** 74:19
  108:6
**rerun** 59:6
**resample**
  195:24
**resampling**
  207:12
**research** 56:8
  57:12 62:21
  129:18,23,24
  176:8 193:19
**researched**
  210:15
**reservoir**
  155:17 157:16

157:21 158:9
159:7 160:14
162:8 167:6
**reservoirs**
  161:6 166:10
  166:10,11
  167:12,15
**resided** 283:13
**resolved** 147:7
**resource**
  213:13
**resources**
  266:16
**respect** 192:12
  238:16
**respective**
  288:14
**respectively**
  184:9
**respects** 289:19
**respond** 9:4
  10:15 17:22
  18:11 20:16
**responded** 11:6
  19:9 22:12
  160:6
**responding**
  7:24
**response** 12:3
  12:14 13:6
  17:24 67:25
  68:21 69:3
  73:16 278:16

**responses** 3:10
  9:9
**responsive** 10:4
  11:15,22 18:17
  20:12
**rest** 184:17
  213:23 228:11
**restarted** 207:7
  216:20 220:24
  221:21 222:3,9
  223:1 225:12
**restoration**
  4:21 211:9
  212:3
**result** 61:22
  121:2 148:12
  194:15 202:5
  204:18 241:22
**resulted** 243:19
**results** 58:25
  62:24 184:20
  193:24 212:15
  213:11 219:11
  235:8 236:4
  243:6 245:9
**retained** 18:23
  19:8 31:16
  65:14 208:3
**retaining** 26:4
**retardation**
  268:1
**retarded**
  274:20

Golkow Technologies,
A Veritext Division
877-370-3377                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 347 of 370

**rethink**  230:10
**retired**  37:7
**retrieve**  21:13
**retrieved**
  168:15
**return**  290:18
**returned**
  202:20
**reused**  216:8
**review**  16:15
  54:25 56:4,7
  56:11 63:13
  64:10,25 84:8
  84:12,23 120:3
  120:9 172:23
  207:18 217:16
  263:22 275:23
  282:24 283:6
  285:15
**reviewed**  10:15
  13:16 52:18
  53:4,6,21
  58:17 59:23
  60:4,17 86:25
  119:14,25
  192:8 195:2
  215:24 226:24
  227:11,15,20
**reviewing**
  182:9 211:18
**reviews**  60:9
**rhonda**  283:13
**rice**  1:13 2:3

**rick**  266:17
**ridden**  49:19
**right**  8:7 10:21
  12:15 28:10,12
  29:15 30:7
  38:18,19 39:19
  40:6 41:22
  45:9 48:8,14
  49:20,23 50:2
  50:4 55:9 62:8
  62:16 66:5,22
  67:12 77:24
  79:17 81:16
  82:3,16 83:21
  83:21 84:24
  85:9,10,14,23
  86:5 88:1
  89:24 90:16
  91:17,20 92:23
  100:24 115:16
  116:9 125:21
  129:6,15
  130:10 135:10
  136:25 137:3
  138:3 139:18
  142:12,20,24
  144:4 151:12
  153:2 154:15
  154:19 158:1
  160:18 163:16
  164:22,23
  165:1 166:14
  168:3,4 169:10
  172:8 175:1,6

179:1 181:6,14
184:2,10,12
187:14 189:7
189:12,14,16
190:3 191:23
194:17 198:18
202:15 203:12
204:14,19,24
205:16 206:3
208:4,7 209:20
210:17 214:9
218:5,9,12
219:18 220:19
223:9,12,17,18
224:4,8,14,19
225:13,15
226:13 227:21
228:23 229:12
229:17,20
232:23 233:4
233:12,21
235:25 237:23
240:1,19 241:2
244:5 248:2,20
249:7,19
251:11 252:3
254:9 255:20
256:5,21 258:9
260:6 265:1
272:11,21
275:10 276:15
281:2 283:6
284:9

**rim**  134:8,21
  136:3 152:5,16
  155:5
**risk**  277:1,2
**rockville**  42:3,5
**rode**  49:25
**role**  208:11
  263:23
**roll**  45:19
  135:25
**rolling**  8:15
**room**  8:15
  161:3 163:2,6
  163:12,13
  164:5,25
  165:11 166:7
  166:12 168:17
  170:19,21,22
  170:25 171:10
  171:13,22,22
  172:4
**rope**  126:16
  128:17,17,24
  136:14,15,19
  136:21,22
  137:4,8,11,18
  137:24 138:1,3
  138:5,8,12,13
  139:13,16
  154:6
**rpr**  1:11 288:4
  290:21
**rubber**  137:12

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 348 of 370

rule   72:25 73:7
  73:17 107:16
  112:10 279:20
  279:25
ruler   134:13,14
  134:15
rules   8:10
  72:16 106:21
  108:4 111:11
run   59:16
  60:15 212:19
  214:4
running   190:5
runs   240:6
rust   159:2

                s

s   2:1 6:1 17:5
  35:6,7 36:11
  38:4,13 39:21
  289:1
s.s.   3:15,19,23
  9:23 14:11,25
  15:1 17:11
  18:22 19:4,7
  19:24 24:13
  25:22 31:15
  34:20 35:18,22
  36:4,20 42:10
  52:16 57:5,9
  57:17,22 58:1
  59:11 67:2
  68:17 80:23
  81:4,21 83:1

90:1,12,25
  91:6 99:9
  163:15
sabatini   28:21
  29:1 143:4
  256:19 257:4
  261:4
sabatini's
  255:17
safe   129:7
  159:3,5
safest   129:5
safety   151:1
salvage   144:18
sample   184:7
  185:22,23,24
  186:8,8,16,17
  186:24 189:10
  189:13,17
  193:20,21
  194:4,14,25
  195:1,3,5,8,14
  196:22 197:13
  199:25 200:5,8
  200:10,11
  203:20 204:6
  204:15,17
  205:6 206:20
  220:11 221:15
  229:16,19,23
  229:25 230:1
sampled
  186:16,21
  201:19 202:1

203:20 205:7
  205:15,20,23
  206:13,16,19
  206:21 207:11
  207:13,14,22
  212:9,12 213:5
  213:16 218:16
  219:24,25
  220:4,4,5,7,21
  220:22,25
  221:10,10,13
  221:18,20
  222:10,23
  229:22 231:19
  231:20 243:6
samples   4:13
  157:10 186:2
  187:1,9,16,18
  188:9 189:6,7
  190:1 193:4
  194:18 195:7
  195:12,21
  212:18 213:9
  219:16 221:5
  277:21
sampling   4:19
  202:6 203:22
  204:1,21 205:1
  212:21 213:12
  244:19 245:3
san   42:12,19,22
sand   156:10
satisfy   109:12

saul   35:7
sautner   283:2
saw   13:18
  131:15 133:21
  141:12 142:11
  142:17 143:24
  144:1 151:24
  168:10 203:4
  221:20 257:2
  257:22 265:14
saying   12:2
  26:3 74:22
  147:20 178:6,8
  181:11 190:25
  193:4 194:20
  206:8 231:6
  238:17,20
  258:7
says   17:9,20
  18:20 19:22
  27:1 39:10
  66:23 68:8,12
  69:16 70:1
  71:12,22 73:25
  76:20 79:10
  80:22,22 81:20
  82:10,16 84:22
  85:14,16 86:5
  87:17,22 88:3
  88:4 89:25
  90:5,6,14,15
  101:4 106:6,10
  106:18,20
  107:1 108:4

