# EXHIBIT 7

Case 7:23-cv-00897-RJ     Document 349-8     Filed 04/10/25     Page 1 of 4

# W E I T Z
# &
# L U X E N B E R G

A PROFESSIONAL CORPORATION

• LAW OFFICES •

700 BROADWAY • NEW YORK, NY 10003-9536
TEL. 212-558-5500   FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG

BENNO ASHRAFI ‡
JAMES J. BILSBORROW ††
CHARLES M. FERGUSON
ALANI GOLANSKI †
ROBIN L. GREENWALD §§
GARY R. KLEIN ††
JERRY KRISTAL ••§
ELLEN RELKIN ≈ ££ ᵞ
MICHAEL P. ROBERTS
NICHOLAS WISE ºº
GLENN ZUCKERMAN

MEREDITH ABRAMS
ASHLEY S. ARRARAS § º
ANDREW L. BACKING ✱
LAURA J. BAUGHMAN ∆∆ *
RETT BERGMARK ‡
DEVIN BOLTON ‡
ERIN M. BOYLE ¶
AMBRE J. BRANDIS
RORY P. BUCKLEY
VENUS BURNS ‡
PATTI BURSHTYN ††
ALICIA D. BUTLER ✦✦
NANCY M. CHRISTENSEN ††
GABRIEL D. CLENDENNING
BENJAMIN T. CLINTON

THOMAS COMERFORD ≈
EDWARD M. COSTELLO, III ❖
TERESA A. CURTIN ¶¶
BENJAMIN DARCHE
JUSTINE K. DELANEY
ADAM S. DREKSLER
JASON B. DUNCAN ¶
BRANDON DUPREE ‡
F. ALEXANDER EIDEN ¶
MICHAEL FANELLI ††
LEONARD F. FELDMAN ¶
AARON S. FREEDMAN
STUART R. FRIEDMAN *
MARY GRABISH GAFFNEY ¶
ERICARAE GARCIA ✱✱
ANDREW J. GAYOSO ~
DIANA GJONAJ ✱
DANIELLE M. GOLD ††
LAWRENCE GOLDHIRSCH * º
NICHOLAS A. GONSALVES
ROBERT J. GORDON •††
LAURA GREEN ††
CODY M. GREENES ¶
MATTHEW A. GRUBMAN ¶
NICOLE A. HYATT
MARIE L. IANNIELLO † º *

ERIK JACOBS
A. NAOMI JAWAHAR
JEFFREY S. KANCA ❖❖ Ω
DAVID M. KAUFMAN ††
SEAN K. KERLEY Φ
CHANTAL KHALIL
ILYA KHARKOVER
SUZANNE KRIEGER ~~
JARED LACERTOSA
DEBBI LANDAU
LAUREN S. LINSENBACH ~~
ELIZABETH J. LUXENBERG
JOSEPH J. MANDIA ¶
COLIN MARKEL
JAMIE MATTERA
BRENDAN A. MCDONOUGH ††
SARA MERRILL º
MICHELLE C. MURTHA ¶
MELINDA DAVIS NOKES ‡‡
PAUL F. NOVAK ✱
JOSEPH T. OSBORNE º
JOSIAH W. PARKER ‡
MICHAEL E. PEDERSON
BRANDON H. PERLMAN
MICHAEL P. PIGGINS ✱
ROBERT J. QUIGLEY ‡

ADAM C. RAFFO
ALLISON H. RAIJMAN
PIERRE RATZKI
CHRIS ROMANELLI ††
BRITTANY A. RUSSELL ••
ALEXANDER C. SCHWARZ ᵞ
JARED SCOTTO
BHARATI O. SHARMA ¶
ALEXANDRA SHEF ‡
FALLON S. SHERIDAN
EDUARDO R. SOTOMAYOR ††
SAMANTHA E. STAHL
GREGORY STAMATOPOULOS✱
TYLER R. STOCK ‡
PETER TAMBINI ††
JAMES S. THOMPSON ††
BENJAMIN VANSLYKE ✱
CASEY THAL VERVILLE ◊
JASON M. WEINER ××
JASON P. WEINSTEIN
MARK S. WEINSTEIN ⊕ F
LAUREN A. WEITZ
JUSTIN J. WEITZ
MARK WEITZ
MARC WILLICK ‡
IILANA S.WOLK ††

\* Of Counsel
❖ Admitted only in NJ and PA
‡ Admitted only in CA
§§ Admitted only in IL
✱ Admitted only in MI
✱✱ Admitted only in OH
~~ Admitted only in PA
✦✦ Admitted only in TX
⊹ Admitted only in CO, IN, UT & WI
∆∆ Also admitted in CA, TX, MO
ºº Also admitted in CO
§ Also admitted in DC
º Also admitted in FL
❖❖ Also admitted in MA
◆ Also admitted in IL
†† Also admitted in NJ
ᵞ Also admitted in PA
Φ Also admitted in SC
~ Also admitted in WI
‡‡ Admitted only in CA & UT
¶ Admitted only in NJ & PA
◊ Admitted only in OR & MI
×× Also admitted in DC & MD
† Also admitted in NJ & CT
≈ Also admitted in NJ & DC
¶¶ Also admitted in NJ & ME
•• Also admitted in NJ & PA
Ω Also admitted in CT & RI
F Also admitted in NJ & PA
££ Certified Atty. NJ Supreme Court
⊕ Also admitted in CA
~~ Admitted only in PA

