IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-cv-897

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | **NOTICE OF FILING –** |
| | ) | **PURSUANT TO LOCAL RULE 79.2 AND** |
| This Document Relates To: | ) | **ELECTRONIC CASE FILING** |
| ALL CASES | ) | **ADMINISTRATIVE POLICIES AND** |
| | ) | **PROCEDURES MANUAL (V)(G)(1)(E)** |

Plaintiffs' Leadership Group (PLG) files this Notice of Filing pursuant to Local Rule 79.2 and Electronic Case Filing Administrative Policies and Procedures Manual (V)(G)(1)(e) and states that the document filed as Docket Entry 350 has been designated as Confidential by Defendant United States of America pursuant to the Second Amended Stipulated Protective Order (Case Management Order No. 15), (D.E. 266), and thus presumably contains confidential and/or sensitive information.

DATED this 10th day of April 2025.

/s/ *J. Edward Bell, III*
J. Edward Bell, III (admitted *pro hac vice*) Bell Legal Group, LLC
219 Ridge St.
Georgetown, SC 29440
Telephone: (843) 546-2408
jeb@belllegalgroup.com

*Lead Counsel for Plaintiffs*

/s/ *Zina Bash*
Zina Bash (admitted *pro hac vice*) Keller Postman LLC
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: 956-345-9462
zina.bash@kellerpostman.com

*Co-Lead Counsel for Plaintiffs and Government Liaison Counsel*

| | |
|---|---|
| /s/ Elizabeth J. Cabraser<br>Elizabeth J. Cabraser (admitted *pro hac vice*)<br>Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 956-1000<br>ecabraser@lchb.com<br><br>*Co-Lead Counsel for Plaintiffs* | /s/ W. Michael Dowling<br>W. Michael Dowling (NC Bar No. 42790)<br>The Dowling Firm PLLC<br>Post Office Box 27843<br>Raleigh, North Carolina 27611<br>Telephone: (919) 529-3351<br>mike@dowlingfirm.com<br><br>*Co-Lead Counsel for Plaintiffs* |
| /s/ Robin L. Greenwald<br>Robin L. Greenwald (admitted *pro hac vice*)<br>Weitz & Luxenberg, P.C.<br>700 Broadway<br>New York, NY 10003<br>Telephone: 212-558-5802<br>rgreenwald@weitzlux.com<br><br>*Co-Lead Counsel for Plaintiffs* | /s/ James A. Roberts, III<br>James A. Roberts, III<br>Lewis & Roberts, PLLC<br>3700 Glenwood Ave., Ste. 410<br>Raleigh, NC 27612<br>Telephone: (919) 981-0191<br>jar@lewis-roberts.com<br><br>*Co-Lead Counsel for Plaintiffs* |
| /s/ Mona Lisa Wallace<br>Mona Lisa Wallace (N.C. Bar No.: 009021)<br>Wallace & Graham, P.A.<br>525 North Main Street Salisbury,<br>North Carolina 28144 Tel: 704-633-5244<br>mwallace@wallacegraham.com<br><br>*Co-Lead Counsel for Plaintiffs* | |

## CERTIFICATE OF SERVICE

I, J. Edward Bell, III, hereby certify that the foregoing document was electronically filed on the Court's CM/ECF system on this date, and that all counsel of record will be served with notice of the said filing via the CM/ECF system.

This the 10th day of April 2025.

*/s/ J. Edward Bell, III*_____

J. Edward Bell, III