IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:23-cv-897

| | |
|---|---|
| IN RE: ) | **UNITED STATES' OPPOSITION TO PLAINTIFFS' LEADERSHIP GROUP'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXCLUDE EVIDENCE RELATED TO DR. REMY HENNET'S FEBRUARY 2025 SITE VISIT** |
| ) | |
| CAMP LEJEUNE WATER LITIGATION ) | |
| ) | |
| This Document Relates To: ) | |
| ) | |
| ALL CASES ) | |
| ) | |

**TABLE OF EXHIBITS
IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE**

Opp. Ex. 1 — April 11, 2025 Deposition of David Sabatini

Opp. Ex. 2 — February 7 & 9, 2025 Email Communication Between E. Bell and A.Horan Re Affidavits

Opp. Ex. 3 — February 14, 2025 Email from D.Bolton Re CL – Track 1 Trial Plaintiffs" Phase I Supplemental Expert Production - Davis

Opp. Ex. 4 — February 21, 2025 Email from L.Baughman Re Providing Expert Addendum

Opp. Ex. 5 — March 13, 2025 Deposition of Morris Maslia

Opp. Ex. 6 — April 11, 2025 Email from A.Bain to Plaintiff's Counsel Re Late Disclosures

1