| From: | Bolton, Devin |
|---|---|
| To: | Bain, Adam (CIV); Lipscomb, Bridget (CIV); Silverstein, Kailey (CIV); Anwar, Haroon (CIV); Antonucci, Giovanni (CIV) |
| Cc: | zina.bash; Ed Bell; Gabrielle Anna Sulpizio; Abdulle, Iman (CIV); O"Donnell, Madison (CIV); Baughman, Laura; Dean, Kevin R.; Leslie LaMacchia |
| Subject: | [EXTERNAL] CL- Track 1 Trial Plaintiffs" Phase I Supplemental Expert Production - Davis |
| Date: | Friday, February 14, 2025 12:46:22 AM |
| Attachments: | CL_PLG-EXPERT_DAVIS_0000000299.xlsx |
| | CL_PLG-EXPERT_DAVIS_0000000302.xlsx |
| | CL_PLG-EXPERT_DAVIS_0000000300.png |
| | CL_PLG-EXPERT_DAVIS_0000000301.png |
| | 2025-02-13 PLG Expert Files Supplemental Production - Davis.pdf |

Adam and Bridget,

At the request of counsel, plaintiffs are supplementing the production of expert Jeffrey Davis with the results of a biodegradation rate sensitivity analysis discussed at Mr. Davis' deposition today. The production has been uploaded to the shared folder on JEFs under 2025-02-13 Track 1 Trial Plaintiffs Phase I Rebuttal Expert Supplemental File Production.

Kailey, Haroon, and Giovanni- I've attached a copy of the four files produced for easy access.

Let me know if you have any issues accessing the production.

Sincerely,

Devin

**Devin Bolton, Esq. | Weitz & Luxenberg, PC**

700 Broadway | New York, NY 10003

Direct: 212-558-5552 | dbolton@weitzlux.com

Please visit us at http://www.weitzlux.com
Like us on Facebook
Follow us on Twitter
Add us on Google +
Connect with us on LinkedIn
************************************************************************
The information contained in this message may be privileged and confidential and
protected from disclosure.  If the reader of this message is not the intended recipient,
or an employee or agent responsible for delivering this message to the intended
recipient, you are hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited.  If you have received this communication in error,
please notify us immediately by telephone or by replying to the message and deleting it
and all of its attachments from your computer.  Thank you.  Weitz & Luxenberg, P.C.
 Every effort is made to keep our network free from viruses.  You should, however,
review this e-mail message, as well as any attachment thereto, for viruses.  We take
no responsibility and have no liability for any computer virus which may be transferred
via this e-mail message.
 All e-mails sent to Weitz & Luxenberg, P.C. or any individuals at Weitz & Luxenberg,
P.C. are carefully scanned for viruses and content.  The sender should have no
expectation of privacy in said transmission.
 In the course of scanning all incoming e-mails to W & L, virus scanning software may
block the e-mail and prevent it from being delivered.  Neither the intended recipient nor
the sender will receive notice that their transmission has been blocked.
All e-mail to W & L or any individuals at W & L should be followed up by hard copy
including attachment(s), as specific file types may be blocked at any time without
notice being provided to sender or recipient.
************************************************************************