| From: | Baughman, Laura |
|---|---|
| To: | Silverstein, Kailey (CIV); Bain, Adam (CIV); Lipscomb, Bridget (CIV); Anwar, Haroon (CIV); O"Leary, Allison (CIV); Antonucci, Giovanni (CIV); Horan, Alanna R. (CIV) |
| Cc: | Bolton, Devin; Kevin Dean; dhavai@motleyrice.com; Dawn Bell; zina.bash; Ed Bell |
| Subject: | [EXTERNAL] RE: CLJA // Correspondence re: Dr. Jones Deposition |
| Date: | Friday, February 21, 2025 9:07:36 AM |
| Attachments: | rainfall imputation addendum_2.21.25.pdf |

Counsel,

Please see the attached Addendum regarding certain rainfall data related to questioning during the deposition of Dr. Norm Jones. Rather than wait to correct the deposition transcript, we are providing this addendum at this time. We are willing to produce Dr. Jones for a maximum of one hour to respond to questions on this topic only via a zoom deposition, should you have any follow-up questions on this issue.

**Laura Baughman, Esq.| Weitz & Luxenberg, PC**

700 Broadway | New York, NY 10003

Cell: 214-850-6790 | lbaughman@weitzlux.com

Please visit us at http://www.weitzlux.com
Like us on Facebook
Follow us on Twitter

Add us on Google +
Connect with us on LinkedIn
**************************************************************************
The information contained in this message may be privileged and confidential and
protected from disclosure. If the reader of this message is not the intended recipient,
or an employee or agent responsible for delivering this message to the intended
recipient, you are hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication in error,
please notify us immediately by telephone or by replying to the message and deleting it
and all of its attachments from your computer. Thank you. Weitz & Luxenberg, P.C.
 Every effort is made to keep our network free from viruses. You should, however,
review this e-mail message, as well as any attachment thereto, for viruses. We take
no responsibility and have no liability for any computer virus which may be transferred
via this e-mail message.
 All e-mails sent to Weitz & Luxenberg, P.C. or any individuals at Weitz & Luxenberg,
P.C. are carefully scanned for viruses and content. The sender should have no
expectation of privacy in said transmission.
 In the course of scanning all incoming e-mails to W & L, virus scanning software may
block the e-mail and prevent it from being delivered. Neither the intended recipient nor
the sender will receive notice that their transmission has been blocked.
All e-mail to W & L or any individuals at W & L should be followed up by hard copy
including attachment(s), as specific file types may be blocked at any time without
notice being provided to sender or recipient.
**************************************************************************