1        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF NORTH CAROLINA
2                 SOUTHERN DIVISION
3            Civil Action No. 7:23-cv-00897
4

  IN RE: CAMP LEJEUNE WATER LITIGATION
5

6

7  THIS DOCUMENT RELATES TO:
  ALL CASES
8

9

10  VIDEOTAPED
11  DEPOSITION OF:  MORRIS MASLIA
12  DATE:           March 13, 2025
13  TIME:           9:14 a.m.
14  LOCATION:       BELL LEGAL GROUP
                    219 North Ridge Street
15                  Georgetown, SC
16

17  TAKEN BY:       Counsel for the Defendants
18  REPORTED BY:    Lauren A. Balogh, RPR
19 _____
20

21

22

23

24

25

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 1 of 821

```
 1    APPEARANCES OF COUNSEL:
 2         ATTORNEYS FOR PLAINTIFFS LEADERSHIP GROUP:
 3              MOTLEY RICE
                BY:  KEVIN R. DEAN
 4              28 Bridgeside Boulevard
                Mt. Pleasant, SC  29464
 5              (843) 216-9000
                Kdean@motleyrice.com
 6
                WEITZ & LUXENBERG
 7              BY:  LAURA J. BAUGHMAN
                     (Via videoconference)
 8                   DEVIN BOLTON
                     (Via videoconference)
 9              700 Broadway
                New York, NY 10003
10              (212) 558-5500
                L.baughman@weitzlux.com
11              D.bolton@weitzlux.com
12              BELL LEGAL GROUP
                BY:  J. EDWARD BELL, III
13              219 North Ridge Street
                Georgetown, SC  29440
14              (843) 546-2408
                Ebell@belllegalgroup.com
15
                KELLER POSTMAN
16              BY:  ZINA BASH (via videoconference)
                111 Congress Avenue, Suite 500
17              Austin, TX 78701
                (512) 690-0990
18              Zina.bash@kellerpostman.com
19
           ATTORNEYS FOR DEFENDANT
20              UNITED STATES OF AMERICA:
21              U.S. DEPARTMENT OF JUSTICE
                BY:  HAROON ANWAR
22                   KAILEY SILVERSTEIN
                175 N Street NE
23              Washington DC,  20005
                (202) 616-4473
24              Haroon.Anwar@usdoj.gov
                Kailey.silverstein@usdoj.gov
25
```

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 2 of 821

```
 1    APPEARANCES CONTINUED:
 2              U.S. DEPARTMENT OF JUSTICE
                BY:  ALANNA HORAN
 3                  (Via videoconference)
                175 N Street NE
 4              Washington DC,  20005
                (202) 616-4209
 5              Alanna.horan@usdoj.gov
 6
                U.S. DEPARTMENT OF JUSTICE
 7              BY:  ALLISON M. O' LEARY
                    (Via videoconference)
 8              175 N Street NE
                Washington DC, 20005
 9              (202) 616-4231
                Allison.o'leary@usdoj.gov
10
11        ALSO PRESENT:
12              Jon Landau, Videographer
13              Leonard Konikow (via videoconference)
14              Deanna Havai, Motley Rice
                    (Via videoconference)
15
                Alex Spiliotopoulos
16                  (Via videoconference)
17              Timothy Thompson
                    (Via videoconference)
18
                Bill Williams (via videoconference)
19
20
21          (INDEX AT REAR OF TRANSCRIPT)
22
23
24
25
```

Golkow Technologies,
A Veritext Division
877-370-3377                                         www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 3 of 821

1          THE VIDEOGRAPHER:  The following will

2     be the videotaped deposition of Morris Maslia in re

3     Camp Lejeune Water Litigation versus United States

4     of America, File No. 7-23-CV-897.  Today's date is

5     March 13th, 2025 and the time is 9:14 a.m.  We are

6     here today at 219 Ridge Street, Georgetown, South

7     Carolina.  The court reporter is Lauren Balogh and

8     the videographer is Jon Landau.

9          At this time I will ask all attorneys

10    present to please state their names and whom they

11    represent for the record.

12         MR. DEAN:  Good morning.  Kevin Dean

13    here on behalf of the PLG and the witness.

14         MR. BELL:  Edward Bell on behalf of the

15    plaintiff.

16         MR. ANWAR:  Haroon Anwar on behalf of

17    the United States.

18         MS. SILVERSTEIN:  Kaylie Silverstein on

19    behalf of the United States.

20         THE VIDEOGRAPHER:  Do you want the

21    people on the Zoom to do it?

22         MR. DEAN:  It's up to you.

23         MR. ANWAR:  The court reporter can take

24    it down.  That's fine.

25         MR. DEAN:  Yeah.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 4 of 821

1          THE VIDEOGRAPHER:  Okay.  All right.

2  You may swear the witness, please.

3               MORRIS MASLIA

4  being first duly sworn, testified as follows:

5               EXAMINATION

6  BY MR. ANWAR:

7        Q.  Good morning, Mr. Maslia.

8        A.  Good morning.

9        Q.  My name is Haroon Anwar.  I am a lawyer

10  at the Department of Justice here on behalf of the

11  United States.  We've met before at your prior

12  deposition in fall 2024, correct?

13        A.  September 26th.

14        Q.  September 26th of 2024.  Thank you.

15        A.  Yes.

16        Q.  You may remember that experience.  I'm

17  just going to go through -- go over a few rules for

18  the deposition just so we're on the same page, but

19  I'm going to ask you a number of questions today.

20  If I ask you a question that's vague or you don't

21  understand, please ask me to clarify.  Otherwise,

22  I'm going to assume that you -- you understand my

23  question.  Fair enough?

24        A.  Fair enough.

25        Q.  Okay.  And the number one most

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 5 of 821

1   important rule for the deposition today, same as

2   before, is that you are under the oath to tell the

3   truth as if you were in an actual court of law.  Do

4   you understand that?

5          A.   Yes, I do.

6          Q.   Okay.  And is there any reason that

7   you'll be -- is there any reason today that you'd

8   be unable to testify truthfully?

9          A.   No, there is not.

10         Q.   The court reporter is transcribing

11  everything that we're taking down, so if we could

12  try not to speak over each other and perhaps give a

13  brief pause in case your lawyer needs to object, it

14  will make for a much cleaner transcript as well as

15  a much happier court reporter.  Can we agree to try

16  to do that?

17         A.   Yes.

18         Q.   Okay.  We will try to take breaks about

19  every hour.  If you need to take a break sooner

20  than that, just let me know.

21         A.   Okay.

22         Q.   I'm happy to accommodate you.  The only

23  stipulation I would put on that is if there's a

24  pending question, I would ask that you answer that

25  question and then we -- we can take a break.  This

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 6 of 821

1    is not intended to be sort of a punishment, so to
2    speak.
3         A.    Understood.
4         Q.    So with that I wanted to start by
5    asking you what you did to prepare for today's
6    deposition?
7         A.    I reviewed every single ATSDR Camp
8    Lejeune historical reproduction report that I was
9    involved with both for Tarawa Terrace, Hadnot
10   Point.  I've also reviewed my expert report that
11   was submitted to you as well as my rebuttal report,
12   and I also reviewed some published journal
13   articles.
14        Q.    What were the published journal
15   articles that you reviewed?
16        A.    There was a series by -- that appeared
17   in Groundwater journal by Dr. Prabhakar Clement,
18   who I think you may know, and ATSDR exposure dose
19   reconstruction program staff responded to it, and
20   then they responded to -- to ours, so it's three
21   articles in Groundwater.  His was 2010 and ours was
22   2012.
23        Q.    Okay.
24        A.    And then I've also reviewed just some
25   articles on uncertainly analysis.  An article that

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 7 of 821

1    I published in 2004 on use of -- contained some
2    historical reconstruction of some smaller sites
3    using an analytical contaminant transport system
4    model and also contained the probabilistic
5    uncertainty analyses using Monte Carlo simulation.
6    So reviewed that as well as an article by
7    Dr. Clement in 2000 at Dover Air Force Base, which
8    is identical to Tarawa Terrace and came out with
9    identical values for some of the parameters, and I
10   would, in fact, like to add that to my expert
11   report if I can.
12           Q.    Okay.
13           A.    I've got a copy here, if you would like
14   to see that.
15           Q.    Sure.
16                 MR. DEAN:  Yeah, I brought a copy.
17                 MR. ANWAR:  Thank you.
18                 MR. DEAN:  You're welcome.
19   BY MR. ANWAR:
20           Q.    Thank you.  So this -- we'll note this
21   for the record as an additional material --
22           A.    Okay.
23           Q.    -- on your -- your reliance list.
24           A.    Yes, yes.
25           Q.    For your expert report.  Thank you.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 8 of 821

1    Aside from the articles that you -- you mentioned,

2    the ATSDR reports and -- the ATSDR modeling reports

3    for Tarawa Terrace and Hadnot Point, Holcomb

4    Boulevard, and then your expert and rebuttal

5    report, did you review any other documents?

6           A.    Just my deposition from September 26th.

7           Q.    Okay.

8           A.    And the exhibits that you provided.

9           Q.    Oh, okay.  During the September 26th --

10          A.    Yes.

11          Q.    -- 2024 deposition?

12          A.    Yes.

13          Q.    Did you review any of the other expert

14   reports in the case?

15          A.    I reviewed Dr. Konikow's report.  I

16   reviewed Dr. Sabatini's report.  I reviewed

17   Dr. Jones and Mr. Davis's post-audit report and

18   rebuttal.  And I also reviewed the defense's expert

19   reports by Dr. Spiliotopoulos, Dr. Hennet, and

20   Dr. Brigham.

21          Q.    Understood.  And I understand just from

22   attending the depositions of Dr. Aral, Mustafa

23   Aral, Dr. Davis, Dr. Jones, and then Dr. Konikow

24   about a week or so ago -- did you listen in to all

25   of those depositions as well?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 9 of 821

1          A.    Yes.

2          Q.    Okay.

3          A.    With Dr. Konikow I had to step out for

4     a couple of hours.

5          Q.    Okay.

6          A.    To do a medical run with my dad, so --

7     but I listened, I would say, to a majority of it.

8          Q.    Did you review any of the transcripts

9     from those depositions?

10         A.    I -- I read them.  I guess

11    Dr. Konikow's transcript, because I wasn't there

12    for part of it, I read that in its entirety.  Okay.

13    The other ones, just spot, you know, spot read

14    because I was watching the entire time.

15         Q.    Understood.  Did you do anything else

16    to prepare for today's deposition?

17         A.    Only discuss with the plaintiff's

18    attorney the logistics, again, of, I believe, the

19    first time I was deposed as a fact witness versus

20    an expert witness to them.

21         Q.    Understood.  And I'm not asking about

22    the substance of your conversations with --

23         A.    Right.

24         Q.    -- the lawyers, just the circumstances

25    of the meeting.  When did you meet with the lawyers

1  to prepare for the deposition today?

2          A.   Yesterday, most of the day, and on

3  Tuesday afternoon.

4          Q.   Okay.  Who did you meet with yesterday?

5          A.   Yesterday I met with Mr. Dean and also

6  Mr. Williams.

7          Q.   Was there anyone else present in that

8  meeting?

9          A.   Mr. Tim Thompson.  He works with

10  Mr. Williams, and that's it.

11          Q.   Okay.  About how long did that meeting

12  last, the one yesterday?

13          A.   Yesterday, we started about 9:30 and

14  ended about 4:30, 5.

15          Q.   Did you review any documents during

16  yesterday's meeting?

17          A.   Yes, the same ones that I had mentioned

18  to you, and spoke about wanting to place the

19  journal article as an addition to my materials in

20  my expert report.

21          Q.   Understood.

22          MR. DEAN:  Not to interrupt, but you

23  might want to ask him was anybody else in

24  attendance by Zoom.  Because you asked in person

25  and he may have forgotten that.

1          MR. ANWAR:  Sure.

2     BY MR. ANWAR:

3          Q.    Were -- was anyone else in attendance?

4          A.    Yes, another attorney, Laura Baughman.

5          Q.    Okay.

6          A.    With -- was in and out on Zoom.

7          Q.    To the best of your knowledge, during

8     yesterday's meeting, it was only yourself and

9     attorneys for the plaintiffs attending, correct?

10         A.    That's correct.

11         Q.    And then on Tuesday's meeting, who was

12    present for that?

13         A.    I believe that was Mr. Dean and

14    Mr. Williams and Mr. Thompson.

15         Q.    And --

16         A.    I don't recall if anyone was on Zoom or

17    not.  I don't believe because I did not get here

18    until three o'clock p.m.

19         Q.    To the best of your knowledge, the only

20    folks in attendance on Tuesday's meeting were

21    yourself and lawyers for the plaintiffs?

22         A.    That is correct.

23         Q.    Prior to yesterday's meeting and

24    Tuesday's meeting, were there any other meetings

25    with the lawyers to prepare for today's deposition?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 12 of 821

1        A.   No, no meetings.

2        Q.   Dr. Konikow mentioned during his

3 deposition a meeting that took place. I think he

4 said it was in preparation for his deposition, but

5 you were present as well; is that right?

6        A.   That's -- yes, yes, yes, now that I

7 recall, that was when -- I believe, if I'm not

8 mistaken, that was in February.

9        Q.   Okay.

10       A.   And I think I was supposed to be -- be

11 deposed that Thursday. That got postponed.

12       Q.   Sure.

13       A.   But Dr. Konikow and I were in that

14 meeting, yes.

15       Q.   Aside from yourself and Dr. Konikow,

16 who else attended that meeting?

17       A.   Mr. Dean, Mr. Williams, and I believe

18 Mr. Thompson.

19       Q.   Any -- anyone other than yourself,

20 Dr. Konikow, and the plaintiffs' lawyers attend

21 that meeting?

22       A.   Not that I recall.

23       Q.   Have you -- did you attend any other

24 meetings in preparation for today's deposition?

25       A.   No, I did not.

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 13 of 821

1          Q.    Did you speak with anyone else in

2     preparation for today's deposition?

3          A.    No, I did not.

4          Q.    Did you speak with anyone from ATSDR in

5     preparation for today's deposition?

6          A.    No.

7          Q.    Now, you -- we have the -- the most

8     recent 2020 article from Clement that you're adding

9     to your -- your reliance list --

10         A.    Yes.

11         Q.    -- and have provided a copy here today.

12    You mentioned a couple of other articles that you

13    reviewed.

14         A.    Right.

15         Q.    And I was just wondering, the Clement

16    article and the other articles that you reviewed,

17    why did you review those articles?

18         A.    Well, the article that I coauthored on

19    the analytical contaminant transport analysis

20    system, the ACT system, I think it was published in

21    2004, we reviewed that because it had a number of

22    historical reconstruction cases.  One was for

23    20 years, a dry cleaner in New Mexico, and one was

24    -- I want to say it's Otis Air Force Base, EDB

25    contamination, and we did 65 years, and we used an

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 14 of 821

1    analytical contaminant fate and transport model and

2    conducted two-stage Monte Carlo simulation.  So I

3    just wanted to refresh my memory as to what we did

4    and some of the parameters that -- contaminant fate

5    and transport parameters that we used in that.

6              In the Clement article I reviewed --

7    and I reviewed that one in specific detail because

8    Dover Air Force Base is very similar to Tarawa

9    Terrace.  About the same size, 2.4 square miles.

10   They used a -- was testing out the RT3D model,

11   which is the reactive transport.  So they went from

12   PCE to TCE to DCE to vinyl chloride in their

13   analysis, and a number of their parameters are

14   right where the parameter values that we calibrated

15   for Tarawa Terrace, so I thought it was a good

16   comparison article.

17        Q.   The Clement article, I'll look at it

18   during the break.

19        A.   Okay.

20        Q.   But just based on your memory, what --

21   what did they use that model for?

22        A.   I think the -- the purpose was to --

23   was it to -- well, there was historical

24   contamination at the Air Force base and they wanted

25   to look at how it advanced in time, and they wanted

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 15 of 821

1    to test out the RT3D code that Dr. Clement had

2    developed originally when he was at Lawrence

3    Livermore National Labs, and it was hooked in to

4    MT3DMS, and so they were testing that out, and

5    that's what basically I recall.  And then when I

6    started reading the details of it, it appeared to

7    me that it was a very, very good comparison article

8    to what we did at Tarawa Terrace.

9         Q.   Just quickly -- and I'll mark this as

10   an exhibit, actually.

11        A.   Okay.

12             (DFT. EXHIBIT 1, article from Journal

13   of Contaminant Hydrology entitled "Natural

14   Attenuation of Chlorinated Ethene Compounds: Model

15   Development and Field-scale Application at the

16   Dover Site", was marked for identification.)

17   BY MR. ANWAR:

18        Q.   Let's go ahead and mark this as

19   Exhibit 1, but I'll -- I'll mark it and then I'll

20   hand it to you after I have a chance to read it.

21   The 2020 Clement article on the Dover Air Force

22   Base site, in the abstract it states, "the

23   numerical model developed in this study is a useful

24   engineering tool for integrating field-scale

25   natural attenuation data within a rational modeling

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 16 of 821

1    framework.  The model results can be used for
2    quantifying the relative importance of various
3    simultaneously occurring natural attenuation
4    processes."
5                Does that sound consistent with your
6    recollection?
7         A.   Yes.
8                MR. DEAN:  Object to the form of the
9    question.  I think you misspoke about the data, the
10   article.  I think you said 2020.  If you said 2000,
11   I apologize, but I thought I heard 2020.
12   BY MR. ANWAR:
13        Q.   Okay.  And I understood you, Doctor, or
14   Dr. Maslia, Mr. Maslia, to state that this article
15   was published in 2020, but I perhaps misunderstood.
16        A.   Okay.  Okay.  It is a 2000 article.
17        Q.   2000 article.  Okay.  So I'll reask my
18   question.  This 2000 article -- and it looks like
19   on the first page of the article it actually says
20   it was accepted in October -- into the -- this
21   journal in October of 1999, but let's -- let's call
22   it the 2000 Clement article.
23                The abstract states, "the numerical
24   model developed in this study is a useful
25   engineering tool for integrating field-scale

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 17 of 821

1    natural attenuation data within a rational modeling

2    framework.  The model results can be used for

3    quantifying the relative importance of various

4    simultaneously occurring natural attenuation

5    processes."

6              Is that consistent with your

7    recollection of the article?

8         A.   Yes.

9         Q.   To the best of your knowledge, was the

10   model discussed in this 2000 Clement article

11   estimating contaminant concentrations for

12   determining exposure in specific individuals?

13        A.   The article did not go into what the

14   end use was, okay?  I took it to mean that this was

15   the first stage or initial stage in developing a

16   model.  It did not discuss exposure.  In other

17   words, it was not an exposure assessment article.

18        Q.   And to the best of your knowledge, was

19   this -- the model discussed in the 2000 Clement

20   article used for estimating contaminant

21   concentrations for the purpose of -- purpose of

22   determining exposure in individuals?

23        A.   It was used for determining contaminant

24   concentrations.

25        Q.   But as you sit here today, you're not

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 18 of 821

1  aware of it being used for the purpose of

2  determining exposure in individuals?

3          MR. DEAN:  Object to the form of the

4  question.

5          THE WITNESS:  I don't know what the end

6  use was.

7  BY MR. ANWAR:

8      Q.   With respect to any -- the other

9  articles that you mentioned, were any of those

10 models -- strike that.

11          With respect to the other articles that

12 you mentioned, were any of the models discussed in

13 those articles used for estimating contaminant

14 concentrations that were used to determine exposure

15 in individuals?

16     A.   The -- or the sites that we summarized

17 or did an analysis for in our 2004 paper, the

18 analytical containment transport analysis system,

19 one of them was at a dry cleaner in New Mexico and

20 the other one was Otis Air Force Base, which was

21 multimedia, meaning groundwater surface water and

22 -- and volatilization, and I know USGS has done

23 some work at Otis Air Force Base.  It's been an

24 ongoing thing and I believe there are some

25 components from just the general topic of Otis Air

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 19 of 821

Page 20

Force Base that look at exposure.  It goes -- there
are people living downstream from the river that
goes through the Air Force base.  I don't know the
details of the subsequent analysis of -- on -- on
that.  I believe ATSDR did use the New Mexico site,
I think it's North Avenue Railroad site, if I
recall correctly, and I think they did a health
assessment there, okay, but I don't know the
specifics.
        Q.   Those other articles, are those
included on your -- either in your report or on the
reliance list?
        A.   Yes, the -- the 2004 is already on my
reliance list, 2004 by Maslia and Aral.
        Q.   And that's the one -- 2004 is focused
on Otis Air Force Base?
        A.   And -- and the New Mexico site.
        Q.   Okay.  So it's just one article from
2004?
        A.   Yes.
        Q.   Besides that article and this 2000
Clement article, it sounded like you reviewed a
couple of other articles, perhaps related to
uncertainty analysis.
        A.   Right.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 20 of 821

1        Q.    Did any of those involve using

2    groundwater modeling to estimate contaminant

3    concentrations for the purposes of determining

4    exposure in individuals?

5              MR. DEAN:   Object to the form.

6              THE WITNESS:   Again, most of the

7    articles that I reviewed did not state the end

8    purpose of the -- they said the purpose of the

9    modeling to reconstruct or predict groundwater

10   contaminant concentrations using techniques,

11   different techniques, and also one of the articles

12   went into -- I think it was one of the earlier

13   applications of uncertainty analysis using Monte

14   Carlo simulation.

15   BY MR. ANWAR:

16        Q.    So as you sit here today, you're not

17   aware of those other articles using models to

18   estimate contaminant concentrations for the purpose

19   of determining exposure in individuals, correct?

20             MR. DEAN:   Object to the form.

21             THE WITNESS:   Again, not having been

22   directly involved with the analysis, it's -- I

23   really can't answer what the results were used for.

24   BY MR. ANWAR:

25        Q.    Okay.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 21 of 821

1          A.   The articles describe the process of
2     developing and/or calibrating models.
3                MR. DEAN:  Object to the form.  And
4     also add that if you're going to ask him about what
5     certain conclusions are in certain reports, that
6     the witness is entitled to see those reports, have
7     an opportunity to review them in detail, and then
8     properly respond.
9                MR. ANWAR:  I'm going to mark the 2000
10    Clement article as Exhibit 1.
11    BY MR. ANWAR:
12         Q.   Now, earlier we talked about the other
13    experts in the case and you having listened to
14    their depositions and read the deposition
15    transcripts, correct?
16         A.   Right, yes, to -- some more detail than
17    others.
18         Q.   Sure.  One of those experts is doctor
19    -- professor -- or Dr. Mustafa Aral, correct?
20         A.   Yes.
21         Q.   Who is -- remind me, who is Mustafa
22    Aral?
23         A.   Well, he was a professor at the Georgia
24    Institute of Technology.  He was also director of
25    the multimedia environmental simulations laboratory

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 22 of 821

1   within the School of Civil and Environmental
2   Engineering.  And he had or he was the principal
3   investigator on a cooperative agreement between
4   ATSDR and Georgia Tech.
5        Q.   And the cooperative agreement between
6   ATSDR and Georgia Tech, was that in relation to the
7   Camp Lejeune water modeling?
8        A.   Not specifically.  That was a
9   multiyear-type agreement and it was for any site.
10  For example, the couple of sites that I mentioned
11  in the journal article, ACTS article, we did
12  cooperatively.
13       Q.   Understood.  So -- but it did include
14  the Camp Lejeune water modeling, correct?
15       A.   Yes, it did.
16       Q.   And if I understand your testimony
17  before correctly, Dr. Aral was a professor that you
18  had at Georgia Tech, correct?
19       A.   Yes, yes, he was my -- my master's
20  thesis dissertation chair of that -- that
21  committee.
22       Q.   Okay.  And you know him personally,
23  correct?
24       A.   I know him professionally.  I don't
25  socialize with -- with -- with him, but I've known

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 23 of 821

 1   him throughout the years professionally.

 2        Q.   Understood.  What is your opinion of

 3   Dr. Aral?

 4        A.   He's very qualified.  I view him as a

 5   mentor.

 6        Q.   Okay.

 7        A.   And can take his problems and analyze

 8   them from a practical standpoint and also address

 9   them through computational methods.

10        Q.   Now, you also listened to the

11   depositions of Jeffrey Davis and Norman Jones,

12   correct?

13        A.   Correct.

14        Q.   Who is Jeffrey Davis?

15        A.   I only -- I've never met him in person.

16   I met him, I assume, through Zoom and he's -- to my

17   understanding, he's a consulting engineer and

18   modeler.

19        Q.   You mentioned you have spoken with

20   Mr. Davis on Zoom; is that right?

21        A.   In a meeting, yes, in meetings.

22        Q.   Was that during the course of preparing

23   expert reports in the case?

24        A.   I believe he and Dr. Jones had some

25   questions about the Tarawa Terrace model input

1  files, and so I think that's where we had

2  discussions over Zoom.

3      Q.   And it was in the context of the -- the

4  litigation, correct?

5      A.   Yes.

6      Q.   Had you met either Jeffrey Davis or

7  Norman Jones prior to being retained by plaintiffs

8  as an expert?

9      A.   I have met Dr. Jones previously.

10     Q.   Okay.  You had not met Mr. Davis prior

11 to working -- or that call with him in the context

12 of the litigation, correct?

13     A.   That is correct.

14     Q.   Had you worked with Mr. Davis prior to

15 that Zoom meeting with him?

16     A.   No, I have not.

17     Q.   And it sounds like you don't know him

18 personally or socially, correct?

19     A.   That is correct.

20     Q.   Now, you mentioned having met Dr. Jones

21 in the past?

22     A.   Right.

23     Q.   When have you met Dr. Jones in the

24 past?

25     A.   I served with Dr. Jones on a review of

1   a National Science Foundation grant for the

2   University of Alabama.  And so he was the chair of

3   the panel.  And I think every year, every other

4   year, they have to have a review status report like

5   that, so that's -- that's where I met him in

6   person.

7           Q.    Around what time frame would that

8   meeting have taken place?

9           A.    2021, 2022, someplace around there.

10          Q.    Have you met him on any other

11  occasions?

12          A.    Not in person, but I do know of him.

13          Q.    How do you know of him?

14          A.    Early on or as part of the Tarawa

15  Terrace analyses we found out that the -- I believe

16  it was the U.S. Army Corps of Engineers or U.S.

17  Army Corps of -- Hydrologic Center were developing

18  a software platform called GMS.  And while they

19  were beta testing it, since we were a federal --

20  sister federal agency, they wanted people to test

21  it out.  So they provided us with a license, and I

22  believe Dr. Jones was one of the original

23  developers of the GMS software and platform.

24          Q.    Do you remember around what time frame

25  that would have been developed?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 26 of 821

```
1        A.   I don't know the start of GMS, but
2   there's probably some letters in my files or
3   e-mails.  I'm going to say 2005, '6, somewhere --
4   maybe 2004, right when we were modeling or --
5   modeling Tarawa Terrace.
6        Q.   Did Dr. Jones directly work on the
7   model -- ATSDR's Camp Lejeune model for Tarawa
8   Terrace?
9        A.   No.
10       Q.   Okay.  You just had the conversation
11  with him in the context of the GMS software?
12       A.   No, I've never had --
13       Q.   Oh, you didn't.  Okay.
14       A.   It was just his -- his name as the
15  developer --
16       Q.   Understood.  Understood.
17       A.   -- when we were provided the executable
18  code by -- I think it was U.S. Army Corps of
19  Engineers Hydrologic Engineering Center, and so I
20  just saw it -- saw it through there, okay?
21       Q.   Outside of the work with the University
22  of Alabama and then the Zoom meeting that you
23  described for the purpose of this litigation, have
24  you worked with Dr. Jones in any other context?
25       A.   No.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 27 of 821

1          Q.   Do you have any opinion about either

2     Mr. Davis or Dr. Jones?

3          A.   Both very well qualified.  Very good

4     analysts and they know their way around the GMS

5     modeling platform.  And I believe Dr. Jones is the

6     chair of the Brigham Young University School of

7     Civil and Environmental Engineering.

8          Q.   What about David Sabatini, who is

9     Dr. Sabatini?

10         A.   I understand he's a professor -- and I

11    forget the university, whether it's Texas or

12    Oklahoma.  Reading his report, he is -- appeared to

13    me to be an expert in volatilization issues, and I,

14    again, only met him over Zoom.

15         Q.   And that was in the context of this

16    litigation, correct?

17         A.   Yes.

18         Q.   Had you met him prior to the Zoom

19    meeting in this litigation?

20         A.   No, I have not.

21         Q.   Do you have any opinion about Dr. -- or

22    David Sabatini?

23         A.   The same as the others, very competent

24    and understands volatilization issues.  Was able to

25    assess them both from a scientific engineering

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 28 of 821

1  standpoint as well as present them to a layperson
2  who is not as technically knowledgeable.
3       Q.   Thank you.
4       A.   Can I get a drink of water here?
5       Q.   Sure.
6            (DFT. EXHIBIT 2, deposition of Morris
7  L. Maslia dated June 30, 2010 Bates-stamped
8  CLJA_Healtheffects-00000494487 through 0000049712,
9  was marked for identification.)
10 BY MR. ANWAR:
11      Q.   I'm handing you what I'm marking as
12 Exhibit 2.  Here you go.  And I asked you these
13 questions last time around --
14      A.   Okay.
15      Q.   -- in September, but I just want to
16 confirm.
17      A.   Okay.  Can I take the rubber band off?
18      Q.   Sure.  Actually, that's all -- I
19 actually gave you all the copies.
20      A.   Oh.
21      Q.   Feel free to give one to Kevin.
22      A.   Okay.  Who else?
23      Q.   And I can take that one.  Exhibit 2 is
24 a transcript from a deposition you gave in 2010 in
25 Laura Jones versus the United States, correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 29 of 821

1          A.    That is correct.

2          Q.    Okay.  And at that time you were

3    employed still with the ATSDR, correct?

4          A.    That is correct.

5          Q.    And you were, I think, in the midst of

6    working on the Hadnot Point/Holcomb Boulevard

7    model, correct?

8          A.    That is correct.

9          Q.    And the Laura Jones versus United

10   States case, that was a prior Camp Lejeune case,

11   correct?

12              MR. DEAN:  Object to the form of the

13   question.

14              THE WITNESS:  It was never explained to

15   me, either by the Office of the General Counsel or

16   DOJ or the plaintiffs' attorney, what -- what

17   exactly the case was for.

18   BY MR. ANWAR:

19         Q.    The focus of your deposition, was it on

20   your work on the ATSDR water modeling for Camp

21   Lejeune?

22              MR. DEAN:  Object to the form of the

23   question.

24              THE WITNESS:  It was for Tarawa

25   Terrace, my understanding was.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 30 of 821

```
 1    BY MR. ANWAR:
 2         Q.    Okay.  So the focus of the deposition
 3    was the Tarawa Terrace model, correct?
 4              MR. DEAN:  Object to the form of the
 5    question.
 6              THE WITNESS:  That's my --
 7              MR. DEAN:  Give me time to -- you can
 8    answer.
 9              THE WITNESS:  Okay.  That -- that was
10    my understanding.
11    BY MR. ANWAR:
12         Q.    Okay.  And you testified under oath
13    during that deposition truthfully, correct?
14         A.    Yes, I did.
15         Q.    And you had an opportunity to -- to
16    review the transcript and make corrections on an
17    errata sheet, correct?
18         A.    That is correct.
19         Q.    And I believe the last page of the
20    transcript is your signed errata sheet.  You can
21    take a look.
22         A.    Yes, yes, it is.
23         Q.    Okay.  And as you sit here today, do
24    you stand by your prior deposition testimony?
25         A.    I will say I generally do.  If there's
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 31 of 821

1   a specific item in -- in here that there's a

2   question about, I would have to see what that

3   technical issue is and then I could specifically

4   tell you.

5           Q.   Okay.

6           A.   Okay.

7           Q.   As you sit here today, you don't have

8   any changes that you want to make to that

9   testimony?

10              MR. DEAN:  Object to the -- object to

11  the form.

12  BY MR. ANWAR:

13          Q.   You didn't come with changes, correct?

14          A.   No, I did not come with changes.

15          Q.   Okay.  So I am handing you now what I'm

16  marking as Exhibit 3.

17              (DFT. EXHIBIT 3, deposition of Morris

18  Maslia dated September 26, 2024, was marked for

19  identification.)

20  BY MR. ANWAR:

21          Q.   Here you go.

22              MR. ANWAR:  Kevin, here you go, if you

23  would like a copy.

24              MR. DEAN:  All right.  Thanks.

25  BY MR. ANWAR:

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 32 of 821

1          Q.    I'll represent to you this is a copy of
2     the transcript from your September 26th, 2024
3     deposition in this case.  Would you agree with
4     that?
5          A.    It appears to be, yes.
6          Q.    And this is deposition you gave in this
7     case in your sort of capacity as a fact witness,
8     correct?
9          A.    That is my understanding, yes.
10         Q.    And this deposition took place after
11    you had been retained by the plaintiffs, but before
12    you had disclosed your expert report in the case,
13    correct?
14         A.    Yes, that is correct.
15         Q.    And you gave that deposition testimony
16    under the oath to tell the truth and testify
17    truthfully, correct?
18         A.    That is correct.
19         Q.    And you had an opportunity to review
20    and make corrections on an errata sheet for that
21    deposition transcript as well, correct?
22         A.    Yes, I did.
23         Q.    And I say that deposition transcript.
24    I mean the September 2024 transcript; is that
25    correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 33 of 821

1        A.    Yes.

2        Q.    Okay.

3              (DFT. EXHIBIT 4, Acknowledgement of

4   deponent and errata sheets, was marked for

5   identification.)

6   BY MR. ANWAR:

7        Q.    I'm handing you what I'm marking as

8   Exhibit 4, which I'll represent to you is a copy of

9   your signed errata sheet for the September 2024

10  deposition transcript.  Would you agree with that?

11       A.    Yes, it is.

12       Q.    Aside from the changes on that errata

13  sheet, do you have any changes to your prior

14  deposition testimony?

15       A.    Not that I recall at this time.

16       Q.    Okay.  Nothing that you came with to

17  the deposition, correct?

18       A.    Excuse me?  I don't understand the

19  question.

20       Q.    You didn't come prepared to make

21  changes or offer changes to your past deposition

22  testimony as you sit here right now, correct?

23       A.    No, I do not.

24       Q.    Okay.  I am going to hand you now what

25  I'm marking as Exhibit 5.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 34 of 821

1                (DFT. EXHIBIT 5, Expert Report of

2       Morris L. Maslia, P.E., D.WRE, DEE, Fellow EWRI,

3       was marked for identification.)

4       BY MR. ANWAR:

5            Q.    Here you go.

6                 MR. ANWAR:   Here's a copy for you.

7       BY MR. ANWAR:

8            Q.    Mr. Maslia, this is a copy of your

9       expert report in this case dated October 25th,

10      2024, correct?

11           A.    That is -- I'm looking for the date on

12      here.   There's no date on this copy.

13           Q.    I think it's at the bottom there in the

14      middle.

15           A.    Oh, there it is, yes.   Okay.   That is

16      correct.

17           Q.    And to the -- you had an opportunity to

18      sort of look through that.   True and accurate copy,

19      to the best of your review?

20           A.    The copy is correct.

21           Q.    And aside from the articles that you --

22      we discussed this morning already, is the

23      materials-considered list on there complete and

24      accurate?

25           A.    Yes, as far as I know.

                        Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 35 of 821

1      Q.   Is there anything on -- in that report

2   that you believe needs to be added that's not

3   reflected in the report?

4      A.   No.

5      Q.   I am handing you now what I'm marking

6   as Exhibit 6.

7           (DFT. EXHIBIT 6, Rebuttal Response to

8   Reports of Alexandros Spiliotopoulos, Remy, J.-C.

9   Hennet & Jay Brigham, was marked for

10  identification.)

11  BY MR. ANWAR:

12     Q.   Mr. Maslia, is Exhibit 6 a true and

13  accurate copy of your rebuttal expert report

14  submitted in this case?

15     A.   Yes, it is.

16     Q.   And it's dated January 14, 2024?

17     A.   Yes, it is.

18     Q.   And aside from the articles that you

19  mentioned this morning, is there anything missing

20  from the materials-considered list or the

21  references provided with this report?

22     A.   No.

23     Q.   And in this report, as the title

24  indicates, is in response to the reports of DOJ

25  experts Dr. Spiliotopoulos, Dr. Hennet and Brigham?

1          A.    That is correct.

2          Q.    Do you know Dr. Spiliotopoulos, Hennet

3    or Brigham?

4          A.    I do not know any of them and have

5    never met any of them.

6          Q.    Do you know of any of them?

7          A.    I know of Dr. Spiliotopoulos.  I

8    believe his name appeared in -- as an observer at

9    at least one of the ATSDR expert panel meetings.

10         Q.    Okay.

11         A.    But I could not tell you exactly which

12   one, okay?

13         Q.    Have you ever met Dr. Spiliotopoulos?

14         A.    No.

15         Q.    Have you -- so fair to assume if you

16   haven't met him, you've never worked with him,

17   correct?

18         A.    That is correct.

19         Q.    And same with Dr. Hennet?

20         A.    That is correct.

21         Q.    And I assume same with Dr. Brigham?

22         A.    That is correct.

23         Q.    Do you have any opinion about

24   Dr. Spiliotopoulos, Hennet or Brigham?

25         A.    Not other than they are the DOJ's

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 37 of 821

1    expert witnesses.

2         Q.   Okay.  In your -- either your primary

3    expert report or the rebuttal report, is there

4    anything that you believe is incorrect?

5         A.   I would -- in my expert report there

6    was -- and there was discussion during my

7    deposition about model bias and geometric biases.

8    And I believe that we -- or I went back and --

9    because there were a number of duplicate samples.

10   And because our model was only on a monthly time

11   frame, it really is not correct to try to match

12   daily or even weekly samples within monthly model

13   output.

14             So if you take the average within the

15   month of the actual sample data, you get a much

16   closer geometric bias to 1 -- 1.5.  So we

17   overstated both in the ATSDR report, and I'm

18   talking about Tarawa Terrace, as well as my expert

19   report, which came from -- had that overstated or

20   provided a higher geometric bias both for the

21   supply wells and the water treatment plant than I

22   believe should actually be there.

23        Q.   Is that currently reflected in your

24   expert report?

25        A.   No, it's not.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 38 of 821

1          Q.   And it's not reflected in the ATSDR

2     reports, correct?

3          A.   No, no.

4          Q.   When --

5          A.   I'm sorry.

6          Q.   No, go ahead.

7          A.   My expert report reflects or copies

8     exactly the tables out of the ATSDR reports

9     specifically for Tarawa Terrace with that.

10          Q.   When did you do this analysis about the

11     geometric bias?  And this is specifically for

12     Tarawa Terrace?

13          A.   Yes, I would say within -- as I was

14     preparing my rebuttal report to the DOJ experts and

15     within last month sometime, I started just reading

16     more about nondetection of sample data and multiple

17     samples within a month, which we had at Tarawa

18     Terrace, Hadnot Point, and then realizing that our

19     model results -- we only had one result per month

20     because they were monthly time steps.  So the

21     implication was that the model could reproduce

22     those daily or multiple monthly sampling, and they

23     -- it really can't if you only have a one-month

24     time step.

25          Q.   Does it follow, then, the -- the model

1  certainly -- because the model produced monthly

2  estimated concentrations, correct?

3       A.    That is correct.

4       Q.    And the model was not intended to

5  produce daily estimated concentrations, correct?

6       A.    Not the groundwater flow and

7  contaminant transport.  It was produced -- we had

8  monthly time steps, so that would be 31, 30, 28 or

9  29 days, depending on which month it was, and our

10 assumption was that represented the last day of

11 each month, like January 31st, February 28th, and

12 so on, but that it was equally likely to occur on

13 any day of the month.

14      Q.    So is it your opinion because you used

15 daily samples, but the model was producing monthly

16 simulated contaminant concentration estimates, that

17 you overestimated the geometric bias?

18      A.    Yes.

19            MR. DEAN:  Object to the form.

20            THE WITNESS:  We computed a geometric

21 bias that was higher than if you had a one-to-one

22 correspondence, one -- one sample and one model

23 result for each month.

24 BY MR. ANWAR:

25      Q.    Have you actually done the calculations

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 40 of 821

1    on that?

2         A.   Yes, I have.

3         Q.   I guess, based on the opinion that

4    you're offering now, what is -- what is, in your

5    opinion, the geometric bias for the Tarawa Terrace

6    model?

7         A.   For the supply wells, I believe it

8    comes down to somewhere below 1.5 and recalling a

9    value of 1.0 would be an exact match, okay?  And at

10   the water treatment plant, I believe it comes down

11   to almost 1.0.

12        Q.   Do you -- when you said you did the

13   calculations, is that reflected in writing

14   anywhere?

15        A.   I've got notes, but not with me.

16        Q.   Okay.  If we requested those notes to

17   be produced, would you be agreeable?

18             MR. DEAN:  Object -- object to the form

19   of the question.  I'll let you finish.  I'm not

20   sure if you were finished.

21   BY MR. ANWAR:

22        Q.   Well, we will request the notes from

23   your lawyer and the lawyers will work it out, but

24   if your lawyers ask you for the notes, would you be

25   agreeable to giving it to them?

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 41 of 821

1          A.    Yes.

2                MR. DEAN:   Object to the form of the

3    question.

4    BY MR. ANWAR:

5          Q.    And outside of those notes, this

6    opinion that you're offering now, it's not

7    reflected in either your current expert report or

8    rebuttal report or the ATSDR reports themselves?

9          A.    That is correct.

10         Q.    And sort of my general high-level

11   understanding of sort of the thrust of your main

12   expert report at least is, is that the -- the ATSDR

13   models for Tarawa Terrace and the model for Hadnot

14   Point and Holcomb Boulevard are sufficiently

15   reliable and accurate to -- in estimating

16   contaminant levels for purposes of using them to

17   make exposure determinations in this case; is that

18   right?

19         A.    I would say that the models produce

20   reliable results on a monthly basis, the

21   groundwater flow and contaminant transport models

22   for both Tarawa Terrace and Hadnot Point, and that

23   we met one of the objectives that we were required

24   to meet by the study epidemiologists of providing

25   mean monthly concentrations.

Golkow Technologies,
877-370-3377               A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 42 of 821

1    Q.    You're serving as an expert in this
2   case, correct?
3    A.    That is correct.
4    Q.    On behalf of the plaintiffs, correct?
5    A.    That is correct.
6    Q.    And do you understand that the
7   plaintiffs are offering the model for purposes of
8   estimating exposure in individual plaintiffs in the
9   litigation?
10          MR. DEAN:  Object to the form of the
11   question.
12          THE WITNESS:  When we did the model, I
13   was not aware of the end use of it.  I was
14   concerned with and what I have presented to the
15   plaintiffs is that it's reliable to provide monthly
16   mean concentrations.  I'm not involved in, nor have
17   I ever been involved in, any use post-modeling
18   results.
19   BY MR. ANWAR:
20    Q.    You understand the -- and if not, I'm
21   telling you now, the plaintiffs' lawyers are
22   offering the model as a way to estimate exposure --
23   estimated exposures in individual plaintiffs.  Do
24   you understand that?
25          MR. DEAN:  Object to the form of the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 43 of 821

1   question.

2           THE WITNESS:  I understand what you

3   have just said, yes.

4   BY MR. ANWAR:

5       Q.    Okay.  And do you believe the model is

6   sufficiently reliable and accurate for that

7   purpose?

8       A.    The model is sufficiently reliable and

9   accurate for the monthly mean concentrations in

10  groundwater and in drinking water.  I don't know

11  what analyses they are conducting with those --

12  with those values, nor I have ever known, even when

13  I was at ATSDR, what the epidemiologists or how

14  they were planning on -- on using them other than

15  in a general framework.  But the epidemiologists at

16  ATSDR believe the model results were reliable and

17  accurate for their use.

18      Q.    Sort of at a high level I understood

19  the purpose of your report as -- to be supporting

20  the use of the model in the litigation.  Would you

21  agree with that?

22          MR. DEAN:  Object to the form of the

23  question.

24          THE WITNESS:  Could you clarify which

25  report you're speaking of?

1   BY MR. ANWAR:

2        Q.   Sure.  I understood the purpose of your

3   expert report that you submitted as a litigation

4   expert in the case for which you're consulting with

5   the plaintiffs on as advocating for or supporting

6   the use of ATSDR's Tarawa Terrace and Hadnot

7   Point/Holcomb Boulevard models in the litigation.

8             MR. DEAN:  I'm sorry.

9   BY MR. ANWAR:

10       Q.   Do I understand -- am I -- would you

11  agree with that?

12            MR. DEAN:  Object to the form of the

13  question.  You're asking him if he understands the

14  same thing you understand?  That's...

15            THE WITNESS:  My understanding was --

16            MR. DEAN:  For the record, I do not

17  know, nor has Mr. Anwar provided sufficient

18  information about what his understanding is to get

19  in his head in order to be able to have anyone

20  properly be able to respond to that question, so I

21  object to the form.

22            MR. ANWAR:  And I appreciate your

23  objections, Kevin.  I would appreciate if you also

24  limit your objections to form within the rules and

25  limit your speaking objections.  Mr. Maslia is the

1    one here to testify.  This isn't your deposition.
2              MR. DEAN:  You're familiar with the
3    rules of the road and the rules of depositions, and
4    if you follow those rules, then I will certainly
5    follow them as well.
6              MR. ANWAR:  And I am sort of raising
7    this now because if this continues to be a problem,
8    we intend to take that to the Court, so...
9    BY MR. ANWAR:
10        Q.   Mr. Maslia, I will ask you the question
11   again.  So you submitted an expert report in this
12   case?
13        A.   Yes.
14        Q.   And you submitted an expert report as a
15   paid litigation expert, correct?
16        A.   That is correct.
17        Q.   And you did so on behalf of the
18   plaintiffs, correct?
19        A.   That is correct.
20        Q.   Did you do so with the understanding
21   that the plaintiffs are offering the model or the
22   -- and when I say "the model", I mean ATSDR's
23   Tarawa Terrace model and ATSDR's Hadnot
24   Point/Holcomb Boulevard model -- for use in the
25   litigation?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 46 of 821

1          MR. DEAN:  Object to the form.

2          THE WITNESS:  I did so as the expert

3    and the person who oversaw the development of the

4    ATSDR models to any technical or scientific

5    questions pertaining specifically to the model,

6    model assumptions, model results that the

7    plaintiffs' attorneys may have.

8    BY MR. ANWAR:

9          Q.   Okay.  I just want to make sure I'm

10   crystal clear on this because as of now the Court

11   intends to hold a hearing on -- or the -- there's

12   discussion of a potential hearing being held on

13   issues related to water contamination in the case.

14   And I imagine if the Court does hold a hearing,

15   you'll be called to testify.  And if you're asked

16   by a lawyer or one of the judges that -- whether or

17   not the Court should use the model for making

18   exposure determinations for individual plaintiffs

19   in the case, what would your answer be?

20          MR. DEAN:  Object to the form of the

21   question.

22          THE WITNESS:  My response would be,

23   from my standpoint, my professional and expert

24   standpoint, that the model results are reliable

25   based on our assessment of model calibration, model

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 47 of 821

1   results, and that the -- as long as the models are

2   sufficiently calibrated, in my mind, anyone can use

3   them for whatever purpose they want to use them

4   for.  In other words, we did not calibrate the

5   models with the end result of exposure assessment.

6   Again, we were, at ATSDR, blinded to anything with

7   the epidemiology in terms of cases, controls,

8   people, anything like that, other than the five

9   objectives that I believe I listed in my expert

10  report as to what the epidemiologists requested us

11  to meet.

12  BY MR. ANWAR:

13          Q.    Okay.  Now, Appendix A, which is page

14  120 of your initial expert report.

15          A.    2020.  Yes, I'm there.

16          Q.    Is that a true and accurate copy of

17  your curriculum vitae?

18          A.    Yes, it is.

19          Q.    To the best of your knowledge, as you

20  sit here today, is it complete?

21          A.    Yes, it is.

22          Q.    And there's not anything that needs to

23  be updated as far as you're aware on that

24  curriculum --

25          A.    Not that I'm aware of.

1        MR. DEAN:  So there's someone who has

2    just joined with an area code 202 number.  You're

3    not muted.  Would you mind muting your phone,

4    please.  Thank you.

5    BY MR. ANWAR:

6        Q.    And on page 17 of your report it states

7    that "I'm being compensated an hourly rate of 400

8    for my work for preparing this report.  My rate for

9    depositions and trial testimony is 2,000 per day."

10   Did I read that correctly?

11       A.    Yes, you read that correctly.

12       Q.    And is that what you're being

13   compensated in the case?

14       A.    Yes, as it states right here.

15       Q.    I'm handing you what is being marked as

16   Exhibit 7.

17            (DFT. EXHIBIT 7, M.L. Maslia Consulting

18   Engineer invoices Bates-stamped

19   CL_PLG-Expert_Maslia_0000000609 through 0000000680,

20   was marked for identification.)

21   BY MR. ANWAR:

22       Q.    These are invoices that were produced

23   to us in response to a document, subpoena,

24   accompanying your -- your deposition notice.

25       A.    Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 49 of 821

1      Q.   Are these the invoices for the -- for
2    your expert work performed on behalf of the
3    plaintiffs in the case?
4      A.   I haven't gone through all of them, but
5    they appear to be with my signature and the
6    billable hours and expenses that I submitted, yes.
7      Q.   Okay.  Do you have an estimate on how
8    much you've billed to date in the case?
9      A.   No, I just submit it on a monthly
10   basis.
11     Q.   Sure.
12     A.   And you would have to ask the --
13   whoever the accountant is for the plaintiffs or my
14   CPA who is filing my taxes.
15     Q.   Well, so I went through the invoices.
16     A.   Right.
17     Q.   According to my calculation and
18   let's -- let's call this rough, it looks like
19   you've billed a little over 1100 hours in the
20   amount of about $346,000, just under $347,000, for
21   your work in this case and that's for professional
22   services.  Does that sound about right to you?
23           MR. DEAN:  Object to the form.
24           THE WITNESS:  It sounds high to me,
25   but, again, you'll have to add these up.  If you're

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 50 of 821

1    basing them on -- on these, that's all --

2         Q.   Okay.

3         A.   It does sound high.  The 300 number

4    sounds high.

5         Q.   Okay.  But if it's -- if that's what

6    the invoices add up to, you wouldn't dispute it?

7         A.   No, I would not.

8         Q.   And I noticed your invoices were

9    separated out for professional services and then

10   you had travel and related expenses, correct?

11        A.   That is correct.

12        Q.   Okay.  And so the hours and the numbers

13   I read to you just now were what I calculated for

14   professional services.  For travel and related

15   expenses, again, roughly I calculated 82.5 hours in

16   the amount of about $16,000.  Does that sound about

17   right to you?

18        A.   It would be hard for me to answer that

19   right at this instant of time without going through

20   them and adding them up.

21        Q.   Okay.  If that's what they add up to in

22   the invoices, do you have any reason to dispute

23   that?

24        A.   No, I do not.

25        Q.   We've been going for about an hour.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 51 of 821

1    Would you like to take a break or --

2          A.    Sure.   That would be good.

3          Q.    Okay.   Let's do that.

4                THE VIDEOGRAPHER:   Okay.   We're going

5    off record.   The time is 10:14 a.m.

6                (A recess transpired.)

7                THE VIDEOGRAPHER:   Okay.   We're going

8    back on the record.   The time is 10:25 a.m.

9    BY MR. ANWAR:

10         Q.    We are back on the record from a short

11   break, Mr. Maslia.   Are you okay to continue?

12         A.    Yes, I am.

13         Q.    Did you speak with your lawyers during

14   the break?

15         A.    No, I did not.

16         Q.    Okay.

17         A.    There is one thing I would like to

18   clarify.

19         Q.    Sure.

20         A.    If I could do that.   When we were

21   speaking about the improved and reanalysis of the

22   geometric biases, I got the original thought

23   reading Dr. Konikow's expert report where he had

24   mentioned about duplicate values in his report.

25         Q.    Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 52 of 821

1        A.    So I just wanted to give credit for the
2    initial thought about that.
3        Q.    No, I appreciate that.  You actually
4    anticipated my question.  I was going to ask you
5    sort of as a follow-up when you decided to do that
6    analysis and it sounds like it was in the last
7    month or two; is that right?
8        A.    That is correct.
9        Q.    Okay.  And it was in the context of
10   reading Dr. Konikow's report?
11       A.    Yes.
12       Q.    Okay.  Would that have been after he
13   had disclosed his report?
14       A.    Yes, yes, it was the -- I mean, what
15   was submitted to DOJ.
16       Q.    Okay.  And was there any particular
17   reason you decided to do the analysis or it was
18   just the thought popped up in reading his report?
19       A.    Well, he mentioned that -- specifically
20   I believe it was in reference to well TT26 at
21   Tarawa Terrace where there were, like, five samples
22   within a short time period, like within a day or
23   week.
24       Q.    Yeah.
25       A.    And that the models could not really

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 53 of 821

1    reproduce that, okay, on a monthly basis.  And so
2    that's when I looked at our tables that we had
3    published in the Tarawa Terrace Chapter A report
4    where we computed the model biases and the
5    geometric biases, and I went back and took that
6    suggestion and did the analysis.
7         Q.    Okay.  And you indicated you have some
8    notes about that, right?
9         A.    That is correct.
10        Q.    Okay.
11             MR. ANWAR:  We will -- we will formally
12   request those notes be produced.  We will just
13   formally on the record request that those notes be
14   produced and reserve the right to reopen the
15   deposition depending on what's in the notes.
16             MR. DEAN:  That's right.  And we
17   reserve all of our objections and -- but we will
18   take a look at it and provide a response back to
19   you.
20             MR. ANWAR:  Okay.  Sounds good.
21   Thanks, Kevin.
22             MR. DEAN:  I don't have what he's
23   referring to here either, so...
24             MR. ANWAR:  Okay.  Understood.
25   BY MR. ANWAR:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 54 of 821

1          Q.   And then I wanted to ask you,

2    Mr. Maslia, when we were talking about expert

3    reports that you had reviewed, did you review

4    Dr. Longley's report as well?

5          A.   No, I did not.

6          Q.   Okay.  Did you review it at any point?

7          A.   I don't know who Dr. Longley is.

8          Q.   Okay.  I wanted to ask you a few

9    questions about the invoices.  There were a couple

10   of references to discussions with -- with Robert

11   Faye.  And it looks like you spoke with Robert Faye

12   in August of 2024.  I'll call him Bob Faye.

13   Everyone calls him Bob Faye, it appears.  And one

14   of the notes is -- provide Robert Faye, Bob Faye,

15   with verbiage on the use of probabilistic analysis

16   for Tarawa Terrace models, compose table listing,

17   ATSDR data discovery activities, and then review so

18   -- review 2005 expert report panel.  And I can

19   direct you to where in the invoices that is if you

20   would like to take a look at it, but --

21          A.   Yeah, if you could, please.

22          Q.   Sure.  It's the page ending 626.

23          A.   626.  Okay.  Ah, okay.  Sure.  What

24   date in particular?

25          Q.   It's August 24.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 55 of 821

1          A.    Okay.

2          Q.    Why did you speak to Robert Faye there?

3    What was that about?

4          A.    Well, Bob Faye and I have known each

5    other professionally probably for 40 years.

6          Q.    Four or 40?

7          A.    40.  40.  40 years, more or less.  And

8    he was the person responsible for developing the

9    Tarawa Terrace groundwater flow and contaminant

10   fate and transport models as well as analyzing all

11   the hydrogeologic data.  And so I had found out,

12   maybe through Bob, that he had been retained by the

13   plaintiffs' attorneys and I think there was a

14   question on -- on his part as to how to properly --

15   or how to word something containing probabilistic

16   analyses, which is what I did at ATSDR.  Not only

17   did that, but I was familiar with -- with that on

18   numerous occasions of doing that, and so I think

19   that's what the discussion was about.

20         Q.    Do you know when Bob Faye was retained?

21         A.    I don't know the date.

22         Q.    But as of this day, August 24th, 2024,

23   you spoke with him and he was retained; is that

24   right?

25         A.    That is my understanding.

1          Q.    Okay.  And on that same page there is
2     an entry phone call with R. Faye about review of
3     ABC One Cleaners site data 2007 to 2012.  Do you
4     remember what that conversation was about?
5          A.    I think the question came up in some of
6     the production that DOJ provided to the -- the
7     plaintiffs about what documents we may have had at
8     ATSDR and what documents either the Department of
9     Navy provided us --
10          Q.    Sure.
11          A.    -- in conducting the Tarawa Terrace
12     reports.  And so that ABC Weston 2007 report came
13     up.
14          Q.    Okay.  And then if you turn the page to
15     the page ending 640.
16          A.    Okay.
17          Q.    There are a couple of entries for
18     December 28th and 29.
19          A.    Right.
20          Q.    The 29th entry is, review R. Faye
21     rebuttal report, call with R. Faye.  Do you recall
22     that conversation?
23          A.    On the 28th?
24          Q.    29th.
25          A.    29th.  I'm sorry.  I don't specifically

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 57 of 821

1  recall that -- that phone call.  I mean, I don't

2  know what exactly I was reviewing in his report.

3  He may have asked me my opinion of something he was

4  writing and being that he was retained and I was

5  retained, I probably provided an opinion.

6       Q.   Okay.  We have not received a rebuttal

7  report from Bob Faye.  One has not been disclosed.

8  I'm just wondering if you knew why that was?

9            MR. DEAN:  Object to the form of the

10  question.  It's confidential attorney work product

11  and I would instruct the witness not to answer the

12  question.

13  BY MR. ANWAR:

14       Q.   Do you know if Bob Faye intends to

15  testify in this case?

16       A.   I've -- I'm not involved in that part

17  of being retained as to who does and does not

18  testify, so I do not know.

19       Q.   Okay.  Other than sort of what's

20  reflected on these invoices, have you spoken with

21  Bob Faye about any other aspect of your work on

22  this case?

23       A.   Well, just in reviewing the original

24  ATSDR reports where he was the primary author,

25  making sure I understood what he was writing about

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 58 of 821

```
 1    or what his intent was.
 2           Q.    Sure.
 3           A.    For example, the Chapter F, fate and
 4    transport model, I wanted to clarify, you know,
 5    technically clarify something.
 6           Q.    When would that have taken --
 7    conversation taken place?
 8           A.    Last week sometime.
 9           Q.    I also noticed from some of the entries
10    on your invoices that you exchanged some e-mails
11    with Jerry Ensminger; is that right?
12           A.    If you could -- can you point me to
13    exactly where they -- they are?
14           Q.    I don't -- I don't -- I can look during
15    one of the breaks --
16           A.    Okay.  Okay.
17           Q.    -- and point you directly, but do you
18    recall exchanging e-mails with Jerry Ensminger or
19    talking with him during the course of your work on
20    this case?
21           A.    He has called me a couple of times.
22           Q.    Okay.
23                 MR. DEAN:  I think you might have
24    marked some of that in the first depo, if I
25    remember correctly, just for what it's worth to
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 59 of 821

1   help him remember.  I think you might have marked a

2   couple that were produced.

3   BY MR. ANWAR:

4        Q.   When is the last time you spoke with

5   Mr. Ensminger?

6        A.   Sometime this past month he called me.

7        Q.   What was that conversation about?

8        A.   He wanted to know my opinion of the

9   ATSDR models.  He did mention geometric bias

10   specifically, but whether the models were, you

11   know, accurate, did they overpredict, underpredict.

12        Q.   Do you know why he called you in the

13   last month about that, about whether the models

14   were accurate?

15        A.   No, he never provides a reason why he

16   calls.  He just calls me.  I mean, in that sense.

17        Q.   You know, just in reviewing the

18   documents in the case, it seems like -- and you

19   should correct me if I'm wrong -- throughout the

20   years Mr. Ensminger has had a number of

21   conversations with you and others on the ATSDR side

22   about work that was being performed related to the

23   models and the epi studies.  Is that consistent

24   with your recollection?

25        A.   Well, Mr. Ensminger was a member of the

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 60 of 821

1   Camp Lejeune camp.

2        Q.   Yeah.

3        A.   And he probably called or talked to me

4   in that capacity because when I was at ATSDR -- and

5   I don't know what the situation is now -- they

6   would have quarterly CAP meetings, okay, and it's

7   mostly when -- if I was going to present some

8   information or whatever, I called in his capacity

9   as the -- as a CAP member.  That's what I recall.

10       Q.   Okay.  I was just wondering if you had

11  any insight on why he called you now.  Because it

12  seems like he probably has a pretty good

13  understanding of the models just from the years of

14  working with you-all.  If you have any insight on

15  why he decided to call in the last month.

16            MR. DEAN:  Object to the form of the

17  question.

18            THE WITNESS:  No, I do not know why --

19  why he would call me, because I had not heard from

20  him in a while.  I mean...

21  BY MR. ANWAR:

22       Q.   Sure.  And did you-all specifically

23  discuss geometric bias during that call?

24       A.   Not -- not that specific verbiage, but

25  the concept and what it means.

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 61 of 821

1       Q.   Okay.  Now --

2       A.   Those were the values -- I need to

3   clarify.  Those were the values relating

4   specifically to the report, not anything additional

5   that I had done.

6       Q.   Understood.  Have you had any other

7   conversations with Mr. Ensminger during the course

8   of your work in this case?

9       A.   I believe there's one e-mail where he

10  wanted to know if I had an award certificate where

11  we were awarded the grand prize in research from

12  the American Academy of Environmental Engineers and

13  Science in 2015, and I believe I did provide him

14  with a couple of images.

15      Q.   Sure.  And if my understanding -- if my

16  recollection from your prior deposition is correct,

17  Mr. Ensminger is a Camp Lejeune activist, right?

18              MR. DEAN:  Object to the form.

19              THE WITNESS:  I assume there's

20  different definitions for activist.  I have always

21  known him as a member of the CAP and a -- I'll just

22  leave it at that.  That's where I first met him and

23  that's -- even when he calls today, I still think

24  of him in terms of the Camp Lejeune CAP.

25  BY MR. ANWAR:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 62 of 821

Page 63

1      Q.   And are you aware that he's a plaintiff
2  in the lawsuit as well?
3      A.   No, I'm not aware of anyone who's a --
4  who's in the lawsuit.
5      Q.   Is Mr. Ensminger a water modeler?
6      A.   No, he is not.
7      Q.   Is he an epidemiologist?
8      A.   No, he's not.  Let me qualify that, to
9  my knowledge, I guess.
10      Q.   Sure.  I also noticed in the invoices
11  at some point during the course of your work as a
12  retained expert, you spoke with Chris Portier.  Do
13  you recall that?
14      A.   I don't ever recall speaking with
15  Dr. Portier once I was retained here.
16      Q.   Okay.
17      A.   I spoke to him -- or he spoke to me
18  when I was at ATSDR.  That's the last -- last time,
19  actually, I recall speaking to Dr. Portier.
20      Q.   Who is Chris Portier?
21      A.   Dr. Portier is a former director of the
22  Agency for Toxic Substances and Disease Registry.
23  I'm not sure when he started.  Maybe 2010, perhaps,
24  and retired, my understanding is, in 2013.
25      Q.   Okay.  And then I noticed on the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 63 of 821

1    invoices there were some e-mails or conversations
2    that took place with Walter Grayman; is that right?
3           A.    That is correct.
4           Q.    First off, let me ask you, who is
5    Walter Grayman?
6           A.    Walter Grayman I would consider a
7    mentor in water distribution system modeling and
8    probably one of the godfathers of water
9    distribution system modeling using computational
10   methods.
11          Q.    And why did you speak with Walter
12   Grayman?
13          A.    In my capacity here or -- I don't
14   understand --
15          Q.    Sure.
16          A.    -- the question.
17          Q.    During the course of your retention --
18          A.    Right.
19          Q.    -- as a -- for the plaintiffs in the
20   litigation as an expert.  I noticed his name on
21   some of the invoices.  Why did you speak with him
22   during the course of the litigation?
23          A.    My understanding is that he was also
24   retained as an expert witness.
25          Q.    Okay.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 64 of 821

1          A.   But he is no longer that.  But that was
2     my initial understanding.  So he had some questions
3     about the water distribution system modeling
4     because he had assisted us in conducting field
5     studies and using the -- the model, and so that's
6     probably why I spoke with him, about that.
7          Q.   Do you recall any other conversations
8     that you've had with Walter Grayman during the
9     course of the litigation?
10         A.   No, no.
11         Q.   I wanted to -- we talked -- some of
12    this is going to overlap with our discussion during
13    the last deposition.  I'm trying --
14         A.   Okay.
15         Q.   -- my best not to duplicate too much.
16    We talked about, in your prior deposition, sort of
17    when you started working on the Camp Lejeune water
18    modeling at ATSDR and when it concluded.  And I
19    noticed in Dr. Aral's report submitted in this
20    case, he makes a statement that over the 15-year
21    period from 2000 to 2015, I had my team members
22    work with essentially EDRP at ATSDR -- and, for the
23    record, the EDRP is exposure dose reconstruction
24    program.  The statement is "from 2000 to 2015, I
25    and my team members worked with other team members

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 65 of 821

1    at EDRP at ATSDR to perform analysis of Tarawa

2    Terrace, Holcomb Boulevard, Hadnot Point studies

3    related to Camp Lejeune."

4              Does that time period, 2000 to 2015, is

5    that right in terms of the work for the water

6    modeling?

7         A.    For Camp Lejeune?

8         Q.    Correct.

9         A.    No, that is not correct.  We had a --

10   as I indicated previously, we had the cooperative

11   agreement that ran every five years, and Georgia

12   Tech was the cooperative agreement university

13   partner.  And so on other sites, for example, I

14   mentioned the journal article that was published in

15   2004, so we would work on other sites.  We did not

16   begin working in earnest until 2003 on Camp -- Camp

17   Lejeune, at which point, if they were still part of

18   the cooperative agreement, which they were, that's

19   when they would have started or we would have

20   started to have discussions about Camp Lejeune and

21   the approaches we should be taking and things of

22   that nature.

23        Q.    And that's helpful in terms of the

24   start date.  And then the end date he had in his

25   report as 2015.  I noted that the -- I think the

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 66 of 821

1    last Hadnot Point/Holcomb Boulevard report was
2    published in 2013.  Is that consistent with your
3    understanding?
4            A.   The last report series was released in
5    March 2013.
6            Q.   Did -- did the work related to the
7    Hadnot Point/Holcomb Boulevard modeling at ATSDR,
8    did it conclude in March 2013 or did it go on
9    another year until 2015?
10           A.   The actual modeling activities and data
11   analysis activities and report publishing concluded
12   March 2013.  I may have been asked by the
13   epidemiologists to forward them the final modeling
14   results after March of 2013, but I don't recall the
15   exact date.
16           Q.   Were you doing any work on the modeling
17   in the ATSDR, I guess, either Tarawa Terrace or
18   Hadnot Point/Holcomb Boulevard models, in 2015?
19           A.   No, I was not.
20           Q.   Okay.  So the -- the time frame is just
21   slightly off a little bit in his report, it sounds
22   like?
23           A.   That is correct.
24           Q.   Okay.  I just wanted to clarify that.
25                So you -- you worked on the ATSDR

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 67 of 821

1 models for Tarawa Terrace and Holcomb

2 Boulevard/Hadnot Point -- Hadnot Point/Holcomb

3 Boulevard for just over a decade; is that right?

4      A.   Yes, that would be correct, although

5 the initial work plan development probably was in

6 early 2003 or maybe 2002, internal, internal work

7 plan.

8      Q.   Understood.  You said 2002, 2003?

9      A.   Yes.

10      Q.   Okay.  11, 12-year time frame?

11      A.   That is correct.

12      Q.   For the 11, 12-year time frame for the

13 work that you and your colleagues at ATSDR did

14 related to the Tarawa Terrace and the Hadnot

15 Point/Holcomb Boulevard models, correct?

16      A.   That is correct.

17      Q.   Okay.  And during that period of time,

18 you were ATSDR's project officer for the exposure

19 dose reconstruction program, correct?

20      A.   That is correct.  I was the project

21 officer from the beginning of the exposure dose

22 reconstruction program, which was probably 2004 or

23 '5.

24      Q.   Okay.  And then you were also the --

25 the lead or the project manager for ATSDR's water

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 68 of 821

1    models on Camp Lejeune, correct?

2          A.    That is correct.

3          Q.    Okay.  Now, when you were employed

4    during this period of time by ATSDR working on the

5    Camp Lejeune modeling, you were a federal

6    government employee, correct?

7          A.    That is correct.

8          Q.    Do you remember what grade you were

9    sort of in the GS system in terms of employed?

10         A.    It changed over time because I was

11   classified under the Office of Personnel

12   Management's research grade evaluation system.

13         Q.    Sure.

14         A.    So I was promoted twice from a GS-13,

15   which is where I came into ATSDR, applied to be

16   reclassified as -- under the research grade, and

17   then was promoted to a GS-14 and a GS-15.

18         Q.    When were you promoted to a GS-15?

19         A.    I would have to look at my electronic

20   personnel file.

21         Q.    Sure.  Were you a GS-15 by the time you

22   were working on the Camp Lejeune water models at

23   ATSDR?

24         A.    Somewhere in there.  Not necessarily at

25   the beginning.

1          Q.   Okay.  I am going to hand you what I'm
2     marking as Exhibit 8.
3               (DFT. EXHIBIT 8, Federal employee
4     profile for Morris L. Maslia, was marked for
5     identification.)
6     BY MR. ANWAR:
7          Q.   I -- I looked you up on the federal
8     government employee lookup tool, and you're welcome
9     to look me up, too, as a federal employee.  But
10    does this document I hand you accurately reflect
11    your GS grade and your salary while employed at
12    ATSDR between 2004 and 2018?
13         A.   Well, it's incorrect because I retired
14    on December 31st, 2017.
15         Q.   Okay.  Aside from the 2018 year, for
16    the other years, does that generally look correct?
17         A.   I don't recall being a GS-15 all the
18    way down to 2004 because I do recall them -- under
19    the research grade evaluation program, what they do
20    is, depending on the grade, but at the 13 and above
21    they should review you every four to five years,
22    maximum.  So they would -- you -- they call in a
23    panel and have experts and then they score you on a
24    point basis.  And then if you make above a
25    certain -- a certain point level, then the agency

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 70 of 821

1  has to say yes, we've got a GS-15 position
2  available or not, okay?
3              So again, I just don't recall it being
4  in 2004, but I would have to look at my own -- I
5  know you pulled this off the -- I've got my own
6  electronic personnel folder at home, or it was on
7  my ATSDR LAN drive, because they wanted everybody
8  to keep a copy of their personnel -- electronic
9  personnel folder when they went to digital versions
10 of it.  So I could tell by those.  I'm familiar
11 with the -- whatever it is, SF-171 form that tells
12 each year or whatever when you get promoted.
13         Q.    Sure.  Would the salary amounts, do
14 they look roughly right?
15         A.    They -- they -- they look, from my
16 recollection, correct, yes.
17         Q.    Okay.  And so for that 11- or 12-year
18 period, would it be fair sort of roughly to
19 estimate that your total salary, cumulative salary,
20 during that period exceeded a million dollars,
21 correct?
22         A.    I've never -- I've never added it up,
23 to be quite honest about it, so I would need to add
24 that up before...
25         Q.    Okay.  But if we added that up and I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 71 of 821

1    told you it's over a million dollars, do you have
2    any reason to dispute that?
3          A.    No.
4          Q.    Okay.  Besides your salary as an ATSDR
5    employee and the compensations and billings we've
6    discussed related to your retention or your role as
7    an expert in the litigation, have you received any
8    other compensation related to Camp Lejeune?
9          A.    No, I have not, nor have I ever.
10         Q.    Now, if I remember correctly -- and
11   you're welcome to refer to your CV as we're going
12   through this.  It's page 121 in your expert report.
13   You started at ATSDR in 1992?
14         A.    Let me just get there, so --
15         Q.    Sure.
16         A.    -- I'm on the page that you're
17   referring to.  I started at ATSDR in 1992, that's
18   correct.
19         Q.    And you retired in 2017, right?
20         A.    December 31st, 2017.
21         Q.    And as we just discussed, you worked on
22   ATSDR's Camp -- the water modeling related to Camp
23   Lejeune for Tarawa Terrace and Hadnot Point/Holcomb
24   Boulevard from about 2003 to 2013, 2014?
25         A.    Probably.  I want to say through 2013.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 72 of 821

1    I was being funded in part at that time by the

2    Department of Navy, and so whatever they put in the

3    budget for 2014, it would not have been funded

4    by -- to my knowledge, by Camp Lejeune because the

5    modeling was completed, okay.

6         Q.    Okay.  And give or take, for a little

7    over -- for roughly a little over a decade, I think

8    we said 11 or 12 years, you worked on Camp Lejeune

9    water modeling at ATSDR, right?

10        A.    That is correct.  We did have, though,

11   again, because I was not only project chief or

12   scientific technical project officer for Camp

13   Lejeune, but I was also over the exposure dose

14   reconstruction program.  We had other EDRP

15   activities and a couple of sites that we worked in,

16   not using Camp Lejeune money, but using the

17   agency's other funds.

18        Q.    Okay.  You started at ATSDR in '92.

19   You left in 2017, and you worked -- so that's,

20   what, roughly 25 years?

21        A.    Yes.

22        Q.    Okay.  And you worked on Camp Lejeune

23   water modeling for close to half of that, is that

24   right, at ATSDR?

25        A.    Did we say 10 or 11 years, yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 73 of 821

1        Q.    Okay.

2        A.    Maybe slightly less.  Maybe slightly

3    less, but...

4        Q.    Understood.  Was the water modeling for

5    Camp Lejeune a significant portion of your work

6    portfolio at ATSDR?

7        A.    It was a substantial, but there were

8    other sites, as I said, prior to Camp Lejeune and a

9    couple of sites -- or a couple of analyses that

10    were not Camp Lejeune related.

11        Q.    Focusing on that period between 2002,

12    2003 to 2013, what percentage of your work would

13    you say was related to the ATSDR's Camp Lejeune

14    modeling?

15        A.    I'll start after about mid-2003.  I

16    think that's when the ATSDR, I assume, got approval

17    from either the Marine Corps or the Navy to expend

18    the budget money on Camp Lejeune.  I would say it

19    was probably 95 percent on different aspects of

20    Camp Lejeune.

21        Q.    As I was looking at your -- your CV,

22    and specifically I was looking at your list of

23    publications, without looking each and every one

24    up --

25        A.    Right.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 74 of 821

1           Q.    -- it's on page 130.

2           A.    Okay.  Okay.  I'm there.

3           Q.    I counted about nine or ten articles

4    that you've published related to the modeling work

5    you did on Camp Lejeune at ATSDR; is that right?

6           A.    That sounds about right.  It would be

7    agency reports.  It would be journal articles and

8    there were some symposia presentations.

9           Q.    Do you have any -- well, let me ask it

10   this way.  Just ballpark, not holding you to any

11   specific number, how many publications, symposiums,

12   presentations, have you given related to the Camp

13   Lejeune water modeling?

14          A.    I would really have to go and count

15   them up.  I just don't feel answering truthfully if

16   I just picked a number out.

17          Q.    Would you -- I think I identified nine

18   publications.  Would you agree over ten?

19          A.    Yes.

20          Q.    Do you think over 20?

21          A.    If you count some symposia

22   presentations where we had to actually submit a

23   manuscript, sometimes we did, and others we just

24   did, like, PowerPoint presentations, okay?

25          Q.    So potentially over 20?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 75 of 821

1          A.    Right, yes.

2          Q.    What about over 30?

3          A.    That may come under other activities.

4    Like I was adjunct professor at the Emory

5    University Rollins School of Public Health, and so

6    I would give some case studies to my students using

7    what was publicly released from Camp Lejeune.  And

8    I may have been asked by other ATSDR professionals

9    who were teaching other courses on statistics or

10   risk assessment at Emory to be a guest speaker for

11   my -- and I would give, again, things we had

12   already published or publicly released by the

13   agency about Camp Lejeune.

14         Q.    Would you agree that the work you did

15   on the water modeling for Camp Lejeune at ATSDR was

16   a significant part of your career at ATSDR?

17         A.    I would say it was substantial.  It

18   would not be the complete time.

19         Q.    And I saw on your CV that you, in 2015,

20   received the 2015 Excellence and Environmental

21   Energy Award, the grand prize, from the American

22   Academy of Environmental Engineers and Scientists;

23   is that right?

24         A.    That is correct, sir.

25         Q.    And was that related to the water

1    modeling work that you did at ATSDR on Camp
2    Lejeune?
3            A.    Yes, it was.
4            Q.    What is AEEES?
5            A.    It's a professional organization, as
6    the name implies, of environmental engineers and
7    other engineers and scientists, and they run a
8    competition each year with different categories,
9    for example, consulting small projects, government
10   projects, and research projects.
11           Q.    Okay.
12           A.    And I mean, they put on webinars and
13   things of that nature, continuing education
14   courses.
15           Q.    I saw the picture that you produced
16   holding the award.  You looked very happy.  What
17   did that award mean to you?
18           A.    It meant -- it was especially
19   meaningful not just to me, but for our entire team
20   because an outside organization recognized the
21   significance of our work and contribution about
22   Camp Lejeune to the profession.
23           Q.    Are you proud of that award?
24           A.    Yes, I am.
25           Q.    Would you describe it as one of the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 77 of 821

1    highlights of your career?

2         A.    Yes.

3         Q.    How would you describe the work you've

4    done on the Camp Lejeune water modeling at ATSDR in

5    the context of your career?

6         A.    I would say it was one of the similar

7    works that I have done, just like prior to Camp

8    Lejeune, Dover Township.  Toms River, New Jersey

9    was also a similar piece of work.  It was at the

10   U.S. Geological Survey, the work on the Floridian

11   RASA was also a similar piece of work.

12        Q.    Now, in your prior deposition we

13   briefly discussed some e-mail exchanges that you

14   had with the Bell Legal Group in a 2009/2010 time

15   frame.  Do you recall that?

16        A.    In the September deposition?

17        Q.    Correct.

18        A.    I don't specifically recall that, but

19   if it's in the verbatim transcript, then we

20   discussed it.

21        Q.    Okay.  I'll show you one of them later.

22        A.    Okay.

23        Q.    And then you were retained by the Bell

24   Legal Group in July 2022 to serve as an expert in

25   this litigation, right?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 78 of 821

1        A.    That is correct.

2        Q.    I was wondering what -- what led you or

3   how did you decide to serve as an expert witness in

4   this case?

5        A.    Well, after I retired, of course, I --

6   I did a few consulting jobs just to keep in the

7   profession, keep my mind fresh.  And then I was

8   approached and I felt because I had probably the

9   most internal knowledge -- not internal ATSDR, but

10  about the modeling I'm talking about, about what --

11  what we did, what the results meant, our confidence

12  in them, and that I could advise them on those

13  aspects of it.

14       Q.    Are you -- how do I ask this?  Is one

15  of the factors you considered in serving as an

16  expert in a litigation helping plaintiffs pursue

17  their claims related to exposure to Camp Lejeune

18  water?

19       A.    That never -- that was never discussed

20  with me and that was never my -- my understanding,

21  but rather that I was a technical expert on water

22  modeling.

23       Q.    Do you want to help the plaintiffs in

24  this case pursue their claims related to exposure

25  to Camp Lejeune water?

Golkow Technologies,
877-370-3377            A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 79 of 821

 1            MR. DEAN:  Object to the form of the

 2    question.

 3            THE WITNESS:  That really would be a

 4    legal question.  I'm not really involved in legal

 5    aspects other than being retained to explain what

 6    we did, what I did, and the meaning of the work at

 7    -- the water modeling that came from Camp Lejeune.

 8    BY MR. ANWAR:

 9        Q.   And I guess I'm not asking you sort of

10    in the legal sense of whether your work is being

11    used to support the plaintiffs.  I'm just asking

12    you personally, do you want to help the plaintiffs

13    in the litigation?

14            MR. DEAN:  Object to the form of the

15    question.

16            THE WITNESS:  When we did work at ATSDR

17    and even when I was at the USGS, we did what I

18    would classify as science in the public's interest,

19    okay?  And so it's important to me that the public

20    understands what we did and how we did it, and if

21    it can help them come to a better understanding of

22    what occurred at Camp Lejeune or Toms River, Dover

23    Township, New Jersey, then that's a good -- good

24    use of my time, expertise, and the taxpayer's

25    money.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 80 of 821

1   BY MR. ANWAR:

2          Q.   So does your desire to -- or your

3   involvement in the litigation, does that stem from

4   a desire to explain the work that you did related

5   to Camp Lejeune at ATSDR?

6          A.   Yes, yes.

7          Q.   Do you feel like your work is under

8   attack in the litigation?

9          A.   Not personally under attack.  I believe

10  there's been mischaracterization of the work and

11  perhaps at different points misunderstanding of

12  what we were tasked with or charged with doing and

13  the reliability of the work.

14         Q.   Do you --- is one of the motivating

15  factors in serving as an expert for the plaintiffs,

16  is it to defend your work?

17              MR. DEAN:  Object to the form.

18              THE WITNESS:  Well, I think if I'm

19  asked a question about our work, I'm defending

20  the -- the work, okay?  So -- so but my objective

21  is not necessarily to be hired so I can defend what

22  we did.  I would like to think that more of

23  explaining what we did and explaining, you know,

24  assumptions, limitations, and data analyses and

25  things of that nature.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 81 of 821

1    BY MR. ANWAR:

2         Q.   Aside from sort of the scientific

3    explanation portion of it or defending or

4    explaining your work, is money a motivating factor

5    at all serving as an expert?

6         A.   Not at all, not at all.

7         Q.   If the Court were to say, hey, the work

8    that you did at ATSDR was very fine, but we don't

9    -- we, the Court, don't believe it's appropriate

10   for use in this -- this case, how would that make

11   you feel?

12        A.   Well, I would have to understand or be

13   there when someone said -- said that.  That's sort

14   of a hypothetical.  And I've never looked at the

15   work as defending it because the Court is going to

16   say, we don't believe it, okay?  That's the best I

17   can answer.

18        Q.   Okay.  We'll talk a little bit more

19   about some of these other subjects later in the

20   deposition.  Did you feel like you were defending

21   your work from the National Research Council?

22             MR. DEAN:  Object to the form.

23             THE WITNESS:  You mean, the results of

24   -- of their report?

25   BY MR. ANWAR:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 82 of 821

1        Q.   I guess, did you perceive -- let me ask
2    it differently.  Did you perceive the National
3    Research Council's comments on the ATSDR Camp
4    Lejeune water modeling to be an attack?
5                MR. DEAN:  Object to the form.
6                THE WITNESS:  I believe and I believe
7    we have explained, on a couple of occasions,
8    internal documents as well as the published article
9    in Groundwater, that it was a mischaracterization
10   and misunderstanding and there was what appeared to
11   be -- because I requested additional meetings and
12   they would not meet with us.  And I believe they
13   made their -- part of their decision -- I didn't
14   review the entire report, so I'm not talking about
15   the toxicology or the epi or the rest or anything
16   like that.
17        Q.   Sure.
18        A.   But they are all in conclusion that
19   they -- there was a misunderstanding,
20   mischaracterization, of some of the key things.  So
21   yes, I mean, it's...
22        Q.   Yes, it was an attack, is what
23   you're --
24        A.   I wouldn't call it an attack, no.  I
25   would say it was a mischaracterization and

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 83 of 821

1    misunderstanding.

2         Q.   Okay.  What about the Navy's critique

3    of the ATSDR water modeling for Camp Lejeune?  How

4    did you perceive that?

5         A.   I perceived that as a very usual

6    professional discourse that you have some work,

7    whether it's a model, data analyses or whatever,

8    and you publish it, whether it's a peer-reviewed

9    journal or peer-reviewed report, and the Navy had

10   some technical comments on the report, and so we

11   addressed them, in other words.  So -- and until

12   this day, I still perceived it as a professional

13   exchange.

14        Q.   What about Prabhakar Clement's --

15   Dr. Clement's article?

16        A.   Right.

17        Q.   How did you perceive that?

18        A.   At the time it was published, which I

19   believe is 2010, it came right after the

20   publication of the NRC report.  And again, I

21   thought there were some misunderstandings and

22   mischaracterizations.  I do understand now that

23   part of it was sort of philosophical.  In fact, he

24   mentioned that in his rebuttal to us.  He was

25   looking at more philosophical issues, but I felt

Golkow Technologies,
877-370-3377                     A Veritext Division                     www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 84 of 821

1    the need to respond editorially to Dr. Clement's
2    article.
3          Q.    Sure.  Now, in the instance of the NRC
4    and the Navy and Dr. Clement, you did respond to
5    each one of those, correct?
6          A.    The -- to the NRC we wrote or I -- I
7    oversaw an internal document, okay, and advised my
8    management chain and leadership that we needed to
9    respond to the NRC, I guess, agency, and they and
10    CDC quickly invoked the 11th commandment, thou
11    shall not critique the NRC.
12          Q.    Why do you think that is?
13          A.    I have no idea, but we point -- and
14    that internal document was very -- I mean, it was
15    very technically oriented in going -- I wouldn't
16    say line by line, but topic by topic and explaining
17    where we saw some issues with the NRC report.  And
18    I do know that -- I believe it was Dr. Portier,
19    when he -- Dr. Portier in 2009 was not director of
20    ATSDR, but when he became director, I provided him
21    with a copy of that internal -- it's called
22    document, okay, it wasn't a memo or anything like
23    that.  And he had a couple of topics in his letter
24    to -- and I forget who he wrote exactly to, but
25    about -- about our work, about the NRC report.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 85 of 821

1          Q.   If I'm understanding you correctly, you
2     wanted to respond to NRC, correct?
3          A.   Yes.
4          Q.   Okay.  And you had put together a
5     response?
6          A.   That is correct.
7          Q.   But the response was kept, for whatever
8     reason, by CDC and ATSDR, internal, correct?
9          A.   I know by ATSDR.  I don't know if it
10    ever made it up to CDC --
11         Q.   Okay.
12         A.   -- that's over ATSDR, but it did make
13    it up through my management chain, okay?
14         Q.   And it was kept internal, correct?
15         A.   That is my understanding.
16         Q.   Okay.  And you did respond to the
17    Navy's comments or critiques, correct?
18         A.   That is public information on the ATSDR
19    website, yes.
20         Q.   Okay.  That -- there's this ATSDR
21    report that's -- we'll look at it later, but it's
22    sort of named response to the Navy's letter.  Did
23    you draft that response?
24         A.   Yes.
25         Q.   Okay.  And then --

Golkow Technologies,
877-370-3377                A Veritext Division           www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 86 of 821

1          A.    With assistance of team members and
2     some epidemiologists.
3          Q.    Understood.  And the article that you
4     published along with, I believe, Dr. Aral and some
5     of the other ATSDR colleagues, Jason Sautner, maybe
6     Rene, a response to Dr. Clement's article as well,
7     correct?
8          A.    That is correct, yes, the team.  I
9     listed all of the team.  When I say team, from an
10    agency standpoint, so that's why there are some
11    epidemiologists that's coauthors on it as well.
12         Q.    And when I say -- because we were
13    talking -- just for purposes of the record, because
14    we were talking about the 2000 Clement article,
15    when I'm talking about Dr. Clement's article now,
16    it's the article, I think, in the mid-2000s, 2010,
17    2011, focused on hindcasting, correct?
18         A.    That is correct.
19         Q.    Okay.  Did you introduce the
20    plaintiffs' lawyers to -- in this case to
21    Dr. Konikow?
22         A.    Yes, I did.  When I say introduced, let
23    me clarify.  I think they were looking for a name
24    of somebody who was nationally renowned in fate and
25    transport modeling, and so from my days at USGS, I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 87 of 821

1    knew Dr. Konikow.

2          Q.    Okay.  So you connected Dr. Konikow

3    with the Plaintiffs' Leadership, correct?

4                MR. DEAN:  Object to the form.

5                THE WITNESS:  I just provided contact

6    information.

7    BY MR. ANWAR:

8          Q.    Okay.  Did you introduce or provide

9    contact information to the plaintiffs' lawyers in

10   this case for Rob -- Bob Faye?

11         A.    Yes.

12         Q.    When did you do that?

13         A.    I really don't remember.

14         Q.    Was -- was it in the last 30 days?

15         A.    It was prior to that.

16         Q.    Last 60 days?

17         A.    I've been, as you said, involved in

18   this case since July of 2022.

19         Q.    I won't hold you to a precise date.

20   Was it in 2025?

21         A.    No, it was -- must have been sometime

22   in 2024.

23         Q.    Do you recall whether it was before or

24   after the September 26th deposition, 2024?

25         A.    It would have been before.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 88 of 821

1      Q.   Did you -- do you have Bob Faye's

2   contact information?

3      A.   Yes, I do.

4      Q.   What is it?

5      A.   I've got a phone number and an e-mail.

6      Q.   Okay.

7           MR. DEAN:  Hold on.  I have his info as

8   well.  I don't mind -- he's a retained consulting

9   expert.  He's not been disclosed as an expert.  So

10  if you were to get his contact information, I would

11  request that you not talk to him -- talk to

12  Mr. Faye without me being present or on the phone.

13          MR. ANWAR:  Okay.

14          MR. DEAN:  If at all because he is,

15  again, a confidential consulting expert for the

16  PLG.

17          MR. ANWAR:  Okay.  We can discuss that

18  separately.

19          MR. DEAN:  Sure.

20  BY MR. ANWAR:

21     Q.   Did you introduce or provide contact

22  information for any of the other experts for the

23  plaintiffs?

24     A.   Just the two that you have mentioned,

25  Dr. Konikow and Mr. Faye.

1          Q.   In documents that we received from
2     Dr. Konikow, there was an e-mail in there between
3     you and Dr. Konikow.  I think you were e-mailing
4     him, and it included a line, it said "don't know if
5     Kevin explained the politics of the case now, but
6     it's quite eye opening to me."  Do you recall that?
7          A.   I may have said that in the e-mail.  I
8     mean, if I saw the e-mail, then we could see.
9          Q.   Sure.  What did you mean by the
10     politics of the case?
11          A.   Well, Camp Lejeune has always been
12     surrounded, you know, from a political standpoint,
13     okay, because you have different parties, meaning
14     the Navy, the CAP, ATSDR, and so on, having
15     different points of view, so that makes it -- and
16     you're in public health, which is -- always has
17     politics associated with public health.  And so
18     that's what -- and then they passed or perhaps I
19     was aware -- I was aware of the Janey Ensminger
20     Act, okay.  That would have been political to get
21     that passed.  And I believe at the time they had
22     already passed the PACT Act, which contained the
23     section -- I forget the exact number for Camp --
24     Camp Lejeune.
25               So that's what I was referring --

Golkow Technologies,
877-370-3377               A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 90 of 821

1   referring to, is most of the time I know the work

2   that -- I can't speak for Dr. Konikow, but the work

3   that I did at, say, USGS, okay, and even most of

4   the work that I did at ATSDR, with the exception of

5   Dover Township, Toms River, and Camp Lejeune, were

6   not -- did not have necessarily political aspects

7   to them in terms of legislation being passed.

8           Q.   Understood.

9           A.   Things like that.

10          Q.   I -- and we talked about this in your

11  last deposition, and I know that you were part of a

12  group from ATSDR that testified to Congress,

13  correct?

14          A.   That would have been in, like,

15  June 12th, 2007.

16          Q.   Okay.  And that was about Camp Lejeune,

17  correct?

18          A.   Right.

19          Q.   Was it a House Committee Hearing, if I

20  remember correctly?

21          A.   It was a Senate Subcommittee Hearing.

22          Q.   Oh, I'm sorry.

23          A.   And I actually was -- did not provide

24  the testimony.  I believe it was Dr. Tom Sinks.  I

25  was just there, I guess, as a -- again, a technical

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 91 of 821

1    expert, but I was seated at the table.

2         Q.   Okay.  Have you had any direct

3    conversations -- have you directly had any

4    conversations with any Congress members about Camp

5    Lejeune?

6         A.   No, I have not.

7         Q.   You have a quote in your -- your e-mail

8    signature block currently from Nobel prize

9    physicist Richard P. Feynman.  Do you know what I'm

10   talking about?

11        A.   Dr. Feynman, yes, yes, I do.

12        Q.   And I believe the quote is "I would

13   rather have questions that can't be answered than

14   answers that can't be questioned"; is that right?

15        A.   That is correct.

16        Q.   Okay.  Who is Richard P. Feynman?

17        A.   He's a Nobel -- he's since deceased,

18   but he was a very young Nobel prize winning

19   physicist.  And the laypeople probably know him for

20   his participation on and his famous experiment on

21   the Challenger explosion.

22        Q.   Okay.

23        A.   And I believe that's where he put that

24   quote in, but I wouldn't swear -- swear to it, and,

25   in fact, I just bought a copy of -- of a book about

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 92 of 821

1    -- about him.

2            Q.   Okay.  Why did you include that quote

3    in your signature block?

4            A.   I thought it's appropriate to

5    everything in -- in life.  It's very succinct.

6    Don't be afraid to say you don't know the answer,

7    but that's better than saying don't ask me the

8    question.

9            Q.   Would you agree that that quote is

10   applicable to all of the work that you've done as

11   an engineer or an environmental scientist?

12           A.   I would say it's a more philosophical

13   statement, okay?

14           Q.   One that would apply to -- and you said

15   any aspect of life, right?

16                MR. DEAN:  Object to the form.

17                THE WITNESS:  Well, that's how I am

18   interpreting it, okay?  I wasn't there when

19   Dr. Feynman stated it or published it, so I don't

20   know what was in his mind, but it seemed to me,

21   from a philosophical standpoint, it, you know, it

22   resinates with me just philosophically.

23   BY MR. ANWAR:

24           Q.   Okay.  We have been going for a little

25   over an hour.  Do you want to -- should we take

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 93 of 821

1  another break?

2          A.     Sure, yes.

3                 THE VIDEOGRAPHER:  Okay.  We're going

4  off record.  The time is 11:23 a.m.

5                 (A recess transpired.)

6                 THE VIDEOGRAPHER:  Okay.  We are going

7  back on the record.  The time is 11:32 a.m.

8  BY MR. ANWAR:

9          Q.     We are back on the record from a short

10  break.  Mr. Maslia, are you okay to continue?

11          A.     Yes, I am.

12          Q.     Okay.  And did you speak with your

13  lawyer during the break?

14          A.     No, I did not.

15          Q.     Could you turn to page 145 of your

16  expert report?

17          A.     Yes.  Okay.

18          Q.     145 is a -- includes on it a figure or

19  a chart laying out the team that worked on the

20  ATSDR water modeling for Tarawa Terrace and Hadnot

21  Point/Holcomb Boulevard, their titles and sort of

22  their roles; is that right?

23          A.     That is correct.

24          Q.     Okay.  And you've included Xs.  A dark

25  green X for senior author of a report chapter.  A

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 94 of 821

1  light green X for a contributing author of a report
2  chapter, and then a light red O for project
3  management and coordination; is that right?
4        A.   That's correct.
5        Q.   Okay.  As I -- as I look at this
6  figure, is it fair to say that you were a senior
7  author or a contributing author or project managed
8  and coordinated every single chapter of the Tarawa
9  Terrace model reports and the Hadnot Point/Holcomb
10  Boulevard model reports?
11       A.   I was the technical or scientific
12  project officer over all of the Camp Lejeune water
13  modeling.
14       Q.   Okay.
15       A.   It's just not shown on here.  You can't
16  print three different colors on the same box, okay?
17  So -- and then where the dark Xs are, obviously I
18  was the senior author on that and contributed to
19  most of the reports, but there were some individual
20  chapters or supplements that I did not have
21  authorship of.
22       Q.   But you still oversaw and managed,
23  correct?
24       A.   Yes, yes.
25       Q.   Coordinated, managed?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 95 of 821

1          A.    Yes.

2          Q.    Okay.  In coordinating and managing

3    every chapter of the two models, Tarawa Terrace and

4    Hadnot Point, would you have reviewed and approved

5    every chapter on each of those reports?

6          A.    I would have reviewed and then said

7    it's ready to go to -- through the agency peer

8    review and then to external -- or if any review

9    comes back and then go out to external peer review.

10   It's ultimately up to the agency, I guess, Office

11   of Science and CDC Office of Science to give the

12   final release.

13         Q.    Understood.  Would you be the one to

14   make the decision it's ready to go to the next step

15   of the process, the peer review process?

16         A.    Yes.

17         Q.    And in making that final decision,

18   would you -- for each chapter or each report, would

19   you have an opportunity to review and comment and

20   suggest edits to particular chapters of either of

21   the model reports?

22         A.    Yes.

23         Q.    Okay.  We talked about, at the

24   beginning of the deposition, the -- sort of the

25   most recent calculations you've run --

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 96 of 821

1          A.   Yes.

2          Q.   -- with respect to geometric bias.

3          A.   Right.

4          Q.   As to the Tarawa Terrace model,

5    correct?

6          A.   Yes, yes.

7          Q.   That was in the last month or so,

8    correct?

9          A.   That is correct, sir.

10         Q.   Aside from that, do you stand by every

11   chapter of the Tarawa Terrace model?

12         A.   Yes.

13         Q.   And is that also true -- do you stand

14   by every chapter of ATSDR's Hadnot Point model?

15         A.   Yes.

16         Q.   Again, aside from that geometric bias

17   discussion that we had, is there anything that

18   you're aware of that should be changed or corrected

19   in either the Tarawa Terrace set of model reports

20   or the Hadnot Point/Holcomb Boulevard set of model

21   reports?

22         A.   There's issues brought up by the DOJ's

23   experts that I've responded to.

24         Q.   Okay.

25         A.   Okay.  Absorption parameters, for

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 97 of 821

1  example, the results, and they do not impact at all
2  the results of the Tarawa Terrace analyses.
3          Q.    Understood.  In preparing your expert
4  report, either the primary -- the main one or the
5  rebuttal report, did you rerun either of the Tarawa
6  Terrace or the Hadnot Point and Holcomb Boulevard
7  model?
8          A.    No.
9          Q.    Were your reports, the main report and
10  the rebuttal report, were they based on the ATSDR
11  reports that are publicly available now?
12          A.    You're talking about my expert report?
13          Q.    Correct.
14          A.    Yes, they were all -- whatever was
15  publicly available on the ATSDR website, which
16  would be all the Tarawa Terrace expert panel
17  reports, response to the Navy, and the Hadnot
18  Point/Holcomb Boulevard series of reports.
19          Q.    Okay.
20          A.    And that's what my expert report would
21  rely on.
22          Q.    Okay.  And I think you've clarified
23  that for me.  Basically what I'm getting at is you
24  didn't, you know, go and put MODFLOW on your
25  computer and run the groundwater model again.  You

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 98 of 821

1   didn't go and get MT3DMS and run the fate and
2   transport model again, correct?
3          A.   Not at all, no, I do not have those on
4   my computer.
5          Q.   And same with EPANET and the water
6   distribution model, you didn't --
7          A.   I did not rerun it, although I do have
8   EPANET on my computer at home.
9          Q.   Okay.  Do you consider yourself an
10  expert in groundwater modeling generally?
11         A.   Yes.
12         Q.   Any particular aspects of groundwater
13  modeling that you consider yourself an expert or do
14  you consider yourself an expert in all of it?
15         A.   I would consider myself an applied
16  researcher, so applying the available models that
17  have been developed by others to sites, okay, and
18  doing that as well as experience with
19  post-calibration analyses to assess the goodness of
20  fit of models.
21         Q.   In terms of groundwater modeling, do
22  you consider yourself an expert in groundwater flow
23  modeling?
24         A.   Yes.
25         Q.   Do you consider yourself an expert in

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 99 of 821

1    contaminant fate and transport modeling?
2         A.   I would consider myself very
3    knowledgeable.
4         Q.   Okay.  But not an expert?
5              MR. DEAN:  Object to the form of the
6    question.
7              THE WITNESS:  I mean, I'm an expert
8    from the standpoint that I've had courses in
9    contaminant fate and transport.  I applied some and
10   -- but I don't do it -- I did not do it routinely,
11   but I have run contaminant fate and transport
12   models.
13   BY MR. ANWAR:
14        Q.   Do you consider yourself an expert in
15   water distribution modeling?
16        A.   Yes.
17        Q.   Why do you consider yourself an expert
18   in water distribution modeling?
19        A.   Well, we've applied -- when I say we,
20   at ATSDR, we applied water distribution system
21   modeling to a couple of sites:  Dover Township,
22   Toms River, New Jersey as well as Camp Lejeune.
23   And we were -- for the Dover Township analysis, we
24   were actually awarded the best practice oriented
25   paper in 2000 by the Journal of Water Resources

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 100 of 821

1  Planning and Management based on the work in field
2  monitoring of the water distribution system in Toms
3  River, New Jersey.  So yes, I would consider myself
4  an expert there.
5          Q.   Okay.  Let's turn to page 17 of your
6  report.
7          A.   Of my expert?
8          Q.   Your main report, yes.
9          A.   Expert report?
10         Q.   Correct.
11         A.   Page 17.  Okay.
12         Q.   Page 17 contains a summary of your
13  opinions; is that right?
14         A.   It has one item.
15         Q.   Oh, I'm sorry.  17 and 18.
16         A.   And 19.
17         Q.   And 19.  17 through 19?
18         A.   Yes.
19         Q.   Starting on 17 is a section entitled
20  "summary of your opinions" and it concludes on page
21  19, right?
22         A.   Yes.
23         Q.   Okay.  I wanted to focus on opinion
24  number three.  It states, "the reconstructed
25  simulated monthly mean contaminant concentrations

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 101 of 821

1    of PCE, TCE, 1-2 DCE, vinyl chloride, benzene at
2    Tarawa Terrace, Hadnot Point and Holcomb Boulevard
3    are contained in ATSDR report appendices A-2 for
4    Tarawa Terrace, A-3 and A-7 for Hadnot Point, and
5    A-8 for Holcomb Boulevard."  Did I read that
6    correctly?
7            A.    Yes.
8            Q.    Okay.  And then opinion three goes on.
9    It says, "these reconstructed monthly mean
10   concentrations are also included in this report in
11   appendixes H, I, J and K" -- well, let me -- "these
12   reconstructed monthly mean concentrations are also
13   included in this report in appendixes H, I, J and
14   K, comma, are reliable and represent, within
15   reasonable scientific and engineering certainty,
16   the contaminant levels in selected water-supply
17   wells and in finished water at Camp Lejeune from
18   1953 to 1996."  Did I read that correctly?
19           A.    That is correct.
20           Q.    Okay.
21           A.    The ones for Hadnot Point probably go
22   to 2008.  That's what the model runs did.
23           Q.    Okay.
24           A.    I'm not sure about the '96.  That may
25   have been when the wells -- all the wells -- I --

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 102 of 821

1    but I do recall, because we had 2008 or 2006
2    through 2008, a remediation rate of Hadnot Point
3    that ran the model all the way out to 2008.  So I
4    would...
5         Q.   When you say there that the
6    reconstructed mean -- or reconstructed monthly mean
7    concentrations in the ATSDR reports are reliable
8    and represent, within reasonable scientific and
9    engineering certainty, what do you mean by
10   reasonable scientific and engineering certainty?
11             MR. DEAN:  Object to the form.
12             THE WITNESS:  When you conduct
13   scientific and engineering analysis application and
14   you come up with the value of -- that you believe
15   is the most likely value and -- then there's
16   always, you know, plus or minus a certain percent,
17   okay, and that's accepted.  That's a pragmatic
18   engineering approximation to a modeling problem,
19   okay?  You do the best you can and see if the level
20   of uncertainty is way beyond the information that
21   you have in terms of giving a reliable solution or
22   if it's within, then -- but there's always some --
23   some differences or errors in any of the solutions.
24        Q.   When you say reliable there, what do
25   you mean?  Is that --

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 103 of 821

1          A.   Reliable, to me, means that -- and I'm

2     going to say for their ATSDR analyses, of course,

3     that are published -- somebody could pull that off

4     the shelf or off -- offline, I guess, now, and with

5     the model input files, duplicate what we did, okay?

6          Q.   In this opinion, are you stating -- are

7     you opining that the reconstructed monthly mean

8     concentrations in the ATSDR reports are accurate

9     within a reasonable degree -- or reasonable

10    scientific and engineering certainty?

11         A.   Yes.

12         Q.   So it's your opinion that the simulated

13    monthly mean concentrations are accurate within

14    reasonable scientific and engineering certainty?

15         A.   They are the most likely values to

16    occur.

17         Q.   And --

18         A.   Or to have occurred.

19         Q.   When we're talking about reasonable

20    scientific and engineering certainty, help me

21    quantify that into a percentage.  Are they

22    50 percent accurate, 75 percent accurate, 51

23    percent?  Are they 90 percent likely to be

24    accurate?

25                   MR. DEAN:  Object to the form of the

1   question.  Calls for legal conclusion.

2              THE WITNESS:  Depending on the

3   application, not necessarily just on Camp Lejeune,

4   but in -- generally speaking, it depends on a lot

5   of factors.  The quality of the field data.  How

6   you constructed the model.  What your calibration

7   targets may have been, or at least you try to

8   figure them out, and so each application will have

9   a different level of uncertainty, okay, and

10  reliability.

11  BY MR. ANWAR:

12      Q.   What do you mean by depending on the

13  application?

14      A.   Well, for example, we did water

15  distribution system modeling, okay?  Water

16  distribution system modeling takes hour time steps,

17  not monthly, but hour time steps.  And we measure

18  and we gather data because -- we personally

19  gathered them both in -- at Dover Township and at

20  Camp Lejeune.  We had 15-minute readings per hour,

21  okay?  So that's more data.  So then you have to

22  assess that model based on the data that you have

23  and can you accept the difference between the

24  modeling results and the data that you -- that you

25  have and the way you interpret the data.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 105 of 821

1              In other instances you may have monthly

2    data or sporadic data, and so the level of

3    reliability may change.  And it also depends,

4    again, how you constructed the model.  The size of

5    the grid, how you hydrogeologically conceptualized

6    the model.  There's a lot of factors that go --go

7    into there, so you just can't -- I don't think it's

8    accurate to say on a blanket statement there's this

9    uncertainty in terms of percent or not percent, you

10   know.

11        Q.   If the -- there is uncertainty to the

12   simulated monthly mean contaminant concentrations,

13   why were they -- those contaminant concentrations,

14   I'm just wondering, why were they produced in this

15   -- kind of this table format at the -- in multiple

16   places in the report, but do you know what I'm

17   referring to, at the end of Appendix A for Tarawa

18   Terrace, for instance?

19             MR. DEAN:  Object to the form of the

20   question.

21             THE WITNESS:  Can I just take a look at

22   Appendix A?

23   BY MR. ANWAR:

24        Q.   Sure.  Here, we'll go ahead and mark it

25   -- mark them both.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 106 of 821

```
 1        A.   Okay.  Oh, I've got a copy right here
 2   that's unmarked.  That's A.  No, that's not A.
 3   Here's Tarawa Terrace.
 4        Q.   Okay.  I'll give you the one for the
 5   court reporter.
 6             MR. DEAN:  Just use that.
 7             THE WITNESS:  Okay.  Okay.
 8             (DFT. EXHIBIT 9, Analyses of
 9   Groundwater Flow, Contaminant Fate and Transport,
10   and Distribution of Drinking Water at Tarawa
11   Terrace and Vicinity, U.S. Marine Corps Base Camp
12   Lejeune, North Carolina: Historical Reconstruction
13   and Present-Day Conditions, Chapter A, Summary of
14   Findings, Bates-stamped
15   CLJA_Healtheffects-0000221172 through 0000221287,
16   was marked for identification.)
17             (DFT. EXHIBIT 10, Analyses and
18   Historical Reconstruction of Groundwater Flow,
19   Contaminant Fate and Transport, and Distribution of
20   Drinking Water Within the Service Areas of the
21   Hadnot Point and Holcomb Boulevard Water Treatment
22   Plants and Vicinities, U.S. Marine Corps Base Camp
23   Lejeune, North Carolina, Chapter A, Summary and
24   Findings Bates-stamped CLJA_Healtheffects-000022136
25   through 0000221535, was marked for identification.)
```

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 107 of 821

1           THE WITNESS:  So based on the Appendix

2    2 in Tarawa Terrace?

3    BY MR. ANWAR:

4           Q.   I am talking about Appendix A3 and A --

5    A3.

6           A.   A -- in Tarawa Terrace it's Appendix

7    A3.  It's questions and answers.

8           Q.   Oh, I'm sorry.  I have the wrong one.

9    You're probably right.  A2, yeah.

10          A.   Okay.  A2.  Okay.  Could you repeat the

11   question?

12          Q.   Sure.  I guess given the uncertainty

13   and the -- the -- the application being important,

14   I was just wondering why were these concentrations

15   presented in the format that they were in A2?

16          A.   By format, what do you mean?

17          Q.   The summary -- I mean, you -- for

18   instance, can a person go on page A90 --

19          A.   Okay.  Hold on.  A90.  Okay.

20          Q.   Stress period, 301, is for January of

21   1976 and the model simulated a PCE monthly mean

22   concentration of 73.96 micrograms per liter; is

23   that right?

24          A.   That's directly, yes, from the model

25   output.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 108 of 821

1    Q.    Sure.

2    A.    Okay.

3    Q.    Do you know for sure that's what the

4    PCE concentration was in micrograms per liter in

5    January of 1976?

6    A.    I would say the most likely value was

7    74 micrograms per liter, just rounding.

8    Q.    Okay.

9    A.    Most likely.

10    Q.    Didn't a moment ago you say there are

11    sort of -- there's uncertainty associated with the

12    model outputs and there's a range --

13    A.    Yes.

14    MR. DEAN:  Let him finish the question

15    and then if I have an objection.

16    THE WITNESS:  Okay.  Okay.  Oh, okay.

17    No problem.

18    MR. DEAN:  Can you --

19    BY MR. ANWAR:

20    Q.    Didn't you say that a moment ago?

21    MR. DEAN:  Object to the form of the

22    question.

23    THE WITNESS:  A moment ago I said

24    there's -- yes, I also said there's uncertainty

25    with the data; there's, you know, uncertainty

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 109 of 821

1    exists, okay?

2    BY MR. ANWAR:

3         Q.   Why wasn't this numerical data

4    presented with the uncertainty, the range, and the

5    potential error bands for the data?

6              MR. DEAN:  Object to the form of the

7    question.

8              THE WITNESS:  I believe it was in

9    figure -- let me see if I can find the figure here.

10   Figure -- on page A60, figure -- the figure there,

11   A26, it's presented in terms of the 95 percent

12   confidence.

13        Q.   Okay.  Let's turn to page -- well, let

14   me -- let me ask some just for purposes of the

15   record questions.  When we're talking about Camp

16   Lejeune water modeling, we're really talking about

17   two separate water models, correct?  And what I

18   mean by that is there was a model that related to

19   Tarawa Terrace and then there was a separate model

20   that related to Hadnot Point and Holcomb Boulevard,

21   correct?

22        A.   I'd say there was an analysis related

23   to Tarawa Terrace.

24        Q.   Sure.

25        A.   And then there were subsequent analyses

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 110 of 821

1    because of the complexity of Hadnot Point and
2    Holcomb Boulevard and the interconnection related
3    to those areas.
4        Q.   Was the model for the analyses for
5    Tarawa Terrace, did that actually consist of two
6    separate models?
7        A.   For Tarawa Terrace?  Consisted of
8    MODFLOW and MT3DMS and then a mixing model.  That
9    would be three models.
10       Q.   Understood.  And MODFLOW is a
11   groundwater flow model -- modeling software,
12   correct?
13       A.   That is correct.
14       Q.   And MT3DMS is a contaminant fate and
15   transport model, correct?
16       A.   That is correct.
17       Q.   For Tarawa Terrace, rather than running
18   a -- sort of a water distribution model, you used
19   the simple mixing model, correct?
20       A.   No, that's -- that's mixing apples and
21   oranges, okay?  Let's separate off water
22   distribution system modeling.  For the groundwater
23   flow analyses we ran MODFLOW, which generated
24   groundwater flow velocities of different layers.
25   That's directly imported into MT3DMS.  And then we

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 111 of 821

1   applied a flow-weighted mixing because you had
2   different wells turning on and off.  And then we
3   used the mixing model, which was described on page
4   A40 in equations one and two, and that was because
5   all the wells mixed at the water treatment plant,
6   and that was the final output to which we compared
7   available samples that were collected at the water
8   treatment plant.
9          Q.   Understood.  So you assumed in the
10  Tarawa Terrace model that the -- the water from the
11  treatment plant was the same water that the end
12  user received, correct?
13         A.   Yes.
14         Q.   Now, I think that's what I was getting
15  at.  The -- now, the Tarawa Terrace analysis was
16  completed in 2009, right?
17         A.   The last chapter was published in 2009.
18         Q.   Chapter A was published roughly 2007,
19  is that...
20         A.   In -- because of the -- excuse me.
21  Because of the Senate Subcommittee Hearing, there
22  was an executive summary released June the 12th,
23  2007.
24         Q.   Okay.
25         A.   And then the full Chapter A, summary of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 112 of 821

1  findings, was released in July of 2007.  But other
2  work had been done.  Again, it was a summary
3  document, so obviously it had results in here from
4  -- it was just a matter of finalizing the reports.
5          Q.   And then the Hadnot Point/Holcomb
6  Boulevard analysis, that was completed in 2013,
7  right?
8          A.   March 2013, the Chapter A, summary of
9  findings, and in that situation, rather than
10 individual additional chapters, the agency decided
11 to make supplements for the other contributing
12 analyses described in the summary of findings.
13         Q.   You would agree that when running a
14 groundwater flow model using, for instance,
15 MODFLOW, there is some level of uncertainty,
16 correct?
17         A.   Yes, yes.
18         Q.   And when you run a fate and transport
19 model using, for instance, MT3DMS, there is also
20 some level of uncertainty associated with the fate
21 and transport aspect, correct?
22         A.   Yes, but there are different types of
23 uncertainty, okay?  In other words, there's what's
24 referred to as scenario uncertainty, and that is
25 your understanding or conceptualizing the system

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 113 of 821

1    that can be an error before you ever get to the
2    model.  There's model uncertainty.  For example,
3    someone were to try to apply an analytical model,
4    which assumes constant flow field in the
5    groundwater, constant velocities, then that would
6    be uncertain -- model uncertainty.
7         Q.   And so when you're -- when you're using
8    a groundwater flow model, a MODFLOW, and then
9    taking the results and putting them into a fate and
10   transport model, an MT3DMS, doesn't that certainty
11   then accumulate because you're combining
12   uncertainty -- uncertain results with even more
13   uncertain results?
14              MR. DEAN:  Object to the form of the
15   question.
16              THE WITNESS:  That's -- actually, if
17   you read some papers published and all of that,
18   it's a common mistake is to linearly add up
19   uncertainty.  It doesn't work that way, okay?  It
20   may compound it.  It may get reduced or whatever,
21   but you just can't add that you've got a 10 percent
22   uncertainty or a 95 percent confident band on the
23   flow model.  You just can't say, okay, well, the --
24   the transport model has 90 percent, add the two
25   together and call it 92 and a half.  It doesn't --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 114 of 821

1    it doesn't work like that.

2    BY MR. ANWAR:

3         Q.   And I think you just said it could

4    compound it, though, right?

5         A.   You would have to look at the -- again,

6    the specific application, the specific site that

7    you're looking at, the specific model that

8    you're -- you're applying.

9         Q.   And I'm just quoting back your words.

10   You would agree, though, it could compound it?

11             MR. DEAN:  Object to the form of the

12   question.

13             THE WITNESS:  I would not necessarily

14   say it would compound it.  You would have

15   uncertainty associated with each of the models that

16   you applied as well as uncertainty in the data,

17   okay, that you're calibrating to.  And so that's

18   why it's, I think, critical after you complete --

19   in our case it was a four-stage calibration, to try

20   to -- or even after a third-stage, try to assess

21   the goodness of fit of the model to data.  To look

22   at sensitivity analyses, to look at uncertainty

23   analyses, and probabilistic uncertainty analyses to

24   quantify that, okay?

25   BY MR. ANWAR:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 115 of 821

1          Q.    Now, let's turn to page Roman numeral
2     three.
3          A.    Chapter A?
4          Q.    Chapter A, correct, of Tarawa Terrace,
5     which is, for the record, Exhibit 9.
6          A.    Oh, okay.  I'm sorry.  Roman -- the
7     foreword?
8          Q.    Correct.  Okay.  And you would agree
9     with me, there it says, in the foreword, "the
10    ATSDR, an agency of HHS, is conducting an
11    epidemiological study to evaluate whether in utero
12    and infant, up to one year of age, exposures to
13    volatile organic compounds in contaminated drinking
14    water at U.S.  Marine Corps Base Camp Lejeune,
15    North Carolina, were associated with specific birth
16    defects and childhood cancers."  Did I read that
17    correctly?
18         A.    Yes, you did.
19         Q.    Okay.  And it goes on to say "the study
20    includes births occurring during the period 1968 to
21    1985 to women who were pregnant while they resided
22    in family housing at the base."  Did I read that
23    correctly?
24         A.    Yes, you did.
25         Q.    Then if you go to the next paragraph,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 116 of 821

1    "historical exposure data needed for the

2    epidemiological case-control study are limited.   To

3    obtain estimates of historical exposure, ATSDR is

4    using water modeling techniques and the process of

5    historical reconstruction.   These methods are used

6    to quantify concentrations of particular

7    contaminants in finished water and to compute the

8    level and duration of human exposure to

9    contaminated water."   Did I read that correctly?

10          A.   To contaminated drinking water.

11          Q.   Contaminated drinking water.   Thank

12    you.

13          A.   Yes, yes.

14          Q.   And so you would agree with me, and I

15    think you have before, that the Camp Lejeune water

16    modeling for Tarawa Terrace was performed to

17    provide data for this epidemiological study,

18    correct?

19          A.   It was conducted to address five

20    questions, as I've put in my expert report.   Number

21    one was which contaminants you needed to look at.

22    These are questions posed by the epidemiologist.

23    You know, whether it's volatile organics, I mean,

24    volatiles, pesticides.   Another conclusion, it's a

25    military base, so there's a numerous one.   Number

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 117 of 821

1    two, when the contaminants arrived at water-supply
2    wells, monthly mean.  And then number three, what
3    was the concentration in the wells.  Number four,
4    what was the concentration in the water distributed
5    throughout, in this case, Tarawa Terrace.  And
6    number five was what were the range of the values.
7    And we interpret that, from a modeling stance, is
8    some type of sensitivity or uncertainty analyses.
9              Those were -- those -- those were
10   always from -- I guess when we first had our first
11   kickoff meeting with the Marine Corps and Navy and
12   all of that in October of 2003, that's what we
13   presented to them.
14        Q.   And that was in support of this
15   epidemiological study that was --
16        A.   Yes, it was in support of.
17        Q.   Of the epi study, correct?
18        A.   Yes.
19        Q.   Okay.  And if you turn to A98.
20        A.   Okay.  I'm there.
21        Q.   There is a -- so A98 is a page of a
22   question and answer section of Chapter A, Tarawa
23   Terrace report, which is identified as Appendix A3.
24   The question is "ATSDR's historical reconstruction
25   analysis documents that Tarawa Terrace drinking

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 118 of 821

1  water was contaminated with PCE that exceeded the

2  MCL" --

3           A.    I'm not -- I'm not following where you

4  are.  You said you were on A96?

5           Q.    A98.

6           A.    A98.  And the --

7           Q.    The last question --

8           A.    Oh, okay.  Okay.  Okay.

9           Q.    -- is about the results of the model,

10  "what does this mean in terms of my family's

11  health?"

12           A.    Right.

13           Q.    The response is "ATSDR's exposure

14  assessment cannot be used to determine whether you

15  or your family suffer -- suffered any health

16  effects as a result of past exposure to PCE

17  contaminated drinking water at Camp Lejeune",

18  correct?

19           A.    That's what it says there, yes.

20           Q.    And you -- your -- in the chart that we

21  looked at earlier, you're the -- the primary author

22  of Chapter A, correct?

23           A.    Yes.

24           Q.    Okay.  And so you wrote these words,

25  correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 119 of 821

1          A.   I wrote these -- this section -- let me
2     go back -- the questions and answers, okay.  When I
3     was at ATSDR they required you, if you conducted a
4     technical analyses modeling or whether it was epi,
5     whatever, to provide the public with a layperson's
6     understanding, okay?  So I drafted these.  They
7     were reworded by the Office of Communications and
8     then sent back down to me to see if I agreed with
9     their edits, which there were many.  And then they
10    were published as that appendix.
11         Q.   Okay.  And you're the primary author?
12    You're listed first?
13         A.   Yes.
14         Q.   And you would stand by what's in this
15    report today, correct?
16         A.   Yes.
17         Q.   Okay.  Now, if you would take a look at
18    Exhibit 10, which is Chapter A for Hadnot Point.
19         A.   Okay.  I've got a copy here.  Okay.
20    Here we go.  Okay.  Yes, it's unmarked.
21         Q.   Okay.  If we turn to page three again,
22    foreword, Roman numeral three.
23         A.   Okay.
24         Q.   And again.  There it says "ATSDR is
25    conducting epidemiological studies to evaluate the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 120 of 821

1  potential health effects from exposures to volatile

2  organic compounds such as PCE, TCE, and benzene in

3  drinking finished water at U.S. Marine Corps Base,

4  Camp Lejeune, North Carolina."  Did I read that

5  correctly?

6          A.   Yes.

7          Q.   Okay.  "Historical exposure data needed

8  for the epidemiological studies are limited.  To

9  obtain estimates of historical exposures, ATSDR is

10 using water modeling techniques in the process of

11 historical reconstruction to quantify

12 concentrations of particular contaminants in

13 finished water and to compute the level of duration

14 of human exposure to contaminated water."  Did I --

15 "drinking water."  Did I read that correctly?

16         A.   That is correct.

17         Q.   Okay.  And you're also the principal

18 author of Chapter A for Hadnot Point/Holcomb

19 Boulevard, correct?

20         A.   That is correct.

21         Q.   Okay.  And these are your words,

22 correct?

23         A.   Yes.

24         Q.   Okay.  And so again, the -- the -- the

25 model for Hadnot Point and Holcomb Boulevard were

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 121 of 821

 1    -- was done in support of an epidemiological study,
 2    correct?
 3                MR. DEAN:  Object to the form of the
 4    question.  Asked and answered, too.
 5                THE WITNESS:  It was done to address
 6    the five objectives or questions that the
 7    epidemiologists asked us to -- to address.
 8    BY MR. ANWAR:
 9          Q.   Okay.  In support of the
10    epidemiological studies, correct?
11                MR. DEAN:  Object to the form of the
12    question.  I'll let him answer it one more time.
13    The same thing happened recently in another depo.
14                MR. ANWAR:  Please --
15                MR. DEAN:  You keep asking the same
16    question.
17                MR. ANWAR:  If we need to get Judge
18    Jones on -- I'm going to ask you to stop making
19    speaking objections and coaching the witness.
20    BY MR. ANWAR:
21          Q.   Doctor, it's a yes-or-no question.  The
22    question is --
23          A.   Well, no, it's not because you're
24    asking me about what the epidemiologists did.  And
25    what I can tell you is I'm not an epidemiologist.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 122 of 821

1    I don't know how they used the information, but I
2    do know that they asked us to address five
3    objectives.  And one of the objectives was to
4    provide monthly mean concentrations in drinking
5    water that was delivered to residents, in this case
6    it would be Hadnot Point/Holcomb Boulevard, and
7    also express some range of confidence.
8          Q.   And it was for the epidemiological
9    studies?  That's what it says here.
10          MR. DEAN:  Object to the form of the
11    question.  The document speaks for itself.
12          THE WITNESS:  That's what it says in --
13    in the report, but I would like to be clear that I
14    am not an epidemiologist, so how it's being used
15    from once we provided -- we provided -- all we
16    provided were the monthly mean concentrations.
17    BY MR. ANWAR:
18          Q.   You're not an epidemiologist, but you
19    felt comfortable serving as a primary author in
20    this report that says that, right?
21          A.   I felt confident because these were
22    water modeling reports and water modeling analyses,
23    yes.
24          Q.   Okay.  Let's go to page A182.
25          A.   Okay.  Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 123 of 821

1          Q.    And this is Appendix A-9, another Q and
2     A section --
3          A.    Yes.
4          Q.    -- for the Hadnot Point and Holcomb
5     Boulevard report, correct?
6          A.    That is correct.
7          Q.    And per the modeling results -- in
8     terms of the modeling results, "what does this mean
9     in terms of my family's health."  It again states,
10    "ATSDR's exposure estimates cannot be used alone to
11    determine whether you or your family suffered any
12    health effects as a result of past exposure to TCE
13    contaminated drinking water at U.S. Marine Corps
14    Base Camp Lejeune."  Did I read that correctly?
15         A.    Yes, you did.
16         Q.    You have both Chapter As in front of
17    you?
18         A.    Yes.
19         Q.    And for the Tarawa Terrace Chapter A
20    and the Hadnot Point/Holcomb Boulevard Chapter A --
21         A.    Excuse me, the mike fell off.
22         Q.    Oh, no problem.
23         A.    Okay.  Am I okay?  Okay.  Sorry.
24         Q.    No, it's okay.  In either of the two
25    Chapter A reports for the Tarawa Terrace analysis

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 124 of 821

1   or the Hadnot Point/Holcomb Boulevard analysis, can
2   you point me to any statement in, I guess, Chapter
3   A or any of the reports that the models were
4   intended to be used for exposure determinations in
5   specific individuals?
6            MR. DEAN:  Object to the form of the
7   question.
8            THE WITNESS:  The purpose of these
9   reports were to document model analyses, data,
10  calibrations, to provide epidemiologists with mean
11  monthly concentrations.  How they intended to use
12  it, their epidemiological studies, or how anyone
13  else intended to use it is -- does not disqualify
14  the model and is not a model limitation.  The text
15  that you have read both in Chapter -- Appendices
16  Chapter A and that, that is a statement of agency
17  policy because ATSDR's a public health agency and
18  they do not conduct, to my knowledge, at least when
19  I was there, individual analyses.
20  BY MR. ANWAR:
21       Q.   And so --
22       A.   Right?  So that's a statement that --
23  but what people can do, what anyone else wants to
24  do with -- with these models -- we had the same
25  situation when we did Dover Township.  In fact, we

Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 125 of 821

1    had consultants call ATSDR and wanted to know,

2    well, can you estimate for us what our exposure was

3    at, you know, 123 Main Street -- I'm making that

4    up.

5          Q.    So I think -- go ahead.

6              MR. DEAN:  Let him finish his answer.

7    BY MR. ANWAR:

8          Q.    I think the --

9          A.    The answer -- so -- and the answer was

10   from an agency policy standpoint, no.

11         Q.    No, none of the reports say that the

12   models were intended or should be used to determine

13   exposure to contaminated water in specific

14   individuals, correct?

15             MR. DEAN:  Object to the form of the

16   question.  Can we go off the record and have you

17   step out of the room, please, sir.

18             THE WITNESS:  Sure.

19             MR. DEAN:  Thank you.

20             THE VIDEOGRAPHER:  Okay.  Going off

21   record.  The time is 12:14 p.m.

22             (Off the record.)

23             THE VIDEOGRAPHER:  We're going back on

24   record.  The time is 12:16 p.m.

25   BY MR. ANWAR:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 126 of 821

1        Q.    We are back on the record, Mr. Maslia.

2   In order to expedite things a little bit, I'm going

3   to ask you this question.  It's going to be similar

4   to at least the prior question, but it is a

5   different question, for the record.

6                In any of the ATSDR modeling reports

7   for Tarawa Terrace, Hadnot Point or Holcomb

8   Boulevard, any of the expert panel summaries that

9   you put together, any of the transcripts from the

10  expert panels, 2005 and 2009, can you point me to a

11  single statement from any of those experts at the

12  time or in any of your reports, the numerous

13  voluminous reports, stating that the results of the

14  models are sufficiently reliable and accurate to be

15  used for exposure determinations in specific

16  individuals?

17                MR. DEAN:  Object to the form of the

18  question.

19                THE WITNESS:  We express in numerous

20  places that they are reliable, acceptable.  Again,

21  we were not asked or -- nor were we ever asked to

22  apply them to individuals.

23  BY MR. ANWAR:

24        Q.    Okay.  Let's -- I'm going to show you

25  another exhibit.

1                (DFT. EXHIBIT 11, Appendix 15

2      Bates-stamped CLJA_Healtheffects-0000061127 through

3      0000061136, was marked for identification.)

4                THE WITNESS:  Okay.

5      BY MR. ANWAR:

6           Q.   I'm going to represent to you -- do you

7      recognize this document -- I've handed you what

8      I've marked as Exhibit 11 -- Mr. Maslia?

9           A.   It says Appendix I-5.  Let me just find

10     -- well, that's not it.  Chapter I.  Oh, okay.

11     Okay.  Yes, that's the sensitivity -- that's the

12     Tarawa Terrace Chapter I report.

13          Q.   Okay.  This is an appendix to the

14     Tarawa Terrace Chapter I report, correct?

15          A.   Yes.

16          Q.   Okay.  And there at the -- the second

17     paragraph in the appendix is a disclaimer, right?

18          A.   I don't recall putting that there, but

19     -- can I look at my full chapter on it?

20          Q.   Sure.

21          A.   It's not on my Chapter I.

22          Q.   Yeah.  And that's one of my questions

23     to you.  It's on ATSDR's website currently and it's

24     been produced in the litigation.  It is attached as

25     part of a table to Chapter I, but not directly

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 128 of 821

1  included in the reports.  And on the table we

2  discussed earlier, you're the primary author of

3  Chapter I, correct?

4          A.   Yes.

5          Q.   Okay.

6               MR. DEAN:  Let me object to the form of

7  the question because I think the witness just said

8  it was not attached to his -- or you may have said,

9  I misunderstood, that this document Appendix I-15

10 is not a part of the report that was released, but

11 is now on the website; is that what you said?

12              MR. ANWAR:  It's available on the

13 website.

14              THE WITNESS:  I don't know anything

15 about that.  When I left ATSDR, the only things on

16 the website were the published reports in 2017.  So

17 no, I have never seen that disclaimer.

18 BY MR. ANWAR:

19         Q.   Right.  Let's -- let's read through the

20 disclaimer together.

21         A.   Okay.

22         Q.   It starts "the water modeling analysis

23 results presented herein are provided as a service

24 to the public for informational purposes.  All

25 analyses and computer simulation results have been

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 129 of 821

1    reviewed for accuracy and completeness based on
2    available information and current modeling
3    assumptions."
4            A.    It says "all data, analyses, and
5    computer-simulations."
6            Q.    Okay.  "All data, analyses and
7    computer-simulation results have been reviewed for
8    accuracy and completeness based on available
9    information and current modeling assumptions."  Did
10   I read that correctly?
11           A.    Yes.
12           Q.    Then it goes on to say "the results,
13   however, may not reflect the actual exposure of
14   specific individuals to contaminants in the water
15   system."  Did I read that correctly?
16           A.    Yes.
17           Q.    "In addition, more updated information,
18   if and when obtained, may change interpretations
19   presented herein.  For details pertaining to
20   assumptions and limitations, the public should
21   refer to the aforementioned reference list above."
22   Did I read all of that correctly?
23           A.    Yes.
24           Q.    I most wanted -- most importantly I
25   wanted to focus on -- it states, "the results,

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 130 of 821

1    however, may not reflect the actual exposure of

2    specific individuals to contaminants in the water

3    system."  Did I read that correctly?

4                 MR. DEAN:  Well, you can answer that.

5    I don't have an objection to that question.

6                 THE WITNESS:  Okay.  Yes, you read that

7    correctly.

8    BY MR. ANWAR:

9         Q.    And is it your testimony that you've

10   never seen this before?

11        A.    No, it is my testimony I have never

12   seen this before.

13        Q.    Were you involved in any way in

14   drafting it?

15        A.    Not that I recall.

16                MR. DEAN:  Object to the form of the

17   question.  He just told you he didn't know anything

18   about it.

19                THE WITNESS:  I don't know when it went

20   on the website.  The last time I checked, which was

21   not recently, maybe two years ago or whatever, I

22   don't recall seeing it.

23   BY MR. ANWAR:

24        Q.    Do you know why this disclaimer is

25   included as part of an appendix in Chapter I and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 131 of 821

1  not in Chapter A?

2           MR. DEAN:  Object to the form of the

3  question.  Asked and answered.

4           THE WITNESS:  It's not in -- in the

5  published report, okay?  It's -- so I don't know

6  why or who put the disclaimer there or when it went

7  on there.  As I said, to my best knowledge, when I

8  left in -- or retired in December of 2017, the only

9  thing on the website were these complete reports.

10  And I would not -- I don't understand why they

11  would pull just this out and put it like that on

12  the website.  That may -- again, somebody at ATSDR

13  must have made a decision, but I was not involved

14  in that, nor was this ever -- the reference

15  citation is correct, but the disclaimer I've never

16  seen.

17  BY MR. ANWAR:

18       Q.   Okay.

19           MR. BELL:  At a good stop -- good point

20  for a break or not?

21           MR. ANWAR:  I have a little bit more

22  questioning and then we can take a lunch break.

23           MR. BELL:  Yeah, the chef out there

24  won't ring the bell for the employees until we go

25  get our food because y'all are the guests of the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 132 of 821

1  day.  I'll leave it up to you.

2           MR. DEAN:  Well, give him five more

3  minutes if that's okay.

4           MR. BELL:  No problem.

5           (DFT. EXHIBIT 12, Analyses of

6  Groundwater Flow, Contaminant Fate and Transport,

7  and Distribution of Drinking Water at Tarawa

8  Terrace and Vicinity, U.S. Marine Corps Base Camp

9  Lejeune, North Carolina: Historical Reconstruction

10 and Present-Day Conditions Disclaimer Bates-stamped

11 CLJA_Watermodeling_01-0000938451, was marked for

12 identification.)

13 BY MR. ANWAR:

14      Q.   Okay.  I am handing you what I'm

15 marking as Exhibit 12.

16      A.   Okay.

17      Q.   Exhibit 12 is a redline of the

18 disclaimer that we just looked at.

19      A.   Okay.

20      Q.   Would you agree with that?

21           MR. DEAN:  Object to the form of the

22 question.

23           THE WITNESS:  It looks like a big

24 difference to me, redlined.

25 BY MR. ANWAR:

1          Q.    It's been redlined, correct?

2          A.    Well, I know.  I'm -- it's...

3          Q.    And so this is a redlined version

4     reflecting changes that were made to, I guess, the

5     original disclaimer -- well, let me -- let me reask

6     that question.

7               This is -- so the redlined language in

8     here is what made it into the final disclaimer that

9     we just looked at in Exhibit 11, correct?

10              MR. DEAN:  Object to the form of the

11    question.

12              THE WITNESS:  No, that's the wrong

13    sign.  There's differences here.  For example --

14    I'll just give a quick -- it says "the documents,

15    graphs, and water modeling analyses."  It says the

16    water modeling analyses.

17    BY MR. ANWAR:

18         Q.    I've got you.  Okay.

19         A.    Okay.

20         Q.    Have you seen this before?

21         A.    I don't recall seeing it.

22         Q.    Okay.  I will represent to you that the

23    meta analysis indicates that ATSDR is a custodian

24    and you're the author.

25         A.    Okay.

1          Q.   And it's dated May 23rd, 2007.  Do you
2     recall this document?
3               MR. DEAN:  I -- object to the form of
4     the question, not that we don't accept your
5     representation, and asked and answered.
6               THE WITNESS:  This seems to me to be
7     two different documents because this, the one that
8     you handed me, Exhibit 11, okay, the appendix stuff
9     is from the Chapter I, not -- not the cover, not
10    the cover page.  The reference is correct, but not
11    that.  If you're saying -- and Chapter I probably
12    came out in 2009.  I can take a look at the date.
13    February 2009.  Okay.
14    BY MR. ANWAR:
15         Q.   Do you remember --
16         A.   The fact that it may have been in under
17    my ATSDR land or wherever you obtained it from, I
18    don't know how -- how these documents are obtained
19    by DOJ.  It could have been sent as an e-mail
20    attachment or Office of Communication or even an
21    epidemiologist, Office of the Director, anybody
22    saying this is what we want to use, but, whatever,
23    I -- you know, honestly do not remember these
24    disclaimers.
25         Q.   Okay.  It is attached to an e-mail and

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 135 of 821

1  I will pull that e-mail during the break.  We can

2  talk through that e-mail.

3         A.    Okay.

4         Q.    The one that you're -- you're included

5  on.

6         A.    Thank you.

7               MR. ANWAR:  Let's take a break for

8  lunch and --

9               MR. DEAN:  45?

10              MR. ANWAR:  That's fine.

11              THE VIDEOGRAPHER:  Okay.  We're going

12  off record.  The time is 12:29 p.m.

13              (A luncheon recess transpired.)

14              THE VIDEOGRAPHER:  We're going back on

15  record.  The time is 1:24 p.m.

16  BY MR. ANWAR:

17         Q.    Good afternoon, Mr. Maslia.  We are

18  back on the record from a lunch break.  Are you

19  okay to continue?

20         A.    Yes, I am.

21         Q.    Okay.  Did you speak with your -- with

22  the counsel about your testimony during the break?

23         A.    No, I did not.

24         Q.    Okay.  Thank you.  Before we went on

25  the lunch break, we were discussing what I had

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 136 of 821

1  marked as Exhibit 12, which is a redlined version

2  of Exhibit 11, Exhibit 11 being a disclaimer and

3  Exhibit 12 being the redline of that disclaimer.

4          A.    Okay.

5          Q.    I'm going to show you another document

6  that I'm marking as Exhibit 13.

7              (DFT. EXHIBIT 13, e-mail correspondence

8  Bates-stamped CLJA_ATSDR_BOVE-0000157167 through

9  0000157170, was marked for identification.)

10 BY MR. ANWAR:

11         Q.    I will represent to you Exhibit 13 is

12 an e-mail exchange from 2007 with you and Deb Tress

13 from ATSDR and Frank Bove from ATSDR.  And the

14 e-mail includes an attachment with -- which is a

15 redline of the disclaimer that we were discussing

16 before the break.  Take -- take a minute to look at

17 it, but would you agree with that?

18         A.    Agree that this is an e-mail about

19 this -- yes.

20         Q.    Okay.  And so if we start at the

21 beginning of the chain, it looks like you sent an

22 e-mail on May 23rd, 2007 to Deborah Tress and the

23 subject is disclaimer for website.  And in it you

24 write, "Deborah, I need a disclaimer that will come

25 up when a person enters the Camp Lejeune water

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 137 of 821

1    modeling website.  Here's my attempt.  Can you
2    please review and provide correct legal verbiage?
3    Thanks, Morris."  Did I read that correctly?
4         A.   Yes, yes.
5         Q.   What -- what water modeling website are
6    you referring to?
7         A.   Thinking back to 2007, 15 years ago or
8    whatever, I'm looking at the date.  It's May 23rd.
9    The -- neither the executive summary or the Chapter
10   A report had come out yet because they were
11   June 2007, is when they came out.  And the only
12   thing I can think of is someone above me, my
13   supervisor or the division, were thinking that just
14   like with other ATSDR documents, they wanted to put
15   results on the website, but they wanted a
16   disclaimer, an agency policy-type -- type
17   disclaimer.  That's the only thing I can, I mean,
18   recall this many years back, okay?
19        Q.   Okay.  And I think this came up in your
20   2010 deposition.  I realize that's now 15 years
21   ago.
22        A.   Okay.
23        Q.   But at one point, did the ATSDR website
24   contain a page or have a page that allowed an
25   individual to go in and enter sort of when they

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 138 of 821

1    were at Camp Lejeune and it produced numbers from

2    the model?

3              A.    Yes.

4              Q.    Okay.  Can you tell me about that?

5              A.    Well, as part of our Tarawa Terrace

6    analyses -- at that time it was just Tarawa

7    Terrace.  And, of course, ATSDR is focused on

8    providing information to the public on their

9    health, so we requested -- we were working with the

10   U.S. Geological Survey.  They had some web

11   developer guys, so we requested an app that someone

12   who resided at Lejeune or someone who didn't reside

13   at Lejeune could put in dates, dates of service,

14   and get an estimate, a quantitative estimate of

15   exposure -- when I say exposures, concentrations of

16   PCE.

17             Q.    Okay.

18             A.    Okay.  And so the web application did

19   go on the website.  I'm trying to figure out how --

20   I think you showed me -- it was with this table,

21   because that was Chapter I.  That was the last

22   chapter being -- I'm not saying we didn't have the

23   numbers, but anyway, and at some point after it

24   went on the website, I know I got a call and I'm

25   sure my supervisor or the agency got a call from

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 139 of 821

1    the Department of Navy that they were not pleased
2    with it at all.
3            Q.    The website itself?
4            A.    You have to pull it down, yes.
5            Q.    Okay.
6            A.    Pull the application down off your
7    website.
8            Q.    What do you recall about the
9    conversation -- about the call with the Department
10   of the Navy?
11           A.    Only that it gave quantitative
12   estimates of mean concentrations, and my point --
13   it's the team's point -- was that it's contained in
14   the report and it was just an easier way to present
15   if someone didn't want to read the entire report to
16   do it, and that's all I remember, is that there was
17   some conversations with the Department of Navy.
18   And then our web guys said there was something
19   about security or whatever and the web -- that
20   application never got put back on -- on the web.
21   So my assumption is the agency just wanted to go
22   with tabular values right out of the reports.
23           Q.    Okay.  We'll get back to the website.
24           A.    Okay.
25           Q.    I wanted to focus on the e-mail

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 140 of 821

1    exchange and the -- the redline disclaimer --

2         A.    Okay.

3         Q.    -- that was attached.  So it's -- based

4    on this first -- the first thread on the chain, it

5    sounds like you attempted to draft the disclaimer

6    and you sent it to Deborah Tress, correct?

7              MR. DEAN:  Object to the form of the

8    question.  Mischaracterizes the document.

9              THE WITNESS:  I don't know.  If I

10   recall, I was probably asked to produce the table,

11   okay, here because someone wanted it up on the

12   website, okay?  And then someone probably said,

13   well, we need to have a disclaimer, okay?  I don't

14   know who.  I don't know who, but -- and so I

15   attempted to draft a disclaimer not being an

16   attorney, okay --

17        Q.    Okay.

18        A.    -- or agency policy person.

19        Q.    Okay.  And so the next exchange is an

20   e-mail from Deb Tress responding to you saying, "so

21   does the website help them estimate their own

22   exposure to the contaminated water?"  Did I read

23   that correctly?

24        A.    Yes.

25        Q.    And then you respond to that further up

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 141 of 821

1  in the chain.  You say, "yes, but they cannot
2  modify our numbers.  It just provides results of
3  modeling based on the dates they enter to a website
4  and they can also download a graph and table as a
5  PDF."  Did I read that correctly?
6          A.   Yes, that's what I just said about
7  getting the tables from the report, okay?
8          Q.   And now going further up on the chain
9  to the first page of the exhibit, Deb Tress's
10 response to you on May 23, 2007 says, "how about
11 this?  I'm not totally clear how this is being
12 presented, so please edit as needed.  I'm not that"
13 -- it says considered, but I think I might be
14 concerned "with liability by ATSDR for the use of
15 the tool, so I took out that type of language."
16         A.   Okay.
17         Q.   "Thanks".  Did I read that correctly?
18         A.   Yes.
19         Q.   Okay.  And then you forward that on to
20 Frank Bove, correct?
21         A.   That is correct.
22         Q.   And that's the first e-mail on the
23 page, the top of the chain.  It says, "Frank,
24 attached is a disclaimer that will appear on the
25 water modeling website.  It's been edited by Deb

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 142 of 821

1    Tress.  Let me know if you agree to it and then I
2    will send to our web gurus."  Did I read that
3    correctly?
4            A.    That is correct.
5            Q.    Okay.  So earlier you indicated you --
6    you at least couldn't recall having seen this
7    disclaimer before?
8            A.    That is correct, yes.
9            Q.    But based on this e-mail -- this is
10   your e-mail address and you would have received the
11   disclaimer, correct?
12           A.    Yes, yes.
13           Q.    Okay.
14           A.    That's -- I mean, as I said, it was a
15   lot of things going on around May 2007 with the
16   prep for the subcommittee hearing and trying to get
17   reports approved by the Office of Science and the
18   Office of Director and stuff and...
19                 MR. DEAN:  So for the record, so we
20   just clarify that Bates stamp numbers ends in one
21   -- Bove 167 and goes through 170.  I haven't gone
22   to look, but I presume the document attached is
23   what you're saying is the document that is attached
24   that -- that he sent to Frank Bove?
25                 MR. ANWAR:  The last document on this

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 143 of 821

```
 1    chain --
 2                   MR. DEAN:   170.
 3                   MR. ANWAR:   -- 170 is the attachment to
 4    that e-mail thread.
 5                   MR. DEAN:   Okay.   Thank you.
 6    BY MR. ANWAR:
 7         Q.    You didn't recall it earlier, but you
 8    would have received it and you were involved in the
 9    drafting process, correct?
10         A.    It's got my e-mail address on it and,
11    again, it looks like Office of General Counsel,
12    Deborah Tress, edited it, okay?
13         Q.    Okay.
14         A.    And probably -- and sent it back to me
15    and then I -- I didn't accept or reject the
16    redline.   It's blue on here, but that's fine.   I
17    just sent it on, as you can see by the title of the
18    attachment, is disclaimer underscore MLMOGC
19    reviewed.
20         Q.    Okay.
21         A.    Okay.   So that's -- I forwarded it on
22    to Dr. Bove.
23         Q.    Okay.   And Exhibit 11, which we
24    discussed before the break, was the Chapter I,
25    Appendix I-5 document.   Do you recall that?
```

Golkow Technologies,
877-370-3377           A Veritext Division           www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 144 of 821

1          A.    It's the table from Appendix I-5.

2          Q.    Yes.

3          A.    Again, the final version of the report

4    -- the numbers are the same, but the final version

5    of the complete report was not published until

6    February of 2009, so this must have been -- I

7    can -- I can only surmise that once this was

8    published in 2009, they went back and replaced the

9    original tables.  Same numbers, but original

10   tables, okay?  We had completed the Monte Carlo

11   simulation, but we had not had the Chapter I report

12   approved, okay?  So it's, you know, I guess I'm

13   confused as to -- because the e-mail is dated 2007.

14         Q.    Yeah.

15         A.    The report is not -- typically we would

16   get a report approved and then if we wanted to pull

17   a table or a PDF or a figure or whatever from it,

18   we would do it that way.  So it's the same table.

19   I've checked the numbers, or spot-checked the

20   numbers, and it's the same -- same table.  So maybe

21   it was -- the report wasn't drafted when we went

22   ahead and put that, you know, forwarded that to

23   Dr. Bove.

24         Q.    Do you have any idea why the disclaimer

25   didn't make it into Chapter I itself, the full

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 145 of 821

1  report?

2          A.    No, that's -- that's a mystery to me.

3  I will say to give credit to ATSDR leadership and

4  management, they did believe in the peer review and

5  expert review panels that we put together, and

6  every report went through at least two peer

7  reviews, one internal and one external, and so I

8  think that's why none of the reports really -- with

9  the -- we'll get to Hadnot Point in a minute, but

10 none of the reports contained any disclaimers like

11 -- like you're showing here.  So I don't know what

12 prompted the disclaimer, but...

13         Q.    Well, I will -- I will represent to you

14 that -- and you're, obviously, welcome to go look

15 for it yourself.  The Appendix I disclaimer is

16 still included on the website as part --

17         A.    On the website.

18         Q.    -- of the table -- as part of a table

19 document.  In the disclaimer where it says "the

20 results, however, may not reflect the actual

21 exposure of specific individuals to contaminants in

22 the water system" --

23         A.    Are you referring to the redline or

24 blue line -- I mean, blue line or redline?

25         Q.    On Exhibit 11.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 146 of 821

1          A.    Okay.  I'm sorry.  Okay.  Okay.  Go
2     ahead.
3          Q.    The final version that's on the website
4     now.
5          A.    Okay.
6          Q.    In the middle of the disclaimer, it
7     says, "the results, however, may not reflect the
8     actual exposure of specific individuals to
9     contaminants in the water system."  Do you agree
10    with that statement?
11               MR. DEAN:  Object to the form of the
12    question.
13               THE WITNESS:  I would say it has to say
14    that because what we're presenting is a Monte Carlo
15    simulation result, so you've got the calibrated
16    value, the probability at 2.5 percent, the
17    probability at 50 percent, and the probability at
18    97.5 percent.  So your exposure may be someplace in
19    the middle there in between those ranges.  So from
20    that standpoint, that's a correct statement
21    because, you know, a person's individual exposure
22    could be within that range anywhere.
23         Q.    Okay.
24         A.    And can I just qualify something?
25         Q.    Go ahead.

1      A.   When I use the words from my standpoint

2   of exposure, I'm talking about the estimated value

3   of the contaminated drinking water.  I'm not

4   referring to exposure like ingestion, inhalation,

5   thermal exposure, okay?  I'm just -- so I'm using

6   the word exposure in that sense.

7      Q.   You're using exposure in -- in the

8   sense of drinking water?

9      A.   Drinking water.  Drinking water.  But

10  the definition of exposure -- exposure assessment

11  is you have to really look at which pathway or

12  multiple pathways, okay, someone may -- may have

13  been or may be exposed.

14     Q.   Understood.  Let's turn back to your

15  rebuttal report, which is Exhibit 6.

16     A.   This is 5.

17     Q.   I know, a lot of documents.

18     A.   Four.  I've got a copy here, if that's

19  okay.

20          MR. DEAN:  Yeah.

21          THE WITNESS:  The tabs are just

22  typographical edits.  Not technical, typographical.

23  BY MR. ANWAR:

24     Q.   That's your version of --

25     A.   Yeah, that's my version of my response

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 148 of 821

1    report.

2            Q.    Okay.  Your rebuttal report?

3            A.    Yes.

4            Q.    Which is -- I've marked as Exhibit 6.

5            A.    Yeah, it's here someplace.

6            Q.    Do you have any, like, markings or

7    writing in that?

8            A.    I only corrected -- due to the

9    Maslia-genetic OCD, you know, like, I referenced

10   date is incorrect, but nothing technical.  No

11   technical changes or technical reinterpretations on

12   here.

13           Q.    Okay.  Just like a typo?

14           A.    Yes, yes, yes.

15           Q.    Okay.  Let's -- let's turn to page 27.

16           A.    Okay.  Okay.

17           Q.    Page 27, at the bottom of it, contains

18   a section in your rebuttal report, Section 4.3,

19   excuse me, volatilization of VOCs during water

20   treatment process, correct?

21           A.    Yes.

22           Q.    And this is a response to the opinions

23   of DOJ's expert Remy Hennet about VOC losses that

24   would have occurred during the water treatment and

25   distribution process at Tarawa Terrace and Hadnot

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 149 of 821

1    Point, correct?

2         A.    It would have occurred only during the

3    water treatment process.  It's not possible for it

4    to occur during the distribution because you're

5    dealing with closed pressurized pipes.

6         Q.    Okay.  You would agree during the water

7    treatment process, correct?

8         A.    Well, that's -- yeah, that's -- yes.

9         Q.    So I don't want to necessarily read

10   this line by line.

11        A.    Okay.

12        Q.    Unless you want to direct me to a

13   specific portion, but I'll start more generally.

14        A.    Okay.

15        Q.    For much of this it appears that you

16   are restating Dr. David Sabatini's opinion on how

17   VOC losses are calculated and the extent of the VOC

18   losses that would have occurred; is that right?

19        A.    That is correct.

20        Q.    Okay.  And do you defer to Mr. --

21   Dr. Sabatini on those opinions?

22        A.    Yes, the calculations that he did, the

23   interpretations that he did, I defer to him.

24   That's his area of expertise.

25        Q.    Okay.  You're not doing any independent

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 150 of 821

1    calculations on VOC losses, correct?

2         A.   No, I'm not.

3         Q.   And you're not doing any independent

4    interpretation of those calculations of VOC losses,

5    correct?

6         A.   I'm doing comparisons.

7         Q.   You're comparing Dr. Hennet's opinion

8    with Dr. Sabatini's opinion, correct?

9         A.   And -- and the Marine Corps'

10   consultant, AH Environmental.

11        Q.   Okay.

12        A.   And our experts who served on the

13   expert panels.

14        Q.   Determining VOC losses or calculating

15   them, that's not your expertise, correct?

16        A.   That is correct.

17        Q.   Okay.  So turning to page 30 in your

18   report.

19        A.   Okay.

20        Q.   Actually, it might be 29.  Sorry about

21   that.

22        A.   Okay.

23        Q.   Okay.  I misspoke again.  I'm sorry.

24   It's page 31.

25        A.   31?

Golkow Technologies,
877-370-3377                 A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 151 of 821

1    Q.    Yeah.

2    A.    Okay.  I'm there.

3    Q.    Okay.  So in the -- in the second

4    paragraph there, the first large paragraph, you go

5    on to discuss -- it says, "additionally, in

6    contrast to Remy Hennet's contention that ATSDR

7    ignored or did not account for VOC losses during

8    storage treatment and distribution"...

9    A.    I'm there.  I'm following.

10   Q.    "This issue, including the results of

11   the AH Environmental Consultants report, was

12   discussed in detail with the expert panels convened

13   by ATSDR in 2005 and 2009."  Did I read that

14   correctly?

15   A.    Yes, yes, you did.

16   Q.    Okay.  And a little further down it

17   says, "excerpts from the verbatim transcript are

18   provided in Appendix A", and you're talking about

19   the expert panel.  "The consensus was there was

20   negligible volatilization, at most 10 percent, from

21   the spiractors."  And -- so -- and then you quote,

22   "so although we said it's probably negligible and I

23   agree with Tom's number here, at 90 percent what's

24   going in is coming out on the other end."  Did I

25   read that correctly?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 152 of 821

1        A.    Yes, and then it references Appendix A

2    at the end of the sentence.

3        Q.    Correct.

4        A.    Okay.  To be clear, that's not my

5    quotation.

6        Q.    Correct.  That's from the expert panel,

7    correct?

8        A.    Yes.

9        Q.    And that's Dr. Pommerenk?

10       A.    Yes.

11       Q.    Okay.  And the last sentence there is,

12   "in light of the conclusions of AH Environmental

13   Consultants, 2004, and the recommendations of its

14   expert panels, ATSDR made the decision to consider

15   any potential VOC losses from storage, treatment

16   and distribution as negligible."  Did I read that

17   correctly?

18       A.    Yes.

19       Q.    And I believe you reference in it in

20   your report, but I'll pull out the actual document

21   as well.

22       A.    In which report?  The expert report?

23       Q.    It's in your expert report, but let me

24   -- I'm going to pull out the -- the AHE report for

25   you.  Hang on a second.

1                (DFT. EXHIBIT 14, ATSDR Support

2      Estimation of VOC Removal report from AH

3      Environmental Consultants Inc., Bates-stamped

4      CLJA_Watermodeling_010000071446 through 0000071512,

5      was marked for identification.)

6      BY MR. ANWAR:

7           Q.   I'm handing you what I'm marking as

8      Exhibit 14.  Exhibit 14 is the 2004 environmental

9      -- or AH Environmental Consultants report, correct?

10          A.   That is correct.

11          Q.   It's the one that you reference in your

12     rebuttal report, correct?

13          A.   Yes.

14          Q.   If you turn to page 4-4.

15          A.   Which page?  Oh, report page four?

16          Q.   Report page 4-4.  Thank you.

17          A.   Okay.

18          Q.   At the top of the page there it states,

19     "based on these observations, there is some

20     uncertainty in removal estimates from the effluent

21     pipes.  Additional uncertainties are introduced by

22     varying head losses in the pipes caused by calcium

23     carbonate scale built-up and manual clearing --

24     cleaning.  However, it is estimated that PCE and

25     TCE removals due to aeration at the spiractor

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 154 of 821

1    effluent pipes are likely to be no larger than

2    15 percent."  Did I -- Did I read that correctly?

3           A.   Yes, yes.

4           Q.   So AHE's report determined up to or no

5    larger than 15 percent, correct?

6               MR. DEAN:  Object to the form of the

7    question.

8    BY MR. ANWAR:

9           Q.   And let me -- let me repeat the

10   question.  This AHE report determined that PCE and

11   TCE losses or VOC loss due to aeration at the

12   spiractor effluent pipes are likely to be no larger

13   than -- no, to be -- than 15 percent?

14          A.   That's what it states.

15          Q.   Okay.

16          A.   That's what the report states.

17          Q.   And looking back at page 31 of your

18   rebuttal report, that last -- that paragraph we

19   were just looking at, the last sentence is, "so in

20   light of the conclusions of the AHE consultants,

21   2004, and the recommendations of the expert panels,

22   ATSDR made the decision to consider any potential

23   VOC losses from storage, treatment, and

24   distribution as negligible."  Did I read that

25   correctly?

Golkow Technologies,
877-370-3377                 A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 155 of 821

1    A.   Yes.

2    Q.   Whether it's 10 percent VOC losses or

3  up to 15 percent VOC losses, is it your opinion

4  that 10 or 15 percent is negligible -- a negligible

5  percent of losses?

6    A.   Yes, compared with the differences, for

7  example, in water sampling or the quality sampling,

8  the uncertainties associated with well scheduling

9  operations.  And you've got to look at, you know,

10  everything, not just isolate on -- on the water

11  treatment plant, but considering everything 10

12  percent -- percent, we assumed and we were, I

13  believe, justified in assuming it was negligible,

14  okay?  That is an -- the approach we took was a

15  pragmatic engineering approximation through a

16  modeling issue.

17    Q.   For purposes of determining exposure in

18  an individual, is a 10 or 15 percent VOC loss --

19  would you consider that to be negligible?

20    A.   You would have to speak with the

21  epidemiologist or toxicologist, okay?  I couldn't

22  say on an individual level, okay?

23         (DFT. EXHIBIT 15, Analyses of

24  Groundwater Flow, Contaminant Fate and Transport,

25  and Distribution of Drinking Water at Tarawa

Golkow Technologies,
877-370-3377                     A Veritext Division                     www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 156 of 821

1    Terrace and Vicinity, U.S. Marine Corps Base Camp
2    Lejeune, North Carolina: Historical Reconstruction
3    and Present-Day Conditions Response to the
4    Department of the Navy's Letter on: Assessment of
5    ATSDR Water Modeling for Tarawa Terrace,
6    Bates-stamped CLJA_Watermodeling_01_09_0000033263
7    through 0000033326, was marked for identification.)
8    BY MR. ANWAR:
9         Q.   I'm handing you what I'm marking as
10   Exhibit 15.
11        A.   Okay.  Response.  Okay.
12        Q.   And I wanted to direct your attention
13   to page six, I believe, of the report.
14        A.   Okay.  The pages, I don't believe, are
15   numbered.
16        Q.   I think they're on the top left.  Well,
17   and let me --
18        A.   Can you give me a Bates number because
19   this doesn't have a report page number.
20        Q.   Before I begin, let me -- let me start
21   by asking you a few questions.
22        A.   Sure.
23        Q.   This is the ATSDR response to the
24   Department of Navy's letter or their critiques on
25   the Tarawa Terrace modeling, correct?

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 157 of 821

1          A.   That's -- yes, this is --

2          Q.   And it's entitled, on the first page

3     there, response to the Department of Navy -- to the

4     Department of the Navy's letter on quote -- colon,

5     assessment of ATSDR water modeling for Tarawa

6     Terrace, correct?

7          A.   That's correct.

8          Q.   Okay.  Did you write this response?

9          A.   Again, other reports, I wrote parts of

10    it and I coordinated other people's response.  I

11    may have asked them for input and if they could

12    respond to a certain section or not, but I

13    coordinated the overall report.

14         Q.   Okay.  So in coordinating it, similar

15    to the other reports that you oversaw and

16    coordinated, would you have reviewed and had an

17    opportunity to review the -- to comment on the

18    report?

19         A.   Yes.

20         Q.   And ultimately, what was decided, would

21    you have had an opportunity to sign off on the

22    report?

23         A.   It would have come from me in going up

24    through the clearance process, report clearance

25    process of the agency, okay?  And so I would have

Golkow Technologies,
877-370-3377             A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 158 of 821

1    been the one that put it into the clearance process
2    at the first stage once I was satisfied with the
3    report.
4         Q.   So you would have -- you would have
5    approved it and then pushed it up the chain,
6    correct?
7         A.   Yes.
8         Q.   Okay.
9         A.   Well, technically a report is only
10   approved by either the Office of the Director or
11   the Office of Science at CDC, okay?  An author
12   cannot approve an agency report.  They can submit
13   it, they can comment on it and all of that, but
14   it's only those two, Office of Director and Office
15   of Science at CDC, when I was there.
16        Q.   And perhaps "approve" is a bad term
17   because it may be a term of art --
18        A.   Right.
19        Q.   -- within an agency, but you would have
20   had an opportunity to review, comment and sign up
21   -- sign off on it and then send it up the chain to
22   be approved, correct?
23        A.   Yes, that is correct.
24        Q.   Okay.  So on the page with the Bates
25   ending in 33272, if you could turn there.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 159 of 821

1          A.    Yeah, yeah.   272?

2          Q.    Correct.

3          A.    Okay.  I'm there, 33272.

4          Q.    Okay.  And then the page before, 33271,

5     it's a Department of Navy comment statement 7.1 and

6     it's an excerpt from their letter.  It says,

7     "however, all comparisons did not fall within the

8     calibration range.  At the water treatment plant,

9     12 percent of the simulated PCE concentrations

10    failed the calibration standard at the water supply

11    wells, a majority, 53 percent, of the simulated

12    concentrations fell outside the calibration

13    standard."

14         A.    Correct.

15         Q.    Did I read that correctly?

16         A.    Yes.

17         Q.    Okay.  And so then ATSDR responds.  And

18    if you turn the page, as part of the response on

19    the last page there it states, "to address the

20    issue of the intended use of the water modeling

21    results by the current ATSDR epidemiological study,

22    the DON, Department of Navy, should be advised that

23    a successful epidemiological study places little

24    emphasis on the actual or absolute estimate of

25    concentration and, rather, emphasizes the relative

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 160 of 821

1   level of exposure.  That is, exposed individuals
2   are, in effect, ranked by exposure level and
3   maintain their rank order of exposure level
4   regardless of how far off the estimated
5   concentration is to the, quote, true measured PCE
6   concentration."  Did I read that correctly?
7        A.   Yes.
8        Q.   Were you involved in -- did you -- did
9   you write that section?
10       A.   No, I did not.
11       Q.   Okay.  But you reviewed it and you
12  signed off on the response before you sent it off
13  to the appropriate --
14       A.   I did not.  It seems to me, looking at
15  the language or the verbiage in that last
16  paragraph, that that was written by an
17  epidemiologist, and what I would have done as we
18  were preparing this report -- as I said, we had a
19  team.  I may have forwarded it to the
20  epidemiologists of the study and asked them
21  specifically would they review it and care to add
22  anything to it.
23       Q.   But you oversaw the response and you
24  reviewed it?
25       A.   Yes.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 161 of 821

```
 1        Q.   And you signed off and sent it up the
 2   chain to be approved, correct?
 3        A.   That is -- that is correct.
 4        Q.   Okay.  And so as I understand it, as
 5   I'm reading this, it's -- and this is coming as
 6   part of a response to a concern, so maybe you wrote
 7   about -- raised about the accuracy of the model
 8   based on the calibration.  As far as -- it sounds
 9   like for purposes of the epidemiological study that
10   was being conducted in which the modeling was
11   supporting, the absolute concentration values
12   produced by the model didn't matter; would you
13   agree with that?
14             MR. DEAN:  Object to the form.
15             THE WITNESS:  Well, it doesn't say
16   didn't matter.  It says little emphasis is placed
17   on it.
18   BY MR. ANWAR:
19        Q.   Okay.
20        A.   And again, it's from -- I would
21   interpret this, because I know I did not write this
22   section, that that's -- you really need to ask an
23   epidemiologist on the epidemiological
24   interpretation of that.
25        Q.   What it says is that that is
```

Golkow Technologies,
A Veritext Division
877-370-3377                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 162 of 821

1    successful -- that the -- the intended use of the
2    water modeling results by the current
3    epidemiological study places little emphasis on the
4    actual absolute estimate of concentration and
5    rather emphasizes the relative level of exposure,
6    right?
7         A.   That's what it says.
8         Q.   All right.  And then it says, "that is,
9    exposed individuals, in effect -- are, in effect,
10   ranked by exposure level and maintain their rank
11   order of exposure level regardless of how far off
12   the estimated concentration is to the true measured
13   PCE concentration", correct?
14        A.   That's what that -- that sentence that
15   you just read says.
16        Q.   Okay.  So if in that context for the --
17   of the water modeling and what was happening at the
18   time, when you-all were -- so let's turn back to
19   the discussion in your rebuttal report about the
20   VOC losses --
21        A.   Okay.
22        Q.   -- and ATSDR's characterization of 10
23   or 15 percent of VOC losses as negligible.  If
24   ATSDR was performing an epidemiological study that
25   was ranking exposure level and maintaining the rank

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 163 of 821

1   order of individuals, does it matter -- it doesn't
2   matter whether the VOC losses are 10 percent,
3   15 percent, 25 percent, does it?
4           A.   It's an epidemiology question or
5   toxicology or a combination of both, okay?  Again,
6   in the response, again, I can tell that's not the
7   way I write.  It was written by an epidemiologist
8   in there and I just -- I'm not comfortable
9   answering an interpretation from one or the other,
10  okay?
11          Q.   The point I'm getting at is that
12  whatever the concentration level, you know, we're
13  talking about is produced by the model, let's say
14  100, across the board for individuals, the same
15  amount is coming off the top for the VOC losses, so
16  10 percent, 15 percent, it doesn't change the rank
17  of the order -- the rank of individuals for
18  purposes of the epi study, right?
19              MR. DEAN:  Object to the form of the
20  question.
21              THE WITNESS:  Again, that's an
22  epidemiological analysis.  I've never done one of
23  those.  I've never ranked, okay, so I don't know
24  what assumptions they are using to put into there.
25  I know they are using the mean monthly

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 164 of 821

1    concentrations that we reconstructed, but that's as

2    far as I can go.

3    BY MR. ANWAR:

4         Q.    ATSDR made the decision -- treated VOC

5    losses as negligible because the water modeling was

6    supporting an epi study, right?

7         A.    No.

8              MR. DEAN:  Object to the form of the

9    question.

10             THE WITNESS:  One has nothing to do

11   with the other.  I think we're comparing apples and

12   oranges here.  The VOC potential volatilization was

13   geared towards our water modeling and taking the

14   results of the simple mixing model and then putting

15   it through the water treatment process.  We did not

16   model the water treatment process and, you know,

17   distributing the -- the water to wherever,

18   locations within Camp -- Camp Lejeune.

19             If -- back up.  Based on -- again, I'm

20   referring to the AH report, our experts.  We had

21   one of our distribution system experts, and it was

22   our conclusion that 10 percent, 15 percent, was

23   well within engineering applications.  That is

24   typically done in -- in engineering applications.

25   You go from theory -- from contaminant fate and

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 165 of 821

```
 1   transport equation, groundwater flow, and then you
 2   have to make some assumptions, okay, some
 3   simplifying assumptions or pragmatic --
 4              SIRI:  I'm sorry.  I didn't quite catch
 5   that.  Can you please say that again?
 6   BY MR. ANWAR:
 7        Q.   Siri wants you to repeat it.
 8        A.   Okay.  I didn't know someone was
 9   listening, but -- and so that -- that's what our
10   focus is.  Our focus was never on how the
11   epidemiology were going to interpret or use the
12   results other than that the most likely estimates
13   were mean monthly concentrations.
14        Q.   When you're building a model and you're
15   -- you're starting with the conceptual model, isn't
16   part of the -- developing the conceptual model
17   understanding what the purpose and the model will
18   be used for?
19        A.   No, the purpose is to get -- in terms
20   of, if we can get specific, a groundwater flow
21   model, for example, your conceptual model would be
22   how does water move through the different aquifers
23   or different layers.  And contaminant transport, if
24   there's a contaminant source or sources, how do
25   those contaminants then mix or move with
```

Golkow Technologies,
877-370-3377                A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 166 of 821

1   groundwater, and then how are they mixed with the

2   different wells that may or may not intercept

3   contaminated water, and then how they're

4   distributed, okay?

5           And so your groundwater flow has

6   specific equations with some parameters that you

7   have to make assumptions on.  The contaminant fate

8   and transport has equations that we have to make

9   some engineering approximations or simplifications,

10  and the treatment process we -- we said after

11  looking also at the data, the data, the sampling

12  data that was provided by whoever did the lab

13  analyses that came -- provided to us by our points

14  of contact at Camp Lejeune, but somebody did the

15  analyses, that there was very little negligible

16  indication of any kind of VOC loss from the

17  untreated, where all the raw water went in, to the

18  treated.  And that's -- I put that in -- is this

19  the rebuttal report?  I put that in the rebuttal

20  report.  We had some sampling data that showed

21  that.

22          Q.   I guess one of the things I -- and this

23  is just me, like, leveling --

24          A.   Right.

25          Q.   -- and not, you know, taking off the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 167 of 821

1    lawyer hat.  One of the things I sort of struggle
2    with is this idea that when the modeling was being
3    performed, that the purpose for which the model was
4    being used is somehow divorced from the decisions
5    that were made with respect to building the actual
6    model.  And I'm saying candidly, like, reading the
7    e-mails, the documents --
8         A.   Right.
9         Q.   -- it's all over the paperwork and the
10   documents at the time that the modeling was built
11   to support the epi study.  And I think -- it sounds
12   like, to me, you're saying that when you're
13   building the model, you just had no idea what they
14   were doing with the -- the model results.
15             MR. DEAN:  Object to the form of the
16   question.  You can answer.
17             THE WITNESS:  As I said before, if you
18   look at the start of the project, the start, they
19   asked us -- they saw what we did with Toms River,
20   New Jersey and came to us and said, well, can you
21   do the same thing with Camp Lejeune, meaning
22   monthly concentrations or monthly -- yeah, monthly
23   water concentrations.  And so that's where we
24   started and there were, again, the five objectives
25   that I've stated previously, and that's how we

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 168 of 821

1    designed the model, is to be able to reconstruct

2    concentrations to meet those five objectives and

3    to, you know, express some reliability, uncertainty

4    associated with them.

5              How the epidemiology side or toxicology

6    side of -- of the agency would then take those and

7    what analyses they would do, as I said, we were

8    blinded to that, okay?  I could never tell you --

9    to this day, I do not know who was classified as a

10   case, who was a controlled, where they lived, what

11   -- how they served, when they served or anything

12   like that.  Because in developing these -- the

13   models for historical reconstruction, they should

14   be, as I termed it, robust, meaning anyone, not

15   just the epidemiologists, anyone should be able to

16   take the results of your model and apply them as

17   they see fit given the uncertainties, the

18   limitations of modeling.

19   BY MR. ANWAR:

20        Q.   Frank Bove was the epidemiologist

21   performing the studies, correct?

22        A.   He was the senior epidemiologist.

23   There was also -- now it's Dr. Perri Ruckart.

24        Q.   Okay.

25        A.   Those are the two people I interacted

Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 169 of 821

1    with.

2         Q.   Dr. Bove and Dr. Ruckart, correct?

3         A.   Yes.

4         Q.   And if you were developing the model,

5    you were certainly communicating with Dr. Bove,

6    correct?

7         A.   There were e-mails, but not -- he was

8    not questioning us and what assumptions we were

9    making.  They would more communicate with us on two

10   aspects.  One, there's a CAP meeting and we need an

11   update on the modeling and, two, when are we going

12   to have some final results that we can use for the

13   epi study, okay?

14        Q.   Okay.  You were communicating with

15   Dr. Bove when building the model, though, correct?

16             MR. DEAN:  Object to the form of the

17   question.

18             THE WITNESS:  When you say building,

19   are you talking about calibrating the model or

20   doing the conceptual groundwater flow model and

21   what type of code we were going to use?

22   BY MR. ANWAR:

23        Q.   Any aspect of developing either of the

24   Tarawa Terrace model or the Hadnot Point/Holcomb

25   Boulevard model.  During the course of it, you were

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 170 of 821

1    discussing what Dr. Bove's needs were, correct?
2              MR. DEAN:   Object to the form of the
3    question.   Mischaracterizes his prior testimony.
4              THE WITNESS:   We communicated about
5    what results they would need, the epidemiologists
6    would need, and could we provide them.   They
7    indicated that they would need, at one point,
8    trimester information.   So if we could give them
9    monthly, that would -- they would be comfortable
10   with -- with monthly values.
11   BY MR. ANWAR:
12       Q.   Was Dr. Bove permitted the opportunity
13   to weigh in on modeling decisions?   So, for
14   instance, parameter inputs that you decided on and
15   assumptions that were made?
16       A.   I may have copied him if I sent out a
17   group e-mail, if we were discussing modeling
18   things, but he would not come back and say, no, you
19   should use, you know, 100 or 30 or whatever
20   parameter.   We never had those kinds of
21   discussions.   He left that strictly to the water
22   modeling team.
23       Q.   So turning back to your rebuttal
24   report.
25       A.   Okay.

Golkow Technologies,
877-370-3377                 A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 171 of 821

1          Q.    I think it's page 31.

2          A.    Okay.

3          Q.    There -- actually, I may have told you

4     the wrong page again.  Give me one second.  Okay.

5     It's page 30, actually.  I'm sorry.

6          A.    Okay.

7          Q.    At the top of that page it starts, "in

8     addition, Remy Hennet's assertion that" --

9          A.    Wait.  Page 30.

10         Q.    30 of your rebuttal.

11         A.    This says rebuttal.

12         Q.    It's the first full sentence.

13         A.    Oh, okay.  I see it.  Okay.

14         Q.    It states, "in addition Remy Hennet's

15    assertion that ATSDR did not account for such VOC

16    losses is incorrect."  And then it goes on, "first

17    ATSDR analyzed sampling data of water from both

18    pretreatment and posttreatment."  And then you list

19    in a table sampling data for the Hadnot Point water

20    treatment system?

21         A.    Correct.

22         Q.    And the rest of that is a discussion

23    about the sampling data from the Hadnot Point water

24    treatment system.  I don't see anywhere in that

25    paragraph any discussion about Tarawa Terrace.  And

Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 172 of 821

1  it's true that the Tarawa Terrace model didn't
2  account for VOC losses at all, right?
3          A.   No, we said they were negligible at
4  each treatment facility.  It's just that at Hadnot
5  Point we actually had sampling data, okay?  A pair
6  and a triplet, okay?  And, for example, for
7  July 27th, 1982 for TCE, we have -- the untreated
8  water is 19 micrograms per liter and that same day
9  -- I can't say what time it was taken at, but we've
10  got treated water at 21 micrograms per liter,
11  allowing for measurement error.  It appears to me
12  that there is no VOC loss and that is in sampling
13  data that -- and so, again, you can calculate using
14  equations, but the sampling data showed no VOC
15  loss.
16          Again, on here there is -- at the top
17  of page 31 it says "at the Tarawa Terrace water
18  treatment plant there's triplet measured data taken
19  on July 28th, 1982."  And in this -- in this one
20  it's classified as finished, untreated, and treated
21  water.  So 104 micrograms per liter finished water,
22  76 untreated, and 82 treated water, okay?
23          Q.   Those --
24          A.   Now, again, you have variations like
25  this in water -- water samples, but it does not

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 173 of 821

1    seem to me that there are any VOC losses.

2        Q.   So we'll turn to the sampling data as

3    it relates to Hadnot Point --

4        A.   Okay.

5        Q.   -- because that discussion is all about

6    Hadnot Point, correct?

7        A.   No, no, I just said this is Tarawa

8    Terrace.  I just -- the triplet is data from Tarawa

9    Terrace.  The TTWTP is our acronym for that.

10       Q.   What page are you looking?

11       A.   Page 31 at the top.

12       Q.   Now, when you were comparing the

13   sampling data to determine no VOC losses, so for

14   both Hadnot Point and Holcomb Boulevard, did you

15   take into account whether or not the -- the wells,

16   the contaminated wells, for those two treatment

17   systems had been pumping?

18       A.   We do not have information on sampling

19   data, I believe, on any of the sampling data,

20   whether the wells were pumping or not -- not

21   pumping.  We may be able to make some judgments

22   based on before and after if it's at the same --

23   same -- same well, whether the well was pumping or

24   not, but we had no information on the pumping

25   status of the well, but that would not have -- you

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 174 of 821

1    would not have lost any VOCs in the well because

2    it's not that you have air space in there.  The

3    well is screened down through the aquifer, okay?

4    It's completely filled with water.

5         Q.    Well, you're -- you're basing the

6    conclusion at the top of page 31 as it relates to

7    Tarawa Terrace, and I think for Hadnot Point as

8    well, you're comparing finished water samples

9    versus untreated water samples, and you're reaching

10   the conclusion, it seems to me, that in comparing

11   those, just the -- the sampling results, there were

12   no VOC losses, right?

13        A.    Well, the data indicate that and then

14   taking that in addition to what our expert panel

15   said, maybe 10 percent or so, that leans you

16   towards the minimum for the negligible losses

17   because I would expect if there were VOC losses,

18   and let's say 10 percent, I would expect to see

19   that in the sampling data to be reduced for the

20   sampling data from the untreated water, which is

21   probably the raw water tank where all the wells mix

22   in together, go through the treatment process, and

23   then they put it into a treated water tank either

24   elevated or underground.  I would have expected to

25   see some losses.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 175 of 821

1          Furthermore, I might add, in the period
2    January 28th through February 8th, 1984, there was
3    an eight-day period when they had to shut down the
4    Holcomb Boulevard water treatment plant.  Holcomb
5    Boulevard was never served with -- did not -- the
6    treatment plant was -- never had contaminated
7    water, but when they shut down during that
8    eight-day period, the distribution system going
9    into Holcomb Boulevard received contaminated Hadnot
10   Point water.  And if you just look at some of the
11   values, and I put the ranges in there.  I believe
12   there's a CLW document that lists them all the way
13   from 24.1 to over 1100.  So again, I'm going to ask
14   again, where are the losses?
15         Q.   So for instance, for Tarawa Terrace,
16   the -- the source or the primary contaminated well
17   was TT26, right?
18         A.   That -- that was the main well, yes.
19         Q.   And there's statements in the reports,
20   and we'll look at them, that -- but would you agree
21   that when TT26 was pumping, the -- the contaminant
22   concentration levels were higher?
23         A.   Yes.
24         Q.   And when TT26 was not pumping, the
25   contaminant concentration levels decreased, and I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 176 of 821

1    think you stated in your expert panel that -- in

2    one of the expert panels that the concentration

3    levels went down to almost zero?

4         A.   Well, that's shown in our Chapter A

5    report, too.  When they shut the well down for

6    maintenance, okay, so it was not pumping, the

7    concentrations at the water treatment plant went

8    down to near -- near zero, and that also is what

9    proved to us that TT26 was the driving force or the

10   driving well in that whole -- whole system.

11        Q.   So the only point I'm trying to make

12   with respect to comparing finished samples from

13   finished water versus untreated water at Tarawa

14   Terrace and at Hadnot Point, I mean, simply --

15   context matters.  Simply comparing samples from

16   untreated water and finished water doesn't tell you

17   whether the well was pumping, whether the

18   contaminants were increasing, whether the well --

19   whether the well had stopped pumping and the

20   contaminants were decreasing, you can't make a

21   determination on VOC losses solely by comparing a

22   finished water sample and an untreated water

23   sample?

24             MR. DEAN:  Object to the form of the

25   question.  Compound.  Complex.

Golkow Technologies,
877-370-3377                A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 177 of 821

1    BY MR. ANWAR:

2           Q.    You can answer.

3           A.    Okay.  I think you are confusing -- and

4    I don't mean that as a personal attack.

5           Q.    Sure.  No offense taken.

6           A.    Confusing different mechanisms and

7    different aspects of the entire process of

8    delivering, obtaining water from the aquifer to the

9    delivery point, okay?  The samples -- there's some

10   samples at TT26, okay, that's at the well, and that

11   -- that says nothing about -- and honestly, that

12   says nothing about the treatment process.  The

13   treatment process occurs after all the wells mix in

14   in the entry to the water treatment plant, okay?

15              So if I take a sample, and let's say

16   untreated water, which will be the raw water tank,

17   okay, and I get a -- a value, a concentration, and

18   then I take a similar sample and I'm assuming they

19   are using the same testing methodology at the

20   treated end, which would be on the other side of

21   the spiractors, the other side, and I don't see

22   any -- any losses, any changes, decreases in

23   concentration, excuse me, can I -- then what I am

24   saying is it's a good assumption, a good

25   engineering assumption, that even -- whatever

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 178 of 821

1   losses there are are so negligible that we're not
2   able to measure them.  Or the people that measured
3   them, the same -- the ATSDR did not actually
4   measure those -- those samples, okay?  And that's,
5   again -- and everything that we do in modeling and
6   interpretations and all of that, it's sort of a
7   weight of evidence approach.
8            Q.   Sure.
9            A.   Okay?  So we've got the AH report.
10  We've got our expert panel.  We've got -- these
11  members actually did water distribution system
12  testing at various -- not at Camp Lejeune, but at
13  various locations, and we've got sampling data.  So
14  you've got to take it all -- all together, okay?
15           Q.   I just have a few more questions on
16  this topic --
17           A.   Sure.
18           Q.   -- and then we'll take a break.
19           A.   Okay.
20           Q.   Now, using Tarawa Terrace again as the
21  example, TT26 was the main well that was
22  contaminated, correct?
23           A.   That is -- that is correct.  There was
24  some contamination at TT23, which is referred to as
25  the TT new well.  It only ran for about nine months

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 179 of 821

1   maybe.  When it was put in, it was put in to a

2   contaminated aquifer, okay, so that's why its

3   concentrations are high immediately.  But again,

4   TT26 was the major contributor.

5           Q.    TT26 and TT23 weren't the only wells

6   providing water in Tarawa Terrace, right?

7           A.    That is correct.

8           Q.    And the wells at Camp Lejeune,

9   including Tarawa Terrace, were cycled, right, in

10  terms of the usage?

11          A.    They recycled, yes, yes.

12          Q.    And so simply comparing a finished

13  water sample versus an untreated water sample

14  doesn't tell you anything about which well the

15  water was coming from, right?

16          A.    Well, we knew that based --

17              MR. DEAN:  Object to the form.

18              THE WITNESS:  We knew that based on the

19  modeling, okay, the contaminant fate and transport

20  model.  The output of the contaminant fate and

21  transport model were the concentrations at specific

22  wells, okay?  And you have to look in the model

23  output and you can see which wells were turned on

24  or off during which month.  And then we had, again,

25  a simple mixing model.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 180 of 821

1  BY MR. ANWAR:

2      Q.   And --

3      A.   And the key is the simple mixing model

4  mixed all -- all the wells together, okay, for

5  conservation of mass and continuity.  And so when

6  we get a monthly concentration out of the mixing

7  model, okay, that's what we said went into the

8  water treatment plant.

9      Q.   In -- in comparing finished water

10 samples and untreated water samples for purposes of

11 your rebuttal report in offering opinions about VOC

12 losses --

13     A.   Right.

14     Q.   -- at Hadnot Point and Tarawa Terrace,

15 did you go back and look to see what time frame the

16 samples came from, whether the wells -- which wells

17 were turned on and off, what information was

18 available?

19     A.   Let's see what this is.  I looked at

20 the treatment process, okay, because that's -- that

21 was the focal point of those claiming there were

22 major VOC losses versus negligible.  And so I

23 looked -- you have to look at the treatment

24 process, okay?  The treatment process starts at the

25 mixing of all the wells into the raw water tank.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 181 of 821

1    And the assumption, engineering assumption, is that
2    there's instantaneous mixing, and we prove that in
3    the Chapter I report because we run parallel
4    models.  We run the full-blown EPANET model, which
5    is water distribution, and we run the mixing model.
6    And after a week or ten days, they are equivalent
7    to the -- out to the four decimal places.  So that
8    means you have -- the mixing model in addition to
9    what our expert panel told us, all the wells were
10   mixing at the water treatment plant in the raw
11   water tank and there was instantaneous mixing
12   compared to our monthly concentration needs.
13        Q.   Okay.  I think my last question on
14   this, so just taking the Tarawa Terrace example
15   here in your report at the top of page 31 where
16   you're comparing the 104 microgram per liter
17   unfinished water versus the 76 microgram per liter
18   in untreated water and the 82 microgram per liter
19   in treated water --
20        A.   Right.
21        Q.   -- I don't see it anywhere in your
22   report, but -- and so I think you would agree that
23   you don't know what percentage of water in the
24   untreated, treated, and finished water samples at
25   Tarawa Terrace came from TT26, right?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 182 of 821

1              MR. DEAN:  Object to the form.
2              THE WITNESS:  You -- you could -- you
3    could actually compute that because the process to
4    get the mixing model results would be is you take
5    the well's capacity for a given month, how much
6    it's pumping, what the concentration is -- let me
7    back up.  Hold on.  Get the chapter right.  It's
8    easier for me to explain the Chapter A here.  Here.
9    Okay.  It's -- it's a model here.  Okay.  Page A40
10   in Chapter A, equations one and two.  Concentration
11   of PCE in finished water, okay?  So we have all of
12   the information.  You see it's summing over however
13   many wells were pumping versus whether they are
14   contaminated or not.  So, yes, we do know, but the
15   assumption was -- in agreement with what our expert
16   panel recommended -- is that you could assume
17   instantaneous was a CSTR, continuously stirred tank
18   reactor model, for the mixing model.  And so the
19   minute the wells hit the raw water tank, they all
20   mixed.  And to us instantly was anything less -- a
21   good portion less than a month.  And that's shown
22   in the Chapter I report.  I can tell you exactly
23   where in a minute.
24        Q.   Why don't we go ahead and take a break
25   if you're --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 183 of 821

1          A.    Okay.

2                THE VIDEOGRAPHER:  Okay.  We're going

3     off.  Record the time is 2:33 p.m.

4                (A recess transpired.)

5                THE VIDEOGRAPHER:  Okay.  We are going

6     back on record.  The time is 2:43 p.m.

7                THE WITNESS:  Is it possible to qualify

8     or continue with where we left off?

9     BY MR. ANWAR:

10         Q.    Sure.  Did you have something you

11    wanted to --

12         A.    Yes.

13         Q.    -- correct or --

14         A.    I would like you to turn to the Hadnot

15    Point/Holcomb Boulevard Chapter A report.

16         Q.    Sure.  What page are you --

17         A.    Page A38, Figure A15.

18         Q.    A38, A15.

19         A.    Yes.

20         Q.    Okay.

21         A.    Okay.  This is the same mixing model

22    that we talked about at the Tarawa Terrace.  You'll

23    notice the equations on page -- the next, page A1

24    and A2 are the same equations one and two in Tarawa

25    Terrace report in Chapter A.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 184 of 821

1          Q.    Okay.

2          A.    What I want to point out to is -- and

3    this is a conceptual or a schematic.  If you look

4    at the distribution network of pipes on the

5    left-hand part of the Figure A -- mixing model

6    approach is the title of that section.

7          Q.    Okay.

8          A.    You'll see that there are little --

9    towards the right there's HPWTP, that tank

10   represents HP, and you've got contaminated, meaning

11   red, or uncontaminated, blue, symbols there mixing

12   into the -- into the HPWTP.  Now, we did not do

13   step-by-step treatment process.  What the

14   assumption is, and a correct assumption, an

15   approximation, is that they all instantaneously

16   mixed in the raw water tank.  Once they mixed in

17   the raw water tank, if, in fact, there's this

18   massive VOC loss, you would see it in the samples,

19   and we didn't.  And so our assumption was that

20   there was negligible losses within the treatment

21   process, and so what -- the concentration in the

22   tank through the mixing model is the same as the

23   contamination anywhere throughout the distribution

24   system.

25         Q.    Okay.  But you're talking sort of --

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 185 of 821

1  you're talking in the context of model -- still the
2  model, right?
3        A.    That's exactly correct, yes.
4        Q.    And at the end of the day, a model is
5  an approximation of reality, right?
6        A.    Yes.
7        Q.    There is no way to perfectly replicate
8  reality, right?
9        A.    No, a model is an approximation.  Some
10  are closer approximations and some are -- are not
11  as close, but it is an approximation.  But at the
12  end of the day, if we are going to test the model
13  out, I'm speaking generically now of the model,
14  then that's where we go and gather some field
15  information or sampling information and see if it,
16  in fact, proves or supports -- that's probably a
17  better word -- supports the assumptions that we
18  made using this model.
19        Q.    The pumping data for Tarawa Terrace and
20  TT26, the wells in Tarawa Terrace and TT26 in
21  particular, that was limited, right?
22        A.    The pumping data?  We had -- we had
23  monthly data.  We had some early on in the --
24  early, early '50s or '40s.  We had some annual
25  pumpage data.  And then in -- I believe from about

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 186 of 821

1  -- for Hadnot Point from about 1998 through 2008,

2  we had daily pumping values.

3          Q.    You said from 1998 to 2008?

4          A.    That's my recollection, yes, we had

5  daily -- daily values.

6          Q.    Well -- and those values are sort of

7  outside the time period we're -- we're interested

8  in, right?

9          A.    No.  Again, you've got the

10 epidemiological study, which goes from '68 to '85,

11 but we're using -- and I'm going to limit this

12 right now to groundwater flow and contaminant fate

13 and transport models; those are boundary-valued

14 problems.  So you've got to take them out or start

15 them from a period of known water level, a period

16 of known concentration, and run them out until you

17 get back to a period of known information.

18          We -- at Hadnot Point we had some known

19 information because they were doing remediation

20 pumping so that the models there went out all the

21 way to 2008 because it was another set of data in

22 addition to the 1980s data that could get -- build

23 confidence, substantial confidence, in the modeling

24 results.  So the models went out or started based

25 on hydrogeologic and modeling concepts and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 187 of 821

1    frametimed where -- and part of the model went
2    through the epidemiologic study period, the two --
3    in other words, the epidemiology did not control
4    when we started or ended the model.
5              Q.   1998 is after 1987, right?
6              A.   Yes.
7              Q.   And --
8              A.   If you're interested in building
9    confidence in your model and testing out the
10   goodness of fit of your calibration, if you've got
11   another set of information past the epidemiology --
12   again, the epidemiology doesn't impact how we're
13   calibrating or developing the model -- then you
14   want to use that.
15             Q.   I guess more broadly speaking, you
16   know, we can debate the points of the actual
17   modeling, which, you know, you're an expert on it
18   and I'm not.  But if ATSDR's modeling accounted for
19   VOC losses, why was it necessary to make a
20   statement that the VOC losses were -- were
21   negligible and, you know, why was it necessary to
22   make that -- that determination?
23             A.   Okay.  Because you needed to somehow
24   quantify, I felt, what he meant by negligible.  He
25   does not say zero.  He said negligible, okay?  And

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 188 of 821

1   I'm speaking again in terms of pragmatic
2   engineering applications doing modeling; you make
3   these kinds of assumptions, okay?  He also had
4   wanted to make sure someone -- when we say
5   negligible, if they read the expert panel and saw
6   Dr. Pommerenk, who is, I believe, AH consultant for
7   the Marine Corps who sat on our expert panel
8   saying, well, less than 10 percent, then someone
9   reading our reports would say, okay, negligible 10
10  percent -- even if there's VOC losses, there's
11  somewhere less in that -- in that range, and now
12  I'm looking at sampling data and it doesn't appear
13  to be from the sampling data any -- even 10 percent
14  loss anywhere, so negligible is a good
15  approximation.
16          Q.   You -- and coming out of the expert
17  panel, you-all landed on 10 percent, right?
18          A.   That's what the expert panel said,
19  okay?  And that's when we got together either in a
20  team meeting, not part of the expert panel, but,
21  you know, subsequent, because the expert panel made
22  many recommendations, which we typically either
23  generally followed, and we, you know, we would just
24  say, oh, well, it's 10 percent, that's negligible
25  compared to the variation and all the other

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 189 of 821

1    parameters.  Sampling data, aquifer properties, and
2    things of that -- well operations, things of that
3    nature.  So we were confident with the -- had
4    confidence in assuming negligible VOC losses.
5          Q.   And the AEE report said up to
6    15 percent, right?
7          A.   Yes.
8          Q.   And so when -- when we're talking about
9    negligible in terms of the decision ATSDR made in
10   determining VOC losses were negligible, we're
11   talking about between 10 and 15 percent, right?
12              MR. DEAN:  Object to the form of the
13   question.  Mischaracterizes the prior testimony.
14              THE WITNESS:  I would say it was 10
15   percent because the representative of AH Consulting
16   Dr. Pommernek, who was also representing the
17   Department of Navy, U.S. Marine Corps on the expert
18   panel then -- then said, well, you know, I'll give
19   you that 90 -- there's a 90 percent passthrough, so
20   that's 10 percent.  And then we also had other
21   water distribution system experts on there and --
22   like Dr. Walski, Dr. Grayman, Dr. Clark, and they
23   indicated in their experience that there would be
24   even less than 10 percent negligible.
25          Q.   Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 190 of 821

1          A.    And they have done analyses with other
2     water distribution systems like Tucson, Arizona,
3     Redlands, California and so on.
4          Q.    Let's turn to Exhibit 10, which is
5     Chapter A for Hadnot Point and Holcomb Boulevard.
6          A.    Okay.  Oh, I've got it open right here.
7     Okay.
8          Q.    And let's turn to page A1.
9          A.    Okay.
10          Q.    So just -- just so the record is clear,
11     we're now discussing the analysis for Hadnot
12     Point/Holcomb Boulevard, right?
13          A.    That is correct, summary of findings.
14          Q.    And footnote number seven on the first
15     page states, "for this study, finished water is
16     defined as groundwater that has undergone treatment
17     at a water treatment plant and was subsequently
18     delivered to a family housing unit or other
19     facility.  Throughout this report and the Hadnot
20     Point/Holcomb Boulevard report series, the term
21     finished water is used in place of terms such as
22     finished drinking water, drinking water, treated
23     water or tap water."  Did I read that correctly?
24          A.    Yes.
25          Q.    So ATSDR modeled -- ATSDR said it

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 191 of 821

1    modeled water that had undergone treatment at a --
2    at a water treatment plant at Hadnot Point,
3    correct?
4         A.   That's not what that says, or that's
5    not what I interpret that to say.  What that is is
6    trying to define what finished water is, okay?
7    There are different names.  Some people would say
8    potable water, okay?  It's not the same as potable
9    water.  It's not the same as groundwater.  It's
10   treated water, but that statement does not say we
11   modeled the treatment process.  And I've -- I've
12   never maintained that we modeled the treatment
13   process.
14        Q.   Okay.
15        A.   And our expert panel in 2005 also said
16   that the treatment process did not have to be
17   modeled.
18        Q.   Let's turn to page A33.
19        A.   Okay.  Okay.  I'm there.
20        Q.   Looking at number nine.
21        A.   Okay.
22        Q.   It states, "reconstructed simulated
23   monthly mean concentrations of PCE, TCE, 1-2-DCE,
24   and vinyl chloride and benzene for finished water
25   at the Hadnot Point water treatment plant were

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 192 of 821

1   determined by using a materials balance model

2   simple" --

3           A.    Materials mass balance.

4           Q.    Excuse me.   "Materials mass balance

5   model, simple mixing, to compute the flow-weighted

6   average concentration of the aforementioned

7   contaminants.   This computational method is based

8   on the principals of continuity and conservation of

9   mass, Masters 1998.   The use of the materials mass

10  balance method is justified because all raw water

11  from water supply wells within the Hadnot Point

12  water treatment plant service area was mixed at the

13  Hadnot Point water treatment plant prior to

14  treatment and distribution."   And then it says,

15  "details of this method are described in a

16  subsequent section of the report."   Did I -- did I

17  read all that correctly?

18          A.    Yes.

19          Q.    Would you agree that what ATSDR called

20  finished water at the Hadnot Point water treatment

21  plant was based on a material mass balance model,

22  simple mixing, to compute flow-weighted average

23  concentrations of contaminants?

24          A.    Yes.

25          Q.    And agree that mass -- a mass balance

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 193 of 821

1  -- agree it was a mass balance model based on
2  continuity and conservation of mass?
3          A.    Yeah, that's what equations A1 and A2
4  in this report and equations one and two in the
5  Tarawa Terrace Chapter A report -- the first
6  equation is continuity.  The second one is
7  conservation of mass.
8          Q.    Agree that continuity and conservation
9  of mass means the simple mixing model assumed that
10  mass of all contaminants entering the water
11  treatment plant were conserved through the water
12  treatment plant?
13          A.    Yes.
14          Q.    Okay.  And they continued, correct?
15          A.    What do you mean?
16          MR. DEAN:  Objection to form.
17  BY MR. ANWAR:
18          Q.    It assumed that they continued the --
19          A.    You mean the flow continued?
20          Q.    The mass of the contaminants.
21          A.    I'm not following you.  Are you asking
22  did the concentration from one -- once it's mixed
23  at the raw water tank is the same as the
24  concentration in the finished water tank?
25          Q.    I think you answered my question.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 194 of 821

1    Let's -- would you agree ATSDR modeled influent to

2    the water treatment plant as having the same

3    contaminant concentrations as the effluent from the

4    water treatment plant?

5           A.   No, we modeled -- the influent, to me,

6    by definition, would be the different wells coming

7    into the raw water treatment tank.  If you look at

8    the water distribution system utility maps, you'll

9    -- you'll see that the raw water from wells were

10   typically piped over to the raw water tank through

11   concrete pipes, okay, underground pipes.  So once

12   all the wells fed into there, in the raw water

13   tank, I assumed there was instantaneous mixing, as

14   the mixing model does, okay, and then that -- that

15   would equal the finished water concentration.

16          Q.   Okay.  Let's look at A62.

17          A.   What?  I'm sorry?

18          Q.   A62.

19          A.   On HP report?

20          Q.   Yes.

21          A.   Page 62.  Okay.  Okay.

22          Q.   Looking -- focusing on Table A18, you

23   would agree that Table 18 shows, among other

24   things, measured TCE concentrations at the Hadnot

25   Point water treatment plant?

1          A.    Yes.

2          Q.    Looking at TCE, you would agree there

3     are only a few measurements each of treated and

4     untreated water?

5          A.    Yes.

6          Q.    Agree the data is insufficient to

7     conclude no treatment losses, right?

8              MR. DEAN:  Object to form.

9     BY MR. ANWAR:

10         Q.    You can answer.

11         A.    Okay.  Using the data that we have, you

12    always want more data as a modeler, okay, always.

13    That's -- okay.  So if you're asking me as a

14    modeler would I want more data than this, yes, but

15    we were working with the data that we had and that

16    was presented to us.  And given this data, I see,

17    again, July 27th, treated -- or let me see the

18    exact wording, untreated and treated, footnote five

19    and six, they are approximately the same value.

20    That's the data I referenced in my rebuttal report.

21    So you use that data because that's what we have.

22         Q.    Direct me to that again.

23         A.    On page A62, if you go to 7/27/82, the

24    first listing has a footnote five which says

25    untreated.  The second listing, 7/27/1982, under

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 196 of 821

1    TCE, it says 21.

2          Q.    You said 7/27/1982?

3          A.    Yes.

4          Q.    TCE.  And then the listing underneath

5    it, you're saying is --

6          A.    It gives the treatment status.

7          Q.    And your -- your opinion is that the

8    model indirectly accounted for treatment losses

9    based on those two points of data?

10          A.    Based on those two points.  Based on,

11    also, the January 28th through February 4th, 1985

12    shutdown of the Holcomb Boulevard treatment plant

13    where we just saw huge slugs of TCE within the

14    Holcomb Boulevard treatment system -- not

15    treatment, but distribution system.  So again, we

16    used a weight of evidence approach.  And then,

17    again, referring back to the expert panel report

18    that said, well, we did 10 percent, we -- we said

19    that justified the assumption of negligible.

20          Q.    For the samples that you're -- that

21    we're discussing, the 7/27/1928 for TCE.

22          A.    Yes, uh-huh.

23          Q.    ATSDR didn't know if HP651 was pumping

24    on that day, right?

25          A.    We could go back to the reconstructed

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 197 of 821

1    -- reconstructed pumping schedule and -- and figure
2    out if it was pumping or not.  I would have to look
3    -- I would have to look at our pumping schedule.
4            Q.    Okay.  But that's a reconstructed
5    pumping schedule, correct?
6            A.    It's still the only thing close to
7    reality that we have.
8            Q.    But it's not reality, right?
9            MR. DEAN:  Object to form.
10           THE WITNESS:  It's what we used to
11   reconstruct and then compare these values to -- to
12   that.  So it was -- it was pumping in the model.
13   BY MR. ANWAR:
14           Q.    For -- in the absence of pumping data
15   for Tarawa Terrace, at least --
16           A.    Right.
17           Q.    -- ATSDR assumed that a well was
18   pumping unless you had evidence affirmatively
19   disproving that it was pumping, correct?
20           A.    That is correct.  And we then tested
21   that out through an uncertainty analysis by varying
22   the pumping through a Monte Carlo-type uncertainty
23   analysis, but the calibrated model assumed
24   continuous pumping unless it was shut down for
25   maintenance purposes.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 198 of 821

1      Q.   And with respect to the samples that
2  we've been discussing, the July 27, 1982, ATSDR
3  didn't know if HP651 was pumping the day before
4  either, right?
5      A.   No, there's no indication as to the
6  status of the water supply wells feeding the raw
7  water tank.  These are taken at the treatment
8  plant, not at the wells, if I'm -- yes, these are
9  taken at the treatment plant.  So the wells have
10  already mixed, on, off, whatever.
11      Q.   When you say no indication, what do you
12  mean?
13      A.   There's no -- this table here is from
14  the water treatment plant, okay?
15      Q.   Yeah.
16      A.   So it does not contain an indication as
17  to which wells were on, which wells were
18  contaminated, which wells were on and not
19  contaminated, and which wells were off, okay?
20  This -- this particular table, okay?  This is a
21  result of applying the -- a mixing model, a
22  flow-weighted mixing model.
23      Q.   When you say this is the result, what
24  do you mean "this?"
25      A.   Well, if you look under the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 199 of 821

Page 200

1    reconstructed column, the middle column there.

2          Q.   Yeah.

3          A.   Okay.  That's what -- once we got the

4    concentrations out of the model for each of the

5    Hadnot Point wells --

6          Q.   Yeah.

7          A.   -- and we can tell which ones were

8    operating, which ones were not and have a zero

9    there, and then we knew what the reconstructed

10   concentration is, so then we would tabulate those

11   into an Excel spreadsheet, do the flow-weighted

12   mixing in the Excel spreadsheet.

13         Q.   And, you know, I'm talking about not

14   the reconstructed schedule, but about real-world

15   data?

16         A.   I understand that, but, again, as I

17   think we've discussed real early on, if my

18   recollection is correct, these are one point in

19   time samples, okay?  And we are -- we are doing

20   monthly simulations, monthly results.  So that's,

21   you know, just -- you need to keep that in mind

22   when you're looking at data versus modeling

23   results.

24         Q.   Agree -- you would agree that you don't

25   know the percentage of water in those samples that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 200 of 821

1    came from HP651?

2              A.    Not in the -- not in the samples, but I

3    would know -- I would have to tabulate it, but I

4    would know in the reconstructed column.

5              Q.    But the reconstructed column is a

6    simulation, right?

7              A.    That's our best estimate, most likely

8    estimate.

9              Q.    Okay.  And that's because you don't

10   know the real-world data on whether -- what

11   percentage of water in those samples came from

12   HP651?

13             A.    Not from the sampling data.  However,

14   you do have the previous table, I think, or

15   somewhere in here, it's early on, there is a table

16   -- let's see.  Here you go.  Page A48.

17             Q.    So I wanted to actually change topics a

18   little bit.

19             A.    Oh, sure.  Okay.

20             Q.    Shift gears a little bit.  You would

21   agree that it takes time for water to get through

22   the -- the water treatment plant, right?

23             A.    Compared to the groundwater system,

24   it's instantaneous.  I'm talking about hours or

25   maybe even minutes compared to days or months or

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 201 of 821

1  longer than that, you know.  That's -- I think, as
2  I said previously, water distribution system models
3  use an hour time step, and you typically would
4  measure pressures.  If you had any concentrations,
5  you would measure those at, say, at 15-minute
6  intervals, so you're talking about a much more
7  rapid process.
8        Q.   Similar to our discussion on TT26 for
9  Hadnot Point, you would agree that whether --
10 whether HP651 was pumping had a significant impact
11 on the concentration of TCE entering the Hadnot
12 Point water treatment plant, right?
13       A.   Yes.
14       Q.   And you would agree that when HP651
15 stops pumping or stopped pumping, concentration of
16 TCE entering the Hadnot Point water treatment plant
17 would go down very quickly?
18            MR. DEAN:  Object to the form.
19            THE WITNESS:  Well, we could look at
20 the graph on page A63 in Chapter A here, Figure
21 A27.  And you do see up and down with -- of TCE at
22 the water treatment plant, which is indicative of
23 cycling on and off of HP651.  But unlike TT26, the
24 only time it goes to zero or close to zero is after
25 they completely turned the well -- the well off.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 202 of 821

1          Q.   But when HP651 stops pumping,
2     concentration of TCE entering the HP -- the Hadnot
3     Point water treatment plant goes down, right?
4          A.   It -- it gets reduced, but because
5     there were so many -- there were other wells
6     pumping and contributing to the water treatment
7     plant and supplied -- supplied water, some of those
8     other wells, if they were contaminated, would --
9     would, you know, add to the concentration at the
10    water treatment plant.
11         Q.   You would agree that when HP651 stops
12    pumping, at that very moment water coming out of
13    the Hadnot Point water treatment plant entered into
14    it with TCE concentrations from when HP651 was
15    pumping, correct?
16         A.   Could you repeat the question again?
17    I'm sorry.  I didn't follow.
18         Q.   Sure.  So when -- when HP651 stops
19    pumping, the water that was pumping into the Hadnot
20    Point water treatment plant doesn't immediately go
21    away, right?
22         A.   That is correct.
23         Q.   That water that had been pumping from
24    HP651 continues through the water treatment plant,
25    correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 203 of 821

1          A.    Yes.    Again, the pipes are pressurized

2     and water is flowing full, okay?  A storage tank is

3     not pressurized like the distribution pipeline, but

4     it's full, and so it's not that you have no water

5     stopped at 651 and then the raw water tank has no

6     more water in it.  It's still filled with the

7     previous day's concentration, and if 651 was not

8     pumping on a particular day, you would still have

9     contaminated water in that raw water tank.

10         Q.    And so carrying that through to

11    conclusion, if 651 stopped pumping and that water

12    -- but the water that had been pumping from 651

13    into the Hadnot Point water treatment plant entered

14    into it and then continued to be distributed, the

15    finished water sample from -- from that water that

16    pumped through 651 -- or excuse me, from the 651

17    water that had pumped through the Hadnot Point

18    water treatment plant would reflect that

19    contaminated water, right?

20              MR. DEAN:  Object to form.

21              THE WITNESS:  Okay.  Could you clarify

22    that?

23    BY MR. ANWAR:

24         Q.    Sure.  So a moment ago you agreed with

25    me that when HP651 stops pumping, at that precise

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 204 of 821

1    moment the water that had been pumping into the

2    water treatment plant at Hadnot Point doesn't go

3    away, right?

4         A.   That is correct.

5         Q.   It -- that water that had been pumping

6    from 651 remains in the water treatment plant,

7    correct?

8         A.   Yes, the water that's there the

9    previous day when HP651 was pumping, let's say --

10   for argument's sake let's say it's still there,

11   okay, but over a day's period it probably moved

12   through the treatment process.

13        Q.   And a moment ago we -- we discussed

14   that ATSDR treated or used a mixing model for

15   purposes of finished water, correct?

16        A.   That is correct.

17        Q.   And so -- well, let's -- let's --

18   stepping away from the model, that water in the

19   Hadnot Point treatment plant from 651, that doesn't

20   immediately disappear, that still ends up in the

21   finished water, correct?

22        A.   That is correct.

23        Q.   Okay.  And then 651 is now stopped and

24   other wells are pumping water to it, correct?

25        A.   They are compensating for the loss of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 205 of 821

1    the volume of the well, okay?  Because at the end

2    of the day, when we were there in 2004 and

3    historically, having spoken with past operators,

4    they had to keep their tanks, finished water tanks

5    nearly filled for fire protection, okay, so they --

6    you would have had to compensate for HP651 with

7    other -- other wells.

8            Q.    And those other wells pumping into the

9    HP treatment plant could include wells that weren't

10   contaminated, right?

11           A.    That is correct.

12           Q.    So in that case, if you were to take an

13   untreated sample and compare it to the treated

14   sample from the -- the HP651 water that went

15   through the system, the treated water would be

16   higher, likely, than the -- the untreated water

17   sample taken at the water treatment plant?

18           A.    Again, I think we need to view this in

19   terms of the historical reconstruction that we did

20   on a monthly basis.  Even though -- even though the

21   distribution system does the EPANET model, you can

22   do hourly calculations, meaning you can do daily

23   calculations.  The output from the contaminant fate

24   and transport model and the mixing model are valid

25   on a monthly basis.  So over a month, you would

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 206 of 821

1    have seen 651 come back on.

2         Q.    But again, we're talking about the

3    model simulation world and not the real world?

4         A.    But that's what we did at ATSDR.   I

5    mean, that's -- that's the whole concept of

6    historical reconstruction or modeling in general,

7    is that we used models and applied models where we

8    may not have information, real data, and you build

9    confidence by the calibration process to use -- use

10   those models.  We took, at ATSDR, the sampling data

11   that was provided to us by the Marine Corps,

12   Department of Navy or other -- other water quality

13   labs and that's the data that -- that we had.

14        Q.    I'm going to hand you what I'm marking

15   as --

16             MR. ANWAR:  I'm sorry.  Can you remind

17   me, is this 15?  I forgot to write one down.   16.

18             (DFT. EXHIBIT 16, Analyses and

19   Historical Reconstruction of Groundwater Flow,

20   Contaminant Fate and Transport, and Distribution of

21   Drinking Water Within the Service Areas of the

22   Hadnot Point and Holcomb Boulevard Water Treatment

23   Plants and Vicinities, U.S. Marine Corps Base Camp

24   Lejeune, North Carolina, Chapter A-Supplement 2,

25   Development and Application of a Methodology to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 207 of 821

1    Characterize Present-Day and Historical Water

2    Supply Well Operations, was marked for

3    identification.)

4    BY MR. ANWAR:

5         Q.    Did I actually hand you the exhibit?

6         A.    No.

7         Q.    Sir, do you have the exhibit?

8         A.    No, you didn't tell me what 16 was.

9         Q.    Sorry.  I just put the sticker on it

10   and I lost my train of thought.  I'll just put

11   another sticker on it.

12              Okay.  I'm handing you what I've marked

13   as Exhibit 16.

14        A.    Supplement 2.  Okay.

15        Q.    Can you turn to page -- so for

16   starters, this is part of the Hadnot Point/Holcomb

17   Boulevard analysis, correct?

18        A.    Yes, it's Supplement 2 of Chapter A.

19        Q.    Okay.  And the title is "development

20   and application of a methodology to characterize

21   present-day and historical water-supply well

22   operations", correct?

23        A.    That is correct.

24        Q.    Okay.  If you could turn to page S2.2.

25        A.    2.2.  Okay.  2.2.  Okay.  Background?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 208 of 821

1       Q.    Yeah.

2       A.    Okay.

3       Q.    And so at the top of that page on the

4   right-hand side --

5       A.    Right.

6       Q.    -- paragraph starting "detailed daily

7   data."

8       A.    Let me just take a look.  Okay.  I'm

9   there.

10      Q.    Okay.  So it starts by stating,

11  "detailed daily data pertaining to the pumping

12  schedule of the wells are available subsequent to

13  January 1998", correct?

14      A.    That's -- yes, that's what we

15  previously discussed.

16      Q.    Sure.  And then "prior to 1998, data

17  pertaining to wells operation are limited or

18  unavailable", correct?

19      A.    That is correct.

20      Q.    And then it goes on to state,

21  "similarly, daily water treatment plant raw water

22  samples are available" --

23      A.    Raw water volumes.

24      Q.    Volumes.  Excuse me, are -- let me

25  reread that.

1          A.    Okay.

2          Q.    "Prior to, similarly, daily water

3    treatment plant raw water volumes are available

4    after December 1994", correct?

5          A.    That is correct.

6          Q.    "And then between 1980 and 1994,

7    monthly raw water volumes are available.  Yearly

8    volumes are available for some times -- for some

9    years prior to 1980.  A trendline was used to

10   estimate raw water flows for years prior to 1980

11   when no data exist.  Monthly raw water flow

12   percentages were then calculated using known

13   monthly data for the period 1980 to 2004.  These

14   values are used to estimate monthly raw water flows

15   prior to 1980.  This methodology is based on two

16   assumptions:  Similar characteristics of the

17   operational patterns of the wells and water

18   treatment plants for the periods of time before and

19   after January 1998 and, two, the quality between

20   total water volume delivered to the water treatment

21   plant from the operating wells and the water

22   treatment plant raw water volume data at all

23   times."  Did I read that correctly?

24         A.    Yes, you did.

25         Q.    Okay.  Agree -- you'd agree that prior

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 210 of 821

1  -- based on this, prior to 1998, data pertaining to

2  well operations was limited or unavailable?

3       A.   Yes, that's what that says.

4       Q.   Agree that according to this, that

5  there were daily water treatment plant raw water

6  volumes available after 19 -- after December 1994,

7  correct?

8       A.   Yes.

9       Q.   Agree there were monthly raw water

10  volumes available for 1980 to 1994, right?

11       A.   Yes.

12       Q.   And then there were some yearly volumes

13  prior to 1980, right?

14       A.   That is correct.

15       Q.   ATSDR had to estimate pumping schedules

16  due to the lack of this data, right?

17       A.   We had to estimate pumping schedules to

18  get the operational -- I'm equating operational and

19  pumping schedules to be able to code them in -- on

20  a monthly basis to the -- to the model, to the

21  groundwater flow and contaminant fate and

22  transport.

23       Q.   And so if we go on to the next

24  paragraph, data availability.

25       A.   Okay.

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 211 of 821

1          Q.    "Four types of data sources pertinent
2     to water supply well operation -- operational
3     records and water treatment plant raw water records
4     are used in this supplement."  It says "these are
5     daily operational records, January 1998 to
6     June 2008.  Number two, Camp Lejeune historic
7     drinking water consolidated document repository
8     records.  Number three, Camp Lejeune water
9     documents.  Number four, U.S. Geological Survey.
10    Using these data sources, operational chronologies
11    for 1996" -- excuse me.
12          A.    Wait.
13          Q.    "Using these data sources operational
14    chronologies for 96 wells supplying groundwater, in
15    parentheses, raw water, to the Hadnot Point water
16    treatment plant and Holcomb Boulevard water
17    treatment plant were developed."  Did I read that
18    correctly?
19          A.    Yes, yes.
20          Q.    You would agree that ATSDR didn't use
21    pumping data from the '80s, but used data from
22    pumping schedules after 1998 to estimate pumping
23    schedules during 1953 to 1987?
24          A.    The way the methodology that's
25    described in Supplement 2, there was a training

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 212 of 821

1   period and then a predictive period.  So the
2   training period typically went from 1998 to 2008
3   because that was known information on a daily
4   basis.  And once we obtained the characteristics of
5   the operating wells based on that, then we could go
6   out and where we either had partial data or missing
7   data, use the prediction from there and apply the
8   prediction to the data gaps.
9       Q.   So for Hadnot Point/Holcomb Boulevard
10  analysis and the model, you used predictions based
11  on pumping schedules after 1998, correct, to -- to
12  let me ask that again.
13          So based -- for Hadnot Point/Holcomb
14  Boulevard you used pumping schedules from after
15  1998 and predicted backwards the pumping schedules
16  during 1953 to 1987, right?
17          MR. DEAN:  Object -- object to the
18  form.
19          THE WITNESS:  Again, it says -- I think
20  it was up -- yeah, we also used -- for data we're
21  missing a trendline, which is an accepted
22  statistical approach in engineering.  And the
23  algorithm developed by who is now Dr. Telci, the
24  first author on here.  At the time he was with
25  Georgia Tech, used the training period for periods

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 213 of 821

1   of known water supply operations and then used the

2   predictive period for when we had to predict the

3   operations.  So you have a combination of both

4   training and prediction.

5   BY MR. ANWAR:

6        Q.   And that's training and prediction, but

7   that's -- that's both simulated pumping schedules,

8   correct?

9        A.   No, well, the training was based on

10  daily data, okay, and all we're interested in is

11  monthly.

12       Q.   The training was based on pumping

13  schedule data after 1998, correct?

14       A.   Yes, yes.

15       Q.   And then the simulated is the pumping

16  schedule from 1953 to 1987, right?

17       A.   It would go through '98, actually.  I

18  mean, for -- Hadnot Point/Holcomb Boulevard didn't

19  come online until '72, so you have different

20  periods there, but, yes, it would -- that's the

21  predictive period, is where you had either limited

22  -- because you might have a month information here

23  and there and stuff like that, but that's -- or

24  unknown information that you would use the

25  predictive values that came out for each well, each

1    certain well.

2          Q.    Let's turn to page S12.

3          A.    Okay.  Okay.

4                MR. DEAN:  S2.12 or just S12?

5                MR. ANWAR:  I'm sorry.  It's S2.12.

6                MR. DEAN:  Okay.

7                MR. ANWAR:  I've been staring at these

8    documents too long.

9    BY MR. ANWAR:

10         Q.    And at the top of the left-hand --

11         A.    Right.

12         Q.    -- page it says, historical

13   reconstruction period, 1942 to 2007, prediction

14   process, correct?

15         A.    Right.

16         Q.    And this is the -- the training and the

17   -- this -- this paragraph in this section is

18   addressing the training and the prediction process

19   you were just describing, correct?

20         A.    I believe it is.  This shows the start

21   of prediction process.  There should be another

22   flow chart somewhere, I seem to recall.

23         Q.    I wanted to just ask you about some of

24   the language in the first paragraph.

25         A.    Okay.  Sure, sure.  Go ahead.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 215 of 821

1    Q.   It says, "similar to the training
2    process, the prediction process, PP, is structured
3    as a series of calculations and checking steps.
4    The results of the steps were placed in separate
5    sheets of a Microsoft Excel workbook."  And then
6    that last sentence, "because some wells did not
7    physically exist during the training period,
8    surrogate wells were selected to represent these
9    untrained wells."  Did I read that correctly?
10        A.   Yes, yes.
11        Q.   And so you would agree in the training
12   process for reconstructing historical well pumping
13   schedules, ATSDR used surrogate wells for wells
14   that were untrained?
15        A.   No, for wells that -- wells that did
16   not physically exist, okay?  If you look at Figure
17   S2.2 on page S2.4.
18        Q.   2.4?
19        A.   Yes.  It's a full-page figure.
20        Q.   Okay.  Oh, I see.  It's 2.4 --
21        A.   S2.4, Figure S2.2.
22        Q.   Okay.  Yeah, I'm looking at 2.40.  Go
23   ahead.
24        A.   Okay.  For example, you can take an
25   example here, let's just look at -- coming down,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 216 of 821

1   HP604, okay?  It stops operations at about 1960,
2   but then you've got HP637.  So HP604 may be -- or
3   HP637 may be a surrogate well because HP604 no
4   longer exists.  And I think we list the --
5   somewhere in here there's a table -- oh, there you
6   go.  The surrogate wells, okay.  Table S2.2 on page
7   S2.13, there's a list.
8               Q.   Okay.  So --
9               A.   And looking at those wells and looking
10  at that figure, you can see which wells were
11  surrogate for wells that were no longer operating.
12              Q.   On S2.13.
13              A.   Yes.
14              Q.   Table S2.2.
15              A.   Right.
16              Q.   Just looking at that, the surrogate
17  wells include -- let me double-check.  Surrogate
18  wells were used for HP651, HP634, HP602, HP603 and
19  HP608, right?
20              A.   608, yes.
21              Q.   You would agree that ATSDR modeled
22  reconstructed pumping schedules for these wells --
23  strike that.
24              Okay.  You would agree that ATSDR
25  modeled reconstructed pumping schedules for these

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 217 of 821

1    wells based on 1998 to 2008 pumping schedules for
2    different wells, correct?
3            A.    Say that -- say that again.
4            Q.    Sure.   So a moment ago we talked -- you
5    know, we -- we went through a list of the wells,
6    651, 634, 602, 603, 608, for which surrogate wells
7    were -- were used, right?
8            A.    Yes.
9            Q.    And to determine the pumping schedule
10   for these wells, 651, 634, 602, 603, 608, ATSDR
11   reconstructed the pumping schedule for surrogate --
12   based on surrogate wells from 1998 to 2008,
13   correct?
14           A.    Yes.
15           Q.    Okay.
16           A.    That was the training period.
17           Q.    Let's go back to Exhibit 10, which is
18   Chapter A for Hadnot Point/Holcomb Boulevard.
19           A.    Okay.   I'm right here.   Yes.
20           Q.    Give me a second and I will catch up
21   with you.   Turn to page A84, please.
22           A.    Okay.   A84.   Okay.   Where it says
23   "trichloroethylene source release date sensitivity
24   analysis?"
25           Q.    Correct.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 218 of 821

1         A.    Okay.

2         Q.    So this is a discussion in Chapter A

3    for Hadnot Point/Holcomb Boulevard about TCE's

4    source release date and the sensitivity analysis

5    that was performed, correct?

6         A.    Yes.

7         Q.    Okay.  So I wanted to start by reading

8    from that first paragraph on the left.

9         A.    Okay.

10        Q.    Which starts, "historical records

11   delineating the timing and volume of inadvertent

12   releases of solvents during routine -- routine

13   operations from leaking" -- it says "UST".  Those

14   are underground storage tanks, right?

15        A.    That's correct.

16        Q.    Okay.  "From leaking UST systems or

17   from disposal solvent waste, spent dry cleaning

18   filters or other materials, were not available for

19   the Hadnot Point/Holcomb Boulevard study area."

20   Did I read that correctly?

21        A.    Yes.

22        Q.    "For modeling purposes, a median source

23   release date of nine years from the date of the

24   underground storage tank system installation or

25   site development, in the case of the HPLF area",

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 219 of 821

1  which is a Hadnot Point landfill area, "was used in
2  the contaminant fate and transport models."  Did I
3  read that correctly?
4        A.   Yes.
5        Q.   "This source release date formulation
6  is consistent with empirical data indicating that
7  the median time frame for leak development in
8  underground storage tank systems, typically in
9  piping and joint components, is nine years from
10 installation date."  And there's a source to an EPA
11 document and another cite source.  Did I read that
12 correctly?
13       A.   That is correct.
14       Q.   Okay.  Then it goes on to state, "UST
15 systems were not the source of contaminants in the
16 Hadnot Point landfill area.  However, given the
17 lack of historical information, a similar source
18 release time frame, in this case seven years from
19 site development, was applied to the Hadnot Point
20 landfill area sources within the model."  Did I
21 read that correctly?
22       A.   Yes.
23       Q.   Would you -- you'd agree, based on this
24 paragraph, that historical records delineating or
25 providing information about the time and volume of

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 220 of 821

1 solvent contaminant releases from underground
2 storage tank systems, disposal of solvent waste,
3 spent dry cleaning filters or other materials
4 wasn't available for the Hadnot Point area?
5          A.   That is correct.  And that is why we
6 went to external references or other references
7 like the ones that we -- we cited, the EPA report
8 '6/'87 and the Gangadharan, et al., '87.  I think
9 they discussed something like over 12,000 tanks
10 that they analyzed that -- and so we -- we felt
11 that was a good source of information to use.
12          Q.   ATSDR -- still based on this paragraph,
13 you would agree ATSDR, the Hadnot Point/Holcomb
14 Boulevard model, assumed all underground storage
15 tank systems began releasing contaminants nine
16 years after the system was installed, right?
17          A.   It's -- typically it was the piping
18 joints, okay?  I think we say in there the actual
19 tank did not necessarily leak, but it was at the
20 pipe joints because of the construction methods
21 back then in the '40s and '50s and '60s, unlike
22 today where you have to have a concrete pad, solid,
23 and then you put the tank on.  They just dug the
24 hole, put the tank on, then when they -- and
25 connected the pipes.  And when the tank filled up,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 221 of 821

1    then the pipes flexed, and that's where you got the

2    leakage.

3         Q.    So it -- ATSDR, the Hadnot

4    Point/Holcomb Boulevard model assumed that the

5    piping joints for underground storage systems began

6    releasing contaminants nine years after

7    the systems --

8         A.    Yes, based -- based --

9         Q.    -- were installed?

10        A.    -- on the references that we cited.

11        Q.    Okay.  And as you indicated, based on

12   references, that was based on an EPA study on

13   underground storage tank system leaks, that

14   following nine years was the median time frame for

15   leak development?

16        A.    Yes.

17        Q.    ATSDR assumed contaminant sources in

18   Hadnot -- in the Hadnot Point landfill started

19   seven years --

20        A.    Yes.

21        Q.    -- after site development, right?

22        A.    Yes.

23        Q.    Okay.

24        A.    That's because the landfill, to our

25   knowledge, was unlined and it was not tanks.  It

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 222 of 821

1  was just disposal of landfill material,

2  contaminated landfill material.

3        Q.   And it was necessary to make these

4  assumptions about sort of the contaminant start

5  dates because the information of when the

6  underground storage tanks and the Hadnot Point

7  landfill began releasing contaminants, that's not

8  available, right?

9        A.   You're talking about the Hadnot Point

10 industrial area or the landfill?

11       Q.   Well, let's -- let's break them up.

12       A.   Okay.

13       Q.   So the assumption was made about

14 underground storage tanks systems beginning to

15 release contaminants nine years after the system

16 was installed, right?

17       A.   Yes, that would be the Hadnot Point

18 industrial area.

19       Q.   And -- but that's because -- and that

20 assumption was made because the data available

21 precisely identifying or pinning down when the

22 underground storage tanks began releasing

23 contaminants does not exist?

24       A.   That is correct.

25       Q.   Okay.  And the same is true for the --

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 223 of 821

1    the Hadnot Point landfill assumption, correct?

2         A.    Right.   And we used a shorter time

3    period, again, because there were not underground

4    storage tanks, per se.   It was a landfill, most

5    likely unlined, okay, and not individual tanks, but

6    just waste thrown or disposed of into the landfill.

7    So we assumed it would have a, you know, two-year,

8    short period until it started leaking for the

9    modeling purposes.

10         Q.    But -- okay.   Understood.   But in terms

11    of real-world data, in terms of the actual data,

12    precisely pinning down when the Hadnot Point

13    landfill started releasing contaminants, that

14    doesn't exist, right?

15         A.    Not to my knowledge, but that, again,

16    is part of the model -- model calibration process,

17    okay?   That makes the source, then, a calibration

18    parameter both in terms of strength and in terms of

19    duration.

20         Q.    Okay.   And if -- turning to the next

21    page, A85.

22         A.    Yes.

23         Q.    That's the calibration you're -- you're

24    referencing, right?

25         A.    That's a sensitivity -- you're in the

1    sensitivity analysis section, which is part of the
2    uncertainty analysis.  We wanted to see the impact
3    of varying, again, the source release date.
4         Q.   And that's what I meant.  So this -- as
5    I read the sensitivity analysis, you varied the
6    release source -- the source release date from a
7    period of -- let's see -- minus nine years, meaning
8    nine years before the calibrated source release
9    date, to plus nine years, meaning nine years after
10   the calibrated release source date, correct?
11        A.   That is correct.
12        Q.   And in all of these scenarios, nine
13   years before the release -- calibrated source
14   release date, the model was still able to -- well,
15   strike that.
16             Well, can you remind me, what was the
17   calibrated source release date?
18        A.   Hold on.  Let me see.  I have to go
19   back to off the top of my head.  Well, the model
20   started in 1942 for Hadnot Point.
21        Q.   Sure.
22        A.   Hadnot Point landfill industrial, 1942,
23   I believe.  So nine -- nine years after that would
24   be 1951, so that would be the calibrated.
25        Q.   Okay.  I've got you.  Let's -- looking

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 225 of 821

1    -- returning back to the sensitivity analysis.

2         A.    Okay.

3         Q.    As -- you agree that this shows the

4    effect of the calibrated model of varying the start

5    date of contaminant sources, right?

6         A.    Yes.  What it does not show, as any

7    sensitivity analysis, it doesn't show whether

8    that's realistic or not.  These are numerical,

9    okay?  In other words, it just shows numerically

10   how the concentrations would shift forward or

11   backwards depending on the release date.

12        Q.    In all of these scenarios, nine years

13   earlier than the calibrated source release date --

14        A.    Right.

15        Q.    -- five years earlier than the

16   calibrated source release date, the actual

17   calibrated source release date, which I see there,

18   it appears to be 1951, 1952?

19        A.    Yeah, that's what we said, yeah.

20        Q.    Yeah.  Five years after the calibrated

21   release source date --

22        A.    Right.

23        Q.    -- nine years --

24        A.    Right.

25        Q.    -- after the calibrated release source

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 226 of 821

1  date, they all seem to converge during the period
2  of the epidemiological study.  Do you see that?
3           A.   Yes.
4           Q.   And so based on the sensitivity
5  analysis, it's possible any one of these ranges
6  could have been the release source date?
7           A.   No, because we assumed, as we did with
8  Tarawa Terrace, that we had a -- the calibrated
9  parameters would be your most likely to have
10  occurred, okay?  And then these others are just
11  seeing the impact on -- on the model, I mean,
12  that's, you know, a five-year or nine-year change
13  is a pretty major, major change --
14           Q.   Don't these --
15           A.   -- of the release date, okay, so -- but
16  the most likely one is the calibrated one.  I think
17  that's important to understand.
18           Q.   I understand that the -- the most
19  likely is the -- you know, it's your opinion the
20  most likely --
21           A.   Yes.
22           Q.   -- is the calibrated?
23           A.   Yes.
24           Q.   But doesn't the sensitivity analysis
25  show that plus or minus nine years or five years

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 227 of 821

1    from the calibrated source release date, that it's

2    possible?

3            A.    It's a possibility.

4            MR. DEAN:  Object to the form.

5            THE WITNESS:  It's a possibility, but,

6    again, that's -- typically, when you're conducting

7    sensitivity analyses and uncertainty analyses, you

8    want to get an understanding of how the system is

9    reacting to changes in -- in this case, it's a

10   single parameter.

11           Q.    I'm going to mark another exhibit.

12           (DFT. EXHIBIT 17, Analyses and

13   Historical Reconstruction of Groundwater Flow,

14   Contaminant Fate and Transport, and Distribution of

15   Drinking Water Within the Service Areas of the

16   Hadnot Point and Holcomb Boulevard Water Treatment

17   Plants and Vicinities, U.S. Marine Corps Base Camp

18   Lejeune, North Carolina, Chapter C: Occurrence of

19   Selected Contaminants in Groundwater at

20   Installation Restoration Program Sites, was marked

21   for identification.)

22   BY MR. ANWAR:

23           Q.    I'm handing you what I'm marking as

24   Exhibit 17.

25           A.    Chapter C.  Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 228 of 821

1          Q.   This is Chapter C for the Hadnot
2     Point/Holcomb Boulevard analysis, correct?
3          A.   That's correct.
4          Q.   I would like you to turn to C98.
5          A.   C98.  Okay.  Well, okay.  Let's -- let
6     me rearrange the clip so I can...
7          Q.   What's that?
8          A.   Let me rearrange the clip.
9          Q.   Sure.
10         A.   Okay.  C98.  Okay.  Table C8.
11         Q.   Yes, Table C8.  And Table C8 is
12    entitled -- or titled "summary of analysis for
13    benzene, toluene, ethylbenzene and total xylene and
14    water samples collected at Hadnot Point water
15    supply wells, Camp Lejeune", right?
16         A.   Right.
17         Q.   Okay.  I wanted -- directing your
18    attention to HP602.
19         A.   Okay.
20         Q.   It has concentrations there for one,
21    two, three, four, five, six, seven, eight dates
22    there between 1984 to 1981, correct?
23         A.   Yes, with two below detection limits.
24         Q.   Correct, so two below detection limits
25    for HP602?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 229 of 821

1          A.   Yes.
2          Q.   And then the other five above detection
3    limits with some value?
4          A.   No, there's six.
5          Q.   Oh, there's six.  Excuse me.
6               The other six are above the detection
7    limit with some value and they are all ranging from
8    1984 to 1991, correct?
9          A.   That is correct.
10         Q.   And it appears five of the samples, the
11   -- for benzene there at HP602 are from '84?
12         A.   Is that a question?  I'm sorry.
13         Q.   Yeah, is that right?
14         A.   Okay.  I've got one from '84, one, two,
15   three, four.  Four above detection limits are from
16   1984.
17         Q.   Okay.  And then there's one from '85,
18   one from '86, then one from '91, correct?
19         A.   Yes, that's correct.
20         Q.   And then if we go down to HP608.
21         A.   Okay.
22         Q.   There are four samples between '84 and
23   '86, correct?
24         A.   Yes.
25         Q.   And one appears to be below the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 230 of 821

1    detection limit?

2         A.    Right.

3         Q.    Okay.  You would agree that this table,

4    it summarizes the measurements of benzene at the

5    Hadnot Point water supply -- water supply wells,

6    right?

7         A.    Yes.

8         Q.    And agree that benzene -- you would

9    agree that benzene at the Hadnot Point source wells

10   found only benzene above the detection limit at

11   HP602 and HP608, correct?

12        A.    608, yes.  Let me -- 608, that's

13   correct, and then -- yes, above -- yeah, above the

14   detection levels, yes.

15        Q.    And the samples at 602, the

16   concentration levels of benzene and the samples at

17   602 are much higher than the samples at 608, right?

18        A.    Yes.

19        Q.    For instance, the highest sample there,

20   at 602, is 720 micrograms per liter, right?

21        A.    Yes.

22        Q.    And the highest sample at 608 appears

23   to be four micrograms per liter?

24        A.    Yeah, yes.

25        Q.    Okay.  So you would agree that the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 231 of 821

```
 1   driving source of benzene contamination at the
 2   Hadnot Point water treatment plant was HP602,
 3   right?
 4        A.   I would actually like to look at my
 5   graphs here because we really need to look at --
 6   okay.  Benzene.  HP602, yes.
 7        Q.   That was the --
 8        A.   Yes.
 9        Q.   -- driving source of benzene
10   contamination for that Hadnot Point water treatment
11   plant, right?
12        A.   That's -- that's the measured data that
13   we have, so yes.
14        Q.   Okay.
15        A.   Based -- based on the measured data.
16        Q.   Okay.
17        A.   And the -- and the supply list.
18        Q.   Let's turn back to -- I'm jumping
19   around a little bit -- Chapter A for Hadnot Point,
20   which is Exhibit 10.
21        A.   For Hadnot Point?  Yeah, I've got it
22   right here.
23        Q.   Actually it's Supplement 1 for --
24        A.   Okay.  I don't have Supplement 1.  I've
25   got Supplement 2 that you gave me.
```

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 232 of 821

1      Q.   Okay.  Let me mark it, then.

2           THE VIDEOGRAPHER:  Sir, I'm going to

3   need to change the media when you get to a stopping

4   point.

5           MR. ANWAR:  Sure.  Let's stop right

6   now.

7           THE VIDEOGRAPHER:  All right.  Going of

8   record.  The time is 3:59 p.m.

9           (A recess transpired.)

10          THE VIDEOGRAPHER:  Okay.  We are going

11  back on record.  The time the 4:10 p.m.

12  BY MR. ANWAR:

13      Q.   We are back on the record from a short

14  break, Mr. Maslia.  Are you okay to continue?

15      A.   Yes.

16      Q.   Okay.  Did you speak with your counsel

17  outside or during the break?

18      A.   No, I did not.

19      Q.   Okay.  Thank you.

20          I'm handing you what I'm marking as

21  Exhibit 18.

22          (DFT. EXHIBIT 18, Analyses and

23  Historical Reconstruction of Groundwater Flow,

24  Contaminant Fate and Transport, and Distribution of

25  Drinking Water Within the Service Areas of the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 233 of 821

1    Hadnot Point and Holcomb Boulevard Water Treatment

2    Plants and Vicinities, U.S. Marine Corps Base Camp

3    Lejeune, North Carolina, Chapter A-Supplement 1,

4    Descriptions and Characterizations of Data

5    Pertinent to Water-Supply Well Capacities,

6    Histories, and Operations, was marked for

7    identification.)

8    BY MR. ANWAR:

9         Q.    Okay.  This is Chapter A, Supplement 1

10   for the Holcomb Boulevard/Hadnot Point analysis --

11   or the Hadnot Point/Holcomb Boulevard analysis.

12        A.    Right, that's correct.

13        Q.    And it's titled "descriptions and

14   characterizations of data pertinent to water-supply

15   well capacities, histories and operations", right?

16        A.    Yes.

17        Q.    Okay.  If you could turn to page S117.

18        A.    Okay.  I'm there.

19        Q.    S117 is a figure for well HP602, right?

20        A.    It's a table, yes.

21        Q.    Table.  You'd agree that this table

22   shows what ATSDR concluded about HP602 operating

23   history and capacity history, right?

24        A.    Yes.

25        Q.    Okay.  You'd agree that well HP602 had

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 234 of 821

1    a relatively small capacity, right?

2         A.   I would say -- I would say it'd

3    probably have an average capacity.  I mean, there's

4    some -- like 69 goes down to 50 or 30, it looks

5    like.  They then redeveloped the well.  So I would

6    say it's average.  It's average capacity.

7         Q.   If you compare it to HP well 608 on

8    page S126.

9         A.   HP608.  Okay.

10        Q.   Would you agree that the capacity for

11   well HP602 was less than, generally speaking, the

12   capacity for well HP608?

13        A.   Yes.

14        Q.   And focusing back on HR602 on S117.

15        A.   Okay.

16        Q.   Would you agree that the capacity

17   fluctuated significantly?

18        A.   Yes, it fluctuated.

19        Q.   Okay.  And it fluctuated in a range

20   from 30 GPM on September 4th, 1969 --

21        A.   Right.

22        Q.   -- to 154 GPM on October 24, 1984,

23   right?

24        A.   Yes.

25        Q.   Looking at the table for HP602, you

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 235 of 821

1    would agree that HP602 was out of service multiple

2    times, correct?

3                    MR. DEAN:  Object to the form.

4                    THE WITNESS:  No, it's only out of

5    service one, two, three -- three times.

6    BY MR. ANWAR:

7          Q.    I see -- it was out of service April of

8    1979?

9          A.    Yes, that's one.  Oh, out four times.

10   Out.

11         Q.    It was out of service in October of

12   1981?

13                   MR. DEAN:  Which well?  60 --

14                   THE WITNESS:  602.

15                   MR. DEAN:  Okay.

16   BY MR. ANWAR:

17         Q.    You agree with that?

18         A.    Yes, yes -- well, no, it says out.

19   Again, these records are directly from either the

20   water utility at Camp Lejeune or the well driller

21   or whatever.  So it says out.  It does not say out

22   of service.  I don't know if that means -- if that

23   means it was just out on that date or whatever, but

24   the rest of them say out of service.

25         Q.    Okay.  It was -- it says out of service

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 236 of 821

1    on October 1981, correct?

2         A.   Yes.

3         Q.   So there's an October 1981 that says,

4    quote, out, and then the following entry on the

5    table is October 1981, out of service, right?

6         A.   Yes, to me indicates we had, at least

7    on that one, a multiple record or two different

8    sources of records.

9         Q.   And then November 30th, 1984, it was

10   out of service as well, right?

11        A.   Yes.

12        Q.   So it was out of service at least three

13   times, correct?

14        A.   Yes.

15        Q.   And then as of November 30th, 1984, it

16   was permanently closed or terminated, right?

17        A.   Well, service was terminated and then

18   abandonment would be in '94, permanently closed.

19        Q.   What -- what do you understand the

20   distinction to be between service terminated and

21   abandoned?

22        A.   Service terminated would indicate they

23   just stopped using it, but it might still be

24   available for emergency purposes, whereas,

25   abandonment would mean that they would, I would

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 237 of 821

1    say, pull the well screen out, pull the pump out,

2    and maybe they seal it up with bentonite, concrete,

3    the hole up.

4          Q.    Okay.

5          A.    That's the difference.  There's an

6    example for -- at Tarawa Terrace for TT23 that --

7    it says it was out of service, but, in fact, we

8    have records that show during April of '85 they

9    actually used it because they were short of water,

10   okay?  So unless it's abandoned, the well casing

11   pulled and then concrete up -- that's what service

12   terminated means to me, is that it's not being

13   used.

14         Q.    Okay.  Based on the information in the

15   table, which I assume comes from the available

16   data, HP602 wasn't used after November 30th, 1984,

17   right?

18         A.    That's what that indicates.

19         Q.    Okay.

20         A.    We have no -- no data between -- or

21   there's -- yeah, no data listed in the table

22   between -- after November 30th, 1984 and June 1994.

23   So just looking at those two pieces of data, it's

24   terminated in '84 and then abandoned in '94.

25   There's no indication on here as to whether it was

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 238 of 821

1    used for emergency purposes or other things like
2    that.
3          Q.    Okay.
4          A.    Which is always a possibility with a
5    well that's not abandoned.
6          Q.    Turning the page back to S16 -- excuse
7    me, S126.  Looking at the table on HP608.
8          A.    Yes.  Okay.
9                MR. DEAN:  S?
10               THE WITNESS:  26.  1.26.
11               MR. DEAN:  I guess I don't have that
12   one.
13               THE WITNESS:  Is this Supplement 1?
14   BY MR. ANWAR:
15         Q.    You'd agree that ATSDA -- ATSDR
16   determined capacity of HP608 ranged from 115 GPM to
17   230 GPM?
18         A.    Yes.
19         Q.    And as we discussed a few moments ago,
20   compared to 60 -- HP602 --
21         A.    Wait.  Hold on just a second.  It
22   continues on page S127.  It's got a capacity of 226
23   on 1983 -- March 21st, 1984.
24         Q.    I see that.  So my question was, do you
25   agree that the range for -- ATSDR determined the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 239 of 821

1   capacity of HP608 to be in the range of 115 GPM on

2   the low end and 230 GPM on the high end?

3           A.   Yes.

4           Q.   And --

5           A.   I just wanted to make sure we had the

6   full table in front of us.

7           Q.   No, I appreciate that.  Compared to --

8   and we discussed a moment ago, and you're welcome

9   to turn back to look if you would like, but for

10  HP602 the range was 30 GPM to 154 GPM?

11          A.   Yeah, that's correct.

12          Q.   Okay.  You agree that the table on --

13  for HP608 on page S127 shows that service was

14  terminated for HP608 on December 6, 1984, correct?

15          A.   Yes, that's what it states.

16          Q.   Okay.  I would like to turn back to

17  Chapter C.

18          A.   Chapter C.  Okay.

19          Q.   For the Hadnot Point/Holcomb Boulevard

20  analysis.

21          A.   Yes.  Okay.  Chapter C.

22          Q.   If I could direct you to page 108.

23          A.   108.  Okay.

24          Q.   Page C108, there's a Table C12 on it,

25  right?

1          A.    Yes.

2          Q.    Okay.  So there are three entries

3     there, November 19, 1985, where benzene was

4     detected at 2500 micrograms per liter, right?

5          A.    Yes.

6          Q.    And then there's an entry December 10,

7     1985 where benzene was detected, 38 micrograms per

8     liter, right?

9          A.    Yes.

10         Q.    And then there is an entry just below

11    it, December 18, 1985, where benzene was detected,

12    one microgram per liter, right?

13         A.    That's correct.

14         Q.    Okay.  Outside of those three entries

15    in November 1985 and December 1985, according to

16    this table, benzene was never detected above the

17    detection limit at the Hadnot Point water treatment

18    plant, right?

19              MR. DEAN:  Object to the form.

20              THE WITNESS:  Based on the sample data?

21    We're talking about the data in this table?

22    BY MR. ANWAR:

23         Q.    Yeah.

24         A.    With the exception of those three

25    readings that you cited, everything else was below

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 241 of 821

1    the detection limit.

2         Q.    And just for the record, the -- we're

3    looking at Table C12.  It's entitled "summary of

4    analyses for benzene, tolune, ethylbenzene and

5    total xylene in water samples collected at the

6    Hadnot Point water treatment plant at Camp

7    Lejeune", right?

8         A.    Yes.

9         Q.    Okay.  So these are samples collected

10   at the Hadnot Point water treatment plant?

11        A.    Right.

12        Q.    Okay.  And so a moment ago -- so for --

13   still focusing on C12 on -- Table C12 on

14   November 19, 1985, December 10, 1985, and

15   December 1985.  Do you see that?

16        A.    Yes.

17        Q.    A moment ago we looked at tables with

18   the operating and pumping histories for HP602 and

19   HP608.  Do you recall that?

20        A.    Yes.

21        Q.    So at the time of these three

22   detections for benzene, HP602 and HP608 were shut

23   down, right?

24             MR. DEAN:  Object to the form.

25             THE WITNESS:  I need to -- let's see.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 242 of 821

```
 1   Supplement 1, I'm guessing, yeah.
 2   BY MR. ANWAR:
 3         Q.   Yeah, and if you want to --
 4         A.   Share the dates.
 5         Q.   -- go look over it, it was -- the 608
 6   is on S126 and 27.
 7         A.   Okay.  November 19th, '85.
 8   November 19th, '85.
 9         Q.   HP608 --
10         A.   Yes, yes, it was not, according to this
11   table, not operating, not in service.
12         Q.   Yeah.  And according to the table, it
13   was terminated in December, December 6th, 1984,
14   right?
15         A.   Right.
16         Q.   So almost -- it had been shut down for
17   almost a year --
18         A.   Right.
19         Q.   -- by the time the benzene was
20   detected --
21         A.   Uh-huh.
22         Q.   -- at the Hadnot Point water treatment
23   plant, right?
24         A.   That's correct.
25         Q.   Okay.  Then 602, which is page 17,
```

GolkowTechnologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 243 of 821

1  S117.

2       A.   Okay.  I'm there.

3       Q.   And we discussed this service was

4  terminated November 30th, 1984?

5       A.   Yes.

6       Q.   And it, likewise, had been shut down

7  almost a year by the time benzene was detected at

8  -- above detection limits at the --

9       A.   Right.

10      Q.   Or strike that.

11           It too -- the HP602 was -- also had

12  been shut down in November 30th, 1984, which was

13  about a year after benzene was detected at the

14  Hadnot Point water treatment plant, correct?

15      A.   No, we've got '85 at the water

16  treatment plant.  Is that what you're speaking

17  with, the benzene detections at the water treatment

18  plant?

19      Q.   Correct.

20      A.   That was in November '85 and it says

21  service terminated November 30, 1984.

22      Q.   So almost a year had passed, right?

23      A.   Yes.

24      Q.   Okay.  Would you agree that -- well,

25  strike that.  Let me ask it this way.  Residual

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 244 of 821

1   benzene from HP602 or HP608 used -- before
2   December 1984 was not the source of benzene in the
3   November and December 1985 samples we just looked
4   at, right?
5              MR. DEAN:  Object to the form.
6              THE WITNESS:  Again, this well says
7   service terminated.  There's always the possibility
8   that they were operated and not recorded as
9   operated.  I'm saying we observed at that Tarawa
10  Terrace, but -- and for the 2500 part per billion,
11  if you go to the Chapter C report, it might be in
12  this report also, we noted that the base chemist,
13  Elizabeth Betz, noted on that one that it was not
14  representative, okay?  She did not say -- the
15  samples don't say that that's not a valid sample.
16  It said it was just not representative.
17              And we actually had a phone interview
18  with her and there's some documentation, with
19  Elizabeth Betz, to ask her did that mean that
20  sample was, you know, not valid and all of that.  I
21  asked the question and she answered to me that, no,
22  she just meant that benzene sample -- especially
23  benzene samples would go up and down, up and down
24  until there was no regularity to the
25  concentrations.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 245 of 821

1    BY MR. ANWAR:

2         Q.   Well, in that conversation, was she

3    referring to the 2500 micrograms per liter?

4         A.   I specifically asked her about that,

5    yes.

6         Q.   And your understanding is -- from her

7    is that that sample from Hadnot Point water

8    treatment plant was not representative?

9         A.   Yes, but I asked her -- that's marked

10   on the JTC lab reports.  It's not -- and it's also

11   marked in our Chapter C.

12        Q.   Sure.

13        A.   Just to be clear.  And I asked her what

14   was meant or what was her understanding of not

15   representative, and she said that -- and it's

16   recorded in the notes or meeting notes that we had

17   with her, phone conference, that she meant that

18   there was just -- the benzene sampling data would

19   go up and down, up and down by a large amount, and

20   so that's why it was not representative.  She did

21   not say -- I asked her and she said she -- because

22   I asked if she meant that she would consider that

23   sample or, you know, or it was an erroneous sample,

24   and she definitely said, no, she just -- her

25   meaning was that it was -- the sampling data went

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 246 of 821

1  high and low, high and low.

2      Q.   As you sit here today, you don't have

3  any reason to believe that the residual -- residual

4  benzene from HP602 or HP608 used before December

5  1984 was the source of benzene samples in November,

6  December 1985?

7      A.   We really did not do a residual

8  analysis and, as you know, benzene is a floater.

9  It floats on top of water, so like salad dressing

10  with oil and vinegar.  When you shake it up, maybe

11  stir it up, and then it separates out.  So we

12  really did not do a residual analysis to see you

13  know, that specificity.

14      Q.   But you don't have any definitive data

15  demonstrating that it was residual benzene from

16  HP602 or HP608 used before December 1984 that was

17  the source of this November, December 1985 benzene

18  samples?

19      A.   Well, we've got our reconstructed

20  values at the water treatment plant.

21      Q.   Well, and we don't need to look at

22  those.

23      A.   Okay.

24      Q.   I'm just talking in terms of the

25  real-world data, not in terms of the model right

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 247 of 821

1    now.

2         A.   Okay.  So again, ask your question

3    again.

4         Q.   Just some terms of real-world data, you

5    don't -- there isn't any real-world data available

6    or that exists demonstrating that HP602 -- residual

7    benzene from HP602 or HP 608 used before

8    December 1984, which is when those two wells

9    closed, was the source of the

10   November/December 1985 measurements in the Hadnot

11   Point water treatment plant?

12        A.   I do not have data for those wells

13   after they went out of service.

14        Q.   Now, Tarawa Terrace, if I remember

15   correctly, ATSDR didn't use nondetects in the

16   geometric bias; is that right?

17        A.   What's published in the published

18   title, yes, that's correct, we did not ignore the

19   data.  They're published in the table, but when we

20   went to compute the geometric bias, we did not

21   include the nondetects because there's a whole area

22   of analysis about nondetects value -- what value

23   should you include or what value should you assign

24   or not assign and things of that nature.

25        Q.   And in the published data you didn't --

                         Golkow Technologies,
877-370-3377              A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 248 of 821

1    ATSDR didn't use nondetects in the geometric bias,

2    which was used to assess calibration, right?

3           A.    That is correct.

4           Q.    Okay.

5           A.    But we did publish it in the tables

6    accompanying -- accompanying that, okay, for both

7    the wells and -- supply wells and the treatment

8    plant.

9           Q.    And as I understand it, from the very

10   beginning of our conversation today, it sounds like

11   you've done some additional work with respect to

12   geometric mean -- or geometric bias?

13          A.    Yes.

14          Q.    Okay.  And was that only for Tarawa

15   Terrace?

16          A.    It was for Tarawa Terrace and I'd have

17   to look at my notes.  I might have done it for the

18   Hadnot Point water treatment plant.

19          Q.    That would be reflected in your notes?

20          A.    Yes.

21          Q.    And do you intend to offer that opinion

22   if called to testify at trial?

23          A.    That we -- that I reassessed the

24   computation?

25          Q.    Yes.

 1      A.   Yes.  Well, I mean, I will defer to the
 2  attorneys on that, but I have notes that I'll turn
 3  over to the attorneys.
 4      Q.   Okay.  How --
 5           MR. DEAN:  Well, I mean, you should
 6  answer his question fully because you can update
 7  and amend your opinions pursuant to the rules in
 8  the deposition if he asked.  So if you've completed
 9  your answer, fine.  If you didn't, finish answering
10  his question.
11           THE WITNESS:  No.  I mean, I looked
12  again, as we discussed earlier today, after reading
13  Dr. Konikow's report, and he discussed the issue of
14  using duplicate samples or triplicate samples
15  within the same day or same month when the model
16  results only provide you one value per month.  So
17  then I went back and recomputed using that
18  approach.  So if we had two samples in a month,
19  then I would take an average.  If you had three, I
20  would take an average, so I would compare one to
21  one.
22      Q.   Okay.  I have to find my place again.
23  Okay.  How did ATSDR assess calibration of the
24  Hadnot Point mixing model for benzene with only --
25  or primarily nondetect data points?

Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 250 of 821

1          A.    Let me get to Chapter C and in table --
2    on Table A18 on page A62, we've got supply well.
3          Q.    Is this on Chapter A or Chapter --
4          A.    Chapter A.  I'm on Chapter A, yes.
5    Chapter A of Hadnot Point.
6          Q.    Okay.  What -- what page were you
7    looking at?
8          A.    I was on page A62.  Okay.  I misspoke.
9    That was the water treatment plant, okay?  We had
10   measured data and then we had reconstructed data.
11   So I may have computed a geometric mean just, like,
12   on scratch paper, but I did not publish it as part
13   of the Chapter A for Hadnot Point/Holcomb Boulevard
14   report.
15         Q.    Why did you treat that differently than
16   for Tarawa Terrace?
17         A.    I really don't -- don't know.  I know
18   we were under a timeline crunch to get it out and
19   it just may have been that it was not -- that I
20   looked at -- I just looked at visually the values,
21   reconstructed versus measured, and said, you know,
22   that was, you know, provided a good fit.  And also
23   looked at the wells on page -- well, they're graphs
24   and stuff like that, but also there's a table
25   earlier on.  Somewhere there's a table.  And just

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 251 of 821

1   said that I was satisfied with -- with the -- with
2   the fit or the goodness of fit of the calibrated
3   results with the available water treatment plant
4   data.
5           It was also -- with Tarawa Terrace we
6   had just PCE, okay, one constituent.  Whereas here
7   we had multiple constituents and I may have -- I
8   said, well, maybe we need to look into each one
9   individually or something like that.  It was a
10  little more complex computation, and so it did not
11  end up in -- in the published report.
12          Q.   Would you agree that not assessing
13  geometric bias affects uncertainty and reliability
14  for the Hadnot Point model?
15          A.   Not necessarily because, again,
16  geometric bias just gives me an estimate; is the
17  model way over or way under or it's in the
18  ballpark, okay?  And again, I'm looking at the
19  plot.  A graphic is just as good as a geometric
20  bias.  A geometric bias is putting a quantitative
21  estimate on a graphic, okay?  Had this graphic, and
22  so it was just a computation that was not done for
23  this -- this analysis.  You can go back and -- and
24  do it.  I mean, as I said, I've got my notes.
25          Q.   Okay.  If you could turn back to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 252 of 821

1    Chapter C on page C106.

2              A.   106?

3              Q.   Yeah.

4              A.   106.  Okay.  I've got it.

5              Q.   On C106 there's a Table C11, right?

6              A.   Yes.

7              Q.   It states, "summary analyses for PCE,

8    TCE, 1-1-DCE, trans-1-2-DCE, 1-2-DCE" -- it says,

9    "1-2-DCE, total 1-2-DCE, and vinyl chloride in

10   water samples collected at the Hadnot Point water

11   treatment plant, Camp Lejeune", correct?

12             A.   Yes.

13             Q.   Okay.  I just wanted to ask you a few

14   questions about this.

15             A.   Sure.

16             Q.   You'd agree that this table summarizes

17   measured PCE and degradation product observations

18   at the Hadnot Point water treatment plant?

19             A.   Yes.

20             Q.   You'd agree that vinyl chloride was

21   never detected above the reporting limit at Hadnot

22   Point water treatment plant?

23             A.   There's -- on February '85 the value --

24   estimated value of 2.9.

25             Q.   Where are you looking?  February --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 253 of 821

1      A.   C11, February 5th, 1985 all the way

2   across the last column.  It says 2.9J.

3      Q.   Okay.  Aside from that one time, would

4   you agree that vinyl chloride was not detected

5   above the detection limit?

6      A.   Let me make sure this goes -- is this

7   the same -- Table C10, C11.  You're just talking

8   about Table C11, right?

9      Q.   Correct.

10      A.   Yes, that would be --

11      Q.   You would agree that aside from that --

12   that one time in -- on February 5th, 1985, that

13   vinyl chloride was never detected above the

14   detection limit?

15      A.   Yes.

16      Q.   And this is for that Hadnot Point water

17   treatment plant, right?

18      A.   That's correct.

19      Q.   Okay.  And then you would agree that

20   DCE was rarely detected above the detection limit

21   at the Hadnot Point water treatment plant?

22           MR. DEAN:  Object to the form.

23           THE WITNESS:  No, where there's a

24   trans-DCE, 1-2-DCE on February 5th, again, 1985, of

25   150 micrograms per liter.

Page 255

BY MR. ANWAR:
         Q.    So that's that one time?
         A.    Yes.
         Q.    Would you agree, aside from that one
time, that DCE was not detected above the reporting
limit at the Hadnot Point water treatment plant?
              MR. DEAN:  Object to the form.
              THE WITNESS:  Yes.
BY MR. ANWAR:
         Q.    Okay.  Let -- jumping around.  Let's
turn back to Chapter A for Hadnot Point/Holcomb
Boulevard.
         A.    Okay.  Okay.
         Q.    I would like to direct your attention
to A46.
         A.    Page A46?
         Q.    Correct.
         A.    Okay.
         Q.    There are a series of graphs there
entitled Figure A18, correct?
         A.    A18, yes.
         Q.    And A18 is titled "reconstructed or
simulated and measured concentrations of TCE at
selected water supply wells within the Hadnot Point
industrial area."  Did I read that correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 255 of 821

1          A.   Yes.

2          Q.   Okay.  And the wells reflected on these

3    graphs are HP602, HP608, HP634, and then there's

4    well HP601 and, slash, HP660, correct?

5          A.   That is correct.

6          Q.   Would you agree that these -- this

7    figure shows calibrated model values at HP well

8    601, 602, 608 and 634?

9          A.   They show the -- yes, the red line is

10   the simulated values.

11         Q.   Okay.

12         A.   Or reconstructed values, and the black

13   dots are the measured.

14         Q.   So the -- for instance, at HP602 there

15   are one, two, three, four, five, six measured

16   values reflected on the graph, right?

17         A.   Yes.

18         Q.   For HP601 it looks like there are three

19   measured values on the graph, right?

20         A.   Yes, they are measured for HP660, which

21   was the replacement well.

22         Q.   For 601, right?

23         A.   Yes.

24         Q.   For HP608, it looks like there are four

25   values reflected on the graph?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 256 of 821

1          A.    Yes.
2          Q.    And for HP634 it looks like there is
3    one value reflected on the graph?
4          A.    Yes.
5          Q.    Those are the measured values we're
6    talking about, correct?
7          A.    That is correct.
8          Q.    And then the -- that red -- the red
9    line is what the model is simulating as estimated
10   concentrations?
11         A.    Yes, that's correct.
12         Q.    These graphs show some measured values,
13   but they show none of the nondetect values,
14   correct?
15         A.    That's correct.
16         Q.    And you would agree that if we turn to
17   -- you might keep this page open --
18         A.    Okay.
19         Q.    -- but also turn to Chapter C, C95.
20         A.    Right.  C95?
21         Q.    Correct.
22         A.    Okay.  I'm there.  Table C7.
23         Q.    Yes.
24         A.    Okay.
25         Q.    C7, "summary of analyses, PCE, TCE, DCE

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 257 of 821

1    and vinyl chloride for water samples collected at

2    Hadnot Point water treatment plant", right?

3         A.    Right.

4         Q.    Okay.  For HP634 there, there are four

5    values below the nondetect limit, right -- or

6    excuse me, there are four -- four nondetects?

7         A.    In Table C9 -- I mean, on Table C7?

8         Q.    Yes.

9         A.    For 634 there's -- yes, that's correct.

10        Q.    And if you go back and look at A46,

11   there's one measured value reflected there, right?

12        A.    That's correct.

13        Q.    But those -- those four nondetects are

14   not reflected?

15        A.    That's correct.  The issue with trying

16   to graphically represent nondetects gets back to

17   what value are you going to use.  If we use the

18   detection limit, then someone can argue, well, you

19   don't know that definitively because it was

20   nondetect.  If you want to use half the detection

21   limit, again, that's just an estimate.  There are

22   some other complex methods where people -- Dennis

23   Helsel and others who have worked in the nondetect

24   area, that you can estimate and quantify the

25   nondetects, but for our purposes we used the

1    graphics in the reports as -- and companions to the

2    tables.  So if someone wanted to see what all the

3    values were, they could go to the -- to the table

4    and see that we had nondetects and we also had

5    above detection limits.

6         Q.   Okay.  Let's -- let's look at -- and

7    let me mark it.  Let's switch gears a little bit.

8         A.   Okay.

9         Q.   I'm going to hand you what I'm marking

10   as Exhibit 19.

11              (DFT. EXHIBIT 19, Analyses and

12   Historical Reconstruction of Groundwater Flow,

13   Contaminant Fate and Transport, and Distribution of

14   Drinking Water Within the Service Areas of the

15   Hadnot Point and Holcomb Boulevard Water Treatment

16   Plants and Vicinities, U.S. Marine Corps Base Camp

17   Lejeune, North Carolina Chapter A-Supplement 6,

18   Characterization and Simulation of Fate and

19   Transport of Selected Volatile Organic Compounds in

20   the vicinities of the Hadnot Point Industrial Area

21   and Landfill, was marked for identification.)

22              THE WITNESS:  Okay.

23   BY MR. ANWAR:

24        Q.   Here you go.

25        A.   Supplement 6.  Okay.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 259 of 821

1          Q.   Exhibit 19 is a Hadnot Point/Holcomb
2     Boulevard Chapter A-Supplement 6, right?
3          A.   That is correct.
4          Q.   Okay.  And it's titled
5     "characterization and simulation of fate and
6     transport of selected volatile organic compounds in
7     the vicinities of the Hadnot Point industrial area
8     and landfill", right?
9          A.   That is correct.
10         Q.   Okay.  Can I have you turn to page
11    S645?
12         A.   Okay.  645.  Okay.
13         Q.   And S645 includes a discussion of --
14    it's entitled discussion and limitations, correct?
15         A.   That is correct.
16         Q.   And that's of the Hadnot Point/Holcomb
17    Boulevard analysis and model, correct?
18         A.   Yes, yes.
19         Q.   Okay.  Looking over on the right-hand
20    side, second paragraph, it starts, "for contaminant
21    fate and transport modeling reported herein,
22    however, insufficient water quality data existed to
23    conduct a statistical analysis for assessment of
24    model calibration fit.  In addition, specific data
25    pertinent to the timing of initial deposition of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 260 of 821

1   contaminants to the ground or subsurface
2   chronologies of waste disposal operations such as
3   dates and times when contaminants were deposited in
4   the Hadnot Point landfill or descriptions of the
5   temporal variation of contaminant concentrations in
6   the subsurface generally are not available."
7           Did I read that all correctly?
8       A.   Yes.
9       Q.   Okay.  And then it goes on,
10  "determining these types of source identification
11  and characterization data became part of the
12  historical reconstruction, whereby the contaminant
13  fate and transport model was used to test source
14  locations, varying concentrations, and beginning
15  and ending dates for leakage and migration of
16  source contaminants to the subsurface and the
17  underlying groundwater flow system."  Did I read
18  that correctly?
19      A.   That's correct.
20      Q.   Okay.  So then the next starts,
21  "conducting a robust uncertainty analysis using
22  Monte Carlo analysis requires simulating thousands
23  of realizations.  When using available
24  computational equipment, the Hadnot Point
25  industrial area and the Hadnot Point landfill

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 261 of 821

1  models have a simulation time of about six to

2  eight hours for each simulation.  The lengthy

3  simulation times and the substantial data

4  limitations therefore make a comprehensive

5  uncertainty analysis computationally prohibitive

6  based on available resources and time limitations.

7  Thus, the ranges of values presented in the

8  sensitivity analysis section of this report assess

9  a limited number of input and output model

10  parameters.  The results, in other words, range of

11  concentration presented in the sensitivity analysis

12  reported herein, should not be considered or

13  interpreted as the results of a robust and

14  comprehensive uncertainty analysis, but do provide

15  insight into parameter sensitivity and uncertainty

16  in a qualitative sense."

17          Did I read that all correctly?

18      A.   Yes.

19      Q.   Based on the two paragraphs we just

20  read together, you would agree that ATSDR did not

21  conduct a statistical analysis to assess model

22  calibration and fit at Hadnot Point because there

23  wasn't sufficient water quality data, right?

24          MR. DEAN:  Object to the form of the

25  question and misstates and mischaracterizes the

1    document.

2              THE WITNESS:  I'm just seeing where we

3    said that on this -- I'm sure I'm --

4              MR. BELL:  Are y'all allowed to have

5    candy bars?

6              MR. ANWAR:  Sure.

7              MR. BELL:  I know it's late in the day.

8    Someone said, well, don't give him anymore.

9              THE WITNESS:  Yeah, it's -- as it

10   states in the report, insufficient water quality

11   data and the statistical analysis for assessment of

12   model calibration is not -- was not conducted,

13   okay?  I believe they were referring to -- this was

14   the -- this was the groundwater flow -- the

15   contaminant fate and transport groundwater model,

16   not necessarily the mixing model and -- at the

17   Hadnot Point water treatment plant, okay?  That may

18   have been able to have been computed.

19   BY MR. ANWAR:

20        Q.   But you agree statistical analysis to

21   assess model calibration fit wasn't conducted

22   because -- because there was insufficient water

23   quality data, right?

24        A.   Yes, that's what it says.

25        Q.   Okay.  And in this paragraph, when it's

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 263 of 821

1    referencing water quality data, you would agree

2    that means measurements of contaminant

3    concentrations, right?

4            MR. DEAN:  Object to the form.

5            THE WITNESS:  That's what I would

6    interpret it to mean.

7    BY MR. ANWAR:

8        Q.   Okay.  So earlier, just, I think, a few

9    minutes ago, we talked about geometric bias at the

10   Hadnot Point mixing model?

11       A.   Right.

12       Q.   Would you agree this says one wasn't

13   done?

14       A.   Again, I'm looking at -- this is

15   strictly a groundwater contaminant fate and

16   transport.  It would have been done or could have

17   been done in the summary chapter, Chapter A, but I

18   do not see it there, so it was not conducted.

19       Q.   One was --

20       A.   It was not computed.  Let me just -- it

21   was not computed like it was computed for Tarawa

22   Terrace.

23       Q.   One wasn't computed for the fate and

24   transport model for Hadnot Point, correct?

25       A.   One was not computed for the water

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 264 of 821

1    supply wells at Tarawa Terrace -- let's go back.
2    We computed geometric bias for the water supply
3    wells and then we also computed a geometric bias
4    for the water treatment plant, okay?  So Supplement
5    6 is strictly the groundwater flow model, so there
6    was not one conducted -- computed for the supply
7    wells at Hadnot Point and Holcomb Boulevard.
8            Q.    Okay.  I just want to make sure.  There
9    was not one computed for the supply wells, correct?
10           A.    That is correct.
11           Q.    And would you agree there was not one
12   conducted for fate and transport?
13               MR. DEAN:  Object to the form.
14               THE WITNESS:  That would -- that would
15   be the supply wells.
16   BY MR. ANWAR:
17           Q.    Okay.  I've got you.
18           A.    Okay.  The fate and transport model,
19   you would pull out the concentrations at the well
20   locations.
21           Q.    Okay.  That's what I wanted to make
22   sure I understood.  Thank you.
23               And so now kind of looking back at the
24   paragraphs we just read.
25           A.    Okay.  Hold on.  Go back there.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 265 of 821

1          MR. DEAN:  Page 45, 645.  I think
2     that's where...
3          THE WITNESS:  Yeah, I'm there.
4     BY MR. ANWAR:
5          Q.   It says, you'd agree, "that specific
6     data pertinent to the timing of initial deposition
7     of contaminants to the ground or subsurface
8     chronologies of waste disposal operations such as
9     dates and times when contaminants were deposited in
10    the Hadnot Point landfill or descriptions of the
11    temporal variation of contaminant concentrations in
12    the subsurface generally were not available at
13    Hadnot Point", right?
14         A.   That's what it says, yes.
15         Q.   Okay.  And you agree that historical --
16    quote, historical reconstruction, as used in the
17    paragraphs, had to include testing source
18    locations, varying concentrations, and beginning
19    and ending dates for leakage and migration of
20    source contaminants to the subsurface and the
21    underlying groundwater flow system?
22         A.   That would be the calibration process.
23         Q.   You'd agree that a comprehensive
24    uncertainty analysis wasn't done at Hadnot Point
25    because, as it states in the paragraph, "lengthy

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 266 of 821

1    simulation times and substantial data limitations
2    were computationally prohibited" --
3            A.    Yes.
4            Q.    "Prohibitive."
5            A.    Yes, that's what it says.
6            Q.    ATSDR did a sensitivity analysis, but
7    it said, results should not be considered or
8    interpreted as results of a robust and
9    comprehensive uncertainty analysis, correct?
10           A.    Yes.
11                 MR. DEAN:  Object to the form.
12   BY MR. ANWAR:
13           Q.    And your answer was yes, right?
14           A.    Yes, I'm confirming what -- you read it
15   from the report.
16           Q.    It's the last sentence of the last
17   paragraph.  So ATSDR did a sensitivity analysis,
18   but said its results should not be considered or
19   interpreted as the results of a robust and
20   comprehensive uncertainty analysis, right?
21                 MR. DEAN:  We can stipulate you read
22   that sentence correctly.
23   BY MR. ANWAR:
24           Q.    And you agree with that, right?
25                 MR. DEAN:  Object to the form.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 267 of 821

1               THE WITNESS:  It can be considered

2    qualitative.  That's what we say in here, okay?  We

3    did conduct sensitivity analyses.

4    BY MR. ANWAR:

5          Q.   Let's jump ahead -- or let's jump to --

6    back to Supplement 6 -- or we are on Supplement 6.

7          A.   Yes.

8          Q.   So let's turn to page 44, S6.44.

9          A.   44, okay.

10         Q.   So the page before.

11         A.   Okay.

12         Q.   On page S6 there is a Figure S6.23,

13   correct?

14         A.   Yes.

15         Q.   And the figure is titled "variations in

16   reconstructed simulated finished water

17   concentrations of TCE derived using a Latin

18   hypercube sampling methodology on water-supply well

19   monthly operational schedules for Hadnot

20   Point/Holcomb Boulevard study area", correct?

21         A.   Yes.

22         Q.   Okay.  This is the -- the -- the figure

23   for the uncertainty analysis on the Hadnot

24   Point/Holcomb Boulevard model, right?

25         A.   Yes, at the water treatment plant.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 268 of 821

1      Q.   Okay.  At the water treatment plant.

2           And agree that the results of this

3   uncertainty analysis at the Hadnot Point water

4   treatment plant where reconstructed monthly well

5   operations -- okay.  Let me ask that again.

6           You agree that the results of the

7   uncertainty analysis here were -- for reconstructed

8   monthly well operations schedules were varied?

9      A.   Yes.

10     Q.   And this -- this reflects the -- the

11  water-supply well monthly operational schedules,

12  correct?

13     A.   Yes.

14     Q.   It's an uncertainty analysis about the

15  water-supply well monthly operational schedules,

16  correct?

17     A.   That is correct.

18     Q.   Okay.  And the uncertainty analysis

19  shows -- the uncertainty analysis was varied,

20  right?

21          MR. DEAN:  Object to the form.

22          THE WITNESS:  I'm not sure I understand

23  what you mean by the uncertainty analyses was

24  varied.

25  BY MR. ANWAR:

```
 1          Q.    The results of the uncertainty analysis
 2     were varied, correct?
 3                MR. DEAN:  Object to the form.
 4                THE WITNESS:  The results were not
 5     varied.
 6     BY MR. ANWAR:
 7          Q.    I thought a moment ago you agreed they
 8     were varied.
 9                MR. DEAN:  Object to the form.
10                THE WITNESS:  You asked me about the
11     water-supply wells.
12     BY MR. ANWAR:
13          Q.    Okay.
14          A.    That's the parameter that was varied.
15          Q.    Okay.  Understood.  Ah, yeah.  And
16     you'd agree -- so let me -- just so the record is
17     clean, agree this -- the -- this uncertainty
18     analysis at Hadnot Point is where reconstructed
19     monthly well operations schedules were varied,
20     correct?
21          A.    Yes.
22          Q.    Okay.  Thank you.  And you agree that
23     the results of this uncertainty analysis suggests
24     that changes in pumping schedules produce very
25     different modeled monthly mean contaminant
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 270 of 821

1    concentrations, right?

2                MR. DEAN:  Object to the form.

3                THE WITNESS:  There's variation from

4    the mean to the high or low.

5    BY MR. ANWAR:

6         Q.   There's significant variation, right?

7                MR. DEAN:  Object to the form.

8                THE WITNESS:  I don't know if I would

9    call it significant.  If you compare it to the data

10   spread, it's not -- it's greater than at Tarawa

11   Terrace.

12   BY MR. ANWAR:

13        Q.   You agree it is greater than Tarawa

14   Terrace, right?

15        A.   Yes, but we still considered it to meet

16   our modeling objectives.

17        Q.   You'd agree this was a Monte Carlo

18   simulation like in Tarawa Terrace, but unlike

19   Tarawa Terrace, only the one input parameter, well

20   pumping schedule, was varied, correct?

21        A.   It was a Latin hypercube sampling,

22   which is a variant of Monte Carlo simulation when

23   Monte Carlo simulation becomes computationally

24   prohibitive.  So it is a Monte Carlo, but it's

25   Latin hypercube sampling.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 271 of 821

1        Q.   A moment ago we were talking about the

2   degree of variation.  Would you agree that the

3   variation is hundreds of micrograms per liter?

4        A.   Once -- you're talking about the

5   reconstructed results or the sampling data?

6        Q.   The -- the reconstructed results.

7        A.   Once HP651 kicks in, yes, after July --

8   I think June or July of '72.

9        Q.   That's where you see the -- on the

10  figure, Figure S623, dot 23, it spike up, correct?

11       A.   Yes.

12       Q.   Now, looking at this Figure S6.23, you

13  would agree the gray line show all of the Monte

14  Carlo simulations drawn on the same chart?

15            MR. DEAN:  Object to the form of the

16  question.

17            THE WITNESS:  They -- they show all the

18  Latin hypercube sampling results on -- on this

19  graph.

20  BY MR. ANWAR:

21       Q.   Why not show the 95 percent realization

22  balance like ATSDR did for Tarawa Terrace?

23       A.   It was not -- with Latin hypercube you

24  -- you had -- in this case we used ten equal

25  subdivision or sampling points, okay?  That's the

1  definition of Latin hypercube, is you have an equal
2  probability within each sampling domain, which we
3  had ten.  And so it was just not possible to
4  compute a confidence limit, but -- using -- using
5  that approach.
6          Q.   Okay.
7          A.   But it did give us both a quantitative,
8  in terms of high/low, and qualitative feeling of
9  the model results at the water treatment plant.
10         Q.   Got it.  I think we are in the home
11 stretch, about 40 minutes left, probably 40, 45.
12 Why don't we take a quick five or five or ten.  I
13 would like to take a look at my notes and --
14         A.   Okay.  Sure.
15              MR. ANWAR:  Thank you.
16              THE VIDEOGRAPHER:  Going off record.
17 The time is 5:10 p.m.
18              (A recess transpired.)
19              THE VIDEOGRAPHER:  Okay.  We are going
20 back on record.  The time is 5:23 p.m.
21 BY MR. ANWAR:
22         Q.   We are back on the record from a short
23 break.  Mr. Maslia, are you okay to continue?
24         A.   Yes, I am.
25         Q.   Did you speak to your lawyers during

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 273 of 821

1    the break?

2          A.    No, I did not.

3          Q.    Okay.  I may bounce around a little

4    bit.  I wanted to ask you a few questions about

5    your rebuttal report, your opinions in your

6    rebuttal report.  Dr. Spiliotopoulos pointed out,

7    for the Tarawa Terrace model, that the KD values

8    and the bulk density values for the calculation of

9    the retardation factor contained errors.  Do you

10   recall that?

11         A.    He pointed out that the bulk density

12   did.

13         Q.    Okay.  And my -- my understanding of

14   your opinions about that are essentially that you

15   don't dispute the error, but it doesn't, in your

16   opinion, change the analysis much; is that right?

17         A.    It's not so much of an error.  What was

18   used originally was the wet bulk density, and it

19   was pointed out to us in 2009, by one of the

20   experts on the Hadnot Point/Holcomb Boulevard panel

21   when we had sent the Tarawa Terrace report, that we

22   had a wet bulk density.  So we went back and

23   changed that value and, of course, you've got to

24   understand is that in the contaminant fate and

25   transport equations, bulk density and distribution

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 274 of 821

1   coefficient are not included.  What's included is

2   retardation factor, okay?  And we originally had a

3   retardation factor of 2.93.  So if we adjusted the

4   bulk density to drop down, that means we could

5   adjust KD up.  They are compensating, okay, because

6   they are calibration -- KD is a calibration

7   parameter.

8           Q.    Sure.

9           A.    And that resulted in the exact same

10  retardation factor of 2.93, and it resulted in

11  identical to the decimal place concentrations that

12  we had published in the Chapter A report.

13          Q.    Okay.  And thank you for -- for

14  explaining that.  The -- if I'm understanding your

15  testimony correctly, it's not so much that the --

16  the difference of opinion about bulk density or the

17  error, as Dr. Spiliotopoulos has described it,

18  doesn't exist; it's that it's offsetting such that

19  it doesn't impact the retardation factor?

20          A.    That is correct.

21          Q.    Okay.

22          A.    Our retardation factor was consistent

23  -- it was identical to what it was in the published

24  report, okay, but it was also very consistent with

25  existing literature values as well for PCE in this

Golkow Technologies,
877-370-3377               A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 275 of 821

1    type of terrain.

2         Q.   Now, the retardation factors -- excuse

3    me, the bulk density and the KD value used for

4    Hadnot Point and Holcomb Boulevard model or

5    analysis is different than the one for the Tarawa

6    Terrace model, is that --

7         A.   I would like to just compare the two so

8    we're --

9         Q.   Sure.

10        A.   -- comparing apples to apples here.  So

11   let get me to Hadnot Point.  Okay.  There's -- I'm

12   looking at page A41 for the Hadnot Point report.

13   Ah, here you go.  So you asked about bulk density.

14        Q.   Yeah, the -- let's start with bulk

15   density.

16        A.   Well, yes, but, again, as I said, we

17   corrected the one that was in Chapter A once we

18   realized that was a wet bulk density.  The

19   corrected value came very close to 46,700 grams per

20   cubic foot.

21        Q.   Okay.

22        A.   Which is what we used in the Hadnot

23   Point.

24        Q.   But the values for the actual

25   calculation -- for the actual -- how you calculated

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 276 of 821

1    the retardation factor between Tarawa Terrace and
2    for Hadnot Point, can you direct me to the page
3    that you're looking?
4            A.    Okay.  I'm on page A41 of the Hadnot
5    Point/Holcomb Boulevard report.
6            Q.    Sure.
7            A.    And then also page A29 of the Tarawa
8    Terrace report.
9            Q.    Okay.  Okay.  Let's come back to that.
10           A.    Okay.
11           Q.    I'm going to mark what is, I think,
12   Exhibit 20 now.
13               (DFT. EXHIBIT 20, letter dated February
14   21, 2007 from Morris Maslia to Dr. Leonard F.
15   Konikow Bates-stamped
16   CL_PLG-Expert_Konikow_0000000006 through
17   0000000021, was marked for identification.)
18   BY MR. ANWAR:
19           Q.    Here you go.  This -- the first page of
20   Exhibit 20 is dated February 21, 2007, correct?
21           A.    Yes.
22           Q.    And it is a letter from you to
23   Dr. Leonard Konikow enclosing feedback to comments
24   that Dr. Konikow had raised about the Tarawa
25   Terrace analysis, correct?

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 277 of 821

1          A.    Yes, he was a peer-reviewer, external

2     peer-reviewer --

3          Q.    Okay.

4          A.    -- on that particular chapter for

5     Tarawa Terrace.

6          Q.    Now, these -- these responses to

7     Dr. Konikow's concerns or what are identified as

8     major concerns were drafted by Bob Faye, correct?

9          A.    Yes.

10          Q.    Did you have a chance to review these

11     before they were sent out?

12          A.    I -- I reviewed it.  It's been a while

13     since I've seen these, but I did -- did review it.

14          Q.    Would you have discussed the responses

15     with Bob Faye before they were sent back to

16     Dr. Konikow?

17          A.    Not necessarily discussed it.  If I had

18     an issue with the response, I may have talked to

19     him.

20          Q.    Okay.

21          A.    And asked him, but I typically -- my

22     approach was not to micromanage the modelers,

23     right?  So since Bob Faye was the primary author on

24     Chapter F, I assume that's what this chapter is --

25     yes, then I would allow him to develop the

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 278 of 821

1    responses.  And, of course, he was a subcontractor

2    to ATSDR through Eastern Research Group, so that's

3    -- that's who he would send the responses to and

4    they would provide me with a copy.

5           Q.   Okay.  So on -- let's call it the page

6    ending in Bates label 08.

7           A.   Okay.  Okay.

8           Q.   Actually, let's go to 09.

9           A.   Okay.

10           THE WITNESS:  Do you need a copy?  Do

11    you need a copy?

12           MR. DEAN:  I have one.

13           THE WITNESS:  Oh, okay.  Okay.

14    BY MR. ANWAR:

15           Q.   Number three, Dr. Konikow raised as a

16    major concern, "the reliability of the estimate of

17    the biodegradation rate constant based on the

18    assumption that concentration declines" -- excuse

19    me.  Let me read that again.

20           Number three of Dr. Konikow's major

21    concerns reads, "the reliability of the estimate of

22    the biodegradation rate constant based on the

23    assumption that concentration declines observed at

24    one location over a period of several -- several

25    years can be explained solely by biodegradation."

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 279 of 821

1    Did I read that correctly?

2           A.   Yes, you read that correctly.

3           Q.   Okay.  And it looks like Bob Faye's

4    response there was "the author never claimed that

5    the biodegradation rate computer using field data

6    was reliable or the sole reason for the observed

7    decline in PCE concentration."  Did I read that

8    correctly?

9           A.   Yes.

10          Q.   Okay.  Do -- do you agree with that

11   statement?

12          A.   That's Mr. Faye's opinion as the person

13   who did the -- the model in response to

14   Dr. Konikow's question or comment, but, you know,

15   what is generally being said is that some of these

16   transport parameters, like biodegradation rate,

17   that's very limited field -- field data, and so,

18   you know, there could be any possibilities for the

19   decline in the concentration.  And I think that's

20   what Dr. Konikow was raising as well.

21          Q.   And the next sentence says, "rather,

22   the computed rate was presented as an approximate

23   value useful to begin model calibration."  Did I

24   read that correctly?

25          A.   Yes.  And I would agree with that.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 280 of 821

1          Q.   So if you go on, the rest of it reads,
2     "well TT26 is located on a direct migration, slash,
3     advective pathway from the PCE source at ABC
4     One-Hour Cleaners."  Did I read that correctly?
5          A.   Yes.
6          Q.   Do you agree with that?
7          A.   Yes.
8          Q.   Okay.  And then it says, "to the extent
9     that migration of PCE mass towards and away from
10    supply well TT26 occurred at about equal rates
11    during 1985 to 1991, the computed degradation rate
12    of 0.00053 per day approximates a long-term average
13    degradation rate."  Did I read that correctly?
14         A.   Yes.
15         Q.   It goes on to say, "on the other hand,
16    if a significant quantity of the PCE degraded in
17    the vicinity of supply well TT26 was replaced by
18    advection, then the degradation rate computed using
19    equation three is probably a minimum rate,"
20    correct?
21         A.   Yes, that's what you read.
22         Q.   Okay.  And do you agree with that?
23         A.   I agree with that concept, yes.  He's
24    basically saying we had two data points at TT26 in
25    '85 and '91, and so that's what was used to compute

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 281 of 821

1    the initial -- to start model calibration.

2          Q.    And then it goes on to say, "the report

3    does not state or indicate that the decline in PCE

4    mass at supply well TT23 is due entirely to

5    biodegradation rate -- biodegradation.  Rather, the

6    report indicates that the computed first-order

7    degradation rate is an estimate used as a basis to

8    begin model calibration," correct?

9          A.    Yes.  It's important to understand that

10   the value that we ended up for the calibrated rate,

11   which is five times ten to the minus four per day,

12   0.0005, compares extremely favorably with the

13   values that Dr. Clement came up with in his model

14   for his paper.

15         Q.    That who came up with?

16         A.    Dr. Clement.

17         Q.    Okay.  And you're talking about the

18   Dover Air Force Base model?

19         A.    Yes, yes, very similar lithology.  We

20   did have a gravel zone in there, but, again, he

21   came up with -- I think it was somewhere around one

22   to four times ten to the minus four.  I would have

23   to look at the paper and see.

24         Q.    That's okay.

25         A.    But that's, you know...

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 282 of 821

1          Q.    I wanted to turn your attention to the

2     Bates page ending now in 15.

3          A.    Yeah, could I just make sure I gave you

4     the right numbers?

5          Q.    Sure.

6          A.    Here we go.  Okay.  Here you go.  The

7     estimated -- the field estimated apparent reaction

8     rates range from 3.5 to seven times ten to the

9     minus four per day for PCE, and we're smack dab in

10    the middle with five times ten to the minus four.

11         Q.    Let's turn to the page ending in 15.

12         A.    Okay.

13         Q.    There is a comment about -- towards the

14    bottom of -- about mass loading.  Starting page 59,

15    it says, "mass loading, disagree, see my comments

16    under major concerns item five.  The reviewer seems

17    to assign a high degree of accuracy and credibility

18    to the PCE mass computation that is unwarranted."

19    Did I read that correctly?

20         A.    Yes.

21         Q.    And then it says, "as explained

22    previously, the computation of PCE mass was highly

23    interpretive and somewhat subjective process

24    frequently based on questionable data."  Did I read

25    that correctly?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 283 of 821

1          A.    Yes.

2          Q.    Do you agree with that?

3          A.    Not necessarily.  We had data from ABC

4    Dry Cleaners, PCE data, and we used a technique

5    that was published in Groundwater journal that's

6    documented in the Chapter E and the Chapter F -- F

7    report in -- the key fact takeaway, and I mentioned

8    this in -- I believe it was my expert report, is

9    that the mass computed using the field data and the

10   mass determined from the MT3DMS model were the same

11   order of magnitude, which gave us -- it's almost

12   another calibration check, okay?

13         Q.    The comment goes on to say, "field data

14   applied to the PCE mass computation were limited

15   both spatially and vertically," right?

16         A.    Right.

17         Q.    And that's a true statement, right?

18         A.    That is.  They were limited, but they

19   were still field data available.

20         Q.    And then, "the computation was

21   accomplished regardless of data limitations to

22   provide an estimate of a minimum mass loading rate

23   to begin model calibration."  Did I read that

24   correctly?

25         A.    Yes.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 284 of 821

1          Q.   Okay.  Now, for the Tarawa Terrace

2     model, ATSDR assumed mass loading on January 1,

3     1953, correct?

4          A.   That is correct.

5          Q.   And I think, was it -- without pulling

6     up the report, was it 1300 -- or no, 1200?

7          A.   That was the calibrated value, is 1200.

8     We started at 200.  And again, that is a

9     calibration parameter that you're free to adjust

10    during the model calibration process.  We're

11    adjusting, you know, conductivity.  You're

12    adjusting reaction rate.  You're adjusting a number

13    of parameters.  And so it was adjusted and the best

14    fit value came up to, I believe, 1200 grams per

15    day.

16         Q.   Okay.  And I understand that DOJ's

17    expert has offered a -- well, let me -- let me ask

18    you this:  You reviewed Dr. Spiliotopoulos's

19    report, correct?

20         A.   Yes.

21         Q.   Okay.  And you saw that his opinion

22    that the -- the later start date for ABC Cleaners,

23    correct?

24         A.   Right, correct.

25         Q.   Of July 1954, correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 285 of 821

1        A.    That is correct.

2        Q.    Okay.  And in the ATSDR Tarawa Terrace

3   model, the start date was assumed to be January 1,

4   1953, correct?

5        A.    That is correct.

6        Q.    And on day one, the calibrated mass

7   loading rate is 1200 micrograms per liter, correct?

8        A.    No, grams per day.

9        Q.    Per day.  I'm sorry.

10       A.    Yeah, grams.  The way it was input to

11  the model as a source loading rate, so it would be

12  grams per day.

13       Q.    Thank you for that.  It was assumed to

14  be a constant 1200 micrograms per day, correct?

15       A.    The calibrated value.

16       Q.    For Tarawa Terrace?

17       A.    Yes.

18       Q.    Okay.  In the real world, if

19  contaminants on the surface were to start leaking,

20  would they immediately reach the aquifer?

21       A.    They would within, in this case,

22  probably a couple of years.

23       Q.    So in -- in -- for Tarawa Terrace it's

24  your opinion that whenever ABC Cleaners released

25  PCE into the -- onto the ground, it would have

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 286 of 821

1  taken a couple of years for it to reach the

2  aquifer?

3         A.    To reach any of the supply wells

4  pumping.  In other words, it would have gone

5  vertically horizontal and, of course, the -- say

6  TT26 is pumping, is putting tremendous gradient,

7  vertical gradient, down right near to the well, so

8  it would have fallen horizontal and then vertically

9  down into the well -- a well casing or a well

10 screen and been pulled -- pulled up.  And the

11 assumption was, again, the engineering assumption,

12 that it started on January 1st, 1953 when ABC

13 Cleaners started operations.

14        Q.    Okay.  So you assumed the constant --

15 the calibrated constant mass loading rate on day

16 one, but you agree in the real world it may have

17 taken a couple of years for contaminants from ABC

18 Cleaner to actually get to the supply wells,

19 correct?

20        A.    It may have, but we did not do -- you

21 would have to do an unsaturated zone modeling or

22 analysis to actually quantify that.

23        Q.    Why did you-all decide to assume a

24 constant mass loading rate on day one?

25        A.    Because if we did not assume a constant

1   value, that would be, to me, indicative that we
2   must have had some additional data to say that, you
3   know, it was a certain rate this day, a different
4   rate in another day, and so on.  So we did not have
5   that information, so in keeping with accepted model
6   calibration practice, we assumed the constant rate
7   that we computed -- we computed initial, which was
8   a minimum value, and then through the calibration
9   process increased it using calibration to check
10  results for the available contaminant concentration
11  data at the wells.
12              (DFT. EXHIBIT 21, e-mail correspondence
13  Bates-stamped CLJA_Watermodeling_05-0000021184
14  through 0000021188, was marked for identification.)
15  BY MR. ANWAR:
16      Q.   I'm handing you what I'm marking as
17  Exhibit 21.
18      A.   Okay.
19      Q.   I hope that's right, 21.  We were just
20  talking about mass loading with respect to Tarawa
21  Terrace.  I would like to shift gears to -- to sort
22  of mass loading with respect to Hadnot
23  Point/Holcomb Boulevard.
24      A.   Okay.
25      Q.   And this is an e-mail from Barbara

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 288 of 821

1  Anderson to you dated -- the first e-mail -- well,
2  I guess the chain, both of them, are dated
3  September 26th, 2011, correct?
4          A.    It's September 26, 2011, yes.
5          Q.    Okay.  And this e-mail is discussing
6  mass loading of benzene, correct, or, I guess,
7  LNAPL, light non-aqueous phase liquid?
8          A.    I believe this is discussing the LNAPL
9  that's dissolved because -- it says LNAPL on it, so
10 I'll leave it at that right now.
11         Q.    The third paragraph states, "the first
12 scenario is a simple step function.  The second
13 scenario incorporates some information we have
14 about the Hadnot Point fuel farm area and
15 conceptualizes the source strength LNAPL area as
16 increasing over time.  In reality, the LNAPL
17 footprint grew and spread as the UST system leaks
18 and releases progressed.  At some point in time the
19 LNAPL footprint grew to be the size that -- that GT
20 calculated from the free product data, 1988 to
21 1999, but it was not that size from the beginning
22 start date.  This is shown in scenario two."
23         Did I read that correctly?
24         A.    Yes.
25         Q.    And do you agree with Barbara Anderson

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 289 of 821

1    that in reality the LNAPL footprint grew and spread

2    as the underground storage tank system leaks and

3    releases progressed?

4            A.    Conceptually, yes, I would agree with

5    that.

6            Q.    And scenario two shows a -- the leaks

7    and releases progressing over time, correct?

8            A.    That is correct.

9            Q.    Whereas, the scenario one is a step

10   function that shows immediate mass loading or

11   release right away, correct?

12           A.    That is correct.

13           Q.    And for the Hadnot Point/Holcomb

14   Boulevard model as it relates to LNAPL, ATSDR used

15   scenario one, correct?

16           A.    I would have to go back and read -- the

17   LNAPL was rather complicated because we had the

18   folks at the multi-environmental simulations lab at

19   Georgia Tech looking at the volume and then the

20   movement within the saturated zone to the water

21   table.  And then we had the other people, like

22   Barbara and Mr. Elliott Jones, who did the fate and

23   transport part, looking at it moving the water

24   table.

25                 So I would have to go back and -- and

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 290 of 821

1    look at how each one characterized the mass loading
2    rate or the source -- source rate and -- but I know
3    Barbara was our data analyst, and I think the task
4    here was to look at two different
5    conceptualizations for how mass loading at the
6    Hadnot Point industrial area and fuel farm could
7    have occurred.
8         Q.   Okay.  And scenario two is more
9    realistic, right, in the real world?
10             MR. DEAN:  Object to the form.
11             THE WITNESS:  Again, that's -- I think
12   that's an data analysis engineering call as to what
13   it could be.
14   BY MR. ANWAR:
15        Q.   Okay.
16        A.   You know, where it's almost -- you'd
17   have to run a sensitivity analyses on here and see
18   which one provided you closer agreement.
19        Q.   Okay.  As you, Mr. Maslia, sit here
20   today, are you planning to amend or supplement your
21   expert report in the case?
22        A.   Well, we mentioned about the geometric
23   bias.  I don't know if that amends my report or --
24   and we included that extra paper reference --
25        Q.   Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 291 of 821

1    A.    -- from Clement, so that definitely, I
2  think, should be in there.  And, you know, I don't
3  have any intentions of any major changes based on
4  additional modeling that I'm -- I'm doing.  I'm not
5  planning on doing any.
6    Q.    When you say no intent on major
7  changes --
8    A.    Right.
9    Q.    -- are you planning to -- and when I
10  say supplemental disclosure, are you planning to
11  provide, like, another written document with
12  additional or updated opinions --
13          MR. DEAN:  So --
14  BY MR. ANWAR:
15    Q.    -- major or minor?
16          MR. DEAN:  Let me -- let me take over
17  here and answer for the witness, if it's okay.  And
18  that is, as you know, DOJ recently belatedly
19  produced a bunch of photos from Dr. Hennet without
20  any sort of a disclosure of what it is.  So we
21  can't respond to our experts until we sort of know
22  some explanation as to what that is.  So that could
23  potentially, depending on Mr. Hennet's deposition,
24  trigger something from him, but he nor any of our
25  experts at this time can answer your question about

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 292 of 821

```
 1   additional thoughts or opinions or whatever.  And,
 2   of course, there's been some correspondence about
 3   this.  Mr. Bain has sent a letter and we've
 4   responded.  So we just -- he's reserving that right
 5   as to that stuff.
 6              MR. ANWAR:  Okay.  Well, we will wait
 7   to see -- we'll wait to receive the documents
 8   related to the geometric bias and we will reserve
 9   our right to keep the deposition open or to reopen
10   it.  And I think I only have a few minutes left, so
11   thank you for your time.  I'll reserve those final
12   minutes.  Thank you for your time today.
13              THE WITNESS:  Okay.  Thank you.
14              MR. DEAN:  Okay.  Let's go off the
15   record, if it's okay, for maybe about ten minutes.
16   Take a break.  Let me get my thoughts together.
17   I've got some questions.  They won't be long, but
18   I've got a few questions.
19              THE VIDEOGRAPHER:  Okay.  Going off
20   record.  The time is 5:56.
21              (A recess transpired.)
22              THE VIDEOGRAPHER:  Okay.  We are going
23   back on record.  The time is 6:15 p.m.
24                   EXAMINATION
25   BY MR. DEAN:
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 293 of 821

1          Q.   All right.  Mr. Maslia, I just have a

2     few questions, so I don't think we'll be long,

3     okay?

4          A.   Okay.

5          Q.   Oh, there we go.  So earlier you were

6     shown Exhibit 9, which is the Chapter A Tarawa

7     Terrace report, and I want to ask you if you can

8     look at your version and turn to page -- I believe

9     it's A -- excuse me.  You were shown Chapter C.

10         A.   Hadnot Point?

11         Q.   Hadnot Point, page C98.  So it looks

12    like it's Chapter C.

13         A.   Yeah, I'm trying to find...

14         Q.   Can you tell me what that exhibit

15    number was?

16              MS. SILVERSTEIN:  17.

17              THE WITNESS:  I've got Exhibit 17.

18    BY MR. DEAN:

19         Q.   Okay.  So take a look at Exhibit 17;

20    put it in front of you.

21              MR. ANWAR:  What page are you on?

22              MR. DEAN:  Page C98.

23              THE WITNESS:  Okay.  C98.  Okay.  I'm

24    at C98.

25    BY MR. DEAN:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 294 of 821

1        Q.   Do you remember Mr. Anwar asking you
2   quite a few questions about the sampling for
3   benzene at Hadnot -- or HP602?
4        A.   Yes, I do.
5        Q.   Okay.  And y'all went over -- spent
6   quite a while on reviewing those different sampling
7   results.  Do you remember that?
8        A.   Yes.
9        Q.   Now, can I have exhibit number --
10            MR. DEAN:  Do we just want to continue
11   the same number sequence?
12            MR. ANWAR:  Whatever you want, yes.
13            (DFT. EXHIBIT 22, Appendix A5
14   Bates-stamped CLJA_Watermodeling_010000942748
15   through 0000942750, was marked for identification.)
16   BY MR. DEAN:
17        Q.   I'm just going to use this just to
18   shortcut it.  I believe it's the end of -- this is
19   Appendix I-5, Exhibit 22.
20        A.   Okay.  That's from the Chapter A report
21   for Hadnot Point/Holcomb Boulevard.
22        Q.   Correct.  Now, you -- you were also
23   asked some questions about the same time -- y'all
24   were having a discussion about when the well was on
25   and when was well was off.  Do you remember that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 295 of 821

1          A.    Yes.

2          Q.    Okay.  Can you explain to me as it

3    concerns those sampling that was done post-turning

4    off of the well, what the significance would be for

5    those test results as it concerns the existence of

6    the continuing contamination?

7                MR. DEAN:  Object to the form.

8                THE WITNESS:  Well, what these plots

9    show, show early time, '51, the contamination in

10   '68, the wells are pumping.  November '84, the

11   wells are pumping and shut off.  And then it shows

12   the plume -- this is the benzene plume, I believe,

13   yes, benzene.  It still shows it migrating under

14   the hydraulic gradient, which is heading east to

15   northwest, okay?

16         Q.    Okay.  And what is the significance of

17   that with regard to the validity of any of the

18   either calibration or contaminant testing

19   concentrations after the well was shut off?

20               MR. DEAN:  Object to the form.

21               THE WITNESS:  What that indicates to

22   me, and I think we had this discussion, is even

23   though the tables that we have based on information

24   provided by the Marine Corps for the Navy shows a

25   well shut off, if you're still observing benzene

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 296 of 821

1    concentrations in the water treatment plant, there
2    had to be some wells pumping, okay?  Maybe not
3    continuously, but the plume is still moving past
4    the well.  I'm looking at well -- well 602 there,
5    and even in 2008 there's still a plume over there.
6    So if that well was ever turned on again, even
7    though it says out of service, you would -- it
8    would -- you would get benzene.
9         Q.   Sorry.
10        A.   This is similar to what we observed at
11   Tarawa Terrace with TT26, and even though they shut
12   down TT26, the plume kept moving.
13        Q.   Okay.  And were samples taken for
14   concentrations in the area of the wells after those
15   wells were shut down?
16        A.   Were they?
17        Q.   Yes.
18        A.   I would have to look and see on the
19   Chapter C report.
20        Q.   Now, the Prabhakar Clement article that
21   was previously -- I believe it was marked as an
22   exhibit, the 2000 paper.
23        A.   Yes, that one.
24        Q.   Okay.  Exhibit 1.
25        A.   Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 297 of 821

```
1        Q.    When did you locate that paper?
2        A.    I would say within the last six months.
3        Q.    When you were giving your 2010
4   deposition and responding to a question from the
5   plaintiff's lawyer in that case -- well, strike
6   that.
7              Before I go there, who was defending
8   you during that 2010 deposition?
9        A.    Mr. Adam Bain from the Department of
10  Justice.
11       Q.    Okay.  And did you meet with him and
12  prepare for that deposition in -- in -- either by
13  phone or in person?
14       A.    I met with him in the afternoon along
15  with attorneys for CDC's Office of General Counsel
16  on the 29th, the day before, for a few hours in the
17  afternoon.
18       Q.    Okay.
19       A.    And since I had never been deposed
20  before, he went over the ground rules and --
21       Q.    And during that meeting or any other
22  conversations y'all had, did Mr. Bain ever question
23  the validity of your work at -- for which you were
24  about to testify to?
25       A.    No, he did not.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 298 of 821

1       Q.   Now, you -- he asked -- excuse me, not
2   he.  The plaintiff's lawyer in that case asked a
3   question to which you responded something -- I'm
4   using the word mob, do you remember that?
5       A.   Yes.
6       Q.   Referring to the work or some of the
7   work that was done here.  Were you aware at -- in
8   2010, or had you seen Dr. Clement's paper at that
9   time?
10      A.   I had not seen this particular journal
11  article.
12      Q.   All right.  I'm going to show you
13  Exhibit 23.
14           (DFT. EXHIBIT 23, Author's reply by T.
15  Prabhakar Clement from Ground Water,
16  January-February 2012 Bates-stamped
17  CLJA_Watermodeling_010000092109 through 0000092111,
18  was marked for identification.)
19           MR. ANWAR:  And I'm just going to note
20  for the record that conversations that took place
21  when you were an employee of ATSDR and the
22  Department of Justice are privileged.
23           THE WITNESS:  Okay.
24           MR. DEAN:  And I'm not sure I agree,
25  but I don't think it matters, just for the record.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 299 of 821

1   You know what, I don't think I have an extra copy
2   of this.  I'll show it to you.  I don't have an
3   extra copy of it.
4               MR. ANWAR:  I have a copy.
5               MR. DEAN:  It's the response to...
6   BY MR. DEAN:
7           Q.   So I'm going to show you Exhibit No.
8   23.  And can you tell me what that document is?
9           A.   This looks like Dr. Clement's response
10  to our editorial review or editorial comment on his
11  2010 paper about hindcasting.
12          Q.   And can you read the first -- let me
13  see.  I think it's just the first full sentence.
14          A.   I believe I've got a copy if you want
15  me to just use my copy and then...
16          Q.   Yes, it's -- it's actually the first
17  full sentence.  It's a rather long sentence, but...
18          A.   Yeah, I got --
19          Q.   You can just use this one.
20          A.   Oh, okay.  Okay.  Okay.
21          Q.   Can you read into the record --
22          A.   The first full sentence?
23          Q.   Yes, sir.  Now, let's give it a little
24  context.  What is Dr. Clement responding to?
25          A.   Dr. Clement published an article in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 300 of 821

1    Groundwater, in the same journal, I believe it was
2    in 2010, about basically hindcasting, historical
3    reconstruction to us, when is enough enough, and
4    used the Camp Lejeune project as a case study or an
5    example.
6              Q.    Okay.  And who is Dr. Clement as it
7    concerns his relationship with any of the Camp
8    Lejeune work?  What -- what role, if any, did he
9    play at any point in time with regard to Camp
10   Lejeune work?
11             A.    Dr. Clement was the hydrogeologist and
12   modeler expert on the National Research Council
13   that assessed ATSDR's Camp Lejeune work.
14             Q.    So when people refer to the 2009 NRC
15   report, he was the water modeler that was -- served
16   as one of those panel members?
17             A.    He was the only water modeler.
18             Q.    Okay.  So later on he must have written
19   an article in 2010 about additional information
20   about Camp Lejeune?
21             A.    Yes.
22             Q.    Okay.  And can you read into the record
23   what he said in his response to ATSDR's response?
24             A.    Okay.  In the response to our
25   editorial.

Golkow Technologies,
877-370-3377                    A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 301 of 821

1          Q.   Yes.

2          A.   Okay.  "The goal of my article was not

3    to review the Camp Lejeune, in parentheses, CLJ,

4    modeling studies."  Do you want me to continue?

5          Q.   You can -- you can read the next line.

6          A.   Okay.  "Rather it was to use the CLJ

7    problem as an example to highlight issues related

8    to model complexities and to speak -- and to spark

9    an open debate on when, where, and why we should

10   limit model complexity."

11         Q.   Okay.  Now, you spent a lot of time,

12   both you and Mr. Anwar, using a word,

13   "uncertainty?"

14         A.   Yes.

15         Q.   Okay.  And of course, lawyers and the

16   general public may use the word "uncertainty"

17   differently than water modelers; is that correct?

18         A.   Yes.

19         Q.   So what -- when you were referring --

20   using the word with -- uncertainty in responding to

21   questions that used the word "uncertainty", can you

22   explain to the Court and jury what is an

23   uncertainty -- what is uncertainty definition or an

24   uncertainty analysis as you're using it in this

25   deposition?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 302 of 821

1          A.    I'm using it in this deposition and the
2     modeling analyses.
3          Q.    Is uncertainty unusual in water
4     modeling work?
5          A.    Not at all.
6          Q.    And explain that to the Court, sir.
7          A.    Again, that -- that was -- I'll say
8     that was one of our primary concerns and
9     disagreement with the NRC report because it -- it
10     described the uncertainty about data about
11     modeling.  We never disagreed that there was
12     uncertainty.  An example being you have a sample
13     measurement and, you know, you can have a lower
14     value or a higher value.  And so the uncertainty
15     would be that range in there in terms of numerical
16     analysis, like Monte Carlo gives you upper band, a
17     mean, and a lower band.  And so that band is the
18     uncertainty or the confidence, okay?  So when we're
19     talking about uncertainty, we're also talking about
20     the confidence that we have in the results.
21          Q.    Okay.  And you expect to see the word
22     "uncertainty" in any -- everyday garden variety of
23     water modeling project?
24               MR. DEAN:  Object to form.
25               THE WITNESS:  They should.  If you look

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 303 of 821

1    at some of the earlier modeling procedures or

2    protocols of models -- when I say earlier, prior to

3    1980, prior to 19 -- you might see sensitivity

4    analysis and that's part of uncertainty analysis,

5    but good modeling practice would include both

6    sensitivity analysis and an uncertainty analysis.

7    BY MR. DEAN:

8         Q.   All right.  Let's go to one other area

9    real quick.  I don't know the exhibit number.  It's

10   the e-mail related to the disclaimer.

11        A.   Oh, okay.  Here, 11.

12        Q.   Okay.

13             MS. SILVERSTEIN:  The e-mail is

14   Exhibit 13.

15             THE WITNESS:  Here you go.  13.

16   BY MR. DEAN:

17        Q.   13, yes.

18        A.   The exhibit is 12.

19        Q.   Yeah, the disclaimer.  So with regard

20   to Exhibits 12 and 13 having to do with this issue

21   that arose, it appears, in May of 2007, do you

22   remember having a conversation of questions back

23   and forth with Mr. Anwar?

24        A.   Yes, I do.

25        Q.   Okay.  And -- but I didn't hear him

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 304 of 821

```
 1   ask, nor did I -- or maybe I missed it, but did you
 2   -- did someone reach out to you and complain or did
 3   some -- something come to you from another
 4   department or agency upset about what was being
 5   posted on the website that generated the need for a
 6   disclaimer on the website?
 7               MR. DEAN:  Object to form.
 8               THE WITNESS:  I recall that it was
 9   conveyed to me in the source sent to me, the
10   Department of Navy, where or who -- I'm not sure,
11   it could have been a representative at Camp Lejeune
12   that -- my point of contact, but the message was
13   that the Navy was upset about anyone being able to
14   access values on the ATSDR website.
15        Q.   And calculate for their own benefit
16   specific numbers?
17        A.   Yes, yes, yes.
18        Q.   Okay.  So up until the time, based on
19   your information from a source that it's the Navy
20   that made this complaint, there was not any
21   consideration for the need for a waiver; is that
22   fair?
23               MR. DEAN:  Object to form.
24               THE WITNESS:  We -- we did not have
25   that in our protocol so to speak --
```

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 305 of 821

1    BY MR. DEAN:
2         Q.    Sure.
3         A.    -- that we needed to put up a
4    disclaimer.
5         Q.    It still today doesn't show up in the
6    written published reports, bound, produced reports,
7    other than on the website?
8         A.    No, no, it does not appear in the
9    reports.
10        Q.    And when you were communicating with
11   the lawyer about a form of a disclaimer,
12   Ms. Deborah Tress in May 2007, do you know whether
13   or not she was communicating with Adam Bain and the
14   Department of Justice at the same time with regard
15   to this disclaimer?
16             MR. DEAN:  Object to form.
17             THE WITNESS:  I do not know.  We were
18   just told --
19   BY MR. DEAN:
20        Q.    And for the record, Ms. Deborah,
21   Debbie, Tress, she's a lawyer, in-house lawyer,
22   employed by the federal government working for the
23   ATSDR CDC in-house counsel?
24        A.    At the time of that e-mail, she was the
25   CDC in the CC Office of the General Counsel and we

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 306 of 821

1    were told she would be the one handling any Camp

2    Lejeune-type issues.

3            Q.    Okay.

4            A.    From a legal standpoint.

5            Q.    So late this afternoon, probably in the

6    last hour or so, you answered some questions with

7    regard to timing of contaminants to Tarawa Terrace

8    TT26.  Do you remember that?

9            A.    Yes.

10           Q.    And I believe it is Alex

11   Spiliotopoulos's report where he has some

12   suggestions and a graph where he has the

13   contaminants going -- instead of going through the

14   water column, dropping into the ground -- are you

15   familiar with what I'm referring to?

16           A.    Yes, I am.

17           Q.    Okay.  How is the most reasonable way

18   in which you expect contaminants that get into the

19   water column -- are they going to continue in the

20   water table or are they going to drop in the

21   ground, is my first question?

22           A.    Well, they're going to go along a

23   pathway, a horizontal pathway.  And as I put in my

24   rebuttal report and Dr. Konikow explained, they'll

25   -- they'll go horizontally almost until they reach

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 307 of 821

1    the well, and that's because you've got a cone of
2    depression around the well as the well is pumping,
3    and then go very rapidly vertically into the --
4    into the well.
5         Q.   And scientifically, why does -- why --
6    why is that?  Why does that occur, in your opinion?
7         A.   Because the groundwater is -- velocity
8    is flowing with the gradient.  So the gradient is
9    decreasing or the water level is decreasing as you
10   approach the well.
11        Q.   Okay.  And is the contaminants -- is
12   the -- traveling in the water table versus reaching
13   the well itself, is one faster than the other?
14        A.   Yes, the -- the last, let's call it,
15   the few -- few feet or where the cone of depression
16   of the well is going to much more rapidly pull in
17   any contaminants, and the time is going to be much
18   more shortened because of the high velocities at
19   the well and within the cone of depression.
20        Q.   I'm sorry.  My dog is -- they can't
21   find my -- my wife can't find my dog, so I told her
22   where he was at.
23             Okay.  Let's give this back.
24        A.   Okay.
25        Q.   Between the time -- when did you --

Golkow Technologies,
A Veritext Division
877-370-3377                                         www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 308 of 821

1    remind me when you retired?

2           A.    December 31st, 2017.

3           Q.    Okay.  When you retired on January the

4    -- January of 2018 until the unfortunate time when

5    I gave you a call in '22, did you do any work on

6    Camp Lejeune during that time frame?

7           A.    No, I did not.

8           Q.    Okay.

9           A.    Nor did I speak to anyone.

10          Q.    Okay.  Let me ask a -- the timing

11   question, let me ask one last different way.  For

12   purposes of the timing of contaminants to reach the

13   aquifer, is that different from the time for it to

14   reach the water table?

15          A.    Well, conceptually, the aquifer in

16   Tarawa Terrace that we modeled starts at the water

17   table, okay?  And we didn't look at -- we didn't on

18   MODFLOW, MT3DMS, did not look above the water

19   table.  It was maybe about 10 feet, 15 feet of

20   saturated zone.  And so we looked at everything --

21   all our models assume it's at the water table, and

22   that the timed travel through the unsaturated zone,

23   so typically down vertically, would be minimal.

24                MR. DEAN:  All right.  I believe that's

25   all the questions I have.  Thank you.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 309 of 821

1          MR. ANWAR:  I just have a couple of
2   follow-up questions in my --
3          THE WITNESS:  Sure.
4          MR. ANWAR:  -- few remaining minutes.
5                    EXAMINATION
6   BY MR. ANWAR:
7        Q.   Mr. Dean showed you, I think, what was
8   marked as Exhibit 22.
9        A.   Yes.
10       Q.   If you would like to take a look.  My
11  only question about this is Exhibit 22 is the
12  depiction of plumes at Hadnot Point -- the
13  contaminant plume at Hadnot Point, correct?
14       A.   Yes, yes, yes.  It's the -- you're
15  talking about benzene?
16       Q.   For the benzene plume, correct?
17       A.   Yes, yes.  Let's see, what -- what page
18  you're on?
19       Q.   It's A146.
20       A.   A146.  Okay.  Okay.  I'm there.
21       Q.   My only question about it is that what
22  we're seeing here is a visual depiction of the
23  reconstructed plume based on the model, right?
24       A.   That is correct.
25       Q.   Okay.  I'm going to mark one exhibit.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 310 of 821

 1              (DFT. EXHIBIT 24, e-mail correspondence
 2     Bates-stamped CLJA_ATSDR_BOVE-0000108607 and
 3     0000108608, was marked for identification.)
 4     BY MR. ANWAR:
 5          Q.   I'll hand it to you, Exhibit 23.  24.
 6     I'm sorry.  Let me fix that.  I can't count.  I
 7     will represent to you this is an e-mail exchange
 8     that starts between you and Dr. Clement and then
 9     that you forward on to the ATSDR team in February
10     of 2008.  Would you agree with that?
11          A.   Yes.
12          Q.   Okay.  And in the -- the e-mail
13     exchange -- the e-mail from Clement, Dr. Clement,
14     to you at the bottom of the chain, he's offering
15     some -- some -- his sort of feedback and some
16     compliments about the work that you-all did with
17     respect to the Tarawa Terrace analysis, correct?
18          A.   It does not specifically say Tarawa
19     Terrace.  However, given the date of that, it would
20     have been Tarawa Terrace because we would not have
21     probably even started on Hadnot Point.
22          Q.   Sure.  And the subject says sensitivity
23     analysis on well --
24          A.   Oh, okay.  Okay.
25          Q.   -- TT26, right?

                      Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 311 of 821

1        A.    Okay.  Yes.

2        Q.    Okay.  And he says, "yesterday I read

3   most of your report and I found them to be very

4   thoughtfully organized.  It is a complex problem,

5   but you guys did the best possible job a modeler

6   can.  They are lucky to have you guys as a modeling

7   team.  Thanks for your support."  Did I read that

8   right?

9        A.    Yes.

10       Q.    Okay.  And then you forward it to your

11  team and you say, "look at the second paragraph

12  from Dr. Clement, a member of the National Research

13  Council committee on contamination of drinking

14  water at Camp Lejeune.  It's nice to get words of

15  praise from unbiased and technically competent

16  colleagues about our abilities and work."  Did I

17  read that correctly?

18       A.    Yes.

19       Q.    Okay.  And I understand that

20  subsequently the NRC report was published, correct,

21  in 2009?

22       A.    That's correct, that's correct.

23       Q.    And after the NRC report, Dr. Clement

24  published his -- his article on hindcasting, and

25  then you-all -- you and Dr. Aral and the ATSDR team

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 312 of 821

1   had a response, and then he published sort of a

2   response to your response, correct?

3           A.   Right, that's correct.

4           Q.   Okay.

5           A.   That's typically what's done in the

6   journal article type.

7           Q.   Sure.  Do you -- in your view, as you

8   sit here today, is Dr. Clement still an unbiased

9   and technically competent colleague?

10              MR. DEAN:  Object to the form.

11              THE WITNESS:  Yes, I never -- I never

12  said he was biased.  We always said it was the NRC

13  report, the final -- the final report.  Again, I

14  think we discussed this in my previous deposition,

15  that that is what really caught the entire team by

16  surprise because we were providing information and

17  data to Dr. Clement.  I think we also provided it

18  to Dr. Knuckles and some other people.

19          Q.   Sure.

20          A.   And the feedback was this is, you know,

21  great -- great stuff, great job and all of that.

22  And the report -- and especially the -- I guess,

23  what is it, the public summary or whatever, really

24  just took a 180-degree opposite turn.

25          Q.   Okay.

1        A.    Okay.

2             MR. ANWAR:    Those are all the questions

3    I have.   Thank you.

4                      EXAMINATION

5    BY MR. DEAN:

6        Q.    Mr. Maslia, he's -- I'm just focusing

7    on Exhibit 24, and Mr. Anwar is pointing out the --

8    your use of the word "unbiased" --

9        A.    Right.

10       Q.    -- with respect to the reference to

11   Dr. Clement on February 21st, 2008.   Do you see

12   that?

13       A.    Yes, I do.

14       Q.    At the time that e-mail was sent and

15   words that you're issuing, the NRC report had not

16   been issued yet, right?

17       A.    Yes, you're correct.

18       Q.    And it had not been issued until July

19   -- I think it's July 2009.

20       A.    June 2009.

21       Q.    June 2009.   Have you now read Susan

22   Martel's deposition and all of the exhibits that

23   are attached to it?

24       A.    Yes.

25       Q.    And do you have an opinion as to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 314 of 821

1  whether or not the NRC was, in fact, biased or
2  unbiased in the issuance of that final report?
3          A.   The NRC report, I believe, contained
4  numerous -- numerous -- it contained -- it
5  contained mistakes, mischaracterizations, and it
6  appeared to us to be -- and I'm talking about the
7  project team, including the epidemiologists and
8  whatever toxicologist, that it was a biased report.
9                  MR. DEAN:  Thank you.  I have no
10 further questions.
11                 MR. ANWAR:  Nothing from me.  Thank
12 you.
13                 THE WITNESS:  Thank you.
14                 THE VIDEOGRAPHER:  Okay.  Then we're
15 going off record the time is 6:49 p.m.  This
16 concludes today's deposition.
17                 (The witness, after having been advised
18 of his right to read and sign this transcript, does
19 not waive that right.)
20
21
22
23
24
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 315 of 821

1              CERTIFICATE OF REPORTER

2

3              I, Lauren A. Balogh, Registered

4    Professional Reporter and Notary Public for the

5    State of South Carolina at Large, do hereby certify

6    that the foregoing transcript is a true, accurate,

7    and complete record.

8              I further certify that I am neither

9    related to nor counsel for any party to the cause

10   pending or interested in the events thereof.

11             Witness my hand, I have hereunto

12   affixed my official seal this 18th day of March,

13   2025 at Myrtle Beach, Horry County, South Carolina.

14

15

16

17

18

19

20

21                       

22        _____

          Lauren A. Balogh

23        My Commission expires

          March 19, 2030

24

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 316 of 821

1                    I N D E X

2

3                                        Page        Line

4    MORRIS MASLIA                        5           3

5    EXAMINATION                          5           5

6    BY MR. ANWAR:

7    EXAMINATION                          293         24

8    BY MR. DEAN:

9    EXAMINATION                          310         5

10   BY MR. ANWAR:

11   EXAMINATION                          314         4

12   BY MR. DEAN:

13   CERTIFICATE OF REPORTER              316         1

14

15

16                  E X H I B I T S

17

18

19                                        Page        Line

20   DFT. EXHIBIT 1, article from         16          12

21   Journal of Contaminant

22   Hydrology entitled "Natural

23   Attenuation of Chlorinated

24   Ethene Compounds: Model

25   Development and Field-scale

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 317 of 821

```
 1   0000000609 through 0000000680
 2   DFT. EXHIBIT 8, Federal              70        3
 3   employee profile for Morris L.
 4   Maslia
 5   DFT. EXHIBIT 9, Analyses of          107       8
 6   Groundwater Flow, Contaminant
 7   Fate and Transport, and
 8   Distribution of Drinking Water
 9   at Tarawa Terrace and
10   Vicinity, U.S. Marine Corps
11   Base Camp Lejeune, North
12   Carolina: Historical
13   Reconstruction and Present-Day
14   Conditions, Chapter A, Summary
15   of Findings, Bates-stamped
16   CLJA_Healtheffects-0000221172
17   through 0000221287,
18   DFT. EXHIBIT 10, Analyses and        107       17
19   Historical Reconstruction of
20   Groundwater Flow, Contaminant
21   Fate and Transport, and
22   Distribution of Drinking Water
23   Within the Service Areas of
24   the Hadnot Point and Holcomb
25   Boulevard Water Treatment
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 319 of 821

```
1    Plants and Vicinities, U.S.
2    Marine Corps Base Camp
3    Lejeune, North Carolina,
4    Chapter A, Summary and
5    Findings Bates-stamped
6    CLJA_Healtheffects-000022136
7    through 0000221535
8    DFT. EXHIBIT 11, Appendix 15     128      1
9    Bates-stamped
10   CLJA_Healtheffects-0000061127
11   through 0000061136
12   DFT. EXHIBIT 12, Analyses of     133      5
13   Groundwater Flow, Contaminant
14   Fate and Transport, and
15   Distribution of Drinking Water
16   at Tarawa Terrace and
17   Vicinity, U.S. Marine Corps
18   Base Camp Lejeune, North
19   Carolina: Historical
20   Reconstruction and Present-Day
21   Conditions Disclaimer
22   Bates-stamped
23   CLJA_Watermodeling_01-
24   0000938451
25   DFT. EXHIBIT 13, e-mail          137      7
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 320 of 821

1    correspondence Bates-stamped

2    CLJA_ATSDR_BOVE-0000157167

3    through 0000157170

4    DFT. EXHIBIT 14, ATSDR Support    154      1

5    Estimation of VOC Removal

6    report from AH Environmental

7    Consultants Inc.,

8    Bates-stamped

9    CLJA_Watermodeling_

10   010000071446 through

11   0000071512

12   DFT. EXHIBIT 15, Analyses of      156      23

13   Groundwater Flow, Contaminant

14   Fate and Transport, and

15   Distribution of Drinking Water

16   at Tarawa Terrace and

17   Vicinity, U.S. Marine Corps

18   Base Camp Lejeune, North

19   Carolina: Historical

20   Reconstruction and Present-Day

21   Conditions Response to the

22   Department of the Navy's

23   Letter on: Assessment of ATSDR

24   Water Modeling for Tarawa

25   Terrace, Bates-stamped

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 321 of 821

1    CLJA_Watermodeling_01_09_
2    0000033263 through 0000033326,
3    DFT. EXHIBIT 16, Analyses and      207       18
4    Historical Reconstruction of
5    Groundwater Flow, Contaminant
6    Fate and Transport, and
7    Distribution of Drinking Water
8    Within the Service Areas of
9    the Hadnot Point and Holcomb
10   Boulevard Water Treatment
11   Plants and Vicinities, U.S.
12   Marine Corps Base Camp
13   Lejeune, North Carolina,
14   Chapter A-Supplement 2,
15   Development and Application of
16   a Methodology to Characterize
17   Present-Day and Historical
18   Water Supply Well Operations
19   DFT. EXHIBIT 17, Analyses and      228       12
20   Historical Reconstruction of
21   Groundwater Flow, Contaminant
22   Fate and Transport, and
23   Distribution of Drinking Water
24   Within the Service Areas of
25   the Hadnot Point and Holcomb

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 322 of 821

1   Boulevard Water Treatment

2   Plants and Vicinities, U.S.

3   Marine Corps Base Camp

4   Lejeune, North Carolina,

5   Chapter C: Occurrence of

6   Selected Contaminants in

7   Groundwater at Installation

8   Restoration Program Sites

9   DFT. EXHIBIT 18, Analyses and      233       22

10  Historical Reconstruction of

11  Groundwater Flow, Contaminant

12  Fate and Transport, and

13  Distribution of Drinking Water

14  Within the Service Areas of

15  the Hadnot Point and Holcomb

16  Boulevard Water Treatment

17  Plants and Vicinities, U.S.

18  Marine Corps Base Camp

19  Lejeune, North Carolina,

20  Chapter A-Supplement 1,

21  Descriptions and

22  Characterizations of Data

23  Pertinent to Water-Supply Well

24  Capacities, Histories, and

25  Operations

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 323 of 821

```
 1    DFT. EXHIBIT 19, Analyses and       259        11
 2    Historical Reconstruction of
 3    Groundwater Flow, Contaminant
 4    Fate and Transport, and
 5    Distribution of Drinking Water
 6    Within the Service Areas of
 7    the Hadnot Point and Holcomb
 8    Boulevard Water Treatment
 9    Plants and Vicinities, U.S.
10    Marine Corps Base Camp
11    Lejeune, North Carolina
12    Chapter A-Supplement 6,
13    Characterization and
14    Simulation of Fate and
15    Transport of Selected Volatile
16    Organic Compounds in the
17    vicinities of the Hadnot Point
18    Industrial Area and Landfill
19    DFT. EXHIBIT 20, letter dated      277        13
20    February 21, 2007 from Morris
21    Maslia to Dr. Leonard F.
22    Konikow Bates-stamped
23    CL_PLG-Expert_Konikow_
24    0000000006 through 0000000021
25    DFT. EXHIBIT 21, e-mail            288        12
```

1    1    correspondence Bates-stamped

2    2    CLJA_Watermodeling_05-

3    3    0000021184 through 0000021188

4    4    DFT. EXHIBIT 22, Appendix A5    295    13

5    5    Bates-stamped

6    6    CLJA_Watermodeling_

7    7    010000942748 through

8    8    0000942750

9    9    DFT. EXHIBIT 23, Author's    299    14

10  10    reply by T.  Prabhakar Clement

11  11    from Ground Water,

12  12    January-February 2012

13  13    Bates-stamped

14  14    CLJA_Watermodeling_

15  15    010000092109 through

16  16    0000092111

17  17    DFT. EXHIBIT 24, e-mail    311    1

18  18    correspondence Bates-stamped

19  19    CLJA_ATSDR_BOVE-0000108607 and

20  20    0000108608

21  21

22  22

23  23

24  24

25  25

Golkow Technologies,
A Veritext Division
877-370-3377  www.veritext.com
Case 7:23-cv-00897-RJ  Document 352-5  Filed 04/17/25  Page 325 of 821

1    1                    IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF NORTH CAROLINA
2    2                         SOUTHERN DIVISION
3    3                    Civil Action No. 7:23-cv-00897
4    4
              IN RE: CAMP LEJEUNE WATER LITIGATION
5    5
6    6
7    7    THIS DOCUMENT RELATES TO:
          ALL CASES
8    8
9    9
10   10   VIDEOTAPED
11   11   DEPOSITION OF:  MORRIS MASLIA
12   12   DATE:           March 13, 2025
13   13   TIME:           9:14 a.m.
14   14   LOCATION:       BELL LEGAL GROUP
                          219 North Ridge Street
15   15                   Georgetown, SC
16   16
17   17   TAKEN BY:       Counsel for the Defendants
18   18   REPORTED BY:    Lauren A. Balogh, RPR
19   19   _____
20   20
21   21
22   22
23   23
24   24
25   25

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 326 of 821

```
 1   APPEARANCES OF COUNSEL:
 2        ATTORNEYS FOR PLAINTIFFS LEADERSHIP GROUP:
 3             MOTLEY RICE
               BY:  KEVIN R. DEAN
 4             28 Bridgeside Boulevard
               Mt. Pleasant, SC  29464
 5             (843) 216-9000
               Kdean@motleyrice.com
 6
               WEITZ & LUXENBERG
 7             BY:  LAURA J. BAUGHMAN
                    (Via videoconference)
 8                  DEVIN BOLTON
                    (Via videoconference)
 9             700 Broadway
               New York, NY 10003
10             (212) 558-5500
               L.baughman@weitzlux.com
11             D.bolton@weitzlux.com
12             BELL LEGAL GROUP
               BY:  J. EDWARD BELL, III
13             219 North Ridge Street
               Georgetown, SC  29440
14             (843) 546-2408
               Ebell@belllegalgroup.com
15
               KELLER POSTMAN
16             BY:  ZINA BASH (via videoconference)
               111 Congress Avenue, Suite 500
17             Austin, TX 78701
               (512) 690-0990
18             Zina.bash@kellerpostman.com
19
          ATTORNEYS FOR DEFENDANT
20             UNITED STATES OF AMERICA:
21             U.S. DEPARTMENT OF JUSTICE
               BY:  HAROON ANWAR
22                  KAILEY SILVERSTEIN
               175 N Street NE
23             Washington DC,  20005
               (202) 616-4473
24             Haroon.Anwar@usdoj.gov
               Kailey.silverstein@usdoj.gov
25
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 327 of 821

1    APPEARANCES CONTINUED:
2                    U.S. DEPARTMENT OF JUSTICE
                     BY:  ALANNA HORAN
3                        (Via videoconference)
                     175 N Street NE
4                    Washington DC,  20005
                     (202) 616-4209
5                    Alanna.horan@usdoj.gov
6
                     U.S. DEPARTMENT OF JUSTICE
7                    BY:  ALLISON M. O' LEARY
                         (Via videoconference)
8                    175 N Street NE
                     Washington DC, 20005
9                    (202) 616-4231
                     Allison.o'leary@usdoj.gov
10
11        ALSO  PRESENT:
12                   Jon Landau, Videographer
13                   Leonard Konikow (via videoconference)
14                   Deanna Havai, Motley Rice
                         (Via videoconference)
15
                     Alex Spiliotopoulos
16                       (Via videoconference)
17                   Timothy Thompson
                         (Via videoconference)
18
                     Bill Williams (via videoconference)
19
20
21            (INDEX AT REAR OF TRANSCRIPT)
22
23
24
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 328 of 821

1          THE VIDEOGRAPHER:  The following will
2    be the videotaped deposition of Morris Maslia in re
3    Camp Lejeune Water Litigation versus United States
4    of America, File No. 7-23-CV-897.  Today's date is
5    March 13th, 2025 and the time is 9:14 a.m.  We are
6    here today at 219 Ridge Street, Georgetown, South
7    Carolina.  The court reporter is Lauren Balogh and
8    the videographer is Jon Landau.
9          At this time I will ask all attorneys
10   present to please state their names and whom they
11   represent for the record.
12          MR. DEAN:  Good morning.  Kevin Dean
13   here on behalf of the PLG and the witness.
14          MR. BELL:  Edward Bell on behalf of the
15   plaintiff.
16          MR. ANWAR:  Haroon Anwar on behalf of
17   the United States.
18          MS. SILVERSTEIN:  Kaylie Silverstein on
19   behalf of the United States.
20          THE VIDEOGRAPHER:  Do you want the
21   people on the Zoom to do it?
22          MR. DEAN:  It's up to you.
23          MR. ANWAR:  The court reporter can take
24   it down.  That's fine.
25          MR. DEAN:  Yeah.

Golkow Technologies,
877-370-3377                  A Veritext Division                  www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 329 of 821

```
 1              THE VIDEOGRAPHER:  Okay.  All right.
 2     You may swear the witness, please.
 3                    MORRIS MASLIA
 4     being first duly sworn, testified as follows:
 5                       EXAMINATION
 6     BY MR. ANWAR:
 7          Q.   Good morning, Mr. Maslia.
 8          A.   Good morning.
 9          Q.   My name is Haroon Anwar.  I am a lawyer
10     at the Department of Justice here on behalf of the
11     United States.  We've met before at your prior
12     deposition in fall 2024, correct?
13          A.   September 26th.
14          Q.   September 26th of 2024.  Thank you.
15          A.   Yes.
16          Q.   You may remember that experience.  I'm
17     just going to go through -- go over a few rules for
18     the deposition just so we're on the same page, but
19     I'm going to ask you a number of questions today.
20     If I ask you a question that's vague or you don't
21     understand, please ask me to clarify.  Otherwise,
22     I'm going to assume that you -- you understand my
23     question.  Fair enough?
24          A.   Fair enough.
25          Q.   Okay.  And the number one most
```

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 330 of 821

1    important rule for the deposition today, same as

2    before, is that you are under the oath to tell the

3    truth as if you were in an actual court of law.  Do

4    you understand that?

5         A.   Yes, I do.

6         Q.   Okay.  And is there any reason that

7    you'll be -- is there any reason today that you'd

8    be unable to testify truthfully?

9         A.   No, there is not.

10        Q.   The court reporter is transcribing

11   everything that we're taking down, so if we could

12   try not to speak over each other and perhaps give a

13   brief pause in case your lawyer needs to object, it

14   will make for a much cleaner transcript as well as

15   a much happier court reporter.  Can we agree to try

16   to do that?

17        A.   Yes.

18        Q.   Okay.  We will try to take breaks about

19   every hour.  If you need to take a break sooner

20   than that, just let me know.

21        A.   Okay.

22        Q.   I'm happy to accommodate you.  The only

23   stipulation I would put on that is if there's a

24   pending question, I would ask that you answer that

25   question and then we -- we can take a break.  This

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 331 of 821

1    is not intended to be sort of a punishment, so to
2    speak.
3              A.    Understood.
4              Q.    So with that I wanted to start by
5    asking you what you did to prepare for today's
6    deposition?
7              A.    I reviewed every single ATSDR Camp
8    Lejeune historical reproduction report that I was
9    involved with both for Tarawa Terrace, Hadnot
10   Point.  I've also reviewed my expert report that
11   was submitted to you as well as my rebuttal report,
12   and I also reviewed some published journal
13   articles.
14             Q.    What were the published journal
15   articles that you reviewed?
16             A.    There was a series by -- that appeared
17   in Groundwater journal by Dr. Prabhakar Clement,
18   who I think you may know, and ATSDR exposure dose
19   reconstruction program staff responded to it, and
20   then they responded to -- to ours, so it's three
21   articles in Groundwater.  His was 2010 and ours was
22   2012.
23             Q.    Okay.
24             A.    And then I've also reviewed just some
25   articles on uncertainly analysis.  An article that

Golkow Technologies,
877-370-3377                  A Veritext Division                  www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 332 of 821

1  I published in 2004 on use of -- contained some
2  historical reconstruction of some smaller sites
3  using an analytical contaminant transport system
4  model and also contained the probabilistic
5  uncertainty analyses using Monte Carlo simulation.
6  So reviewed that as well as an article by
7  Dr. Clement in 2000 at Dover Air Force Base, which
8  is identical to Tarawa Terrace and came out with
9  identical values for some of the parameters, and I
10 would, in fact, like to add that to my expert
11 report if I can.
12         Q.   Okay.
13         A.   I've got a copy here, if you would like
14 to see that.
15         Q.   Sure.
16              MR. DEAN:  Yeah, I brought a copy.
17              MR. ANWAR:  Thank you.
18              MR. DEAN:  You're welcome.
19 BY MR. ANWAR:
20         Q.   Thank you.  So this -- we'll note this
21 for the record as an additional material --
22         A.   Okay.
23         Q.   -- on your -- your reliance list.
24         A.   Yes, yes.
25         Q.   For your expert report.  Thank you.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 333 of 821

1    Aside from the articles that you -- you mentioned,
2    the ATSDR reports and -- the ATSDR modeling reports
3    for Tarawa Terrace and Hadnot Point, Holcomb
4    Boulevard, and then your expert and rebuttal
5    report, did you review any other documents?
6         A.   Just my deposition from September 26th.
7         Q.   Okay.
8         A.   And the exhibits that you provided.
9         Q.   Oh, okay.  During the September 26th --
10        A.   Yes.
11        Q.   -- 2024 deposition?
12        A.   Yes.
13        Q.   Did you review any of the other expert
14   reports in the case?
15        A.   I reviewed Dr. Konikow's report.  I
16   reviewed Dr. Sabatini's report.  I reviewed
17   Dr. Jones and Mr. Davis's post-audit report and
18   rebuttal.  And I also reviewed the defense's expert
19   reports by Dr. Spiliotopoulos, Dr. Hennet, and
20   Dr. Brigham.
21        Q.   Understood.  And I understand just from
22   attending the depositions of Dr. Aral, Mustafa
23   Aral, Dr. Davis, Dr. Jones, and then Dr. Konikow
24   about a week or so ago -- did you listen in to all
25   of those depositions as well?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 334 of 821

1          A.    Yes.

2          Q.    Okay.

3          A.    With Dr. Konikow I had to step out for

4     a couple of hours.

5          Q.    Okay.

6          A.    To do a medical run with my dad, so --

7     but I listened, I would say, to a majority of it.

8          Q.    Did you review any of the transcripts

9     from those depositions?

10          A.    I -- I read them.  I guess

11     Dr. Konikow's transcript, because I wasn't there

12     for part of it, I read that in its entirety.  Okay.

13     The other ones, just spot, you know, spot read

14     because I was watching the entire time.

15          Q.    Understood.  Did you do anything else

16     to prepare for today's deposition?

17          A.    Only discuss with the plaintiff's

18     attorney the logistics, again, of, I believe, the

19     first time I was deposed as a fact witness versus

20     an expert witness to them.

21          Q.    Understood.  And I'm not asking about

22     the substance of your conversations with --

23          A.    Right.

24          Q.    -- the lawyers, just the circumstances

25     of the meeting.  When did you meet with the lawyers

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 335 of 821

1  to prepare for the deposition today?

2        A.   Yesterday, most of the day, and on

3  Tuesday afternoon.

4        Q.   Okay.  Who did you meet with yesterday?

5        A.   Yesterday I met with Mr. Dean and also

6  Mr. Williams.

7        Q.   Was there anyone else present in that

8  meeting?

9        A.   Mr. Tim Thompson.  He works with

10  Mr. Williams, and that's it.

11        Q.   Okay.  About how long did that meeting

12  last, the one yesterday?

13        A.   Yesterday, we started about 9:30 and

14  ended about 4:30, 5.

15        Q.   Did you review any documents during

16  yesterday's meeting?

17        A.   Yes, the same ones that I had mentioned

18  to you, and spoke about wanting to place the

19  journal article as an addition to my materials in

20  my expert report.

21        Q.   Understood.

22            MR. DEAN:  Not to interrupt, but you

23  might want to ask him was anybody else in

24  attendance by Zoom.  Because you asked in person

25  and he may have forgotten that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 336 of 821

1                MR. ANWAR:  Sure.

2     BY MR. ANWAR:

3          Q.   Were -- was anyone else in attendance?

4          A.   Yes, another attorney, Laura Baughman.

5          Q.   Okay.

6          A.   With -- was in and out on Zoom.

7          Q.   To the best of your knowledge, during

8     yesterday's meeting, it was only yourself and

9     attorneys for the plaintiffs attending, correct?

10         A.   That's correct.

11         Q.   And then on Tuesday's meeting, who was

12    present for that?

13         A.   I believe that was Mr. Dean and

14    Mr. Williams and Mr. Thompson.

15         Q.   And --

16         A.   I don't recall if anyone was on Zoom or

17    not.  I don't believe because I did not get here

18    until three o'clock p.m.

19         Q.   To the best of your knowledge, the only

20    folks in attendance on Tuesday's meeting were

21    yourself and lawyers for the plaintiffs?

22         A.   That is correct.

23         Q.   Prior to yesterday's meeting and

24    Tuesday's meeting, were there any other meetings

25    with the lawyers to prepare for today's deposition?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 337 of 821

```
 1          A.   No, no meetings.
 2          Q.   Dr. Konikow mentioned during his
 3     deposition a meeting that took place.  I think he
 4     said it was in preparation for his deposition, but
 5     you were present as well; is that right?
 6          A.   That's -- yes, yes, yes, now that I
 7     recall, that was when -- I believe, if I'm not
 8     mistaken, that was in February.
 9          Q.   Okay.
10          A.   And I think I was supposed to be -- be
11     deposed that Thursday.  That got postponed.
12          Q.   Sure.
13          A.   But Dr. Konikow and I were in that
14     meeting, yes.
15          Q.   Aside from yourself and Dr. Konikow,
16     who else attended that meeting?
17          A.   Mr. Dean, Mr. Williams, and I believe
18     Mr. Thompson.
19          Q.   Any -- anyone other than yourself,
20     Dr. Konikow, and the plaintiffs' lawyers attend
21     that meeting?
22          A.   Not that I recall.
23          Q.   Have you -- did you attend any other
24     meetings in preparation for today's deposition?
25          A.   No, I did not.
```

1          Q.    Did you speak with anyone else in
2     preparation for today's deposition?
3          A.    No, I did not.
4          Q.    Did you speak with anyone from ATSDR in
5     preparation for today's deposition?
6          A.    No.
7          Q.    Now, you -- we have the -- the most
8     recent 2020 article from Clement that you're adding
9     to your -- your reliance list --
10         A.    Yes.
11         Q.    -- and have provided a copy here today.
12    You mentioned a couple of other articles that you
13    reviewed.
14         A.    Right.
15         Q.    And I was just wondering, the Clement
16    article and the other articles that you reviewed,
17    why did you review those articles?
18         A.    Well, the article that I coauthored on
19    the analytical contaminant transport analysis
20    system, the ACT system, I think it was published in
21    2004, we reviewed that because it had a number of
22    historical reconstruction cases.  One was for
23    20 years, a dry cleaner in New Mexico, and one was
24    -- I want to say it's Otis Air Force Base, EDB
25    contamination, and we did 65 years, and we used an

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 339 of 821

1    analytical contaminant fate and transport model and

2    conducted two-stage Monte Carlo simulation.  So I

3    just wanted to refresh my memory as to what we did

4    and some of the parameters that -- contaminant fate

5    and transport parameters that we used in that.

6             In the Clement article I reviewed --

7    and I reviewed that one in specific detail because

8    Dover Air Force Base is very similar to Tarawa

9    Terrace.  About the same size, 2.4 square miles.

10   They used a -- was testing out the RT3D model,

11   which is the reactive transport.  So they went from

12   PCE to TCE to DCE to vinyl chloride in their

13   analysis, and a number of their parameters are

14   right where the parameter values that we calibrated

15   for Tarawa Terrace, so I thought it was a good

16   comparison article.

17        Q.   The Clement article, I'll look at it

18   during the break.

19        A.   Okay.

20        Q.   But just based on your memory, what --

21   what did they use that model for?

22        A.   I think the -- the purpose was to --

23   was it to -- well, there was historical

24   contamination at the Air Force base and they wanted

25   to look at how it advanced in time, and they wanted

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 340 of 821

1   to test out the RT3D code that Dr. Clement had
2   developed originally when he was at Lawrence
3   Livermore National Labs, and it was hooked in to
4   MT3DMS, and so they were testing that out, and
5   that's what basically I recall.  And then when I
6   started reading the details of it, it appeared to
7   me that it was a very, very good comparison article
8   to what we did at Tarawa Terrace.
9           Q.   Just quickly -- and I'll mark this as
10  an exhibit, actually.
11          A.   Okay.
12               (DFT. EXHIBIT 1, article from Journal
13  of Contaminant Hydrology entitled "Natural
14  Attenuation of Chlorinated Ethene Compounds: Model
15  Development and Field-scale Application at the
16  Dover Site", was marked for identification.)
17  BY MR. ANWAR:
18          Q.   Let's go ahead and mark this as
19  Exhibit 1, but I'll -- I'll mark it and then I'll
20  hand it to you after I have a chance to read it.
21  The 2020 Clement article on the Dover Air Force
22  Base site, in the abstract it states, "the
23  numerical model developed in this study is a useful
24  engineering tool for integrating field-scale
25  natural attenuation data within a rational modeling

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 341 of 821

‌‍

1    framework.  The model results can be used for

2    quantifying the relative importance of various

3    simultaneously occurring natural attenuation

4    processes."

5              Does that sound consistent with your

6    recollection?

7         A.   Yes.

8              MR. DEAN:  Object to the form of the

9    question.  I think you misspoke about the data, the

10   article.  I think you said 2020.  If you said 2000,

11   I apologize, but I thought I heard 2020.

12   BY MR. ANWAR:

13        Q.   Okay.  And I understood you, Doctor, or

14   Dr. Maslia, Mr. Maslia, to state that this article

15   was published in 2020, but I perhaps misunderstood.

16        A.   Okay.  Okay.  It is a 2000 article.

17        Q.   2000 article.  Okay.  So I'll reask my

18   question.  This 2000 article -- and it looks like

19   on the first page of the article it actually says

20   it was accepted in October -- into the -- this

21   journal in October of 1999, but let's -- let's call

22   it the 2000 Clement article.

23              The abstract states, "the numerical

24   model developed in this study is a useful

25   engineering tool for integrating field-scale

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 342 of 821

1    natural attenuation data within a rational modeling
2    framework.  The model results can be used for
3    quantifying the relative importance of various
4    simultaneously occurring natural attenuation
5    processes."
6                Is that consistent with your
7    recollection of the article?
8          A.   Yes.
9          Q.   To the best of your knowledge, was the
10   model discussed in this 2000 Clement article
11   estimating contaminant concentrations for
12   determining exposure in specific individuals?
13         A.   The article did not go into what the
14   end use was, okay?  I took it to mean that this was
15   the first stage or initial stage in developing a
16   model.  It did not discuss exposure.  In other
17   words, it was not an exposure assessment article.
18         Q.   And to the best of your knowledge, was
19   this -- the model discussed in the 2000 Clement
20   article used for estimating contaminant
21   concentrations for the purpose of -- purpose of
22   determining exposure in individuals?
23         A.   It was used for determining contaminant
24   concentrations.
25         Q.   But as you sit here today, you're not

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 343 of 821

1    aware of it being used for the purpose of

2    determining exposure in individuals?

3             MR. DEAN:  Object to the form of the

4    question.

5             THE WITNESS:  I don't know what the end

6    use was.

7    BY MR. ANWAR:

8        Q.   With respect to any -- the other

9    articles that you mentioned, were any of those

10   models -- strike that.

11            With respect to the other articles that

12   you mentioned, were any of the models discussed in

13   those articles used for estimating contaminant

14   concentrations that were used to determine exposure

15   in individuals?

16       A.   The -- or the sites that we summarized

17   or did an analysis for in our 2004 paper, the

18   analytical containment transport analysis system,

19   one of them was at a dry cleaner in New Mexico and

20   the other one was Otis Air Force Base, which was

21   multimedia, meaning groundwater surface water and

22   -- and volatilization, and I know USGS has done

23   some work at Otis Air Force Base.  It's been an

24   ongoing thing and I believe there are some

25   components from just the general topic of Otis Air

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 344 of 821

1    Force Base that look at exposure.  It goes -- there
2    are people living downstream from the river that
3    goes through the Air Force base.  I don't know the
4    details of the subsequent analysis of -- on -- on
5    that.  I believe ATSDR did use the New Mexico site,
6    I think it's North Avenue Railroad site, if I
7    recall correctly, and I think they did a health
8    assessment there, okay, but I don't know the
9    specifics.
10           Q.    Those other articles, are those
11   included on your -- either in your report or on the
12   reliance list?
13           A.    Yes, the -- the 2004 is already on my
14   reliance list, 2004 by Maslia and Aral.
15           Q.    And that's the one -- 2004 is focused
16   on Otis Air Force Base?
17           A.    And -- and the New Mexico site.
18           Q.    Okay.  So it's just one article from
19   2004?
20           A.    Yes.
21           Q.    Besides that article and this 2000
22   Clement article, it sounded like you reviewed a
23   couple of other articles, perhaps related to
24   uncertainty analysis.
25           A.    Right.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 345 of 821

1          Q.   Did any of those involve using

2   groundwater modeling to estimate contaminant

3   concentrations for the purposes of determining

4   exposure in individuals?

5               MR. DEAN:  Object to the form.

6               THE WITNESS:  Again, most of the

7   articles that I reviewed did not state the end

8   purpose of the -- they said the purpose of the

9   modeling to reconstruct or predict groundwater

10  contaminant concentrations using techniques,

11  different techniques, and also one of the articles

12  went into -- I think it was one of the earlier

13  applications of uncertainty analysis using Monte

14  Carlo simulation.

15  BY MR. ANWAR:

16          Q.   So as you sit here today, you're not

17  aware of those other articles using models to

18  estimate contaminant concentrations for the purpose

19  of determining exposure in individuals, correct?

20              MR. DEAN:  Object to the form.

21              THE WITNESS:  Again, not having been

22  directly involved with the analysis, it's -- I

23  really can't answer what the results were used for.

24  BY MR. ANWAR:

25          Q.   Okay.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 346 of 821

1          A.    The articles describe the process of
2    developing and/or calibrating models.
3               MR. DEAN:  Object to the form.  And
4    also add that if you're going to ask him about what
5    certain conclusions are in certain reports, that
6    the witness is entitled to see those reports, have
7    an opportunity to review them in detail, and then
8    properly respond.
9               MR. ANWAR:  I'm going to mark the 2000
10   Clement article as Exhibit 1.
11   BY MR. ANWAR:
12        Q.    Now, earlier we talked about the other
13   experts in the case and you having listened to
14   their depositions and read the deposition
15   transcripts, correct?
16        A.    Right, yes, to -- some more detail than
17   others.
18        Q.    Sure.  One of those experts is doctor
19   -- professor -- or Dr. Mustafa Aral, correct?
20        A.    Yes.
21        Q.    Who is -- remind me, who is Mustafa
22   Aral?
23        A.    Well, he was a professor at the Georgia
24   Institute of Technology.  He was also director of
25   the multimedia environmental simulations laboratory

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 347 of 821

1  within the School of Civil and Environmental

2  Engineering.  And he had or he was the principal

3  investigator on a cooperative agreement between

4  ATSDR and Georgia Tech.

5       Q.   And the cooperative agreement between

6  ATSDR and Georgia Tech, was that in relation to the

7  Camp Lejeune water modeling?

8       A.   Not specifically.  That was a

9  multiyear-type agreement and it was for any site.

10  For example, the couple of sites that I mentioned

11  in the journal article, ACTS article, we did

12  cooperatively.

13       Q.   Understood.  So -- but it did include

14  the Camp Lejeune water modeling, correct?

15       A.   Yes, it did.

16       Q.   And if I understand your testimony

17  before correctly, Dr. Aral was a professor that you

18  had at Georgia Tech, correct?

19       A.   Yes, yes, he was my -- my master's

20  thesis dissertation chair of that -- that

21  committee.

22       Q.   Okay.  And you know him personally,

23  correct?

24       A.   I know him professionally.  I don't

25  socialize with -- with -- with him, but I've known

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 348 of 821

1    him throughout the years professionally.

2          Q.    Understood.  What is your opinion of

3    Dr. Aral?

4          A.    He's very qualified.  I view him as a

5    mentor.

6          Q.    Okay.

7          A.    And can take his problems and analyze

8    them from a practical standpoint and also address

9    them through computational methods.

10          Q.    Now, you also listened to the

11    depositions of Jeffrey Davis and Norman Jones,

12    correct?

13          A.    Correct.

14          Q.    Who is Jeffrey Davis?

15          A.    I only -- I've never met him in person.

16    I met him, I assume, through Zoom and he's -- to my

17    understanding, he's a consulting engineer and

18    modeler.

19          Q.    You mentioned you have spoken with

20    Mr. Davis on Zoom; is that right?

21          A.    In a meeting, yes, in meetings.

22          Q.    Was that during the course of preparing

23    expert reports in the case?

24          A.    I believe he and Dr. Jones had some

25    questions about the Tarawa Terrace model input

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 349 of 821

1    files, and so I think that's where we had
2    discussions over Zoom.
3         Q.   And it was in the context of the -- the
4    litigation, correct?
5         A.   Yes.
6         Q.   Had you met either Jeffrey Davis or
7    Norman Jones prior to being retained by plaintiffs
8    as an expert?
9         A.   I have met Dr. Jones previously.
10        Q.   Okay.  You had not met Mr. Davis prior
11   to working -- or that call with him in the context
12   of the litigation, correct?
13        A.   That is correct.
14        Q.   Had you worked with Mr. Davis prior to
15   that Zoom meeting with him?
16        A.   No, I have not.
17        Q.   And it sounds like you don't know him
18   personally or socially, correct?
19        A.   That is correct.
20        Q.   Now, you mentioned having met Dr. Jones
21   in the past?
22        A.   Right.
23        Q.   When have you met Dr. Jones in the
24   past?
25        A.   I served with Dr. Jones on a review of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 350 of 821

1  a National Science Foundation grant for the
2  University of Alabama.  And so he was the chair of
3  the panel.  And I think every year, every other
4  year, they have to have a review status report like
5  that, so that's -- that's where I met him in
6  person.
7           Q.   Around what time frame would that
8  meeting have taken place?
9           A.   2021, 2022, someplace around there.
10          Q.   Have you met him on any other
11 occasions?
12          A.   Not in person, but I do know of him.
13          Q.   How do you know of him?
14          A.   Early on or as part of the Tarawa
15 Terrace analyses we found out that the -- I believe
16 it was the U.S. Army Corps of Engineers or U.S.
17 Army Corps of -- Hydrologic Center were developing
18 a software platform called GMS.  And while they
19 were beta testing it, since we were a federal --
20 sister federal agency, they wanted people to test
21 it out.  So they provided us with a license, and I
22 believe Dr. Jones was one of the original
23 developers of the GMS software and platform.
24          Q.   Do you remember around what time frame
25 that would have been developed?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 351 of 821

1          A.    I don't know the start of GMS, but
2     there's probably some letters in my files or
3     e-mails.  I'm going to say 2005, '6, somewhere --
4     maybe 2004, right when we were modeling or --
5     modeling Tarawa Terrace.
6          Q.    Did Dr. Jones directly work on the
7     model -- ATSDR's Camp Lejeune model for Tarawa
8     Terrace?
9          A.    No.
10         Q.    Okay.  You just had the conversation
11    with him in the context of the GMS software?
12         A.    No, I've never had --
13         Q.    Oh, you didn't.  Okay.
14         A.    It was just his -- his name as the
15    developer --
16         Q.    Understood.  Understood.
17         A.    -- when we were provided the executable
18    code by -- I think it was U.S. Army Corps of
19    Engineers Hydrologic Engineering Center, and so I
20    just saw it -- saw it through there, okay?
21         Q.    Outside of the work with the University
22    of Alabama and then the Zoom meeting that you
23    described for the purpose of this litigation, have
24    you worked with Dr. Jones in any other context?
25         A.    No.

                        Golkow Technologies,
877-370-3377              A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 352 of 821

1    Q.   Do you have any opinion about either

2  Mr. Davis or Dr. Jones?

3    A.   Both very well qualified.  Very good

4  analysts and they know their way around the GMS

5  modeling platform.  And I believe Dr. Jones is the

6  chair of the Brigham Young University School of

7  Civil and Environmental Engineering.

8    Q.   What about David Sabatini, who is

9  Dr. Sabatini?

10    A.   I understand he's a professor -- and I

11  forget the university, whether it's Texas or

12  Oklahoma.  Reading his report, he is -- appeared to

13  me to be an expert in volatilization issues, and I,

14  again, only met him over Zoom.

15    Q.   And that was in the context of this

16  litigation, correct?

17    A.   Yes.

18    Q.   Had you met him prior to the Zoom

19  meeting in this litigation?

20    A.   No, I have not.

21    Q.   Do you have any opinion about Dr. -- or

22  David Sabatini?

23    A.   The same as the others, very competent

24  and understands volatilization issues.  Was able to

25  assess them both from a scientific engineering

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 353 of 821

1    standpoint as well as present them to a layperson

2    who is not as technically knowledgeable.

3             Q.    Thank you.

4             A.    Can I get a drink of water here?

5             Q.    Sure.

6                   (DFT. EXHIBIT 2, deposition of Morris

7    L. Maslia dated June 30, 2010 Bates-stamped

8    CLJA_Healtheffects-00000494487 through 0000049712,

9    was marked for identification.)

10   BY MR. ANWAR:

11            Q.    I'm handing you what I'm marking as

12   Exhibit 2.  Here you go.  And I asked you these

13   questions last time around --

14            A.    Okay.

15            Q.    -- in September, but I just want to

16   confirm.

17            A.    Okay.  Can I take the rubber band off?

18            Q.    Sure.  Actually, that's all -- I

19   actually gave you all the copies.

20            A.    Oh.

21            Q.    Feel free to give one to Kevin.

22            A.    Okay.  Who else?

23            Q.    And I can take that one.  Exhibit 2 is

24   a transcript from a deposition you gave in 2010 in

25   Laura Jones versus the United States, correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 354 of 821

1          A.    That is correct.
2          Q.    Okay.  And at that time you were
3     employed still with the ATSDR, correct?
4          A.    That is correct.
5          Q.    And you were, I think, in the midst of
6     working on the Hadnot Point/Holcomb Boulevard
7     model, correct?
8          A.    That is correct.
9          Q.    And the Laura Jones versus United
10    States case, that was a prior Camp Lejeune case,
11    correct?
12               MR. DEAN:  Object to the form of the
13    question.
14               THE WITNESS:  It was never explained to
15    me, either by the Office of the General Counsel or
16    DOJ or the plaintiffs' attorney, what -- what
17    exactly the case was for.
18    BY MR. ANWAR:
19         Q.    The focus of your deposition, was it on
20    your work on the ATSDR water modeling for Camp
21    Lejeune?
22               MR. DEAN:  Object to the form of the
23    question.
24               THE WITNESS:  It was for Tarawa
25    Terrace, my understanding was.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 355 of 821

```
 1    BY MR. ANWAR:
 2          Q.    Okay.  So the focus of the deposition
 3    was the Tarawa Terrace model, correct?
 4                MR. DEAN:  Object to the form of the
 5    question.
 6                THE WITNESS:  That's my --
 7                MR. DEAN:  Give me time to -- you can
 8    answer.
 9                THE WITNESS:  Okay.  That -- that was
10    my understanding.
11    BY MR. ANWAR:
12          Q.    Okay.  And you testified under oath
13    during that deposition truthfully, correct?
14          A.    Yes, I did.
15          Q.    And you had an opportunity to -- to
16    review the transcript and make corrections on an
17    errata sheet, correct?
18          A.    That is correct.
19          Q.    And I believe the last page of the
20    transcript is your signed errata sheet.  You can
21    take a look.
22          A.    Yes, yes, it is.
23          Q.    Okay.  And as you sit here today, do
24    you stand by your prior deposition testimony?
25          A.    I will say I generally do.  If there's
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 356 of 821

```
1    a specific item in -- in here that there's a
2    question about, I would have to see what that
3    technical issue is and then I could specifically
4    tell you.
5            Q.   Okay.
6            A.   Okay.
7            Q.   As you sit here today, you don't have
8    any changes that you want to make to that
9    testimony?
10           MR. DEAN:  Object to the -- object to
11   the form.
12   BY MR. ANWAR:
13           Q.   You didn't come with changes, correct?
14           A.   No, I did not come with changes.
15           Q.   Okay.  So I am handing you now what I'm
16   marking as Exhibit 3.
17           (DFT. EXHIBIT 3, deposition of Morris
18   Maslia dated September 26, 2024, was marked for
19   identification.)
20   BY MR. ANWAR:
21           Q.   Here you go.
22           MR. ANWAR:  Kevin, here you go, if you
23   would like a copy.
24           MR. DEAN:  All right.  Thanks.
25   BY MR. ANWAR:
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 357 of 821

1          Q.    I'll represent to you this is a copy of
2     the transcript from your September 26th, 2024
3     deposition in this case.  Would you agree with
4     that?
5          A.    It appears to be, yes.
6          Q.    And this is deposition you gave in this
7     case in your sort of capacity as a fact witness,
8     correct?
9          A.    That is my understanding, yes.
10         Q.    And this deposition took place after
11    you had been retained by the plaintiffs, but before
12    you had disclosed your expert report in the case,
13    correct?
14         A.    Yes, that is correct.
15         Q.    And you gave that deposition testimony
16    under the oath to tell the truth and testify
17    truthfully, correct?
18         A.    That is correct.
19         Q.    And you had an opportunity to review
20    and make corrections on an errata sheet for that
21    deposition transcript as well, correct?
22         A.    Yes, I did.
23         Q.    And I say that deposition transcript.
24    I mean the September 2024 transcript; is that
25    correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 358 of 821

1          A.    Yes.

2          Q.    Okay.

3                (DFT. EXHIBIT 4, Acknowledgement of

4     deponent and errata sheets, was marked for

5     identification.)

6     BY MR. ANWAR:

7          Q.    I'm handing you what I'm marking as

8     Exhibit 4, which I'll represent to you is a copy of

9     your signed errata sheet for the September 2024

10    deposition transcript.  Would you agree with that?

11         A.    Yes, it is.

12         Q.    Aside from the changes on that errata

13    sheet, do you have any changes to your prior

14    deposition testimony?

15         A.    Not that I recall at this time.

16         Q.    Okay.  Nothing that you came with to

17    the deposition, correct?

18         A.    Excuse me?  I don't understand the

19    question.

20         Q.    You didn't come prepared to make

21    changes or offer changes to your past deposition

22    testimony as you sit here right now, correct?

23         A.    No, I do not.

24         Q.    Okay.  I am going to hand you now what

25    I'm marking as Exhibit 5.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 359 of 821

```
 1              (DFT. EXHIBIT 5, Expert Report of
 2      Morris L. Maslia, P.E., D.WRE, DEE, Fellow EWRI,
 3      was marked for identification.)
 4      BY MR. ANWAR:
 5          Q.    Here you go.
 6              MR. ANWAR:  Here's a copy for you.
 7      BY MR. ANWAR:
 8          Q.    Mr. Maslia, this is a copy of your
 9      expert report in this case dated October 25th,
10      2024, correct?
11          A.    That is -- I'm looking for the date on
12      here.  There's no date on this copy.
13          Q.    I think it's at the bottom there in the
14      middle.
15          A.    Oh, there it is, yes.  Okay.  That is
16      correct.
17          Q.    And to the -- you had an opportunity to
18      sort of look through that.  True and accurate copy,
19      to the best of your review?
20          A.    The copy is correct.
21          Q.    And aside from the articles that you --
22      we discussed this morning already, is the
23      materials-considered list on there complete and
24      accurate?
25          A.    Yes, as far as I know.
```

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 360 of 821

1     Q.   Is there anything on -- in that report

2   that you believe needs to be added that's not

3   reflected in the report?

4     A.   No.

5     Q.   I am handing you now what I'm marking

6   as Exhibit 6.

7          (DFT. EXHIBIT 6, Rebuttal Response to

8   Reports of Alexandros Spiliotopoulos, Remy, J.-C.

9   Hennet & Jay Brigham, was marked for

10  identification.)

11  BY MR. ANWAR:

12    Q.   Mr. Maslia, is Exhibit 6 a true and

13  accurate copy of your rebuttal expert report

14  submitted in this case?

15    A.   Yes, it is.

16    Q.   And it's dated January 14, 2024?

17    A.   Yes, it is.

18    Q.   And aside from the articles that you

19  mentioned this morning, is there anything missing

20  from the materials-considered list or the

21  references provided with this report?

22    A.   No.

23    Q.   And in this report, as the title

24  indicates, is in response to the reports of DOJ

25  experts Dr. Spiliotopoulos, Dr. Hennet and Brigham?

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 361 of 821

1      A.    That is correct.

2      Q.    Do you know Dr. Spiliotopoulos, Hennet

3  or Brigham?

4      A.    I do not know any of them and have

5  never met any of them.

6      Q.    Do you know of any of them?

7      A.    I know of Dr. Spiliotopoulos.  I

8  believe his name appeared in -- as an observer at

9  at least one of the ATSDR expert panel meetings.

10      Q.    Okay.

11      A.    But I could not tell you exactly which

12  one, okay?

13      Q.    Have you ever met Dr. Spiliotopoulos?

14      A.    No.

15      Q.    Have you -- so fair to assume if you

16  haven't met him, you've never worked with him,

17  correct?

18      A.    That is correct.

19      Q.    And same with Dr. Hennet?

20      A.    That is correct.

21      Q.    And I assume same with Dr. Brigham?

22      A.    That is correct.

23      Q.    Do you have any opinion about

24  Dr. Spiliotopoulos, Hennet or Brigham?

25      A.    Not other than they are the DOJ's

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 362 of 821

1  expert witnesses.

2        Q.   Okay.  In your -- either your primary

3  expert report or the rebuttal report, is there

4  anything that you believe is incorrect?

5        A.   I would -- in my expert report there

6  was -- and there was discussion during my

7  deposition about model bias and geometric biases.

8  And I believe that we -- or I went back and --

9  because there were a number of duplicate samples.

10 And because our model was only on a monthly time

11 frame, it really is not correct to try to match

12 daily or even weekly samples within monthly model

13 output.

14        So if you take the average within the

15 month of the actual sample data, you get a much

16 closer geometric bias to 1 -- 1.5.  So we

17 overstated both in the ATSDR report, and I'm

18 talking about Tarawa Terrace, as well as my expert

19 report, which came from -- had that overstated or

20 provided a higher geometric bias both for the

21 supply wells and the water treatment plant than I

22 believe should actually be there.

23        Q.   Is that currently reflected in your

24 expert report?

25        A.   No, it's not.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 363 of 821

1      Q.   And it's not reflected in the ATSDR
2   reports, correct?
3      A.   No, no.
4      Q.   When --
5      A.   I'm sorry.
6      Q.   No, go ahead.
7      A.   My expert report reflects or copies
8   exactly the tables out of the ATSDR reports
9   specifically for Tarawa Terrace with that.
10      Q.   When did you do this analysis about the
11   geometric bias?  And this is specifically for
12   Tarawa Terrace?
13      A.   Yes, I would say within -- as I was
14   preparing my rebuttal report to the DOJ experts and
15   within last month sometime, I started just reading
16   more about nondetection of sample data and multiple
17   samples within a month, which we had at Tarawa
18   Terrace, Hadnot Point, and then realizing that our
19   model results -- we only had one result per month
20   because they were monthly time steps.  So the
21   implication was that the model could reproduce
22   those daily or multiple monthly sampling, and they
23   -- it really can't if you only have a one-month
24   time step.
25      Q.   Does it follow, then, the -- the model

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 364 of 821

1    certainly -- because the model produced monthly

2    estimated concentrations, correct?

3         A.   That is correct.

4         Q.   And the model was not intended to

5    produce daily estimated concentrations, correct?

6         A.   Not the groundwater flow and

7    contaminant transport.  It was produced -- we had

8    monthly time steps, so that would be 31, 30, 28 or

9    29 days, depending on which month it was, and our

10   assumption was that represented the last day of

11   each month, like January 31st, February 28th, and

12   so on, but that it was equally likely to occur on

13   any day of the month.

14        Q.   So is it your opinion because you used

15   daily samples, but the model was producing monthly

16   simulated contaminant concentration estimates, that

17   you overestimated the geometric bias?

18        A.   Yes.

19             MR. DEAN:  Object to the form.

20             THE WITNESS:  We computed a geometric

21   bias that was higher than if you had a one-to-one

22   correspondence, one -- one sample and one model

23   result for each month.

24   BY MR. ANWAR:

25        Q.   Have you actually done the calculations

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 365 of 821

1   on that?

2          A.   Yes, I have.

3          Q.   I guess, based on the opinion that

4   you're offering now, what is -- what is, in your

5   opinion, the geometric bias for the Tarawa Terrace

6   model?

7          A.   For the supply wells, I believe it

8   comes down to somewhere below 1.5 and recalling a

9   value of 1.0 would be an exact match, okay?  And at

10  the water treatment plant, I believe it comes down

11  to almost 1.0.

12         Q.   Do you -- when you said you did the

13  calculations, is that reflected in writing

14  anywhere?

15         A.   I've got notes, but not with me.

16         Q.   Okay.  If we requested those notes to

17  be produced, would you be agreeable?

18              MR. DEAN:  Object -- object to the form

19  of the question.  I'll let you finish.  I'm not

20  sure if you were finished.

21  BY MR. ANWAR:

22         Q.   Well, we will request the notes from

23  your lawyer and the lawyers will work it out, but

24  if your lawyers ask you for the notes, would you be

25  agreeable to giving it to them?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 366 of 821

1          A.    Yes.

2                MR. DEAN:   Object to the form of the

3    question.

4    BY MR. ANWAR:

5          Q.    And outside of those notes, this

6    opinion that you're offering now, it's not

7    reflected in either your current expert report or

8    rebuttal report or the ATSDR reports themselves?

9          A.    That is correct.

10         Q.    And sort of my general high-level

11   understanding of sort of the thrust of your main

12   expert report at least is, is that the -- the ATSDR

13   models for Tarawa Terrace and the model for Hadnot

14   Point and Holcomb Boulevard are sufficiently

15   reliable and accurate to -- in estimating

16   contaminant levels for purposes of using them to

17   make exposure determinations in this case; is that

18   right?

19         A.    I would say that the models produce

20   reliable results on a monthly basis, the

21   groundwater flow and contaminant transport models

22   for both Tarawa Terrace and Hadnot Point, and that

23   we met one of the objectives that we were required

24   to meet by the study epidemiologists of providing

25   mean monthly concentrations.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 367 of 821

1          Q.   You're serving as an expert in this
2     case, correct?
3          A.   That is correct.
4          Q.   On behalf of the plaintiffs, correct?
5          A.   That is correct.
6          Q.   And do you understand that the
7     plaintiffs are offering the model for purposes of
8     estimating exposure in individual plaintiffs in the
9     litigation?
10               MR. DEAN:  Object to the form of the
11    question.
12               THE WITNESS:  When we did the model, I
13    was not aware of the end use of it.  I was
14    concerned with and what I have presented to the
15    plaintiffs is that it's reliable to provide monthly
16    mean concentrations.  I'm not involved in, nor have
17    I ever been involved in, any use post-modeling
18    results.
19    BY MR. ANWAR:
20         Q.   You understand the -- and if not, I'm
21    telling you now, the plaintiffs' lawyers are
22    offering the model as a way to estimate exposure --
23    estimated exposures in individual plaintiffs.  Do
24    you understand that?
25               MR. DEAN:  Object to the form of the

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 368 of 821

1    question.

2              THE WITNESS:  I understand what you

3    have just said, yes.

4    BY MR. ANWAR:

5         Q.   Okay.  And do you believe the model is

6    sufficiently reliable and accurate for that

7    purpose?

8         A.   The model is sufficiently reliable and

9    accurate for the monthly mean concentrations in

10   groundwater and in drinking water.  I don't know

11   what analyses they are conducting with those --

12   with those values, nor I have ever known, even when

13   I was at ATSDR, what the epidemiologists or how

14   they were planning on -- on using them other than

15   in a general framework.  But the epidemiologists at

16   ATSDR believe the model results were reliable and

17   accurate for their use.

18        Q.   Sort of at a high level I understood

19   the purpose of your report as -- to be supporting

20   the use of the model in the litigation.  Would you

21   agree with that?

22             MR. DEAN:  Object to the form of the

23   question.

24             THE WITNESS:  Could you clarify which

25   report you're speaking of?

1    BY MR. ANWAR:

2         Q.   Sure.  I understood the purpose of your

3    expert report that you submitted as a litigation

4    expert in the case for which you're consulting with

5    the plaintiffs on as advocating for or supporting

6    the use of ATSDR's Tarawa Terrace and Hadnot

7    Point/Holcomb Boulevard models in the litigation.

8              MR. DEAN:  I'm sorry.

9    BY MR. ANWAR:

10        Q.   Do I understand -- am I -- would you

11   agree with that?

12             MR. DEAN:  Object to the form of the

13   question.  You're asking him if he understands the

14   same thing you understand?  That's...

15             THE WITNESS:  My understanding was --

16             MR. DEAN:  For the record, I do not

17   know, nor has Mr. Anwar provided sufficient

18   information about what his understanding is to get

19   in his head in order to be able to have anyone

20   properly be able to respond to that question, so I

21   object to the form.

22             MR. ANWAR:  And I appreciate your

23   objections, Kevin.  I would appreciate if you also

24   limit your objections to form within the rules and

25   limit your speaking objections.  Mr. Maslia is the

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 370 of 821

1    one here to testify.  This isn't your deposition.
2                MR. DEAN:  You're familiar with the
3    rules of the road and the rules of depositions, and
4    if you follow those rules, then I will certainly
5    follow them as well.
6                MR. ANWAR:  And I am sort of raising
7    this now because if this continues to be a problem,
8    we intend to take that to the Court, so...
9    BY MR. ANWAR:
10        Q.   Mr. Maslia, I will ask you the question
11   again.  So you submitted an expert report in this
12   case?
13        A.   Yes.
14        Q.   And you submitted an expert report as a
15   paid litigation expert, correct?
16        A.   That is correct.
17        Q.   And you did so on behalf of the
18   plaintiffs, correct?
19        A.   That is correct.
20        Q.   Did you do so with the understanding
21   that the plaintiffs are offering the model or the
22   -- and when I say "the model", I mean ATSDR's
23   Tarawa Terrace model and ATSDR's Hadnot
24   Point/Holcomb Boulevard model -- for use in the
25   litigation?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 371 of 821

1          MR. DEAN:  Object to the form.

2          THE WITNESS:  I did so as the expert

3  and the person who oversaw the development of the

4  ATSDR models to any technical or scientific

5  questions pertaining specifically to the model,

6  model assumptions, model results that the

7  plaintiffs' attorneys may have.

8  BY MR. ANWAR:

9      Q.   Okay.  I just want to make sure I'm

10  crystal clear on this because as of now the Court

11  intends to hold a hearing on -- or the -- there's

12  discussion of a potential hearing being held on

13  issues related to water contamination in the case.

14  And I imagine if the Court does hold a hearing,

15  you'll be called to testify.  And if you're asked

16  by a lawyer or one of the judges that -- whether or

17  not the Court should use the model for making

18  exposure determinations for individual plaintiffs

19  in the case, what would your answer be?

20          MR. DEAN:  Object to the form of the

21  question.

22          THE WITNESS:  My response would be,

23  from my standpoint, my professional and expert

24  standpoint, that the model results are reliable

25  based on our assessment of model calibration, model

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 372 of 821

1  results, and that the -- as long as the models are
2  sufficiently calibrated, in my mind, anyone can use
3  them for whatever purpose they want to use them
4  for.  In other words, we did not calibrate the
5  models with the end result of exposure assessment.
6  Again, we were, at ATSDR, blinded to anything with
7  the epidemiology in terms of cases, controls,
8  people, anything like that, other than the five
9  objectives that I believe I listed in my expert
10 report as to what the epidemiologists requested us
11 to meet.
12 BY MR. ANWAR:
13        Q.   Okay.  Now, Appendix A, which is page
14 120 of your initial expert report.
15        A.   2020.  Yes, I'm there.
16        Q.   Is that a true and accurate copy of
17 your curriculum vitae?
18        A.   Yes, it is.
19        Q.   To the best of your knowledge, as you
20 sit here today, is it complete?
21        A.   Yes, it is.
22        Q.   And there's not anything that needs to
23 be updated as far as you're aware on that
24 curriculum --
25        A.   Not that I'm aware of.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 373 of 821

```
 1          MR. DEAN:  So there's someone who has
 2   just joined with an area code 202 number.  You're
 3   not muted.  Would you mind muting your phone,
 4   please.  Thank you.
 5   BY MR. ANWAR:
 6          Q.   And on page 17 of your report it states
 7   that "I'm being compensated an hourly rate of 400
 8   for my work for preparing this report.  My rate for
 9   depositions and trial testimony is 2,000 per day."
10   Did I read that correctly?
11          A.   Yes, you read that correctly.
12          Q.   And is that what you're being
13   compensated in the case?
14          A.   Yes, as it states right here.
15          Q.   I'm handing you what is being marked as
16   Exhibit 7.
17          (DFT. EXHIBIT 7, M.L. Maslia Consulting
18   Engineer invoices Bates-stamped
19   CL_PLG-Expert_Maslia_0000000609 through 0000000680,
20   was marked for identification.)
21   BY MR. ANWAR:
22          Q.   These are invoices that were produced
23   to us in response to a document, subpoena,
24   accompanying your -- your deposition notice.
25          A.   Okay.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 374 of 821

1          Q.   Are these the invoices for the -- for

2     your expert work performed on behalf of the

3     plaintiffs in the case?

4          A.   I haven't gone through all of them, but

5     they appear to be with my signature and the

6     billable hours and expenses that I submitted, yes.

7          Q.   Okay.  Do you have an estimate on how

8     much you've billed to date in the case?

9          A.   No, I just submit it on a monthly

10    basis.

11         Q.   Sure.

12         A.   And you would have to ask the --

13    whoever the accountant is for the plaintiffs or my

14    CPA who is filing my taxes.

15         Q.   Well, so I went through the invoices.

16         A.   Right.

17         Q.   According to my calculation and

18    let's -- let's call this rough, it looks like

19    you've billed a little over 1100 hours in the

20    amount of about $346,000, just under $347,000, for

21    your work in this case and that's for professional

22    services.  Does that sound about right to you?

23               MR. DEAN:  Object to the form.

24               THE WITNESS:  It sounds high to me,

25    but, again, you'll have to add these up.  If you're

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 375 of 821

1    basing them on -- on these, that's all --

2         Q.    Okay.

3         A.    It does sound high.  The 300 number

4    sounds high.

5         Q.    Okay.  But if it's -- if that's what

6    the invoices add up to, you wouldn't dispute it?

7         A.    No, I would not.

8         Q.    And I noticed your invoices were

9    separated out for professional services and then

10   you had travel and related expenses, correct?

11        A.    That is correct.

12        Q.    Okay.  And so the hours and the numbers

13   I read to you just now were what I calculated for

14   professional services.  For travel and related

15   expenses, again, roughly I calculated 82.5 hours in

16   the amount of about $16,000.  Does that sound about

17   right to you?

18        A.    It would be hard for me to answer that

19   right at this instant of time without going through

20   them and adding them up.

21        Q.    Okay.  If that's what they add up to in

22   the invoices, do you have any reason to dispute

23   that?

24        A.    No, I do not.

25        Q.    We've been going for about an hour.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 376 of 821

1    Would you like to take a break or --

2         A.   Sure.  That would be good.

3         Q.   Okay.  Let's do that.

4              THE VIDEOGRAPHER:  Okay.  We're going

5    off record.  The time is 10:14 a.m.

6              (A recess transpired.)

7              THE VIDEOGRAPHER:  Okay.  We're going

8    back on the record.  The time is 10:25 a.m.

9    BY MR. ANWAR:

10        Q.   We are back on the record from a short

11   break, Mr. Maslia.  Are you okay to continue?

12        A.   Yes, I am.

13        Q.   Did you speak with your lawyers during

14   the break?

15        A.   No, I did not.

16        Q.   Okay.

17        A.   There is one thing I would like to

18   clarify.

19        Q.   Sure.

20        A.   If I could do that.  When we were

21   speaking about the improved and reanalysis of the

22   geometric biases, I got the original thought

23   reading Dr. Konikow's expert report where he had

24   mentioned about duplicate values in his report.

25        Q.   Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 377 of 821

1          A.    So I just wanted to give credit for the
2    initial thought about that.
3          Q.    No, I appreciate that.  You actually
4    anticipated my question.  I was going to ask you
5    sort of as a follow-up when you decided to do that
6    analysis and it sounds like it was in the last
7    month or two; is that right?
8          A.    That is correct.
9          Q.    Okay.  And it was in the context of
10   reading Dr. Konikow's report?
11         A.    Yes.
12         Q.    Okay.  Would that have been after he
13   had disclosed his report?
14         A.    Yes, yes, it was the -- I mean, what
15   was submitted to DOJ.
16         Q.    Okay.  And was there any particular
17   reason you decided to do the analysis or it was
18   just the thought popped up in reading his report?
19         A.    Well, he mentioned that -- specifically
20   I believe it was in reference to well TT26 at
21   Tarawa Terrace where there were, like, five samples
22   within a short time period, like within a day or
23   week.
24         Q.    Yeah.
25         A.    And that the models could not really

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 378 of 821

1    reproduce that, okay, on a monthly basis.  And so

2    that's when I looked at our tables that we had

3    published in the Tarawa Terrace Chapter A report

4    where we computed the model biases and the

5    geometric biases, and I went back and took that

6    suggestion and did the analysis.

7         Q.   Okay.  And you indicated you have some

8    notes about that, right?

9         A.   That is correct.

10        Q.   Okay.

11             MR. ANWAR:  We will -- we will formally

12   request those notes be produced.  We will just

13   formally on the record request that those notes be

14   produced and reserve the right to reopen the

15   deposition depending on what's in the notes.

16             MR. DEAN:  That's right.  And we

17   reserve all of our objections and -- but we will

18   take a look at it and provide a response back to

19   you.

20             MR. ANWAR:  Okay.  Sounds good.

21   Thanks, Kevin.

22             MR. DEAN:  I don't have what he's

23   referring to here either, so...

24             MR. ANWAR:  Okay.  Understood.

25   BY MR. ANWAR:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 379 of 821

1          Q.   And then I wanted to ask you,

2     Mr. Maslia, when we were talking about expert

3     reports that you had reviewed, did you review

4     Dr. Longley's report as well?

5          A.   No, I did not.

6          Q.   Okay.  Did you review it at any point?

7          A.   I don't know who Dr. Longley is.

8          Q.   Okay.  I wanted to ask you a few

9     questions about the invoices.  There were a couple

10    of references to discussions with -- with Robert

11    Faye.  And it looks like you spoke with Robert Faye

12    in August of 2024.  I'll call him Bob Faye.

13    Everyone calls him Bob Faye, it appears.  And one

14    of the notes is -- provide Robert Faye, Bob Faye,

15    with verbiage on the use of probabilistic analysis

16    for Tarawa Terrace models, compose table listing,

17    ATSDR data discovery activities, and then review so

18    -- review 2005 expert report panel.  And I can

19    direct you to where in the invoices that is if you

20    would like to take a look at it, but --

21          A.   Yeah, if you could, please.

22          Q.   Sure.  It's the page ending 626.

23          A.   626.  Okay.  Ah, okay.  Sure.  What

24    date in particular?

25          Q.   It's August 24.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 380 of 821

1          A.    Okay.

2          Q.    Why did you speak to Robert Faye there?

3    What was that about?

4          A.    Well, Bob Faye and I have known each

5    other professionally probably for 40 years.

6          Q.    Four or 40?

7          A.    40.  40.  40 years, more or less.  And

8    he was the person responsible for developing the

9    Tarawa Terrace groundwater flow and contaminant

10   fate and transport models as well as analyzing all

11   the hydrogeologic data.  And so I had found out,

12   maybe through Bob, that he had been retained by the

13   plaintiffs' attorneys and I think there was a

14   question on -- on his part as to how to properly --

15   or how to word something containing probabilistic

16   analyses, which is what I did at ATSDR.  Not only

17   did that, but I was familiar with -- with that on

18   numerous occasions of doing that, and so I think

19   that's what the discussion was about.

20         Q.    Do you know when Bob Faye was retained?

21         A.    I don't know the date.

22         Q.    But as of this day, August 24th, 2024,

23   you spoke with him and he was retained; is that

24   right?

25         A.    That is my understanding.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 381 of 821

1      Q.   Okay.  And on that same page there is
2  an entry phone call with R. Faye about review of
3  ABC One Cleaners site data 2007 to 2012.  Do you
4  remember what that conversation was about?
5      A.   I think the question came up in some of
6  the production that DOJ provided to the -- the
7  plaintiffs about what documents we may have had at
8  ATSDR and what documents either the Department of
9  Navy provided us --
10      Q.   Sure.
11      A.   -- in conducting the Tarawa Terrace
12  reports.  And so that ABC Weston 2007 report came
13  up.
14      Q.   Okay.  And then if you turn the page to
15  the page ending 640.
16      A.   Okay.
17      Q.   There are a couple of entries for
18  December 28th and 29.
19      A.   Right.
20      Q.   The 29th entry is, review R. Faye
21  rebuttal report, call with R. Faye.  Do you recall
22  that conversation?
23      A.   On the 28th?
24      Q.   29th.
25      A.   29th.  I'm sorry.  I don't specifically

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 382 of 821

1    recall that -- that phone call.  I mean, I don't
2    know what exactly I was reviewing in his report.
3    He may have asked me my opinion of something he was
4    writing and being that he was retained and I was
5    retained, I probably provided an opinion.
6          Q.    Okay.  We have not received a rebuttal
7    report from Bob Faye.  One has not been disclosed.
8    I'm just wondering if you knew why that was?
9                MR. DEAN:  Object to the form of the
10   question.  It's confidential attorney work product
11   and I would instruct the witness not to answer the
12   question.
13   BY MR. ANWAR:
14         Q.    Do you know if Bob Faye intends to
15   testify in this case?
16         A.    I've -- I'm not involved in that part
17   of being retained as to who does and does not
18   testify, so I do not know.
19         Q.    Okay.  Other than sort of what's
20   reflected on these invoices, have you spoken with
21   Bob Faye about any other aspect of your work on
22   this case?
23         A.    Well, just in reviewing the original
24   ATSDR reports where he was the primary author,
25   making sure I understood what he was writing about

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 383 of 821

1    or what his intent was.

2            Q.    Sure.

3            A.    For example, the Chapter F, fate and

4    transport model, I wanted to clarify, you know,

5    technically clarify something.

6            Q.    When would that have taken --

7    conversation taken place?

8            A.    Last week sometime.

9            Q.    I also noticed from some of the entries

10   on your invoices that you exchanged some e-mails

11   with Jerry Ensminger; is that right?

12           A.    If you could -- can you point me to

13   exactly where they -- they are?

14           Q.    I don't -- I don't -- I can look during

15   one of the breaks --

16           A.    Okay.  Okay.

17           Q.    -- and point you directly, but do you

18   recall exchanging e-mails with Jerry Ensminger or

19   talking with him during the course of your work on

20   this case?

21           A.    He has called me a couple of times.

22           Q.    Okay.

23                 MR. DEAN:  I think you might have

24   marked some of that in the first depo, if I

25   remember correctly, just for what it's worth to

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 384 of 821

1  help him remember.  I think you might have marked a
2  couple that were produced.
3  BY MR. ANWAR:
4       Q.   When is the last time you spoke with
5  Mr. Ensminger?
6       A.   Sometime this past month he called me.
7       Q.   What was that conversation about?
8       A.   He wanted to know my opinion of the
9  ATSDR models.  He did mention geometric bias
10  specifically, but whether the models were, you
11  know, accurate, did they overpredict, underpredict.
12       Q.   Do you know why he called you in the
13  last month about that, about whether the models
14  were accurate?
15       A.   No, he never provides a reason why he
16  calls.  He just calls me.  I mean, in that sense.
17       Q.   You know, just in reviewing the
18  documents in the case, it seems like -- and you
19  should correct me if I'm wrong -- throughout the
20  years Mr. Ensminger has had a number of
21  conversations with you and others on the ATSDR side
22  about work that was being performed related to the
23  models and the epi studies.  Is that consistent
24  with your recollection?
25       A.   Well, Mr. Ensminger was a member of the

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 385 of 821

1  Camp Lejeune camp.

2      Q.   Yeah.

3      A.   And he probably called or talked to me

4  in that capacity because when I was at ATSDR -- and

5  I don't know what the situation is now -- they

6  would have quarterly CAP meetings, okay, and it's

7  mostly when -- if I was going to present some

8  information or whatever, I called in his capacity

9  as the -- as a CAP member.  That's what I recall.

10     Q.   Okay.  I was just wondering if you had

11 any insight on why he called you now.  Because it

12 seems like he probably has a pretty good

13 understanding of the models just from the years of

14 working with you-all.  If you have any insight on

15 why he decided to call in the last month.

16          MR. DEAN:  Object to the form of the

17 question.

18          THE WITNESS:  No, I do not know why --

19 why he would call me, because I had not heard from

20 him in a while.  I mean...

21 BY MR. ANWAR:

22     Q.   Sure.  And did you-all specifically

23 discuss geometric bias during that call?

24     A.   Not -- not that specific verbiage, but

25 the concept and what it means.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 386 of 821

1          Q.    Okay.  Now --

2          A.    Those were the values -- I need to

3     clarify.  Those were the values relating

4     specifically to the report, not anything additional

5     that I had done.

6          Q.    Understood.  Have you had any other

7     conversations with Mr. Ensminger during the course

8     of your work in this case?

9          A.    I believe there's one e-mail where he

10    wanted to know if I had an award certificate where

11    we were awarded the grand prize in research from

12    the American Academy of Environmental Engineers and

13    Science in 2015, and I believe I did provide him

14    with a couple of images.

15         Q.    Sure.  And if my understanding -- if my

16    recollection from your prior deposition is correct,

17    Mr. Ensminger is a Camp Lejeune activist, right?

18              MR. DEAN:  Object to the form.

19              THE WITNESS:  I assume there's

20    different definitions for activist.  I have always

21    known him as a member of the CAP and a -- I'll just

22    leave it at that.  That's where I first met him and

23    that's -- even when he calls today, I still think

24    of him in terms of the Camp Lejeune CAP.

25    BY MR. ANWAR:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 387 of 821

1          Q.   And are you aware that he's a plaintiff
2     in the lawsuit as well?
3          A.   No, I'm not aware of anyone who's a --
4     who's in the lawsuit.
5          Q.   Is Mr. Ensminger a water modeler?
6          A.   No, he is not.
7          Q.   Is he an epidemiologist?
8          A.   No, he's not.  Let me qualify that, to
9     my knowledge, I guess.
10         Q.   Sure.  I also noticed in the invoices
11    at some point during the course of your work as a
12    retained expert, you spoke with Chris Portier.  Do
13    you recall that?
14         A.   I don't ever recall speaking with
15    Dr. Portier once I was retained here.
16         Q.   Okay.
17         A.   I spoke to him -- or he spoke to me
18    when I was at ATSDR.  That's the last -- last time,
19    actually, I recall speaking to Dr. Portier.
20         Q.   Who is Chris Portier?
21         A.   Dr. Portier is a former director of the
22    Agency for Toxic Substances and Disease Registry.
23    I'm not sure when he started.  Maybe 2010, perhaps,
24    and retired, my understanding is, in 2013.
25         Q.   Okay.  And then I noticed on the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 388 of 821

1    invoices there were some e-mails or conversations
2    that took place with Walter Grayman; is that right?
3         A.    That is correct.
4         Q.    First off, let me ask you, who is
5    Walter Grayman?
6         A.    Walter Grayman I would consider a
7    mentor in water distribution system modeling and
8    probably one of the godfathers of water
9    distribution system modeling using computational
10   methods.
11        Q.    And why did you speak with Walter
12   Grayman?
13        A.    In my capacity here or -- I don't
14   understand --
15        Q.    Sure.
16        A.    -- the question.
17        Q.    During the course of your retention --
18        A.    Right.
19        Q.    -- as a -- for the plaintiffs in the
20   litigation as an expert.  I noticed his name on
21   some of the invoices.  Why did you speak with him
22   during the course of the litigation?
23        A.    My understanding is that he was also
24   retained as an expert witness.
25        Q.    Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 389 of 821

1      A.   But he is no longer that.  But that was
2   my initial understanding.  So he had some questions
3   about the water distribution system modeling
4   because he had assisted us in conducting field
5   studies and using the -- the model, and so that's
6   probably why I spoke with him, about that.
7      Q.   Do you recall any other conversations
8   that you've had with Walter Grayman during the
9   course of the litigation?
10     A.   No, no.
11     Q.   I wanted to -- we talked -- some of
12  this is going to overlap with our discussion during
13  the last deposition.  I'm trying --
14     A.   Okay.
15     Q.   -- my best not to duplicate too much.
16  We talked about, in your prior deposition, sort of
17  when you started working on the Camp Lejeune water
18  modeling at ATSDR and when it concluded.  And I
19  noticed in Dr. Aral's report submitted in this
20  case, he makes a statement that over the 15-year
21  period from 2000 to 2015, I had my team members
22  work with essentially EDRP at ATSDR -- and, for the
23  record, the EDRP is exposure dose reconstruction
24  program.  The statement is "from 2000 to 2015, I
25  and my team members worked with other team members

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 390 of 821

1    at EDRP at ATSDR to perform analysis of Tarawa
2    Terrace, Holcomb Boulevard, Hadnot Point studies
3    related to Camp Lejeune."
4              Does that time period, 2000 to 2015, is
5    that right in terms of the work for the water
6    modeling?
7         A.   For Camp Lejeune?
8         Q.   Correct.
9         A.   No, that is not correct.  We had a --
10   as I indicated previously, we had the cooperative
11   agreement that ran every five years, and Georgia
12   Tech was the cooperative agreement university
13   partner.  And so on other sites, for example, I
14   mentioned the journal article that was published in
15   2004, so we would work on other sites.  We did not
16   begin working in earnest until 2003 on Camp -- Camp
17   Lejeune, at which point, if they were still part of
18   the cooperative agreement, which they were, that's
19   when they would have started or we would have
20   started to have discussions about Camp Lejeune and
21   the approaches we should be taking and things of
22   that nature.
23        Q.   And that's helpful in terms of the
24   start date.  And then the end date he had in his
25   report as 2015.  I noted that the -- I think the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 391 of 821

1    last Hadnot Point/Holcomb Boulevard report was

2    published in 2013.  Is that consistent with your

3    understanding?

4         A.   The last report series was released in

5    March 2013.

6         Q.   Did -- did the work related to the

7    Hadnot Point/Holcomb Boulevard modeling at ATSDR,

8    did it conclude in March 2013 or did it go on

9    another year until 2015?

10        A.   The actual modeling activities and data

11   analysis activities and report publishing concluded

12   March 2013.  I may have been asked by the

13   epidemiologists to forward them the final modeling

14   results after March of 2013, but I don't recall the

15   exact date.

16        Q.   Were you doing any work on the modeling

17   in the ATSDR, I guess, either Tarawa Terrace or

18   Hadnot Point/Holcomb Boulevard models, in 2015?

19        A.   No, I was not.

20        Q.   Okay.  So the -- the time frame is just

21   slightly off a little bit in his report, it sounds

22   like?

23        A.   That is correct.

24        Q.   Okay.  I just wanted to clarify that.

25             So you -- you worked on the ATSDR

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 392 of 821

1   models for Tarawa Terrace and Holcomb
2   Boulevard/Hadnot Point -- Hadnot Point/Holcomb
3   Boulevard for just over a decade; is that right?
4          A.   Yes, that would be correct, although
5   the initial work plan development probably was in
6   early 2003 or maybe 2002, internal, internal work
7   plan.
8          Q.   Understood.  You said 2002, 2003?
9          A.   Yes.
10         Q.   Okay.  11, 12-year time frame?
11         A.   That is correct.
12         Q.   For the 11, 12-year time frame for the
13  work that you and your colleagues at ATSDR did
14  related to the Tarawa Terrace and the Hadnot
15  Point/Holcomb Boulevard models, correct?
16         A.   That is correct.
17         Q.   Okay.  And during that period of time,
18  you were ATSDR's project officer for the exposure
19  dose reconstruction program, correct?
20         A.   That is correct.  I was the project
21  officer from the beginning of the exposure dose
22  reconstruction program, which was probably 2004 or
23  '5.
24         Q.   Okay.  And then you were also the --
25  the lead or the project manager for ATSDR's water

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 393 of 821

1   models on Camp Lejeune, correct?

2           A.   That is correct.

3           Q.   Okay.  Now, when you were employed

4   during this period of time by ATSDR working on the

5   Camp Lejeune modeling, you were a federal

6   government employee, correct?

7           A.   That is correct.

8           Q.   Do you remember what grade you were

9   sort of in the GS system in terms of employed?

10          A.   It changed over time because I was

11  classified under the Office of Personnel

12  Management's research grade evaluation system.

13          Q.   Sure.

14          A.   So I was promoted twice from a GS-13,

15  which is where I came into ATSDR, applied to be

16  reclassified as -- under the research grade, and

17  then was promoted to a GS-14 and a GS-15.

18          Q.   When were you promoted to a GS-15?

19          A.   I would have to look at my electronic

20  personnel file.

21          Q.   Sure.  Were you a GS-15 by the time you

22  were working on the Camp Lejeune water models at

23  ATSDR?

24          A.   Somewhere in there.  Not necessarily at

25  the beginning.

1          Q.    Okay.  I am going to hand you what I'm
2     marking as Exhibit 8.
3               (DFT. EXHIBIT 8, Federal employee
4     profile for Morris L. Maslia, was marked for
5     identification.)
6     BY MR. ANWAR:
7          Q.    I -- I looked you up on the federal
8     government employee lookup tool, and you're welcome
9     to look me up, too, as a federal employee.  But
10    does this document I hand you accurately reflect
11    your GS grade and your salary while employed at
12    ATSDR between 2004 and 2018?
13         A.    Well, it's incorrect because I retired
14    on December 31st, 2017.
15         Q.    Okay.  Aside from the 2018 year, for
16    the other years, does that generally look correct?
17         A.    I don't recall being a GS-15 all the
18    way down to 2004 because I do recall them -- under
19    the research grade evaluation program, what they do
20    is, depending on the grade, but at the 13 and above
21    they should review you every four to five years,
22    maximum.  So they would -- you -- they call in a
23    panel and have experts and then they score you on a
24    point basis.  And then if you make above a
25    certain -- a certain point level, then the agency

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 395 of 821

1    has to say yes, we've got a GS-15 position
2    available or not, okay?
3            So again, I just don't recall it being
4    in 2004, but I would have to look at my own -- I
5    know you pulled this off the -- I've got my own
6    electronic personnel folder at home, or it was on
7    my ATSDR LAN drive, because they wanted everybody
8    to keep a copy of their personnel -- electronic
9    personnel folder when they went to digital versions
10   of it.  So I could tell by those.  I'm familiar
11   with the -- whatever it is, SF-171 form that tells
12   each year or whatever when you get promoted.
13           Q.   Sure.  Would the salary amounts, do
14   they look roughly right?
15           A.   They -- they -- they look, from my
16   recollection, correct, yes.
17           Q.   Okay.  And so for that 11- or 12-year
18   period, would it be fair sort of roughly to
19   estimate that your total salary, cumulative salary,
20   during that period exceeded a million dollars,
21   correct?
22           A.   I've never -- I've never added it up,
23   to be quite honest about it, so I would need to add
24   that up before...
25           Q.   Okay.  But if we added that up and I

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 396 of 821

1    told you it's over a million dollars, do you have
2    any reason to dispute that?
3         A.    No.
4         Q.    Okay.  Besides your salary as an ATSDR
5    employee and the compensations and billings we've
6    discussed related to your retention or your role as
7    an expert in the litigation, have you received any
8    other compensation related to Camp Lejeune?
9         A.    No, I have not, nor have I ever.
10         Q.    Now, if I remember correctly -- and
11    you're welcome to refer to your CV as we're going
12    through this.  It's page 121 in your expert report.
13    You started at ATSDR in 1992?
14         A.    Let me just get there, so --
15         Q.    Sure.
16         A.    -- I'm on the page that you're
17    referring to.  I started at ATSDR in 1992, that's
18    correct.
19         Q.    And you retired in 2017, right?
20         A.    December 31st, 2017.
21         Q.    And as we just discussed, you worked on
22    ATSDR's Camp -- the water modeling related to Camp
23    Lejeune for Tarawa Terrace and Hadnot Point/Holcomb
24    Boulevard from about 2003 to 2013, 2014?
25         A.    Probably.  I want to say through 2013.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 397 of 821

1    I was being funded in part at that time by the

2    Department of Navy, and so whatever they put in the

3    budget for 2014, it would not have been funded

4    by -- to my knowledge, by Camp Lejeune because the

5    modeling was completed, okay.

6          Q.    Okay.  And give or take, for a little

7    over -- for roughly a little over a decade, I think

8    we said 11 or 12 years, you worked on Camp Lejeune

9    water modeling at ATSDR, right?

10         A.    That is correct.  We did have, though,

11   again, because I was not only project chief or

12   scientific technical project officer for Camp

13   Lejeune, but I was also over the exposure dose

14   reconstruction program.  We had other EDRP

15   activities and a couple of sites that we worked in,

16   not using Camp Lejeune money, but using the

17   agency's other funds.

18         Q.    Okay.  You started at ATSDR in '92.

19   You left in 2017, and you worked -- so that's,

20   what, roughly 25 years?

21         A.    Yes.

22         Q.    Okay.  And you worked on Camp Lejeune

23   water modeling for close to half of that, is that

24   right, at ATSDR?

25         A.    Did we say 10 or 11 years, yes.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 398 of 821

1          Q.    Okay.

2          A.    Maybe slightly less.  Maybe slightly

3     less, but...

4          Q.    Understood.  Was the water modeling for

5     Camp Lejeune a significant portion of your work

6     portfolio at ATSDR?

7          A.    It was a substantial, but there were

8     other sites, as I said, prior to Camp Lejeune and a

9     couple of sites -- or a couple of analyses that

10    were not Camp Lejeune related.

11         Q.    Focusing on that period between 2002,

12    2003 to 2013, what percentage of your work would

13    you say was related to the ATSDR's Camp Lejeune

14    modeling?

15         A.    I'll start after about mid-2003.  I

16    think that's when the ATSDR, I assume, got approval

17    from either the Marine Corps or the Navy to expend

18    the budget money on Camp Lejeune.  I would say it

19    was probably 95 percent on different aspects of

20    Camp Lejeune.

21         Q.    As I was looking at your -- your CV,

22    and specifically I was looking at your list of

23    publications, without looking each and every one

24    up --

25         A.    Right.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 399 of 821

1          Q.    -- it's on page 130.

2          A.    Okay.  Okay.  I'm there.

3          Q.    I counted about nine or ten articles

4    that you've published related to the modeling work

5    you did on Camp Lejeune at ATSDR; is that right?

6          A.    That sounds about right.  It would be

7    agency reports.  It would be journal articles and

8    there were some symposia presentations.

9          Q.    Do you have any -- well, let me ask it

10   this way.  Just ballpark, not holding you to any

11   specific number, how many publications, symposiums,

12   presentations, have you given related to the Camp

13   Lejeune water modeling?

14         A.    I would really have to go and count

15   them up.  I just don't feel answering truthfully if

16   I just picked a number out.

17         Q.    Would you -- I think I identified nine

18   publications.  Would you agree over ten?

19         A.    Yes.

20         Q.    Do you think over 20?

21         A.    If you count some symposia

22   presentations where we had to actually submit a

23   manuscript, sometimes we did, and others we just

24   did, like, PowerPoint presentations, okay?

25         Q.    So potentially over 20?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 400 of 821

1          A.    Right, yes.

2          Q.    What about over 30?

3          A.    That may come under other activities.

4    Like I was adjunct professor at the Emory

5    University Rollins School of Public Health, and so

6    I would give some case studies to my students using

7    what was publicly released from Camp Lejeune.  And

8    I may have been asked by other ATSDR professionals

9    who were teaching other courses on statistics or

10   risk assessment at Emory to be a guest speaker for

11   my -- and I would give, again, things we had

12   already published or publicly released by the

13   agency about Camp Lejeune.

14         Q.    Would you agree that the work you did

15   on the water modeling for Camp Lejeune at ATSDR was

16   a significant part of your career at ATSDR?

17         A.    I would say it was substantial.  It

18   would not be the complete time.

19         Q.    And I saw on your CV that you, in 2015,

20   received the 2015 Excellence and Environmental

21   Energy Award, the grand prize, from the American

22   Academy of Environmental Engineers and Scientists;

23   is that right?

24         A.    That is correct, sir.

25         Q.    And was that related to the water

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 401 of 821

1    modeling work that you did at ATSDR on Camp

2    Lejeune?

3            A.    Yes, it was.

4            Q.    What is AEEES?

5            A.    It's a professional organization, as

6    the name implies, of environmental engineers and

7    other engineers and scientists, and they run a

8    competition each year with different categories,

9    for example, consulting small projects, government

10   projects, and research projects.

11           Q.    Okay.

12           A.    And I mean, they put on webinars and

13   things of that nature, continuing education

14   courses.

15           Q.    I saw the picture that you produced

16   holding the award.  You looked very happy.  What

17   did that award mean to you?

18           A.    It meant -- it was especially

19   meaningful not just to me, but for our entire team

20   because an outside organization recognized the

21   significance of our work and contribution about

22   Camp Lejeune to the profession.

23           Q.    Are you proud of that award?

24           A.    Yes, I am.

25           Q.    Would you describe it as one of the

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 402 of 821

1    highlights of your career?

2          A.    Yes.

3          Q.    How would you describe the work you've

4    done on the Camp Lejeune water modeling at ATSDR in

5    the context of your career?

6          A.    I would say it was one of the similar

7    works that I have done, just like prior to Camp

8    Lejeune, Dover Township.  Toms River, New Jersey

9    was also a similar piece of work.  It was at the

10   U.S. Geological Survey, the work on the Floridian

11   RASA was also a similar piece of work.

12         Q.    Now, in your prior deposition we

13   briefly discussed some e-mail exchanges that you

14   had with the Bell Legal Group in a 2009/2010 time

15   frame.  Do you recall that?

16         A.    In the September deposition?

17         Q.    Correct.

18         A.    I don't specifically recall that, but

19   if it's in the verbatim transcript, then we

20   discussed it.

21         Q.    Okay.  I'll show you one of them later.

22         A.    Okay.

23         Q.    And then you were retained by the Bell

24   Legal Group in July 2022 to serve as an expert in

25   this litigation, right?

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 403 of 821

1          A.    That is correct.

2          Q.    I was wondering what -- what led you or

3    how did you decide to serve as an expert witness in

4    this case?

5          A.    Well, after I retired, of course, I --

6    I did a few consulting jobs just to keep in the

7    profession, keep my mind fresh.  And then I was

8    approached and I felt because I had probably the

9    most internal knowledge -- not internal ATSDR, but

10   about the modeling I'm talking about, about what --

11   what we did, what the results meant, our confidence

12   in them, and that I could advise them on those

13   aspects of it.

14         Q.    Are you -- how do I ask this?  Is one

15   of the factors you considered in serving as an

16   expert in a litigation helping plaintiffs pursue

17   their claims related to exposure to Camp Lejeune

18   water?

19         A.    That never -- that was never discussed

20   with me and that was never my -- my understanding,

21   but rather that I was a technical expert on water

22   modeling.

23         Q.    Do you want to help the plaintiffs in

24   this case pursue their claims related to exposure

25   to Camp Lejeune water?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 404 of 821

1                   MR. DEAN:  Object to the form of the
2      question.
3                   THE WITNESS:  That really would be a
4      legal question.  I'm not really involved in legal
5      aspects other than being retained to explain what
6      we did, what I did, and the meaning of the work at
7      -- the water modeling that came from Camp Lejeune.
8      BY MR. ANWAR:
9           Q.   And I guess I'm not asking you sort of
10     in the legal sense of whether your work is being
11     used to support the plaintiffs.  I'm just asking
12     you personally, do you want to help the plaintiffs
13     in the litigation?
14                  MR. DEAN:  Object to the form of the
15     question.
16                  THE WITNESS:  When we did work at ATSDR
17     and even when I was at the USGS, we did what I
18     would classify as science in the public's interest,
19     okay?  And so it's important to me that the public
20     understands what we did and how we did it, and if
21     it can help them come to a better understanding of
22     what occurred at Camp Lejeune or Toms River, Dover
23     Township, New Jersey, then that's a good -- good
24     use of my time, expertise, and the taxpayer's
25     money.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 405 of 821

1    BY MR. ANWAR:

2         Q.    So does your desire to -- or your

3    involvement in the litigation, does that stem from

4    a desire to explain the work that you did related

5    to Camp Lejeune at ATSDR?

6         A.    Yes, yes.

7         Q.    Do you feel like your work is under

8    attack in the litigation?

9         A.    Not personally under attack.  I believe

10   there's been mischaracterization of the work and

11   perhaps at different points misunderstanding of

12   what we were tasked with or charged with doing and

13   the reliability of the work.

14        Q.    Do you --- is one of the motivating

15   factors in serving as an expert for the plaintiffs,

16   is it to defend your work?

17             MR. DEAN:  Object to the form.

18             THE WITNESS:  Well, I think if I'm

19   asked a question about our work, I'm defending

20   the -- the work, okay?  So -- so but my objective

21   is not necessarily to be hired so I can defend what

22   we did.  I would like to think that more of

23   explaining what we did and explaining, you know,

24   assumptions, limitations, and data analyses and

25   things of that nature.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 406 of 821

1    BY MR. ANWAR:

2        Q.    Aside from sort of the scientific

3    explanation portion of it or defending or

4    explaining your work, is money a motivating factor

5    at all serving as an expert?

6        A.    Not at all, not at all.

7        Q.    If the Court were to say, hey, the work

8    that you did at ATSDR was very fine, but we don't

9    -- we, the Court, don't believe it's appropriate

10   for use in this -- this case, how would that make

11   you feel?

12       A.    Well, I would have to understand or be

13   there when someone said -- said that.  That's sort

14   of a hypothetical.  And I've never looked at the

15   work as defending it because the Court is going to

16   say, we don't believe it, okay?  That's the best I

17   can answer.

18       Q.    Okay.  We'll talk a little bit more

19   about some of these other subjects later in the

20   deposition.  Did you feel like you were defending

21   your work from the National Research Council?

22            MR. DEAN:  Object to the form.

23            THE WITNESS:  You mean, the results of

24   -- of their report?

25   BY MR. ANWAR:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 407 of 821

1      Q.   I guess, did you perceive -- let me ask
2   it differently.  Did you perceive the National
3   Research Council's comments on the ATSDR Camp
4   Lejeune water modeling to be an attack?
5            MR. DEAN:  Object to the form.
6            THE WITNESS:  I believe and I believe
7   we have explained, on a couple of occasions,
8   internal documents as well as the published article
9   in Groundwater, that it was a mischaracterization
10  and misunderstanding and there was what appeared to
11  be -- because I requested additional meetings and
12  they would not meet with us.  And I believe they
13  made their -- part of their decision -- I didn't
14  review the entire report, so I'm not talking about
15  the toxicology or the epi or the rest or anything
16  like that.
17       Q.   Sure.
18       A.   But they are all in conclusion that
19  they -- there was a misunderstanding,
20  mischaracterization, of some of the key things.  So
21  yes, I mean, it's...
22       Q.   Yes, it was an attack, is what
23  you're --
24       A.   I wouldn't call it an attack, no.  I
25  would say it was a mischaracterization and

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 408 of 821

1    misunderstanding.

2         Q.   Okay.   What about the Navy's critique

3    of the ATSDR water modeling for Camp Lejeune?   How

4    did you perceive that?

5         A.   I perceived that as a very usual

6    professional discourse that you have some work,

7    whether it's a model, data analyses or whatever,

8    and you publish it, whether it's a peer-reviewed

9    journal or peer-reviewed report, and the Navy had

10   some technical comments on the report, and so we

11   addressed them, in other words.   So -- and until

12   this day, I still perceived it as a professional

13   exchange.

14        Q.   What about Prabhakar Clement's --

15   Dr. Clement's article?

16        A.   Right.

17        Q.   How did you perceive that?

18        A.   At the time it was published, which I

19   believe is 2010, it came right after the

20   publication of the NRC report.   And again, I

21   thought there were some misunderstandings and

22   mischaracterizations.   I do understand now that

23   part of it was sort of philosophical.   In fact, he

24   mentioned that in his rebuttal to us.   He was

25   looking at more philosophical issues, but I felt

Golkow Technologies,
877-370-3377              A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 409 of 821

1  the need to respond editorially to Dr. Clement's

2  article.

3       Q.   Sure.  Now, in the instance of the NRC

4  and the Navy and Dr. Clement, you did respond to

5  each one of those, correct?

6       A.   The -- to the NRC we wrote or I -- I

7  oversaw an internal document, okay, and advised my

8  management chain and leadership that we needed to

9  respond to the NRC, I guess, agency, and they and

10 CDC quickly invoked the 11th commandment, thou

11 shall not critique the NRC.

12      Q.   Why do you think that is?

13      A.   I have no idea, but we point -- and

14 that internal document was very -- I mean, it was

15 very technically oriented in going -- I wouldn't

16 say line by line, but topic by topic and explaining

17 where we saw some issues with the NRC report.  And

18 I do know that -- I believe it was Dr. Portier,

19 when he -- Dr. Portier in 2009 was not director of

20 ATSDR, but when he became director, I provided him

21 with a copy of that internal -- it's called

22 document, okay, it wasn't a memo or anything like

23 that.  And he had a couple of topics in his letter

24 to -- and I forget who he wrote exactly to, but

25 about -- about our work, about the NRC report.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 410 of 821

1          Q.   If I'm understanding you correctly, you
2     wanted to respond to NRC, correct?
3          A.   Yes.
4          Q.   Okay.  And you had put together a
5     response?
6          A.   That is correct.
7          Q.   But the response was kept, for whatever
8     reason, by CDC and ATSDR, internal, correct?
9          A.   I know by ATSDR.  I don't know if it
10    ever made it up to CDC --
11         Q.   Okay.
12         A.   -- that's over ATSDR, but it did make
13    it up through my management chain, okay?
14         Q.   And it was kept internal, correct?
15         A.   That is my understanding.
16         Q.   Okay.  And you did respond to the
17    Navy's comments or critiques, correct?
18         A.   That is public information on the ATSDR
19    website, yes.
20         Q.   Okay.  That -- there's this ATSDR
21    report that's -- we'll look at it later, but it's
22    sort of named response to the Navy's letter.  Did
23    you draft that response?
24         A.   Yes.
25         Q.   Okay.  And then --

Golkow Technologies,
877-370-3377                A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 411 of 821

1          A.    With assistance of team members and
2     some epidemiologists.
3          Q.    Understood.  And the article that you
4     published along with, I believe, Dr. Aral and some
5     of the other ATSDR colleagues, Jason Sautner, maybe
6     Rene, a response to Dr. Clement's article as well,
7     correct?
8          A.    That is correct, yes, the team.  I
9     listed all of the team.  When I say team, from an
10    agency standpoint, so that's why there are some
11    epidemiologists that's coauthors on it as well.
12         Q.    And when I say -- because we were
13    talking -- just for purposes of the record, because
14    we were talking about the 2000 Clement article,
15    when I'm talking about Dr. Clement's article now,
16    it's the article, I think, in the mid-2000s, 2010,
17    2011, focused on hindcasting, correct?
18         A.    That is correct.
19         Q.    Okay.  Did you introduce the
20    plaintiffs' lawyers to -- in this case to
21    Dr. Konikow?
22         A.    Yes, I did.  When I say introduced, let
23    me clarify.  I think they were looking for a name
24    of somebody who was nationally renowned in fate and
25    transport modeling, and so from my days at USGS, I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 412 of 821

1  knew Dr. Konikow.

2        Q.   Okay.  So you connected Dr. Konikow

3  with the Plaintiffs' Leadership, correct?

4              MR. DEAN:  Object to the form.

5              THE WITNESS:  I just provided contact

6  information.

7  BY MR. ANWAR:

8        Q.   Okay.  Did you introduce or provide

9  contact information to the plaintiffs' lawyers in

10  this case for Rob -- Bob Faye?

11       A.   Yes.

12       Q.   When did you do that?

13       A.   I really don't remember.

14       Q.   Was -- was it in the last 30 days?

15       A.   It was prior to that.

16       Q.   Last 60 days?

17       A.   I've been, as you said, involved in

18  this case since July of 2022.

19       Q.   I won't hold you to a precise date.

20  Was it in 2025?

21       A.   No, it was -- must have been sometime

22  in 2024.

23       Q.   Do you recall whether it was before or

24  after the September 26th deposition, 2024?

25       A.   It would have been before.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 413 of 821

1      Q.   Did you -- do you have Bob Faye's
2   contact information?
3      A.   Yes, I do.
4      Q.   What is it?
5      A.   I've got a phone number and an e-mail.
6      Q.   Okay.
7           MR. DEAN:  Hold on.  I have his info as
8   well.  I don't mind -- he's a retained consulting
9   expert.  He's not been disclosed as an expert.  So
10  if you were to get his contact information, I would
11  request that you not talk to him -- talk to
12  Mr. Faye without me being present or on the phone.
13          MR. ANWAR:  Okay.
14          MR. DEAN:  If at all because he is,
15  again, a confidential consulting expert for the
16  PLG.
17          MR. ANWAR:  Okay.  We can discuss that
18  separately.
19          MR. DEAN:  Sure.
20  BY MR. ANWAR:
21     Q.   Did you introduce or provide contact
22  information for any of the other experts for the
23  plaintiffs?
24     A.   Just the two that you have mentioned,
25  Dr. Konikow and Mr. Faye.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 414 of 821

1      Q.   In documents that we received from

2  Dr. Konikow, there was an e-mail in there between

3  you and Dr. Konikow.  I think you were e-mailing

4  him, and it included a line, it said "don't know if

5  Kevin explained the politics of the case now, but

6  it's quite eye opening to me."  Do you recall that?

7      A.   I may have said that in the e-mail.  I

8  mean, if I saw the e-mail, then we could see.

9      Q.   Sure.  What did you mean by the

10  politics of the case?

11      A.   Well, Camp Lejeune has always been

12  surrounded, you know, from a political standpoint,

13  okay, because you have different parties, meaning

14  the Navy, the CAP, ATSDR, and so on, having

15  different points of view, so that makes it -- and

16  you're in public health, which is -- always has

17  politics associated with public health.  And so

18  that's what -- and then they passed or perhaps I

19  was aware -- I was aware of the Janey Ensminger

20  Act, okay.  That would have been political to get

21  that passed.  And I believe at the time they had

22  already passed the PACT Act, which contained the

23  section -- I forget the exact number for Camp --

24  Camp Lejeune.

25           So that's what I was referring --

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 415 of 821

1    referring to, is most of the time I know the work
2    that -- I can't speak for Dr. Konikow, but the work
3    that I did at, say, USGS, okay, and even most of
4    the work that I did at ATSDR, with the exception of
5    Dover Township, Toms River, and Camp Lejeune, were
6    not -- did not have necessarily political aspects
7    to them in terms of legislation being passed.
8         Q.   Understood.
9         A.   Things like that.
10        Q.   I -- and we talked about this in your
11   last deposition, and I know that you were part of a
12   group from ATSDR that testified to Congress,
13   correct?
14        A.   That would have been in, like,
15   June 12th, 2007.
16        Q.   Okay.  And that was about Camp Lejeune,
17   correct?
18        A.   Right.
19        Q.   Was it a House Committee Hearing, if I
20   remember correctly?
21        A.   It was a Senate Subcommittee Hearing.
22        Q.   Oh, I'm sorry.
23        A.   And I actually was -- did not provide
24   the testimony.  I believe it was Dr. Tom Sinks.  I
25   was just there, I guess, as a -- again, a technical

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 416 of 821

1   expert, but I was seated at the table.

2          Q.   Okay.  Have you had any direct

3   conversations -- have you directly had any

4   conversations with any Congress members about Camp

5   Lejeune?

6          A.   No, I have not.

7          Q.   You have a quote in your -- your e-mail

8   signature block currently from Nobel prize

9   physicist Richard P. Feynman.  Do you know what I'm

10  talking about?

11         A.   Dr. Feynman, yes, yes, I do.

12         Q.   And I believe the quote is "I would

13  rather have questions that can't be answered than

14  answers that can't be questioned"; is that right?

15         A.   That is correct.

16         Q.   Okay.  Who is Richard P. Feynman?

17         A.   He's a Nobel -- he's since deceased,

18  but he was a very young Nobel prize winning

19  physicist.  And the laypeople probably know him for

20  his participation on and his famous experiment on

21  the Challenger explosion.

22         Q.   Okay.

23         A.   And I believe that's where he put that

24  quote in, but I wouldn't swear -- swear to it, and,

25  in fact, I just bought a copy of -- of a book about

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 417 of 821

1    -- about him.

2         Q.   Okay.  Why did you include that quote

3    in your signature block?

4         A.   I thought it's appropriate to

5    everything in -- in life.  It's very succinct.

6    Don't be afraid to say you don't know the answer,

7    but that's better than saying don't ask me the

8    question.

9         Q.   Would you agree that that quote is

10   applicable to all of the work that you've done as

11   an engineer or an environmental scientist?

12        A.   I would say it's a more philosophical

13   statement, okay?

14        Q.   One that would apply to -- and you said

15   any aspect of life, right?

16             MR. DEAN:  Object to the form.

17             THE WITNESS:  Well, that's how I am

18   interpreting it, okay?  I wasn't there when

19   Dr. Feynman stated it or published it, so I don't

20   know what was in his mind, but it seemed to me,

21   from a philosophical standpoint, it, you know, it

22   resinates with me just philosophically.

23   BY MR. ANWAR:

24        Q.   Okay.  We have been going for a little

25   over an hour.  Do you want to -- should we take

1    another break?

2            A.    Sure, yes.

3                  THE VIDEOGRAPHER:  Okay.  We're going

4    off record.  The time is 11:23 a.m.

5                  (A recess transpired.)

6                  THE VIDEOGRAPHER:  Okay.  We are going

7    back on the record.  The time is 11:32 a.m.

8    BY MR. ANWAR:

9            Q.    We are back on the record from a short

10   break.  Mr. Maslia, are you okay to continue?

11           A.    Yes, I am.

12           Q.    Okay.  And did you speak with your

13   lawyer during the break?

14           A.    No, I did not.

15           Q.    Could you turn to page 145 of your

16   expert report?

17           A.    Yes.  Okay.

18           Q.    145 is a -- includes on it a figure or

19   a chart laying out the team that worked on the

20   ATSDR water modeling for Tarawa Terrace and Hadnot

21   Point/Holcomb Boulevard, their titles and sort of

22   their roles; is that right?

23           A.    That is correct.

24           Q.    Okay.  And you've included Xs.  A dark

25   green X for senior author of a report chapter.  A

Golkow Technologies,
877-370-3377             A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 419 of 821

1  light green X for a contributing author of a report
2  chapter, and then a light red O for project
3  management and coordination; is that right?
4          A.    That's correct.
5          Q.    Okay.  As I -- as I look at this
6  figure, is it fair to say that you were a senior
7  author or a contributing author or project managed
8  and coordinated every single chapter of the Tarawa
9  Terrace model reports and the Hadnot Point/Holcomb
10  Boulevard model reports?
11          A.    I was the technical or scientific
12  project officer over all of the Camp Lejeune water
13  modeling.
14          Q.    Okay.
15          A.    It's just not shown on here.  You can't
16  print three different colors on the same box, okay?
17  So -- and then where the dark Xs are, obviously I
18  was the senior author on that and contributed to
19  most of the reports, but there were some individual
20  chapters or supplements that I did not have
21  authorship of.
22          Q.    But you still oversaw and managed,
23  correct?
24          A.    Yes, yes.
25          Q.    Coordinated, managed?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 420 of 821

Page 421

1          A.    Yes.

2          Q.    Okay.  In coordinating and managing

3    every chapter of the two models, Tarawa Terrace and

4    Hadnot Point, would you have reviewed and approved

5    every chapter on each of those reports?

6          A.    I would have reviewed and then said

7    it's ready to go to -- through the agency peer

8    review and then to external -- or if any review

9    comes back and then go out to external peer review.

10   It's ultimately up to the agency, I guess, Office

11   of Science and CDC Office of Science to give the

12   final release.

13         Q.    Understood.  Would you be the one to

14   make the decision it's ready to go to the next step

15   of the process, the peer review process?

16         A.    Yes.

17         Q.    And in making that final decision,

18   would you -- for each chapter or each report, would

19   you have an opportunity to review and comment and

20   suggest edits to particular chapters of either of

21   the model reports?

22         A.    Yes.

23         Q.    Okay.  We talked about, at the

24   beginning of the deposition, the -- sort of the

25   most recent calculations you've run --

Golkow Technologies,

877-370-3377          A Veritext Division          www.veritext.com

Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 421 of 821

Page 422

```
 1        A.   Yes.
 2        Q.   -- with respect to geometric bias.
 3        A.   Right.
 4        Q.   As to the Tarawa Terrace model,
 5   correct?
 6        A.   Yes, yes.
 7        Q.   That was in the last month or so,
 8   correct?
 9        A.   That is correct, sir.
10        Q.   Aside from that, do you stand by every
11   chapter of the Tarawa Terrace model?
12        A.   Yes.
13        Q.   And is that also true -- do you stand
14   by every chapter of ATSDR's Hadnot Point model?
15        A.   Yes.
16        Q.   Again, aside from that geometric bias
17   discussion that we had, is there anything that
18   you're aware of that should be changed or corrected
19   in either the Tarawa Terrace set of model reports
20   or the Hadnot Point/Holcomb Boulevard set of model
21   reports?
22        A.   There's issues brought up by the DOJ's
23   experts that I've responded to.
24        Q.   Okay.
25        A.   Okay.  Absorption parameters, for
```

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 422 of 821

1  example, the results, and they do not impact at all
2  the results of the Tarawa Terrace analyses.
3       Q.   Understood.  In preparing your expert
4  report, either the primary -- the main one or the
5  rebuttal report, did you rerun either of the Tarawa
6  Terrace or the Hadnot Point and Holcomb Boulevard
7  model?
8       A.   No.
9       Q.   Were your reports, the main report and
10  the rebuttal report, were they based on the ATSDR
11  reports that are publicly available now?
12       A.   You're talking about my expert report?
13       Q.   Correct.
14       A.   Yes, they were all -- whatever was
15  publicly available on the ATSDR website, which
16  would be all the Tarawa Terrace expert panel
17  reports, response to the Navy, and the Hadnot
18  Point/Holcomb Boulevard series of reports.
19       Q.   Okay.
20       A.   And that's what my expert report would
21  rely on.
22       Q.   Okay.  And I think you've clarified
23  that for me.  Basically what I'm getting at is you
24  didn't, you know, go and put MODFLOW on your
25  computer and run the groundwater model again.  You

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 423 of 821

1    didn't go and get MT3DMS and run the fate and

2    transport model again, correct?

3            A.    Not at all, no, I do not have those on

4    my computer.

5            Q.    And same with EPANET and the water

6    distribution model, you didn't --

7            A.    I did not rerun it, although I do have

8    EPANET on my computer at home.

9            Q.    Okay.  Do you consider yourself an

10   expert in groundwater modeling generally?

11           A.    Yes.

12           Q.    Any particular aspects of groundwater

13   modeling that you consider yourself an expert or do

14   you consider yourself an expert in all of it?

15           A.    I would consider myself an applied

16   researcher, so applying the available models that

17   have been developed by others to sites, okay, and

18   doing that as well as experience with

19   post-calibration analyses to assess the goodness of

20   fit of models.

21           Q.    In terms of groundwater modeling, do

22   you consider yourself an expert in groundwater flow

23   modeling?

24           A.    Yes.

25           Q.    Do you consider yourself an expert in

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 424 of 821

1    contaminant fate and transport modeling?

2         A.    I would consider myself very

3    knowledgeable.

4         Q.    Okay.  But not an expert?

5              MR. DEAN:  Object to the form of the

6    question.

7              THE WITNESS:  I mean, I'm an expert

8    from the standpoint that I've had courses in

9    contaminant fate and transport.  I applied some and

10   -- but I don't do it -- I did not do it routinely,

11   but I have run contaminant fate and transport

12   models.

13   BY MR. ANWAR:

14        Q.    Do you consider yourself an expert in

15   water distribution modeling?

16        A.    Yes.

17        Q.    Why do you consider yourself an expert

18   in water distribution modeling?

19        A.    Well, we've applied -- when I say we,

20   at ATSDR, we applied water distribution system

21   modeling to a couple of sites:  Dover Township,

22   Toms River, New Jersey as well as Camp Lejeune.

23   And we were -- for the Dover Township analysis, we

24   were actually awarded the best practice oriented

25   paper in 2000 by the Journal of Water Resources

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 425 of 821

1  Planning and Management based on the work in field
2  monitoring of the water distribution system in Toms
3  River, New Jersey.  So yes, I would consider myself
4  an expert there.
5        Q.   Okay.  Let's turn to page 17 of your
6  report.
7        A.   Of my expert?
8        Q.   Your main report, yes.
9        A.   Expert report?
10       Q.   Correct.
11       A.   Page 17.  Okay.
12       Q.   Page 17 contains a summary of your
13  opinions; is that right?
14       A.   It has one item.
15       Q.   Oh, I'm sorry.  17 and 18.
16       A.   And 19.
17       Q.   And 19.  17 through 19?
18       A.   Yes.
19       Q.   Starting on 17 is a section entitled
20  "summary of your opinions" and it concludes on page
21  19, right?
22       A.   Yes.
23       Q.   Okay.  I wanted to focus on opinion
24  number three.  It states, "the reconstructed
25  simulated monthly mean contaminant concentrations

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 426 of 821

1    of PCE, TCE, 1-2 DCE, vinyl chloride, benzene at

2    Tarawa Terrace, Hadnot Point and Holcomb Boulevard

3    are contained in ATSDR report appendices A-2 for

4    Tarawa Terrace, A-3 and A-7 for Hadnot Point, and

5    A-8 for Holcomb Boulevard."  Did I read that

6    correctly?

7            A.   Yes.

8            Q.   Okay.  And then opinion three goes on.

9    It says, "these reconstructed monthly mean

10   concentrations are also included in this report in

11   appendixes H, I, J and K" -- well, let me -- "these

12   reconstructed monthly mean concentrations are also

13   included in this report in appendixes H, I, J and

14   K, comma, are reliable and represent, within

15   reasonable scientific and engineering certainty,

16   the contaminant levels in selected water-supply

17   wells and in finished water at Camp Lejeune from

18   1953 to 1996."  Did I read that correctly?

19           A.   That is correct.

20           Q.   Okay.

21           A.   The ones for Hadnot Point probably go

22   to 2008.  That's what the model runs did.

23           Q.   Okay.

24           A.   I'm not sure about the '96.  That may

25   have been when the wells -- all the wells -- I --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 427 of 821

1  but I do recall, because we had 2008 or 2006

2  through 2008, a remediation rate of Hadnot Point

3  that ran the model all the way out to 2008.  So I

4  would...

5        Q.   When you say there that the

6  reconstructed mean -- or reconstructed monthly mean

7  concentrations in the ATSDR reports are reliable

8  and represent, within reasonable scientific and

9  engineering certainty, what do you mean by

10  reasonable scientific and engineering certainty?

11             MR. DEAN:  Object to the form.

12             THE WITNESS:  When you conduct

13  scientific and engineering analysis application and

14  you come up with the value of -- that you believe

15  is the most likely value and -- then there's

16  always, you know, plus or minus a certain percent,

17  okay, and that's accepted.  That's a pragmatic

18  engineering approximation to a modeling problem,

19  okay?  You do the best you can and see if the level

20  of uncertainty is way beyond the information that

21  you have in terms of giving a reliable solution or

22  if it's within, then -- but there's always some --

23  some differences or errors in any of the solutions.

24        Q.   When you say reliable there, what do

25  you mean?  Is that --

1          A.    Reliable, to me, means that -- and I'm
2     going to say for their ATSDR analyses, of course,
3     that are published -- somebody could pull that off
4     the shelf or off -- offline, I guess, now, and with
5     the model input files, duplicate what we did, okay?
6          Q.    In this opinion, are you stating -- are
7     you opining that the reconstructed monthly mean
8     concentrations in the ATSDR reports are accurate
9     within a reasonable degree -- or reasonable
10    scientific and engineering certainty?
11         A.    Yes.
12         Q.    So it's your opinion that the simulated
13    monthly mean concentrations are accurate within
14    reasonable scientific and engineering certainty?
15         A.    They are the most likely values to
16    occur.
17         Q.    And --
18         A.    Or to have occurred.
19         Q.    When we're talking about reasonable
20    scientific and engineering certainty, help me
21    quantify that into a percentage.  Are they
22    50 percent accurate, 75 percent accurate, 51
23    percent?  Are they 90 percent likely to be
24    accurate?
25                   MR. DEAN:  Object to the form of the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 429 of 821

1    question.  Calls for legal conclusion.

2              THE WITNESS:  Depending on the

3    application, not necessarily just on Camp Lejeune,

4    but in -- generally speaking, it depends on a lot

5    of factors.  The quality of the field data.  How

6    you constructed the model.  What your calibration

7    targets may have been, or at least you try to

8    figure them out, and so each application will have

9    a different level of uncertainty, okay, and

10   reliability.

11   BY MR. ANWAR:

12        Q.   What do you mean by depending on the

13   application?

14        A.   Well, for example, we did water

15   distribution system modeling, okay?  Water

16   distribution system modeling takes hour time steps,

17   not monthly, but hour time steps.  And we measure

18   and we gather data because -- we personally

19   gathered them both in -- at Dover Township and at

20   Camp Lejeune.  We had 15-minute readings per hour,

21   okay?  So that's more data.  So then you have to

22   assess that model based on the data that you have

23   and can you accept the difference between the

24   modeling results and the data that you -- that you

25   have and the way you interpret the data.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 430 of 821

1        In other instances you may have monthly

2    data or sporadic data, and so the level of

3    reliability may change.  And it also depends,

4    again, how you constructed the model.  The size of

5    the grid, how you hydrogeologically conceptualized

6    the model.  There's a lot of factors that go --go

7    into there, so you just can't -- I don't think it's

8    accurate to say on a blanket statement there's this

9    uncertainty in terms of percent or not percent, you

10   know.

11        Q.   If the -- there is uncertainty to the

12   simulated monthly mean contaminant concentrations,

13   why were they -- those contaminant concentrations,

14   I'm just wondering, why were they produced in this

15   -- kind of this table format at the -- in multiple

16   places in the report, but do you know what I'm

17   referring to, at the end of Appendix A for Tarawa

18   Terrace, for instance?

19        MR. DEAN:  Object to the form of the

20   question.

21        THE WITNESS:  Can I just take a look at

22   Appendix A?

23   BY MR. ANWAR:

24        Q.   Sure.  Here, we'll go ahead and mark it

25   -- mark them both.

```
 1        A.   Okay.  Oh, I've got a copy right here
 2   that's unmarked.  That's A.  No, that's not A.
 3   Here's Tarawa Terrace.
 4        Q.   Okay.  I'll give you the one for the
 5   court reporter.
 6             MR. DEAN:  Just use that.
 7             THE WITNESS:  Okay.  Okay.
 8             (DFT. EXHIBIT 9, Analyses of
 9   Groundwater Flow, Contaminant Fate and Transport,
10   and Distribution of Drinking Water at Tarawa
11   Terrace and Vicinity, U.S. Marine Corps Base Camp
12   Lejeune, North Carolina: Historical Reconstruction
13   and Present-Day Conditions, Chapter A, Summary of
14   Findings, Bates-stamped
15   CLJA_Healtheffects-0000221172 through 0000221287,
16   was marked for identification.)
17             (DFT. EXHIBIT 10, Analyses and
18   Historical Reconstruction of Groundwater Flow,
19   Contaminant Fate and Transport, and Distribution of
20   Drinking Water Within the Service Areas of the
21   Hadnot Point and Holcomb Boulevard Water Treatment
22   Plants and Vicinities, U.S. Marine Corps Base Camp
23   Lejeune, North Carolina, Chapter A, Summary and
24   Findings Bates-stamped CLJA_Healtheffects-000022136
25   through 0000221535, was marked for identification.)
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 432 of 821

1              THE WITNESS:  So based on the Appendix

2      2 in Tarawa Terrace?

3      BY MR. ANWAR:

4              Q.   I am talking about Appendix A3 and A --

5      A3.

6              A.   A -- in Tarawa Terrace it's Appendix

7      A3.  It's questions and answers.

8              Q.   Oh, I'm sorry.  I have the wrong one.

9      You're probably right.  A2, yeah.

10             A.   Okay.  A2.  Okay.  Could you repeat the

11     question?

12             Q.   Sure.  I guess given the uncertainty

13     and the -- the -- the application being important,

14     I was just wondering why were these concentrations

15     presented in the format that they were in A2?

16             A.   By format, what do you mean?

17             Q.   The summary -- I mean, you -- for

18     instance, can a person go on page A90 --

19             A.   Okay.  Hold on.  A90.  Okay.

20             Q.   Stress period, 301, is for January of

21     1976 and the model simulated a PCE monthly mean

22     concentration of 73.96 micrograms per liter; is

23     that right?

24             A.   That's directly, yes, from the model

25     output.

1      Q.    Sure.

2      A.    Okay.

3      Q.    Do you know for sure that's what the

4   PCE concentration was in micrograms per liter in

5   January of 1976?

6      A.    I would say the most likely value was

7   74 micrograms per liter, just rounding.

8      Q.    Okay.

9      A.    Most likely.

10     Q.    Didn't a moment ago you say there are

11   sort of -- there's uncertainty associated with the

12   model outputs and there's a range --

13     A.    Yes.

14           MR. DEAN:  Let him finish the question

15   and then if I have an objection.

16           THE WITNESS:  Okay.  Okay.  Oh, okay.

17   No problem.

18           MR. DEAN:  Can you --

19   BY MR. ANWAR:

20     Q.    Didn't you say that a moment ago?

21           MR. DEAN:  Object to the form of the

22   question.

23           THE WITNESS:  A moment ago I said

24   there's -- yes, I also said there's uncertainty

25   with the data; there's, you know, uncertainty

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 434 of 821

1  exists, okay?

2  BY MR. ANWAR:

3      Q.   Why wasn't this numerical data

4  presented with the uncertainty, the range, and the

5  potential error bands for the data?

6          MR. DEAN:  Object to the form of the

7  question.

8          THE WITNESS:  I believe it was in

9  figure -- let me see if I can find the figure here.

10 Figure -- on page A60, figure -- the figure there,

11 A26, it's presented in terms of the 95 percent

12 confidence.

13     Q.   Okay.  Let's turn to page -- well, let

14 me -- let me ask some just for purposes of the

15 record questions.  When we're talking about Camp

16 Lejeune water modeling, we're really talking about

17 two separate water models, correct?  And what I

18 mean by that is there was a model that related to

19 Tarawa Terrace and then there was a separate model

20 that related to Hadnot Point and Holcomb Boulevard,

21 correct?

22     A.   I'd say there was an analysis related

23 to Tarawa Terrace.

24     Q.   Sure.

25     A.   And then there were subsequent analyses

Golkow Technologies,
877-370-3377       A Veritext Division       www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 435 of 821

1    because of the complexity of Hadnot Point and

2    Holcomb Boulevard and the interconnection related

3    to those areas.

4         Q.   Was the model for the analyses for

5    Tarawa Terrace, did that actually consist of two

6    separate models?

7         A.   For Tarawa Terrace?  Consisted of

8    MODFLOW and MT3DMS and then a mixing model.  That

9    would be three models.

10         Q.   Understood.  And MODFLOW is a

11    groundwater flow model -- modeling software,

12    correct?

13         A.   That is correct.

14         Q.   And MT3DMS is a contaminant fate and

15    transport model, correct?

16         A.   That is correct.

17         Q.   For Tarawa Terrace, rather than running

18    a -- sort of a water distribution model, you used

19    the simple mixing model, correct?

20         A.   No, that's -- that's mixing apples and

21    oranges, okay?  Let's separate off water

22    distribution system modeling.  For the groundwater

23    flow analyses we ran MODFLOW, which generated

24    groundwater flow velocities of different layers.

25    That's directly imported into MT3DMS.  And then we

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 436 of 821

1    applied a flow-weighted mixing because you had

2    different wells turning on and off.  And then we

3    used the mixing model, which was described on page

4    A40 in equations one and two, and that was because

5    all the wells mixed at the water treatment plant,

6    and that was the final output to which we compared

7    available samples that were collected at the water

8    treatment plant.

9         Q.    Understood.  So you assumed in the

10   Tarawa Terrace model that the -- the water from the

11   treatment plant was the same water that the end

12   user received, correct?

13        A.    Yes.

14        Q.    Now, I think that's what I was getting

15   at.  The -- now, the Tarawa Terrace analysis was

16   completed in 2009, right?

17        A.    The last chapter was published in 2009.

18        Q.    Chapter A was published roughly 2007,

19   is that...

20        A.    In -- because of the -- excuse me.

21   Because of the Senate Subcommittee Hearing, there

22   was an executive summary released June the 12th,

23   2007.

24        Q.    Okay.

25        A.    And then the full Chapter A, summary of

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 437 of 821

1  findings, was released in July of 2007.  But other
2  work had been done.  Again, it was a summary
3  document, so obviously it had results in here from
4  -- it was just a matter of finalizing the reports.
5          Q.   And then the Hadnot Point/Holcomb
6  Boulevard analysis, that was completed in 2013,
7  right?
8          A.   March 2013, the Chapter A, summary of
9  findings, and in that situation, rather than
10  individual additional chapters, the agency decided
11  to make supplements for the other contributing
12  analyses described in the summary of findings.
13         Q.   You would agree that when running a
14  groundwater flow model using, for instance,
15  MODFLOW, there is some level of uncertainty,
16  correct?
17         A.   Yes, yes.
18         Q.   And when you run a fate and transport
19  model using, for instance, MT3DMS, there is also
20  some level of uncertainty associated with the fate
21  and transport aspect, correct?
22         A.   Yes, but there are different types of
23  uncertainty, okay?  In other words, there's what's
24  referred to as scenario uncertainty, and that is
25  your understanding or conceptualizing the system

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 438 of 821

1    that can be an error before you ever get to the

2    model.  There's model uncertainty.  For example,

3    someone were to try to apply an analytical model,

4    which assumes constant flow field in the

5    groundwater, constant velocities, then that would

6    be uncertain -- model uncertainty.

7         Q.    And so when you're -- when you're using

8    a groundwater flow model, a MODFLOW, and then

9    taking the results and putting them into a fate and

10   transport model, an MT3DMS, doesn't that certainty

11   then accumulate because you're combining

12   uncertainty -- uncertain results with even more

13   uncertain results?

14           MR. DEAN:  Object to the form of the

15   question.

16           THE WITNESS:  That's -- actually, if

17   you read some papers published and all of that,

18   it's a common mistake is to linearly add up

19   uncertainty.  It doesn't work that way, okay?  It

20   may compound it.  It may get reduced or whatever,

21   but you just can't add that you've got a 10 percent

22   uncertainty or a 95 percent confident band on the

23   flow model.  You just can't say, okay, well, the --

24   the transport model has 90 percent, add the two

25   together and call it 92 and a half.  It doesn't --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 439 of 821

1    it doesn't work like that.

2    BY MR. ANWAR:

3        Q.    And I think you just said it could

4    compound it, though, right?

5        A.    You would have to look at the -- again,

6    the specific application, the specific site that

7    you're looking at, the specific model that

8    you're -- you're applying.

9        Q.    And I'm just quoting back your words.

10   You would agree, though, it could compound it?

11            MR. DEAN:  Object to the form of the

12   question.

13            THE WITNESS:  I would not necessarily

14   say it would compound it.  You would have

15   uncertainty associated with each of the models that

16   you applied as well as uncertainty in the data,

17   okay, that you're calibrating to.  And so that's

18   why it's, I think, critical after you complete --

19   in our case it was a four-stage calibration, to try

20   to -- or even after a third-stage, try to assess

21   the goodness of fit of the model to data.  To look

22   at sensitivity analyses, to look at uncertainty

23   analyses, and probabilistic uncertainty analyses to

24   quantify that, okay?

25   BY MR. ANWAR:

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 440 of 821

1          Q.    Now, let's turn to page Roman numeral

2     three.

3          A.    Chapter A?

4          Q.    Chapter A, correct, of Tarawa Terrace,

5     which is, for the record, Exhibit 9.

6          A.    Oh, okay.  I'm sorry.  Roman -- the

7     foreword?

8          Q.    Correct.  Okay.  And you would agree

9     with me, there it says, in the foreword, "the

10    ATSDR, an agency of HHS, is conducting an

11    epidemiological study to evaluate whether in utero

12    and infant, up to one year of age, exposures to

13    volatile organic compounds in contaminated drinking

14    water at U.S. Marine Corps Base Camp Lejeune,

15    North Carolina, were associated with specific birth

16    defects and childhood cancers."  Did I read that

17    correctly?

18          A.    Yes, you did.

19          Q.    Okay.  And it goes on to say "the study

20    includes births occurring during the period 1968 to

21    1985 to women who were pregnant while they resided

22    in family housing at the base."  Did I read that

23    correctly?

24          A.    Yes, you did.

25          Q.    Then if you go to the next paragraph,

1    "historical exposure data needed for the

2    epidemiological case-control study are limited.  To

3    obtain estimates of historical exposure, ATSDR is

4    using water modeling techniques and the process of

5    historical reconstruction.  These methods are used

6    to quantify concentrations of particular

7    contaminants in finished water and to compute the

8    level and duration of human exposure to

9    contaminated water."  Did I read that correctly?

10            A.    To contaminated drinking water.

11            Q.    Contaminated drinking water.  Thank

12   you.

13            A.    Yes, yes.

14            Q.    And so you would agree with me, and I

15   think you have before, that the Camp Lejeune water

16   modeling for Tarawa Terrace was performed to

17   provide data for this epidemiological study,

18   correct?

19            A.    It was conducted to address five

20   questions, as I've put in my expert report.  Number

21   one was which contaminants you needed to look at.

22   These are questions posed by the epidemiologist.

23   You know, whether it's volatile organics, I mean,

24   volatiles, pesticides.  Another conclusion, it's a

25   military base, so there's a numerous one.  Number

1  two, when the contaminants arrived at water-supply
2  wells, monthly mean.  And then number three, what
3  was the concentration in the wells.  Number four,
4  what was the concentration in the water distributed
5  throughout, in this case, Tarawa Terrace.  And
6  number five was what were the range of the values.
7  And we interpret that, from a modeling stance, is
8  some type of sensitivity or uncertainty analyses.
9          Those were -- those -- those were
10  always from -- I guess when we first had our first
11  kickoff meeting with the Marine Corps and Navy and
12  all of that in October of 2003, that's what we
13  presented to them.
14          Q.   And that was in support of this
15  epidemiological study that was --
16          A.   Yes, it was in support of.
17          Q.   Of the epi study, correct?
18          A.   Yes.
19          Q.   Okay.  And if you turn to A98.
20          A.   Okay.  I'm there.
21          Q.   There is a -- so A98 is a page of a
22  question and answer section of Chapter A, Tarawa
23  Terrace report, which is identified as Appendix A3.
24  The question is "ATSDR's historical reconstruction
25  analysis documents that Tarawa Terrace drinking

Golkow Technologies,
877-370-3377                  A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 443 of 821

1  water was contaminated with PCE that exceeded the

2  MCL" --

3          A.   I'm not -- I'm not following where you

4  are.  You said you were on A96?

5          Q.   A98.

6          A.   A98.  And the --

7          Q.   The last question --

8          A.   Oh, okay.  Okay.  Okay.

9          Q.   -- is about the results of the model,

10 "what does this mean in terms of my family's

11 health?"

12         A.   Right.

13         Q.   The response is "ATSDR's exposure

14 assessment cannot be used to determine whether you

15 or your family suffer -- suffered any health

16 effects as a result of past exposure to PCE

17 contaminated drinking water at Camp Lejeune",

18 correct?

19         A.   That's what it says there, yes.

20         Q.   And you -- your -- in the chart that we

21 looked at earlier, you're the -- the primary author

22 of Chapter A, correct?

23         A.   Yes.

24         Q.   Okay.  And so you wrote these words,

25 correct?

1          A.    I wrote these -- this section -- let me
2    go back -- the questions and answers, okay.  When I
3    was at ATSDR they required you, if you conducted a
4    technical analyses modeling or whether it was epi,
5    whatever, to provide the public with a layperson's
6    understanding, okay?  So I drafted these.  They
7    were reworded by the Office of Communications and
8    then sent back down to me to see if I agreed with
9    their edits, which there were many.  And then they
10   were published as that appendix.
11          Q.    Okay.  And you're the primary author?
12   You're listed first?
13          A.    Yes.
14          Q.    And you would stand by what's in this
15   report today, correct?
16          A.    Yes.
17          Q.    Okay.  Now, if you would take a look at
18   Exhibit 10, which is Chapter A for Hadnot Point.
19          A.    Okay.  I've got a copy here.  Okay.
20   Here we go.  Okay.  Yes, it's unmarked.
21          Q.    Okay.  If we turn to page three again,
22   foreword, Roman numeral three.
23          A.    Okay.
24          Q.    And again.  There it says "ATSDR is
25   conducting epidemiological studies to evaluate the

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 445 of 821

1    potential health effects from exposures to volatile

2    organic compounds such as PCE, TCE, and benzene in

3    drinking finished water at U.S. Marine Corps Base,

4    Camp Lejeune, North Carolina."  Did I read that

5    correctly?

6            A.    Yes.

7            Q.    Okay.  "Historical exposure data needed

8    for the epidemiological studies are limited.  To

9    obtain estimates of historical exposures, ATSDR is

10   using water modeling techniques in the process of

11   historical reconstruction to quantify

12   concentrations of particular contaminants in

13   finished water and to compute the level of duration

14   of human exposure to contaminated water."  Did I --

15   "drinking water."  Did I read that correctly?

16           A.    That is correct.

17           Q.    Okay.  And you're also the principal

18   author of Chapter A for Hadnot Point/Holcomb

19   Boulevard, correct?

20           A.    That is correct.

21           Q.    Okay.  And these are your words,

22   correct?

23           A.    Yes.

24           Q.    Okay.  And so again, the -- the -- the

25   model for Hadnot Point and Holcomb Boulevard were

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 446 of 821

1    -- was done in support of an epidemiological study,
2    correct?
3              MR. DEAN:  Object to the form of the
4    question.  Asked and answered, too.
5              THE WITNESS:  It was done to address
6    the five objectives or questions that the
7    epidemiologists asked us to -- to address.
8    BY MR. ANWAR:
9         Q.   Okay.  In support of the
10   epidemiological studies, correct?
11             MR. DEAN:  Object to the form of the
12   question.  I'll let him answer it one more time.
13   The same thing happened recently in another depo.
14             MR. ANWAR:  Please --
15             MR. DEAN:  You keep asking the same
16   question.
17             MR. ANWAR:  If we need to get Judge
18   Jones on -- I'm going to ask you to stop making
19   speaking objections and coaching the witness.
20   BY MR. ANWAR:
21        Q.   Doctor, it's a yes-or-no question.  The
22   question is --
23        A.   Well, no, it's not because you're
24   asking me about what the epidemiologists did.  And
25   what I can tell you is I'm not an epidemiologist.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 447 of 821

1    I don't know how they used the information, but I
2    do know that they asked us to address five
3    objectives.  And one of the objectives was to
4    provide monthly mean concentrations in drinking
5    water that was delivered to residents, in this case
6    it would be Hadnot Point/Holcomb Boulevard, and
7    also express some range of confidence.
8         Q.   And it was for the epidemiological
9    studies?  That's what it says here.
10              MR. DEAN:  Object to the form of the
11   question.  The document speaks for itself.
12              THE WITNESS:  That's what it says in --
13   in the report, but I would like to be clear that I
14   am not an epidemiologist, so how it's being used
15   from once we provided -- we provided -- all we
16   provided were the monthly mean concentrations.
17   BY MR. ANWAR:
18        Q.   You're not an epidemiologist, but you
19   felt comfortable serving as a primary author in
20   this report that says that, right?
21        A.   I felt confident because these were
22   water modeling reports and water modeling analyses,
23   yes.
24        Q.   Okay.  Let's go to page A182.
25        A.   Okay.  Okay.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 448 of 821

1          Q.    And this is Appendix A-9, another Q and
2     A section --
3          A.    Yes.
4          Q.    -- for the Hadnot Point and Holcomb
5     Boulevard report, correct?
6          A.    That is correct.
7          Q.    And per the modeling results -- in
8     terms of the modeling results, "what does this mean
9     in terms of my family's health."  It again states,
10    "ATSDR's exposure estimates cannot be used alone to
11    determine whether you or your family suffered any
12    health effects as a result of past exposure to TCE
13    contaminated drinking water at U.S. Marine Corps
14    Base Camp Lejeune."  Did I read that correctly?
15         A.    Yes, you did.
16         Q.    You have both Chapter As in front of
17    you?
18         A.    Yes.
19         Q.    And for the Tarawa Terrace Chapter A
20    and the Hadnot Point/Holcomb Boulevard Chapter A --
21         A.    Excuse me, the mike fell off.
22         Q.    Oh, no problem.
23         A.    Okay.  Am I okay?  Okay.  Sorry.
24         Q.    No, it's okay.  In either of the two
25    Chapter A reports for the Tarawa Terrace analysis

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 449 of 821

1    or the Hadnot Point/Holcomb Boulevard analysis, can

2    you point me to any statement in, I guess, Chapter

3    A or any of the reports that the models were

4    intended to be used for exposure determinations in

5    specific individuals?

6              MR. DEAN:  Object to the form of the

7    question.

8              THE WITNESS:  The purpose of these

9    reports were to document model analyses, data,

10   calibrations, to provide epidemiologists with mean

11   monthly concentrations.  How they intended to use

12   it, their epidemiological studies, or how anyone

13   else intended to use it is -- does not disqualify

14   the model and is not a model limitation.  The text

15   that you have read both in Chapter -- Appendices

16   Chapter A and that, that is a statement of agency

17   policy because ATSDR's a public health agency and

18   they do not conduct, to my knowledge, at least when

19   I was there, individual analyses.

20   BY MR. ANWAR:

21        Q.   And so --

22        A.   Right?  So that's a statement that --

23   but what people can do, what anyone else wants to

24   do with -- with these models -- we had the same

25   situation when we did Dover Township.  In fact, we

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 450 of 821

1  had consultants call ATSDR and wanted to know,
2  well, can you estimate for us what our exposure was
3  at, you know, 123 Main Street -- I'm making that
4  up.
5      Q.   So I think -- go ahead.
6           MR. DEAN:  Let him finish his answer.
7  BY MR. ANWAR:
8      Q.   I think the --
9      A.   The answer -- so -- and the answer was
10  from an agency policy standpoint, no.
11      Q.   No, none of the reports say that the
12  models were intended or should be used to determine
13  exposure to contaminated water in specific
14  individuals, correct?
15           MR. DEAN:  Object to the form of the
16  question.  Can we go off the record and have you
17  step out of the room, please, sir.
18           THE WITNESS:  Sure.
19           MR. DEAN:  Thank you.
20           THE VIDEOGRAPHER:  Okay.  Going off
21  record.  The time is 12:14 p.m.
22           (Off the record.)
23           THE VIDEOGRAPHER:  We're going back on
24  record.  The time is 12:16 p.m.
25  BY MR. ANWAR:

Golkow Technologies,
877-370-3377       A Veritext Division       www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 451 of 821

1          Q.   We are back on the record, Mr. Maslia.
2    In order to expedite things a little bit, I'm going
3    to ask you this question.  It's going to be similar
4    to at least the prior question, but it is a
5    different question, for the record.
6               In any of the ATSDR modeling reports
7    for Tarawa Terrace, Hadnot Point or Holcomb
8    Boulevard, any of the expert panel summaries that
9    you put together, any of the transcripts from the
10   expert panels, 2005 and 2009, can you point me to a
11   single statement from any of those experts at the
12   time or in any of your reports, the numerous
13   voluminous reports, stating that the results of the
14   models are sufficiently reliable and accurate to be
15   used for exposure determinations in specific
16   individuals?
17               MR. DEAN:  Object to the form of the
18   question.
19               THE WITNESS:  We express in numerous
20   places that they are reliable, acceptable.  Again,
21   we were not asked or -- nor were we ever asked to
22   apply them to individuals.
23   BY MR. ANWAR:
24          Q.   Okay.  Let's -- I'm going to show you
25   another exhibit.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 452 of 821

1               (DFT. EXHIBIT 11, Appendix 15

2      Bates-stamped CLJA_Healtheffects-0000061127 through

3      0000061136, was marked for identification.)

4               THE WITNESS:  Okay.

5      BY MR. ANWAR:

6          Q.    I'm going to represent to you -- do you

7      recognize this document -- I've handed you what

8      I've marked as Exhibit 11 -- Mr. Maslia?

9          A.    It says Appendix I-5.  Let me just find

10     -- well, that's not it.  Chapter I.  Oh, okay.

11     Okay.  Yes, that's the sensitivity -- that's the

12     Tarawa Terrace Chapter I report.

13         Q.    Okay.  This is an appendix to the

14     Tarawa Terrace Chapter I report, correct?

15         A.    Yes.

16         Q.    Okay.  And there at the -- the second

17     paragraph in the appendix is a disclaimer, right?

18         A.    I don't recall putting that there, but

19     -- can I look at my full chapter on it?

20         Q.    Sure.

21         A.    It's not on my Chapter I.

22         Q.    Yeah.  And that's one of my questions

23     to you.  It's on ATSDR's website currently and it's

24     been produced in the litigation.  It is attached as

25     part of a table to Chapter I, but not directly

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 453 of 821

1    included in the reports.  And on the table we

2    discussed earlier, you're the primary author of

3    Chapter I, correct?

4            A.   Yes.

5            Q.   Okay.

6                 MR. DEAN:  Let me object to the form of

7    the question because I think the witness just said

8    it was not attached to his -- or you may have said,

9    I misunderstood, that this document Appendix I-15

10   is not a part of the report that was released, but

11   is now on the website; is that what you said?

12                MR. ANWAR:  It's available on the

13   website.

14                THE WITNESS:  I don't know anything

15   about that.  When I left ATSDR, the only things on

16   the website were the published reports in 2017.  So

17   no, I have never seen that disclaimer.

18   BY MR. ANWAR:

19           Q.   Right.  Let's -- let's read through the

20   disclaimer together.

21           A.   Okay.

22           Q.   It starts "the water modeling analysis

23   results presented herein are provided as a service

24   to the public for informational purposes.  All

25   analyses and computer simulation results have been

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 454 of 821

1    reviewed for accuracy and completeness based on
2    available information and current modeling
3    assumptions."
4         A.   It says "all data, analyses, and
5    computer-simulations."
6         Q.   Okay.  "All data, analyses and
7    computer-simulation results have been reviewed for
8    accuracy and completeness based on available
9    information and current modeling assumptions."  Did
10   I read that correctly?
11        A.   Yes.
12        Q.   Then it goes on to say "the results,
13   however, may not reflect the actual exposure of
14   specific individuals to contaminants in the water
15   system."  Did I read that correctly?
16        A.   Yes.
17        Q.   "In addition, more updated information,
18   if and when obtained, may change interpretations
19   presented herein.  For details pertaining to
20   assumptions and limitations, the public should
21   refer to the aforementioned reference list above."
22   Did I read all of that correctly?
23        A.   Yes.
24        Q.   I most wanted -- most importantly I
25   wanted to focus on -- it states, "the results,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 455 of 821

1   however, may not reflect the actual exposure of
2   specific individuals to contaminants in the water
3   system."  Did I read that correctly?
4           MR. DEAN:  Well, you can answer that.
5   I don't have an objection to that question.
6           THE WITNESS:  Okay.  Yes, you read that
7   correctly.
8   BY MR. ANWAR:
9       Q.   And is it your testimony that you've
10  never seen this before?
11      A.   No, it is my testimony I have never
12  seen this before.
13      Q.   Were you involved in any way in
14  drafting it?
15      A.   Not that I recall.
16          MR. DEAN:  Object to the form of the
17  question.  He just told you he didn't know anything
18  about it.
19          THE WITNESS:  I don't know when it went
20  on the website.  The last time I checked, which was
21  not recently, maybe two years ago or whatever, I
22  don't recall seeing it.
23  BY MR. ANWAR:
24      Q.   Do you know why this disclaimer is
25  included as part of an appendix in Chapter I and

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 456 of 821

1    not in Chapter A?

2              MR. DEAN:   Object to the form of the

3    question.   Asked and answered.

4              THE WITNESS:   It's not in -- in the

5    published report, okay?   It's -- so I don't know

6    why or who put the disclaimer there or when it went

7    on there.   As I said, to my best knowledge, when I

8    left in -- or retired in December of 2017, the only

9    thing on the website were these complete reports.

10   And I would not -- I don't understand why they

11   would pull just this out and put it like that on

12   the website.   That may -- again, somebody at ATSDR

13   must have made a decision, but I was not involved

14   in that, nor was this ever -- the reference

15   citation is correct, but the disclaimer I've never

16   seen.

17   BY MR. ANWAR:

18        Q.    Okay.

19              MR. BELL:   At a good stop -- good point

20   for a break or not?

21              MR. ANWAR:   I have a little bit more

22   questioning and then we can take a lunch break.

23              MR. BELL:   Yeah, the chef out there

24   won't ring the bell for the employees until we go

25   get our food because y'all are the guests of the

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 457 of 821

1  day.  I'll leave it up to you.

2           MR. DEAN:  Well, give him five more

3  minutes if that's okay.

4           MR. BELL:  No problem.

5           (DFT. EXHIBIT 12, Analyses of

6  Groundwater Flow, Contaminant Fate and Transport,

7  and Distribution of Drinking Water at Tarawa

8  Terrace and Vicinity, U.S. Marine Corps Base Camp

9  Lejeune, North Carolina: Historical Reconstruction

10  and Present-Day Conditions Disclaimer Bates-stamped

11  CLJA_Watermodeling_01-0000938451, was marked for

12  identification.)

13  BY MR. ANWAR:

14      Q.   Okay.  I am handing you what I'm

15  marking as Exhibit 12.

16      A.   Okay.

17      Q.   Exhibit 12 is a redline of the

18  disclaimer that we just looked at.

19      A.   Okay.

20      Q.   Would you agree with that?

21           MR. DEAN:  Object to the form of the

22  question.

23           THE WITNESS:  It looks like a big

24  difference to me, redlined.

25  BY MR. ANWAR:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 458 of 821

1      Q.   It's been redlined, correct?

2      A.   Well, I know.  I'm -- it's...

3      Q.   And so this is a redlined version

4  reflecting changes that were made to, I guess, the

5  original disclaimer -- well, let me -- let me reask

6  that question.

7           This is -- so the redlined language in

8  here is what made it into the final disclaimer that

9  we just looked at in Exhibit 11, correct?

10          MR. DEAN:  Object to the form of the

11  question.

12          THE WITNESS:  No, that's the wrong

13  sign.  There's differences here.  For example --

14  I'll just give a quick -- it says "the documents,

15  graphs, and water modeling analyses."  It says the

16  water modeling analyses.

17  BY MR. ANWAR:

18     Q.   I've got you.  Okay.

19     A.   Okay.

20     Q.   Have you seen this before?

21     A.   I don't recall seeing it.

22     Q.   Okay.  I will represent to you that the

23  meta analysis indicates that ATSDR is a custodian

24  and you're the author.

25     A.   Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 459 of 821

1      Q.   And it's dated May 23rd, 2007.  Do you
2  recall this document?
3              MR. DEAN:  I -- object to the form of
4  the question, not that we don't accept your
5  representation, and asked and answered.
6              THE WITNESS:  This seems to me to be
7  two different documents because this, the one that
8  you handed me, Exhibit 11, okay, the appendix stuff
9  is from the Chapter I, not -- not the cover, not
10  the cover page.  The reference is correct, but not
11  that.  If you're saying -- and Chapter I probably
12  came out in 2009.  I can take a look at the date.
13  February 2009.  Okay.
14  BY MR. ANWAR:
15      Q.   Do you remember --
16      A.   The fact that it may have been in under
17  my ATSDR land or wherever you obtained it from, I
18  don't know how -- how these documents are obtained
19  by DOJ.  It could have been sent as an e-mail
20  attachment or Office of Communication or even an
21  epidemiologist, Office of the Director, anybody
22  saying this is what we want to use, but, whatever,
23  I -- you know, honestly do not remember these
24  disclaimers.
25      Q.   Okay.  It is attached to an e-mail and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 460 of 821

1    I will pull that e-mail during the break.  We can

2    talk through that e-mail.

3          A.    Okay.

4          Q.    The one that you're -- you're included

5    on.

6          A.    Thank you.

7                MR. ANWAR:  Let's take a break for

8    lunch and --

9                MR. DEAN:  45?

10               MR. ANWAR:  That's fine.

11               THE VIDEOGRAPHER:  Okay.  We're going

12   off record.  The time is 12:29 p.m.

13               (A luncheon recess transpired.)

14               THE VIDEOGRAPHER:  We're going back on

15   record.  The time is 1:24 p.m.

16   BY MR. ANWAR:

17         Q.    Good afternoon, Mr. Maslia.  We are

18   back on the record from a lunch break.  Are you

19   okay to continue?

20         A.    Yes, I am.

21         Q.    Okay.  Did you speak with your -- with

22   the counsel about your testimony during the break?

23         A.    No, I did not.

24         Q.    Okay.  Thank you.  Before we went on

25   the lunch break, we were discussing what I had

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 461 of 821

1    marked as Exhibit 12, which is a redlined version

2    of Exhibit 11, Exhibit 11 being a disclaimer and

3    Exhibit 12 being the redline of that disclaimer.

4            A.   Okay.

5            Q.   I'm going to show you another document

6    that I'm marking as Exhibit 13.

7                 (DFT. EXHIBIT 13, e-mail correspondence

8    Bates-stamped CLJA_ATSDR_BOVE-0000157167 through

9    0000157170, was marked for identification.)

10   BY MR. ANWAR:

11           Q.   I will represent to you Exhibit 13 is

12   an e-mail exchange from 2007 with you and Deb Tress

13   from ATSDR and Frank Bove from ATSDR.  And the

14   e-mail includes an attachment with -- which is a

15   redline of the disclaimer that we were discussing

16   before the break.  Take -- take a minute to look at

17   it, but would you agree with that?

18           A.   Agree that this is an e-mail about

19   this -- yes.

20           Q.   Okay.  And so if we start at the

21   beginning of the chain, it looks like you sent an

22   e-mail on May 23rd, 2007 to Deborah Tress and the

23   subject is disclaimer for website.  And in it you

24   write, "Deborah, I need a disclaimer that will come

25   up when a person enters the Camp Lejeune water

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 462 of 821

1 modeling website. Here's my attempt. Can you

2 please review and provide correct legal verbiage?

3 Thanks, Morris." Did I read that correctly?

4 A. Yes, yes.

5 Q. What -- what water modeling website are

6 you referring to?

7 A. Thinking back to 2007, 15 years ago or

8 whatever, I'm looking at the date. It's May 23rd.

9 The -- neither the executive summary or the Chapter

10 A report had come out yet because they were

11 June 2007, is when they came out. And the only

12 thing I can think of is someone above me, my

13 supervisor or the division, were thinking that just

14 like with other ATSDR documents, they wanted to put

15 results on the website, but they wanted a

16 disclaimer, an agency policy-type -- type

17 disclaimer. That's the only thing I can, I mean,

18 recall this many years back, okay?

19 Q. Okay. And I think this came up in your

20 2010 deposition. I realize that's now 15 years

21 ago.

22 A. Okay.

23 Q. But at one point, did the ATSDR website

24 contain a page or have a page that allowed an

25 individual to go in and enter sort of when they

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 463 of 821

1    were at Camp Lejeune and it produced numbers from
2    the model?
3          A.    Yes.
4          Q.    Okay.  Can you tell me about that?
5          A.    Well, as part of our Tarawa Terrace
6    analyses -- at that time it was just Tarawa
7    Terrace.  And, of course, ATSDR is focused on
8    providing information to the public on their
9    health, so we requested -- we were working with the
10   U.S. Geological Survey.  They had some web
11   developer guys, so we requested an app that someone
12   who resided at Lejeune or someone who didn't reside
13   at Lejeune could put in dates, dates of service,
14   and get an estimate, a quantitative estimate of
15   exposure -- when I say exposures, concentrations of
16   PCE.
17         Q.    Okay.
18         A.    Okay.  And so the web application did
19   go on the website.  I'm trying to figure out how --
20   I think you showed me -- it was with this table,
21   because that was Chapter I.  That was the last
22   chapter being -- I'm not saying we didn't have the
23   numbers, but anyway, and at some point after it
24   went on the website, I know I got a call and I'm
25   sure my supervisor or the agency got a call from

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 464 of 821

1    the Department of Navy that they were not pleased

2    with it at all.

3            Q.    The website itself?

4            A.    You have to pull it down, yes.

5            Q.    Okay.

6            A.    Pull the application down off your

7    website.

8            Q.    What do you recall about the

9    conversation -- about the call with the Department

10   of the Navy?

11           A.    Only that it gave quantitative

12   estimates of mean concentrations, and my point --

13   it's the team's point -- was that it's contained in

14   the report and it was just an easier way to present

15   if someone didn't want to read the entire report to

16   do it, and that's all I remember, is that there was

17   some conversations with the Department of Navy.

18   And then our web guys said there was something

19   about security or whatever and the web -- that

20   application never got put back on -- on the web.

21   So my assumption is the agency just wanted to go

22   with tabular values right out of the reports.

23           Q.    Okay.  We'll get back to the website.

24           A.    Okay.

25           Q.    I wanted to focus on the e-mail

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 465 of 821

1    exchange and the -- the redline disclaimer --

2         A.   Okay.

3         Q.   -- that was attached.  So it's -- based

4    on this first -- the first thread on the chain, it

5    sounds like you attempted to draft the disclaimer

6    and you sent it to Deborah Tress, correct?

7              MR. DEAN:  Object to the form of the

8    question.  Mischaracterizes the document.

9              THE WITNESS:  I don't know.  If I

10   recall, I was probably asked to produce the table,

11   okay, here because someone wanted it up on the

12   website, okay?  And then someone probably said,

13   well, we need to have a disclaimer, okay?  I don't

14   know who.  I don't know who, but -- and so I

15   attempted to draft a disclaimer not being an

16   attorney, okay --

17        Q.   Okay.

18        A.   -- or agency policy person.

19        Q.   Okay.  And so the next exchange is an

20   e-mail from Deb Tress responding to you saying, "so

21   does the website help them estimate their own

22   exposure to the contaminated water?"  Did I read

23   that correctly?

24        A.   Yes.

25        Q.   And then you respond to that further up

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 466 of 821

1    in the chain.  You say, "yes, but they cannot

2    modify our numbers.  It just provides results of

3    modeling based on the dates they enter to a website

4    and they can also download a graph and table as a

5    PDF."  Did I read that correctly?

6              A.    Yes, that's what I just said about

7    getting the tables from the report, okay?

8              Q.    And now going further up on the chain

9    to the first page of the exhibit, Deb Tress's

10   response to you on May 23, 2007 says, "how about

11   this?  I'm not totally clear how this is being

12   presented, so please edit as needed.  I'm not that"

13   -- it says considered, but I think I might be

14   concerned "with liability by ATSDR for the use of

15   the tool, so I took out that type of language."

16             A.    Okay.

17             Q.    "Thanks".  Did I read that correctly?

18             A.    Yes.

19             Q.    Okay.  And then you forward that on to

20   Frank Bove, correct?

21             A.    That is correct.

22             Q.    And that's the first e-mail on the

23   page, the top of the chain.  It says, "Frank,

24   attached is a disclaimer that will appear on the

25   water modeling website.  It's been edited by Deb

1    Tress.  Let me know if you agree to it and then I
2    will send to our web gurus."  Did I read that
3    correctly?
4            A.    That is correct.
5            Q.    Okay.  So earlier you indicated you --
6    you at least couldn't recall having seen this
7    disclaimer before?
8            A.    That is correct, yes.
9            Q.    But based on this e-mail -- this is
10   your e-mail address and you would have received the
11   disclaimer, correct?
12           A.    Yes, yes.
13           Q.    Okay.
14           A.    That's -- I mean, as I said, it was a
15   lot of things going on around May 2007 with the
16   prep for the subcommittee hearing and trying to get
17   reports approved by the Office of Science and the
18   Office of Director and stuff and...
19                 MR. DEAN:  So for the record, so we
20   just clarify that Bates stamp numbers ends in one
21   -- Bove 167 and goes through 170.  I haven't gone
22   to look, but I presume the document attached is
23   what you're saying is the document that is attached
24   that -- that he sent to Frank Bove?
25                 MR. ANWAR:  The last document on this

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 468 of 821

Page 469

```
 1   chain --
 2               MR. DEAN:  170.
 3               MR. ANWAR:  -- 170 is the attachment to
 4   that e-mail thread.
 5               MR. DEAN:  Okay.  Thank you.
 6   BY MR. ANWAR:
 7        Q.   You didn't recall it earlier, but you
 8   would have received it and you were involved in the
 9   drafting process, correct?
10        A.   It's got my e-mail address on it and,
11   again, it looks like Office of General Counsel,
12   Deborah Tress, edited it, okay?
13        Q.   Okay.
14        A.   And probably -- and sent it back to me
15   and then I -- I didn't accept or reject the
16   redline.  It's blue on here, but that's fine.  I
17   just sent it on, as you can see by the title of the
18   attachment, is disclaimer underscore MLMOGC
19   reviewed.
20        Q.   Okay.
21        A.   Okay.  So that's -- I forwarded it on
22   to Dr. Bove.
23        Q.   Okay.  And Exhibit 11, which we
24   discussed before the break, was the Chapter I,
25   Appendix I-5 document.  Do you recall that?
```

Golkow Technologies,

877-370-3377          A Veritext Division          www.veritext.com

Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 469 of 821

1          A.    It's the table from Appendix I-5.

2          Q.    Yes.

3          A.    Again, the final version of the report

4    -- the numbers are the same, but the final version

5    of the complete report was not published until

6    February of 2009, so this must have been -- I

7    can -- I can only surmise that once this was

8    published in 2009, they went back and replaced the

9    original tables.  Same numbers, but original

10   tables, okay?  We had completed the Monte Carlo

11   simulation, but we had not had the Chapter I report

12   approved, okay?  So it's, you know, I guess I'm

13   confused as to -- because the e-mail is dated 2007.

14        Q.    Yeah.

15        A.    The report is not -- typically we would

16   get a report approved and then if we wanted to pull

17   a table or a PDF or a figure or whatever from it,

18   we would do it that way.  So it's the same table.

19   I've checked the numbers, or spot-checked the

20   numbers, and it's the same -- same table.  So maybe

21   it was -- the report wasn't drafted when we went

22   ahead and put that, you know, forwarded that to

23   Dr. Bove.

24        Q.    Do you have any idea why the disclaimer

25   didn't make it into Chapter I itself, the full

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 470 of 821

1  report?

2       A.   No, that's -- that's a mystery to me.

3  I will say to give credit to ATSDR leadership and

4  management, they did believe in the peer review and

5  expert review panels that we put together, and

6  every report went through at least two peer

7  reviews, one internal and one external, and so I

8  think that's why none of the reports really -- with

9  the -- we'll get to Hadnot Point in a minute, but

10  none of the reports contained any disclaimers like

11  -- like you're showing here.  So I don't know what

12  prompted the disclaimer, but...

13       Q.   Well, I will -- I will represent to you

14  that -- and you're, obviously, welcome to go look

15  for it yourself.  The Appendix I disclaimer is

16  still included on the website as part --

17       A.   On the website.

18       Q.   -- of the table -- as part of a table

19  document.  In the disclaimer where it says "the

20  results, however, may not reflect the actual

21  exposure of specific individuals to contaminants in

22  the water system" --

23       A.   Are you referring to the redline or

24  blue line -- I mean, blue line or redline?

25       Q.   On Exhibit 11.

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 471 of 821

1    A.   Okay.  I'm sorry.  Okay.  Okay.  Go

2    ahead.

3    Q.   The final version that's on the website

4    now.

5    A.   Okay.

6    Q.   In the middle of the disclaimer, it

7    says, "the results, however, may not reflect the

8    actual exposure of specific individuals to

9    contaminants in the water system."  Do you agree

10    with that statement?

11         MR. DEAN:  Object to the form of the

12    question.

13         THE WITNESS:  I would say it has to say

14    that because what we're presenting is a Monte Carlo

15    simulation result, so you've got the calibrated

16    value, the probability at 2.5 percent, the

17    probability at 50 percent, and the probability at

18    97.5 percent.  So your exposure may be someplace in

19    the middle there in between those ranges.  So from

20    that standpoint, that's a correct statement

21    because, you know, a person's individual exposure

22    could be within that range anywhere.

23    Q.   Okay.

24    A.   And can I just qualify something?

25    Q.   Go ahead.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 472 of 821

1        A.   When I use the words from my standpoint
2    of exposure, I'm talking about the estimated value
3    of the contaminated drinking water.  I'm not
4    referring to exposure like ingestion, inhalation,
5    thermal exposure, okay?  I'm just -- so I'm using
6    the word exposure in that sense.
7        Q.   You're using exposure in -- in the
8    sense of drinking water?
9        A.   Drinking water.  Drinking water.  But
10   the definition of exposure -- exposure assessment
11   is you have to really look at which pathway or
12   multiple pathways, okay, someone may -- may have
13   been or may be exposed.
14       Q.   Understood.  Let's turn back to your
15   rebuttal report, which is Exhibit 6.
16       A.   This is 5.
17       Q.   I know, a lot of documents.
18       A.   Four.  I've got a copy here, if that's
19   okay.
20            MR. DEAN:  Yeah.
21            THE WITNESS:  The tabs are just
22   typographical edits.  Not technical, typographical.
23   BY MR. ANWAR:
24       Q.   That's your version of --
25       A.   Yeah, that's my version of my response

GolKow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 473 of 821

1    report.

2          Q.    Okay.  Your rebuttal report?

3          A.    Yes.

4          Q.    Which is -- I've marked as Exhibit 6.

5          A.    Yeah, it's here someplace.

6          Q.    Do you have any, like, markings or

7    writing in that?

8          A.    I only corrected -- due to the

9    Maslia-genetic OCD, you know, like, I referenced

10   date is incorrect, but nothing technical.  No

11   technical changes or technical reinterpretations on

12   here.

13         Q.    Okay.  Just like a typo?

14         A.    Yes, yes, yes.

15         Q.    Okay.  Let's -- let's turn to page 27.

16         A.    Okay.  Okay.

17         Q.    Page 27, at the bottom of it, contains

18   a section in your rebuttal report, Section 4.3,

19   excuse me, volatilization of VOCs during water

20   treatment process, correct?

21         A.    Yes.

22         Q.    And this is a response to the opinions

23   of DOJ's expert Remy Hennet about VOC losses that

24   would have occurred during the water treatment and

25   distribution process at Tarawa Terrace and Hadnot

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 474 of 821

1    Point, correct?

2           A.   It would have occurred only during the

3    water treatment process.  It's not possible for it

4    to occur during the distribution because you're

5    dealing with closed pressurized pipes.

6           Q.   Okay.  You would agree during the water

7    treatment process, correct?

8           A.   Well, that's -- yeah, that's -- yes.

9           Q.   So I don't want to necessarily read

10   this line by line.

11          A.   Okay.

12          Q.   Unless you want to direct me to a

13   specific portion, but I'll start more generally.

14          A.   Okay.

15          Q.   For much of this it appears that you

16   are restating Dr. David Sabatini's opinion on how

17   VOC losses are calculated and the extent of the VOC

18   losses that would have occurred; is that right?

19          A.   That is correct.

20          Q.   Okay.  And do you defer to Mr. --

21   Dr. Sabatini on those opinions?

22          A.   Yes, the calculations that he did, the

23   interpretations that he did, I defer to him.

24   That's his area of expertise.

25          Q.   Okay.  You're not doing any independent

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 475 of 821

1    calculations on VOC losses, correct?

2           A.    No, I'm not.

3           Q.    And you're not doing any independent

4    interpretation of those calculations of VOC losses,

5    correct?

6           A.    I'm doing comparisons.

7           Q.    You're comparing Dr. Hennet's opinion

8    with Dr. Sabatini's opinion, correct?

9           A.    And -- and the Marine Corps'

10   consultant, AH Environmental.

11          Q.    Okay.

12          A.    And our experts who served on the

13   expert panels.

14          Q.    Determining VOC losses or calculating

15   them, that's not your expertise, correct?

16          A.    That is correct.

17          Q.    Okay.  So turning to page 30 in your

18   report.

19          A.    Okay.

20          Q.    Actually, it might be 29.  Sorry about

21   that.

22          A.    Okay.

23          Q.    Okay.  I misspoke again.  I'm sorry.

24   It's page 31.

25          A.    31?

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 476 of 821

1      Q.   Yeah.

2      A.   Okay.  I'm there.

3      Q.   Okay.  So in the -- in the second

4  paragraph there, the first large paragraph, you go

5  on to discuss -- it says, "additionally, in

6  contrast to Remy Hennet's contention that ATSDR

7  ignored or did not account for VOC losses during

8  storage treatment and distribution"...

9      A.   I'm there.  I'm following.

10     Q.   "This issue, including the results of

11  the AH Environmental Consultants report, was

12  discussed in detail with the expert panels convened

13  by ATSDR in 2005 and 2009."  Did I read that

14  correctly?

15     A.   Yes, yes, you did.

16     Q.   Okay.  And a little further down it

17  says, "excerpts from the verbatim transcript are

18  provided in Appendix A", and you're talking about

19  the expert panel.  "The consensus was there was

20  negligible volatilization, at most 10 percent, from

21  the spiractors."  And -- so -- and then you quote,

22  "so although we said it's probably negligible and I

23  agree with Tom's number here, at 90 percent what's

24  going in is coming out on the other end."  Did I

25  read that correctly?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 477 of 821

1      A.    Yes, and then it references Appendix A
2  at the end of the sentence.
3      Q.    Correct.
4      A.    Okay.  To be clear, that's not my
5  quotation.
6      Q.    Correct.  That's from the expert panel,
7  correct?
8      A.    Yes.
9      Q.    And that's Dr. Pommerenk?
10      A.    Yes.
11      Q.    Okay.  And the last sentence there is,
12  "in light of the conclusions of AH Environmental
13  Consultants, 2004, and the recommendations of its
14  expert panels, ATSDR made the decision to consider
15  any potential VOC losses from storage, treatment
16  and distribution as negligible."  Did I read that
17  correctly?
18      A.    Yes.
19      Q.    And I believe you reference in it in
20  your report, but I'll pull out the actual document
21  as well.
22      A.    In which report?  The expert report?
23      Q.    It's in your expert report, but let me
24  -- I'm going to pull out the -- the AHE report for
25  you.  Hang on a second.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 478 of 821

1              (DFT. EXHIBIT 14, ATSDR Support

2      Estimation of VOC Removal report from AH

3      Environmental Consultants Inc., Bates-stamped

4      CLJA_Watermodeling_010000071446 through 0000071512,

5      was marked for identification.)

6      BY MR. ANWAR:

7              Q.    I'm handing you what I'm marking as

8      Exhibit 14.  Exhibit 14 is the 2004 environmental

9      -- or AH Environmental Consultants report, correct?

10             A.    That is correct.

11             Q.    It's the one that you reference in your

12     rebuttal report, correct?

13             A.    Yes.

14             Q.    If you turn to page 4-4.

15             A.    Which page?  Oh, report page four?

16             Q.    Report page 4-4.  Thank you.

17             A.    Okay.

18             Q.    At the top of the page there it states,

19     "based on these observations, there is some

20     uncertainty in removal estimates from the effluent

21     pipes.  Additional uncertainties are introduced by

22     varying head losses in the pipes caused by calcium

23     carbonate scale built-up and manual clearing --

24     cleaning.  However, it is estimated that PCE and

25     TCE removals due to aeration at the spiractor

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 479 of 821

   Page 480

1    effluent pipes are likely to be no larger than

2    15 percent."  Did I -- Did I read that correctly?

3         A.   Yes, yes.

4         Q.   So AHE's report determined up to or no

5    larger than 15 percent, correct?

6              MR. DEAN:  Object to the form of the

7    question.

8    BY MR. ANWAR:

9         Q.   And let me -- let me repeat the

10   question.  This AHE report determined that PCE and

11   TCE losses or VOC loss due to aeration at the

12   spiractor effluent pipes are likely to be no larger

13   than -- no, to be -- than 15 percent?

14        A.   That's what it states.

15        Q.   Okay.

16        A.   That's what the report states.

17        Q.   And looking back at page 31 of your

18   rebuttal report, that last -- that paragraph we

19   were just looking at, the last sentence is, "so in

20   light of the conclusions of the AHE consultants,

21   2004, and the recommendations of the expert panels,

22   ATSDR made the decision to consider any potential

23   VOC losses from storage, treatment, and

24   distribution as negligible."  Did I read that

25   correctly?

1          A.    Yes.

2          Q.    Whether it's 10 percent VOC losses or

3    up to 15 percent VOC losses, is it your opinion

4    that 10 or 15 percent is negligible -- a negligible

5    percent of losses?

6          A.    Yes, compared with the differences, for

7    example, in water sampling or the quality sampling,

8    the uncertainties associated with well scheduling

9    operations.  And you've got to look at, you know,

10   everything, not just isolate on -- on the water

11   treatment plant, but considering everything 10

12   percent -- percent, we assumed and we were, I

13   believe, justified in assuming it was negligible,

14   okay?  That is an -- the approach we took was a

15   pragmatic engineering approximation through a

16   modeling issue.

17         Q.    For purposes of determining exposure in

18   an individual, is a 10 or 15 percent VOC loss --

19   would you consider that to be negligible?

20         A.    You would have to speak with the

21   epidemiologist or toxicologist, okay?  I couldn't

22   say on an individual level, okay?

23               (DFT. EXHIBIT 15, Analyses of

24   Groundwater Flow, Contaminant Fate and Transport,

25   and Distribution of Drinking Water at Tarawa

1    Terrace and Vicinity, U.S. Marine Corps Base Camp

2    Lejeune, North Carolina: Historical Reconstruction

3    and Present-Day Conditions Response to the

4    Department of the Navy's Letter on: Assessment of

5    ATSDR Water Modeling for Tarawa Terrace,

6    Bates-stamped CLJA_Watermodeling_01_09_0000033263

7    through 0000033326, was marked for identification.)

8    BY MR. ANWAR:

9         Q.    I'm handing you what I'm marking as

10   Exhibit 15.

11        A.    Okay.  Response.  Okay.

12        Q.    And I wanted to direct your attention

13   to page six, I believe, of the report.

14        A.    Okay.  The pages, I don't believe, are

15   numbered.

16        Q.    I think they're on the top left.  Well,

17   and let me --

18        A.    Can you give me a Bates number because

19   this doesn't have a report page number.

20        Q.    Before I begin, let me -- let me start

21   by asking you a few questions.

22        A.    Sure.

23        Q.    This is the ATSDR response to the

24   Department of Navy's letter or their critiques on

25   the Tarawa Terrace modeling, correct?

Golkow Technologies,
877-370-3377          A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 482 of 821

1          A.    That's -- yes, this is --
2          Q.    And it's entitled, on the first page
3    there, response to the Department of Navy -- to the
4    Department of the Navy's letter on quote -- colon,
5    assessment of ATSDR water modeling for Tarawa
6    Terrace, correct?
7          A.    That's correct.
8          Q.    Okay.  Did you write this response?
9          A.    Again, other reports, I wrote parts of
10   it and I coordinated other people's response.  I
11   may have asked them for input and if they could
12   respond to a certain section or not, but I
13   coordinated the overall report.
14         Q.    Okay.  So in coordinating it, similar
15   to the other reports that you oversaw and
16   coordinated, would you have reviewed and had an
17   opportunity to review the -- to comment on the
18   report?
19         A.    Yes.
20         Q.    And ultimately, what was decided, would
21   you have had an opportunity to sign off on the
22   report?
23         A.    It would have come from me in going up
24   through the clearance process, report clearance
25   process of the agency, okay?  And so I would have

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 483 of 821

1    been the one that put it into the clearance process

2    at the first stage once I was satisfied with the

3    report.

4        Q.   So you would have -- you would have

5    approved it and then pushed it up the chain,

6    correct?

7        A.   Yes.

8        Q.   Okay.

9        A.   Well, technically a report is only

10   approved by either the Office of the Director or

11   the Office of Science at CDC, okay?  An author

12   cannot approve an agency report.  They can submit

13   it, they can comment on it and all of that, but

14   it's only those two, Office of Director and Office

15   of Science at CDC, when I was there.

16       Q.   And perhaps "approve" is a bad term

17   because it may be a term of art --

18       A.   Right.

19       Q.   -- within an agency, but you would have

20   had an opportunity to review, comment and sign up

21   -- sign off on it and then send it up the chain to

22   be approved, correct?

23       A.   Yes, that is correct.

24       Q.   Okay.  So on the page with the Bates

25   ending in 33272, if you could turn there.

1          A.    Yeah, yeah.   272?

2          Q.    Correct.

3          A.    Okay.  I'm there, 33272.

4          Q.    Okay.  And then the page before, 33271,

5     it's a Department of Navy comment statement 7.1 and

6     it's an excerpt from their letter.  It says,

7     "however, all comparisons did not fall within the

8     calibration range.  At the water treatment plant,

9     12 percent of the simulated PCE concentrations

10    failed the calibration standard at the water supply

11    wells, a majority, 53 percent, of the simulated

12    concentrations fell outside the calibration

13    standard."

14         A.    Correct.

15         Q.    Did I read that correctly?

16         A.    Yes.

17         Q.    Okay.  And so then ATSDR responds.  And

18    if you turn the page, as part of the response on

19    the last page there it states, "to address the

20    issue of the intended use of the water modeling

21    results by the current ATSDR epidemiological study,

22    the DON, Department of Navy, should be advised that

23    a successful epidemiological study places little

24    emphasis on the actual or absolute estimate of

25    concentration and, rather, emphasizes the relative

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 485 of 821

1    level of exposure.  That is, exposed individuals
2    are, in effect, ranked by exposure level and
3    maintain their rank order of exposure level
4    regardless of how far off the estimated
5    concentration is to the, quote, true measured PCE
6    concentration."  Did I read that correctly?
7         A.   Yes.
8         Q.   Were you involved in -- did you -- did
9    you write that section?
10        A.   No, I did not.
11        Q.   Okay.  But you reviewed it and you
12   signed off on the response before you sent it off
13   to the appropriate --
14        A.   I did not.  It seems to me, looking at
15   the language or the verbiage in that last
16   paragraph, that that was written by an
17   epidemiologist, and what I would have done as we
18   were preparing this report -- as I said, we had a
19   team.  I may have forwarded it to the
20   epidemiologists of the study and asked them
21   specifically would they review it and care to add
22   anything to it.
23        Q.   But you oversaw the response and you
24   reviewed it?
25        A.   Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 486 of 821

```
 1        Q.   And you signed off and sent it up the
 2   chain to be approved, correct?
 3        A.   That is -- that is correct.
 4        Q.   Okay.  And so as I understand it, as
 5   I'm reading this, it's -- and this is coming as
 6   part of a response to a concern, so maybe you wrote
 7   about -- raised about the accuracy of the model
 8   based on the calibration.  As far as -- it sounds
 9   like for purposes of the epidemiological study that
10   was being conducted in which the modeling was
11   supporting, the absolute concentration values
12   produced by the model didn't matter; would you
13   agree with that?
14             MR. DEAN:  Object to the form.
15             THE WITNESS:  Well, it doesn't say
16   didn't matter.  It says little emphasis is placed
17   on it.
18   BY MR. ANWAR:
19        Q.   Okay.
20        A.   And again, it's from -- I would
21   interpret this, because I know I did not write this
22   section, that that's -- you really need to ask an
23   epidemiologist on the epidemiological
24   interpretation of that.
25        Q.   What it says is that that is
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 487 of 821

1    successful -- that the -- the intended use of the

2    water modeling results by the current

3    epidemiological study places little emphasis on the

4    actual absolute estimate of concentration and

5    rather emphasizes the relative level of exposure,

6    right?

7          A.    That's what it says.

8          Q.    All right.  And then it says, "that is,

9    exposed individuals, in effect -- are, in effect,

10   ranked by exposure level and maintain their rank

11   order of exposure level regardless of how far off

12   the estimated concentration is to the true measured

13   PCE concentration", correct?

14         A.    That's what that -- that sentence that

15   you just read says.

16         Q.    Okay.  So if in that context for the --

17   of the water modeling and what was happening at the

18   time, when you-all were -- so let's turn back to

19   the discussion in your rebuttal report about the

20   VOC losses --

21         A.    Okay.

22         Q.    -- and ATSDR's characterization of 10

23   or 15 percent of VOC losses as negligible.  If

24   ATSDR was performing an epidemiological study that

25   was ranking exposure level and maintaining the rank

1   order of individuals, does it matter -- it doesn't

2   matter whether the VOC losses are 10 percent,

3   15 percent, 25 percent, does it?

4          A.   It's an epidemiology question or

5   toxicology or a combination of both, okay?  Again,

6   in the response, again, I can tell that's not the

7   way I write.  It was written by an epidemiologist

8   in there and I just -- I'm not comfortable

9   answering an interpretation from one or the other,

10  okay?

11         Q.   The point I'm getting at is that

12  whatever the concentration level, you know, we're

13  talking about is produced by the model, let's say

14  100, across the board for individuals, the same

15  amount is coming off the top for the VOC losses, so

16  10 percent, 15 percent, it doesn't change the rank

17  of the order -- the rank of individuals for

18  purposes of the epi study, right?

19              MR. DEAN:  Object to the form of the

20  question.

21              THE WITNESS:  Again, that's an

22  epidemiological analysis.  I've never done one of

23  those.  I've never ranked, okay, so I don't know

24  what assumptions they are using to put into there.

25  I know they are using the mean monthly

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 489 of 821

1    concentrations that we reconstructed, but that's as

2    far as I can go.

3    BY MR. ANWAR:

4         Q.   ATSDR made the decision -- treated VOC

5    losses as negligible because the water modeling was

6    supporting an epi study, right?

7         A.   No.

8              MR. DEAN:  Object to the form of the

9    question.

10             THE WITNESS:  One has nothing to do

11   with the other.  I think we're comparing apples and

12   oranges here.  The VOC potential volatilization was

13   geared towards our water modeling and taking the

14   results of the simple mixing model and then putting

15   it through the water treatment process.  We did not

16   model the water treatment process and, you know,

17   distributing the -- the water to wherever,

18   locations within Camp -- Camp Lejeune.

19             If -- back up.  Based on -- again, I'm

20   referring to the AH report, our experts.  We had

21   one of our distribution system experts, and it was

22   our conclusion that 10 percent, 15 percent, was

23   well within engineering applications.  That is

24   typically done in -- in engineering applications.

25   You go from theory -- from contaminant fate and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 490 of 821

1    transport equation, groundwater flow, and then you
2    have to make some assumptions, okay, some
3    simplifying assumptions or pragmatic --
4              SIRI:  I'm sorry.  I didn't quite catch
5    that.  Can you please say that again?
6    BY MR. ANWAR:
7         Q.   Siri wants you to repeat it.
8         A.   Okay.  I didn't know someone was
9    listening, but -- and so that -- that's what our
10   focus is.  Our focus was never on how the
11   epidemiology were going to interpret or use the
12   results other than that the most likely estimates
13   were mean monthly concentrations.
14        Q.   When you're building a model and you're
15   -- you're starting with the conceptual model, isn't
16   part of the -- developing the conceptual model
17   understanding what the purpose and the model will
18   be used for?
19        A.   No, the purpose is to get -- in terms
20   of, if we can get specific, a groundwater flow
21   model, for example, your conceptual model would be
22   how does water move through the different aquifers
23   or different layers.  And contaminant transport, if
24   there's a contaminant source or sources, how do
25   those contaminants then mix or move with

                         Golkow Technologies,
877-370-3377              A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 491 of 821

1    groundwater, and then how are they mixed with the

2    different wells that may or may not intercept

3    contaminated water, and then how they're

4    distributed, okay?

5              And so your groundwater flow has

6    specific equations with some parameters that you

7    have to make assumptions on.  The contaminant fate

8    and transport has equations that we have to make

9    some engineering approximations or simplifications,

10   and the treatment process we -- we said after

11   looking also at the data, the data, the sampling

12   data that was provided by whoever did the lab

13   analyses that came -- provided to us by our points

14   of contact at Camp Lejeune, but somebody did the

15   analyses, that there was very little negligible

16   indication of any kind of VOC loss from the

17   untreated, where all the raw water went in, to the

18   treated.  And that's -- I put that in -- is this

19   the rebuttal report?  I put that in the rebuttal

20   report.  We had some sampling data that showed

21   that.

22        Q.   I guess one of the things I -- and this

23   is just me, like, leveling --

24        A.   Right.

25        Q.   -- and not, you know, taking off the

Golkow Technologies,
A Veritext Division
877-370-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 492 of 821

1    lawyer hat.  One of the things I sort of struggle
2    with is this idea that when the modeling was being
3    performed, that the purpose for which the model was
4    being used is somehow divorced from the decisions
5    that were made with respect to building the actual
6    model.  And I'm saying candidly, like, reading the
7    e-mails, the documents --
8              A.    Right.
9              Q.    -- it's all over the paperwork and the
10   documents at the time that the modeling was built
11   to support the epi study.  And I think -- it sounds
12   like, to me, you're saying that when you're
13   building the model, you just had no idea what they
14   were doing with the -- the model results.
15              MR. DEAN:  Object to the form of the
16   question.  You can answer.
17              THE WITNESS:  As I said before, if you
18   look at the start of the project, the start, they
19   asked us -- they saw what we did with Toms River,
20   New Jersey and came to us and said, well, can you
21   do the same thing with Camp Lejeune, meaning
22   monthly concentrations or monthly -- yeah, monthly
23   water concentrations.  And so that's where we
24   started and there were, again, the five objectives
25   that I've stated previously, and that's how we

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 493 of 821

1  designed the model, is to be able to reconstruct
2  concentrations to meet those five objectives and
3  to, you know, express some reliability, uncertainty
4  associated with them.
5              How the epidemiology side or toxicology
6  side of -- of the agency would then take those and
7  what analyses they would do, as I said, we were
8  blinded to that, okay?  I could never tell you --
9  to this day, I do not know who was classified as a
10 case, who was a controlled, where they lived, what
11 -- how they served, when they served or anything
12 like that.  Because in developing these -- the
13 models for historical reconstruction, they should
14 be, as I termed it, robust, meaning anyone, not
15 just the epidemiologists, anyone should be able to
16 take the results of your model and apply them as
17 they see fit given the uncertainties, the
18 limitations of modeling.
19 BY MR. ANWAR:
20      Q.   Frank Bove was the epidemiologist
21 performing the studies, correct?
22      A.   He was the senior epidemiologist.
23 There was also -- now it's Dr. Perri Ruckart.
24      Q.   Okay.
25      A.   Those are the two people I interacted

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 494 of 821

```
 1  with.
 2        Q.   Dr. Bove and Dr. Ruckart, correct?
 3        A.   Yes.
 4        Q.   And if you were developing the model,
 5  you were certainly communicating with Dr. Bove,
 6  correct?
 7        A.   There were e-mails, but not -- he was
 8  not questioning us and what assumptions we were
 9  making.  They would more communicate with us on two
10  aspects.  One, there's a CAP meeting and we need an
11  update on the modeling and, two, when are we going
12  to have some final results that we can use for the
13  epi study, okay?
14        Q.   Okay.  You were communicating with
15  Dr. Bove when building the model, though, correct?
16             MR. DEAN:  Object to the form of the
17  question.
18             THE WITNESS:  When you say building,
19  are you talking about calibrating the model or
20  doing the conceptual groundwater flow model and
21  what type of code we were going to use?
22  BY MR. ANWAR:
23        Q.   Any aspect of developing either of the
24  Tarawa Terrace model or the Hadnot Point/Holcomb
25  Boulevard model.  During the course of it, you were
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 495 of 821

1  discussing what Dr. Bove's needs were, correct?

2        MR. DEAN:  Object to the form of the

3  question.  Mischaracterizes his prior testimony.

4        THE WITNESS:  We communicated about

5  what results they would need, the epidemiologists

6  would need, and could we provide them.  They

7  indicated that they would need, at one point,

8  trimester information.  So if we could give them

9  monthly, that would -- they would be comfortable

10  with -- with monthly values.

11  BY MR. ANWAR:

12        Q.   Was Dr. Bove permitted the opportunity

13  to weigh in on modeling decisions?  So, for

14  instance, parameter inputs that you decided on and

15  assumptions that were made?

16        A.   I may have copied him if I sent out a

17  group e-mail, if we were discussing modeling

18  things, but he would not come back and say, no, you

19  should use, you know, 100 or 30 or whatever

20  parameter.  We never had those kinds of

21  discussions.  He left that strictly to the water

22  modeling team.

23        Q.   So turning back to your rebuttal

24  report.

25        A.   Okay.

1          Q.    I think it's page 31.

2          A.    Okay.

3          Q.    There -- actually, I may have told you

4    the wrong page again.  Give me one second.  Okay.

5    It's page 30, actually.  I'm sorry.

6          A.    Okay.

7          Q.    At the top of that page it starts, "in

8    addition, Remy Hennet's assertion that" --

9          A.    Wait.  Page 30.

10         Q.    30 of your rebuttal.

11         A.    This says rebuttal.

12         Q.    It's the first full sentence.

13         A.    Oh, okay.  I see it.  Okay.

14         Q.    It states, "in addition Remy Hennet's

15   assertion that ATSDR did not account for such VOC

16   losses is incorrect."  And then it goes on, "first

17   ATSDR analyzed sampling data of water from both

18   pretreatment and posttreatment."  And then you list

19   in a table sampling data for the Hadnot Point water

20   treatment system?

21         A.    Correct.

22         Q.    And the rest of that is a discussion

23   about the sampling data from the Hadnot Point water

24   treatment system.  I don't see anywhere in that

25   paragraph any discussion about Tarawa Terrace.  And

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 497 of 821

1    it's true that the Tarawa Terrace model didn't

2    account for VOC losses at all, right?

3            A.    No, we said they were negligible at

4    each treatment facility.  It's just that at Hadnot

5    Point we actually had sampling data, okay?  A pair

6    and a triplet, okay?  And, for example, for

7    July 27th, 1982 for TCE, we have -- the untreated

8    water is 19 micrograms per liter and that same day

9    -- I can't say what time it was taken at, but we've

10   got treated water at 21 micrograms per liter,

11   allowing for measurement error.  It appears to me

12   that there is no VOC loss and that is in sampling

13   data that -- and so, again, you can calculate using

14   equations, but the sampling data showed no VOC

15   loss.

16           Again, on here there is -- at the top

17   of page 31 it says "at the Tarawa Terrace water

18   treatment plant there's triplet measured data taken

19   on July 28th, 1982."  And in this -- in this one

20   it's classified as finished, untreated, and treated

21   water.  So 104 micrograms per liter finished water,

22   76 untreated, and 82 treated water, okay?

23           Q.    Those --

24           A.    Now, again, you have variations like

25   this in water -- water samples, but it does not

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 498 of 821

1    seem to me that there are any VOC losses.

2         Q.    So we'll turn to the sampling data as

3    it relates to Hadnot Point --

4         A.    Okay.

5         Q.    -- because that discussion is all about

6    Hadnot Point, correct?

7         A.    No, no, I just said this is Tarawa

8    Terrace.  I just -- the triplet is data from Tarawa

9    Terrace.  The TTWTP is our acronym for that.

10        Q.    What page are you looking?

11        A.    Page 31 at the top.

12        Q.    Now, when you were comparing the

13   sampling data to determine no VOC losses, so for

14   both Hadnot Point and Holcomb Boulevard, did you

15   take into account whether or not the -- the wells,

16   the contaminated wells, for those two treatment

17   systems had been pumping?

18        A.    We do not have information on sampling

19   data, I believe, on any of the sampling data,

20   whether the wells were pumping or not -- not

21   pumping.  We may be able to make some judgments

22   based on before and after if it's at the same --

23   same -- same well, whether the well was pumping or

24   not, but we had no information on the pumping

25   status of the well, but that would not have -- you

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 499 of 821

1   would not have lost any VOCs in the well because
2   it's not that you have air space in there.  The
3   well is screened down through the aquifer, okay?
4   It's completely filled with water.
5        Q.   Well, you're -- you're basing the
6   conclusion at the top of page 31 as it relates to
7   Tarawa Terrace, and I think for Hadnot Point as
8   well, you're comparing finished water samples
9   versus untreated water samples, and you're reaching
10  the conclusion, it seems to me, that in comparing
11  those, just the -- the sampling results, there were
12  no VOC losses, right?
13       A.   Well, the data indicate that and then
14  taking that in addition to what our expert panel
15  said, maybe 10 percent or so, that leans you
16  towards the minimum for the negligible losses
17  because I would expect if there were VOC losses,
18  and let's say 10 percent, I would expect to see
19  that in the sampling data to be reduced for the
20  sampling data from the untreated water, which is
21  probably the raw water tank where all the wells mix
22  in together, go through the treatment process, and
23  then they put it into a treated water tank either
24  elevated or underground.  I would have expected to
25  see some losses.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 500 of 821

1          Furthermore, I might add, in the period
2    January 28th through February 8th, 1984, there was
3    an eight-day period when they had to shut down the
4    Holcomb Boulevard water treatment plant.  Holcomb
5    Boulevard was never served with -- did not -- the
6    treatment plant was -- never had contaminated
7    water, but when they shut down during that
8    eight-day period, the distribution system going
9    into Holcomb Boulevard received contaminated Hadnot
10   Point water.  And if you just look at some of the
11   values, and I put the ranges in there.  I believe
12   there's a CLW document that lists them all the way
13   from 24.1 to over 1100.  So again, I'm going to ask
14   again, where are the losses?
15        Q.   So for instance, for Tarawa Terrace,
16   the -- the source or the primary contaminated well
17   was TT26, right?
18        A.   That -- that was the main well, yes.
19        Q.   And there's statements in the reports,
20   and we'll look at them, that -- but would you agree
21   that when TT26 was pumping, the -- the contaminant
22   concentration levels were higher?
23        A.   Yes.
24        Q.   And when TT26 was not pumping, the
25   contaminant concentration levels decreased, and I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 501 of 821

1    think you stated in your expert panel that -- in

2    one of the expert panels that the concentration

3    levels went down to almost zero?

4         A.   Well, that's shown in our Chapter A

5    report, too.  When they shut the well down for

6    maintenance, okay, so it was not pumping, the

7    concentrations at the water treatment plant went

8    down to near -- near zero, and that also is what

9    proved to us that TT26 was the driving force or the

10   driving well in that whole -- whole system.

11        Q.   So the only point I'm trying to make

12   with respect to comparing finished samples from

13   finished water versus untreated water at Tarawa

14   Terrace and at Hadnot Point, I mean, simply --

15   context matters.  Simply comparing samples from

16   untreated water and finished water doesn't tell you

17   whether the well was pumping, whether the

18   contaminants were increasing, whether the well --

19   whether the well had stopped pumping and the

20   contaminants were decreasing, you can't make a

21   determination on VOC losses solely by comparing a

22   finished water sample and an untreated water

23   sample?

24             MR. DEAN:  Object to the form of the

25   question.  Compound.  Complex.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 502 of 821

1    BY MR. ANWAR:

2         Q.    You can answer.

3         A.    Okay.  I think you are confusing -- and

4    I don't mean that as a personal attack.

5         Q.    Sure.  No offense taken.

6         A.    Confusing different mechanisms and

7    different aspects of the entire process of

8    delivering, obtaining water from the aquifer to the

9    delivery point, okay?  The samples -- there's some

10   samples at TT26, okay, that's at the well, and that

11   -- that says nothing about -- and honestly, that

12   says nothing about the treatment process.  The

13   treatment process occurs after all the wells mix in

14   in the entry to the water treatment plant, okay?

15             So if I take a sample, and let's say

16   untreated water, which will be the raw water tank,

17   okay, and I get a -- a value, a concentration, and

18   then I take a similar sample and I'm assuming they

19   are using the same testing methodology at the

20   treated end, which would be on the other side of

21   the spiractors, the other side, and I don't see

22   any -- any losses, any changes, decreases in

23   concentration, excuse me, can I -- then what I am

24   saying is it's a good assumption, a good

25   engineering assumption, that even -- whatever

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 503 of 821

1  losses there are are so negligible that we're not
2  able to measure them.  Or the people that measured
3  them, the same -- the ATSDR did not actually
4  measure those -- those samples, okay?  And that's,
5  again -- and everything that we do in modeling and
6  interpretations and all of that, it's sort of a
7  weight of evidence approach.
8       Q.   Sure.
9       A.   Okay?  So we've got the AH report.
10 We've got our expert panel.  We've got -- these
11 members actually did water distribution system
12 testing at various -- not at Camp Lejeune, but at
13 various locations, and we've got sampling data.  So
14 you've got to take it all -- all together, okay?
15      Q.   I just have a few more questions on
16 this topic --
17      A.   Sure.
18      Q.   -- and then we'll take a break.
19      A.   Okay.
20      Q.   Now, using Tarawa Terrace again as the
21 example, TT26 was the main well that was
22 contaminated, correct?
23      A.   That is -- that is correct.  There was
24 some contamination at TT23, which is referred to as
25 the TT new well.  It only ran for about nine months

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 504 of 821

1    maybe.  When it was put in, it was put in to a
2    contaminated aquifer, okay, so that's why its
3    concentrations are high immediately.  But again,
4    TT26 was the major contributor.
5          Q.   TT26 and TT23 weren't the only wells
6    providing water in Tarawa Terrace, right?
7          A.   That is correct.
8          Q.   And the wells at Camp Lejeune,
9    including Tarawa Terrace, were cycled, right, in
10   terms of the usage?
11         A.   They recycled, yes, yes.
12         Q.   And so simply comparing a finished
13   water sample versus an untreated water sample
14   doesn't tell you anything about which well the
15   water was coming from, right?
16         A.   Well, we knew that based --
17              MR. DEAN:  Object to the form.
18              THE WITNESS:  We knew that based on the
19   modeling, okay, the contaminant fate and transport
20   model.  The output of the contaminant fate and
21   transport model were the concentrations at specific
22   wells, okay?  And you have to look in the model
23   output and you can see which wells were turned on
24   or off during which month.  And then we had, again,
25   a simple mixing model.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 505 of 821

1    BY MR. ANWAR:

2         Q.   And --

3         A.   And the key is the simple mixing model

4    mixed all -- all the wells together, okay, for

5    conservation of mass and continuity.  And so when

6    we get a monthly concentration out of the mixing

7    model, okay, that's what we said went into the

8    water treatment plant.

9         Q.   In -- in comparing finished water

10   samples and untreated water samples for purposes of

11   your rebuttal report in offering opinions about VOC

12   losses --

13        A.   Right.

14        Q.   -- at Hadnot Point and Tarawa Terrace,

15   did you go back and look to see what time frame the

16   samples came from, whether the wells -- which wells

17   were turned on and off, what information was

18   available?

19        A.   Let's see what this is.  I looked at

20   the treatment process, okay, because that's -- that

21   was the focal point of those claiming there were

22   major VOC losses versus negligible.  And so I

23   looked -- you have to look at the treatment

24   process, okay?  The treatment process starts at the

25   mixing of all the wells into the raw water tank.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 506 of 821

1    And the assumption, engineering assumption, is that

2    there's instantaneous mixing, and we prove that in

3    the Chapter I report because we run parallel

4    models.  We run the full-blown EPANET model, which

5    is water distribution, and we run the mixing model.

6    And after a week or ten days, they are equivalent

7    to the -- out to the four decimal places.  So that

8    means you have -- the mixing model in addition to

9    what our expert panel told us, all the wells were

10   mixing at the water treatment plant in the raw

11   water tank and there was instantaneous mixing

12   compared to our monthly concentration needs.

13        Q.   Okay.  I think my last question on

14   this, so just taking the Tarawa Terrace example

15   here in your report at the top of page 31 where

16   you're comparing the 104 microgram per liter

17   unfinished water versus the 76 microgram per liter

18   in untreated water and the 82 microgram per liter

19   in treated water --

20        A.   Right.

21        Q.   -- I don't see it anywhere in your

22   report, but -- and so I think you would agree that

23   you don't know what percentage of water in the

24   untreated, treated, and finished water samples at

25   Tarawa Terrace came from TT26, right?

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 507 of 821

1              MR. DEAN:  Object to the form.

2              THE WITNESS:  You -- you could -- you

3    could actually compute that because the process to

4    get the mixing model results would be is you take

5    the well's capacity for a given month, how much

6    it's pumping, what the concentration is -- let me

7    back up.  Hold on.  Get the chapter right.  It's

8    easier for me to explain the Chapter A here.  Here.

9    Okay.  It's -- it's a model here.  Okay.  Page A40

10   in Chapter A, equations one and two.  Concentration

11   of PCE in finished water, okay?  So we have all of

12   the information.  You see it's summing over however

13   many wells were pumping versus whether they are

14   contaminated or not.  So, yes, we do know, but the

15   assumption was -- in agreement with what our expert

16   panel recommended -- is that you could assume

17   instantaneous was a CSTR, continuously stirred tank

18   reactor model, for the mixing model.  And so the

19   minute the wells hit the raw water tank, they all

20   mixed.  And to us instantly was anything less -- a

21   good portion less than a month.  And that's shown

22   in the Chapter I report.  I can tell you exactly

23   where in a minute.

24        Q.   Why don't we go ahead and take a break

25   if you're --

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 508 of 821

```
 1          A.   Okay.
 2               THE VIDEOGRAPHER:  Okay.  We're going
 3    off.  Record the time is 2:33 p.m.
 4               (A recess transpired.)
 5               THE VIDEOGRAPHER:  Okay.  We are going
 6    back on record.  The time is 2:43 p.m.
 7               THE WITNESS:  Is it possible to qualify
 8    or continue with where we left off?
 9    BY MR. ANWAR:
10          Q.   Sure.  Did you have something you
11    wanted to --
12          A.   Yes.
13          Q.   -- correct or --
14          A.   I would like you to turn to the Hadnot
15    Point/Holcomb Boulevard Chapter A report.
16          Q.   Sure.  What page are you --
17          A.   Page A38, Figure A15.
18          Q.   A38, A15.
19          A.   Yes.
20          Q.   Okay.
21          A.   Okay.  This is the same mixing model
22    that we talked about at the Tarawa Terrace.  You'll
23    notice the equations on page -- the next, page A1
24    and A2 are the same equations one and two in Tarawa
25    Terrace report in Chapter A.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 509 of 821

1          Q.    Okay.

2          A.    What I want to point out to is -- and

3    this is a conceptual or a schematic.  If you look

4    at the distribution network of pipes on the

5    left-hand part of the Figure A -- mixing model

6    approach is the title of that section.

7          Q.    Okay.

8          A.    You'll see that there are little --

9    towards the right there's HPWTP, that tank

10   represents HP, and you've got contaminated, meaning

11   red, or uncontaminated, blue, symbols there mixing

12   into the -- into the HPWTP.  Now, we did not do

13   step-by-step treatment process.  What the

14   assumption is, and a correct assumption, an

15   approximation, is that they all instantaneously

16   mixed in the raw water tank.  Once they mixed in

17   the raw water tank, if, in fact, there's this

18   massive VOC loss, you would see it in the samples,

19   and we didn't.  And so our assumption was that

20   there was negligible losses within the treatment

21   process, and so what -- the concentration in the

22   tank through the mixing model is the same as the

23   contamination anywhere throughout the distribution

24   system.

25         Q.    Okay.  But you're talking sort of --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 510 of 821

1  you're talking in the context of model -- still the
2  model, right?
3       A.    That's exactly correct, yes.
4       Q.    And at the end of the day, a model is
5  an approximation of reality, right?
6       A.    Yes.
7       Q.    There is no way to perfectly replicate
8  reality, right?
9       A.    No, a model is an approximation.  Some
10 are closer approximations and some are -- are not
11 as close, but it is an approximation.  But at the
12 end of the day, if we are going to test the model
13 out, I'm speaking generically now of the model,
14 then that's where we go and gather some field
15 information or sampling information and see if it,
16 in fact, proves or supports -- that's probably a
17 better word -- supports the assumptions that we
18 made using this model.
19      Q.    The pumping data for Tarawa Terrace and
20 TT26, the wells in Tarawa Terrace and TT26 in
21 particular, that was limited, right?
22      A.    The pumping data?  We had -- we had
23 monthly data.  We had some early on in the --
24 early, early '50s or '40s.  We had some annual
25 pumpage data.  And then in -- I believe from about

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 511 of 821

1    -- for Hadnot Point from about 1998 through 2008,

2    we had daily pumping values.

3            Q.    You said from 1998 to 2008?

4            A.    That's my recollection, yes, we had

5    daily -- daily values.

6            Q.    Well -- and those values are sort of

7    outside the time period we're -- we're interested

8    in, right?

9            A.    No.  Again, you've got the

10   epidemiological study, which goes from '68 to '85,

11   but we're using -- and I'm going to limit this

12   right now to groundwater flow and contaminant fate

13   and transport models; those are boundary-valued

14   problems.  So you've got to take them out or start

15   them from a period of known water level, a period

16   of known concentration, and run them out until you

17   get back to a period of known information.

18            We -- at Hadnot Point we had some known

19   information because they were doing remediation

20   pumping so that the models there went out all the

21   way to 2008 because it was another set of data in

22   addition to the 1980s data that could get -- build

23   confidence, substantial confidence, in the modeling

24   results.  So the models went out or started based

25   on hydrogeologic and modeling concepts and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 512 of 821

1  frametimed where -- and part of the model went
2  through the epidemiologic study period, the two --
3  in other words, the epidemiology did not control
4  when we started or ended the model.
5        Q.   1998 is after 1987, right?
6        A.   Yes.
7        Q.   And --
8        A.   If you're interested in building
9  confidence in your model and testing out the
10  goodness of fit of your calibration, if you've got
11  another set of information past the epidemiology --
12  again, the epidemiology doesn't impact how we're
13  calibrating or developing the model -- then you
14  want to use that.
15        Q.   I guess more broadly speaking, you
16  know, we can debate the points of the actual
17  modeling, which, you know, you're an expert on it
18  and I'm not.  But if ATSDR's modeling accounted for
19  VOC losses, why was it necessary to make a
20  statement that the VOC losses were -- were
21  negligible and, you know, why was it necessary to
22  make that -- that determination?
23        A.   Okay.  Because you needed to somehow
24  quantify, I felt, what he meant by negligible.  He
25  does not say zero.  He said negligible, okay?  And

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 513 of 821

1    I'm speaking again in terms of pragmatic
2    engineering applications doing modeling; you make
3    these kinds of assumptions, okay?  He also had
4    wanted to make sure someone -- when we say
5    negligible, if they read the expert panel and saw
6    Dr. Pommerenk, who is, I believe, AH consultant for
7    the Marine Corps who sat on our expert panel
8    saying, well, less than 10 percent, then someone
9    reading our reports would say, okay, negligible 10
10   percent -- even if there's VOC losses, there's
11   somewhere less in that -- in that range, and now
12   I'm looking at sampling data and it doesn't appear
13   to be from the sampling data any -- even 10 percent
14   loss anywhere, so negligible is a good
15   approximation.
16        Q.    You -- and coming out of the expert
17   panel, you-all landed on 10 percent, right?
18        A.    That's what the expert panel said,
19   okay?  And that's when we got together either in a
20   team meeting, not part of the expert panel, but,
21   you know, subsequent, because the expert panel made
22   many recommendations, which we typically either
23   generally followed, and we, you know, we would just
24   say, oh, well, it's 10 percent, that's negligible
25   compared to the variation and all the other

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 514 of 821

1    parameters.  Sampling data, aquifer properties, and
2    things of that -- well operations, things of that
3    nature.  So we were confident with the -- had
4    confidence in assuming negligible VOC losses.
5          Q.   And the AEE report said up to
6    15 percent, right?
7          A.   Yes.
8          Q.   And so when -- when we're talking about
9    negligible in terms of the decision ATSDR made in
10   determining VOC losses were negligible, we're
11   talking about between 10 and 15 percent, right?
12             MR. DEAN:  Object to the form of the
13   question.  Mischaracterizes the prior testimony.
14             THE WITNESS:  I would say it was 10
15   percent because the representative of AH Consulting
16   Dr. Pommernek, who was also representing the
17   Department of Navy, U.S. Marine Corps on the expert
18   panel then -- then said, well, you know, I'll give
19   you that 90 -- there's a 90 percent passthrough, so
20   that's 10 percent.  And then we also had other
21   water distribution system experts on there and --
22   like Dr. Walski, Dr. Grayman, Dr. Clark, and they
23   indicated in their experience that there would be
24   even less than 10 percent negligible.
25         Q.   Okay.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 515 of 821

Page 516

A.   And they have done analyses with other

2    water distribution systems like Tucson, Arizona,

3    Redlands, California and so on.

4         Q.   Let's turn to Exhibit 10, which is

5    Chapter A for Hadnot Point and Holcomb Boulevard.

6         A.   Okay.  Oh, I've got it open right here.

7    Okay.

8         Q.   And let's turn to page A1.

9         A.   Okay.

10        Q.   So just -- just so the record is clear,

11   we're now discussing the analysis for Hadnot

12   Point/Holcomb Boulevard, right?

13        A.   That is correct, summary of findings.

14        Q.   And footnote number seven on the first

15   page states, "for this study, finished water is

16   defined as groundwater that has undergone treatment

17   at a water treatment plant and was subsequently

18   delivered to a family housing unit or other

19   facility.  Throughout this report and the Hadnot

20   Point/Holcomb Boulevard report series, the term

21   finished water is used in place of terms such as

22   finished drinking water, drinking water, treated

23   water or tap water."  Did I read that correctly?

24        A.   Yes.

25        Q.   So ATSDR modeled -- ATSDR said it

Golkow Technologies,

877-370-3377                    A Veritext Division                    www.veritext.com

Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 516 of 821

Page 516

1         A.   And they have done analyses with other

2    water distribution systems like Tucson, Arizona,

3    Redlands, California and so on.

4         Q.   Let's turn to Exhibit 10, which is

5    Chapter A for Hadnot Point and Holcomb Boulevard.

6         A.   Okay.  Oh, I've got it open right here.

7    Okay.

8         Q.   And let's turn to page A1.

9         A.   Okay.

10        Q.   So just -- just so the record is clear,

11   we're now discussing the analysis for Hadnot

12   Point/Holcomb Boulevard, right?

13        A.   That is correct, summary of findings.

14        Q.   And footnote number seven on the first

15   page states, "for this study, finished water is

16   defined as groundwater that has undergone treatment

17   at a water treatment plant and was subsequently

18   delivered to a family housing unit or other

19   facility.  Throughout this report and the Hadnot

20   Point/Holcomb Boulevard report series, the term

21   finished water is used in place of terms such as

22   finished drinking water, drinking water, treated

23   water or tap water."  Did I read that correctly?

24        A.   Yes.

25        Q.   So ATSDR modeled -- ATSDR said it

Golkow Technologies,

877-370-3377                    A Veritext Division                    www.veritext.com

Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 516 of 821

1  modeled water that had undergone treatment at a --
2  at a water treatment plant at Hadnot Point,
3  correct?
4          A.   That's not what that says, or that's
5  not what I interpret that to say.  What that is is
6  trying to define what finished water is, okay?
7  There are different names.  Some people would say
8  potable water, okay?  It's not the same as potable
9  water.  It's not the same as groundwater.  It's
10 treated water, but that statement does not say we
11 modeled the treatment process.  And I've -- I've
12 never maintained that we modeled the treatment
13 process.
14         Q.   Okay.
15         A.   And our expert panel in 2005 also said
16 that the treatment process did not have to be
17 modeled.
18         Q.   Let's turn to page A33.
19         A.   Okay.  Okay.  I'm there.
20         Q.   Looking at number nine.
21         A.   Okay.
22         Q.   It states, "reconstructed simulated
23 monthly mean concentrations of PCE, TCE, 1-2-DCE,
24 and vinyl chloride and benzene for finished water
25 at the Hadnot Point water treatment plant were

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 517 of 821

1    determined by using a materials balance model

2    simple" --

3            A.    Materials mass balance.

4            Q.    Excuse me.  "Materials mass balance

5    model, simple mixing, to compute the flow-weighted

6    average concentration of the aforementioned

7    contaminants.  This computational method is based

8    on the principals of continuity and conservation of

9    mass, Masters 1998.  The use of the materials mass

10   balance method is justified because all raw water

11   from water supply wells within the Hadnot Point

12   water treatment plant service area was mixed at the

13   Hadnot Point water treatment plant prior to

14   treatment and distribution."  And then it says,

15   "details of this method are described in a

16   subsequent section of the report."  Did I -- did I

17   read all that correctly?

18           A.    Yes.

19           Q.    Would you agree that what ATSDR called

20   finished water at the Hadnot Point water treatment

21   plant was based on a material mass balance model,

22   simple mixing, to compute flow-weighted average

23   concentrations of contaminants?

24           A.    Yes.

25           Q.    And agree that mass -- a mass balance

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 518 of 821

1    -- agree it was a mass balance model based on

2    continuity and conservation of mass?

3            A.    Yeah, that's what equations A1 and A2

4    in this report and equations one and two in the

5    Tarawa Terrace Chapter A report -- the first

6    equation is continuity.  The second one is

7    conservation of mass.

8            Q.    Agree that continuity and conservation

9    of mass means the simple mixing model assumed that

10   mass of all contaminants entering the water

11   treatment plant were conserved through the water

12   treatment plant?

13           A.    Yes.

14           Q.    Okay.  And they continued, correct?

15           A.    What do you mean?

16           MR. DEAN:  Objection to form.

17   BY MR. ANWAR:

18           Q.    It assumed that they continued the --

19           A.    You mean the flow continued?

20           Q.    The mass of the contaminants.

21           A.    I'm not following you.  Are you asking

22   did the concentration from one -- once it's mixed

23   at the raw water tank is the same as the

24   concentration in the finished water tank?

25           Q.    I think you answered my question.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 519 of 821

1   Let's -- would you agree ATSDR modeled influent to
2   the water treatment plant as having the same
3   contaminant concentrations as the effluent from the
4   water treatment plant?
5          A.   No, we modeled -- the influent, to me,
6   by definition, would be the different wells coming
7   into the raw water treatment tank.  If you look at
8   the water distribution system utility maps, you'll
9   -- you'll see that the raw water from wells were
10  typically piped over to the raw water tank through
11  concrete pipes, okay, underground pipes.  So once
12  all the wells fed into there, in the raw water
13  tank, I assumed there was instantaneous mixing, as
14  the mixing model does, okay, and then that -- that
15  would equal the finished water concentration.
16         Q.   Okay.  Let's look at A62.
17         A.   What?  I'm sorry?
18         Q.   A62.
19         A.   On HP report?
20         Q.   Yes.
21         A.   Page 62.  Okay.  Okay.
22         Q.   Looking -- focusing on Table A18, you
23  would agree that Table 18 shows, among other
24  things, measured TCE concentrations at the Hadnot
25  Point water treatment plant?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 520 of 821

1          A.   Yes.

2          Q.   Looking at TCE, you would agree there

3    are only a few measurements each of treated and

4    untreated water?

5          A.   Yes.

6          Q.   Agree the data is insufficient to

7    conclude no treatment losses, right?

8               MR. DEAN:  Object to form.

9    BY MR. ANWAR:

10         Q.   You can answer.

11         A.   Okay.  Using the data that we have, you

12   always want more data as a modeler, okay, always.

13   That's -- okay.  So if you're asking me as a

14   modeler would I want more data than this, yes, but

15   we were working with the data that we had and that

16   was presented to us.  And given this data, I see,

17   again, July 27th, treated -- or let me see the

18   exact wording, untreated and treated, footnote five

19   and six, they are approximately the same value.

20   That's the data I referenced in my rebuttal report.

21   So you use that data because that's what we have.

22         Q.   Direct me to that again.

23         A.   On page A62, if you go to 7/27/82, the

24   first listing has a footnote five which says

25   untreated.  The second listing, 7/27/1982, under

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 521 of 821

1    TCE, it says 21.

2         Q.   You said 7/27/1982?

3         A.   Yes.

4         Q.   TCE.  And then the listing underneath

5    it, you're saying is --

6         A.   It gives the treatment status.

7         Q.   And your -- your opinion is that the

8    model indirectly accounted for treatment losses

9    based on those two points of data?

10        A.   Based on those two points.  Based on,

11   also, the January 28th through February 4th, 1985

12   shutdown of the Holcomb Boulevard treatment plant

13   where we just saw huge slugs of TCE within the

14   Holcomb Boulevard treatment system -- not

15   treatment, but distribution system.  So again, we

16   used a weight of evidence approach.  And then,

17   again, referring back to the expert panel report

18   that said, well, we did 10 percent, we -- we said

19   that justified the assumption of negligible.

20        Q.   For the samples that you're -- that

21   we're discussing, the 7/27/1928 for TCE.

22        A.   Yes, uh-huh.

23        Q.   ATSDR didn't know if HP651 was pumping

24   on that day, right?

25        A.   We could go back to the reconstructed

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 522 of 821

1    -- reconstructed pumping schedule and -- and figure
2    out if it was pumping or not.  I would have to look
3    -- I would have to look at our pumping schedule.
4         Q.   Okay.  But that's a reconstructed
5    pumping schedule, correct?
6         A.   It's still the only thing close to
7    reality that we have.
8         Q.   But it's not reality, right?
9              MR. DEAN:  Object to form.
10             THE WITNESS:  It's what we used to
11   reconstruct and then compare these values to -- to
12   that.  So it was -- it was pumping in the model.
13   BY MR. ANWAR:
14        Q.   For -- in the absence of pumping data
15   for Tarawa Terrace, at least --
16        A.   Right.
17        Q.   -- ATSDR assumed that a well was
18   pumping unless you had evidence affirmatively
19   disproving that it was pumping, correct?
20        A.   That is correct.  And we then tested
21   that out through an uncertainty analysis by varying
22   the pumping through a Monte Carlo-type uncertainty
23   analysis, but the calibrated model assumed
24   continuous pumping unless it was shut down for
25   maintenance purposes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 523 of 821

1      Q.   And with respect to the samples that
2  we've been discussing, the July 27, 1982, ATSDR
3  didn't know if HP651 was pumping the day before
4  either, right?
5      A.   No, there's no indication as to the
6  status of the water supply wells feeding the raw
7  water tank.  These are taken at the treatment
8  plant, not at the wells, if I'm -- yes, these are
9  taken at the treatment plant.  So the wells have
10 already mixed, on, off, whatever.
11     Q.   When you say no indication, what do you
12 mean?
13     A.   There's no -- this table here is from
14 the water treatment plant, okay?
15     Q.   Yeah.
16     A.   So it does not contain an indication as
17 to which wells were on, which wells were
18 contaminated, which wells were on and not
19 contaminated, and which wells were off, okay?
20 This -- this particular table, okay?  This is a
21 result of applying the -- a mixing model, a
22 flow-weighted mixing model.
23     Q.   When you say this is the result, what
24 do you mean "this?"
25     A.   Well, if you look under the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 524 of 821

1   reconstructed column, the middle column there.

2          Q.    Yeah.

3          A.    Okay.  That's what -- once we got the

4   concentrations out of the model for each of the

5   Hadnot Point wells --

6          Q.    Yeah.

7          A.    -- and we can tell which ones were

8   operating, which ones were not and have a zero

9   there, and then we knew what the reconstructed

10  concentration is, so then we would tabulate those

11  into an Excel spreadsheet, do the flow-weighted

12  mixing in the Excel spreadsheet.

13         Q.    And, you know, I'm talking about not

14  the reconstructed schedule, but about real-world

15  data?

16         A.    I understand that, but, again, as I

17  think we've discussed real early on, if my

18  recollection is correct, these are one point in

19  time samples, okay?  And we are -- we are doing

20  monthly simulations, monthly results.  So that's,

21  you know, just -- you need to keep that in mind

22  when you're looking at data versus modeling

23  results.

24         Q.    Agree -- you would agree that you don't

25  know the percentage of water in those samples that

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 525 of 821

1  came from HP651?
2        A.   Not in the -- not in the samples, but I
3  would know -- I would have to tabulate it, but I
4  would know in the reconstructed column.
5        Q.   But the reconstructed column is a
6  simulation, right?
7        A.   That's our best estimate, most likely
8  estimate.
9        Q.   Okay.  And that's because you don't
10  know the real-world data on whether -- what
11  percentage of water in those samples came from
12  HP651?
13        A.   Not from the sampling data.  However,
14  you do have the previous table, I think, or
15  somewhere in here, it's early on, there is a table
16  -- let's see.  Here you go.  Page A48.
17        Q.   So I wanted to actually change topics a
18  little bit.
19        A.   Oh, sure.  Okay.
20        Q.   Shift gears a little bit.  You would
21  agree that it takes time for water to get through
22  the -- the water treatment plant, right?
23        A.   Compared to the groundwater system,
24  it's instantaneous.  I'm talking about hours or
25  maybe even minutes compared to days or months or

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 526 of 821

1   longer than that, you know.  That's -- I think, as

2   I said previously, water distribution system models

3   use an hour time step, and you typically would

4   measure pressures.  If you had any concentrations,

5   you would measure those at, say, at 15-minute

6   intervals, so you're talking about a much more

7   rapid process.

8           Q.   Similar to our discussion on TT26 for

9   Hadnot Point, you would agree that whether --

10  whether HP651 was pumping had a significant impact

11  on the concentration of TCE entering the Hadnot

12  Point water treatment plant, right?

13          A.   Yes.

14          Q.   And you would agree that when HP651

15  stops pumping or stopped pumping, concentration of

16  TCE entering the Hadnot Point water treatment plant

17  would go down very quickly?

18          MR. DEAN:  Object to the form.

19          THE WITNESS:  Well, we could look at

20  the graph on page A63 in Chapter A here, Figure

21  A27.  And you do see up and down with -- of TCE at

22  the water treatment plant, which is indicative of

23  cycling on and off of HP651.  But unlike TT26, the

24  only time it goes to zero or close to zero is after

25  they completely turned the well -- the well off.

1          Q.    But when HP651 stops pumping,
2     concentration of TCE entering the HP -- the Hadnot
3     Point water treatment plant goes down, right?
4          A.    It -- it gets reduced, but because
5     there were so many -- there were other wells
6     pumping and contributing to the water treatment
7     plant and supplied -- supplied water, some of those
8     other wells, if they were contaminated, would --
9     would, you know, add to the concentration at the
10    water treatment plant.
11         Q.    You would agree that when HP651 stops
12    pumping, at that very moment water coming out of
13    the Hadnot Point water treatment plant entered into
14    it with TCE concentrations from when HP651 was
15    pumping, correct?
16         A.    Could you repeat the question again?
17    I'm sorry.  I didn't follow.
18         Q.    Sure.  So when -- when HP651 stops
19    pumping, the water that was pumping into the Hadnot
20    Point water treatment plant doesn't immediately go
21    away, right?
22         A.    That is correct.
23         Q.    That water that had been pumping from
24    HP651 continues through the water treatment plant,
25    correct?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 528 of 821

1      A.   Yes.   Again, the pipes are pressurized
2   and water is flowing full, okay?  A storage tank is
3   not pressurized like the distribution pipeline, but
4   it's full, and so it's not that you have no water
5   stopped at 651 and then the raw water tank has no
6   more water in it.  It's still filled with the
7   previous day's concentration, and if 651 was not
8   pumping on a particular day, you would still have
9   contaminated water in that raw water tank.
10      Q.   And so carrying that through to
11  conclusion, if 651 stopped pumping and that water
12  -- but the water that had been pumping from 651
13  into the Hadnot Point water treatment plant entered
14  into it and then continued to be distributed, the
15  finished water sample from -- from that water that
16  pumped through 651 -- or excuse me, from the 651
17  water that had pumped through the Hadnot Point
18  water treatment plant would reflect that
19  contaminated water, right?
20           MR. DEAN:  Object to form.
21           THE WITNESS:  Okay.  Could you clarify
22  that?
23  BY MR. ANWAR:
24      Q.   Sure.  So a moment ago you agreed with
25  me that when HP651 stops pumping, at that precise

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 529 of 821

1    moment the water that had been pumping into the
2    water treatment plant at Hadnot Point doesn't go
3    away, right?
4         A.    That is correct.
5         Q.    It -- that water that had been pumping
6    from 651 remains in the water treatment plant,
7    correct?
8         A.    Yes, the water that's there the
9    previous day when HP651 was pumping, let's say --
10   for argument's sake let's say it's still there,
11   okay, but over a day's period it probably moved
12   through the treatment process.
13        Q.    And a moment ago we -- we discussed
14   that ATSDR treated or used a mixing model for
15   purposes of finished water, correct?
16        A.    That is correct.
17        Q.    And so -- well, let's -- let's --
18   stepping away from the model, that water in the
19   Hadnot Point treatment plant from 651, that doesn't
20   immediately disappear, that still ends up in the
21   finished water, correct?
22        A.    That is correct.
23        Q.    Okay.  And then 651 is now stopped and
24   other wells are pumping water to it, correct?
25        A.    They are compensating for the loss of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 530 of 821

1   the volume of the well, okay?  Because at the end
2   of the day, when we were there in 2004 and
3   historically, having spoken with past operators,
4   they had to keep their tanks, finished water tanks
5   nearly filled for fire protection, okay, so they --
6   you would have had to compensate for HP651 with
7   other -- other wells.

8         Q.   And those other wells pumping into the
9   HP treatment plant could include wells that weren't
10  contaminated, right?

11        A.   That is correct.

12        Q.   So in that case, if you were to take an
13  untreated sample and compare it to the treated
14  sample from the -- the HP651 water that went
15  through the system, the treated water would be
16  higher, likely, than the -- the untreated water
17  sample taken at the water treatment plant?

18        A.   Again, I think we need to view this in
19  terms of the historical reconstruction that we did
20  on a monthly basis.  Even though -- even though the
21  distribution system does the EPANET model, you can
22  do hourly calculations, meaning you can do daily
23  calculations.  The output from the contaminant fate
24  and transport model and the mixing model are valid
25  on a monthly basis.  So over a month, you would

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 531 of 821

1    have seen 651 come back on.

2         Q.    But again, we're talking about the

3    model simulation world and not the real world?

4         A.    But that's what we did at ATSDR.  I

5    mean, that's -- that's the whole concept of

6    historical reconstruction or modeling in general,

7    is that we used models and applied models where we

8    may not have information, real data, and you build

9    confidence by the calibration process to use -- use

10   those models.  We took, at ATSDR, the sampling data

11   that was provided to us by the Marine Corps,

12   Department of Navy or other -- other water quality

13   labs and that's the data that -- that we had.

14        Q.    I'm going to hand you what I'm marking

15   as --

16              MR. ANWAR:  I'm sorry.  Can you remind

17   me, is this 15?  I forgot to write one down.  16.

18              (DFT. EXHIBIT 16, Analyses and

19   Historical Reconstruction of Groundwater Flow,

20   Contaminant Fate and Transport, and Distribution of

21   Drinking Water Within the Service Areas of the

22   Hadnot Point and Holcomb Boulevard Water Treatment

23   Plants and Vicinities, U.S. Marine Corps Base Camp

24   Lejeune, North Carolina, Chapter A-Supplement 2,

25   Development and Application of a Methodology to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 532 of 821

1  Characterize Present-Day and Historical Water

2  Supply Well Operations, was marked for

3  identification.)

4  BY MR. ANWAR:

5       Q.    Did I actually hand you the exhibit?

6       A.    No.

7       Q.    Sir, do you have the exhibit?

8       A.    No, you didn't tell me what 16 was.

9       Q.    Sorry.  I just put the sticker on it

10  and I lost my train of thought.  I'll just put

11  another sticker on it.

12            Okay.  I'm handing you what I've marked

13  as Exhibit 16.

14       A.    Supplement 2.  Okay.

15       Q.    Can you turn to page -- so for

16  starters, this is part of the Hadnot Point/Holcomb

17  Boulevard analysis, correct?

18       A.    Yes, it's Supplement 2 of Chapter A.

19       Q.    Okay.  And the title is "development

20  and application of a methodology to characterize

21  present-day and historical water-supply well

22  operations", correct?

23       A.    That is correct.

24       Q.    Okay.  If you could turn to page S2.2.

25       A.    2.2.  Okay.  2.2.  Okay.  Background?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 533 of 821

1          Q.    Yeah.

2          A.    Okay.

3          Q.    And so at the top of that page on the
4    right-hand side --

5          A.    Right.

6          Q.    -- paragraph starting "detailed daily
7    data."

8          A.    Let me just take a look.  Okay.  I'm
9    there.

10         Q.    Okay.  So it starts by stating,
11   "detailed daily data pertaining to the pumping
12   schedule of the wells are available subsequent to
13   January 1998", correct?

14         A.    That's -- yes, that's what we
15   previously discussed.

16         Q.    Sure.  And then "prior to 1998, data
17   pertaining to wells operation are limited or
18   unavailable", correct?

19         A.    That is correct.

20         Q.    And then it goes on to state,
21   "similarly, daily water treatment plant raw water
22   samples are available" --

23         A.    Raw water volumes.

24         Q.    Volumes.  Excuse me, are -- let me
25   reread that.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 534 of 821

1          A.    Okay.

2          Q.    "Prior to, similarly, daily water

3    treatment plant raw water volumes are available

4    after December 1994", correct?

5          A.    That is correct.

6          Q.    "And then between 1980 and 1994,

7    monthly raw water volumes are available.  Yearly

8    volumes are available for some times -- for some

9    years prior to 1980.  A trendline was used to

10   estimate raw water flows for years prior to 1980

11   when no data exist.  Monthly raw water flow

12   percentages were then calculated using known

13   monthly data for the period 1980 to 2004.  These

14   values are used to estimate monthly raw water flows

15   prior to 1980.  This methodology is based on two

16   assumptions:  Similar characteristics of the

17   operational patterns of the wells and water

18   treatment plants for the periods of time before and

19   after January 1998 and, two, the quality between

20   total water volume delivered to the water treatment

21   plant from the operating wells and the water

22   treatment plant raw water volume data at all

23   times."  Did I read that correctly?

24         A.    Yes, you did.

25         Q.    Okay.  Agree -- you'd agree that prior

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 535 of 821

1  -- based on this, prior to 1998, data pertaining to
2  well operations was limited or unavailable?
3        A.    Yes, that's what that says.
4        Q.    Agree that according to this, that
5  there were daily water treatment plant raw water
6  volumes available after 19 -- after December 1994,
7  correct?
8        A.    Yes.
9        Q.    Agree there were monthly raw water
10  volumes available for 1980 to 1994, right?
11        A.    Yes.
12        Q.    And then there were some yearly volumes
13  prior to 1980, right?
14        A.    That is correct.
15        Q.    ATSDR had to estimate pumping schedules
16  due to the lack of this data, right?
17        A.    We had to estimate pumping schedules to
18  get the operational -- I'm equating operational and
19  pumping schedules to be able to code them in -- on
20  a monthly basis to the -- to the model, to the
21  groundwater flow and contaminant fate and
22  transport.
23        Q.    And so if we go on to the next
24  paragraph, data availability.
25        A.    Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 536 of 821

1    Q.   "Four types of data sources pertinent
2  to water supply well operation -- operational
3  records and water treatment plant raw water records
4  are used in this supplement."  It says "these are
5  daily operational records, January 1998 to
6  June 2008.  Number two, Camp Lejeune historic
7  drinking water consolidated document repository
8  records.  Number three, Camp Lejeune water
9  documents.  Number four, U.S. Geological Survey.
10 Using these data sources, operational chronologies
11 for 1996" -- excuse me.
12     A.   Wait.
13     Q.   "Using these data sources operational
14 chronologies for 96 wells supplying groundwater, in
15 parentheses, raw water, to the Hadnot Point water
16 treatment plant and Holcomb Boulevard water
17 treatment plant were developed."  Did I read that
18 correctly?
19     A.   Yes, yes.
20     Q.   You would agree that ATSDR didn't use
21 pumping data from the '80s, but used data from
22 pumping schedules after 1998 to estimate pumping
23 schedules during 1953 to 1987?
24     A.   The way the methodology that's
25 described in Supplement 2, there was a training

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 537 of 821

1    period and then a predictive period.  So the

2    training period typically went from 1998 to 2008

3    because that was known information on a daily

4    basis.  And once we obtained the characteristics of

5    the operating wells based on that, then we could go

6    out and where we either had partial data or missing

7    data, use the prediction from there and apply the

8    prediction to the data gaps.

9          Q.   So for Hadnot Point/Holcomb Boulevard

10   analysis and the model, you used predictions based

11   on pumping schedules after 1998, correct, to -- to

12   let me ask that again.

13             So based -- for Hadnot Point/Holcomb

14   Boulevard you used pumping schedules from after

15   1998 and predicted backwards the pumping schedules

16   during 1953 to 1987, right?

17             MR. DEAN:  Object -- object to the

18   form.

19             THE WITNESS:  Again, it says -- I think

20   it was up -- yeah, we also used -- for data we're

21   missing a trendline, which is an accepted

22   statistical approach in engineering.  And the

23   algorithm developed by who is now Dr. Telci, the

24   first author on here.  At the time he was with

25   Georgia Tech, used the training period for periods

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 538 of 821

1  of known water supply operations and then used the
2  predictive period for when we had to predict the
3  operations.  So you have a combination of both
4  training and prediction.
5  BY MR. ANWAR:
6      Q.   And that's training and prediction, but
7  that's -- that's both simulated pumping schedules,
8  correct?
9      A.   No, well, the training was based on
10 daily data, okay, and all we're interested in is
11 monthly.
12     Q.   The training was based on pumping
13 schedule data after 1998, correct?
14     A.   Yes, yes.
15     Q.   And then the simulated is the pumping
16 schedule from 1953 to 1987, right?
17     A.   It would go through '98, actually.  I
18 mean, for -- Hadnot Point/Holcomb Boulevard didn't
19 come online until '72, so you have different
20 periods there, but, yes, it would -- that's the
21 predictive period, is where you had either limited
22 -- because you might have a month information here
23 and there and stuff like that, but that's -- or
24 unknown information that you would use the
25 predictive values that came out for each well, each

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 539 of 821

1  certain well.

2         Q.    Let's turn to page S12.

3         A.    Okay.  Okay.

4               MR. DEAN:  S2.12 or just S12?

5               MR. ANWAR:  I'm sorry.  It's S2.12.

6               MR. DEAN:  Okay.

7               MR. ANWAR:  I've been staring at these

8  documents too long.

9  BY MR. ANWAR:

10        Q.    And at the top of the left-hand --

11        A.    Right.

12        Q.    -- page it says, historical

13 reconstruction period, 1942 to 2007, prediction

14 process, correct?

15        A.    Right.

16        Q.    And this is the -- the training and the

17 -- this -- this paragraph in this section is

18 addressing the training and the prediction process

19 you were just describing, correct?

20        A.    I believe it is.  This shows the start

21 of prediction process.  There should be another

22 flow chart somewhere, I seem to recall.

23        Q.    I wanted to just ask you about some of

24 the language in the first paragraph.

25        A.    Okay.  Sure, sure.  Go ahead.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 540 of 821

1      Q.   It says, "similar to the training
2  process, the prediction process, PP, is structured
3  as a series of calculations and checking steps.
4  The results of the steps were placed in separate
5  sheets of a Microsoft Excel workbook."  And then
6  that last sentence, "because some wells did not
7  physically exist during the training period,
8  surrogate wells were selected to represent these
9  untrained wells."  Did I read that correctly?
10      A.   Yes, yes.
11      Q.   And so you would agree in the training
12  process for reconstructing historical well pumping
13  schedules, ATSDR used surrogate wells for wells
14  that were untrained?
15      A.   No, for wells that -- wells that did
16  not physically exist, okay?  If you look at Figure
17  S2.2 on page S2.4.
18      Q.   2.4?
19      A.   Yes.  It's a full-page figure.
20      Q.   Okay.  Oh, I see.  It's 2.4 --
21      A.   S2.4, Figure S2.2.
22      Q.   Okay.  Yeah, I'm looking at 2.40.  Go
23  ahead.
24      A.   Okay.  For example, you can take an
25  example here, let's just look at -- coming down,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 541 of 821

1  HP604, okay?  It stops operations at about 1960,

2  but then you've got HP637.  So HP604 may be -- or

3  HP637 may be a surrogate well because HP604 no

4  longer exists.  And I think we list the --

5  somewhere in here there's a table -- oh, there you

6  go.  The surrogate wells, okay.  Table S2.2 on page

7  S2.13, there's a list.

8        Q.    Okay.  So --

9        A.    And looking at those wells and looking

10  at that figure, you can see which wells were

11  surrogate for wells that were no longer operating.

12        Q.    On S2.13.

13        A.    Yes.

14        Q.    Table S2.2.

15        A.    Right.

16        Q.    Just looking at that, the surrogate

17  wells include -- let me double-check.  Surrogate

18  wells were used for HP651, HP634, HP602, HP603 and

19  HP608, right?

20        A.    608, yes.

21        Q.    You would agree that ATSDR modeled

22  reconstructed pumping schedules for these wells --

23  strike that.

24              Okay.  You would agree that ATSDR

25  modeled reconstructed pumping schedules for these

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 542 of 821

1    wells based on 1998 to 2008 pumping schedules for
2    different wells, correct?
3         A.   Say that -- say that again.
4         Q.   Sure.  So a moment ago we talked -- you
5    know, we -- we went through a list of the wells,
6    651, 634, 602, 603, 608, for which surrogate wells
7    were -- were used, right?
8         A.   Yes.
9         Q.   And to determine the pumping schedule
10   for these wells, 651, 634, 602, 603, 608, ATSDR
11   reconstructed the pumping schedule for surrogate --
12   based on surrogate wells from 1998 to 2008,
13   correct?
14        A.   Yes.
15        Q.   Okay.
16        A.   That was the training period.
17        Q.   Let's go back to Exhibit 10, which is
18   Chapter A for Hadnot Point/Holcomb Boulevard.
19        A.   Okay.  I'm right here.  Yes.
20        Q.   Give me a second and I will catch up
21   with you.  Turn to page A84, please.
22        A.   Okay.  A84.  Okay.  Where it says
23   "trichloroethylene source release date sensitivity
24   analysis?"
25        Q.   Correct.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 543 of 821

1    A.    Okay.

2    Q.    So this is a discussion in Chapter A

3    for Hadnot Point/Holcomb Boulevard about TCE's

4    source release date and the sensitivity analysis

5    that was performed, correct?

6    A.    Yes.

7    Q.    Okay.  So I wanted to start by reading

8    from that first paragraph on the left.

9    A.    Okay.

10    Q.    Which starts, "historical records

11    delineating the timing and volume of inadvertent

12    releases of solvents during routine -- routine

13    operations from leaking" -- it says "UST".  Those

14    are underground storage tanks, right?

15    A.    That's correct.

16    Q.    Okay.  "From leaking UST systems or

17    from disposal solvent waste, spent dry cleaning

18    filters or other materials, were not available for

19    the Hadnot Point/Holcomb Boulevard study area."

20    Did I read that correctly?

21    A.    Yes.

22    Q.    "For modeling purposes, a median source

23    release date of nine years from the date of the

24    underground storage tank system installation or

25    site development, in the case of the HPLF area",

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 544 of 821

1  which is a Hadnot Point landfill area, "was used in
2  the contaminant fate and transport models."  Did I
3  read that correctly?
4          A.   Yes.
5          Q.   "This source release date formulation
6  is consistent with empirical data indicating that
7  the median time frame for leak development in
8  underground storage tank systems, typically in
9  piping and joint components, is nine years from
10  installation date."  And there's a source to an EPA
11  document and another cite source.  Did I read that
12  correctly?
13          A.   That is correct.
14          Q.   Okay.  Then it goes on to state, "UST
15  systems were not the source of contaminants in the
16  Hadnot Point landfill area.  However, given the
17  lack of historical information, a similar source
18  release time frame, in this case seven years from
19  site development, was applied to the Hadnot Point
20  landfill area sources within the model."  Did I
21  read that correctly?
22          A.   Yes.
23          Q.   Would you -- you'd agree, based on this
24  paragraph, that historical records delineating or
25  providing information about the time and volume of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 545 of 821

1  solvent contaminant releases from underground
2  storage tank systems, disposal of solvent waste,
3  spent dry cleaning filters or other materials
4  wasn't available for the Hadnot Point area?

5        A.   That is correct.  And that is why we
6  went to external references or other references
7  like the ones that we -- we cited, the EPA report
8  '6/'87 and the Gangadharan, et al., '87.  I think
9  they discussed something like over 12,000 tanks
10  that they analyzed that -- and so we -- we felt
11  that was a good source of information to use.

12        Q.   ATSDR -- still based on this paragraph,
13  you would agree ATSDR, the Hadnot Point/Holcomb
14  Boulevard model, assumed all underground storage
15  tank systems began releasing contaminants nine
16  years after the system was installed, right?

17        A.   It's -- typically it was the piping
18  joints, okay?  I think we say in there the actual
19  tank did not necessarily leak, but it was at the
20  pipe joints because of the construction methods
21  back then in the '40s and '50s and '60s, unlike
22  today where you have to have a concrete pad, solid,
23  and then you put the tank on.  They just dug the
24  hole, put the tank on, then when they -- and
25  connected the pipes.  And when the tank filled up,

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 546 of 821

1    then the pipes flexed, and that's where you got the
2    leakage.
3            Q.    So it -- ATSDR, the Hadnot
4    Point/Holcomb Boulevard model assumed that the
5    piping joints for underground storage systems began
6    releasing contaminants nine years after
7    the systems --
8            A.    Yes, based -- based --
9            Q.    -- were installed?
10           A.    -- on the references that we cited.
11           Q.    Okay.  And as you indicated, based on
12   references, that was based on an EPA study on
13   underground storage tank system leaks, that
14   following nine years was the median time frame for
15   leak development?
16           A.    Yes.
17           Q.    ATSDR assumed contaminant sources in
18   Hadnot -- in the Hadnot Point landfill started
19   seven years --
20           A.    Yes.
21           Q.    -- after site development, right?
22           A.    Yes.
23           Q.    Okay.
24           A.    That's because the landfill, to our
25   knowledge, was unlined and it was not tanks.  It

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 547 of 821

1    was just disposal of landfill material,
2    contaminated landfill material.
3         Q.   And it was necessary to make these
4    assumptions about sort of the contaminant start
5    dates because the information of when the
6    underground storage tanks and the Hadnot Point
7    landfill began releasing contaminants, that's not
8    available, right?
9         A.   You're talking about the Hadnot Point
10   industrial area or the landfill?
11        Q.   Well, let's -- let's break them up.
12        A.   Okay.
13        Q.   So the assumption was made about
14   underground storage tanks systems beginning to
15   release contaminants nine years after the system
16   was installed, right?
17        A.   Yes, that would be the Hadnot Point
18   industrial area.
19        Q.   And -- but that's because -- and that
20   assumption was made because the data available
21   precisely identifying or pinning down when the
22   underground storage tanks began releasing
23   contaminants does not exist?
24        A.   That is correct.
25        Q.   Okay.  And the same is true for the --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 548 of 821

1  the Hadnot Point landfill assumption, correct?

2          A.   Right.   And we used a shorter time

3  period, again, because there were not underground

4  storage tanks, per se.   It was a landfill, most

5  likely unlined, okay, and not individual tanks, but

6  just waste thrown or disposed of into the landfill.

7  So we assumed it would have a, you know, two-year,

8  short period until it started leaking for the

9  modeling purposes.

10         Q.   But -- okay.   Understood.   But in terms

11  of real-world data, in terms of the actual data,

12  precisely pinning down when the Hadnot Point

13  landfill started releasing contaminants, that

14  doesn't exist, right?

15         A.    Not to my knowledge, but that, again,

16  is part of the model -- model calibration process,

17  okay?   That makes the source, then, a calibration

18  parameter both in terms of strength and in terms of

19  duration.

20         Q.   Okay.   And if -- turning to the next

21  page, A85.

22         A.   Yes.

23         Q.   That's the calibration you're -- you're

24  referencing, right?

25         A.    That's a sensitivity -- you're in the

Golkow Technologies,
877-370-3377             A Veritext Division             www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 549 of 821

1    sensitivity analysis section, which is part of the
2    uncertainty analysis.  We wanted to see the impact
3    of varying, again, the source release date.
4         Q.   And that's what I meant.  So this -- as
5    I read the sensitivity analysis, you varied the
6    release source -- the source release date from a
7    period of -- let's see -- minus nine years, meaning
8    nine years before the calibrated source release
9    date, to plus nine years, meaning nine years after
10   the calibrated release source date, correct?
11        A.   That is correct.
12        Q.   And in all of these scenarios, nine
13   years before the release -- calibrated source
14   release date, the model was still able to -- well,
15   strike that.
16             Well, can you remind me, what was the
17   calibrated source release date?
18        A.   Hold on.  Let me see.  I have to go
19   back to off the top of my head.  Well, the model
20   started in 1942 for Hadnot Point.
21        Q.   Sure.
22        A.   Hadnot Point landfill industrial, 1942,
23   I believe.  So nine -- nine years after that would
24   be 1951, so that would be the calibrated.
25        Q.   Okay.  I've got you.  Let's -- looking

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 550 of 821

1    -- returning back to the sensitivity analysis.

2         A.    Okay.

3         Q.    As -- you agree that this shows the

4    effect of the calibrated model of varying the start

5    date of contaminant sources, right?

6         A.    Yes.  What it does not show, as any

7    sensitivity analysis, it doesn't show whether

8    that's realistic or not.  These are numerical,

9    okay?  In other words, it just shows numerically

10   how the concentrations would shift forward or

11   backwards depending on the release date.

12        Q.    In all of these scenarios, nine years

13   earlier than the calibrated source release date --

14        A.    Right.

15        Q.    -- five years earlier than the

16   calibrated source release date, the actual

17   calibrated source release date, which I see there,

18   it appears to be 1951, 1952?

19        A.    Yeah, that's what we said, yeah.

20        Q.    Yeah.  Five years after the calibrated

21   release source date --

22        A.    Right.

23        Q.    -- nine years --

24        A.    Right.

25        Q.    -- after the calibrated release source

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 551 of 821

1    date, they all seem to converge during the period
2    of the epidemiological study.  Do you see that?
3         A.   Yes.
4         Q.   And so based on the sensitivity
5    analysis, it's possible any one of these ranges
6    could have been the release source date?
7         A.   No, because we assumed, as we did with
8    Tarawa Terrace, that we had a -- the calibrated
9    parameters would be your most likely to have
10   occurred, okay?  And then these others are just
11   seeing the impact on -- on the model, I mean,
12   that's, you know, a five-year or nine-year change
13   is a pretty major, major change --
14        Q.   Don't these --
15        A.   -- of the release date, okay, so -- but
16   the most likely one is the calibrated one.  I think
17   that's important to understand.
18        Q.   I understand that the -- the most
19   likely is the -- you know, it's your opinion the
20   most likely --
21        A.   Yes.
22        Q.   -- is the calibrated?
23        A.   Yes.
24        Q.   But doesn't the sensitivity analysis
25   show that plus or minus nine years or five years

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 552 of 821

1  from the calibrated source release date, that it's
2  possible?
3          A.    It's a possibility.
4              MR. DEAN:  Object to the form.
5              THE WITNESS:  It's a possibility, but,
6  again, that's -- typically, when you're conducting
7  sensitivity analyses and uncertainty analyses, you
8  want to get an understanding of how the system is
9  reacting to changes in -- in this case, it's a
10  single parameter.
11             Q.    I'm going to mark another exhibit.
12                 (DFT. EXHIBIT 17, Analyses and
13  Historical Reconstruction of Groundwater Flow,
14  Contaminant Fate and Transport, and Distribution of
15  Drinking Water Within the Service Areas of the
16  Hadnot Point and Holcomb Boulevard Water Treatment
17  Plants and Vicinities, U.S. Marine Corps Base Camp
18  Lejeune, North Carolina, Chapter C: Occurrence of
19  Selected Contaminants in Groundwater at
20  Installation Restoration Program Sites, was marked
21  for identification.)
22  BY MR. ANWAR:
23          Q.    I'm handing you what I'm marking as
24  Exhibit 17.
25          A.    Chapter C.  Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 553 of 821

1          Q.    This is Chapter C for the Hadnot

2     Point/Holcomb Boulevard analysis, correct?

3          A.    That's correct.

4          Q.    I would like you to turn to C98.

5          A.    C98.  Okay.  Well, okay.  Let's -- let

6     me rearrange the clip so I can...

7          Q.    What's that?

8          A.    Let me rearrange the clip.

9          Q.    Sure.

10          A.    Okay.  C98.  Okay.  Table C8.

11          Q.    Yes, Table C8.  And Table C8 is

12     entitled -- or titled "summary of analysis for

13     benzene, toluene, ethylbenzene and total xylene and

14     water samples collected at Hadnot Point water

15     supply wells, Camp Lejeune", right?

16          A.    Right.

17          Q.    Okay.  I wanted -- directing your

18     attention to HP602.

19          A.    Okay.

20          Q.    It has concentrations there for one,

21     two, three, four, five, six, seven, eight dates

22     there between 1984 to 1981, correct?

23          A.    Yes, with two below detection limits.

24          Q.    Correct, so two below detection limits

25     for HP602?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 554 of 821

1        A.   Yes.

2        Q.   And then the other five above detection

3 limits with some value?

4        A.   No, there's six.

5        Q.   Oh, there's six.  Excuse me.

6           The other six are above the detection

7 limit with some value and they are all ranging from

8 1984 to 1991, correct?

9        A.   That is correct.

10        Q.   And it appears five of the samples, the

11 -- for benzene there at HP602 are from '84?

12        A.   Is that a question?  I'm sorry.

13        Q.   Yeah, is that right?

14        A.   Okay.  I've got one from '84, one, two,

15 three, four.  Four above detection limits are from

16 1984.

17        Q.   Okay.  And then there's one from '85,

18 one from '86, then one from '91, correct?

19        A.   Yes, that's correct.

20        Q.   And then if we go down to HP608.

21        A.   Okay.

22        Q.   There are four samples between '84 and

23 '86, correct?

24        A.   Yes.

25        Q.   And one appears to be below the

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 555 of 821

1    detection limit?

2         A.    Right.

3         Q.    Okay.  You would agree that this table,

4    it summarizes the measurements of benzene at the

5    Hadnot Point water supply -- water supply wells,

6    right?

7         A.    Yes.

8         Q.    And agree that benzene -- you would

9    agree that benzene at the Hadnot Point source wells

10   found only benzene above the detection limit at

11   HP602 and HP608, correct?

12        A.    608, yes.  Let me -- 608, that's

13   correct, and then -- yes, above -- yeah, above the

14   detection levels, yes.

15        Q.    And the samples at 602, the

16   concentration levels of benzene and the samples at

17   602 are much higher than the samples at 608, right?

18        A.    Yes.

19        Q.    For instance, the highest sample there,

20   at 602, is 720 micrograms per liter, right?

21        A.    Yes.

22        Q.    And the highest sample at 608 appears

23   to be four micrograms per liter?

24        A.    Yeah, yes.

25        Q.    Okay.  So you would agree that the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 556 of 821

1  driving source of benzene contamination at the

2  Hadnot Point water treatment plant was HP602,

3  right?

4          A.    I would actually like to look at my

5  graphs here because we really need to look at --

6  okay.  Benzene.  HP602, yes.

7          Q.    That was the --

8          A.    Yes.

9          Q.    -- driving source of benzene

10  contamination for that Hadnot Point water treatment

11  plant, right?

12         A.    That's -- that's the measured data that

13  we have, so yes.

14         Q.    Okay.

15         A.    Based -- based on the measured data.

16         Q.    Okay.

17         A.    And the -- and the supply list.

18         Q.    Let's turn back to -- I'm jumping

19  around a little bit -- Chapter A for Hadnot Point,

20  which is Exhibit 10.

21         A.    For Hadnot Point?  Yeah, I've got it

22  right here.

23         Q.    Actually it's Supplement 1 for --

24         A.    Okay.  I don't have Supplement 1.  I've

25  got Supplement 2 that you gave me.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 557 of 821

1          Q.    Okay.  Let me mark it, then.

2               THE VIDEOGRAPHER:  Sir, I'm going to

3     need to change the media when you get to a stopping

4     point.

5               MR. ANWAR:  Sure.  Let's stop right

6     now.

7               THE VIDEOGRAPHER:  All right.  Going of

8     record.  The time is 3:59 p.m.

9               (A recess transpired.)

10               THE VIDEOGRAPHER:  Okay.  We are going

11     back on record.  The time the 4:10 p.m.

12     BY MR. ANWAR:

13          Q.   We are back on the record from a short

14     break, Mr. Maslia.  Are you okay to continue?

15          A.   Yes.

16          Q.   Okay.  Did you speak with your counsel

17     outside or during the break?

18          A.   No, I did not.

19          Q.   Okay.  Thank you.

20               I'm handing you what I'm marking as

21     Exhibit 18.

22               (DFT. EXHIBIT 18, Analyses and

23     Historical Reconstruction of Groundwater Flow,

24     Contaminant Fate and Transport, and Distribution of

25     Drinking Water Within the Service Areas of the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 558 of 821

Page 559

Page 559

1    Hadnot Point and Holcomb Boulevard Water Treatment
2    Plants and Vicinities, U.S. Marine Corps Base Camp
3    Lejeune, North Carolina, Chapter A-Supplement 1,
4    Descriptions and Characterizations of Data
5    Pertinent to Water-Supply Well Capacities,
6    Histories, and Operations, was marked for
7    identification.)
8    BY MR. ANWAR:
9         Q.   Okay.  This is Chapter A, Supplement 1
10   for the Holcomb Boulevard/Hadnot Point analysis --
11   or the Hadnot Point/Holcomb Boulevard analysis.
12        A.   Right, that's correct.
13        Q.   And it's titled "descriptions and
14   characterizations of data pertinent to water-supply
15   well capacities, histories and operations", right?
16        A.   Yes.
17        Q.   Okay.  If you could turn to page S117.
18        A.   Okay.  I'm there.
19        Q.   S117 is a figure for well HP602, right?
20        A.   It's a table, yes.
21        Q.   Table.  You'd agree that this table
22   shows what ATSDR concluded about HP602 operating
23   history and capacity history, right?
24        A.   Yes.
25        Q.   Okay.  You'd agree that well HP602 had

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 559 of 821

1  a relatively small capacity, right?

2        A.   I would say -- I would say it'd

3  probably have an average capacity.  I mean, there's

4  some -- like 69 goes down to 50 or 30, it looks

5  like.  They then redeveloped the well.  So I would

6  say it's average.  It's average capacity.

7        Q.   If you compare it to HP well 608 on

8  page S126.

9        A.   HP608.  Okay.

10       Q.   Would you agree that the capacity for

11  well HP602 was less than, generally speaking, the

12  capacity for well HP608?

13       A.   Yes.

14       Q.   And focusing back on HR602 on S117.

15       A.   Okay.

16       Q.   Would you agree that the capacity

17  fluctuated significantly?

18       A.   Yes, it fluctuated.

19       Q.   Okay.  And it fluctuated in a range

20  from 30 GPM on September 4th, 1969 --

21       A.   Right.

22       Q.   -- to 154 GPM on October 24, 1984,

23  right?

24       A.   Yes.

25       Q.   Looking at the table for HP602, you

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 560 of 821

1    would agree that HP602 was out of service multiple
2    times, correct?
3                MR. DEAN:  Object to the form.
4                THE WITNESS:  No, it's only out of
5    service one, two, three -- three times.
6    BY MR. ANWAR:
7         Q.   I see -- it was out of service April of
8    1979?
9         A.   Yes, that's one.  Oh, out four times.
10   Out.
11        Q.   It was out of service in October of
12   1981?
13               MR. DEAN:  Which well?  60 --
14               THE WITNESS:  602.
15               MR. DEAN:  Okay.
16   BY MR. ANWAR:
17        Q.   You agree with that?
18        A.   Yes, yes -- well, no, it says out.
19   Again, these records are directly from either the
20   water utility at Camp Lejeune or the well driller
21   or whatever.  So it says out.  It does not say out
22   of service.  I don't know if that means -- if that
23   means it was just out on that date or whatever, but
24   the rest of them say out of service.
25        Q.   Okay.  It was -- it says out of service

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 561 of 821

1    on October 1981, correct?

2         A.   Yes.

3         Q.   So there's an October 1981 that says,

4    quote, out, and then the following entry on the

5    table is October 1981, out of service, right?

6         A.   Yes, to me indicates we had, at least

7    on that one, a multiple record or two different

8    sources of records.

9         Q.   And then November 30th, 1984, it was

10   out of service as well, right?

11        A.   Yes.

12        Q.   So it was out of service at least three

13   times, correct?

14        A.   Yes.

15        Q.   And then as of November 30th, 1984, it

16   was permanently closed or terminated, right?

17        A.   Well, service was terminated and then

18   abandonment would be in '94, permanently closed.

19        Q.   What -- what do you understand the

20   distinction to be between service terminated and

21   abandoned?

22        A.   Service terminated would indicate they

23   just stopped using it, but it might still be

24   available for emergency purposes, whereas,

25   abandonment would mean that they would, I would

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 562 of 821

1    say, pull the well screen out, pull the pump out,

2    and maybe they seal it up with bentonite, concrete,

3    the hole up.

4            Q.   Okay.

5            A.   That's the difference.  There's an

6    example for -- at Tarawa Terrace for TT23 that --

7    it says it was out of service, but, in fact, we

8    have records that show during April of '85 they

9    actually used it because they were short of water,

10   okay?  So unless it's abandoned, the well casing

11   pulled and then concrete up -- that's what service

12   terminated means to me, is that it's not being

13   used.

14           Q.   Okay.  Based on the information in the

15   table, which I assume comes from the available

16   data, HP602 wasn't used after November 30th, 1984,

17   right?

18           A.   That's what that indicates.

19           Q.   Okay.

20           A.   We have no -- no data between -- or

21   there's -- yeah, no data listed in the table

22   between -- after November 30th, 1984 and June 1994.

23   So just looking at those two pieces of data, it's

24   terminated in '84 and then abandoned in '94.

25   There's no indication on here as to whether it was

1    used for emergency purposes or other things like

2    that.

3            Q.    Okay.

4            A.    Which is always a possibility with a

5    well that's not abandoned.

6            Q.    Turning the page back to S16 -- excuse

7    me, S126.  Looking at the table on HP608.

8            A.    Yes.  Okay.

9                  MR. DEAN:  S?

10                 THE WITNESS:  26.  1.26.

11                 MR. DEAN:  I guess I don't have that

12   one.

13                 THE WITNESS:  Is this Supplement 1?

14   BY MR. ANWAR:

15           Q.    You'd agree that ATSDA -- ATSDR

16   determined capacity of HP608 ranged from 115 GPM to

17   230 GPM?

18           A.    Yes.

19           Q.    And as we discussed a few moments ago,

20   compared to 60 -- HP602 --

21           A.    Wait.  Hold on just a second.  It

22   continues on page S127.  It's got a capacity of 226

23   on 1983 -- March 21st, 1984.

24           Q.    I see that.  So my question was, do you

25   agree that the range for -- ATSDR determined the

1  capacity of HP608 to be in the range of 115 GPM on
2  the low end and 230 GPM on the high end?
3        A.   Yes.
4        Q.   And --
5        A.   I just wanted to make sure we had the
6  full table in front of us.
7        Q.   No, I appreciate that.  Compared to --
8  and we discussed a moment ago, and you're welcome
9  to turn back to look if you would like, but for
10  HP602 the range was 30 GPM to 154 GPM?
11        A.   Yeah, that's correct.
12        Q.   Okay.  You agree that the table on --
13  for HP608 on page S127 shows that service was
14  terminated for HP608 on December 6, 1984, correct?
15        A.   Yes, that's what it states.
16        Q.   Okay.  I would like to turn back to
17  Chapter C.
18        A.   Chapter C.  Okay.
19        Q.   For the Hadnot Point/Holcomb Boulevard
20  analysis.
21        A.   Yes.  Okay.  Chapter C.
22        Q.   If I could direct you to page 108.
23        A.   108.  Okay.
24        Q.   Page C108, there's a Table C12 on it,
25  right?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 565 of 821

1       A.   Yes.

2       Q.   Okay.  So there are three entries

3    there, November 19, 1985, where benzene was

4    detected at 2500 micrograms per liter, right?

5       A.   Yes.

6       Q.   And then there's an entry December 10,

7    1985 where benzene was detected, 38 micrograms per

8    liter, right?

9       A.   Yes.

10       Q.   And then there is an entry just below

11   it, December 18, 1985, where benzene was detected,

12   one microgram per liter, right?

13       A.   That's correct.

14       Q.   Okay.  Outside of those three entries

15   in November 1985 and December 1985, according to

16   this table, benzene was never detected above the

17   detection limit at the Hadnot Point water treatment

18   plant, right?

19           MR. DEAN:  Object to the form.

20           THE WITNESS:  Based on the sample data?

21   We're talking about the data in this table?

22   BY MR. ANWAR:

23       Q.   Yeah.

24       A.   With the exception of those three

25   readings that you cited, everything else was below

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 566 of 821

1     the detection limit.

2          Q.    And just for the record, the -- we're

3     looking at Table C12.  It's entitled "summary of

4     analyses for benzene, tolune, ethylbenzene and

5     total xylene in water samples collected at the

6     Hadnot Point water treatment plant at Camp

7     Lejeune", right?

8          A.    Yes.

9          Q.    Okay.  So these are samples collected

10    at the Hadnot Point water treatment plant?

11         A.    Right.

12         Q.    Okay.  And so a moment ago -- so for --

13    still focusing on C12 on -- Table C12 on

14    November 19, 1985, December 10, 1985, and

15    December 1985.  Do you see that?

16         A.    Yes.

17         Q.    A moment ago we looked at tables with

18    the operating and pumping histories for HP602 and

19    HP608.  Do you recall that?

20         A.    Yes.

21         Q.    So at the time of these three

22    detections for benzene, HP602 and HP608 were shut

23    down, right?

24              MR. DEAN:  Object to the form.

25              THE WITNESS:  I need to -- let's see.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 567 of 821

Page 568

1   Supplement 1, I'm guessing, yeah.

2   BY MR. ANWAR:

3       Q.   Yeah, and if you want to --

4       A.   Share the dates.

5       Q.   -- go look over it, it was -- the 608

6   is on S126 and 27.

7       A.   Okay.  November 19th, '85.

8   November 19th, '85.

9       Q.   HP608 --

10      A.   Yes, yes, it was not, according to this

11  table, not operating, not in service.

12      Q.   Yeah.  And according to the table, it

13  was terminated in December, December 6th, 1984,

14  right?

15      A.   Right.

16      Q.   So almost -- it had been shut down for

17  almost a year --

18      A.   Right.

19      Q.   -- by the time the benzene was

20  detected --

21      A.   Uh-huh.

22      Q.   -- at the Hadnot Point water treatment

23  plant, right?

24      A.   That's correct.

25      Q.   Okay.  Then 602, which is page 17,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 568 of 821

1  S117.

2       A.   Okay.  I'm there.

3       Q.   And we discussed this service was

4  terminated November 30th, 1984?

5       A.   Yes.

6       Q.   And it, likewise, had been shut down

7  almost a year by the time benzene was detected at

8  -- above detection limits at the --

9       A.   Right.

10      Q.   Or strike that.

11           It too -- the HP602 was -- also had

12 been shut down in November 30th, 1984, which was

13 about a year after benzene was detected at the

14 Hadnot Point water treatment plant, correct?

15      A.   No, we've got '85 at the water

16 treatment plant.  Is that what you're speaking

17 with, the benzene detections at the water treatment

18 plant?

19      Q.   Correct.

20      A.   That was in November '85 and it says

21 service terminated November 30, 1984.

22      Q.   So almost a year had passed, right?

23      A.   Yes.

24      Q.   Okay.  Would you agree that -- well,

25 strike that.  Let me ask it this way.  Residual

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 569 of 821

1  benzene from HP602 or HP608 used -- before
2  December 1984 was not the source of benzene in the
3  November and December 1985 samples we just looked
4  at, right?
5          MR. DEAN:  Object to the form.
6          THE WITNESS:  Again, this well says
7  service terminated.  There's always the possibility
8  that they were operated and not recorded as
9  operated.  I'm saying we observed at that Tarawa
10 Terrace, but -- and for the 2500 part per billion,
11 if you go to the Chapter C report, it might be in
12 this report also, we noted that the base chemist,
13 Elizabeth Betz, noted on that one that it was not
14 representative, okay?  She did not say -- the
15 samples don't say that that's not a valid sample.
16 It said it was just not representative.
17          And we actually had a phone interview
18 with her and there's some documentation, with
19 Elizabeth Betz, to ask her did that mean that
20 sample was, you know, not valid and all of that.  I
21 asked the question and she answered to me that, no,
22 she just meant that benzene sample -- especially
23 benzene samples would go up and down, up and down
24 until there was no regularity to the
25 concentrations.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 570 of 821

1    BY MR. ANWAR:

2            Q.   Well, in that conversation, was she

3    referring to the 2500 micrograms per liter?

4            A.   I specifically asked her about that,

5    yes.

6            Q.   And your understanding is -- from her

7    is that that sample from Hadnot Point water

8    treatment plant was not representative?

9            A.   Yes, but I asked her -- that's marked

10   on the JTC lab reports.  It's not -- and it's also

11   marked in our Chapter C.

12           Q.   Sure.

13           A.   Just to be clear.  And I asked her what

14   was meant or what was her understanding of not

15   representative, and she said that -- and it's

16   recorded in the notes or meeting notes that we had

17   with her, phone conference, that she meant that

18   there was just -- the benzene sampling data would

19   go up and down, up and down by a large amount, and

20   so that's why it was not representative.  She did

21   not say -- I asked her and she said she -- because

22   I asked if she meant that she would consider that

23   sample or, you know, or it was an erroneous sample,

24   and she definitely said, no, she just -- her

25   meaning was that it was -- the sampling data went

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 571 of 821

1    high and low, high and low.

2         Q.   As you sit here today, you don't have

3    any reason to believe that the residual -- residual

4    benzene from HP602 or HP608 used before December

5    1984 was the source of benzene samples in November,

6    December 1985?

7         A.   We really did not do a residual

8    analysis and, as you know, benzene is a floater.

9    It floats on top of water, so like salad dressing

10   with oil and vinegar.  When you shake it up, maybe

11   stir it up, and then it separates out.  So we

12   really did not do a residual analysis to see you

13   know, that specificity.

14        Q.   But you don't have any definitive data

15   demonstrating that it was residual benzene from

16   HP602 or HP608 used before December 1984 that was

17   the source of this November, December 1985 benzene

18   samples?

19        A.   Well, we've got our reconstructed

20   values at the water treatment plant.

21        Q.   Well, and we don't need to look at

22   those.

23        A.   Okay.

24        Q.   I'm just talking in terms of the

25   real-world data, not in terms of the model right

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 572 of 821

1  now.

2        A.    Okay.  So again, ask your question

3  again.

4        Q.    Just some terms of real-world data, you

5  don't -- there isn't any real-world data available

6  or that exists demonstrating that HP602 -- residual

7  benzene from HP602 or HP 608 used before

8  December 1984, which is when those two wells

9  closed, was the source of the

10  November/December 1985 measurements in the Hadnot

11  Point water treatment plant?

12        A.    I do not have data for those wells

13  after they went out of service.

14        Q.    Now, Tarawa Terrace, if I remember

15  correctly, ATSDR didn't use nondetects in the

16  geometric bias; is that right?

17        A.    What's published in the published

18  title, yes, that's correct, we did not ignore the

19  data.  They're published in the table, but when we

20  went to compute the geometric bias, we did not

21  include the nondetects because there's a whole area

22  of analysis about nondetects value -- what value

23  should you include or what value should you assign

24  or not assign and things of that nature.

25        Q.    And in the published data you didn't --

Golkow Technologies,
877-370-3377             A Veritext Division             www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 573 of 821

1    ATSDR didn't use nondetects in the geometric bias,
2    which was used to assess calibration, right?
3          A.    That is correct.
4          Q.    Okay.
5          A.    But we did publish it in the tables
6    accompanying -- accompanying that, okay, for both
7    the wells and -- supply wells and the treatment
8    plant.
9          Q.    And as I understand it, from the very
10   beginning of our conversation today, it sounds like
11   you've done some additional work with respect to
12   geometric mean -- or geometric bias?
13         A.    Yes.
14         Q.    Okay.  And was that only for Tarawa
15   Terrace?
16         A.    It was for Tarawa Terrace and I'd have
17   to look at my notes.  I might have done it for the
18   Hadnot Point water treatment plant.
19         Q.    That would be reflected in your notes?
20         A.    Yes.
21         Q.    And do you intend to offer that opinion
22   if called to testify at trial?
23         A.    That we -- that I reassessed the
24   computation?
25         Q.    Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 574 of 821

1    A.  Yes.  Well, I mean, I will defer to the
2  attorneys on that, but I have notes that I'll turn
3  over to the attorneys.
4    Q.  Okay.  How --
5        MR. DEAN:  Well, I mean, you should
6  answer his question fully because you can update
7  and amend your opinions pursuant to the rules in
8  the deposition if he asked.  So if you've completed
9  your answer, fine.  If you didn't, finish answering
10 his question.
11       THE WITNESS:  No.  I mean, I looked
12 again, as we discussed earlier today, after reading
13 Dr. Konikow's report, and he discussed the issue of
14 using duplicate samples or triplicate samples
15 within the same day or same month when the model
16 results only provide you one value per month.  So
17 then I went back and recomputed using that
18 approach.  So if we had two samples in a month,
19 then I would take an average.  If you had three, I
20 would take an average, so I would compare one to
21 one.
22   Q.  Okay.  I have to find my place again.
23 Okay.  How did ATSDR assess calibration of the
24 Hadnot Point mixing model for benzene with only --
25 or primarily nondetect data points?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 575 of 821

1        A.    Let me get to Chapter C and in table --
2    on Table A18 on page A62, we've got supply well.
3        Q.    Is this on Chapter A or Chapter --
4        A.    Chapter A.  I'm on Chapter A, yes.
5    Chapter A of Hadnot Point.
6        Q.    Okay.  What -- what page were you
7    looking at?
8        A.    I was on page A62.  Okay.  I misspoke.
9    That was the water treatment plant, okay?  We had
10   measured data and then we had reconstructed data.
11   So I may have computed a geometric mean just, like,
12   on scratch paper, but I did not publish it as part
13   of the Chapter A for Hadnot Point/Holcomb Boulevard
14   report.
15       Q.    Why did you treat that differently than
16   for Tarawa Terrace?
17       A.    I really don't -- don't know.  I know
18   we were under a timeline crunch to get it out and
19   it just may have been that it was not -- that I
20   looked at -- I just looked at visually the values,
21   reconstructed versus measured, and said, you know,
22   that was, you know, provided a good fit.  And also
23   looked at the wells on page -- well, they're graphs
24   and stuff like that, but also there's a table
25   earlier on.  Somewhere there's a table.  And just

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 576 of 821

1    said that I was satisfied with -- with the -- with
2    the fit or the goodness of fit of the calibrated
3    results with the available water treatment plant
4    data.
5              It was also -- with Tarawa Terrace we
6    had just PCE, okay, one constituent.  Whereas here
7    we had multiple constituents and I may have -- I
8    said, well, maybe we need to look into each one
9    individually or something like that.  It was a
10   little more complex computation, and so it did not
11   end up in -- in the published report.
12        Q.   Would you agree that not assessing
13   geometric bias affects uncertainty and reliability
14   for the Hadnot Point model?
15        A.   Not necessarily because, again,
16   geometric bias just gives me an estimate; is the
17   model way over or way under or it's in the
18   ballpark, okay?  And again, I'm looking at the
19   plot.  A graphic is just as good as a geometric
20   bias.  A geometric bias is putting a quantitative
21   estimate on a graphic, okay?  Had this graphic, and
22   so it was just a computation that was not done for
23   this -- this analysis.  You can go back and -- and
24   do it.  I mean, as I said, I've got my notes.
25        Q.   Okay.  If you could turn back to

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 577 of 821

1    Chapter C on page C106.

2              A.    106?

3              Q.    Yeah.

4              A.    106.  Okay.  I've got it.

5              Q.    On C106 there's a Table C11, right?

6              A.    Yes.

7              Q.    It states, "summary analyses for PCE,

8    TCE, 1-1-DCE, trans-1-2-DCE, 1-2-DCE" -- it says,

9    "1-2-DCE, total 1-2-DCE, and vinyl chloride in

10   water samples collected at the Hadnot Point water

11   treatment plant, Camp Lejeune", correct?

12             A.    Yes.

13             Q.    Okay.  I just wanted to ask you a few

14   questions about this.

15             A.    Sure.

16             Q.    You'd agree that this table summarizes

17   measured PCE and degradation product observations

18   at the Hadnot Point water treatment plant?

19             A.    Yes.

20             Q.    You'd agree that vinyl chloride was

21   never detected above the reporting limit at Hadnot

22   Point water treatment plant?

23             A.    There's -- on February '85 the value --

24   estimated value of 2.9.

25             Q.    Where are you looking?  February --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 578 of 821

1          A.    C11, February 5th, 1985 all the way

2     across the last column.  It says 2.9J.

3          Q.    Okay.  Aside from that one time, would

4     you agree that vinyl chloride was not detected

5     above the detection limit?

6          A.    Let me make sure this goes -- is this

7     the same -- Table C10, C11.  You're just talking

8     about Table C11, right?

9          Q.    Correct.

10         A.    Yes, that would be --

11         Q.    You would agree that aside from that --

12    that one time in -- on February 5th, 1985, that

13    vinyl chloride was never detected above the

14    detection limit?

15         A.    Yes.

16         Q.    And this is for that Hadnot Point water

17    treatment plant, right?

18         A.    That's correct.

19         Q.    Okay.  And then you would agree that

20    DCE was rarely detected above the detection limit

21    at the Hadnot Point water treatment plant?

22              MR. DEAN:  Object to the form.

23              THE WITNESS:  No, where there's a

24    trans-DCE, 1-2-DCE on February 5th, again, 1985, of

25    150 micrograms per liter.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 579 of 821

1    BY MR. ANWAR:

2         Q.    So that's that one time?

3         A.    Yes.

4         Q.    Would you agree, aside from that one

5    time, that DCE was not detected above the reporting

6    limit at the Hadnot Point water treatment plant?

7              MR. DEAN:  Object to the form.

8              THE WITNESS:  Yes.

9    BY MR. ANWAR:

10        Q.    Okay.  Let -- jumping around.  Let's

11   turn back to Chapter A for Hadnot Point/Holcomb

12   Boulevard.

13        A.    Okay.  Okay.

14        Q.    I would like to direct your attention

15   to A46.

16        A.    Page A46?

17        Q.    Correct.

18        A.    Okay.

19        Q.    There are a series of graphs there

20   entitled Figure A18, correct?

21        A.    A18, yes.

22        Q.    And A18 is titled "reconstructed or

23   simulated and measured concentrations of TCE at

24   selected water supply wells within the Hadnot Point

25   industrial area."  Did I read that correct?

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 580 of 821

1          A.    Yes.

2          Q.    Okay.  And the wells reflected on these

3    graphs are HP602, HP608, HP634, and then there's

4    well HP601 and, slash, HP660, correct?

5          A.    That is correct.

6          Q.    Would you agree that these -- this

7    figure shows calibrated model values at HP well

8    601, 602, 608 and 634?

9          A.    They show the -- yes, the red line is

10   the simulated values.

11         Q.    Okay.

12         A.    Or reconstructed values, and the black

13   dots are the measured.

14         Q.    So the -- for instance, at HP602 there

15   are one, two, three, four, five, six measured

16   values reflected on the graph, right?

17         A.    Yes.

18         Q.    For HP601 it looks like there are three

19   measured values on the graph, right?

20         A.    Yes, they are measured for HP660, which

21   was the replacement well.

22         Q.    For 601, right?

23         A.    Yes.

24         Q.    For HP608, it looks like there are four

25   values reflected on the graph?

1      A.   Yes.
2      Q.   And for HP634 it looks like there is
3  one value reflected on the graph?
4      A.   Yes.
5      Q.   Those are the measured values we're
6  talking about, correct?
7      A.   That is correct.
8      Q.   And then the -- that red -- the red
9  line is what the model is simulating as estimated
10  concentrations?
11      A.   Yes, that's correct.
12      Q.   These graphs show some measured values,
13  but they show none of the nondetect values,
14  correct?
15      A.   That's correct.
16      Q.   And you would agree that if we turn to
17  -- you might keep this page open --
18      A.   Okay.
19      Q.   -- but also turn to Chapter C, C95.
20      A.   Right.  C95?
21      Q.   Correct.
22      A.   Okay.  I'm there.  Table C7.
23      Q.   Yes.
24      A.   Okay.
25      Q.   C7, "summary of analyses, PCE, TCE, DCE

Golkow Technologies,
877-370-3377       A Veritext Division       www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 582 of 821

1  and vinyl chloride for water samples collected at

2  Hadnot Point water treatment plant", right?

3         A.   Right.

4         Q.   Okay.  For HP634 there, there are four

5  values below the nondetect limit, right -- or

6  excuse me, there are four -- four nondetects?

7         A.   In Table C9 -- I mean, on Table C7?

8         Q.   Yes.

9         A.   For 634 there's -- yes, that's correct.

10         Q.   And if you go back and look at A46,

11  there's one measured value reflected there, right?

12         A.   That's correct.

13         Q.   But those -- those four nondetects are

14  not reflected?

15         A.   That's correct.  The issue with trying

16  to graphically represent nondetects gets back to

17  what value are you going to use.  If we use the

18  detection limit, then someone can argue, well, you

19  don't know that definitively because it was

20  nondetect.  If you want to use half the detection

21  limit, again, that's just an estimate.  There are

22  some other complex methods where people -- Dennis

23  Helsel and others who have worked in the nondetect

24  area, that you can estimate and quantify the

25  nondetects, but for our purposes we used the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 583 of 821

1  graphics in the reports as -- and companions to the

2  tables.  So if someone wanted to see what all the

3  values were, they could go to the -- to the table

4  and see that we had nondetects and we also had

5  above detection limits.

6          Q.   Okay.  Let's -- let's look at -- and

7  let me mark it.  Let's switch gears a little bit.

8          A.   Okay.

9          Q.   I'm going to hand you what I'm marking

10  as Exhibit 19.

11              (DFT. EXHIBIT 19, Analyses and

12  Historical Reconstruction of Groundwater Flow,

13  Contaminant Fate and Transport, and Distribution of

14  Drinking Water Within the Service Areas of the

15  Hadnot Point and Holcomb Boulevard Water Treatment

16  Plants and Vicinities, U.S. Marine Corps Base Camp

17  Lejeune, North Carolina Chapter A-Supplement 6,

18  Characterization and Simulation of Fate and

19  Transport of Selected Volatile Organic Compounds in

20  the vicinities of the Hadnot Point Industrial Area

21  and Landfill, was marked for identification.)

22              THE WITNESS:  Okay.

23  BY MR. ANWAR:

24          Q.   Here you go.

25          A.   Supplement 6.  Okay.

Golkow Technologies,
A Veritext Division
877-370-3377                                         www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 584 of 821

1          Q.    Exhibit 19 is a Hadnot Point/Holcomb
2     Boulevard Chapter A-Supplement 6, right?
3          A.    That is correct.
4          Q.    Okay.  And it's titled
5     "characterization and simulation of fate and
6     transport of selected volatile organic compounds in
7     the vicinities of the Hadnot Point industrial area
8     and landfill", right?
9          A.    That is correct.
10         Q.    Okay.  Can I have you turn to page
11    S645?
12         A.    Okay.  645.  Okay.
13         Q.    And S645 includes a discussion of --
14    it's entitled discussion and limitations, correct?
15         A.    That is correct.
16         Q.    And that's of the Hadnot Point/Holcomb
17    Boulevard analysis and model, correct?
18         A.    Yes, yes.
19         Q.    Okay.  Looking over on the right-hand
20    side, second paragraph, it starts, "for contaminant
21    fate and transport modeling reported herein,
22    however, insufficient water quality data existed to
23    conduct a statistical analysis for assessment of
24    model calibration fit.  In addition, specific data
25    pertinent to the timing of initial deposition of

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 585 of 821

1  contaminants to the ground or subsurface

2  chronologies of waste disposal operations such as

3  dates and times when contaminants were deposited in

4  the Hadnot Point landfill or descriptions of the

5  temporal variation of contaminant concentrations in

6  the subsurface generally are not available."

7        Did I read that all correctly?

8    A.   Yes.

9    Q.   Okay.  And then it goes on,

10 "determining these types of source identification

11 and characterization data became part of the

12 historical reconstruction, whereby the contaminant

13 fate and transport model was used to test source

14 locations, varying concentrations, and beginning

15 and ending dates for leakage and migration of

16 source contaminants to the subsurface and the

17 underlying groundwater flow system."  Did I read

18 that correctly?

19   A.   That's correct.

20   Q.   Okay.  So then the next starts,

21 "conducting a robust uncertainty analysis using

22 Monte Carlo analysis requires simulating thousands

23 of realizations.  When using available

24 computational equipment, the Hadnot Point

25 industrial area and the Hadnot Point landfill

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 586 of 821

1    models have a simulation time of about six to

2    eight hours for each simulation.  The lengthy

3    simulation times and the substantial data

4    limitations therefore make a comprehensive

5    uncertainty analysis computationally prohibitive

6    based on available resources and time limitations.

7    Thus, the ranges of values presented in the

8    sensitivity analysis section of this report assess

9    a limited number of input and output model

10   parameters.  The results, in other words, range of

11   concentration presented in the sensitivity analysis

12   reported herein, should not be considered or

13   interpreted as the results of a robust and

14   comprehensive uncertainty analysis, but do provide

15   insight into parameter sensitivity and uncertainty

16   in a qualitative sense."

17            Did I read that all correctly?

18        A.   Yes.

19        Q.   Based on the two paragraphs we just

20   read together, you would agree that ATSDR did not

21   conduct a statistical analysis to assess model

22   calibration and fit at Hadnot Point because there

23   wasn't sufficient water quality data, right?

24            MR. DEAN:  Object to the form of the

25   question and misstates and mischaracterizes the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 587 of 821

1    document.

2              THE WITNESS:  I'm just seeing where we

3    said that on this -- I'm sure I'm --

4              MR. BELL:  Are y'all allowed to have

5    candy bars?

6              MR. ANWAR:  Sure.

7              MR. BELL:  I know it's late in the day.

8    Someone said, well, don't give him anymore.

9              THE WITNESS:  Yeah, it's -- as it

10   states in the report, insufficient water quality

11   data and the statistical analysis for assessment of

12   model calibration is not -- was not conducted,

13   okay?  I believe they were referring to -- this was

14   the -- this was the groundwater flow -- the

15   contaminant fate and transport groundwater model,

16   not necessarily the mixing model and -- at the

17   Hadnot Point water treatment plant, okay?  That may

18   have been able to have been computed.

19   BY MR. ANWAR:

20        Q.   But you agree statistical analysis to

21   assess model calibration fit wasn't conducted

22   because -- because there was insufficient water

23   quality data, right?

24        A.   Yes, that's what it says.

25        Q.   Okay.  And in this paragraph, when it's

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 588 of 821

1    referencing water quality data, you would agree

2    that means measurements of contaminant

3    concentrations, right?

4              MR. DEAN:  Object to the form.

5              THE WITNESS:  That's what I would

6    interpret it to mean.

7    BY MR. ANWAR:

8         Q.   Okay.  So earlier, just, I think, a few

9    minutes ago, we talked about geometric bias at the

10   Hadnot Point mixing model?

11        A.   Right.

12        Q.   Would you agree this says one wasn't

13   done?

14        A.   Again, I'm looking at -- this is

15   strictly a groundwater contaminant fate and

16   transport.  It would have been done or could have

17   been done in the summary chapter, Chapter A, but I

18   do not see it there, so it was not conducted.

19        Q.   One was --

20        A.   It was not computed.  Let me just -- it

21   was not computed like it was computed for Tarawa

22   Terrace.

23        Q.   One wasn't computed for the fate and

24   transport model for Hadnot Point, correct?

25        A.   One was not computed for the water

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 589 of 821

1    supply wells at Tarawa Terrace -- let's go back.

2    We computed geometric bias for the water supply

3    wells and then we also computed a geometric bias

4    for the water treatment plant, okay?  So Supplement

5    6 is strictly the groundwater flow model, so there

6    was not one conducted -- computed for the supply

7    wells at Hadnot Point and Holcomb Boulevard.

8         Q.   Okay.  I just want to make sure.  There

9    was not one computed for the supply wells, correct?

10        A.   That is correct.

11        Q.   And would you agree there was not one

12   conducted for fate and transport?

13             MR. DEAN:  Object to the form.

14             THE WITNESS:  That would -- that would

15   be the supply wells.

16   BY MR. ANWAR:

17        Q.   Okay.  I've got you.

18        A.   Okay.  The fate and transport model,

19   you would pull out the concentrations at the well

20   locations.

21        Q.   Okay.  That's what I wanted to make

22   sure I understood.  Thank you.

23             And so now kind of looking back at the

24   paragraphs we just read.

25        A.   Okay.  Hold on.  Go back there.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 590 of 821

1           MR. DEAN:  Page 45, 645.  I think

2      that's where...

3           THE WITNESS:  Yeah, I'm there.

4      BY MR. ANWAR:

5           Q.   It says, you'd agree, "that specific

6      data pertinent to the timing of initial deposition

7      of contaminants to the ground or subsurface

8      chronologies of waste disposal operations such as

9      dates and times when contaminants were deposited in

10     the Hadnot Point landfill or descriptions of the

11     temporal variation of contaminant concentrations in

12     the subsurface generally were not available at

13     Hadnot Point", right?

14          A.   That's what it says, yes.

15          Q.   Okay.  And you agree that historical --

16     quote, historical reconstruction, as used in the

17     paragraphs, had to include testing source

18     locations, varying concentrations, and beginning

19     and ending dates for leakage and migration of

20     source contaminants to the subsurface and the

21     underlying groundwater flow system?

22          A.   That would be the calibration process.

23          Q.   You'd agree that a comprehensive

24     uncertainty analysis wasn't done at Hadnot Point

25     because, as it states in the paragraph, "lengthy

```
 1    simulation times and substantial data limitations
 2    were computationally prohibited" --
 3             A.    Yes.
 4             Q.    "Prohibitive."
 5             A.    Yes, that's what it says.
 6             Q.    ATSDR did a sensitivity analysis, but
 7    it said, results should not be considered or
 8    interpreted as results of a robust and
 9    comprehensive uncertainty analysis, correct?
10             A.    Yes.
11                   MR. DEAN:  Object to the form.
12    BY MR. ANWAR:
13             Q.    And your answer was yes, right?
14             A.    Yes, I'm confirming what -- you read it
15    from the report.
16             Q.    It's the last sentence of the last
17    paragraph.  So ATSDR did a sensitivity analysis,
18    but said its results should not be considered or
19    interpreted as the results of a robust and
20    comprehensive uncertainty analysis, right?
21                   MR. DEAN:  We can stipulate you read
22    that sentence correctly.
23    BY MR. ANWAR:
24             Q.    And you agree with that, right?
25                   MR. DEAN:  Object to the form.
```

1          THE WITNESS:  It can be considered
2     qualitative.  That's what we say in here, okay?  We
3     did conduct sensitivity analyses.
4     BY MR. ANWAR:
5          Q.    Let's jump ahead -- or let's jump to --
6     back to Supplement 6 -- or we are on Supplement 6.
7          A.    Yes.
8          Q.    So let's turn to page 44, S6.44.
9          A.    44, okay.
10         Q.    So the page before.
11         A.    Okay.
12         Q.    On page S6 there is a Figure S6.23,
13    correct?
14         A.    Yes.
15         Q.    And the figure is titled "variations in
16    reconstructed simulated finished water
17    concentrations of TCE derived using a Latin
18    hypercube sampling methodology on water-supply well
19    monthly operational schedules for Hadnot
20    Point/Holcomb Boulevard study area", correct?
21         A.    Yes.
22         Q.    Okay.  This is the -- the -- the figure
23    for the uncertainty analysis on the Hadnot
24    Point/Holcomb Boulevard model, right?
25         A.    Yes, at the water treatment plant.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 593 of 821

1          Q.    Okay.  At the water treatment plant.
2                And agree that the results of this
3    uncertainty analysis at the Hadnot Point water
4    treatment plant where reconstructed monthly well
5    operations -- okay.  Let me ask that again.
6                You agree that the results of the
7    uncertainty analysis here were -- for reconstructed
8    monthly well operations schedules were varied?
9          A.    Yes.
10         Q.    And this -- this reflects the -- the
11   water-supply well monthly operational schedules,
12   correct?
13         A.    Yes.
14         Q.    It's an uncertainty analysis about the
15   water-supply well monthly operational schedules,
16   correct?
17         A.    That is correct.
18         Q.    Okay.  And the uncertainty analysis
19   shows -- the uncertainty analysis was varied,
20   right?
21                MR. DEAN:  Object to the form.
22                THE WITNESS:  I'm not sure I understand
23   what you mean by the uncertainty analyses was
24   varied.
25   BY MR. ANWAR:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 594 of 821

1          Q.   The results of the uncertainty analysis
2     were varied, correct?
3               MR. DEAN:  Object to the form.
4               THE WITNESS:  The results were not
5     varied.
6     BY MR. ANWAR:
7          Q.   I thought a moment ago you agreed they
8     were varied.
9               MR. DEAN:  Object to the form.
10              THE WITNESS:  You asked me about the
11    water-supply wells.
12    BY MR. ANWAR:
13         Q.   Okay.
14         A.   That's the parameter that was varied.
15         Q.   Okay.  Understood.  Ah, yeah.  And
16    you'd agree -- so let me -- just so the record is
17    clean, agree this -- the -- this uncertainty
18    analysis at Hadnot Point is where reconstructed
19    monthly well operations schedules were varied,
20    correct?
21         A.   Yes.
22         Q.   Okay.  Thank you.  And you agree that
23    the results of this uncertainty analysis suggests
24    that changes in pumping schedules produce very
25    different modeled monthly mean contaminant

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 595 of 821

1    concentrations, right?

2              MR. DEAN:  Object to the form.

3              THE WITNESS:  There's variation from

4    the mean to the high or low.

5    BY MR. ANWAR:

6         Q.   There's significant variation, right?

7              MR. DEAN:  Object to the form.

8              THE WITNESS:  I don't know if I would

9    call it significant.  If you compare it to the data

10   spread, it's not -- it's greater than at Tarawa

11   Terrace.

12   BY MR. ANWAR:

13        Q.   You agree it is greater than Tarawa

14   Terrace, right?

15        A.   Yes, but we still considered it to meet

16   our modeling objectives.

17        Q.   You'd agree this was a Monte Carlo

18   simulation like in Tarawa Terrace, but unlike

19   Tarawa Terrace, only the one input parameter, well

20   pumping schedule, was varied, correct?

21        A.   It was a Latin hypercube sampling,

22   which is a variant of Monte Carlo simulation when

23   Monte Carlo simulation becomes computationally

24   prohibitive.  So it is a Monte Carlo, but it's

25   Latin hypercube sampling.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 596 of 821

1      Q.   A moment ago we were talking about the
2  degree of variation.  Would you agree that the
3  variation is hundreds of micrograms per liter?
4      A.   Once -- you're talking about the
5  reconstructed results or the sampling data?
6      Q.   The -- the reconstructed results.
7      A.   Once HP651 kicks in, yes, after July --
8  I think June or July of '72.
9      Q.   That's where you see the -- on the
10 figure, Figure S623, dot 23, it spike up, correct?
11     A.   Yes.
12     Q.   Now, looking at this Figure S6.23, you
13 would agree the gray line show all of the Monte
14 Carlo simulations drawn on the same chart?
15          MR. DEAN:  Object to the form of the
16 question.
17          THE WITNESS:  They -- they show all the
18 Latin hypercube sampling results on -- on this
19 graph.
20 BY MR. ANWAR:
21     Q.   Why not show the 95 percent realization
22 balance like ATSDR did for Tarawa Terrace?
23     A.   It was not -- with Latin hypercube you
24 -- you had -- in this case we used ten equal
25 subdivision or sampling points, okay?  That's the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 597 of 821

1    definition of Latin hypercube, is you have an equal

2    probability within each sampling domain, which we

3    had ten.  And so it was just not possible to

4    compute a confidence limit, but -- using -- using

5    that approach.

6            Q.    Okay.

7            A.    But it did give us both a quantitative,

8    in terms of high/low, and qualitative feeling of

9    the model results at the water treatment plant.

10           Q.    Got it.  I think we are in the home

11   stretch, about 40 minutes left, probably 40, 45.

12   Why don't we take a quick five or five or ten.  I

13   would like to take a look at my notes and --

14           A.    Okay.  Sure.

15                 MR. ANWAR:  Thank you.

16                 THE VIDEOGRAPHER:  Going off record.

17   The time is 5:10 p.m.

18                 (A recess transpired.)

19                 THE VIDEOGRAPHER:  Okay.  We are going

20   back on record.  The time is 5:23 p.m.

21   BY MR. ANWAR:

22           Q.    We are back on the record from a short

23   break.  Mr. Maslia, are you okay to continue?

24           A.    Yes, I am.

25           Q.    Did you speak to your lawyers during

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 598 of 821

1  the break?

2  　　　　A.　No, I did not.

3  　　　　Q.　Okay.  I may bounce around a little

4  bit.  I wanted to ask you a few questions about

5  your rebuttal report, your opinions in your

6  rebuttal report.  Dr. Spiliotopoulos pointed out,

7  for the Tarawa Terrace model, that the KD values

8  and the bulk density values for the calculation of

9  the retardation factor contained errors.  Do you

10 recall that?

11 　　　　A.　He pointed out that the bulk density

12 did.

13 　　　　Q.　Okay.  And my -- my understanding of

14 your opinions about that are essentially that you

15 don't dispute the error, but it doesn't, in your

16 opinion, change the analysis much; is that right?

17 　　　　A.　It's not so much of an error.  What was

18 used originally was the wet bulk density, and it

19 was pointed out to us in 2009, by one of the

20 experts on the Hadnot Point/Holcomb Boulevard panel

21 when we had sent the Tarawa Terrace report, that we

22 had a wet bulk density.  So we went back and

23 changed that value and, of course, you've got to

24 understand is that in the contaminant fate and

25 transport equations, bulk density and distribution

Golkow Technologies,
877-370-3377　　　　A Veritext Division　　　www.veritext.com
Case 7:23-cv-00897-RJ　　　Document 352-5　　　Filed 04/17/25　　　Page 599 of 821

1    coefficient are not included.  What's included is
2    retardation factor, okay?  And we originally had a
3    retardation factor of 2.93.  So if we adjusted the
4    bulk density to drop down, that means we could
5    adjust KD up.  They are compensating, okay, because
6    they are calibration -- KD is a calibration
7    parameter.
8            Q.    Sure.
9            A.    And that resulted in the exact same
10   retardation factor of 2.93, and it resulted in
11   identical to the decimal place concentrations that
12   we had published in the Chapter A report.
13           Q.    Okay.  And thank you for -- for
14   explaining that.  The -- if I'm understanding your
15   testimony correctly, it's not so much that the --
16   the difference of opinion about bulk density or the
17   error, as Dr. Spiliotopoulos has described it,
18   doesn't exist; it's that it's offsetting such that
19   it doesn't impact the retardation factor?
20           A.    That is correct.
21           Q.    Okay.
22           A.    Our retardation factor was consistent
23   -- it was identical to what it was in the published
24   report, okay, but it was also very consistent with
25   existing literature values as well for PCE in this

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 600 of 821

1  type of terrain.

2        Q.   Now, the retardation factors -- excuse

3  me, the bulk density and the KD value used for

4  Hadnot Point and Holcomb Boulevard model or

5  analysis is different than the one for the Tarawa

6  Terrace model, is that --

7        A.   I would like to just compare the two so

8  we're --

9        Q.   Sure.

10       A.   -- comparing apples to apples here.  So

11  let get me to Hadnot Point.  Okay.  There's -- I'm

12  looking at page A41 for the Hadnot Point report.

13  Ah, here you go.  So you asked about bulk density.

14       Q.   Yeah, the -- let's start with bulk

15  density.

16       A.   Well, yes, but, again, as I said, we

17  corrected the one that was in Chapter A once we

18  realized that was a wet bulk density.  The

19  corrected value came very close to 46,700 grams per

20  cubic foot.

21       Q.   Okay.

22       A.   Which is what we used in the Hadnot

23  Point.

24       Q.   But the values for the actual

25  calculation -- for the actual -- how you calculated

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 601 of 821

1    the retardation factor between Tarawa Terrace and
2    for Hadnot Point, can you direct me to the page
3    that you're looking?
4         A.   Okay.  I'm on page A41 of the Hadnot
5    Point/Holcomb Boulevard report.
6         Q.   Sure.
7         A.   And then also page A29 of the Tarawa
8    Terrace report.
9         Q.   Okay.  Okay.  Let's come back to that.
10        A.   Okay.
11        Q.   I'm going to mark what is, I think,
12   Exhibit 20 now.
13             (DFT. EXHIBIT 20, letter dated February
14   21, 2007 from Morris Maslia to Dr. Leonard F.
15   Konikow Bates-stamped
16   CL_PLG-Expert_Konikow_0000000006 through
17   0000000021, was marked for identification.)
18   BY MR. ANWAR:
19        Q.   Here you go.  This -- the first page of
20   Exhibit 20 is dated February 21, 2007, correct?
21        A.   Yes.
22        Q.   And it is a letter from you to
23   Dr. Leonard Konikow enclosing feedback to comments
24   that Dr. Konikow had raised about the Tarawa
25   Terrace analysis, correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 602 of 821

1        A.   Yes, he was a peer-reviewer, external

2   peer-reviewer --

3        Q.   Okay.

4        A.   -- on that particular chapter for

5   Tarawa Terrace.

6        Q.   Now, these -- these responses to

7   Dr. Konikow's concerns or what are identified as

8   major concerns were drafted by Bob Faye, correct?

9        A.   Yes.

10        Q.   Did you have a chance to review these

11   before they were sent out?

12        A.   I -- I reviewed it.  It's been a while

13   since I've seen these, but I did -- did review it.

14        Q.   Would you have discussed the responses

15   with Bob Faye before they were sent back to

16   Dr. Konikow?

17        A.   Not necessarily discussed it.  If I had

18   an issue with the response, I may have talked to

19   him.

20        Q.   Okay.

21        A.   And asked him, but I typically -- my

22   approach was not to micromanage the modelers,

23   right?  So since Bob Faye was the primary author on

24   Chapter F, I assume that's what this chapter is --

25   yes, then I would allow him to develop the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 603 of 821

1    responses.  And, of course, he was a subcontractor

2    to ATSDR through Eastern Research Group, so that's

3    -- that's who he would send the responses to and

4    they would provide me with a copy.

5           Q.    Okay.  So on -- let's call it the page

6    ending in Bates label 08.

7           A.    Okay.  Okay.

8           Q.    Actually, let's go to 09.

9           A.    Okay.

10          THE WITNESS:  Do you need a copy?  Do

11   you need a copy?

12          MR. DEAN:  I have one.

13          THE WITNESS:  Oh, okay.  Okay.

14   BY MR. ANWAR:

15          Q.    Number three, Dr. Konikow raised as a

16   major concern, "the reliability of the estimate of

17   the biodegradation rate constant based on the

18   assumption that concentration declines" -- excuse

19   me.  Let me read that again.

20          Number three of Dr. Konikow's major

21   concerns reads, "the reliability of the estimate of

22   the biodegradation rate constant based on the

23   assumption that concentration declines observed at

24   one location over a period of several -- several

25   years can be explained solely by biodegradation."

1   Did I read that correctly?

2          A.   Yes, you read that correctly.

3          Q.   Okay.  And it looks like Bob Faye's

4   response there was "the author never claimed that

5   the biodegradation rate computer using field data

6   was reliable or the sole reason for the observed

7   decline in PCE concentration."  Did I read that

8   correctly?

9          A.   Yes.

10         Q.   Okay.  Do -- do you agree with that

11  statement?

12         A.   That's Mr. Faye's opinion as the person

13  who did the -- the model in response to

14  Dr. Konikow's question or comment, but, you know,

15  what is generally being said is that some of these

16  transport parameters, like biodegradation rate,

17  that's very limited field -- field data, and so,

18  you know, there could be any possibilities for the

19  decline in the concentration.  And I think that's

20  what Dr. Konikow was raising as well.

21         Q.   And the next sentence says, "rather,

22  the computed rate was presented as an approximate

23  value useful to begin model calibration."  Did I

24  read that correctly?

25         A.   Yes.  And I would agree with that.

Golkow Technologies,
877-370-3377                  A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 605 of 821

1          Q.   So if you go on, the rest of it reads,
2     "well TT26 is located on a direct migration, slash,
3     advective pathway from the PCE source at ABC
4     One-Hour Cleaners."  Did I read that correctly?
5          A.   Yes.
6          Q.   Do you agree with that?
7          A.   Yes.
8          Q.   Okay.  And then it says, "to the extent
9     that migration of PCE mass towards and away from
10    supply well TT26 occurred at about equal rates
11    during 1985 to 1991, the computed degradation rate
12    of 0.00053 per day approximates a long-term average
13    degradation rate."  Did I read that correctly?
14         A.   Yes.
15         Q.   It goes on to say, "on the other hand,
16    if a significant quantity of the PCE degraded in
17    the vicinity of supply well TT26 was replaced by
18    advection, then the degradation rate computed using
19    equation three is probably a minimum rate,"
20    correct?
21         A.   Yes, that's what you read.
22         Q.   Okay.  And do you agree with that?
23         A.   I agree with that concept, yes.  He's
24    basically saying we had two data points at TT26 in
25    '85 and '91, and so that's what was used to compute

Golkow Technologies,
877-370-3377                 A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 606 of 821

Page 607

1       the initial -- to start model calibration.

2              Q.    And then it goes on to say, "the report

3       does not state or indicate that the decline in PCE

4       mass at supply well TT23 is due entirely to

5       biodegradation rate -- biodegradation.  Rather, the

6       report indicates that the computed first-order

7       degradation rate is an estimate used as a basis to

8       begin model calibration," correct?

9              A.    Yes.  It's important to understand that

10      the value that we ended up for the calibrated rate,

11      which is five times ten to the minus four per day,

12      0.0005, compares extremely favorably with the

13      values that Dr. Clement came up with in his model

14      for his paper.

15             Q.    That who came up with?

16             A.    Dr. Clement.

17             Q.    Okay.  And you're talking about the

18      Dover Air Force Base model?

19             A.    Yes, yes, very similar lithology.  We

20      did have a gravel zone in there, but, again, he

21      came up with -- I think it was somewhere around one

22      to four times ten to the minus four.  I would have

23      to look at the paper and see.

24             Q.    That's okay.

25             A.    But that's, you know...

877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 607 of 821

1    Q.   I wanted to turn your attention to the

2    Bates page ending now in 15.

3    A.   Yeah, could I just make sure I gave you

4    the right numbers?

5    Q.   Sure.

6    A.   Here we go.  Okay.  Here you go.  The

7    estimated -- the field estimated apparent reaction

8    rates range from 3.5 to seven times ten to the

9    minus four per day for PCE, and we're smack dab in

10   the middle with five times ten to the minus four.

11   Q.   Let's turn to the page ending in 15.

12   A.   Okay.

13   Q.   There is a comment about -- towards the

14   bottom of -- about mass loading.  Starting page 59,

15   it says, "mass loading, disagree, see my comments

16   under major concerns item five.  The reviewer seems

17   to assign a high degree of accuracy and credibility

18   to the PCE mass computation that is unwarranted."

19   Did I read that correctly?

20   A.   Yes.

21   Q.   And then it says, "as explained

22   previously, the computation of PCE mass was highly

23   interpretive and somewhat subjective process

24   frequently based on questionable data."  Did I read

25   that correctly?

Golkow Technologies,
877-370-3377               A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 608 of 821

1          A.    Yes.

2          Q.    Do you agree with that?

3          A.    Not necessarily.  We had data from ABC

4    Dry Cleaners, PCE data, and we used a technique

5    that was published in Groundwater journal that's

6    documented in the Chapter E and the Chapter F -- F

7    report in -- the key fact takeaway, and I mentioned

8    this in -- I believe it was my expert report, is

9    that the mass computed using the field data and the

10   mass determined from the MT3DMS model were the same

11   order of magnitude, which gave us -- it's almost

12   another calibration check, okay?

13         Q.    The comment goes on to say, "field data

14   applied to the PCE mass computation were limited

15   both spatially and vertically," right?

16         A.    Right.

17         Q.    And that's a true statement, right?

18         A.    That is.  They were limited, but they

19   were still field data available.

20         Q.    And then, "the computation was

21   accomplished regardless of data limitations to

22   provide an estimate of a minimum mass loading rate

23   to begin model calibration."  Did I read that

24   correctly?

25         A.    Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 609 of 821

1        Q.   Okay.  Now, for the Tarawa Terrace
2   model, ATSDR assumed mass loading on January 1,
3   1953, correct?
4        A.   That is correct.
5        Q.   And I think, was it -- without pulling
6   up the report, was it 1300 -- or no, 1200?
7        A.   That was the calibrated value, is 1200.
8   We started at 200.  And again, that is a
9   calibration parameter that you're free to adjust
10  during the model calibration process.  We're
11  adjusting, you know, conductivity.  You're
12  adjusting reaction rate.  You're adjusting a number
13  of parameters.  And so it was adjusted and the best
14  fit value came up to, I believe, 1200 grams per
15  day.
16       Q.   Okay.  And I understand that DOJ's
17  expert has offered a -- well, let me -- let me ask
18  you this:  You reviewed Dr. Spiliotopoulos's
19  report, correct?
20       A.   Yes.
21       Q.   Okay.  And you saw that his opinion
22  that the -- the later start date for ABC Cleaners,
23  correct?
24       A.   Right, correct.
25       Q.   Of July 1954, correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 610 of 821

1          A.    That is correct.
2          Q.    Okay.  And in the ATSDR Tarawa Terrace
3    model, the start date was assumed to be January 1,
4    1953, correct?
5          A.    That is correct.
6          Q.    And on day one, the calibrated mass
7    loading rate is 1200 micrograms per liter, correct?
8          A.    No, grams per day.
9          Q.    Per day.  I'm sorry.
10         A.    Yeah, grams.  The way it was input to
11   the model as a source loading rate, so it would be
12   grams per day.
13         Q.    Thank you for that.  It was assumed to
14   be a constant 1200 micrograms per day, correct?
15         A.    The calibrated value.
16         Q.    For Tarawa Terrace?
17         A.    Yes.
18         Q.    Okay.  In the real world, if
19   contaminants on the surface were to start leaking,
20   would they immediately reach the aquifer?
21         A.    They would within, in this case,
22   probably a couple of years.
23         Q.    So in -- in -- for Tarawa Terrace it's
24   your opinion that whenever ABC Cleaners released
25   PCE into the -- onto the ground, it would have

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 611 of 821

1    taken a couple of years for it to reach the
2    aquifer?
3         A.   To reach any of the supply wells
4    pumping.  In other words, it would have gone
5    vertically horizontal and, of course, the -- say
6    TT26 is pumping, is putting tremendous gradient,
7    vertical gradient, down right near to the well, so
8    it would have fallen horizontal and then vertically
9    down into the well -- a well casing or a well
10   screen and been pulled -- pulled up.  And the
11   assumption was, again, the engineering assumption,
12   that it started on January 1st, 1953 when ABC
13   Cleaners started operations.
14        Q.   Okay.  So you assumed the constant --
15   the calibrated constant mass loading rate on day
16   one, but you agree in the real world it may have
17   taken a couple of years for contaminants from ABC
18   Cleaner to actually get to the supply wells,
19   correct?
20        A.   It may have, but we did not do -- you
21   would have to do an unsaturated zone modeling or
22   analysis to actually quantify that.
23        Q.   Why did you-all decide to assume a
24   constant mass loading rate on day one?
25        A.   Because if we did not assume a constant

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 612 of 821

1   value, that would be, to me, indicative that we
2   must have had some additional data to say that, you
3   know, it was a certain rate this day, a different
4   rate in another day, and so on.  So we did not have
5   that information, so in keeping with accepted model
6   calibration practice, we assumed the constant rate
7   that we computed -- we computed initial, which was
8   a minimum value, and then through the calibration
9   process increased it using calibration to check
10  results for the available contaminant concentration
11  data at the wells.
12              (DFT. EXHIBIT 21, e-mail correspondence
13  Bates-stamped CLJA_Watermodeling_05-0000021184
14  through 0000021188, was marked for identification.)
15  BY MR. ANWAR:
16          Q.  I'm handing you what I'm marking as
17  Exhibit 21.
18          A.  Okay.
19          Q.  I hope that's right, 21.  We were just
20  talking about mass loading with respect to Tarawa
21  Terrace.  I would like to shift gears to -- to sort
22  of mass loading with respect to Hadnot
23  Point/Holcomb Boulevard.
24          A.  Okay.
25          Q.  And this is an e-mail from Barbara

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 613 of 821

1    Anderson to you dated -- the first e-mail -- well,
2    I guess the chain, both of them, are dated
3    September 26th, 2011, correct?
4              A.   It's September 26, 2011, yes.
5              Q.   Okay.  And this e-mail is discussing
6    mass loading of benzene, correct, or, I guess,
7    LNAPL, light non-aqueous phase liquid?
8              A.   I believe this is discussing the LNAPL
9    that's dissolved because -- it says LNAPL on it, so
10   I'll leave it at that right now.
11             Q.   The third paragraph states, "the first
12   scenario is a simple step function.  The second
13   scenario incorporates some information we have
14   about the Hadnot Point fuel farm area and
15   conceptualizes the source strength LNAPL area as
16   increasing over time.  In reality, the LNAPL
17   footprint grew and spread as the UST system leaks
18   and releases progressed.  At some point in time the
19   LNAPL footprint grew to be the size that -- that GT
20   calculated from the free product data, 1988 to
21   1999, but it was not that size from the beginning
22   start date.  This is shown in scenario two."
23             Did I read that correctly?
24             A.   Yes.
25             Q.   And do you agree with Barbara Anderson

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 614 of 821

1    that in reality the LNAPL footprint grew and spread
2    as the underground storage tank system leaks and
3    releases progressed?
4         A.   Conceptually, yes, I would agree with
5    that.
6         Q.   And scenario two shows a -- the leaks
7    and releases progressing over time, correct?
8         A.   That is correct.
9         Q.   Whereas, the scenario one is a step
10   function that shows immediate mass loading or
11   release right away, correct?
12        A.   That is correct.
13        Q.   And for the Hadnot Point/Holcomb
14   Boulevard model as it relates to LNAPL, ATSDR used
15   scenario one, correct?
16        A.   I would have to go back and read -- the
17   LNAPL was rather complicated because we had the
18   folks at the multi-environmental simulations lab at
19   Georgia Tech looking at the volume and then the
20   movement within the saturated zone to the water
21   table.  And then we had the other people, like
22   Barbara and Mr. Elliott Jones, who did the fate and
23   transport part, looking at it moving the water
24   table.
25             So I would have to go back and -- and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 615 of 821

1   look at how each one characterized the mass loading

2   rate or the source -- source rate and -- but I know

3   Barbara was our data analyst, and I think the task

4   here was to look at two different

5   conceptualizations for how mass loading at the

6   Hadnot Point industrial area and fuel farm could

7   have occurred.

8           Q.    Okay.  And scenario two is more

9   realistic, right, in the real world?

10              MR. DEAN:  Object to the form.

11              THE WITNESS:  Again, that's -- I think

12  that's an data analysis engineering call as to what

13  it could be.

14  BY MR. ANWAR:

15          Q.    Okay.

16          A.    You know, where it's almost -- you'd

17  have to run a sensitivity analyses on here and see

18  which one provided you closer agreement.

19          Q.    Okay.  As you, Mr. Maslia, sit here

20  today, are you planning to amend or supplement your

21  expert report in the case?

22          A.    Well, we mentioned about the geometric

23  bias.  I don't know if that amends my report or --

24  and we included that extra paper reference --

25          Q.    Okay.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 616 of 821

1        A.   -- from Clement, so that definitely, I
2   think, should be in there.  And, you know, I don't
3   have any intentions of any major changes based on
4   additional modeling that I'm -- I'm doing.  I'm not
5   planning on doing any.
6        Q.   When you say no intent on major
7   changes --
8        A.   Right.
9        Q.   -- are you planning to -- and when I
10  say supplemental disclosure, are you planning to
11  provide, like, another written document with
12  additional or updated opinions --
13            MR. DEAN:  So --
14  BY MR. ANWAR:
15       Q.   -- major or minor?
16            MR. DEAN:  Let me -- let me take over
17  here and answer for the witness, if it's okay.  And
18  that is, as you know, DOJ recently belatedly
19  produced a bunch of photos from Dr. Hennet without
20  any sort of a disclosure of what it is.  So we
21  can't respond to our experts until we sort of know
22  some explanation as to what that is.  So that could
23  potentially, depending on Mr. Hennet's deposition,
24  trigger something from him, but he nor any of our
25  experts at this time can answer your question about

Golkow Technologies,
877-370-3377                     A Veritext Division                     www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 617 of 821

1    additional thoughts or opinions or whatever.  And,

2    of course, there's been some correspondence about

3    this.  Mr. Bain has sent a letter and we've

4    responded.  So we just -- he's reserving that right

5    as to that stuff.

6              MR. ANWAR:  Okay.  Well, we will wait

7    to see -- we'll wait to receive the documents

8    related to the geometric bias and we will reserve

9    our right to keep the deposition open or to reopen

10   it.  And I think I only have a few minutes left, so

11   thank you for your time.  I'll reserve those final

12   minutes.  Thank you for your time today.

13             THE WITNESS:  Okay.  Thank you.

14             MR. DEAN:  Okay.  Let's go off the

15   record, if it's okay, for maybe about ten minutes.

16   Take a break.  Let me get my thoughts together.

17   I've got some questions.  They won't be long, but

18   I've got a few questions.

19             THE VIDEOGRAPHER:  Okay.  Going off

20   record.  The time is 5:56.

21             (A recess transpired.)

22             THE VIDEOGRAPHER:  Okay.  We are going

23   back on record.  The time is 6:15 p.m.

24                    EXAMINATION

25   BY MR. DEAN:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 618 of 821

1        Q.   All right.  Mr. Maslia, I just have a
2    few questions, so I don't think we'll be long,
3    okay?
4        A.   Okay.
5        Q.   Oh, there we go.  So earlier you were
6    shown Exhibit 9, which is the Chapter A Tarawa
7    Terrace report, and I want to ask you if you can
8    look at your version and turn to page -- I believe
9    it's A -- excuse me.  You were shown Chapter C.
10       A.   Hadnot Point?
11       Q.   Hadnot Point, page C98.  So it looks
12   like it's Chapter C.
13       A.   Yeah, I'm trying to find...
14       Q.   Can you tell me what that exhibit
15   number was?
16            MS. SILVERSTEIN:  17.
17            THE WITNESS:  I've got Exhibit 17.
18   BY MR. DEAN:
19       Q.   Okay.  So take a look at Exhibit 17;
20   put it in front of you.
21            MR. ANWAR:  What page are you on?
22            MR. DEAN:  Page C98.
23            THE WITNESS:  Okay.  C98.  Okay.  I'm
24   at C98.
25   BY MR. DEAN:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 619 of 821

1          Q.   Do you remember Mr. Anwar asking you
2     quite a few questions about the sampling for
3     benzene at Hadnot -- or HP602?
4          A.   Yes, I do.
5          Q.   Okay.  And y'all went over -- spent
6     quite a while on reviewing those different sampling
7     results.  Do you remember that?
8          A.   Yes.
9          Q.   Now, can I have exhibit number --
10              MR. DEAN:  Do we just want to continue
11     the same number sequence?
12              MR. ANWAR:  Whatever you want, yes.
13              (DFT. EXHIBIT 22, Appendix A5
14     Bates-stamped CLJA_Watermodeling_010000942748
15     through 0000942750, was marked for identification.)
16     BY MR. DEAN:
17          Q.   I'm just going to use this just to
18     shortcut it.  I believe it's the end of -- this is
19     Appendix I-5, Exhibit 22.
20          A.   Okay.  That's from the Chapter A report
21     for Hadnot Point/Holcomb Boulevard.
22          Q.   Correct.  Now, you -- you were also
23     asked some questions about the same time -- y'all
24     were having a discussion about when the well was on
25     and when was well was off.  Do you remember that?

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 620 of 821

1          A.    Yes.

2          Q.    Okay.  Can you explain to me as it

3   concerns those sampling that was done post-turning

4   off of the well, what the significance would be for

5   those test results as it concerns the existence of

6   the continuing contamination?

7               MR. DEAN:  Object to the form.

8               THE WITNESS:  Well, what these plots

9   show, show early time, '51, the contamination in

10  '68, the wells are pumping.  November '84, the

11  wells are pumping and shut off.  And then it shows

12  the plume -- this is the benzene plume, I believe,

13  yes, benzene.  It still shows it migrating under

14  the hydraulic gradient, which is heading east to

15  northwest, okay?

16         Q.    Okay.  And what is the significance of

17  that with regard to the validity of any of the

18  either calibration or contaminant testing

19  concentrations after the well was shut off?

20              MR. DEAN:  Object to the form.

21              THE WITNESS:  What that indicates to

22  me, and I think we had this discussion, is even

23  though the tables that we have based on information

24  provided by the Marine Corps for the Navy shows a

25  well shut off, if you're still observing benzene

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 621 of 821

1   concentrations in the water treatment plant, there

2   had to be some wells pumping, okay?  Maybe not

3   continuously, but the plume is still moving past

4   the well.  I'm looking at well -- well 602 there,

5   and even in 2008 there's still a plume over there.

6   So if that well was ever turned on again, even

7   though it says out of service, you would -- it

8   would -- you would get benzene.

9        Q.   Sorry.

10       A.   This is similar to what we observed at

11  Tarawa Terrace with TT26, and even though they shut

12  down TT26, the plume kept moving.

13       Q.   Okay.  And were samples taken for

14  concentrations in the area of the wells after those

15  wells were shut down?

16       A.   Were they?

17       Q.   Yes.

18       A.   I would have to look and see on the

19  Chapter C report.

20       Q.   Now, the Prabhakar Clement article that

21  was previously -- I believe it was marked as an

22  exhibit, the 2000 paper.

23       A.   Yes, that one.

24       Q.   Okay.  Exhibit 1.

25       A.   Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 622 of 821

1    Q.   When did you locate that paper?

2    A.   I would say within the last six months.

3    Q.   When you were giving your 2010

4  deposition and responding to a question from the

5  plaintiff's lawyer in that case -- well, strike

6  that.

7         Before I go there, who was defending

8  you during that 2010 deposition?

9    A.   Mr. Adam Bain from the Department of

10  Justice.

11   Q.   Okay.  And did you meet with him and

12  prepare for that deposition in -- in -- either by

13  phone or in person?

14   A.   I met with him in the afternoon along

15  with attorneys for CDC's Office of General Counsel

16  on the 29th, the day before, for a few hours in the

17  afternoon.

18   Q.   Okay.

19   A.   And since I had never been deposed

20  before, he went over the ground rules and --

21   Q.   And during that meeting or any other

22  conversations y'all had, did Mr. Bain ever question

23  the validity of your work at -- for which you were

24  about to testify to?

25   A.   No, he did not.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 623 of 821

1      Q.   Now, you -- he asked -- excuse me, not
2   he.  The plaintiff's lawyer in that case asked a
3   question to which you responded something -- I'm
4   using the word mob, do you remember that?
5      A.   Yes.
6      Q.   Referring to the work or some of the
7   work that was done here.  Were you aware at -- in
8   2010, or had you seen Dr. Clement's paper at that
9   time?
10     A.   I had not seen this particular journal
11  article.
12     Q.   All right.  I'm going to show you
13  Exhibit 23.
14          (DFT. EXHIBIT 23, Author's reply by T.
15  Prabhakar Clement from Ground Water,
16  January-February 2012 Bates-stamped
17  CLJA_Watermodeling_010000092109 through 0000092111,
18  was marked for identification.)
19          MR. ANWAR:  And I'm just going to note
20  for the record that conversations that took place
21  when you were an employee of ATSDR and the
22  Department of Justice are privileged.
23          THE WITNESS:  Okay.
24          MR. DEAN:  And I'm not sure I agree,
25  but I don't think it matters, just for the record.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 624 of 821

1    You know what, I don't think I have an extra copy
2    of this.  I'll show it to you.  I don't have an
3    extra copy of it.
4                    MR. ANWAR:  I have a copy.
5                    MR. DEAN:  It's the response to...
6    BY MR. DEAN:
7        Q.    So I'm going to show you Exhibit No.
8    23.  And can you tell me what that document is?
9        A.    This looks like Dr. Clement's response
10   to our editorial review or editorial comment on his
11   2010 paper about hindcasting.
12       Q.    And can you read the first -- let me
13   see.  I think it's just the first full sentence.
14       A.    I believe I've got a copy if you want
15   me to just use my copy and then...
16       Q.    Yes, it's -- it's actually the first
17   full sentence.  It's a rather long sentence, but...
18       A.    Yeah, I got --
19       Q.    You can just use this one.
20       A.    Oh, okay.  Okay.  Okay.
21       Q.    Can you read into the record --
22       A.    The first full sentence?
23       Q.    Yes, sir.  Now, let's give it a little
24   context.  What is Dr. Clement responding to?
25       A.    Dr. Clement published an article in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 625 of 821

1    Groundwater, in the same journal, I believe it was
2    in 2010, about basically hindcasting, historical
3    reconstruction to us, when is enough enough, and
4    used the Camp Lejeune project as a case study or an
5    example.
6             Q.    Okay.  And who is Dr. Clement as it
7    concerns his relationship with any of the Camp
8    Lejeune work?  What -- what role, if any, did he
9    play at any point in time with regard to Camp
10   Lejeune work?
11            A.    Dr. Clement was the hydrogeologist and
12   modeler expert on the National Research Council
13   that assessed ATSDR's Camp Lejeune work.
14            Q.    So when people refer to the 2009 NRC
15   report, he was the water modeler that was -- served
16   as one of those panel members?
17            A.    He was the only water modeler.
18            Q.    Okay.  So later on he must have written
19   an article in 2010 about additional information
20   about Camp Lejeune?
21            A.    Yes.
22            Q.    Okay.  And can you read into the record
23   what he said in his response to ATSDR's response?
24            A.    Okay.  In the response to our
25   editorial.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 626 of 821

1        Q.    Yes.

2        A.    Okay.  "The goal of my article was not

3   to review the Camp Lejeune, in parentheses, CLJ,

4   modeling studies."  Do you want me to continue?

5        Q.    You can -- you can read the next line.

6        A.    Okay.  "Rather it was to use the CLJ

7   problem as an example to highlight issues related

8   to model complexities and to speak -- and to spark

9   an open debate on when, where, and why we should

10  limit model complexity."

11       Q.    Okay.  Now, you spent a lot of time,

12  both you and Mr. Anwar, using a word,

13  "uncertainty?"

14       A.    Yes.

15       Q.    Okay.  And of course, lawyers and the

16  general public may use the word "uncertainty"

17  differently than water modelers; is that correct?

18       A.    Yes.

19       Q.    So what -- when you were referring --

20  using the word with -- uncertainty in responding to

21  questions that used the word "uncertainty", can you

22  explain to the Court and jury what is an

23  uncertainty -- what is uncertainty definition or an

24  uncertainty analysis as you're using it in this

25  deposition?

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 627 of 821

1          A.    I'm using it in this deposition and the

2     modeling analyses.

3          Q.    Is uncertainty unusual in water

4     modeling work?

5          A.    Not at all.

6          Q.    And explain that to the Court, sir.

7          A.    Again, that -- that was -- I'll say

8     that was one of our primary concerns and

9     disagreement with the NRC report because it -- it

10    described the uncertainty about data about

11    modeling.  We never disagreed that there was

12    uncertainty.  An example being you have a sample

13    measurement and, you know, you can have a lower

14    value or a higher value.  And so the uncertainty

15    would be that range in there in terms of numerical

16    analysis, like Monte Carlo gives you upper band, a

17    mean, and a lower band.  And so that band is the

18    uncertainty or the confidence, okay?  So when we're

19    talking about uncertainty, we're also talking about

20    the confidence that we have in the results.

21          Q.    Okay.  And you expect to see the word

22    "uncertainty" in any -- everyday garden variety of

23    water modeling project?

24                MR. DEAN:  Object to form.

25                THE WITNESS:  They should.  If you look

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 628 of 821

1   at some of the earlier modeling procedures or
2   protocols of models -- when I say earlier, prior to
3   1980, prior to 19 -- you might see sensitivity
4   analysis and that's part of uncertainty analysis,
5   but good modeling practice would include both
6   sensitivity analysis and an uncertainty analysis.
7   BY MR. DEAN:
8           Q.   All right.  Let's go to one other area
9   real quick.  I don't know the exhibit number.  It's
10  the e-mail related to the disclaimer.
11          A.   Oh, okay.  Here, 11.
12          Q.   Okay.
13               MS. SILVERSTEIN:  The e-mail is
14  Exhibit 13.
15               THE WITNESS:  Here you go.  13.
16  BY MR. DEAN:
17          Q.   13, yes.
18          A.   The exhibit is 12.
19          Q.   Yeah, the disclaimer.  So with regard
20  to Exhibits 12 and 13 having to do with this issue
21  that arose, it appears, in May of 2007, do you
22  remember having a conversation of questions back
23  and forth with Mr. Anwar?
24          A.   Yes, I do.
25          Q.   Okay.  And -- but I didn't hear him

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 629 of 821

1    ask, nor did I -- or maybe I missed it, but did you
2    -- did someone reach out to you and complain or did
3    some -- something come to you from another
4    department or agency upset about what was being
5    posted on the website that generated the need for a
6    disclaimer on the website?
7              MR. DEAN:  Object to form.
8              THE WITNESS:  I recall that it was
9    conveyed to me in the source sent to me, the
10   Department of Navy, where or who -- I'm not sure,
11   it could have been a representative at Camp Lejeune
12   that -- my point of contact, but the message was
13   that the Navy was upset about anyone being able to
14   access values on the ATSDR website.
15        Q.   And calculate for their own benefit
16   specific numbers?
17        A.   Yes, yes, yes.
18        Q.   Okay.  So up until the time, based on
19   your information from a source that it's the Navy
20   that made this complaint, there was not any
21   consideration for the need for a waiver; is that
22   fair?
23              MR. DEAN:  Object to form.
24              THE WITNESS:  We -- we did not have
25   that in our protocol so to speak --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 630 of 821

1    BY MR. DEAN:

2           Q.    Sure.

3           A.    -- that we needed to put up a

4    disclaimer.

5           Q.    It still today doesn't show up in the

6    written published reports, bound, produced reports,

7    other than on the website?

8           A.    No, no, it does not appear in the

9    reports.

10          Q.    And when you were communicating with

11   the lawyer about a form of a disclaimer,

12   Ms. Deborah Tress in May 2007, do you know whether

13   or not she was communicating with Adam Bain and the

14   Department of Justice at the same time with regard

15   to this disclaimer?

16               MR. DEAN:  Object to form.

17               THE WITNESS:  I do not know.  We were

18   just told --

19   BY MR. DEAN:

20          Q.    And for the record, Ms. Deborah,

21   Debbie, Tress, she's a lawyer, in-house lawyer,

22   employed by the federal government working for the

23   ATSDR CDC in-house counsel?

24          A.    At the time of that e-mail, she was the

25   CDC in the CC Office of the General Counsel and we

Golkow Technologies,
877-370-3377                 A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 631 of 821

1    were told she would be the one handling any Camp

2    Lejeune-type issues.

3         Q.    Okay.

4         A.    From a legal standpoint.

5         Q.    So late this afternoon, probably in the

6    last hour or so, you answered some questions with

7    regard to timing of contaminants to Tarawa Terrace

8    TT26.  Do you remember that?

9         A.    Yes.

10        Q.    And I believe it is Alex

11   Spiliotopoulos's report where he has some

12   suggestions and a graph where he has the

13   contaminants going -- instead of going through the

14   water column, dropping into the ground -- are you

15   familiar with what I'm referring to?

16        A.    Yes, I am.

17        Q.    Okay.  How is the most reasonable way

18   in which you expect contaminants that get into the

19   water column -- are they going to continue in the

20   water table or are they going to drop in the

21   ground, is my first question?

22        A.    Well, they're going to go along a

23   pathway, a horizontal pathway.  And as I put in my

24   rebuttal report and Dr. Konikow explained, they'll

25   -- they'll go horizontally almost until they reach

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 632 of 821

1    the well, and that's because you've got a cone of
2    depression around the well as the well is pumping,
3    and then go very rapidly vertically into the --
4    into the well.
5           Q.    And scientifically, why does -- why --
6    why is that?  Why does that occur, in your opinion?
7           A.    Because the groundwater is -- velocity
8    is flowing with the gradient.  So the gradient is
9    decreasing or the water level is decreasing as you
10   approach the well.
11          Q.    Okay.  And is the contaminants -- is
12   the -- traveling in the water table versus reaching
13   the well itself, is one faster than the other?
14          A.    Yes, the -- the last, let's call it,
15   the few -- few feet or where the cone of depression
16   of the well is going to much more rapidly pull in
17   any contaminants, and the time is going to be much
18   more shortened because of the high velocities at
19   the well and within the cone of depression.
20          Q.    I'm sorry.  My dog is -- they can't
21   find my -- my wife can't find my dog, so I told her
22   where he was at.
23                Okay.  Let's give this back.
24          A.    Okay.
25          Q.    Between the time -- when did you --

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 633 of 821

1    remind me when you retired?

2         A.    December 31st, 2017.

3         Q.    Okay.  When you retired on January the

4    -- January of 2018 until the unfortunate time when

5    I gave you a call in '22, did you do any work on

6    Camp Lejeune during that time frame?

7         A.    No, I did not.

8         Q.    Okay.

9         A.    Nor did I speak to anyone.

10        Q.    Okay.  Let me ask a -- the timing

11   question, let me ask one last different way.  For

12   purposes of the timing of contaminants to reach the

13   aquifer, is that different from the time for it to

14   reach the water table?

15        A.    Well, conceptually, the aquifer in

16   Tarawa Terrace that we modeled starts at the water

17   table, okay?  And we didn't look at -- we didn't on

18   MODFLOW, MT3DMS, did not look above the water

19   table.  It was maybe about 10 feet, 15 feet of

20   saturated zone.  And so we looked at everything --

21   all our models assume it's at the water table, and

22   that the timed travel through the unsaturated zone,

23   so typically down vertically, would be minimal.

24             MR. DEAN:  All right.  I believe that's

25   all the questions I have.  Thank you.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 634 of 821

1           MR. ANWAR:  I just have a couple of

2      follow-up questions in my --

3           THE WITNESS:  Sure.

4           MR. ANWAR:  -- few remaining minutes.

5                    EXAMINATION

6      BY MR. ANWAR:

7           Q.   Mr. Dean showed you, I think, what was

8      marked as Exhibit 22.

9           A.   Yes.

10          Q.   If you would like to take a look.  My

11     only question about this is Exhibit 22 is the

12     depiction of plumes at Hadnot Point -- the

13     contaminant plume at Hadnot Point, correct?

14          A.   Yes, yes, yes.  It's the -- you're

15     talking about benzene?

16          Q.   For the benzene plume, correct?

17          A.   Yes, yes.  Let's see, what -- what page

18     you're on?

19          Q.   It's A146.

20          A.   A146.  Okay.  Okay.  I'm there.

21          Q.   My only question about it is that what

22     we're seeing here is a visual depiction of the

23     reconstructed plume based on the model, right?

24          A.   That is correct.

25          Q.   Okay.  I'm going to mark one exhibit.

1              (DFT. EXHIBIT 24, e-mail correspondence

2    Bates-stamped CLJA_ATSDR_BOVE-0000108607 and

3    0000108608, was marked for identification.)

4    BY MR. ANWAR:

5         Q.   I'll hand it to you, Exhibit 23.  24.

6    I'm sorry.  Let me fix that.  I can't count.  I

7    will represent to you this is an e-mail exchange

8    that starts between you and Dr. Clement and then

9    that you forward on to the ATSDR team in February

10   of 2008.  Would you agree with that?

11        A.   Yes.

12        Q.   Okay.  And in the -- the e-mail

13   exchange -- the e-mail from Clement, Dr. Clement,

14   to you at the bottom of the chain, he's offering

15   some -- some -- his sort of feedback and some

16   compliments about the work that you-all did with

17   respect to the Tarawa Terrace analysis, correct?

18        A.    It does not specifically say Tarawa

19   Terrace.  However, given the date of that, it would

20   have been Tarawa Terrace because we would not have

21   probably even started on Hadnot Point.

22        Q.   Sure.  And the subject says sensitivity

23   analysis on well --

24        A.   Oh, okay.  Okay.

25        Q.   -- TT26, right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 636 of 821

1          A.    Okay.  Yes.

2          Q.    Okay.  And he says, "yesterday I read

3    most of your report and I found them to be very

4    thoughtfully organized.  It is a complex problem,

5    but you guys did the best possible job a modeler

6    can.  They are lucky to have you guys as a modeling

7    team.  Thanks for your support."  Did I read that

8    right?

9          A.    Yes.

10         Q.    Okay.  And then you forward it to your

11   team and you say, "look at the second paragraph

12   from Dr. Clement, a member of the National Research

13   Council committee on contamination of drinking

14   water at Camp Lejeune.  It's nice to get words of

15   praise from unbiased and technically competent

16   colleagues about our abilities and work."  Did I

17   read that correctly?

18         A.    Yes.

19         Q.    Okay.  And I understand that

20   subsequently the NRC report was published, correct,

21   in 2009?

22         A.    That's correct, that's correct.

23         Q.    And after the NRC report, Dr. Clement

24   published his -- his article on hindcasting, and

25   then you-all -- you and Dr. Aral and the ATSDR team

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 637 of 821

1    had a response, and then he published sort of a
2    response to your response, correct?
3           A.    Right, that's correct.
4           Q.    Okay.
5           A.    That's typically what's done in the
6    journal article type.
7           Q.    Sure.  Do you -- in your view, as you
8    sit here today, is Dr. Clement still an unbiased
9    and technically competent colleague?
10                MR. DEAN:  Object to the form.
11                THE WITNESS:  Yes, I never -- I never
12    said he was biased.  We always said it was the NRC
13    report, the final -- the final report.  Again, I
14    think we discussed this in my previous deposition,
15    that that is what really caught the entire team by
16    surprise because we were providing information and
17    data to Dr. Clement.  I think we also provided it
18    to Dr. Knuckles and some other people.
19           Q.    Sure.
20           A.    And the feedback was this is, you know,
21    great -- great stuff, great job and all of that.
22    And the report -- and especially the -- I guess,
23    what is it, the public summary or whatever, really
24    just took a 180-degree opposite turn.
25           Q.    Okay.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 638 of 821

1          A.    Okay.

2                MR. ANWAR:    Those are all the questions

3    I have.    Thank you.

4                           EXAMINATION

5    BY MR. DEAN:

6          Q.    Mr. Maslia, he's -- I'm just focusing

7    on Exhibit 24, and Mr. Anwar is pointing out the --

8    your use of the word "unbiased" --

9          A.    Right.

10         Q.    -- with respect to the reference to

11   Dr. Clement on February 21st, 2008.  Do you see

12   that?

13         A.    Yes, I do.

14         Q.    At the time that e-mail was sent and

15   words that you're issuing, the NRC report had not

16   been issued yet, right?

17         A.    Yes, you're correct.

18         Q.    And it had not been issued until July

19   -- I think it's July 2009.

20         A.    June 2009.

21         Q.    June 2009.  Have you now read Susan

22   Martel's deposition and all of the exhibits that

23   are attached to it?

24         A.    Yes.

25         Q.    And do you have an opinion as to

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 639 of 821

1    whether or not the NRC was, in fact, biased or
2    unbiased in the issuance of that final report?
3            A.    The NRC report, I believe, contained
4    numerous -- numerous -- it contained -- it
5    contained mistakes, mischaracterizations, and it
6    appeared to us to be -- and I'm talking about the
7    project team, including the epidemiologists and
8    whatever toxicologist, that it was a biased report.
9                MR. DEAN:  Thank you.  I have no
10   further questions.
11               MR. ANWAR:  Nothing from me.  Thank
12   you.
13               THE WITNESS:  Thank you.
14               THE VIDEOGRAPHER:  Okay.  Then we're
15   going off record the time is 6:49 p.m.  This
16   concludes today's deposition.
17               (The witness, after having been advised
18   of his right to read and sign this transcript, does
19   not waive that right.)
20
21
22
23
24
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 640 of 821

1              CERTIFICATE OF REPORTER

2

3              I, Lauren A. Balogh, Registered

4     Professional Reporter and Notary Public for the

5     State of South Carolina at Large, do hereby certify

6     that the foregoing transcript is a true, accurate,

7     and complete record.

8              I further certify that I am neither

9     related to nor counsel for any party to the cause

10    pending or interested in the events thereof.

11             Witness my hand, I have hereunto

12    affixed my official seal this 18th day of March,

13    2025 at Myrtle Beach, Horry County, South Carolina.

14

15

16

17

18

19

20

21    

22    _____

       Lauren A. Balogh

23     My Commission expires

       March 19, 2030

24

25

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 641 of 821

1                    I N D E X

2

3                                        Page        Line

4    MORRIS MASLIA                        5           3

5    EXAMINATION                          5           5

6    BY MR. ANWAR:

7    EXAMINATION                          293         24

8    BY MR. DEAN:

9    EXAMINATION                          310         5

10   BY MR. ANWAR:

11   EXAMINATION                          314         4

12   BY MR. DEAN:

13   CERTIFICATE OF REPORTER              316         1

14

15

16                  E X H I B I T S

17

18

19                                        Page        Line

20   DFT. EXHIBIT 1, article from         16          12

21   Journal of Contaminant

22   Hydrology entitled "Natural

23   Attenuation of Chlorinated

24   Ethene Compounds: Model

25   Development and Field-scale

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 642 of 821

1   Application at the Dover

2   Site",

3   DFT. EXHIBIT 2, deposition of    29      6

4   Morris L. Maslia dated June

5   30, 2010 Bates-stamped

6   CLJA_Healtheffects-00000494487

7   through 0000049712

8   DFT. EXHIBIT 3, deposition of    32     17

9   Morris Maslia dated September

10   26, 2024

11   DFT. EXHIBIT 4,              34      3

12   Acknowledgement of deponent

13   and errata sheets

14   DFT. EXHIBIT 5, Expert Report    35      1

15   of Morris L. Maslia, P.E.,

16   D.WRE, DEE, Fellow EWRI

17   DFT. EXHIBIT 6, Rebuttal       36      7

18   Response to Reports of

19   Alexandros Spiliotopoulos,

20   Remy, J.-C. Hennet & Jay

21   Brigham

22   DFT. EXHIBIT 7, M.L. Maslia     49     17

23   Consulting Engineer invoices

24   Bates-stamped

25   CL_PLG-Expert_Maslia_

1    0000000609 through 0000000680

2    DFT. EXHIBIT 8, Federal            70        3

3    employee profile for Morris L.

4    Maslia

5    DFT. EXHIBIT 9, Analyses of       107        8

6    Groundwater Flow, Contaminant

7    Fate and Transport, and

8    Distribution of Drinking Water

9    at Tarawa Terrace and

10   Vicinity, U.S. Marine Corps

11   Base Camp Lejeune, North

12   Carolina: Historical

13   Reconstruction and Present-Day

14   Conditions, Chapter A, Summary

15   of Findings, Bates-stamped

16   CLJA_Healtheffects-0000221172

17   through 0000221287,

18   DFT. EXHIBIT 10, Analyses and     107       17

19   Historical Reconstruction of

20   Groundwater Flow, Contaminant

21   Fate and Transport, and

22   Distribution of Drinking Water

23   Within the Service Areas of

24   the Hadnot Point and Holcomb

25   Boulevard Water Treatment

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 644 of 821

```
 1    Plants and Vicinities, U.S.
 2    Marine Corps Base Camp
 3    Lejeune, North Carolina,
 4    Chapter A, Summary and
 5    Findings Bates-stamped
 6    CLJA_Healtheffects-000022136
 7    through 0000221535
 8    DFT. EXHIBIT 11, Appendix 15     128      1
 9    Bates-stamped
10    CLJA_Healtheffects-0000061127
11    through 0000061136
12    DFT. EXHIBIT 12, Analyses of     133      5
13    Groundwater Flow, Contaminant
14    Fate and Transport, and
15    Distribution of Drinking Water
16    at Tarawa Terrace and
17    Vicinity, U.S. Marine Corps
18    Base Camp Lejeune, North
19    Carolina: Historical
20    Reconstruction and Present-Day
21    Conditions Disclaimer
22    Bates-stamped
23    CLJA_Watermodeling_01-
24    0000938451
25    DFT. EXHIBIT 13, e-mail          137      7
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 645 of 821

1    correspondence Bates-stamped
2    CLJA_ATSDR_BOVE-0000157167
3    through 0000157170
4    DFT. EXHIBIT 14, ATSDR Support    154      1
5    Estimation of VOC Removal
6    report from AH Environmental
7    Consultants Inc.,
8    Bates-stamped
9    CLJA_Watermodeling_
10   010000071446 through
11   0000071512
12   DFT. EXHIBIT 15, Analyses of     156      23
13   Groundwater Flow, Contaminant
14   Fate and Transport, and
15   Distribution of Drinking Water
16   at Tarawa Terrace and
17   Vicinity, U.S. Marine Corps
18   Base Camp Lejeune, North
19   Carolina: Historical
20   Reconstruction and Present-Day
21   Conditions Response to the
22   Department of the Navy's
23   Letter on: Assessment of ATSDR
24   Water Modeling for Tarawa
25   Terrace, Bates-stamped

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 646 of 821

1    CLJA_Watermodeling_01_09_

2    0000033263 through 0000033326,

3    DFT. EXHIBIT 16, Analyses and      207        18

4    Historical Reconstruction of

5    Groundwater Flow, Contaminant

6    Fate and Transport, and

7    Distribution of Drinking Water

8    Within the Service Areas of

9    the Hadnot Point and Holcomb

10   Boulevard Water Treatment

11   Plants and Vicinities, U.S.

12   Marine Corps Base Camp

13   Lejeune, North Carolina,

14   Chapter A-Supplement 2,

15   Development and Application of

16   a Methodology to Characterize

17   Present-Day and Historical

18   Water Supply Well Operations

19   DFT. EXHIBIT 17, Analyses and      228        12

20   Historical Reconstruction of

21   Groundwater Flow, Contaminant

22   Fate and Transport, and

23   Distribution of Drinking Water

24   Within the Service Areas of

25   the Hadnot Point and Holcomb

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 647 of 821

1    Boulevard Water Treatment

2    Plants and Vicinities, U.S.

3    Marine Corps Base Camp

4    Lejeune, North Carolina,

5    Chapter C: Occurrence of

6    Selected Contaminants in

7    Groundwater at Installation

8    Restoration Program Sites

9    DFT. EXHIBIT 18, Analyses and    233      22

10   Historical Reconstruction of

11   Groundwater Flow, Contaminant

12   Fate and Transport, and

13   Distribution of Drinking Water

14   Within the Service Areas of

15   the Hadnot Point and Holcomb

16   Boulevard Water Treatment

17   Plants and Vicinities, U.S.

18   Marine Corps Base Camp

19   Lejeune, North Carolina,

20   Chapter A-Supplement 1,

21   Descriptions and

22   Characterizations of Data

23   Pertinent to Water-Supply Well

24   Capacities, Histories, and

25   Operations

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 648 of 821

1    DFT. EXHIBIT 19, Analyses and    259        11
2    Historical Reconstruction of
3    Groundwater Flow, Contaminant
4    Fate and Transport, and
5    Distribution of Drinking Water
6    Within the Service Areas of
7    the Hadnot Point and Holcomb
8    Boulevard Water Treatment
9    Plants and Vicinities, U.S.
10   Marine Corps Base Camp
11   Lejeune, North Carolina
12   Chapter A-Supplement 6,
13   Characterization and
14   Simulation of Fate and
15   Transport of Selected Volatile
16   Organic Compounds in the
17   vicinities of the Hadnot Point
18   Industrial Area and Landfill
19   DFT. EXHIBIT 20, letter dated    277        13
20   February 21, 2007 from Morris
21   Maslia to Dr. Leonard F.
22   Konikow Bates-stamped
23   CL_PLG-Expert_Konikow_
24   0000000006 through 0000000021
25   DFT. EXHIBIT 21, e-mail          288        12

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 649 of 821

1    correspondence Bates-stamped
2    CLJA_Watermodeling_05-
3    0000021184 through 0000021188
4    DFT. EXHIBIT 22, Appendix A5        295        13
5    Bates-stamped
6    CLJA_Watermodeling_
7    010000942748 through
8    0000942750
9    DFT. EXHIBIT 23, Author's           299        14
10   reply by T.  Prabhakar Clement
11   from Ground Water,
12   January-February 2012
13   Bates-stamped
14   CLJA_Watermodeling_
15   010000092109 through
16   0000092111
17   DFT. EXHIBIT 24, e-mail             311        1
18   correspondence Bates-stamped
19   CLJA_ATSDR_BOVE-0000108607 and
20   0000108608
21
22
23
24
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 650 of 821

| & |
|---|
| **&** 2:6 36:9 318:20 327:6 361:9 643:20 |

| 0 |
|---|
| **0.0005** 282:12 607:12 |
| **0.00053** 281:12 606:12 |
| **0000000006** 277:16 324:24 602:16 649:24 |
| **0000000021** 277:17 324:24 602:17 649:24 |
| **0000000609** 49:19 319:1 374:19 644:1 |
| **0000000680** 49:19 319:1 374:19 644:1 |
| **0000021184** 325:3 650:3 |
| **0000021188** 288:14 325:3 613:14 650:3 |
| **0000033263** 157:6 322:2 482:6 647:2 |
| **0000033326** 157:7 322:2 482:7 647:2 |

**00000494487**
29:8 318:6
354:8 643:6
**0000049712**
29:8 318:7
354:8 643:7
**0000061127**
128:2 320:10
453:2 645:10
**0000061136**
128:3 320:11
453:3 645:11
**0000071512**
154:4 321:11
479:4 646:11
**0000092111**
299:17 325:16
624:17 650:16
**0000108607**
311:2 325:19
636:2 650:19
**0000108608**
311:3 325:20
636:3 650:20
**0000157167**
137:8 321:2
462:8 646:2
**0000157170**
137:9 321:3
462:9 646:3
**0000221172**
107:15 319:16
432:15 644:16

**0000221287**
107:15 319:17
432:15 644:17
**000022136**
107:24 320:6
432:24 645:6
**0000221535**
107:25 320:7
432:25 645:7
**0000938451**
320:24 645:24
**0000942750**
295:15 325:8
620:15 650:8
**00897** 1:3
326:3
**01** 157:6
320:23 322:1
482:6 645:23
647:1
**01-00009384...**
133:11 458:11
**010000071446**
154:4 321:10
479:4 646:10
**010000092109**
299:17 325:15
624:17 650:15
**010000942748**
295:14 325:7
620:14 650:7
**05** 325:2 650:2
**05-00000211...**
288:13 613:13

**08** 279:6 604:6
**09** 157:6 279:8
322:1 482:6
604:8 647:1

| 1 |
|---|
| **1** 16:12,19 22:10 38:16 232:23,24 234:3,9 239:13 243:1 285:2 286:3 297:24 317:13,20 318:14 320:8 321:4 323:20 325:1,17 326:1 341:12,19 347:10 363:16 557:23,24 559:3,9 564:13 568:1 610:2 611:3 622:24 642:13,20 643:14 645:8 646:4 648:20 650:17 |
| **1-1** 253:8 578:8 |
| **1-2** 102:1 192:23 253:8,8 253:9,9 254:24 427:1 517:23 578:8,8,9,9 579:24 |

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 651 of 821

**1.0**  41:9 366:9
**1.0.**  41:11
  366:11
**1.26.**  239:10
  564:10
**1.5**  41:8 366:8
**1.5.**  38:16
  363:16
**10**  73:25
  107:17 114:21
  120:18 152:20
  156:2,4,11,18
  163:22 164:2
  164:16 165:22
  175:15,18
  189:8,9,13,17
  189:24 190:11
  190:14,20,24
  191:4 197:18
  218:17 232:20
  241:6 242:14
  309:19 319:18
  325:10 326:10
  398:25 432:17
  439:21 445:18
  477:20 481:2,4
  481:11,18
  488:22 489:2
  489:16 490:22
  500:15,18
  514:8,9,13,17
  514:24 515:11
  515:14,20,24
  516:4 522:18

  543:17 557:20
  566:6 567:14
  634:19 644:18
**100**  164:14
  171:19 489:14
  496:19
**10003**  2:9
  327:9
**104**  173:21
  182:16 498:21
  507:16
**106**  253:2,4
  578:2,4
**107**  319:5,18
  644:5,18
**108**  240:22,23
  565:22,23
**10:14**  52:5
  377:5
**10:25**  52:8
  377:8
**11**  68:10,12
  71:17 73:8,25
  128:1,8 134:9
  135:8 137:2,2
  144:23 146:25
  304:11 320:8
  324:1 325:11
  326:11 393:10
  393:12 396:17
  398:8,25 453:1
  453:8 459:9
  460:8 462:2,2
  469:23 471:25

  629:11 645:8
  649:1
**1100**  50:19
  176:13 375:19
  501:13
**111**  2:16
  327:16
**115**  239:16
  240:1 564:16
  565:1
**11:23**  94:4
  419:4
**11:32**  94:7
  419:7
**11th**  85:10
  410:10
**12**  68:10,12
  71:17 73:8
  133:5,15,17
  137:1,3 160:9
  304:18,20
  317:20 320:12
  322:19 324:25
  325:12 326:12
  393:10,12
  396:17 398:8
  458:5,15,17
  462:1,3 485:9
  629:18,20
  642:20 645:12
  647:19 649:25
**12,000**  221:9
  546:9

**120**  48:14
  373:14
**1200**  285:6,7,14
  286:7,14 610:6
  610:7,14 611:7
  611:14
**121**  72:12
  397:12
**123**  126:3
  451:3
**128**  320:8
  645:8
**12:14**  126:21
  451:21
**12:16**  126:24
  451:24
**12:29**  136:12
  461:12
**12th**  91:15
  112:22 416:15
  437:22
**13**  1:12 69:14
  70:20 137:6,7
  137:11 304:14
  304:15,17,20
  320:25 324:19
  325:4,13
  326:12,13
  394:14 395:20
  462:6,7,11
  629:14,15,17
  629:20 645:25
  649:19 650:4

**130**  75:1 400:1
**1300**   285:6
  610:6
**133**   320:12
  645:12
**137**   320:25
  645:25
**13th**   4:5 329:5
**14**   36:16 69:17
  154:1,8,8
  321:4 325:9,14
  326:14 361:16
  394:17 479:1,8
  479:8 646:4
  650:9
**145**   94:15,18
  419:15,18
**15**   65:20 69:17
  69:18,21 70:17
  71:1 105:20
  128:1 129:9
  138:7,20 155:2
  155:5,13 156:3
  156:4,18,23
  157:10 163:23
  164:3,16
  165:22 190:6
  190:11 202:5
  207:17 283:2
  283:11 309:19
  320:8 321:12
  325:15 326:15
  390:20 394:17
  394:18,21

395:17 396:1
430:20 453:1
454:9 463:7,20
480:2,5,13
481:3,4,18,23
482:10 488:23
489:3,16
490:22 515:6
515:11 527:5
532:17 608:2
608:11 634:19
645:8 646:12
**150**   254:25
  579:25
**154**   235:22
  240:10 321:4
  560:22 565:10
  646:4
**156**   321:12
  646:12
**16**   207:17,18
  208:8,13
  317:20 322:3
  325:16 326:16
  532:17,18
  533:8,13
  642:20 647:3
**16,000**   51:16
  376:16
**167**   143:21
  468:21
**17**   49:6 101:5
  101:11,12,15
  101:17,19

228:12,24
243:25 294:16
294:17,19
318:8,22
319:18 322:19
325:17 326:17
374:6 426:5,11
426:12,15,17
426:19 553:12
553:24 568:25
619:16,17,19
643:8,22
644:18 647:19
**170**   143:21
  144:2,3 468:21
  469:2,3
**171**   71:11
  396:11
**175**   2:22 3:3,8
  327:22 328:3,8
**18**   101:15
  195:23 233:21
  233:22 241:11
  322:3 323:9
  325:18 326:18
  426:15 520:23
  558:21,22
  566:11 647:3
  648:9
**180**   313:24
  638:24
**18th**   316:12
  641:12

**19**   101:16,17,17
  101:21 173:8
  211:6 241:3
  242:14 259:10
  259:11 260:1
  304:3 316:23
  324:1 325:19
  326:19 426:16
  426:17,17,21
  498:8 536:6
  566:3 567:14
  584:10,11
  585:1 629:3
  641:23 649:1
**1942**   215:13
  225:20,22
  540:13 550:20
  550:22
**1951**   225:24
  226:18 550:24
  551:18
**1952**   226:18
  551:18
**1953**   102:18
  212:23 213:16
  214:16 285:3
  286:4 287:12
  427:18 537:23
  538:16 539:16
  610:3 611:4
  612:12
**1954**   285:25
  610:25

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 653 of 821

**1960** 217:1
542:1
**1968** 116:20
441:20
**1969** 235:20
560:20
**1976** 108:21
109:5 433:21
434:5
**1979** 236:8
561:8
**1980** 210:6,9,10
210:13,15
211:10,13
304:3 535:6,9
535:10,13,15
536:10,13
629:3
**1980s** 187:22
512:22
**1981** 229:22
236:12 237:1,3
237:5 554:22
561:12 562:1,3
562:5
**1982** 173:7,19
199:2 498:7,19
524:2
**1983** 239:23
564:23
**1984** 176:2
229:22 230:8
230:16 235:22
237:9,15

238:16,22
239:23 240:14
243:13 244:4
244:12,21
245:2 247:5,16
248:8 501:2
554:22 555:8
555:16 560:22
562:9,15
563:16,22
564:23 565:14
568:13 569:4
569:12,21
570:2 572:5,16
573:8
**1985** 116:21
197:11 241:3,7
241:11,15,15
242:14,14,15
245:3 247:6,17
248:10 254:1
254:12,24
281:11 441:21
522:11 566:3,7
566:11,15,15
567:14,14,15
570:3 572:6,17
573:10 579:1
579:12,24
606:11
**1987** 188:5
212:23 213:16
214:16 513:5
537:23 538:16

539:16
**1988** 289:20
614:20
**1991** 230:8
281:11 555:8
606:11
**1992** 72:13,17
397:13,17
**1994** 210:4,6
211:6,10
238:22 535:4,6
536:6,10
563:22
**1996** 102:18
212:11 427:18
537:11
**1998** 187:1,3
188:5 193:9
209:13,16
210:19 211:1
212:5,22 213:2
213:11,15
214:13 218:1
218:12 512:1,3
513:5 518:9
534:13,16
535:19 536:1
537:5,22 538:2
538:11,15
539:13 543:1
543:12
**1999** 17:21
289:21 342:21
614:21

**19th** 243:7,8
568:7,8
**1:24** 136:15
461:15
**1st** 287:12
612:12

**2**

**2** 29:6,12,23
102:3 108:2
207:24 208:14
208:18 212:25
232:25 318:3
322:14 325:2
326:2 354:6,12
354:23 427:3
433:2 532:24
533:14,18
537:25 557:25
643:3 647:14
**2,000** 49:9
374:9
**2.2.** 208:25,25
533:25,25
**2.4** 15:9 216:18
216:20 340:9
541:18,20
**2.40.** 216:22
541:22
**2.5** 147:16
472:16
**2.9.** 253:24
578:24

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 654 of 821

**2.93** 275:10
600:10
**2.93.** 275:3
600:3
**2.9j.** 254:2
579:2
**20** 14:23 75:20
75:25 277:12
277:13,20
324:19 325:20
326:20 339:23
400:20,25
602:12,13,20
649:19
**200** 285:8
610:8
**2000** 8:7 17:10
17:16,17,18,22
18:10,19 20:21
22:9 65:21,24
66:4 87:14
100:25 297:22
333:7 342:10
342:16,17,18
342:22 343:10
343:19 345:21
347:9 390:21
390:24 391:4
412:14 425:25
622:22
**20005** 2:23 3:4
3:8 327:23
328:4,8

**2000s** 87:16
412:16
**2002** 68:6,8
74:11 393:6,8
399:11
**2003** 66:16
68:6,8 72:24
74:12,15
118:12 391:16
393:6,8 397:24
399:12,15
443:12
**2004** 8:1 14:21
19:17 20:13,14
20:15,19 27:4
66:15 68:22
70:12,18 71:4
153:13 154:8
155:21 206:2
210:13 333:1
339:21 344:17
345:13,14,15
345:19 352:4
391:15 393:22
395:12,18
396:4 478:13
479:8 480:21
531:2 535:13
**2005** 27:3
55:18 127:10
152:13 192:15
352:3 380:18
452:10 477:13
517:15

**2006** 103:1
428:1
**2007** 57:3,12
91:15 112:18
112:23 113:1
135:1 137:12
137:22 138:7
138:11 142:10
143:15 145:13
215:13 277:14
277:20 304:21
306:12 324:20
382:3,12
416:15 437:18
437:23 438:1
460:1 462:12
462:22 463:7
463:11 467:10
468:15 470:13
540:13 602:14
602:20 629:21
631:12 649:20
**2008** 102:22
103:1,2,3
187:1,3,21
212:6 213:2
218:1,12 297:5
311:10 314:11
427:22 428:1,2
428:3 512:1,3
512:21 537:6
538:2 543:1,12
622:5 636:10
639:11

**2009** 85:19
112:16,17
127:10 135:12
135:13 145:6,8
152:13 274:19
301:14 312:21
314:19,20,21
410:19 437:16
437:17 452:10
460:12,13
470:6,8 477:13
599:19 626:14
637:21 639:19
639:20,21
**2009/2010**
78:14 403:14
**2010** 7:21 29:7
29:24 63:23
84:19 87:16
138:20 298:3,8
299:8 300:11
301:2,19 318:5
332:21 354:7
354:24 388:23
409:19 412:16
463:20 623:3,8
624:8 625:11
626:2,19 643:5
**2011** 87:17
289:3,4 412:17
614:3,4
**2012** 7:22 57:3
299:16 325:12
332:22 382:3

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 655 of 821

624:16 650:12
**2013** 63:24
67:2,5,8,12,14
72:24,25 74:12
113:6,8 388:24
392:2,5,8,12,14
397:24,25
399:12 438:6,8
**2014** 72:24
73:3 397:24
398:3
**2015** 62:13
65:21,24 66:4
66:25 67:9,18
76:19,20
387:13 390:21
390:24 391:4
391:25 392:9
392:18 401:19
401:20
**2017** 70:14
72:19,20 73:19
129:16 132:8
309:2 395:14
397:19,20
398:19 454:16
457:8 634:2
**2018** 70:12,15
309:4 395:12
395:15 634:4
**202** 2:23 3:4,9
49:2 327:23
328:4,9 374:2

**2020** 14:8
16:21 17:10,11
17:15 48:15
339:8 341:21
342:10,11,15
373:15
**2021** 26:9
351:9
**2022** 26:9
78:24 88:18
351:9 403:24
413:18
**2024** 5:12,14
9:11 32:18
33:2,24 34:9
35:10 36:16
55:12 56:22
88:22,24
318:10 330:12
330:14 334:11
357:18 358:2
358:24 359:9
360:10 361:16
380:12 381:22
413:22,24
643:10
**2025** 1:12 4:5
88:20 316:13
326:12 329:5
413:20 641:13
**2030** 316:23
641:23
**207** 322:3
647:3

**21** 173:10
197:1 277:14
277:20 288:12
288:17,19
324:20,25
325:21 326:21
498:10 522:1
602:14,20
613:12,17,19
649:20,25
**212** 2:10
327:10
**216-9000** 2:5
327:5
**21885** 316:21
641:21
**219** 1:14 2:13
4:6 326:14
327:13 329:6
**21st** 239:23
314:11 564:23
639:11
**22** 295:13,19
309:5 310:8,11
323:9 325:4,22
326:22 620:13
620:19 634:5
635:8,11 648:9
650:4
**226** 239:22
564:22
**228** 322:19
647:19

**23** 142:10
272:10 299:13
299:14 300:8
311:5 321:12
325:9,23
326:23 467:10
597:10 624:13
624:14 625:8
636:5 646:12
650:9
**230** 239:17
240:2 564:17
565:2
**233** 323:9
648:9
**23rd** 135:1
137:22 138:8
460:1 462:22
463:8
**24** 55:25
235:22 311:1,5
314:7 317:7
325:17,24
326:24 380:25
560:22 636:1,5
639:7 642:7
650:17
**24.1** 176:13
501:13
**24th** 56:22
381:22
**25** 73:20 164:3
325:25 326:25
398:20 489:3

Golkow Technologies,
877-370-3377                                A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 656 of 821

**2500** 241:4 245:10 246:3 566:4 570:10 571:3

**259** 324:1 649:1

**25th** 35:9 360:9

**26** 32:18 239:10 289:4 318:10 357:18 564:10 614:4 643:10

**26th** 5:13,14 9:6,9 33:2 88:24 289:3 330:13,14 334:6,9 358:2 413:24 614:3

**27** 149:15,17 199:2 243:6 474:15,17 524:2 568:6

**272** 160:1 485:1

**277** 324:19 649:19

**27th** 173:7 196:17 498:7 521:17

**28** 2:4 40:8 327:4 365:8

**288** 324:25 649:25

**28th** 40:11 57:18,23 173:19 176:2 197:11 365:11 382:18,23 498:19 501:2 522:11

**29** 40:9 57:18 151:20 318:3 365:9 382:18 476:20 643:3

**293** 317:7 642:7

**29440** 2:13 327:13

**29464** 2:4 327:4

**295** 325:4 650:4

**299** 325:9 650:9

**29th** 57:20,24 57:25 298:16 382:20,24,25 623:16

**2:33** 184:3 509:3

**2:43** 184:6 509:6

**3**

**3** 32:16,17 102:4 317:4 318:8,11 319:2

325:3 326:3 357:16,17 427:4 642:4 643:8,11 644:2

**3.5** 283:8 608:8

**30** 29:7 40:8 76:2 88:14 151:17 171:19 172:5,9,10 235:4,20 240:10 244:21 318:5 354:7 365:8 401:2 413:14 476:17 496:19 497:5,9 497:10 560:4 560:20 565:10 569:21 643:5

**300** 51:3 376:3

**301** 108:20 433:20

**30th** 237:9,15 238:16,22 244:4,12 562:9 562:15 563:16 563:22 569:4 569:12

**31** 40:8 151:24 151:25 155:17 172:1 173:17 174:11 175:6 182:15 365:8 476:24,25 480:17 497:1

498:17 499:11 500:6 507:15

**310** 317:9 642:9

**311** 325:17 650:17

**314** 317:11 642:11

**316** 317:13 642:13

**31st** 40:11 70:14 72:20 309:2 365:11 395:14 397:20 634:2

**32** 318:8 643:8

**33271** 160:4 485:4

**33272** 159:25 160:3 484:25 485:3

**34** 318:11 643:11

**346,000** 50:20 375:20

**347,000** 50:20 375:20

**35** 318:14 643:14

**36** 318:17 643:17

**38** 241:7 566:7

**3:59** 233:8 558:8

Golkow Technologies, A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 657 of 821

| 4 | 5 |
|---|---|
| **4** 34:3,8 317:11 318:11 325:4 326:4 359:3,8 642:11 643:11 | **5** 11:14 34:25 35:1 68:23 128:9 144:25 145:1 148:16 295:19 317:4,5 317:5,9 318:14 320:12 325:5 326:5 336:14 359:25 360:1 393:23 453:9 469:25 470:1 473:16 620:19 642:4,5,5,9 643:14 645:12 |
| **4-4** 154:14,16 479:14,16 | |
| **4.3** 149:18 474:18 | |
| **40** 56:5,6,7,7,7 273:11,11 381:5,6,7,7,7 598:11,11 | |
| **400** 49:7 374:7 | |
| **40s** 186:24 221:21 511:24 546:21 | **50** 104:22 147:17 235:4 429:22 472:17 560:4 |
| **44** 268:8,9 593:8,9 | |
| **45** 136:9 266:1 273:11 461:9 591:1 598:11 | **500** 2:16 327:16 |
| | **50s** 186:24 221:21 511:24 546:21 |
| **46,700** 276:19 601:19 | |
| **49** 318:22 643:22 | **51** 104:22 296:9 429:22 621:9 |
| **4:10** 233:11 558:11 | |
| **4:30** 11:14 336:14 | **512** 2:17 327:17 |
| **4th** 197:11 235:20 522:11 560:20 | **53** 160:11 485:11 |
| | **546-2408** 2:14 327:14 |

| 558-5500 / 59 | 6 |
|---|---|
| **558-5500** 2:10 327:10 | |
| **59** 283:14 608:14 | |
| **5:10** 273:17 598:17 | |
| **5:23** 273:20 598:20 | |
| **5:56** 293:20 618:20 | |
| **5th** 254:1,12,24 579:1,12,24 | |

| 6 |
|---|
| **6** 27:3 36:6,7 36:12 148:15 149:4 221:8 240:14 259:17 259:25 260:2 265:5 268:6,6 318:3,17 324:12 325:6 326:6 352:3 361:6,7,12 473:15 474:4 546:8 565:14 584:17,25 585:2 590:5 593:6,6 643:3 643:17 649:12 |
| **60** 88:16 236:13 239:20 413:16 561:13 564:20 |

| 601 |
|---|
| **601** 256:8,22 581:8,22 |
| **602** 218:6,10 231:15,17,20 236:14 243:25 256:8 297:4 543:6,10 556:15,17,20 561:14 568:25 581:8 622:4 |
| **603** 218:6,10 543:6,10 |
| **608** 217:20 218:6,10 231:12,12,17 231:22 235:7 243:5 248:7 256:8 542:20 543:6,10 556:12,12,17 556:22 560:7 568:5 573:7 581:8 |
| **60s** 221:21 546:21 |
| **616-4209** 3:4 328:4 |
| **616-4231** 3:9 328:9 |
| **616-4473** 2:23 327:23 |
| **62** 195:21 520:21 |

| | | | |
|---|---|---|---|
| **626** 55:22,23 | **7** | **78701** 2:17 | **87** 221:8,8 |
| 380:22,23 | | 327:17 | 546:8,8 |
| **634** 218:6,10 | **7** 49:16,17 | **7:23** 1:3 326:3 | **897** 4:4 329:4 |
| 256:8 258:9 | 102:4 318:17 | | **8th** 176:2 501:2 |
| 543:6,10 581:8 | 318:22 320:25 | **8** | |
| 583:9 | 325:7 326:7 | | **9** |
| **640** 57:15 | 374:16,17 | **8** 70:2,3 102:5 | |
| 382:15 | 427:4 643:17 | 319:2,5 325:8 | **9** 107:8 116:5 |
| **645** 260:12 | 643:22 645:25 | 326:8 395:2,3 | 124:1 294:6 |
| 266:1 585:12 | **7-23** 4:4 329:4 | 427:5 644:2,5 | 319:5 325:9 |
| 591:1 | **7.1** 160:5 485:5 | **80s** 212:21 | 326:9 432:8 |
| **65** 14:25 | **7/27/1928** | 537:21 | 441:5 449:1 |
| 339:25 | 197:21 522:21 | **82** 173:22 | 619:6 644:5 |
| **651** 204:5,7,11 | **7/27/1982** | 182:18 498:22 | **90** 104:23 |
| 204:12,16,16 | 196:25 197:2 | 507:18 | 114:24 152:23 |
| 205:6,19,23 | 521:25 522:2 | **82.5** 51:15 | 190:19,19 |
| 207:1 218:6,10 | **7/27/82** 196:23 | 376:15 | 429:23 439:24 |
| 529:5,7,11,12 | 521:23 | **84** 230:11,14,22 | 477:23 515:19 |
| 529:16,16 | **70** 319:2 644:2 | 238:24 296:10 | 515:19 |
| 530:6,19,23 | **700** 2:9 327:9 | 555:11,14,22 | **91** 230:18 |
| 532:1 543:6,10 | **72** 214:19 | 563:24 621:10 | 281:25 555:18 |
| **68** 187:10 | 272:8 539:19 | **843** 2:5,14 | 606:25 |
| 296:10 512:10 | 597:8 | 327:5,14 | **92** 73:18 |
| 621:10 | **720** 231:20 | **85** 187:10 | 114:25 398:18 |
| **69** 235:4 560:4 | 556:20 | 230:17 238:8 | 439:25 |
| **690-0990** 2:17 | **73.96** 108:22 | 243:7,8 244:15 | **94** 237:18 |
| 327:17 | 433:22 | 244:20 253:23 | 238:24 562:18 |
| **6:15** 293:23 | **74** 109:7 434:7 | 281:25 512:10 | 563:24 |
| 618:23 | **75** 104:22 | 555:17 563:8 | **95** 74:19 |
| **6:49** 315:15 | 429:22 | 568:7,8 569:15 | 110:11 114:22 |
| 640:15 | **76** 173:22 | 569:20 578:23 | 272:21 399:19 |
| **6th** 243:13 | 182:17 498:22 | 606:25 | 435:11 439:22 |
| 568:13 | 507:17 | **86** 230:18,23 | 597:21 |
| | | 555:18,23 | **96** 102:24 |
| | | | 212:14 427:24 |

Golkow Technologies,
877-370-3377   A Veritext Division   www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 659 of 821

537:14
**97.5** 147:18
472:18
**98** 214:17
539:17
**9:14** 1:13 4:5
326:13 329:5
**9:30** 11:13
336:13

**a**

**a.m.** 1:13 4:5
52:5,8 94:4,7
326:13 329:5
377:5,8 419:4
419:7
**a1** 184:23
191:8 194:3
509:23 516:8
519:3
**a146** 310:19,20
635:19,20
**a15** 184:17,18
509:17,18
**a18** 195:22
251:2 255:20
255:21,22
520:22 576:2
580:20,21,22
**a182** 123:24
448:24
**a2** 108:9,10,15
184:24 194:3
433:9,10,15

509:24 519:3
**a26** 110:11
435:11
**a27** 202:21
527:21
**a29** 277:7
602:7
**a3** 108:4,5,7
118:23 433:4,5
433:7 443:23
**a33** 192:18
517:18
**a38** 184:17,18
509:17,18
**a40** 112:4
183:9 437:4
508:9
**a41** 276:12
277:4 601:12
602:4
**a46** 255:15,16
258:10 580:15
580:16 583:10
**a48** 201:16
526:16
**a5** 295:13
325:4 620:13
650:4
**a60** 110:10
435:10
**a62** 195:16,18
196:23 251:2,8
520:16,18
521:23 576:2,8

**a63** 202:20
527:20
**a84** 218:21,22
543:21,22
**a85** 224:21
549:21
**a90** 108:18,19
433:18,19
**a96** 119:4
444:4
**a98** 118:19,21
119:5,6 443:19
443:21 444:5,6
**abandoned**
237:21 238:10
238:24 239:5
562:21 563:10
563:24 564:5
**abandonment**
237:18,25
562:18,25
**abc** 57:3,12
281:3 284:3
285:22 286:24
287:12,17
382:3,12 606:3
609:3 610:22
611:24 612:12
612:17
**abilities** 312:16
637:16
**able** 28:24
45:19,20 169:1
169:15 174:21

179:2 211:19
225:14 263:18
305:13 353:24
370:19,20
494:1,15
499:21 504:2
536:19 550:14
588:18 630:13
**above** 70:20,24
130:21 138:12
230:2,6,15
231:10,13,13
241:16 244:8
253:21 254:5
254:13,20
255:5 259:5
309:18 395:20
395:24 455:21
463:12 555:2,6
555:15 556:10
556:13,13
566:16 569:8
578:21 579:5
579:13,20
580:5 584:5
634:18
**absence** 198:14
523:14
**absolute**
160:24 162:11
163:4 485:24
487:11 488:4
**absorption**
97:25 422:25

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 660 of 821

| | | | |
|---|---|---|---|
| **abstract** 16:22 | **accounted** | 415:20,22 | 53:3 63:19 |
| 17:23 341:22 | 188:18 197:8 | **action** 1:3 | 75:22 91:23 |
| 342:23 | 513:18 522:8 | 326:3 | 100:24 111:5 |
| **academy** 62:12 | **accumulate** | **activist** 62:17 | 114:16 151:20 |
| 76:22 387:12 | 114:11 439:11 | 62:20 387:17 | 172:3,5 173:5 |
| 401:22 | **accuracy** 130:1 | 387:20 | 179:3,11 183:3 |
| **accept** 105:23 | 130:8 162:7 | **activities** 55:17 | 201:17 208:5 |
| 135:4 144:15 | 283:17 455:1,8 | 67:10,11 73:15 | 214:17 232:4 |
| 430:23 460:4 | 487:7 608:17 | 76:3 380:17 | 232:23 238:9 |
| 469:15 | **accurate** 35:18 | 392:10,11 | 245:17 279:8 |
| **acceptable** | 35:24 36:13 | 398:15 401:3 | 287:18,22 |
| 127:20 452:20 | 42:15 44:6,9 | **acts** 23:11 | 300:16 341:10 |
| **accepted** 17:20 | 44:17 48:16 | 348:11 | 342:19 354:18 |
| 103:17 213:21 | 60:11,14 104:8 | **actual** 6:3 | 354:19 363:22 |
| 288:5 342:20 | 104:13,22,22 | 38:15 67:10 | 365:25 378:3 |
| 428:17 538:21 | 104:24 106:8 | 130:13 131:1 | 388:19 400:22 |
| 613:5 | 127:14 316:6 | 146:20 147:8 | 416:23 425:24 |
| **access** 305:14 | 360:18,24 | 153:20 160:24 | 436:5 439:16 |
| 630:14 | 361:13 367:15 | 163:4 168:5 | 476:20 497:3,5 |
| **accommodate** | 369:6,9,17 | 188:16 221:18 | 498:5 504:3,11 |
| 6:22 331:22 | 373:16 385:11 | 224:11 226:16 | 508:3 526:17 |
| **accompanying** | 385:14 429:8 | 276:24,25 | 533:5 539:17 |
| 49:24 249:6,6 | 429:13,22,22 | 331:3 363:15 | 557:4,23 563:9 |
| 374:24 574:6,6 | 429:24 431:8 | 392:10 455:13 | 570:17 604:8 |
| **accomplished** | 452:14 641:6 | 456:1 471:20 | 612:18,22 |
| 284:21 609:21 | **accurately** | 472:8 478:20 | 625:16 |
| **account** 152:7 | 70:10 395:10 | 485:24 488:4 | **adam** 298:9 |
| 172:15 173:2 | **acknowledge...** | 493:5 513:16 | 306:13 623:9 |
| 174:15 477:7 | 34:3 318:12 | 546:18 549:11 | 631:13 |
| 497:15 498:2 | 359:3 643:12 | 551:16 601:24 | **add** 8:10 22:4 |
| 499:15 | **acronym** 174:9 | 601:25 | 50:25 51:6,21 |
| **accountant** | 499:9 | **actually** 16:10 | 71:23 114:18 |
| 50:13 375:13 | **act** 14:20 90:20 | 17:19 29:18,19 | 114:21,24 |
| | 90:22 339:20 | 38:22 40:25 | 161:21 176:1 |

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 661 of 821

203:9 333:10
347:4 375:25
376:6,21
396:23 439:18
439:21,24
486:21 501:1
528:9
**added**  36:2
71:22,25 361:2
396:22,25
**adding**  14:8
51:20 339:8
376:20
**addition**  11:19
130:17 172:8
172:14 175:14
182:8 187:22
260:24 336:19
455:17 497:8
497:14 500:14
507:8 512:22
585:24
**additional**  8:21
62:4 83:11
113:10 154:21
249:11 288:2
292:4,12 293:1
301:19 333:21
387:4 408:11
438:10 479:21
574:11 613:2
617:4,12 618:1
626:19

**additionally**
152:5 477:5
**address**  24:8
117:19 122:5,7
123:2 143:10
144:10 160:19
349:8 442:19
447:5,7 448:2
468:10 469:10
485:19
**addressed**
84:11 409:11
**addressing**
215:18 540:18
**adjunct**  76:4
401:4
**adjust**  275:5
285:9 600:5
610:9
**adjusted**  275:3
285:13 600:3
610:13
**adjusting**
285:11,12,12
610:11,12,12
**advanced**
15:25 340:25
**advection**
281:18 606:18
**advective**  281:3
606:3
**advise**  79:12
404:12

**advised**  85:7
160:22 315:17
410:7 485:22
640:17
**advocating**
45:5 370:5
**aee**  190:5 515:5
**aeees**  77:4
402:4
**aeration**
154:25 155:11
479:25 480:11
**affects**  252:13
577:13
**affirmatively**
198:18 523:18
**affixed**  316:12
641:12
**aforemention...**
130:21 193:6
455:21 518:6
**afraid**  93:6
418:6
**afternoon**  11:3
136:17 298:14
298:17 307:5
336:3 461:17
623:14,17
632:5
**age**  116:12
441:12
**agency**  26:20
63:22 70:25
75:7 76:13

85:9 87:10
96:7,10 113:10
116:10 125:16
125:17 126:10
138:16 139:25
140:21 141:18
158:25 159:12
159:19 169:6
305:4 351:20
388:22 395:25
400:7 401:13
410:9 412:10
421:7,10
438:10 441:10
450:16,17
451:10 463:16
464:25 465:21
466:18 483:25
484:12,19
494:6 630:4
**agency's**  73:17
398:17
**ago**  9:24
109:10,20,23
131:21 138:7
138:21 204:24
205:13 218:4
239:19 240:8
242:12,17
264:9 270:7
272:1 334:24
434:10,20,23
456:21 463:7
463:21 529:24

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 662 of 821

530:13 543:4
564:19 565:8
567:12,17
589:9 595:7
597:1
**agree** 6:15 33:3
34:10 44:21
45:11 75:18
76:14 93:9
113:13 115:10
116:8 117:14
133:20 137:17
137:18 143:1
147:9 150:6
152:23 162:13
176:20 182:22
193:19,25
194:1,8 195:1
195:23 196:2,6
200:24,24
201:21 202:9
202:14 203:11
210:25,25
211:4,9 212:20
216:11 217:21
217:24 220:23
221:13 226:3
231:3,8,9,25
234:21,25
235:10,16
236:1,17
239:15,25
240:12 244:24
252:12 253:16

253:20 254:4
254:11,19
255:4 256:6
257:16 262:20
263:20 264:1
264:12 265:11
266:5,15,23
267:24 269:2,6
270:16,17,22
271:13,17
272:2,13
280:10,25
281:6,22,23
284:2 287:16
289:25 290:4
299:24 311:10
331:15 358:3
359:10 369:21
370:11 400:18
401:14 418:9
438:13 440:10
441:8 442:14
458:20 462:17
462:18 468:1
472:9 475:6
477:23 487:13
501:20 507:22
518:19,25
519:1,8 520:1
520:23 521:2,6
525:24,24
526:21 527:9
527:14 528:11
535:25,25

536:4,9 537:20
541:11 542:21
542:24 545:23
546:13 551:3
556:3,8,9,25
559:21,25
560:10,16
561:1,17
564:15,25
565:12 569:24
577:12 578:16
578:20 579:4
579:11,19
580:4 581:6
582:16 587:20
588:20 589:1
589:12 590:11
591:5,15,23
592:24 594:2,6
595:16,17,22
596:13,17
597:2,13
605:10,25
606:6,22,23
609:2 612:16
614:25 615:4
624:24 636:10
**agreeable**
41:17,25
366:17,25
**agreed** 120:8
204:24 270:7
445:8 529:24
595:7

**agreement** 23:3
23:5,9 66:11
66:12,18
183:15 291:18
348:3,5,9
391:11,12,18
508:15 616:18
**ah** 55:23
151:10 152:11
153:12 154:2,9
165:20 179:9
189:6 190:15
270:15 276:13
321:6 380:23
476:10 477:11
478:12 479:2,9
490:20 504:9
514:6 515:15
595:15 601:13
646:6
**ahe** 153:24
155:10,20
478:24 480:10
480:20
**ahe's** 155:4
480:4
**ahead** 16:18
39:6 106:24
126:5 145:22
147:2,25
183:24 215:25
216:23 268:5
341:18 364:6
431:24 451:5

470:22 472:2
472:25 508:24
540:25 541:23
593:5
**air** 8:7 14:24
15:8,24 16:21
19:20,23,25
20:3,16 175:2
282:18 333:7
339:24 340:8
340:24 341:21
344:20,23,25
345:3,16 500:2
607:18
**al** 221:8 546:8
**alabama** 26:2
27:22 351:2
352:22
**alanna** 3:2
328:2
**alanna.horan**
3:5 328:5
**alex** 3:15
307:10 328:15
632:10
**alexandros**
36:8 318:19
361:8 643:19
**algorithm**
213:23 538:23
**allison** 3:7
328:7
**allison.o'leary**
3:9 328:9

**allow** 278:25
603:25
**allowed** 138:24
263:4 463:24
588:4
**allowing**
173:11 498:11
**amend** 250:7
291:20 575:7
616:20
**amends** 291:23
616:23
**america** 2:20
4:4 327:20
329:4
**american** 62:12
76:21 387:12
401:21
**amount** 50:20
51:16 164:15
246:19 375:20
376:16 489:15
571:19
**amounts** 71:13
396:13
**analyses** 8:5
26:15 44:11
56:16 74:9
81:24 84:7
98:2 99:19
104:2 107:8,17
110:25 111:4
111:23 113:12
115:22,23,23

118:8 120:4
123:22 125:9
125:19 129:25
130:4,6 133:5
134:15,16
139:6 156:23
167:13,15
169:7 191:1
207:18 228:7,7
228:12 233:22
242:4 253:7
257:25 259:11
268:3 269:23
291:17 303:2
319:5,18
320:12 321:12
322:3,19 323:9
324:1 333:5
351:15 369:11
381:16 399:9
406:24 409:7
423:2 424:19
429:2 432:8,17
435:25 436:4
436:23 438:12
440:22,23,23
443:8 445:4
448:22 450:9
450:19 454:25
455:4,6 458:5
459:15,16
464:6 481:23
492:13,15
494:7 516:1

532:18 553:7,7
553:12 558:22
567:4 578:7
582:25 584:11
593:3 594:23
616:17 628:2
644:5,18
645:12 646:12
647:3,19 648:9
649:1
**analysis** 7:25
14:19 15:13
19:17,18 20:4
20:24 21:13,22
39:10 53:6,17
54:6 55:15
66:1 67:11
100:23 103:13
110:22 112:15
113:6 118:25
124:25 125:1
129:22 134:23
164:22 191:11
198:21,23
208:17 213:10
218:24 219:4
225:1,2,5
226:1,7 227:5
227:24 229:2
229:12 234:10
234:11 240:20
247:8,12
248:22 252:23
260:17,23

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 664 of 821

261:21,22
262:5,8,11,14
262:21 263:11
263:20 266:24
267:6,9,17,20
268:23 269:3,7
269:14,18,19
270:1,18,23
274:16 276:5
277:25 287:22
291:12 302:24
303:16 304:4,4
304:6,6 311:17
311:23 332:25
339:19 340:13
344:17,18
345:4,24
346:13,22
364:10 378:6
378:17 379:6
380:15 391:1
392:11 425:23
428:13 435:22
437:15 438:6
443:25 449:25
450:1 454:22
459:23 489:22
516:11 523:21
523:23 533:17
538:10 543:24
544:4 550:1,2
550:5 551:1,7
552:5,24 554:2
554:12 559:10

559:11 565:20
572:8,12
573:22 577:23
585:17,23
586:21,22
587:5,8,11,14
587:21 588:11
588:20 591:24
592:6,9,17,20
593:23 594:3,7
594:14,18,19
595:1,18,23
599:16 601:5
602:25 612:22
616:12 627:24
628:16 629:4,4
629:6,6 636:17
636:23
**analyst** 291:3
616:3
**analysts** 28:4
353:4
**analytical** 8:3
14:19 15:1
19:18 114:3
333:3 339:19
340:1 344:18
439:3
**analyze** 24:7
349:7
**analyzed**
172:17 221:10
497:17 546:10

**analyzing**
56:10 381:10
**anderson** 289:1
289:25 614:1
614:25
**annual** 186:24
511:24
**answer** 6:24
21:23 31:8
47:19 51:18
58:11 82:17
93:6 118:22
122:12 126:6,9
126:9 131:4
168:16 178:2
196:10 250:6,9
267:13 292:17
292:25 331:24
346:23 356:8
372:19 376:18
383:11 407:17
418:6 443:22
447:12 451:6,9
451:9 456:4
493:16 503:2
521:10 575:6,9
592:13 617:17
617:25
**answered**
92:13 122:4
132:3 135:5
194:25 245:21
307:6 417:13
447:4 457:3

460:5 519:25
570:21 632:6
**answering**
75:15 164:9
250:9 400:15
489:9 575:9
**answers** 92:14
108:7 120:2
417:14 433:7
445:2
**anticipated**
53:4 378:4
**anwar** 2:21
4:16,16,23 5:6
5:9 8:17,19
12:1,2 16:17
17:12 19:7
21:15,24 22:9
22:11 29:10
30:18 31:1,11
32:12,20,22,25
34:6 35:4,6,7
36:11 40:24
41:21 42:4
43:19 44:4
45:1,9,17,22
46:6,9 47:8
48:12 49:5,21
52:9 54:11,20
54:24,25 58:13
60:3 61:21
62:25 70:6
80:8 81:1 82:1
82:25 88:7

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 665 of 821

| | | | |
|---|---|---|---|
| 89:13,17,20 | 263:6,19 264:7 | 371:6,9 372:8 | 523:13 529:23 |
| 93:23 94:8 | 265:16 266:4 | 373:12 374:5 | 532:16 533:4 |
| 100:13 105:11 | 267:12,23 | 374:21 377:9 | 539:5 540:5,7 |
| 106:23 108:3 | 268:4 269:25 | 379:11,20,24 | 540:9 553:22 |
| 109:19 110:2 | 270:6,12 271:5 | 379:25 383:13 | 558:5,12 559:8 |
| 115:2,25 122:8 | 271:12 272:20 | 385:3 386:21 | 561:6,16 |
| 122:14,17,20 | 273:15,21 | 387:25 395:6 | 564:14 566:22 |
| 123:17 125:20 | 277:18 279:14 | 405:8 406:1 | 568:2 571:1 |
| 126:7,25 | 288:15 291:14 | 407:1,25 413:7 | 580:1,9 584:23 |
| 127:23 128:5 | 292:14 293:6 | 414:13,17,20 | 588:6,19 589:7 |
| 129:12,18 | 294:21 295:1 | 418:23 419:8 | 590:16 591:4 |
| 131:8,23 | 295:12 299:19 | 425:13 430:11 | 592:12,23 |
| 132:17,21 | 300:4 302:12 | 431:23 433:3 | 593:4 594:25 |
| 133:13,25 | 304:23 310:1,4 | 434:19 435:2 | 595:6,12 596:5 |
| 134:17 135:14 | 310:6 311:4 | 440:2,25 447:8 | 596:12 597:20 |
| 136:7,10,16 | 314:2,7 315:11 | 447:14,17,20 | 598:15,21 |
| 137:10 143:25 | 317:6,10 | 448:17 450:20 | 602:18 604:14 |
| 144:3,6 148:23 | 327:21 329:16 | 451:7,25 | 613:15 616:14 |
| 154:6 155:8 | 329:16,23 | 452:23 453:5 | 617:14 618:6 |
| 157:8 162:18 | 330:6,9 333:17 | 454:12,18 | 619:21 620:1 |
| 165:3 166:6 | 333:19 337:1,2 | 456:8,23 | 620:12 624:19 |
| 169:19 170:22 | 341:17 342:12 | 457:17,21 | 625:4 627:12 |
| 171:11 178:1 | 344:7 346:15 | 458:13,25 | 629:23 635:1,4 |
| 181:1 184:9 | 346:24 347:9 | 459:17 460:14 | 635:6 636:4 |
| 194:17 196:9 | 347:11 354:10 | 461:7,10,16 | 639:2,7 640:11 |
| 198:13 204:23 | 355:18 356:1 | 462:10 468:25 | 642:6,10 |
| 207:16 208:4 | 356:11 357:12 | 469:3,6 473:23 | **anybody** 11:23 |
| 214:5 215:5,7 | 357:20,22,25 | 479:6 480:8 | 135:21 336:23 |
| 215:9 228:22 | 359:6 360:4,6 | 482:8 487:18 | 460:21 |
| 233:5,12 234:8 | 360:7 361:11 | 490:3 491:6 | **anymore** 263:8 |
| 236:6,16 | 365:24 366:21 | 494:19 495:22 | 588:8 |
| 239:14 241:22 | 367:4 368:19 | 496:11 503:1 | **anyway** 139:23 |
| 243:2 246:1 | 369:4 370:1,9 | 506:1 509:9 | 464:23 |
| 255:1,9 259:23 | 370:17,22 | 519:17 521:9 | |

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 666 of 821

**apologize** 17:11
342:11
**app** 139:11
464:11
**apparent** 283:7
608:7
**appear** 50:5
142:24 189:12
306:8 375:5
467:24 514:12
631:8
**appearances**
2:1 3:1 327:1
328:1
**appeared** 7:16
16:6 28:12
37:8 83:10
315:6 332:16
341:6 353:12
362:8 408:10
640:6
**appears** 33:5
55:13 150:15
173:11 226:18
230:10,25
231:22 304:21
358:5 380:13
475:15 498:11
551:18 555:10
555:25 556:22
629:21
**appendices**
102:3 125:15
427:3 450:15

**appendix** 48:13
106:17,22
108:1,4,6
118:23 120:10
124:1 128:1,9
128:13,17
129:9 131:25
135:8 144:25
145:1 146:15
152:18 153:1
295:13,19
320:8 325:4
373:13 431:17
431:22 433:1,4
433:6 443:23
445:10 449:1
453:1,9,13,17
454:9 456:25
460:8 469:25
470:1 471:15
477:18 478:1
620:13,19
645:8 650:4
**appendixes**
102:11,13
427:11,13
**apples** 111:20
165:11 276:10
276:10 436:20
490:11 601:10
601:10
**applicable**
93:10 418:10

**application**
16:15 103:13
105:3,8,13
108:13 115:6
139:18 140:6
140:20 207:25
208:20 318:1
322:15 341:15
428:13 430:3,8
430:13 433:13
440:6 464:18
465:6,20
532:25 533:20
643:1 647:15
**applications**
21:13 165:23
165:24 189:2
346:13 490:23
490:24 514:2
**applied** 69:15
99:15 100:9,19
100:20 112:1
115:16 207:7
220:19 284:14
394:15 424:15
425:9,19,20
437:1 440:16
532:7 545:19
609:14
**apply** 93:14
114:3 127:22
169:16 213:7
418:14 439:3
452:22 494:16

538:7
**applying** 99:16
115:8 199:21
424:16 440:8
524:21
**appreciate**
45:22,23 53:3
240:7 370:22
370:23 378:3
565:7
**approach**
156:14 179:7
185:6 197:16
213:22 250:18
273:5 278:22
308:10 481:14
504:7 510:6
522:16 538:22
575:18 598:5
603:22 633:10
**approached**
79:8 404:8
**approaches**
66:21 391:21
**appropriate**
82:9 93:4
161:13 407:9
418:4 486:13
**approval** 74:16
399:16
**approve** 159:12
159:16 484:12
484:16

Golkow Technologies,
877-370-3377   A Veritext Division   www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 667 of 821

**approved** 96:4
143:17 145:12
145:16 159:5
159:10,22
162:2 421:4
468:17 470:12
470:16 484:5
484:10,22
487:2
**approximate**
280:22 605:22
**approximately**
196:19 521:19
**approximates**
281:12 606:12
**approximation**
103:18 156:15
185:15 186:5,9
186:11 189:15
428:18 481:15
510:15 511:5,9
511:11 514:15
**approximatio...**
167:9 186:10
492:9 511:10
**april** 236:7
238:8 561:7
563:8
**aqueous** 289:7
614:7
**aquifer** 175:3
178:8 180:2
190:1 286:20
287:2 309:13

309:15 500:3
503:8 505:2
515:1 611:20
612:2 634:13
634:15
**aquifers** 166:22
491:22
**aral** 9:22,23
20:14 22:19,22
23:17 24:3
87:4 312:25
334:22,23
345:14 347:19
347:22 348:17
349:3 412:4
637:25
**aral's** 65:19
390:19
**area** 49:2
150:24 193:12
219:19,25
220:1,16,20
221:4 223:10
223:18 248:21
255:25 258:24
259:20 260:7
261:25 268:20
289:14,15
291:6 297:14
304:8 324:18
374:2 475:24
518:12 544:19
544:25 545:1
545:16,20

546:4 548:10
548:18 573:21
580:25 583:24
584:20 585:7
586:25 593:20
614:14,15
616:6 622:14
629:8 649:18
**areas** 107:20
111:3 207:21
228:15 233:25
259:14 319:23
322:8,24
323:14 324:6
432:20 436:3
532:21 553:15
558:25 584:14
644:23 647:8
647:24 648:14
649:6
**argue** 258:18
583:18
**argument's**
205:10 530:10
**arizona** 191:2
516:2
**army** 26:16,17
27:18 351:16
351:17 352:18
**arose** 304:21
629:21
**arrived** 118:1
443:1

**art** 159:17
484:17
**article** 7:25 8:6
11:19 14:8,16
14:18 15:6,16
15:17 16:7,12
16:21 17:10,14
17:16,17,18,19
17:22 18:7,10
18:13,17,20
20:18,21,22
22:10 23:11,11
66:14 83:8
84:15 85:2
87:3,6,14,15,16
297:20 299:11
300:25 301:19
302:2 312:24
313:6 317:20
332:25 333:6
336:19 339:8
339:16,18
340:6,16,17
341:7,12,21
342:10,14,16
342:17,18,19
342:22 343:7
343:10,13,17
343:20 345:18
345:21,22
347:10 348:11
348:11 391:14
408:8 409:15
410:2 412:3,6

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 668 of 821

412:14,15,16
622:20 624:11
625:25 626:19
627:2 637:24
638:6 642:20
**articles** 7:13,15
7:21,25 9:1
14:12,16,17
19:9,11,13
20:10,23 21:7
21:11,17 22:1
35:21 36:18
75:3,7 332:13
332:15,21,25
334:1 339:12
339:16,17
344:9,11,13
345:10,23
346:7,11,17
347:1 360:21
361:18 400:3,7
**aside** 9:1 13:15
34:12 35:21
36:18 70:15
82:2 97:10,16
254:3,11 255:4
334:1 338:15
359:12 360:21
361:18 395:15
407:2 422:10
422:16 579:3
579:11 580:4
**asked** 11:24
29:12 47:15

58:3 67:12
76:8 81:19
122:4,7 123:2
127:21,21
132:3 135:5
141:10 158:11
161:20 168:19
245:21 246:4,9
246:13,21,22
250:8 270:10
276:13 278:21
295:23 299:1,2
336:24 354:12
372:15 383:3
392:12 401:8
406:19 447:4,7
448:2 452:21
452:21 457:3
460:5 466:10
483:11 486:20
493:19 570:21
571:4,9,13,21
571:22 575:8
595:10 601:13
603:21 620:23
624:1,2
**asking** 7:5
10:21 45:13
80:9,11 122:15
122:24 157:21
194:21 196:13
295:1 332:5
335:21 370:13
405:9,11

447:15,24
482:21 519:21
521:13 620:1
**aspect** 58:21
93:15 113:21
170:23 383:21
418:15 438:21
495:23
**aspects** 74:19
79:13 80:5
91:6 99:12
170:10 178:7
399:19 404:13
405:5 416:6
424:12 495:10
503:7
**assertion** 172:8
172:15 497:8
497:15
**assess** 28:25
99:19 105:22
115:20 249:2
250:23 262:8
262:21 263:21
353:25 424:19
430:22 440:20
574:2 575:23
587:8,21
588:21
**assessed** 301:13
626:13
**assessing**
252:12 577:12

**assessment**
18:17 20:8
47:25 48:5
76:10 119:14
148:10 157:4
158:5 260:23
263:11 321:23
343:17 345:8
372:25 373:5
401:10 444:14
473:10 482:4
483:5 585:23
588:11 646:23
**assign** 248:23
248:24 283:17
573:23,24
608:17
**assistance** 87:1
412:1
**assisted** 65:4
390:4
**associated**
90:17 109:11
113:20 115:15
116:15 156:8
169:4 415:17
434:11 438:20
440:15 441:15
481:8 494:4
**assume** 5:22
24:16 37:15,21
62:19 74:16
183:16 238:15
278:24 287:23

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 669 of 821

287:25 309:21
330:22 349:16
362:15,21
387:19 399:16
508:16 563:15
603:24 612:23
612:25 634:21

**assumed** 112:9
156:12 194:9
194:18 195:13
198:17,23
221:14 222:4
222:17 224:7
227:7 285:2
286:3,13
287:14 288:6
437:9 481:12
519:9,18
520:13 523:17
523:23 546:14
547:4,17 549:7
552:7 610:2
611:3,13
612:14 613:6

**assumes** 114:4
439:4

**assuming**
156:13 178:18
190:4 481:13
503:18 515:4

**assumption**
40:10 140:21
178:24,25
182:1,1 183:15

185:14,14,19
197:19 223:13
223:20 224:1
279:18,23
287:11,11
365:10 465:21
503:24,25
507:1,1 508:15
510:14,14,19
522:19 548:13
548:20 549:1
604:18,23
612:11,11

**assumptions**
47:6 81:24
130:3,9,20
164:24 166:2,3
167:7 170:8
171:15 186:17
189:3 210:16
223:4 372:6
406:24 455:3,9
455:20 489:24
491:2,3 492:7
495:8 496:15
511:17 514:3
535:16 548:4

**atsda** 239:15
564:15

**atsdr** 7:7,18 9:2
9:2 14:4 20:5
23:4,6 30:3,20
37:9 38:17
39:1,8 42:8,12

44:13,16 47:4
48:6 55:17
56:16 57:8
58:24 60:9,21
61:4 63:18
65:18,22 66:1
67:7,17,25
68:13 69:4,15
69:23 70:12
71:7 72:4,13
72:17 73:9,18
73:24 74:6,16
75:5 76:8,15
76:16 77:1
78:4 79:9
80:16 81:5
82:8 83:3 84:3
85:20 86:8,9
86:12,18,20
87:5 90:14
91:4,12 94:20
98:10,15
100:20 102:3
103:7 104:2,8
116:10 117:3
120:3,24 121:9
126:1 127:6
129:15 132:12
134:23 135:17
137:8,13,13
138:14,23
139:7 142:14
146:3 152:6,13
153:14 154:1

155:22 157:5
157:23 158:5
160:17,21
163:24 165:4
172:15,17
179:3 190:9
191:25,25
193:19 195:1
197:23 198:17
199:2 205:14
207:4,10
211:15 212:20
216:13 217:21
217:24 218:10
221:12,13
222:3,17
234:22 239:15
239:25 248:15
249:1 250:23
262:20 267:6
267:17 272:22
279:2 285:2
286:2 290:14
299:21 305:14
306:23 311:2,9
312:25 321:2,4
321:23 325:19
332:7,18 334:2
334:2 339:4
345:5 348:4,6
355:3,20 362:9
363:17 364:1,8
367:8,12
369:13,16

Golkow Technologies,
877-370-3377	A Veritext Division	www.veritext.com
Case 7:23-cv-00897-RJ	Document 352-5	Filed 04/17/25	Page 670 of 821

372:4 373:6
380:17 381:16
382:8 383:24
385:9,21 386:4
388:18 390:18
390:22 391:1
392:7,17,25
393:13 394:4
394:15,23
395:12 396:7
397:4,13,17
398:9,18,24
399:6,16 400:5
401:8,15,16
402:1 403:4
404:9 405:16
406:5 407:8
408:3 409:3
410:20 411:8,9
411:12,18,20
412:5 415:14
416:4,12
419:20 423:10
423:15 425:20
427:3 428:7
429:2,8 441:10
442:3 445:3,24
446:9 451:1
452:6 454:15
457:12 459:23
460:17 462:8
462:13,13
463:14,23
464:7 467:14

471:3 477:6,13
478:14 479:1
480:22 482:5
482:23 483:5
485:17,21
488:24 490:4
497:15,17
504:3 515:9
516:25,25
518:19 520:1
522:23 523:17
524:2 530:14
532:4,10
536:15 537:20
541:13 542:21
542:24 543:10
546:12,13
547:3,17
559:22 564:15
564:25 573:15
574:1 575:23
587:20 592:6
592:17 597:22
604:2 610:2
611:2 615:14
624:21 630:14
631:23 636:2,9
637:25 646:2,4
646:23 650:19
**atsdr's** 27:7
45:6 46:22,23
68:18,25 72:22
74:13 97:14
118:24 119:13

124:10 125:17
128:23 163:22
188:18 301:13
301:23 352:7
370:6 371:22
371:23 393:18
393:25 397:22
399:13 422:14
443:24 444:13
449:10 450:17
453:23 488:22
513:18 626:13
626:23
**attached**
128:24 129:8
135:25 141:3
142:24 143:22
143:23 314:23
453:24 454:8
460:25 466:3
467:24 468:22
468:23 639:23
**attachment**
135:20 137:14
144:3,18
460:20 462:14
469:3,18
**attack** 81:8,9
83:4,22,24
178:4 406:8,9
408:4,22,24
503:4
**attempt** 138:1
463:1

**attempted**
141:5,15 466:5
466:15
**attend** 13:20,23
338:20,23
**attendance**
11:24 12:3,20
336:24 337:3
337:20
**attended** 13:16
338:16
**attending** 9:22
12:9 334:22
337:9
**attention**
157:12 229:18
255:14 283:1
482:12 554:18
580:14 608:1
**attenuation**
16:14,25 17:3
18:1,4 317:23
341:14,25
342:3 343:1,4
642:23
**attorney** 10:18
12:4 30:16
58:10 141:16
335:18 337:4
355:16 383:10
466:16
**attorneys** 2:2
2:19 4:9 12:9
47:7 56:13

Golkow Technologies,
877-370-3377  A Veritext Division  www.veritext.com
Case 7:23-cv-00897-RJ  Document 352-5  Filed 04/17/25  Page 671 of 821

250:2,3 298:15
327:2,19 329:9
337:9 372:7
381:13 575:2,3
623:15
**audit** 9:17
334:17
**august** 55:12
55:25 56:22
380:12,25
381:22
**austin** 2:17
327:17
**author** 58:24
94:25 95:1,7,7
95:18 119:21
120:11 121:18
123:19 129:2
134:24 159:11
213:24 278:23
280:4 383:24
419:25 420:1,7
420:7,18
444:21 445:11
446:18 448:19
454:2 459:24
484:11 538:24
603:23 605:4
**author's**
299:14 325:9
624:14 650:9
**authorship**
95:21 420:21

**availability**
211:24 536:24
**available** 71:2
98:11,15 99:16
112:7 129:12
130:2,8 181:18
209:12,22
210:3,7,8
211:6,10
219:18 221:4
223:8,20
237:24 238:15
248:5 252:3
261:6,23 262:6
266:12 284:19
288:10 396:2
423:11,15
424:16 437:7
454:12 455:2,8
506:18 534:12
534:22 535:3,7
535:8 536:6,10
544:18 546:4
548:8,20
562:24 563:15
573:5 577:3
586:6,23 587:6
591:12 609:19
613:10
**avenue** 2:16
20:6 327:16
345:6
**average** 38:14
193:6,22 235:3

235:6,6 250:19
250:20 281:12
363:14 518:6
518:22 560:3,6
560:6 575:19
575:20 606:12
**award** 62:10
76:21 77:16,17
77:23 387:10
401:21 402:16
402:17,23
**awarded** 62:11
100:24 387:11
425:24
**aware** 19:1
21:17 43:13
48:23,25 63:1
63:3 90:19,19
97:18 299:7
344:1 346:17
368:13 373:23
373:25 388:1,3
415:19,19
422:18 624:7

**b**

**b** 317:16
642:16
**back** 38:8 52:8
52:10 54:5,18
94:7,9 96:9
115:9 120:2,8
126:23 127:1
136:14,18

138:7,18
140:20,23
144:14 145:8
148:14 155:17
163:18 165:19
171:18,23
181:15 183:7
184:6 187:17
197:17,25
207:1 218:17
221:21 225:19
226:1 232:18
233:11,13
235:14 239:6
240:9,16
250:17 252:23
252:25 255:11
258:10,16
265:1,23,25
268:6 273:20
273:22 274:22
277:9 278:15
290:16,25
293:23 304:22
308:23 363:8
377:8,10 379:5
379:18 419:7,9
421:9 440:9
445:2,8 451:23
452:1 461:14
461:18 463:7
463:18 465:20
465:23 469:14
470:8 473:14

480:17 488:18
490:19 496:18
496:23 506:15
508:7 509:6
512:17 522:17
522:25 532:1
543:17 546:21
550:19 551:1
557:18 558:11
558:13 560:14
564:6 565:9,16
575:17 577:23
577:25 580:11
583:10,16
590:1,23,25
593:6 598:20
598:22 599:22
602:9 603:15
615:16,25
618:23 629:22
633:23
**background**
208:25 533:25
**backwards**
213:15 226:11
538:15 551:11
**bad** 159:16
484:16
**bain** 293:3
298:9,22
306:13 618:3
623:9,22
631:13

**balance** 193:1,3
193:4,10,21,25
194:1 272:22
518:1,3,4,10,21
518:25 519:1
597:22
**ballpark** 75:10
252:18 400:10
577:18
**balogh** 1:18 4:7
316:3,22
326:18 329:7
641:3,22
**band** 29:17
114:22 303:16
303:17,17
354:17 439:22
628:16,17,17
**bands** 110:5
435:5
**barbara** 288:25
289:25 290:22
291:3 613:25
614:25 615:22
616:3
**bars** 263:5
588:5
**base** 8:7 14:24
15:8,24 16:22
19:20,23 20:1
20:3,16 107:11
107:22 116:14
116:22 117:25
121:3 124:14

133:8 157:1
207:23 228:17
234:2 245:12
259:16 282:18
319:11 320:2
320:18 321:18
322:12 323:3
323:18 324:10
333:7 339:24
340:8,24
341:22 344:20
344:23 345:1,3
345:16 432:11
432:22 441:14
441:22 442:25
446:3 449:14
458:8 482:1
532:23 553:17
559:2 570:12
584:16 607:18
644:11 645:2
645:18 646:18
647:12 648:3
648:18 649:10
**based** 15:20
41:3 47:25
98:10 101:1
105:22 108:1
130:1,8 141:3
142:3 143:9
154:19 162:8
165:19 174:22
180:16,18
187:24 193:7

193:21 194:1
197:9,10,10
210:15 211:1
213:5,10,13
214:9,12 218:1
218:12 220:23
221:12 222:8,8
222:11,12
227:4 232:15
232:15 238:14
241:20 262:6
262:19 279:17
279:22 283:24
292:3 296:23
305:18 310:23
340:20 366:3
372:25 423:10
426:1 430:22
433:1 455:1,8
466:3 467:3
468:9 479:19
487:8 490:19
499:22 505:16
505:18 512:24
518:7,21 519:1
522:9,10,10
535:15 536:1
538:5,10,13
539:9,12 543:1
543:12 545:23
546:12 547:8,8
547:11,12
552:4 557:15
557:15 563:14

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 673 of 821

566:20 587:6
587:19 604:17
604:22 608:24
617:3 621:23
630:18 635:23
**bash** 2:16
327:16
**basically** 16:5
98:23 281:24
301:2 341:5
423:23 606:24
626:2
**basing** 51:1
175:5 376:1
500:5
**basis** 42:20
50:10 54:1
70:24 206:20
206:25 211:20
213:4 282:7
367:20 375:10
379:1 395:24
531:20,25
536:20 538:4
607:7
**bates** 29:7
49:18 107:14
107:24 128:2
133:10 137:8
143:20 154:3
157:6,18
159:24 277:15
279:6 283:2
288:13 295:14

299:16 311:2
318:5,24
319:15 320:5,9
320:22 321:1,8
321:25 324:22
325:1,5,13,18
354:7 374:18
432:14,24
453:2 458:10
462:8 468:20
479:3 482:6,18
484:24 602:15
604:6 608:2
613:13 620:14
624:16 636:2
643:5,24
644:15 645:5,9
645:22 646:1,8
646:25 649:22
650:1,5,13,18
**baughman** 2:7
12:4 327:7
337:4
**beach** 316:13
641:13
**began** 221:15
222:5 223:7,22
546:15 547:5
548:7,22
**beginning**
68:21 69:25
96:24 137:21
223:14 249:10
261:14 266:18

289:21 393:21
394:25 421:24
462:21 548:14
574:10 586:14
591:18 614:21
**behalf** 4:13,14
4:16,19 5:10
43:4 46:17
50:2 329:13,14
329:16,19
330:10 368:4
371:17 375:2
**belatedly**
292:18 617:18
**believe** 10:18
12:13,17 13:7
13:17 19:24
20:5 24:24
26:15,22 28:5
31:19 36:2
37:8 38:4,8,22
41:7,10 44:5
44:16 48:9
53:20 62:9,13
81:9 82:9,16
83:6,6,12
84:19 85:18
87:4 90:21
91:24 92:12,23
103:14 110:8
146:4 153:19
156:13 157:13
157:14 174:19
176:11 186:25

189:6 215:20
225:23 247:3
263:13 284:8
285:14 289:8
294:8 295:18
296:12 297:21
300:14 301:1
307:10 309:24
315:3 335:18
337:13,17
338:7,17
344:24 345:5
349:24 351:15
351:22 353:5
356:19 361:2
362:8 363:4,8
363:22 366:7
366:10 369:5
369:16 373:9
378:20 387:9
387:13 406:9
407:9,16 408:6
408:6,12
409:19 410:18
412:4 415:21
416:24 417:12
417:23 428:14
435:8 471:4
478:19 481:13
482:13,14
499:19 501:11
511:25 514:6
540:20 550:23
572:3 588:13

609:8 610:14
614:8 619:8
620:18 621:12
622:21 625:14
626:1 632:10
634:24 640:3
**bell** 1:14 2:12
2:12 4:14,14
78:14,23
132:19,23,24
133:4 263:4,7
326:14 327:12
327:12 329:14
329:14 403:14
403:23 457:19
457:23,24
458:4 588:4,7
**belllegalgrou...**
2:14 327:14
**benefit** 305:15
630:15
**bentonite** 238:2
563:2
**benzene** 102:1
121:2 192:24
229:13 230:11
231:4,8,9,10,16
232:1,6,9
241:3,7,11,16
242:4,22
243:19 244:7
244:13,17
245:1,2,22,23
246:18 247:4,5

247:8,15,17
248:7 250:24
289:6 295:3
296:12,13,25
297:8 310:15
310:16 427:1
446:2 517:24
554:13 555:11
556:4,8,9,10,16
557:1,6,9
566:3,7,11,16
567:4,22
568:19 569:7
569:13,17
570:1,2,22,23
571:18 572:4,5
572:8,15,17
573:7 575:24
614:6 620:3
621:12,13,25
622:8 635:15
635:16
**best** 12:7,19
18:9,18 35:19
48:19 65:15
82:16 100:24
103:19 132:7
201:7 285:13
312:5 337:7,19
343:9,18
360:19 373:19
390:15 407:16
425:24 428:19
457:7 526:7

610:13 637:5
**beta** 26:19
351:19
**better** 80:21
93:7 186:17
405:21 418:7
511:17
**betz** 245:13,19
570:13,19
**beyond** 103:20
428:20
**bias** 38:7,16,20
39:11 40:17,21
41:5 60:9
61:23 97:2,16
248:16,20
249:1,12
252:13,16,20
252:20 264:9
265:2,3 291:23
293:8 363:7,16
363:20 364:11
365:17,21
366:5 385:9
386:23 422:2
422:16 573:16
573:20 574:1
574:12 577:13
577:16,20,20
589:9 590:2,3
616:23 618:8
**biased** 313:12
315:1,8 638:12
640:1,8

**biases** 38:7
52:22 54:4,5
363:7 377:22
379:4,5
**big** 133:23
458:23
**bill** 3:18 328:18
**billable** 50:6
375:6
**billed** 50:8,19
375:8,19
**billings** 72:5
397:5
**billion** 245:10
570:10
**biodegradation**
279:17,22,25
280:5,16 282:5
282:5 604:17
604:22,25
605:5,16 607:5
607:5
**birth** 116:15
441:15
**births** 116:20
441:20
**bit** 67:21 82:18
127:2 132:21
201:18,20
232:19 259:7
274:4 392:21
407:18 452:2
457:21 526:18
526:20 557:19

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 675 of 821

584:7 599:4
**black** 256:12
581:12
**blanket** 106:8
431:8
**blinded** 48:6
169:8 373:6
494:8
**block** 92:8 93:3
417:8 418:3
**blown** 182:4
507:4
**blue** 144:16
146:24,24
185:11 469:16
471:24,24
510:11
**board** 164:14
489:14
**bob** 55:12,13
55:14 56:4,12
56:20 58:7,14
58:21 88:10
89:1 278:8,15
278:23 280:3
380:12,13,14
381:4,12,20
383:7,14,21
413:10 414:1
603:8,15,23
605:3
**bolton** 2:8
327:8

**book** 92:25
417:25
**bottom** 35:13
149:17 283:14
311:14 360:13
474:17 608:14
636:14
**bought** 92:25
417:25
**boulevard** 2:4
9:4 30:6 42:14
45:7 46:24
66:2 67:1,7,18
68:2,3,15
72:24 94:21
95:10 97:20
98:6,18 102:2
102:5 107:21
110:20 111:2
113:6 121:19
121:25 123:6
124:5,20 125:1
127:8 170:25
174:14 176:4,5
176:9 184:15
191:5,12,20
197:12,14
207:22 208:17
212:16 213:9
213:14 214:18
218:18 219:3
219:19 221:14
222:4 228:16
229:2 234:1,10

234:11 240:19
251:13 255:12
259:15 260:2
260:17 265:7
268:20,24
274:20 276:4
277:5 288:23
290:14 295:21
319:25 322:10
323:1,16 324:8
327:4 334:4
355:6 367:14
370:7 371:24
391:2 392:1,7
392:18 393:2,3
393:15 397:24
419:21 420:10
422:20 423:6
423:18 427:2,5
432:21 435:20
436:2 438:6
446:19,25
448:6 449:5,20
450:1 452:8
495:25 499:14
501:4,5,9
509:15 516:5
516:12,20
522:12,14
532:22 533:17
537:16 538:9
538:14 539:18
543:18 544:3
544:19 546:14

547:4 553:16
554:2 559:1,10
559:11 565:19
576:13 580:12
584:15 585:2
585:17 590:7
593:20,24
599:20 601:4
602:5 613:23
615:14 620:21
644:25 647:10
648:1,16 649:8
**bounce** 274:3
599:3
**bound** 306:6
631:6
**boundary**
187:13 512:13
**bove** 137:8,13
142:20 143:21
143:24 144:22
145:23 169:20
170:2,5,15
171:12 311:2
321:2 325:19
462:8,13
467:20 468:21
468:24 469:22
470:23 494:20
495:2,5,15
496:12 636:2
646:2 650:19
**bove's** 171:1
496:1

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 676 of 821

**box**  95:16
420:16
**break**  6:19,25
15:18 52:1,11
52:14 94:1,10
94:13 132:20
132:22 136:1,7
136:18,22,25
137:16 144:24
179:18 183:24
223:11 233:14
233:17 273:23
274:1 293:16
331:19,25
340:18 377:1
377:11,14
419:1,10,13
457:20,22
461:1,7,18,22
461:25 462:16
469:24 504:18
508:24 548:11
558:14,17
598:23 599:1
618:16
**breaks**  6:18
59:15 331:18
384:15
**bridgeside**  2:4
327:4
**brief**  6:13
331:13
**briefly**  78:13
403:13

**brigham**  9:20
28:6 36:9,25
37:3,21,24
318:21 334:20
353:6 361:9,25
362:3,21,24
643:21
**broadly**  188:15
513:15
**broadway**  2:9
327:9
**brought**  8:16
97:22 333:16
422:22
**budget**  73:3
74:18 398:3
399:18
**build**  187:22
207:8 512:22
532:8
**building**
166:14 168:5
168:13 170:15
170:18 188:8
491:14 493:5
493:13 495:15
495:18 513:8
**built**  154:23
168:10 479:23
493:10
**bulk**  274:8,11
274:18,22,25
275:4,16 276:3
276:13,14,18

599:8,11,18,22
599:25 600:4
600:16 601:3
601:13,14,18
**bunch**  292:19
617:19

**c**

**c**  36:8 228:18
228:25 229:1
240:17,18,21
245:11 246:11
251:1 253:1
257:19 294:9
294:12 297:19
318:20 323:5
361:8 553:18
553:25 554:1
565:17,18,21
570:11 571:11
576:1 578:1
582:19 619:9
619:12 622:19
643:20 648:5
**c10**  254:7 579:7
**c106**  253:1,5
578:1,5
**c108**  240:24
565:24
**c11**  253:5 254:1
254:7,8 578:5
579:1,7,8
**c12**  240:24
242:3,13,13

565:24 567:3
567:13,13
**c7**  257:22,25
258:7 582:22
582:25 583:7
**c8**  229:10,11,11
554:10,11,11
**c9**  258:7 583:7
**c95**  257:19,20
582:19,20
**c98**  229:4,5,10
294:11,22,23
294:24 554:4,5
554:10 619:11
619:22,23,24
**calcium**  154:22
479:22
**calculate**
173:13 305:15
498:13 630:15
**calculated**
51:13,15
150:17 210:12
276:25 289:20
376:13,15
475:17 535:12
601:25 614:20
**calculating**
151:14 476:14
**calculation**
50:17 274:8
276:25 375:17
599:8 601:25

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 677 of 821

**calculations**
40:25 41:13
96:25 150:22
151:1,4 206:22
206:23 216:3
365:25 366:13
421:25 475:22
476:1,4 531:22
531:23 541:3
**calibrate** 48:4
373:4
**calibrated**
15:14 48:2
147:15 198:23
225:8,10,13,17
225:24 226:4
226:13,16,17
226:20,25
227:8,16,22
228:1 252:2
256:7 282:10
285:7 286:6,15
287:15 340:14
373:2 472:15
523:23 550:8
550:10,13,17
550:24 551:4
551:13,16,17
551:20,25
552:8,16,22
553:1 577:2
581:7 607:10
610:7 611:6,15
612:15

**calibrating**
22:2 115:17
170:19 188:13
347:2 440:17
495:19 513:13
**calibration**
47:25 99:19
105:6 115:19
160:8,10,12
162:8 188:10
207:9 224:16
224:17,23
249:2 250:23
260:24 262:22
263:12,21
266:22 275:6,6
280:23 282:1,8
284:12,23
285:9,10 288:6
288:8,9 296:18
372:25 424:19
430:6 440:19
485:8,10,12
487:8 513:10
532:9 549:16
549:17,23
574:2 575:23
585:24 587:22
588:12,21
591:22 600:6,6
605:23 607:1,8
609:12,23
610:9,10 613:6
613:8,9 621:18

**calibrations**
125:10 450:10
**california**
191:3 516:3
**call** 17:21
25:11 50:18
55:12 57:2,21
58:1 61:15,19
61:23 70:22
83:24 114:25
126:1 139:24
139:25 140:9
271:9 279:5
291:12 308:14
309:5 342:21
350:11 375:18
380:12 382:2
382:21 383:1
386:15,19,23
395:22 408:24
439:25 451:1
464:24,25
465:9 596:9
604:5 616:12
633:14 634:5
**called** 26:18
47:15 59:21
60:6,12 61:3,8
61:11 85:21
193:19 249:22
351:18 372:15
384:21 385:6
385:12 386:3,8
386:11 410:21

518:19 574:22
**calls** 55:13
60:16,16 62:23
105:1 380:13
385:16,16
387:23 430:1
**camp** 1:4 4:3
7:7 23:7,14
27:7 30:10,20
61:1,1 62:17
62:24 65:17
66:3,7,16,16,20
69:1,5,22 72:8
72:22,22 73:4
73:8,12,16,22
74:5,8,10,13,18
74:20 75:5,12
76:7,13,15
77:1,22 78:4,7
79:17,25 80:7
80:22 81:5
83:3 84:3
90:11,23,24
91:5,16 92:4
95:12 100:22
102:17 105:3
105:20 107:11
107:22 110:15
116:14 117:15
119:17 121:4
124:14 133:8
137:25 139:1
157:1 165:18
165:18 167:14

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 678 of 821

168:21 179:12
180:8 207:23
212:6,8 228:17
229:15 234:2
236:20 242:6
253:11 259:16
301:4,7,9,13,20
302:3 305:11
307:1 309:6
312:14 319:11
320:2,18
321:18 322:12
323:3,18
324:10 326:4
329:3 332:7
348:7,14 352:7
355:10,20
386:1,1 387:17
387:24 390:17
391:3,7,16,16
391:20 394:1,5
394:22 397:8
397:22,22
398:4,8,12,16
398:22 399:5,8
399:10,13,18
399:20 400:5
400:12 401:7
401:13,15
402:1,22 403:4
403:7 404:17
404:25 405:7
405:22 406:5
408:3 409:3

415:11,23,24
416:5,16 417:4
420:12 425:22
427:17 430:3
430:20 432:11
432:22 435:15
441:14 442:15
444:17 446:4
449:14 458:8
462:25 464:1
482:1 490:18
490:18 492:14
493:21 504:12
505:8 532:23
537:6,8 553:17
554:15 559:2
561:20 567:6
578:11 584:16
626:4,7,9,13,20
627:3 630:11
632:1 634:6
637:14 644:11
645:2,18
646:18 647:12
648:3,18
649:10
**cancers** 116:16
441:16
**candidly** 168:6
493:6
**candy** 263:5
588:5
**cap** 61:6,9
62:21,24 90:14

170:10 386:6,9
387:21,24
415:14 495:10
**capacities**
234:5,15
323:24 559:5
559:15 648:24
**capacity** 33:7
61:4,8 64:13
183:5 234:23
235:1,3,6,10,12
235:16 239:16
239:22 240:1
358:7 386:4,8
389:13 508:5
559:23 560:1,3
560:6,10,12,16
564:16,22
565:1
**carbonate**
154:23 479:23
**care** 161:21
486:21
**career** 76:16
78:1,5 401:16
403:1,5
**carlo** 8:5 15:2
21:14 145:10
147:14 198:22
261:22 271:17
271:22,23,24
272:14 303:16
333:5 340:2
346:14 470:10

472:14 523:22
586:22 596:17
596:22,23,24
597:14 628:16
**carolina** 1:1 4:7
107:12,23
116:15 121:4
133:9 157:2
207:24 228:18
234:3 259:17
316:5,13
319:12 320:3
320:19 321:19
322:13 323:4
323:19 324:11
326:1 329:7
432:12,23
441:15 446:4
458:9 482:2
532:24 553:18
559:3 584:17
641:5,13
644:12 645:3
645:19 646:19
647:13 648:4
648:19 649:11
**carrying**
204:10 529:10
**case** 6:13 9:14
22:13 24:23
30:10,10,17
33:3,7,12 35:9
36:14 42:17
43:2 45:4

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 679 of 821

46:12 47:13,19
49:13 50:3,8
50:21 58:15,22
59:20 60:18
62:8 65:20
76:6 79:4,24
82:10 87:20
88:10,18 90:5
90:10 115:19
117:2 118:5
123:5 169:10
206:12 219:25
220:18 228:9
272:24 286:21
291:21 298:5
299:2 301:4
331:13 334:14
347:13 349:23
355:10,10,17
358:3,7,12
360:9 361:14
367:17 368:2
370:4 371:12
372:13,19
374:13 375:3,8
375:21 383:15
383:22 384:20
385:18 387:8
390:20 401:6
404:4,24
407:10 412:20
413:10,18
415:5,10
440:19 442:2

443:5 448:5
494:10 531:12
544:25 545:18
553:9 597:24
611:21 616:21
623:5 624:2
626:4
**cases** 1:7 14:22
48:7 326:7
339:22 373:7
**casing** 238:10
287:9 563:10
612:9
**catch** 166:4
218:20 491:4
543:20
**categories** 77:8
402:8
**caught** 313:15
638:15
**cause** 316:9
641:9
**caused** 154:22
479:22
**cc** 306:25
631:25
**cdc** 85:10 86:8
86:10 96:11
159:11,15
306:23,25
410:10 411:8
411:10 421:11
484:11,15
631:23,25

**cdc's** 298:15
623:15
**center** 26:17
27:19 351:17
352:19
**certain** 22:5,5
70:25,25
103:16 158:12
215:1 288:3
347:5,5 395:25
395:25 428:16
483:12 540:1
613:3
**certainly** 40:1
46:4 170:5
365:1 371:4
495:5
**certainty**
102:15 103:9
103:10 104:10
104:14,20
114:10 427:15
428:9,10
429:10,14,20
439:10
**certificate**
62:10 316:1
317:13 387:10
641:1 642:13
**certify** 316:5,8
641:5,8
**chain** 85:8
86:13 137:21
141:4 142:1,8

142:23 144:1
159:5,21 162:2
289:2 311:14
410:8 411:13
462:21 466:4
467:1,8,23
469:1 484:5,21
487:2 614:2
636:14
**chair** 23:20
26:2 28:6
348:20 351:2
353:6
**challenger**
92:21 417:21
**chance** 16:20
278:10 341:20
603:10
**change** 106:3
130:18 164:16
201:17 227:12
227:13 233:3
274:16 431:3
455:18 489:16
526:17 552:12
552:13 558:3
599:16
**changed** 69:10
97:18 274:23
394:10 422:18
599:23
**changes** 32:8
32:13,14 34:12
34:13,21,21

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 680 of 821

134:4 149:11
178:22 228:9
270:24 292:3,7
357:8,13,14
359:12,13,21
359:21 459:4
474:11 503:22
553:9 595:24
617:3,7
**chapter** 54:3
59:3 94:25
95:2,8 96:3,5
96:18 97:11,14
107:13,23
112:17,18,25
113:8 116:3,4
118:22 119:22
120:18 121:18
124:16,19,20
124:25 125:2
125:15,16
128:10,12,14
128:19,21,25
129:3 131:25
132:1 135:9,11
138:9 139:21
139:22 144:24
145:11,25
177:4 182:3
183:7,8,10,22
184:15,25
191:5 194:5
202:20 207:24
208:18 218:18

219:2 228:18
228:25 229:1
232:19 234:3,9
240:17,18,21
245:11 246:11
251:1,3,3,4,4,5
251:13 253:1
255:11 257:19
259:17 260:2
264:17,17
275:12 276:17
278:4,24,24
284:6,6 294:6
294:9,12
295:20 297:19
319:14 320:4
322:14 323:5
323:20 324:12
379:3 384:3
419:25 420:2,8
421:3,5,18
422:11,14
432:13,23
437:17,18,25
438:8 441:3,4
443:22 444:22
445:18 446:18
449:16,19,20
449:25 450:2
450:15,16
453:10,12,14
453:19,21,25
454:3 456:25
457:1 460:9,11

463:9 464:21
464:22 469:24
470:11,25
502:4 507:3
508:7,8,10,22
509:15,25
516:5 519:5
527:20 532:24
533:18 543:18
544:2 553:18
553:25 554:1
557:19 559:3,9
565:17,18,21
570:11 571:11
576:1,3,3,4,4,5
576:13 578:1
580:11 582:19
584:17 585:2
589:17,17
600:12 601:17
603:4,24,24
609:6,6 619:6
619:9,12
620:20 622:19
644:14 645:4
647:14 648:5
648:20 649:12
**chapters** 95:20
96:20 113:10
420:20 421:20
438:10
**characteristics**
210:16 213:4
535:16 538:4

**characterizati...**
163:22 259:18
260:5 261:11
324:13 488:22
584:18 585:5
586:11 649:13
**characterizati...**
234:4,14
323:22 559:4
559:14 648:22
**characterize**
208:1,20
322:16 533:1
533:20 647:16
**characterized**
291:1 616:1
**charged** 81:12
406:12
**chart** 94:19
119:20 215:22
272:14 419:19
444:20 540:22
597:14
**check** 217:17
284:12 288:9
542:17 609:12
613:9
**checked** 131:20
145:19,19
456:20 470:19
470:19
**checking** 216:3
541:3

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 681 of 821

**chef** 132:23 457:23
**chemist** 245:12 570:12
**chief** 73:11 398:11
**childhood** 116:16 441:16
**chloride** 15:12 102:1 192:24 253:9,20 254:4 254:13 258:1 340:12 427:1 517:24 578:9 578:20 579:4 579:13 583:1
**chlorinated** 16:14 317:23 341:14 642:23
**chris** 63:12,20 388:12,20
**chronologies** 212:10,14 261:2 266:8 537:10,14 586:2 591:8
**circumstances** 10:24 335:24
**citation** 132:15 457:15
**cite** 220:11 545:11
**cited** 221:7 222:10 241:25

546:7 547:10 566:25
**civil** 1:3 23:1 28:7 326:3 348:1 353:7
**cl** 49:19 277:16 318:25 324:23 374:19 602:16 643:25 649:23
**claimed** 280:4 605:4
**claiming** 181:21 506:21
**claims** 79:17,24 404:17,24
**clarified** 98:22 423:22
**clarify** 5:21 44:24 52:18 59:4,5 62:3 67:24 87:23 143:20 204:21 330:21 369:24 377:18 384:4,5 387:3 392:24 412:23 468:20 529:21
**clark** 190:22 515:22
**classified** 69:11 169:9 173:20 394:11 494:9 498:20

**classify** 80:18 405:18
**clean** 270:17 595:17
**cleaner** 6:14 14:23 19:19 287:18 331:14 339:23 344:19 612:18
**cleaners** 57:3 281:4 284:4 285:22 286:24 287:13 382:3 606:4 609:4 610:22 611:24 612:13
**cleaning** 154:24 219:17 221:3 479:24 544:17 546:3
**clear** 47:10 123:13 142:11 153:4 191:10 246:13 372:10 448:13 467:11 478:4 516:10 571:13
**clearance** 158:24,24 159:1 483:24 483:24 484:1
**clearing** 154:23 479:23

**clement** 7:17 8:7 14:8,15 15:6,17 16:1 16:21 17:22 18:10,19 20:22 22:10 85:4 87:14 282:13 282:16 292:1 297:20 299:15 300:24,25 301:6,11 311:8 311:13,13 312:12,23 313:8,17 314:11 325:10 332:17 333:7 339:8,15 340:6 340:17 341:1 341:21 342:22 343:10,19 345:22 347:10 410:4 412:14 607:13,16 617:1 622:20 624:15 625:24 625:25 626:6 626:11 636:8 636:13,13 637:12,23 638:8,17 639:11 650:10
**clement's** 84:14 84:15 85:1 87:6,15 299:8

Golkow Technologies,
A Veritext Division
877-370-3377          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 682 of 821

300:9 409:14
409:15 410:1
412:6,15 624:8
625:9
**clip** 229:6,8
554:6,8
**clj** 302:3,6
627:3,6
**clja** 29:8
107:15,24
128:2 133:11
137:8 154:4
157:6 288:13
295:14 299:17
311:2 318:6
319:16 320:6
320:10,23
321:2,9 322:1
325:2,6,14,19
354:8 432:15
432:24 453:2
458:11 462:8
479:4 482:6
613:13 620:14
624:17 636:2
643:6 644:16
645:6,10,23
646:2,9 647:1
650:2,6,14,19
**close** 73:23
186:11 198:6
202:24 276:19
398:23 511:11
523:6 527:24

601:19
**closed** 150:5
237:16,18
248:9 475:5
562:16,18
573:9
**closer** 38:16
186:10 291:18
363:16 511:10
616:18
**clw** 176:12
501:12
**coaching**
122:19 447:19
**coauthored**
14:18 339:18
**coauthors**
87:11 412:11
**code** 16:1 27:18
49:2 170:21
211:19 341:1
352:18 374:2
495:21 536:19
**coefficient**
275:1 600:1
**colleague** 313:9
638:9
**colleagues**
68:13 87:5
312:16 393:13
412:5 637:16
**collected** 112:7
229:14 242:5,9
253:10 258:1

437:7 554:14
567:5,9 578:10
583:1
**colon** 158:4
483:4
**colors** 95:16
420:16
**column** 200:1,1
201:4,5 254:2
307:14,19
525:1,1 526:4
526:5 579:2
632:14,19
**combination**
164:5 214:3
489:5 539:3
**combining**
114:11 439:11
**come** 32:13,14
34:20 76:3
80:21 103:14
137:24 138:10
158:23 171:18
207:1 214:19
277:9 305:3
357:13,14
359:20 401:3
405:21 428:14
462:24 463:10
483:23 496:18
532:1 539:19
602:9 630:3
**comes** 41:8,10
96:9 238:15

366:8,10 421:9
563:15
**comfortable**
123:19 164:8
171:9 448:19
489:8 496:9
**coming** 152:24
162:5 164:15
180:15 189:16
195:6 203:12
216:25 477:24
487:5 489:15
505:15 514:16
520:6 528:12
541:25
**comma** 102:14
427:14
**commandment**
85:10 410:10
**comment** 96:19
158:17 159:13
159:20 160:5
280:14 283:13
284:13 300:10
421:19 483:17
484:13,20
485:5 605:14
608:13 609:13
625:10
**comments** 83:3
84:10 86:17
277:23 283:15
408:3 409:10
411:17 602:23

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 683 of 821

608:15
**commission**
316:23 641:23
**committee**
23:21 91:19
312:13 348:21
416:19 637:13
**common**
114:18 439:18
**communicate**
170:9 495:9
**communicated**
171:4 496:4
**communicating**
170:5,14
306:10,13
495:5,14
631:10,13
**communication**
135:20 460:20
**communicati...**
120:7 445:7
**companions**
259:1 584:1
**compare**
198:11 206:13
235:7 250:20
271:9 276:7
523:11 531:13
560:7 575:20
596:9 601:7
**compared**
112:6 156:6
182:12 189:25

201:23,25
239:20 240:7
437:6 481:6
507:12 514:25
526:23,25
564:20 565:7
**compares**
282:12 607:12
**comparing**
151:7 165:11
174:12 175:8
175:10 177:12
177:15,21
180:12 181:9
182:16 276:10
476:7 490:11
499:12 500:8
500:10 502:12
502:15,21
505:12 506:9
507:16 601:10
**comparison**
15:16 16:7
340:16 341:7
**comparisons**
151:6 160:7
476:6 485:7
**compensate**
206:6 531:6
**compensated**
49:7,13 374:7
374:13
**compensating**
205:25 275:5

530:25 600:5
**compensation**
72:8 397:8
**compensations**
72:5 397:5
**competent**
28:23 312:15
313:9 353:23
637:15 638:9
**competition**
77:8 402:8
**complain**   305:2
630:2
**complaint**
305:20 630:20
**complete**   35:23
48:20 76:18
115:18 132:9
145:5 316:7
360:23 373:20
401:18 440:18
457:9 470:5
641:7
**completed**   73:5
112:16 113:6
145:10 250:8
398:5 437:16
438:6 470:10
575:8
**completely**
175:4 202:25
500:4 527:25
**completeness**
130:1,8 455:1

455:8
**complex**
177:25 252:10
258:22 312:4
502:25 577:10
583:22 637:4
**complexities**
302:8 627:8
**complexity**
111:1 302:10
436:1 627:10
**complicated**
290:17 615:17
**compliments**
311:16 636:16
**components**
19:25 220:9
344:25 545:9
**compose**   55:16
380:16
**compound**
114:20 115:4
115:10,14
177:25 439:20
440:4,10,14
502:25
**compounds**
16:14 116:13
121:2 259:19
260:6 317:24
324:16 341:14
441:13 446:2
584:19 585:6
642:24 649:16

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 684 of 821

**comprehensive**
262:4,14
266:23 267:9
267:20 587:4
587:14 591:23
592:9,20
**computation**
249:24 252:10
252:22 283:18
283:22 284:14
284:20 574:24
577:10,22
608:18,22
609:14,20
**computational**
24:9 64:9
193:7 261:24
349:9 389:9
518:7 586:24
**computationa...**
262:5 267:2
271:23 587:5
592:2 596:23
**compute** 117:7
121:13 183:3
193:5,22
248:20 273:4
281:25 442:7
446:13 508:3
518:5,22
573:20 598:4
606:25
**computed**
40:20 54:4

251:11 263:18
264:20,21,21
264:23,25
265:2,3,6,9
280:22 281:11
281:18 282:6
284:9 288:7,7
365:20 379:4
576:11 588:18
589:20,21,21
589:23,25
590:2,3,6,9
605:22 606:11
606:18 607:6
609:9 613:7,7
**computer**
98:25 99:4,8
129:25 130:5,7
280:5 423:25
424:4,8 454:25
455:5,7 605:5
**concentration**
40:16 108:22
109:4 118:3,4
160:25 161:5,6
162:11 163:4
163:12,13
164:12 176:22
176:25 177:2
178:17,23
181:6 182:12
183:6,10
185:21 187:16
193:6 194:22

194:24 195:15
200:10 202:11
202:15 203:2,9
204:7 231:16
262:11 279:18
279:23 280:7
280:19 288:10
365:16 433:22
434:4 443:3,4
485:25 486:5,6
487:11 488:4
488:12,13
489:12 501:22
501:25 502:2
503:17,23
506:6 507:12
508:6,10
510:21 512:16
518:6 519:22
519:24 520:15
525:10 527:11
527:15 528:2,9
529:7 556:16
587:11 604:18
604:23 605:7
605:19 613:10
**concentrations**
18:11,21,24
19:14 21:3,10
21:18 40:2,5
42:25 43:16
44:9 101:25
102:10,12
103:7 104:8,13

106:12,13
108:14 117:6
121:12 123:4
123:16 125:11
139:15 140:12
160:9,12 165:1
166:13 168:22
168:23 169:2
177:7 180:3,21
192:23 193:23
195:3,24 200:4
202:4 203:14
226:10 229:20
245:25 255:23
257:10 261:5
261:14 264:3
265:19 266:11
266:18 268:17
271:1 275:11
296:19 297:1
297:14 343:11
343:21,24
344:14 346:3
346:10,18
365:2,5 367:25
368:16 369:9
426:25 427:10
427:12 428:7
429:8,13
431:12,13
433:14 442:6
446:12 448:4
448:16 450:11
464:15 465:12

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 685 of 821

485:9,12 490:1
491:13 493:22
493:23 494:2
502:7 505:3,21
517:23 518:23
520:3,24 525:4
527:4 528:14
551:10 554:20
570:25 580:23
582:10 586:5
586:14 589:3
590:19 591:11
591:18 593:17
596:1 600:11
621:19 622:1
622:14
**concept** 61:25
207:5 281:23
386:25 532:5
606:23
**concepts**
187:25 512:25
**conceptual**
166:15,16,21
170:20 185:3
491:15,16,21
495:20 510:3
**conceptualiz...**
291:5 616:5
**conceptualized**
106:5 431:5
**conceptualizes**
289:15 614:15

**conceptualizi...**
113:25 438:25
**conceptually**
290:4 309:15
615:4 634:15
**concern** 162:6
279:16 487:6
604:16
**concerned**
43:14 142:14
368:14 467:14
**concerns** 278:7
278:8 279:21
283:16 296:3,5
301:7 303:8
603:7,8 604:21
608:16 621:3,5
626:7 628:8
**conclude** 67:8
196:7 392:8
521:7
**concluded**
65:18 67:11
234:22 390:18
392:11 559:22
**concludes**
101:20 315:16
426:20 640:16
**conclusion**
83:18 105:1
117:24 165:22
175:6,10
204:11 408:18
430:1 442:24

490:22 500:6
500:10 529:11
**conclusions**
22:5 153:12
155:20 347:5
478:12 480:20
**concrete**
195:11 221:22
238:2,11
520:11 546:22
563:2,11
**conditions**
107:13 133:10
157:3 319:14
320:21 321:21
432:13 458:10
482:3 644:14
645:21 646:21
**conduct** 103:12
125:18 260:23
262:21 268:3
428:12 450:18
585:23 587:21
593:3
**conducted** 15:2
117:19 120:3
162:10 263:12
263:21 264:18
265:6,12 340:2
442:19 445:3
487:10 588:12
588:21 589:18
590:6,12

**conducting**
44:11 57:11
65:4 116:10
120:25 228:6
261:21 369:11
382:11 390:4
441:10 445:25
553:6 586:21
**conductivity**
285:11 610:11
**cone** 308:1,15
308:19 633:1
633:15,19
**conference**
246:17 571:17
**confidence**
79:11 110:12
123:7 187:23
187:23 188:9
190:4 207:9
273:4 303:18
303:20 404:11
435:12 448:7
512:23,23
513:9 515:4
532:9 598:4
628:18,20
**confident**
114:22 123:21
190:3 439:22
448:21 515:3
**confidential**
58:10 89:15
383:10 414:15

Golkow Technologies,
877-370-3377                          A Veritext Division                          www.veritext.com
Case 7:23-cv-00897-RJ      Document 352-5      Filed 04/17/25      Page 686 of 821

**confirm** 29:16
354:16
**confirming**
267:14 592:14
**confused**
145:13 470:13
**confusing**
178:3,6 503:3
503:6
**congress** 2:16
91:12 92:4
327:16 416:12
417:4
**connected** 88:2
221:25 413:2
546:25
**consensus**
152:19 477:19
**conservation**
181:5 193:8
194:2,7,8
506:5 518:8
519:2,7,8
**conserved**
194:11 519:11
**consider** 64:6
99:9,13,14,15
99:22,25 100:2
100:14,17
101:3 153:14
155:22 156:19
246:22 389:6
424:9,13,14,15
424:22,25

425:2,14,17
426:3 478:14
480:22 481:19
571:22
**consideration**
305:21 630:21
**considered**
35:23 36:20
79:15 142:13
262:12 267:7
267:18 268:1
271:15 360:23
361:20 404:15
467:13 587:12
592:7,18 593:1
596:15
**considering**
156:11 481:11
**consist** 111:5
436:5
**consisted** 111:7
436:7
**consistent** 17:5
18:6 60:23
67:2 220:6
275:22,24
342:5 343:6
385:23 392:2
545:6 600:22
600:24
**consolidated**
212:7 537:7
**constant** 114:4
114:5 279:17

279:22 286:14
287:14,15,24
287:25 288:6
439:4,5 604:17
604:22 611:14
612:14,15,24
612:25 613:6
**constituent**
252:6 577:6
**constituents**
252:7 577:7
**constructed**
105:6 106:4
430:6 431:4
**construction**
221:20 546:20
**consultant**
151:10 189:6
476:10 514:6
**consultants**
126:1 152:11
153:13 154:3,9
155:20 321:7
451:1 477:11
478:13 479:3,9
480:20 646:7
**consulting**
24:17 45:4
49:17 77:9
79:6 89:8,15
190:15 318:23
349:17 370:4
374:17 402:9
404:6 414:8,15

515:15 643:23
**contact** 88:5,9
89:2,10,21
167:14 305:12
413:5,9 414:2
414:10,21
492:14 630:12
**contain** 138:24
199:16 463:24
524:16
**contained** 8:1,4
90:22 102:3
140:13 146:10
274:9 315:3,4
315:5 333:1,4
415:22 427:3
465:13 471:10
599:9 640:3,4
640:5
**containing**
56:15 381:15
**containment**
19:18 344:18
**contains**
101:12 149:17
426:12 474:17
**contaminant**
8:3 14:19 15:1
15:4 16:13
18:11,20,23
19:13 21:2,10
21:18 40:7,16
42:16,21 56:9
100:1,9,11

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 687 of 821

| | | | |
|---|---|---|---|
| 101:25 102:16 | 425:11 426:25 | 220:15 221:15 | 174:16 176:6,9 |
| 106:12,13 | 427:16 431:12 | 222:6 223:7,15 | 176:16 179:22 |
| 107:9,19 | 431:13 432:9 | 223:23 224:13 | 180:2 183:14 |
| 111:14 133:6 | 432:19 436:14 | 228:19 261:1,3 | 185:10 199:18 |
| 156:24 165:25 | 458:6 481:24 | 261:16 266:7,9 | 199:19 203:8 |
| 166:23,24 | 490:25 491:23 | 266:20 286:19 | 204:9,19 |
| 167:7 176:21 | 491:24 492:7 | 287:17 307:7 | 206:10 223:2 |
| 176:25 180:19 | 501:21,25 | 307:13,18 | 441:13 442:9 |
| 180:20 187:12 | 505:19,20 | 308:11,17 | 442:10,11 |
| 195:3 206:23 | 512:12 520:3 | 309:12 323:6 | 444:1,17 |
| 207:20 211:21 | 531:23 532:20 | 442:7,21 443:1 | 446:14 449:13 |
| 220:2 221:1 | 536:21 545:2 | 446:12 455:14 | 451:13 466:22 |
| 222:17 223:4 | 546:1 547:17 | 456:2 471:21 | 473:3 492:3 |
| 226:5 228:14 | 548:4 551:5 | 472:9 491:25 | 499:16 501:6,9 |
| 233:24 259:13 | 553:14 558:24 | 502:18,20 | 501:16 504:22 |
| 260:20 261:5 | 584:13 585:20 | 518:7,23 | 505:2 508:14 |
| 261:12 263:15 | 586:5,12 | 519:10,20 | 510:10 524:18 |
| 264:2,15 | 588:15 589:2 | 545:15 546:15 | 524:19 528:8 |
| 266:11 270:25 | 589:15 591:11 | 547:6 548:7,15 | 529:9,19 |
| 274:24 288:10 | 595:25 599:24 | 548:23 549:13 | 531:10 548:2 |
| 296:18 310:13 | 613:10 621:18 | 553:19 586:1,3 | **contamination** |
| 317:21 319:6 | 635:13 642:21 | 586:16 591:7,9 | 14:25 15:24 |
| 319:20 320:13 | 644:6,20 | 591:20 611:19 | 47:13 179:24 |
| 321:13 322:5 | 645:13 646:13 | 612:17 632:7 | 185:23 232:1 |
| 322:21 323:11 | 647:5,21 | 632:13,18 | 232:10 296:6,9 |
| 324:3 333:3 | 648:11 649:3 | 633:11,17 | 312:13 339:25 |
| 339:19 340:1,4 | **contaminants** | 634:12 648:6 | 340:24 372:13 |
| 341:13 343:11 | 117:7,21 118:1 | **contaminated** | 504:24 510:23 |
| 343:20,23 | 121:12 130:14 | 116:13 117:9 | 557:1,10 621:6 |
| 344:13 346:2 | 131:2 146:21 | 117:10,11 | 621:9 637:13 |
| 346:10,18 | 147:9 166:25 | 119:1,17 | **contention** |
| 365:7,16 | 177:18,20 | 121:14 124:13 | 152:6 477:6 |
| 367:16,21 | 193:7,23 | 126:13 141:22 | **context**  25:3,11 |
| 381:9 425:1,9 | 194:10,20 | 148:3 167:3 | 27:11,24 28:15 |

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 688 of 821

53:9 78:5
163:16 177:15
186:1 300:24
350:3,11
352:11,24
353:15 378:9
403:5 488:16
502:15 511:1
625:24
**continue** 52:11
94:10 136:19
184:8 233:14
273:23 295:10
302:4 307:19
377:11 419:10
461:19 509:8
558:14 598:23
620:10 627:4
632:19
**continued** 3:1
194:14,18,19
204:14 328:1
519:14,18,19
529:14
**continues** 46:7
203:24 239:22
371:7 528:24
564:22
**continuing**
77:13 296:6
402:13 621:6
**continuity**
181:5 193:8
194:2,6,8

506:5 518:8
519:2,6,8
**continuous**
198:24 523:24
**continuously**
183:17 297:3
508:17 622:3
**contrast** 152:6
477:6
**contributed**
95:18 420:18
**contributing**
95:1,7 113:11
203:6 420:1,7
438:11 528:6
**contribution**
77:21 402:21
**contributor**
180:4 505:4
**control** 117:2
188:3 442:2
513:3
**controlled**
169:10 494:10
**controls** 48:7
373:7
**convened**
152:12 477:12
**converge** 227:1
552:1
**conversation**
27:10 57:4,22
59:7 60:7
140:9 246:2

249:10 304:22
352:10 382:4
382:22 384:7
385:7 465:9
571:2 574:10
629:22
**conversations**
10:22 60:21
62:7 64:1 65:7
92:3,4 140:17
298:22 299:20
335:22 385:21
387:7 389:1
390:7 417:3,4
465:17 623:22
624:20
**conveyed** 305:9
630:9
**cooperative**
23:3,5 66:10
66:12,18 348:3
348:5 391:10
391:12,18
**cooperatively**
23:12 348:12
**coordinated**
95:8,25 158:10
158:13,16
420:8,25
483:10,13,16
**coordinating**
96:2 158:14
421:2 483:14

**coordination**
95:3 420:3
**copied** 171:16
496:16
**copies** 29:19
39:7 354:19
364:7
**copy** 8:13,16
14:11 32:23
33:1 34:8 35:6
35:8,12,18,20
36:13 48:16
71:8 85:21
92:25 107:1
120:19 148:18
279:4,10,11
300:1,3,4,14,15
333:13,16
339:11 357:23
358:1 359:8
360:6,8,12,18
360:20 361:13
373:16 396:8
410:21 417:25
432:1 445:19
473:18 604:4
604:10,11
625:1,3,4,14,15
**corps** 26:16,17
27:18 74:17
107:11,22
116:14 118:11
121:3 124:13
133:8 151:9

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 689 of 821

157:1 189:7 190:17 207:11 207:23 228:17 234:2 259:16 296:24 319:10 320:2,17 321:17 322:12 323:3,18 324:10 351:16 351:17 352:18 399:17 432:11 432:22 441:14 443:11 446:3 449:13 458:8 476:9 482:1 514:7 515:17 532:11,23 553:17 559:2 584:16 621:24 644:10 645:2 645:17 646:17 647:12 648:3 648:18 649:10

**correct** 5:12 12:9,10,22 21:19 22:15,19 23:14,18,23 24:12,13 25:4 25:12,13,18,19 28:16 29:25 30:1,3,4,7,8,11 31:3,13,17,18 32:13 33:8,13 33:14,17,18,21 33:25 34:17,22 35:10,16,20 37:1,17,18,20 37:22 38:11 39:2 40:2,3,5 42:9 43:2,3,4,5 46:15,16,18,19 51:10,11 53:8 54:9 60:19 62:16 64:3 66:8,9 67:23 68:4,11,15,16 68:19,20 69:1 69:2,6,7 70:16 71:16,21 72:18 73:10 76:24 78:17 79:1 85:5 86:2,6,8 86:14,17 87:7 87:8,17,18 88:3 91:13,17 92:15 94:23 95:4,23 97:5,8 97:9 98:13 99:2 101:10 102:19 110:17 110:21 111:12 111:13,15,16 111:19 112:12 113:16,21 116:4,8 117:18 118:17 119:18 119:22,25 120:15 121:16 121:19,20,22 122:2,10 124:5 124:6 126:14 128:14 129:3 132:15 134:1,9 135:10 138:2 141:6 142:20 142:21 143:4,8 143:11 144:9 147:20 149:20 150:1,7,19 151:1,5,8,15,16 153:3,6,7 154:9,10,12 155:5 157:25 158:6,7 159:6 159:22,23 160:2,14 162:2 162:3 163:13 169:21 170:2,6 170:15 171:1 172:21 174:6 179:22,23 180:7 184:13 185:14 186:3 191:13 192:3 194:14 198:5 198:19,20 200:18 203:15 203:22,25 205:4,7,15,16 205:21,22,24 206:11 208:17 208:22,23 209:13,18,19 210:4,5 211:7 211:14 213:11 214:8,13 215:14,19 218:2,13,25 219:5,15 220:13 221:5 223:24 224:1 225:10,11 229:2,3,22,24 230:8,9,18,19 230:23 231:11 231:13 234:12 236:2 237:1,13 240:11,14 241:13 243:24 244:14,19 248:18 249:3 253:11 254:9 254:18 255:17 255:20,25 256:4,5 257:6 257:7,11,14,15 257:21 258:9 258:12,15 260:3,9,14,15 260:17 261:19 264:24 265:9 265:10 267:9 268:13,20 269:12,16,17 270:2,20 271:20 272:10

| | | | |
|---|---|---|---|
| 275:20 277:20 | 368:2,3,4,5 | 449:6 451:14 | 536:14 538:11 |
| 277:25 278:8 | 371:15,16,18 | 453:14 454:3 | 539:8,13 |
| 281:20 282:8 | 371:19 376:10 | 457:15 459:1,9 | 540:14,19 |
| 285:3,4,19,23 | 376:11 378:8 | 460:10 463:2 | 543:2,13,25 |
| 285:24,25 | 379:9 385:19 | 466:6 467:20 | 544:5,15 |
| 286:1,4,5,7,14 | 387:16 389:3 | 467:21 468:4,8 | 545:13 546:5 |
| 287:19 289:3,6 | 391:8,9 392:23 | 468:11 469:9 | 548:24 549:1 |
| 290:7,8,11,12 | 393:4,11,15,16 | 472:20 474:20 | 550:10,11 |
| 290:15 295:22 | 393:19,20 | 475:1,7,19 | 554:2,3,22,24 |
| 302:17 310:13 | 394:1,2,6,7 | 476:1,5,8,15,16 | 555:8,9,18,19 |
| 310:16,24 | 395:16 396:16 | 478:3,6,7 | 555:23 556:11 |
| 311:17 312:20 | 396:21 397:18 | 479:9,10,12 | 556:13 559:12 |
| 312:22,22 | 398:10 401:24 | 480:5 482:25 | 561:2 562:1,13 |
| 313:2,3 314:17 | 403:17 404:1 | 483:6,7 484:6 | 565:11,14 |
| 330:12 337:9 | 410:5 411:2,6 | 484:22,23 | 566:13 568:24 |
| 337:10,22 | 411:8,14,17 | 485:2,14 487:2 | 569:14,19 |
| 346:19 347:15 | 412:7,8,17,18 | 487:3 488:13 | 573:18 574:3 |
| 347:19 348:14 | 413:3 416:13 | 494:21 495:2,6 | 578:11 579:9 |
| 348:18,23 | 416:17 417:15 | 495:15 496:1 | 579:18 580:17 |
| 349:12,13 | 419:23 420:4 | 497:21 499:6 | 580:20,25 |
| 350:4,12,13,18 | 420:23 422:5,8 | 504:22,23 | 581:4,5 582:6 |
| 350:19 353:16 | 422:9 423:13 | 505:7 509:13 | 582:7,11,14,15 |
| 354:25 355:1,3 | 424:2 426:10 | 510:14 511:3 | 582:21 583:9 |
| 355:4,7,8,11 | 427:19 435:17 | 516:13 517:3 | 583:12,15 |
| 356:3,13,17,18 | 435:21 436:12 | 519:14 523:5 | 585:3,9,14,15 |
| 357:13 358:8 | 436:13,15,16 | 523:19,20 | 585:17 586:19 |
| 358:13,14,17 | 436:19 437:12 | 525:18 528:15 | 589:24 590:9 |
| 358:18,21,25 | 438:16,21 | 528:22,25 | 590:10 592:9 |
| 359:17,22 | 441:4,8 442:18 | 530:4,7,15,16 | 593:13,20 |
| 360:10,16,20 | 443:17 444:18 | 530:21,22,24 | 594:12,16,17 |
| 362:1,17,18,20 | 444:22,25 | 531:11 533:17 | 595:2,20 |
| 362:22 363:11 | 445:15 446:16 | 533:22,23 | 596:20 597:10 |
| 364:2 365:2,3 | 446:19,20,22 | 534:13,18,19 | 600:20 602:20 |
| 365:5 367:9 | 447:2,10 449:5 | 535:4,5 536:7 | 602:25 603:8 |

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 691 of 821

606:20 607:8
610:3,4,19,23
610:24,25
611:1,4,5,7,14
612:19 614:3,6
615:7,8,11,12
615:15 620:22
627:17 635:13
635:16,24
636:17 637:20
637:22,22
638:2,3 639:17
**corrected** 97:18
149:8 276:17
276:19 422:18
474:8 601:17
601:19
**corrections**
31:16 33:20
356:16 358:20
**correctly** 20:7
23:17 49:10,11
59:25 72:10
86:1 91:20
102:6,18
116:17,23
117:9 121:5,15
124:14 130:10
130:15,22
131:3,7 138:3
141:23 142:5
142:17 143:3
152:14,25
153:17 155:2

155:25 160:15
161:6 191:23
193:17 210:23
212:18 216:9
219:20 220:3
220:12,21
248:15 261:7
261:18 262:17
267:22 275:15
280:1,2,8,24
281:4,13
283:19,25
284:24 289:23
312:17 345:7
348:17 374:10
374:11 384:25
397:10 411:1
416:20 427:6
427:18 441:17
441:23 442:9
446:5,15
449:14 455:10
455:15,22
456:3,7 463:3
466:23 467:5
467:17 468:3
477:14,25
478:17 480:2
480:25 485:15
486:6 516:23
518:17 535:23
537:18 541:9
544:20 545:3
545:12,21

573:15 586:7
586:18 587:17
592:22 600:15
605:1,2,8,24
606:4,13
608:19,25
609:24 614:23
637:17
**corresponden...**
40:22 137:7
288:12 293:2
311:1 321:1
325:1,18
365:22 462:7
613:12 618:2
636:1 646:1
650:1,18
**council** 82:21
301:12 312:13
407:21 626:12
637:13
**council's** 83:3
408:3
**counsel** 1:17
2:1 30:15
136:22 144:11
233:16 298:15
306:23,25
316:9 326:17
327:1 355:15
461:22 469:11
558:16 623:15
631:23,25
641:9

**count** 75:14,21
311:6 400:14
400:21 636:6
**counted** 75:3
400:3
**county** 316:13
641:13
**couple** 10:4
14:12 20:23
23:10 55:9
57:17 59:21
60:2 62:14
73:15 74:9,9
83:7 85:23
100:21 286:22
287:1,17 310:1
335:4 339:12
345:23 348:10
380:9 382:17
384:21 385:2
387:14 398:15
399:9,9 408:7
410:23 425:21
611:22 612:1
612:17 635:1
**course** 24:22
59:19 62:7
63:11 64:17,22
65:9 79:5
104:2 139:7
170:25 274:23
279:1 287:5
293:2 302:15
349:22 384:19

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 692 of 821

387:7 388:11
389:17,22
390:9 404:5
429:2 464:7
495:25 599:23
604:1 612:5
618:2 627:15
**courses** 76:9
77:14 100:8
401:9 402:14
425:8
**court** 1:1 4:7
4:23 6:3,10,15
46:8 47:10,14
47:17 82:7,9
82:15 107:5
302:22 303:6
326:1 329:7,23
331:3,10,15
371:8 372:10
372:14,17
407:7,9,15
432:5 627:22
628:6
**cover** 135:9,10
460:9,10
**cpa** 50:14
375:14
**credibility**
283:17 608:17
**credit** 53:1
146:3 378:1
471:3

**critical** 115:18
440:18
**critique** 84:2
85:11 409:2
410:11
**critiques** 86:17
157:24 411:17
482:24
**crunch** 251:18
576:18
**crystal** 47:10
372:10
**cstr** 183:17
508:17
**cubic** 276:20
601:20
**cumulative**
71:19 396:19
**current** 42:7
130:2,9 160:21
163:2 367:7
455:2,9 485:21
488:2
**currently** 38:23
92:8 128:23
363:23 417:8
453:23
**curriculum**
48:17,24
373:17,24
**custodian**
134:23 459:23
**cv** 1:3 4:4 72:11
74:21 76:19

326:3 329:4
397:11 399:21
401:19
**cycled** 180:9
505:9
**cycling** 202:23
527:23

**d**

**d** 317:1 642:1
**d.bolton** 2:11
327:11
**d.wre** 35:2
318:16 360:2
643:16
**dab** 283:9
608:9
**dad** 10:6 335:6
**daily** 38:12
39:22 40:5,15
187:2,5,5
206:22 209:6
209:11,21
210:2 211:5
212:5 213:3
214:10 363:12
364:22 365:5
365:15 512:2,5
512:5 531:22
534:6,11,21
535:2 536:5
537:5 538:3
539:10

**dark** 94:24
95:17 419:24
420:17
**data** 16:25 17:9
18:1 38:15
39:16 55:17
56:11 57:3
67:10 81:24
84:7 105:5,18
105:21,22,24
105:25 106:2,2
109:25 110:3,5
115:16,21
117:1,17 121:7
125:9 130:4,6
167:11,11,12
167:20 172:17
172:19,23
173:5,13,14,18
174:2,8,13,19
174:19 175:13
175:19,20
179:13 186:19
186:22,23,25
187:21,22
189:12,13
190:1 196:6,11
196:12,14,15
196:16,20,21
197:9 198:14
200:15,22
201:10,13
207:8,10,13
209:7,11,16

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 693 of 821

| | | | |
|---|---|---|---|
| 210:11,13,22 | 380:17 381:11 | 539:10,13 | 219:23,23 |
| 211:1,16,24 | 382:3 392:10 | 545:6 548:20 | 220:5,10 225:3 |
| 212:1,10,13,21 | 406:24 409:7 | 549:11,11 | 225:6,9,10,14 |
| 212:21 213:6,7 | 430:5,18,21,22 | 557:12,15 | 225:17 226:5 |
| 213:8,20 | 430:24,25 | 559:4,14 | 226:11,13,16 |
| 214:10,13 | 431:2,2 434:25 | 563:16,20,21 | 226:17,21 |
| 220:6 223:20 | 435:3,5 440:16 | 563:23 566:20 | 227:1,6,15 |
| 224:11,11 | 440:21 442:1 | 566:21 571:18 | 228:1 236:23 |
| 232:12,15 | 442:17 446:7 | 571:25 572:14 | 285:22 286:3 |
| 234:4,14 | 450:9 455:4,6 | 572:25 573:4,5 | 289:22 311:19 |
| 238:16,20,21 | 492:11,11,12 | 573:12,19,25 | 326:12 329:4 |
| 238:23 241:20 | 492:20 497:17 | 575:25 576:10 | 360:11,12 |
| 241:21 246:18 | 497:19,23 | 576:10 577:4 | 375:8 380:24 |
| 246:25 247:14 | 498:5,13,14,18 | 585:22,24 | 381:21 391:24 |
| 247:25 248:4,5 | 499:2,8,13,19 | 586:11 587:3 | 391:24 392:15 |
| 248:12,19,25 | 499:19 500:13 | 587:23 588:11 | 413:19 460:12 |
| 250:25 251:10 | 500:19,20 | 588:23 589:1 | 463:8 474:10 |
| 251:10 252:4 | 504:13 511:19 | 591:6 592:1 | 543:23 544:4 |
| 260:22,24 | 511:22,23,25 | 596:9 597:5 | 544:23,23 |
| 261:11 262:3 | 512:21,22 | 605:5,17 | 545:5,10 550:3 |
| 262:23 263:11 | 514:12,13 | 606:24 608:24 | 550:6,9,10,14 |
| 263:23 264:1 | 515:1 521:6,11 | 609:3,4,9,13,19 | 550:17 551:5 |
| 266:6 267:1 | 521:12,14,15 | 609:21 613:2 | 551:11,13,16 |
| 271:9 272:5 | 521:16,20,21 | 613:11 614:20 | 551:17,21 |
| 280:5,17 | 522:9 523:14 | 616:3,12 | 552:1,6,15 |
| 281:24 283:24 | 525:15,22 | 628:10 638:17 | 553:1 561:23 |
| 284:3,4,9,13,19 | 526:10,13 | 648:22 | 610:22 611:3 |
| 284:21 288:2 | 532:8,10,13 | **date** 1:12 4:4 | 614:22 636:19 |
| 288:11 289:20 | 534:7,11,16 | 35:11,12 50:8 | **dated** 29:7 |
| 291:3,12 | 535:11,13,22 | 55:24 56:21 | 32:18 35:9 |
| 303:10 313:17 | 536:1,16,24 | 66:24,24 67:15 | 36:16 135:1 |
| 323:22 341:25 | 537:1,10,13,21 | 88:19 135:12 | 145:13 277:13 |
| 342:9 343:1 | 537:21 538:6,7 | 138:8 149:10 | 277:20 289:1,2 |
| 363:15 364:16 | 538:8,20 | 218:23 219:4 | 318:4,9 324:19 |

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 694 of 821

354:7 357:18
360:9 361:16
460:1 470:13
602:13,20
614:1,2 643:4
643:9 649:19
**dates** 139:13,13
142:3 223:5
229:21 243:4
261:3,15 266:9
266:19 464:13
464:13 467:3
548:5 554:21
568:4 586:3,15
591:9,19
**david** 28:8,22
150:16 353:8
353:22 475:16
**davis** 9:23
24:11,14,20
25:6,10,14
28:2 334:23
349:11,14,20
350:6,10,14
353:2
**davis's** 9:17
334:17
**day** 11:2 40:10
40:13 49:9
53:22 56:22
84:12 107:13
133:1,10 157:3
169:9 173:8
176:3,8 186:4

186:12 197:24
199:3 204:8
205:9 206:2
208:1,21
250:15 263:7
281:12 282:11
283:9 285:15
286:6,8,9,12,14
287:15,24
288:3,4 298:16
316:12 319:13
320:20 321:20
322:17 336:2
365:10,13
374:9 378:22
381:22 409:12
432:13 458:1
458:10 482:3
494:9 498:8
501:3,8 511:4
511:12 522:24
524:3 529:8
530:9 531:2
533:1,21
575:15 588:7
606:12 607:11
608:9 610:15
611:6,8,9,12,14
612:15,24
613:3,4 623:16
641:12 644:13
645:20 646:20
647:17

**day's** 204:7
205:11 529:7
530:11
**days** 40:9 87:25
88:14,16 182:6
201:25 365:9
412:25 413:14
413:16 507:6
526:25
**dc** 2:23 3:4,8
327:23 328:4,8
**dce** 15:12 102:1
192:23 253:8,8
253:8,9,9
254:20,24,24
255:5 257:25
340:12 427:1
517:23 578:8,8
578:8,9,9
579:20,24,24
580:5 582:25
**dealing** 150:5
475:5
**dean** 2:3 4:12
4:12,22,25
8:16,18 11:5
11:22 12:13
13:17 17:8
19:3 21:5,20
22:3 30:12,22
31:4,7 32:10
32:24 40:19
41:18 42:2
43:10,25 44:22

45:8,12,16
46:2 47:1,20
49:1 50:23
54:16,22 58:9
59:23 61:16
62:18 80:1,14
81:17 82:22
83:5 88:4 89:7
89:14,19 93:16
100:5 103:11
104:25 106:19
107:6 109:14
109:18,21
110:6 114:14
115:11 122:3
122:11,15
123:10 125:6
126:6,15,19
127:17 129:6
131:4,16 132:2
133:2,21
134:10 135:3
136:9 141:7
143:19 144:2,5
147:11 148:20
155:6 162:14
164:19 165:8
168:15 170:16
171:2 177:24
180:17 183:1
190:12 194:16
196:8 198:9
202:18 204:20
213:17 215:4,6

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 695 of 821

| | | | |
|---|---|---|---|
| 228:4 236:3,13 | 357:24 365:19 | 505:17 508:1 | 142:25 462:12 |
| 236:15 239:9 | 366:18 367:2 | 515:12 519:16 | 466:20 467:9 |
| 239:11 241:19 | 368:10,25 | 521:8 523:9 | 467:25 |
| 242:24 245:5 | 369:22 370:8 | 527:18 529:20 | **debate** 188:16 |
| 250:5 254:22 | 370:12,16 | 538:17 540:4,6 | 302:9 513:16 |
| 255:7 262:24 | 371:2 372:1,20 | 553:4 561:3,13 | 627:9 |
| 264:4 265:13 | 374:1 375:23 | 561:15 564:9 | **debbie** 306:21 |
| 266:1 267:11 | 379:16,22 | 564:11 566:19 | 631:21 |
| 267:21,25 | 383:9 384:23 | 567:24 570:5 | **deborah** |
| 269:21 270:3,9 | 386:16 387:18 | 575:5 579:22 | 137:22,24 |
| 271:2,7 272:15 | 405:1,14 | 580:7 587:24 | 141:6 144:12 |
| 279:12 291:10 | 406:17 407:22 | 589:4 590:13 | 306:12,20 |
| 292:13,16 | 408:5 413:4 | 591:1 592:11 | 462:22,24 |
| 293:14,25 | 414:7,14,19 | 592:21,25 | 466:6 469:12 |
| 294:18,22,25 | 418:16 425:5 | 594:21 595:3,9 | 631:12,20 |
| 295:10,16 | 428:11 429:25 | 596:2,7 597:15 | **decade** 68:3 |
| 296:7,20 | 431:19 432:6 | 604:12 616:10 | 73:7 393:3 |
| 299:24 300:5,6 | 434:14,18,21 | 617:13,16 | 398:7 |
| 303:24 304:7 | 435:6 439:14 | 618:14,25 | **deceased** 92:17 |
| 304:16 305:7 | 440:11 447:3 | 619:18,22,25 | 417:17 |
| 305:23 306:1 | 447:11,15 | 620:10,16 | **december** |
| 306:16,19 | 448:10 450:6 | 621:7,20 | 57:18 70:14 |
| 309:24 310:7 | 451:6,15,19 | 624:24 625:5,6 | 72:20 132:8 |
| 313:10 314:5 | 452:17 454:6 | 628:24 629:7 | 210:4 211:6 |
| 315:9 317:8,12 | 456:4,16 457:2 | 629:16 630:7 | 240:14 241:6 |
| 327:3 329:12 | 458:2,21 | 630:23 631:1 | 241:11,15 |
| 329:12,22,25 | 459:10 460:3 | 631:16,19 | 242:14,15 |
| 333:16,18 | 461:9 466:7 | 634:24 635:7 | 243:13,13 |
| 336:5,22 | 468:19 469:2,5 | 638:10 639:5 | 245:2,3 247:4 |
| 337:13 338:17 | 472:11 473:20 | 640:9 642:8,12 | 247:6,16,17 |
| 342:8 344:3 | 480:6 487:14 | **deanna** 3:14 | 248:8,10 309:2 |
| 346:5,20 347:3 | 489:19 490:8 | 328:14 | 382:18 395:14 |
| 355:12,22 | 493:15 495:16 | **deb** 137:12 | 397:20 457:8 |
| 356:4,7 357:10 | 496:2 502:24 | 141:20 142:9 | 535:4 536:6 |

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 696 of 821

565:14 566:6
566:11,15
567:14,15
568:13,13
570:2,3 572:4
572:6,16,17
573:8,10 634:2
**decide** 79:3
287:23 404:3
612:23
**decided** 53:5,17
61:15 113:10
158:20 171:14
378:5,17
386:15 438:10
483:20 496:14
**decimal** 182:7
275:11 507:7
600:11
**decision** 83:13
96:14,17
132:13 153:14
155:22 165:4
190:9 408:13
421:14,17
457:13 478:14
480:22 490:4
515:9
**decisions** 168:4
171:13 493:4
496:13
**decline** 280:7
280:19 282:3
605:7,19 607:3

**declines** 279:18
279:23 604:18
604:23
**decreased**
176:25 501:25
**decreases**
178:22 503:22
**decreasing**
177:20 308:9,9
502:20 633:9,9
**dee** 35:2 318:16
360:2 643:16
**defects** 116:16
441:16
**defend** 81:16
81:21 406:16
406:21
**defendant** 2:19
327:19
**defendants**
1:17 326:17
**defending**
81:19 82:3,15
82:20 298:7
406:19 407:3
407:15,20
623:7
**defense's** 9:18
334:18
**defer** 150:20,23
250:1 475:20
475:23 575:1
**define** 192:6
517:6

**defined** 191:16
516:16
**definitely**
246:24 292:1
571:24 617:1
**definition**
148:10 195:6
273:1 302:23
473:10 520:6
598:1 627:23
**definitions**
62:20 387:20
**definitive**
247:14 572:14
**definitively**
258:19 583:19
**degradation**
253:17 281:11
281:13,18
282:7 578:17
606:11,13,18
607:7
**degraded**
281:16 606:16
**degree** 104:9
272:2 283:17
313:24 429:9
597:2 608:17
638:24
**delineating**
219:11 220:24
544:11 545:24
**delivered** 123:5
191:18 210:20

448:5 516:18
535:20
**delivering**
178:8 503:8
**delivery** 178:9
503:9
**demonstrating**
247:15 248:6
572:15 573:6
**dennis** 258:22
583:22
**density** 274:8
274:11,18,22
274:25 275:4
275:16 276:3
276:13,15,18
599:8,11,18,22
599:25 600:4
600:16 601:3
601:13,15,18
**department**
2:21 3:2,6 5:10
57:8 73:2
140:1,9,17
157:4,24 158:3
158:4 160:5,22
190:17 207:12
298:9 299:22
305:4,10
306:14 321:22
327:21 328:2,6
330:10 382:8
398:2 465:1,9
465:17 482:4

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 697 of 821

482:24 483:3,4
485:5,22
515:17 532:12
623:9 624:22
630:4,10
631:14 646:22
**depending** 40:9
54:15 70:20
105:2,12
226:11 292:23
365:9 379:15
395:20 430:2
430:12 551:11
617:23
**depends** 105:4
106:3 430:4
431:3
**depiction**
310:12,22
635:12,22
**depo** 59:24
122:13 384:24
447:13
**deponent** 34:4
318:12 359:4
643:12
**deposed** 10:19
13:11 298:19
335:19 338:11
623:19
**deposited**
261:3 266:9
586:3 591:9

**deposition** 1:11
4:2 5:12,18 6:1
7:6 9:6,11
10:16 11:1
12:25 13:3,4
13:24 14:2,5
22:14 29:6,24
30:19 31:2,13
31:24 32:17
33:3,6,10,15,21
33:23 34:10,14
34:17,21 38:7
46:1 49:24
54:15 62:16
65:13,16 78:12
78:16 82:20
88:24 91:11
96:24 138:20
250:8 260:25
266:6 292:23
293:9 298:4,8
298:12 302:25
303:1 313:14
314:22 315:16
318:3,8 326:11
329:2 330:12
330:18 331:1
332:6 334:6,11
335:16 336:1
337:25 338:3,4
338:24 339:2,5
347:14 354:6
354:24 355:19
356:2,13,24

357:17 358:3,6
358:10,15,21
358:23 359:10
359:14,17,21
363:7 371:1
374:24 379:15
387:16 390:13
390:16 403:12
403:16 407:20
413:24 416:11
421:24 463:20
575:8 585:25
591:6 617:23
618:9 623:4,8
623:12 627:25
628:1 638:14
639:22 640:16
643:3,8
**depositions**
9:22,25 10:9
22:14 24:11
46:3 49:9
334:22,25
335:9 347:14
349:11 371:3
374:9
**depression**
308:2,15,19
633:2,15,19
**derived** 268:17
593:17
**describe** 22:1
77:25 78:3
347:1 402:25

403:3
**described**
27:23 112:3
113:12 193:15
212:25 275:17
303:10 352:23
437:3 438:12
518:15 537:25
600:17 628:10
**describing**
215:19 540:19
**descriptions**
234:4,13 261:4
266:10 323:21
559:4,13 586:4
591:10 648:21
**designed** 169:1
494:1
**desire** 81:2,4
406:2,4
**detail** 15:7 22:7
22:16 152:12
340:7 347:7,16
477:12
**detailed** 209:6
209:11 534:6
534:11
**details** 16:6
20:4 130:19
193:15 341:6
345:4 455:19
518:15
**detected** 241:4
241:7,11,16

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 698 of 821

243:20 244:7
244:13 253:21
254:4,13,20
255:5 566:4,7
566:11,16
568:20 569:7
569:13 578:21
579:4,13,20
580:5
**detection**
229:23,24
230:2,6,15
231:1,10,14
241:17 242:1
244:8 254:5,14
254:20 258:18
258:20 259:5
554:23,24
555:2,6,15
556:1,10,14
566:17 567:1
569:8 579:5,14
579:20 583:18
583:20 584:5
**detections**
242:22 244:17
567:22 569:17
**determination**
177:21 188:22
502:21 513:22
**determinations**
42:17 47:18
125:4 127:15
367:17 372:18

450:4 452:15
**determine**
19:14 119:14
124:11 126:12
174:13 218:9
344:14 444:14
449:11 451:12
499:13 543:9
**determined**
155:4,10 193:1
239:16,25
284:10 480:4
480:10 518:1
564:16,25
609:10
**determining**
18:12,22,23
19:2 21:3,19
151:14 156:17
190:10 261:10
343:12,22,23
344:2 346:3,19
476:14 481:17
515:10 586:10
**develop** 278:25
603:25
**developed** 16:2
16:23 17:24
26:25 99:17
212:17 213:23
341:2,23
342:24 351:25
424:17 537:17
538:23

**developer**
27:15 139:11
352:15 464:11
**developers**
26:23 351:23
**developing**
18:15 22:2
26:17 56:8
166:16 169:12
170:4,23
188:13 343:15
347:2 351:17
381:8 491:16
494:12 495:4
495:23 513:13
**development**
16:15 47:3
68:5 207:25
208:19 219:25
220:7,19
222:15,21
317:25 322:15
341:15 372:3
393:5 532:25
533:19 544:25
545:7,19
547:15,21
642:25 647:15
**devin** 2:8 327:8
**dft** 16:12 29:6
32:17 34:3
35:1 36:7
49:17 70:3
107:8,17 128:1

133:5 137:7
154:1 156:23
207:18 228:12
233:22 259:11
277:13 288:12
295:13 299:14
311:1 317:20
318:3,8,11,14
318:17,22
319:2,5,18
320:8,12,25
321:4,12 322:3
322:19 323:9
324:1,19,25
325:4,9,17
341:12 354:6
357:17 359:3
360:1 361:7
374:17 395:3
432:8,17 453:1
458:5 462:7
479:1 481:23
532:18 553:12
558:22 584:11
602:13 613:12
620:13 624:14
636:1 642:20
643:3,8,11,14
643:17,22
644:2,5,18
645:8,12,25
646:4,12 647:3
647:19 648:9
649:1,19,25

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 699 of 821

650:4,9,17
**difference**
105:23 133:24
238:5 275:16
430:23 458:24
563:5 600:16
**differences**
103:23 134:13
156:6 428:23
459:13 481:6
**different** 21:11
62:20 74:19
77:8 81:11
90:13,15 95:16
105:9 111:24
112:2 113:22
127:5 135:7
166:22,23
167:2 178:6,7
192:7 195:6
214:19 218:2
237:7 270:25
276:5 288:3
291:4 295:6
309:11,13
346:11 387:20
399:19 402:8
406:11 415:13
415:15 420:16
430:9 436:24
437:2 438:22
452:5 460:7
491:22,23
492:2 503:6,7

517:7 520:6
539:19 543:2
562:7 595:25
601:5 613:3
616:4 620:6
634:11,13
**differently** 83:2
251:15 302:17
408:2 576:15
627:17
**digital** 71:9
396:9
**direct** 55:19
92:2 150:12
157:12 196:22
240:22 255:14
277:2 281:2
380:19 417:2
475:12 482:12
521:22 565:22
580:14 602:2
606:2
**directing**
229:17 554:17
**directly** 21:22
27:6 59:17
92:3 108:24
111:25 128:25
236:19 346:22
352:6 384:17
417:3 433:24
436:25 453:25
561:19

**director** 22:24
63:21 85:19,20
135:21 143:18
159:10,14
347:24 388:21
410:19,20
460:21 468:18
484:10,14
**disagree**
283:15 608:15
**disagreed**
303:11 628:11
**disagreement**
303:9 628:9
**disappear**
205:20 530:20
**disclaimer**
128:17 129:17
129:20 131:24
132:6,15
133:10,18
134:5,8 137:2
137:3,15,23,24
138:16,17
141:1,5,13,15
142:24 143:7
143:11 144:18
145:24 146:12
146:15,19
147:6 304:10
304:19 305:6
306:4,11,15
320:21 453:17
454:17,20

456:24 457:6
457:15 458:10
458:18 459:5,8
462:2,3,15,23
462:24 463:16
463:17 466:1,5
466:13,15
467:24 468:7
468:11 469:18
470:24 471:12
471:15,19
472:6 629:10
629:19 630:6
631:4,11,15
645:21
**disclaimers**
135:24 146:10
460:24 471:10
**disclosed** 33:12
53:13 58:7
89:9 358:12
378:13 383:7
414:9
**disclosure**
292:10,20
617:10,20
**discourse** 84:6
409:6
**discovery**
55:17 380:17
**discuss** 10:17
18:16 61:23
89:17 152:5
335:17 343:16

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 700 of 821

386:23 414:17
477:5
**discussed** 18:10
18:19 19:12
35:22 72:6,21
78:13,20 79:19
129:2 144:24
152:12 200:17
205:13 209:15
221:9 239:19
240:8 244:3
250:12,13
278:14,17
313:14 343:10
343:19 344:12
360:22 397:6
397:21 403:13
403:20 404:19
454:2 469:24
477:12 525:17
530:13 534:15
546:9 564:19
565:8 569:3
575:12,13
603:14,17
638:14
**discussing**
136:25 137:15
171:1,17
191:11 197:21
199:2 289:5,8
461:25 462:15
496:1,17
516:11 522:21

524:2 614:5,8
**discussion** 38:6
47:12 56:19
65:12 97:17
163:19 172:22
172:25 174:5
202:8 219:2
260:13,14
295:24 296:22
363:6 372:12
381:19 390:12
422:17 488:19
497:22,25
499:5 527:8
544:2 585:13
585:14 620:24
621:22
**discussions**
25:2 55:10
66:20 171:21
350:2 380:10
391:20 496:21
**disease** 63:22
388:22
**disposal** 219:17
221:2 223:1
261:2 266:8
544:17 546:2
548:1 586:2
591:8
**disposed** 224:6
549:6
**disproving**
198:19 523:19

**dispute** 51:6,22
72:2 274:15
376:6,22 397:2
599:15
**disqualify**
125:13 450:13
**dissertation**
23:20 348:20
**dissolved** 289:9
614:9
**distinction**
237:20 562:20
**distributed**
118:4 167:4
204:14 443:4
492:4 529:14
**distributing**
165:17 490:17
**distribution**
64:7,9 65:3
99:6 100:15,18
100:20 101:2
105:15,16
107:10,19
111:18,22
133:7 149:25
150:4 152:8
153:16 155:24
156:25 165:21
176:8 179:11
182:5 185:4,23
190:21 191:2
193:14 195:8
197:15 202:2

204:3 206:21
207:20 228:14
233:24 259:13
274:25 319:8
319:22 320:15
321:15 322:7
322:23 323:13
324:5 389:7,9
390:3 424:6
425:15,18,20
426:2 430:15
430:16 432:10
432:19 436:18
436:22 458:7
474:25 475:4
477:8 478:16
480:24 481:25
490:21 501:8
504:11 507:5
510:4,23
515:21 516:2
518:14 520:8
522:15 527:2
529:3 531:21
532:20 553:14
558:24 584:13
599:25 644:8
644:22 645:15
646:15 647:7
647:23 648:13
649:5
**district** 1:1,1
326:1,1

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 701 of 821

**division** 1:2
138:13 326:2
463:13
**divorced** 168:4
493:4
**doctor** 17:13
22:18 122:21
342:13 347:18
447:21
**document** 1:7
49:23 70:10
85:7,14,22
113:3 123:11
125:9 128:7
129:9 135:2
137:5 141:8
143:22,23,25
144:25 146:19
153:20 176:12
212:7 220:11
263:1 292:11
300:8 326:7
374:23 395:10
410:7,14,22
438:3 448:11
450:9 453:7
454:9 460:2
462:5 466:8
468:22,23,25
469:25 471:19
478:20 501:12
537:7 545:11
588:1 617:11
625:8

**documentation**
245:18 570:18
**documented**
284:6 609:6
**documents** 9:5
11:15 57:7,8
60:18 83:8
90:1 118:25
134:14 135:7
135:18 138:14
148:17 168:7
168:10 212:9
215:8 293:7
334:5 336:15
382:7,8 385:18
408:8 415:1
443:25 459:14
460:7,18
463:14 473:17
493:7,10 537:9
540:8 618:7
**dog** 308:20,21
633:20,21
**doing** 56:18
67:16 81:12
99:18 150:25
151:3,6 168:14
170:20 187:19
189:2 200:19
292:4,5 381:18
392:16 406:12
424:18 475:25
476:3,6 493:14
495:20 512:19

514:2 525:19
617:4,5
**doj** 30:16 36:24
39:14 53:15
57:6 135:19
292:18 355:16
361:24 364:14
378:15 382:6
460:19 617:18
**doj's** 37:25
97:22 149:23
285:16 362:25
422:22 474:23
610:16
**dollars** 71:20
72:1 396:20
397:1
**domain** 273:2
598:2
**don** 160:22
485:22
**dose** 7:18 65:23
68:19,21 73:13
332:18 390:23
393:19,21
398:13
**dot** 272:10
597:10
**dots** 256:13
581:13
**double** 217:17
542:17
**dover** 8:7 15:8
16:16,21 78:8

80:22 91:5
100:21,23
105:19 125:25
282:18 318:1
333:7 340:8
341:16,21
403:8 405:22
416:5 425:21
425:23 430:19
450:25 607:18
643:1
**download**
142:4 467:4
**downstream**
20:2 345:2
**dr** 7:17 8:7
9:15,16,17,19
9:19,20,22,23
9:23,23 10:3
10:11 13:2,13
13:15,20 16:1
17:14 22:19
23:17 24:3,24
25:9,20,23,25
26:22 27:6,24
28:2,5,9,21
36:25,25 37:2
37:7,13,19,21
37:24 52:23
53:10 55:4,7
63:15,19,21
65:19 84:15
85:1,4,18,19
87:4,6,15,21

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 702 of 821

88:1,2 89:25
90:2,3 91:2,24
92:11 93:19
144:22 145:23
150:16,21
151:7,8 153:9
169:23 170:2,2
170:5,15 171:1
171:12 189:6
190:16,22,22
190:22 213:23
250:13 274:6
275:17 277:14
277:23,24
278:7,16
279:15,20
280:14,20
282:13,16
285:18 292:19
299:8 300:9,24
300:25 301:6
301:11 307:24
311:8,13
312:12,23,25
313:8,17,18
314:11 324:21
332:17 333:7
334:15,16,17
334:19,19,20
334:22,23,23
334:23 335:3
335:11 338:2
338:13,15,20
341:1 342:14

347:19 348:17
349:3,24 350:9
350:20,23,25
351:22 352:6
352:24 353:2,5
353:9,21
361:25,25
362:2,7,13,19
362:21,24
377:23 378:10
380:4,7 388:15
388:19,21
390:19 409:15
410:1,4,18,19
412:4,6,15,21
413:1,2 414:25
415:2,3 416:2
416:24 417:11
418:19 469:22
470:23 475:16
475:21 476:7,8
478:9 494:23
495:2,2,5,15
496:1,12 514:6
515:16,22,22
515:22 538:23
575:13 599:6
600:17 602:14
602:23,24
603:7,16
604:15,20
605:14,20
607:13,16
610:18 617:19

624:8 625:9,24
625:25 626:6
626:11 632:24
636:8,13
637:12,23,25
638:8,17,18
639:11 649:21
**draft**  86:23
  141:5,15
  411:23 466:5
  466:15
**drafted**  120:6
  145:21 278:8
  445:6 470:21
  603:8
**drafting**  131:14
  144:9 456:14
  469:9
**drawn**  272:14
  597:14
**dressing**  247:9
  572:9
**driller**  236:20
  561:20
**drink**  29:4
  354:4
**drinking**  44:10
  107:10,20
  116:13 117:10
  117:11 118:25
  119:17 121:3
  121:15 123:4
  124:13 133:7
  148:3,8,9,9

156:25 191:22
191:22 207:21
212:7 228:15
233:25 259:14
312:13 319:8
319:22 320:15
321:15 322:7
322:23 323:13
324:5 369:10
432:10,20
441:13 442:10
442:11 443:25
444:17 446:3
446:15 448:4
449:13 458:7
473:3,8,9,9
481:25 516:22
516:22 532:21
537:7 553:15
558:25 584:14
637:13 644:8
644:22 645:15
646:15 647:7
647:23 648:13
649:5
**drive**  71:7
  396:7
**driving**  177:9
  177:10 232:1,9
  502:9,10 557:1
  557:9
**drop**  275:4
  307:20 600:4
  632:20

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 703 of 821

**dropping**
307:14 632:14
**dry** 14:23
19:19 219:17
221:3 284:4
339:23 344:19
544:17 546:3
609:4
**due** 149:8
154:25 155:11
211:16 282:4
474:8 479:25
480:11 536:16
607:4
**dug** 221:23
546:23
**duly** 5:4 330:4
**duplicate** 38:9
52:24 65:15
104:5 250:14
363:9 377:24
390:15 429:5
575:14
**duration** 117:8
121:13 224:19
442:8 446:13
549:19

**e**

**e** 27:3 59:10,18
62:9 64:1
78:13 89:5
90:2,3,7,8 92:7
135:19,25

136:1,2 137:7
137:12,14,18
137:22 140:25
141:20 142:22
143:9,10 144:4
144:10 145:13
168:7 170:7
171:17 284:6
288:12,25
289:1,5 304:10
304:13 306:24
311:1,7,12,13
314:14 317:1
317:16 320:25
324:25 325:17
352:3 384:10
384:18 387:9
389:1 403:13
414:5 415:2,3
415:7,8 417:7
460:19,25
461:1,2 462:7
462:12,14,18
462:22 465:25
466:20 467:22
468:9,10 469:4
469:10 470:13
493:7 495:7
496:17 609:6
613:12,25
614:1,5 629:10
629:13 631:24
636:1,7,12,13
639:14 642:1

642:16 645:25
649:25 650:17
**earlier** 21:12
22:12 119:21
129:2 143:5
144:7 226:13
226:15 250:12
251:25 264:8
294:5 304:1,2
346:12 347:12
444:21 454:2
468:5 469:7
551:13,15
575:12 576:25
589:8 619:5
629:1,2
**early** 26:14
68:6 186:23,24
186:24 200:17
201:15 296:9
351:14 393:6
511:23,24,24
525:17 526:15
621:9
**earnest** 66:16
391:16
**easier** 140:14
183:8 465:14
508:8
**east** 296:14
621:14
**eastern** 1:1
279:2 326:1
604:2

**ebell** 2:14
327:14
**edb** 14:24
339:24
**edit** 142:12
467:12
**edited** 142:25
144:12 467:25
469:12
**editorial**
300:10,10
301:25 625:10
625:10 626:25
**editorially** 85:1
410:1
**edits** 96:20
120:9 148:22
421:20 445:9
473:22
**edrp** 65:22,23
66:1 73:14
390:22,23
391:1 398:14
**education**
77:13 402:13
**edward** 2:12
4:14 327:12
329:14
**effect** 161:2
163:9,9 226:4
486:2 488:9,9
551:4
**effects** 119:16
121:1 124:12

Golkow Technologies,
877-370-3377  A Veritext Division  www.veritext.com
Case 7:23-cv-00897-RJ  Document 352-5  Filed 04/17/25  Page 704 of 821

444:16 446:1
449:12
**effluent**  154:20
155:1,12 195:3
479:20 480:1
480:12 520:3
**eight**  176:3,8
229:21 262:2
501:3,8 554:21
587:2
**either**  20:11
25:6 28:1
30:15 38:2
42:7 54:23
57:8 67:17
74:17 96:20
97:19 98:4,5
124:24 159:10
170:23 175:23
189:19,22
199:4 213:6
214:21 236:19
296:18 298:12
345:11 350:6
353:1 355:15
363:2 367:7
379:23 382:8
392:17 399:17
421:20 422:19
423:4,5 449:24
484:10 495:23
500:23 514:19
514:22 524:4
538:6 539:21

561:19 621:18
623:12
**electronic**
69:19 71:6,8
394:19 396:6,8
**elevated**  175:24
500:24
**elizabeth**
245:13,19
570:13,19
**elliott**  290:22
615:22
**emergency**
237:24 239:1
562:24 564:1
**emory**  76:4,10
401:4,10
**emphasis**
160:24 162:16
163:3 485:24
487:16 488:3
**emphasizes**
160:25 163:5
485:25 488:5
**empirical**  220:6
545:6
**employed**  30:3
69:3,9 70:11
306:22 355:3
394:3,9 395:11
631:22
**employee**  69:6
70:3,8,9 72:5
299:21 319:3

394:6 395:3,8
395:9 397:5
624:21 644:3
**employees**
132:24 457:24
**enclosing**
277:23 602:23
**ended**  11:14
188:4 282:10
336:14 513:4
607:10
**ends**  143:20
205:20 468:20
530:20
**energy**  76:21
401:21
**engineer**  24:17
49:18 93:11
318:23 349:17
374:18 418:11
643:23
**engineering**
16:24 17:25
23:2 27:19
28:7,25 102:15
103:9,10,13,18
104:10,14,20
156:15 165:23
165:24 167:9
178:25 182:1
189:2 213:22
287:11 291:12
341:24 342:25
348:2 352:19

353:7,25
427:15 428:9
428:10,13,18
429:10,14,20
481:15 490:23
490:24 492:9
503:25 507:1
514:2 538:22
612:11 616:12
**engineers**
26:16 27:19
62:12 76:22
77:6,7 351:16
352:19 387:12
401:22 402:6,7
**ensminger**
59:11,18 60:5
60:20,25 62:7
62:17 63:5
90:19 384:11
384:18 385:5
385:20,25
387:7,17 388:5
415:19
**enter**  138:25
142:3 463:25
467:3
**entered**  203:13
204:13 528:13
529:13
**entering**
194:10 202:11
202:16 203:2
519:10 527:11

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 705 of 821

527:16 528:2
**enters** 137:25
462:25
**entire** 10:14
77:19 83:14
140:15 178:7
313:15 335:14
402:19 408:14
465:15 503:7
638:15
**entirely** 282:4
607:4
**entirety** 10:12
335:12
**entitled** 16:13
22:6 101:19
158:2 229:12
242:3 255:20
260:14 317:22
341:13 347:6
426:19 483:2
554:12 567:3
580:20 585:14
642:22
**entries** 57:17
59:9 241:2,14
382:17 384:9
566:2,14
**entry** 57:2,20
178:14 237:4
241:6,10 382:2
382:20 503:14
562:4 566:6,10

**environmental**
22:25 23:1
28:7 62:12
76:20,22 77:6
93:11 151:10
152:11 153:12
154:3,8,9
290:18 321:6
347:25 348:1
353:7 387:12
401:20,22
402:6 418:11
476:10 477:11
478:12 479:3,8
479:9 615:18
646:6
**epa** 220:10
221:7 222:12
545:10 546:7
547:12
**epanet** 99:5,8
182:4 206:21
424:5,8 507:4
531:21
**epi** 60:23 83:15
118:17 120:4
164:18 165:6
168:11 170:13
385:23 408:15
443:17 445:4
489:18 490:6
493:11 495:13
**epidemiologic**
188:2 513:2

**epidemiologi...**
116:11 117:2
117:17 118:15
120:25 121:8
122:1,10 123:8
125:12 160:21
160:23 162:9
162:23 163:3
163:24 164:22
187:10 227:2
441:11 442:2
442:17 443:15
445:25 446:8
447:1,10 448:8
450:12 485:21
485:23 487:9
487:23 488:3
488:24 489:22
512:10 552:2
**epidemiologist**
63:7 117:22
122:25 123:14
123:18 135:21
156:21 161:17
162:23 164:7
169:20,22
388:7 442:22
447:25 448:14
448:18 460:21
481:21 486:17
487:23 489:7
494:20,22
**epidemiologi...**
42:24 44:13,15

48:10 67:13
87:2,11 122:7
122:24 125:10
161:20 169:15
171:5 315:7
367:24 369:13
369:15 373:10
392:13 412:2
412:11 447:7
447:24 450:10
486:20 494:15
496:5 640:7
**epidemiology**
48:7 164:4
166:11 169:5
188:3,11,12
373:7 489:4
491:11 494:5
513:3,11,12
**equal** 195:15
272:24 273:1
281:10 520:15
597:24 598:1
606:10
**equally** 40:12
365:12
**equating**
211:18 536:18
**equation** 166:1
194:6 281:19
491:1 519:6
606:19
**equations**
112:4 167:6,8

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 706 of 821

173:14 183:10
184:23,24
194:3,4 274:25
437:4 492:6,8
498:14 508:10
509:23,24
519:3,4 599:25
**equipment**
261:24 586:24
**equivalent**
182:6 507:6
**errata** 31:17,20
33:20 34:4,9
34:12 318:13
356:17,20
358:20 359:4,9
359:12 643:13
**erroneous**
246:23 571:23
**error** 110:5
114:1 173:11
274:15,17
275:17 435:5
439:1 498:11
599:15,17
600:17
**errors** 103:23
274:9 428:23
599:9
**especially**
77:18 245:22
313:22 402:18
570:22 638:22

**essentially**
65:22 274:14
390:22 599:14
**estimate** 21:2
21:18 43:22
50:7 71:19
126:2 139:14
139:14 141:21
160:24 163:4
201:7,8 210:10
210:14 211:15
211:17 212:22
252:16,21
258:21,24
279:16,21
282:7 284:22
346:2,18
368:22 375:7
396:19 451:2
464:14,14
466:21 485:24
488:4 526:7,8
535:10,14
536:15,17
537:22 577:16
577:21 583:21
583:24 604:16
604:21 607:7
609:22
**estimated** 40:2
40:5 43:23
148:2 154:24
161:4 163:12
253:24 257:9

283:7,7 365:2
365:5 368:23
473:2 479:24
486:4 488:12
578:24 582:9
608:7,7
**estimates** 40:16
117:3 121:9
124:10 140:12
154:20 166:12
365:16 442:3
446:9 449:10
465:12 479:20
491:12
**estimating**
18:11,20 19:13
42:15 43:8
343:11,20
344:13 367:15
368:8
**estimation**
154:2 321:5
479:2 646:5
**et** 221:8 546:8
**ethene** 16:14
317:24 341:14
642:24
**ethylbenzene**
229:13 242:4
554:13 567:4
**evaluate**
116:11 120:25
441:11 445:25

**evaluation**
69:12 70:19
394:12 395:19
**events** 316:10
641:10
**everybody** 71:7
396:7
**everyday**
303:22 628:22
**evidence** 179:7
197:16 198:18
504:7 522:16
523:18
**ewri** 35:2
318:16 360:2
643:16
**exact** 41:9
67:15 90:23
196:18 275:9
366:9 392:15
415:23 521:18
600:9
**exactly** 30:17
37:11 39:8
58:2 59:13
85:24 183:22
186:3 355:17
362:11 364:8
383:2 384:13
410:24 508:22
511:3
**examination**
5:5 293:24
310:5 314:4

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 707 of 821

| | | | |
|---|---|---|---|
| 317:5,7,9,11 | 566:24 | 624:1 | 295:9,13,19 |
| 330:5 618:24 | **excerpt** 160:6 | **executable** | 297:22,24 |
| 635:5 639:4 | 485:6 | 27:17 352:17 | 299:13,14 |
| 642:5,7,9,11 | **excerpts** | **executive** | 300:7 304:9,14 |
| **example** 23:10 | 152:17 477:17 | 112:22 138:9 | 304:18 310:8 |
| 59:3 66:13 | **exchange** 84:13 | 437:22 463:9 | 310:11,25 |
| 77:9 98:1 | 137:12 141:1 | **exhibit** 16:10 | 311:1,5 314:7 |
| 105:14 114:2 | 141:19 311:7 | 16:12,19 22:10 | 317:20 318:3,8 |
| 134:13 156:7 | 311:13 409:13 | 29:6,12,23 | 318:11,14,17 |
| 166:21 173:6 | 462:12 466:1 | 32:16,17 34:3 | 318:22 319:2,5 |
| 179:21 182:14 | 466:19 636:7 | 34:8,25 35:1 | 319:18 320:8 |
| 216:24,25 | 636:13 | 36:6,7,12 | 320:12,25 |
| 238:6 301:5 | **exchanged** | 49:16,17 70:2 | 321:4,12 322:3 |
| 302:7 303:12 | 59:10 384:10 | 70:3 107:8,17 | 322:19 323:9 |
| 348:10 384:3 | **exchanges** | 116:5 120:18 | 324:1,19,25 |
| 391:13 402:9 | 78:13 403:13 | 127:25 128:1,8 | 325:4,9,17 |
| 423:1 430:14 | **exchanging** | 133:5,15,17 | 341:10,12,19 |
| 439:2 459:13 | 59:18 384:18 | 134:9 135:8 | 347:10 354:6 |
| 481:7 491:21 | **excuse** 34:18 | 137:1,2,2,3,6,7 | 354:12,23 |
| 498:6 504:21 | 112:20 124:21 | 137:11 142:9 | 357:16,17 |
| 507:14 541:24 | 149:19 178:23 | 144:23 146:25 | 359:3,8,25 |
| 541:25 563:6 | 193:4 204:16 | 148:15 149:4 | 360:1 361:6,7 |
| 626:5 627:7 | 209:24 212:11 | 154:1,8,8 | 361:12 374:16 |
| 628:12 | 230:5 239:6 | 156:23 157:10 | 374:17 395:2,3 |
| **exceeded** 71:20 | 258:6 276:2 | 191:4 207:18 | 432:8,17 441:5 |
| 119:1 396:20 | 279:18 294:9 | 208:5,7,13 | 445:18 452:25 |
| 444:1 | 299:1 359:18 | 218:17 228:11 | 453:1,8 458:5 |
| **excel** 200:11,12 | 437:20 449:21 | 228:12,24 | 458:15,17 |
| 216:5 525:11 | 474:19 503:23 | 232:20 233:21 | 459:9 460:8 |
| 525:12 541:5 | 518:4 529:16 | 233:22 259:10 | 462:1,2,2,3,6,7 |
| **excellence** | 534:24 537:11 | 259:11 260:1 | 462:11 467:9 |
| 76:20 401:20 | 555:5 564:6 | 277:12,13,20 | 469:23 471:25 |
| **exception** 91:4 | 583:6 601:2 | 288:12,17 | 473:15 474:4 |
| 241:24 416:4 | 604:18 619:9 | 294:6,14,17,19 | 479:1,8,8 |

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 708 of 821

| | | | |
|---|---|---|---|
| 481:23 482:10 | 275:18 535:11 | **expert** 7:10 | 189:16,18,20 |
| 516:4 532:18 | 541:7,16 | 8:10,25 9:4,13 | 189:21 190:17 |
| 533:5,7,13 | 548:23 549:14 | 9:18 10:20 | 192:15 197:17 |
| 543:17 553:11 | 600:18 | 11:20 24:23 | 277:16 284:8 |
| 553:12,24 | **existed** 260:22 | 25:8 28:13 | 285:17 291:21 |
| 557:20 558:21 | 585:22 | 33:12 35:1,9 | 301:12 318:14 |
| 558:22 584:10 | **existence** 296:5 | 36:13 37:9 | 318:25 324:23 |
| 584:11 585:1 | 621:5 | 38:1,3,5,18,24 | 332:10 333:10 |
| 602:12,13,20 | **existing** 275:25 | 39:7 42:7,12 | 333:25 334:4 |
| 613:12,17 | 600:25 | 43:1 45:3,4 | 334:13,18 |
| 619:6,14,17,19 | **exists** 110:1 | 46:11,14,15 | 335:20 336:20 |
| 620:9,13,19 | 217:4 248:6 | 47:2,23 48:9 | 349:23 350:8 |
| 622:22,24 | 435:1 542:4 | 48:14 49:19 | 353:13 358:12 |
| 624:13,14 | 573:6 | 50:2 52:23 | 360:1,9 361:13 |
| 625:7 629:9,14 | **expect** 175:17 | 55:2,18 63:12 | 362:9 363:1,3 |
| 629:18 635:8 | 175:18 303:21 | 64:20,24 72:7 | 363:5,18,24 |
| 635:11,25 | 307:18 500:17 | 72:12 78:24 | 364:7 367:7,12 |
| 636:1,5 639:7 | 500:18 628:21 | 79:3,16,21 | 368:1 370:3,4 |
| 642:20 643:3,8 | 632:18 | 81:15 82:5 | 371:11,14,15 |
| 643:11,14,17 | **expected** | 89:9,9,15 92:1 | 372:2,23 373:9 |
| 643:22 644:2,5 | 175:24 500:24 | 94:16 98:3,12 | 373:14 374:19 |
| 644:18 645:8 | **expedite** 127:2 | 98:16,20 99:10 | 375:2 377:23 |
| 645:12,25 | 452:2 | 99:13,14,22,25 | 380:2,18 |
| 646:4,12 647:3 | **expend** 74:17 | 100:4,7,14,17 | 388:12 389:20 |
| 647:19 648:9 | 399:17 | 101:4,7,9 | 389:24 397:7 |
| 649:1,19,25 | **expenses** 50:6 | 117:20 127:8 | 397:12 403:24 |
| 650:4,9,17 | 51:10,15 375:6 | 127:10 146:5 | 404:3,16,21 |
| **exhibits** 9:8 | 376:10,15 | 149:23 151:13 | 406:15 407:5 |
| 304:20 314:22 | **experience** 5:16 | 152:12,19 | 414:9,9,15 |
| 334:8 629:20 | 99:18 190:23 | 153:6,14,22,23 | 417:1 419:16 |
| 639:22 | 330:16 424:18 | 155:21 175:14 | 423:3,12,16,20 |
| **exist** 210:11 | 515:23 | 177:1,2 179:10 | 424:10,13,14 |
| 216:7,16 | **experiment** | 182:9 183:15 | 424:22,25 |
| 223:23 224:14 | 92:20 417:20 | 188:17 189:5,7 | 425:4,7,14,17 |

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 709 of 821

426:4,7,9
442:20 452:8
452:10 471:5
474:23 476:13
477:12,19
478:6,14,22,23
480:21 500:14
502:1,2 504:10
507:9 508:15
513:17 514:5,7
514:16,18,20
514:21 515:17
517:15 522:17
602:16 609:8
610:17 616:21
626:12 643:14
643:25 649:23
**expertise** 80:24
150:24 151:15
405:24 475:24
476:15
**experts** 22:13
22:18 36:25
39:14 70:23
89:22 97:23
127:11 151:12
165:20,21
190:21 274:20
292:21,25
347:13,18
361:25 364:14
395:23 414:22
422:23 452:11
476:12 490:20

490:21 515:21
599:20 617:21
617:25
**expires** 316:23
641:23
**explain** 80:5
81:4 183:8
296:2 302:22
303:6 405:5
406:4 508:8
621:2 627:22
628:6
**explained**
30:14 83:7
90:5 279:25
283:21 307:24
355:14 408:7
415:5 604:25
608:21 632:24
**explaining**
81:23,23 82:4
85:16 275:14
406:23,23
407:4 410:16
600:14
**explanation**
82:3 292:22
407:3 617:22
**explosion** 92:21
417:21
**exposed** 148:13
161:1 163:9
473:13 486:1
488:9

**exposure** 7:18
18:12,16,17,22
19:2,14 20:1
21:4,19 42:17
43:8,22 47:18
48:5 65:23
68:18,21 73:13
79:17,24 117:1
117:3,8 119:13
119:16 121:7
121:14 124:10
124:12 125:4
126:2,13
127:15 130:13
131:1 139:15
141:22 146:21
147:8,18,21
148:2,4,5,6,7
148:10,10
156:17 161:1,2
161:3 163:5,10
163:11,25
332:18 343:12
343:16,17,22
344:2,14 345:1
346:4,19
367:17 368:8
368:22 372:18
373:5 390:23
393:18,21
398:13 404:17
404:24 442:1,3
442:8 444:13
444:16 446:7

446:14 449:10
449:12 450:4
451:2,13
452:15 455:13
456:1 464:15
466:22 471:21
472:8,18,21
473:2,4,5,6,7
473:10,10
481:17 486:1,2
486:3 488:5,10
488:11,25
**exposures**
43:23 116:12
121:1,9 139:15
368:23 441:12
446:1,9 464:15
**express** 123:7
127:19 169:3
448:7 452:19
494:3
**extent** 150:17
281:8 475:17
606:8
**external** 96:8,9
146:7 221:6
278:1 421:8,9
471:7 546:6
603:1
**extra** 291:24
300:1,3 616:24
625:1,3
**extremely**
282:12 607:12

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 710 of 821

| | | | |
|---|---|---|---|
| **eye** 90:6 415:6 | 430:5 431:6 | 488:11 490:2 | 432:19 436:14 |
| **f** | 601:2 | **farm** 289:14 | 438:18,20 |
| **f** 59:3 277:14 | **failed** 160:10 | 291:6 614:14 | 439:9 458:6 |
| 278:24 284:6,6 | 485:10 | 616:6 | 481:24 490:25 |
| 324:21 384:3 | **fair** 5:23,24 | **faster** 308:13 | 492:7 505:19 |
| 602:14 603:24 | 37:15 71:18 | 633:13 | 505:20 512:12 |
| 609:6,6 649:21 | 95:6 305:22 | **fate** 15:1,4 | 531:23 532:20 |
| **facility** 173:4 | 330:23,24 | 56:10 59:3 | 536:21 545:2 |
| 191:19 498:4 | 362:15 396:18 | 87:24 99:1 | 553:14 558:24 |
| 516:19 | 420:6 630:22 | 100:1,9,11 | 584:13,18 |
| **fact** 8:10 10:19 | **fall** 5:12 160:7 | 107:9,19 | 585:5,21 |
| 33:7 84:23 | 330:12 485:7 | 111:14 113:18 | 586:13 588:15 |
| 92:25 125:25 | **fallen** 287:8 | 113:20 114:9 | 589:15,23 |
| 135:16 185:17 | 612:8 | 133:6 156:24 | 590:12,18 |
| 186:16 238:7 | **familiar** 46:2 | 165:25 167:7 | 599:24 615:22 |
| 284:7 315:1 | 56:17 71:10 | 180:19,20 | 644:7,21 |
| 333:10 335:19 | 307:15 371:2 | 187:12 206:23 | 645:14 646:14 |
| 358:7 409:23 | 381:17 396:10 | 207:20 211:21 | 647:6,22 |
| 417:25 450:25 | 632:15 | 220:2 228:14 | 648:12 649:4 |
| 460:16 510:17 | **family** 116:22 | 233:24 259:13 | 649:14 |
| 511:16 563:7 | 119:15 124:11 | 259:18 260:5 | **favorably** |
| 609:7 640:1 | 191:18 441:22 | 260:21 261:13 | 282:12 607:12 |
| **factor** 82:4 | 444:15 449:11 | 263:15 264:15 | **faye** 55:11,11 |
| 274:9 275:2,3 | 516:18 | 264:23 265:12 | 55:12,13,14,14 |
| 275:10,19,22 | **family's** 119:10 | 265:18 274:24 | 56:2,4,20 57:2 |
| 277:1 407:4 | 124:9 444:10 | 290:22 319:7 | 57:20,21 58:7 |
| 599:9 600:2,3 | 449:9 | 319:21 320:14 | 58:14,21 88:10 |
| 600:10,19,22 | **famous** 92:20 | 321:14 322:6 | 89:12,25 278:8 |
| 602:1 | 417:20 | 322:22 323:12 | 278:15,23 |
| **factors** 79:15 | **far** 35:25 48:23 | 324:4,14 340:1 | 380:11,11,12 |
| 81:15 105:5 | 161:4 162:8 | 340:4 381:10 | 380:13,14,14 |
| 106:6 276:2 | 163:11 165:2 | 384:3 412:24 | 381:2,4,20 |
| 404:15 406:15 | 360:25 373:23 | 424:1 425:1,9 | 382:2,20,21 |
| | 486:4 487:8 | 425:11 432:9 | 383:7,14,21 |

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 711 of 821

413:10 414:12
414:25 603:8
603:15,23
**faye's** 89:1
280:3,12 414:1
605:3,12
**february** 13:8
40:11 135:13
145:6 176:2
197:11 253:23
253:25 254:1
254:12,24
277:13,20
299:16 311:9
314:11 324:20
325:12 338:8
365:11 460:13
470:6 501:2
522:11 578:23
578:25 579:1
579:12,24
602:13,20
624:16 636:9
639:11 649:20
650:12
**fed** 195:12
520:12
**federal** 26:19
26:20 69:5
70:3,7,9
306:22 319:2
351:19,20
394:5 395:3,7
395:9 631:22

644:2
**feedback**
277:23 311:15
313:20 602:23
636:15 638:20
**feeding** 199:6
524:6
**feel** 29:21 75:15
81:7 82:11,20
354:21 400:15
406:7 407:11
407:20
**feeling** 273:8
598:8
**feet** 308:15
309:19,19
633:15 634:19
634:19
**fell** 124:21
160:12 449:21
485:12
**fellow** 35:2
318:16 360:2
643:16
**felt** 79:8 84:25
123:19,21
188:24 221:10
404:8 409:25
448:19,21
513:24 546:10
**feynman** 92:9
92:11,16 93:19
417:9,11,16
418:19

**field** 16:15,24
17:25 65:4
101:1 105:5
114:4 186:14
280:5,17,17
283:7 284:9,13
284:19 317:25
341:15,24
342:25 390:4
426:1 430:5
439:4 511:14
605:5,17,17
608:7 609:9,13
609:19 642:25
**figure** 94:18
95:6 105:8
110:9,9,10,10
110:10 139:19
145:17 184:17
185:5 198:1
202:20 216:16
216:19,21
217:10 234:19
255:20 256:7
268:12,15,22
272:10,10,12
419:18 420:6
430:8 435:9,9
435:10,10,10
464:19 470:17
509:17 510:5
523:1 527:20
541:16,19,21
542:10 559:19

580:20 581:7
593:12,15,22
597:10,10,12
**file** 4:4 69:20
329:4 394:20
**files** 25:1 27:2
104:5 350:1
352:2 429:5
**filing** 50:14
375:14
**filled** 175:4
204:6 206:5
221:25 500:4
529:6 531:5
546:25
**filters** 219:18
221:3 544:18
546:3
**final** 67:13
96:12,17 112:6
134:8 145:3,4
147:3 170:12
293:11 313:13
313:13 315:2
392:13 421:12
421:17 437:6
459:8 470:3,4
472:3 495:12
618:11 638:13
638:13 640:2
**finalizing** 113:4
438:4
**find** 110:9
128:9 250:22

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 712 of 821

294:13 308:21
308:21 435:9
453:9 575:22
619:13 633:21
633:21
**findings** 107:14
107:24 113:1,9
113:12 191:13
319:15 320:5
432:14,24
438:1,9,12
516:13 644:15
645:5
**fine** 4:24 82:8
136:10 144:16
250:9 329:24
407:8 461:10
469:16 575:9
**finish** 41:19
109:14 126:6
250:9 366:19
434:14 451:6
575:9
**finished** 41:20
102:17 117:7
121:3,13
173:20,21
175:8 177:12
177:13,16,22
180:12 181:9
182:24 183:11
191:15,21,22
192:6,24
193:20 194:24

195:15 204:15
205:15,21
206:4 268:16
366:20 427:17
442:7 446:3,13
498:20,21
500:8 502:12
502:13,16,22
505:12 506:9
507:24 508:11
516:15,21,22
517:6,24
518:20 519:24
520:15 529:15
530:15,21
531:4 593:16
**fire** 206:5 531:5
**first** 5:4 10:19
17:19 18:15
59:24 62:22
64:4 118:10,10
120:12 141:4,4
142:9,22 152:4
158:2 159:2
172:12,16
191:14 194:5
196:24 213:24
215:24 219:8
277:19 282:6
289:1,11
300:12,13,16
300:22 307:21
330:4 335:19
342:19 343:15

384:24 387:22
389:4 443:10
443:10 445:12
466:4,4 467:9
467:22 477:4
483:2 484:2
497:12,16
516:14 519:5
521:24 538:24
540:24 544:8
602:19 607:6
614:1,11
625:12,13,16
625:22 632:21
**fit** 99:20 115:21
169:17 188:10
251:22 252:2,2
260:24 262:22
263:21 285:14
424:20 440:21
494:17 513:10
576:22 577:2,2
585:24 587:22
588:21 610:14
**five** 48:8 53:21
66:11 70:21
117:19 118:6
122:6 123:2
133:2 168:24
169:2 196:18
196:24 226:15
226:20 227:12
227:25 229:21
230:2,10

256:15 273:12
273:12 282:11
283:10,16
373:8 378:21
391:11 395:21
442:19 443:6
447:6 448:2
458:2 493:24
494:2 521:18
521:24 551:15
551:20 552:12
552:25 554:21
555:2,10
581:15 598:12
598:12 607:11
608:10,16
**fix** 311:6 636:6
**flexed** 222:1
547:1
**floater** 247:8
572:8
**floats** 247:9
572:9
**floridian** 78:10
403:10
**flow** 40:6 42:21
56:9 99:22
107:9,18
111:11,23,24
112:1 113:14
114:4,8,23
133:6 156:24
166:1,20 167:5
170:20 187:12

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 713 of 821

193:5,22
194:19 199:22
200:11 207:19
210:11 211:21
215:22 228:13
233:23 259:12
261:17 263:14
265:5 266:21
319:6,20
320:13 321:13
322:5,21
323:11 324:3
365:6 367:21
381:9 424:22
432:9,18
436:11,23,24
437:1 438:14
439:4,8,23
458:6 481:24
491:1,20 492:5
495:20 512:12
518:5,22
519:19 524:22
525:11 532:19
535:11 536:21
540:22 553:13
558:23 584:12
586:17 588:14
590:5 591:21
644:6,20
645:13 646:13
647:5,21
648:11 649:3

**flowing** 204:2
308:8 529:2
633:8
**flows** 210:10,14
535:10,14
**fluctuated**
235:17,18,19
560:17,18,19
**focal** 181:21
506:21
**focus** 30:19
31:2 101:23
130:25 140:25
166:10,10
355:19 356:2
426:23 455:25
465:25 491:10
491:10
**focused** 20:15
87:17 139:7
345:15 412:17
464:7
**focusing** 74:11
195:22 235:14
242:13 314:6
399:11 520:22
560:14 567:13
639:6
**folder** 71:6,9
396:6,9
**folks** 12:20
290:18 337:20
615:18

**follow** 39:25
46:4,5 53:5
203:17 310:2
364:25 371:4,5
378:5 528:17
635:2
**followed**
189:23 514:23
**following** 4:1
119:3 152:9
194:21 222:14
237:4 329:1
444:3 477:9
519:21 547:14
562:4
**follows** 5:4
330:4
**food** 132:25
457:25
**foot** 276:20
601:20
**footnote** 191:14
196:18,24
516:14 521:18
521:24
**footprint**
289:17,19
290:1 614:17
614:19 615:1
**force** 8:7 14:24
15:8,24 16:21
19:20,23 20:1
20:3,16 177:9
282:18 333:7

339:24 340:8
340:24 341:21
344:20,23
345:1,3,16
502:9 607:18
**foregoing**
316:6 641:6
**foreword** 116:7
116:9 120:22
441:7,9 445:22
**forget** 28:11
85:24 90:23
353:11 410:24
415:23
**forgot** 207:17
532:17
**forgotten** 11:25
336:25
**form** 17:8 19:3
21:5,20 22:3
30:12,22 31:4
32:11 40:19
41:18 42:2
43:10,25 44:22
45:12,21,24
47:1,20 50:23
58:9 61:16
62:18 71:11
80:1,14 81:17
82:22 83:5
88:4 93:16
100:5 103:11
104:25 106:19
109:21 110:6

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 714 of 821

114:14 115:11
122:3,11
123:10 125:6
126:15 127:17
129:6 131:16
132:2 133:21
134:10 135:3
141:7 147:11
155:6 162:14
164:19 165:8
168:15 170:16
171:2 177:24
180:17 183:1
190:12 194:16
196:8 198:9
202:18 204:20
213:18 228:4
236:3 241:19
242:24 245:5
254:22 255:7
262:24 264:4
265:13 267:11
267:25 269:21
270:3,9 271:2
271:7 272:15
291:10 296:7
296:20 303:24
305:7,23
306:11,16
313:10 342:8
344:3 346:5,20
347:3 355:12
355:22 356:4
357:11 365:19

366:18 367:2
368:10,25
369:22 370:12
370:21,24
372:1,20
375:23 383:9
386:16 387:18
396:11 405:1
405:14 406:17
407:22 408:5
413:4 418:16
425:5 428:11
429:25 431:19
434:21 435:6
439:14 440:11
447:3,11
448:10 450:6
451:15 452:17
454:6 456:16
457:2 458:21
459:10 460:3
466:7 472:11
480:6 487:14
489:19 490:8
493:15 495:16
496:2 502:24
505:17 508:1
515:12 519:16
521:8 523:9
527:18 529:20
538:18 553:4
561:3 566:19
567:24 570:5
579:22 580:7

587:24 589:4
590:13 592:11
592:25 594:21
595:3,9 596:2
596:7 597:15
616:10 621:7
621:20 628:24
630:7,23
631:11,16
638:10
**formally**  54:11
54:13 379:11
379:13
**format**  106:15
108:15,16
431:15 433:15
433:16
**former**  63:21
388:21
**formulation**
220:5 545:5
**forth**  304:23
629:23
**forward**  67:13
142:19 226:10
311:9 312:10
392:13 467:19
551:10 636:9
637:10
**forwarded**
144:21 145:22
161:19 469:21
470:22 486:19

**found**  26:15
56:11 231:10
312:3 351:15
381:11 556:10
637:3
**foundation**
26:1 351:1
**four**  56:6 70:21
115:19 118:3
148:18 154:15
182:7 212:1,9
229:21 230:15
230:15,22
231:23 236:9
256:15,24
258:4,6,6,13
282:11,22,22
283:9,10 381:6
395:21 440:19
443:3 473:18
479:15 507:7
537:1,9 554:21
555:15,15,22
556:23 561:9
581:15,24
583:4,6,6,13
607:11,22,22
608:9,10
**frame**  26:7,24
38:11 67:20
68:10,12 78:15
181:15 220:7
220:18 222:14
309:6 351:7,24

Golkow Technologies,
877-370-3377                     A Veritext Division                     www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 715 of 821

363:11 392:20
393:10,12
403:15 506:15
545:7,18
547:14 634:6
**frametimed**
188:1 513:1
**framework**
17:1 18:2
44:15 342:1
343:2 369:15
**frank** 137:13
142:20,23
143:24 169:20
462:13 467:20
467:23 468:24
494:20
**free** 29:21
285:9 289:20
354:21 610:9
614:20
**frequently**
283:24 608:24
**fresh** 79:7
404:7
**front** 124:16
240:6 294:20
449:16 565:6
619:20
**fuel** 289:14
291:6 614:14
616:6
**full** 112:25
128:19 145:25

172:12 182:4
204:2,4 216:19
240:6 300:13
300:17,22
437:25 453:19
470:25 497:12
507:4 529:2,4
541:19 565:6
625:13,17,22
**fully** 250:6
575:6
**function**
289:12 290:10
614:12 615:10
**funded** 73:1,3
398:1,3
**funds** 73:17
398:17
**further** 141:25
142:8 152:16
315:10 316:8
466:25 467:8
477:16 640:10
641:8
**furthermore**
176:1 501:1

**g**

**gangadharan**
221:8 546:8
**gaps** 213:8
538:8
**garden** 303:22
628:22

**gather** 105:18
186:14 430:18
511:14
**gathered**
105:19 430:19
**geared** 165:13
490:13
**gears** 201:20
259:7 288:21
526:20 584:7
613:21
**general** 19:25
30:15 42:10
44:15 144:11
207:6 298:15
302:16 306:25
344:25 355:15
367:10 369:15
469:11 532:6
623:15 627:16
631:25
**generally** 31:25
70:16 99:10
105:4 150:13
189:23 235:11
261:6 266:12
280:15 356:25
395:16 424:10
430:4 475:13
514:23 560:11
586:6 591:12
605:15
**generated**
111:23 305:5

436:23 630:5
**generically**
186:13 511:13
**genetic** 149:9
474:9
**geological**
78:10 139:10
212:9 403:10
464:10 537:9
**geometric** 38:7
38:16,20 39:11
40:17,20 41:5
52:22 54:5
60:9 61:23
97:2,16 248:16
248:20 249:1
249:12,12
251:11 252:13
252:16,19,20
264:9 265:2,3
291:22 293:8
363:7,16,20
364:11 365:17
365:20 366:5
377:22 379:5
385:9 386:23
422:2,16
573:16,20
574:1,12,12
576:11 577:13
577:16,19,20
589:9 590:2,3
616:22 618:8

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 716 of 821

**georgetown**
1:15 2:13 4:6
326:15 327:13
329:6
**georgia** 22:23
23:4,6,18
66:11 213:25
290:19 347:23
348:4,6,18
391:11 538:25
615:19
**getting** 98:23
112:14 142:7
164:11 423:23
437:14 467:7
489:11
**give** 6:12 29:21
31:7 53:1 73:6
76:6,11 96:11
107:4 133:2
134:14 146:3
157:18 171:8
172:4 190:18
218:20 263:8
273:7 300:23
308:23 331:12
354:21 356:7
378:1 398:6
401:6,11
421:11 432:4
458:2 459:14
471:3 482:18
496:8 497:4
515:18 543:20

588:8 598:7
625:23 633:23
**given** 75:12
108:12 169:17
183:5 196:16
220:16 311:19
400:12 433:12
494:17 508:5
521:16 545:16
636:19
**gives** 197:6
252:16 303:16
522:6 577:16
628:16
**giving** 41:25
103:21 298:3
366:25 428:21
623:3
**gms** 26:18,23
27:1,11 28:4
351:18,23
352:1,11 353:4
**go** 5:17,17
16:18 18:13
29:12 32:21,22
35:5 39:6 67:8
75:14 96:7,9
96:14 98:24
99:1 102:21
106:6,6,24
108:18 116:25
120:2,20
123:24 126:5
126:16 132:24

138:25 139:19
140:21 146:14
147:1,25 152:4
165:2,25
175:22 181:15
183:24 186:14
196:23 197:25
201:16 202:17
203:20 205:2
211:23 213:5
214:17 215:25
216:22 217:6
218:17 225:18
230:20 243:5
245:11,23
246:19 252:23
258:10 259:3
259:24 265:1
265:25 276:13
277:19 279:8
281:1 283:6,6
290:16,25
293:14 294:5
298:7 304:8,15
307:22,25
308:3 330:17
330:17 341:18
343:13 354:12
357:21,22
360:5 364:6
392:8 400:14
421:7,9,14
423:24 424:1
427:21 431:6,6

431:24 433:18
441:25 445:2
445:20 448:24
451:5,16
457:24 463:25
464:19 465:21
471:14 472:1
472:25 477:4
490:2,25
500:22 506:15
508:24 511:14
521:23 522:25
526:16 527:17
528:20 530:2
536:23 538:5
539:17 540:25
541:22 542:6
543:17 550:18
555:20 568:5
570:11,23
571:19 577:23
583:10 584:3
584:24 590:1
590:25 601:13
602:19 604:8
606:1 608:6,6
615:16,25
618:14 619:5
623:7 629:8,15
632:22,25
633:3
**goal** 302:2
627:2

Golkow Technologies,
A Veritext Division
877-370-3377                                                   www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 717 of 821

**godfathers**
  64:8 389:8
**goes** 20:1,3
  102:8 116:19
  130:12 143:21
  172:16 187:10
  202:24 203:3
  209:20 220:14
  235:4 254:6
  261:9 281:15
  282:2 284:13
  345:1,3 427:8
  441:19 455:12
  468:21 497:16
  512:10 527:24
  528:3 534:20
  545:14 560:4
  579:6 586:9
  606:15 607:2
  609:13
**going** 5:17,19
  5:22 22:4,9
  27:3 34:24
  51:19,25 52:4
  52:7 53:4 61:7
  65:12 70:1
  72:11 82:15
  85:15 93:24
  94:3,6 104:2
  122:18 126:20
  126:23 127:2,3
  127:24 128:6
  136:11,14
  137:5 142:8

143:15 152:24
153:24 158:23
166:11 170:11
170:21 176:8
176:13 184:2,5
186:12 187:11
207:14 228:11
233:2,7,10
258:17 259:9
273:16,19
277:11 293:19
293:22 295:17
299:12,19
300:7 307:13
307:13,19,20
307:22 308:16
308:17 310:25
315:15 330:17
330:19,22
347:4,9 352:3
359:24 376:19
376:25 377:4,7
378:4 386:7
390:12 395:1
397:11 407:15
410:15 418:24
419:3,6 429:2
447:18 451:20
451:23 452:2,3
452:24 453:6
461:11,14
462:5 467:8
468:15 477:24
478:24 483:23

491:11 495:11
495:21 501:8
501:13 509:2,5
511:12 512:11
532:14 553:11
558:2,7,10
583:17 584:9
598:16,19
602:11 618:19
618:22 620:17
624:12,19
625:7 632:13
632:13,19,20
632:22 633:16
633:17 635:25
640:15
**good** 4:12 5:7,8
  15:15 16:7
  28:3 52:2
  54:20 61:12
  80:23,23
  132:19,19
  136:17 178:24
  178:24 183:21
  189:14 221:11
  251:22 252:19
  304:5 329:12
  330:7,8 340:15
  341:7 353:3
  377:2 379:20
  386:12 405:23
  405:23 457:19
  457:19 461:17
  503:24,24

508:21 514:14
546:11 576:22
577:19 629:5
**goodness** 99:19
  115:21 188:10
  252:2 424:19
  440:21 513:10
  577:2
**government**
  69:6 70:8 77:9
  306:22 394:6
  395:8 402:9
  631:22
**gpm** 235:20,22
  239:16,17
  240:1,2,10,10
  560:20,22
  564:16,17
  565:1,2,10,10
**grade** 69:8,12
  69:16 70:11,19
  70:20 394:8,12
  394:16 395:11
  395:19,20
**gradient** 287:6
  287:7 296:14
  308:8,8 612:6
  612:7 621:14
  633:8,8
**grams** 276:19
  285:14 286:8
  286:10,12
  601:19 610:14
  611:8,10,12

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ      Document 352-5      Filed 04/17/25      Page 718 of 821

**grand** 62:11
  76:21 387:11
  401:21
**grant** 26:1
  351:1
**graph** 142:4
  202:20 256:16
  256:19,25
  257:3 272:19
  307:12 467:4
  527:20 581:16
  581:19,25
  582:3 597:19
  632:12
**graphic** 252:19
  252:21,21
  577:19,21,21
**graphically**
  258:16 583:16
**graphics** 259:1
  584:1
**graphs** 134:15
  232:5 251:23
  255:19 256:3
  257:12 459:15
  557:5 576:23
  580:19 581:3
  582:12
**gravel** 282:20
  607:20
**gray** 272:13
  597:13
**grayman** 64:2
  64:5,6,12 65:8

190:22 389:2,5
  389:6,12 390:8
  515:22
**great** 313:21,21
  313:21 638:21
  638:21,21
**greater** 271:10
  271:13 596:10
  596:13
**green** 94:25
  95:1 419:25
  420:1
**grew** 289:17,19
  290:1 614:17
  614:19 615:1
**grid** 106:5
  431:5
**ground** 261:1
  266:7 286:25
  298:20 299:15
  307:14,21
  325:11 586:1
  591:7 611:25
  623:20 624:15
  632:14,21
  650:11
**groundwater**
  7:17,21 19:21
  21:2,9 40:6
  42:21 44:10
  56:9 83:9
  98:25 99:10,12
  99:21,22 107:9
  107:18 111:11

111:22,24
  113:14 114:5,8
  133:6 156:24
  166:1,20 167:1
  167:5 170:20
  187:12 191:16
  192:9 201:23
  207:19 211:21
  212:14 228:13
  228:19 233:23
  259:12 261:17
  263:14,15
  264:15 265:5
  266:21 284:5
  301:1 308:7
  319:6,20
  320:13 321:13
  322:5,21 323:7
  323:11 324:3
  332:17,21
  344:21 346:2,9
  365:6 367:21
  369:10 381:9
  408:9 423:25
  424:10,12,21
  424:22 432:9
  432:18 436:11
  436:22,24
  438:14 439:5,8
  458:6 481:24
  491:1,20 492:1
  492:5 495:20
  512:12 516:16
  517:9 526:23

532:19 536:21
  537:14 553:13
  553:19 558:23
  584:12 586:17
  588:14,15
  589:15 590:5
  591:21 609:5
  626:1 633:7
  644:6,20
  645:13 646:13
  647:5,21 648:7
  648:11 649:3
**group** 1:14 2:2
  2:12 78:14,24
  91:12 171:17
  279:2 326:14
  327:2,12
  403:14,24
  416:12 496:17
  604:2
**gs** 69:9,14,17
  69:17,18,21
  70:11,17 71:1
  394:9,14,17,17
  394:18,21
  395:11,17
  396:1
**gt** 289:19
  614:19
**guess** 10:10
  41:3 63:9
  67:17 80:9
  83:1 85:9
  91:25 96:10

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 719 of 821

104:4 108:12
118:10 125:2
134:4 145:12
167:22 188:15
239:11 289:2,6
313:22 335:10
366:3 388:9
392:17 405:9
408:1 410:9
416:25 421:10
429:4 433:12
443:10 450:2
459:4 470:12
492:22 513:15
564:11 614:2,6
638:22
**guessing** 243:1
568:1
**guest** 76:10
401:10
**guests** 132:25
457:25
**gurus** 143:2
468:2
**guys** 139:11
140:18 312:5,6
464:11 465:18
637:5,6

**h**

**h** 102:11,13
317:16 427:11
427:13 642:16

**hadnot** 7:9 9:3
30:6 39:18
42:13,22 45:6
46:23 66:2
67:1,7,18 68:2
68:2,14 72:23
94:20 95:9
96:4 97:14,20
98:6,17 102:2
102:4,21 103:2
107:21 110:20
111:1 113:5
120:18 121:18
121:25 123:6
124:4,20 125:1
127:7 146:9
149:25 170:24
172:19,23
173:4 174:3,6
174:14 175:7
176:9 177:14
181:14 184:14
187:1,18 191:5
191:11,19
192:2,25
193:11,13,20
195:24 200:5
202:9,11,16
203:2,13,19
204:13,17
205:2,19
207:22 208:16
212:15 213:9
213:13 214:18

218:18 219:3
219:19 220:1
220:16,19
221:4,13 222:3
222:18,18
223:6,9,17
224:1,12
225:20,22
228:16 229:1
229:14 231:5,9
232:2,10,19,21
234:1,10,11
240:19 241:17
242:6,10
243:22 244:14
246:7 248:10
249:18 250:24
251:5,13
252:14 253:10
253:18,21
254:16,21
255:6,11,24
258:2 259:15
259:20 260:1,7
260:16 261:4
261:24,25
262:22 263:17
264:10,24
265:7 266:10
266:13,24
268:19,23
269:3 270:18
274:20 276:4
276:11,12,22

277:2,4 288:22
289:14 290:13
291:6 294:10
294:11 295:3
295:21 310:12
310:13 311:21
319:24 322:9
322:25 323:15
324:7,17 332:9
334:3 355:6
364:18 367:13
367:22 370:6
371:23 391:2
392:1,7,18
393:2,2,14
397:23 419:20
420:9 421:4
422:14,20
423:6,17 427:2
427:4,21 428:2
432:21 435:20
436:1 438:5
445:18 446:18
446:25 448:6
449:4,20 450:1
452:7 471:9
474:25 495:24
497:19,23
498:4 499:3,6
499:14 500:7
501:9 502:14
506:14 509:14
512:1,18 516:5
516:11,19

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 720 of 821

517:2,25
518:11,13,20
520:24 525:5
527:9,11,16
528:2,13,19
529:13,17
530:2,19
532:22 533:16
537:15 538:9
538:13 539:18
543:18 544:3
544:19 545:1
545:16,19
546:4,13 547:3
547:18,18
548:6,9,17
549:1,12
550:20,22
553:16 554:1
554:14 556:5,9
557:2,10,19,21
559:1,10,11
565:19 566:17
567:6,10
568:22 569:14
571:7 573:10
574:18 575:24
576:5,13
577:14 578:10
578:18,21
579:16,21
580:6,11,24
583:2 584:15
584:20 585:1,7

585:16 586:4
586:24,25
587:22 588:17
589:10,24
590:7 591:10
591:13,24
593:19,23
594:3 595:18
599:20 601:4
601:11,12,22
602:2,4 613:22
614:14 615:13
616:6 619:10
619:11 620:3
620:21 635:12
635:13 636:21
644:24 647:9
647:25 648:15
649:7,17
**half** 73:23
114:25 258:20
398:23 439:25
583:20
**hand** 16:20
34:24 70:1,10
185:5 207:14
208:5 209:4
215:10 259:9
260:19 281:15
311:5 316:11
341:20 359:24
395:1,10 510:5
532:14 533:5
534:4 540:10

584:9 585:19
606:15 636:5
641:11
**handed** 128:7
135:8 453:7
460:8
**handing** 29:11
32:15 34:7
36:5 49:15
133:14 154:7
157:9 208:12
228:23 233:20
288:16 354:11
357:15 359:7
361:5 374:15
458:14 479:7
482:9 533:12
553:23 558:20
613:16
**handling** 307:1
632:1
**hang** 153:25
478:25
**happened**
122:13 447:13
**happening**
163:17 488:17
**happier** 6:15
331:15
**happy** 6:22
77:16 331:22
402:16
**hard** 51:18
376:18

**haroon** 2:21
4:16 5:9
327:21 329:16
330:9
**haroon.anwar**
2:24 327:24
**hat** 168:1 493:1
**havai** 3:14
328:14
**head** 45:19
154:22 225:19
370:19 479:22
550:19
**heading** 296:14
621:14
**health** 20:7
76:5 90:16,17
119:11,15
121:1 124:9,12
125:17 139:9
345:7 401:5
415:16,17
444:11,15
446:1 449:9,12
450:17 464:9
**healtheffects**
29:8 107:15,24
128:2 318:6
319:16 320:6
320:10 354:8
432:15,24
453:2 643:6
644:16 645:6
645:10

Golkow Technologies,
877-370-3377                          A Veritext Division                          www.veritext.com
Case 7:23-cv-00897-RJ      Document 352-5      Filed 04/17/25      Page 721 of 821

**hear**  304:25
  629:25
**heard**  17:11
  61:19 342:11
  386:19
**hearing**  47:11
  47:12,14 91:19
  91:21 112:21
  143:16 372:11
  372:12,14
  416:19,21
  437:21 468:16
**held**  47:12
  372:12
**help**  60:1 79:23
  80:12,21
  104:20 141:21
  385:1 404:23
  405:12,21
  429:20 466:21
**helpful**  66:23
  391:23
**helping**  79:16
  404:16
**helsel**  258:23
  583:23
**hennet**  9:19
  36:9,25 37:2
  37:19,24
  149:23 292:19
  318:20 334:19
  361:9,25 362:2
  362:19,24
  474:23 617:19

  643:20
**hennet's**  151:7
  152:6 172:8,14
  292:23 476:7
  477:6 497:8,14
  617:23
**hereunto**
  316:11 641:11
**hey**  82:7 407:7
**hhs**  116:10
  441:10
**high**  42:10
  44:18 50:24
  51:3,4 180:3
  240:2 247:1,1
  271:4 273:8
  283:17 308:18
  367:10 369:18
  375:24 376:3,4
  505:3 565:2
  572:1,1 596:4
  598:8 608:17
  633:18
**higher**  38:20
  40:21 176:22
  206:16 231:17
  303:14 363:20
  365:21 501:22
  531:16 556:17
  628:14
**highest**  231:19
  231:22 556:19
  556:22

**highlight**  302:7
  627:7
**highlights**  78:1
  403:1
**highly**  283:22
  608:22
**hindcasting**
  87:17 300:11
  301:2 312:24
  412:17 625:11
  626:2 637:24
**hired**  81:21
  406:21
**historic**  212:6
  537:6
**historical**  7:8
  8:2 14:22
  15:23 107:12
  107:18 117:1,3
  117:5 118:24
  121:7,9,11
  133:9 157:2
  169:13 206:19
  207:6,19 208:1
  208:21 215:12
  216:12 219:10
  220:17,24
  228:13 233:23
  259:12 261:12
  266:15,16
  301:2 319:12
  319:19 320:19
  321:19 322:4
  322:17,20

  323:10 324:2
  332:8 333:2
  339:22 340:23
  432:12,18
  442:1,3,5
  443:24 446:7,9
  446:11 458:9
  482:2 494:13
  531:19 532:6
  532:19 533:1
  533:21 540:12
  541:12 544:10
  545:17,24
  553:13 558:23
  584:12 586:12
  591:15,16
  626:2 644:12
  644:19 645:19
  646:19 647:4
  647:17,20
  648:10 649:2
**historically**
  206:3 531:3
**histories**  234:6
  234:15 242:18
  323:24 559:6
  559:15 567:18
  648:24
**history**  234:23
  234:23 559:23
  559:23
**hit**  183:19
  508:19

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 722 of 821

**holcomb** 9:3
30:6 42:14
45:7 46:24
66:2 67:1,7,18
68:1,2,15
72:23 94:21
95:9 97:20
98:6,18 102:2
102:5 107:21
110:20 111:2
113:5 121:18
121:25 123:6
124:4,20 125:1
127:7 170:24
174:14 176:4,4
176:9 184:15
191:5,12,20
197:12,14
207:22 208:16
212:16 213:9
213:13 214:18
218:18 219:3
219:19 221:13
222:4 228:16
229:2 234:1,10
234:11 240:19
251:13 255:11
259:15 260:1
260:16 265:7
268:20,24
274:20 276:4
277:5 288:23
290:13 295:21
319:24 322:9

322:25 323:15
324:7 334:3
355:6 367:14
370:7 371:24
391:2 392:1,7
392:18 393:1,2
393:15 397:23
419:21 420:9
422:20 423:6
423:18 427:2,5
432:21 435:20
436:2 438:5
446:18,25
448:6 449:4,20
450:1 452:7
495:24 499:14
501:4,4,9
509:15 516:5
516:12,20
522:12,14
532:22 533:16
537:16 538:9
538:13 539:18
543:18 544:3
544:19 546:13
547:4 553:16
554:2 559:1,10
559:11 565:19
576:13 580:11
584:15 585:1
585:16 590:7
593:20,24
599:20 601:4
602:5 613:23

615:13 620:21
644:24 647:9
647:25 648:15
649:7
**hold** 47:11,14
88:19 89:7
108:19 183:7
225:18 239:21
265:25 372:11
372:14 413:19
414:7 433:19
508:7 550:18
564:21 590:25
**holding** 75:10
77:16 400:10
402:16
**hole** 221:24
238:3 546:24
563:3
**home** 71:6 99:8
273:10 396:6
424:8 598:10
**honest** 71:23
396:23
**honestly**
135:23 178:11
460:23 503:11
**hooked** 16:3
341:3
**hope** 288:19
613:19
**horan** 3:2
328:2

**horizontal**
287:5,8 307:23
612:5,8 632:23
**horizontally**
307:25 632:25
**horry** 316:13
641:13
**hour** 6:19
51:25 93:25
105:16,17,20
202:3 281:4
307:6 331:19
376:25 418:25
430:16,17,20
527:3 606:4
632:6
**hourly** 49:7
206:22 374:7
531:22
**hours** 10:4 50:6
50:19 51:12,15
201:24 262:2
298:16 335:4
375:6,19
376:12,15
526:24 587:2
623:16
**house** 91:19
306:21,23
416:19 631:21
631:23
**housing** 116:22
191:18 441:22
516:18

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 723 of 821

**hp** 185:10
195:19 203:2
206:9 235:7
248:7 256:7
510:10 520:19
528:2 531:9
560:7 573:7
581:7
**hp601** 256:4,18
581:4,18
**hp602** 217:18
229:18,25
230:11 231:11
232:2,6 234:19
234:22,25
235:11,25
236:1 238:16
239:20 240:10
242:18,22
244:11 245:1
247:4,16 248:6
248:7 256:3,14
295:3 542:18
554:18,25
555:11 556:11
557:2,6 559:19
559:22,25
560:11,25
561:1 563:16
564:20 565:10
567:18,22
569:11 570:1
572:4,16 573:6
573:7 581:3,14

620:3
**hp603** 217:18
542:18
**hp604** 217:1,2
217:3 542:1,2
542:3
**hp608** 217:19
230:20 231:11
235:9,12 239:7
239:16 240:1
240:13,14
242:19,22
243:9 245:1
247:4,16 256:3
256:24 542:19
555:20 556:11
560:9,12 564:7
564:16 565:1
565:13,14
567:19,22
568:9 570:1
572:4,16 581:3
581:24
**hp634** 217:18
256:3 257:2
258:4 542:18
581:3 582:2
583:4
**hp637** 217:2,3
542:2,3
**hp651** 197:23
199:3 201:1,12
202:10,14,23
203:1,11,14,18

203:24 204:25
205:9 206:6,14
217:18 272:7
522:23 524:3
526:1,12
527:10,14,23
528:1,11,14,18
528:24 529:25
530:9 531:6,14
542:18 597:7
**hp660** 256:4,20
581:4,20
**hplf** 219:25
544:25
**hpwtp** 185:9,12
510:9,12
**hr602** 235:14
560:14
**huge** 197:13
522:13
**huh** 197:22
243:21 522:22
568:21
**human** 117:8
121:14 442:8
446:14
**hundreds**
272:3 597:3
**hydraulic**
296:14 621:14
**hydrogeologic**
56:11 187:25
381:11 512:25

**hydrogeologi...**
106:5 431:5
**hydrogeologist**
301:11 626:11
**hydrologic**
26:17 27:19
351:17 352:19
**hydrology**
16:13 317:22
341:13 642:22
**hypercube**
268:18 271:21
271:25 272:18
272:23 273:1
593:18 596:21
596:25 597:18
597:23 598:1
**hypothetical**
82:14 407:14

**i**

**idea** 85:13
145:24 168:2
168:13 410:13
470:24 493:2
493:13
**identical** 8:8,9
275:11,23
333:8,9 600:11
600:23
**identification**
16:16 29:9
32:19 34:5
35:3 36:10

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 724 of 821

49:20 70:5
107:16,25
128:3 133:12
137:9 154:5
157:7 208:3
228:21 234:7
259:21 261:10
277:17 288:14
295:15 299:18
311:3 341:16
354:9 357:19
359:5 360:3
361:10 374:20
395:5 432:16
432:25 453:3
458:12 462:9
479:5 482:7
533:3 553:21
559:7 584:21
586:10 602:17
613:14 620:15
624:18 636:3
**identified**
75:17 118:23
278:7 400:17
443:23 603:7
**identifying**
223:21 548:21
**ignore** 248:18
573:18
**ignored** 152:7
477:7
**iii** 2:12 327:12

**images** 62:14
387:14
**imagine** 47:14
372:14
**immediate**
290:10 615:10
**immediately**
180:3 203:20
205:20 286:20
505:3 528:20
530:20 611:20
**impact** 98:1
188:12 202:10
225:2 227:11
275:19 423:1
513:12 527:10
550:2 552:11
600:19
**implication**
39:21 364:21
**implies** 77:6
402:6
**importance**
17:2 18:3
342:2 343:3
**important** 6:1
80:19 108:13
227:17 282:9
331:1 405:19
433:13 552:17
607:9
**importantly**
130:24 455:24

**imported**
111:25 436:25
**improved**
52:21 377:21
**inadvertent**
219:11 544:11
**include** 23:13
93:2 206:9
217:17 248:21
248:23 266:17
304:5 348:13
418:2 531:9
542:17 573:21
573:23 591:17
629:5
**included** 20:11
90:4 94:24
102:10,13
129:1 131:25
136:4 146:16
275:1,1 291:24
345:11 415:4
419:24 427:10
427:13 454:1
456:25 461:4
471:16 600:1,1
616:24
**includes** 94:18
116:20 137:14
260:13 419:18
441:20 462:14
585:13
**including**
152:10 180:9

315:7 477:10
505:9 640:7
**incorporates**
289:13 614:13
**incorrect** 38:4
70:13 149:10
172:16 363:4
395:13 474:10
497:16
**increased**
288:9 613:9
**increasing**
177:18 289:16
502:18 614:16
**independent**
150:25 151:3
475:25 476:3
**index** 3:21
328:21
**indicate** 175:13
237:22 282:3
500:13 562:22
607:3
**indicated** 54:7
66:10 143:5
171:7 190:23
222:11 379:7
391:10 468:5
496:7 515:23
547:11
**indicates** 36:24
134:23 237:6
238:18 282:6
296:21 361:24

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 725 of 821

459:23 562:6
563:18 607:6
621:21
**indicating**
220:6 545:6
**indication**
167:16 199:5
199:11,16
238:25 492:16
524:5,11,16
563:25
**indicative**
202:22 288:1
527:22 613:1
**indirectly**
197:8 522:8
**individual** 43:8
43:23 47:18
95:19 113:10
125:19 138:25
147:21 156:18
156:22 224:5
368:8,23
372:18 420:19
438:10 450:19
463:25 472:21
481:18,22
549:5
**individually**
252:9 577:9
**individuals**
18:12,22 19:2
19:15 21:4,19
125:5 126:14

127:16,22
130:14 131:2
146:21 147:8
161:1 163:9
164:1,14,17
343:12,22
344:2,15 346:4
346:19 450:5
451:14 452:16
452:22 455:14
456:2 471:21
472:8 486:1
488:9 489:1,14
489:17
**industrial**
223:10,18
225:22 255:25
259:20 260:7
261:25 291:6
324:18 548:10
548:18 550:22
580:25 584:20
585:7 586:25
616:6 649:18
**infant** 116:12
441:12
**influent** 195:1
195:5 520:1,5
**info** 89:7 414:7
**information**
45:18 61:8
86:18 88:6,9
89:2,10,22
103:20 123:1

130:2,9,17
139:8 171:8
174:18,24
181:17 183:12
186:15,15
187:17,19
188:11 207:8
213:3 214:22
214:24 220:17
220:25 221:11
223:5 238:14
288:5 289:13
296:23 301:19
305:19 313:16
370:18 386:8
411:18 413:6,9
414:2,10,22
428:20 448:1
455:2,9,17
464:8 496:8
499:18,24
506:17 508:12
511:15,15
512:17,19
513:11 532:8
538:3 539:22
539:24 545:17
545:25 546:11
548:5 563:14
613:5 614:13
621:23 626:19
630:19 638:16
**informational**
129:24 454:24

**ingestion** 148:4
473:4
**inhalation**
148:4 473:4
**initial** 18:15
48:14 53:2
65:2 68:5
260:25 266:6
282:1 288:7
343:15 373:14
378:2 390:2
393:5 585:25
591:6 607:1
613:7
**input** 24:25
104:5 158:11
262:9 271:19
286:10 349:25
429:5 483:11
587:9 596:19
611:10
**inputs** 171:14
496:14
**insight** 61:11
61:14 262:15
386:11,14
587:15
**installation**
219:24 220:10
228:20 323:7
544:24 545:10
553:20 648:7
**installed**
221:16 222:9

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 726 of 821

223:16 546:16
547:9 548:16
**instance** 85:3
106:18 108:18
113:14,19
171:14 176:15
231:19 256:14
410:3 431:18
433:18 438:14
438:19 496:14
501:15 556:19
581:14
**instances** 106:1
431:1
**instant** 51:19
376:19
**instantaneous**
182:2,11
183:17 195:13
201:24 507:2
507:11 508:17
520:13 526:24
**instantaneous...**
185:15 510:15
**instantly**
183:20 508:20
**institute** 22:24
347:24
**instruct** 58:11
383:11
**insufficient**
196:6 260:22
263:10,22
521:6 585:22

588:10,22
**integrating**
16:24 17:25
341:24 342:25
**intend** 46:8
249:21 371:8
574:21
**intended** 7:1
40:4 125:4,11
125:13 126:12
160:20 163:1
332:1 365:4
450:4,11,13
451:12 485:20
488:1
**intends** 47:11
58:14 372:11
383:14
**intent** 59:1
292:6 384:1
617:6
**intentions**
292:3 617:3
**interacted**
169:25 494:25
**intercept** 167:2
492:2
**interconnecti...**
111:2 436:2
**interest** 80:18
405:18
**interested**
187:7 188:8
214:10 316:10

512:7 513:8
539:10 641:10
**internal** 68:6,6
79:9,9 83:8
85:7,14,21
86:8,14 146:7
393:6,6 404:9
404:9 408:8
410:7,14,21
411:8,14 471:7
**interpret**
105:25 118:7
162:21 166:11
192:5 264:6
430:25 443:7
487:21 491:11
517:5 589:6
**interpretation**
151:4 162:24
164:9 476:4
487:24 489:9
**interpretations**
130:18 150:23
179:6 455:18
475:23 504:6
**interpreted**
262:13 267:8
267:19 587:13
592:8,19
**interpreting**
93:18 418:18
**interpretive**
283:23 608:23

**interrupt** 11:22
336:22
**intervals** 202:6
527:6
**interview**
245:17 570:17
**introduce**
87:19 88:8
89:21 412:19
413:8 414:21
**introduced**
87:22 154:21
412:22 479:21
**investigator**
23:3 348:3
**invoices** 49:18
49:22 50:1,15
51:6,8,22 55:9
55:19 58:20
59:10 63:10
64:1,21 318:23
374:18,22
375:1,15 376:6
376:8,22 380:9
380:19 383:20
384:10 388:10
389:1,21
643:23
**invoked** 85:10
410:10
**involve** 21:1
346:1
**involved** 7:9
21:22 43:16,17

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 727 of 821

58:16 80:4
88:17 131:13
132:13 144:8
161:8 332:9
346:22 368:16
368:17 383:16
405:4 413:17
456:13 457:13
469:8 486:8
**involvement**
81:3 406:3
**isolate** 156:10
481:10
**issuance** 315:2
640:2
**issue** 32:3
152:10 156:16
160:20 250:13
258:15 278:18
304:20 357:3
477:10 481:16
485:20 575:13
583:15 603:18
629:20
**issued** 314:16
314:18 639:16
639:18
**issues** 28:13,24
47:13 84:25
85:17 97:22
302:7 307:2
353:13,24
372:13 409:25
410:17 422:22

627:7 632:2
**issuing** 314:15
639:15
**it'd** 235:2 560:2
**item** 32:1
101:14 283:16
357:1 426:14
608:16

**j**

**j** 2:7,12 36:8
102:11,13
318:20 327:7
327:12 361:8
427:11,13
643:20
**janey** 90:19
415:19
**january** 36:16
40:11 108:20
109:5 176:2
197:11 209:13
210:19 212:5
285:2 286:3
287:12 299:16
309:3,4 325:12
361:16 365:11
433:20 434:5
501:2 522:11
534:13 535:19
537:5 610:2
611:3 612:12
624:16 634:3,4
650:12

**jason** 87:5
412:5
**jay** 36:9 318:20
361:9 643:20
**jeffrey** 24:11
24:14 25:6
349:11,14
350:6
**jerry** 59:11,18
384:11,18
**jersey** 78:8
80:23 100:22
101:3 168:20
403:8 405:23
425:22 426:3
493:20
**job** 312:5
313:21 637:5
638:21
**jobs** 79:6 404:6
**joined** 49:2
374:2
**joint** 220:9
545:9
**joints** 221:18
221:20 222:5
546:18,20
547:5
**jon** 3:12 4:8
328:12 329:8
**jones** 9:17,23
24:11,24 25:7
25:9,20,23,25
26:22 27:6,24

28:2,5 29:25
30:9 122:18
290:22 334:17
334:23 349:11
349:24 350:7,9
350:20,23,25
351:22 352:6
352:24 353:2,5
354:25 355:9
447:18 615:22
**journal** 7:12,14
7:17 11:19
16:12 17:21
23:11 66:14
75:7 84:9
100:25 284:5
299:10 301:1
313:6 317:21
332:12,14,17
336:19 341:12
342:21 348:11
391:14 400:7
409:9 425:25
609:5 624:10
626:1 638:6
642:21
**jtc** 246:10
571:10
**judge** 122:17
447:17
**judges** 47:16
372:16
**judgments**
174:21 499:21

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 728 of 821

july 78:24
88:18 113:1
173:7,19
196:17 199:2
272:7,8 285:25
314:18,19
403:24 413:18
438:1 498:7,19
521:17 524:2
597:7,8 610:25
639:18,19
jump 268:5,5
593:5,5
jumping
232:18 255:10
557:18 580:10
june 29:7 91:15
112:22 138:11
212:6 238:22
272:8 314:20
314:21 318:4
354:7 416:15
437:22 463:11
537:6 563:22
597:8 639:20
639:21 643:4
jury 302:22
627:22
justice 2:21 3:2
3:6 5:10
298:10 299:22
306:14 327:21
328:2,6 330:10
623:10 624:22

631:14
justified 156:13
193:10 197:19
481:13 518:10
522:19

**k**

k 102:11,14
427:11,14
kailey 2:22
327:22
kailey.silvers...
2:24 327:24
kaylie 4:18
329:18
kd 274:7 275:5
275:6 276:3
599:7 600:5,6
601:3
kdean 2:5
327:5
keep 71:8 79:6
79:7 122:15
200:21 206:4
257:17 293:9
396:8 404:6,7
447:15 525:21
531:4 582:17
618:9
keeping 288:5
613:5
keller 2:15
327:15

kellerpostma...
2:18 327:18
kept 86:7,14
297:12 411:7
411:14 622:12
kevin 2:3 4:12
29:21 32:22
45:23 54:21
90:5 327:3
329:12 354:21
357:22 370:23
379:21 415:5
key 83:20 181:3
284:7 408:20
506:3 609:7
kickoff 118:11
443:11
kicks 272:7
597:7
kind 106:15
167:16 265:23
431:15 492:16
590:23
kinds 171:20
189:3 496:20
514:3
knew 58:8 88:1
180:16,18
200:9 383:8
413:1 505:16
505:18 525:9
know 6:20 7:18
10:13 19:5,22
20:3,8 23:22

23:24 25:17
26:12,13 27:1
28:4 35:25
37:2,4,6,7
44:10 45:17
55:7 56:20,21
58:2,14,18
59:4 60:8,11
60:12,17 61:5
61:18 62:10
71:5 81:23
85:18 86:9,9
90:4,12 91:1
91:11 92:9,19
93:6,20,21
98:24 103:16
106:10,16
109:3,25
117:23 123:1,2
126:1,3 129:14
131:17,19,24
132:5 134:2
135:18,23
139:24 141:9
141:14,14
143:1 145:12
145:22 146:11
147:21 148:17
149:9 156:9
162:21 164:12
164:23,25
165:16 166:8
167:25 169:3,9
171:19 182:23

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 729 of 821

183:14 188:16
188:17,21
189:21,23
190:18 197:23
199:3 200:13
200:21,25
201:3,4,10
202:1 203:9
218:5 224:7
227:12,19
236:22 245:20
246:23 247:8
247:13 251:17
251:17,21,22
258:19 263:7
271:8 280:14
280:18 282:25
285:11 288:3
291:2,16,23
292:2,18,21
300:1 303:13
304:9 306:12
306:17 313:20
331:20 332:18
335:13 344:5
344:22 345:3,8
348:22,24
350:17 351:12
351:13 352:1
353:4 360:25
362:2,4,6,7
369:10 370:17
380:7 381:20
381:21 383:2

383:14,18
384:4 385:8,11
385:12,17
386:5,18
387:10 396:5
406:23 410:18
411:9,9 415:4
415:12 416:1
416:11 417:9
417:19 418:6
418:20,21
423:24 428:16
431:10,16
434:3,25
442:23 448:1,2
451:1,3 454:14
456:17,19,24
457:5 459:2
460:18,23
464:24 466:9
466:14,14
468:1 470:12
470:22 471:11
472:21 473:17
474:9 481:9
487:21 489:12
489:23,25
490:16 491:8
492:25 494:3,9
496:19 507:23
508:14 513:16
513:17,21
514:21,23
515:18 522:23

524:3 525:13
525:21,25
526:3,4,10
527:1 528:9
543:5 549:7
552:12,19
561:22 570:20
571:23 572:8
572:13 576:17
576:17,21,22
583:19 588:7
596:8 605:14
605:18 607:25
610:11 613:3
616:2,16,23
617:2,18,21
625:1 628:13
629:9 631:12
631:17 638:20
**knowledge**
12:7,19 18:9
18:18 48:19
63:9 73:4 79:9
125:18 132:7
222:25 224:15
337:7,19 343:9
343:18 373:19
388:9 398:4
404:9 450:18
457:7 547:25
549:15
**knowledgeable**
29:2 100:3
354:2 425:3

**known**   23:25
44:12 56:4
62:21 187:15
187:16,17,18
210:12 213:3
214:1 348:25
369:12 381:4
387:21 512:15
512:16,17,18
535:12 538:3
539:1
**knuckles**
313:18 638:18
**konikow**   3:13
9:23 10:3 13:2
13:13,15,20
87:21 88:1,2
89:25 90:2,3
91:2 277:15,16
277:23,24
278:16 279:15
280:20 307:24
324:22,23
328:13 334:23
335:3 338:2,13
338:15,20
412:21 413:1,2
414:25 415:2,3
416:2 602:15
602:16,23,24
603:16 604:15
605:20 632:24
649:22,23

Golkow Technologies,
877-370-3377                     A Veritext Division                     www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 730 of 821

**konikow's** 9:15
10:11 52:23
53:10 250:13
278:7 279:20
280:14 334:15
335:11 377:23
378:10 575:13
603:7 604:20
605:14

**l**

**l** 29:7 35:2 70:4
318:4,15 319:3
354:7 360:2
395:4 643:4,15
644:3
**l.baughman**
2:10 327:10
**lab** 167:12
246:10 290:18
492:12 571:10
615:18
**label** 279:6
604:6
**laboratory**
22:25 347:25
**labs** 16:3
207:13 341:3
532:13
**lack** 211:16
220:17 536:16
545:17
**lan** 71:7 396:7

**land** 135:17
460:17
**landau** 3:12 4:8
328:12 329:8
**landed** 189:17
514:17
**landfill** 220:1
220:16,20
222:18,24
223:1,2,7,10
224:1,4,6,13
225:22 259:21
260:8 261:4,25
266:10 324:18
545:1,16,20
547:18,24
548:1,2,7,10
549:1,4,6,13
550:22 584:21
585:8 586:4,25
591:10 649:18
**language** 134:7
142:15 161:15
215:24 459:7
467:15 486:15
540:24
**large** 152:4
246:19 316:5
477:4 571:19
641:5
**larger** 155:1,5
155:12 480:1,5
480:12

**late** 263:7
307:5 588:7
632:5
**latin** 268:17
271:21,25
272:18,23
273:1 593:17
596:21,25
597:18,23
598:1
**laura** 2:7 12:4
29:25 30:9
327:7 337:4
354:25 355:9
**lauren** 1:18 4:7
316:3,22
326:18 329:7
641:3,22
**law** 6:3 331:3
**lawrence** 16:2
341:2
**lawsuit** 63:2,4
388:2,4
**lawyer** 5:9 6:13
41:23 47:16
94:13 168:1
298:5 299:2
306:11,21,21
330:9 331:13
366:23 372:16
419:13 493:1
623:5 624:2
631:11,21,21

**lawyers** 10:24
10:25 12:21,25
13:20 41:23,24
43:21 52:13
87:20 88:9
273:25 302:15
335:24,25
337:21,25
338:20 366:23
366:24 368:21
377:13 412:20
413:9 598:25
627:15
**layers** 111:24
166:23 436:24
491:23
**laying** 94:19
419:19
**laypeople**
92:19 417:19
**layperson** 29:1
354:1
**layperson's**
120:5 445:5
**lead** 68:25
393:25
**leadership** 2:2
85:8 88:3
146:3 327:2
410:8 413:3
471:3
**leak** 220:7
221:19 222:15
545:7 546:19

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 731 of 821

547:15
**leakage** 222:2
261:15 266:19
547:2 586:15
591:19
**leaking** 219:13
219:16 224:8
286:19 544:13
544:16 549:8
611:19
**leaks** 222:13
289:17 290:2,6
547:13 614:17
615:2,6
**leans** 175:15
500:15
**leary** 3:7 328:7
**leave** 62:22
133:1 289:10
387:22 458:1
614:10
**led** 79:2 404:2
**left** 73:19
129:15 132:8
157:16 171:21
184:8 185:5
215:10 219:8
273:11 293:10
398:19 454:15
457:8 482:16
496:21 509:8
510:5 540:10
544:8 598:11
618:10

**legal** 1:14 2:12
78:14,24 80:4
80:4,10 105:1
138:2 307:4
326:14 327:12
403:14,24
405:4,4,10
430:1 463:2
632:4
**legislation** 91:7
416:7
**lejeune** 1:4 4:3
7:8 23:7,14
27:7 30:10,21
61:1 62:17,24
65:17 66:3,7
66:17,20 69:1
69:5,22 72:8
72:23 73:4,8
73:13,16,22
74:5,8,10,13,18
74:20 75:5,13
76:7,13,15
77:2,22 78:4,8
79:17,25 80:7
80:22 81:5
83:4 84:3
90:11,24 91:5
91:16 92:5
95:12 100:22
102:17 105:3
105:20 107:12
107:23 110:16
116:14 117:15

119:17 121:4
124:14 133:9
137:25 139:1
139:12,13
157:2 165:18
167:14 168:21
179:12 180:8
207:24 212:6,8
228:18 229:15
234:3 236:20
242:7 253:11
259:17 301:4,8
301:10,13,20
302:3 305:11
307:2 309:6
312:14 319:11
320:3,18
321:18 322:13
323:4,19
324:11 326:4
329:3 332:8
348:7,14 352:7
355:10,21
386:1 387:17
387:24 390:17
391:3,7,17,20
394:1,5,22
397:8,23 398:4
398:8,13,16,22
399:5,8,10,13
399:18,20
400:5,13 401:7
401:13,15
402:2,22 403:4

403:8 404:17
404:25 405:7
405:22 406:5
408:4 409:3
415:11,24
416:5,16 417:5
420:12 425:22
427:17 430:3
430:20 432:12
432:23 435:16
441:14 442:15
444:17 446:4
449:14 458:9
462:25 464:1
464:12,13
482:2 490:18
492:14 493:21
504:12 505:8
532:24 537:6,8
553:18 554:15
559:3 561:20
567:7 578:11
584:17 626:4,8
626:10,13,20
627:3 630:11
632:2 634:6
637:14 644:11
645:3,18
646:18 647:13
648:4,19
649:11
**lengthy** 262:2
266:25 587:2
591:25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 732 of 821

leonard 3:13
277:14,23
324:21 328:13
602:14,23
649:21
letter 85:23
86:22 157:4,24
158:4 160:6
277:13,22
293:3 321:23
324:19 410:23
411:22 482:4
482:24 483:4
485:6 602:13
602:22 618:3
646:23 649:19
letters 27:2
352:2
level 42:10
44:18 70:25
103:19 105:9
106:2 113:15
113:20 117:8
121:13 156:22
161:1,2,3
163:5,10,11,25
164:12 187:15
308:9 367:10
369:18 395:25
428:19 430:9
431:2 438:15
438:20 442:8
446:13 481:22
486:1,2,3

488:5,10,11,25
489:12 512:15
633:9
leveling 167:23
492:23
levels 42:16
102:16 176:22
176:25 177:3
231:14,16
367:16 427:16
501:22,25
502:3 556:14
556:16
liability 142:14
467:14
license 26:21
351:21
life 93:5,15
418:5,15
light 95:1,2
153:12 155:20
289:7 420:1,2
478:12 480:20
614:7
likely 40:12
103:15 104:15
104:23 109:6,9
155:1,12
166:12 201:7
206:16 224:5
227:9,16,19,20
365:12 428:15
429:15,23
434:6,9 480:1

480:12 491:12
526:7 531:16
549:5 552:9,16
552:19,20
likewise 244:6
569:6
limit 45:24,25
187:11 230:7
231:1,10
241:17 242:1
253:21 254:5
254:14,20
255:6 258:5,18
258:21 273:4
302:10 370:24
370:25 512:11
555:7 556:1,10
566:17 567:1
578:21 579:5
579:14,20
580:6 583:5,18
583:21 598:4
627:10
limitation
125:14 450:14
limitations
81:24 130:20
169:18 260:14
262:4,6 267:1
284:21 406:24
455:20 494:18
585:14 587:4,6
592:1 609:21

limited 117:2
121:8 186:21
209:17 211:2
214:21 262:9
280:17 284:14
284:18 442:2
446:8 511:21
534:17 536:2
539:21 587:9
605:17 609:14
609:18
limits 229:23
229:24 230:3
230:15 244:8
259:5 554:23
554:24 555:3
555:15 569:8
584:5
line 85:16,16
90:4 146:24,24
150:10,10
256:9 257:9
272:13 302:5
317:3,19
410:16,16
415:4 471:24
471:24 475:10
475:10 581:9
582:9 597:13
627:5 642:3,19
linearly 114:18
439:18
liquid 289:7
614:7

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 733 of 821

**list** 8:23 14:9
  20:12,14 35:23
  36:20 74:22
  130:21 172:18
  217:4,7 218:5
  232:17 333:23
  339:9 345:12
  345:14 360:23
  361:20 399:22
  455:21 497:18
  542:4,7 543:5
  557:17
**listed** 48:9 87:9
  120:12 238:21
  373:9 412:9
  445:12 563:21
**listen** 9:24
  334:24
**listened** 10:7
  22:13 24:10
  335:7 347:13
  349:10
**listening** 166:9
  491:9
**listing** 55:16
  196:24,25
  197:4 380:16
  521:24,25
  522:4
**lists** 176:12
  501:12
**liter** 108:22
  109:4,7 173:8
  173:10,21

182:16,17,18
231:20,23
241:4,8,12
246:3 254:25
272:3 286:7
433:22 434:4,7
498:8,10,21
507:16,17,18
556:20,23
566:4,8,12
571:3 579:25
597:3 611:7
**literature**
  275:25 600:25
**lithology**
  282:19 607:19
**litigation** 1:4
  4:3 25:4,12
  27:23 28:16,19
  43:9 44:20
  45:3,7 46:15
  46:25 64:20,22
  65:9 72:7
  78:25 79:16
  80:13 81:3,8
  128:24 326:4
  329:3 350:4,12
  352:23 353:16
  353:19 368:9
  369:20 370:3,7
  371:15,25
  389:20,22
  390:9 397:7
  403:25 404:16

405:13 406:3,8
453:24
**little** 50:19
  67:21 73:6,7
  82:18 93:24
  127:2 132:21
  152:16 160:23
  162:16 163:3
  167:15 185:8
  201:18,20
  232:19 252:10
  259:7 274:3
  300:23 375:19
  392:21 398:6,7
  407:18 418:24
  452:2 457:21
  477:16 485:23
  487:16 488:3
  492:15 510:8
  526:18,20
  557:19 577:10
  584:7 599:3
  625:23
**lived** 169:10
  494:10
**livermore** 16:3
  341:3
**living** 20:2
  345:2
**lnapl** 289:7,8,9
  289:15,16,19
  290:1,14,17
  614:7,8,9,15,16
  614:19 615:1

615:14,17
**loading** 283:14
  283:15 284:22
  285:2 286:7,11
  287:15,24
  288:20,22
  289:6 290:10
  291:1,5 608:14
  608:15 609:22
  610:2 611:7,11
  612:15,24
  613:20,22
  614:6 615:10
  616:1,5
**locate** 298:1
  623:1
**located** 281:2
  606:2
**location** 1:14
  279:24 326:14
  604:24
**locations**
  165:18 179:13
  261:14 265:20
  266:18 490:18
  504:13 586:14
  590:20 591:18
**logistics** 10:18
  335:18
**long** 11:11 48:1
  215:8 281:12
  293:17 294:2
  300:17 336:11
  373:1 540:8

Golkow Technologies,
A Veritext Division

606:12 618:17
619:2 625:17
**longer** 65:1
202:1 217:4,11
390:1 527:1
542:4,11
**longley** 55:7
380:7
**longley's** 55:4
380:4
**look** 15:17,25
20:1 31:21
35:18 54:18
55:20 59:14
69:19 70:9,16
71:4,14,15
86:21 95:5
106:21 115:5
115:21,22
117:21 120:17
128:19 135:12
137:16 143:22
146:14 148:11
156:9 168:18
176:10,20
180:22 181:15
181:23 185:3
195:7,16 198:2
198:3 199:25
202:19 209:8
216:16,25
232:4,5 240:9
243:5 247:21
249:17 252:8

258:10 259:6
273:13 282:23
291:1,4 294:8
294:19 297:18
303:25 309:17
309:18 310:10
312:11 340:17
340:25 345:1
356:21 360:18
379:18 380:20
384:14 394:19
395:9,16 396:4
396:14,15
411:21 420:5
431:21 440:5
440:21,22
442:21 445:17
453:19 460:12
462:16 468:22
471:14 473:11
481:9 493:18
501:10,20
505:22 506:15
506:23 510:3
520:7,16 523:2
523:3 524:25
527:19 534:8
541:16,25
557:4,5 565:9
568:5 572:21
574:17 577:8
583:10 584:6
598:13 607:23
616:1,4 619:8

619:19 622:18
628:25 634:17
634:18 635:10
637:11
**looked** 54:2
70:7 77:16
82:14 119:21
133:18 134:9
181:19,23
242:17 245:3
250:11 251:20
251:20,23
309:20 379:2
395:7 402:16
407:14 444:21
458:18 459:9
506:19,23
567:17 570:3
575:11 576:20
576:20,23
634:20
**looking** 35:11
74:21,22,23
84:25 87:23
115:7 138:8
155:17,19
161:14 167:11
174:10 189:12
192:20 195:22
196:2 200:22
216:22 217:9,9
217:16 225:25
235:25 238:23
239:7 242:3

251:7 252:18
253:25 260:19
264:14 265:23
272:12 276:12
277:3 290:19
290:23 297:4
360:11 399:21
399:22,23
409:25 412:23
440:7 463:8
480:17,19
486:14 492:11
499:10 514:12
517:20 520:22
521:2 525:22
541:22 542:9,9
542:16 550:25
560:25 563:23
564:7 567:3
576:7 577:18
578:25 585:19
589:14 590:23
597:12 601:12
602:3 615:19
615:23 622:4
**looks** 17:18
50:18 55:11
133:23 137:21
144:11 235:4
256:18,24
257:2 280:3
294:11 300:9
342:18 375:18
380:11 458:23

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 735 of 821

462:21 469:11
560:4 581:18
581:24 582:2
605:3 619:11
625:9
**lookup** 70:8
395:8
**loss** 155:11
156:18 167:16
173:12,15
185:18 189:14
205:25 480:11
481:18 492:16
498:12,15
510:18 514:14
530:25
**losses** 149:23
150:17,18
151:1,4,14
152:7 153:15
154:22 155:11
155:23 156:2,3
156:5 163:20
163:23 164:2
164:15 165:5
172:16 173:2
174:1,13
175:12,16,17
175:25 176:14
177:21 178:22
179:1 181:12
181:22 185:20
188:19,20
189:10 190:4

190:10 196:7
197:8 474:23
475:17,18
476:1,4,14
477:7 478:15
479:22 480:11
480:23 481:2,3
481:5 488:20
488:23 489:2
489:15 490:5
497:16 498:2
499:1,13
500:12,16,17
500:25 501:14
502:21 503:22
504:1 506:12
506:22 510:20
513:19,20
514:10 515:4
515:10 521:7
522:8
**lost** 175:1
208:10 500:1
533:10
**lot** 105:4 106:6
143:15 148:17
302:11 430:4
431:6 468:15
473:17 627:11
**low** 240:2
247:1,1 271:4
273:8 565:2
572:1,1 596:4
598:8

**lower** 303:13
303:17 628:13
628:17
**lucky** 312:6
637:6
**lunch** 132:22
136:8,18,25
457:22 461:8
461:18,25
**luncheon**
136:13 461:13
**luxenberg** 2:6
327:6

| m |
|---|

**m** 3:7 328:7
**m.l.** 49:17
318:22 374:17
643:22
**made** 83:13
86:10 132:13
134:4,8 153:14
155:22 165:4
168:5 171:15
186:18 189:21
190:9 223:13
223:20 305:20
408:13 411:10
457:13 459:4,8
478:14 480:22
490:4 493:5
496:15 511:18
514:21 515:9
548:13,20

630:20
**magnitude**
284:11 609:11
**mail** 62:9 78:13
89:5 90:2,7,8
92:7 135:19,25
136:1,2 137:7
137:12,14,18
137:22 140:25
141:20 142:22
143:9,10 144:4
144:10 145:13
171:17 288:12
288:25 289:1,5
304:10,13
306:24 311:1,7
311:12,13
314:14 320:25
324:25 325:17
387:9 403:13
414:5 415:2,7
415:8 417:7
460:19,25
461:1,2 462:7
462:12,14,18
462:22 465:25
466:20 467:22
468:9,10 469:4
469:10 470:13
496:17 613:12
613:25 614:1,5
629:10,13
631:24 636:1,7
636:12,13

Golkow Technologies,
A Veritext Division
877-370-3377    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 736 of 821

639:14 645:25
649:25 650:17
**mailing** 90:3
415:3
**mails** 27:3
59:10,18 64:1
168:7 170:7
352:3 384:10
384:18 389:1
493:7 495:7
**main** 42:11
98:4,9 101:8
126:3 176:18
179:21 367:11
423:4,9 426:8
451:3 501:18
504:21
**maintain** 161:3
163:10 486:3
488:10
**maintained**
192:12 517:12
**maintaining**
163:25 488:25
**maintenance**
177:6 198:25
502:6 523:25
**major** 180:4
181:22 227:13
227:13 278:8
279:16,20
283:16 292:3,6
292:15 505:4
506:22 552:13

552:13 603:8
604:16,20
608:16 617:3,6
617:15
**majority** 10:7
160:11 335:7
485:11
**make** 6:14
31:16 32:8
33:20 34:20
42:17 47:9
70:24 82:10
86:12 96:14
113:11 145:25
166:2 167:7,8
174:21 177:11
177:20 188:19
188:22 189:2,4
223:3 240:5
254:6 262:4
265:8,21 283:3
331:14 356:16
357:8 358:20
359:20 367:17
372:9 395:24
407:10 411:12
421:14 438:11
470:25 491:2
492:7,8 499:21
502:11,20
513:19,22
514:2,4 548:3
565:5 579:6
587:4 590:8,21

608:3
**makes** 65:20
90:15 224:17
390:20 415:15
549:17
**making** 47:17
58:25 96:17
122:18 126:3
170:9 372:17
383:25 421:17
447:18 451:3
495:9
**managed** 95:7
95:22,25 420:7
420:22,25
**management**
85:8 86:13
95:3 101:1
146:4 410:8
411:13 420:3
426:1 471:4
**management's**
69:12 394:12
**manager** 68:25
393:25
**managing** 96:2
421:2
**manual** 154:23
479:23
**manuscript**
75:23 400:23
**maps** 195:8
520:8

**march** 1:12 4:5
67:5,8,12,14
113:8 239:23
316:12,23
326:12 329:5
392:5,8,12,14
438:8 564:23
641:12,23
**marine** 74:17
107:11,22
116:14 118:11
121:3 124:13
133:8 151:9
157:1 189:7
190:17 207:11
207:23 228:17
234:2 259:16
296:24 319:10
320:2,17
321:17 322:12
323:3,18
324:10 399:17
432:11,22
441:14 443:11
446:3 449:13
458:8 476:9
482:1 514:7
515:17 532:11
532:23 553:17
559:2 584:16
621:24 644:10
645:2,17
646:17 647:12
648:3,18

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 737 of 821

649:10
**mark** 16:9,18
16:19 22:9
106:24,25
228:11 233:1
259:7 277:11
310:25 341:9
341:18,19
347:9 431:24
431:25 553:11
558:1 584:7
602:11 635:25
**marked** 16:16
29:9 32:18
34:4 35:3 36:9
49:15,20 59:24
60:1 70:4
107:16,25
128:3,8 133:11
137:1,9 149:4
154:5 157:7
208:2,12
228:20 234:6
246:9,11
259:21 277:17
288:14 295:15
297:21 299:18
310:8 311:3
341:16 354:9
357:18 359:4
360:3 361:9
374:15,20
384:24 385:1
395:4 432:16

432:25 453:3,8
458:11 462:1,9
474:4 479:5
482:7 533:2,12
553:20 559:6
571:9,11
584:21 602:17
613:14 620:15
622:21 624:18
635:8 636:3
**marking** 29:11
32:16 34:7,25
36:5 70:2
133:15 137:6
154:7 157:9
207:14 228:23
233:20 259:9
288:16 354:11
357:16 359:7
359:25 361:5
395:2 458:15
462:6 479:7
482:9 532:14
553:23 558:20
584:9 613:16
**markings** 149:6
474:6
**martel's** 314:22
639:22
**maslia** 1:11 4:2
5:3,7 17:14,14
20:14 29:7
32:18 35:2,8
36:12 45:25

46:10 49:17,19
52:11 55:2
70:4 94:10
127:1 128:8
136:17 149:9
233:14 273:23
277:14 291:19
294:1 314:6
317:4 318:4,9
318:15,22,25
319:4 324:21
326:11 329:2
330:3,7 342:14
342:14 345:14
354:7 357:18
360:2,8 361:12
370:25 371:10
374:17,19
377:11 380:2
395:4 419:10
452:1 453:8
461:17 474:9
558:14 598:23
602:14 616:19
619:1 639:6
642:4 643:4,9
643:15,22,25
644:4 649:21
**mass** 181:5
193:3,4,9,9,21
193:25,25
194:1,2,7,9,10
194:20 281:9
282:4 283:14

283:15,18,22
284:9,10,14,22
285:2 286:6
287:15,24
288:20,22
289:6 290:10
291:1,5 506:5
518:3,4,9,9,21
518:25,25
519:1,2,7,9,10
519:20 606:9
607:4 608:14
608:15,18,22
609:9,10,14,22
610:2 611:6
612:15,24
613:20,22
614:6 615:10
616:1,5
**massive** 185:18
510:18
**master's** 23:19
348:19
**masters** 193:9
518:9
**match** 38:11
41:9 363:11
366:9
**material** 8:21
193:21 223:1,2
333:21 518:21
548:1,2
**materials** 11:19
35:23 36:20

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 738 of 821

193:1,3,4,9
219:18 221:3
336:19 360:23
361:20 518:1,3
518:4,9 544:18
546:3
**matter** 113:4
162:12,16
164:1,2 438:4
487:12,16
489:1,2
**matters** 177:15
299:25 502:15
624:25
**maximum**
70:22 395:22
**mcl** 119:2
444:2
**mean** 18:14
33:24 42:25
43:16 44:9
46:22 53:14
58:1 60:16
61:20 77:12,17
82:23 83:21
85:14 90:8,9
100:7 101:25
102:9,12 103:6
103:6,9,25
104:7,13
105:12 106:12
108:16,17,21
110:18 117:23
118:2 119:10

123:4,16 124:8
125:10 138:17
140:12 143:14
146:24 164:25
166:13 177:14
178:4 192:23
194:15,19
199:12,24
207:5 214:18
227:11 235:3
237:25 245:19
249:12 250:1,5
250:11 251:11
252:24 258:7
264:6 269:23
270:25 271:4
303:17 343:14
358:24 367:25
368:16 369:9
371:22 378:14
383:1 385:16
386:20 402:12
402:17 407:23
408:21 410:14
415:8,9 425:7
426:25 427:9
427:12 428:6,6
428:9,25 429:7
429:13 430:12
431:12 433:16
433:17,21
435:18 442:23
443:2 444:10
448:4,16 449:8

450:10 463:17
465:12 468:14
471:24 489:25
491:13 502:14
503:4 517:23
519:15,19
524:12,24
532:5 539:18
552:11 560:3
562:25 570:19
574:12 575:1,5
575:11 576:11
577:24 583:7
589:6 594:23
595:25 596:4
628:17
**meaning** 19:21
80:6 90:13
168:21 169:14
185:10 206:22
225:7,9 246:25
344:21 405:6
415:13 493:21
494:14 510:10
531:22 550:7,9
571:25
**meaningful**
77:19 402:19
**means** 61:25
104:1 182:8
194:9 236:22
236:23 238:12
264:2 275:4
386:25 429:1

507:8 519:9
561:22,23
563:12 589:2
600:4
**meant** 77:18
79:11 188:24
225:4 245:22
246:14,17,22
402:18 404:11
513:24 550:4
570:22 571:14
571:17,22
**measure**
105:17 179:2,4
202:4,5 430:17
504:2,4 527:4
527:5
**measured**
161:5 163:12
173:18 179:2
195:24 232:12
232:15 251:10
251:21 253:17
255:23 256:13
256:15,19,20
257:5,12
258:11 486:5
488:12 498:18
504:2 520:24
557:12,15
576:10,21
578:17 580:23
581:13,15,19
581:20 582:5

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 739 of 821

582:12 583:11

**measurement**
173:11 303:13
498:11 628:13

**measurements**
196:3 231:4
248:10 264:2
521:3 556:4
573:10 589:2

**mechanisms**
178:6 503:6

**media** 233:3
558:3

**median** 219:22
220:7 222:14
544:22 545:7
547:14

**medical** 10:6
335:6

**meet** 10:25
11:4 42:24
48:11 83:12
169:2 271:15
298:11 335:25
336:4 367:24
373:11 408:12
494:2 596:15
623:11

**meeting** 10:25
11:8,11,16
12:8,11,20,23
12:24 13:3,14
13:16,21 24:21
25:15 26:8

27:22 28:19
118:11 170:10
189:20 246:16
298:21 335:25
336:8,11,16
337:8,11,20,23
337:24 338:3
338:14,16,21
349:21 350:15
351:8 352:22
353:19 443:11
495:10 514:20
571:16 623:21

**meetings** 12:24
13:1,24 24:21
37:9 61:6
83:11 337:24
338:1,24
349:21 362:9
386:6 408:11

**member** 60:25
61:9 62:21
312:12 385:25
386:9 387:21
637:12

**members** 65:21
65:25,25 87:1
92:4 179:11
301:16 390:21
390:25,25
412:1 417:4
504:11 626:16

**memo** 85:22
410:22

**memory** 15:3
15:20 340:3,20

**mention** 60:9
385:9

**mentioned** 9:1
11:17 13:2
14:12 19:9,12
23:10 24:19
25:20 36:19
52:24 53:19
66:14 84:24
89:24 284:7
291:22 334:1
336:17 338:2
339:12 344:9
344:12 348:10
349:19 350:20
361:19 377:24
378:19 391:14
409:24 414:24
609:7 616:22

**mentor** 24:5
64:7 349:5
389:7

**message** 305:12
630:12

**met** 5:11 11:5
24:15,16 25:6
25:9,10,20,23
26:5,10 28:14
28:18 37:5,13
37:16 42:23
62:22 298:14
330:11 336:5

349:15,16
350:6,9,10,20
350:23 351:5
351:10 353:14
353:18 362:5
362:13,16
367:23 387:22
623:14

**meta** 134:23
459:23

**method** 193:7
193:10,15
518:7,10,15

**methodology**
178:19 207:25
208:20 210:15
212:24 268:18
322:16 503:19
532:25 533:20
535:15 537:24
593:18 647:16

**methods** 24:9
64:10 117:5
221:20 258:22
349:9 389:10
442:5 546:20
583:22

**mexico** 14:23
19:19 20:5,17
339:23 344:19
345:5,17

**microgram**
182:16,17,18
241:12 507:16

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 740 of 821

507:17,18
566:12
**micrograms**
108:22 109:4,7
173:8,10,21
231:20,23
241:4,7 246:3
254:25 272:3
286:7,14
433:22 434:4,7
498:8,10,21
556:20,23
566:4,7 571:3
579:25 597:3
611:7,14
**micromanage**
278:22 603:22
**microsoft**
216:5 541:5
**mid** 74:15
87:16 399:15
412:16
**middle** 35:14
147:6,19 200:1
283:10 360:14
472:6,19 525:1
608:10
**midst** 30:5
355:5
**migrating**
296:13 621:13
**migration**
261:15 266:19
281:2,9 586:15

591:19 606:2,9
**mike** 124:21
449:21
**miles** 15:9
340:9
**military** 117:25
442:25
**million** 71:20
72:1 396:20
397:1
**mind** 48:2 49:3
79:7 89:8
93:20 200:21
373:2 374:3
404:7 414:8
418:20 525:21
**minimal** 309:23
634:23
**minimum**
175:16 281:19
284:22 288:8
500:16 606:19
609:22 613:8
**minor** 292:15
617:15
**minus** 103:16
225:7 227:25
282:11,22
283:9,10
428:16 550:7
552:25 607:11
607:22 608:9
608:10

**minute** 105:20
137:16 146:9
183:19,23
202:5 430:20
462:16 471:9
508:19,23
527:5
**minutes** 133:3
201:25 264:9
273:11 293:10
293:12,15
310:4 458:3
526:25 589:9
598:11 618:10
618:12,15
635:4
**mischaracteri...**
81:10 83:9,20
83:25 406:10
408:9,20,25
**mischaracteri...**
84:22 315:5
409:22 640:5
**mischaracteri...**
141:8 171:3
190:13 262:25
466:8 496:3
515:13 587:25
**missed** 305:1
630:1
**missing** 36:19
213:6,21
361:19 538:6
538:21

**misspoke** 17:9
151:23 251:8
342:9 476:23
576:8
**misstates**
262:25 587:25
**mistake** 114:18
439:18
**mistaken** 13:8
338:8
**mistakes** 315:5
640:5
**misunderstan...**
81:11 83:10,19
84:1 406:11
408:10,19
409:1
**misunderstan...**
84:21 409:21
**misunderstood**
17:15 129:9
342:15 454:9
**mix** 166:25
175:21 178:13
491:25 500:21
503:13
**mixed** 112:5
167:1 181:4
183:20 185:16
185:16 193:12
194:22 199:10
437:5 492:1
506:4 508:20
510:16,16

Golkow Technologies,
877-370-3377                     A Veritext Division                     www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 741 of 821

| | | | |
|---|---|---|---|
| 518:12 519:22 | **mob** 299:4 | 121:25 125:9 | 247:25 250:15 |
| 524:10 | 624:4 | 125:14,14 | 250:24 252:14 |
| **mixing** 111:8 | **model** 8:4 15:1 | 139:2 162:7,12 | 252:17 256:7 |
| 111:19,20 | 15:10,21 16:14 | 164:13 165:14 | 257:9 260:17 |
| 112:1,3 165:14 | 16:23 17:1,24 | 165:16 166:14 | 260:24 261:13 |
| 180:25 181:3,6 | 18:2,10,16,19 | 166:15,16,17 | 262:9,21 |
| 181:25 182:2,5 | 24:25 27:7,7 | 166:21,21 | 263:12,15,16 |
| 182:8,10,11 | 30:7 31:3 38:7 | 168:3,6,13,14 | 263:21 264:10 |
| 183:4,18 | 38:10,12 39:19 | 169:1,16 170:4 | 264:24 265:5 |
| 184:21 185:5 | 39:21,25 40:1 | 170:15,19,20 | 265:18 268:24 |
| 185:11,22 | 40:4,15,22 | 170:24,25 | 273:9 274:7 |
| 193:5,22 194:9 | 41:6 42:13 | 173:1 180:20 | 276:4,6 280:13 |
| 195:13,14 | 43:7,12,22 | 180:21,22,25 | 280:23 282:1,8 |
| 199:21,22 | 44:5,8,16,20 | 181:3,7 182:4 | 282:13,18 |
| 200:12 205:14 | 46:21,22,23,24 | 182:5,8 183:4 | 284:10,23 |
| 206:24 250:24 | 47:5,6,6,17,24 | 183:9,18,18 | 285:2,10 286:3 |
| 263:16 264:10 | 47:25,25 54:4 | 184:21 185:5 | 286:11 288:5 |
| 436:8,19,20 | 59:4 65:5 84:7 | 185:22 186:1,2 | 290:14 302:8 |
| 437:1,3 490:14 | 95:9,10 96:21 | 186:4,9,12,13 | 302:10 310:23 |
| 505:25 506:3,6 | 97:4,11,14,19 | 186:18 188:1,4 | 317:24 333:4 |
| 506:25 507:2,5 | 97:20 98:7,25 | 188:9,13 193:1 | 340:1,10,21 |
| 507:8,10,11 | 99:2,6 102:22 | 193:5,21 194:1 | 341:14,23 |
| 508:4,18 | 103:3 104:5 | 194:9 195:14 | 342:1,24 343:2 |
| 509:21 510:5 | 105:6,22 106:4 | 197:8 198:12 | 343:10,16,19 |
| 510:11,22 | 106:6 108:21 | 198:23 199:21 | 349:25 352:7,7 |
| 518:5,22 519:9 | 108:24 109:12 | 199:22 200:4 | 355:7 356:3 |
| 520:13,14 | 110:18,19 | 205:14,18 | 363:7,10,12 |
| 524:21,22 | 111:4,8,11,15 | 206:21,24,24 | 364:19,21,25 |
| 525:12 530:14 | 111:18,19 | 207:3 211:20 | 365:1,4,15,22 |
| 531:24 575:24 | 112:3,10 | 213:10 220:20 | 366:6 367:13 |
| 588:16 589:10 | 113:14,19 | 221:14 222:4 | 368:7,12,22 |
| **mlmogc** 144:18 | 114:2,2,3,6,8 | 224:16,16 | 369:5,8,16,20 |
| 469:18 | 114:10,23,24 | 225:14,19 | 371:21,22,23 |
| | 115:7,21 119:9 | 226:4 227:11 | 371:24 372:5,6 |

| | | | |
|---|---|---|---|
| 372:6,17,24,25 | 507:5,8 508:4 | 609:10,23 | 67:13,16 69:5 |
| 372:25 379:4 | 508:9,18,18 | 610:2,10 611:3 | 72:22 73:5,9 |
| 384:4 390:5 | 509:21 510:5 | 611:11 613:5 | 73:23 74:4,14 |
| 409:7 420:9,10 | 510:22 511:1,2 | 615:14 627:8 | 75:4,13 76:15 |
| 421:21 422:4 | 511:4,9,12,13 | 627:10 635:23 | 77:1 78:4 |
| 422:11,14,19 | 511:18 513:1,4 | 642:24 | 79:10,22 80:7 |
| 422:20 423:7 | 513:9,13 518:1 | **modeled** | 83:4 84:3 |
| 423:25 424:2,6 | 518:5,21 519:1 | 191:25 192:1 | 87:25 94:20 |
| 427:22 428:3 | 519:9 520:14 | 192:11,12,17 | 95:13 99:10,13 |
| 429:5 430:6,22 | 522:8 523:12 | 195:1,5 217:21 | 99:21,23 100:1 |
| 431:4,6 433:21 | 523:23 524:21 | 217:25 270:25 | 100:15,18,21 |
| 433:24 434:12 | 524:22 525:4 | 309:16 516:25 | 103:18 105:15 |
| 435:18,19 | 530:14,18 | 517:1,11,12,17 | 105:16,24 |
| 436:4,8,11,15 | 531:21,24,24 | 520:1,5 542:21 | 110:16 111:11 |
| 436:18,19 | 532:3 536:20 | 542:25 595:25 | 111:22 117:4 |
| 437:3,10 | 538:10 545:20 | 634:16 | 117:16 118:7 |
| 438:14,19 | 546:14 547:4 | **modeler** 24:18 | 120:4 121:10 |
| 439:2,2,3,6,8 | 549:16,16 | 63:5 196:12,14 | 123:22,22 |
| 439:10,23,24 | 550:14,19 | 301:12,15,17 | 124:7,8 127:6 |
| 440:7,21 444:9 | 551:4 552:11 | 312:5 349:18 | 129:22 130:2,9 |
| 446:25 450:9 | 572:25 575:15 | 388:5 521:12 | 134:15,16 |
| 450:14,14 | 575:24 577:14 | 521:14 626:12 | 138:1,5 142:3 |
| 464:2 487:7,12 | 577:17 581:7 | 626:15,17 | 142:25 156:16 |
| 489:13 490:14 | 582:9 585:17 | 637:5 | 157:5,25 158:5 |
| 490:16 491:14 | 585:24 586:13 | **modelers** | 160:20 162:10 |
| 491:15,16,17 | 587:9,21 | 278:22 302:17 | 163:2,17 165:5 |
| 491:21,21 | 588:12,15,16 | 603:22 627:17 | 165:13 168:2 |
| 493:3,6,13,14 | 588:21 589:10 | **modeling** 9:2 | 168:10 169:18 |
| 494:1,16 495:4 | 589:24 590:5 | 16:25 18:1 | 170:11 171:13 |
| 495:15,19,20 | 590:18 593:24 | 21:2,9 23:7,14 | 171:17,22 |
| 495:24,25 | 598:9 599:7 | 27:4,5 28:5 | 179:5 180:19 |
| 498:1 505:20 | 601:4,6 605:13 | 30:20 43:17 | 187:23,25 |
| 505:21,22,25 | 605:23 607:1,8 | 64:7,9 65:3,18 | 188:17,18 |
| 506:3,7 507:4 | 607:13,18 | 66:6 67:7,10 | 189:2 200:22 |

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 743 of 821

207:6 219:22
224:9 260:21
271:16 287:21
292:4 302:4
303:2,4,11,23
304:1,5 312:6
321:24 334:2
341:25 343:1
346:2,9 348:7
348:14 352:4,5
353:5 355:20
368:17 389:7,9
390:3,18 391:6
392:7,10,13,16
394:5 397:22
398:5,9,23
399:4,14 400:4
400:13 401:15
402:1 403:4
404:10,22
405:7 408:4
409:3 412:25
419:20 420:13
424:10,13,21
424:23 425:1
425:15,18,21
428:18 430:15
430:16,24
435:16 436:11
436:22 442:4
442:16 443:7
445:4 446:10
448:22,22
449:7,8 452:6

454:22 455:2,9
459:15,16
463:1,5 467:3
467:25 481:16
482:5,25 483:5
485:20 487:10
488:2,17 490:5
490:13 493:2
493:10 494:18
495:11 496:13
496:17,22
504:5 505:19
512:23,25
513:17,18
514:2 525:22
532:6 544:22
549:9 585:21
596:16 612:21
617:4 627:4
628:2,4,11,23
629:1,5 637:6
646:24
**models** 19:10
19:12 21:17
22:2 42:13,19
42:21 45:7
47:4 48:1,5
53:25 55:16
56:10 60:9,10
60:13,23 61:13
67:18 68:1,15
69:1,22 96:3
99:16,20
100:12 110:17

111:6,9 115:15
125:3,24
126:12 127:14
169:13 182:4
187:13,20,24
202:2 207:7,7
207:10 220:2
262:1 304:2
309:21 344:10
344:12 346:17
347:2 367:13
367:19,21
370:7 372:4
373:1,5 378:25
380:16 381:10
385:9,10,13,23
386:13 392:18
393:1,15 394:1
394:22 421:3
424:16,20
425:12 435:17
436:6,9 440:15
450:3,24
451:12 452:14
494:13 507:4
512:13,20,24
527:2 532:7,7
532:10 545:2
587:1 629:2
634:21
**modflow** 98:24
111:8,10,23
113:15 114:8
309:18 423:24

436:8,10,23
438:15 439:8
634:18
**modify** 142:2
467:2
**moment** 109:10
109:20,23
203:12 204:24
205:1,13 218:4
240:8 242:12
242:17 270:7
272:1 434:10
434:20,23
528:12 529:24
530:1,13 543:4
565:8 567:12
567:17 595:7
597:1
**moments**
239:19 564:19
**money** 73:16
74:18 80:25
82:4 398:16
399:18 405:25
407:4
**monitoring**
101:2 426:2
**monte** 8:5 15:2
21:13 145:10
147:14 198:22
261:22 271:17
271:22,23,24
272:13 303:16
333:5 340:2

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 744 of 821

346:13 470:10
472:14 523:22
586:22 596:17
596:22,23,24
597:13 628:16
**month**   38:15
39:15,17,19,23
40:9,11,13,23
53:7 60:6,13
61:15 97:7
180:24 183:5
183:21 206:25
214:22 250:15
250:16,18
363:15 364:15
364:17,19,23
365:9,11,13,23
378:7 385:6,13
386:15 422:7
505:24 508:5
508:21 531:25
539:22 575:15
575:16,18
**monthly**   38:10
38:12 39:20,22
40:1,8,15
42:20,25 43:15
44:9 50:9 54:1
101:25 102:9
102:12 103:6
104:7,13
105:17 106:1
106:12 108:21
118:2 123:4,16

125:11 164:25
166:13 168:22
168:22,22
171:9,10 181:6
182:12 186:23
192:23 200:20
200:20 206:20
206:25 210:7
210:11,13,14
211:9,20
214:11 268:19
269:4,8,11,15
270:19,25
363:10,12
364:20,22
365:1,8,15
367:20,25
368:15 369:9
375:9 379:1
426:25 427:9
427:12 428:6
429:7,13
430:17 431:1
431:12 433:21
443:2 448:4,16
450:11 489:25
491:13 493:22
493:22,22
496:9,10 506:6
507:12 511:23
517:23 525:20
525:20 531:20
531:25 535:7
535:11,13,14

536:9,20
539:11 593:19
594:4,8,11,15
595:19,25
**months**   179:25
201:25 298:2
504:25 526:25
623:2
**morning**   4:12
5:7,8 35:22
36:19 329:12
330:7,8 360:22
361:19
**morris**   1:11 4:2
5:3 29:6 32:17
35:2 70:4
138:3 277:14
317:4 318:4,9
318:15 319:3
324:20 326:11
329:2 330:3
354:6 357:17
360:2 395:4
463:3 602:14
642:4 643:4,9
643:15 644:3
649:20
**motivating**
81:14 82:4
406:14 407:4
**motley**   2:3 3:14
327:3 328:14
**motleyrice.com**
2:5 327:5

**move**   166:22,25
491:22,25
**moved**   205:11
530:11
**movement**
290:20 615:20
**moving**   290:23
297:3,12
615:23 622:3
622:12
**mt**   2:4 327:4
**mt3dms**   16:4
99:1 111:8,14
111:25 113:19
114:10 284:10
309:18 341:4
424:1 436:8,14
436:25 438:19
439:10 609:10
634:18
**multi**   290:18
615:18
**multimedia**
19:21 22:25
344:21 347:25
**multiple**   39:16
39:22 106:15
148:12 236:1
237:7 252:7
364:16,22
431:15 473:12
561:1 562:7
577:7

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 745 of 821

**multiyear** 23:9
348:9
**mustafa** 9:22
22:19,21
334:22 347:19
347:21
**muted** 49:3
374:3
**muting** 49:3
374:3
**myrtle** 316:13
641:13
**mystery** 146:2
471:2

**n**

**n** 2:22 3:3,8
317:1 327:22
328:3,8 642:1
**name** 5:9 27:14
37:8 64:20
77:6 87:23
330:9 352:14
362:8 389:20
402:6 412:23
**named** 86:22
411:22
**names** 4:10
192:7 329:10
517:7
**national** 16:3
26:1 82:21
83:2 301:12
312:12 341:3

351:1 407:21
408:2 626:12
637:12
**nationally**
87:24 412:24
**natural** 16:13
16:25 17:3
18:1,4 317:22
341:13,25
342:3 343:1,4
642:22
**nature** 66:22
77:13 81:25
190:3 248:24
391:22 402:13
406:25 515:3
573:24
**navy** 57:9 73:2
74:17 84:9
85:4 90:14
98:17 118:11
140:1,10,17
158:3 160:5,22
190:17 207:12
296:24 305:10
305:13,19
382:9 398:2
399:17 409:9
410:4 415:14
423:17 443:11
465:1,10,17
483:3 485:5,22
515:17 532:12
621:24 630:10

630:13,19
**navy's** 84:2
86:17,22 157:4
157:24 158:4
321:22 409:2
411:17,22
482:4,24 483:4
646:22
**ne** 2:22 3:3,8
327:22 328:3,8
**near** 177:8,8
287:7 502:8,8
612:7
**nearly** 206:5
531:5
**necessarily**
69:24 81:21
91:6 105:3
115:13 150:9
221:19 252:15
263:16 278:17
284:3 394:24
406:21 416:6
430:3 440:13
475:9 546:19
577:15 588:16
603:17 609:3
**necessary**
188:19,21
223:3 513:19
513:21 548:3
**need** 6:19 62:2
71:23 85:1
122:17 137:24

141:13 162:22
170:10 171:5,6
171:7 200:21
206:18 232:5
233:3 242:25
247:21 252:8
279:10,11
305:5,21
331:19 387:2
396:23 410:1
447:17 462:24
466:13 487:22
495:10 496:5,6
496:7 525:21
531:18 557:5
558:3 567:25
572:21 577:8
604:10,11
630:5,21
**needed** 85:8
117:1,21 121:7
142:12 188:23
306:3 410:8
442:1,21 446:7
467:12 513:23
631:3
**needs** 6:13 36:2
48:22 171:1
182:12 331:13
361:2 373:22
496:1 507:12
**negligible**
152:20,22
153:16 155:24

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 746 of 821

156:4,4,13,19
163:23 165:5
167:15 173:3
175:16 179:1
181:22 185:20
188:21,24,25
189:5,9,14,24
190:4,9,10,24
197:19 477:20
477:22 478:16
480:24 481:4,4
481:13,19
488:23 490:5
492:15 498:3
500:16 504:1
506:22 510:20
513:21,24,25
514:5,9,14,24
515:4,9,10,24
522:19
**neither** 138:9
316:8 463:9
641:8
**network** 185:4
510:4
**never** 24:15
27:12 30:14
37:5,16 60:15
71:22,22 79:19
79:19,20 82:14
129:17 131:10
131:11 132:15
140:20 164:22
164:23 166:10

169:8 171:20
176:5,6 192:12
241:16 253:21
254:13 280:4
298:19 303:11
313:11,11
349:15 352:12
355:14 362:5
362:16 385:15
396:22,22
404:19,19,20
407:14 454:17
456:10,11
457:15 465:20
489:22,23
491:10 494:8
496:20 501:5,6
517:12 566:16
578:21 579:13
605:4 623:19
628:11 638:11
638:11
**new** 2:9 14:23
19:19 20:5,17
78:8 80:23
100:22 101:3
168:20 179:25
327:9 339:23
344:19 345:5
345:17 403:8
405:23 425:22
426:3 493:20
504:25

**nice** 312:14
637:14
**nine** 75:3,17
179:25 192:20
219:23 220:9
221:15 222:6
222:14 223:15
225:7,8,9,9,12
225:23,23
226:12,23
227:12,25
400:3,17
504:25 517:20
544:23 545:9
546:15 547:6
547:14 548:15
550:7,8,9,9,12
550:23,23
551:12,23
552:12,25
**nobel** 92:8,17
92:18 417:8,17
417:18
**non** 289:7
614:7
**nondetect**
250:25 257:13
258:5,20,23
575:25 582:13
583:5,20,23
**nondetection**
39:16 364:16
**nondetects**
248:15,21,22

249:1 258:6,13
258:16,25
259:4 573:15
573:21,22
574:1 583:6,13
583:16,25
584:4
**norman** 24:11
25:7 349:11
350:7
**north** 1:1,14
2:13 20:6
107:12,23
116:15 121:4
133:9 157:2
207:24 228:18
234:3 259:17
319:11 320:3
320:18 321:18
322:13 323:4
323:19 324:11
326:1,14
327:13 345:6
432:12,23
441:15 446:4
458:9 482:2
532:24 553:18
559:3 584:17
644:11 645:3
645:18 646:18
647:13 648:4
648:19 649:11
**northwest**
296:15 621:15

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 747 of 821

**notary** 316:4
  641:4
**note** 8:20
  299:19 333:20
  624:19
**noted** 66:25
  245:12,13
  391:25 570:12
  570:13
**notes** 41:15,16
  41:22,24 42:5
  54:8,12,13,15
  55:14 246:16
  246:16 249:17
  249:19 250:2
  252:24 273:13
  366:15,16,22
  366:24 367:5
  379:8,12,13,15
  380:14 571:16
  571:16 574:17
  574:19 575:2
  577:24 598:13
**notice** 49:24
  184:23 374:24
  509:23
**noticed** 51:8
  59:9 63:10,25
  64:20 65:19
  376:8 384:9
  388:10,25
  389:20 390:19
**november**
  237:9,15

238:16,22
241:3,15
242:14 243:7,8
244:4,12,20,21
245:3 247:5,17
248:10 296:10
562:9,15
563:16,22
566:3,15
567:14 568:7,8
569:4,12,20,21
570:3 572:5,17
573:10 621:10
**nrc** 84:20 85:3
85:6,9,11,17,25
86:2 301:14
303:9 312:20
312:23 313:12
314:15 315:1,3
409:20 410:3,6
410:9,11,17,25
411:2 626:14
628:9 637:20
637:23 638:12
639:15 640:1,3
**number** 5:19
5:25 14:21
15:13 38:9
49:2 51:3
60:20 75:11,16
89:5 90:23
101:24 117:20
117:25 118:2,3
118:6 152:23

157:18,19
191:14 192:20
212:6,8,9
262:9 279:15
279:20 285:12
294:15 295:9
295:11 304:9
330:19,25
339:21 340:13
363:9 374:2
376:3 385:20
400:11,16
414:5 415:23
426:24 442:20
442:25 443:2,3
443:6 477:23
482:18,19
516:14 517:20
537:6,8,9
587:9 604:15
604:20 610:12
619:15 620:9
620:11 629:9
**numbered**
157:15 482:15
**numbers** 51:12
139:1,23 142:2
143:20 145:4,9
145:19,20
283:4 305:16
376:12 464:1
464:23 467:2
468:20 470:4,9
470:19,20

608:4 630:16
**numeral** 116:1
120:22 441:1
445:22
**numerical**
16:23 17:23
110:3 226:8
303:15 341:23
342:23 435:3
551:8 628:15
**numerically**
226:9 551:9
**numerous**
56:18 117:25
127:12,19
315:4,4 381:18
442:25 452:12
452:19 640:4,4
**ny** 2:9 327:9

**o**

**o** 3:7 95:2
328:7 420:2
**o'clock** 12:18
337:18
**oath** 6:2 31:12
33:16 331:2
356:12 358:16
**object** 6:13
17:8 19:3 21:5
21:20 22:3
30:12,22 31:4
32:10,10 40:19
41:18,18 42:2

Golkow Technologies,
A Veritext Division
877-370-3377                                                   www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 748 of 821

43:10,25 44:22
45:12,21 47:1
47:20 50:23
58:9 61:16
62:18 80:1,14
81:17 82:22
83:5 88:4
93:16 100:5
103:11 104:25
106:19 109:21
110:6 114:14
115:11 122:3
122:11 123:10
125:6 126:15
127:17 129:6
131:16 132:2
133:21 134:10
135:3 141:7
147:11 155:6
162:14 164:19
165:8 168:15
170:16 171:2
177:24 180:17
183:1 190:12
196:8 198:9
202:18 204:20
213:17,17
228:4 236:3
241:19 242:24
245:5 254:22
255:7 262:24
264:4 265:13
267:11,25
269:21 270:3,9

271:2,7 272:15
291:10 296:7
296:20 303:24
305:7,23
306:16 313:10
331:13 342:8
344:3 346:5,20
347:3 355:12
355:22 356:4
357:10,10
365:19 366:18
366:18 367:2
368:10,25
369:22 370:12
370:21 372:1
372:20 375:23
383:9 386:16
387:18 405:1
405:14 406:17
407:22 408:5
413:4 418:16
425:5 428:11
429:25 431:19
434:21 435:6
439:14 440:11
447:3,11
448:10 450:6
451:15 452:17
454:6 456:16
457:2 458:21
459:10 460:3
466:7 472:11
480:6 487:14
489:19 490:8

493:15 495:16
496:2 502:24
505:17 508:1
515:12 521:8
523:9 527:18
529:20 538:17
538:17 553:4
561:3 566:19
567:24 570:5
579:22 580:7
587:24 589:4
590:13 592:11
592:25 594:21
595:3,9 596:2
596:7 597:15
616:10 621:7
621:20 628:24
630:7,23
631:16 638:10
**objection**
109:15 131:5
194:16 434:15
456:5 519:16
**objections**
45:23,24,25
54:17 122:19
370:23,24,25
379:17 447:19
**objective**   81:20
406:20
**objectives**
42:23 48:9
122:6 123:3,3
168:24 169:2

271:16 367:23
373:9 447:6
448:3,3 493:24
494:2 596:16
**observations**
154:19 253:17
479:19 578:17
**observed**   245:9
279:23 280:6
297:10 570:9
604:23 605:6
622:10
**observer**   37:8
362:8
**observing**
296:25 621:25
**obtain**   117:3
121:9 442:3
446:9
**obtained**
130:18 135:17
135:18 213:4
455:18 460:17
460:18 538:4
**obtaining**
178:8 503:8
**obviously**
95:17 113:3
146:14 420:17
438:3 471:14
**occasions**   26:11
56:18 83:7
351:11 381:18
408:7

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 749 of 821

occur 40:12
104:16 150:4
308:6 365:12
429:16 475:4
633:6
occurred 80:22
104:18 149:24
150:2,18
227:10 281:10
291:7 405:22
429:18 474:24
475:2,18
552:10 606:10
616:7
occurrence
228:18 323:5
553:18 648:5
occurring 17:3
18:4 116:20
342:3 343:4
441:20
occurs 178:13
503:13
ocd 149:9
474:9
october 17:20
17:21 35:9
118:12 235:22
236:11 237:1,3
237:5 342:20
342:21 360:9
443:12 560:22
561:11 562:1,3
562:5

offense 178:5
503:5
offer 34:21
249:21 359:21
574:21
offered 285:17
610:17
offering 41:4
42:6 43:7,22
46:21 181:11
311:14 366:4
367:6 368:7,22
371:21 506:11
636:14
office 30:15
69:11 96:10,11
120:7 135:20
135:21 143:17
143:18 144:11
159:10,11,14
159:14 298:15
306:25 355:15
394:11 421:10
421:11 445:7
460:20,21
468:17,18
469:11 484:10
484:11,14,14
623:15 631:25
officer 68:18,21
73:12 95:12
393:18,21
398:12 420:12

official 316:12
641:12
offline 104:4
429:4
offsetting
275:18 600:18
oh 9:9 27:13
29:20 35:15
91:22 101:15
107:1 108:8
109:16 116:6
119:8 124:22
128:10 154:15
172:13 189:24
191:6 201:19
216:20 217:5
230:5 236:9
279:13 294:5
300:20 304:11
311:24 334:9
352:13 354:20
360:15 416:22
426:15 432:1
433:8 434:16
441:6 444:8
449:22 453:10
479:15 497:13
514:24 516:6
526:19 541:20
542:5 555:5
561:9 604:13
619:5 625:20
629:11 636:24

oil 247:10
572:10
okay 5:1,25 6:6
6:18,21 7:23
8:12,22 9:7,9
10:2,5,12 11:4
11:11 12:5
13:9 15:19
16:11 17:13,16
17:16,17 18:14
20:8,18 21:25
23:22 24:6
25:10 27:10,13
27:20 29:14,17
29:22 30:2
31:2,9,12,23
32:5,6,15 34:2
34:16,24 35:15
37:10,12 38:2
41:9,16 44:5
47:9 48:13
49:25 50:7
51:2,5,12,21
52:3,4,7,11,16
52:25 53:9,12
53:16 54:1,7
54:10,20,24
55:6,8,23,23
56:1 57:1,14
57:16 58:6,19
59:16,16,22
61:6,10 62:1
63:16,25 64:25
65:14 67:20,24

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ      Document 352-5      Filed 04/17/25      Page 750 of 821

| | | | |
|---|---|---|---|
| 68:10,17,24 | 114:19,23 | 145:10,12 | 183:11 184:1,2 |
| 69:3 70:1,15 | 115:17,24 | 147:1,1,1,5,23 | 184:5,20,21 |
| 71:2,17,25 | 116:6,8,19 | 148:5,12,19 | 185:1,7,25 |
| 72:4 73:5,6,18 | 118:19,20 | 149:2,13,15,16 | 188:23,25 |
| 73:22 74:1 | 119:8,8,8,24 | 149:16 150:6 | 189:3,9,19 |
| 75:2,2,24 | 120:2,6,11,17 | 150:11,14,20 | 190:25 191:6,7 |
| 77:11 78:21,22 | 120:19,19,20 | 150:25 151:11 | 191:9 192:6,8 |
| 80:19 81:20 | 120:21,23 | 151:17,19,22 | 192:14,19,19 |
| 82:16,18 84:2 | 121:7,17,21,24 | 151:23 152:2,3 | 192:21 194:14 |
| 85:7,22 86:4 | 122:9 123:24 | 152:16 153:4 | 195:11,14,16 |
| 86:11,13,16,20 | 123:25,25 | 153:11 154:17 | 195:21,21 |
| 86:25 87:19 | 124:23,23,23 | 155:15 156:14 | 196:11,12,13 |
| 88:2,8 89:6,13 | 124:24 126:20 | 156:21,22 | 198:4 199:14 |
| 89:17 90:13,20 | 127:24 128:4 | 157:11,11,14 | 199:19,20 |
| 91:3,16 92:2 | 128:10,11,13 | 158:8,14,25 | 200:3,19 201:9 |
| 92:16,22 93:2 | 128:16 129:5 | 159:8,11,24 | 201:19 204:2 |
| 93:13,18,24 | 129:21 130:6 | 160:3,4,17 | 204:21 205:11 |
| 94:3,6,10,12,17 | 131:6 132:5,18 | 161:11 162:4 | 205:23 206:1,5 |
| 94:24 95:5,14 | 133:3,14,16,19 | 162:19 163:16 | 208:12,14,19 |
| 95:16 96:2,23 | 134:18,19,22 | 163:21 164:5 | 208:24,25,25 |
| 97:24,25 98:19 | 134:25 135:8 | 164:10,23 | 209:2,8,10 |
| 98:22 99:9,17 | 135:13,25 | 166:2,8 167:4 | 210:1,25 |
| 100:4 101:5,11 | 136:3,11,19,21 | 169:8,24 | 211:25 214:10 |
| 101:23 102:8 | 136:24 137:4 | 170:13,14 | 215:3,3,6,25 |
| 102:20,23 | 137:20 138:18 | 171:25 172:2,4 | 216:16,20,22 |
| 103:17,19 | 138:19,22 | 172:6,13,13 | 216:24 217:1,6 |
| 104:5 105:9,15 | 139:4,17,18 | 173:5,6,22 | 217:8,24 |
| 105:21 107:1,4 | 140:5,23,24 | 174:4 175:3 | 218:15,19,22 |
| 107:7,7 108:10 | 141:2,11,12,13 | 177:6 178:3,9 | 218:22 219:1,7 |
| 108:10,19,19 | 141:16,17,19 | 178:10,14,17 | 219:9,16 |
| 109:2,8,16,16 | 142:7,16,19 | 179:4,9,14,19 | 220:14 221:18 |
| 109:16 110:1 | 143:5,13 144:5 | 180:2,19,22 | 222:11,23 |
| 110:13 111:21 | 144:12,13,20 | 181:4,7,20,24 | 223:12,25 |
| 112:24 113:23 | 144:21,23 | 182:13 183:9,9 | 224:5,10,17,20 |

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 751 of 821

| | | | |
|---|---|---|---|
| 225:25 226:2,9 | 260:19 261:9 | 298:11,18 | 359:2,16,24 |
| 227:10,15 | 261:20 263:13 | 299:23 300:20 | 360:15 362:10 |
| 228:25 229:5,5 | 263:17,25 | 300:20,20 | 362:12 363:2 |
| 229:10,10,17 | 264:8 265:4,8 | 301:6,18,22,24 | 366:9,16 369:5 |
| 229:19 230:14 | 265:17,18,21 | 302:2,6,11,15 | 372:9 373:13 |
| 230:17,21 | 265:25 266:15 | 303:18,21 | 374:25 375:7 |
| 231:3,25 232:6 | 268:2,9,11,22 | 304:11,12,25 | 376:2,5,12,21 |
| 232:14,16,24 | 269:1,5,18 | 305:18 307:3 | 377:3,4,7,11,16 |
| 233:1,10,14,16 | 270:13,15,22 | 307:17 308:11 | 377:25 378:9 |
| 233:19 234:9 | 272:25 273:6 | 308:23,24 | 378:12,16 |
| 234:17,18,25 | 273:14,19,23 | 309:3,8,10,17 | 379:1,7,10,20 |
| 235:9,15,19 | 274:3,13 275:2 | 310:20,20,25 | 379:24 380:6,8 |
| 236:15,25 | 275:5,13,21,24 | 311:12,24,24 | 380:23,23 |
| 238:4,10,14,19 | 276:11,21 | 312:1,2,10,19 | 381:1 382:1,14 |
| 239:3,8 240:12 | 277:4,9,9,10 | 313:4,25 314:1 | 382:16 383:6 |
| 240:16,18,21 | 278:3,20 279:5 | 315:14 330:1 | 383:19 384:16 |
| 240:23 241:2 | 279:7,7,9,13,13 | 330:25 331:6 | 384:16,22 |
| 241:14 242:9 | 280:3,10 281:8 | 331:18,21 | 386:6,10 387:1 |
| 242:12 243:7 | 281:22 282:17 | 332:23 333:12 | 388:16,25 |
| 243:25 244:2 | 282:24 283:6 | 333:22 334:7,9 | 389:25 390:14 |
| 244:24 245:14 | 283:12 284:12 | 335:2,5,12 | 392:20,24 |
| 247:23 248:2 | 285:1,16,21 | 336:4,11 337:5 | 393:10,17,24 |
| 249:4,6,14 | 286:2,18 | 338:9 340:19 | 394:3 395:1,15 |
| 250:4,22,23 | 287:14 288:18 | 341:11 342:13 | 396:2,17,25 |
| 251:6,8,9 | 288:24 289:5 | 342:16,16,17 | 397:4 398:5,6 |
| 252:6,18,21,25 | 291:8,15,19,25 | 343:14 345:8 | 398:18,22 |
| 253:4,13 254:3 | 292:17 293:6 | 345:18 346:25 | 399:1 400:2,2 |
| 254:19 255:10 | 293:13,14,15 | 348:22 349:6 | 400:24 402:11 |
| 255:13,13,18 | 293:19,22 | 350:10 352:10 | 403:21,22 |
| 256:2,11 | 294:3,4,19,23 | 352:13,20 | 405:19 406:20 |
| 257:18,22,24 | 294:23 295:5 | 354:14,17,22 | 407:16,18 |
| 258:4 259:6,8 | 295:20 296:2 | 355:2 356:2,9 | 409:2 410:7,22 |
| 259:22,25 | 296:15,16 | 356:12,23 | 411:4,11,13,16 |
| 260:4,10,12,12 | 297:2,13,24,25 | 357:5,6,15 | 411:20,25 |

Golkow Technologies,
877-370-3377               A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 752 of 821

| | | | |
|---|---|---|---|
| 412:19 413:2,8 | 448:25,25 | 478:11 479:17 | 520:21,21 |
| 414:6,13,17 | 449:23,23,23 | 480:15 481:14 | 521:11,12,13 |
| 415:13,20 | 449:24 451:20 | 481:21,22 | 523:4 524:14 |
| 416:3,16 417:2 | 452:24 453:4 | 482:11,11,14 | 524:19,20 |
| 417:16,22 | 453:10,11,13 | 483:8,14,25 | 525:3,19 526:9 |
| 418:2,13,18,24 | 453:16 454:5 | 484:8,11,24 | 526:19 529:2 |
| 419:3,6,10,12 | 454:21 455:6 | 485:3,4,17 | 529:21 530:11 |
| 419:17,24 | 456:6 457:5,18 | 486:11 487:4 | 530:23 531:1,5 |
| 420:5,14,16 | 458:3,14,16,19 | 487:19 488:16 | 533:12,14,19 |
| 421:2,23 | 459:18,19,22 | 488:21 489:5 | 533:24,25,25 |
| 422:24,25 | 459:25 460:8 | 489:10,23 | 534:2,8,10 |
| 423:19,22 | 460:13,25 | 491:2,8 492:4 | 535:1,25 |
| 424:9,17 425:4 | 461:3,11,19,21 | 494:8,24 | 536:25 539:10 |
| 426:5,11,23 | 461:24 462:4 | 495:13,14 | 540:3,3,6,25 |
| 427:8,20,23 | 462:20 463:18 | 496:25 497:2,4 | 541:16,20,22 |
| 428:17,19 | 463:19,22 | 497:6,13,13 | 541:24 542:1,6 |
| 429:5 430:9,15 | 464:4,17,18 | 498:5,6,22 | 542:8,24 |
| 430:21 432:1,4 | 465:5,23,24 | 499:4 500:3 | 543:15,19,22 |
| 432:7,7 433:10 | 466:2,11,12,13 | 502:6 503:3,9 | 543:22 544:1,7 |
| 433:10,19,19 | 466:16,17,19 | 503:10,14,17 | 544:9,16 |
| 434:2,8,16,16 | 467:7,16,19 | 504:4,9,14,19 | 545:14 546:18 |
| 434:16 435:1 | 468:5,13 469:5 | 505:2,19,22 | 547:11,23 |
| 435:13 436:21 | 469:12,13,20 | 506:4,7,20,24 | 548:12,25 |
| 437:24 438:23 | 469:21,23 | 507:13 508:9,9 | 549:5,10,17,20 |
| 439:19,23 | 470:10,12 | 508:11 509:1,2 | 550:25 551:2,9 |
| 440:17,24 | 472:1,1,1,5,23 | 509:5,20,21 | 552:10,15 |
| 441:6,8,19 | 473:5,12,19 | 510:1,7,25 | 553:25 554:5,5 |
| 443:19,20 | 474:2,13,15,16 | 513:23,25 | 554:10,10,17 |
| 444:8,8,8,24 | 474:16 475:6 | 514:3,9,19 | 554:19 555:14 |
| 445:2,6,11,17 | 475:11,14,20 | 515:25 516:6,7 | 555:17,21 |
| 445:19,19,20 | 475:25 476:11 | 516:9 517:6,8 | 556:3,25 557:6 |
| 445:21,23 | 476:17,19,22 | 517:14,19,19 | 557:14,16,24 |
| 446:7,17,21,24 | 476:23 477:2,3 | 517:21 519:14 | 558:1,10,14,16 |
| 447:9 448:24 | 477:16 478:4 | 520:11,14,16 | 558:19 559:9 |

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 753 of 821

559:17,18,25
560:9,15,19
561:15,25
563:4,10,14,19
564:3,8 565:12
565:16,18,21
565:23 566:2
566:14 567:9
567:12 568:7
568:25 569:2
569:24 570:14
572:23 573:2
574:4,6,14
575:4,22,23
576:6,8,9
577:6,18,21,25
578:4,13 579:3
579:19 580:10
580:13,13,18
581:2,11
582:18,22,24
583:4 584:6,8
584:22,25
585:4,10,12,12
585:19 586:9
586:20 588:13
588:17,25
589:8 590:4,8
590:17,18,21
590:25 591:15
593:2,9,11,22
594:1,5,18
595:13,15,22
597:25 598:6

598:14,19,23
599:3,13 600:2
600:5,13,21,24
601:11,21
602:4,9,9,10
603:3,20 604:5
604:7,7,9,13,13
605:3,10 606:8
606:22 607:17
607:24 608:6
608:12 609:12
610:1,16,21
611:2,18
612:14 613:18
613:24 614:5
616:8,15,19,25
617:17 618:6
618:13,14,15
618:19,22
619:3,4,19,23
619:23 620:5
620:20 621:2
621:15,16
622:2,13,24,25
623:11,18
624:23 625:20
625:20,20
626:6,18,22,24
627:2,6,11,15
628:18,21
629:11,12,25
630:18 632:3
632:17 633:11
633:23,24

634:3,8,10,17
635:20,20,25
636:12,24,24
637:1,2,10,19
638:4,25 639:1
640:14
**oklahoma**
28:12 353:12
**once** 63:15
123:15 145:7
159:2 185:16
194:22 195:11
200:3 213:4
272:4,7 276:17
388:15 448:15
470:7 484:2
510:16 519:22
520:11 525:3
538:4 597:4,7
601:17
**ones** 10:13
11:17 102:21
200:7,8 221:7
335:13 336:17
427:21 525:7,8
546:7
**ongoing** 19:24
344:24
**online** 214:19
539:19
**open** 191:6
257:17 293:9
302:9 516:6
582:17 618:9

627:9
**opening** 90:6
415:6
**operated** 245:8
245:9 570:8,9
**operating**
200:8 210:21
213:5 217:11
234:22 242:18
243:11 525:8
535:21 538:5
542:11 559:22
567:18 568:11
**operation**
209:17 212:2
534:17 537:2
**operational**
210:17 211:18
211:18 212:2,5
212:10,13
268:19 269:11
269:15 535:17
536:18,18
537:2,5,10,13
593:19 594:11
594:15
**operations**
156:9 190:2
208:2,22 211:2
214:1,3 217:1
219:13 234:6
234:15 261:2
266:8 269:5,8
270:19 287:13

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 754 of 821

322:18 323:25
481:9 515:2
533:2,22 536:2
539:1,3 542:1
544:13 559:6
559:15 586:2
591:8 594:5,8
595:19 612:13
647:18 648:25
**operators**
206:3 531:3
**opining** 104:7
429:7
**opinion** 24:2
28:1,21 37:23
40:14 41:3,5
42:6 58:3,5
60:8 101:23
102:8 104:6,12
150:16 151:7,8
156:3 197:7
227:19 249:21
274:16 275:16
280:12 285:21
286:24 308:6
314:25 349:2
353:1,21
362:23 365:14
366:3,5 367:6
383:3,5 385:8
426:23 427:8
429:6,12
475:16 476:7,8
481:3 522:7

552:19 574:21
599:16 600:16
605:12 610:21
611:24 633:6
639:25
**opinions**
101:13,20
149:22 150:21
181:11 250:7
274:5,14
292:12 293:1
426:13,20
474:22 475:21
506:11 575:7
599:5,14
617:12 618:1
**opportunity**
22:7 31:15
33:19 35:17
96:19 158:17
158:21 159:20
171:12 347:7
356:15 358:19
360:17 421:19
483:17,21
484:20 496:12
**opposite**
313:24 638:24
**oranges** 111:21
165:12 436:21
490:12
**order** 45:19
127:2 161:3
163:11 164:1

164:17 282:6
284:11 370:19
452:2 486:3
488:11 489:1
489:17 607:6
609:11
**organic** 116:13
121:2 259:19
260:6 324:16
441:13 446:2
584:19 585:6
649:16
**organics**
117:23 442:23
**organization**
77:5,20 402:5
402:20
**organized**
312:4 637:4
**oriented** 85:15
100:24 410:15
425:24
**original** 26:22
52:22 58:23
134:5 145:9,9
351:22 377:22
383:23 459:5
470:9,9
**originally** 16:2
274:18 275:2
341:2 599:18
600:2
**otis** 14:24
19:20,23,25

20:16 339:24
344:20,23,25
345:16
**output** 38:13
108:25 112:6
180:20,23
206:23 262:9
363:13 433:25
437:6 505:20
505:23 531:23
587:9
**outputs** 109:12
434:12
**outside** 27:21
42:5 77:20
160:12 187:7
233:17 241:14
352:21 367:5
402:20 485:12
512:7 558:17
566:14
**overall** 158:13
483:13
**overestimated**
40:17 365:17
**overlap** 65:12
390:12
**overpredict**
60:11 385:11
**oversaw** 47:3
85:7 95:22
158:15 161:23
372:3 410:7
420:22 483:15

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 755 of 821

486:23
**overstated**
38:17,19
363:17,19
**own** 71:4,5
141:21 305:15
396:4,5 466:21
630:15

**p**

**p** 92:9,16 417:9
417:16
**p.e.** 35:2 318:15
360:2 643:15
**p.m.** 12:18
126:21,24
136:12,15
184:3,6 233:8
233:11 273:17
273:20 293:23
315:15 337:18
451:21,24
461:12,15
509:3,6 558:8
558:11 598:17
598:20 618:23
640:15
**pact** 90:22
415:22
**pad** 221:22
546:22
**page** 5:18
17:19 31:19
48:13 49:6

55:22 57:1,14
57:15 72:12,16
75:1 94:15
101:5,11,12,20
108:18 110:10
110:13 112:3
116:1 118:21
120:21 123:24
135:10 138:24
138:24 142:9
142:23 149:15
149:17 151:17
151:24 154:14
154:15,15,16
154:18 155:17
157:13,19
158:2 159:24
160:4,18,19
172:1,4,5,7,9
173:17 174:10
174:11 175:6
182:15 183:9
184:16,17,23
184:23 191:8
191:15 192:18
195:21 196:23
201:16 202:20
208:15,24
209:3 215:2,12
216:17,19
217:6 218:21
224:21 234:17
235:8 239:6,22
240:13,22,24

243:25 251:2,6
251:8,23 253:1
255:16 257:17
260:10 266:1
268:8,10,12
276:12 277:2,4
277:7,19 279:5
283:2,11,14
294:8,11,21,22
310:17 317:3
317:19 330:18
342:19 356:19
373:13 374:6
380:22 382:1
382:14,15
397:12,16
400:1 419:15
426:5,11,12,20
433:18 435:10
435:13 437:3
441:1 443:21
445:21 448:24
460:10 463:24
463:24 467:9
467:23 474:15
474:17 476:17
476:24 479:14
479:15,15,16
479:18 480:17
482:13,19
483:2 484:24
485:4,18,19
497:1,4,5,7,9
498:17 499:10

499:11 500:6
507:15 508:9
509:16,17,23
509:23 516:8
516:15 517:18
520:21 521:23
526:16 527:20
533:15,24
534:3 540:2,12
541:17,19
542:6 543:21
549:21 559:17
560:8 564:6,22
565:13,22,24
568:25 576:2,6
576:8,23 578:1
580:16 582:17
585:10 591:1
593:8,10,12
601:12 602:2,4
602:7,19 604:5
608:2,11,14
619:8,11,21,22
635:17 642:3
642:19
**pages** 157:14
482:14
**paid** 46:15
371:15
**pair** 173:5
498:5
**panel** 26:3 37:9
55:18 70:23
98:16 127:8

152:19 153:6
175:14 177:1
179:10 182:9
183:16 189:5,7
189:17,18,20
189:21 190:18
192:15 197:17
274:20 301:16
351:3 362:9
380:18 395:23
423:16 452:8
477:19 478:6
500:14 502:1
504:10 507:9
508:16 514:5,7
514:17,18,20
514:21 515:18
517:15 522:17
599:20 626:16

**panels** 127:10
146:5 151:13
152:12 153:14
155:21 177:2
452:10 471:5
476:13 477:12
478:14 480:21
502:2

**paper** 19:17
100:25 251:12
282:14,23
291:24 297:22
298:1 299:8
300:11 344:17
425:25 576:12

607:14,23
616:24 622:22
623:1 624:8
625:11

**papers** 114:17
439:17

**paperwork**
168:9 493:9

**paragraph**
116:25 128:17
152:4,4 155:18
161:16 172:25
209:6 211:24
215:17,24
219:8 220:24
221:12 260:20
263:25 266:25
267:17 289:11
312:11 441:25
453:17 477:4,4
480:18 486:16
497:25 534:6
536:24 540:17
540:24 544:8
545:24 546:12
585:20 588:25
591:25 592:17
614:11 637:11

**paragraphs**
262:19 265:24
266:17 587:19
590:24 591:17

**parallel** 182:3
507:3

**parameter**
15:14 171:14
171:20 224:18
228:10 262:15
270:14 271:19
275:7 285:9
340:14 496:14
496:20 549:18
553:10 587:15
595:14 596:19
600:7 610:9

**parameters** 8:9
15:4,5,13
97:25 167:6
190:1 227:9
262:10 280:16
285:13 333:9
340:4,5,13
422:25 492:6
515:1 552:9
587:10 605:16
610:13

**parentheses**
212:15 302:3
537:15 627:3

**part** 10:12
26:14 56:14
58:16 66:17
73:1 76:16
83:13 84:23
91:11 128:25
129:10 131:25
139:5 146:16
146:18 160:18

162:6 166:16
185:5 188:1
189:20 208:16
224:16 225:1
245:10 251:12
261:11 290:23
304:4 335:12
351:14 381:14
383:16 391:17
398:1 401:16
408:13 409:23
416:11 453:25
454:10 456:25
464:5 471:16
471:18 485:18
487:6 491:16
510:5 513:1
514:20 533:16
549:16 550:1
570:10 576:12
586:11 615:23
629:4

**partial** 213:6
538:6

**participation**
92:20 417:20

**particular**
53:16 55:24
96:20 99:12
117:6 121:12
186:21 199:20
204:8 278:4
299:10 378:16
380:24 421:20

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 757 of 821

424:12 442:6
446:12 511:21
524:20 529:8
603:4 624:10
**parties** 90:13
415:13
**partner** 66:13
391:13
**parts** 158:9
483:9
**party** 316:9
641:9
**passed** 90:18
90:21,22 91:7
244:22 415:18
415:21,22
416:7 569:22
**passthrough**
190:19 515:19
**past** 25:21,24
34:21 60:6
119:16 124:12
188:11 206:3
297:3 350:21
350:24 359:21
385:6 444:16
449:12 513:11
531:3 622:3
**pathway**
148:11 281:3
307:23,23
473:11 606:3
632:23,23

**pathways**
148:12 473:12
**patterns**
210:17 535:17
**pause** 6:13
331:13
**pce** 15:12 102:1
108:21 109:4
119:1,16 121:2
139:16 154:24
155:10 160:9
161:5 163:13
183:11 192:23
252:6 253:7,17
257:25 275:25
280:7 281:3,9
281:16 282:3
283:9,18,22
284:4,14
286:25 340:12
427:1 433:21
434:4 444:1,16
446:2 464:16
479:24 480:10
485:9 486:5
488:13 508:11
517:23 577:6
578:7,17
582:25 600:25
605:7 606:3,9
606:16 607:3
608:9,18,22
609:4,14
611:25

**pdf** 142:5
145:17 467:5
470:17
**peer** 84:8,9
96:7,9,15
146:4,6 278:1
278:2 409:8,9
421:7,9,15
471:4,6 603:1
603:2
**pending** 6:24
316:10 331:24
641:10
**people** 4:21
20:2 26:20
48:8 125:23
169:25 179:2
192:7 258:22
290:21 301:14
313:18 329:21
345:2 351:20
373:8 450:23
494:25 504:2
517:7 583:22
615:21 626:14
638:18
**people's** 158:10
483:10
**perceive** 83:1,2
84:4,17 408:1
408:2 409:4,17
**perceived** 84:5
84:12 409:5,12

**percent** 74:19
103:16 104:22
104:22,23,23
106:9,9 110:11
114:21,22,24
147:16,17,18
152:20,23
155:2,5,13
156:2,3,4,5,12
156:12,18
160:9,11
163:23 164:2,3
164:3,16,16
165:22,22
175:15,18
189:8,10,13,17
189:24 190:6
190:11,15,19
190:20,24
197:18 272:21
399:19 428:16
429:22,22,23
429:23 431:9,9
435:11 439:21
439:22,24
472:16,17,18
477:20,23
480:2,5,13
481:2,3,4,5,12
481:12,18
485:9,11
488:23 489:2,3
489:3,16,16
490:22,22

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 758 of 821

500:15,18
514:8,10,13,17
514:24 515:6
515:11,15,19
515:20,24
522:18 597:21
**percentage**
74:12 104:21
182:23 200:25
201:11 399:12
429:21 507:23
525:25 526:11
**percentages**
210:12 535:12
**perfectly** 186:7
511:7
**perform** 66:1
391:1
**performed** 50:2
60:22 117:16
168:3 219:5
375:2 385:22
442:16 493:3
544:5
**performing**
163:24 169:21
488:24 494:21
**period** 53:22
65:21 66:4
68:17 69:4
71:18,20 74:11
108:20 116:20
176:1,3,8
187:7,15,15,17

188:2 205:11
210:13 213:1,1
213:2,25 214:2
214:21 215:13
216:7 218:16
224:3,8 225:7
227:1 279:24
378:22 390:21
391:4 393:17
394:4 396:18
396:20 399:11
433:20 441:20
501:1,3,8
512:7,15,15,17
513:2 530:11
535:13 538:1,1
538:2,25 539:2
539:21 540:13
541:7 543:16
549:3,8 550:7
552:1 604:24
**periods** 210:18
213:25 214:20
535:18 538:25
539:20
**permanently**
237:16,18
562:16,18
**permitted**
171:12 496:12
**perri** 169:23
494:23
**person** 11:24
24:15 26:6,12

47:3 56:8
108:18 137:25
141:18 280:12
298:13 336:24
349:15 351:6
351:12 372:3
381:8 433:18
462:25 466:18
605:12 623:13
**person's**
147:21 472:21
**personal** 178:4
503:4
**personally**
23:22 25:18
80:12 81:9
105:18 348:22
350:18 405:12
406:9 430:18
**personnel**
69:11,20 71:6
71:8,9 394:11
394:20 396:6,8
396:9
**pertaining** 47:5
130:19 209:11
209:17 211:1
372:5 455:19
534:11,17
536:1
**pertinent** 212:1
234:5,14
260:25 266:6
323:23 537:1

559:5,14
585:25 591:6
648:23
**pesticides**
117:24 442:24
**phase** 289:7
614:7
**philosophical**
84:23,25 93:12
93:21 409:23
409:25 418:12
418:21
**philosophically**
93:22 418:22
**phone** 49:3
57:2 58:1 89:5
89:12 245:17
246:17 298:13
374:3 382:2
383:1 414:5,12
570:17 571:17
623:13
**photos** 292:19
617:19
**physically**
216:7,16 541:7
541:16
**physicist** 92:9
92:19 417:9,19
**picked** 75:16
400:16
**picture** 77:15
402:15

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 759 of 821

**piece** 78:9,11
403:9,11
**pieces** 238:23
563:23
**pinning** 223:21
224:12 548:21
549:12
**pipe** 221:20
546:20
**piped** 195:10
520:10
**pipeline** 204:3
529:3
**pipes** 150:5
154:21,22
155:1,12 185:4
195:11,11
204:1 221:25
222:1 475:5
479:21,22
480:1,12 510:4
520:11,11
529:1 546:25
547:1
**piping** 220:9
221:17 222:5
545:9 546:17
547:5
**place** 11:18
13:3 26:8
33:10 59:7
64:2 191:21
250:22 275:11
299:20 336:18

338:3 351:8
358:10 384:7
389:2 516:21
575:22 600:11
624:20
**placed** 162:16
216:4 487:16
541:4
**places** 106:16
127:20 160:23
163:3 182:7
431:16 452:20
485:23 488:3
507:7
**plaintiff** 4:15
63:1 329:15
388:1
**plaintiff's**
10:17 298:5
299:2 335:17
623:5 624:2
**plaintiffs** 2:2
12:9,21 13:20
25:7 30:16
33:11 43:4,7,8
43:15,21,23
45:5 46:18,21
47:7,18 50:3
50:13 56:13
57:7 64:19
79:16,23 80:11
80:12 81:15
87:20 88:3,9
89:23 327:2

337:9,21
338:20 350:7
355:16 358:11
368:4,7,8,15,21
368:23 370:5
371:18,21
372:7,18 375:3
375:13 381:13
382:7 389:19
404:16,23
405:11,12
406:15 412:20
413:3,9 414:23
**plan** 68:5,7
393:5,7
**planning** 44:14
101:1 291:20
292:5,9,10
369:14 426:1
616:20 617:5,9
617:10
**plant** 38:21
41:10 112:5,8
112:11 156:11
160:8 173:18
176:4,6 177:7
178:14 181:8
182:10 191:17
192:2,25
193:12,13,21
194:11,12
195:2,4,25
197:12 199:8,9
199:14 201:22

202:12,16,22
203:3,7,10,13
203:20,24
204:13,18
205:2,6,19
206:9,17
209:21 210:3
210:21,22
211:5 212:3,16
212:17 232:2
232:11 241:18
242:6,10
243:23 244:14
244:16,18
246:8 247:20
248:11 249:8
249:18 251:9
252:3 253:11
253:18,22
254:17,21
255:6 258:2
263:17 265:4
268:25 269:1,4
273:9 297:1
363:21 366:10
437:5,8,11
481:11 485:8
498:18 501:4,6
502:7 503:14
506:8 507:10
516:17 517:2
517:25 518:12
518:13,21
519:11,12

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 760 of 821

520:2,4,25
522:12 524:8,9
524:14 526:22
527:12,16,22
528:3,7,10,13
528:20,24
529:13,18
530:2,6,19
531:9,17
534:21 535:3
535:21,22
536:5 537:3,16
537:17 557:2
557:11 566:18
567:6,10
568:23 569:14
569:16,18
571:8 572:20
573:11 574:8
574:18 576:9
577:3 578:11
578:18,22
579:17,21
580:6 583:2
588:17 590:4
593:25 594:1,4
598:9 622:1
**plants** 107:22
207:23 210:18
228:17 234:2
259:16 320:1
322:11 323:2
323:17 324:9
432:22 532:23

535:18 553:17
559:2 584:16
645:1 647:11
648:2,17 649:9
**platform** 26:18
26:23 28:5
351:18,23
353:5
**play** 301:9
626:9
**pleasant** 2:4
327:4
**please** 4:10 5:2
5:21 49:4
55:21 122:14
126:17 138:2
142:12 166:5
218:21 329:10
330:2,21 374:4
380:21 447:14
451:17 463:2
467:12 491:5
543:21
**pleased** 140:1
465:1
**plg** 4:13 49:19
89:16 277:16
318:25 324:23
329:13 374:19
414:16 602:16
643:25 649:23
**plot** 252:19
577:19

**plots** 296:8
621:8
**plume** 296:12
296:12 297:3,5
297:12 310:13
310:16,23
621:12,12
622:3,5,12
635:13,16,23
**plumes** 310:12
635:12
**plus** 103:16
225:9 227:25
428:16 550:9
552:25
**point** 7:10 9:3
30:6 39:18
42:14,22 45:7
46:24 55:6
59:12,17 63:11
66:2,17 67:1,7
67:18 68:2,2
68:15 70:24,25
72:23 85:13
94:21 95:9
96:4 97:14,20
98:6,18 102:2
102:4,21 103:2
107:21 110:20
111:1 113:5
120:18 121:18
121:25 123:6
124:4,20 125:1
125:2 127:7,10

132:19 138:23
139:23 140:12
140:13 146:9
150:1 164:11
170:24 171:7
172:19,23
173:5 174:3,6
174:14 175:7
176:10 177:11
177:14 178:9
181:14,21
184:15 185:2
187:1,18 191:5
191:12,20
192:2,25
193:11,13,20
195:25 200:5
200:18 202:9
202:12,16
203:3,13,20
204:13,17
205:2,19
207:22 208:16
212:15 213:9
213:13 214:18
218:18 219:3
219:19 220:1
220:16,19
221:4,13 222:4
222:18 223:6,9
223:17 224:1
224:12 225:20
225:22 228:16
229:2,14 231:5

Golkow Technologies,
877-370-3377　　A Veritext Division　　www.veritext.com
Case 7:23-cv-00897-RJ　　Document 352-5　　Filed 04/17/25　　Page 761 of 821

| | | | |
|---|---|---|---|
| 231:9 232:2,10 | 324:7,17 | 509:15 510:2 | 579:16,21 |
| 232:19,21 | 332:10 334:3 | 512:1,18 516:5 | 580:6,11,24 |
| 233:4 234:1,10 | 355:6 364:18 | 516:12,20 | 583:2 584:15 |
| 234:11 240:19 | 367:14,22 | 517:2,25 | 584:20 585:1,7 |
| 241:17 242:6 | 370:7 371:24 | 518:11,13,20 | 585:16 586:4 |
| 242:10 243:22 | 380:6 384:12 | 520:25 525:5 | 586:24,25 |
| 244:14 246:7 | 384:17 388:11 | 525:18 527:9 | 587:22 588:17 |
| 248:11 249:18 | 391:2,17 392:1 | 527:12,16 | 589:10,24 |
| 250:24 251:5 | 392:7,18 393:2 | 528:3,13,20 | 590:7 591:10 |
| 251:13 252:14 | 393:2,15 | 529:13,17 | 591:13,24 |
| 253:10,18,22 | 395:24,25 | 530:2,19 | 593:20,24 |
| 254:16,21 | 397:23 410:13 | 532:22 533:16 | 594:3 595:18 |
| 255:6,11,24 | 419:21 420:9 | 537:15 538:9 | 599:20 601:4 |
| 258:2 259:15 | 421:4 422:14 | 538:13 539:18 | 601:11,12,23 |
| 259:20 260:1,7 | 422:20 423:6 | 543:18 544:3 | 602:2,5 613:23 |
| 260:16 261:4 | 423:18 427:2,4 | 544:19 545:1 | 614:14,18 |
| 261:24,25 | 427:21 428:2 | 545:16,19 | 615:13 616:6 |
| 262:22 263:17 | 432:21 435:20 | 546:4,13 547:4 | 619:10,11 |
| 264:10,24 | 436:1 438:5 | 547:18 548:6,9 | 620:21 626:9 |
| 265:7 266:10 | 445:18 446:18 | 548:17 549:1 | 630:12 635:12 |
| 266:13,24 | 446:25 448:6 | 549:12 550:20 | 635:13 636:21 |
| 268:20,24 | 449:4,20 450:1 | 550:22 553:16 | 644:24 647:9 |
| 269:3 270:18 | 450:2 452:7,10 | 554:2,14 556:5 | 647:25 648:15 |
| 274:20 276:4 | 457:19 463:23 | 556:9 557:2,10 | 649:7,17 |
| 276:11,12,23 | 464:23 465:12 | 557:19,21 | **pointed** 274:6 |
| 277:2,5 288:23 | 465:13 471:9 | 558:4 559:1,10 | 274:11,19 |
| 289:14,18 | 475:1 489:11 | 559:11 565:19 | 599:6,11,19 |
| 290:13 291:6 | 495:24 496:7 | 566:17 567:6 | **pointing** 314:7 |
| 294:10,11 | 497:19,23 | 567:10 568:22 | 639:7 |
| 295:21 301:9 | 498:5 499:3,6 | 569:14 571:7 | **points** 81:11 |
| 305:12 310:12 | 499:14 500:7 | 573:11 574:18 | 90:15 167:13 |
| 310:13 311:21 | 501:10 502:11 | 575:24 576:5 | 188:16 197:9 |
| 319:24 322:9 | 502:14 503:9 | 576:13 577:14 | 197:10 250:25 |
| 322:25 323:15 | 506:14,21 | 578:10,18,22 | 272:25 281:24 |

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 762 of 821

406:11 415:15
492:13 513:16
522:9,10
575:25 597:25
606:24
**policy** 125:17
126:10 138:16
141:18 450:17
451:10 463:16
466:18
**political** 90:12
90:20 91:6
415:12,20
416:6
**politics** 90:5,10
90:17 415:5,10
415:17
**pommerenk**
153:9 189:6
478:9 514:6
**pommernek**
190:16 515:16
**popped** 53:18
378:18
**portfolio** 74:6
399:6
**portier** 63:12
63:15,19,20,21
85:18,19
388:12,15,19
388:20,21
410:18,19
**portion** 74:5
82:3 150:13

183:21 399:5
407:3 475:13
508:21
**posed** 117:22
442:22
**position** 71:1
396:1
**possibilities**
280:18 605:18
**possibility**
228:3,5 239:4
245:7 553:3,5
564:4 570:7
**possible** 150:3
184:7 227:5
228:2 273:3
312:5 475:3
509:7 552:5
553:2 598:3
637:5
**post** 9:17 43:17
99:19 296:3
334:17 368:17
424:19 621:3
**posted** 305:5
630:5
**postman** 2:15
327:15
**postponed**
13:11 338:11
**posttreatment**
172:18 497:18
**potable** 192:8,8
517:8,8

**potential** 47:12
110:5 121:1
153:15 155:22
165:12 372:12
435:5 446:1
478:15 480:22
490:12
**potentially**
75:25 292:23
400:25 617:23
**powerpoint**
75:24 400:24
**pp** 216:2 541:2
**prabhakar**
7:17 84:14
297:20 299:15
325:10 332:17
409:14 622:20
624:15 650:10
**practical** 24:8
349:8
**practice** 100:24
288:6 304:5
425:24 613:6
629:5
**pragmatic**
103:17 156:15
166:3 189:1
428:17 481:15
491:3 514:1
**praise** 312:15
637:15
**precise** 88:19
204:25 413:19

529:25
**precisely**
223:21 224:12
548:21 549:12
**predict** 21:9
214:2 346:9
539:2
**predicted**
213:15 538:15
**prediction**
213:7,8 214:4
214:6 215:13
215:18,21
216:2 538:7,8
539:4,6 540:13
540:18,21
541:2
**predictions**
213:10 538:10
**predictive**
213:1 214:2,21
214:25 538:1
539:2,21,25
**pregnant**
116:21 441:21
**prep** 143:16
468:16
**preparation**
13:4,24 14:2,5
338:4,24 339:2
339:5
**prepare** 7:5
10:16 11:1
12:25 298:12

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 763 of 821

332:5 335:16
336:1 337:25
623:12
**prepared**  34:20
359:20
**preparing**
24:22 39:14
49:8 98:3
161:18 349:22
364:14 374:8
423:3 486:18
**present**  3:11
4:10 11:7
12:12 13:5
29:1 61:7
89:12 107:13
133:10 140:14
157:3 208:1,21
319:13 320:20
321:20 322:17
328:11 329:10
336:7 337:12
338:5 354:1
386:7 414:12
432:13 458:10
465:14 482:3
533:1,21
644:13 645:20
646:20 647:17
**presentations**
75:8,12,22,24
400:8,12,22,24
**presented**
43:14 108:15

110:4,11
118:13 129:23
130:19 142:12
196:16 262:7
262:11 280:22
368:14 433:15
435:4,11
443:13 454:23
455:19 467:12
521:16 587:7
587:11 605:22
**presenting**
147:14 472:14
**pressures**
202:4 527:4
**pressurized**
150:5 204:1,3
475:5 529:1,3
**presume**
143:22 468:22
**pretreatment**
172:18 497:18
**pretty**  61:12
227:13 386:12
552:13
**previous**
201:14 204:7
205:9 313:14
526:14 529:7
530:9 638:14
**previously**  25:9
66:10 168:25
202:2 209:15
283:22 297:21

350:9 391:10
493:25 527:2
534:15 608:22
622:21
**primarily**
250:25 575:25
**primary**  38:2
58:24 98:4
119:21 120:11
123:19 129:2
176:16 278:23
303:8 363:2
383:24 423:4
444:21 445:11
448:19 454:2
501:16 603:23
628:8
**principal**  23:2
121:17 348:2
446:17
**principals**
193:8 518:8
**print**  95:16
420:16
**prior**  5:11
12:23 25:7,10
25:14 28:18
30:10 31:24
34:13 62:16
65:16 74:8
78:7,12 88:15
127:4 171:3
190:13 193:13
209:16 210:2,9

210:10,15,25
211:1,13 304:2
304:3 330:11
337:23 350:7
350:10,14
353:18 355:10
356:24 359:13
387:16 390:16
399:8 403:7,12
413:15 452:4
496:3 515:13
518:13 534:16
535:2,9,10,15
535:25 536:1
536:13 629:2,3
**privileged**
299:22 624:22
**prize**  62:11
76:21 92:8,18
387:11 401:21
417:8,18
**probabilistic**
8:4 55:15
56:15 115:23
333:4 380:15
381:15 440:23
**probability**
147:16,17,17
273:2 472:16
472:17,17
598:2
**probably**  27:2
56:5 58:5 61:3
61:12 64:8

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 764 of 821

65:6 68:5,22
72:25 74:19
79:8 92:19
102:21 108:9
135:11 141:10
141:12 144:14
152:22 175:21
186:16 205:11
235:3 273:11
281:19 286:22
307:5 311:21
352:2 381:5
383:5 386:3,12
389:8 390:6
393:5,22
397:25 399:19
404:8 417:19
427:21 433:9
460:11 466:10
466:12 469:14
477:22 500:21
511:16 530:11
560:3 598:11
606:19 611:22
632:5 636:21
**problem** 46:7
103:18 109:17
124:22 133:4
302:7 312:4
371:7 428:18
434:17 449:22
458:4 627:7
637:4

**problems** 24:7
187:14 349:7
512:14
**procedures**
304:1 629:1
**process** 22:1
96:15,15 117:4
121:10 144:9
149:20,25
150:3,7 158:24
158:25 159:1
165:15,16
167:10 175:22
178:7,12,13
181:20,24,24
183:3 185:13
185:21 192:11
192:13,16
202:7 205:12
207:9 215:14
215:18,21
216:2,2,12
224:16 266:22
283:23 285:10
288:9 347:1
421:15,15
442:4 446:10
469:9 474:20
474:25 475:3,7
483:24,25
484:1 490:15
490:16 492:10
500:22 503:7
503:12,13

506:20,24,24
508:3 510:13
510:21 517:11
517:13,16
527:7 530:12
532:9 540:14
540:18,21
541:2,2,12
549:16 591:22
608:23 610:10
613:9
**processes** 17:4
18:5 342:4
343:5
**produce** 40:5
42:19 141:10
270:24 365:5
367:19 466:10
595:24
**produced** 40:1
40:7 41:17
49:22 54:12,14
60:2 77:15
106:14 128:24
139:1 162:12
164:13 292:19
306:6 365:1,7
366:17 374:22
379:12,14
385:2 402:15
431:14 453:24
464:1 487:12
489:13 617:19
631:6

**producing**
40:15 365:15
**product** 58:10
253:17 289:20
383:10 578:17
614:20
**production**
57:6 382:6
**profession**
77:22 79:7
402:22 404:7
**professional**
47:23 50:21
51:9,14 77:5
84:6,12 316:4
372:23 375:21
376:9,14 402:5
409:6,12 641:4
**professionally**
23:24 24:1
56:5 348:24
349:1 381:5
**professionals**
76:8 401:8
**professor** 22:19
22:23 23:17
28:10 76:4
347:19,23
348:17 353:10
401:4
**profile** 70:4
319:3 395:4
644:3

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 765 of 821

**program** 7:19
65:24 68:19,22
70:19 73:14
228:20 323:8
332:19 390:24
393:19,22
395:19 398:14
553:20 648:8
**progressed**
289:18 290:3
614:18 615:3
**progressing**
290:7 615:7
**prohibited**
267:2 592:2
**prohibitive**
262:5 267:4
271:24 587:5
592:4 596:24
**project** 68:18
68:20,25 73:11
73:12 95:2,7
95:12 168:18
301:4 303:23
315:7 393:18
393:20,25
398:11,12
420:2,7,12
493:18 626:4
628:23 640:7
**projects** 77:9
77:10,10 402:9
402:10,10

**promoted**
69:14,17,18
71:12 394:14
394:17,18
396:12
**prompted**
146:12 471:12
**properly** 22:8
45:20 56:14
347:8 370:20
381:14
**properties**
190:1 515:1
**protection**
206:5 531:5
**protocol**
305:25 630:25
**protocols** 304:2
629:2
**proud** 77:23
402:23
**prove** 182:2
507:2
**proved** 177:9
502:9
**proves** 186:16
511:16
**provide** 43:15
54:18 55:14
62:13 88:8
89:21 91:23
117:17 120:5
123:4 125:10
138:2 171:6

250:16 262:14
279:4 284:22
292:11 368:15
379:18 380:14
387:13 413:8
414:21 416:23
442:17 445:5
448:4 450:10
463:2 496:6
575:16 587:14
604:4 609:22
617:11
**provided** 9:8
14:11 26:21
27:17 36:21
38:20 45:17
57:6,9 58:5
85:20 88:5
123:15,15,16
129:23 152:18
167:12,13
207:11 251:22
291:18 296:24
313:17 334:8
339:11 351:21
352:17 361:21
363:20 370:17
382:6,9 383:5
410:20 413:5
448:15,15,16
454:23 477:18
492:12,13
532:11 576:22
616:18 621:24

638:17
**provides** 60:15
142:2 385:15
467:2
**providing**
42:24 139:8
180:6 220:25
313:16 367:24
464:8 505:6
545:25 638:16
**public** 76:5
80:19 86:18
90:16,17 120:5
125:17 129:24
130:20 139:8
302:16 313:23
316:4 401:5
405:19 411:18
415:16,17
445:5 450:17
454:24 455:20
464:8 627:16
638:23 641:4
**public's** 80:18
405:18
**publication**
84:20 409:20
**publications**
74:23 75:11,18
399:23 400:11
400:18
**publicly** 76:7
76:12 98:11,15
401:7,12

Golkow Technologies,
877-370-3377  A Veritext Division  www.veritext.com
Case 7:23-cv-00897-RJ  Document 352-5  Filed 04/17/25  Page 766 of 821

423:11,15
**publish** 84:8
249:5 251:12
409:8 574:5
576:12
**published** 7:12
7:14 8:1 14:20
17:15 54:3
66:14 67:2
75:4 76:12
83:8 84:18
87:4 93:19
104:3 112:17
112:18 114:17
120:10 129:16
132:5 145:5,8
248:17,17,19
248:25 252:11
275:12,23
284:5 300:25
306:6 312:20
312:24 313:1
332:12,14
333:1 339:20
342:15 379:3
391:14 392:2
400:4 401:12
408:8 409:18
412:4 418:19
429:3 437:17
437:18 439:17
445:10 454:16
457:5 470:5,8
573:17,17,19

573:25 577:11
600:12,23
609:5 625:25
631:6 637:20
637:24 638:1
**publishing**
67:11 392:11
**pull** 104:3
132:11 136:1
140:4,6 145:16
153:20,24
238:1,1 265:19
308:16 429:3
457:11 461:1
465:4,6 470:16
478:20,24
563:1,1 590:19
633:16
**pulled** 71:5
238:11 287:10
287:10 396:5
563:11 612:10
612:10
**pulling** 285:5
610:5
**pump** 238:1
563:1
**pumpage**
186:25 511:25
**pumped** 204:16
204:17 529:16
529:17
**pumping**
174:17,20,21

174:23,24
176:21,24
177:6,17,19
183:6,13
186:19,22
187:2,20
197:23 198:1,2
198:3,5,12,14
198:18,19,22
198:24 199:3
202:10,15,15
203:1,6,12,15
203:19,19,23
204:8,11,12,25
205:1,5,9,24
206:8 209:11
211:15,17,19
212:21,22,22
213:11,14,15
214:7,12,15
216:12 217:22
217:25 218:1,9
218:11 242:18
270:24 271:20
287:4,6 296:10
296:11 297:2
308:2 499:17
499:20,21,23
499:24 501:21
501:24 502:6
502:17,19
508:6,13
511:19,22
512:2,20

522:23 523:1,2
523:3,5,12,14
523:18,19,22
523:24 524:3
527:10,15,15
528:1,6,12,15
528:19,19,23
529:8,11,12,25
530:1,5,9,24
531:8 534:11
536:15,17,19
537:21,22,22
538:11,14,15
539:7,12,15
541:12 542:22
542:25 543:1,9
543:11 567:18
595:24 596:20
612:4,6 621:10
621:11 622:2
633:2
**punishment**
7:1 332:1
**purpose** 15:22
18:21,21 19:1
21:8,8,18
27:23 44:7,19
45:2 48:3
125:8 166:17
166:19 168:3
340:22 343:21
343:21 344:1
346:8,8,18
352:23 369:7

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 767 of 821

369:19 370:2
373:3 450:8
491:17,19
493:3
**purposes** 21:3
42:16 43:7
87:13 110:14
129:24 156:17
162:9 164:18
181:10 198:25
205:15 219:22
224:9 237:24
239:1 258:25
309:12 346:3
367:16 368:7
412:13 435:14
454:24 481:17
487:9 489:18
506:10 523:25
530:15 544:22
549:9 562:24
564:1 583:25
634:12
**pursuant** 250:7
575:7
**pursue** 79:16
79:24 404:16
404:24
**pushed** 159:5
484:5
**put** 6:23 73:2
77:12 86:4
92:23 98:24
117:20 127:9

132:6,11
138:14 139:13
140:20 145:22
146:5 159:1
164:24 167:18
167:19 175:23
176:11 180:1,1
208:9,10
221:23,24
294:20 306:3
307:23 331:23
398:2 402:12
411:4 417:23
423:24 442:20
452:9 457:6,11
463:14 464:13
465:20 470:22
471:5 484:1
489:24 492:18
492:19 500:23
501:11 505:1,1
533:9,10
546:23,24
619:20 631:3
632:23
**putting** 114:9
128:18 165:14
252:20 287:6
439:9 453:18
490:14 577:20
612:6

**q**

**qualified** 24:4
28:3 349:4
353:3
**qualify** 63:8
147:24 184:7
388:8 472:24
509:7
**qualitative**
262:16 268:2
273:8 587:16
593:2 598:8
**quality** 105:5
156:7 207:12
210:19 260:22
262:23 263:10
263:23 264:1
430:5 481:7
532:12 535:19
585:22 587:23
588:10,23
589:1
**quantify**
104:21 115:24
117:6 121:11
188:24 258:24
287:22 429:21
440:24 442:6
446:11 513:24
583:24 612:22
**quantifying**
17:2 18:3
342:2 343:3

**quantitative**
139:14 140:11
252:20 273:7
464:14 465:11
577:20 598:7
**quantity**
281:16 606:16
**quarterly** 61:6
386:6
**question** 5:20
5:23 6:24,25
17:9,18 19:4
30:13,23 31:5
32:2 34:19
41:19 42:3
43:11 44:1,23
45:13,20 46:10
47:21 53:4
56:14 57:5
58:10,12 61:17
64:16 80:2,4
80:15 81:19
93:8 100:6
105:1 106:20
108:11 109:14
109:22 110:7
114:15 115:12
118:22,24
119:7 122:4,12
122:16,21,22
123:11 125:7
126:16 127:3,4
127:5,18 129:7
131:5,17 132:3

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 768 of 821

133:22 134:6
134:11 135:4
141:8 147:12
155:7,10 164:4
164:20 165:9
168:16 170:17
171:3 177:25
182:13 190:13
194:25 203:16
230:12 239:24
245:21 248:2
250:6,10
262:25 272:16
280:14 292:25
298:4,22 299:3
307:21 309:11
310:11,21
330:20,23
331:24,25
342:9,18 344:4
355:13,23
356:5 357:2
359:19 366:19
367:3 368:11
369:1,23
370:13,20
371:10 372:21
378:4 381:14
382:5 383:10
383:12 386:17
389:16 405:2,4
405:15 406:19
418:8 425:6
430:1 431:20

433:11 434:14
434:22 435:7
439:15 440:12
443:22,24
444:7 447:4,12
447:16,21,22
448:11 450:7
451:16 452:3,4
452:5,18 454:7
456:5,17 457:3
458:22 459:6
459:11 460:4
466:8 472:12
480:7,10 489:4
489:20 490:9
493:16 495:17
496:3 502:25
507:13 515:13
519:25 528:16
555:12 564:24
570:21 573:2
575:6,10
587:25 597:16
605:14 617:25
623:4,22 624:3
632:21 634:11
635:11,21
**questionable**
283:24 608:24
**questioned**
92:14 417:14
**questioning**
132:22 170:8
457:22 495:8

**questions** 5:19
24:25 29:13
47:5 55:9 65:2
92:13 108:7
110:15 117:20
117:22 120:2
122:6 128:22
157:21 179:15
253:14 274:4
293:17,18
294:2 295:2,23
302:21 304:22
307:6 309:25
310:2 314:2
315:10 330:19
349:25 354:13
372:5 380:9
390:2 417:13
433:7 435:15
442:20,22
445:2 447:6
453:22 482:21
504:15 578:14
599:4 618:17
618:18 619:2
620:2,23
627:21 629:22
632:6 634:25
635:2 639:2
640:10
**quick** 134:14
273:12 304:9
459:14 598:12
629:9

**quickly** 16:9
85:10 202:17
341:9 410:10
527:17
**quite** 71:23
90:6 166:4
295:2,6 396:23
415:6 491:4
620:2,6
**quotation**
153:5 478:5
**quote** 92:7,12
92:24 93:2,9
152:21 158:4
161:5 237:4
266:16 417:7
417:12,24
418:2,9 477:21
483:4 486:5
562:4 591:16
**quoting** 115:9
440:9

**r**

**r** 2:3 57:2,20,21
327:3 382:2,20
382:21
**railroad** 20:6
345:6
**raised** 162:7
277:24 279:15
487:7 602:24
604:15

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 769 of 821

**raising** 46:6
280:20 371:6
605:20
**ran** 66:11
103:3 111:23
179:25 391:11
428:3 436:23
504:25
**range** 109:12
110:4 118:6
123:7 147:22
160:8 189:11
235:19 239:25
240:1,10
262:10 283:8
303:15 434:12
435:4 443:6
448:7 472:22
485:8 514:11
560:19 564:25
565:1,10
587:10 608:8
628:15
**ranged** 239:16
564:16
**ranges** 147:19
176:11 227:5
262:7 472:19
501:11 552:5
587:7
**ranging** 230:7
555:7
**rank** 161:3
163:10,25

164:16,17
486:3 488:10
488:25 489:16
489:17
**ranked** 161:2
163:10 164:23
486:2 488:10
489:23
**ranking** 163:25
488:25
**rapid** 202:7
527:7
**rapidly** 308:3
308:16 633:3
633:16
**rarely** 254:20
579:20
**rasa** 78:11
403:11
**rate** 49:7,8
103:2 279:17
279:22 280:5
280:16,22
281:11,13,18
281:19 282:5,7
282:10 284:22
285:12 286:7
286:11 287:15
287:24 288:3,4
288:6 291:2,2
374:7,8 428:2
604:17,22
605:5,16,22
606:11,13,18

606:19 607:5,7
607:10 609:22
610:12 611:7
611:11 612:15
612:24 613:3,4
613:6 616:2,2
**rates** 281:10
283:8 606:10
608:8
**rather** 79:21
92:13 111:17
113:9 160:25
163:5 280:21
282:5 290:17
300:17 302:6
404:21 417:13
436:17 438:9
485:25 488:5
605:21 607:5
615:17 625:17
627:6
**rational** 16:25
18:1 341:25
343:1
**raw** 167:17
175:21 178:16
181:25 182:10
183:19 185:16
185:17 193:10
194:23 195:7,9
195:10,12
199:6 204:5,9
209:21,23
210:3,7,10,11

210:14,22
211:5,9 212:3
212:15 492:17
500:21 503:16
506:25 507:10
508:19 510:16
510:17 518:10
519:23 520:7,9
520:10,12
524:6 529:5,9
534:21,23
535:3,7,10,11
535:14,22
536:5,9 537:3
537:15
**reach** 286:20
287:1,3 305:2
307:25 309:12
309:14 611:20
612:1,3 630:2
632:25 634:12
634:14
**reaching** 175:9
308:12 500:9
633:12
**reacting** 228:9
553:9
**reaction** 283:7
285:12 608:7
610:12
**reactive** 15:11
340:11
**reactor** 183:18
508:18

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 770 of 821

**read** 10:10,12
10:13 16:20
22:14 49:10,11
51:13 102:5,18
114:17 116:16
116:22 117:9
121:4,15
124:14 125:15
129:19 130:10
130:15,22
131:3,6 138:3
140:15 141:22
142:5,17 143:2
150:9 152:13
152:25 153:16
155:2,24
160:15 161:6
163:15 189:5
191:23 193:17
210:23 212:17
216:9 219:20
220:3,11,21
225:5 255:25
261:7,17
262:17,20
265:24 267:14
267:21 279:19
280:1,2,7,24
281:4,13,21
283:19,24
284:23 289:23
290:16 300:12
300:21 301:22
302:5 312:2,7

312:17 314:21
315:18 335:10
335:12,13
341:20 347:14
374:10,11
376:13 427:5
427:18 439:17
441:16,22
442:9 446:4,15
449:14 450:15
454:19 455:10
455:15,22
456:3,6 463:3
465:15 466:22
467:5,17 468:2
475:9 477:13
477:25 478:16
480:2,24
485:15 486:6
488:15 514:5
516:23 518:17
535:23 537:17
541:9 544:20
545:3,11,21
550:5 580:25
586:7,17
587:17,20
590:24 592:14
592:21 604:19
605:1,2,7,24
606:4,13,21
608:19,24
609:23 614:23
615:16 625:12

625:21 626:22
627:5 637:2,7
637:17 639:21
640:18
**reading** 16:6
28:12 39:15
52:23 53:10,18
162:5 168:6
189:9 219:7
250:12 341:6
353:12 364:15
377:23 378:10
378:18 487:5
493:6 514:9
544:7 575:12
**readings**
105:20 241:25
430:20 566:25
**reads** 279:21
281:1 604:21
606:1
**ready** 96:7,14
421:7,14
**real** 200:14,17
201:10 207:3,8
224:11 247:25
248:4,5 286:18
287:16 291:9
304:9 525:14
525:17 526:10
532:3,8 549:11
572:25 573:4,5
611:18 612:16
616:9 629:9

**realistic** 226:8
291:9 551:8
616:9
**reality** 186:5,8
198:7,8 289:16
290:1 511:5,8
523:7,8 614:16
615:1
**realization**
272:21 597:21
**realizations**
261:23 586:23
**realize** 138:20
463:20
**realized** 276:18
601:18
**realizing** 39:18
364:18
**really** 21:23
38:11 39:23
53:25 75:14
80:3,4 88:13
110:16 146:8
148:11 162:22
232:5 247:7,12
251:17 313:15
313:23 346:23
363:11 364:23
378:25 400:14
405:3,4 413:13
435:16 471:8
473:11 487:22
557:5 572:7,12
576:17 638:15

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 771 of 821

638:23
**reanalysis**
52:21 377:21
**rear** 3:21
328:21
**rearrange**
229:6,8 554:6
554:8
**reask** 17:17
134:5 342:17
459:5
**reason** 6:6,7
51:22 53:17
60:15 72:2
86:8 247:3
280:6 331:6,7
376:22 378:17
385:15 397:2
411:8 572:3
605:6
**reasonable**
102:15 103:8
103:10 104:9,9
104:14,19
307:17 427:15
428:8,10 429:9
429:9,14,19
632:17
**reassessed**
249:23 574:23
**rebuttal** 7:11
9:4,18 36:7,13
38:3 39:14
42:8 57:21

58:6 84:24
98:5,10 148:15
149:2,18
154:12 155:18
163:19 167:19
167:19 171:23
172:10,11
181:11 196:20
274:5,6 307:24
318:17 332:11
334:4,18 361:7
361:13 363:3
364:14 367:8
382:21 383:6
409:24 423:5
423:10 473:15
474:2,18
479:12 480:18
488:19 492:19
492:19 496:23
497:10,11
506:11 521:20
599:5,6 632:24
643:17
**recall** 12:16
13:7,22 16:5
20:7 34:15
57:21 58:1
59:18 61:9
63:13,14,19
65:7 67:14
70:17,18 71:3
78:15,18 88:23
90:6 103:1

128:18 131:15
131:22 134:21
135:2 138:18
140:8 141:10
143:6 144:7,25
215:22 242:19
274:10 305:8
337:16 338:7
338:22 341:5
345:7 359:15
382:21 383:1
384:18 386:9
388:13,14,19
390:7 392:14
395:17,18
396:3 403:15
403:18 413:23
415:6 428:1
453:18 456:15
456:22 459:21
460:2 463:18
465:8 466:10
468:6 469:7,25
540:22 567:19
599:10 630:8
**recalling** 41:8
366:8
**receive** 293:7
618:7
**received** 58:6
72:7 76:20
90:1 112:12
143:10 144:8
176:9 383:6

397:7 401:20
415:1 437:12
468:10 469:8
501:9
**recent** 14:8
96:25 339:8
421:25
**recently** 122:13
131:21 292:18
447:13 456:21
617:18
**recess** 52:6
94:5 136:13
184:4 233:9
273:18 293:21
377:6 419:5
461:13 509:4
558:9 598:18
618:21
**reclassified**
69:16 394:16
**recognize**
128:7 453:7
**recognized**
77:20 402:20
**recollection**
17:6 18:7
60:24 62:16
71:16 187:4
200:18 342:6
343:7 385:24
387:16 396:16
512:4 525:18

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 772 of 821

| | | | |
|---|---|---|---|
| **recommendat...** | 572:19 576:10 | 584:12 586:12 | 461:15,18 |
| 153:13 155:21 | 576:21 580:22 | 591:16 626:3 | 468:19 509:3,6 |
| 189:22 478:13 | 581:12 593:16 | 644:13,19 | 516:10 558:8 |
| 480:21 514:22 | 594:4,7 595:18 | 645:20 646:20 | 558:11,13 |
| **recommended** | 597:5,6 635:23 | 647:4,20 | 562:7 567:2 |
| 183:16 508:16 | **reconstructing** | 648:10 649:2 | 595:16 598:16 |
| **recomputed** | 216:12 541:12 | **record** 4:11 | 598:20,22 |
| 250:17 575:17 | **reconstruction** | 8:21 45:16 | 618:15,20,23 |
| **reconstruct** | 7:19 8:2 14:22 | 52:5,8,10 | 624:20,25 |
| 21:9 169:1 | 65:23 68:19,22 | 54:13 65:23 | 625:21 626:22 |
| 198:11 346:9 | 73:14 107:12 | 87:13 94:4,7,9 | 631:20 640:15 |
| 494:1 523:11 | 107:18 117:5 | 110:15 116:5 | 641:7 |
| **reconstructed** | 118:24 121:11 | 126:16,21,22 | **recorded** 245:8 |
| 101:24 102:9 | 133:9 157:2 | 126:24 127:1,5 | 246:16 570:8 |
| 102:12 103:6,6 | 169:13 206:19 | 136:12,15,18 | 571:16 |
| 104:7 165:1 | 207:6,19 | 143:19 184:3,6 | **records** 212:3,3 |
| 192:22 197:25 | 215:13 228:13 | 191:10 233:8 | 212:5,8 219:10 |
| 198:1,4 200:1 | 233:23 259:12 | 233:11,13 | 220:24 236:19 |
| 200:9,14 201:4 | 261:12 266:16 | 237:7 242:2 | 237:8 238:8 |
| 201:5 217:22 | 301:3 319:13 | 270:16 273:16 | 537:3,3,5,8 |
| 217:25 218:11 | 319:19 320:20 | 273:20,22 | 544:10 545:24 |
| 247:19 251:10 | 321:20 322:4 | 293:15,20,23 | 561:19 562:8 |
| 251:21 255:22 | 322:20 323:10 | 299:20,25 | 563:8 |
| 256:12 268:16 | 324:2 332:19 | 300:21 301:22 | **recycled** |
| 269:4,7 270:18 | 333:2 339:22 | 306:20 315:15 | 180:11 505:11 |
| 272:5,6 310:23 | 390:23 393:19 | 316:7 329:11 | **red** 95:2 185:11 |
| 426:24 427:9 | 393:22 398:14 | 333:21 370:16 | 256:9 257:8,8 |
| 427:12 428:6,6 | 432:12,18 | 377:5,8,10 | 420:2 510:11 |
| 429:7 490:1 | 442:5 443:24 | 379:13 390:23 | 581:9 582:8,8 |
| 517:22 522:25 | 446:11 458:9 | 412:13 419:4,7 | **redeveloped** |
| 523:1,4 525:1 | 482:2 494:13 | 419:9 435:15 | 235:5 560:5 |
| 525:9,14 526:4 | 531:19 532:6 | 441:5 451:16 | **redlands** 191:3 |
| 526:5 542:22 | 532:19 540:13 | 451:21,22,24 | 516:3 |
| 542:25 543:11 | 553:13 558:23 | 452:1,5 461:12 | |

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 773 of 821

**redline** 133:17
137:3,15 141:1
144:16 146:23
146:24 458:17
462:3,15 466:1
469:16 471:23
471:24
**redlined**
133:24 134:1,3
134:7 137:1
458:24 459:1,3
459:7 462:1
**reduced** 114:20
175:19 203:4
439:20 500:19
528:4
**refer** 72:11
130:21 301:14
397:11 455:21
626:14
**reference** 53:20
130:21 132:14
135:10 153:19
154:11 291:24
314:10 378:20
455:21 457:14
460:10 478:19
479:11 616:24
639:10
**referenced**
149:9 196:20
474:9 521:20
**references**
36:21 55:10

153:1 221:6,6
222:10,12
361:21 380:10
478:1 546:6,6
547:10,12
**referencing**
224:24 264:1
549:24 589:1
**referred** 113:24
179:24 438:24
504:24
**referring** 54:23
72:17 90:25
91:1 106:17
138:6 146:23
148:4 165:20
197:17 246:3
263:13 299:6
302:19 307:15
379:23 397:17
415:25 416:1
431:17 463:6
471:23 473:4
490:20 522:17
571:3 588:13
624:6 627:19
632:15
**reflect** 70:10
130:13 131:1
146:20 147:7
204:18 395:10
455:13 456:1
471:20 472:7
529:18

**reflected** 36:3
38:23 39:1
41:13 42:7
58:20 249:19
256:2,16,25
257:3 258:11
258:14 361:3
363:23 364:1
366:13 367:7
383:20 574:19
581:2,16,25
582:3 583:11
583:14
**reflecting**
134:4 459:4
**reflects** 39:7
269:10 364:7
594:10
**refresh** 15:3
340:3
**regard** 296:17
301:9 304:19
306:14 307:7
621:17 626:9
629:19 631:14
632:7
**regardless**
161:4 163:11
284:21 486:4
488:11 609:21
**registered**
316:3 641:3
**registry** 63:22
388:22

**regularity**
245:24 570:24
**reinterpretati...**
149:11 474:11
**reject** 144:15
469:15
**related** 20:23
47:13 51:10,14
60:22 66:3
67:6 68:14
72:6,8,22
74:10,13 75:4
75:12 76:25
79:17,24 81:4
110:18,20,22
111:2 293:8
302:7 304:10
316:9 345:23
372:13 376:10
376:14 385:22
391:3 392:6
393:14 397:6,8
397:22 399:10
399:13 400:4
400:12 401:25
404:17,24
406:4 435:18
435:20,22
436:2 618:8
627:7 629:10
641:9
**relates** 1:7
174:3 175:6
290:14 326:7

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 774 of 821

| | | | |
|---|---|---|---|
| 499:3 500:6 | **released** 67:4 | 368:15 369:6,8 | 465:16 573:14 |
| 615:14 | 76:7,12 112:22 | 369:16 372:24 | 620:1,7,25 |
| **relating** 62:3 | 113:1 129:10 | 427:14 428:7 | 624:4 629:22 |
| 387:3 | 286:24 392:4 | 428:21,24 | 632:8 |
| **relation** 23:6 | 401:7,12 | 429:1 452:14 | **remind** 22:21 |
| 348:6 | 437:22 438:1 | 452:20 605:6 | 207:16 225:16 |
| **relationship** | 454:10 611:24 | **reliance** 8:23 | 309:1 347:21 |
| 301:7 626:7 | **releases** 219:12 | 14:9 20:12,14 | 532:16 550:16 |
| **relative** 17:2 | 221:1 289:18 | 333:23 339:9 | 634:1 |
| 18:3 160:25 | 290:3,7 544:12 | 345:12,14 | **removal** 154:2 |
| 163:5 342:2 | 546:1 614:18 | **rely** 98:21 | 154:20 321:5 |
| 343:3 485:25 | 615:3,7 | 423:21 | 479:2,20 646:5 |
| 488:5 | **releasing** | **remaining** | **removals** |
| **relatively** 235:1 | 221:15 222:6 | 310:4 635:4 | 154:25 479:25 |
| 560:1 | 223:7,22 | **remains** 205:6 | **remy** 36:8 |
| **release** 96:12 | 224:13 546:15 | 530:6 | 149:23 152:6 |
| 218:23 219:4 | 547:6 548:7,22 | **remediation** | 172:8,14 |
| 219:23 220:5 | 549:13 | 103:2 187:19 | 318:20 361:8 |
| 220:18 223:15 | **reliability** | 428:2 512:19 | 474:23 477:6 |
| 225:3,6,6,8,10 | 81:13 105:10 | **remember** 5:16 | 497:8,14 |
| 225:13,14,17 | 106:3 169:3 | 26:24 57:4 | 643:20 |
| 226:11,13,16 | 252:13 279:16 | 59:25 60:1 | **rene** 87:6 412:6 |
| 226:17,21,25 | 279:21 406:13 | 69:8 72:10 | **renowned** |
| 227:6,15 228:1 | 430:10 431:3 | 88:13 91:20 | 87:24 412:24 |
| 290:11 421:12 | 494:3 577:13 | 135:15,23 | **reopen** 54:14 |
| 543:23 544:4 | 604:16,21 | 140:16 248:14 | 293:9 379:14 |
| 544:23 545:5 | **reliable** 42:15 | 295:1,7,25 | 618:9 |
| 545:18 548:15 | 42:20 43:15 | 299:4 304:22 | **repeat** 108:10 |
| 550:3,6,6,8,10 | 44:6,8,16 | 307:8 330:16 | 155:9 166:7 |
| 550:13,14,17 | 47:24 102:14 | 351:24 382:4 | 203:16 433:10 |
| 551:11,13,16 | 103:7,21,24 | 384:25 385:1 | 480:9 491:7 |
| 551:17,21,25 | 104:1 127:14 | 394:8 397:10 | 528:16 |
| 552:6,15 553:1 | 127:20 280:6 | 413:13 416:20 | **replaced** 145:8 |
| 615:11 | 367:15,20 | 460:15,23 | 281:17 470:8 |

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 775 of 821

| | | | |
|---|---|---|---|
| 606:17 | 101:6,8,9 | 245:11,12 | 377:23,24 |
| **replacement** | 102:3,10,13 | 250:13 251:14 | 378:10,13,18 |
| 256:21 581:21 | 106:16 117:20 | 252:11 262:8 | 379:3 380:4,18 |
| **replicate** 186:7 | 118:23 120:15 | 263:10 267:15 | 382:12,21 |
| 511:7 | 123:13,20 | 274:5,6,21 | 383:2,7 387:4 |
| **reply** 299:14 | 124:5 128:12 | 275:12,24 | 390:19 391:25 |
| 325:10 624:14 | 128:14 129:10 | 276:12 277:5,8 | 392:1,4,11,21 |
| 650:10 | 132:5 138:10 | 282:2,6 284:7 | 397:12 407:24 |
| **report** 7:8,10 | 140:14,15 | 284:8 285:6,19 | 408:14 409:9 |
| 7:11 8:11,25 | 142:7 145:3,5 | 291:21,23 | 409:10,20 |
| 9:5,15,16,17 | 145:11,15,16 | 294:7 295:20 | 410:17,25 |
| 11:20 20:11 | 145:21 146:1,6 | 297:19 301:15 | 411:21 419:16 |
| 26:4 28:12 | 148:15 149:1,2 | 303:9 307:11 | 419:25 420:1 |
| 33:12 35:1,9 | 149:18 151:18 | 307:24 312:3 | 421:18 423:4,5 |
| 36:1,3,13,21,23 | 152:11 153:20 | 312:20,23 | 423:9,10,12,20 |
| 38:3,3,5,17,19 | 153:22,22,23 | 313:13,13,22 | 426:6,8,9 |
| 38:24 39:7,14 | 153:24 154:2,9 | 314:15 315:2,3 | 427:3,10,13 |
| 42:7,8,12 | 154:12,15,16 | 315:8 318:14 | 431:16 442:20 |
| 44:19,25 45:3 | 155:4,10,16,18 | 321:6 332:8,10 | 443:23 445:15 |
| 46:11,14 48:10 | 157:13,19 | 332:11 333:11 | 448:13,20 |
| 48:14 49:6,8 | 158:13,18,22 | 333:25 334:5 | 449:5 453:12 |
| 52:23,24 53:10 | 158:24 159:3,9 | 334:15,16,17 | 453:14 454:10 |
| 53:13,18 54:3 | 159:12 161:18 | 336:20 345:11 | 457:5 463:10 |
| 55:4,18 57:12 | 163:19 165:20 | 351:4 353:12 | 465:14,15 |
| 57:21 58:2,7 | 167:19,20 | 358:12 360:1,9 | 467:7 470:3,5 |
| 62:4 65:19 | 171:24 177:5 | 361:1,3,13,21 | 470:11,15,16 |
| 66:25 67:1,4 | 179:9 181:11 | 361:23 363:3,3 | 470:21 471:1,6 |
| 67:11,21 72:12 | 182:3,15,22 | 363:5,17,19,24 | 473:15 474:1,2 |
| 82:24 83:14 | 183:22 184:15 | 364:7,14 367:7 | 474:18 476:18 |
| 84:9,10,20 | 184:25 190:5 | 367:8,12 | 477:11 478:20 |
| 85:17,25 86:21 | 191:19,20 | 369:19,25 | 478:22,22,23 |
| 94:16,25 95:1 | 193:16 194:4,5 | 370:3 371:11 | 478:24 479:2,9 |
| 96:18 98:4,5,9 | 195:19 196:20 | 371:14 373:10 | 479:12,15,16 |
| 98:10,12,20 | 197:17 221:7 | 373:14 374:6,8 | 480:4,10,16,18 |

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 776 of 821

482:13,19
483:13,18,22
483:24 484:3,9
484:12 486:18
488:19 490:20
492:19,20
496:24 502:5
504:9 506:11
507:3,15,22
508:22 509:15
509:25 515:5
516:19,20
518:16 519:4,5
520:19 521:20
522:17 546:7
570:11,12
575:13 576:14
577:11 587:8
588:10 592:15
599:5,6,21
600:12,24
601:12 602:5,8
607:2,6 609:7
609:8 610:6,19
616:21,23
619:7 620:20
622:19 626:15
628:9 632:11
632:24 637:3
637:20,23
638:13,13,22
639:15 640:2,3
640:8 643:14
646:6

**reported** 1:18
260:21 262:12
326:18 585:21
587:12
**reporter** 4:7,23
6:10,15 107:5
316:1,4 317:13
329:7,23
331:10,15
432:5 641:1,4
642:13
**reporting**
253:21 255:5
578:21 580:5
**reports** 9:2,2
9:14,19 22:5,6
24:23 36:8,24
39:2,8 42:8
55:3 57:12
58:24 75:7
95:9,10,19
96:5,21 97:19
97:21 98:9,11
98:17,18 103:7
104:8 113:4
123:22 124:25
125:3,9 126:11
127:6,12,13
129:1,16 132:9
140:22 143:17
146:8,10 158:9
158:15 176:19
189:9 246:10
259:1 306:6,6

306:9 318:18
334:2,2,14,19
347:5,6 349:23
361:8,24 364:2
364:8 367:8
380:3 382:12
383:24 400:7
420:9,10,19
421:5,21
422:19,21
423:9,11,17,18
428:7 429:8
438:4 448:22
449:25 450:3,9
451:11 452:6
452:12,13
454:1,16 457:9
465:22 468:17
471:8,10 483:9
483:15 501:19
514:9 571:10
584:1 631:6,6
631:9 643:18
**repository**
212:7 537:7
**represent** 4:11
33:1 34:8
102:14 103:8
128:6 134:22
137:11 146:13
216:8 258:16
311:7 329:11
358:1 359:8
427:14 428:8

453:6 459:22
462:11 471:13
541:8 583:16
636:7
**representation**
135:5 460:5
**representative**
190:15 245:14
245:16 246:8
246:15,20
305:11 515:15
570:14,16
571:8,15,20
630:11
**represented**
40:10 365:10
**representing**
190:16 515:16
**represents**
185:10 510:10
**reproduce**
39:21 54:1
364:21 379:1
**reproduction**
7:8 332:8
**request** 41:22
54:12,13 89:11
366:22 379:12
379:13 414:11
**requested**
41:16 48:10
83:11 139:9,11
366:16 373:10
408:11 464:9

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 777 of 821

464:11
**required** 42:23
120:3 367:23
445:3
**requires**
261:22 586:22
**reread** 209:25
534:25
**rerun** 98:5 99:7
423:5 424:7
**research** 62:11
69:12,16 70:19
77:10 82:21
83:3 279:2
301:12 312:12
387:11 394:12
394:16 395:19
402:10 407:21
408:3 604:2
626:12 637:12
**researcher**
99:16 424:16
**reserve** 54:14
54:17 293:8,11
379:14,17
618:8,11
**reserving** 293:4
618:4
**reside** 139:12
464:12
**resided** 116:21
139:12 441:21
464:12

**residents** 123:5
448:5
**residual** 244:25
247:3,3,7,12,15
248:6 569:25
572:3,3,7,12,15
573:6
**resinates** 93:22
418:22
**resources**
100:25 262:6
425:25 587:6
**respect** 19:8,11
97:2 168:5
177:12 199:1
249:11 288:20
288:22 311:17
314:10 344:8
344:11 422:2
493:5 502:12
524:1 574:11
613:20,22
636:17 639:10
**respond** 22:8
45:20 85:1,4,9
86:2,16 141:25
158:12 292:21
347:8 370:20
410:1,4,9
411:2,16
466:25 483:12
617:21
**responded** 7:19
7:20 97:23

293:4 299:3
332:19,20
422:23 618:4
624:3
**responding**
141:20 298:4
300:24 302:20
466:20 623:4
625:24 627:20
**responds**
160:17 485:17
**response** 36:7
36:24 47:22
49:23 54:18
86:5,7,22,23
87:6 98:17
119:13 142:10
148:25 149:22
157:3,11,23
158:3,8,10
160:18 161:12
161:23 162:6
164:6 278:18
280:4,13 300:5
300:9 301:23
301:23,24
313:1,2,2
318:18 321:21
361:7,24
372:22 374:23
379:18 411:5,7
411:22,23
412:6 423:17
444:13 467:10

473:25 474:22
482:3,11,23
483:3,8,10
485:18 486:12
486:23 487:6
489:6 603:18
605:4,13 625:5
625:9 626:23
626:23,24
638:1,2,2
643:18 646:21
**responses**
278:6,14 279:1
279:3 603:6,14
604:1,3
**responsible**
56:8 381:8
**rest** 83:15
172:22 236:24
281:1 408:15
497:22 561:24
606:1
**restating**
150:16 475:16
**restoration**
228:20 323:8
553:20 648:8
**result** 39:19
40:23 48:5
119:16 124:12
147:15 199:21
199:23 364:19
365:23 373:5
444:16 449:12

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 778 of 821

| | | | |
|---|---|---|---|
| 472:15 524:21 | 288:10 295:7 | **retained** 25:7 | 25:25 26:4 |
| 524:23 | 296:5 303:20 | 33:11 56:12,20 | 31:16 33:19 |
| **resulted** 275:9 | 342:1 343:2 | 56:23 58:4,5 | 35:19 55:3,6 |
| 275:10 600:9 | 346:23 364:19 | 58:17 63:12,15 | 55:17,18 57:2 |
| 600:10 | 367:20 368:18 | 64:24 78:23 | 57:20 70:21 |
| **results** 17:1 | 369:16 372:6 | 80:5 89:8 | 83:14 96:8,8,9 |
| 18:2 21:23 | 372:24 373:1 | 350:7 358:11 | 96:15,19 138:2 |
| 39:19 42:20 | 392:14 404:11 | 381:12,20,23 | 146:4,5 158:17 |
| 43:18 44:16 | 407:23 423:1,2 | 383:4,5,17 | 159:20 161:21 |
| 47:6,24 48:1 | 430:24 438:3 | 388:12,15 | 278:10,13 |
| 67:14 79:11 | 439:9,12,13 | 389:24 403:23 | 300:10 302:3 |
| 82:23 98:1,2 | 444:9 449:7,8 | 405:5 414:8 | 334:5,13 335:8 |
| 105:24 113:3 | 452:13 454:23 | **retardation** | 336:15 339:17 |
| 114:9,12,13 | 454:25 455:7 | 274:9 275:2,3 | 347:7 350:25 |
| 119:9 124:7,8 | 455:12,25 | 275:10,19,22 | 351:4 356:16 |
| 127:13 129:23 | 463:15 467:2 | 276:2 277:1 | 358:19 360:19 |
| 129:25 130:7 | 471:20 472:7 | 599:9 600:2,3 | 380:3,6,17,18 |
| 130:12,25 | 477:10 485:21 | 600:10,19,22 | 382:2,20 |
| 138:15 142:2 | 488:2 490:14 | 601:2 602:1 | 395:21 408:14 |
| 146:20 147:7 | 491:12 493:14 | **retention** 64:17 | 421:8,8,9,15,19 |
| 152:10 160:21 | 494:16 495:12 | 72:6 389:17 | 463:2 471:4,5 |
| 163:2 165:14 | 496:5 500:11 | 397:6 | 483:17 484:20 |
| 166:12 168:14 | 508:4 512:24 | **retired** 63:24 | 486:21 603:10 |
| 169:16 170:12 | 525:20,23 | 70:13 72:19 | 603:13 625:10 |
| 171:5 175:11 | 541:4 575:16 | 79:5 132:8 | 627:3 |
| 183:4 187:24 | 577:3 587:10 | 309:1,3 388:24 | **reviewed** 7:7 |
| 200:20,23 | 587:13 592:7,8 | 395:13 397:19 | 7:10,12,15,24 |
| 216:4 250:16 | 592:18,19 | 404:5 457:8 | 8:6 9:15,16,16 |
| 252:3 262:10 | 594:2,6 595:1 | 634:1,3 | 9:18 14:13,16 |
| 262:13 267:7,8 | 595:4,23 597:5 | **returning** | 14:21 15:6,7 |
| 267:18,19 | 597:6,18 598:9 | 226:1 551:1 | 20:22 21:7 |
| 269:2,6 270:1 | 613:10 620:7 | **review** 9:5,13 | 55:3 84:8,9 |
| 270:4,23 272:5 | 621:5 628:20 | 10:8 11:15 | 96:4,6 130:1,7 |
| 272:6,18 273:9 | | 14:17 22:7 | 144:19 158:16 |

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 779 of 821

161:11,24
278:12 285:18
332:7,10,12,15
332:24 333:6
334:15,16,16
334:18 339:13
339:16,21
340:6,7 345:22
346:7 380:3
409:8,9 421:4
421:6 455:1,7
469:19 483:16
486:11,24
603:12 610:18
**reviewer** 278:1
278:2 283:16
603:1,2 608:16
**reviewing** 58:2
58:23 60:17
295:6 383:2,23
385:17 620:6
**reviews** 146:7
471:7
**reworded**
120:7 445:7
**rice** 2:3 3:14
327:3 328:14
**richard** 92:9,16
417:9,16
**ridge** 1:14 2:13
4:6 326:14
327:13 329:6
**right** 5:1 10:23
13:5 14:14

15:14 20:25
22:16 24:20
25:22 27:4
32:24 34:22
42:18 49:14
50:16,22 51:17
51:19 53:7
54:8,14,16
56:24 57:19
59:11 62:17
64:2,18 66:5
68:3 71:14
72:19 73:9,24
74:25 75:5,6
76:1,23 78:25
84:16,19 91:18
92:14 93:15
94:22 95:3
97:3 101:13,21
107:1 108:9,23
112:16 113:7
115:4 119:12
123:20 125:22
128:17 129:19
140:22 150:18
159:18 163:6,8
164:18 165:6
167:24 168:8
173:2 175:12
176:17 180:6,9
180:15 181:13
182:20,25
183:7 185:9
186:2,5,8,21

187:8,12 188:5
189:17 190:6
190:11 191:6
191:12 196:7
197:24 198:8
198:16 199:4
201:6,22
202:12 203:3
203:21 204:19
205:3 206:10
209:4,5 211:10
211:13,16
213:16 214:16
215:11,15
217:15,19
218:7,19
219:14 221:16
222:21 223:8
223:16 224:2
224:14,24
226:5,14,22,24
229:15,16
230:13 231:2,6
231:17,20
232:3,11,22
233:5,7 234:12
234:15,19,23
235:1,21,23
237:5,10,16
238:17 240:25
241:4,8,12,18
242:7,11,23
243:14,15,18
243:23 244:9

244:22 245:4
247:25 248:16
249:2 253:5
254:8,17
256:16,19,22
257:20 258:2,3
258:5,11 260:2
260:8,19
262:23 263:23
264:3,11
266:13 267:13
267:20,24
268:24 269:20
271:1,6,14
274:16 278:23
283:4 284:15
284:16,17
285:24 287:7
288:19 289:10
290:11 291:9
292:8 293:4,9
294:1 299:12
304:8 309:24
310:23 311:25
312:8 313:3
314:9,16
315:18,19
330:1 335:23
338:5 339:14
340:14 345:25
347:16 349:20
350:22 352:4
357:24 359:22
367:18 374:14

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 780 of 821

375:16,22
376:17,19
378:7 379:8,14
379:16 381:24
382:19 384:11
387:17 389:2
389:18 391:5
393:3 396:14
397:19 398:9
398:24 399:25
400:5,6 401:1
401:23 403:25
409:16,19
416:18 417:14
418:15 419:22
420:3 422:3
426:13,21
432:1 433:9,23
437:16 438:7
440:4 444:12
448:20 450:22
453:17 454:19
465:22 475:18
484:18 488:6,8
489:18 490:6
492:24 493:8
498:2 500:12
501:17 505:6,9
505:15 506:13
507:20,25
508:7 510:9
511:2,5,8,21
512:8,12 513:5
514:17 515:6

515:11 516:6
516:12 521:7
522:24 523:8
523:16 524:4
526:6,22
527:12 528:3
528:21 529:19
530:3 531:10
534:4,5 536:10
536:13,16
538:16 539:16
540:11,15
542:15,19
543:7,19
544:14 546:16
547:21 548:8
548:16 549:2
549:14,24
551:5,14,22,24
554:15,16
555:13 556:2,6
556:17,20
557:3,11,22
558:5,7 559:12
559:15,19,23
560:1,21,23
562:5,10,16
563:17 565:25
566:4,8,12,18
567:7,11,23
568:14,15,18
568:23 569:9
569:22 570:4
572:25 573:16

574:2 578:5
579:8,17
581:16,19,22
582:20 583:2,3
583:5,11 585:2
585:8,19
587:23 588:23
589:3,11
591:13 592:13
592:20,24
593:24 594:20
596:1,6,14
599:16 603:23
608:4 609:15
609:16,17
610:24 612:7
613:19 614:10
615:11 616:9
617:8 618:4,9
619:1 624:12
629:8 634:24
635:23 636:25
637:8 638:3
639:9,16
640:18,19
**ring** 132:24
457:24
**risk** 76:10
401:10
**river** 20:2 78:8
80:22 91:5
100:22 101:3
168:19 345:2
403:8 405:22

416:5 425:22
426:3 493:19
**road** 46:3
371:3
**rob** 88:10
413:10
**robert** 55:10,11
55:14 56:2
380:10,11,14
381:2
**robust** 169:14
261:21 262:13
267:8,19
494:14 586:21
587:13 592:8
592:19
**role** 72:6 301:8
397:6 626:8
**roles** 94:22
419:22
**rollins** 76:5
401:5
**roman** 116:1,6
120:22 441:1,6
445:22
**room** 126:17
451:17
**rough** 50:18
375:18
**roughly** 51:15
71:14,18 73:7
73:20 112:18
376:15 396:14
396:18 398:7

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 781 of 821

398:20 437:18
**rounding** 109:7
434:7
**routine** 219:12
219:12 544:12
544:12
**routinely**
100:10 425:10
**rpr** 1:18 326:18
**rt3d** 15:10 16:1
340:10 341:1
**rubber** 29:17
354:17
**ruckart** 169:23
170:2 494:23
495:2
**rule** 6:1 331:1
**rules** 5:17
45:24 46:3,3,4
250:7 298:20
330:17 370:24
371:3,3,4
575:7 623:20
**run** 10:6 77:7
96:25 98:25
99:1 100:11
113:18 182:3,4
182:5 187:16
291:17 335:6
402:7 421:25
423:25 424:1
425:11 438:18
507:3,4,5
512:16 616:17

**running** 111:17
113:13 436:17
438:13
**runs** 102:22
427:22

## s

**s** 239:9 317:16
564:9 642:16
**s117** 234:17,19
235:14 244:1
559:17,19
560:14 569:1
**s12** 215:2,4
540:2,4
**s126** 235:8
239:7 243:6
560:8 564:7
568:6
**s127** 239:22
240:13 564:22
565:13
**s16** 239:6 564:6
**s2.12** 215:4
540:4
**s2.12.** 215:5
540:5
**s2.13** 217:7
542:7
**s2.13.** 217:12
542:12
**s2.2** 216:17
217:6 541:17
542:6

**s2.2.** 208:24
216:21 217:14
533:24 541:21
542:14
**s2.4** 216:21
541:21
**s2.4.** 216:17
541:17
**s6** 268:12
593:12
**s6.23** 268:12
272:12 593:12
597:12
**s6.44.** 268:8
593:8
**s623** 272:10
597:10
**s645** 260:11,13
585:11,13
**sabatini** 28:8,9
28:22 150:21
353:8,9,22
475:21
**sabatini's** 9:16
150:16 151:8
334:16 475:16
476:8
**sake** 205:10
530:10
**salad** 247:9
572:9
**salary** 70:11
71:13,19,19
72:4 395:11

396:13,19,19
397:4
**sample** 38:15
39:16 40:22
177:22,23
178:15,18
180:13,13
204:15 206:13
206:14,17
231:19,22
241:20 245:15
245:20,22
246:7,23,23
303:12 363:15
364:16 365:22
502:22,23
503:15,18
505:13,13
529:15 531:13
531:14,17
556:19,22
566:20 570:15
570:20,22
571:7,23,23
628:12
**samples** 38:9
38:12 39:17
40:15 53:21
112:7 173:25
175:8,9 177:12
177:15 178:9
178:10 179:4
181:10,10,16
182:24 185:18

Golkow Technologies,
A Veritext Division
877-370-3377          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 782 of 821

197:20 199:1
200:19,25
201:2,11
209:22 229:14
230:10,22
231:15,16,17
242:5,9 245:3
245:15,23
247:5,18
250:14,14,18
253:10 258:1
297:13 363:9
363:12 364:17
365:15 378:21
437:7 498:25
500:8,9 502:12
502:15 503:9
503:10 504:4
506:10,10,16
507:24 510:18
522:20 524:1
525:19,25
526:2,11
534:22 554:14
555:10,22
556:15,16,17
567:5,9 570:3
570:15,23
572:5,18
575:14,14,18
578:10 583:1
622:13
**sampling**  39:22
156:7,7 167:11

167:20 172:17
172:19,23
173:5,12,14
174:2,13,18,19
175:11,19,20
179:13 186:15
189:12,13
190:1 201:13
207:10 246:18
246:25 268:18
271:21,25
272:5,18,25
273:2 295:2,6
296:3 364:22
481:7,7 492:11
492:20 497:17
497:19,23
498:5,12,14
499:2,13,18,19
500:11,19,20
504:13 511:15
514:12,13
515:1 526:13
532:10 571:18
571:25 593:18
596:21,25
597:5,18,25
598:2 620:2,6
621:3
**sat**  189:7 514:7
**satisfied**  159:2
252:1 484:2
577:1

**saturated**
290:20 309:20
615:20 634:20
**sautner**  87:5
412:5
**saw**  27:20,20
76:19 77:15
85:17 90:8
168:19 189:5
197:13 285:21
352:20,20
401:19 402:15
410:17 415:8
493:19 514:5
522:13 610:21
**saying**  93:7
135:11,22
139:22 141:20
143:23 168:6
168:12 178:24
189:8 197:5
245:9 281:24
418:7 460:11
460:22 464:22
466:20 468:23
493:6,12
503:24 514:8
522:5 570:9
606:24
**says**  17:19
102:9 116:9
119:19 120:24
123:9,12,20
128:9 130:4

134:14,15
142:10,13,23
146:19 147:7
152:5,17 160:6
162:16,25
163:7,8,15
172:11 173:17
178:11,12
192:4 193:14
196:24 197:1
211:3 212:4
213:19 215:12
216:1 218:22
219:13 236:18
236:21,25
237:3 238:7
244:20 245:6
253:8 254:2
263:24 264:12
266:5,14 267:5
280:21 281:8
283:15,21
289:9 297:7
311:22 312:2
342:19 427:9
441:9 444:19
445:24 448:9
448:12,20
453:9 455:4
459:14,15
467:10,13,23
471:19 472:7
477:5,17 485:6
487:16,25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 783 of 821

488:7,8,15
497:11 498:17
503:11,12
517:4 518:14
521:24 522:1
536:3 537:4
538:19 540:12
541:1 543:22
544:13 561:18
561:21,25
562:3 563:7
569:20 570:6
578:8 579:2
588:24 589:12
591:5,14 592:5
605:21 606:8
608:15,21
614:9 622:7
636:22 637:2
**sc** 1:15 2:4,13
326:15 327:4
327:13
**scale** 16:15,24
17:25 154:23
317:25 341:15
341:24 342:25
479:23 642:25
**scenario**
113:24 289:12
289:13,22
290:6,9,15
291:8 438:24
614:12,13,22
615:6,9,15

616:8
**scenarios**
225:12 226:12
550:12 551:12
**schedule** 198:1
198:3,5 200:14
209:12 214:13
214:16 218:9
218:11 271:20
523:1,3,5
525:14 534:12
539:13,16
543:9,11
596:20
**schedules**
211:15,17,19
212:22,23
213:11,14,15
214:7 216:13
217:22,25
218:1 268:19
269:8,11,15
270:19,24
536:15,17,19
537:22,23
538:11,14,15
539:7 541:13
542:22,25
543:1 593:19
594:8,11,15
595:19,24
**scheduling**
156:8 481:8

**schematic**
185:3 510:3
**school** 23:1
28:6 76:5
348:1 353:6
401:5
**science** 26:1
62:13 80:18
96:11,11
143:17 159:11
159:15 351:1
387:13 405:18
421:11,11
468:17 484:11
484:15
**scientific** 28:25
47:4 73:12
82:2 95:11
102:15 103:8
103:10,13
104:10,14,20
353:25 372:4
398:12 407:2
420:11 427:15
428:8,10,13
429:10,14,20
**scientifically**
308:5 633:5
**scientist** 93:11
418:11
**scientists** 76:22
77:7 401:22
402:7

**score** 70:23
395:23
**scratch** 251:12
576:12
**screen** 238:1
287:10 563:1
612:10
**screened** 175:3
500:3
**se** 224:4 549:4
**seal** 238:2
316:12 563:2
641:12
**seated** 92:1
417:1
**second** 128:16
152:3 153:25
172:4 194:6
196:25 218:20
239:21 260:20
289:12 312:11
453:16 477:3
478:25 497:4
519:6 521:25
543:20 564:21
585:20 614:12
637:11
**section** 90:23
101:19 118:22
120:1 124:2
149:18,18
158:12 161:9
162:22 185:6
193:16 215:17

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 784 of 821

225:1 262:8
415:23 426:19
443:22 445:1
449:2 474:18
474:18 483:12
486:9 487:22
510:6 518:16
540:17 550:1
587:8
**security** 140:19
465:19
**see** 8:14 22:6
32:2 90:8
103:19 110:9
120:8 144:17
169:17 172:13
172:24 175:18
175:25 178:21
180:23 181:15
181:19 182:21
183:12 185:8
185:18 186:15
195:9 196:16
196:17 201:16
202:21 216:20
217:10 225:2,7
225:18 226:17
227:2 236:7
239:24 242:15
242:25 247:12
259:2,4 264:18
272:9 282:23
283:15 291:17
293:7 297:18

300:13 303:21
304:3 310:17
314:11 333:14
347:6 357:2
415:8 428:19
435:9 445:8
469:17 494:17
497:13,24
500:18,25
503:21 505:23
506:15,19
507:21 508:12
510:8,18
511:15 520:9
521:16,17
526:16 527:21
541:20 542:10
550:2,7,18
551:17 552:2
561:7 564:24
567:15,25
572:12 584:2,4
589:18 597:9
607:23 608:15
616:17 618:7
622:18 625:13
628:21 629:3
635:17 639:11
**seeing** 131:22
134:21 227:11
263:2 310:22
456:22 459:21
552:11 588:2
635:22

**seem** 174:1
215:22 227:1
499:1 540:22
552:1
**seemed** 93:20
418:20
**seems** 60:18
61:12 135:6
161:14 175:10
283:16 385:18
386:12 460:6
486:14 500:10
608:16
**seen** 129:17
131:10,12
132:16 134:20
143:6 207:1
278:13 299:8
299:10 454:17
456:10,12
457:16 459:20
468:6 532:1
603:13 624:8
624:10
**selected** 102:16
216:8 228:19
255:24 259:19
260:6 323:6
324:15 427:16
541:8 553:19
580:24 584:19
585:6 648:6
649:15

**senate** 91:21
112:21 416:21
437:21
**send** 143:2
159:21 279:3
468:2 484:21
604:3
**senior** 94:25
95:6,18 169:22
419:25 420:6
420:18 494:22
**sense** 60:16
80:10 148:6,8
262:16 385:16
405:10 473:6,8
587:16
**sensitivity**
115:22 118:8
128:11 218:23
219:4 224:25
225:1,5 226:1
226:7 227:4,24
228:7 262:8,11
262:15 267:6
267:17 268:3
291:17 304:3,6
311:22 440:22
443:8 453:11
543:23 544:4
549:25 550:1,5
551:1,7 552:4
552:24 553:7
587:8,11,15
592:6,17 593:3

Golkow Technologies,
877-370-3377       A Veritext Division       www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 785 of 821

616:17 629:3,6
636:22
**sent** 120:8
135:19 137:21
141:6 143:24
144:14,17
161:12 162:1
171:16 274:21
278:11,15
293:3 305:9
314:14 445:8
460:19 462:21
466:6 468:24
469:14,17
486:12 487:1
496:16 599:21
603:11,15
618:3 630:9
639:14
**sentence** 153:2
153:11 155:19
163:14 172:12
216:6 267:16
267:22 280:21
300:13,17,17
300:22 478:2
478:11 480:19
488:14 497:12
541:6 592:16
592:22 605:21
625:13,17,17
625:22
**separate**
110:17,19

111:6,21 216:4
435:17,19
436:6,21 541:4
**separated** 51:9
376:9
**separately**
89:18 414:18
**separates**
247:11 572:11
**september** 5:13
5:14 9:6,9
29:15 32:18
33:2,24 34:9
78:16 88:24
235:20 289:3,4
318:9 330:13
330:14 334:6,9
354:15 357:18
358:2,24 359:9
403:16 413:24
560:20 614:3,4
643:9
**sequence**
295:11 620:11
**series** 7:16 67:4
98:18 191:20
216:3 255:19
332:16 392:4
423:18 516:20
541:3 580:19
**serve** 78:24
79:3 403:24
404:3

**served** 25:25
151:12 169:11
169:11 176:5
301:15 350:25
476:12 494:11
494:11 501:5
626:15
**service** 107:20
129:23 139:13
193:12 207:21
228:15 233:25
236:1,5,7,11,22
236:24,25
237:5,10,12,17
237:20,22
238:7,11
240:13 243:11
244:3,21 245:7
248:13 259:14
297:7 319:23
322:8,24
323:14 324:6
432:20 454:23
464:13 518:12
532:21 553:15
558:25 561:1,5
561:7,11,22,24
561:25 562:5
562:10,12,17
562:20,22
563:7,11
565:13 568:11
569:3,21 570:7
573:13 584:14

622:7 644:23
647:8,24
648:14 649:6
**services** 50:22
51:9,14 375:22
376:9,14
**serving** 43:1
79:15 81:15
82:5 123:19
368:1 404:15
406:15 407:5
448:19
**set** 97:19,20
187:21 188:11
422:19,20
512:21 513:11
**seven** 191:14
220:18 222:19
229:21 283:8
516:14 545:18
547:19 554:21
608:8
**several** 279:24
279:24 604:24
604:24
**sf** 71:11 396:11
**shake** 247:10
572:10
**share** 243:4
568:4
**sheet** 31:17,20
33:20 34:9,13
356:17,20
358:20 359:9

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 786 of 821

359:13
**sheets** 34:4
  216:5 318:13
  359:4 541:5
  643:13
**shelf** 104:4
  429:4
**shift** 201:20
  226:10 288:21
  526:20 551:10
  613:21
**short** 52:10
  53:22 94:9
  224:8 233:13
  238:9 273:22
  377:10 378:22
  419:9 549:8
  558:13 563:9
  598:22
**shortcut**
  295:18 620:18
**shortened**
  308:18 633:18
**shorter** 224:2
  549:2
**show** 78:21
  127:24 137:5
  226:6,7 227:25
  238:8 256:9
  257:12,13
  272:13,17,21
  296:9,9 299:12
  300:2,7 306:5
  403:21 452:24

462:5 551:6,7
552:25 563:8
581:9 582:12
582:13 597:13
597:17,21
621:9,9 624:12
625:2,7 631:5
**showed** 139:20
  167:20 173:14
  310:7 464:20
  492:20 498:14
  635:7
**showing** 146:11
  471:11
**shown** 95:15
  177:4 183:21
  289:22 294:6,9
  420:15 502:4
  508:21 614:22
  619:6,9
**shows** 195:23
  215:20 226:3,9
  234:22 240:13
  256:7 269:19
  290:6,10
  296:11,13,24
  520:23 540:20
  551:3,9 559:22
  565:13 581:7
  594:19 615:6
  615:10 621:11
  621:13,24
**shut** 176:3,7
  177:5 198:24

242:22 243:16
244:6,12
296:11,19,25
297:11,15
501:3,7 502:5
523:24 567:22
568:16 569:6
569:12 621:11
621:19,25
622:11,15
**shutdown**
  197:12 522:12
**side** 60:21
  169:5,6 178:20
  178:21 209:4
  260:20 385:21
  494:5,6 503:20
  503:21 534:4
  585:20
**sign** 134:13
  158:21 159:20
  159:21 315:18
  459:13 483:21
  484:20,21
  640:18
**signature** 50:5
  92:8 93:3
  316:21 375:5
  417:8 418:3
  641:21
**signed** 31:20
  34:9 161:12
  162:1 356:20
  359:9 486:12

487:1
**significance**
  77:21 296:4,16
  402:21 621:4
  621:16
**significant** 74:5
  76:16 202:10
  271:6,9 281:16
  399:5 401:16
  527:10 596:6,9
  606:16
**significantly**
  235:17 560:17
**silverstein** 2:22
  4:18,18 294:16
  304:13 327:22
  329:18,18
  619:16 629:13
**similar** 15:8
  78:6,9,11
  127:3 158:14
  178:18 202:8
  210:16 216:1
  220:17 282:19
  297:10 340:8
  403:6,9,11
  452:3 483:14
  503:18 527:8
  535:16 541:1
  545:17 607:19
  622:10
**similarly**
  209:21 210:2
  534:21 535:2

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 787 of 821

**simple** 111:19
165:14 180:25
181:3 193:2,5
193:22 194:9
289:12 436:19
490:14 505:25
506:3 518:2,5
518:22 519:9
614:12
**simplifications**
167:9 492:9
**simplifying**
166:3 491:3
**simply** 177:14
177:15 180:12
502:14,15
505:12
**simulated**
40:16 101:25
104:12 106:12
108:21 160:9
160:11 192:22
214:7,15
255:23 256:10
268:16 365:16
426:25 429:12
431:12 433:21
485:9,11
517:22 539:7
539:15 580:23
581:10 593:16
**simulating**
257:9 261:22
582:9 586:22

**simulation** 8:5
15:2 21:14
129:25 130:7
145:11 147:15
201:6 207:3
259:18 260:5
262:1,2,3
267:1 271:18
271:22,23
324:14 333:5
340:2 346:14
454:25 455:7
470:11 472:15
526:6 532:3
584:18 585:5
587:1,2,3
592:1 596:18
596:22,23
649:14
**simulations**
22:25 130:5
200:20 272:14
290:18 347:25
455:5 525:20
597:14 615:18
**simultaneously**
17:3 18:4
342:3 343:4
**single** 7:7 95:8
127:11 228:10
332:7 420:8
452:11 553:10
**sinks** 91:24
416:24

**sir** 76:24 97:9
126:17 208:7
233:2 300:23
303:6 401:24
422:9 451:17
533:7 558:2
625:23 628:6
**siri** 166:4,7
491:4,7
**sister** 26:20
351:20
**sit** 18:25 21:16
31:23 32:7
34:22 48:20
247:2 291:19
313:8 343:25
346:16 356:23
357:7 359:22
373:20 572:2
616:19 638:8
**site** 16:16,22
20:5,6,17 23:9
57:3 115:6
219:25 220:19
222:21 318:2
341:16,22
345:5,6,17
348:9 382:3
440:6 544:25
545:19 547:21
643:2
**sites** 8:2 19:16
23:10 66:13,15
73:15 74:8,9

99:17 100:21
228:20 323:8
333:2 344:16
348:10 391:13
391:15 398:15
399:8,9 424:17
425:21 553:20
648:8
**situation** 61:5
113:9 125:25
386:5 438:9
450:25
**six** 157:13
196:19 229:21
230:4,5,6
256:15 262:1
298:2 482:13
521:19 554:21
555:4,5,6
581:15 587:1
623:2
**size** 15:9 106:4
289:19,21
340:9 431:4
614:19,21
**slash** 256:4
281:2 581:4
606:2
**slightly** 67:21
74:2,2 392:21
399:2,2
**slugs** 197:13
522:13

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 788 of 821

**smack** 283:9
608:9
**small** 77:9
235:1 402:9
560:1
**smaller** 8:2
333:2
**socialize** 23:25
348:25
**socially** 25:18
350:18
**software** 26:18
26:23 27:11
111:11 351:18
351:23 352:11
436:11
**sole** 280:6
605:6
**solely** 177:21
279:25 502:21
604:25
**solid** 221:22
546:22
**solution** 103:21
428:21
**solutions**
103:23 428:23
**solvent** 219:17
221:1,2 544:17
546:1,2
**solvents** 219:12
544:12
**somebody**
87:24 104:3

132:12 167:14
412:24 429:3
457:12 492:14
**someplace** 26:9
147:18 149:5
351:9 472:18
474:5
**somewhat**
283:23 608:23
**sooner** 6:19
331:19
**sorry** 39:5 45:8
57:25 91:22
101:15 108:8
116:6 124:23
147:1 151:20
151:23 166:4
172:5 195:17
203:17 207:16
208:9 215:5
230:12 286:9
297:9 308:20
311:6 364:5
370:8 382:25
416:22 426:15
433:8 441:6
449:23 472:1
476:20,23
491:4 497:5
520:17 528:17
532:16 533:9
540:5 555:12
611:9 622:9
633:20 636:6

**sort** 7:1 33:7
35:18 42:10,11
44:18 46:6
53:5 58:19
65:16 69:9
71:18 80:9
82:2,13 84:23
86:22 94:21
96:24 109:11
111:18 138:25
168:1 179:6
185:25 187:6
223:4 288:21
292:20,21
311:15 313:1
332:1 358:7
360:18 367:10
367:11 369:18
371:6 378:5
383:19 390:16
394:9 396:18
405:9 407:2,13
409:23 411:22
419:21 421:24
434:11 436:18
463:25 493:1
504:6 510:25
512:6 548:4
613:21 617:20
617:21 636:15
638:1
**sound** 17:5
50:22 51:3,16
342:5 375:22

376:3,16
**sounded** 20:22
345:22
**sounds** 25:17
50:24 51:4
53:6 54:20
67:21 75:6
141:5 162:8
168:11 249:10
350:17 375:24
376:4 378:6
379:20 392:21
400:6 466:5
487:8 493:11
574:10
**source** 166:24
176:16 218:23
219:4,22 220:5
220:10,11,15
220:17 221:11
224:17 225:3,6
225:6,8,10,13
225:17 226:13
226:16,17,21
226:25 227:6
228:1 231:9
232:1,9 245:2
247:5,17 248:9
261:10,13,16
266:17,20
281:3 286:11
289:15 291:2,2
305:9,19
491:24 501:16

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 789 of 821

543:23 544:4
544:22 545:5
545:10,11,15
545:17 546:11
549:17 550:3,6
550:6,8,10,13
550:17 551:13
551:16,17,21
551:25 552:6
553:1 556:9
557:1,9 570:2
572:5,17 573:9
586:10,13,16
591:17,20
606:3 611:11
614:15 616:2,2
630:9,19
**sources** 166:24
212:1,10,13
220:20 222:17
226:5 237:8
491:24 537:1
537:10,13
545:20 547:17
551:5 562:8
**south** 4:6 316:5
316:13 329:6
641:5,13
**southern** 1:2
326:2
**space** 175:2
500:2
**spark** 302:8
627:8

**spatially**
284:15 609:15
**speak** 6:12 7:2
14:1,4 52:13
56:2 64:11,21
91:2 94:12
136:21 156:20
233:16 273:25
302:8 305:25
309:9 331:12
332:2 339:1,4
377:13 381:2
389:11,21
416:2 419:12
461:21 481:20
558:16 598:25
627:8 630:25
634:9
**speaker** 76:10
401:10
**speaking** 44:25
45:25 52:21
63:14,19 105:4
122:19 186:13
188:15 189:1
235:11 244:16
369:25 370:25
377:21 388:14
388:19 430:4
447:19 511:13
513:15 514:1
560:11 569:16
**speaks** 123:11
448:11

**specific** 15:7
18:12 32:1
61:24 75:11
115:6,6,7
116:15 125:5
126:13 127:15
130:14 131:2
146:21 147:8
150:13 166:20
167:6 180:21
260:24 266:5
305:16 340:7
343:12 357:1
386:24 400:11
440:6,6,7
441:15 450:5
451:13 452:15
455:14 456:2
471:21 472:8
475:13 491:20
492:6 505:21
585:24 591:5
630:16
**specifically**
23:8 32:3 39:9
39:11 47:5
53:19 57:25
60:10 61:22
62:4 74:22
78:18 161:21
246:4 311:18
348:8 357:3
364:9,11 372:5
378:19 382:25

385:10 386:22
387:4 399:22
403:18 486:21
571:4 636:18
**specificity**
247:13 572:13
**specifics** 20:9
345:9
**spent** 219:17
221:3 295:5
302:11 544:17
546:3 620:5
627:11
**spike** 272:10
597:10
**spiliotopoulos**
3:15 9:19 36:8
36:25 37:2,7
37:13,24 274:6
275:17 318:19
328:15 334:19
361:8,25 362:2
362:7,13,24
599:6 600:17
643:19
**spiliotopoulo...**
285:18 307:11
610:18 632:11
**spiractor**
154:25 155:12
479:25 480:12
**spiractors**
152:21 178:21
477:21 503:21

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 790 of 821

**spoke** 11:18
55:11 56:23
60:4 63:12,17
63:17 65:6
336:18 380:11
381:23 385:4
388:12,17,17
390:6
**spoken** 24:19
58:20 206:3
349:19 383:20
531:3
**sporadic** 106:2
431:2
**spot** 10:13,13
145:19 335:13
335:13 470:19
**spread** 271:10
289:17 290:1
596:10 614:17
615:1
**spreadsheet**
200:11,12
525:11,12
**square** 15:9
340:9
**staff** 7:19
332:19
**stage** 15:2
18:15,15
115:19,20
159:2 340:2
343:15,15
440:19,20

484:2
**stamp** 143:20
468:20
**stamped** 29:7
49:18 107:14
107:24 128:2
133:10 137:8
154:3 157:6
277:15 288:13
295:14 299:16
311:2 318:5,24
319:15 320:5,9
320:22 321:1,8
321:25 324:22
325:1,5,13,18
354:7 374:18
432:14,24
453:2 458:10
462:8 479:3
482:6 602:15
613:13 620:14
624:16 636:2
643:5,24
644:15 645:5,9
645:22 646:1,8
646:25 649:22
650:1,5,13,18
**stance** 118:7
443:7
**stand** 31:24
97:10,13
120:14 356:24
422:10,13
445:14

**standard**
160:10,13
485:10,13
**standpoint**
24:8 29:1
47:23,24 87:10
90:12 93:21
100:8 126:10
147:20 148:1
307:4 349:8
354:1 372:23
372:24 412:10
415:12 418:21
425:8 451:10
472:20 473:1
632:4
**staring** 215:7
540:7
**start** 7:4 27:1
66:24 74:15
137:20 150:13
157:20 168:18
168:18 187:14
215:20 219:7
223:4 226:4
276:14 282:1
285:22 286:3
286:19 289:22
332:4 352:1
391:24 399:15
462:20 475:13
482:20 493:18
493:18 512:14
540:20 544:7

548:4 551:4
601:14 607:1
610:22 611:3
611:19 614:22
**started** 11:13
16:6 39:15
63:23 65:17
66:19,20 72:13
72:17 73:18
168:24 187:24
188:4 222:18
224:8,13
225:20 285:8
287:12,13
311:21 336:13
341:6 364:15
388:23 390:17
391:19,20
397:13,17
398:18 493:24
512:24 513:4
547:18 549:8
549:13 550:20
610:8 612:12
612:13 636:21
**starters** 208:16
533:16
**starting** 101:19
166:15 209:6
283:14 426:19
491:15 534:6
608:14
**starts** 129:22
172:7 181:24

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 791 of 821

209:10 219:10
260:20 261:20
309:16 311:8
454:22 497:7
506:24 534:10
544:10 585:20
586:20 634:16
636:8
**state** 4:10
17:14 21:7
209:20 220:14
282:3 316:5
329:10 342:14
346:7 534:20
545:14 607:3
641:5
**stated** 93:19
168:25 177:1
418:19 493:25
502:1
**statement**
65:20,24 93:13
106:8 125:2,16
125:22 127:11
147:10,20
160:5 188:20
192:10 280:11
284:17 390:20
390:24 418:13
431:8 450:2,16
450:22 452:11
472:10,20
485:5 513:20
517:10 605:11

609:17
**statements**
176:19 501:19
**states** 1:1 2:20
4:3,17,19 5:11
16:22 17:23
29:25 30:10
49:6,14 101:24
124:9 130:25
154:18 155:14
155:16 160:19
172:14 191:15
192:22 240:15
253:7 263:10
266:25 289:11
326:1 327:20
329:3,17,19
330:11 341:22
342:23 354:25
355:10 374:6
374:14 426:24
449:9 455:25
479:18 480:14
480:16 485:19
497:14 516:15
517:22 565:15
578:7 588:10
591:25 614:11
**stating** 104:6
127:13 209:10
429:6 452:13
534:10
**statistical**
213:22 260:23

262:21 263:11
263:20 538:22
585:23 587:21
588:11,20
**statistics** 76:9
401:9
**status** 26:4
174:25 197:6
199:6 351:4
499:25 522:6
524:6
**stem** 81:3 406:3
**step** 10:3 39:24
96:14 126:17
185:13,13
202:3 289:12
290:9 335:3
364:24 421:14
451:17 510:13
510:13 527:3
614:12 615:9
**stepping**
205:18 530:18
**steps** 39:20
40:8 105:16,17
216:3,4 364:20
365:8 430:16
430:17 541:3,4
**sticker** 208:9
208:11 533:9
533:11
**stipulate**
267:21 592:21

**stipulation**
6:23 331:23
**stir** 247:11
572:11
**stirred** 183:17
508:17
**stop** 122:18
132:19 233:5
447:18 457:19
558:5
**stopped** 177:19
202:15 204:5
204:11 205:23
237:23 502:19
527:15 529:5
529:11 530:23
562:23
**stopping** 233:3
558:3
**stops** 202:15
203:1,11,18
204:25 217:1
527:15 528:1
528:11,18
529:25 542:1
**storage** 152:8
153:15 155:23
204:2 219:14
219:24 220:8
221:2,14 222:5
222:13 223:6
223:14,22
224:4 290:2
477:8 478:15

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 792 of 821

| | | | |
|---|---|---|---|
| 480:23 529:2 | **students** 76:6 | 488:3,24 | **submitted** 7:11 |
| 544:14,24 | 401:6 | 489:18 490:6 | 36:14 45:3 |
| 545:8 546:2,14 | **studies** 60:23 | 493:11 495:13 | 46:11,14 50:6 |
| 547:5,13 548:6 | 65:5 66:2 76:6 | 512:10 513:2 | 53:15 65:19 |
| 548:14,22 | 120:25 121:8 | 516:15 544:19 | 332:11 361:14 |
| 549:4 615:2 | 122:10 123:9 | 547:12 552:2 | 370:3 371:11 |
| **street** 1:14 2:13 | 125:12 169:21 | 593:20 626:4 | 371:14 375:6 |
| 2:22 3:3,8 4:6 | 302:4 385:23 | **stuff** 135:8 | 378:15 390:19 |
| 126:3 326:14 | 390:5 391:2 | 143:18 214:23 | **subpoena** |
| 327:13,22 | 401:6 445:25 | 251:24 293:5 | 49:23 374:23 |
| 328:3,8 329:6 | 446:8 447:10 | 313:21 460:8 | **subsequent** |
| 451:3 | 448:9 450:12 | 468:18 539:23 | 20:4 110:25 |
| **strength** | 494:21 627:4 | 576:24 618:5 | 189:21 193:16 |
| 224:18 289:15 | **study** 16:23 | 638:21 | 209:12 345:4 |
| 549:18 614:15 | 17:24 42:24 | **subcommittee** | 435:25 514:21 |
| **stress** 108:20 | 116:11,19 | 91:21 112:21 | 518:16 534:12 |
| 433:20 | 117:2,17 | 143:16 416:21 | **subsequently** |
| **stretch** 273:11 | 118:15,17 | 437:21 468:16 | 191:17 312:20 |
| 598:11 | 122:1 160:21 | **subcontractor** | 516:17 637:20 |
| **strictly** 171:21 | 160:23 161:20 | 279:1 604:1 | **substance** |
| 264:15 265:5 | 162:9 163:3,24 | **subdivision** | 10:22 335:22 |
| 496:21 589:15 | 164:18 165:6 | 272:25 597:25 | **substances** |
| 590:5 | 168:11 170:13 | **subject** 137:23 | 63:22 388:22 |
| **strike** 19:10 | 187:10 188:2 | 311:22 462:23 | **substantial** |
| 217:23 225:15 | 191:15 219:19 | 636:22 | 74:7 76:17 |
| 244:10,25 | 222:12 227:2 | **subjective** | 187:23 262:3 |
| 298:5 344:10 | 268:20 301:4 | 283:23 608:23 | 267:1 399:7 |
| 542:23 550:15 | 341:23 342:24 | **subjects** 82:19 | 401:17 512:23 |
| 569:10,25 | 367:24 441:11 | 407:19 | 587:3 592:1 |
| 623:5 | 441:19 442:2 | **submit** 50:9 | **subsurface** |
| **structured** | 442:17 443:15 | 75:22 159:12 | 261:1,6,16 |
| 216:2 541:2 | 443:17 447:1 | 375:9 400:22 | 266:7,12,20 |
| **struggle** 168:1 | 485:21,23 | 484:12 | 586:1,6,16 |
| 493:1 | 486:20 487:9 | | 591:7,12,20 |

Golkow Technologies,
877-370-3377  A Veritext Division  www.veritext.com
Case 7:23-cv-00897-RJ  Document 352-5  Filed 04/17/25  Page 793 of 821

**successful**
160:23 163:1
485:23 488:1
**succinct** 93:5
418:5
**suffer** 119:15
444:15
**suffered** 119:15
124:11 444:15
449:11
**sufficient** 45:17
262:23 370:17
587:23
**sufficiently**
42:14 44:6,8
48:2 127:14
367:14 369:6,8
373:2 452:14
**suggest** 96:20
421:20
**suggestion** 54:6
379:6
**suggestions**
307:12 632:12
**suggests** 270:23
595:23
**suite** 2:16
327:16
**summaries**
127:8 452:8
**summarized**
19:16 344:16
**summarizes**
231:4 253:16

556:4 578:16
**summary**
101:12,20
107:13,23
108:17 112:22
112:25 113:2,8
113:12 138:9
191:13 229:12
242:3 253:7
257:25 264:17
313:23 319:14
320:4 426:12
426:20 432:13
432:23 433:17
437:22,25
438:2,8,12
463:9 516:13
554:12 567:3
578:7 582:25
589:17 638:23
644:14 645:4
**summing**
183:12 508:12
**supervisor**
138:13 139:25
463:13 464:25
**supplement**
207:24 208:14
208:18 212:4
212:25 232:23
232:24,25
234:3,9 239:13
243:1 259:17
259:25 260:2

265:4 268:6,6
291:20 322:14
323:20 324:12
532:24 533:14
533:18 537:4
537:25 557:23
557:24,25
559:3,9 564:13
568:1 584:17
584:25 585:2
590:4 593:6,6
616:20 647:14
648:20 649:12
**supplemental**
292:10 617:10
**supplements**
95:20 113:11
420:20 438:11
**supplied** 203:7
203:7 528:7,7
**supply** 38:21
41:7 102:16
118:1 160:10
193:11 199:6
208:2,21 212:2
214:1 229:15
231:5,5 232:17
234:5,14 249:7
251:2 255:24
265:1,2,6,9,15
268:18 269:11
269:15 270:11
281:10,17
282:4 287:3,18

322:18 323:23
363:21 366:7
427:16 443:1
485:10 518:11
524:6 533:2,21
537:2 539:1
554:15 556:5,5
557:17 559:5
559:14 574:7
576:2 580:24
590:1,2,6,9,15
593:18 594:11
594:15 595:11
606:10,17
607:4 612:3,18
647:18 648:23
**supplying**
212:14 537:14
**support** 80:11
118:14,16
122:1,9 154:1
168:11 312:7
321:4 405:11
443:14,16
447:1,9 479:1
493:11 637:7
646:4
**supporting**
44:19 45:5
162:11 165:6
369:19 370:5
487:11 490:6
**supports**
186:16,17

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 794 of 821

| | | | |
|---|---|---|---|
| 511:16,17 | 277:6 283:3,5 | 579:6 588:3,6 | **switch**  259:7 |
| **supposed**  13:10 | 299:24 305:10 | 590:8,22 | 584:7 |
| 338:10 | 306:2 310:3 | 594:22 598:14 | **sworn**  5:4 |
| **sure**  8:15 12:1 | 311:22 313:7 | 600:8 601:9 | 330:4 |
| 13:12 22:18 | 313:19 333:15 | 602:6 608:3,5 | **symbols**  185:11 |
| 29:5,18 41:20 | 337:1 338:12 | 624:24 630:10 | 510:11 |
| 45:2 47:9 | 347:18 354:5 | 631:2 635:3 | **symposia**  75:8 |
| 50:11 52:2,19 | 354:18 366:20 | 636:22 638:7 | 75:21 400:8,21 |
| 55:22,23 57:10 | 370:2 372:9 | 638:19 | **symposiums** |
| 58:25 59:2 | 375:11 377:2 | **surface**  19:21 | 75:11 400:11 |
| 61:22 62:15 | 377:19 380:22 | 286:19 344:21 | **system**  8:3 |
| 63:10,23 64:15 | 380:23 382:10 | 611:19 | 14:20,20 19:18 |
| 69:13,21 71:13 | 383:25 384:2 | **surmise**  145:7 | 64:7,9 65:3 |
| 72:15 83:17 | 386:22 387:15 | 470:7 | 69:9,12 100:20 |
| 85:3 89:19 | 388:10,23 | **surprise**  313:16 | 101:2 105:15 |
| 90:9 94:2 | 389:15 394:13 | 638:16 | 105:16 111:22 |
| 102:24 106:24 | 394:21 396:13 | **surrogate** | 113:25 130:15 |
| 108:12 109:1,3 | 397:15 408:17 | 216:8,13 217:3 | 131:3 146:22 |
| 110:24 126:18 | 410:3 414:19 | 217:6,11,16,17 | 147:9 165:21 |
| 128:20 139:25 | 415:9 419:2 | 218:6,11,12 | 172:20,24 |
| 157:22 178:5 | 427:24 431:24 | 541:8,13 542:3 | 176:8 177:10 |
| 179:8,17 | 433:12 434:1,3 | 542:6,11,16,17 | 179:11 185:24 |
| 184:10,16 | 435:24 451:18 | 543:6,11,12 | 190:21 195:8 |
| 189:4 201:19 | 453:20 464:25 | **surrounded** | 197:14,15 |
| 203:18 204:24 | 482:22 503:5 | 90:12 415:12 | 201:23 202:2 |
| 209:16 215:25 | 504:8,17 | **survey**  78:10 | 206:15,21 |
| 215:25 218:4 | 509:10,16 | 139:10 212:9 | 219:24 221:16 |
| 225:21 229:9 | 514:4 526:19 | 403:10 464:10 | 222:13 223:15 |
| 233:5 240:5 | 528:18 529:24 | 537:9 | 228:8 261:17 |
| 246:12 253:15 | 534:16 540:25 | **susan**  314:21 | 266:21 289:17 |
| 254:6 263:3,6 | 540:25 543:4 | 639:21 | 290:2 333:3 |
| 265:8,22 | 550:21 554:9 | **swear**  5:2 | 339:20,20 |
| 269:22 273:14 | 558:5 565:5 | 92:24,24 330:2 | 344:18 389:7,9 |
| 275:8 276:9 | 571:12 578:15 | 417:24,24 | 390:3 394:9,12 |

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 795 of 821

| | | | |
|---|---|---|---|
| 425:20 426:2 | 139:20 141:10 | 520:23 524:13 | **tabular** 140:22 |
| 430:15,16 | 142:4 145:1,17 | 524:20 526:14 | 465:22 |
| 436:22 438:25 | 145:18,20 | 526:15 542:5,6 | **tabulate** 200:10 |
| 455:15 456:3 | 146:18,18 | 542:14 554:10 | 201:3 525:10 |
| 471:22 472:9 | 172:19 195:22 | 554:11,11 | 526:3 |
| 490:21 497:20 | 195:23 199:13 | 556:3 559:20 | **take** 4:23 6:18 |
| 497:24 501:8 | 199:20 201:14 | 559:21,21 | 6:19,25 24:7 |
| 502:10 504:11 | 201:15 217:5,6 | 560:25 562:5 | 29:17,23 31:21 |
| 510:24 515:21 | 217:14 229:10 | 563:15,21 | 38:14 46:8 |
| 520:8 522:14 | 229:11,11 | 564:7 565:6,12 | 52:1 54:18 |
| 522:15 526:23 | 231:3 234:20 | 565:24 566:16 | 55:20 73:6 |
| 527:2 531:15 | 234:21,21 | 566:21 567:3 | 93:25 106:21 |
| 531:21 544:24 | 235:25 237:5 | 567:13 568:11 | 120:17 132:22 |
| 546:16 547:13 | 238:15,21 | 568:12 573:19 | 135:12 136:7 |
| 548:15 553:8 | 239:7 240:6,12 | 576:1,2,24,25 | 137:16,16 |
| 586:17 591:21 | 240:24 241:16 | 578:5,16 579:7 | 169:6,16 |
| 614:17 615:2 | 241:21 242:3 | 579:8 582:22 | 174:15 178:15 |
| **systems** 174:17 | 242:13 243:11 | 583:7,7 584:3 | 178:18 179:14 |
| 191:2 219:16 | 243:12 248:19 | 615:21,24 | 179:18 183:4 |
| 220:8,15 221:2 | 251:1,2,24,25 | 632:20 633:12 | 183:24 187:14 |
| 221:15 222:5,7 | 253:5,16 254:7 | 634:14,17,19 | 206:12 209:8 |
| 223:14 499:17 | 254:8 257:22 | 634:21 | 216:24 250:19 |
| 516:2 544:16 | 258:7,7 259:3 | **tables** 39:8 | 250:20 273:12 |
| 545:8,15 546:2 | 290:21,24 | 54:2 142:7 | 273:13 292:16 |
| 546:15 547:5,7 | 307:20 308:12 | 145:9,10 | 293:16 294:19 |
| 548:14 | 309:14,17,19 | 242:17 249:5 | 310:10 329:23 |
| | 309:21 380:16 | 259:2 296:23 | 331:18,19,25 |
| **t** | 417:1 431:15 | 364:8 379:2 | 349:7 354:17 |
| | 453:25 454:1 | 467:7 470:9,10 | 354:23 356:21 |
| **t** 299:14 317:16 | 464:20 466:10 | 567:17 574:5 | 363:14 371:8 |
| 325:10 624:14 | 467:4 470:1,17 | 584:2 621:23 | 377:1 379:18 |
| 642:16 650:10 | 470:18,20 | **tabs** 148:21 | 380:20 398:6 |
| **table** 55:16 | 471:18,18 | 473:21 | 418:25 431:21 |
| 92:1 106:15 | 497:19 520:22 | | 445:17 457:22 |
| 128:25 129:1 | | | |

Golkow Technologies,
877-370-3377                          A Veritext Division                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 796 of 821

460:12 461:7
462:16,16
494:6,16
499:15 503:15
503:18 504:14
504:18 508:4
508:24 512:14
531:12 534:8
541:24 575:19
575:20 598:12
598:13 617:16
618:16 619:19
635:10
**takeaway**
284:7 609:7
**taken** 1:17 26:8
59:6,7 173:9
173:18 178:5
199:7,9 206:17
287:1,17
297:13 326:17
351:8 384:6,7
498:9,18 503:5
524:7,9 531:17
612:1,17
622:13
**takes** 105:16
201:21 430:16
526:21
**talk** 82:18
89:11,11 136:2
407:18 414:11
414:11 461:2

**talked** 22:12
61:3 65:11,16
91:10 96:23
184:22 218:4
264:9 278:18
347:12 386:3
390:11,16
416:10 421:23
509:22 543:4
589:9 603:18
**talking** 38:18
55:2 59:19
79:10 83:14
87:13,14,15
92:10 98:12
104:19 108:4
110:15,16
148:2 152:18
164:13 170:19
185:25 186:1
190:8,11
200:13 201:24
202:6 207:2
223:9 241:21
247:24 254:7
257:6 272:1,4
282:17 288:20
303:19,19
310:15 315:6
363:18 380:2
384:19 404:10
408:14 412:13
412:14,15
417:10 423:12

429:19 433:4
435:15,16
473:2 477:18
489:13 495:19
510:25 511:1
515:8,11
525:13 526:24
527:6 532:2
548:9 566:21
572:24 579:7
582:6 597:1,4
607:17 613:20
628:19,19
635:15 640:6
**tank** 175:21,23
178:16 181:25
182:11 183:17
183:19 185:9
185:16,17,22
194:23,24
195:7,10,13
199:7 204:2,5
204:9 219:24
220:8 221:2,15
221:19,23,24
221:25 222:13
290:2 500:21
500:23 503:16
506:25 507:11
508:17,19
510:9,16,17,22
519:23,24
520:7,10,13
524:7 529:2,5

529:9 544:24
545:8 546:2,15
546:19,23,24
546:25 547:13
615:2
**tanks** 206:4,4
219:14 221:9
222:25 223:6
223:14,22
224:4,5 531:4
531:4 544:14
546:9 547:25
548:6,14,22
549:4,5
**tap** 191:23
516:23
**tarawa** 7:9 8:8
9:3 15:8,15
16:8 24:25
26:14 27:5,7
30:24 31:3
38:18 39:9,12
39:17 41:5
42:13,22 45:6
46:23 53:21
54:3 55:16
56:9 57:11
66:1 67:17
68:1,14 72:23
94:20 95:8
96:3 97:4,11
97:19 98:2,5
98:16 102:2,4
106:17 107:3

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 797 of 821

| | | | |
|---|---|---|---|
| 107:10 108:2,6 | 297:11 307:7 | 464:5,6 474:25 | **tasked** 81:12 |
| 110:19,23 | 309:16 311:17 | 481:25 482:5 | 406:12 |
| 111:5,7,17 | 311:18,20 | 482:25 483:5 | **taxes** 50:14 |
| 112:10,15 | 319:9 320:16 | 495:24 497:25 | 375:14 |
| 116:4 117:16 | 321:16,24 | 498:1,17 499:7 | **taxpayer's** |
| 118:5,22,25 | 332:9 333:8 | 499:8 500:7 | 80:24 405:24 |
| 124:19,25 | 334:3 340:8,15 | 501:15 502:13 | **tce** 15:12 102:1 |
| 127:7 128:12 | 341:8 349:25 | 504:20 505:6,9 | 121:2 124:12 |
| 128:14 133:7 | 351:14 352:5,7 | 506:14 507:14 | 154:25 155:11 |
| 139:5,6 149:25 | 355:24 356:3 | 507:25 509:22 | 173:7 192:23 |
| 156:25 157:5 | 363:18 364:9 | 509:24 511:19 | 195:24 196:2 |
| 157:25 158:5 | 364:12,17 | 511:20 519:5 | 197:1,4,13,21 |
| 170:24 172:25 | 366:5 367:13 | 523:15 552:8 | 202:11,16,21 |
| 173:1,17 174:7 | 367:22 370:6 | 563:6 570:9 | 203:2,14 253:8 |
| 174:8 175:7 | 371:23 378:21 | 573:14 574:14 | 255:23 257:25 |
| 176:15 177:13 | 379:3 380:16 | 574:16 576:16 | 268:17 340:12 |
| 179:20 180:6,9 | 381:9 382:11 | 577:5 589:21 | 427:1 446:2 |
| 181:14 182:14 | 391:1 392:17 | 590:1 596:10 | 449:12 479:25 |
| 182:25 184:22 | 393:1,14 | 596:13,18,19 | 480:11 498:7 |
| 184:24 186:19 | 397:23 419:20 | 597:22 599:7 | 517:23 520:24 |
| 186:20 194:5 | 420:8 421:3 | 599:21 601:5 | 521:2 522:1,4 |
| 198:15 227:8 | 422:4,11,19 | 602:1,7,24 | 522:13,21 |
| 238:6 245:9 | 423:2,5,16 | 603:5 610:1 | 527:11,16,21 |
| 248:14 249:14 | 427:2,4 431:17 | 611:2,16,23 | 528:2,14 578:8 |
| 249:16 251:16 | 432:3,10 433:2 | 613:20 619:6 | 580:23 582:25 |
| 252:5 264:21 | 433:6 435:19 | 622:11 632:7 | 593:17 |
| 265:1 271:10 | 435:23 436:5,7 | 634:16 636:17 | **tce's** 219:3 |
| 271:13,18,19 | 436:17 437:10 | 636:18,20 | 544:3 |
| 272:22 274:7 | 437:15 441:4 | 644:9 645:16 | **teaching** 76:9 |
| 274:21 276:5 | 442:16 443:5 | 646:16,24 | 401:9 |
| 277:1,7,24 | 443:22,25 | **targets** 105:7 | **team** 65:21,25 |
| 278:5 285:1 | 449:19,25 | 430:7 | 65:25 77:19 |
| 286:2,16,23 | 452:7 453:12 | **task** 291:3 | 87:1,8,9,9 |
| 288:20 294:6 | 453:14 458:7 | 616:3 | 94:19 161:19 |

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 798 of 821

171:22 189:20
311:9 312:7,11
312:25 313:15
315:7 390:21
390:25,25
402:19 412:1,8
412:9,9 419:19
486:19 496:22
514:20 636:9
637:7,11,25
638:15 640:7
**team's** 140:13
465:13
**tech** 23:4,6,18
66:12 213:25
290:19 348:4,6
348:18 391:12
538:25 615:19
**technical** 32:3
47:4 73:12
79:21 84:10
91:25 95:11
120:4 148:22
149:10,11,11
357:3 372:4
398:12 404:21
409:10 416:25
420:11 445:4
473:22 474:10
474:11,11
**technically**
29:2 59:5
85:15 159:9
312:15 313:9

354:2 384:5
410:15 484:9
637:15 638:9
**technique**
284:4 609:4
**techniques**
21:10,11 117:4
121:10 346:10
346:11 442:4
446:10
**technology**
22:24 347:24
**telci** 213:23
538:23
**tell** 6:2 32:4
33:16 37:11
71:10 122:25
139:4 164:6
169:8 177:16
180:14 183:22
200:7 208:8
294:14 300:8
331:2 357:4
358:16 362:11
396:10 447:25
464:4 489:6
494:8 502:16
505:14 508:22
525:7 533:8
619:14 625:8
**telling** 43:21
368:21
**tells** 71:11
396:11

**temporal** 261:5
266:11 586:5
591:11
**ten** 75:3,18
182:6 272:24
273:3,12
282:11,22
283:8,10
293:15 400:3
400:18 507:6
597:24 598:3
598:12 607:11
607:22 608:8
608:10 618:15
**term** 159:16,17
191:20 281:12
484:16,17
516:20 606:12
**termed** 169:14
494:14
**terminated**
237:16,17,20
237:22 238:12
238:24 240:14
243:13 244:4
244:21 245:7
562:16,17,20
562:22 563:12
563:24 565:14
568:13 569:4
569:21 570:7
**terms** 48:7
62:24 66:5,23
69:9 91:7

99:21 103:21
106:9 110:11
119:10 124:8,9
166:19 180:10
189:1 190:9
191:21 206:19
224:10,11,18
224:18 247:24
247:25 248:4
273:8 303:15
373:7 387:24
391:5,23 394:9
416:7 424:21
428:21 431:9
435:11 444:10
449:8,9 491:19
505:10 514:1
515:9 516:21
531:19 549:10
549:11,18,18
572:24,25
573:4 598:8
628:15
**terrace** 7:9 8:8
9:3 15:9,15
16:8 24:25
26:15 27:5,8
30:25 31:3
38:18 39:9,12
39:18 41:5
42:13,22 45:6
46:23 53:21
54:3 55:16
56:9 57:11

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 799 of 821

66:2 67:17
68:1,14 72:23
94:20 95:9
96:3 97:4,11
97:19 98:2,6
98:16 102:2,4
106:18 107:3
107:11 108:2,6
110:19,23
111:5,7,17
112:10,15
116:4 117:16
118:5,23,25
124:19,25
127:7 128:12
128:14 133:8
139:5,7 149:25
157:1,5,25
158:6 170:24
172:25 173:1
173:17 174:8,9
175:7 176:15
177:14 179:20
180:6,9 181:14
182:14,25
184:22,25
186:19,20
194:5 198:15
227:8 238:6
245:10 248:14
249:15,16
251:16 252:5
264:22 265:1
271:11,14,18

271:19 272:22
274:7,21 276:6
277:1,8,25
278:5 285:1
286:2,16,23
288:21 294:7
297:11 307:7
309:16 311:17
311:19,20
319:9 320:16
321:16,25
332:9 333:8
334:3 340:9,15
341:8 349:25
351:15 352:5,8
355:25 356:3
363:18 364:9
364:12,18
366:5 367:13
367:22 370:6
371:23 378:21
379:3 380:16
381:9 382:11
391:2 392:17
393:1,14
397:23 419:20
420:9 421:3
422:4,11,19
423:2,6,16
427:2,4 431:18
432:3,11 433:2
433:6 435:19
435:23 436:5,7
436:17 437:10

437:15 441:4
442:16 443:5
443:23,25
449:19,25
452:7 453:12
453:14 458:8
464:5,7 474:25
482:1,5,25
483:6 495:24
497:25 498:1
498:17 499:8,9
500:7 501:15
502:14 504:20
505:6,9 506:14
507:14,25
509:22,25
511:19,20
519:5 523:15
552:8 563:6
570:10 573:14
574:15,16
576:16 577:5
589:22 590:1
596:11,14,18
596:19 597:22
599:7,21 601:6
602:1,8,25
603:5 610:1
611:2,16,23
613:21 619:7
622:11 632:7
634:16 636:17
636:19,20
644:9 645:16

646:16,25
**terrain** 276:1
601:1
**test** 16:1 26:20
186:12 261:13
296:5 341:1
351:20 511:12
586:13 621:5
**tested** 198:20
523:20
**testified** 5:4
31:12 91:12
330:4 356:12
416:12
**testify** 6:8
33:16 46:1
47:15 58:15,18
249:22 298:24
331:8 358:16
371:1 372:15
383:15,18
574:22 623:24
**testimony**
23:16 31:24
32:9 33:15
34:14,22 49:9
91:24 131:9,11
136:22 171:3
190:13 275:15
348:16 356:24
357:9 358:15
359:14,22
374:9 416:24
456:9,11

Golkow Technologies,
877-370-3377　　A Veritext Division　　www.veritext.com
Case 7:23-cv-00897-RJ　　Document 352-5　　Filed 04/17/25　　Page 800 of 821

461:22 496:3
515:13 600:15
**testing** 15:10
16:4 26:19
178:19 179:12
188:9 266:17
296:18 340:10
341:4 351:19
503:19 504:12
513:9 591:17
621:18
**texas** 28:11
353:11
**text** 125:14
450:14
**thank** 5:14 8:17
8:20,25 29:3
49:4 117:11
126:19 136:6
136:24 144:5
154:16 233:19
265:22 270:22
273:15 275:13
286:13 293:11
293:12,13
309:25 314:3
315:9,11,13
330:14 333:17
333:20,25
354:3 374:4
442:11 451:19
461:6,24 469:5
479:16 558:19
590:22 595:22

598:15 600:13
611:13 618:11
618:12,13
634:25 639:3
640:9,11,13
**thanks** 32:24
54:21 138:3
142:17 312:7
357:24 379:21
463:3 467:17
637:7
**theory** 165:25
490:25
**thereof** 316:10
641:10
**thermal** 148:5
473:5
**thesis** 23:20
348:20
**thing** 19:24
45:14 52:17
122:13 132:9
138:12,17
168:21 198:6
344:24 370:14
377:17 447:13
457:9 463:12
463:17 493:21
523:6
**things** 66:21
76:11 77:13
81:25 83:20
91:9 127:2
129:15 143:15

167:22 168:1
171:18 190:2,2
195:24 239:1
248:24 391:21
401:11 402:13
406:25 408:20
416:9 452:2
454:15 468:15
492:22 493:1
496:18 515:2,2
520:24 564:1
573:24
**think** 7:18 13:3
13:10 14:20
15:22 17:9,10
20:6,7 21:12
25:1 26:3
27:18 30:5
35:13 56:13,18
57:5 59:23
60:1 62:23
66:25 73:7
74:16 75:17,20
81:18,22 85:12
87:16,23 90:3
98:22 106:7
112:14 115:3
115:18 117:15
126:5,8 129:7
138:12,19
139:20 142:13
146:8 157:16
165:11 168:11
172:1 175:7

177:1 178:3
182:13,22
194:25 200:17
201:14 202:1
206:18 213:19
217:4 221:8,18
227:16 264:8
266:1 272:8
273:10 277:11
280:19 282:21
285:5 291:3,11
292:2 293:10
294:2 296:22
299:25 300:1
300:13 310:7
313:14,17
314:19 332:18
338:3,10
339:20 340:22
342:9,10 345:6
345:7 346:12
350:1 351:3
352:18 355:5
360:13 381:13
381:18 382:5
384:23 385:1
387:23 391:25
398:7 399:16
400:17,20
406:18,22
410:12 412:16
412:23 415:3
423:22 431:7
437:14 440:3

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 801 of 821

| | | | |
|---|---|---|---|
| 440:18 442:15 | 338:18 | 281:19 332:20 | 90:21 91:1 |
| 451:5,8 454:7 | **thou** 85:10 | 337:18 420:16 | 94:4,7 105:16 |
| 463:12,19 | 410:10 | 426:24 427:8 | 105:17 122:12 |
| 464:20 467:13 | **thought** 15:15 | 436:9 441:2 | 126:21,24 |
| 471:8 482:16 | 17:11 52:22 | 443:2 445:21 | 127:12 131:20 |
| 490:11 493:11 | 53:2,18 84:21 | 445:22 537:8 | 136:12,15 |
| 497:1 500:7 | 93:4 208:10 | 554:21 555:15 | 139:6 163:18 |
| 502:1 503:3 | 270:7 340:15 | 561:5,5 562:12 | 168:10 173:9 |
| 507:13,22 | 342:11 377:22 | 566:2,14,24 | 181:15 184:3,6 |
| 519:25 525:17 | 378:2,18 | 567:21 575:19 | 187:7 200:19 |
| 526:14 527:1 | 409:21 418:4 | 581:15,18 | 201:21 202:3 |
| 531:18 538:19 | 533:10 595:7 | 604:15,20 | 202:24 210:18 |
| 542:4 546:8,18 | **thoughtfully** | 606:19 | 213:24 220:7 |
| 552:16 589:8 | 312:4 637:4 | **thrown** 224:6 | 220:18,25 |
| 591:1 597:8 | **thoughts** 293:1 | 549:6 | 222:14 224:2 |
| 598:10 602:11 | 293:16 618:1 | **thrust** 42:11 | 233:8,11 |
| 605:19 607:21 | 618:16 | 367:11 | 242:21 243:19 |
| 610:5 616:3,11 | **thousands** | **thursday** 13:11 | 244:7 254:3,12 |
| 617:2 618:10 | 261:22 586:22 | 338:11 | 255:2,5 262:1 |
| 619:2 621:22 | **thread** 141:4 | **tim** 11:9 336:9 | 262:6 273:17 |
| 624:25 625:1 | 144:4 466:4 | **time** 1:13 4:5,9 | 273:20 289:16 |
| 625:13 635:7 | 469:4 | 10:14,19 15:25 | 289:18 290:7 |
| 638:14,17 | **three** 7:20 | 26:7,24 29:13 | 292:25 293:11 |
| 639:19 | 12:18 95:16 | 30:2 31:7 | 293:12,20,23 |
| **thinking** 138:7 | 101:24 102:8 | 34:15 38:10 | 295:23 296:9 |
| 138:13 463:7 | 111:9 116:2 | 39:20,24 40:8 | 299:9 301:9 |
| 463:13 | 118:2 120:21 | 51:19 52:5,8 | 302:11 305:18 |
| **third** 115:20 | 120:22 212:8 | 53:22 60:4 | 306:14,24 |
| 289:11 440:20 | 229:21 230:15 | 63:18 66:4 | 308:17,25 |
| 614:11 | 236:5,5 237:12 | 67:20 68:10,12 | 309:4,6,13 |
| **thompson** 3:17 | 241:2,14,24 | 68:17 69:4,10 | 314:14 315:15 |
| 11:9 12:14 | 242:21 250:19 | 69:21 73:1 | 326:13 329:5,9 |
| 13:18 328:17 | 256:15,18 | 76:18 78:14 | 335:14,19 |
| 336:9 337:14 | 279:15,20 | 80:24 84:18 | 340:25 351:7 |

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 802 of 821

351:24 354:13
355:2 356:7
359:15 363:10
364:20,24
365:8 376:19
377:5,8 378:22
385:4 388:18
391:4 392:20
393:10,12,17
394:4,10,21
398:1 401:18
403:14 405:24
409:18 415:21
416:1 419:4,7
430:16,17
447:12 451:21
451:24 452:12
456:20 461:12
461:15 464:6
488:18 493:10
498:9 506:15
509:3,6 512:7
525:19 526:21
527:3,24
535:18 538:24
545:7,18,25
547:14 549:2
558:8,11
567:21 568:19
569:7 579:3,12
580:2,5 587:1
587:6 598:17
598:20 614:16
614:18 615:7

617:25 618:11
618:12,20,23
620:23 621:9
624:9 626:9
627:11 630:18
631:14,24
633:17,25
634:4,6,13
639:14 640:15
**timed** 309:22
634:22
**timeline** 251:18
576:18
**times** 59:21
210:8,23 236:2
236:5,9 237:13
261:3 262:3
266:9 267:1
282:11,22
283:8,10
384:21 535:8
535:23 561:2,5
561:9 562:13
586:3 587:3
591:9 592:1
607:11,22
608:8,10
**timing** 219:11
260:25 266:6
307:7 309:10
309:12 544:11
585:25 591:6
632:7 634:10
634:12

**timothy** 3:17
328:17
**title** 36:23
144:17 185:6
208:19 248:18
361:23 469:17
510:6 533:19
573:18
**titled** 229:12
234:13 255:22
260:4 268:15
554:12 559:13
580:22 585:4
593:15
**titles** 94:21
419:21
**today** 4:6 5:19
6:1,7 11:1
14:11 18:25
21:16 31:23
32:7 48:20
62:23 120:15
221:22 247:2
249:10 250:12
291:20 293:12
306:5 313:8
329:6 330:19
331:1,7 336:1
339:11 343:25
346:16 356:23
357:7 373:20
387:23 445:15
546:22 572:2
574:10 575:12

616:20 618:12
631:5 638:8
**today's** 4:4 7:5
10:16 12:25
13:24 14:2,5
315:16 329:4
332:5 335:16
337:25 338:24
339:2,5 640:16
**together** 86:4
114:25 127:9
129:20 146:5
175:22 179:14
181:4 189:19
262:20 293:16
411:4 439:25
452:9 454:20
471:5 500:22
504:14 506:4
514:19 587:20
618:16
**told** 72:1
131:17 172:3
182:9 306:18
307:1 308:21
397:1 456:17
497:3 507:9
631:18 632:1
633:21
**toluene** 229:13
554:13
**tolune** 242:4
567:4

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 803 of 821

| | | | |
|---|---|---|---|
| **tom** 91:24 | 482:16 489:15 | 425:23 430:19 | 152:17 315:18 |
| 416:24 | 497:7 498:16 | 450:25 | 316:6 328:21 |
| **tom's** 152:23 | 499:11 500:6 | **toxic** 63:22 | 331:14 335:11 |
| 477:23 | 507:15 534:3 | 388:22 | 354:24 356:16 |
| **toms** 78:8 | 540:10 550:19 | **toxicologist** | 356:20 358:2 |
| 80:22 91:5 | 572:9 | 156:21 315:8 | 358:21,23,24 |
| 100:22 101:2 | **topic** 19:25 | 481:21 640:8 | 359:10 403:19 |
| 168:19 403:8 | 85:16,16 | **toxicology** | 477:17 640:18 |
| 405:22 416:5 | 179:16 344:25 | 83:15 164:5 | 641:6 |
| 425:22 426:2 | 410:16,16 | 169:5 408:15 | **transcripts** |
| 493:19 | 504:16 | 489:5 494:5 | 10:8 22:15 |
| **took** 13:3 18:14 | **topics** 85:23 | **train** 208:10 | 127:9 335:8 |
| 33:10 54:5 | 201:17 410:23 | 533:10 | 347:15 452:9 |
| 64:2 142:15 | 526:17 | **training** 212:25 | **transpired** 52:6 |
| 156:14 207:10 | **total** 71:19 | 213:2,25 214:4 | 94:5 136:13 |
| 299:20 313:24 | 210:20 229:13 | 214:6,9,12 | 184:4 233:9 |
| 338:3 343:14 | 242:5 253:9 | 215:16,18 | 273:18 293:21 |
| 358:10 379:5 | 396:19 535:20 | 216:1,7,11 | 377:6 419:5 |
| 389:2 467:15 | 554:13 567:5 | 218:16 537:25 | 461:13 509:4 |
| 481:14 532:10 | 578:9 | 538:2,25 539:4 | 558:9 598:18 |
| 624:20 638:24 | **totally** 142:11 | 539:6,9,12 | 618:21 |
| **tool** 16:24 | 467:11 | 540:16,18 | **transport** 8:3 |
| 17:25 70:8 | **towards** 165:13 | 541:1,7,11 | 14:19 15:1,5 |
| 142:15 341:24 | 175:16 185:9 | 543:16 | 15:11 19:18 |
| 342:25 395:8 | 281:9 283:13 | **trans** 253:8 | 40:7 42:21 |
| 467:15 | 490:13 500:16 | 254:24 578:8 | 56:10 59:4 |
| **top** 142:23 | 510:9 606:9 | 579:24 | 87:25 99:2 |
| 154:18 157:16 | 608:13 | **transcribing** | 100:1,9,11 |
| 164:15 172:7 | **township** 78:8 | 6:10 331:10 | 107:9,19 |
| 173:16 174:11 | 80:23 91:5 | **transcript** 3:21 | 111:15 113:18 |
| 175:6 182:15 | 100:21,23 | 6:14 10:11 | 113:21 114:10 |
| 209:3 215:10 | 105:19 125:25 | 29:24 31:16,20 | 114:24 133:6 |
| 225:19 247:9 | 403:8 405:23 | 33:2,21,23,24 | 156:24 166:1 |
| 467:23 479:18 | 416:5 425:21 | 34:10 78:19 | 166:23 167:8 |

Golkow Technologies, A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 804 of 821

| | | | |
|---|---|---|---|
| 180:19,21 | 585:21 586:13 | **treatment** | 210:3,18,20,22 |
| 187:13 206:24 | 588:15 589:16 | 38:21 41:10 | 211:5 212:3,16 |
| 207:20 211:22 | 589:24 590:12 | 107:21 112:5,8 | 212:17 228:16 |
| 220:2 228:14 | 590:18 599:25 | 112:11 149:20 | 232:2,10 234:1 |
| 233:24 259:13 | 605:16 615:23 | 149:24 150:3,7 | 241:17 242:6 |
| 259:19 260:6 | 644:7,21 | 152:8 153:15 | 242:10 243:22 |
| 260:21 261:13 | 645:14 646:14 | 155:23 156:11 | 244:14,16,17 |
| 263:15 264:16 | 647:6,22 | 160:8 165:15 | 246:8 247:20 |
| 264:24 265:12 | 648:12 649:4 | 165:16 167:10 | 248:11 249:7 |
| 265:18 274:25 | 649:15 | 172:20,24 | 249:18 251:9 |
| 280:16 290:23 | **travel** 51:10,14 | 173:4,18 | 252:3 253:11 |
| 319:7,21 | 309:22 376:10 | 174:16 175:22 | 253:18,22 |
| 320:14 321:14 | 376:14 634:22 | 176:4,6 177:7 | 254:17,21 |
| 322:6,22 | **traveling** | 178:12,13,14 | 255:6 258:2 |
| 323:12 324:4 | 308:12 633:12 | 181:8,20,23,24 | 259:15 263:17 |
| 324:15 333:3 | **treat** 251:15 | 182:10 185:13 | 265:4 268:25 |
| 339:19 340:1,5 | 576:15 | 185:20 191:16 | 269:1,4 273:9 |
| 340:11 344:18 | **treated** 165:4 | 191:17 192:1,2 | 297:1 319:25 |
| 365:7 367:21 | 167:18 173:10 | 192:11,12,16 | 322:10 323:1 |
| 381:10 384:4 | 173:20,22 | 192:25 193:12 | 323:16 324:8 |
| 412:25 424:2 | 175:23 178:20 | 193:13,14,20 | 363:21 366:10 |
| 425:1,9,11 | 182:19,24 | 194:11,12 | 432:21 437:5,8 |
| 432:9,19 | 191:22 192:10 | 195:2,4,7,25 | 437:11 474:20 |
| 436:15 438:18 | 196:3,17,18 | 196:7 197:6,8 | 474:24 475:3,7 |
| 438:21 439:10 | 205:14 206:13 | 197:12,14,15 | 477:8 478:15 |
| 439:24 458:6 | 206:15 490:4 | 199:7,9,14 | 480:23 481:11 |
| 481:24 491:1 | 492:18 498:10 | 201:22 202:12 | 485:8 490:15 |
| 491:23 492:8 | 498:20,22 | 202:16,22 | 490:16 492:10 |
| 505:19,21 | 500:23 503:20 | 203:3,6,10,13 | 497:20,24 |
| 512:13 531:24 | 507:19,24 | 203:20,24 | 498:4,18 |
| 532:20 536:22 | 516:22 517:10 | 204:13,18 | 499:16 500:22 |
| 545:2 553:14 | 521:3,17,18 | 205:2,6,12,19 | 501:4,6 502:7 |
| 558:24 584:13 | 530:14 531:13 | 206:9,17 | 503:12,13,14 |
| 584:19 585:6 | 531:15 | 207:22 209:21 | 506:8,20,23,24 |

Golkow Technologies,
877-370-3377　　　　A Veritext Division　　　　www.veritext.com
Case 7:23-cv-00897-RJ　　　Document 352-5　　　Filed 04/17/25　　　Page 805 of 821

507:10 510:13
510:20 516:16
516:17 517:1,2
517:11,12,16
517:25 518:12
518:13,14,20
519:11,12
520:2,4,7,25
521:7 522:6,8
522:12,14,15
524:7,9,14
526:22 527:12
527:16,22
528:3,6,10,13
528:20,24
529:13,18
530:2,6,12,19
531:9,17
532:22 534:21
535:3,18,20,22
536:5 537:3,16
537:17 553:16
557:2,10 559:1
566:17 567:6
567:10 568:22
569:14,16,17
571:8 572:20
573:11 574:7
574:18 576:9
577:3 578:11
578:18,22
579:17,21
580:6 583:2
584:15 588:17

590:4 593:25
594:1,4 598:9
622:1 644:25
647:10 648:1
648:16 649:8
**tremendous**
  287:6 612:6
**trendline**  210:9
  213:21 535:9
  538:21
**tress**  137:12,22
  141:6,20 143:1
  144:12 306:12
  306:21 462:12
  462:22 466:6
  466:20 468:1
  469:12 631:12
  631:21
**tress's**  142:9
  467:9
**trial**  49:9
  249:22 374:9
  574:22
**trichloroethyl...**
  218:23 543:23
**trigger**  292:24
  617:24
**trimester**  171:8
  496:8
**triplet**  173:6,18
  174:8 498:6,18
  499:8
**triplicate**
  250:14 575:14

**true**  35:18
  36:12 48:16
  97:13 161:5
  163:12 173:1
  223:25 284:17
  316:6 360:18
  361:12 373:16
  422:13 486:5
  488:12 498:1
  548:25 609:17
  641:6
**truth**  6:3 33:16
  331:3 358:16
**truthfully**  6:8
  31:13 33:17
  75:15 331:8
  356:13 358:17
  400:15
**try**  6:12,15,18
  38:11 105:7
  114:3 115:19
  115:20 331:12
  331:15,18
  363:11 430:7
  439:3 440:19
  440:20
**trying**  65:13
  139:19 143:16
  177:11 192:6
  258:15 294:13
  390:13 464:19
  468:16 502:11
  517:6 583:15
  619:13

**tt**  179:25
  504:25
**tt23**  179:24
  180:5 238:6
  282:4 504:24
  505:5 563:6
  607:4
**tt26**  53:20
  176:17,21,24
  177:9 178:10
  179:21 180:4,5
  182:25 186:20
  186:20 202:8
  202:23 281:2
  281:10,17,24
  287:6 297:11
  297:12 307:8
  311:25 378:20
  501:17,21,24
  502:9 503:10
  504:21 505:4,5
  507:25 511:20
  511:20 527:8
  527:23 606:2
  606:10,17,24
  612:6 622:11
  622:12 632:8
  636:25
**ttwtp**  174:9
  499:9
**tucson**  191:2
  516:2
**tuesday**  11:3
  336:3

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 806 of 821

| | | | |
|---|---|---|---|
| **tuesday's** 12:11 | 565:16 575:2 | 229:21,23,24 | 307:2 313:6 |
| 12:20,24 | 577:25 580:11 | 230:14 236:5 | 348:9 443:8 |
| 337:11,20,24 | 582:16,19 | 237:7 238:23 | 463:16,16 |
| **turn** 57:14 | 585:10 593:8 | 248:8 250:18 | 467:15 495:21 |
| 94:15 101:5 | 608:1,11 619:8 | 256:15 262:19 | 523:22 601:1 |
| 110:13 116:1 | 638:24 | 276:7 281:24 | 632:2 638:6 |
| 118:19 120:21 | **turned** 180:23 | 289:22 290:6 | **types** 113:22 |
| 148:14 149:15 | 181:17 202:25 | 291:4,8 340:2 | 212:1 261:10 |
| 154:14 159:25 | 297:6 505:23 | 378:7 414:24 | 438:22 537:1 |
| 160:18 163:18 | 506:17 527:25 | 421:3 435:17 | 586:10 |
| 174:2 184:14 | 622:6 | 436:5 437:4 | **typically** |
| 191:4,8 192:18 | **turning** 112:2 | 439:24 443:1 | 145:15 165:24 |
| 208:15,24 | 151:17 171:23 | 449:24 456:21 | 189:22 195:10 |
| 215:2 218:21 | 224:20 239:6 | 460:7 471:6 | 202:3 213:2 |
| 229:4 232:18 | 296:3 437:2 | 484:14 494:25 | 220:8 221:17 |
| 234:17 240:9 | 476:17 496:23 | 495:9,11 | 228:6 278:21 |
| 240:16 250:2 | 549:20 564:6 | 499:16 508:10 | 309:23 313:5 |
| 252:25 255:11 | 621:3 | 509:24 513:2 | 470:15 490:24 |
| 257:16,19 | **twice** 69:14 | 519:4 522:9,10 | 514:22 520:10 |
| 260:10 268:8 | 394:14 | 535:15,19 | 527:3 538:2 |
| 283:1,11 294:8 | **two** 15:2 53:7 | 537:6 549:7 | 545:8 546:17 |
| 313:24 382:14 | 89:24 96:3 | 554:21,23,24 | 553:6 603:21 |
| 419:15 426:5 | 110:17 111:5 | 555:14 561:5 | 634:23 638:5 |
| 435:13 441:1 | 112:4 114:24 | 562:7 563:23 | **typo** 149:13 |
| 443:19 445:21 | 118:1 124:24 | 573:8 575:18 | 474:13 |
| 473:14 474:15 | 131:21 135:7 | 581:15 587:19 | **typographical** |
| 479:14 484:25 | 146:6 159:14 | 601:7 606:24 | 148:22,22 |
| 485:18 488:18 | 169:25 170:9 | 614:22 615:6 | 473:22,22 |
| 499:2 509:14 | 170:11 174:16 | 616:4,8 | |
| 516:4,8 517:18 | 183:10 184:24 | **tx** 2:17 327:17 | **u** |
| 533:15,24 | 188:2 194:4 | **type** 23:9 118:8 | **u.s.** 2:21 3:2,6 |
| 540:2 543:21 | 197:9,10 | 138:16,16 | 26:16,16 27:18 |
| 554:4 557:18 | 210:15,19 | 142:15 170:21 | 78:10 107:11 |
| 559:17 565:9 | 212:6 224:7 | 198:22 276:1 | 107:22 116:14 |

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 807 of 821

| | | | |
|---|---|---|---|
| 121:3 124:13 | **unbiased** | 269:19,23 | 629:4,6 |
| 133:8 139:10 | 312:15 313:8 | 270:1,17,23 | **uncontaminat...** |
| 157:1 190:17 | 314:8 315:2 | 302:13,16,20 | 185:11 510:11 |
| 207:23 212:9 | 637:15 638:8 | 302:21,23,23 | **under** 6:2 |
| 228:17 234:2 | 639:8 640:2 | 302:24 303:3 | 31:12 33:16 |
| 259:16 319:10 | **uncertain** | 303:10,12,14 | 50:20 69:11,16 |
| 320:1,17 | 114:6,12,13 | 303:18,19,22 | 70:18 76:3 |
| 321:17 322:11 | 439:6,12,13 | 304:4,6 333:5 | 81:7,9 135:16 |
| 323:2,17 324:9 | **uncertainly** | 345:24 346:13 | 196:25 199:25 |
| 327:21 328:2,6 | 7:25 332:25 | 428:20 430:9 | 251:18 252:17 |
| 351:16,16 | **uncertainties** | 431:9,11 | 283:16 296:13 |
| 352:18 403:10 | 154:21 156:8 | 433:12 434:11 | 331:2 356:12 |
| 432:11,22 | 169:17 479:21 | 434:24,25 | 358:16 375:20 |
| 441:14 446:3 | 481:8 494:17 | 435:4 438:15 | 394:11,16 |
| 449:13 458:8 | **uncertainty** 8:5 | 438:20,23,24 | 395:18 401:3 |
| 464:10 482:1 | 20:24 21:13 | 439:2,6,12,19 | 406:7,9 460:16 |
| 515:17 532:23 | 103:20 105:9 | 439:22 440:15 | 521:25 524:25 |
| 537:9 553:17 | 106:9,11 | 440:16,22,23 | 576:18 577:17 |
| 559:2 584:16 | 108:12 109:11 | 443:8 479:20 | 608:16 621:13 |
| 644:10 645:1 | 109:24,25 | 494:3 523:21 | **undergone** |
| 645:17 646:17 | 110:4 113:15 | 523:22 550:2 | 191:16 192:1 |
| 647:11 648:2 | 113:20,23,24 | 553:7 577:13 | 516:16 517:1 |
| 648:17 649:9 | 114:2,6,12,19 | 586:21 587:5 | **underground** |
| **uh** 197:22 | 114:22 115:15 | 587:14,15 | 175:24 195:11 |
| 243:21 522:22 | 115:16,22,23 | 591:24 592:9 | 219:14,24 |
| 568:21 | 118:8 154:20 | 592:20 593:23 | 220:8 221:1,14 |
| **ultimately** | 169:3 198:21 | 594:3,7,14,18 | 222:5,13 223:6 |
| 96:10 158:20 | 198:22 225:2 | 594:19,23 | 223:14,22 |
| 421:10 483:20 | 228:7 252:13 | 595:1,17,23 | 224:3 290:2 |
| **unable** 6:8 | 261:21 262:5 | 627:13,16,20 | 500:24 520:11 |
| 331:8 | 262:14,15 | 627:21,23,23 | 544:14,24 |
| **unavailable** | 266:24 267:9 | 627:24 628:3 | 545:8 546:1,14 |
| 209:18 211:2 | 267:20 268:23 | 628:10,12,14 | 547:5,13 548:6 |
| 534:18 536:2 | 269:3,7,14,18 | 628:18,19,22 | 548:14,22 |

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 808 of 821

549:3 615:2
**underlying**
261:17 266:21
586:17 591:21
**underneath**
197:4 522:4
**underpredict**
60:11 385:11
**underscore**
144:18 469:18
**understand**
5:21,22 6:4
9:21 23:16
28:10 34:18
43:6,20,24
44:2 45:10,14
64:14 82:12
84:22 132:10
162:4 200:16
227:17,18
237:19 249:9
269:22 274:24
282:9 285:16
312:19 330:21
330:22 331:4
334:21 348:16
353:10 359:18
368:6,20,24
369:2 370:10
370:14 389:14
407:12 409:22
457:10 487:4
525:16 552:17
552:18 562:19

574:9 594:22
599:24 607:9
610:16 637:19
**understanding**
24:17 30:25
31:10 33:9
42:11 45:15,18
46:20 56:25
61:13 62:15
63:24 64:23
65:2 67:3
79:20 80:21
86:1,15 113:25
120:6 166:17
228:8 246:6,14
274:13 275:14
349:17 355:25
356:10 358:9
367:11 370:15
370:18 371:20
381:25 386:13
387:15 388:24
389:23 390:2
392:3 404:20
405:21 411:1
411:15 438:25
445:6 491:17
553:8 571:6,14
599:13 600:14
**understands**
28:24 45:13
80:20 353:24
370:13 405:20

**understood** 7:3
9:21 10:15,21
11:21 17:13
23:13 24:2
27:16,16 44:18
45:2 54:24
58:25 62:6
68:8 74:4 87:3
91:8 96:13
98:3 111:10
112:9 148:14
224:10 265:22
270:15 332:3
334:21 335:15
335:21 336:21
342:13 348:13
349:2 352:16
352:16 369:18
370:2 379:24
383:25 387:6
393:8 399:4
412:3 416:8
421:13 423:3
436:10 437:9
473:14 549:10
590:22 595:15
**unfinished**
182:17 507:17
**unfortunate**
309:4 634:4
**unit** 191:18
516:18
**united** 1:1 2:20
4:3,17,19 5:11

29:25 30:9
326:1 327:20
329:3,17,19
330:11 354:25
355:9
**university** 26:2
27:21 28:6,11
66:12 76:5
351:2 352:21
353:6,11
391:12 401:5
**unknown**
214:24 539:24
**unlined** 222:25
224:5 547:25
549:5
**unmarked**
107:2 120:20
432:2 445:20
**unsaturated**
287:21 309:22
612:21 634:22
**untrained**
216:9,14 541:9
541:14
**untreated**
167:17 173:7
173:20,22
175:9,20
177:13,16,22
178:16 180:13
181:10 182:18
182:24 196:4
196:18,25

Golkow Technologies,
877-370-3377                         A Veritext Division                         www.veritext.com
Case 7:23-cv-00897-RJ      Document 352-5      Filed 04/17/25      Page 809 of 821

206:13,16
492:17 498:7
498:20,22
500:9,20
502:13,16,22
503:16 505:13
506:10 507:18
507:24 521:4
521:18,25
531:13,16
**unusual** 303:3
628:3
**unwarranted**
283:18 608:18
**update** 170:11
250:6 495:11
575:6
**updated** 48:23
130:17 292:12
373:23 455:17
617:12
**upper** 303:16
628:16
**upset** 305:4,13
630:4,13
**usage** 180:10
505:10
**usdoj.gov** 2:24
2:24 3:5,9
327:24,24
328:5,9
**use** 8:1 15:21
18:14 19:6
20:5 43:13,17

44:17,20 45:6
46:24 47:17
48:2,3 55:15
80:24 82:10
107:6 125:11
125:13 135:22
142:14 148:1
160:20 163:1
166:11 170:12
170:21 171:19
188:14 193:9
196:21 202:3
207:9,9 212:20
213:7 214:24
221:11 248:15
249:1 258:17
258:17,20
295:17 300:15
300:19 302:6
302:16 314:8
333:1 340:21
343:14 344:6
345:5 368:13
368:17 369:17
369:20 370:6
371:24 372:17
373:2,3 380:15
405:24 407:10
432:6 450:11
450:13 460:22
467:14 473:1
485:20 488:1
491:11 495:12
495:21 496:19

513:14 518:9
521:21 527:3
532:9,9 537:20
538:7 539:24
546:11 573:15
574:1 583:17
583:17,20
620:17 625:15
625:19 627:6
627:16 639:8
**used** 14:25 15:5
15:10 17:1
18:2,20,23
19:1,13,14
21:23 40:14
80:11 111:18
112:3 117:5
119:14 123:1
123:14 124:10
125:4 126:12
127:15 166:18
168:4 191:21
197:16 198:10
205:14 207:7
210:9,14 212:4
212:21 213:10
213:14,20,25
214:1 216:13
217:18 218:7
220:1 224:2
238:9,13,16
239:1 245:1
247:4,16 248:7
249:2 258:25

261:13 266:16
272:24 274:18
276:3,22
281:25 282:7
284:4 290:14
301:4 302:21
339:25 340:5
340:10 342:1
343:2,20,23
344:1,13,14
346:23 365:14
405:11 436:18
437:3 442:5
444:14 448:1
448:14 449:10
450:4 451:12
452:15 491:18
493:4 516:21
522:16 523:10
530:14 532:7
535:9,14 537:4
537:21 538:10
538:14,20,25
539:1 541:13
542:18 543:7
545:1 549:2
563:9,13,16
564:1 570:1
572:4,16 573:7
574:2 583:25
586:13 591:16
597:24 599:18
601:3,22
606:25 607:7

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 810 of 821

609:4 615:14
626:4 627:21
**useful** 16:23
17:24 280:23
341:23 342:24
605:23
**user** 112:12
437:12
**usgs** 19:22
80:17 87:25
91:3 344:22
405:17 412:25
416:3
**using** 8:3,5
21:1,10,13,17
42:16 44:14
64:9 65:5
73:16,16 76:6
113:14,19
114:7 117:4
121:10 148:5,7
164:24,25
173:13 178:19
179:20 186:18
187:11 193:1
196:11 210:12
212:10,13
237:23 250:14
250:17 261:21
261:23 268:17
273:4,4 280:5
281:18 284:9
288:9 299:4
302:12,20,24

303:1 333:3,5
346:1,10,13,17
367:16 369:14
389:9 390:5
398:16,16
401:6 438:14
438:19 439:7
442:4 446:10
473:5,7 489:24
489:25 498:13
503:19 504:20
511:18 512:11
518:1 521:11
535:12 537:10
537:13 562:23
575:14,17
586:21,23
593:17 598:4,4
605:5 606:18
609:9 613:9
624:4 627:12
627:20,24
628:1
**ust** 219:13,16
220:14 289:17
544:13,16
545:14 614:17
**usual** 84:5
409:5
**utero** 116:11
441:11
**utility** 195:8
236:20 520:8
561:20

**v**

**vague** 5:20
330:20
**valid** 206:24
245:15,20
531:24 570:15
570:20
**validity** 296:17
298:23 621:17
623:23
**value** 41:9
103:14,15
109:6 147:16
148:2 178:17
196:19 230:3,7
248:22,22,23
250:16 253:23
253:24 257:3
258:11,17
274:23 276:3
276:19 280:23
282:10 285:7
285:14 286:15
288:1,8 303:14
303:14 366:9
428:14,15
434:6 472:16
473:2 503:17
521:19 555:3,7
573:22,22,23
575:16 578:23
578:24 582:3
583:11,17

599:23 601:3
601:19 605:23
607:10 610:7
610:14 611:15
613:1,8 628:14
628:14
**valued** 187:13
512:13
**values** 8:9
15:14 44:12
52:24 62:2,3
104:15 118:6
140:22 162:11
171:10 176:11
187:2,5,6
198:11 210:14
214:25 247:20
251:20 256:7
256:10,12,16
256:19,25
257:5,12,13
258:5 259:3
262:7 274:7,8
275:25 276:24
282:13 305:14
333:9 340:14
369:12 377:24
387:2,3 429:15
443:6 465:22
487:11 496:10
501:11 512:2,5
512:6 523:11
535:14 539:25
572:20 576:20

Golkow Technologies,
877-370-3377   A Veritext Division   www.veritext.com
Case 7:23-cv-00897-RJ   Document 352-5   Filed 04/17/25   Page 811 of 821

581:7,10,12,16
581:19,25
582:5,12,13
583:5 584:3
587:7 599:7,8
600:25 601:24
607:13 630:14
**variant** 271:22
596:22
**variation**
189:25 261:5
266:11 271:3,6
272:2,3 514:25
586:5 591:11
596:3,6 597:2
597:3
**variations**
173:24 268:15
498:24 593:15
**varied** 225:5
269:8,19,24
270:2,5,8,14,19
271:20 550:5
594:8,19,24
595:2,5,8,14,19
596:20
**variety** 303:22
628:22
**various** 17:2
18:3 179:12,13
342:2 343:3
504:12,13
**varying** 154:22
198:21 225:3

226:4 261:14
266:18 479:22
523:21 550:3
551:4 586:14
591:18
**velocities**
111:24 114:5
308:18 436:24
439:5 633:18
**velocity** 308:7
633:7
**verbatim** 78:19
152:17 403:19
477:17
**verbiage** 55:15
61:24 138:2
161:15 380:15
386:24 463:2
486:15
**version** 134:3
137:1 145:3,4
147:3 148:24
148:25 294:8
459:3 462:1
470:3,4 472:3
473:24,25
619:8
**versions** 71:9
396:9
**versus** 4:3
10:19 29:25
30:9 175:9
177:13 180:13
181:22 182:17

183:13 200:22
251:21 308:12
329:3 335:19
354:25 355:9
500:9 502:13
505:13 506:22
507:17 508:13
525:22 576:21
633:12
**vertical** 287:7
612:7
**vertically**
284:15 287:5,8
308:3 309:23
609:15 612:5,8
633:3 634:23
**vicinities**
107:22 207:23
228:17 234:2
259:16,20
260:7 320:1
322:11 323:2
323:17 324:9
324:17 432:22
532:23 553:17
559:2 584:16
584:20 585:7
645:1 647:11
648:2,17 649:9
649:17
**vicinity** 107:11
133:8 157:1
281:17 319:10
320:17 321:17

432:11 458:8
482:1 606:17
644:10 645:17
646:17
**videoconfere...**
2:7,8,16 3:3,7
3:13,14,16,17
3:18 327:7,8
327:16 328:3,7
328:13,14,16
328:17,18
**videographer**
3:12 4:1,8,20
5:1 52:4,7 94:3
94:6 126:20,23
136:11,14
184:2,5 233:2
233:7,10
273:16,19
293:19,22
315:14 328:12
329:1,8,20
330:1 377:4,7
419:3,6 451:20
451:23 461:11
461:14 509:2,5
558:2,7,10
598:16,19
618:19,22
640:14
**videotaped**
1:10 4:2
326:10 329:2

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 812 of 821

**view** 24:4 90:15
206:18 313:7
349:4 415:15
531:18 638:7
**vinegar** 247:10
572:10
**vinyl** 15:12
102:1 192:24
253:9,20 254:4
254:13 258:1
340:12 427:1
517:24 578:9
578:20 579:4
579:13 583:1
**visual** 310:22
635:22
**visually** 251:20
576:20
**vitae** 48:17
373:17
**voc** 149:23
150:17,17
151:1,4,14
152:7 153:15
154:2 155:11
155:23 156:2,3
156:18 163:20
163:23 164:2
164:15 165:4
165:12 167:16
172:15 173:2
173:12,14
174:1,13
175:12,17

177:21 181:11
181:22 185:18
188:19,20
189:10 190:4
190:10 321:5
474:23 475:17
475:17 476:1,4
476:14 477:7
478:15 479:2
480:11,23
481:2,3,18
488:20,23
489:2,15 490:4
490:12 492:16
497:15 498:2
498:12,14
499:1,13
500:12,17
502:21 506:11
506:22 510:18
513:19,20
514:10 515:4
515:10 646:5
**vocs** 149:19
175:1 474:19
500:1
**volatile** 116:13
117:23 121:1
259:19 260:6
324:15 441:13
442:23 446:1
584:19 585:6
649:15

**volatiles** 117:24
442:24
**volatilization**
19:22 28:13,24
149:19 152:20
165:12 344:22
353:13,24
474:19 477:20
490:12
**volume** 206:1
210:20,22
219:11 220:25
290:19 531:1
535:20,22
544:11 545:25
615:19
**volumes** 209:23
209:24 210:3,7
210:8 211:6,10
211:12 534:23
534:24 535:3,7
535:8 536:6,10
536:12
**voluminous**
127:13 452:13

| w |
|---|

**wait** 172:9
212:12 239:21
293:6,7 497:9
537:12 564:21
618:6,7
**waive** 315:19
640:19

**waiver** 305:21
630:21
**walski** 190:22
515:22
**walter** 64:2,5,6
64:11 65:8
389:2,5,6,11
390:8
**want** 4:20
11:23 14:24
29:15 32:8
47:9 48:3
72:25 79:23
80:12 93:25
135:22 140:15
150:9,12 185:2
188:14 196:12
196:14 228:8
243:3 258:20
265:8 294:7
295:10,12
300:14 302:4
329:20 336:23
339:24 354:15
357:8 372:9
373:3 397:25
404:23 405:12
418:25 460:22
465:15 475:9
475:12 510:2
513:14 521:12
521:14 553:8
568:3 583:20
590:8 619:7

Golkow Technologies,
A Veritext Division
877-370-3377     www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 813 of 821

620:10,12
625:14 627:4
**wanted** 7:4
15:3,24,25
26:20 53:1
55:1,8 59:4
60:8 62:10
65:11 67:24
71:7 86:2
101:23 126:1
130:24,25
138:14,15
140:21,25
141:11 145:16
157:12 184:11
189:4 201:17
215:23 219:7
225:2 229:17
240:5 253:13
259:2 265:21
274:4 283:1
332:4 340:3,24
340:25 351:20
378:1 380:1,8
384:4 385:8
387:10 390:11
392:24 396:7
411:2 426:23
451:1 455:24
455:25 463:14
463:15 465:21
465:25 466:11
470:16 482:12
509:11 514:4

526:17 540:23
544:7 550:2
554:17 565:5
578:13 584:2
590:21 599:4
608:1
**wanting** 11:18
336:18
**wants** 125:23
166:7 450:23
491:7
**washington**
2:23 3:4,8
327:23 328:4,8
**waste** 219:17
221:2 224:6
261:2 266:8
544:17 546:2
549:6 586:2
591:8
**watching** 10:14
335:14
**water** 1:4 4:3
19:21 23:7,14
29:4 30:20
38:21 41:10
44:10 47:13
63:5 64:7,8
65:3,17 66:5
68:25 69:22
72:22 73:9,23
74:4 75:13
76:15,25 78:4
79:18,21,25

80:7 83:4 84:3
94:20 95:12
99:5 100:15,18
100:20,25
101:2 102:16
102:17 105:14
105:15 107:10
107:20,21
110:16,17
111:18,21
112:5,7,10,11
116:14 117:4,7
117:9,10,11,15
118:1,4 119:1
119:17 121:3
121:10,13,14
121:15 123:5
123:22,22
124:13 126:13
129:22 130:14
131:2 133:7
134:15,16
137:25 138:5
141:22 142:25
146:22 147:9
148:3,8,9,9
149:19,24
150:3,6 156:7
156:10,25
157:5 158:5
160:8,10,20
163:2,17 165:5
165:13,15,16
165:17 166:22

167:3,17
168:23 171:21
172:17,19,23
173:8,10,17,21
173:21,22,25
173:25 175:4,8
175:9,20,21,23
176:4,7,10
177:7,13,13,16
177:16,22,22
178:8,14,16,16
179:11 180:6
180:13,13,15
181:8,9,10,25
182:5,10,11,17
182:18,19,23
182:24 183:11
183:19 185:16
185:17 187:15
190:21 191:2
191:15,17,21
191:22,22,23
191:23 192:1,2
192:6,8,9,10,24
192:25 193:10
193:11,12,13
193:20,20
194:10,11,23
194:24 195:2,4
195:7,8,9,10,12
195:15,25
196:4 199:6,7
199:14 200:25
201:11,21,22

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 814 of 821

| | | | |
|---|---|---|---|
| 202:2,12,16,22 | 251:9 252:3 | 389:7,8 390:3 | 474:19,24 |
| 203:3,6,7,10,12 | 253:10,10,18 | 390:17 391:5 | 475:3,6 481:7 |
| 203:13,19,20 | 253:22 254:16 | 393:25 394:22 | 481:10,25 |
| 203:23,24 | 254:21 255:6 | 397:22 398:9 | 482:5 483:5 |
| 204:2,4,5,6,9,9 | 255:24 258:1,2 | 398:23 399:4 | 485:8,10,20 |
| 204:11,12,13 | 259:14,15 | 400:13 401:15 | 488:2,17 490:5 |
| 204:15,15,17 | 260:22 262:23 | 401:25 403:4 | 490:13,15,16 |
| 204:18,19 | 263:10,17,22 | 404:18,21,25 | 490:17 491:22 |
| 205:1,2,5,6,8 | 264:1,25 265:2 | 405:7 408:4 | 492:3,17 |
| 205:15,18,21 | 265:4 268:16 | 409:3 419:20 | 493:23 496:21 |
| 205:24 206:4 | 268:18,25 | 420:12 424:5 | 497:17,19,23 |
| 206:14,15,16 | 269:1,3,11,15 | 425:15,18,20 | 498:8,10,17,21 |
| 206:17 207:12 | 270:11 273:9 | 425:25 426:2 | 498:21,22,25 |
| 207:21,22 | 290:20,23 | 427:16,17 | 498:25 500:4,8 |
| 208:1,21 | 297:1 299:15 | 430:14,15 | 500:9,20,21,23 |
| 209:21,21,23 | 301:15,17 | 432:10,20,21 | 501:4,7,10 |
| 210:2,3,7,10,11 | 302:17 303:3 | 435:16,17 | 502:7,13,13,16 |
| 210:14,17,20 | 303:23 307:14 | 436:18,21 | 502:16,22,22 |
| 210:20,21,22 | 307:19,20 | 437:5,7,10,11 | 503:8,14,16,16 |
| 211:5,5,9 | 308:9,12 | 441:14 442:4,7 | 504:11 505:6 |
| 212:2,3,3,7,8 | 309:14,16,18 | 442:9,10,11,15 | 505:13,13,15 |
| 212:15,15,16 | 309:21 312:14 | 443:1,4 444:1 | 506:8,9,10,25 |
| 214:1 228:15 | 319:8,22,25 | 444:17 446:3 | 507:5,10,11,17 |
| 228:16 229:14 | 320:15 321:15 | 446:10,13,14 | 507:18,19,23 |
| 229:14 231:5,5 | 321:24 322:7 | 446:15 448:5 | 507:24 508:11 |
| 232:2,10 | 322:10,18,23 | 448:22,22 | 508:19 510:16 |
| 233:25 234:1,5 | 323:1,13,16,23 | 449:13 451:13 | 510:17 512:15 |
| 234:14 236:20 | 324:5,8 325:11 | 454:22 455:14 | 515:21 516:2 |
| 238:9 241:17 | 326:4 329:3 | 456:2 458:7 | 516:15,17,21 |
| 242:5,6,10 | 344:21 348:7 | 459:15,16 | 516:22,22,23 |
| 243:22 244:14 | 348:14 354:4 | 462:25 463:5 | 516:23 517:1,2 |
| 244:15,17 | 355:20 363:21 | 466:22 467:25 | 517:6,8,9,10,24 |
| 246:7 247:9,20 | 366:10 369:10 | 471:22 472:9 | 517:25 518:10 |
| 248:11 249:18 | 372:13 388:5 | 473:3,8,9,9 | 518:11,12,13 |

| | | | |
|---|---|---|---|
| 518:20,20 | 558:25 559:1,5 | 648:1,13,16,23 | 577:17,17 |
| 519:10,11,23 | 559:14 561:20 | 649:5,8 650:11 | 579:1 611:10 |
| 519:24 520:2,4 | 563:9 566:17 | **watermodeling** | 632:17 634:11 |
| 520:7,8,9,10,12 | 567:5,6,10 | 133:11 154:4 | **we've** 5:11 |
| 520:15,25 | 568:22 569:14 | 157:6 288:13 | 51:25 71:1 |
| 521:4 524:6,7 | 569:15,17 | 295:14 299:17 | 72:5 100:19 |
| 524:14 525:25 | 571:7 572:9,20 | 320:23 321:9 | 173:9 179:9,10 |
| 526:11,21,22 | 573:11 574:18 | 322:1 325:2,6 | 179:10,13 |
| 527:2,12,16,22 | 576:9 577:3 | 325:14 458:11 | 199:2 200:17 |
| 528:3,6,7,10,12 | 578:10,10,18 | 479:4 482:6 | 244:15 247:19 |
| 528:13,19,20 | 578:22 579:16 | 613:13 620:14 | 251:2 293:3 |
| 528:23,24 | 579:21 580:6 | 624:17 645:23 | 330:11 376:25 |
| 529:2,4,5,6,9,9 | 580:24 583:1,2 | 646:9 647:1 | 396:1 397:5 |
| 529:11,12,13 | 584:14,15 | 650:2,6,14 | 425:19 498:9 |
| 529:15,15,17 | 585:22 587:23 | **way** 28:4 43:22 | 504:9,10,10,13 |
| 529:18,19 | 588:10,17,22 | 70:18 75:10 | 524:2 525:17 |
| 530:1,2,5,6,8 | 589:1,25 590:2 | 103:3,20 | 569:15 572:19 |
| 530:15,18,21 | 590:4 593:16 | 105:25 114:19 | 576:2 618:3 |
| 530:24 531:4 | 593:18,25 | 131:13 140:14 | **web** 139:10,18 |
| 531:14,15,16 | 594:1,3,11,15 | 145:18 164:7 | 140:18,19,20 |
| 531:17 532:12 | 595:11 598:9 | 176:12 186:7 | 143:2 464:10 |
| 532:21,22 | 615:20,23 | 187:21 212:24 | 464:18 465:18 |
| 533:1,21 | 622:1 624:15 | 244:25 252:17 | 465:19,20 |
| 534:21,21,23 | 626:15,17 | 252:17 254:1 | 468:2 |
| 535:2,3,7,10,11 | 627:17 628:3 | 286:10 307:17 | **webinars** 77:12 |
| 535:14,17,20 | 628:23 632:14 | 309:11 353:4 | 402:12 |
| 535:20,21,22 | 632:19,20 | 368:22 395:18 | **website** 86:19 |
| 536:5,5,9 | 633:9,12 | 400:10 428:3 | 98:15 128:23 |
| 537:2,3,3,7,8 | 634:14,16,18 | 428:20 430:25 | 129:11,13,16 |
| 537:15,15,16 | 634:21 637:14 | 439:19 456:13 | 131:20 132:9 |
| 539:1 553:15 | 644:8,22,25 | 465:14 470:18 | 132:12 137:23 |
| 553:16 554:14 | 645:15 646:15 | 489:7 501:12 | 138:1,5,15,23 |
| 554:14 556:5,5 | 646:24 647:7 | 511:7 512:21 | 139:19,24 |
| 557:2,10 | 647:10,18,23 | 537:24 569:25 | 140:3,7,23 |

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 816 of 821

| | | | |
|---|---|---|---|
| 141:12,21 | 524:22 525:11 | 216:15,15 | 541:6,8,9,13,13 |
| 142:3,25 | **weitz** 2:6 327:6 | 217:6,9,10,11 | 541:15,15 |
| 146:16,17 | **weitzlux.com** | 217:17,18,22 | 542:6,9,10,11 |
| 147:3 305:5,6 | 2:10,11 327:10 | 218:1,2,5,6,10 | 542:17,18,22 |
| 305:14 306:7 | 327:11 | 218:12 229:15 | 543:1,2,5,6,10 |
| 411:19 423:15 | **welcome** 8:18 | 231:5,9 248:8 | 543:12 554:15 |
| 453:23 454:11 | 70:8 72:11 | 248:12 249:7,7 | 556:5,9 573:8 |
| 454:13,16 | 146:14 240:8 | 251:23 255:24 | 573:12 574:7,7 |
| 456:20 457:9 | 333:18 395:8 | 256:2 265:1,3 | 576:23 580:24 |
| 457:12 462:23 | 397:11 471:14 | 265:7,9,15 | 581:2 590:1,3 |
| 463:1,5,15,23 | 565:8 | 270:11 287:3 | 590:7,9,15 |
| 464:19,24 | **well's** 183:5 | 287:18 288:11 | 595:11 612:3 |
| 465:3,7,23 | 508:5 | 296:10,11 | 612:18 613:11 |
| 466:12,21 | **wells** 38:21 | 297:2,14,15 | 621:10,11 |
| 467:3,25 | 41:7 102:17,25 | 363:21 366:7 | 622:2,14,15 |
| 471:16,17 | 102:25 112:2,5 | 427:17,25,25 | **went** 15:11 |
| 472:3 630:5,6 | 118:2,3 160:11 | 437:2,5 443:2 | 21:12 38:8 |
| 630:14 631:7 | 167:2 174:15 | 443:3 485:11 | 50:15 54:5 |
| **week** 9:24 | 174:16,20 | 492:2 499:15 | 71:9 131:19 |
| 53:23 59:8 | 175:21 178:13 | 499:16,20 | 132:6 136:24 |
| 182:6 334:24 | 180:5,8,22,23 | 500:21 503:13 | 139:24 145:8 |
| 378:23 384:8 | 181:4,16,16,25 | 505:5,8,22,23 | 145:21 146:6 |
| 507:6 | 182:9 183:13 | 506:4,16,16,25 | 167:17 177:3,7 |
| **weekly** 38:12 | 183:19 186:20 | 507:9 508:13 | 181:7 187:20 |
| 363:12 | 193:11 195:6,9 | 508:19 511:20 | 187:24 188:1 |
| **weigh** 171:13 | 195:12 199:6,8 | 518:11 520:6,9 | 206:14 213:2 |
| 496:13 | 199:9,17,17,18 | 520:12 524:6,8 | 218:5 221:6 |
| **weight** 179:7 | 199:19 200:5 | 524:9,17,17,18 | 246:25 248:13 |
| 197:16 504:7 | 203:5,8 205:24 | 524:19 525:5 | 248:20 250:17 |
| 522:16 | 206:7,8,9 | 528:5,8 530:24 | 274:22 295:5 |
| **weighted** 112:1 | 209:12,17 | 531:7,8,9 | 298:20 340:11 |
| 193:5,22 | 210:17,21 | 534:12,17 | 346:12 363:8 |
| 199:22 200:11 | 212:14 213:5 | 535:17,21 | 375:15 379:5 |
| 437:1 518:5,22 | 216:6,8,9,13,13 | 537:14 538:5 | 396:9 456:19 |

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 817 of 821

| | | | |
|---|---|---|---|
| 457:6 461:24 | 58:11 61:18 | 269:22 270:4 | 448:12 450:8 |
| 464:24 470:8 | 62:19 64:24 | 270:10 271:3,8 | 451:18 452:19 |
| 470:21 471:6 | 79:3 80:3,16 | 272:17 279:10 | 453:4 454:7,14 |
| 492:17 502:3,7 | 81:18 82:23 | 279:13 291:11 | 456:6,19 457:4 |
| 506:7 512:20 | 83:6 88:5 | 292:17 293:13 | 458:23 459:12 |
| 512:24 513:1 | 93:17 100:7 | 294:17,23 | 460:6 466:9 |
| 531:14 538:2 | 103:12 105:2 | 296:8,21 | 472:13 473:21 |
| 543:5 546:6 | 106:21 107:7 | 299:23 303:25 | 487:15 489:21 |
| 571:25 573:13 | 108:1 109:16 | 304:15 305:8 | 490:10 493:17 |
| 573:20 575:17 | 109:23 110:8 | 305:24 306:17 | 495:18 496:4 |
| 599:22 620:5 | 114:16 115:13 | 310:3 313:11 | 505:18 508:2 |
| 623:20 | 122:5,19 | 315:13,17 | 509:7 515:14 |
| **weston** 57:12 | 123:12 125:8 | 316:11 329:13 | 523:10 527:19 |
| 382:12 | 126:18 127:19 | 330:2 335:19 | 529:21 538:19 |
| **wet** 274:18,22 | 128:4 129:7,14 | 335:20 344:5 | 553:5 561:4,14 |
| 276:18 599:18 | 131:6,19 132:4 | 346:6,21 347:6 | 564:10,13 |
| 599:22 601:18 | 133:23 134:12 | 355:14,24 | 566:20 567:25 |
| **wife** 308:21 | 135:6 141:9 | 356:6,9 358:7 | 570:6 575:11 |
| 633:21 | 147:13 148:21 | 365:20 368:12 | 579:23 580:8 |
| **williams** 3:18 | 162:15 164:21 | 369:2,24 | 584:22 588:2,9 |
| 11:6,10 12:14 | 165:10 168:17 | 370:15 372:2 | 589:5 590:14 |
| 13:17 328:18 | 170:18 171:4 | 372:22 375:24 | 591:3 593:1 |
| 336:6,10 | 180:18 183:2 | 383:11 386:18 | 594:22 595:4 |
| 337:14 338:17 | 184:7 190:14 | 387:19 389:24 | 595:10 596:3,8 |
| **winning** 92:18 | 198:10 202:19 | 404:3 405:3,16 | 597:17 604:10 |
| 417:18 | 204:21 213:19 | 406:18 407:23 | 604:13 616:11 |
| **witness** 4:13 | 228:5 236:4,14 | 408:6 413:5 | 617:17 618:13 |
| 5:2 10:19,20 | 239:10,13 | 418:17 425:7 | 619:17,23 |
| 19:5 21:6,21 | 241:20 242:25 | 428:12 430:2 | 621:8,21 |
| 22:6 30:14,24 | 245:6 250:11 | 431:21 432:7 | 624:23 628:25 |
| 31:6,9 33:7 | 254:23 255:8 | 433:1 434:16 | 629:15 630:8 |
| 40:20 43:12 | 259:22 263:2,9 | 434:23 435:8 | 630:24 631:17 |
| 44:2,24 45:15 | 264:5 265:14 | 439:16 440:13 | 635:3 638:11 |
| 47:2,22 50:24 | 266:3 268:1 | 447:5,19 | 640:13,17 |

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 818 of 821

641:11
**witnesses** 38:1
363:1
**women** 116:21
441:21
**wondering**
14:15 58:8
61:10 79:2
106:14 108:14
339:15 383:8
386:10 404:2
431:14 433:14
**word** 56:15
148:6 186:17
299:4 302:12
302:16,20,21
303:21 314:8
381:15 473:6
511:17 624:4
627:12,16,20
627:21 628:21
639:8
**wording**
196:18 521:18
**words** 18:17
48:4 84:11
113:23 115:9
119:24 121:21
148:1 188:3
226:9 262:10
287:4 312:14
314:15 343:17
373:4 409:11
438:23 440:9

444:24 446:21
473:1 513:3
551:9 587:10
612:4 637:14
639:15
**work** 19:23
27:6,21 30:20
41:23 49:8
50:2,21 58:10
58:21 59:19
60:22 62:8
63:11 65:22
66:5,15 67:6
67:16 68:5,6
68:13 74:5,12
75:4 76:14
77:1,21 78:3,9
78:10,11 80:6
80:10,16 81:4
81:7,10,13,16
81:19,20 82:4
82:7,15,21
84:6 85:25
91:1,2,4 93:10
101:1 113:2
114:19 115:1
249:11 298:23
299:6,7 301:8
301:10,13
303:4 309:5
311:16 312:16
344:23 352:6
352:21 355:20
366:23 374:8

375:2,21
383:10,21
384:19 385:22
387:8 388:11
390:22 391:5
391:15 392:6
392:16 393:5,6
393:13 399:5
399:12 400:4
401:14 402:1
402:21 403:3,9
403:10,11
405:6,10,16
406:4,7,10,13
406:16,19,20
407:4,7,15,21
409:6 410:25
416:1,2,4
418:10 426:1
438:2 439:19
440:1 574:11
623:23 624:6,7
626:8,10,13
628:4 634:5
636:16 637:16
**workbook**
216:5 541:5
**worked** 25:14
27:24 37:16
65:25 67:25
72:21 73:8,15
73:19,22 94:19
258:23 350:14
352:24 362:16

390:25 392:25
397:21 398:8
398:15,19,22
419:19 583:23
**working** 25:11
30:6 61:14
65:17 66:16
69:4,22 139:9
196:15 306:22
350:11 355:6
386:14 390:17
391:16 394:4
394:22 464:9
521:15 631:22
**works** 11:9
78:7 336:9
403:7
**world** 200:14
201:10 207:3,3
224:11 247:25
248:4,5 286:18
287:16 291:9
525:14 526:10
532:3,3 549:11
572:25 573:4,5
611:18 612:16
616:9
**worth** 59:25
384:25
**write** 137:24
158:8 161:9
162:21 164:7
207:17 462:24
483:8 486:9

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 352-5 Filed 04/17/25 Page 819 of 821

487:21 489:7
532:17
**writing** 41:13
58:4,25 149:7
366:13 383:4
383:25 474:7
**written** 161:16
164:7 292:11
301:18 306:6
486:16 489:7
617:11 626:18
631:6
**wrong** 60:19
108:8 134:12
172:4 385:19
433:8 459:12
497:4
**wrote** 85:6,24
119:24 120:1
158:9 162:6
410:6,24
444:24 445:1
483:9 487:6

**x**

**x** 94:25 95:1
317:1,16
419:25 420:1
642:1,16
**xs** 94:24 95:17
419:24 420:17
**xylene** 229:13
242:5 554:13
567:5

**y**

**y'all** 132:25
263:4 295:5,23
298:22 457:25
588:4 620:5,23
623:22
**yeah** 4:25 8:16
53:24 55:21
61:2 108:9
128:22 132:23
145:14 148:20
148:25 149:5
150:8 152:1
160:1,1 168:22
194:3 199:15
200:2,6 209:1
213:20 216:22
226:19,19,20
230:13 231:13
231:24 232:21
238:21 240:11
241:23 243:1,3
243:12 253:3
263:9 266:3
270:15 276:14
283:3 286:10
294:13 300:18
304:19 329:25
333:16 378:24
380:21 386:2
433:9 453:22
457:23 470:14
473:20,25

474:5 475:8
477:1 485:1,1
493:22 519:3
524:15 525:2,6
534:1 538:20
541:22 551:19
551:19,20
555:13 556:13
556:24 557:21
563:21 565:11
566:23 568:1,3
568:12 578:3
588:9 591:3
595:15 601:14
608:3 611:10
619:13 625:18
629:19
**year** 26:3,4
65:20 67:9
68:10,12 70:15
71:12,17 77:8
116:12 224:7
227:12,12
243:17 244:7
244:13,22
351:3,4 390:20
392:9 393:10
393:12 395:15
396:12,17
402:8 441:12
549:7 552:12
552:12 568:17
569:7,13,22

**yearly** 210:7
211:12 535:7
536:12
**years** 14:23,25
24:1 56:5,7
60:20 61:13
66:11 70:16,21
73:8,20,25
131:21 138:7
138:18,20
210:9,10
219:23 220:9
220:18 221:16
222:6,14,19
223:15 225:7,8
225:9,9,13,23
226:12,15,20
226:23 227:25
227:25 279:25
286:22 287:1
287:17 339:23
339:25 349:1
381:5,7 385:20
386:13 391:11
395:16,21
398:8,20,25
456:21 463:7
463:18,20
535:9,10
544:23 545:9
545:18 546:16
547:6,14,19
548:15 550:7,8
550:9,9,13,23

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 352-5     Filed 04/17/25     Page 820 of 821

551:12,15,20
551:23 552:25
552:25 604:25
611:22 612:1
612:17
**yesterday** 11:2
11:4,5,12,13
312:2 336:2,4
336:5,12,13
637:2
**yesterday's**
11:16 12:8,23
336:16 337:8
337:23
**york** 2:9 327:9
**young** 28:6
92:18 353:6
417:18

**z**

**zero** 177:3,8
188:25 200:8
202:24,24
502:3,8 513:25
525:8 527:24
527:24
**zina** 2:16
327:16
**zina.bash** 2:18
327:18
**zone** 282:20
287:21 290:20
309:20,22
607:20 612:21

615:20 634:20
634:22
**zoom** 4:21
11:24 12:6,16
24:16,20 25:2
25:15 27:22
28:14,18
329:21 336:24
337:6,16
349:16,20
350:2,15
352:22 353:14
353:18

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 352-5    Filed 04/17/25    Page 821 of 821