IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE:  )<br>)<br>CAMP LEJEUNE WATER LITIGATION  )<br>)<br>This Document Relates To:  )<br>ALL CASES  ) | **MOTION TO EXCLUDE<br>THE OPINION TESTIMONY OF<br>MR. R. JEFFREY DAVIS AND<br>DR. NORMAN L. JONES**<br>Fed. R. Evid. 702 |

Pursuant to Fed. R. Evid. 702, the United States respectfully moves the Court for an Order to exclude the testimony of Dr. Norman L. Jones and Mr. R. Jeffrey Davis with regard to the soundness of the methodology employed by the Agency for Toxic Substances and Disease Registry ("ATSDR") in simulating average monthly concentrations of contaminants in drinking water at Camp Lejeune and the accuracy of those simulations.

In support of this Motion, the United States submits and relies upon its accompanying Memorandum in Support.

*[Signature page to follow.]*

1

Dated: April 29, 2025

Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General
Torts Branch

J. PATRICK GLYNN
Director
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Unit

ADAM BAIN
Special Litigation Counsel

HAROON ANWAR
ALANNA R. HORAN
ALLISON M. O'LEARY
KAILEY SILVERSTEIN
Trial Attorneys

 /s/ Giovanni Antonucci
GIOVANNI ANTONUCCI
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation
1100 L Street, NW
Washington, DC 20005
(202) 616-8364
Fax (202) 616-4473
giovanni.antonucci@usdoj.gov
N.Y. Bar No. 6096671

Attorney inquiries to DOJ regarding the Camp Lejeune Justice Act:
(202) 353-4426

*Attorneys for Defendant,
United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2025 I electronically filed the foregoing using the Court's Case Management/Electronic Case Files system, which will send notice to all counsel of record.

*/s/ Giovanni Antonucci*
GIOVANNI ANTONUCCI
