IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | INDEX OF EXHIBITS |
| | ) | |
| **This Document Relates To:** | ) | |
| ALL CASES | ) | |

| Exhibit | Description |
|---|---|
| 1 | Agency for Toxic Substances and Disease Registry, *Analyses of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: Historical Reconstruction and Present-Day Conditions – Chapter A: Summary of Findings* (2007) |
| 2 | February 13, 2025 Deposition of Mr. R. Jeffrey Davis |
| 3 | October 25, 2024 Tarawa Terrace Flow and Transport Model Post-Audit (Davis and Jones Initial Report) |
| 4 | January 14, 2025 Rebuttal Report Regarding Tarawa Terrace Flow and Transport Model Post-Audit (Davis and Jones Rebuttal Report) |
| 5 | February 14, 2025 Deposition of Dr. Norman L. Jones |
| 6 | Agency for Toxic Substances and Disease Registry, *Response to the Department of the Navy's Letter on: Assessment of ATSDR Water Modeling for Tarawa Terrace* (2009) |
| 7 | National Research Council, *Contaminated Water Supplies at Camp Lejeune: Assessing Potential Health Effects* (2009) |
| 8 | February 25, 2025 Deposition of Dr. Leonard Konikow |