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 349 of 370

109:9,21 112:9
112:9 114:9
116:16 148:3
174:8 175:19
176:7,13,19
177:20 178:3
179:5 183:11
188:19 190:1
190:15 192:19
198:20,23
199:8,11,12
200:9 201:19
201:25 203:7
203:24 204:5
204:17 205:19
205:22 206:2
211:8 212:3,7
212:16 213:8
213:21 214:4,8
214:12,15
215:4 218:7,15
220:18 221:2
221:21 241:6
242:12 247:21
248:6 249:14
250:8 251:4
253:24 256:8
256:14 257:7
258:12,21
259:1 261:4
273:24 274:4
**scale**   141:16,18
179:11

**scalise**   2:4
**scenario**   185:9
**scene**   179:15
**schedules**
   245:16
**schematic**
   174:22
**schematics**
   131:14
**school**   25:6
**science**   84:7,11
**sciences**   282:13
**scientific**   268:6
   282:19
**scientifically**
   64:16,19 65:7
   65:21
**scientist**   40:22
   41:3 54:14
**scott**   22:19
   23:21 48:15,16
   49:18 240:5,6
**scratch**   116:21
   253:2
**screen**   125:4,6
   125:12 155:14
   166:4,6,21
   167:10,20,21
   167:21,22
   168:6,19,25
   169:22,25
   170:5,23 171:6
   171:13 172:4
   272:13,13

273:4
**screened**
   271:11
**scroll**   88:1
**se**   25:13 121:16
   152:15
**search**   20:11
   21:4 22:6
   23:19,22
   172:24
**searched**   207:4
**season**   157:18
**second**   38:3
   70:17 81:17
   93:17 102:8,19
   110:12 111:18
   113:2,20 114:8
   114:14,17
   116:13,22
   141:21 144:25
   158:6 167:4
   173:7 183:23
   194:12 196:14
   199:9,11 204:4
   212:2,20 218:2
   226:16 251:18
   266:11 269:23
   275:2,2
**seconds**   261:3
   261:15 265:23
**section**   83:24
   91:8 106:14
   107:20 108:13
   108:18 110:6

113:20 115:19
   116:13,14
   146:24 152:9
   154:1 172:22
   173:7 218:15
   218:18
**sections**   49:9
   113:18 183:2
**see**   9:25 13:8
   13:10,14 14:4
   14:6 15:3,4
   16:18,21,24
   17:14,15,19
   18:25 19:2
   20:3,6,8,9,10
   21:20 26:19,24
   27:4 30:6 39:9
   51:7 66:6,24
   66:25 68:13,14
   69:16,20 70:16
   70:18,22,24
   71:13,14,25
   74:2,6,7,10
   76:18,21 77:1
   77:5,10,14,17
   77:21 78:6,17
   78:19 79:8,9
   79:11,12 80:14
   80:21,24,25
   81:7,8,12,14,19
   81:22,23,24
   82:1,2,4,6,7,11
   82:13,15,19
   83:5,7,9,11,12

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 350 of 370

| | | | |
|---|---|---|---|
| 83:15,17,19,23 | 117:8,9,14,16 | 202:3,4,10 | 267:2 275:6,7 |
| 83:25 84:2,18 | 118:5,6,11,12 | 203:6,8,21,24 | 279:21 283:1 |
| 84:25 85:1,11 | 119:7,9 125:12 | 204:4 205:21 | **seeing** 10:11 |
| 85:13,18,19,23 | 126:12,19,20 | 209:25 210:4 | 28:5 65:23 |
| 85:24 86:13,21 | 126:24 128:11 | 211:11,12 | 119:20 133:25 |
| 86:23 87:8,16 | 133:1,7,24 | 212:2,4,5,13,14 | 250:16 |
| 87:23,25 89:16 | 134:6 135:7 | 212:25 213:1,6 | **seem** 63:24 |
| 89:24 90:1,3,4 | 136:2 138:8 | 213:7 214:12 | 200:22 |
| 90:8,9,13,17,20 | 139:14 144:7 | 216:25 218:3,5 | **seema** 17:5 |
| 90:23 91:2,3,4 | 144:11 146:8 | 218:6,9,13,15 | 19:16,19 |
| 91:9 92:5,13 | 149:16 150:18 | 218:18,19,22 | **seems** 79:4 |
| 92:15,22 93:18 | 150:23 151:10 | 219:9,10,13,20 | 105:5 187:5 |
| 93:23 99:19,21 | 151:14 152:25 | 231:9 234:22 | 188:13 250:19 |
| 99:24,25 | 155:5,20 | 234:23 238:17 | **seen** 10:6 13:4 |
| 100:14,15 | 171:16 172:19 | 239:9,13,16,19 | 13:15 52:8 |
| 101:7,10 | 173:12,13 | 239:20,24 | 138:5 144:24 |
| 102:10 104:18 | 174:15,16,19 | 240:21 241:1 | 160:12 179:10 |
| 104:20,21,22 | 175:15 176:4,5 | 241:11,12,14 | 195:25 196:3 |
| 104:25 105:1 | 176:6,20 177:8 | 241:18,19,25 | 200:16,24 |
| 105:20,25 | 177:20 178:5 | 242:1,9,10,16 | 207:19,20 |
| 106:15,16,18 | 178:13 180:12 | 242:17 244:15 | 208:18 211:22 |
| 106:24,25 | 180:18 185:1,3 | 244:18 246:9 | 211:23 215:24 |
| 107:4,5,13,14 | 185:12,13 | 247:3,5,7,9,13 | 217:9,24 222:8 |
| 107:16,20,25 | 188:8,10 | 247:18,19,20 | 223:11 237:23 |
| 108:1,11,16,17 | 190:11,18 | 249:11 250:6,9 | 250:18 257:6 |
| 108:22 109:20 | 192:22,23 | 250:10,11 | 260:6 262:25 |
| 110:10,11 | 194:8,10 | 251:2,5,6,7,17 | 264:15 265:18 |
| 111:20,24 | 196:15 197:12 | 251:20,22 | **selected** 137:12 |
| 112:7,14,15 | 197:17,19 | 252:4,19 253:4 | **semiretired** |
| 113:7,15 114:8 | 198:7,8,20,22 | 253:8,14,19,21 | 37:18 38:16,24 |
| 114:12 115:1,2 | 198:23 199:19 | 253:22 254:6,7 | **send** 11:17,21 |
| 115:22,23 | 199:25 200:4,7 | 255:22 260:24 | 17:23 18:10 |
| 116:12,16,19 | 200:8 201:15 | 265:8 266:8,9 | 19:5 70:15 |
| 116:24 117:1,4 | 201:23,24 | 266:18,19 | 76:6 123:6 |

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ      Document 349-3      Filed 04/10/25      Page 351 of 370

290:17
**sending** 20:15
**senior** 35:20,21
36:3 37:6,7,18
39:11,12 40:25
41:3,4 69:18
69:22,23
**sense** 9:9
101:19 131:20
143:5,10
237:10 238:21
249:2
**sent** 11:25
12:13,21 18:16
19:14,20 67:24
72:3 88:6
**sentence**
109:20 114:9
114:17,25
172:21 175:10
175:16,18
177:23 184:5,6
184:11,17
188:4,16
190:14,25
210:10 212:7
214:17 266:11
275:2,2 283:20
**separate** 23:16
**separately** 3:4
32:25 94:7
**september**
23:14 77:12
83:14 247:17