March 28, 2025

<u>*Via Email*</u>

Haroon Anwar, Esq.
Environmental Torts Litigation Section
U.S. Department of Justice
P.O. Box 340
Ben Franklin Station
Washington, D.C. 20044
Haroon.Anwar@usdoj.gov

      Re:  *In re Camp Lejeune* – Proposed Expert Site Visit

Counsel:

This is to confirm that at our scheduled meet and confer this afternoon, DOJ communicated its refusal to allow Dr. Sabatini access to the same facilities and people at Camp Lejeune that was provided to Dr. Hennet in Feb. 2025. The day after Dr. Hennet's deposition, counsel for Plaintiffs requested via the attached email that Dr. Sabatini be provided with access to Camp Lejeune to tour the Hadnot Point Water Treatment Plant (HP WTP) and other facilities and be allowed to interview HP WTP employees.

220 LAKE DRIVE EAST, SUITE 210 • CHERRY HILL, NJ 08002 • TEL 856-755-1115
1880 CENTURY PARK EAST, SUITE 700 • LOS ANGELES, CA 90067 • TEL 310-247-0921
3011 WEST GRAND BLVD., 24ᵀᴴ FLOOR • DETROIT, MI 48202 • TEL 313-800-4170

Case 7:23-cv-00897-RJ  Document 349-8  Filed 04/10/25  Page 2 of 4

2179-123

During Dr. Hennet's deposition on March 20, Plaintiffs' counsel learned that during his Feb. 2025 site visit, Dr. Hennet interviewed numerous personnel who work at the HP WTP; reviewed data on monitors at the plant regarding various water levels and other data points; directed the taking of approximately 100 photographs of the site; directed, watched and timed the filling of a water buffalo; and took or directed the taking of numerous measurements of various parts of the HP WTP and other facilities. Two pages of notes of Dr. Hennet, which set forth his impressions from his site visit, were produced on February 25, 2025 along with approximately 100 photographs. During our meet and confer today, Mr. Anwar stated that Dr. Hennet's tour of Camp Lejeune in Feb. 2025 was conducted to "respond to the rebuttal report" of Dr. Sabatini. No such response is contemplated or allowed by the Federal Rules of Civil Procedure or this Court's orders.

It is Plaintiffs' position that Dr. Hennet's site visit, and all facts, data, impressions and opinions resulting from same, are in violation of the Federal Rules and this Court's orders. The visit occurred two months after Dr. Hennet's report was served, one month after Plaintiffs' rebuttal reports were served, and six months after fact discovery concluded for Phase I. During our meet and confer today, Plaintiffs' counsel offered to waive any objections they have to the Feb. 2025 site visit in exchange for Dr. Sabatini being permitted to tour the site in the same manner as Dr. Hennet, prior to Dr. Sabatini's April 11 deposition. DOJ declined this offer.

Very truly yours,

Laura J. Baughman

## Baughman, Laura

| | |
|---|---|
| **From:** | Baughman, Laura |
| **Sent:** | Friday, March 21, 2025 4:57 PM |
| **To:** | Giovanni Antonucci; Adam Bain; Bridget Lipscomb; Haroon Anwar; Allison O'Leary; Alanna R. Horan; Kailey Silverstein; Iman Abdulle |
| **Cc:** | Ed Bell; zina.bash; Dawn Bell; Kevin Dean; dhavai@motleyrice.com; Bolton, Devin |
| **Subject:** | RE: CLJA - Request for Expert Access to HP WTP |

Counsel:

In light of new facts and data disclosed during the deposition of Dr. Hennet yesterday, along with his site visit to the Hadnot Point Water Treatment Plant (HP WTP) in Feb. 2025 (two months after his expert report was served in this case) and the DOJ's production on Feb. 25, 2025 of his notes and approximately 100 photographs regarding same, Plaintiffs request that, prior to his deposition, Dr. David Sabatini and counsel be provided with the same access to the HP WTP and other facilities as was provided to Dr. Hennet, including the ability to converse with Hadnot Point treatment plant employees. We request that at least one spiractor be shut off and one be operating during this visit.

We look forward to your prompt reply in light of Dr. Sabatini's upcoming deposition.

Laura Baughman

**Laura Baughman, Esq.| Weitz & Luxenberg, PC**
700 Broadway | New York, NY 10003
Cell: 214-850-6790 | lbaughman@weitzlux.com

1