252:6 281:5
**serial** 144:8
150:19
**series** 50:23
171:23
**serve** 105:14
177:4,5
**served** 11:1
13:11 54:24
55:2 57:1
264:18
**server** 109:14
**servers** 22:6
**serves** 109:23
**service** 103:5
106:12 202:20
203:5 206:10
214:6 218:16
218:24 219:1
219:24 220:6
220:12 221:11
221:12 222:9
222:12,22,24
225:11 239:16
239:23 241:8
241:22 242:4,7
242:12,13
243:2 246:5,20
247:21
**services** 57:16
69:17 71:12
74:21 102:15
**serving** 160:3
213:4

**set** 196:22
200:19 248:4
288:8,20
**sets** 195:1
**setting** 159:6
**setup** 267:11
270:16,16
**seven** 19:13
133:6,12,14
285:9
**several** 7:14
48:5 56:13
86:23 112:2
140:18,19
161:1 163:1
195:7 200:23
209:3 255:24
269:14
**shape** 177:7
**shaped** 177:3,3
**share** 11:17
36:4,14 103:15
147:4
**shareholder**
103:13
**shareholders**
37:14
**shares** 36:11,18
36:20
**shear** 280:5
**sheet** 105:7
113:3 174:13
200:12 243:1
290:12,14,16

290:18
**sheets** 113:13
113:22,23
114:24 115:13
117:5 193:17
194:6 254:25
**shipment**
195:21
**shiver** 266:17
**shoot** 151:2
**short** 5:11
160:13 191:13
250:4 271:18
284:5
**shortly** 38:5
**show** 9:19
14:21 65:25
83:22 86:11,19
91:25 101:24
102:1 104:15
105:19 111:16
111:17,25
116:10,21
117:4 122:2
125:10 127:15
145:4 149:25
155:13,22
179:4,7 180:13
180:24,25
185:15 187:25
194:11 196:7
196:10,25
197:25 198:4
200:15 203:13

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 352 of 370

208:2 211:5
216:25 223:10
228:13 231:18
231:20 239:9
246:25 250:3
251:14 252:20
256:13 258:11
258:15,25
264:10,16
270:21 271:1
272:3,16
273:14,22
277:24 279:8
281:14
**showed** 105:15
166:3 167:4,10
171:14 184:21
202:8 205:18
213:10,13
214:1 221:3
255:23
**showing** 44:9
99:8 149:12,22
151:21,22
155:14 156:5
166:21 167:23
171:6 179:22
202:7
**shown** 72:6
93:2 127:7
133:16 136:19
152:7,9,13
174:11 175:13
201:18 221:23

225:1 234:1
236:16 243:15
261:20 280:21
283:25
**shows** 46:22
85:20 102:13
161:4 174:25
175:5 194:14
204:14 212:21
216:9 219:16
221:4 223:1,2
223:21 228:2,3
228:7,10
231:11 251:8
255:11
**shut** 193:5,6
202:9,14,16,18
203:2,3 206:8
206:15,16
207:6,13
213:19 214:2
214:16,17,18
215:16,17,24
216:19 220:24
221:22 222:2
222:16,19
225:6,8,17,19
225:22 227:7
228:22 243:16
243:20 245:8,9
245:13,15,20
245:23 254:24
261:25 275:4
276:14

**shutdown**
216:14 275:25
**shutoff** 261:24
**side** 58:11,19
68:7 73:15
106:6 115:8
127:8 128:3
133:20,22,23
135:10 218:11
219:15 261:25
**sided** 89:19
**sides** 115:7
136:2
**sign** 76:8
**signature** 26:22
26:23 288:23
290:9,14
**signed** 284:8
290:15
**significant**
191:9 202:8
**signing** 27:6
288:13
**sim** 279:15
280:3,11,12
**similar** 17:8
58:21 88:10
132:1,7 212:7
234:4
**similarly**
222:10 271:7
**simplified**
267:11

**simply** 46:23
52:23 214:13
**sincerely**
290:19
**single** 70:20,24
71:5,8 99:18
119:22,23,25
120:1 271:2,16
**sir** 36:13 37:16
76:18 78:20
87:14 88:23
89:20 91:12
116:15 121:7
178:3 183:21
188:15 194:24
204:13 213:24
215:19 218:24
220:20 229:4
232:16 234:14
236:9 247:7
286:20
**sit** 26:2 41:15
52:12 65:25
119:10 130:11
164:20 200:20
202:24 209:19
211:17 227:18
264:12,13
**site** 4:5,8 50:4,9
102:25 140:17
140:19 163:7
183:3,9 213:16
268:2 274:15
274:23 277:1

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 353 of 370

279:14,15
280:3,11,12
**sites** 55:10,11
**sitting** 144:17
**situated** 151:1
**situation** 37:9
70:12 271:25
**situations**
111:8
**six** 19:13 81:3
89:15
**sixth** 100:11
**size** 153:14
154:25 157:13
**sketch** 175:13
**sketched** 178:2
**skip** 101:4
**slightly** 269:15
**slowly** 142:14
**smaller** 133:22
152:23 167:22
**soderberg** 35:4
35:10 39:16
**software** 16:3
**sole** 185:23,24
**somebody**
104:23 122:8
207:9 209:1
224:21 226:8
**somebody's**
126:20
**somewhat**
270:1

**soon** 43:10,11
87:15 179:10
**sorry** 21:10
86:15 89:23
121:7 151:19
179:25 182:16
186:23 189:16
199:22 202:12
223:24 224:3
229:13 232:25
233:19 283:19
284:12 285:5
**sort** 12:4 15:11
25:16 50:6
60:21 68:15
93:24 105:23
105:24 106:2
121:11 146:21
163:12 166:23
167:19 168:3
200:10 238:10
246:12
**sound** 22:20
28:10 29:15
**sounds** 13:17
22:21 166:22
**source** 204:11
204:13 205:13
205:13,14
271:13
**sources** 196:5
244:4 247:11
280:3

**south** 2:5
**southern** 1:2
6:11
**spanned** 30:22
**spare** 144:2
**speaking** 12:8
**speaks** 283:14
284:25
**special** 40:15
**specific** 10:24
13:13 25:3
42:20 46:11
55:21 62:17
69:19 84:10
101:1 117:24
122:15 123:2
159:25 162:21
163:10 167:5
226:23 259:22
268:2 274:15
274:23 276:12
276:13,13,14
**specifically**
19:15 41:9,21
72:17 73:8
75:22 118:16
118:18 119:11
120:20 145:9
148:23 162:22
182:5 196:1,6
200:18,25
204:16 208:18
211:18 217:12
227:21 250:12

251:17 259:2
260:18 276:19
**speculate** 105:4
231:4
**speculated**
280:19
**speculating**
181:12
**speculation**
280:6
**spell** 35:5
**spend** 115:20
169:22
**spent** 30:12
57:8
**spiliotopoulos**
3:12 21:21
60:13 192:5
**spilotopoulos**
15:2 31:21
32:12,13 34:23
41:17 59:15
79:14 202:23
**spiractor**
127:19,21
128:3,8,8,9
129:9 133:1,20
133:25 134:1,7
134:21 135:24
135:25 136:3,8
138:19 140:20
141:10,15,19
141:25 142:4
143:14,19

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 354 of 370

144:24 148:3
148:15 153:1
153:23 154:2
155:7 171:17
171:20 174:23
174:25 175:5,8
176:1,18
181:24 277:4
277:14,15
**spiractors**
34:17 131:14
131:16,19,19
132:7 133:4
138:23 139:4,7
153:8 174:8
**spreadsheet**
3:19 92:2,13
92:15 99:4
224:11,12
248:18 249:13
**ss** 288:2
**sspa** 3:16 19:11
70:21 104:19
116:17,18
**staff** 11:22
16:23 35:6
41:4 116:3
**stage** 158:11
260:15
**stair** 158:1
**stamp** 70:21,25
77:16 78:4,8
78:10,24 79:2
114:21 117:7

118:1 125:14
133:17 135:7
196:14 198:24
218:4 241:13
251:24
**stamped** 74:5
76:19 77:2,8
77:18 78:1
86:4 114:11
247:3
**stamps** 114:19
116:17 118:9
124:24
**stand** 27:25
68:9
**standing**
126:23 160:22
164:3 171:2,11
**stands** 229:10
286:1
**start** 82:4
83:13 85:20
92:9 93:20
99:23 184:4
192:3 260:19
263:4,23
**started** 31:21
32:15 38:2,5
46:11 93:6,9
100:22 138:16
169:9 216:3
233:10,15,20
234:8 260:24
266:12

**starting** 94:1
233:5 234:2
**starts** 251:17
**stat** 251:4
**state** 208:18
266:6 283:22
**statement**
159:25 190:19
222:17
**statements**
106:11
**states** 1:1 2:12
3:10 6:9,17,23
14:24 25:15
80:19 105:21
105:24 106:7,8
106:13 112:11
208:7,10,20
209:21 278:8
278:23
**stations** 55:17
55:23
**stay** 15:6 89:23
180:3 198:16
261:13
**stayed** 30:19
160:16 202:18
**step** 158:6
243:23
**steve** 38:3
**stick** 262:21
**stigma** 109:9
109:15

**stigmatized**
109:4
**stock** 36:12
**stop** 8:13,17
43:11,13
149:15 227:8
272:17
**stoppage**
275:12
**stopped** 260:24
275:18
**stopping** 43:9
**stops** 180:16
228:9
**stopwatch**
260:17,18,22
**storage** 213:15
234:6
**straight** 151:3
151:11
**strainer** 266:1
**street** 1:13 2:15
6:7 290:2,7
**stressor** 235:19
235:21,22
**stricken** 278:4
278:6,16,16
**strike** 141:3
169:23
**strong** 109:16
**struck** 281:1
**structure** 36:9
127:19

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 355 of 370

studies   58:6,11
study   108:10
  182:25
stuff   20:8,15
  132:4 154:10
  210:13
style   27:2
subcontracts
  104:10
subject   4:20
  5:11 191:15
  211:8 216:22
  250:7 263:21
submitted
  28:18
subpoena   9:22
  9:22 10:4,7,11
  10:15,19,22,23
  11:1,8 12:3,11
  12:14 13:7
  14:2 21:3
  67:25 68:21
  69:3
subsequent
  115:14
subset   103:6
substantial
  104:10 265:25
subtotal   103:12
succeed   109:25
successful
  110:13
sudden   227:23

sufficient   237:2
  262:15 280:6
sufficiently
  215:19
suggested
  264:9
suite   290:2
sum   235:3
summarized
  244:11 269:4
summary   4:12
  16:17 40:5
  72:6 74:9
  76:20 77:11
  201:18 224:17
  230:5
summer   22:24
  23:7 84:13
supervisory
  211:7
supplement
  79:1,3
supplemental
  4:4 14:9 53:17
  78:7 111:21
  112:12 113:20
  115:21,25
  117:11,13,22
  121:3 124:22
  198:6
supplemented
  66:12
supplied   11:13
  210:24

supply   5:9 32:9
  69:3 153:13
  154:2 155:3
  157:1 158:16
  184:18 185:17
  187:5 190:16
  191:2 192:20
  206:19 216:8
  216:20 227:4,4
  227:5 230:3
  231:22 242:21
  245:20 249:16
  249:17 254:23
  283:11,17,24
supplying
  155:1 245:4,5
support   34:22
  39:18 40:16,17
  41:14 62:25
  118:22 121:4
  121:12,14
  160:9,10 216:7
  216:18 256:17
  262:16 275:24
supported
  280:9
supporting
  19:5 59:25
supports   52:14
  53:6 121:10
  148:7 249:8
suppose   11:20
  12:23 35:1
  77:25 105:16

  167:24
sure   9:2 13:3
  41:2 52:24
  68:10 91:10
  108:23 110:23
  116:12 190:24
  197:5 222:11
  235:2 254:17
  272:6
surfaces   174:11
susan   264:3,11
suspended
  136:16
swear   7:2
swore   7:18
sworn   7:4
  288:9
system   16:3,4
  21:15 70:9
  129:2 158:17
  159:11,12,14
  161:8,20,21
  162:2,5,11
  185:11,15
  213:11 235:8
  238:5,6
systems   21:18
  173:9,19
  182:24,24
  184:18 185:17
  187:10 190:16
  191:2,9 218:8
  283:1

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 356 of 370

**t**

t 36:1 278:22
278:22 288:3,3
289:1,1
table 4:12
194:9 197:6
225:7 235:4
244:12
tabs 81:9,12,15
tail 155:12
tailings 62:7,8
take 8:12,14,16
8:19 16:16
27:21,23 33:8
34:16 44:8
45:9 50:7
66:21 71:18
84:15 87:13
88:17,20
108:21 122:3,8
122:11,12
123:3,5,10,11
126:14 129:17
133:9 137:24
139:3,5 141:14
141:19 142:7
146:14 155:20
160:2 168:19
191:13 195:14
220:17 225:6
231:25 232:8
244:10 262:14
267:9 268:25

273:18
taken 1:11 3:20
4:8,13 6:8
30:25 122:17
133:19 139:6
140:8,9 149:19
153:4,9,11,18
153:19 156:13
157:10 176:14
185:22,24
186:2,18 187:2
187:10,16
190:2 193:5
194:15,18,22
204:17 219:17
220:11 221:5
229:16 278:11
280:19
takes 15:21
259:20 274:18
talk 15:8 23:16
48:20 58:5
191:24 224:11
235:19 255:15
264:4,22
talked 41:17,19
80:5 100:4
117:21 163:9
191:1 215:7
236:6 242:25
278:14
talking 8:20
18:19 99:6
100:3,9,13

101:21 124:23
132:2 138:10
141:22 160:23
161:14 166:20
169:6 172:17
201:17 213:22
232:21 238:1
238:20 244:18
244:21 246:6
252:9 264:16
277:25
talks 19:22
81:10
tall 175:1
tan 126:10
tank 159:2
260:11 262:23
263:3,13
tap 90:5
task 32:10
65:11 209:2
tasked 63:12
tawara 30:24
31:1,5,7,10,13
33:8,10 58:25
84:3 173:2,8
173:19 183:1
184:14 187:12
191:3 267:23
268:20 274:25
tce 173:10,21
184:22 185:4
192:21 193:11
194:7,15 200:5

204:18 212:19
213:13,17
214:1 234:20
235:6
team 74:23
technical 84:23
technically
207:14
tell 7:19 8:13
9:4 24:3 40:1,3
57:17 74:11
80:12 86:2
119:10 134:4
146:13 147:23
148:4,5 149:4
155:15,24
157:13 165:19
168:5 172:12
175:19 200:17
215:4 217:20
261:10 266:10
271:2
telling 7:25
30:7 134:5
164:8
tells 216:16
243:1 252:8,16
temporarily
203:3 212:22
214:5 222:2
terrace 30:24
31:1,5,7,10,13
33:9,10 59:1
84:4 173:2,9

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 357 of 370

173:19 183:1
184:14 187:12
191:3 267:23
268:20 274:25
**test** 198:20
199:2 240:24
241:9,22,23
242:2,8,13,14
243:6 244:8
245:2 248:6,7
248:7 276:18
**tested** 203:12
203:15 248:3
249:1 277:21
**testified** 7:5
12:13 44:25
62:11
**testify** 8:4
**testimonies**
278:9
**testimony** 8:21
44:17,23
108:10 109:22
110:7 139:8
276:13 279:3
279:12 280:2,4
280:5,9 288:10
**testing** 243:9
243:19 244:16
280:11
**tests** 244:3,11
244:19,22
**tetrachloroet...**
173:9,20

**texas** 54:13
56:22
**text** 123:8
**thank** 7:18
86:11 89:13
90:15 167:18
235:18 286:20
286:21
**thereabouts**
66:11 100:6
249:23
**thickness**
267:13 270:18
**thing** 15:24
21:19 72:2
76:3 113:22
128:15 129:5,7
182:19 263:14
268:9 269:18
269:22,23
280:16
**things** 12:14
21:13 28:16
66:20 89:11
110:9 116:4
118:3,16
128:11 144:21
163:10 164:7
165:22 166:11
209:4 214:24
214:25 215:1
225:15 269:14
269:17 270:2,4

**think** 22:3
23:13 26:22
28:7 29:9,22
29:24 30:9,21
40:2 42:15
48:22 50:17
53:22 75:20
83:5 114:1,4
120:18 121:24
122:15 123:18
124:10,21
127:2 132:3,6
132:11 135:12
142:9,15
146:20 149:16
155:22 156:2
168:8 187:15
194:9 200:24
201:12 202:12
206:16 210:6
215:22 217:6
223:12,22,25
224:1 228:16
229:7 237:2
238:25 242:21
247:22 250:13
262:4 273:16
278:22 281:8
**thinking** 55:8
**third** 34:3 43:5
83:5 116:8
119:7 192:19
199:18 251:2
284:13

**thorough** 49:7
111:7 120:9
**thoroughness**
110:1
**thought** 76:14
93:15 121:17
165:19 226:21
230:24 275:24
**thread** 146:21
**three** 8:7 14:5
27:20 30:3,10
30:14,15,18
33:2,24,25
37:21 38:11,15
39:2 44:9,13
44:15 45:3
46:6 49:5,16
51:6 113:17
115:11 122:16
127:5,12 174:9
180:12,13
184:6 195:15
196:5 221:23
247:10,14,15
254:10 267:6
268:13 269:6
269:11 270:13
271:5,9,11,12
271:21,21
272:12 283:10
**throw** 125:6
147:18,21
**thumb** 4:7
126:18 135:9

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 358 of 370

| | | | |
|---|---|---|---|
| **thursday** 1:13 | 181:20 183:15 | **timeframe** | 27:20 28:1 |
| **till** 133:7,9 | 185:18 190:17 | 61:19,20 93:25 | 30:9 41:23 |
| 251:21 | 191:14 207:8 | 141:1 170:2 | 45:18,21,22,22 |
| **time** 6:6 15:14 | 207:24 214:5 | 237:23 | 45:24 46:5 |
| 15:16,19,20,23 | 215:19 216:9 | **timeframes** | 52:12 80:3 |
| 16:4,15,16,18 | 216:13 222:20 | 249:1 | 105:7 130:11 |
| 16:20 18:8,19 | 224:14 231:22 | **timekeeper** | 130:21 159:4 |
| 18:21,22 19:7 | 237:10 238:14 | 16:10 | 164:20 200:16 |
| 22:3 23:18 | 238:22 239:1 | **timekeeping** | 200:21 202:25 |
| 24:9 25:25 | 243:15 246:2 | 18:20 19:5 | 209:20 211:18 |
| 26:21 27:6,10 | 246:11,17 | 70:4 | 235:12 264:12 |
| 27:12,14,16 | 248:16 249:6 | **timely** 259:17 | 264:13 280:21 |
| 29:5,7,12 | 249:23 251:11 | **times** 8:7 29:22 | **today's** 6:5 |
| 31:20 33:6,18 | 252:10 254:21 | 29:24 30:3,10 | **together** 14:22 |
| 33:22 34:3,18 | 255:4,25 | 30:14,15 33:2 | 38:21 49:7 |
| 37:6,25 38:16 | 256:17 257:15 | 33:24,25 34:2 | 69:14 120:10 |
| 39:10 40:4,5 | 258:3 259:23 | 34:8,10 40:15 | 153:14 193:4 |
| 40:24 53:14 | 260:10,10,14 | 44:20 45:2,4 | 209:1 |
| 56:7,21 58:16 | 260:14,16 | 46:6 48:5,18 | **told** 31:17 |
| 58:24 63:14,21 | 263:16 264:22 | 49:16 138:22 | 41:15 69:21 |
| 64:16,20 65:7 | 264:25 266:5 | 145:1 209:4 | 93:13 122:10 |
| 65:13,17 66:4 | 266:21 267:8 | 267:1 268:7,10 | 140:8 144:25 |
| 66:17 70:10 | 267:20 268:1 | **timestamp** | 145:14 146:4 |
| 72:5 77:24 | 269:16 270:3 | 125:14 | 159:9,17 |
| 105:7 107:7 | 271:1,18,25 | **timing** 38:12 | 160:21 162:4 |
| 115:20 117:19 | 273:12 274:7 | 64:6 261:1,7 | 162:14,21 |
| 128:8 131:15 | 274:17 275:25 | **titan** 278:21 | 165:6 166:2 |
| 138:15,16,23 | 278:10 282:18 | **title** 35:9,18 | 260:25 |
| 138:24 139:1,2 | 283:12,19 | 40:20,21 199:6 | **tonkin** 35:25 |
| 142:25 147:20 | 284:6,11,22 | **titled** 115:21 | 36:3,24 37:13 |
| 157:24 160:13 | 285:17,20 | **today** 7:20,22 | 37:13 38:23 |
| 161:13 165:23 | 286:11,14,22 | 8:13,21 9:2,8 | **took** 116:21 |
| 165:24 168:10 | 286:22 | 10:3,8 13:15 | 121:23 122:6 |
| 168:10 170:6 | | 23:6 26:2 | 122:24 123:7 |

Golkow Technologies,
877-370-3377                      A Veritext Division                      www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 359 of 370

123:14,18,21
124:3 125:20
125:20 143:21
149:18 151:22
153:6 157:7,10
164:1 167:14
180:12 181:12
187:19 189:13
223:14 224:10
233:19,20
249:12 255:2
260:12,14
262:4,9 263:15
274:22 275:8
275:11
**tool** 109:24
137:7
**tools** 60:22
127:23 136:24
238:21
**top** 66:22 71:23
77:15 78:4,12
80:22 81:16
83:5,20 85:11
85:23 89:16,25
91:1 92:5
106:17 128:7
128:20,21
129:10 135:1
135:19 136:17
140:17 152:4
153:23 154:5,5
155:17 158:2,4
174:11,18

175:4,6,8
178:25 180:15
198:21 199:7
199:11 203:24
211:10 217:8
218:7,9,11
220:1,8,14
233:3 239:22
240:20 250:4
251:19 253:21
260:20 261:13
263:7
**topic** 45:18
55:13 81:19
86:5 278:12
**total** 37:12 92:6
100:1 102:10
102:17 103:10
135:17 234:25
**totality** 14:10
**touch** 136:16
273:5
**tour** 47:13
48:17 165:8
**tower** 167:16
**towers** 166:9
167:11 234:7
**toxins** 62:15
**trace** 184:22
185:11,16
**track** 15:18,20
15:25 110:18
**training** 282:15

**transaction**
82:17
**transcript**
146:24 147:6
289:19 290:12
290:16
**transcripts**
109:22
**transfer** 75:22
124:15
**transferred**
18:5 164:11
**transmit** 75:11
**transmitted**
75:17
**transport** 5:15
54:3 62:19
267:17 271:8,9
273:16
**travel** 15:22
40:10 264:22
264:25 266:5
266:21,25
267:6,10,20
268:1,7,10
269:16 270:3
270:25 271:25
272:23 273:12
274:7,18
**treated** 156:9
156:10 157:8
201:20 202:1,6
212:9

**treatment**
30:24 31:1,5,6
31:9,13 33:9
33:12,15 34:6
34:7,8 49:13
50:8,21 127:13
127:18,18
129:14 131:21
138:4,11,18
139:25 141:12
142:3,6 143:12
143:14 145:16
148:15 150:4
152:21 153:4
153:20 156:16
157:6,9,17
158:11,14
159:20 162:17
163:11,14
165:18 166:14
173:3 174:9
175:11 176:17
185:10 186:3
186:23 187:2
187:11,13,14
187:17 189:7
189:11,23,24
212:8 232:23
233:11,21
234:6,9 235:14
238:9
**trial** 5:17 44:17
44:21 107:17
109:22

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 360 of 370

| | | | |
|---|---|---|---|
| **trials** 45:5,7 | 134:18 149:4,7 | 283:10 | 237:3 239:1,2 |
| **trichloroethyl...** | 154:13 169:24 | **turned** 202:19 | 242:22 255:6 |
| 173:21 | 187:8 192:17 | 203:1 222:16 | 257:6 261:21 |
| **tried** 258:13 | 210:5 215:23 | **tv** 111:18 | 261:22 268:13 |
| **triggered** 28:13 | 222:22 233:25 | 167:21 | 270:3 275:12 |
| **trihalometha...** | 243:23 259:16 | **twice** 48:22 | **type** 15:22 |
| 173:11,22 | 268:10 270:19 | **two** 8:24 15:21 | 21:19 42:23 |
| **trip** 30:21 | **tt** 5:16 184:9 | 28:17 30:20,22 | 69:17 88:2 |
| **trips** 30:18,19 | 264:23 265:1 | 33:2 34:2,10 | 131:16,18 |
| 32:25 | 266:6,22 | 34:15 35:23 | 195:12,12 |
| **truck** 141:10 | 270:15 271:6 | 36:10,24 37:5 | 235:11 |
| 141:11 142:18 | 275:3,11,24 | 37:5 46:6 47:1 | **types** 36:10,15 |
| 143:16,25 | 276:20 | 47:17,24 49:24 | 36:16 255:24 |
| 144:5,17 145:5 | **tube** 153:2 | 54:12 59:5,17 | **typical** 8:10 |
| 145:25 146:13 | **tubes** 277:14 | 70:1,2,5 73:11 | 74:15 144:23 |
| **true** 190:19 | **turn** 13:22 | 88:19 89:6,14 | 162:14 163:5 |
| 222:12 236:19 | 76:16,22 77:2 | 89:15,19,21 | 167:15,17 |
| 238:14 269:8 | 77:15 78:1,7 | 113:9,9,17,19 | **typically** 74:19 |
| 272:15 280:21 | 81:17 83:4 | 113:19,22 | 75:4 76:4 |
| 288:10 289:19 | 85:8 88:16 | 115:3,3,7 | 165:23 195:15 |
| **trust** 209:7,9 | 89:13 90:18 | 117:6 126:24 | 195:23 |
| 209:11 240:2 | 99:20 100:10 | 126:24 127:5 | **typos** 205:1 |
| 240:11 | 102:8 108:13 | 131:8 142:7 | |
| **truth** 7:19,25 | 110:5 111:20 | 143:15 144:21 | **u** |
| 271:3,4 | 116:15,22 | 148:2,11 149:8 | **u** 35:7 39:21 |
| **truthful** 111:7 | 156:17 172:19 | 154:18 159:24 | **u.s.** 2:13 17:10 |
| 208:23 | 176:3 177:19 | 163:18,20 | 19:25 48:1 |
| **truthfully** 8:4 | 182:13,21 | 168:8 189:6,13 | 71:24 290:7 |
| **try** 7:12 111:18 | 184:4 197:12 | 189:17 193:4,6 | **ultimately** |
| 120:25 220:16 | 199:9,10,16 | 193:7 195:15 | 142:16 268:17 |
| 222:7 | 213:2 218:2 | 196:5 197:4 | **unavoidable** |
| **trying** 12:10 | 228:10 241:4 | 198:7 203:7 | 109:10 |
| 13:14 46:25 | 241:13,20 | 204:8 205:12 | **unchanged** |
| 47:5,23 130:20 | 251:21 279:8 | 221:3 236:7,24 | 121:8 |

Golkow Technologies,
877-370-3377  A Veritext Division  www.veritext.com
Case 7:23-cv-00897-RJ  Document 349-3  Filed 04/10/25  Page 361 of 370

**under** 7:18 8:2
68:7 69:17
71:24 76:19
77:11,17 82:14
83:24 86:22
87:11,16,22
88:2 89:25
90:6,16 99:7
106:7,10 107:1
108:6 119:25
121:18 149:23
156:22 158:1
173:6 176:22
182:23 183:23
208:15,16
219:10,12,17
229:9 234:19
247:9,10
249:15 253:14
263:2 277:5,12
279:20
**understand**
7:19 9:3,5,7,11
9:14 31:3
42:18 46:24
52:24 53:10
54:2 62:18
66:16 72:15
92:17,18,25
118:13 137:6
146:17 151:1
154:9 167:3,8
175:19 177:5
190:24 204:22

230:23 235:2
238:19,20
243:24 252:12
257:9 273:15
277:9 278:18
**understanding**
21:15,20 52:7
58:15 62:11
68:24 69:25
74:17 79:18
100:20 102:22
144:5 154:20
165:17 177:12
178:20 181:8
185:21 187:9
194:19 208:17
210:25 245:12
259:24 264:20
**understood** 9:9
9:15 12:10
20:25 22:3
44:3 53:16
60:19 88:23
104:6,15
131:24 164:4
211:5
**undertake**
10:11 22:5,9
**unexpectedly**
141:9
**unidentified**
131:7
**uniquely** 46:8

**united** 1:1 2:12
3:10 6:9,17,23
14:24 25:15
80:19 105:21
105:24 106:7,8
106:13 112:11
208:6,9,20
209:21 278:8
278:23
**university** 54:8
**unknown**
235:16
**unnamed**
161:15
**unreliable**
279:18
**unusual** 159:6
**updated** 117:12
**updates** 113:4
**upgraded**
70:11,11
**uranium** 61:12
61:14
**usa** 4:6 5:17
116:25 117:7,8
124:24 125:15
133:17 149:13
149:19 151:22
153:17 155:14
156:5,14
157:12,13
171:17
**usaspending....**
3:18 80:18

81:18 102:12
**usaspending....**
92:8,21
**usdoj** 3:24
**usdoj.com** 2:16
2:17
**use** 5:9 15:9
22:18 49:16
58:4 75:6
111:17 127:23
128:12 129:19
137:7 148:4
149:3 160:9,9
199:17 227:5
235:23 244:12
245:19 249:16
255:1,13
260:16 269:5
**used** 38:1,6
52:5,6 59:2
63:12 80:3
100:5 123:22
123:23 128:17
136:14,22
137:18 141:18
141:24 144:1
144:14,15,22
206:4,18
224:12 227:3
229:1 235:16
246:7 248:23
252:9,10
255:25 267:11
267:12,24,25

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 362 of 370

275:19
usgs  38:2,6,8
using  22:22
  46:23 48:25
  60:21 61:24
  123:15 141:15
  161:19 162:1
  169:10 189:2
  248:17 255:5
  272:4 285:1
usmc  4:20 5:12
  5:14 153:8
  250:6 251:15
  251:25
usmcgen  4:11
  188:5
utilized  58:10
  62:23 63:7
  272:19 284:7
utilizing  279:18

**v**

v  5:17 103:1
valid  64:16
  267:21
valley  56:1,2
value  102:17
  181:1 235:10
values  32:6,8
  59:2 61:23
  63:17,17
  178:21 179:12
  252:7 269:11
  277:21

valve  261:24,25
various  103:11
  236:20 237:5
  248:19 275:10
vc  184:24
venezuela
  283:2
vent  155:18
  156:4 158:10
verbiage  210:2
verified  240:11
verify  166:1
  176:14 182:7
  225:3 226:17
  257:15,21
  258:2
veritext  290:1
versus  255:6
  278:22,22
vertically
  128:19
vial  156:19,22
  195:5,9,18
  196:2
vials  195:17,22
  196:1 219:10
video  121:25
  262:7
videoconfere...
  1:12
videographer
  2:19 6:3,5 7:1
  45:11,14 88:24
  89:2 147:8,11

191:16,19
  232:9,12
  286:15,23
videos  122:4
videotape
  260:11,12
  262:13,19
videotaped  1:9
  262:11
view  222:1
  275:24
views  64:12
visit  4:5 49:7
  50:4 116:8
  122:10,19
  140:18,20
  141:2,9 165:16
  165:16
visited  31:8
  33:11 140:1
visits  4:8 47:11
  48:20 49:5,7
  49:24 50:9
  122:14 183:4,9
visual  132:22
  137:18 143:9
  177:13 179:17
  179:18 180:23
visually  178:4
  179:9
vital  136:23
  137:7
voc  172:25
  174:11

vocs  183:25
  188:17
volatilization
  141:24 232:22
  234:10,17
  256:18 258:19
  259:8,9
volume  106:6
  131:21

**w**

w  38:13
w912dw09p0...
  83:7
w912dw11p0...
  82:1
wa  1:12 288:4
  290:21
wait  38:17
  232:1
waived  288:14
waiver  290:9
walk  50:6
  165:11
wall  154:23
want  9:2,8 22:3
  23:16 24:24
  27:23 28:1
  31:2 37:4
  66:20 69:13
  78:8 88:16
  104:2 105:4
  115:20 141:8
  147:17 159:1

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 363 of 370

165:4,21
173:15,24
175:18 190:24
191:24 195:11
210:4 220:16
229:23 231:6
235:7 263:14
268:9
**wanted** 16:14
16:24 29:2,3
39:23 45:8
113:5 122:13
127:25 128:18
128:21 130:3
146:16 246:9
262:8,12,14
263:20 285:17
286:6
**warehouse**
48:24
**washington**
1:13 2:15 5:19
6:8 64:7,14
65:14,21 106:9
281:17,22
290:8
**waste** 266:7,13
**watch** 260:17
260:24
**water** 1:4 4:13
4:20 6:9 17:13
28:23,24 30:24
31:5,6,9,13
32:9 33:9,12

33:14 43:2
49:13 50:8,21
55:4,5 58:6,9
58:10,18 59:6
59:7,12 62:24
63:8 64:17
65:5 121:18
127:12,17,18
128:10 129:12
129:13,14
133:25 134:3,4
134:5,6,6,9,11
136:4 138:4,10
138:18,19
139:25 141:12
142:3,6 143:12
143:13 145:16
148:1,14 150:4
153:3,20 155:4
155:8,12,17
156:9,10,15,17
156:18,19,22
157:1,8,16,17
157:20,21,25
158:2,5,9,13,15
158:19,22,23
159:1,4,5,6,7
159:19 160:8
160:14 161:3,5
161:9 162:7,17
163:10,11,14
166:9,10,10,11
166:13 167:5,6
167:10,11,16

173:3,9,19
174:13 175:11
176:17 179:22
180:17 182:23
182:24 183:25
184:8,18
185:10,10,15
185:17 186:2,2
186:23,23
187:2,5,11,12
187:14,16,17
189:7 190:15
191:2 201:19
201:20 202:1,6
205:8 206:19
211:8,19 212:8
212:9,9,10
213:5 214:13
216:1,8,20
218:8 227:4,4
227:6 230:2,3
231:22 232:22
234:7 235:14
235:23 238:9
242:21 245:4,5
250:19,20,24
254:23 255:16
255:18,23,24
256:3,9,21,24
256:25 257:7
258:19 259:7,8
259:10,20
260:5,8,11,14
260:20 261:11

261:13,15,19
262:1 263:2,3
263:6,12
264:17 265:7
265:10,15,22
269:5 272:13
273:6 277:13
283:1,11,17,24
**water's** 188:17
**waterloo** 42:14
42:19,25
**watermodeling**
4:14,18,19,22
4:23 5:4,6,8
196:12 199:21
217:2 239:11
247:4
**way** 15:23
17:12 21:13
22:12 43:5
51:21 52:21
69:15 70:8,9
76:15 83:20
87:12 90:9
99:20 112:17
128:12,25
134:7 146:23
155:6 169:23
170:18 176:13
194:4 199:18
209:17 210:6
210:20 217:15
221:6 222:12
223:4 226:3

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 349-3 Filed 04/10/25 Page 364 of 370

228:10 234:18
246:18 253:4
254:12 262:23
263:5 268:18
268:18 269:21
271:14 272:21
272:23 275:17
281:10 288:18
**ways** 268:7,17
271:15
**we've** 19:14
21:18 41:7,17
43:10 75:20
89:5 100:3,13
100:23 101:13
180:8 191:11
203:10 232:3
246:6 247:8
285:9
**wear** 126:3,4
**wearing** 126:6
126:25
**webpage** 84:21
**website** 80:17
81:18 92:20
93:2 102:13
**week** 66:11
170:7,8,12
172:5
**weeks** 111:23
170:4
**weir** 174:13
**weitz** 2:7

**weitzlux.com**
2:10,11
**wells** 5:9 49:14
186:7,13,15,17
186:20,25
187:5 193:6
201:20 202:2,7
205:7,9,15,19
206:13,14,14
206:22 207:10
207:11,12,22
207:22,24
209:22 212:10
212:20,20,21
213:3 216:16
216:16 218:15
219:24,25
220:3,4,5,7
221:12 223:2,3
223:15 224:6
224:14 225:2
225:10 227:3,4
231:11 236:11
236:11,20
237:5,11,13,17
237:18,21,22
238:1,2,3,8,16
239:2 242:19
243:1,2,6
245:16,25
246:3,19,22
248:19 249:16
253:13 275:10
275:19 276:9

276:14 283:12
**went** 28:7 29:4
29:23 30:2
33:2,22,22
34:3,5,7,8,18
48:21,22 49:12
50:11,15 51:10
51:13 74:12
75:23 92:4
120:4 122:24
129:21 130:24
138:22,23
139:1,2 142:25
143:2,3 145:5
167:25 168:7
168:13 171:12
171:15 206:9
207:21 224:17
239:15 241:7
241:15 243:23
247:21 256:19
257:10 260:4
279:25 281:10
**whereof** 288:20
**white** 107:14
**wide** 175:3
**wife** 40:15
**williams** 22:19
23:21 48:15,16
49:18 240:5,7
**wilmington**
218:3
**wise** 157:13
243:23

**wish** 37:24
40:23 54:10
55:18 57:13
74:19 128:24
135:20 144:23
195:23 223:19
234:6 235:12
260:1 263:11
265:18 268:14
269:16 275:17
286:20 289:4
**wishful** 222:6
**withdraw**
24:12 209:15
259:13 270:5
270:12,12
**withdrawing**
259:15
**withdrawn**
3:21
**witness** 1:11
7:2 11:11
12:18 13:16,17
14:18 18:13
19:2,18 20:6
21:12 23:2,9
24:6,16 28:19
32:2,19 37:4
41:11 43:24
52:20 53:10
54:17 57:25
58:23 59:23
60:15,25 62:3
63:3 64:23

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ      Document 349-3      Filed 04/10/25      Page 365 of 370

| | | | |
|---|---|---|---|
| 65:4,10 66:9 | 187:4 189:20 | 285:7,25 | 73:20 76:6,9 |
| 68:5 70:7 71:8 | 192:8 193:11 | 286:10,18 | 79:13,23 82:20 |
| 71:18 72:22 | 193:23 197:19 | 288:8,11,15,20 | 83:2 88:8 |
| 73:19 77:21 | 198:16 201:8 | **witnessed** | 91:17 93:6,9 |
| 84:15 87:8 | 205:25 206:12 | 121:19 260:8 | 94:1,5 99:23 |
| 94:4 99:14 | 208:25 209:9 | **witnesses** 3:25 | 100:22 101:4,5 |
| 101:10 102:5 | 211:22 214:1 | 106:18 107:19 | 101:15 102:1,2 |
| 102:21 103:25 | 214:11 215:7 | 108:6 | 102:24 103:1,2 |
| 105:4 106:2,22 | 215:22 217:23 | **word** 17:17 | 105:13 107:6 |
| 107:2 109:3,16 | 219:5 222:5,19 | 71:18 83:22 | 115:25 118:14 |
| 110:1,17 111:6 | 223:18 224:21 | 84:15 108:21 | 121:3,9 127:12 |
| 111:10,11 | 227:14 228:25 | 129:19 167:25 | 129:21,22 |
| 112:21 114:21 | 230:19 231:3 | 206:18 240:19 | 130:24 131:9 |
| 115:6 117:16 | 231:17 232:3,7 | **wording** | 138:16 144:7,9 |
| 118:21 119:19 | 233:14,23 | 215:14,14 | 163:8 171:1 |
| 120:3 124:5 | 234:12 235:2 | **words** 173:17 | 190:7 193:18 |
| 125:10 130:13 | 236:16,23 | 206:4 222:6 | 225:2 232:24 |
| 131:13 132:21 | 237:8,25 | **work** 15:1,10 | 256:20 259:5 |
| 133:14 136:13 | 238:19 239:5 | 18:2,21 19:6 | 259:18 284:7,8 |
| 137:11,21 | 240:11 242:25 | 25:17,19,23 | 285:2,3,16 |
| 139:24 144:21 | 243:14,22 | 26:1,5,7 29:17 | 286:5 |
| 146:4,12 | 244:7 245:2,12 | 30:13 31:16,21 | **worked** 39:8 |
| 148:11 160:12 | 245:18 246:15 | 32:4,15 33:16 | 40:2 58:20 |
| 161:1 164:10 | 248:22 249:25 | 34:21,22 38:8 | 62:13 64:8 |
| 166:25 169:4 | 253:11 255:10 | 38:25 39:14,17 | 159:19 162:17 |
| 169:12 174:6 | 255:22 256:13 | 39:21 41:14 | **working** 11:24 |
| 174:22 175:24 | 256:23 257:18 | 42:21 46:11,17 | 18:8 38:7 52:4 |
| 176:22 177:12 | 258:1,11,25 | 47:19 49:3 | 79:15 83:1 |
| 178:8,19 179:4 | 261:17 265:3 | 51:8 57:14,21 | 88:22 99:11 |
| 179:17 180:9 | 273:1 274:3 | 58:17 59:13,20 | 107:1 160:4 |
| 180:23 181:8 | 276:3,17 277:8 | 59:21 61:22,24 | 162:19 224:21 |
| 181:19 182:11 | 277:24 280:23 | 62:12,25 63:9 | 232:2 252:23 |
| 183:11 185:3 | 281:7 282:5 | 63:9 64:1,5,10 | 277:15 |
| 186:1,12,20 | 283:8 284:14 | 64:12 67:3 | |

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 349-3     Filed 04/10/25     Page 366 of 370

**works** 76:15
  245:5
**world** 57:13
  276:5
**worry** 198:25
  199:1
**worst** 185:8
**write** 15:14
  121:19 164:7
  282:23
**writing** 282:18
**written** 67:17
  68:15
**wrong** 7:23
  194:20 230:11
  230:13,17,23
  230:25 231:4,7
  231:8,9 275:18
  276:7,8
**wrote** 24:7
  108:18 110:15
  111:4 112:17
  206:17 257:18
  258:18
**wtp** 148:14
**wtps** 184:9

**x**

**x** 3:1 227:5
  229:2
**xyz** 75:2

**y**

**yeah** 112:3
  123:2,12 125:3
  191:8,23
  207:20 265:5
  265:24 284:16
**year** 34:5 57:5
  75:4 252:18
  266:23
**years** 21:14
  38:11 39:2
  44:5,6,10,15
  47:2,9,17,25
  59:6 60:3,3
  62:21,22
  108:23 132:8
  138:17 162:19
  162:20,20
  169:8 172:10
  183:13 214:22
  214:22 215:11
  215:13 255:6
  264:25 268:11
  268:13 273:13
  273:20 274:8
  276:10 281:20
  281:21
**yellow** 93:19
  99:5 134:15
**yep** 43:12
**yesterday** 15:9
  15:11,17 45:24
  46:4

**yield** 185:11
**york** 2:9,9

**z**

**zero** 87:17
  268:11,15
**zoom** 1:12 2:18

Golkow Technologies,
A Veritext Division
877-370-3377　　　　　　　　www.veritext.com
Case 7:23-cv-00897-RJ    Document 349-3    Filed 04/10/25    Page 367 of 370

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.