# EXHIBIT 2

```
1
          IN THE UNITED STATES DISTRICT COURT
2        FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                     SOUTHERN DIVISION
3     _____
4   IN RE: CAMP LEJEUNE          )
    WATER LITIGATION,            )
5                                )
             Plaintiff,          )
6                                ) No. 7:23-CV-00897
    vs.                          )
7                                )
    UNITED STATES OF             )
8   AMERICA,                     )
                                 )
9            Defendant.          )
     _____
10
11          DEPOSITION OF:  R. JEFFREY DAVIS
12               FEBRUARY 13, 2025
13             9:13 A.M. TO 5:45 P.M.
14
     Location:  UNITED STATES ATTORNEY'S OFFICE
15         111 South Main Street, Suite 1800
                 Salt Lake City, Utah
16
          Reporter:  Vickie Larsen, CCR/RMR
17           Utah License No. 109887-7801
                 Nevada License No. 966
18    Notary Public in and for the State of Utah
19
20
21
22
23
24
25
```

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 2 of 390

```
 1     APPEARANCES
 2     For the Plaintiff:
 3             Laura J. Baughman
               Devin Bolton
 4             WEITZ & LUXENBERG
               700 Broadway
 5             New York, New York 10003
               212.558.5915
 6             Lbaughman@weitzlux.com
               Dbolton@weitzlux.com
 7
       For the Defendants:
 8
               Giovanni Antonucci
 9             Kailey Silverstein
               Haroon Anwar
10             U.S. DEPARTMENT OF JUSTICE
               CIVIL DIVISION
11             1100 L Street, NW
               Washington DC, 20005
12             202.616.4473
               Giovanni.antonucci@usdoj.gov
13             Kailey.silverstein@usdoj.gov
               Haroon.anwar@usdoj.gov
14
       Also Present:
15
               McKayla Largin, videographer
16
       Present by Zoom:
17
               Alanna Horan
18             Bill Williams
               Dennis Reich
19             Deanna Havai
               Tim Thompson
20             Zina Bash
               Morris Maslia
21             Norman Jones
               Allison O'Leary
22             Kevin Dean
23
                       -oOo-
24
25
```

1

2                       I N D E X

3

4    R. JEFFREY DAVIS                              Page

5    EXAMINATION BY MS. SILVERSTEIN                   7

6    EXAMINATION BY MS. BAUGHMAN                    310

7    EXAMINATION BY MS. SILVERSTEIN                 316

8

9                         -oOo-

10

11                    E X H I B I T S

12   No.            Description                    Page

13   Exhibit 1      Notice of Deposition of         11

14                  and Request for

15                  Production of Documents

16                  to R. Jeffrey Davis

17   Exhibit 2      Tarawa Terrace Flow and         20

18                  Transport Model

19                  Post-Audit dated

20                  October 25, 2024

21   Exhibit 3      Rebuttal Report                 23

22                  Regarding Tarawa Terrace

23                  Flow and Transport Model

24                  Post-Audit dated

25                  January 14, 2025

1  Exhibit 4    Resume for R. Jeffrey        49
2               Davis
3  Exhibit 5    ATSDR Chapter A: Summary     65
4               of Findings
5  Exhibit 6    Response to the              71
6               Department of the Navy's
7               Letter on: Assessment of
8               ATSDR Water Modeling for
9               Tarawa Terrace
10 Exhibit 7    ATSDR Chapter D:             84
11              Simulation of
12              Groundwater Flow
13 Exhibit 8    ATSDR Chapter F:             98
14              Simulation of the Fate
15              and Transport of
16              Tetrachloroethylene
17              (PCE)
18 Exhibit 9    Predictive Accuracy of a     114
19              Ground-Water Model -
20              Lessons from a Postaudit
21 Exhibit 10   Letter dated June 19,        120
22              2008, to Thomas Sinks,
23              Ph.D., from B.P.
24              Harrison, M.P.A., P.E.
25 Exhibit 11   The Handbook of              133

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 5 of 390

1                  Groundwater Engineering

2     Exhibit 12    Ground-Water Models:            260

3                  Validate or Invalidate

4

5                        -oOo-

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 6 of 390

1  February 13, 2025                    9:13 a.m.

2              P R O C E E D I N G S

3                  THE VIDEOGRAPHER:  Good

4          morning.  We are going on the record

5          at 9:13 a.m. on February 13, 2025.

6          This is Media 1 deposition recording

7          of R. Jeffrey Davis in the matter of

8          Camp Lejeune Water Litigation filed in

9          the District Court for the Eastern

10         District of North Carolina, Case

11         Number 7:23-CV-00897.

12                  This deposition is being held

13         at the Utah Attorney General's office

14         in Salt Lake City, Utah.  My name is

15         McKayla Largin.  I'm the videographer.

16         And Vickie Larsen is the court

17         reporter.

18                  Will all counsel state who they

19         represent for the video record.

20                  MS. SILVERSTEIN:  Kailey

21         Silverstein for the United States.

22                  MR. ANWAR:  Haroon Anwar for

23         the United States.

24                  MR. ANTONUCCI:  Giovanni

25         Antonucci for the United States.

1              MS. BOLTON:  Devin Bolton for
2         the plaintiffs.
3              MS. BAUGHMAN:  Laura Baughman
4         for the plaintiffs.
5              THE VIDEOGRAPHER:  Will the
6         court reporter please swear in the
7         witness.
8              R. JEFFREY DAVIS,
9    called as a witness, having been duly sworn,
10      was examined and testified as follows:
11                    EXAMINATION
12   BY MS. SILVERSTEIN:
13        Q.    Good morning, Mr. Davis.  My
14   name is Kailey Silverstein.
15              THE REPORTER:  I can't hear
16         him.
17              MS. BOLTON:  Kevin Dean for the
18         plaintiffs.
19        Q.    BY MS. SILVERSTEIN:  My name's
20   Kailey Silverstein.  I'm with the Department
21   of Justice and we represent the United States
22   here in this litigation.
23              Can you please state your full
24   name.
25        A.    Richard Jeffrey Davis.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 8 of 390

1        Q.      And is calling you Mr. Davis
2   fine?
3        A.      Sure.
4        Q.      Great.
5                And what's your current
6   address?
7        A.      447 -- 447 Eastview Drive,
8   Alpine, Utah 84004.
9        Q.      Great.
10               Have you had your deposition
11  taken before?
12       A.      No.
13       Q.      All right.  I'm going to start
14  by just going over some of the rules of the
15  road.
16       A.      Sure.
17       Q.      The attorneys might have gone
18  over some of this with you previously, so it
19  might sound familiar.
20               Do you understand that you are
21  under oath?
22       A.      Yes.
23       Q.      And do you understand that this
24  is a court proceeding, even though we're not
25  in a courtroom?

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 9 of 390

1          A.      Yes.

2          Q.      Do you understand that you're

3     under the penalty of perjury?

4          A.      Yes.

5          Q.      The court reporter is taking

6     down everything that we say today, so it's

7     important to do things like answer questions

8     out loud.  I know sometimes in conversation

9     we're inclined to nod our head or shake our

10    head.  That's hard to get down on the

11    transcripts.  If you could answer all of the

12    questions verbally, that would be great.

13                 Does that make sense?

14         A.      Yes.

15         Q.      You and I should also do our

16    best not to interrupt each other.  There

17    might be times today that you anticipate

18    correctly what question I'm going to ask.

19    I'll ask that you please let me ask my full

20    question anyway, and I'll do my best to make

21    sure that you get your complete answer out

22    before I ask the next question.

23                 Does that make sense?

24         A.      Yes.

25         Q.      Do you understand that you're

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 10 of 390

1    the only one testifying today?

2         A.    Yes.

3         Q.    If during this deposition I ask

4    a question that you don't understand or

5    doesn't make sense, please let me know and I

6    will do my best to clarify and make sure

7    we're on the same page with what I'm asking.

8    If you answer the question, then I will

9    assume that you understood what I was asking.

10              Does that make sense?

11        A.    Yes.

12        Q.    You might hear your attorney

13   object during this objection -- during this

14   deposition, excuse me.  If that's the case,

15   unless she instructs you not to answer, you

16   can go ahead and answer the question.

17              Does that make sense?

18        A.    Yes.

19        Q.    We'll take breaks during this

20   deposition.  I usually try and take a break

21   about every hour.  If you need a break before

22   that, please just let me know and we can --

23   we can take a break.

24              The only thing that I'll ask is

25   that if I've already asked a question that

1    you haven't answered yet, that you'll go

2    ahead and answer that question before we take

3    a break.

4                    Does that make sense?

5           A.     Yes.

6           Q.     Okay.  I am handing you what I

7    will mark as Exhibit 1.

8    (Exhibit 1 was marked for identification.)

9           Q.     BY MS. SILVERSTEIN:  This is

10   your notice of deposition and subpoena.

11                  Have you seen these documents

12   before?

13          A.     Yes.

14          Q.     Do you --

15                 MS. BAUGHMAN:  Okay, fine.

16          Q.     BY MS. SILVERSTEIN:  My

17   understanding is that you've been retained by

18   the plaintiffs to offer an expert opinion in

19   the In Re: Camp Lejeune Water Litigation; is

20   that correct?

21          A.     Yes.

22          Q.     When were you hired?

23          A.     I can't remember the exact

24   date, but it was the end of September.

25          Q.     Okay.  And who hired you?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 12 of 390

```
 1          A.      This legal team.
 2          Q.      When you say "September," is
 3    that September 2024?
 4          A.      Yes, September 2024.
 5          Q.      When you were hired in
 6    September, was it your understanding that it
 7    was to write a report due in October 2024?
 8          A.      Yes, that's correct.
 9          Q.      If you could turn to
10    Attachment A, which is the last -- on the
11    back side of the second-to-last page and the
12    last page.
13               MS. BAUGHMAN:  I think his is
14          in different order.  That's why I was
15          looking at it.
16          Q.      BY MS. SILVERSTEIN:  Do you see
17    Attachment A?  Try the second.  There you go.
18    Okay.  And are you on Attachment A?
19               The document states "Pursuant
20    to the Federal Rules of Civil Procedure
21    30(b)(2) and 45, the United States makes the
22    following requests for the production of
23    non-privileged documents, communications, and
24    materials, including but not limited to, any
25    electronically stored information, data,
```

1    technical files, and photographs, within your
2    possession, custody, or control."
3              Do you see where I'm reading
4    that?
5        A.    Uh-huh.
6        Q.    It then has as Number 1:  "All
7    emails, letters, correspondence, text
8    messages, conversations, chats, voicemails,
9    data, technical files, and other
10   communications pertaining to Camp Lejeune
11   sent or received prior to your retention as
12   an expert in this matter, including but not
13   limited to, from, or with:
14              "Morris Maslia, Robert Faye,
15   Jason Sautner, David Savitz, Rene
16   Suarez-Soto, Susan Martel, Scott Williams,
17   Frank Bove, Mike Partain, Jerry Ensminger,
18   Lori Freshwater."
19              Do you have any emails,
20   letters, correspondence, text messages,
21   conversations, chats, or voicemails from any
22   of those individuals?
23       A.    No.
24             MS. BAUGHMAN:  That's prior to
25        being retained; right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 14 of 390

```
 1                    THE WITNESS:  Yeah.

 2                    MS. SILVERSTEIN:  Correct.

 3           Q.      The document then provides

 4    "All" letters -- "emails, letters,

 5    correspondence, text messages, conversations,

 6    chats, voicemails, or other communications

 7    to, from, or with any individual who has

 8    filed a claim with the Department of the Navy

 9    or Eastern District of North Carolina

10    pursuant to the Camp Lejeune Justice Act of

11    2022."

12                    Do you have any of those

13    communications?

14           A.      No.

15                    MS. BAUGHMAN:  Just for the --

16           just for the -- just for -- give a

17           little pause --

18                    THE WITNESS:  Okay.

19                    MS. BAUGHMAN:  -- before so I

20           can say something if I want to.

21                    Just for the record, we've

22           lodged some objections.  I don't think

23           he has any such documents, but I'm not

24           sure how he's supposed to know who has

25           filed a claim, which we've objected
```

1          to.  So just for the record, we've

2          made objection to that.

3                    And now you can answer.

4          Q.    BY MS. SILVERSTEIN:  Mr. Davis,

5     do you have any of those communications with

6     anyone that's filed a claim pursuant to the

7     Camp Lejeune Justice Act?

8          A.    No.

9          Q.    And then it says "All bills,

10    invoices, or other documents reflecting

11    compensation..."

12                    Do you have -- aside from the

13    documents that have been produced by the

14    plaintiffs already, do you have any

15    additional bills, invoices, or compensation

16    documents?

17                    MS. BAUGHMAN:  He doesn't know

18          what we produced, so -- I produced the

19          documents.

20          Q.    BY MS. SILVERSTEIN:  Do you

21    have any -- any documents besides monthly

22    bills that you've provided to the attorneys?

23          A.    Any additional documents?

24          Q.    Any additional bills, invoices,

25    or other compensation documents.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 16 of 390

```
 1          A.      No.
 2          Q.      Before you were retained, had
 3    you heard about Camp Lejeune?
 4          A.      Like, that it existed?
 5          Q.      Had you heard anything about
 6    Camp Lejeune?
 7          A.      I know that it's a military
 8    base.
 9          Q.      Okay.  Had you heard anything
10    about the water modeling related to
11    Camp Lejeune?
12          A.      No.
13          Q.      How did you hear about
14    Camp Lejeune as a military base before you
15    were retained?
16          A.      In my career, I've done work
17    for the Department of Defense, early on in my
18    career, and so I'm familiar with most of the
19    military bases here in the country.
20          Q.      Was that work at all related to
21    the Camp Lejeune --
22          A.      No.
23          Q.      -- military base?
24                  You submitted a joint report
25    with Dr. Jones.
```

1             How are you familiar with him?

2        A.      I've known him for, I don't

3    know, about 35 years.  He was my adviser when

4    I was a graduate student.

5        Q.      And have you kept in contact

6    with him during -- on and off at least,

7    during that entire 30-year span?

8        A.      Yes.

9        Q.      Have you and Dr. Jones worked

10   together before?

11       A.      Yes, we worked together before.

12       Q.      On what kind of work?

13       A.      Well, we -- we used to work

14   together for several years doing training

15   courses and software development and -- and

16   groundwater modeling consulting.

17       Q.      Prior to the reports that you

18   co-authored in the Camp Lejeune litigation,

19   when had you most recently worked with

20   Dr. Jones?

21       A.      Probably 2007 or 2008.

22       Q.      Does any of your prior work

23   with Dr. Jones include work on expert reports

24   for litigation?

25       A.      No.

1          Q.     And you mentioned that you did
2     work with the Department of Defense.
3                  When did you work with the
4     Department of Defense?
5          A.     This was mostly in the 1990s.
6          Q.     Okay.  And what kind of work
7     did you do with the Department of Defense?
8          A.     Well, we had a joint contract
9     with them to develop groundwater modeling
10    software.
11         Q.     Do you know what -- well, so
12    what groundwater modeling software did you
13    work to develop?
14         A.     We developed a package called
15    the Groundwater Modeling System, GMS.
16         Q.     And do you know what that
17    was -- what that was used for?
18                  MS. BAUGHMAN:  Objection.
19         Form.
20                  THE WITNESS:  To do groundwater
21         modeling.
22         Q.     BY MS. SILVERSTEIN:  Sure.
23                  Do you know any specific
24    groundwater modeling projects that was used
25    for?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 19 of 390

```
 1          A.      By who?
 2          Q.      By the Department of Defense.
 3          A.      Yes, I'm quite familiar that
 4    they used it all over their -- their military
 5    installations to do groundwater modeling.
 6          Q.      Did you work on -- aside from
 7    helping develop the software, did you work on
 8    any of the groundwater modeling projects that
 9    used GMS?
10          A.      No.
11          Q.      Was the 1990s when you most
12    recently worked with the Department of
13    Defense?
14          A.      Yes.
15          Q.      And what did -- what was your
16    role in helping develop GMS?
17          A.      I oversaw the development.  I
18    had students, graduate students, working for
19    me.
20          Q.      Graduate students from where?
21          A.      From Brigham Young University.
22          Q.      Were you working for Brigham
23    Young at the time?
24          A.      Yes.
25          Q.      What were you doing there?
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 20 of 390

```
 1          A.      I had a research position.
 2          Q.      Who suggested that you and
 3   Dr. Jones co-author the reports for the
 4   Camp Lejeune litigation?
 5          A.      That was an agreement by the
 6   two of us, Dr. Jones and myself.
 7          Q.      And how did that agreement come
 8   to be?
 9          A.      We felt like in order to
10   produce what was asked by the legal team,
11   that it would take the resources of both of
12   us.
13          Q.      Okay.  Did Dr. Jones reach out
14   to you to work on the project or did you
15   reach out to him?
16          A.      He actually reached out to me
17   after the legal team had reached out to me.
18          Q.      All these many documents.
19          A.      Fun reading.
20          Q.      I'm handing you Exhibit 2.
21   (Exhibit 2 was marked for identification.)
22          Q.      BY MS. SILVERSTEIN:  This is
23   Exhibit 2.  It is titled "Tarawa Terrace Flow
24   and Transport Model Post-Audit."
25                  Was this report prepared by
```

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 21 of 390

```
 1   you?
 2          A.      Yes.
 3          Q.      Jointly with Norman Jones?
 4          A.      Yes.
 5          Q.      Is this a fair and accurate
 6   copy of your report?
 7          A.      Well, not having gone through
 8   every single page, I'm assuming that it is.
 9          Q.      And is it signed on the first
10   page --
11          A.      Yes.
12          Q.      -- by you?
13                  What was the process for you
14   and Dr. Jones working together on this
15   report?
16                  MS. BAUGHMAN:  Objection to the
17          form.
18                  THE WITNESS:  I would -- I
19          guess I'm going to ask how detailed do
20          you want?  What kind of answer do you
21          want?
22          Q.      BY MS. SILVERSTEIN:  Sure.
23                  Kind of a high-level look.
24   What -- what kind of process did you and
25   Dr. Jones have?  Like, for example, were you
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ      Document 357-3      Filed 04/29/25      Page 22 of 390

1   working in tandem and then at the end would

2   discuss your findings?  Were you working on

3   different pieces?  What did that look like?

4                    MS. BAUGHMAN:  Object to the

5          form.

6                    THE WITNESS:  I primarily was

7          in charge of the model and running the

8          model and producing the results.

9                    MS. SILVERSTEIN:  Okay.

10                   THE WITNESS:  And Dr. Jones and

11         I would discuss the results.  I would

12         send him the outputs, which he would

13         create certain graphs and figure --

14         certain graphs, and then we would

15         discuss those.  And then, you know, in

16         preparation for the report, my staff

17         would make the official figures and

18         tables to go into the report.

19         Q.    BY MS. SILVERSTEIN:  Okay.  Are

20   all of the opinions that are in this report

21   yours?

22         A.    Yes.  Jointly -- jointly ours.

23         Q.    Are there any opinions that are

24   only Dr. Jones' opinions and not yours?

25         A.    No.

1          Q.      If I assume that you either

2    wrote or otherwise approved of every word in

3    this report; is that -- is that accurate?

4          A.      Yes.

5          Q.      If at any point I ask you about

6    a statement in this report that you didn't

7    write or approve of before the report was

8    finalized and it is Dr. Jones' work, I'll ask

9    that you please let me know.  If you don't,

10   I'm going to assume that all the statements

11   are -- are yours; is that fair?

12         A.      Yes.

13         Q.      And if I refer to this report

14   as your "initial report," will you understand

15   that I'm talking about the report submitted

16   on October 25, 2024?

17         A.      Yes.

18         Q.      Okay.  I'm handing you

19   Exhibit 3.

20   (Exhibit 3 was marked for identification.)

21         Q.      BY MS. SILVERSTEIN:  Okay.

22   This is titled "Rebuttal Report Regarding

23   Tarawa Terrace Flow and Transport Model

24   Post-Audit."

25                 Was this report prepared by

1   you?

2          A.     Yes.

3          Q.     And is it a fair and accurate

4   copy of your rebuttal report?

5          A.     This -- again, assuming that

6   this is complete, yes.

7          Q.     Okay.  And my understanding

8   again is that you and Dr. Jones worked

9   jointly on this report?

10         A.     Yes.

11         Q.     And it's correct that all of

12  the opinions in this report are yours?

13         A.     Yes.

14         Q.     And just like with the initial

15  report, if there's anything that I ask you

16  about in the rebuttal report that is not

17  yours, I'll assume that you're -- you'll let

18  me know that; is that fair?

19         A.     Yes.

20         Q.     And if I refer to the report

21  submitted on January 14, 2025, as the

22  "rebuttal report," will you understand what

23  I'm referring to?

24         A.     Yes.

25         Q.     You mentioned a few minutes ago

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 25 of 390

1    that you primarily worked on the modeling and

2    Dr. Jones did the graphs and figures.

3                    Was there any other part of the

4    reports that Dr. Jones worked on?

5                    MS. BAUGHMAN:  Objection.

6         Form.

7                    THE WITNESS:  Besides the

8         analysis and writing?

9         Q.    BY MS. SILVERSTEIN:  So if

10   there are pieces of the initial report or

11   rebuttal report that are describing or

12   interpreting the model results, would that

13   have been work performed by Dr. Jones, by

14   you, or by both of you?

15                   MS. BAUGHMAN:  Objection.

16        Form.

17                   THE WITNESS:  Both of us.

18        Q.    BY MS. SILVERSTEIN:  I want to

19   talk to you about what, if anything, you did

20   to prepare for this deposition today.

21                   Did you do any kind of

22   preparation for your deposition?

23        A.    Yes.

24        Q.    What did you do?

25        A.    I read -- I reread our reports

1    and read through other reports from the other

2    experts.

3              Q.      What reports from other experts

4    did you read?

5              A.      I read the rebuttal reports and

6    reread some of the initial modeling reports

7    from the initial original model that was

8    done.

9              Q.      When you say you read the

10   rebuttal reports, are you referring to the

11   rebuttal reports of Dr. Konikow,

12   Dr. Sabatini, and Morris Maslia?

13             A.      Not Dr. Sabatini's.

14             Q.      At any point did you read

15   Dr. Sabatini's report?

16             A.      I might have skimmed through

17   it.

18             Q.      Okay.  For -- to prepare for

19   your deposition, did you review the expert

20   report from Dr. Aral?

21             A.      I might have skimmed through

22   that.

23             Q.      Had you read that report

24   previous to preparing for this deposition?

25             A.      I don't believe so.

1          Q.       To prepare for your deposition,
2     did you read the reports of
3     Dr. Spiliotopoulos or Dr. Hennet?
4          A.       Yes.
5          Q.       Had you read those -- had you
6     reviewed those reports prior to preparing for
7     the deposition?
8          A.       Not as thoroughly as I read
9     them, but in preparing our rebuttal report.
10         Q.       Aside from the other expert
11    reports and your own expert reports, did you
12    review -- you said that you reviewed ATSDR
13    reports; is that right?
14         A.       Correct.
15         Q.       Which reports did you review?
16         A.       The Chapter A and Chapter F,
17    primarily.
18         Q.       And had you reviewed Chapters A
19    and F prior to writing your own reports?
20         A.       Correct.
21         Q.       And just to clarify, is that
22    Chapter A and Chapter F for Tarawa Terrace?
23         A.       Correct.
24         Q.       Did you review any other ATSDR
25    reports to prepare for this deposition?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 28 of 390

1        A.      No.

2        Q.      And did you list all of the

3   materials that you reviewed to prepare your

4   reports in your materials considered list?

5        A.      Yes.

6        Q.      To prepare for your deposition,

7   did you speak with or meet with anybody?

8        A.      Yes.

9        Q.      Who did you meet with?

10       A.      The -- our legal team.

11       Q.      Do you remember who

12  specifically on the legal team?

13       A.      Yes.

14       Q.      And who is that?

15       A.      Specifically Devin and Laura.

16       Q.      Was that meeting -- did you

17  have one meeting or multiple meetings?

18       A.      One meeting.

19       Q.      Was that in person or via some

20  sort of tele meeting?

21       A.      In person, in my office,

22  yesterday.

23       Q.      About how long did that meeting

24  last?

25       A.      Roughly half the day.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 29 of 390

1        Q.    And did you review any

2  documents during that meeting?

3        A.    Yes.

4        Q.    What documents did you review?

5        A.    Our two original post-audit

6  report and the rebuttal report.

7        Q.    Did you speak with Dr. Jones

8  about your deposition?

9        A.    Yes.

10       Q.    When did you speak with

11  Dr. Jones?

12       A.    Yesterday at the same meeting.

13       Q.    Was he present -- you mean he

14  was present at that meeting with Laura and

15  Devin?

16       A.    Yes.

17       Q.    Have you spoken to him any

18  other time about the deposition?

19       A.    Yes.

20       Q.    When was that?

21       A.    Multiple times over the last

22  several months.

23       Q.    Aside from Dr. Jones, Laura,

24  and Devin, was anybody else present at the

25  meeting that you had yesterday?

1          A.      Part of the meeting was
2     attended by Kevin.
3          Q.      Okay.  Was anybody else present
4     for any part of the meeting?
5          A.      No.
6          Q.      Have you reviewed any
7     depositions that you didn't list in your
8     materials considered list?
9               MS. BAUGHMAN:  Objection.
10         Form.
11              Can you show him the materials
12         considered list?
13              MS. SILVERSTEIN:  Yeah.  I'll
14         pull it up in a minute.
15         Q.      But I -- so Dr. Aral's
16    deposition took place last week.  Did you
17    review the transcript from Dr. Aral's
18    deposition?
19         A.      Yes.
20         Q.      When did you review that?
21         A.      Last week.
22         Q.      Mr. Maslia was deposed in 2024.
23    Did you review the transcript from that
24    deposition?
25         A.      No.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 31 of 390

1          Q.       He -- Mr. Maslia was also

2     deposed related to Camp Lejeune in 2010.  Did

3     you review that deposition?

4          A.       No.

5          Q.       Did you review the deposition

6     of Dr. Dan Waddill?

7          A.       No.

8          Q.       Did you review the deposition

9     of Rene Suarez-Soto?

10         A.       No.

11         Q.       Did you review the deposition

12    of Jason Sautner?

13         A.       No.

14         Q.       Did you review the deposition

15    of Dr. Frank Bove?

16         A.       No.

17         Q.       Did you review the deposition

18    of Dr. Christopher Rennix?

19         A.       No.

20         Q.       Did you review the deposition

21    of Dr. Christopher Ray?

22         A.       No.

23         Q.       And did you review the

24    deposition of Dr. Susan Martel?

25         A.       No.

1       Q.      And you said earlier that you
2   have never been deposed before; is that
3   right?
4       A.      Correct.
5       Q.      Have you ever testified in a
6   trial before?
7       A.      No.
8       Q.      Have you prepared an expert
9   report for a court case before?
10      A.      Yes.
11      Q.      About how many times?
12      A.      Twice.
13      Q.      Do you recall how long ago
14  those were?
15      A.      Yes.
16      Q.      When were they?
17      A.      The first one was in 2022, and
18  the second one was in 2024.
19      Q.      What kind of cases were
20  those -- did you prepare the -- the expert
21  report for?
22      A.      The first one was for an MDL
23  litigation case.
24      Q.      And was that the -- that's the
25  2022 report that you --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 33 of 390

1   A.  Correct.

2   Q.  What kind of report did you

3 prepare?

4     MS. BAUGHMAN:  Objection.

5   Form.

6     THE WITNESS:  It was an expert

7   report on behalf of my client.

8   Q.  BY MS. SILVERSTEIN:  What was

9 the subject matter of the report?

10   A.  Groundwater contamination.

11   Q.  Did you do a groundwater model

12 for that report?

13   A.  Yes.

14   Q.  Was it a -- what kind of model

15 was it?

16   A.  What do you mean?

17   Q.  Did you -- was it a post-audit?

18   A.  No.  It was -- we built a

19 model.

20   Q.  Okay.  And when you say you

21 built a model, were the -- was the model

22 hindcasting?

23   A.  Yes.

24   Q.  About how many years of

25 hindcasting did the model look at?

Golkow Technologies,
877-370-3377  A Veritext Division  www.veritext.com
Case 7:23-cv-00897-RJ  Document 357-3  Filed 04/29/25  Page 34 of 390

1          A.      Maybe 50 -- no.  I can't
2     remember.
3          Q.      Do you remember if it was more
4     or less than 20 years?
5          A.      It -- it could have been 20.
6          Q.      What MDL was that for?
7          A.      It was the MDL for 3M.
8          Q.      And what -- what were your
9     opinions in that report?
10              MS. BAUGHMAN:  I'm not sure if
11          he produced the report or not, so I
12          don't know if this -- he was a
13          consulting or a testifying expert.
14              So to the extent if you
15          didn't -- if you didn't produce the
16          report to the other side, there -- it
17          may be confidential, so leave it up to
18          you to let us know that.
19              THE WITNESS:  It -- it was sent
20          to the other side.
21              MS. BAUGHMAN:  Okay.  There you
22          go.
23          Q.      BY MS. SILVERSTEIN:  Was this
24     the 3M earplugs litigation?
25          A.      The 3M what?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 35 of 390

1          Q.      Earplugs litigation.

2          A.      No.

3          Q.      What --

4          A.      The 3M AFFF.

5          Q.      Was your report on behalf of

6    the plaintiffs or of the defendant?

7          A.      To -- on behalf of 3M.

8          Q.      And what was the site or

9    location that you were modeling?

10         A.      Stuart, Florida.

11         Q.      What -- and you said this was

12   the AFFF litigation.  Were you modeling PFOS?

13         A.      Yes.

14         Q.      Were there any other

15   contaminants that you were modeling?

16         A.      No.

17         Q.      How large was the area that you

18   modeled?

19         A.      Like in square miles?

20         Q.      Yeah, that works.

21         A.      I think it -- if I -- yeah, I'm

22   not sure.

23         Q.      Okay.  Was it a flow or a

24   transport model?

25         A.      Both.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 36 of 390

1      Q.      Both.

2              And what kind of calibration

3   data was available to you?

4      A.      There was both flow and

5   concentration data that was used.

6      Q.      Did you have data available

7   during the time periods that you were

8   hindcasting?

9              MS. BAUGHMAN:  Objection.

10         Form.

11             THE WITNESS:  I would say

12         partially.

13     Q.      BY MS. SILVERSTEIN:  What do

14   you mean by "partially"?

15     A.      It's -- it's hard to say did

16   you have all of the data.  We had some data.

17     Q.      Did you have data for every

18   year that you were modeling?

19     A.      No, no.

20     Q.      Did you -- do you recall how

21   many pieces of data -- or data points you had

22   to use for calibration?

23     A.      No.

24     Q.      Did you have data from the

25   earliest year or two that you were

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 37 of 390

```
 1    hindcasting?
 2              MS. BAUGHMAN:  Objection.
 3         Form.
 4              THE WITNESS:  No, I don't
 5         recall.
 6         Q.    BY MS. SILVERSTEIN:  And do you
 7    remember what time span you were modeling?  I
 8    know you said you don't remember the exact
 9    number of years, but was this, for example,
10    in the 2000s?  Before then?
11         A.    It was roughly from the 2000s
12    and then it went forward into the future.
13         Q.    By "in the future" do you
14    mean -- were you hindcasting up to the -- the
15    date that you were working on the model?
16         A.    Correct.
17         Q.    And did you have, like, for
18    2022, present-day data?
19         A.    I believe so, yes.
20         Q.    And what were the results of
21    the model being used for?
22         A.    To understand the movement of
23    PFOS AFFF material in the ground.
24         Q.    And you said there was another
25    expert report that you worked on in 2024; is
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 38 of 390

1    that right?

2         A.      Correct.

3         Q.      What kind of case was that for?

4         A.      I was representing our client

5    in Minnesota, and they were being accused of

6    impacting groundwater and surface water

7    bodies.

8         Q.      What kind of contaminants?

9         A.      No contaminants.

10        Q.      You said "No contaminants," so

11   were you doing a water model?

12        A.      Correct.

13        Q.      What kind of model were you

14   working on?

15        A.      A groundwater model.

16        Q.      Okay.  So were you looking

17   at -- if you weren't looking at contaminants,

18   what -- what were you looking at?

19        A.      Impacts to groundwater and

20   impacts to surface water bodies.

21        Q.      The impacts of what?

22        A.      From pumping from our client.

23        Q.      Do you -- so would that

24   include, for example, like, how the water

25   levels changed or how the movement of the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 39 of 390

1   water changed?

2          A.      Correct.

3          Q.      How large of an area were you

4   modeling?

5          A.      That was several square miles.

6   That was probably 150 square miles, maybe

7   120 square miles.

8          Q.      Do you recall if the modeling

9   area you looked at in 2024 was bigger or

10  smaller than the area you looked at in your

11  2022 report?

12         A.      Bigger.

13         Q.      What kind of data piece --

14  points did you have available to you for the

15  2024 model?

16         A.      Monitoring level data, stream

17  gauge data, stage level data in lakes,

18  recharge data, lots of reports of

19  stratigraphy and climate and -- generally the

20  data that goes into a groundwater model.

21         Q.      When you say "generally the

22  data that goes into a groundwater model," are

23  there specific types of data that you're

24  referring to?

25         A.      Well, generally, groundwater

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 40 of 390

1    models have lots of parameters.  Things like
2    hydraulic connectivity, storage and porosity,
3    elevations, all those kind of parameters.
4          Q.    And ideally would those kind of
5    parameters be site-specific?
6               MS. BAUGHMAN:  Objection.
7          Form.
8               THE WITNESS:  Well, you want to
9          try to match the specific site, yes,
10         so...
11         Q.    BY MS. SILVERSTEIN:  Do you
12   remember how long of a time period you were
13   modeling in the 2024 report?
14         A.    We probably spent six months,
15   eight months on building that model.
16         Q.    Were you -- was that a
17   hindcasting model or a -- a forward-looking
18   model?
19         A.    Both.
20         Q.    Okay.  In terms of the
21   hindcasting time period, how many years were
22   you hindcasting?
23         A.    I can't remember.
24         Q.    Do you remember if it was more
25   or less than ten years?

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 41 of 390

1          A.      It was more.

2          Q.      Do you remember if it was more

3     or less than 20 years?

4          A.      I believe it was more.

5          Q.      Okay.  Did you have data points

6     or at least a data point for every year that

7     you modeled?

8          A.      No.

9          Q.      How many years -- did you have

10    data point -- a data point for the earliest

11    year that you modeled?

12         A.      I can't remember.

13         Q.      I want to talk again about the

14    2022 report that you did.

15                 Were the results of that model

16    used to estimate exposure in individuals?

17                 MS. BAUGHMAN:  Objection.

18         Form.

19                 THE WITNESS:  I don't know.

20         Q.      BY MS. SILVERSTEIN:  Do you

21    know what the results of that model were used

22    for?

23                 MS. BAUGHMAN:  Objection.

24         Form.

25                 THE WITNESS:  I would say yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 42 of 390

1       Q.    BY MS. SILVERSTEIN:  And what

2  was that?

3       A.    To understand the -- the extent

4  and movement of the AFFF in the groundwater.

5       Q.    Would it be correct to say that

6  that model estimated contaminant

7  concentrations in the water?

8       A.    Yes.

9       Q.    Aside from the expert reports

10  that we discussed in 2022 and 2024 and your

11  reports in the Camp Lejeune litigation, have

12  you worked on -- have you written any other

13  expert reports?

14          MS. BAUGHMAN:  Objection.

15     Form.

16          You mean for litigation?

17          MS. SILVERSTEIN:  Yes.

18       Q.    For litigation, have you

19  written any other expert reports?

20       A.    That I -- that was signed by

21  me, no.

22       Q.    Have you worked on other expert

23  reports for litigation?

24       A.    Yes.

25       Q.    Who did you work with?

```
 1              MS. BAUGHMAN:  Again, just
 2         caution you about confidentiality and
 3         leave it up to you to protect whatever
 4         confidential information you might
 5         have of your clients; okay?
 6              THE WITNESS:  I would say I
 7         can't -- I can't say.
 8         Q.    BY MS. SILVERSTEIN:  Did you
 9    work with Dr. Jones on expert reports --
10         A.    No.
11         Q.    -- for litigation?
12         A.    No.
13         Q.    Have you -- aside from the
14    expert reports that we've discussed and
15    expert reports that you may have helped on
16    but did not sign, have you been involved in
17    any kind of -- have you otherwise been
18    involved in litigation?
19         A.    Yes.
20         Q.    What kind of litigation?
21         A.    Litigation cases involving
22    groundwater, groundwater impacts, groundwater
23    withdrawals.
24         Q.    All right.  And are there cases
25    that you've been involved in involving
```

1    groundwater impacts or withdrawals that you
2    did not prepare or work on an expert report
3    for?
4          A.    Yes.
5          Q.    So how were you -- what was
6    your role in those cases?
7          A.    Generally it was doing
8    groundwater modeling.
9          Q.    Okay.  And so would you then do
10   groundwater modeling and not prepare a
11   report?
12         A.    I was -- I had a role of
13   basically a consulting expert.
14         Q.    Okay.  So you did work and it
15   wasn't disclosed in the case; is that right?
16         A.    Correct.
17         Q.    What kind of -- were any of
18   those models that you worked on hindcasting
19   models?
20               MS. BAUGHMAN:  And these are
21         just for litigation purposes that
22         you're asking?
23         Q.    BY MS. SILVERSTEIN:  For
24   litigation purposes for any of the models
25   that you worked on as a consulting expert

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 45 of 390

1    hindcasting models.

2        A.      I would say yes, but I couldn't

3    tell you -- I couldn't remember, you know,

4    specific ones, but I would say yes.

5        Q.      Were any of the reports that

6    you've worked on that weren't disclosed in

7    litigation, were any of those post-audits?

8                MS. BAUGHMAN:  Objection.

9        Form.

10               THE WITNESS:  Describe your

11       definition of post-audit.

12       Q.      BY MS. SILVERSTEIN:  So that --

13   that's a great question.  How would you title

14   the -- your report as a post-audit?  What do

15   you mean by "post-audit"?

16       A.      In this sense, for this

17   particular case, we took an existing

18   calibrated groundwater and flow transport

19   model and extended it, and extended it

20   forward in time and looked at the results of

21   that model compared to data that existed

22   within that extended time.

23       Q.      Do you recall any other

24   instances where you've taken an existing

25   model that's already been calibrated and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 46 of 390

```
1    looked to see how it performs with additional
2    data points after the model period?
3            A.      Yes.
4            Q.      In what circumstances?
5            A.      I have a current one in the
6    state of New Jersey where I do that very
7    thing.
8            Q.      Is that for litigation?
9            A.      Yes.  But that litigation was
10   settled last year.
11           Q.      Okay.  What litigation was
12   that?
13                   MS. BAUGHMAN:  This is ongoing,
14           Jeff, that I'm counting on you for the
15           confidentiality issue; okay?
16                   THE WITNESS:  Yeah, I probably
17           should not say.
18           Q.      BY MS. SILVERSTEIN:  What --
19   what was your -- if I refer to the model that
20   you mentioned in New Jersey as a post-audit,
21   will you understand what I'm referring to?
22           A.      (Witness nods head.)
23           Q.      What was the post-audit -- what
24   were the post-audit results used for?
25                   MS. BAUGHMAN:  Objection.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 47 of 390

1          Form.

2                    THE WITNESS:  Just to

3          understand the movement of the

4          contamination plume with the new data.

5          Q.      BY MS. SILVERSTEIN:  And to

6     your knowledge, was the New Jersey post-audit

7     that you worked on used to estimate exposure

8     in specific individuals?

9                    MS. BAUGHMAN:  Objection.

10         Form.

11                   THE WITNESS:  No.

12         Q.      BY MS. SILVERSTEIN:  How much

13    are you being paid for your work on this

14    case?

15         A.      I believe it's stated in my --

16    both of my reports.  I'm being paid 498 an

17    hour.

18         Q.      How much have you billed to

19    date?

20                   MS. BAUGHMAN:  Objection.

21         Form.

22                   I believe we produced the

23         bills.

24         Q.      BY MS. SILVERSTEIN:  How much

25    have you been billed to date?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 48 of 390

1          MS. BAUGHMAN:  If you know.

2          THE WITNESS:  I've -- I believe

3      Integral's bills to the legal team are

4      roughly 160,000.

5      Q.      BY MS. SILVERSTEIN:  How much

6   have you been paid for your work on this

7   case?

8          MS. BAUGHMAN:  Objection.

9      Form.

10         THE WITNESS:  I'm a consultant

11     for a firm that I'm a principal in, so

12     it's just my normal salary.

13     Q.      BY MS. SILVERSTEIN:  Okay.  Do

14  you know how much -- when you say "a firm,"

15  are you referring to Integral?

16     A.      Correct.

17     Q.      Do you know how much Integral

18  has been paid for your work on this case?

19     A.      I just stated that.

20     Q.      Has -- so you said that you

21  billed about $160,000; is that right?

22     A.      Correct.

23     Q.      Has all of that been paid to

24  date?

25     A.      I couldn't tell you.

1          Q.     Does your compensation depend
2     on the outcome of this court case?
3          A.     No.
4          Q.     Have you ever worked on a
5     groundwater flow or transport model that has
6     been used to estimate exposure in specific
7     individuals?
8               MS. BAUGHMAN:  Objection.
9          Form.
10               THE WITNESS:  My answer would
11          be that I would say I don't know if
12          that -- if that was how it was used.
13          Q.     BY MS. SILVERSTEIN:  So you're
14     not aware of any time that a flow or --
15     groundwater flow or transport model you've
16     worked on has been used to estimate exposure
17     in specific individuals; is that fair to say?
18          A.     Yes.
19          Q.     I'm handing you exhibit -- I
20     think we're on 4.
21          A.     Four?
22     (Exhibit 4 was marked for identification.)
23          Q.     BY MS. SILVERSTEIN:  Handed you
24     Exhibit 4.  This was attached to your initial
25     report as Exhibit 1 and is titled "Resum? for

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 50 of 390

```
 1    R. Jeffrey Davis."
 2                 Is this a copy of your resum??
 3         A.     Yes.
 4         Q.     And does it appear to be a fair
 5    and accurate copy?
 6         A.     Yes.
 7         Q.     Looking through your resum?, is
 8    there anything that you want to change or
 9    add?
10         A.     No.
11         Q.     If anything comes to mind that
12    you've worked on or have experience in that
13    isn't in your resum?, please let me know.
14         A.     Okay.
15         Q.     And you received your
16    bachelor's degree and master's degree in
17    civil and environmental engineering from BYU;
18    is that right?
19         A.     Correct.
20         Q.     Did you pursue or obtain any
21    education beyond your master's degree?
22         A.     Yes.  I was working on my PhD
23    before I left to go form a consulting
24    company.
25         Q.     When was -- when were you
```

1   working on your PhD?

2          A.     In the '90s.

3          Q.     And what was your PhD for?

4          A.     Civil and environmental

5   engineering.

6          Q.     Was that also at BYU?

7          A.     Correct.

8          Q.     And why did you leave the PhD

9   program?

10         A.     I had the opportunity to run a

11  consulting company.

12         Q.     Was that a program that was

13  joint with the master's degree you received

14  or was that separate?

15               MS. BAUGHMAN:  Objection.

16         Form.

17               THE WITNESS:  I suppose it was

18         separate.

19         Q.     BY MS. SILVERSTEIN:  And by

20  "separate," I mean, did you apply for and

21  obtain your master's and then apply for and

22  start your PhD, or did you start it as one

23  program?

24         A.     I started it as one.

25         Q.     Did you have a specific

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 52 of 390

1     concentration in your master's program?
2          A.     It was all primarily
3     groundwater-related.
4          Q.     When you say
5     "groundwater-related," could you describe
6     what that means.
7          A.     Hydrogeology, groundwater
8     principles, groundwater modeling, subsurface
9     characterization.
10          Q.     So then it sounds like you
11    would have taken classes specific to
12    groundwater modeling?
13          A.     Correct.
14          Q.     Have you taken any, like,
15    continuing education courses or seminars
16    about groundwater modeling since finishing
17    your degree?
18          A.     No.  But I've taught hundreds
19    of courses in groundwater modeling across the
20    world.
21          Q.     Would it be fair to say that
22    you consider yourself an expert in
23    groundwater modeling?
24          A.     Yes.
25          Q.     Do you consider yourself an

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 53 of 390

1    expert in any other field?
2                    MS. BAUGHMAN:  Objection to
3          form.
4                    THE WITNESS:  Other than civil
5          environmental engineering and
6          hydrogeology, no.
7          Q.    BY MS. SILVERSTEIN:  Is your
8    expertise in hydrogeology, is that based on
9    the same education as your expertise in
10   groundwater modeling?
11         A.    Correct.
12         Q.    Would it be -- so you
13   wouldn't -- you're not a toxicologist; right?
14         A.    No.
15         Q.    So you don't consider yourself
16   an expert in toxicology?
17         A.    No.
18         Q.    And you're not an
19   epidemiologist?
20         A.    No.
21         Q.    I want to go ahead and turn to
22   Page 5 of your resum?.  There's a heading at
23   the top of that page that says "Groundwater
24   modeling."
25                    Do you see where?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 54 of 390

1          A.      Yes.

2          Q.      Are these all of the

3     groundwater modeling projects that you've

4     worked on?

5          A.      No.

6          Q.      How many groundwater projects

7     have you worked -- groundwater modeling

8     projects have you worked on that are not

9     included?

10         A.      Hundreds.

11         Q.      When was the earliest

12    groundwater modeling project that you worked

13    on?

14         A.      Probably in the early '90s.

15         Q.      Would that have been while you

16    were pursuing your education?

17         A.      And while I was a full-time

18    employee.

19         Q.      Employee where?

20         A.      At Brigham Young University.

21         Q.      Okay.  Are any of these

22    groundwater modeling projects listed on your

23    resum? hindcasting projects?

24         A.      Yes.  I would say the second

25    one is.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 55 of 390

1        Q.      Okay.

2        A.      The crop production services

3    would be.  And -- yeah.  Those two for sure.

4        Q.      Okay.  I want to talk about the

5    groundwater modeling -- the groundwater model

6    development New Jersey project.

7                When you say that that was a

8    hindcasting project, what do you mean by

9    "hindcasting"?

10       A.      We built a model to try to

11   understand where the source of contamination

12   started and -- and how -- how it would have

13   moved through the ground in the past.

14       Q.      Okay.  What kind of -- how long

15   of a time period did you look at for that

16   project?

17       A.      50 years.

18       Q.      Okay.  And when -- if, you

19   know, the earliest day is year one and the

20   latest date that you're looking at closest to

21   the present is year 50, when did you first

22   have data?

23                MS. BAUGHMAN:  Objection.

24        Form.

25                THE WITNESS:  I don't recall.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-3   Filed 04/29/25   Page 56 of 390

1          Q.     BY MS. SILVERSTEIN:  Did you
2     have data for the earliest year that you
3     looked at?
4                 MS. BAUGHMAN:  Objection.
5          Form.
6                 What kind of data are you
7          referring to?
8                 MS. SILVERSTEIN:  Any data.
9          Q.     Did you have any data from the
10    earliest point you were looking at?
11         A.     Limited.
12         Q.     When you say "limited," what do
13    you mean?
14         A.     More than one, less -- I -- you
15    know, limited data.
16         Q.     Was that concentration data?
17         A.     I don't believe so.
18         Q.     What was the earliest point in
19    that hindcasting project that you worked on
20    that you had concentration data for?
21         A.     I don't recall.
22         Q.     Did you have well pumping data
23    from the first year that you modeled?
24         A.     No.
25         Q.     Did you have flow data for the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 57 of 390

```
1     first year that you modeled?
2          A.     Limited.
3          Q.     When you say "limited," do you
4     mean just a few data points?
5          A.     Actually, I -- I would ask a
6     question.  What do you mean by "flow data"?
7          Q.     So if I say "flow data," do
8     you -- how would you understand that?
9               MS. BAUGHMAN:  Objection.
10        Form.
11               I think he just said he doesn't
12        understand it.
13               THE WITNESS:  Yeah, I'm not
14        sure --
15        Q.     BY MS. SILVERSTEIN:  Did you
16    have data about the level of the water that
17    you were modeling?
18        A.     Water levels.  You asked that
19    question and I said that was limited.
20        Q.     Okay.  Did you have data about
21    which wells were pumping at the time?
22        A.     Limited.
23        Q.     When you say "limited," do you
24    mean limited in the number of data points?
25        A.     Yes.
```

1      Q.      Was that New Jersey hindcasting
2  model, was that contaminant fate and
3  transport?
4      A.      Correct.
5      Q.      Was it for a water distribution
6  system?
7      A.      I'm not sure what you mean.
8      Q.      What kind of water system were
9  you modeling?
10              MS. BAUGHMAN:  Objection.
11      Form.
12              THE WITNESS:  Groundwater.
13      Q.      BY MS. SILVERSTEIN:  Okay.  And
14  so is that -- was that a water system that
15  was being used to provide drinking water, for
16  example?
17      A.      Yes.
18      Q.      What were the results of
19  that -- of your modeling used for?
20              MS. BAUGHMAN:  Objection.
21      Form.
22              THE WITNESS:  I probably can't
23      say.
24      Q.      BY MS. SILVERSTEIN:  Were they
25  used to estimate exposure in a specific

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 59 of 390

1   individual?

2           MS. BAUGHMAN:  Objection.

3       Form.

4           THE WITNESS:  I couldn't say.

5       Q.    BY MS. SILVERSTEIN:  And when

6   you say you can't say, is that because you

7   don't know?

8       A.    No.

9           MS. BAUGHMAN:  Is it because

10      it's confidential?

11          THE WITNESS:  Yeah, it's

12      confidential.

13      Q.    BY MS. SILVERSTEIN:  Okay.

14  Okay.  The other -- well, why is it

15  confidential?

16      A.    Well, it's my understanding

17  that the case was settled last year, but it

18  is pretty new, and so I'm not sure that I'm

19  at liberty to say much about the case still

20  at this point.

21      Q.    Have you been told by whoever

22  you were working for in that case that it was

23  confidential?

24      A.    Yes.

25      Q.    Did you write a report in that

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 60 of 390

1   case?

2          A.      No.

3          Q.      What kind of work product did

4   you prepare in that case?

5          A.      To this point, just figures.

6          Q.      Okay.  And -- okay.  And do you

7   know what those figures were used for?

8          A.      No.

9          Q.      The other project listed on

10  your resum? that you said was hindcasting is

11  crop production services, various locations

12  U.S.; is that correct?

13         A.      Correct.

14         Q.      And why do you describe that as

15  hindcasting?

16         A.      We -- I was building models to

17  go back in time to understand nitrate

18  contamination at a number of sites across the

19  country.

20         Q.      Okay.  And when you were

21  building models back in time, how long of a

22  time period were you looking at?

23         A.      It varied.  10, 20, 30, 40,

24  50 years.

25         Q.      Okay.  And did you have nitrate

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 61 of 390

1    concentration data that you used in that

2    project?

3              A.      Usually not.

4              Q.      Did you have well pumping data

5    that you used in that project?

6              A.      Limited.

7              Q.      What kind of -- well, and you

8    said in various locations.  How many

9    locations did you model?

10             A.      I'd say a dozen, maybe more.

11             Q.      And what region were those?

12             A.      Across the country.

13             Q.      So would that be, you know,

14   desert, mountains?

15             A.      Correct.

16             Q.      Okay.

17             A.      All -- all sorts of places.

18             Q.      Okay.  How -- what geographic

19   size were these locations?

20             A.      They were pretty small.

21             Q.      What do you mean by "pretty

22   small"?

23             A.      Maybe a few square miles.

24             Q.      Was this where -- the crop

25   production services, was that related to a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 62 of 390

```
 1    court case?
 2          A.    I -- I don't know.
 3          Q.    Do you know what the results of
 4    that modeling were used for?
 5          A.    No.
 6                MS. BAUGHMAN:  Objection to
 7          form.
 8                THE WITNESS:  No.
 9          Q.    BY MS. SILVERSTEIN:  For the
10    hindcasting project in New Jersey, did you do
11    a sensitivity analysis?
12          A.    Yes.
13          Q.    What -- how did you do a
14    sensitivity analysis?
15          A.    We looked at ranges of the
16    different parameters that we felt were going
17    to influence the model, and we looked at
18    different ranges and ran the model for those
19    ranges to look and see how sensitive that
20    particular parameter was.
21          Q.    And did you do an uncertainty
22    analysis?
23          A.    No.
24          Q.    For the crop production
25    services work that you did, did you do a
```

1      sensitivity analysis?

2           A.      Very limited.

3           Q.      What do you mean by "very

4      limited"?

5           A.      Maybe looking at one parameter

6      or two parameters.

7           Q.      Okay.  For the crop production

8      services work, did you do an uncertainty

9      analysis?

10          A.      No.

11                  MS. SILVERSTEIN:  Okay.  We've

12              been going for about an hour, so I

13              think this would be a good time for a

14              break.

15                  THE WITNESS:  Sure.

16                  THE VIDEOGRAPHER:  We're off

17              record.  The time is 10:15.

18          (There was a break taken.)

19                  THE VIDEOGRAPHER:  We're back

20              on the record.  The time is 10:29.

21              This is Media Number 2.

22                  Counsel may proceed.

23          Q.      BY MS. SILVERSTEIN:  Mr. Davis,

24      we talked a lot about some of the work that

25      you've done for litigation regarding

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 64 of 390

```
1     groundwater modeling.
2               Have you been involved in
3     litigation in any way other than related to
4     groundwater modeling?
5          A.     No.
6          Q.     Have you ever been involved in
7     personal litigation?
8          A.     Does a divorce count?  Yes.
9          Q.     Aside from a divorce, have you
10    been involved in any personal litigation?
11         A.     No.
12         Q.     I want to talk about the ATSDR
13    water modeling reports.
14         A.     Okay.
15         Q.     You reviewed the ATSDR Tarawa
16    Terrace reports?
17         A.     Yes.
18         Q.     And my understanding is that
19    you reviewed Chapters A, C, and F for Tarawa
20    Terrace; is that correct?
21         A.     That sounds correct.
22         Q.     Did you review any other Tarawa
23    Terrace chapters?
24         A.     To the best of my knowledge,
25    no.
```

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 65 of 390

1      Q.     Did you review any of the
2   Hadnot Point/Holcomb Boulevard chapters?
3      A.     No.
4      Q.     And just to be clear, you
5   aren't offering any opinions about the Hadnot
6   Point/Holcomb Boulevard model; is that
7   correct?
8      A.     Correct.
9      Q.     Why did you not perform a
10  post-audit for the Hadnot Point/Holcomb
11  Boulevard model?
12              MS. BAUGHMAN:  Objection.
13       Form.
14              THE WITNESS:  We weren't asked
15       to.
16              MS. SILVERSTEIN:  I'm handing
17       you Exhibit 5.
18  (Exhibit 5 was marked for identification.)
19      Q.     BY MS. SILVERSTEIN:  Exhibit 5
20  is titled "Analyses of Groundwater Flow,
21  Contaminant Fate and Transport and
22  Distribution of Drinking Water At Tarawa
23  Terrace and Vicinity, U.S. Marine Corps Base
24  Camp Lejeune, North Carolina: Historical
25  Reconstruction and Present-Day Conditions.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 66 of 390

1  Chapter A: Summary of Findings"; is that

2  correct?

3          A.      Yes.

4          Q.      And you said you reviewed this

5  in preparing your report?

6          A.      Yes.

7          Q.      If you could turn to the

8  page that is Roman Numeral iii with three

9  little i's, it says "Foreword."  The Bates

10  stamp on the bottom ends in 642.  It's right

11  at the front.

12          A.      642, 644.  642, okay.

13          Q.      And do you see where it says

14  "Foreword" at the top?

15          A.      Uh-huh.

16          Q.      In the first paragraph here it

17  says "The Agency for Toxic Substances and

18  Disease Registry (ATSDR), an agency of the

19  U.S. Department of Health and Human Services,

20  is conducting an epidemiological study to

21  evaluate whether in utero and infant (up to

22  one year of age) exposures to volatile

23  organic compounds in contaminated drinking

24  water at U.S. Marine Corps Base Camp Lejeune,

25  North Carolina, were associated with specific

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 67 of 390

1    birth defects and childhood cancers.  The

2    study includes births occurring during the

3    period 1968 to 1985 to women who were

4    pregnant while they resided in family housing

5    at the base.  During 2004, the study protocol

6    received approval from the Centers for

7    Disease Control and Prevention Institutional

8    Review Board and the U.S. Office of

9    Management and Budget."

10           Did I read that correctly?

11      A.    Yes.

12      Q.    And then the next paragraph

13   says "Historical exposure data needed for the

14   epidemiological case-control study are

15   limited.  To obtain estimates of historical

16   exposure, ATSDR is using water-modeling

17   techniques and the process of historical

18   reconstruction.  These methods are used to

19   quantify concentrations of particular

20   contaminants and finished water and to

21   compute the level and duration of human

22   exposure to contaminated drinking water."

23           Did I read that correctly?

24      A.    Yes.

25      Q.    When you conducted your

1    post-audit on the Tarawa Terrace model, you
2    were aware that AT -- that the ATSDR model
3    was not intended to estimate exposures to
4    individuals so that the individual could
5    determine whether an estimated exposure
6    caused his or her health concern?
7                MS. BAUGHMAN:  Objection.  Form
8          and foundation.
9                THE WITNESS:  Can you repeat
10         the question again?
11         Q.    BY MS. SILVERSTEIN:  Sure.
12               When you conducted the
13   post-audit on Tarawa Terrace, you were aware
14   that the ATSDR model was not intended to
15   estimate exposures to individuals, that
16   the -- the individual could determine whether
17   an estimated exposure caused his or her
18   health condition?
19               MS. BAUGHMAN:  Objection; form.
20         Objection; Foundation.
21               THE WITNESS:  I wasn't aware of
22         either, either way.
23         Q.    BY MS. SILVERSTEIN:  Were you
24   aware of what the purpose of the ATSDR water
25   model for the Tarawa Terrace drinking water

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 69 of 390

1    system was intended for?

2                    MS. BAUGHMAN:  Objection.  Form

3          and foundation.

4                    THE WITNESS:  Only to the

5          extent of what it was written.

6          Q.     BY MS. SILVERSTEIN:  Okay.  So

7    if it was -- if what it was intended for was

8    written in the ATSDR report, you were aware

9    of that?

10         A.     Correct.

11         Q.     Do you -- is it important to

12   understand the purpose of a model before you

13   create the model?

14                   MS. BAUGHMAN:  Objection.

15         Form.

16                   THE WITNESS:  Yes.

17         Q.     BY MS. SILVERSTEIN:  Why?

18         A.     That's -- in my experience,

19   that's the foundation for building a model,

20   especially in a groundwater model, is how

21   it's going to be used.

22         Q.     When you are working on a

23   post-audit, is it important to understand the

24   purpose of the model that you are doing a

25   post-audit of?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 70 of 390

1                    MS. BAUGHMAN:  Objection.
2         Form.
3                    THE WITNESS:  Sure.
4         Q.    BY MS. SILVERSTEIN:  When you
5    were working on the post-audit for the Tarawa
6    Terrace drinking water system, did you
7    consider the Navy's criticism on the ATSDR
8    model in forming your opinion?
9                    MS. BAUGHMAN:  Objection.
10        Form.
11                   THE WITNESS:  I wasn't aware of
12        the Navy's criticism.
13        Q.    BY MS. SILVERSTEIN:  So then
14   were you aware of Mr. Maslia's response to
15   the Navy criticism?
16                   MS. BAUGHMAN:  Objection.
17        Form.
18                   THE WITNESS:  No.
19        Q.    BY MS. SILVERSTEIN:  Morris
20   Maslia is the lead of the ATSDR water
21   modeling effort at Camp Lejeune; is that
22   correct?
23                   MS. BAUGHMAN:  Objection to
24        form.  Foundation.
25                   THE WITNESS:  It's my

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 71 of 390

1      understanding, yes.

2          Q.     BY MS. SILVERSTEIN:  And you're

3    aware that Mr. Maslia is serving as an expert

4    for the plaintiffs in this litigation?

5          A.     Yes.

6              MS. SILVERSTEIN:  I'm handing

7          you Exhibit 6.

8    (Exhibit 6 was marked for identification.)

9          Q.     BY MS. SILVERSTEIN:  This is --

10   Exhibit 6 is titled "Analyses of Groundwater

11   Flow, Contaminant Fate and Transport and

12   Distribution of Drinking Water at Tarawa

13   Terrace and Vicinity, U.S. Marine Corps Base

14   Camp Lejeune, North Carolina: Historical

15   Reconstruction and Present-Day Conditions.

16   Response to the Department of the Navy's

17   Letter on Assessment of ATSDR Water Modeling

18   for Tarawa Terrace."

19              Have you seen this document

20   before?

21         A.     I don't believe so.

22         Q.     Were you aware when you

23   conducted your post-audit that Morris Maslia

24   stated "A successful epidemiological study

25   places little emphasis on the actual absolute

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 72 of 390

1    estimate of concentration and, rather,

2    emphasizes the relative level of exposure"?

3                    MS. BAUGHMAN:  Objection.  Form

4            and foundation.

5                    What are you reading from?  You

6            need to show him the document.

7                    THE WITNESS:  Yeah, I don't

8            know if --

9            Q.     BY MS. SILVERSTEIN:  Had you

10   read any statement like that from Mr. Maslia

11   when you prepared your report?

12                   MS. BAUGHMAN:  Same objections.

13                   THE WITNESS:  No.

14           Q.     BY MS. SILVERSTEIN:  In your

15   report regarding the Tarawa Terrace model,

16   you opined that the model used sound

17   methodology and provided reliable insights to

18   the migration of PCE contamination; is that

19   correct?

20           A.     Yes.

21           Q.     Are you opining that the model

22   reliably or accurately estimates monthly

23   contaminant concentration levels for

24   individuals?

25                   MS. BAUGHMAN:  Objection.

```
 1          Form.
 2                   THE WITNESS:  No.
 3          Q.      BY MS. SILVERSTEIN:  You opined
 4   that the post-audit found that the original
 5   Tarawa Terrace groundwater flow --
 6   groundwater flow and transport models were
 7   developed using sound methodology.  Sorry.
 8                   You opine that the model
 9   effectively simulates long-term trends and
10   contaminant migration; is that correct?
11          A.      Yes.
12          Q.      And that you can find no
13   significant evidence that would invalidate
14   the analyses performed by ATSDR with the
15   original model; right?
16          A.      Yes.
17          Q.      If you could turn to in
18   Exhibit 6 the Bates ending in 33272.
19          A.      What page?
20          Q.      Do you see the Bates numbers on
21   the bottom?
22          A.      Yeah.
23          Q.      It ends in 33 -- oh, sorry --
24   33272.
25          A.      272.  Okay.
```

Golkow Technologies,
A Veritext Division
877-370-3377                                     www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 74 of 390

1    Q.    And I want to direct you to the
2   last paragraph --

3    A.    Okay.

4    Q.    -- on that page.

5         It says "To address the issue
6   of the intended use of the water-modeling
7   results by the current ATSDR epidemiological
8   study, the DON should be advised that a
9   successful epidemiological study places
10  little emphasis on the actual (absolute)
11  estimate of concentration and, rather,
12  emphasizes the relative level of exposure.
13  That is, exposed individuals are, in effect,
14  ranked by exposure level and maintain their
15  rank order of exposure level regardless of
16  how far off the estimated concentration is to
17  the 'true' (measured) PCE concentration.
18  This rank order of exposure level is
19  preserved regardless of whether the mean or
20  the upper or lower 95 percent of simulated
21  levels are used to estimate the monthly
22  average contaminant levels.  It is not the
23  goal of the ATSDR health study to infer which
24  health effects occur at specific PCE
25  concentrations - that is a task for risk

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 75 of 390

1    assessment utilizing approaches such as

2    meta-analysis to summarize evidence from

3    several epidemiological studies because a

4    single epidemiological study is generally

5    insufficient to make this determination."

6              Did I read that correctly?

7         A.    Yes.

8         Q.    And did you consider that

9    response, that paragraph, when you were

10   preparing your report?

11             MS. BAUGHMAN:  Objection.  Form

12        and foundation.

13             He -- he already said he hasn't

14        read the document.

15             THE WITNESS:  Yeah, that's

16        correct.  I -- this is the first time

17        reading this, so the answer would be

18        no.

19        Q.    BY MS. SILVERSTEIN:  Okay.  And

20   you aren't opining that the model can be used

21   to estimate exposure caused by -- exposure --

22   whether a specific exposure caused an

23   individual's health condition; right?

24             MS. BAUGHMAN:  Objection.  Form

25        and foundation.

```
 1              THE WITNESS:  They're not my
 2         area of expertise.
 3         Q.      BY MS. SILVERSTEIN:  And is it
 4    your understanding that the model was used --
 5    was intended to be used for an
 6    epidemiological study?
 7              MS. BAUGHMAN:  Objection.  Form
 8         and foundation.
 9              THE WITNESS:  Based on what I
10         have read in the reports, that's what
11         it says.
12         Q.      BY MS. SILVERSTEIN:  Okay.  I
13    want to direct you back to Exhibit 5, which
14    is Chapter A.  And if you could turn to
15    Page A-98, which is the Bates stamp ending
16    15749.
17         A.      5749.  Okay.
18         Q.      And if you could look at the
19    fourth paragraph down, it says "ATSDR's
20    exposure assessment cannot be used to
21    determine whether you, or your family,
22    suffered any health effects as the result of
23    past exposure to PCE-contaminated drinking
24    water at Camp Lejeune."
25              Do you see that?
```

1        A.      Yep.

2        Q.      Do you agree that ATSDR's

3   exposure assessment cannot be used to

4   determine whether a person suffered any

5   health effects as a result of the past

6   exposure?

7                MS. BAUGHMAN:  Objection.  Form

8        and foundation.

9                THE WITNESS:  It's not my area

10       of expertise.

11       Q.      BY MS. SILVERSTEIN:  If you

12   would look at Page A67.  And that has the

13   Bates ending in 5718.

14       A.      Uh-huh.

15       Q.      Would you agree that the Tarawa

16   Terrace drinking water system's largest

17   contaminant was PCE?

18                MS. BAUGHMAN:  Objection.

19       Form.  Foundation.

20                THE WITNESS:  That's my

21       understanding.

22       Q.      BY MS. SILVERSTEIN:  And is it

23   your understanding that the PCE came from

24   ABC One-Hour Cleaners?

25       A.      That's my understanding.

1       Q.    And you agree that ATSDR did

2   not simulate benzene concentrations at Tarawa

3   Terrace; right?

4            MS. BAUGHMAN:  Objection.  Form

5      and foundation.

6            THE WITNESS:  That's my

7      understanding.

8       Q.    BY MS. SILVERSTEIN:  In your

9   post-audit, you also didn't look at whether

10  any benzene concentrations were reliably

11  simulated by ATSDR's model; right?

12      A.    Correct.

13      Q.    Your post-audit only looked at

14  PCE; right?

15      A.    Correct.

16      Q.    It didn't evaluate PCE

17  byproducts, did it?

18      A.    Correct.

19      Q.    I want to go to Page A17.

20           Would it be accurate to say

21  that the Tarawa Terrace drinking water supply

22  from 1953 to 1985 consisted of water supplied

23  from the groundwater wells to the Tarawa

24  Terrace water treatment plant and delivery of

25  finished water from the water treatment plant

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-3   Filed 04/29/25   Page 79 of 390

1    through the Tarawa Terrace water distribution
2    system storage tanks and piping network?
3                   MS. BAUGHMAN:  Objection.
4         Form.
5                   Are you reading from the
6         document?
7                   MS. SILVERSTEIN:  I'm asking
8         him a question, if his understanding
9         is that the Tarawa Terrace's drinking
10        water supply from 1953 to 1985
11        consisted of water supplied from
12        groundwater wells to the Tarawa
13        Terrace water treatment plant and
14        delivery of finished water from the
15        water treatment plant through the
16        Tarawa Terrace water distribution
17        system's storage tanks and piping
18        network.
19        Q.      Is that your understanding?
20        A.      Yes.
21        Q.      Would you agree that the
22    groundwater wells in the Tarawa Terrace area
23    suppled untreated water to a central
24    treatment facility?
25        A.      That's my understanding.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 80 of 390

1        Q.     Okay.  And you would agree that
2    the dates when those started and stopped
3    supplying water are important to
4    historical -- the historical concentrations
5    in the water delivered from the Tarawa
6    Terrace water treatment plant?
7               MS. BAUGHMAN:  Objection.
8        Form.
9               THE WITNESS:  Can you ask that
10       question again?
11       Q.     BY MS. SILVERSTEIN:  Sure.
12              When you were looking to
13   determine what the historical concentrations
14   in water delivered from the Tarawa Terrace --
15   delivered -- yeah, delivered from the Tarawa
16   Terrace water treatment plant, it is critical
17   to know when wells started and stopped
18   supplying water; is that right?
19              MS. BAUGHMAN:  Objection.
20       Form.
21              THE WITNESS:  That -- that
22       information would be helpful.
23       Q.     BY MS. SILVERSTEIN:  Because
24   that will tell you -- that will help tell you
25   how the contaminants were moving?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 81 of 390

1              MS. BAUGHMAN:  Objection.

2       Form.

3              THE WITNESS:  How they're

4       moving?  In the groundwater?

5       Q.     BY MS. SILVERSTEIN:  Why would

6   that information be helpful?

7       A.     It's my understanding that the

8   wells that were pumping from the ground were

9   delivering water to the treatment plant.

10      Q.     And, similarly, wells that were

11  not pumping were not delivering water to the

12  water treatment plant?

13      A.     Yeah, that would be physically

14  impossible.

15      Q.     And so to understand what

16  historical concentration is, it's important

17  to know which wells were pumping; right?

18             MS. BAUGHMAN:  Objection.

19      Form.

20             THE WITNESS:  Sometimes you

21      don't know that information, so you

22      have to make assumptions.

23      Q.     BY MS. SILVERSTEIN:  Do the

24  wells impact the groundwater flow?

25             MS. BAUGHMAN:  Objection.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 82 of 390

1          Form.
2                    THE WITNESS:  Yes.
3          Q.     BY MS. SILVERSTEIN:  And if you
4    don't know that information, you're making
5    assumptions you said?
6                    MS. BAUGHMAN:  Objection.
7          Form.
8                    THE WITNESS:  Yes.
9          Q.     BY MS. SILVERSTEIN:  But those
10   assumptions are not -- it's possible that
11   those assumptions are not accurate; right?
12                   MS. BAUGHMAN:  Objection.
13         Form.
14                   THE WITNESS:  It's possible.
15         Q.     BY MS. SILVERSTEIN:  If you
16   turn to Page A19.  Do you see Table A6?
17         A.     Yes.
18         Q.     And that is titled "Historical
19   operations for" -- Camp Lejeune -- "for water
20   supply wells, 1952 to 1987, Tarawa Terrace
21   and Vicinity, U.S. Marine Corps Base Camp
22   Lejeune, North Carolina"; right?
23         A.     Yes.
24         Q.     And you'd agree that this is --
25   this is all of the water supply wells that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 83 of 390

1    served Tarawa Terrace?

2          A.      I assume so.

3          Q.      You're not aware of any water

4    supply wells that served Tarawa Terrace that

5    are not included in this table; correct?

6          A.      Correct.

7          Q.      If you look at TT-23?

8          A.      Uh-huh.

9          Q.      You'd agree that TT-23 was

10   first in service in August 1984; right?

11         A.      That's what it says.

12         Q.      And that it was offline in

13   February 1985; right?

14         A.      That -- that's what it says.

15         Q.      And you'd agree that TT-23, the

16   service was terminated in May 1985?

17         A.      I have no other information

18   by -- except for what's presented.

19         Q.      Okay.  So based on what's

20   presented, you would agree that TT-23's

21   service was terminated in May 1985; correct?

22         A.      Correct.

23         Q.      And if you look at TT-25, you

24   would agree that TT-25 was first in service

25   in January 1982?

1          A.      That's what it says.

2          Q.      And that TT-25 service was

3    terminated in March 1987; correct?

4          A.      As stated.

5          Q.      You would also agree that TT-25

6    was offline July through August 1980 and

7    January through February 1983?

8          A.      As it's recorded.

9          Q.      And you would agree that TT-26

10   service was terminated in February 1985?

11         A.      As stated.

12              MS. SILVERSTEIN:  I'm handing

13         you Exhibit 7.

14   (Exhibit 7 was marked for identification.)

15         Q.      BY MS. SILVERSTEIN:  I handed

16   you Exhibit 7.  The title here is "Analyses

17   of Groundwater Flow, Contaminant Fate and

18   Transport, and Distribution of Drinking Water

19   at Tarawa Terrace and Vicinity, U.S. Marine

20   Corps Base Camp Lejeune, North Carolina:

21   Historical Reconstruction and Present-Day

22   Conditions.  Chapter C:  Simulation of

23   Groundwater Flow"; is that correct?

24         A.      Correct.

25         Q.      Okay.  And you see in the

1    bottom corner -- right-hand corner on the

2    first page the Bates is ending in 92939?

3          A.     Correct.

4          Q.     And this is -- you reviewed

5    Chapter C in forming your opinions; right?

6          A.     Yes.

7          Q.     If you could turn to Page C25.

8    It's -- the Bates ends in 92975.

9                 Do you see --

10         A.     Yes.

11         Q.     -- that?  And you see

12   Table C10?

13         A.     Uh-huh, yes.

14         Q.     Table C10 is titled "Simulated

15   and observed predevelopment water levels in

16   wells and related statistics, Tarawa Terrace

17   and vicinity, U.S. Marine Corps Base

18   Camp Lejeune, North Carolina"; right?

19         A.     Yes.

20         Q.     And you agree that this is --

21   this is ATSDR's table on the capacity and

22   operational history of the listed wells?

23                 MS. BAUGHMAN:  Objection.

24         Form.

25                 THE WITNESS:  Capacity and

1          operation?

2          Q.     BY MS. SILVERSTEIN:  What is

3    your understanding of what this table is?

4          A.     To me, it looks like you have a

5    bunch of sites where you're measuring the

6    water level and simulating it, I assume, with

7    the groundwater model.

8          Q.     Okay.  Do you agree -- all

9    right.  So I want you to look at both

10   Table A6 and Table C10.

11               Do you have both of those

12   tables?

13         A.     A6?

14         Q.     Yes.

15         A.     Okay.  Hold on one second.

16               MS. BAUGHMAN:  What page was A6

17         on?

18               THE WITNESS:  It would be on

19         page...

20               MS. SILVERSTEIN:  It's A19.

21               THE WITNESS:  Okay.  Okay.

22         Q.     BY MS. SILVERSTEIN:  I actually

23   pointed you to the wrong table in Chapter C.

24         A.     No worries.

25         Q.     So Table -- Ah.  Is it your

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 87 of 390

1    understanding that the service termination

2    dates between Chapter C and Chapter A should

3    be the same?

4                    MS. BAUGHMAN:  Objection.

5         Form.

6                    THE WITNESS:  I'm not sure what

7         tables you're referring to.

8         Q.     BY MS. SILVERSTEIN:  So we just

9    looked at Table A6, which says when TT-23

10   service was terminated; correct?

11        A.     A6, yep.

12        Q.     Okay.

13        A.     That's correct.

14        Q.     And in your experience, should

15   the service termination date be consistent

16   in -- across ATSDR's reports?

17                    MS. BAUGHMAN:  Objection.

18        Form.  Foundation.

19                    THE WITNESS:  I assume.

20        Q.     BY MS. SILVERSTEIN:  If you go

21   to Page A27 and look at Table A9?

22                    MS. BAUGHMAN:  When -- which --

23        which document?

24                    THE WITNESS:  A -- Chapter A.

25                    MS. BAUGHMAN:  Okay.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 88 of 390

1              THE WITNESS:  A -- what table?

2              MS. SILVERSTEIN:  A27.  It's

3        Table A9.

4              THE WITNESS:  Okay.

5         Q.    BY MS. SILVERSTEIN:  And this

6    is titled "Summary of model-derived values

7    and observed data of tetrachloroethylene at

8    water-supply wells, Tarawa Terrace, U.S.

9    Marine Corps Base Camp Lejeune,

10   North Carolina"; correct?

11        A.    Yes.

12        Q.    And would it be fair to say

13   that Table A9 summarizes paired, observed,

14   and model-simulated values of PCE at the

15   Tarawa Terrace water supply wells?

16        A.    Yes.  Model-derived values and

17   observed values, correct.

18        Q.    Would you agree that from

19   January 1952 to December 1987, PCE was only

20   detected in TT-26, TT-23, and TT-25?

21              MS. BAUGHMAN:  Objection.

22        Form.

23              THE WITNESS:  In which wells?

24        26.

25        Q.    BY MS. SILVERSTEIN:  23 --

1    TT-23, TT-25, and TT-26.

2         A.      What about TT-31?  Or TT-54?

3         Q.      Do you see Supply Well TT-31

4    under the observed data?

5         A.      Oh, not -- okay, nondetected.

6         Q.      It's marked as nondetect;

7    correct?

8         A.      Okay.  Yeah, based on -- oh,

9    until '87; right?

10        Q.      From 195' -- January 1952 to

11   December 1987, PCE was detected only in

12   TT-23, TT-25, and TT-26; correct?

13        A.      According to this table, that

14   is correct.

15        Q.      Are you aware of data showing

16   that PCE was detected at any well other than

17   TT-23, TT-25, or TT-26 from January 1952 to

18   December 1987?

19        A.      No.

20        Q.      And you'd agree that the

21   highest PCE detection in TT-23 was

22   132 micrograms per liter in January 1985;

23   correct?

24        A.      Based on this table, correct.

25        Q.      And you'd agree that PCE

1    detection -- that the only PCE detection in

2    TT-25 was .43 micrograms per liter in

3    September 1985?

4              MS. BAUGHMAN:  Objection.

5         Form.

6              THE WITNESS:  That's what it

7         says.

8         Q.    BY MS. SILVERSTEIN:  Okay.  Do

9    you have any reason to believe that there is

10   other data not included in --

11        A.    No.

12             MS. BAUGHMAN:  Objection.

13        Form.   Foundation.

14             Were you limiting that to

15        through 1987?

16             THE WITNESS:  Yeah.

17             MS. SILVERSTEIN:  Yes.

18             MS. BAUGHMAN:  Okay.  I just

19        didn't hear you say that.

20        Q.    BY MS. SILVERSTEIN:  And you'd

21   agree that the September 1985 results were

22   after nondetects in both February 1985 and

23   April 1985; correct?

24        A.    Okay.  Say -- ask -- can you

25   ask that question again?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 91 of 390

1      Q.     Oh, you said a minute ago that
2   the -- that you agreed that the only PCE
3   detection from January 1952 to December 1987
4   in Supply Well TT-25 was .43 micrograms per
5   liter in September 1985; right?
6      A.     Yes.
7      Q.     And you would agree that that
8   test result came after nondetects in both
9   February 1985 and April 1985?
10      A.     Based on this table, yes.
11      Q.     And you agree that TT-26 was
12   the primary contributor of PCE contamination
13   to the Tarawa Terrace water treatment plant?
14      A.     Yes.
15      Q.     You agree that the PCE
16   concentration and the water distributed from
17   the Tarawa Terrace water treatment plant had
18   PCE concentrations lower than detected at
19   TT-26; right?
20          MS. BAUGHMAN:  Objection.
21      Form.
22          THE WITNESS:  That's my
23      understanding.
24      Q.     BY MS. SILVERSTEIN:  And you'd
25   agree that when TT-26 shut down in

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 92 of 390

1    February 1985, PCE concentrations at the
2    Tarawa Terrace water treatment plant would
3    decrease?
4                    MS. BAUGHMAN:  Objection.
5         Form.
6                    THE WITNESS:  I don't -- I
7         don't know if you have enough basis
8         for that.
9         Q.    BY MS. SILVERSTEIN:  Okay.  Do
10   you disagree that the PCE concentrations at
11   the Tarawa Terrace water treatment plant
12   would significantly decrease?
13                   MS. BAUGHMAN:  Objection.
14        Form.
15                   THE WITNESS:  You would -- you
16        would expect, but I don't know if you
17        can make that assumption.
18        Q.    BY MS. SILVERSTEIN:  You would
19   expect that they would decrease?
20        A.    Yes.
21        Q.    What information would you need
22   to be sure that the concentrations would
23   decrease?
24                   MS. BAUGHMAN:  Objection.
25        Form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 93 of 390

1          THE WITNESS:  Measured values.
2      Q.     BY MS. SILVERSTEIN:  I want to
3   direct you to Page A18 with the Bates stamp
4   ending 615669.  And in the first half of
5   those two sections of text at the bottom,
6   about three lines up it starts "Once a well
7   was put in service, it was assumed to operate
8   continuously for modeling purposes" and it
9   was -- "until it was permanently taken
10  offline - the exception being temporary
11  shutdowns for long-term maintenance.  Breaks
12  in continuous operations, such as those for
13  Wells TT-26 and TT-53, are also shown in
14  Figure A5 and are based on documented
15  information detailing periods of maintenance
16  for specific wells."
17          Did I read that correctly?
18      A.     Yes.
19      Q.     So then it would be -- you
20  would agree that ATSDR model, the Tarawa
21  Terrace supply wells, by assuming the
22  operate -- they operated continuously unless
23  ATSDR found documentation that they were
24  temporarily shut down for maintenance?
25      A.     That's my understanding.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 94 of 390

1    Q.    Okay.  And you would agree that
2    TT-26 and TT-23 were not modeled as
3    contributing anything to the Tarawa Terrace
4    water treatment plant after 1985; right?
5    A.    That's my understanding.
6    Q.    Okay.  So ATSDR's Tarawa
7    Terrace model is modeling contamination
8    coming from wells other than TT-26 and TT-23
9    after 1985?
10         MS. BAUGHMAN:  Objection.
11    Form.
12         THE WITNESS:  Can you repeat
13    the question?
14    Q.    BY MS. SILVERSTEIN:  Sure.
15         You would agree that ATSDR's
16    Tarawa Terrace model is modeling
17    contamination from wells other than TT-26 and
18    TT-23 after 1985; right?
19    A.    Assuming that they're pumping,
20    yes.
21    Q.    Assuming that what's pumping?
22    A.    That the other wells are
23    pumping.
24    Q.    Regardless of whether the other
25    wells are pumping, ATSDR was not modeling

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 95 of 390

1    contamination from TT-26 or TT-23 after 1985;
2    right?
3                    MS. BAUGHMAN:  Objection.
4          Form.
5                    THE WITNESS:  That's my
6          understanding.
7          Q.     BY MS. SILVERSTEIN:  So if
8    ATSDR is modeling water contamination after
9    1985, it would have to be from wells other
10   than TT-26 and TT-23?
11         A.     Yeah, it -- yes.
12         Q.     You would also agree that the
13   only other well where contamination was
14   detected from 1953 to 1987 was TT-25?
15         A.     Yes, based on that table.
16         Q.     Go to Page A93.
17                Okay.  Do you see the table
18   here, "Appendix A2.  Simulated
19   tetrachloroethylene and its degradation
20   byproducts in finished water, Tarawa Terrace
21   water treatment plant, January 1951 to
22   March 1987 and continued"; right?
23         A.     Yes.
24         Q.     You would agree that ATSDR
25   modeled PCE concentrations in water -- the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 96 of 390

1    water treatment plant as high as

2    18 micrograms per liter; right?

3                MS. BAUGHMAN:  Objection.

4         Form.

5                What time frame are you talking

6         about?

7         Q.     BY MS. SILVERSTEIN:  During the

8    modeled time period -- during the time period

9    through December 1987, you would agree that

10   ATSDR modeled PCE concentrations in the water

11   treatment plant in 1987 as high as

12   18 micrograms per liter?

13               MS. BAUGHMAN:  Objection.

14        Form.

15               THE WITNESS:  In 1987?

16        Q.     BY MS. SILVERSTEIN:  In 1987,

17   just looking at the 1987 data, you would

18   agree that ATSDR modeled PCE concentration in

19   water -- in the water treatment plant as high

20   as 18 micrograms per liter; right?

21        A.     That -- that's what this table

22   says.

23        Q.     And that was based on a mixture

24   of five wells?

25               MS. BAUGHMAN:  Objection.

1          Form.
2                    THE WITNESS:  I would have to
3          go back and see, but I would -- I
4          would assume, yes.
5          Q.     BY MS. SILVERSTEIN:  In -- and
6      so that highest value in 1987 was
7      February 1987; right?
8          A.     Correct.
9          Q.     And it was 18.49 micrograms per
10     liter?
11         A.     Correct.
12         Q.     And you agree that in 1987, PCE
13     contamination was only found in TT-25?
14                   MS. BAUGHMAN:  Objection.
15         Form.  Foundation.
16                   THE WITNESS:  Based on the
17         tables that are listed here, that's
18         correct.
19         Q.     BY MS. SILVERSTEIN:  And that
20     contamination was less than 1 microgram per
21     liter?
22                   MS. BAUGHMAN:  Objection.
23         Form.
24                   THE WITNESS:  Based on the
25         table that we looked at before.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 98 of 390

1    Q.    BY MS. SILVERSTEIN:  And to
2    your knowledge, that table includes the only
3    sampling results from the Tarawa Terrace
4    water treatment plant?
5            A.    Based --
6                  MS. BAUGHMAN:  Objection.
7            Form.  Foundation.
8                  THE WITNESS:  Based on the
9            table, yes.
10   Q.    BY MS. SILVERSTEIN:  Based on
11   the table, it includes all of the results;
12   correct?
13                 MS. BAUGHMAN:  Objection.
14           Form.
15                 THE WITNESS:  Yes.
16   Q.    BY MS. SILVERSTEIN:  And you're
17   not aware of any sampling results that are
18   not included in that table?
19           A.    I'm not aware, correct.
20                 MS. SILVERSTEIN:  I'm handing
21           you Exhibit 8.
22   (Exhibit 8 was marked for identification.)
23           Q.    BY MS. SILVERSTEIN:  This -- I
24   just handed you Exhibit 8.  The title of
25   Exhibit 8 is "Analyses of Groundwater Flow,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 99 of 390

1    Contaminant Fate and Transport, and
2    Distribution of Drinking Water at Tarawa
3    Terrace and Vicinity, U.S. Marine Corps Base
4    Camp Lejeune, North Carolina: Historical
5    Reconstruction and Present-Day Conditions.
6    Chapter F:  Simulation of the Fate and
7    Transport of Tetrachloroethylene (PCE)";
8    right?
9            A.      Correct.
10           Q.      And the Bates in the lower
11   right-hand corner ends with 93047?
12           A.      Correct.
13           Q.      And you reviewed Chapter F in
14   preparing your reports?
15           A.      Correct.
16           Q.      If you could turn to Page F42.
17   And the Bates on that page, if it's helpful
18   to find, ends in 93100.
19           A.      Yep.
20           Q.      At the top of the page it says
21   "Level 4 Calibration."
22                   Do you see where I'm looking?
23           A.      Yes.
24           Q.      And that -- that paragraph
25   says -- or starts "The final stage of model

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 100 of 390

1  calibration employed a simple mixing
2  (flow-weighted average) model to" -- "to
3  compute PCE concentrations delivered to the
4  Tarawa Terrace water treatment plant from all
5  active water-supply wells and subsequently to
6  the Tarawa Terrace water-supply network.  For
7  each stress period (month) of the simulation
8  period (from January 1951 to December 1994),
9  the PCE concentration simulated at each
10  active water-supply well is weighted by the
11  respective well discharge to compute a
12  weighted-average PCE concentration.  This
13  weighted-average concentration was considered
14  the monthly average PCE concentration
15  delivered to the Tarawa Terrace water
16  treatment plant.  The results" -- yeah --
17  "delivered to the Tarawa Terrace water
18  treatment plant."
19         Did I read that correctly?
20     A.    Yes.
21     Q.    Is it your understanding that a
22  well's discharge means the water coming out
23  of the well?
24     A.    Yes.
25     Q.    And that -- and is it your

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 101 of 390

1   understanding that simple mixing
2   flow-weighted average has no calculation
3   simulating the physical processes whereby
4   contaminants lost during storage treat- --
5   contaminants are lost during storage,
6   treatment, or distribution?
7           MS. BAUGHMAN:  Objection.
8       Foundation.  Form.
9           THE WITNESS:  Correct.
10      Q.    BY MS. SILVERSTEIN:  And so you
11  would agree that a simple mixing
12  flow-weighted average doesn't include a
13  calculation for volatilization?
14      A.    Yes.
15      Q.    Or for sorption?
16      A.    Adsorption on what?
17      Q.    Does it include a calculation
18  for sorption?
19           MS. BAUGHMAN:  Objection.
20      Form.
21           THE WITNESS:  Sorption on what?
22      Q.    BY MS. SILVERSTEIN:  Of
23  anything.
24           Do -- does it include sorption
25  in the -- in the calculation?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 102 of 390

1             MS. BAUGHMAN:  Objection.

2        Form.

3             If it -- if it doesn't make

4        sense to you, you can tell her that.

5             THE WITNESS:  Yeah, that

6        doesn't make sense.

7        Q.    BY MS. SILVERSTEIN:  Okay.  And

8   you're not aware of any other processes

9   whereby contaminants are lost during storage,

10  treatment, or distribution that are taken

11  into account in the model; correct?

12            MS. BAUGHMAN:  Objection.

13        Form.

14            THE WITNESS:  No, I'm not

15        aware.

16       Q.    BY MS. SILVERSTEIN:  So it

17  would be correct to say that the ATSDR Tarawa

18  Terrace model did not include a calculation

19  simulating contaminant losses during storage,

20  treatment, or distribution?

21       A.    That's my understanding.

22       Q.    You would agree that the ATSDR

23  Tarawa Terrace model simulated PCE

24  concentrations as equivalent to the mixture

25  of water as if it was taken directly from the

1    wells without treatment or distribution?

2              MS. BAUGHMAN:  Objection.

3         Form.

4              THE WITNESS:  Can you repeat

5         that question?

6         Q.    BY MS. SILVERSTEIN:  Sure.

7              You would agree that the ATSDR

8    Tarawa Terrace model simulated PCE

9    concentrations as if they were equivalent to

10   the mixture of water taken directly from the

11   wells without treatment or distribution?

12             MS. BAUGHMAN:  Objection.

13        Form.

14             THE WITNESS:  The -- the model

15        simulated the extraction of the wells

16        of that water that was delivered to

17        the treatment plant.  That's what the

18        model simulated.

19        Q.    BY MS. SILVERSTEIN:  Okay.

20   Okay.  I want to go back to Chapter A.  If

21   you go to -- go to Page A26.

22             And you see Table A8 at the

23   top?

24        A.    Uh-huh, yes.

25        Q.    And Table A8 is titled "Summary

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 104 of 390

1    of calibration targets and resulting

2    calibration statistics for simulation models

3    used to reconstruct historical contamination

4    events at Tarawa Terrace and vicinity, U.S.

5    Marine Corps Base Camp Lejeune,

6    North Carolina"; right?

7            A.      Yes.

8            Q.      And the second column is

9    "Analysis type"?

10           A.      Yes.

11           Q.      And as you look at Calibration

12   Level 3, it says the analysis type is

13   contaminant fate and transport supply wells;

14   right?

15           A.      Yes.

16           Q.      So you would agree that ATSDR

17   calibrated the contaminant fate and transport

18   at Tarawa Terrace with supply well

19   measurements; right?

20           A.      Yes.

21           Q.      And that was the -- well, you

22   would agree that the calibration target that

23   ATSDR used was plus or minus one-half order

24   of magnitude; right?

25           A.      That's what it says.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 105 of 390

```
 1           Q.      Okay.  And so the model bias
 2    was ranging from .3 -- they used a target of
 3    ranging from .3 to 3?
 4           A.      Yes.
 5           Q.      So then if you look at
 6    Chapter F on Page F33.  Do you see Table F13
 7    on the left-hand side?
 8           A.      Yes.
 9           Q.      That's the "Simulated and
10    observed tetrachloroethylene (PCE)
11    concentrations at water supply wells and
12    calibration target range, Tarawa Terrace and
13    Vicinity, U.S. Marine Corps Base
14    Camp Lejeune, North Carolina"; right?
15           A.      Yes.
16           Q.      And you'd agree that Table F13
17    shows all of the supply well observed
18    measurements that were used for calibration?
19           A.      That's my understanding, yes.
20           Q.      And you'd agree that the
21    observed measurements are from 1984 and 1985
22    and 1991?
23           A.      '85, and '91.  What was the
24    other year you said?
25           Q.      1984.  Well, I guess you would
```

1    agree that the --

2         A.     Where -- where do you see 1984?

3         Q.     Sure.

4                You would agree that the

5    observed measurements listed in this chart

6    are from 1985 and 1991; right?

7         A.     Based on this chart, yes.

8         Q.     Which means the Tarawa Terrace

9    model was not calibrated with any observed

10   concentrations from 1953 to 1983, or 1984?

11                MS. BAUGHMAN:  Objection.  Form

12        and foundation.

13                THE WITNESS:  That's my

14        understanding.

15        Q.     BY MS. SILVERSTEIN:  Okay.  I

16   want to turn now to your initial report,

17   which I believe is Exhibit 2.

18                Do you have your report in

19   front of you?

20        A.     Yes.

21        Q.     And all of your opinions

22   related to Camp Lejeune are included in this

23   report?

24                MS. BAUGHMAN:  Objection.

25        Form.

 1                    THE WITNESS:  All of my
 2          opinions?  Well, the opinions based on
 3          the work that we did, yes.
 4          Q.     BY MS. SILVERSTEIN:  And you're
 5     not offering any opinions that are not
 6     included in this -- this report or your
 7     rebuttal report; correct?
 8                    MS. BAUGHMAN:  Objection.
 9          Form.
10                    THE WITNESS:  That's correct.
11          Q.     BY MS. SILVERSTEIN:  If you
12     could look at section -- or at Page 6-1.
13          A.     Which page?
14          Q.     6-1.
15          A.     Oh, 6-1.  Okay.  Okay.
16          Q.     This Page 6-1 has the heading
17     "6 Conclusions"; correct?
18          A.     Yes.
19          Q.     Is this a complete list of all
20     the opinions you offer in this case?
21                    MS. BAUGHMAN:  Objection.
22          Form.
23                    THE WITNESS:  The -- those are
24          the opinions that we offered in this
25          report.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 108 of 390

1      Q.     BY MS. SILVERSTEIN:  Okay.  And
2   if you could turn to Page 1-1 in your
3   rebuttal report, which is Exhibit 3.
4      A.     Okay.
5      Q.     And that says "Summary of
6   Opinions" on the top of that page; correct?
7      A.     Yes.
8      Q.     Are Pages 6-1 in your initial
9   report and 1-1 in your rebuttal report, are
10  those -- is that a complete list of the
11  opinions that you'll -- you're offering in
12  this case?
13            MS. BAUGHMAN:  Objection.
14      Form.
15            We're not -- everything is in
16      both reports.  We're not limiting it
17      to two pages.
18      Q.     BY MS. SILVERSTEIN:  Are there
19  any opinions that are not listed on one of
20  these two pages?
21            MS. BAUGHMAN:  Objection.
22      Form.
23            THE WITNESS:  I mean, both of
24      these pages are summary pages, so we
25      tried to capture our opinions on these

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 109 of 390

1      two pages, but...

2      Q.    BY MS. SILVERSTEIN:  Okay.  Are
3  all of your reports and the -- or all of your
4  opinions and the bases for your opinions
5  listed in either your initial report or your
6  rebuttal report?

7              THE WITNESS:  Current --

8              MS. BAUGHMAN:  Objection.
9      Form.

10             THE WITNESS:  Currently, yes.

11     Q.    BY MS. SILVERSTEIN:  What do
12  you mean "currently"?

13     A.    All the opinions that we've
14  formed so far are included in these two
15  documents.

16     Q.    Are you planning to offer any
17  additional opinions?

18             MS. BAUGHMAN:  Objection.
19     Form.

20             THE WITNESS:  I believe that we
21     have the -- the ability, upon learning
22     new information or at the request of
23     our legal team, we could offer
24     additional opinions in the future,
25     but --

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 110 of 390

1    Q.    BY MS. SILVERSTEIN:  Are
2  there --
3    A.    -- right now -- right now, this
4  is -- this is what we have.
5    Q.    Are you aware of any opinions
6  that you are working on that you may offer in
7  the future?
8         MS. BAUGHMAN:  Objection.
9    Form.
10         THE WITNESS:  No.
11    Q.    BY MS. SILVERSTEIN:  Are there
12  any opinions in either your initial report or
13  your rebuttal report that you no longer agree
14  with?
15    A.    No.
16    Q.    How long did it take you to
17  conduct -- to model the Tarawa Terrace
18  post-audit?
19    A.    What do you mean?
20    Q.    How many hours did you spend
21  working on the Tarawa Terrace post-audit
22  before completing your first report?
23    A.    I would have to look it up.
24    Q.    Do you have an estimate?
25    A.    No.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 111 of 390

1    Q.    Did you spend more than
2  100 hours working on the Tarawa Terrace
3  post-audit before offering your first report?
4            MS. BAUGHMAN:  Objection.
5        Form.
6            His hours are in the bills.
7        You already have that.
8            THE WITNESS:  Yeah.  Yeah, I
9        would refer to my billing.
10   Q.    BY MS. SILVERSTEIN:  Okay.  And
11  you didn't start working on the Tarawa
12  Terrace post-audit before September of 2024;
13  correct?
14   A.    Correct.
15   Q.    Okay.  I want to start with
16  your initial report, Exhibit 2.  You were
17  asked to provide a post-audit of the
18  groundwater flow and transport models
19  developed by the ATSDR for Tarawa Terrace; is
20  that correct?
21   A.    Correct.
22   Q.    Were you asked to do anything
23  other than provide a post-audit and your
24  opinions related to the post-audit?
25   A.    No.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 112 of 390

1       Q.      When we're talking about a
2   groundwater model, is it fair to say that a
3   groundwater model is a computer model
4   simulating groundwater flow through an
5   aquifer?
6               MS. BAUGHMAN:  Objection.
7           Form.
8               THE WITNESS:  That could be one
9           model.
10      Q.      BY MS. SILVERSTEIN:  Is that
11  the kind of model that you -- was involved
12  in -- in your work for this case?
13              MS. BAUGHMAN:  Objection.
14          Form.
15              THE WITNESS:  There were --
16          there were two models that we did --
17          that we worked on.
18      Q.      BY MS. SILVERSTEIN:  Okay.  And
19  what -- what are those two models?
20      A.      The groundwater flow model --
21      Q.      Okay.
22      A.      -- which was MODFLOW-based, and
23  a groundwater flow fate and transport model
24  which was MT3DMS-based.
25      Q.      Okay.  And you would agree that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 113 of 390

1    a groundwater model is a simplified version
2    of reality?
3           A.     I wouldn't say -- use the word
4    "simplified."  I would say "represent."  A
5    model to represent -- to attempt to represent
6    reality.
7           Q.     Okay.  But you would agree that
8    it doesn't perfectly represent reality?
9                  MS. BAUGHMAN:  Objection.
10        Form.
11                 THE WITNESS:  Correct.
12         Q.     BY MS. SILVERSTEIN:  It doesn't
13    perfectly reproduce the subsurface
14    conditions?
15                 MS. BAUGHMAN:  Objection.
16        Form.
17                 THE WITNESS:  Correct.
18         Q.     BY MS. SILVERSTEIN:  And you'd
19    agree that that's because the groundwater
20    model can't take into account everything that
21    exists in the real world that affects the --
22    the water?
23                 MS. BAUGHMAN:  Objection.
24        Form.
25                 THE WITNESS:  Correct.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 114 of 390

1          Q.     BY MS. SILVERSTEIN:  Generally
2    speaking, would it be correct to say that a
3    groundwater model is an approximation of a
4    complex field situation?
5                    MS. BAUGHMAN:  Objection.
6          Form.
7                    THE WITNESS:  Approximation?
8          Sure.
9                    MS. SILVERSTEIN:  I'm handing
10         you Exhibit 9.
11   (Exhibit 9 was marked for identification.)
12         Q.     BY MS. SILVERSTEIN:  I handed
13   you Exhibit 9, which is an article titled
14   "Predictive Accuracy of a Ground-Water Model
15   - Lessons from a Postaudit."
16                    Do you see that?
17         A.     Yes.
18         Q.     And the author is Leonard
19   F. Konikow?
20         A.     Yes.
21         Q.     Do you recognize the author's
22   name?
23         A.     Yes.
24         Q.     And you're aware that
25   Dr. Konikow is an expert retained by the

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 115 of 390

1    plaintiffs in this litigation?

2          A.     Yes.

3          Q.     Would you agree that

4    Dr. Konikow is an expert in the field of

5    hydrologic modeling?

6          A.     Yes.

7          Q.     Have you read this study

8    before?

9          A.     I don't believe so.

10         Q.     I want to direct you to

11   Page 183.  At the bottom of Page 183, it says

12   "An aquifer-simulation model is no more than

13   an approximation of a complex field" --

14               MS. BAUGHMAN:  Where are you --

15         I'm sorry.  Where are you reading

16         from?

17               THE WITNESS:  Just the bottom

18         of --

19               MS. SILVERSTEIN:  The bottom

20         paragraph --

21               THE WITNESS:  Bottom left --

22         left side.

23               MS. SILVERSTEIN:  -- on the

24         left side.

25         Q.    I'll start again.

```
 1              It says "An aquifer-simulation
 2    model is no more than an approximation of a
 3    complex field situation.  Improvements in
 4    the" -- "in the approximation are always
 5    possible; thus, models should be considered
 6    as dynamic representations of nature, subject
 7    to further refinement and improvement.  As
 8    new information becomes available, previous
 9    forecasts could and should be modified."
10              Did I read that correctly?
11         A.    Yes.
12         Q.    Do you agree that models can
13    and should be modified when new information
14    becomes available?
15              MS. BAUGHMAN:  Objection.  Form
16         and foundation.
17              He hasn't read this article.
18         He doesn't understand the context.
19              You want him to read the
20         article first?
21              MS. SILVERSTEIN:  Nope.
22         Q.    Do you agree with that, when
23    you learn new information, a modeler should
24    revise the model?
25              MS. BAUGHMAN:  Objection.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 117 of 390

```
 1          Form.
 2                  THE WITNESS:  You could.
 3          Doesn't -- it's not -- it's not a
 4          requirement, if that's what you're
 5          asking.
 6          Q.     BY MS. SILVERSTEIN:  So as new
 7     information becomes available, in your
 8     opinion, it's okay for modelers to not
 9     consider that information in the model?
10                  MS. BAUGHMAN:  Objection.
11          Form.
12                  THE WITNESS:  They can consider
13          it.  I -- I would -- I look on this
14          and say -- and Lenny says that they
15          could be modified.
16          Q.     BY MS. SILVERSTEIN:  And he
17     also says that they should be modified;
18     correct?
19          A.     Sure.
20          Q.     You can go ahead and set that
21     exhibit aside.
22                  The goal of your post-audit for
23     Tarawa Terrace was to extend the range of the
24     groundwater flow and transport model from
25     1995 to 2008; right?
```

1          A.      Correct.

2          Q.      Did you evaluate any data

3    mining techniques that ATSDR used in their

4    Tarawa Terrace groundwater flow and transport

5    model?

6          A.      Such as?

7          Q.      Did you evaluate any of them?

8          A.      Data mining techniques?

9          Q.      Did you evaluate how ATSDR

10   determined the parameters of the Tarawa

11   Terrace model?

12              MS. BAUGHMAN:  Objection.

13         Form.

14              THE WITNESS:  We -- we read the

15         reports.

16         Q.      BY MS. SILVERSTEIN:  You read

17   Chapters A, C, and F; is that correct?

18         A.      Correct.

19         Q.      And those are the only chapters

20   that you reviewed; correct?

21         A.      Correct.

22         Q.      Did you review the conceptual

23   model created by ATSDR?

24              MS. BAUGHMAN:  Objection.

25         Form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 119 of 390

```
 1                THE WITNESS:  To the extent
 2          that they were specified in those
 3          reports.
 4          Q.     BY MS. SILVERSTEIN:  Did you
 5     note any flaws in ATSDR's conceptual model?
 6                MS. BAUGHMAN:  Objection.
 7          Form.
 8                THE WITNESS:  No.
 9          Q.     BY MS. SILVERSTEIN:  If you had
10     noted flaws in the conceptual model, would
11     that change any of your opinions?
12                MS. BAUGHMAN:  Objection.
13          Form.
14                THE WITNESS:  We were asked to
15          extend the model, not critique the --
16          the model.
17          Q.     BY MS. SILVERSTEIN:  Did you
18     evaluate ATSDR's selection of boundary and
19     initial conditions for their model?
20          A.     Only to the extent of reading
21     the reports.
22          Q.     Did you evaluate their
23     calibration process?
24          A.     Only to become familiar with
25     what they did.
```

Golkow Technologies,
877-370-3377                    A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 120 of 390

1      Q.     Did you evaluate ATSDR's
2  sensitivity analysis?
3      A.     Only to the extent of what they
4  reported.
5             MS. SILVERSTEIN:  I'm handing
6      you Exhibit 10.
7  (Exhibit 10 was marked for identification.)
8      Q.     BY MS. SILVERSTEIN:  I handed
9  you Exhibit 10, which has the Bates stamp
10 ending on the bottom right-hand side of the
11 first page ending in 486488.
12            Have you seen this document
13 before?
14     A.     No.
15     Q.     Are you aware of who Thomas
16 Sinks is?
17     A.     No.
18     Q.     And are you -- were you aware
19 that the Navy critiqued the ATSDR Tarawa
20 Terrace model?
21            MS. BAUGHMAN:  Objection.
22     Form.
23            Aware as of when?
24     Q.     BY MS. SILVERSTEIN:  Prior to
25 submitting your initial report, were you

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 121 of 390

1    aware that the Navy critiqued the ATSDR

2    Tarawa Terrace report?

3         A.    I would assume so.  I -- I'm --

4    I've not seen this document.  I did not read

5    any critiques.  I assumed that -- that it

6    existed.

7         Q.    Okay.  So since you didn't

8    review any critiques prior to finalizing your

9    initial report, you didn't consider any

10   critiques from the Navy in your post-audit;

11   correct?

12              MS. BAUGHMAN:  Objection.

13        Form.

14              THE WITNESS:  Correct.

15        Q.    BY MS. SILVERSTEIN:  Is it your

16   understanding that ATSDR performed a

17   sensitivity analysis to determine the

18   relative importance of individual model

19   parameters?

20        A.    Can you ask that question

21   again?

22        Q.    Sure.

23              If you could go to the page

24   ending in the Bates 6492.

25        A.    Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 122 of 390

1        Q.      And looking at the bottom
2    paragraph, it says "The ATSDR performed a
3    sensitivity analysis to determine the
4    relative importance of individual model
5    parameters"; right?
6        A.      Yes.
7        Q.      And then two sentences after
8    that it says "The model was run 840 times to
9    produce 'realizations' that form a
10   distribution of simulated PCE concentrations,
11   rather than a single result"; right?
12       A.      Yes.
13       Q.      And you're aware that certain
14   combinations of input parameters resulted in
15   wells drying out?
16            MS. BAUGHMAN:  Objection.
17       Form.  Foundation.
18            THE WITNESS:  That's what it
19       says here.
20       Q.      BY MS. SILVERSTEIN:  What does
21   it mean when the input parameters result in
22   the wells drying out?
23       A.      Typically in a groundwater flow
24   model, if you -- if the parameters like
25   hydraulic connectivity and storage are such

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 123 of 390

1    that you try to pump water, that -- that well
2    can go dry.
3         Q.    Okay.  This happened in 330 out
4    of the 840 realizations that ATSDR did?
5              MS. BAUGHMAN:  Objection.  Form
6         and foundation.
7              THE WITNESS:  Based on what
8         they -- what they wrote, yes.
9         Q.    BY MS. SILVERSTEIN:  Which made
10   those realizations not viable; correct?
11             MS. BAUGHMAN:  Same objections.
12             THE WITNESS:  It could.  Not
13        necessarily.  I mean, again, I'm
14        not -- I know what they did.  I don't
15        know why they made the decision to not
16        use those.
17        Q.    BY MS. SILVERSTEIN:  Right.
18   And you're -- is it your understanding that
19   none of the wells, in reality, dried out?
20        A.    I don't know that.
21        Q.    Okay.  The details of the
22   sensitivity analysis were in Tarawa Terrace's
23   Chapter I.  You didn't review Chapter I;
24   correct?
25        A.    That is correct.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 124 of 390

1    Q.    Why not?

2    A.    We weren't provided that

3  document from the legal team, I believe.

4    Q.    Did you review ATSDR's

5  uncertainty analysis?

6    A.    No.

7    Q.    We've been talking about ATSDR

8  doing a hindcasting model.  Would it be

9  accurate to say that a hindcasting model is

10 attempting to recreate something that

11 happened in the past?

12   A.    Correct.

13   Q.    ATSDR didn't do a forecasting

14 model; right?

15   A.    That's my understanding.

16   Q.    A forecasting model would take

17 data and assumptions and predict the movement

18 of contaminants in the water system into the

19 future?

20   A.    Correct.

21   Q.    For the ATSDR's model, they use

22 MT3DMS to model PCE in the -- Tarawa

23 Terrace's water system; right?

24   A.    Correct.

25   Q.    They used TechFlowMP -- you're

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 125 of 390

1    aware that they used TechFlowMP to model the

2    PCE degradation byproducts; right?

3         A.     I'm aware of that.

4         Q.     And that means they used

5    TechFlowM3 [sic] to model TCE, vinyl

6    chloride, and DCE; right?

7         A.     That's my understanding.

8         Q.     Your post-audit was of the

9    MT3DMS portion of the Tarawa Terrace

10   modeling; right?

11        A.     Correct.

12        Q.     And so you didn't look at the

13   degradation of PCE into other byproducts;

14   right?

15        A.     That's correct.

16        Q.     So you'd agree that you have no

17   opinion on whether TechFlowMP's model of the

18   PCE degradation byproducts is reliable?

19        A.     I have no opinion.

20        Q.     You're -- in your initial

21   report, you said that after extending the

22   19- -- the model from 1995 to 2008, you

23   compared the output of the transport model

24   with the concentrations sampled at monitoring

25   wells during the 1995 to 2008 time period; is

1    that right?

2         A.    Say -- say that again.

3         Q.    Sure.  After you extended the

4    model from 1995 to 2008, you then compared

5    the output of that extended model to the

6    sampling data during that same time period,

7    1995 to 2008; right?

8         A.    Yes.

9         Q.    And you did that to assess the

10   performance of the model as an interpretive

11   and predictive tool?

12              MS. BAUGHMAN:  Objection.

13        Form.

14              THE WITNESS:  No, not -- not a

15        predictive tool.

16        Q.    BY MS. SILVERSTEIN:  Okay.  And

17   what do you mean that you did it to assess

18   the performances of the model as an

19   interpretive tool?

20        A.    Can you show me where I said

21   that?

22        Q.    Sure.  Well, so did you extend

23   it for -- did you -- what kind of analysis

24   did you perform on the model after extending

25   it from 1995 to 2008?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 127 of 390

```
1          A.      Well, I mean, that's all
2     contained in the post-audit.  We -- basically
3     we looked at the -- we looked at the computed
4     numbers at the observation points of
5     comparing the computed versus the observed.
6          Q.      Okay.  And did you compare the
7     computed versus the observed in order to see
8     how the model performed?
9          A.      Correct.
10         Q.      And would it -- would you agree
11    that if the model matched sample
12    concentrations closely, then the model's more
13    likely to be accurate?
14              MS. BAUGHMAN:  Objection.
15         Form.
16              THE WITNESS:  Correct.
17         Q.      BY MS. SILVERSTEIN:  Okay.  If
18    the model didn't match observed
19    concentrations closely, there was a big
20    difference between the values, would it mean
21    that the simulated model is less likely to be
22    accurate?
23              MS. BAUGHMAN:  Objection.
24         Form.
25              THE WITNESS:  You could
```

```
 1          probably make that -- you could
 2          probably make that case.
 3          Q.     BY MS. SILVERSTEIN:  So I want
 4     to talk a little bit about the data that was
 5     available for you, but I want to start with
 6     what kind of -- what types of data do you
 7     consider necessary to do a historical
 8     reconstruction?
 9               MS. BAUGHMAN:  Objection.
10          Form.
11               THE WITNESS:  I would look for
12          as much information as I could get.
13          Q.     BY MS. SILVERSTEIN:
14     Information about what?
15          A.     The groundwater -- the
16     groundwater -- the -- the aquifer
17     characteristics, pumping, recharge, the
18     boundary conditions that you would use; you
19     know, all of the parameters that would go
20     into the model.
21          Q.     Okay.  And would it be fair to
22     say that if you had the values for input
23     parameters that were specific to the site you
24     were modeling, that would make the historical
25     reconstruction more accurate?
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 129 of 390

1                MS. BAUGHMAN:  Objection.
2        Form.
3                THE WITNESS:  It would help.
4        Q.    BY MS. SILVERSTEIN:  Is a
5    historical reconstruction model a hindcasting
6    model?  Are they the same thing?
7        A.    Yes, I would say -- I would say
8    so.
9        Q.    So if I use them
10   interchangeably --
11       A.    Sure.
12       Q.    -- we can assume that we're
13   talking about --
14       A.    Sure.
15       Q.    -- the same kind of modeling
16   work?
17       A.    Sure.
18               MS. SILVERSTEIN:  Okay.  We've
19       been going for over an hour.  I think
20       this would be a good time to take a
21       break.
22               THE WITNESS:  That's fine.
23               THE VIDEOGRAPHER:  We're off
24       the record.  The time is 11:44.
25       (The lunch break was taken from

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 130 of 390

```
 1          11:44 p.m. until 12:56 p.m.)
 2               THE VIDEOGRAPHER:  We're back
 3      on the record.  The time is 12:56.
 4      This is Media Number 3.
 5               Counsel may proceed.
 6          Q.      BY MS. SILVERSTEIN:  Hi again,
 7   Mr. Davis.
 8               Did you -- while we were on the
 9   lunch break just now, did you speak with your
10   attorneys about the substance of your
11   testimony?
12          A.      Yes.  They told me I was doing
13   a good job.
14          Q.      Did they talk to you about the
15   questions that I was asking or what your
16   responses should be?
17          A.      No.
18          Q.      Is there anything that you
19   answered earlier that you'd like to change?
20          A.      No.
21          Q.      If you could go ahead and pull
22   up Exhibit 2, which is your initial report.
23   I think it's the one that's open right there.
24          A.      Yeah.
25          Q.      A lot of documents.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 131 of 390

1          A.       It's okay.

2          Q.       And if you could turn to the

3     Executive Summary.

4                   All right.  So then on the

5     second page of the executive summary, you

6     said "Despite the inherent challenges in

7     simulating complex subsurface conditions and

8     dealing with incomplete data, the model

9     effectively simulates long-term trends and

10    contaminant migration."

11                  What are the inherent

12    challenges in simulating complex subsurface

13    conditions?

14         A.       I would say the main challenge

15    is you never have enough data, and

16    particularly with transport models, the

17    heterogeneities, the differences in the

18    subsurface, make it complex and make it

19    challenging.

20         Q.       You also said "dealing with

21    incomplete data."  What do you mean by

22    "dealing with incomplete data"?

23         A.       As I just said, you always want

24    more data, and so since there's this desire

25    to have more data, the data that you have is

1    incomplete.

2        Q.    What's the effect -- how does

3    dealing with incomplete data affect your

4    modeling work?

5                MS. BAUGHMAN:  Objection.

6        Form.

7                THE WITNESS:  It -- it -- well,

8        as I said, the more data you have, the

9        more confidence you have in the model.

10       Q.    BY MS. SILVERSTEIN:  How

11   much -- in your opinion, how much data do you

12   need to accurately --

13       A.    That's --

14       Q.        -- do a model?

15                MS. BAUGHMAN:  Wait until she

16       finishes.

17                You were done?

18                I'm going to object to the

19       form.

20                THE WITNESS:  Okay.  Yeah,

21       that's -- that's completely

22       subjective.  It's never enough, and

23       there's -- there's not a definition

24       written, oh, this is -- this is

25       sufficient.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 133 of 390

1          Q.     BY MS. SILVERSTEIN:  In your
2     personal experience, is there an amount of
3     data that, you know, if you have less than
4     that amount of data, you can't confidently do
5     a water model?
6                    MS. BAUGHMAN:  Objection.
7          Form.
8                    THE WITNESS:  No.
9                    MS. SILVERSTEIN:  I am handing
10         you Exhibit 11.
11     (Exhibit 11 was marked for identification.)
12          Q.     BY MS. SILVERSTEIN:  This is
13     Exhibit 11, and on the first page it says
14     "The" -- ground book -- or "The Handbook" --
15     excuse me -- "of Groundwater Engineering,
16     Editor-in-Chief Jacques W. Delleur."
17                    Do you see that?
18          A.     Yes.
19          Q.     And if you go to the first
20     page, that says "20 Groundwater Modeling"
21     with -- the author is Leonard F. Konikow and
22     Thomas E. Reilly.
23                    Do you see that?
24          A.     Yes.
25          Q.     Have you reviewed this book,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 134 of 390

1    The Handbook of Groundwater Engineering,
2    before?
3           A.     No.
4           Q.     If you could turn to
5    Section 20.6.8.
6           A.     How old is this book?  1999,
7    okay.  Excuse me, what page?
8           Q.     20.6.8.  The page says 20-26 at
9    the top.
10                 Are you at Section 20.6.8?
11          A.     Yeah.
12          Q.     And that section is titled
13    "Predictions and Postaudits"; right?
14          A.     Yes.
15          Q.     And it says -- the first
16    paragraph, it starts "As model calibration
17    and parameter estimation are keyed to a set
18    of historical data, the confidence in and
19    reliability of the calibration process is
20    proportional to the quality and
21    comprehensiveness of the historical record."
22                 Do you agree with that?
23                 MS. BAUGHMAN:  Objection.
24          Form.
25                 THE WITNESS:  Yes, but, you

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 135 of 390

1        know, they use the word
2        "proportional," so that -- that word
3        "proportional" could vary widely.
4            Q.    BY MS. SILVERSTEIN:  Okay.
5    Would you agree that the more historical data
6    a modeler has, the more reliable the model
7    is?
8                MS. BAUGHMAN:  Objection.
9        Form.
10               THE WITNESS:  It's -- it's
11       helpful in -- in giving you more
12       confidence.
13           Q.    BY MS. SILVERSTEIN:  More
14   confidence that the model is a better
15   representation of real-world conditions?
16               MS. BAUGHMAN:  Objection.
17       Form.
18               THE WITNESS:  No.  More
19       confidence in reducing the
20       uncertainty.
21           Q.    BY MS. SILVERSTEIN:  And so,
22   similarly, would that mean that the less
23   historical data that's available, the less
24   confident you can be in a model?
25               MS. BAUGHMAN:  Objection.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 136 of 390

1    Form.
2            THE WITNESS:  Could be.  I
3       mean, I guess what I wanted -- what I
4       wanted to add is just having more data
5       doesn't necessarily make the model
6       more accurate.
7       Q.    BY MS. SILVERSTEIN:  Why is
8    that?
9       A.    Because you -- you may not --
10   the -- you could have additional data that
11   wouldn't require changes to the model, and if
12   you don't make any changes to the model, then
13   you're going to get the same results.
14      Q.    Okay.  The last sentence in
15   that paragraph is "A reasonable guideline is
16   to predict only for a time comparable to the
17   period that was matched."
18      A.    Okay.  Let's see here.
19            MS. BAUGHMAN:  And you can feel
20       free to read as much of this as you
21       want since you've never read this
22       chapter.
23            THE WITNESS:  "The original
24       guideline is to predict only" --
25            MS. BAUGHMAN:  Don't read out

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 137 of 390

```
 1          loud, okay?
 2                  THE WITNESS:  Okay.  Sorry.
 3                  MS. BAUGHMAN:  I'll object to
 4          the form.
 5                  THE WITNESS:  Okay.  What --
 6          what's the question?
 7          Q.    BY MS. SILVERSTEIN:  What is
 8   your understanding of what it means that "A
 9   reasonable guideline is to predict only for a
10   time comparable to the period that was
11   matched"?
12                  MS. BAUGHMAN:  Objection.
13          Form.
14                  He didn't write it.
15                  THE WITNESS:  Yeah, I'm -- I'm
16          not sure what that sentence means.
17          Q.    BY MS. SILVERSTEIN:  Do you
18   have any understanding, reading that today?
19                  MS. BAUGHMAN:  Objection.
20          Form.
21                  THE WITNESS:  No.
22                  MS. SILVERSTEIN:  Okay.  You
23          can go ahead and put that exhibit
24          aside.
25          Q.    One of the pieces -- the types
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 138 of 390

1    of data that you used in your post-audit is
2    precipitation values; right?
3            A.      Correct.
4            Q.      And you agree that the original
5    model used precipitation values from
6    Maysville-Hofmann Forest Station; right?
7            A.      That's my understanding.
8            Q.      For the post-audit, you
9    attempted to obtain precipitation data from
10   Maysville-Hofmann Forest Station; right?
11           A.      Correct.
12           Q.      Why did you first -- why did
13   you try and attempt to -- attempt to obtain
14   data from Maysville-Hofmann Forest Station?
15           A.      Made sense to use the same
16   source.
17           Q.      Why would it make sense to use
18   the same source?
19                   MS. BAUGHMAN:  Objection.
20           Form.
21                   THE WITNESS:  It just -- it
22           just makes sense if they -- if they
23           used -- if they got data from one
24           source, there would be no reason,
25           unless that data did not exist, to use

GolKow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 139 of 390

1          some other source.

2          Q.      BY MS. SILVERSTEIN:   Okay.

3    When you attempted to obtain this data, you

4    discovered there were three data sets from

5    Maysville-Hofmann Forest Station; right?

6          A.      I just recall that the -- for

7    the -- for the years that we were looking

8    for, the original source wasn't complete.

9          Q.      When you say "original

10   source" --

11         A.      Where they -- where they got

12   the -- the precipitation from for the

13   original model.

14         Q.      Okay.  For the post-audit --

15   and I'm on Page 3-1, under Section 3.2

16   "Rainfall-Recharge."

17         A.      Correct.

18         Q.      You found -- it says "We found

19   three different precipitation data sets that

20   were purported to be from the Hoffmann Forest

21   Station, but each of these data sets was

22   determined to be unusable"; is that right?

23         A.      Yeah, incomplete.

24         Q.      Why did you determine that the

25   data was unusable?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 140 of 390

1          A.      Incomplete.

2          Q.      What do you mean by

3     "incomplete"?

4          A.      Missing data.

5          Q.      Meaning that there were time

6     periods that there was no data for?

7          A.      Correct.

8          Q.      Since you determined the

9     Hoffmann Forest Station data was unusable,

10    you used data from other nearby stations;

11    right?

12         A.      Correct.

13         Q.      And you said the mean rainfall

14    for each of these gauges over the 1951 to

15    1994 period is similar to the mean rainfall

16    for the Hoffmann Forest Station over the same

17    period?

18         A.      Correct.

19         Q.      Did you determine whether the

20    mean rainfall for each of the -- the other

21    stations that you used from 1995 to 2008 was

22    similar to the mean rainfall for Hoffmann

23    Forest Station during that time period?

24         A.      That was difficult because that

25    data was incomplete.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 141 of 390

1           Q.      Okay.  Was the data for

2    Hoffmann Forest Station from 1951 to 1994

3    complete?

4           A.      I assume that it was because

5    that's what was used in the model.

6           Q.      Did you do anything to confirm

7    whether or not that data was complete?

8           A.      No.  We based -- we just -- we

9    looked -- we -- we reviewed what -- the

10   documentation here, and then -- then they

11   reported those monthly recharge values in --

12   in that model, and so that's what we --

13   that's what we were based on -- we were

14   basing it on, not the original raw data.  We

15   had no access to the original raw data that

16   they had.

17          Q.      Okay.  So where did you get the

18   precipitation data for Hoffmann Forest

19   Station from 1995 to 2008?

20          A.      We requested it from various --

21   North Carolina State and various -- various

22   location -- various organizations to try to

23   get that data for that period of time.

24          Q.      Did you --

25          A.      And nobody had complete data.

1      Q.    Okay.  Did you request the data

2  for Hoffmann Forest Station from those same

3  sources for 1951 to 1994?

4      A.    No.

5      Q.    It's correct that you used the

6  precipitation values to calculate the

7  recharge coefficient; right?

8      A.    The recharge rate.

9      Q.    The recharge rate, okay.

10          And you used .235 as the

11  recharge rate?

12      A.    Yeah.  That was the same that

13  was used in the original model.

14      Q.    And my understanding is the

15  recharge rate is equal to the average

16  effective recharge divided by the average

17  annual precipitation; is that right?

18      A.    Say that again.

19      Q.    That to get the recharge rate,

20  you do the average effective recharge divided

21  by the average annual precipitation; is that

22  right?

23      A.    No.

24      Q.    How do you get --

25      A.    No.  You're going to get --

1        Q.    -- the recharge rate?

2        A.    You're going to get -- you're

3 going to get monthly recharge -- or monthly

4 precipitation numbers --

5        Q.    Okay.

6        A.    -- and you're going to multiply

7 by this factor, and that's the amount of

8 water that's applied to the model, that goes

9 into the model.

10       Q.    Okay.  So you say you're going

11 to multiply that by this factor.  Are you

12 referring to the .235?

13       A.    Correct.

14       Q.    How do you determine that

15 recharge rate?  Like, how do you determine

16 the .235?

17       A.    That was given to us by the

18 legal team.  That was what was used in the

19 original model.  So to be consistent, we used

20 the same.  There was no -- there was no

21 reason that the -- that that rate had

22 changed.  That factor, I should say.

23       Q.    Okay.  And do you know how

24 ATSDR determined that factor?

25       A.    No.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 144 of 390

1          Q.      So would it be fair to say that
2     you didn't do anything to confirm that
3     ATSDR's factor was correct?
4          A.      No.
5          Q.      No, you didn't do anything to
6     confirm or, no, that's not correct?
7          A.      That was outside of our scope.
8          Q.      Okay.  You also considered
9     remediation well pumping data for your
10    post-audit; right?
11         A.      Considered?
12         Q.      Did you use the remediation
13    well pumping data?
14         A.      Correct.
15         Q.      My understanding is that the
16    remediation wells withdraw water from the
17    aquifer; is that right?
18         A.      That's correct.
19         Q.      And is it correct that
20    withdrawing water from the aquifer is
21    impacted -- impacts -- excuse me -- both the
22    flow field and the subsequent movement of
23    contaminants simulated by MT3DMS?
24         A.      Correct.
25         Q.      And you'd agree that inaccurate

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 145 of 390

1    remediation well data would affect the model
2    results; right?
3                    MS. BAUGHMAN:  Objection.
4            Form.
5                    THE WITNESS:  Affect it in
6            which way?
7            Q.    BY MS. SILVERSTEIN:  If you
8    found out that the remediation -- that
9    remediation well data was inaccurate, could
10   that change the results of the post-audit?
11                    MS. BAUGHMAN:  Objection.
12           Form.
13                    THE WITNESS:  Change the
14           results of the post-audit?  Like,
15           which results are we talking about?
16           Q.    BY MS. SILVERSTEIN:  Could it
17   change the concentration data produced by
18   MT3DMS?
19           A.    It's possible.
20                    MS. BAUGHMAN:  Objection.
21           Form.
22                    THE WITNESS:  It's possible.
23           Q.    BY MS. SILVERSTEIN:  And --
24   okay.  In your report, you said that you
25   received a list of remediation wells and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 146 of 390

1  pumping history for 1999 to 2008; is that
2  right?
3          A.      I believe that's correct.
4          Q.      Where did you get that list of
5  pumping -- pumping well history from?
6          A.      From the legal team.
7          Q.      Do you know what the source of
8  that data is?
9          A.      No.
10         Q.      When I say "the pumping
11 history," that includes, like, the pumping
12 rate data; right?
13         A.      That's correct.
14         Q.      And in your report, you say you
15 have a list of remediation wells and pumping
16 history for 1999 to 2008.
17                 Does that mean that you did not
18 have remediation well pumping history from
19 1995 to 1998?
20         A.      I believe there's a table that
21 lists -- yeah, Table 2 lists the information
22 that we were given for the five remediation
23 wells pumping from 1995 -- well, our model
24 went from 1995 to 2008, and we were given
25 this data that's reflected in Table 2.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 147 of 390

1      Q.      Okay.  And Table 2 reflects
2    pumping rate data from November 1999 through
3    March 2008; right?
4      A.      Correct.
5      Q.      So there's -- you weren't
6    provided pumping rate data for 1995 through
7    1998; right?
8              MS. BAUGHMAN:  Objection.  Form
9         and foundation.
10     Q.      BY MS. SILVERSTEIN:  Were you
11   provided any pumping rate data for 1995?
12     A.      No.
13             MS. BAUGHMAN:  Same objection.
14     Q.      BY MS. SILVERSTEIN:  Were you
15   provided pumping rate data for 1996?
16             MS. BAUGHMAN:  Same objection.
17             THE WITNESS:  No.
18     Q.      BY MS. SILVERSTEIN:  Were you
19   provided pumping rate data for 1997?
20             MS. BAUGHMAN:  Same objections.
21             THE WITNESS:  No.
22     Q.      BY MS. SILVERSTEIN:  And were
23   you provided any pumping rate data for 1998?
24             MS. BAUGHMAN:  Same objections.
25             THE WITNESS:  No.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 148 of 390

1          Q.     BY MS. SILVERSTEIN:  The
2     pumping rate data that you do have -- well,
3     first, did you prepare Table 2?
4          A.     My staff did, yes.
5          Q.     And you said a minute ago that
6     this is all of the pumping rate data that you
7     have; is that correct?
8          A.     That's correct.
9          Q.     This data is for five different
10    remediation wells?
11         A.     Correct.
12         Q.     And you have, looks like, eight
13    data points for each well; is that correct?
14         A.     Correct.
15         Q.     So would it be accurate to say
16    that you have data points for five wells for
17    eight days over a 13-year time span?
18              MS. BAUGHMAN:  Objection.
19         Form.
20              THE WITNESS:  Five wells,
21         eight -- some of them didn't have, so
22         you couldn't say, you know, because
23         RWS-1A did not have any -- was not
24         pumping in 2007 -- on February 20,
25         2007, and March 11, 2008, so this

GolKow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 149 of 390

1          table reflects what we were given and
2          what we put in the model.
3          Q.    BY MS. SILVERSTEIN:  Okay.  I
4    want to talk a little bit about some of the
5    assumptions that you made with the
6    remediation well data.
7          A.    Okay.
8          Q.    So looking at this table, the
9    data points show that the pumping rate
10   changed for each well over time; right?
11         A.    (Witness nods head.)
12         Q.    I'm sorry, is that a yes?
13         A.    Yes, yes.
14         Q.    Sorry, I just have to ask for
15   the answers to be verbal.
16         A.    Yeah.
17               MS. BAUGHMAN:  Objection.
18         Form.
19               It's actually not true.
20               THE WITNESS:  Yeah, I was -- I
21         apologize.  I wasn't -- I didn't wait
22         for your question, so if you can ask
23         the question again.
24         Q.    BY MS. SILVERSTEIN:  Sure.
25               The table shows that the

GolkowTechnologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 150 of 390

1   pumping rate for the wells changed over time;

2   right?

3                   MS. BAUGHMAN:  Objection.

4        Form.

5                   THE WITNESS:  Yes.

6        Q.      BY MS. SILVERSTEIN:  Okay.  And

7   you'd agree that in between the data points,

8   you assumed that the pumping rate was --

9   remained steady; right?

10       A.      Yes.

11       Q.      What was that assumption based

12  on?

13       A.      It was based on the fact that

14  we didn't have anything to tell us otherwise.

15  So RWS-1A was pumping at 5.5 GP gallons per

16  minute in November of 1999, and we assumed

17  that that was doing that until November 6,

18  2001.

19       Q.      You would agree that you don't

20  have any data points for 2000 for Well

21  RWS-1A; right?

22       A.      Correct.

23       Q.      And because you don't have any

24  data points, you don't -- you can't know for

25  certain what the pumping rate was for 2000 --

1    at any point during 2000; right?

2              MS. BAUGHMAN:  Objection.

3         Form.

4              THE WITNESS:  Yeah, typical

5         modeling, typical protocol would be if

6         you don't have any information that

7         changed, then it's going to continue

8         until you have a data point that --

9         that -- that was recorded that said

10        it -- it hit the pumping ratios.

11        Q.    BY MS. SILVERSTEIN:  Okay.  But

12   from my understanding, that doesn't mean that

13   you know that in --

14        A.    No, of course not.

15             MS. BAUGHMAN:  You've got to

16        let -- let her finish --

17             THE WITNESS:  Oh, sorry.

18             MS. BAUGHMAN:  -- her question

19        before you answer, okay?

20             THE WITNESS:  Okay.

21        Q.    BY MS. SILVERSTEIN:  That

22   assumption doesn't mean that you know what

23   the pumping rate was at any point other than

24   on the dates that you have a data point for;

25   right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 152 of 390

```
 1              MS. BAUGHMAN:  Objection.
 2       Form.
 3              THE WITNESS:  Correct.
 4       Q.     BY MS. SILVERSTEIN:  So the
 5  first well listed here is RWS-1A.  And the
 6  first data point in this table is November 1,
 7  1999.
 8              Would it be fair to assume that
 9  that means the earliest data point you have
10  for Well RWS-1A's pumping rate is November 1,
11  1999?
12       A.     Correct.
13       Q.     How did you determine which
14  pumping rate to use between -- from
15  November 2, 1999, through November 5, 2001?
16       A.     For RWS-1A?
17       Q.     Yes.  For any of the wells.
18       A.     It would be the last known
19  pumping rate.
20       Q.     If the pumping rate for Well
21  RWS-1A was higher than 5.5 gallons per minute
22  on November 2, 1999, through November 5,
23  2001, would that affect the concentrations
24  simulated by the model?
25              MS. BAUGHMAN:  Objection.
```

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 153 of 390

1          Form.
2                    THE WITNESS:   Concentrations
3          where?
4          Q.    BY MS. SILVERSTEIN:   So you
5     used the pumping well data to calculate
6     concentrations from the well at -- in the
7     Tarawa Terrace water system; right?
8          A.    Yes.
9          Q.    Okay.  So if the pumping rate
10    is higher, would -- could that affect the
11    concentrations that you calculated?
12                   MS. BAUGHMAN:   Objection.
13         Form.
14                   THE WITNESS:   The
15         concentrations where?
16         Q.    BY MS. SILVERSTEIN:   So where
17    specifically -- when you calculated
18    concentrations -- different concentrations,
19    where specifically were those for?
20         A.    The concentrations were
21    calculated -- well, the model calculate --
22    calculates concentrations at every model
23    cell, and then we were specifically looking
24    at the observations.  The observation points.
25         Q.    Okay.  So those same

GolKow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 154 of 390

1    observation points, assume you're talking

2    about the same observation point.

3              Would that -- would a higher

4    pumping rate potentially change that same

5    observation -- the concentration in that same

6    observation point?

7              MS. BAUGHMAN:  Objection; form.

8         Objection; form.

9              THE WITNESS:  It's possible.

10        Q.    BY MS. SILVERSTEIN:  You'd

11   agree that aside from these five wells

12   identified in Table 2, all other pumping

13   wells in the model had zero pumping rates

14   during the extended simulation you did?

15        A.    That's my understanding, yes.

16        Q.    And that means you assume those

17   wells were not pumping; right?

18        A.    That's correct.

19        Q.    Why did you make that

20   assumption?

21        A.    That wasn't an assumption.

22   That was information that we were given by

23   the legal team.

24        Q.    What information were you

25   provided?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 155 of 390

1      A.     That the only pumping that was

2   going on was based on Table 2.

3      Q.     Okay.  Did they -- were you

4   told that or were you provided some kind of

5   documentation?

6      A.     We were provided the

7   documentation that we put in Table 2.

8      Q.     And told that this was --

9   there -- that the other wells not listed here

10  were not pumping; is that right?

11     A.     We were -- we were told this

12  was what was pumping during that period of

13  time.

14     Q.     Okay.  I want to go to Table 4.

15            Table 4 is titled "Observed PCE

16  Concentrations At Monitoring Wells, 1995 to

17  2008"; right?

18     A.     Correct.

19     Q.     Did you prepare this table?

20     A.     No.

21     Q.     Who prepared this table?

22     A.     Dr. Jones.

23     Q.     And are you familiar with the

24  information in the table?

25     A.     I supplied the information to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 156 of 390

1    him.

2         Q.      Okay.  Where did you get the

3    information from?

4         A.      From the outputs of the model.

5         Q.      Okay.  So from my

6    understanding --

7         A.      Oh, this is the observed.  Oh,

8    okay, I take it back.  I thought this was,

9    like, computed.  So my apologies.

10                So this information was

11   provided to us by the legal team.

12        Q.      And you'd agree that the --

13   there were localized discrepancies in error

14   magnitude, particularly in areas where

15   monitoring wells showed significant temporal

16   or spatial variability?

17                MS. BAUGHMAN:  Objection.

18        Form.

19                THE WITNESS:  Can you read that

20        question again?

21        Q.      BY MS. SILVERSTEIN:  Sure.

22                You said and would agree that

23   localized discrepancies and error magnitude,

24   particularly in areas where monitoring wells

25   showed significant -- that there were --

```
 1              MS. BAUGHMAN:  If you're
 2         reading from the report, can you tell
 3         us where you're reading from so he can
 4         look at it.
 5              MS. SILVERSTEIN:  Sure.
 6         Q.    I'm just trying to understand.
 7    Were there localized discrepancies in the
 8    sampling data that you reviewed?
 9         A.    What --
10              MS. BAUGHMAN:  Objection.
11         Form.
12              THE WITNESS:  What do you mean
13         "discrepancies"?
14              Discrepancies --
15              MS. BAUGHMAN:  Wait, wait.
16              THE WITNESS:  Sorry.
17         Q.    BY MS. SILVERSTEIN:  Okay.
18    Okay.  If you go to Page 4-2, let's start
19    there.
20         A.    Okay.
21         Q.    You said here that there were
22    "spatial variations in the observed
23    concentrations"; right?
24         A.    Correct.
25         Q.    Okay.  What do you mean by
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 158 of 390

1    "spatial variations in the observed

2    concentrations"?

3          A.      Meaning that I could have a

4    concentration at one point that said one

5    thing and -- and one right next to it or some

6    distance away that said something different.

7          Q.      And what is your understanding

8    of why that would be?

9          A.      Lots of different reasons.

10         Q.      Okay.  You said beginning on

11   the last sentence on Page 4-2 -- well, I'll

12   start the sentence before.  "The observed

13   concentrations of this well" -- which is

14   RWS-4A -- "showed extreme fluctuations over

15   time.  The observed concentration of 280

16   micrograms per liter in January 2002 was

17   followed only three months later by an

18   observed concentration of 6,900 micrograms

19   per liter - the highest value measured.  Then

20   for the sequence of observations from 2003 to

21   2007, the concentrations oscillated from

22   1,100 to 0 to 1,000 to 92 to 1,600.  This

23   high degree of fluctuation could be due to

24   sampling errors, differences in analytical

25   techniques, and/or extreme heterogeneity in

1    aquifer properties near the well"; right?

2          A.     Correct.

3          Q.     Okay.  So if you can turn back

4    to Table 4.  Well C13 shows a concentration

5    of 5,400 micrograms per liter in January of

6    2002; right?

7          A.     Uh-huh.

8          Q.     Is that a yes?

9          A.     Correct.

10          Q.     And five months later, May 1,

11    2002, it shows a value of 140 micrograms per

12    liter?

13          A.     Yes.

14          Q.     Is that -- when you referred to

15    large fluctuations in the text of your

16    report, is -- is that the kind of fluctuation

17    you're referring to?

18          A.     That's an example.

19          Q.     And you'd agree that the May

20    reading, the May 2002 reading, is less than

21    5 percent of the January 2002 reading?

22          A.     Yes.

23          Q.     Is this an anomaly?

24                 MS. BAUGHMAN:  Objection.

25          Form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 160 of 390

1                THE WITNESS:  Anomaly?

2        Q.     BY MS. SILVERSTEIN:  Do you

3    consider it -- in your experience, would it

4    be normal that there would be this kind of

5    fluctuation?

6                MS. BAUGHMAN:  Objection.

7        Form.

8                THE WITNESS:  That's normal.

9        Q.     BY MS. SILVERSTEIN:  Okay.  And

10   you described in your report temporal

11   anomalies.  What -- what does a "temporal

12   anomaly" mean?

13               MS. BAUGHMAN:  Can you show us

14        where in the report that is so he can

15        see the context.

16               MS. SILVERSTEIN:  It's in

17        Section 4 where we were just looking.

18       Q.     The last paragraph in Section 4

19   describes "This temporal and spatial

20   variability in concentrations at selected

21   wells illustrates the extreme variability

22   often seen when dealing with concentrations

23   from data from monitoring wells."

24               Do you see that?

25       A.     Yes.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 161 of 390

1          Q.      Okay.  Is this the kind of
2     temporal variability you're describing?
3          A.      That is the temporal
4     variability, yes.
5          Q.      The last sentence there on that
6     page says "Each of these sites with high
7     variability is generally correlated with
8     higher model error, as shown below in the
9     Results section"; is that right?
10         A.      Yes.
11         Q.      Could this type of temporal
12    variability have occurred at the observation
13    wells that were used in the original Tarawa
14    Terrace model?
15                 MS. BAUGHMAN:  Objection.
16         Form.
17                 THE WITNESS:  Yes, it could.
18         Q.      BY MS. SILVERSTEIN:  And that
19    would include Well TT-26?
20                 MS. BAUGHMAN:  Objection.
21         Form.
22                 THE WITNESS:  Yes.
23         Q.      BY MS. SILVERSTEIN:  So I want
24    to look down at -- back on Table 4 at Well
25    RWS-2A.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 162 of 390

```
 1                   Do you see that?
 2         A.       Yes.
 3         Q.       Okay.  It shows that there was
 4    an observed concentration of 290 micrograms
 5    per liter on August 1, 2002; is that right?
 6         A.       Yes.
 7         Q.       It also shows that the value on
 8    the observed concentration on May 1, 2002,
 9    was 79 micrograms per liter; right?
10         A.       Yes.
11         Q.       And -- well, after August 2002
12    is for November 1, 2002, and shows
13    98 micrograms per liter; right?
14         A.       Yes.
15         Q.       The value in May 2002 is less
16    than 30 percent of the value in August;
17    right?
18         A.       Yes.
19         Q.       And the value in November 2002
20    is about a third of what the value was in
21    August?
22         A.       Yes.
23         Q.       Would that be considered
24    temporal variability?
25         A.       Yes.
```

1       Q.      All right.  A moment ago we
2  looked at the part of your report that says
3  that this kind of variability likely resulted
4  from natural subsurface variability sampling
5  errors, differences in analytical methods.
6               Do you remember that?
7       A.      Yes.
8       Q.      By sampling area -- error --
9  excuse me -- do you mean that the sample
10  results wouldn't reflect the actual
11  concentration in the water?
12      A.      That's one -- that's one
13  possibility.
14      Q.      Okay.  What else does "sampling
15  error" mean?
16      A.      Just how -- how the sample was
17  collected, how it was stored, how -- from the
18  moment that it was removed from the aquifer
19  to the moment it got to the lab.
20      Q.      Okay.  And the errors from the
21  moment it got to the aquifer to the moment it
22  got to the lab might mean that the sample
23  results don't reflect the concentration in
24  the water -- in the aquifer; right?
25      A.      That's possible.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 164 of 390

1      Q.     Okay.  I want to look at
2  Figure 6.
3              MS. BAUGHMAN:  Did you say
4       "Figure" or "Table 6"?
5              MS. SILVERSTEIN:  I said
6       "Figure 6."
7              MS. BAUGHMAN:  Figure 6, okay.
8      Q.     BY MS. SILVERSTEIN:  And the
9  sampling errors that we discussed a moment
10  ago between the moment the sample is taken
11  and when it gets to the lab, is it possible
12  that those same -- that same type of sampling
13  error occurred with samples taken in the
14  1980s?
15              MS. BAUGHMAN:  Objection.
16       Form.
17              THE WITNESS:  It's possible.
18      Q.     BY MS. SILVERSTEIN:  And that
19  includes models taken at -- that includes
20  samples taken at Tarawa Terrace in the 1980s;
21  right?
22              MS. BAUGHMAN:  Objection.
23       Form.
24              THE WITNESS:  Yes, it's
25       possible.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 165 of 390

1          Q.      BY MS. SILVERSTEIN:  Okay.  So

2    Figure 6 is titled "Simulated versus observed

3    PCE concentrations from (a) Original Model

4    and (b) Extended Model Tarawa Terrace Flow

5    and Transport Model Post-Audit"; is that

6    right?

7          A.      Correct.

8          Q.      Did you make this figure?

9          A.      No.  I believe this was

10   Dr. Jones.

11         Q.      It's fair to assume that you're

12   familiar with it?

13         A.      Very much so.  I gave him -- I

14   supplied him the data.

15         Q.      Great.

16                 Do you agree with how the data

17   in Figure 6 is visually portrayed?

18                 MS. BAUGHMAN:  Objection.

19         Form.

20                 THE WITNESS:  Yes, I agree how

21         it's visually prepared.

22         Q.      BY MS. SILVERSTEIN:  Are there

23   any changes that you would make to Figure 6?

24                 MS. BAUGHMAN:  Objection.

25         Form.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 166 of 390

1                    THE WITNESS:  No.

2                    MS. BAUGHMAN:  You mean as -- I

3          mean, it was updated in the --

4                    THE WITNESS:  Yeah.

5                    MS. BAUGHMAN:  -- in the

6          rebuttal report --

7                    THE WITNESS:  Yeah.

8                    MS. BAUGHMAN:  -- is that what

9          you're asking?

10         Q.    BY MS. SILVERSTEIN:  Are there

11    any changes that you would make to how it is

12    portrayed?

13         A.    No.

14         Q.    Go ahead and look at

15    Section 5-2.

16                    You would agree that the

17    simulated values from your post-audit are

18    biased on the high side; right?

19                    MS. BAUGHMAN:  Objection.

20         Form.

21                    THE WITNESS:  We did state in

22         our report that it appeared that the

23         computed values were biased high.

24         Q.    BY MS. SILVERSTEIN:  That means

25    that the computed values are higher than the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 167 of 390

1    observed values; right?
2         A.    Correct.  But I would -- I
3    would add that where it was most important at
4    TT-26, the simulated values matched very
5    closely to the observed values.
6         Q.    So in this report you state --
7    you said that when the sites with zero
8    observed or simulated concentrations are
9    factored in, the errors are balanced; right?
10        A.    Where are you -- where are you
11   reading?
12        Q.    Well, would you agree that when
13   you factor in the zero observed
14   concentrations, the -- the results are
15   balanced?
16             MS. BAUGHMAN:  If you're
17        reading from his report, you need to
18        show -- he asked you where you're
19        reading from.
20        Q.    BY MS. SILVERSTEIN:  Okay.  It
21   is in Section 5.1, the second paragraph.  The
22   last sentence.
23             Do you -- do you agree that
24   when you factor in the -- the zero observed
25   or simulated concentrations, the errors are

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 168 of 390

1    balanced?

2         A.    Well, we wrote "well balanced."

3         Q.    You wrote "However, when the

4    sites with zero observed or simulated

5    concentrations not shown on Figure 6 are

6    factored in, the errors are balanced, as

7    indicated by the low mean error reported

8    above"; is that right?

9              MS. BAUGHMAN:  It's the last

10        sentence of the second paragraph.

11             THE WITNESS:  Okay, hold on.

12             Correct, yes.

13        Q.    BY MS. SILVERSTEIN:  Okay.  I

14   want you to go to Page Roman Numeral vi, the

15   Executive Summary.

16             And if you look at the fourth

17   paragraph, the -- the third sentence you

18   wrote "There were localized discrepancies in

19   error magnitude, particularly in areas where

20   monitoring wells showed significant temporal

21   and spatial variability"; is that right?

22        A.    Correct.

23        Q.    Okay.  So I want to go back to

24   Table 4.

25             My understanding, I believe

1    what you said earlier, is that this table

2    shows actual sample results at the monitoring

3    wells; is that right?

4         A.    Correct.

5         Q.    Okay.  So, for example, Well C1

6    shows -- lists sample results for ten

7    different dates; is that right?

8         A.    Correct.

9         Q.    Okay.  And then the dash for

10   June 1, 1997, and January 1, 2002, does that

11   mean that a sample wasn't taken from Well C1

12   on those dates?

13        A.    I don't know.  I assume, but I

14   don't know if that's the reason.

15        Q.    Okay.  When provided the --

16   this data for your use in the post-audit,

17   what did you understand the dashes -- like,

18   at June 1, 1997, and January 1, 2002, what

19   did you understand that to mean?

20        A.    That no sample was recorded.

21        Q.    And for Well C1, the "less than

22   DL," does that mean that the samples

23   collected yielded results below the detection

24   limit?

25        A.    That's my understanding, yeah.

1      Q.      Do you know what the detection
2   limit was?
3      A.      In 19- -- or in 2000, not off
4   the top of my head.
5      Q.      Okay.  Would it be fair to say
6   that Well C1 doesn't exhibit any, like,
7   temporal anomalies, temporal variant --
8   variability?
9      A.      No, because just because it was
10  below the detection limit doesn't mean that
11  it didn't vary.
12     Q.      Okay.  When you say "temporal
13  variability," does that mean any kind of
14  change in the concentration?
15     A.      Yes.
16     Q.      Okay.  So even if it was going
17  from, for example, 58 micrograms per liter to
18  57 micrograms per liter, you would -- you
19  describe that as temporal variability?
20     A.      Sure.
21     Q.      Is -- when you talked about
22  temporal variability in your report, is that
23  what you were describing?
24               MS. BAUGHMAN:  Objection.
25         Form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 171 of 390

1                THE WITNESS:  No.  We were --
2        we were talking more about wider
3        ranges than from 57 to 58.
4        Q.    BY MS. SILVERSTEIN:  Okay.  And
5    when you say "wider ranges," what do you
6    mean?
7                MS. BAUGHMAN:  Objection.
8        Form.
9                THE WITNESS:  It's subjective.
10       Q.    BY MS. SILVERSTEIN:  Okay.
11   When you say "wider ranges" and -- in the
12   report that you wrote, what did you
13   subjectively mean?
14               MS. BAUGHMAN:  Objection.
15       Form.
16               THE WITNESS:  One example would
17       be C13.
18       Q.    BY MS. SILVERSTEIN:  Okay.  And
19   that's because the difference between 5,400
20   to -- micrograms per liter to 140 micrograms
21   per liter is -- is large?
22       A.    Is -- it's -- it's a
23   difference, yes.
24       Q.    Okay.  When you were discussing
25   temporal variability in your report, were you

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 172 of 390

1    referring to -- well, scratch that.

2              Is your understanding that

3    there could have been the kind of temporal

4    variability we're discussing in your report

5    in monitoring Well C1 based on the nondetect

6    sample results?

7              MS. BAUGHMAN:  Objection.

8         Form.

9              THE WITNESS:  It could, but the

10        lab reported it as nondetect -- or

11        below the detection level.

12             MS. SILVERSTEIN:  Okay.

13             THE WITNESS:  So we had nothing

14        to go by.

15        Q.    BY MS. SILVERSTEIN:  Okay.  And

16   so would zero to the detection level, is that

17   a big enough difference that it would have

18   been temporal variability?

19             MS. BAUGHMAN:  Objection.

20        Form.

21             MS. SILVERSTEIN:  As described

22        in your report.

23             MS. BAUGHMAN:  Objection.

24        Form.

25             THE WITNESS:  Yes, it's

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 173 of 390

1    possible.

2         Q.    BY MS. SILVERSTEIN:  Do you

3    have an understanding of about where the

4    detection limit was for these samples?

5         A.    In '97 and 2000, no, not off

6    the top of my head.  I'd have to look it up.

7         Q.    Do you know what the detection

8    limit for PCE is today?

9         A.    I should know it off the top of

10   my head, but I would have to look it up.

11        Q.    If the detection limit was 10

12   micrograms per liter, would you consider it

13   to be temporal variability as described in

14   your report if there was a defect -- if there

15   was a sample result of 1 microgram per liter

16   and a sample result of 10 micrograms per

17   liter?

18             MS. BAUGHMAN:  Objection.

19        Form.

20             THE WITNESS:  Yes, that's

21        varying.

22        Q.    BY MS. SILVERSTEIN:  Okay.  Is

23   that -- when you said "temporal variability"

24   in your report, were -- did you mean

25   something like 10 micrograms per liter?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 174 of 390

1          MS. BAUGHMAN:  Objection.
2     Form.
3          Why don't you show him where in
4     your report you're using that phrase
5     so he can tell you what it means.
6          MS. SILVERSTEIN:  He's used
7     "temporal variability" multiple times
8     and has read it.  I'm asking his
9     understanding of how he described
10    that --
11         MS. BAUGHMAN:  Well, since
12    he's --
13         MS. SILVERSTEIN:  -- in his
14    work.
15         MS. BAUGHMAN:  -- in different
16    contexts at different times, you
17    should show him what sentence you're
18    asking for clarification.
19    Q.    BY MS. SILVERSTEIN:  When you
20  said "temporal variability" -- I'm not asking
21  about clarification for a specific sentence.
22         When you said "temporal
23  variability" in your report, did you mean
24  multiple different things?
25         MS. BAUGHMAN:  Objection.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 175 of 390

1          Form.
2                    THE WITNESS:  No.
3          Q.
4                    MS. SILVERSTEIN:  Okay.
5                    THE WITNESS:  But there's
6          obviously a degree of variability.
7          Q.     BY MS. SILVERSTEIN:  Okay.  And
8    in your opinion, in your work, what does that
9    mean?
10                   MS. BAUGHMAN:  Objection.
11         Form.
12                   THE WITNESS:  Temporal
13         avail- -- temporal variability?  What
14         that means?  That means that at a
15         specific location, it's not constant.
16         Q.     BY MS. SILVERSTEIN:  Okay.  So
17   any kind of change --
18         A.     Over -- over time.
19         Q.     Any kind of change over time?
20         A.     Yeah.  Those could be small,
21   those could be -- they -- they could be
22   large.
23         Q.     Okay.  A few minutes ago you
24   said the temporal variability could be due to
25   differences in analytical techniques.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 176 of 390

1          Do you remember that?

2     A.     Yes.

3     Q.     What do you mean "differences

4     in analytical techniques"?

5     A.     Depending on how the lab

6     analyzed the sample.

7     Q.     Okay.  Could there be multiple

8     correct -- scientifically correct ways to

9     analyze a sample?

10    A.     That's possible.

11    Q.     Would multiple scientifically

12    correct ways to analyze a sample -- the same

13    sample result in different sample results?

14    A.     That is possible.

15    Q.     Okay.  What different

16    analytical techniques to analyze a sample

17    result are you aware of?

18    A.     I would say that's generally

19    out of my area of expertise.

20    Q.     Okay.  Do you consider what

21    analytical technique was used to interpret a

22    sample when you are working on your models?

23          MS. BAUGHMAN:  Objection.

24    Form.

25          THE WITNESS:  That's -- that's

1          generally out of my area of expertise,
2          and so when I'm getting lab report --
3          when I'm getting lab data back, I make
4          sure that those professionals that
5          understand the analysis and that check
6          the analysis and make sure that the
7          correct lab testing was done and that
8          those -- those numbers get
9          quality-checked when they come to me.
10         Q.      BY MS. SILVERSTEIN:  Okay.  Did
11    you review the, like, lab reports of the
12    samples for the observed PCE concentrations
13    at the monitoring wells listed here?
14         A.      No.
15         Q.      You also identified extreme
16    hetero -- heterogeneity --
17         A.      Heterogeneity.
18         Q.      Heterogeneity, thank you.
19         A.      It's okay.
20         Q.      -- and aquifer properties as
21    something that could lead to temporal
22    variability; is that right?
23         A.      Correct.
24         Q.      What does extreme
25    heterogeneity, what does that mean?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 178 of 390

1          A.     Yeah.  It probably -- the best
2     way to describe it is to look at our rebuttal
3     report and the Figure 2.  But heterogeneity
4     means basically it's not the same.
5                The -- the porous media and the
6     water that flows through the porous media is
7     not the same and uniform.  And so as
8     contaminants are getting carried by the water
9     through the porous media, that -- that can
10    vary widely.
11               And so that's generally a
12    spatial difference.  So you could have a
13    monitoring well, two monitoring wells fairly
14    close together and get widely different
15    answers.
16         Q.     Okay.  Is that something that
17    you look at when -- whether -- whether
18    there's extreme heterogeneity --
19    heterogeneity or not?  Is that something that
20    you consider when working on a -- a
21    groundwater model?
22         A.     Correct.
23               MS. BAUGHMAN:  Objection.
24         Form.
25               THE WITNESS:  Correct.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 179 of 390

1          Q.     BY MS. SILVERSTEIN:  Okay.
2     Okay.  I want to talk about the pumping
3     schedules that you -- you considered.
4               As we discussed earlier, you
5     considered pumping history when working on
6     the post-audit; right?
7          A.     Considered?  What do you mean?
8          Q.     Pumping history was one of
9     the -- the parameters used in your
10    post-audit; right?
11         A.     Correct.
12         Q.     And is it your understanding
13    that ATSDR assumed that after entering
14    service, wells operated continuously unless
15    they were documented as offline?
16               MS. BAUGHMAN:  Objection.
17         Form.  Asked and answered.
18               THE WITNESS:  It -- in -- in
19         the original model?
20               MS. SILVERSTEIN:  Yes.
21               THE WITNESS:  Yes.
22         Q.     BY MS. SILVERSTEIN:  Would you
23    expect the wells at Tarawa Terrace to need
24    maintenance?
25         A.     Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 180 of 390

1      Q.      Okay.  It would be fair to say
2    that the wells wouldn't be operating during a
3    maintenance period; right?
4      A.      Correct.
5      Q.      Would you expect that every
6    period of maintenance was documented in --
7    was documented?
8              MS. BAUGHMAN:  Objection.
9         Form.
10             THE WITNESS:  Would I assume
11        that it was documented?  No, I would
12        not assume that.
13     Q.      BY MS. SILVERSTEIN:  Okay.
14   Were you aware that there was an expert panel
15   on the Camp Lejeune water modeling in
16   March 2005?
17     A.      Yes, I was aware.
18     Q.      Did you review the transcript
19   of that expert panel in preparing your
20   reports?
21     A.      No.
22     Q.      Do you know why ATSDR modeled
23   wells as always pumping unless known to be
24   off?
25             MS. BAUGHMAN:  Objection.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 181 of 390

1          Form.
2                    THE WITNESS:  From my
3          experience, that's pretty standard.
4          Q.    BY MS. SILVERSTEIN:  Okay.  And
5   you reviewed the expert panel in preparing
6   your rebuttal report; is that right?
7          A.    The 2005?  I don't recall.
8          Q.    Okay.
9          A.    We may have some quotes from
10  there, but I don't remember reading it cover
11  to cover.
12         Q.    Okay.  How did you determine
13  which quotes to use?
14                   MS. BAUGHMAN:  Objection.
15         Form.
16                   THE WITNESS:  I don't recall.
17         Q.    BY MS. SILVERSTEIN:  You
18  reviewed the 2009 expert panel in preparing
19  your rebuttal report?
20         A.    I'm all --
21                   MS. BAUGHMAN:  You can look at
22         the report, if you want to, to answer.
23                   THE WITNESS:  I don't have
24         that.
25                   MS. BAUGHMAN:  The rebuttal?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 182 of 390

```
1           She didn't mark that?
2                 THE WITNESS:  No, the --
3                 MS. SILVERSTEIN:  It's marked
4           as Exhibit 3.  If you could turn to --
5                 THE WITNESS:  Oh, the rebuttal.
6                 MS. SILVERSTEIN:  -- Page 3-7
7           of your rebuttal report.  Okay.
8                 THE WITNESS:  3-7?  Okay.
9           Q.     BY MS. SILVERSTEIN:  Okay.  And
10    so did you review the 2009 expert panel?
11          A.     Not cover to cover.
12          Q.     How did you determine what
13    parts to review?
14                MS. BAUGHMAN:  Objection.
15          Form.  Asked and answered.
16                THE WITNESS:  To my
17          recollection, we -- we were looking
18          for just specific -- we were looking
19          at specific arguments or statements
20          that were set, but I did not read that
21          report cover to cover.
22          Q.     BY MS. SILVERSTEIN:  You said
23    that it's standard to assume that the well --
24    the well was pumping unless documented as out
25    of service; right?
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 183 of 390

1    A.    Generally, yes.

2    Q.    Why is that considered

3  standard?

4    A.    Because you don't have any

5  information otherwise.

6    Q.    Would it be a conservative

7  assumption to assume that the wells are

8  pumping unless documented otherwise?

9           MS. BAUGHMAN:  Objection.

10       Form.

11           THE WITNESS:  I would not use

12       the word "conservative."

13    Q.    BY MS. SILVERSTEIN:  Why not?

14    A.    That's not a word I would

15  describe pumping and continuous pumping.

16    Q.    Okay.  How would you describe

17  that assumption, the assumption that the

18  wells are pumping unless documented as off?

19           MS. BAUGHMAN:  Objection.

20       Form.  Asked and answered.

21           THE WITNESS:  Standard.

22       Standard approach, standard protocol.

23    Q.    BY MS. SILVERSTEIN:  Okay.  Is

24  it typical to have more wells pumping than

25  are needed to meet user demand?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 184 of 390

1            MS. BAUGHMAN:  Objection.

2       Form.

3            THE WITNESS:  I -- the pumping

4       schedules are going to be -- are going

5       to be totally dependent on the

6       municipality and the person or --

7       usually it's some person that's --

8       that's overseeing the water supply.

9       Q.    BY MS. SILVERSTEIN:  Okay.

10  Would it -- would you agree that having more

11  wells pumping than is necessary to meet

12  demand would create redundancy?

13       A.    Redundancy in what way?

14       Q.    It would mean that there's

15  more -- more wells are being used and

16  operated than are necessary?

17            MS. BAUGHMAN:  Objection.

18       Form.

19            THE WITNESS:  Again, that's

20       going to vary municipality to

21       municipality.  It would be up to

22       the -- the operator to determine how

23       much water was needed and how much

24       water was going to be stored.

25       Q.    BY MS. SILVERSTEIN:  Did you --

```
 1    what did you review that provided information
 2    about the Camp Lejeune policy on pumping more
 3    water than is necessary?
 4                   MS. BAUGHMAN:  Objection.
 5           Form.
 6                   THE WITNESS:  Did not read
 7           anything in that regard.
 8           Q.    BY MS. SILVERSTEIN:  Okay.
 9    Would it be fair to say that the data
10    indicating the pumpage rate at individual
11    Tarawa Terrace water supply wells was not
12    available for ATSDR's initial model?
13                   MS. BAUGHMAN:  Objection.  Form
14           and foundation.
15                   THE WITNESS:  Okay.  Can you
16           ask -- ask that question again?
17           Q.    BY MS. SILVERSTEIN:  Sure.
18                   You would agree that the
19    data -- the data points for the pumping rate
20    for the individual Tarawa Terrace water
21    supply wells wasn't available to ATSDR when
22    they did their model; right?
23                   MS. BAUGHMAN:  Objection.  Form
24           and foundation.
25                   THE WITNESS:  That's my
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 186 of 390

1          understanding.

2          Q.      BY MS. SILVERSTEIN:  Okay.  And

3     if you could go to Chapter C, which is

4     Exhibit 7, and turn to Page C70.

5               Page C70 has Table C3.1, which

6     is titled "Capacity and operational history

7     of water-supply Well TT-26 Tarawa Terrace

8     Marine Corps Base Camp Lejeune,

9     North Carolina"; is that right?

10         A.      Correct.

11         Q.      And you'd agree that there are

12    18 entries here?

13         A.      Correct.

14         Q.      So then you would agree that

15    the data for the well capacity and

16    operational history is limited to 18 entries

17    over the 40-year model time period?

18               MS. BAUGHMAN:  Objection.  Form

19         and foundation.

20               THE WITNESS:  Based on this --

21         what's being reported in this table,

22         yes.

23         Q.      BY MS. SILVERSTEIN:  And you're

24    not aware of any data points that are not

25    included in this table?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 187 of 390

1    MS. BAUGHMAN:  Same objections.

2    THE WITNESS:  Correct.

3    Q.    BY MS. SILVERSTEIN:  I notice

4  that you highlighted something in the

5  exhibit.  What did you highlight?

6    A.    Just highlighted the table and

7  that it was reporting TT-26.

8    Q.    Another piece of data that you

9  used in your post-audit was the mass loading

10  data; is that right?

11    A.    Correct.

12    Q.    In the -- in ATSDR's MT3DMS

13  simulation, this -- the -- the spill at ABC

14  Cleaners was simulated using a mass loading

15  rate of 1,200 gallons per day; right?

16    A.    1,200 what?

17    Q.    Gallons per day.

18    A.    No.

19    Q.    What was it?

20    A.    Let's turn to the --

21    Q.    Well, so do you know what the

22  mass loading rate that ATSDR simulated was?

23    A.    It was 1200, but it's not

24  gallons per day.

25    Q.    Okay.

```
 1          A.      So we can -- we can -- turn to
 2     that page.
 3          Q.      Grams per day, I'm sorry.
 4                  Is it grams -- that's grams per
 5     day?
 6          A.      Yes.
 7          Q.      Okay.  And that was in a single
 8     cell from January 1953 to December 1983;
 9     right?
10          A.      Correct.
11          Q.      For the extended simulation or
12     post-audit that you did, you didn't change
13     the mass loading rate, did you?
14          A.      No.
15          Q.      What did you do to verify that
16     the mass loading rate was correct?
17          A.      Nothing.
18          Q.      Do you know what -- and you
19     also used a start date of January 1953.
20                  Did you assume that date was
21     correct?
22          A.      Yes.
23          Q.      Do you know what the
24     January 1953 date is based on?
25          A.      I'm assuming that it was when
```

1    the ABC Cleaners began operations.

2          Q.     And do you know what the

3    12,000 -- or 1,200 -- excuse me -- grams per

4    day was based on?

5          A.     It was a number that came

6    through the calibration of the model.

7          Q.     Did you review the expert

8    report by Dr. Spiliotopoulos?

9          A.     I did.

10         Q.     Did you review the report by

11   Dr. Jay Brigham?

12         A.     I briefly went through it.  It

13   didn't really have anything to do with our

14   work.

15         Q.     When you were reviewing either

16   Dr. Spiliotopoulos' report or Dr. Brigham's

17   report, did you see their discussion of the

18   ABC Cleaner's opening date?

19         A.     Yes.

20         Q.     Would it be fair to say that

21   changing the date that mass -- the mass

22   loading began from January 1953 to 1954 could

23   change the model results?

24               MS. BAUGHMAN:  Objection.

25         Form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 190 of 390

1              THE WITNESS:  It could.  And in
2        our evaluation, it made very little
3        difference.
4        Q.     BY MS. SILVERSTEIN:  Did you
5   change the mass loading date in any of your
6   simulations?
7        A.     During the rebuttal report
8   phase, yes.
9        Q.     Would it be fair to say that if
10   the start date of the ABC Cleaner spill was
11   later than January 1953, that could mean that
12   the PCE reached the supply wells at a later
13   date?
14              MS. BAUGHMAN:  Objection.
15        Form.
16              THE WITNESS:  As I stated, it
17        made very little difference.
18        Q.     BY MS. SILVERSTEIN:  Does that
19   mean that it could change the date that the
20   PCE reached the supply wells?
21              MS. BAUGHMAN:  Objection.
22        Form.
23              THE WITNESS:  Yes, it could.
24        Q.     BY MS. SILVERSTEIN:  Do you
25   have any reason to believe that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 191 of 390

1    Dr. Spiliotopoulos or Dr. Brigham is
2    incorrect in their discussion of the opening
3    date of ABC Cleaners?
4                    MS. BAUGHMAN:  Objection.  Form
5        and foundation.
6                    THE WITNESS:  Do I --
7                    MS. BAUGHMAN:  Outside the
8        scope.
9                    THE WITNESS:  Yeah, I don't
10       have an opinion of what they think or
11       know.
12       Q.      BY MS. SILVERSTEIN:  Okay.  You
13   don't have an opinion as to whether the date
14   that ABC Cleaners opened was in 1953 or 1954?
15                   MS. BAUGHMAN:  Same objections.
16                   THE WITNESS:  Yeah, I have -- I
17       have no -- I'm -- I'm doing my work
18       based on what was reported in the
19       original document.
20       Q.      BY MS. SILVERSTEIN:  Okay.  And
21   you didn't do anything to verify the mass
22   loading start date that was used in the ATSDR
23   document?
24       A.      Correct.
25       Q.      What did you do to verify the

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 192 of 390

1    rate of 1,200 grams per day through

2    December 1983?

3                    MS. BAUGHMAN:  Objection.  Form

4         and foundation.  Asked and answered.

5                    THE WITNESS:  No.  We -- we

6         didn't -- we just took the numbers

7         that were given to us in the report.

8         Q.    BY MS. SILVERSTEIN:  Okay.  You

9    assumed that ATSDR was correct in that?

10        A.    Correct.

11        Q.    Okay.  If the rate is

12   different -- was different than 1,200 grams

13   per day for some or all of the dates from

14   1953 to 1987, would -- could that change the

15   concentration -- the simulated concentration

16   results?

17        A.    Yes, that's possible.

18                    MS. SILVERSTEIN:  Okay.  I

19        think we've been going for over an

20        hour, so this would be a good time for

21        a break.

22                    THE VIDEOGRAPHER:  We're off

23        the record.  The time is 2:06.

24           (There was a break taken.)

25                    THE VIDEOGRAPHER:  We're back

1          on the record.  The time is 2:27.

2          This is Media Number 4.

3               Counsel may proceed.

4          Q.    BY MS. SILVERSTEIN:  Mr. Davis,

5     did you talk to the attorneys about the

6     substance of your testimony while you were on

7     break?

8          A.    No.

9          Q.    Right before the break we were

10    talking about the mass loading -- the mass

11    loading date -- data that you used.

12               Do you remember that

13    conversation?

14         A.    Yes.

15         Q.    And you accepted ATSDR's

16    determination that 1200 grams per day was the

17    mass loading rate?

18         A.    Correct.

19         Q.    Is it reasonable to assume that

20    the first day that ABC Cleaners spilled PCE

21    into the water, the mass loading rate was

22    1200 grams per day?

23         A.    That's the assumption.

24         Q.    And is that, in your opinion, a

25    reasonable assumption?

1          A.      Yes.

2          Q.      Would that assumption take into

3     account the time it takes for the PCE to get

4     to the aquifer?

5                  MS. BAUGHMAN:  Objection.

6          Form.

7                  THE WITNESS:  By putting 1200

8          in, the model is going to interpret

9          that as -- as an immediate -- an

10         immediate source starting on that day.

11         Q.      BY MS. SILVERSTEIN:  Okay.  And

12    it would be fair to say that the PCE has to

13    move from ABC Cleaners to the aquifer; right?

14                 MS. BAUGHMAN:  Objection.

15         Form.

16                 THE WITNESS:  Yes, that's the

17         physical process.

18         Q.      BY MS. SILVERSTEIN:  Because

19    ABC Cleaners weren't dumping PCE into the

20    aquifer itself; right?

21         A.      That's my understanding.

22         Q.      And on the day that the PCE was

23    first spilled by ABC Cleaner, do you think

24    that it's reasonable to assume 1200 grams of

25    PCE would, on the same day, get to the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 195 of 390

1    aquifer?

2                    MS. BAUGHMAN:   Objection.

3         Form.

4                    THE WITNESS:   We -- we don't

5         know.

6         Q.    BY MS. SILVERSTEIN:   Does -- as

7    the PCE moved to the aquifer, some of it

8    would volatilize; right?

9         A.    It's possible.

10        Q.    Does the mass loading rate take

11   into account the volatilization?

12        A.    Yes.

13        Q.    How so?

14        A.    Because that mass rate was

15   calculated through a -- an effort of

16   calibration to say this is what we -- through

17   calibration, this is the mass loading number

18   that we're going to use to match what we're

19   measuring in the -- in the field at the

20   observation points.

21        Q.    How -- what was the

22   volatilization rate that ATSDR used in their

23   calibration?

24                    MS. BAUGHMAN:   Objection.

25        Form.

```
 1              THE WITNESS:  There's no such
 2         volatilization rate.
 3         Q.      BY MS. SILVERSTEIN:  Okay.  How
 4    did they determine how much of the PCE would
 5    volatilize?
 6              MS. BAUGHMAN:  Objection.  Form
 7         and foundation.
 8              THE WITNESS:  They didn't, is
 9         my understanding.  My understanding is
10         they came up with the 1200 number
11         through a calibration effort.
12         Q.      BY MS. SILVERSTEIN:  Okay.  The
13    amount of PCE that volatilized depends on --
14    would depend on soil conditions?
15         A.      That's part of it.
16         Q.      Right.  And it could depend on
17    the temperature?
18         A.      That's part of it.
19         Q.      And on the precipitation rate?
20         A.      Yes.
21         Q.      Okay.  And the temperature at
22    Camp Lejeune would change over the -- from
23    1953 to 1987; right?
24         A.      I would assume so.
25         Q.      And the precipitation wasn't
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 197 of 390

1    the same every day during that time period?

2         A.    That's my understanding.

3         Q.    Okay.  And ATSDR didn't change

4    the mass loading based on the temperature;

5    right?

6         A.    No.  The number that they used

7    was a constant number through that time

8    period which was derived through their

9    calibration efforts.

10        Q.    Okay.  And to your knowledge --

11   well, and that constant number didn't vary at

12   all depending on the precipitation or outside

13   temperature, did it?

14        A.    No.  It was in the model.  It

15   was a constant 1200 through that time frame.

16        Q.    Okay.  And in your opinion,

17   would the constant of 1200 -- does that --

18   would that be what the real-world conditions

19   show, that it's the same every single day?

20        A.    With --

21             MS. BAUGHMAN:  Objection.

22   Form.

23             THE WITNESS:  Without

24        additional information, that would be

25        a standard practice.

1      Q.      BY MS. SILVERSTEIN:  Okay.  And
2  by "standard practice," do you mean that
3  that's a standard assumption?
4      A.      No.  Standard practice in a
5  modeling effort, unless you have it and
6  information to -- to suggest otherwise,
7  you're going to assume that that was the mass
8  loading rate.
9      Q.      Did ATSDR choose the mass
10  loading rate that it needed to fit the data
11  from the 1980s?
12      A.      That was part of the
13  calibration effort, correct.
14      Q.      Would it be accurate to say
15  that you are not offering any opinions on how
16  the contaminants moved from Model Layer 1 to
17  other layers?
18              MS. BAUGHMAN:  Objection.
19      Form.
20              THE WITNESS:  I -- we did not
21      offer that opinion, no.
22      Q.      BY MS. SILVERSTEIN:  Okay.  If
23  you could go to Chapter F, which is
24  Exhibit 8, and turn to Page F12.
25              And I want to look at the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 199 of 390

1    paragraph on the right-hand side of the page.
2    It says "ABC One-Hour Cleaners always used
3    PCE in its dry cleaning operations, beginning
4    during 1953 when the business opened.  A
5    primary pathway of contaminants from the
6    dry-cleaning operation at ABC One-Hour
7    Cleaners to the soil and subsequently to the
8    groundwater was apparently through a septic
9    tank soil absorption system to which
10   ABC One-Hour Cleaners discharged waste and
11   wastewater."
12                  Did I read that correctly?
13         A.     Yes.
14                  MS. BAUGHMAN:  You left off the
15         source of the 1953, the deposition of
16         Mr. Melts, the owner.  You didn't read
17         that.
18                  THE WITNESS:  Yeah, she started
19         with "A primary pathway."
20                  MS. BAUGHMAN:  No, she started
21         with the first sentence.
22                  THE WITNESS:  Oh, okay, yeah,
23         my fault.
24         Q.     BY MS. SILVERSTEIN:  Did I read
25   that correctly?  Are you following where I'm

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 200 of 390

1    reading that?

2           A.     Yeah.  Could you read it again.

3           Q.     Sure.  "ABC One-Hour Cleaners

4    always used PCE in its dry-cleaning operation

5    beginning during 1953 when the business

6    opened."  Then cites a deposition.  "A

7    primary pathway of contaminants from the

8    dry-cleaning operations at ABC One-Hour

9    Cleaners to the soil and subsequently to

10   groundwater was apparently through a septic

11   tank soil absorption system to which

12   ABC One-Hour Cleaners discharged waste and

13   wastewater."

14           Did I read that correctly?

15           A.     Yes.

16           Q.     And if you skip down a couple

17   lines, it says "In addition, spent PCE was

18   routinely reclaimed using a

19   filtration-distillation process that" was

20   produced -- "that produced dry 'still

21   bottoms' which until about 1982" -- again a

22   citation -- "or 1984/1985 were disposed of

23   onsite generally by filling potholes in a

24   nearby alleyway"; is that correct?

25           A.     Yes.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 201 of 390

1    Q.    Okay.  And I see you're
2  highlighting something.
3           What are you highlighting?
4    A.    Just the parts that you're
5  reading.
6    Q.    Okay.  Did you highlight
7  anything other than what I read out loud?
8    A.    No.
9    Q.    So then you would agree that
10 ATSDR called the septic tank soil absorption
11 system a primary pathway of contaminants from
12 the dry cleaning operations?
13   A.    That's what they wrote,
14 correct.
15   Q.    And you'd agree that ATSDR
16 assumed that the spillways was disposed of
17 outside until either 1982 or 1984/1985;
18 right?
19           MS. BAUGHMAN:  Objection.
20      Form.
21           THE WITNESS:  That's what they
22      wrote.
23   Q.    BY MS. SILVERSTEIN:  If the end
24 date of ABC Cleaners' PCE outside solid waste
25 disposal or drain pipe is earlier than the

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 202 of 390

1   day ATSDR assumed, could that change the

2   simulated concentrations?

3           MS. BAUGHMAN:  Objection.  Form

4       and foundation.

5           THE WITNESS:  Yes, that is

6       possible.

7       Q.    BY MS. SILVERSTEIN:  Would you

8   agree that changes in ABC Cleaner's disposal

9   system would change the mass loading rate?

10          MS. BAUGHMAN:  Objection.

11      Form.  Foundation.

12          THE WITNESS:  Yes.  That could

13      have an impact on the -- on the mass

14      loading rate.

15      Q.    BY MS. SILVERSTEIN:  In your

16  extended simulation or post-audit, you didn't

17  account for possible changes to the mass

18  loading data; right?

19          MS. BAUGHMAN:  Objection.

20      Form.

21          THE WITNESS:  It had already

22      stopped.  In our extension, there was

23      no mass loading.

24      Q.    BY MS. SILVERSTEIN:  Right.

25  And you didn't account for any changes in

1    that most -- mass loading rate when you were

2    doing the post-audit; right?

3                    MS. BAUGHMAN:  Objection.

4        Form.

5                    THE WITNESS:  Correct.

6        Q.    BY MS. SILVERSTEIN:  You can go

7    ahead and set Exhibit 8 aside.

8                    And I want to go back to your

9    report to Page 5-1.

10       A.    The original one?

11       Q.    Yes.

12                   You would agree that when

13   simulating the migration of PCE, it can be

14   challenging to achieve a close match between

15   the simulated results and the observed

16   results; is that right?

17       A.    Sorry, I was looking at the

18   wrong one.

19       Q.    That's okay.  I'm not pointing

20   you to a specific point right now.

21       A.    Okay.  Can you ask the question

22   again?

23       Q.    Sure.

24                   You'd agree that when

25   simulating the migration of a PCE contaminant

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 204 of 390

1  plume, it can be difficult or challenging to
2  achieve a close match between the simulated
3  and observed concentrations; right?
4        A.    Correct.
5        Q.    Why would it be difficult to --
6  or challenging to achieve a close match
7  between the simulated and observed
8  concentrations?
9        A.    I think we addressed this in
10  the report, but it's -- with a transport,
11  it's difficult because the observations vary.
12  Sometimes they're close together, sometimes
13  they vary in time, and so trying to match
14  that at a specific point or a specific
15  location, that can be a challenge.
16        Q.    And on Page 5-1 in your report,
17  the last full paragraph, it starts with
18  "Given."
19              Do you see that?
20        A.    Yes.
21        Q.    And it says "Given these
22  challenges, it is important to qualitatively
23  assess the overall behavior of the simulated
24  plume in addition to quantitatively analyzing
25  the differences in simulated and observed

Golkow Technologies,
877-370-3377         A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 205 of 390

1    concentrations at specific times and

2    locations."

3              Did I read that correctly?

4         A.    Yes.

5         Q.    And I saw you highlighted

6    again.  Did you highlight what I read out

7    loud?

8         A.    Yes, yep.

9         Q.    Did you highlight anything

10   else?

11        A.    No.

12        Q.    And so is my understanding that

13   in order to assess the overall plume

14   behavior, you overlaid the residual area --

15   errors for the observation points with plume

16   maps at multiple model layers; is that right?

17        A.    Yeah.  And that's in that

18   report in the end.

19        Q.    And would it be -- and it --

20   you did that to look to see if the trends in

21   how the plume moved were similar?

22        A.    Basically to -- to fulfill this

23   qualitative assessment.

24        Q.    Okay.  What specifically were

25   you looking for, for that qualitative

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 206 of 390

1    assessment?

2         A.    Looking at the shape of the

3    plume and the -- the concentrations that --

4    from the observations and where they fell

5    within those different layers within the

6    plume or without the plume -- you know,

7    outside of the plume.

8         Q.    Okay.  Is it correct that you

9    were looking to see if, like, the shape of

10   the plume moved in the same way as -- moved

11   in the same way?

12        A.    In the same way as what?

13        Q.    So when you -- it sounded like

14   you said you were looking at, like, the shape

15   of the plume, right, as one of the -- for

16   the -- part of the qualitative assessment?

17        A.    No.  The qualitative is the --

18   the shape of the plume compared to the

19   observation points and where they are and

20   what their -- how -- how well the computed

21   versus observed plotted together to help us

22   understand that qualitatively.

23        Q.    Okay.  How -- what were you

24   looking for to see if it was a close match?

25        A.    If you look at the figures,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 207 of 390

1    we're looking at each of those observation

2    points and what their mean error is and where

3    they are in relationship to the plume.

4         Q.    Okay.  Would -- to do this kind

5    of qualitative assessment, would you be

6    looking to see if the simulated and observed

7    datas over three months, for example, both

8    increased and then the next three months both

9    decreased?

10        A.    No.

11        Q.    Okay.  How would you compare

12   that then?

13        A.    Just -- well, what we did in

14   the report is we looked at different times

15   for different model layers where the

16   observation points were and then plotted that

17   up and then looked at those at the different

18   times and at the different layers and how

19   well they -- how well they matched.

20        Q.    And by "matched" do you mean

21   whether the concentration result was close or

22   do you mean something else?

23        A.    The residual.  The difference

24   between the computed versus observed and

25   where it was located in regards to the -- the

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 208 of 390

1    plume extents.

2         Q.    In your rebuttal report, you

3    discussed Dr. Spiliotopoulos' critiques of

4    your qualitative assessment; right?

5         A.    Correct.

6         Q.    And you would agree that data

7    are not available to evaluate whether the

8    overall extents of the simulated plume are

9    realistic?

10              MS. BAUGHMAN:  Objection.

11        Form.

12              THE WITNESS:  Can you ask that

13        question again.

14        Q.    BY MS. SILVERSTEIN:  Sure.

15              Is there data available to

16   evaluate whether the extent of the simulated

17   plume is realistic?

18              MS. BAUGHMAN:  Objection.

19        Form.

20              THE WITNESS:  No.

21        Q.    BY MS. SILVERSTEIN:  And you

22   believe that it's okay to not have

23   observations of the plume covering the entire

24   modeling domain; right?

25        A.    As I said earlier, you want as

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 209 of 390

1    much data as possible and then you have to --

2    you have to work with what data you have.

3         Q.    Would it be impractical --

4    impractical to have observations for the

5    entire modeling domain?

6         A.    Like every foot, or what?

7         Q.    Sure.

8         A.    Every foot seems impractical to

9    me.

10        Q.    Okay.  And what would you

11   consider having enough observations to draw a

12   comparison?

13        A.    Whatever you --

14             MS. BAUGHMAN:  Objection.

15        Form.

16             THE WITNESS:  -- can get.

17        Whatever you can get.

18        Q.    BY MS. SILVERSTEIN:  Would you

19   consider it enough if you only had one

20   observation?

21             MS. BAUGHMAN:  Objection.

22        Form.

23             Enough for what?  And comparing

24        what to what?  I don't understand the

25        question.  Object to the form.

1          THE WITNESS:  Yeah, can you
2     explain?
3          Q.    BY MS. SILVERSTEIN:  Sure.
4               You're talking about comparing
5     the simulated data to the model data to see
6     if it is a good match; right?
7          A.    On the -- on the qualitative?
8          Q.    On the qualitative.
9          A.    Correct.
10         Q.    Okay.  If you only had one
11    observed data point, would you be able to
12    determine whether or not the simulated data
13    was a good match?
14         A.    It would be more difficult.
15         Q.    Why would it be more difficult?
16         A.    Because you're basing your
17    assumptions on one single location.
18         Q.    Okay.  I want to go through
19    your rebuttal report to Figure A5.
20              Did you create this figure?
21         A.    My -- my staff did.
22         Q.    What does this figure show?
23         A.    This shows for June 1997 we're
24    looking at Model Layer 1 and 3 and 5, and
25    we're plotting the PCE concentrations for all

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 211 of 390

1    of the model layer cells in each of those

2    three layers as depicted by the green, blue,

3    orange, red, and brown color; and then

4    superimposed on that are the observation

5    points for each of those three layers.

6              And we colored those individual

7    observation points either green, yellow, red,

8    or purple based on what the absolute error

9    was between the computed versus observed for

10   that particular location.

11        Q.    Model 1 is on the -- is the

12   left-hand side square or --

13        A.    Correct.

14        Q.    -- rectangle?

15        A.    Correct.

16        Q.    Okay.

17              MS. BAUGHMAN:  It's Model

18        Layer 1.

19        Q.    BY MS. SILVERSTEIN:  ABC

20   Cleaners is identified on this map as the red

21   square?

22        A.    That's correct.

23        Q.    Okay.  How did the -- what was

24   the direction of the groundwater flow on this

25   map?

1        A.     You can infer that by the blue
2    lines, which are what we call the piezometric
3    or the -- the groundwater contours.  So in
4    this, it's going in a southeastern direction,
5    more or less.
6        Q.     Okay.
7        A.     The flow would go basically
8    perpendicular to those blue lines.
9        Q.     Okay.  And when you say "a
10   southeastern direction," so that I make sure
11   that I'm oriented correctly, the top --
12       A.     This is going north.
13       Q.     -- would be north; right?
14       A.     Correct.
15       Q.     And so southeastern direction
16   would be like in the direction towards the
17   left-hand corner; is that right?
18       A.     No.  The bottom right-hand
19   corner.
20       Q.     The bottom right-hand corner.
21   I had that right in my brain and said it
22   out -- wrong out loud.
23       A.     That's okay.
24       Q.     Okay.  Southeast would be going
25   towards the bottom right-hand corner?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 213 of 390

1          A.      Correct.

2          Q.      Okay.  And some of the samples

3     were taken, like, upgradient or to the

4     northwest of ABC Cleaners; is that right?

5          A.      Correct.  Like S-11 or S-1 or

6     S-6.

7          Q.      Under what conditions would

8     contaminants travel upgradient?

9          A.      Generally, you only see that

10    under numerical dispersion or dispersion

11    phenomenon.  So when -- and -- and diffusion,

12    but that's really small, so you can get

13    contaminants moving upgradient due to

14    dispersion.

15         Q.      Okay.

16         A.      And you can kind of see that in

17    this case because you can see that there's

18    contours.  The blue and the green are

19    upgradient from the ABC location.

20         Q.      Okay.  So when I say -- like,

21    wonder what conditions could contamination

22    travel upgradient, would you look, for

23    example, at, like, the soil conditions?

24         A.      Sure, that plays a part in it.

25         Q.      Okay.  And would you look at

1   the precipitation in the area?

2          A.      That doesn't really have

3   anything -- that doesn't.

4          Q.      Okay.  When you're looking --

5   when you say the soil could play a role in

6   it, are there other factors in a site that

7   would play a role in whether a contamination

8   travels upgradient?

9          A.      No.  In -- it -- it's just --

10  it's a component of fate and transport, and

11  so if you're going to model it, then you're

12  going to look at the plume characteristics,

13  generally, is what you're going to look at.

14  So I'm sure the soil, the ma- -- soil matrix

15  plays a part in it, but --

16         Q.      Okay.

17         A.      -- it's just a phenomenon

18  that -- that -- how contaminants travel in

19  the ground.

20         Q.      Okay.

21         A.      But the vast majority travels

22  downgradient because it's carried by the

23  water.

24         Q.      How far upgradient would PCE be

25  able to travel?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 215 of 390

1          A.      It's totally going to be
2    site-dependent.
3          Q.      Okay.  Did you investigate the
4    site conditions to determine how far
5    upgradient PCE could travel in -- at the --
6    in Tarawa Terrace?
7          A.      We did not do anything with the
8    dispersion coefficients or -- we didn't
9    change any of that or look into it or
10   evaluate it or critique it.
11         Q.      Okay.  Do you know how many
12   samples were taken from wells or locations
13   upgradient from ABC Cleaners?
14         A.      I could look because that
15   would -- that's in the table.  So I could
16   count them, but that would be -- that would
17   be part of the table here of the
18   concentrations over time, so I don't know
19   that number -- specific number offhand.
20         Q.      Okay.  Would a groundwater
21   model generally account for the direction of
22   groundwater flow?
23                 MS. BAUGHMAN:  Objection to
24         form.
25                 THE WITNESS:  The -- the model,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 216 of 390

1          the -- based on your boundary

2          conditions and stresses, would

3          determine the groundwater flow.

4          Q.      BY MS. SILVERSTEIN:  Okay.  And

5    does that include which direction the

6    groundwater is flowing?

7          A.      Yeah.  The gradient, yeah.

8          Q.      Okay.  I want to go to

9    Figure A9.  And this model -- this figure --

10   well, first, did you create this figure?

11         A.      My staff did.

12         Q.      Okay.  This figure shows the

13   simulated PCE concentrations for three model

14   layers, Layer 1, Layer 3, and Layer 5,

15   compared to measured values; is that right?

16         A.      Yeah, for March 2008.

17         Q.      And it looks like Well C5 is

18   towards the middle of the simulated PCE

19   plume; is that right?

20         A.      In Layer 3?

21         Q.      In Layer 3.

22         A.      Yes.

23         Q.      Well C5's observed

24   concentrations were all below the detection

25   limit; right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 217 of 390

1          A.     I'd have to look at the
2    documents, but --
3          Q.     Sure.  If you turn to rebuttal
4    Table A1.
5          A.     Okay.
6          Q.     The PCE observed concentration
7    value for Well C5 is below the detection
8    limit.
9          A.     Okay.
10          Q.     Is that correct?
11          A.     That's correct.
12          Q.     But the simulated -- the
13    calibrated model simulated high PCE
14    concentrations for monitoring Well C5; is
15    that right?
16          A.     For the cell, the model cell
17    that C5 was located in, correct.
18          Q.     And the -- your extended model
19    or proposed audit also simulated high PCE
20    values for monitoring Well C5; correct?
21          A.     Yeah.  These are our -- these
22    are our results in Table A1.
23          Q.     How -- can you explain how that
24    discrepancy would occur between the -- the
25    observed data and the simulated results for

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 218 of 390

1    Well C5?

2         A.    Yeah.  In this case -- in this

3    particular case it could be a variety of

4    different reasons, but I would say that this

5    is a great case by looking at Model Layer 1

6    and Model Layer 3 that it is difficult to

7    match all of your observations.  And in this

8    particular case, for C5 where the plume,

9    where the model's predicting the plume, it

10   does -- it did not match that well, and there

11   could be different reasons for that.

12        Q.    When you say there could be

13   different reasons, what reasons could there

14   be?

15        A.    Just a heterogeneity of the

16   system could cause the contaminant to flow

17   and not -- not actually go to where C5 was at

18   that exact little spot.  That would be one --

19   one answer.

20        Q.    Okay.  Are there other reasons?

21        A.    Again, we talked about earlier

22   about sampling errors.  I could have taken a

23   sample and didn't follow protocol.  I sent

24   the wrong sample to the lab.  The lab did

25   the -- ran the wrong analysis.  There's a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 219 of 390

1    variety of different things that could happen

2    for -- for -- for C5.

3         Q.    Okay.  So would you agree that

4    in water modeling, you want to keep the model

5    simple enough to be manageable and useful but

6    complex enough to be representative?

7         A.    Correct.  That's generally the

8    idea.

9         Q.    And so complexity should be

10   built in as needed in that case?

11        A.    To the extent that you have

12   data to support it.

13        Q.    And you'd agree that in some

14   situations, multiple sets of model input

15   parameters can calibrate to a single set of

16   observed data; right?

17             MS. BAUGHMAN:  Objection.

18        Form.

19             THE WITNESS:  Yes.

20        Q.    BY MS. SILVERSTEIN:  And if

21   multiple sets of model input parameters can

22   calibrate to a single set of observed data,

23   that would be nonuniqueness?

24        A.    That is correct.  That's the

25   word we use.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 220 of 390

1      Q.      Okay.  When a model is
2   nonunique, that means that it may not be the
3   only valid model; right?
4      A.      That's one interpretation.
5      Q.      If there are multiple model
6   input parameters that can fit the scenes that
7   have observed data, it could make it
8   difficult to determine which set of
9   parameters is -- accurately reflects the real
10  world; right?
11     A.      Yes, that's possible.
12     Q.      To increase your confidence
13  that a model accurately reflects the real
14  world, you want it to be more unique; would
15  that be fair to say?
16             MS. BAUGHMAN:  Objection.
17        Form.
18             THE WITNESS:  Ideally, yes.
19     Q.      BY MS. SILVERSTEIN:  One way
20  that you can make a model more unique is to
21  use more site-specific data for the
22  parameters; is that right?
23     A.      Additional observation data
24  helps that, yes.
25     Q.      And that additional observation

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 221 of 390

1    data could be in terms of concentration

2    sample results or other known information

3    about the location of the groundwater?

4         A.    Correct.

5         Q.    You'd agree that it -- it's

6    impossible to fully characterize and

7    incorporate all parameters and complexities

8    of a real aquifer system into a computer

9    model?

10        A.    Yes.

11        Q.    Site-specific data means

12   real-world data sets from the location you're

13   modeling; right?

14        A.    Correct.

15        Q.    And ATSDR had no site-specific

16   data for estimating the distribution

17   coefficient; is that right?

18             MS. BAUGHMAN:  Objection.

19        Form.  Foundation.

20             THE WITNESS:  I don't -- I

21        don't know.

22        Q.    BY MS. SILVERSTEIN:  Do you

23   know -- are you aware that ATSDR identified

24   the -- a distribution coefficient by

25   reviewing the literature?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 222 of 390

                    MS. BAUGHMAN:  Objection.  Form
          and foundation.  It's outside the
          scope.
                    THE WITNESS:  I don't know.
          Q.      BY MS. SILVERSTEIN:  You
     reviewed Chapter F.
          A.      Yeah.
          Q.      Go ahead and pull back up -- I
     think it's Exhibit 8.  And if you could go
     ahead and go to Page F28.
          A.      28?
          Q.      Yes.  You would agree -- well,
     I guess starting on Page F27.  Go ahead and
     flip back one page.
                    And the last paragraph on Page
     F20 says -- F27 says "Estimates of
     retardation factors and distribution
     coefficients for PCE migration within the
     Tarawa Terrace aquifer or Castle Hayne
     aquifer are unknown, and initial estimates
     applied to the MT3DMS model were based on
     literature sources"; is that right?
          A.      Yes.
          Q.      Okay.  And did you just
     highlight the sentence I read out loud?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 223 of 390

```
1              A.      Yes.

2              Q.      Did you highlight anything

3       else?

4              A.      No.

5              Q.      Okay.  And going on to

6       Page F28.  Sorry, the last sentence of

7       Page F27.  It says "Of the approximately 150

8       samples analyzed" and "the distribution

9       coefficient" for -- "the distribution

10      coefficient for sand ranged from 0.25 to

11      0.76 milliliter per gram, an averaged

12      3.9 milliliter per gram"; is that right?

13                  MS. BAUGHMAN:  Objection.

14          Form.

15                  And take your time to read the

16          whole paragraph if you want to --

17                  THE WITNESS:  No, this is fine.

18                  MS. BAUGHMAN:  -- or, you know,

19          in the -- to context.

20                  THE WITNESS:  So we've moved on

21          from -- we're now talking about how

22          retardation factors are created.

23                  MS. SILVERSTEIN:  Yes.

24                  THE WITNESS:  And not

25          dispersion; right?
```

1           MS. SILVERSTEIN:  Yes.  We

2      weren't talking about dispersion.

3           THE WITNESS:  Okay.  We're

4      talking --

5      Q.    BY MS. SILVERSTEIN:  ATSDR

6  reviewed the literature to determine both the

7  retardation factor and the distribution

8  coefficient; right?

9      A.    Okay.  Sure.

10     Q.    Okay.  And when they're talking

11 about the literature that they reviewed here,

12 they say "Retardation factors increased

13 directly with increasing time but at a

14 decreasing rate.  Hofmann (1995) reported

15 highly controlled laboratory column

16 determinations of distribution coefficients

17 for PCE migration through gravel, sand, and

18 silt.  Of the approximately 150 samples

19 analyzed, the distribution coefficient for

20 sand ranged from 0.25 to 0.76 milliliter per

21 gram and averaged 0.39 milliliter per gram";

22 is that right?

23     A.    Correct.

24     Q.    On the next page, it continues.

25 "Corresponding values for silts ranged from

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 225 of 390

```
1    0.21 to 0.71 milliliters per gram, and
2    averaged 0.40 milliliters per gram"; is that
3    right?
4           A.     Yes.
5           Q.     The final distribution
6    coefficient that ATSDR used was
7    0.14 milliliters per gram?
8                  MS. BAUGHMAN:  Are you talking
9           about originally or when they
10          corrected it?
11          Q.     BY MS. SILVERSTEIN:  According
12   to the reports, ATSDR used a distribution
13   coefficient of 0.14 milliliters per gram; is
14   that right?
15                 MS. BAUGHMAN:  Objection.  Form
16          and foundation.
17                 This is outside the scope.
18                 THE WITNESS:  Based on what
19          they wrote here, yes.
20          Q.     BY MS. SILVERSTEIN:  Okay.
21   You'd agree that 0.14 milliliters per gram is
22   lower than the -- the low end of the range
23   identified for sands, which is
24   0.25 milliliters per gram?
25                 MS. BAUGHMAN:  Objection.  Form
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 226 of 390

1          and foundation.  Outside the scope of
2          his report.
3                    And as you know, this was
4          changed and corrected by Mr. Faye.
5          It's just not reflected in the report.
6                    THE WITNESS:  Okay.  I -- I
7          only can go off of what's stated here.
8          They used .14.
9          Q.     BY MS. SILVERSTEIN:  Okay.  And
10   you'd agree that's lower than .25 milliliters
11   per gram; correct?
12                    MS. BAUGHMAN:  Objection.
13          Form.  Foundation.  Outside the scope.
14                    THE WITNESS:  .14 is less than
15          .25.
16          Q.     BY MS. SILVERSTEIN:  It's also
17   lower than the .21 milliliters per gram
18   identified for silts; right?
19                    MS. BAUGHMAN:  Same objections.
20                    THE WITNESS:  .14 is lower.
21          Q.     BY MS. SILVERSTEIN:  Would it
22   be correct to say that a lower distribution
23   coefficient means the contaminants move more
24   quickly through the water?
25          A.     That would be the effect.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 227 of 390

1          Q.      And if the contaminants are
2     moving more quickly, does that mean that the
3     contaminants would get to the well faster?
4          A.      By a small amount.
5          Q.      Did you use the same
6     distribution coefficient that ATSDR did?
7          A.      2.9, correct.  2.93.
8          Q.      Where did you get 2.93?
9          A.      That was what -- the parameters
10    that were in the model.  We did not change
11    the bulk density or the distribution
12    coefficient --
13         Q.      Okay.
14         A.      -- in the original model.
15         Q.      And was that distribution
16    coefficient consistent with the reports that
17    ATSDR provided?
18              MS. BAUGHMAN:  Objection.  Form
19         and foundation.
20              THE WITNESS:  We didn't -- we
21         didn't change it, so I'm assuming that
22         it was consistent to the effect that
23         we got the original files, we did not
24         change it, so whatever was in the
25         original files.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 228 of 390

1          Q.     BY MS. SILVERSTEIN:  Okay.  So
2    my question's a little bit different.
3               Is that --
4          A.     Okay.
5          Q.     -- consistent with the -- the
6    reports that ATSDR produced?
7               MS. BAUGHMAN:  Objection.  Form
8          and foundation and outside the scope.
9               THE WITNESS:  I -- I believe
10         the retardation factor was this 2.9
11         that is stated here in this document.
12         Q.     BY MS. SILVERSTEIN:  Okay.  But
13   for the distribution coefficient, which my
14   understanding is the distribution coefficient
15   is part of the retardation factor?
16         A.     It's a -- it's one of the
17   variables, and so in the model, the
18   distribution coefficient is this
19   0.00005 cubic feet per gram.
20         Q.     Okay.
21         A.     That's the number that's in the
22   model.
23         Q.     Okay.  You can go ahead and set
24   Chapter F aside.
25               You'd agree that ATSDR selected

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 229 of 390

1    biodegradation rates for the MT3DMS and
2    TechFlow models; right?
3          A.      I'm not familiar with the
4    TechFlow model at all.
5          Q.      Okay.
6          A.      But, yes, biodegradation rate
7    was applied.
8          Q.      Okay.
9          A.      And then for the MT3DMS model.
10         Q.      So, again, on Page F28 --
11   apologies.
12         A.      You said we were done.
13         Q.      I know.  I should have looked
14   ahead at my notes.
15         A.      No worries.
16         Q.      On Page F28, do you see the
17   header that says "Biodegradation"?
18         A.      Yes.
19         Q.      And the second -- the second
20   full paragraph on there starts "The PCE
21   concentrations at the water-supply Well TT-26
22   on September 25, 1985, and July 11, 1991,
23   were 1,100 and 350 micrograms per liter,
24   respectively, and the elapsed time was
25   2,151 days.  Applying these data points to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 230 of 390

1    Equation 3 yields a degradation rate of

2    0.00053 per day"; is that right?

3         A.    Correct.

4         Q.    So the field data that ATSDR

5    used are the two measurements from

6    September 25, 1985, and July 11, 1991; is

7    that right?

8              MS. BAUGHMAN:  Objection.  Form

9         and foundation.

10             THE WITNESS:  Based on the

11        document here, yes.

12        Q.    BY MS. SILVERSTEIN:  And you're

13   not aware of any other field data that ATSDR

14   used to determine the biodegradation rate;

15   right?

16             MS. BAUGHMAN:  Objection.

17        Outside the scope, form, and

18        foundation.

19             THE WITNESS:  Yeah, I don't

20        know.

21        Q.    BY MS. SILVERSTEIN:  If you go

22   a little bit further down, the sentence that

23   starts on Page F28 and goes on to F29, it

24   says "To the extent that migration of PCE

25   mass toward and away from Well TT-26 occurred

1    at about equal rates from 1985 to 1991, the
2    computed degradation rate of 0.00053 per day
3    approximates a long-term average degradation
4    rate.  On the other hand, if a significant
5    quantity of the PCE degraded in the vicinity
6    of Well TT-26 was replaced by advection, then
7    the degradation rate computed using
8    Equation 3 is probably a minimum rate."
9              Did I read that correctly?
10         A.    Yes.
11         Q.    My understanding is that this
12   means that ATSDR was -- well, my
13   understanding is that this means that the
14   degradation rate calculated from the field
15   data represents a long-term average
16   biodegradation rate at TT-26 only if the PCE
17   mass migration was the same upgradient and
18   downgradient; is that right?
19              MS. BAUGHMAN:  Objection.  Form
20         and foundation.
21              THE WITNESS:  Yeah, I'm not --
22         I -- I couldn't -- I couldn't tell you
23         that.
24         Q.    BY MS. SILVERSTEIN:  Okay.  Did
25   you look at the biodegradation rate for the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 232 of 390

1    extended model?

2         A.    Yes.  We kept it the same, from

3    .0053.  So it was .005 is what's -- it's in

4    the model.

5         Q.    Okay.  And did you consider

6    ATSDR's statement that "To the extent the

7    migration of PCE mass toward and away from

8    Well TT-26 occurred at about equal rates for

9    1985 to 1981, the computed degradation rate

10   of .00053 per day approximates a long-term

11   average degradation rate.  On the other hand,

12   if a significant quantity of the PCE degraded

13   in the vicinity of Well TT-26 was replaced by

14   advection, then the degradation rate computed

15   using Equation 3 is probably a minimum rate."

16              Did you consider that

17   statement?

18        A.    No.  That was outside of our

19   scope.

20        Q.    Okay.  When you say outside of

21   that -- of your scope, do you mean you

22   weren't asked to determine whether the

23   biodegradation rate was appropriate?

24        A.    No, exactly.

25        Q.    Okay.  You were asked to -- in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 233 of 390

1    your extended simulation, did you assume that

2    ATSDR used all the correct input?

3          A.     That is correct.

4          Q.     And you did that without

5    analyzing or determining whether or not you

6    agreed with those inputs?

7          A.     That is correct.

8          Q.     If the biodegradation rate were

9    higher than what ATSDR used, would that mean

10   that PCE degraded into TCE, then DCE, then

11   vinyl chloride at a faster rate?

12         A.     Correct.

13         Q.     And with a higher

14   biodegradation rate, would the PCE

15   concentrations at TT-26 be lower?

16         A.     That's not necessarily true.

17         Q.     Could they be lower?

18         A.     Could be, yeah.

19         Q.     If the PCE concentrations at

20   TT-26 were lower, would that mean that the

21   PCE concentrations at the Tarawa Terrace

22   water treatment plant were also lower?

23                MS. BAUGHMAN:  Objection.

24         Form.

25                THE WITNESS:  It's a

1          possibility.  I -- I should say that

2          after -- after the submittal of our

3          rebuttal report, we did look at

4          different values of biodegradation

5          higher and lower from what was

6          originally used.  It made very little

7          difference.

8          Q.     BY MS. SILVERSTEIN:  In looking

9    at the different rates of biodegradation,

10   meaning higher or lower, that -- you didn't

11   do that before forming your opinions in your

12   rebuttal report; right?

13          A.     No.  Again, that was out of our

14   scope, but we did look at that.

15          Q.     Did you look at that at the

16   request of an attorney?

17          A.     Yes.

18          Q.     And whatever your findings were

19   from looking at the different biodegradation

20   rates did not play a role -- or did not

21   factor into your opinions?

22          A.     No.

23          Q.     Okay.  So the next sentence on

24   Page F29, it says -- did you -- have you

25   maintained the data that -- of your results

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 235 of 390

1    from --

2         A.    Yes.

3         Q.         -- the biodegradation runs?

4         A.    Yes.

5         Q.    Okay.  We will be requesting

6    that data.

7         A.    Okay.

8         Q.    What -- how did you decide how

9    to change the biodegradation rate?

10        A.    We were given the values to

11   use.

12        Q.    Okay.  And by "values," do you

13   mean the different biodegradation rates?

14        A.    Yes.

15        Q.    Do you know how those different

16   biodegradation rates were determined?

17        A.    It's my understanding they came

18   from different -- yeah, I would say I'm not

19   sure where they came from.

20        Q.    Okay.  So the next paragraph on

21   Page F29, the first complete paragraph at the

22   top says "Half-lives of PCE reported in the

23   literature range from about 360 to 720 days,

24   (Lucius and others 1990).  Applying these

25   half-lives to Equation 3 yields first-order

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 236 of 390

1    degradation rates ranging between .001 and

2    0.002 per day, about twice to four times the

3    rate computed using concentrations at" a

4    water -- "at water-supply Well TT-26."

5              Did I read that correctly?

6         A.    Yes.

7         Q.    Do you know why ATSDR used the

8    biodegradation rate calculated from two data

9    points instead of from the literature?

10             MS. BAUGHMAN:  Objection.  Form

11        and foundation and outside the scope.

12             THE WITNESS:  No.

13             MS. SILVERSTEIN:  Do you know

14        how long we've been going?

15             MR. ANWAR:  Almost an hour.

16             MS. SILVERSTEIN:  I think this

17        would be a good place to take a break.

18             THE WITNESS:  Okay.

19             THE VIDEOGRAPHER:  We're off

20        the record.  The time is 3:21.

21         (There was a break taken.)

22             THE VIDEOGRAPHER:  We're back

23        on the record.  The time is 3:40.

24        This is Media Number 5.

25             Counsel may proceed.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 237 of 390

1          Q.     BY MS. SILVERSTEIN:   Mr. Davis,
2     during the break did you talk to anybody
3     about the substance of your testimony today?
4          A.     Yes.  There was a little bit of
5     confusion on my part on the retardation
6     factor in bulk density and distribution
7     coefficients, but the document says that a
8     retardation factor of 2.9 was used and that's
9     what I -- my understanding was the
10     retardation factor that was used in our
11     modeling.
12          Q.     Is there anything in your prior
13     testimony that you need to correct?
14          A.     No.
15          Q.     Would you agree that a key step
16     in developing a groundwater model is
17     calibrating the model?
18          A.     Yes.
19          Q.     And is it right that
20     calibration means -- well, that in
21     calibration the modeler has to adjust model
22     parameters so that the model outputs match
23     the field data?
24          A.     Correct.
25          Q.     And you'd agree that ATSDR

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 238 of 390

1    considered a water concentration value to be
2    matched if the simulated concentration value
3    was within plus or minus half an order of
4    magnitude of the observed concentration;
5    right?
6              MS. BAUGHMAN:  Objection.  Form
7         and foundation.
8              THE WITNESS:  That was their --
9         that was what they were attempting to
10        do.
11        Q.    BY MS. SILVERSTEIN:  And you
12   would agree that a calibration target is used
13   because it's impractical for a groundwater
14   simulation to exactly match the field
15   observations?
16             MS. BAUGHMAN:  Objection.
17        Form.
18             THE WITNESS:  Yeah, generally,
19        especially with trans- -- fate and
20        transport models, it's very difficult
21        to get exact match everywhere.
22        Q.    BY MS. SILVERSTEIN:  When you
23   use a calibration target -- a modeler would
24   use a calibration target to evaluate how good
25   of a match the simulated values are?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 239 of 390

1          MS. BAUGHMAN:  Objection.
2      Form.
3          THE WITNESS:  The target just
4      gives some guidances to how close I'm
5      getting to match.
6      Q.    BY MS. SILVERSTEIN:  You said
7  that particularly in a fate and transport
8  model, it -- it can be difficult to get the
9  values to match.  Is that -- did I -- am I
10 understanding that correctly?
11     A.    Yes.
12     Q.    Why is it difficult to get the
13 values to match in a fate and transport
14 model?
15     A.    I'm speaking as a -- a whole to
16 try to match all of the observation points.
17     Q.    Okay.
18     A.    As we discussed earlier, looked
19 at those plumes and some are closer than
20 others.
21     Q.    Okay.  And why is it difficult
22 to get all of those simulated points to match
23 the observed data points?
24     A.    As we've written in both of our
25 reports, you have a lot of complexities that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 240 of 390

1    add to that; the heterogeneities in the
2    system, the sampling, all the room for errors
3    in the sampling and reporting.  And the
4    heterogeneities in the system make it -- make
5    it challenging.
6           Q.    Okay.  Is complex subsurface
7    conditions one of the reasons it can be
8    challenging to have the simulated data match
9    the observed data?
10          A.    Correct.
11          Q.    Does complex subsurface
12   conditions, is that referring to things like
13   soil heterogeneity, variations in
14   permeability, porosity, and hydraulic
15   conductivity?
16          A.    Correct.
17          Q.    Would it be fair to say that
18   these complex subsurface conditions can't be
19   fully captured in a groundwater model?
20                MS. BAUGHMAN:  Objection.
21          Form.
22                THE WITNESS:  Yes.  To fully
23          capture everywhere is very difficult.
24          Q.    BY MS. SILVERSTEIN:  Okay.  Is
25   it -- would it be fair to say that you

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 241 of 390

1    believe that calibration targets are

2    subjective -- are a subjective goal in the

3    calibration exercise?

4                MS. BAUGHMAN:  You can look at

5          what you wrote in your report if you

6          want.

7                THE WITNESS:  No, I just -- I

8          just wanted to make sure that you --

9                MS. BAUGHMAN:  Object to the

10         form.

11               THE WITNESS:  -- that you had a

12         chance.

13               Okay.  Can you repeat the

14         question.

15         Q.    BY MS. SILVERSTEIN:  Sure.

16               Is it your opinion that

17   calibration targets are -- represent a

18   subjective goal for the calibration process?

19               MS. BAUGHMAN:  Objection.

20         Form.

21               THE WITNESS:  Yes.

22         Q.    BY MS. SILVERSTEIN:  And is it

23   your opinion that whether or not the

24   calibration target is met is a secondary

25   concern?

1                    MS. BAUGHMAN:  Objection to

2           form.

3                    THE WITNESS:  A section -- a

4           secondary -- I'm not sure I

5           understand.

6           Q.      BY MS. SILVERSTEIN:  Sure.  If

7      you could turn to Page 3-7 of your rebuttal

8      report.

9                    The -- there's a paragraph on

10     Page 3-7 that starts on the prior page.

11     That's where I'm looking.

12                    The last sentence of that

13     paragraph says -- which is on Page 3-7, says

14     "Whether or not the calibration target was

15     met is generally a secondary concern"; is

16     that right?

17          A.      Oh, okay.  Right here.

18                    Yes, I -- I would agree with

19     that statement.

20          Q.      Okay.  And what did you

21     highlight on Page 3-6?

22          A.      Oh, just the -- where you're

23     starting the "Therefore, our calibration

24     target is ultimately a subjective 'goal'" --

25     where you started reading.

1       Q.      And you would agree that plus
2   or minus half an -- or .5 half an order of
3   magnitude is the calibration target that
4   ATSDR used?
5       A.      That's my understanding.
6       Q.      You -- is it your belief that
7   the calibration target of plus or minus half
8   an order of magnitude used by ATSDR was
9   arbitrary?
10              MS. BAUGHMAN:  Object to the
11          form.
12              THE WITNESS:  It's my
13          understanding that they had a basis
14          described in -- in one of these
15          reports of why they picked that.
16      Q.      BY MS. SILVERSTEIN:  Okay.  If
17  you could go ahead and look at the bottom of
18  Page 3-8.
19              You said "In this case, even
20  though the model was calibrated and later
21  used as a predictive tool (Davis 2007) no
22  calibration target was ever established or
23  used to gauge the accuracy of the model,
24  consistent with our point above that
25  calibration targets are generally arbitrary";

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 244 of 390

1    is that right?

2         A.    That's correct.  Yeah, I'm --

3    I -- I stand by that statement.

4         Q.    Okay.  And do you believe that

5    ATSDR's calibration target was arbitrary?

6         A.    Yes.  I mean, I'm -- the

7    targets are generally arbitrary, as we stated

8    in our report.

9         Q.    You would agree that many of

10   the post-audit extended model simulated

11   versus observed PCE values fall outside the

12   plus or minus half an order of magnitude

13   calibration target?

14              MS. BAUGHMAN:  Objection.  Form

15        and foundation.

16              THE WITNESS:  That is correct,

17        but I would add that where it mattered

18        the most at TT-26, it was a very good

19        fit.

20        Q.    BY MS. SILVERSTEIN:  And you

21   thought that ATSDR's calibration target was

22   too narrow to evaluate the post-audit; is

23   that right?

24        A.    Too narrow?  I don't believe we

25   said it was too narrow.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 245 of 390

1       Q.    Okay.  You mentioned a minute

2  ago that where it mattered for Well TT-26,

3  the calibration target was a good match; is

4  that right?

5       A.    That is correct.

6       Q.    Where in your report or

7  rebuttal report do you state that?

8       A.    I would have to look.

9       And we plotted -- you know, we

10  created Figure 8, you know, that -- that used

11  TT-26, and then we say, you know, here the

12  results are presented in Appendix A

13  and -- and then we talked about the

14  differences in what we updated with the

15  model.  And I don't know if we -- if we said

16  specifically about TT-26 --

17       Q.    Okay.

18       A.    -- and that fit.

19       Q.    Did you have contaminant

20  concentrations at TT-26 for 1995 to 2008 to

21  use in your post-audit?

22       A.    No.

23       Q.    I want to go to Chapter A,

24  Page A26.

25       A.    26?

Golkow Technologies,
877-370-3377       A Veritext Division       www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 246 of 390

1          Q.     Yes.

2                 And looking at on the left-hand

3     side at that block of text, it says "For the

4     nondetect sample data, the upper calibration

5     target was selected as the detection limit

6     for the sample (Tables A9 and A10)."

7                 MS. BAUGHMAN:  I'm sorry, I've

8          gotten lost.  Where -- where are we

9          again?

10                MS. SILVERSTEIN:  We are on

11         Page A26.

12                MS. BAUGHMAN:  Of?

13                MS. SILVERSTEIN:  Of Chapter A.

14                THE WITNESS:  For the nondetect

15         sample data?  Okay.

16                MS. BAUGHMAN:  Sometimes hard

17         to jump around between all these

18         different exhibits.  Okay.  All right.

19         Q.     BY MS. SILVERSTEIN:  On

20    Page A26 on the left-hand side, that block of

21    text, it says "For the nondetect sample data,

22    the upper calibration target was selected as

23    the detection limit for the sample (Tables A9

24    and A10), and the lower calibration target

25    was selected as 1 microgram per liter."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 247 of 390

1       A.     Okay.

2       Q.     Does that mean that nondetects

3 were sent -- set at 1 microgram per liter for

4 the calibration target?

5       A.     For -- for the effort they did,

6 I'm not -- I don't know.

7       Q.     Okay.  You don't know what

8 ATSDR set the nondetects as?

9       A.     No.

10      Q.     If you could turn back to

11 Page A25.  On the left-hand column, the last

12 paragraph says "Water-supply well data

13 included 17 of 36 samples reported as

14 nondetect (Table A9) and these samples were

15 not used in the computation of the geometric

16 bias."

17            Did I read that correctly?

18      A.     Yes.

19      Q.     And then if you look in the

20 right-hand column, the second paragraph from

21 the bottom, it says "For the Tarawa Terrace

22 water treatment plant, 15 of 25 samples were

23 recorded as nondetect (Table A10).  The

24 nondetect samples were not used in the

25 computation of the geometric bias."

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-3   Filed 04/29/25   Page 248 of 390

1          Did I read that correctly?

2     A.     Yes.

3     Q.     Does that mean that ATSDR

4  didn't use nondetect samples to calculate the

5  geometric bias?

6          MS. BAUGHMAN:  Objection.  Form

7       and foundation.  Outside the scope.

8          THE WITNESS:  I -- I would

9       assume that they didn't since that's

10      what it says.

11     Q.     BY MS. SILVERSTEIN:  And does

12  that mean that ATSDR did not consider

13  nondetect samples in its assessment of the

14  calibration of the Tarawa Terrace fate and

15  transport and mixing models for PCE?

16          MS. BAUGHMAN:  Objection.

17      Form.  Foundation.

18          THE WITNESS:  I don't know.

19     Q.     BY MS. SILVERSTEIN:  You would

20  agree that ATSDR used only 17 of 36 well

21  samples in its geometric bias calculation

22  used to assess calibration; is that right?

23     A.     That is correct.

24     Q.     And you'd agree that ATSDR used

25  only 15 of 25 samples in its geometric bias

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 249 of 390

1    calculation to assess the calibration of the
2    mixing model; is that right?
3              A.    Correct.
4              Q.    Okay.  I want to turn to
5    Chapter F on Page F33.
6              A.    33?
7              Q.    Yes.
8                    Okay.  That first paragraph
9    that is continuing on Page F33, I want to
10   look at the last sentence.  It says "Both
11   results indicate that simulated PCE
12   concentrations moderately to substantially
13   overpredicted observed concentrations at
14   water supply wells"; is that correct?
15             A.    That's what it says.  But I --
16   again, I would point out that where the
17   concentrations were high, like if you look at
18   Figure F12 where the concentrations were
19   high, the model did a very good job at
20   matching.
21             Q.    Even though ATSDR stated that
22   the results indicate the simulated PCE
23   concentrations moderately to substantially
24   overpredict observed concentrations; is that
25   right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 250 of 390

1         A.      Correct.

2         Q.      And you would agree that your

3    extended simulation model confirms that

4    ATSDR's model overpredicted observed

5    concentrations at water supply wells?

6                 MS. BAUGHMAN:  Objection to

7         form.

8                 THE WITNESS:  I -- I would say

9         our extended model showed that it --

10        that it was a better -- better fit.

11        Still a little bit overpredicting, but

12        better.

13        Q.      BY MS. SILVERSTEIN:  I'm sorry,

14   what was a better fit?

15        A.      The extended model and the

16   observation data that was -- that was

17   incorporated.

18        Q.      Okay.  So you would say that

19   the extended model was a better fit than the

20   original model?

21        A.      Correct.

22        Q.      And is it your opinion that

23   ATSDR's model does not do a good job at

24   predicting concentrations when the observed

25   concentrations are low?

 1                MS. BAUGHMAN:  Objection.
 2       Form.
 3                THE WITNESS:  That's -- that's
 4       what this Figure F12 would -- would
 5       suggest.
 6           Q.      BY MS. SILVERSTEIN:  Okay.
 7  Okay.  On -- on Page F33, I want to take a
 8  moment -- minute to look at Table F13.
 9  Table F13 shows the simulated and observed
10  tetrachloroethylene or PCE concentrations at
11  water supply wells and calibration target
12  range at Tarawa Terrace and vicinity,
13  U.S. Marine Corps Base Camp Lejeune,
14  North Carolina; is that right?
15           A.      Correct.
16           Q.      And you would agree that for
17  Well TT-23, ATSDR had 11 samples for
18  calibration; is that right?
19           A.      Correct.
20           Q.      And in all 11 of those samples,
21  ATSDR's model overpredicted the PCE
22  concentrations; right?
23           A.      Correct.
24           Q.      And you would agree that 10 of
25  those 11 data points failed to meet ATSDR's

Golkow Technologies,
877-370-3377            A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 252 of 390

1    calibration target of plus or minus half an

2    order of magnitude?

3          A.      Correct.

4          Q.      For Well TT-26, ATSDR had eight

5    samples?

6          A.      Correct.

7          Q.      And you'd agree that five of

8    the eight samples overpredicted PCE

9    concentrations; right?

10         A.      Yes.  But I would also point

11   out that three of those samples were within

12   either the same day or close to the same

13   time.

14         Q.      Okay.  So that, yes, that --

15         A.      Yes.

16         Q.      -- five of the eight samples at

17   TT-26 overpredicted PCE concentrations?

18               MS. BAUGHMAN:  Objection.

19         Form.  Asked and answered.

20               THE WITNESS:  Yes.

21         Q.      BY MS. SILVERSTEIN:  And you'd

22   agree that for Well TT-25, there -- ATSDR

23   again had eight samples for model

24   calibration?

25         A.      Yes.

1      Q.      And of those eight samples, you
2  would -- at Well TT-25, you would agree that
3  six of them overpredicted the PCE
4  concentrations; right?
5          A.      Yes.
6          Q.      Okay.  I want to go back to
7  Chapter A.  I know we're talking about things
8  that are discussed in multiple chapters.  If
9  you could go to Page A93.
10              Are you on Page A93?
11          A.      Yes.
12          Q.      Okay.  A93 has Appendix A2,
13  which is the simulated tetrachloroethylene
14  and its degradation byproducts and finished
15  water at Tarawa Terrace water treatment plant
16  January 1951 to March 1987, continued; is
17  that right?
18          A.      Correct.
19          Q.      You would agree that after
20  Well TT-26 shut down, there were no PCE
21  detections?
22          A.      Are you asking me to -- from a
23  different or from this table?
24          Q.      So based on your review of the
25  records, are you aware of any PCE detections

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 254 of 390

```
 1      in Well TT-26 after Well TT-26 shut down?
 2                    MS. BAUGHMAN:  Objection.
 3           Form.
 4                    I don't think you meant to say
 5           that.  You might want to rephrase it.
 6           It didn't make sense.
 7                    THE WITNESS:  Can you ask the
 8           question again?
 9           Q.     BY MS. SILVERSTEIN:  Sure.
10                    Are you aware of any PCE
11      detections in Well TT-26 after it went out of
12      service?
13                    MS. BAUGHMAN:  Objection.
14           Form.
15                    THE WITNESS:  I'm not aware.
16           Q.     BY MS. SILVERSTEIN:  Is your
17      understanding that ATSDR modeled PCE
18      concentrations using MT3DMS above the 10 PPB
19      detection limit?  Is that -- is that fair?
20           A.     I'm not sure what you're
21      asking.
22           Q.     Okay.  Did ATSDR model PCE
23      concentrations using MT3DMS for TT-26 after
24      it shut down above the detection limit?
25                    MS. BAUGHMAN:  Objection.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 255 of 390

```
 1          Form.
 2                  THE WITNESS:  I mean, they
 3          continued the model until 1994, the
 4          end of 1994, so the contaminants were
 5          continuing to move in the aquifers
 6          through the -- through that time.
 7                  MS. SILVERSTEIN:  Okay.
 8                  THE WITNESS:  Even though TT-26
 9          was not pumping.
10          Q.    BY MS. SILVERSTEIN: Okay.  Are
11     you aware of any sample results showing above
12     the detection limit for Well TT-26 after it
13     shut down?
14          A.    I'm not aware.
15                  MS. BAUGHMAN:  Objection.
16          Form.
17          Q.    BY MS. SILVERSTEIN:  Would it
18     be -- would you agree that model validation
19     is part of the model development process?
20                  MS. BAUGHMAN:  Objection.
21          Form.
22                  THE WITNESS:  What do you mean
23          by "model validation"?
24          Q.    BY MS. SILVERSTEIN:  Sure.
25                  When you're creating a -- a
```

1    groundwater model, do you do anything to

2    validate the results of your model?

3                    MS. BAUGHMAN:  Objection.

4        Form.

5                    THE WITNESS:  Sometimes.

6        Q.    BY MS. SILVERSTEIN:  Okay.

7    Would it be fair to say that when determining

8    how accurate a model is, you can look to

9    either invalidate or validate a model?

10                   MS. BAUGHMAN:  Objection.

11       Form.

12                   THE WITNESS:  No, I don't.

13       Q.    BY MS. SILVERSTEIN:  Okay.  So

14   is it your opinion that there's no

15   significant evidence that invalidates the

16   analyses performed by ATSDR in the original

17   model?

18       A.    Okay.  Sorry.  Can you repeat

19   that one more time?

20                   MS. BAUGHMAN:  You're reading

21       from his report; right?

22                   MS. SILVERSTEIN:  I'm asking

23       him a question.

24       Q.    Are you aware --

25                   MS. BAUGHMAN:  About an opinion

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 257 of 390

1          of his report.

2                    MS. SILVERSTEIN:  Sure.  And

3          he's welcome to reference his

4          opinions.

5          Q.     But are you aware of anything

6     that invalidates -- of any evidence that

7     invalidates ATSDR's analysis of the original

8     model?

9          A.     No.

10         Q.     Okay.  Would it be fair to say

11    that evidence that invalidates a model is

12    different than evidence that validates the

13    accuracy of a model?

14         A.     I guess --

15                    MS. BAUGHMAN:  Objection.

16         Form.

17                    THE WITNESS:  I guess I've

18         never heard of coming up with evidence

19         that invalidates a model.

20         Q.     BY MS. SILVERSTEIN:  Okay.

21    You've never heard of evidence that

22    invalidates a model.  How, then, would you be

23    able to determine whether the model results

24    are accurate?

25         A.     Through the calibration

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 258 of 390

1    exercise, or are you talking about something

2    different?

3         Q.    Is calibration the only way

4    that you would determine whether a model

5    accurately represents --

6         A.    No, no.  We -- I think you can

7    consider the effort that we did in the

8    post-audit strengthens the validity of the

9    Tarawa Terrace model.

10        Q.    You just said "the validity."

11   What do you mean by "the validity"?

12        A.    Or the -- what we did didn't

13   contradict the results and conclusions that

14   they had made about the migration of the

15   plume.

16        Q.    Okay.  When you say "didn't

17   contradict," what would indicate to you that

18   a model did contradict?  Did contradict the

19   assumptions?

20             MS. BAUGHMAN:  Objection.

21        Form.

22             THE WITNESS:  If, when we

23        extended the model, that -- that the

24        plume behaved differently than -- than

25        what was being observed.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 259 of 390

1        Q.      BY MS. SILVERSTEIN:  Okay.
2    Can -- is the only way to do that through a
3    post-audit?
4                MS. BAUGHMAN:  Objection.
5        Form.
6                THE WITNESS:  No.
7        Q.      BY MS. SILVERSTEIN:  Okay.  If
8    you wanted to know how well a model performed
9    without a post-audit, what kind of analysis
10   could you do?
11       A.      You could -- you could do a
12   validation of the existing model.  That would
13   be one way.
14       Q.      What is a validation of the
15   existing model?
16       A.      That would -- that would have
17   data that they didn't use in their original
18   calibration that they would then plug into
19   the original model to -- to validate the same
20   response.
21       Q.      To your knowledge, was that
22   process done on the ATSDR model?
23                MS. BAUGHMAN:  Objection.  Form
24       and foundation.
25                THE WITNESS:  Not to my -- I --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 260 of 390

1          I don't know.

2          Q.     BY MS. SILVERSTEIN:  Would you

3     agree that ATSDR used all of its real-world

4     sampling data to calibrate its original

5     model?

6               MS. BAUGHMAN:  Objection.

7          Form.  Foundation.

8               THE WITNESS:  That's my

9          understanding.

10              MS. SILVERSTEIN:  I'm handing

11         you Exhibit 12.

12    (Exhibit 12 was marked for identification.)

13         Q.     BY MS. SILVERSTEIN:  I handed

14    you Exhibit 12, which is titled "Ground-Water

15    Models: Validate or Invalidate."

16              Do you see that title?

17         A.     Yes.

18         Q.     And it says by it "J.D.

19    Bredehoeft" and "L.F. Konikow."

20              Do you see that?

21         A.     Yep.

22         Q.     Are you familiar with J.D.

23    Bredehoeft?

24         A.     Bredehoeft, yes, I am.

25         Q.     How are you familiar with him?

1          A.     He's a respected groundwater
2     person who I think has passed away.
3          Q.     I want to direct your attention
4     to -- to Page 494, which is the second -- the
5     second page in this document.
6               Do you see the heading
7     "Postaudits"?
8          A.     Yes.
9          Q.     It says "Several postaudits
10    have been performed to evaluate the accuracy
11    of predictions made using supposedly
12    'validated' models.  Compared to the number
13    of model studies, the number of postaudits is
14    small.  There are numerous problems in
15    examining past predictions; often the stress
16    placed on the system was quite different from
17    what was used in the model analysis."
18               Did I read that correctly?
19         A.     Yes.
20         Q.     And then it continues.  "The
21    results of the current set of postaudits
22    suggest that extrapolations into the future
23    were rarely very accurate.  There are various
24    problems with models: the period of history
25    match was too short to capture an important

GolKow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 262 of 390

1    element of the model, or the conceptual model

2    was incomplete, or the parameters were not

3    well-defined, et cetera.  Our experience

4    suggests that the models are more useful as

5    tools used by the hydrologist to understand

6    the system rather than as tools to predict

7    future response.  Our record of 'validating'

8    models is not encouraging."

9                    Did I read that correctly?

10        A.      Correct.

11        Q.      You can set that aside.

12                    I guess, first, do you agree

13   with that statement by Bredehoeft and

14   Konikow?

15                    MS. BAUGHMAN:  Objection.  Form

16        and foundation.

17                    I'm not sure which statement

18        and I'm not sure if he's ever read the

19        article.

20                    If you're going to answer that,

21        I think you need to read the article

22        first.

23                    THE WITNESS:  Yeah, I would

24        just say that I have not read this

25        article, but they are talking about

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 263 of 390

1          extrapolations into the future, and
2          what we're looking at is something
3          different.  We're looking in the past.
4          We're not making predictions into the
5          future.
6          Q.     BY MS. SILVERSTEIN:  You would
7     agree that ATSDR didn't check their model
8     against samples for any time before 1980; is
9     that right?
10          A.     Didn't what?
11          Q.     They didn't compare the results
12     of their model against any samples from
13     before 1980; is that right?
14               MS. BAUGHMAN:  Objection.  Form
15          and foundation.
16               And are you talking about flow
17          samples?  Are you talking about
18          concentration samples?  It's vague as
19          to what that question is about.
20               THE WITNESS:  What specific
21          types of samples are you referring to?
22          Q.     BY MS. SILVERSTEIN:  Are you
23     aware of any samples that you did before 1980
24     that ATSDR compared its model against?
25          A.     Concentration samples?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 264 of 390

1      Q.     Sure, concentration samples.

2      A.     I'm not aware.

3      Q.     Are there any other types of

4   samples that you're aware of that ATSDR

5   looked at from before 1980?

6              MS. BAUGHMAN:  Any types of

7         data you mean?

8              MS. SILVERSTEIN:  Other types

9         of samples.

10             THE WITNESS:  Other than

11        concentration samples?

12             MS. SILVERSTEIN:  Right.

13             THE WITNESS:  Like what

14        samples -- kind of other samples are

15        you thinking about?

16     Q.     BY MS. SILVERSTEIN:  A minute

17   ago counsel objected to me saying "samples,"

18   saying that that was vague and it could be

19   many different types of samples.

20             Are you aware of any other

21   kinds of samples in addition -- besides

22   concentration samples that ATSDR looked at

23   before 1980?

24             MS. BAUGHMAN:  For the flow

25        model or the transport model?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 265 of 390

```
1              THE WITNESS:  There's a
2         possibility that there were -- that
3         they used water level information that
4         was -- that existed.
5         Q.    BY MS. SILVERSTEIN:  Are you --
6         A.    To the extent of what that was,
7   I don't know.
8         Q.    You're not aware of anything
9   that they looked at?
10             MS. BAUGHMAN:  Objection.
11        Form.  Foundation.
12             THE WITNESS:  I -- no, not --
13        not conclusively.
14        Q.    BY MS. SILVERSTEIN:  So I
15  think, as you've indicated, one way a modeler
16  can evaluate the accuracy of their model is
17  to do a post-audit; is that fair?
18        A.    Correct.
19        Q.    Okay.  And would it be fair to
20  say that post-audits are generally done to
21  see if models' predictions match what
22  happened?
23             MS. BAUGHMAN:  Objection.
24        Form.  Foundation.
25             THE WITNESS:  That -- that's
```

1           one -- that's one application.
2           Q.     BY MS. SILVERSTEIN:  And based
3      on a post-audit, the model would then be
4      revised to improve future prediction?
5                  MS. BAUGHMAN:  Objection.
6           Form.  Foundation.
7                  THE WITNESS:  Not necessarily.
8           Q.     BY MS. SILVERSTEIN:  Okay.  So
9      you could do a post-audit and not then revise
10     a model to prove future predictions?
11          A.     An example is the -- is our
12     efforts.
13          Q.     Sure.  Would you say -- so I'm
14     talking about in this circumstance where a
15     post-audit is done to see if the model
16     accurately predicts what happens in the
17     future.  That's one way that a post-audit
18     would be used; right?
19          A.     That is one application.
20          Q.     Okay.  And in that kind of
21     situation, would the model then be revised
22     after the post-audit to improve future
23     predictions?
24                 MS. BAUGHMAN:  Objection.  Form
25          and foundation.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 267 of 390

```
 1                 THE WITNESS:  It's possible.
 2         Q.     BY MS. SILVERSTEIN:  I want to
 3    go ahead and look at your report.
 4         A.     Which one?  The rebuttal or the
 5    original?
 6         Q.     Yep.  Just a second.  Your
 7    rebuttal report.
 8         A.     Okay.
 9         Q.     I will come back to that in a
10    minute.
11                In one of your opinion -- do
12    you hold the opinion that ATSDR's methodology
13    was scientifically sound?
14         A.     Yes.
15         Q.     And do you hold the opinion
16    that ATSDR's methodology is accepted within
17    the scientific community?
18         A.     Yes.
19         Q.     Did you evaluate the
20    methodology used by ATSDR?
21                MS. BAUGHMAN:  Objection.
22         Form.
23                THE WITNESS:  Evaluated to the
24         extent that we read the process that
25         they went through.
```

1          Q.     BY MS. SILVERSTEIN:  And when
2     you say "read the process that they went
3     through," did you make determinations about
4     whether their assumptions for various
5     parameters were reliable?
6                    MS. BAUGHMAN:  Objection.
7          Form.
8                    THE WITNESS:  We assumed that
9          the numbers that they reported in the
10         document were reliable.
11         Q.     BY MS. SILVERSTEIN:  So just --
12    just to be clear, you assumed the numbers
13    they reported were reliable.  Does that mean
14    that you didn't -- you don't have an opinion
15    about whether or not they used reliable
16    processes to determine those number -- those
17    parameters?
18                    MS. BAUGHMAN:  Objection.
19         Form.
20                    THE WITNESS:  Yeah, that was
21         out of our scope.
22         Q.     BY MS. SILVERSTEIN:  Okay.  So
23    you don't have opinions about whether they
24    used reliable processes to determine those
25    parameters?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 269 of 390

1           MS. BAUGHMAN:  Objection.
2      Form.
3           THE WITNESS:  That's correct.
4      Q.    BY MS. SILVERSTEIN:  In -- my
5  understanding is that you only reviewed the
6  Tarawa Terrace reports Chapters A, C, and F;
7  is that right?
8      A.    I believe that is correct.
9      Q.    So would it be fair to say that
10  your opinion that ATSDR's model was developed
11  using a scientifically sound methodology is
12  limited to the methodology discussed in
13  Chapters A, C, and F of the Tarawa Terrace
14  models?
15           MS. BAUGHMAN:  Objection.
16      Form.
17           THE WITNESS:  Yes, I think you
18      can say that.
19      Q.    BY MS. SILVERSTEIN:  You said
20  that you evaluated their methodology by
21  reading the reports, meaning Chapters A, C,
22  and F; is that right?
23      A.    Correct.
24      Q.    Is there anything else that you
25  did to evaluate the methodology used by

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 270 of 390

1    ATSDR?

2         A.      Not -- not besides running the

3    model and looking at the results and

4    comparing to what they did and what we did,

5    yeah.

6         Q.      Did ATSDR have well pumpage

7    data for the period 1953 to 1987?

8              MS. BAUGHMAN:  Objection.

9         Form.

10             THE WITNESS:  I believe that

11        was limited.

12        Q.      BY MS. SILVERSTEIN:  What do

13   you mean "limited"?

14        A.      Well, I'd have to read -- I'd

15   have to go back and -- into the document to

16   see exactly that -- that they said.  We did

17   not have well pumping data between 1953 and

18   '84.

19        Q.      Okay.  If you want to take a

20   look at Chapter A, Page A17.

21        A.      A17?

22        Q.      Yes.

23        A.      Okay.

24        Q.      The last paragraph on that

25   page says "Based on epidemiological

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-3   Filed 04/29/25   Page 271 of 390

1    considerations, historical reconstruction
2    results were provided at monthly intervals.
3    Ideally, these analyses require monthly
4    groundwater pumpage data for the historical
5    period.  However, pumpage data were limited
6    and were available on a monthly basis solely
7    for 1978 and intermittently during the period
8    of 1981 to 1985"; is that right?
9         A.    That's correct.
10        Q.    So aside from during 1978 and
11   19- -- intermittently from 1981 to 1985,
12   ATSDR did not have any well pumpage data for
13   the period 1953 to 1987?
14        A.    According to that -- this
15   document, that is true.
16        Q.    You said -- earlier we talked
17   about your opinion that the errors in the
18   post-audit are well balanced; is that right?
19        A.    Better than the original model.
20        Q.    Okay.
21        A.    Still a little balanced high.
22        Q.    And is it correct that you
23   performed the -- ran the simulation on the
24   post-audit twice?
25        A.    Twice?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 272 of 390

1          Q.      You have two sets of results
2     for the post-audit; is that right?
3                  I can ask it differently.
4          A.      Yeah.
5          Q.      You did the post-audit and have
6     the simulated concentration values in the
7     post-audit in your initial report; right?
8          A.      Correct.
9          Q.      You had to rerun the post-audit
10    for your rebuttal report; is that right?
11         A.      That's correct.
12         Q.      And that's because you had to
13    correct some input errors that were
14    highlighted by Dr. Spiliotopoulos; is that
15    right?
16         A.      Correct.
17         Q.      As part of the post-audit, you
18    calculated the mean error and mean absolute
19    error; is that right?
20         A.      Correct.
21         Q.      And is my understanding that
22    the mean error is the average difference of
23    the residual errors; is that right?
24         A.      That's correct.
25         Q.      Okay.  And is -- my

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 273 of 390

1    understanding is the residual error is the
2    difference between the observed and simulated
3    values; is that right?
4          A.    Computed versus observed, yeah.
5          Q.    When I say "simulated," does
6    "simulated" mean something different than
7    computed?
8          A.    No.  Same.
9          Q.    Okay.  So if I say "simulated,"
10   you can just infer that I also mean --
11         A.    Yes.
12         Q.    -- computed and respond with
13   whichever word you prefer?
14         A.    Yes.
15         Q.    And is the mean absolute error
16   the average of the absolute value of the
17   residual error?
18         A.    Correct.  Well, it's the
19   mean -- it's the mean absolute.  So each --
20   each error is the absolute error, and then
21   those are averaged.
22         Q.    Which means that the mean error
23   could be negative, but the mean absolute
24   error --
25         A.    Would always be positive.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 274 of 390

1          Q.     And would a negative mean error

2     indicate that a model underpredicts observed

3     values?

4          A.     On average.

5          Q.     On average?

6          A.     Correct.

7          Q.     And a -- would a positive mean

8     error indicate that, on average, a model

9     overpredicts observed values?

10          A.     Correct.

11          Q.     And you calculated the mean

12     error in both your initial report and your

13     rebuttal report; is that right?

14          A.     Correct.

15          Q.     Okay.  In your initial report,

16     the mean error was 21 micrograms per liter?

17          A.     What page are you looking on?

18          Q.     On Page 5-2 under the section

19     labeled "Monitoring Wells."

20          A.     Yes.

21          Q.     You said "Taking all values

22     into consideration, the mean error" is --

23     "equals 21 micrograms per liter"; is that

24     right?

25          A.     Correct.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 275 of 390

1        Q.       And you corrected your -- you
2    had a new mean error in the -- in your
3    rebuttal report; is that right?
4        A.       Correct.
5        Q.       And that was based on
6    correcting your -- the calculations in your
7    model?
8        A.       Correct.
9        Q.       You would agree that the mean
10   error after you corrected the input values
11   increased?
12       A.       Slightly.  Went from 21 to 22.
13       Q.       If you could go to Page 3-11 of
14   your rebuttal report.  And looking at the
15   last couple of sentences there, it says
16   "Correcting the termination of the mass
17   loading by changing it from the end of
18   December 1983 to the end of December 1984 had
19   a larger impact and increased the PCE
20   concentration to some degree at most of the
21   well locations.  The average increase was
22   27 micrograms per liter"; is that right?
23       A.       Yeah, that's correct.  I -- I
24   stand corrected.  It went from 21 to 48,
25   so...

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 276 of 390

1    Q.    And you would agree that this
2    indicates a small high bias in the model
3    results; right?
4    A.    Yes.  Yeah.
5    Q.    You'd also agree that there
6    were several instances in the extended model
7    where the observed value was zero and the
8    simulated or computed value was nonzero,
9    higher than zero?
10   A.    That's correct.
11   Q.    There are also instances where
12   the simulated value was zero but the observed
13   value was nonzero; is that right?
14   A.    I believe so, yes.
15   Q.    You said a few minutes ago,
16   maybe more than a few minutes ago, that you
17   made corrections to the extended model based
18   on errors that were identified by
19   Dr. Spiliotopoulos; right?
20   A.    Correct.
21   Q.    One of those errors was a
22   truncation error; is that right?
23   A.    Yes.
24   Q.    Meaning you had truncated the
25   PCE values down to a lower number of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 277 of 390

1    significant digits; right?

2          A.      Correct.  When -- yeah, when I

3    exported the -- the values, they were

4    truncated.  So when we -- when we -- when I

5    ran it the second time with the other fixes,

6    I gave -- I gave Dr. Jones the numbers in --

7    all significant numbers that were available

8    from the -- from the computed results.

9          Q.      Okay.  And this resulted in

10   some of the simulated PC values being higher

11   than the observed values and others being

12   lower than the observed values; is that

13   right?

14         A.      I can't remember if there were

15   some that were lower, but there would --

16   there is a chance that there were some that

17   were higher where before in our original one,

18   they would have just been zero.

19         Q.      Okay.

20         A.      But the number of higher or

21   lower, I don't -- I don't recall how many of

22   each.

23         Q.      You also directed an error

24   using the incorrect source termination date;

25   is that right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 278 of 390

1        A.      Correct.  Yeah, we fixed it

2    from ending in 1983 to ending in 1984.

3        Q.      And you corrected an error in

4    using the incorrect pumping rate for Well

5    RWC-2 from March 7, 2004, to December 16,

6    2004?

7        A.      Correct, for those nine months.

8        Q.      I want to go ahead and go back

9    to your initial report, to the executive

10   summary.

11              You determined that the ATSDR's

12   model was sufficient for -- or effectively

13   simulated long-term trends; is that right?

14       A.      Correct.

15       Q.      What do you mean by "long

16   term"?

17       A.      For the duration of the

18   model -- the duration, the period that they

19   modeled is long term.

20       Q.      Do you -- is it your opinion --

21   well, do you have an opinion on whether or

22   not the model could effectively simulate

23   month-to-month trends?

24              MS. BAUGHMAN:  Objection.

25       Form.

1          THE WITNESS:  Yes, I think it
2     effectively modeled the month-by-month
3     term -- terms.
4          Q.    BY MS. SILVERSTEIN:  Do you
5   have an opinion as to whether the model
6   effectively simulates contaminant
7   concentrations at the wells?
8          A.    Yes.
9          Q.    And is it your opinion that the
10   concentrations simulated by the model are
11   reliable for determining what the
12   concentration was at a specific month?
13          MS. BAUGHMAN:  Objection.
14     Form.
15          Do you mean at the water
16     treatment plant?
17          MS. SILVERSTEIN:  Sure.
18          Q.    Do you have -- is it your
19   opinion that the models -- the simulated
20   concentration data is reliable for
21   determining what the concentration was at a
22   specific month?
23          MS. BAUGHMAN:  Objection.
24     Form.
25          THE WITNESS:  At the wells or

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 280 of 390

1          at the treatment plant or at some
2          other location?
3          Q.      BY MS. SILVERSTEIN:  Anywhere.
4          A.      Yes.
5          Q.      And where -- first, where do
6    you state in your -- either of your reports
7    that you have an opinion that the monthly
8    concentration data is reliable?
9          A.      I don't believe that we were
10   specific about a monthly time step being
11   reliable.  We didn't state that.
12         Q.      So, in other words, none of the
13   opinions that you offer in your initial
14   report or your rebuttal report include the
15   opinion that the ATSDR model is reliable for
16   determining what the concentration was at a
17   specific month?
18         A.      Not --
19                 MS. BAUGHMAN:  Objection.
20         Form.
21                 THE WITNESS:  Not in those
22         specific words.
23         Q.      BY MS. SILVERSTEIN:  Okay.
24   What words in your report -- where in your
25   reports do you believe that that opinion is

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 281 of 390

1    covered?

2         A.      In our conclusions and summary

3    about the reliability of the model that was

4    originally developed and its applicability to

5    what it was constructed for.

6              For example, at the end of our

7    Executive Summary on Page V1 -- or VI.  "In

8    summary, this post-audit found that the

9    original Tarawa Terrace groundwater model and

10   transport models were developed using sound

11   methodology and continue to provide reliable

12   insights into the migration of PCE

13   concentration [sic]."

14              MS. BAUGHMAN:  Contamination.

15              THE WITNESS:  Contamination.

16        Q.     BY MS. SILVERSTEIN:  So your

17   opinion is that the model is reliable for

18   determining the migration of the PCE

19   contamination; is that fair?

20              MS. BAUGHMAN:  Objection.

21        Form.

22              THE WITNESS:  Yes.

23        Q.     BY MS. SILVERSTEIN:  Where do

24   you say that it's your opinion that the model

25   is reliable for determining what the

1    concentration was in a specific month?

2         A.    We didn't -- we did not use

3    those specific words.

4         Q.    Okay.  And it's your opinion --

5    it's your belief that saying it's reliable

6    for insights into the migration of PCE

7    contamination includes reliability about what

8    a specific concentration was?

9         A.    Yes.

10        Q.    What is that based on?

11        A.    It's based on --

12             MS. BAUGHMAN:  Objection.

13        Form.

14             THE WITNESS:  -- the

15        observation data and the agreement of

16        the computed values to the observation

17        data and all of the evaluation, both

18        quantitative and qualitative, to make

19        that -- to make that --

20        Q.    BY MS. SILVERSTEIN:  Is it your

21   opinion that ATSDR's model is reliable and

22   accurate for determining what the specific

23   concentration of PCE was at the Tarawa

24   Terrace water treatment plant in 1961?

25        A.    Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 283 of 390

1          Q.       And why do you believe that?
2          A.       Based on the original author's
3     efforts to calibrate the model and the effort
4     that we did in the post-audit and the looking
5     at the observed data and how well that fit
6     gives me that opinion that's valid for 1961.
7          Q.       Earlier I showed you Exhibit 6,
8     the ATSDR's response to criticism from the
9     Navy.
10              Do you recall that?
11         A.       What document was that in?
12    Exhibit 6?
13         Q.       Exhibit 6, yes.
14              And if you could look at the
15    page ending in 272.
16         A.       272, okay.
17         Q.       And looking at the last
18    paragraph, it says "To address the issue of
19    the intended use of the water-modeling
20    results by the current ATSDR epidemiological
21    study, the DON should be advised that a
22    successful epidemiological study places
23    little emphasis on the actual (absolute)
24    estimate of concentration and, rather,
25    emphasizes the relative level of exposure.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 284 of 390

1    That is, exposed individuals are, in effect,

2    ranked by exposure level and" maintained --

3    "maintain their rank order of exposure level

4    regardless of how far off the estimated

5    concentration is to the 'true' (measure) PCE

6    concentration.  This rank order of exposure

7    level is preserved regardless of whether the

8    mean or the upper or lower 95 percent of

9    simulated levels are used to estimate the

10   monthly average contaminant levels.  It is

11   not the goal of the ATSDR health study to

12   infer which health effects occur at specific

13   PCE concentrations."

14            Did I read that correctly?

15       A.    Yes.

16       Q.    Is it your understanding that

17   ATSDR was looking to determine what the

18   actual concentrations were at the Tarawa

19   Terrace water treatment plant?

20            MS. BAUGHMAN:  Objection.

21       Form.

22            You mean "mean monthly"

23       concentrations?

24            MS. SILVERSTEIN:  The actual

25       mean monthly concentration.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 285 of 390

1          MS. BAUGHMAN:  Still object to
2     form.
3          Q.    BY MS. SILVERSTEIN:  Is that
4   your -- is that your understanding?
5          A.    Yes.
6          Q.    And is it your understanding
7   that that -- that ATSDR was attempting to
8   determine the actual mean monthly value at
9   the wells even though they stated that the
10  emphasis was on the relative level of
11  exposure?
12          MS. BAUGHMAN:  Objection.  Form
13     and foundation --
14          THE WITNESS:  Who --
15          MS. BAUGHMAN:  -- and asked and
16     answered.
17          THE WITNESS:  Who stated?
18          Q.    BY MS. SILVERSTEIN:  In the
19  paragraph that I just read you, they stated
20  that the emphasis was on the relative level
21  of exposure; right?
22          MS. BAUGHMAN:  Objection.
23     Form.  Foundation.
24          THE WITNESS:  And -- and that
25     is what --

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 286 of 390

```
 1              MS. BAUGHMAN:  And asked and
 2         answered.
 3              THE WITNESS:  -- you're saying
 4         the A -- ASTD -- ATSDR said that?
 5              MS. SILVERSTEIN:  Yes.
 6              MS. BAUGHMAN:  Calls for
 7         speculation.  Asked and answered.
 8              THE WITNESS:  Okay.  Can you
 9         ask the question one more time?
10         Q.    BY MS. SILVERSTEIN:  Sure.
11              ATSDR places little -- said
12    that they place little emphasis on the actual
13    absolute estimate of the concentration level;
14    is that right?
15              MS. BAUGHMAN:  Objection.
16         Form.  Mischaracterizes the document.
17              And this is talking about the
18         intent of the epidemiology study, not
19         the intent of the water modeling, so
20         you're mischaracterizing the document.
21         Q.    BY MS. SILVERSTEIN:  Do you see
22    where it says that their focus was on the --
23    was not on the actual absolute value of the
24    water concentration?
25              MS. BAUGHMAN:  Objection.  Form
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 287 of 390

1          and foundation.

2                   THE WITNESS:  According to

3          this, based on the epidemiological

4          study.

5          Q.     BY MS. SILVERSTEIN:  And when

6    you say "based on the epidemiological study,"

7    you understand that the epidemiological study

8    relied on the ATSDR water modeling results

9    that you reviewed in this case?

10                  MS. BAUGHMAN:  Objection.

11         Form.  Foundation.  This is outside

12         the scope.

13                  He's not giving opinions on

14         what the epidemiology study did or

15         didn't do.

16                  THE WITNESS:  Yeah, I'm not

17         sure I understand what they're trying

18         to say here.

19         Q.     BY MS. SILVERSTEIN:  Are you

20    offering an opinion about whether or not the

21    ATSDR water model for Tarawa Terrace can be

22    used to determine a specific individual's

23    exposure?

24                  MS. BAUGHMAN:  Objection.

25         Form.  Foundation.  Outside the scope

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 288 of 390

1           of this report.
2                   THE WITNESS:  No.
3                   MS. SILVERSTEIN:  How long have
4           we been going for?
5                   MS. BAUGHMAN:  It's been over
6           an hour.
7                   MS. SILVERSTEIN:  Let's go
8           ahead and take a break now, then.
9                   MS. BAUGHMAN:  And can you let
10          us know how much is left of the seven
11          hours?
12                  THE VIDEOGRAPHER:  We have --
13          we're on 5:24 now.
14                  MS. BAUGHMAN:  Thank you.
15                  THE VIDEOGRAPHER:  We're off
16          the record.  The time is 4:45 -- 4:46.
17             (There was a break taken.)
18                  THE VIDEOGRAPHER:  We're back
19          on the record.  The time is 5:15.
20                  Counsel may proceed.
21          Q.    BY MS. SILVERSTEIN:  Mr. Davis,
22     during the break did you talk to anybody
23     about the substance of your testimony today?
24          A.    Yes, I talked to our -- our
25     legal team.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 289 of 390

1      Q.      And when you say "our legal
2    team," do you mean Laura and Devin?
3      A.      Laura and Devin, correct.
4      Q.      What did you talk about
5    regarding the substance of your testimony?
6      A.      A question that I had based on
7    the question that you asked me about whether
8    or not all of the data was used for the
9    calibration of the original model.
10     Q.      Okay.
11     A.      And I -- I just need to correct
12   my answer, because as I was thinking about it
13   and had -- had to look at some documents in
14   Section F, that the data for the treatment
15   plant was not used in the calibration; it was
16   used after the model was calibrated to verify
17   the validity of the groundwater model, the PC
18   concentrations.
19     Q.      And where in Chapter F are you
20   referring to?
21     A.      It's, like, Page -- Chapter F,
22   I believe it's 40 -- Page 42 from the Level 4
23   calibration.
24             Even though the word
25   "calibration" was used here for the mixing

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 290 of 390

1    model, the original -- the parameters weren't

2    changed based on the observed values at the

3    treatment plant, but this data was used

4    separately from the data that was used to

5    calibrate the original model in the -- the

6    Level 3 effort.

7              There's also corresponding

8    descriptions of the same thing in Morris' and

9    Dr. Aral's expert reports.

10         Q.    Okay.  So is it your

11   understanding, then, that ATSDR used

12   concentration data after the model was

13   calibrated to validate the model?

14         A.    To verify what the results they

15   were getting.

16         Q.    Okay.  And which -- which

17   sample data did they use to verify the

18   results?

19         A.    The -- the data that's listed

20   in Table F14.

21         Q.    Okay.  And Table F14 is

22   Computed and observed tetrachloroethylene

23   (PCE) concentrations in water samples

24   collected at the Tarawa Terrace water

25   treatment plant and calibration target rate;

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 291 of 390

1    is that right?

2            A.       Correct.

3            Q.       Prior to discussing this with

4    your -- with the legal team during the break,

5    were you -- were you aware that ATSDR had

6    used that data to verify?

7            A.       Yes, yeah.  And then in trying

8    to answer the questions, and you asked me did

9    they use all of the data, then -- and I

10   misspoke, because they didn't use this

11   particular data in that effort.

12           Q.       They used this particular data

13   to -- would it be right to say to look at

14   the -- how the simulated data fit within the

15   calibration target; is that right?

16                   MS. BAUGHMAN:   Objection.

17           Form.

18                   THE WITNESS:   They looked at

19           this data to -- as they got the mean

20           monthly concentrations and they

21           compared that with what they had

22           observed at the treatment plant.

23           Q.       BY MS. SILVERSTEIN:   And they

24   did that to look at the calibration target;

25   is that what they were doing?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 292 of 390

1          MS. BAUGHMAN:  Objection.
2     Form.
3          THE WITNESS:  No, there's no
4     calibration targets here --
5     Q.     BY MS. SILVERSTEIN:  Okay.  So
6  they --
7     A.     -- in this case.
8     Q.     -- just were doing that to
9  verify the data?
10    A.     The validity of the data, yeah.
11    Q.     Is this all of the data that
12  ATSDR used to look at the validity of the
13  data?
14         MS. BAUGHMAN:  Objection.
15    Form.  Foundation.
16         THE WITNESS:  I assume, yes.
17         The data that you're talking
18    about that's listed in Table F14?
19         MS. SILVERSTEIN:  Correct.
20         THE WITNESS:  I assume that is
21    correct.
22    Q.     BY MS. SILVERSTEIN:  Earlier I
23  asked you where you got a couple different
24  pieces of data that you used in your
25  post-audit; for example, the pumping rate

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 293 of 390

 1   data.  Do you remember when I asked you those
 2   questions?
 3           A.      Yes, uh-huh.
 4           Q.      And you told me that the legal
 5   team gave you that data; is that right?
 6           A.      Correct.
 7           Q.      Who on the legal team gave you
 8   that data?
 9           A.      I don't recall.
10           Q.      Okay.  Was that data provided,
11   like, via email?
12           A.      I don't know if it was email or
13   from, like, a secure fold -- you know,
14   SharePoint or secure download folder.  I -- I
15   can't -- can't remember.
16           Q.      Okay.  And when you refer to,
17   like, a legal team, who do you include in
18   that -- that description?
19                   MS. BAUGHMAN:  I'm going to
20           object to that.  I don't think that
21           you're allowed to know who he's
22           communicating with on the team.  I
23           think that's confidential.
24                   MS. SILVERSTEIN:  I disagree.
25           I think we're allowed to know where he

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 294 of 390

1        got it.  Who provided him specific

2        data.

3                MS. BAUGHMAN:  He said the

4        legal team provided the data.

5                THE WITNESS:  Yeah.

6                MS. BAUGHMAN:  That's -- that's

7        specific enough.

8                MS. SILVERSTEIN:  To be clear,

9        are you instructing him not to answer?

10               MS. BAUGHMAN:  He already

11       answered.  He said he didn't know.

12               MS. SILVERSTEIN:  Okay.  I --

13               MS. BAUGHMAN:  He doesn't

14       remember.

15       Q.    BY MS. SILVERSTEIN:  When you

16   say "the legal team," who -- who makes up the

17   legal team?

18               MS. BAUGHMAN:  Objection.  Form

19       and foundation.

20               THE WITNESS:  I don't know all

21       of the people.  I -- I would say for

22       the vast majority of my communi- --

23       well, all my communication has gone

24       through these -- these two

25       individuals.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 295 of 390

1        Q.      BY MS. SILVERSTEIN:  Okay.  You
2    also mentioned earlier that you had taught
3    courses on water modeling; is that right?
4        A.      Correct.
5        Q.      Where did you teach courses on
6    water modeling?
7        A.      Various locations across the
8    world.
9        Q.      When you say "various
10   locations," do you mean at universities?
11       A.      Sometimes at universities.
12       Q.      Okay.  What universities?
13       A.      Like the University of Liege in
14   Belgium.  University -- you know, some
15   universities, some were given at, like, in
16   conference rooms and at -- at various places.
17   So sometimes it happened at a hotel room,
18   sometimes it happened at a university, so
19   it -- it varied.
20       Q.      And when you say "courses," do
21   you mean, like, a -- a semester-long course
22   at a university or are you referring to,
23   like, a day or two-day long lecture?
24       A.      Usually they were a week
25   long -- a week-long course.

1       Q.    Okay.  And how many of these

2  courses have you taught?

3       A.    Dozens, at least, if not more.

4  Probably more than a hundred.

5       Q.    And what subject matters did

6  you teach?

7       A.    Groundwater principles,

8  groundwater hydrology, hydrogeology,

9  groundwater modeling, fate and transport.

10  All centered around groundwater hydrogeology

11  and modeling.

12       Q.    Are these courses all listed on

13  your resum??

14       A.    No.

15       Q.    Do you maintain a list of the

16  courses that you've taught?

17       A.    No.

18       Q.    Okay.  Have you ever been,

19  like, hired as a full-time professor

20  or instructor?

21       A.    No, no.

22       Q.    Would it be fair to say that

23  these -- that your course at University of

24  Liege was, like, a guest lecture kind of

25  course?

GolkowTechnologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-3   Filed 04/29/25   Page 297 of 390

1        A.      I don't know if it would be
2   classified as a guest lecture.  We went there
3   and people came to participate in the
4   training course.
5        Q.      When you say "people came to
6   participate in the training course," were
7   these, like, university students?
8        A.      Sometimes.
9        Q.      Okay.  What other kind of -- if
10  they weren't all university students, who
11  else took these?
12       A.      Consultants, government --
13  government people.  You know, both academia,
14  non-academia consultants.
15       Q.      Did you prepare -- do you
16  prepare, like, a syllabus or --
17       A.      Yes.
18       Q.      -- for these courses?
19       A.      Yes.
20       Q.      Have you maintained the
21  syllabi?
22       A.      No.
23       Q.      Do you use -- do you have,
24  like, a standard syllabus that you use or is
25  it different for each course?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 298 of 390

1          A.     It -- it varied.  You know, a
2     lot of times it was a standard -- a standard
3     format, but sometimes it was adjusted,
4     depending on where we -- where I was going.
5          Q.     When did you most recently
6     teach a course on groundwater modeling?
7          A.     Probably 2009, 2010.
8          Q.     Is there a reason that you
9     haven't taught any courses since 2009 or
10     2010?
11          A.     My career shifted from doing
12     training and some consulting to consulting
13     100 percent of the time.
14          Q.     And that change was around
15     2010?
16          A.     Yes.
17          Q.     Have you ever worked -- prior
18     to your retention for the Camp Lejeune
19     litigation, had you ever worked with Morris
20     Maslia?
21          A.     No.
22          Q.     Were you familiar with
23     Mr. Maslia at all?
24          A.     No.
25          Q.     Had you -- prior to your

GolKow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 299 of 390

1    retention for the Camp Lejeune litigation,

2    had you ever worked with Mustafa Aral?

3         A.    No.

4         Q.    Were you familiar with

5    Dr. Aral's work?

6         A.    No.

7         Q.    Had you ever worked with --

8    prior to your retention for the Camp Lejeune

9    litigation, had you ever worked with

10   Dr. Konikow?

11        A.    No, but I've known him

12   throughout my career.

13        Q.    How do you know him?

14        A.    Well, most recently he was the

15   editor of Groundwater journal, and I sit on

16   the board of directors for the National

17   Groundwater Association.

18        Q.    Okay.  And I'm not familiar

19   with how those two organization -- the

20   national association --

21        A.    Yeah, the Groundwater journal

22   is published by the National Groundwater

23   Association.

24        Q.    Okay.  And so did you interact

25   with Dr. Konikow in -- on your role on the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 300 of 390

```
1    board?
2         A.     To the extent that we would see
3    each other at our annual meeting.
4         Q.     Had you ever worked with
5    Dr. Sabatini prior to your retention in the
6    Camp Lejeune litigation?
7         A.     No.
8         Q.     Were you familiar with
9    Dr. Sabatini?
10        A.     I don't know him.
11        Q.     Have you read USGS's 2004
12   report "Guidelines for evaluating groundwater
13   flow models"?
14        A.     I'm familiar with that
15   document.  I wouldn't say that I've read it
16   recently, but I am familiar with it.
17        Q.     And in your opinion, is USGS a
18   reliable source?
19        A.     Yes.
20               MS. BAUGHMAN:  Objection to
21        form.
22        Q.     BY MS. SILVERSTEIN:  And did
23   you review Dr. Konikow's report prior to
24   submitting your rebuttal report?
25        A.     His -- the only report I'm
```

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 301 of 390

1    aware of is his rebuttal report, which I read

2    after our rebuttal report was submitted.

3         Q.    Do you agree with Dr. Konikow's

4    opinions?

5         A.    Yes.

6         Q.    Have you reviewed

7    Dr. Sabatini's report?

8         A.    Briefly.  I mean, not -- not

9    fully, yeah.

10        Q.    Do you agree with

11   Dr. Sabatini's opinions?

12        A.    I don't have an opinion.

13        Q.    Did you review Morris Maslia's

14   report?

15        A.    His rebuttal report?

16        Q.    Did you review his initial

17   report?

18        A.    Yes.

19        Q.    And do you agree with his

20   opinions in --

21        A.    Yes.

22        Q.    -- his initial report?

23              Did you review Mr. Maslia's

24   rebuttal report?

25        A.    Yes.

1          Q.     Do you agree with his opinions
2     in his rebuttal report?
3          A.     Yes.
4          Q.     And did you review Dr. Aral's
5     report?
6          A.     Briefly, I believe.
7                 His original report?
8          Q.     Yes.
9          A.     I don't recall.
10         Q.     Do you agree with Dr. Aral's
11    opinions?
12                MS. BAUGHMAN:  Objection.
13         Form.
14                THE WITNESS:  It would be hard
15         to agree to his opinions if I can't
16         remember what they are.
17         Q.     BY MS. SILVERSTEIN:  Okay.  Did
18    you -- for your rebuttal report, did you
19    consider the expert report from Dr. Jay
20    Brigham?
21         A.     No.
22         Q.     Did you review the report of
23    Kyle Longley?
24         A.     No.
25         Q.     When you were preparing your

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 303 of 390

1    initial report and the rebuttal report, did
2    you review any academic texts?
3                    MS. BAUGHMAN:  Other than
4            what's cited in the reports?
5                    THE WITNESS:  Yeah, I don't --
6                    MS. BAUGHMAN:  I object to the
7            form.  He's got citations in the
8            reports.
9                    THE WITNESS:  Yeah, outside of
10           the ones that are cited, I -- I don't
11           remember offhand if there were
12           academic papers.
13           Q.    BY MS. SILVERSTEIN:  Are there
14    any texts, meaning studies, textbooks,
15    guidebooks that you consider to be reliable
16    authorities in the field of groundwater
17    modeling?
18                    MS. BAUGHMAN:  Objection.
19           Form.  Overbroad.
20                    THE WITNESS:  Yeah, there's
21           lots of books.  Many that sit on my
22           shelf.
23           Q.    BY MS. SILVERSTEIN:  Okay.
24    What are some of the books that you consider
25    to be reliable authorities in groundwater

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 304 of 390

1   modeling?
2            MS. BAUGHMAN:  Object to the
3        form.
4            Reliable for every single
5        statement stated in each of the books?
6        Is that what you're asking him?
7        Q.    BY MS. SILVERSTEIN:  If someone
8   asked you --
9            MS. BAUGHMAN:  Be careful.
10       Q.    BY MS. SILVERSTEIN:  -- is this
11  a reliable authority in groundwater
12  modeling --
13       A.    Yeah.
14       Q.    -- what text would you provide?
15           MS. BAUGHMAN:  Objecting to the
16       form.
17           THE WITNESS:  Like the Anderson
18       Woessner book, that's a reliable --
19       that's a reliable book.
20       Q.    BY MS. SILVERSTEIN:  Are you
21  referring to Applied Groundwater Modeling --
22  Monitoring?
23       A.    Modeling.
24       Q.    Modeling, excuse me.
25       A.    Yes, yeah.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 305 of 390

1          Q.     Are you familiar with
2     groundwater -- Modeling Groundwater Flow and
3     Contaminant Transport by Jacob Bear and
4     Alexander H.-D. Cheng?
5          A.     Yes.
6          Q.     Do you consider that to be a
7     reliable authority?
8          A.     Yes.
9                 MS. BAUGHMAN:  Object to the
10          form.
11         Q.     BY MS. SILVERSTEIN:  A minute
12     ago you mentioned the Anderson text.  Do you
13     consider the 1992 version to be a reliable
14     authority?
15                MS. BAUGHMAN:  Objection to the
16          form.
17                If -- if you would need to look
18          at it first to make sure what they've
19          stated is reliable, then don't answer.
20                THE WITNESS:  Okay.  I would
21          have to review it.
22         Q.     BY MS. SILVERSTEIN:  When you
23     said earlier that you consider the
24     Anderson --
25         A.     Yeah.

GolKow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 306 of 390

1          Q.      -- text to be reliable --

2          A.      Yes.

3          Q.      -- would that include the 1992

4    and 2015 versions?

5                  MS. BAUGHMAN:  Objection.

6          Form.

7                  THE WITNESS:  Yes, I would say

8          so.

9          Q.      BY MS. SILVERSTEIN:  Are you

10   familiar with the text Guidelines for

11   Evaluating Groundwater Flow Models by

12   Thomas E. Reilly and Arlen W. Harbaugh?

13         A.      Not sure if I've read that one.

14         Q.      Okay.  Are you familiar with

15   the Standard Guide for Calibrating a

16   Groundwater Flow Model Application by the

17   American Society for Testing and Materials

18   International?

19         A.      I'm aware of that document.

20         Q.      Do you consider that to be

21   reliable?

22                 MS. BAUGHMAN:  Object to the

23         form.

24                 THE WITNESS:  Yes.

25         Q.      BY MS. SILVERSTEIN:  Are you

1    familiar with the text Calibration and

2    Uncertainty Analysis for Complex

3    Environmental Models by John Doherty?

4         A.    Yes, I'm -- I'm -- I'm familiar

5    with that document.

6         Q.    Do you consider that document

7    to be reliable?

8         A.    Yes.

9              MS. BAUGHMAN:  Object to the

10             form.

11             THE WITNESS:  Yes.

12        Q.    BY MS. SILVERSTEIN:  Are you

13   familiar with the work of Dr. Clement?

14             MS. BAUGHMAN:  Object to the

15             form.

16             THE WITNESS:  Yes.

17        Q.    BY MS. SILVERSTEIN:  Do you

18   consider Dr. Clement to be an authoritative

19   figure in groundwater modeling?

20             MS. BAUGHMAN:  Object to the

21             form.

22             THE WITNESS:  Yes.

23        Q.    BY MS. SILVERSTEIN:  Earlier I

24   asked you about groundwater modeling projects

25   that you had worked on.  Do you remember that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 308 of 390

1    discussion?

2            A.      Yes.

3            Q.      And you said that there were

4    hundreds of projects that you had worked on

5    that were not listed in your CV; is that

6    right?

7            A.      That's correct.

8            Q.      Why are they not all listed in

9    your CV?

10           A.      Because my -- I would say

11   because I'm a consultant and my resum? or CV

12   gets distributed to clients and potential

13   clients on a regular basis, and they don't

14   need to see hundreds of pages.

15           Q.      How do you determine which

16   projects to list on your CV?

17           A.      I try to find ones that are

18   representative and current.

19           Q.      By "current" do you mean ones

20   that you've worked on in the last couple of

21   years?

22           A.      Most recent, yes.

23           Q.      Okay.  Do you maintain a list

24   of all of the groundwater modeling projects

25   you've worked on?

```
 1          A.      No.
 2          Q.      Earlier I asked you questions
 3    about a couple of the projects that you have
 4    worked on, including, I think, one for
 5    New Jersey that you said was confidential.
 6                  Do you remember that?
 7          A.      Yes.
 8          Q.      And are you maintaining your
 9    position that you can't answer questions
10    about that work because it's confidential?
11                  MS. BAUGHMAN:  About the
12          New Jersey one?
13                  MS. SILVERSTEIN:  Yes.
14                  THE WITNESS:  Yes.
15                  MS. SILVERSTEIN:  Okay.  We are
16          reserving our right to seek additional
17          information regarding the confidential
18          projects --
19                  THE WITNESS:  Sure.
20                  MS. SILVERSTEIN:  -- that
21          Mr. Davis declined to testify about.
22                  THE WITNESS:  Sure.
23          Q.      BY MS. SILVERSTEIN:  Earlier I
24    also asked you if you had been involved in
25    any personal litigation.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 310 of 390

1              Do you remember that?

2      A.      Yes.

3      Q.      And you said -- you said other

4   than your divorce there wasn't anything?

5      A.      Correct.

6      Q.      Have you ever been involved or

7   filed for bankruptcy?

8      A.      Yes.

9      Q.      And have you been involved in

10  any creditor suits?

11     A.      No.

12             MS. SILVERSTEIN:  Okay.  I

13         don't have any more questions at this

14         time.

15             Thank you so much for your time

16         today.  I know it was a really long

17         day.

18             THE WITNESS:  That's okay.

19         Thank you.

20             MS. BAUGHMAN:  I have a few

21         questions.

22                 EXAMINATION

23  BY MS. BAUGHMAN:

24     Q.      Okay.  Just going back to

25  question -- a topic that we were just asking

GolkowTechnologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 311 of 390

1  about where you talked about hundreds of
2  groundwater modeling projects that you've
3  worked on that aren't on your CV.
4        My question about that is:  Did
5  any of those projects involve hindcasting or
6  looking back in time to model?
7        A.    I'm -- I'm sure they did.
8        Q.    Can you -- can you give us an
9  estimate about how many times you've done
10 that -- that sort of a reconstruction or
11 hindcasting of groundwater flow and
12 contaminant transport?
13       A.    More than one, less than a
14 hundred.  I don't -- I don't know.  I mean...
15       Q.    I mean, you've talked about
16 more than one already today, so --
17       A.    Yeah, it was multiple -- it was
18 multiple times.  It's not -- it's not an
19 uncommon thing.
20       Q.    For -- for you to do?
21       A.    Yes.
22       Q.    And to be done in your field?
23       A.    Correct.
24       Q.    Okay.  You were asked a kind of
25 general question earlier in the deposition,

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 312 of 390

1    very early in the deposition, about whether
2    it's important to understand the purpose of a
3    model, and you said it was important because
4    it's the foundation of what you were doing.
5              I want to talk about that with
6    respect to work that was done by the ATSDR.
7         A.    Okay.
8         Q.    In your opinion, would the
9    ATSDR need to know how the mean monthly
10   contaminant levels would be used by a health
11   professional in order to perform their
12   modeling?
13        A.    No.
14             MS. SILVERSTEIN:  Objection.
15        Q.    BY MS. BAUGHMAN:  So when you
16   said it was important to understand the
17   purpose of the model, what did you mean?  Did
18   you mean understanding what --
19             MS. SILVERSTEIN:  Object to
20        form.
21        Q.    BY MS. BAUGHMAN:   -- in the
22   context of ATSDR?
23             MS. SILVERSTEIN:  Object to
24        form.
25             THE WITNESS:  The purpose would

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 313 of 390

1     be, okay, what are we trying -- what
2     are we trying to get out of this
3     model; not necessarily how it could be
4     possibly used, but what are the
5     results, what are we trying to get out
6     of this --
7          Q.     BY MS. BAUGHMAN:  And here --
8          A.     -- model.
9          Q.     -- that was what?
10         A.     In this particular case, they
11    were trying to get mean monthly averages at
12    the treatment plant.
13         Q.     Okay.  Earlier today -- okay.
14    You testified earlier today that -- I think
15    you said something about the ATSDR are not
16    doing a good job when modeling
17    concentrations -- simulating concentrations
18    when the levels were low.
19               Do you remember that testimony?
20         A.     Yes.
21         Q.     What did you mean by that?
22         A.     It's probably best if I
23    compare -- use the word "compared."  So
24    compared to the locations where high
25    concentrations, the model didn't do as good

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 314 of 390

1    of a job.

2          Q.      At the lower?

3          A.      At the lower concentrations

4    compared to how well it did to the locations

5    where the concentrations were high.

6          Q.      Okay.  Very recently you were

7    asked in the deposition about Dr. Clement and

8    whether you considered him to be, I don't

9    know, someone who's reputable in your field.

10         Do you recall that?

11         A.      Yes.

12         Q.      And you're familiar with

13   Dr. Clement's work?

14         A.      Yeah.  We are -- we are

15   friends.

16         Q.      Does that mean do you agree

17   with everything Dr. Clement has published --

18         A.      No.

19         Q.      -- in the groundwater field?

20         A.      No, that does not mean that.

21         Q.      And specifically with respect

22   to Camp Lejeune, do you -- are you -- do you

23   agree with what Dr. Clement has published?

24   To the extent you're familiar with it.

25         A.      I am aware that he has

1    written -- has written material about this

2    particular site.  It's my understanding or my

3    opinion that he was more critical of the

4    TechFlowMP modeling approach than he was with

5    the MODFLOW MT3D --

6            Q.      Okay.

7            A.      -- approach.

8            Q.      When you said that you consider

9    him to be authoritative, that didn't mean you

10   agreed with his opinions --

11           A.      No, that does not mean --

12           Q.      -- regarding Camp Lejeune?

13           A.      Correct.

14           Q.      Okay.  And, similarly, you --

15   you talked about whether various textbooks

16   and published books are -- I think the word

17   was used "reliable" -- does that mean you

18   agree with all of the opinions and statements

19   in each of those books?

20           A.      It would be hard to agree with

21   all of the opinions and statements because

22   you would have to go through page by page of

23   all those textbooks.

24           Q.      And you didn't do that --

25           A.      No.

1      Q.      -- in order to answer those
2  questions?
3          A.      No.
4              MS. BAUGHMAN:  All right.  I'll
5          pass the witness.
6              MS. SILVERSTEIN:  I just have a
7          couple more questions.
8              THE WITNESS:  Sure.
9                  EXAMINATION
10  BY MS. SILVERSTEIN:
11      Q.      You said that the groundwater
12  modeling projects that were not listed on
13  your CV, some of those included hindcasting
14  work; right?
15          A.      Yes.
16      Q.      How many times in the projects
17  that you -- all of the groundwater modeling
18  projects that you've worked on, how many
19  times have you estimated the absolute
20  contaminant concentration to determine a
21  specific person's exposure level?
22              MS. BAUGHMAN:  Objection.
23          Form.  Foundation.  It's outside the
24          scope of his job to do that.
25              THE WITNESS:  Yeah, I -- I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 317 of 390

```
1              would say -- you're asking me how the

2              model may have been used, and I don't

3              know the answer to that.

4              Q.    BY MS. SILVERSTEIN:  So you're

5      not aware of any times that the -- any

6      instances in which the model -- modeling that

7      you've done has been used to determine the

8      exposure for a specific person; is that

9      right?

10                  MS. BAUGHMAN:  Objection.  Form

11              and foundation.

12                  THE WITNESS:  I'm not saying

13              that it's not possible.  I'm not aware

14              of it.

15                  MS. SILVERSTEIN:  Okay.  I have

16              no more questions.

17                  MS. BAUGHMAN:  Okay.  We're

18              finished.

19                  THE WITNESS:  Okay.

20                  THE VIDEOGRAPHER:  We're off

21              the record.  The time is 5:44.

22        (The deposition was concluded at 5:44 p.m.)

23                          -oOo-

24

25
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 318 of 390

1                    Reporter's Certificate
2     State of Utah        )
      County of Salt Lake )
3
4         I, Vickie Larsen, Certified Court
5     Reporter and Registered Merit Reporter in the
6     State of Utah, do hereby certify:
7         THAT the foregoing proceedings were
8     taken before me at the time and place set
9     forth herein; that the witness was duly sworn
10    to tell the truth, the whole truth, and
11    nothing but the truth; and that the
12    proceedings were taken down by me in
13    shorthand and thereafter transcribed into
14    typewriting under my direction and
15    supervision;
16        THAT the foregoing pages contain a true
17    and correct transcription of my said
18    shorthand notes so taken.
19        IN WITNESS WHEREOF, I have subscribed
20    my name this 18th day of February, 2025.
21
22

23                   Vickie Larsen, CCR/RMR
                     Utah License No. 109887-7801
24                   Nevada License No. 966
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 319 of 390

1  In Re: Camp Lejeune Water Litigation
   Case No.:  7:23-CV-00897
2  Date:  February 13, 2025
   Reporter:  Vickie Larsen, CCR/RMR
3
                WITNESS CERTIFICATE
4
   State of Utah           )
5                                ss.
   County of Salt Lake    )
6
        I, R. JEFFREY DAVIS, HEREBY DECLARE:
7  That I am the witness referred to in the
   foregoing testimony; that I have read the
8  transcript and know the contents thereof;
   that with these corrections I have noted this
9  transcript truly and accurately reflects my
   testimony.
10 PAGE-LINE    CHANGE/CORRECTION          REASON
11 ____ ____   _____    _____
12 ____ ____   _____    _____
13 ____ ____   _____    _____
14 ____ ____   _____    _____
15 ____ ____   _____    ____
16 ____ ____   _____    _____
17 ____ ____   _____    _____
18 ____ ____   _____    _____
19  _____       No corrections were made.
20
21 I, R. JEFFREY DAVIS, hereby declare under the
   penalties of perjury of the laws of the
22 United States of America and the laws of the
   State of Utah that the foregoing is true and
23 correct.
24 Dated this _____day of _____,
   2025.
25         _____
                R. JEFFREY DAVIS

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 320 of 390

| & | | |
|---|---|---|

**&**   2:4

**0**

**0**   158:22
**0.00005**   228:19
**0.00053**   230:2
 231:2
**0.002**   236:2
**0.14**   225:7,13
 225:21
**0.21**   225:1
**0.25**   223:10
 224:20 225:24
**0.39**   224:21
**0.40**   225:2
**0.71**   225:1
**0.76**   223:11
 224:20
**00053**   232:10
**001**   236:1
**005**   232:3
**0053**   232:3
**00897**   1:6 6:11
 319:1

**1**

**1**   3:13 6:6 11:7
 11:8 13:6
 49:25 97:20
 152:6,10
 159:10 162:5,8
 162:12 169:10
 169:10,18,18

 173:15 198:16
 210:24 211:11
 211:18 213:5
 216:14 218:5
 246:25 247:3
**1,000**   158:22
**1,100**   158:22
 229:23
**1,200**   187:15,16
 189:3 192:1,12
**1,600**   158:22
**1-1**   108:2,9
**10**   4:21 60:23
 120:6,7,9
 173:11,16,25
 251:24 254:18
**100**   111:2
 298:13
**10003**   2:5
**109887-7801**
 1:17 318:23
**10:15**   63:17
**10:29**   63:20
**11**   3:13 4:25
 133:10,11,13
 148:25 213:5
 229:22 230:6
 251:17,20,25
**1100**   2:11
**111**   1:15
**114**   4:18
**11:44**   129:24
 130:1

**12**   5:2 260:11
 260:12,14
**12,000**   189:3
**120**   4:21 39:7
**1200**   187:23
 193:16,22
 194:7,24
 196:10 197:15
 197:17
**12:56**   130:1,3
**13**   1:12 6:1,5
 148:17 319:2
**132**   89:22
**133**   4:25
**14**   3:25 24:21
 226:8,14,20
**140**   159:11
 171:20
**14670**   318:22
**15**   247:22
 248:25
**150**   39:6 223:7
 224:18
**15749**   76:16
**16**   278:5
**160,000**   48:4,21
**17**   247:13
 248:20
**18**   96:2,12,20
 186:12,16
**18.49**   97:9
**1800**   1:15
**183**   115:11,11

**18th**   318:20
**19**   4:21 125:22
 170:3 271:11
**195**   89:10
**1951**   95:21
 100:8 140:14
 141:2 142:3
 253:16
**1952**   82:20
 88:19 89:10,17
 91:3
**1953**   78:22
 79:10 95:14
 106:10 188:8
 188:19,24
 189:22 190:11
 191:14 192:14
 196:23 199:4
 199:15 200:5
 270:7,17
 271:13
**1954**   189:22
 191:14
**1961**   282:24
 283:6
**1968**   67:3
**1978**   271:7,10
**1980**   84:6
 263:8,13,23
 264:5,23
**1980s**   164:14
 164:20 198:11
**1981**   232:9
 271:8,11

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 321 of 390

**1982** 83:25
200:21 201:17
**1983** 84:7
106:10 188:8
192:2 275:18
278:2
**1984** 83:10
105:21,25
106:2,10
275:18 278:2
**1984/1985**
200:22 201:17
**1985** 67:3
78:22 79:10
83:13,16,21
84:10 89:22
90:3,21,22,23
91:5,9,9 92:1
94:4,9,18 95:1
95:9 105:21
106:6 229:22
230:6 231:1
232:9 271:8,11
**1987** 82:20
84:3 88:19
89:11,18 90:15
91:3 95:14,22
96:9,11,15,16
96:17 97:6,7
97:12 192:14
196:23 253:16
270:7 271:13
**1990** 235:24

**1990s** 18:5
19:11
**1991** 105:22
106:6 229:22
230:6 231:1
**1992** 305:13
306:3
**1994** 100:8
140:15 141:2
142:3 255:3,4
**1995** 117:25
125:22,25
126:4,7,25
140:21 141:19
146:19,23,24
147:6,11
155:16 224:14
245:20
**1996** 147:15
**1997** 147:19
169:10,18
210:23
**1998** 146:19
147:7,23
**1999** 134:6
146:1,16 147:2
150:16 152:7
152:11,15,22
**1a** 148:23
150:15,21
152:5,16,21
**1a's** 152:10

**2**

**2** 3:17 12:21
20:20,21,23
63:21 106:17
111:16 130:22
146:21,25
147:1 148:3
152:15,22
154:12 155:2,7
178:3 278:5
**2,151** 229:25
**2.9** 227:7
228:10 237:8
**2.93** 227:8
**2.93.** 227:7
**20** 3:17 34:4,5
41:3 60:23
133:20 148:24
**20-26** 134:8
**20.6.8** 134:10
**20.6.8.** 134:5,8
**2000** 150:20,25
151:1 170:3
173:5
**20005** 2:11
**2000s** 37:10,11
**2001** 150:18
152:15,23
**2002** 158:16
159:6,11,20,21
162:5,8,11,12
162:15,19
169:10,18

**2003** 158:20
**2004** 67:5
278:5,6 300:11
**2005** 180:16
181:7
**2007** 17:21
148:24,25
158:21 243:21
**2008** 4:22
17:21 117:25
125:22,25
126:4,7,25
140:21 141:19
146:1,16,24
147:3 148:25
155:17 216:16
245:20
**2009** 181:18
182:10 298:7,9
**2010** 31:2
298:7,10,15
**2015** 306:4
**202.616.4473**
2:12
**2022** 14:11
32:17,25 37:18
39:11 41:14
42:10
**2024** 3:20 12:3
12:4,7 23:16
30:22 32:18
37:25 39:9,15
40:13 42:10
111:12

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 322 of 390

**2025** 1:12 3:25
6:1,5 24:21
318:20 319:2
319:24
**21** 226:17
274:16,23
275:12,24
**212.558.5915**
2:5
**22** 275:12
**23** 3:21 83:7,9
83:15 87:9
88:20,25 89:1
89:12,17,21
94:2,8,18 95:1
95:10 251:17
**23's** 83:20
**235** 142:10
143:12,16
**25** 3:20 23:16
83:23,24 84:2
88:20 89:1,12
89:17 90:2
91:4 95:14
97:13 226:10
226:15 229:22
230:6 247:22
248:25 252:22
253:2
**26** 84:5,9 88:20
88:24 89:1,12
89:17 91:11,19
91:25 93:13
94:2,8,17 95:1

95:10 161:19
167:4 186:7
187:7 229:21
230:25 231:6
231:16 232:8
232:13 233:15
233:20 236:4
244:18 245:2
245:11,16,20
245:25 252:4
252:17 253:20
254:1,1,11,23
255:8,12
**260** 5:2
**27** 275:22
**272** 73:25
283:15,16
**28** 222:11
**280** 158:15
**290** 162:4
**2:06** 192:23
**2:27** 193:1
**2a** 161:25

| 3 |
|---|

**3** 3:21 23:19,20
104:12 105:2,3
105:3 108:3
130:4 182:4
210:24 216:14
216:20,21
218:6 230:1
231:8 232:15
235:25 290:6

**3-1** 139:15
**3-11** 275:13
**3-6** 242:21
**3-7** 182:6,8
242:7,10,13
**3-8** 243:18
**3.2** 139:15
**3.9** 223:12
**30** 12:21 17:7
60:23 162:16
**31** 89:2,3
**310** 3:6
**316** 3:7
**33** 73:23 249:6
**330** 123:3
**33272** 73:18,24
**35** 17:3
**350** 229:23
**36** 247:13
248:20
**360** 235:23
**3:21** 236:20
**3:40** 236:23
**3m** 34:7,24,25
35:4,7

| 4 |
|---|

**4** 4:1 49:20,22
49:24 99:21
155:14,15
159:4 160:17
160:18 161:24
168:24 193:2
289:22

**4-2** 157:18
158:11
**40** 60:23
186:17 289:22
**42** 289:22
**43** 90:2 91:4
**447** 8:7,7
**45** 12:21
**48** 275:24
**486488** 120:11
**49** 4:1
**494** 261:4
**498** 47:16
**4:45** 288:16
**4:46** 288:16
**4a** 158:14

| 5 |
|---|

**5** 4:3 53:22
65:17,18,19
76:13 152:15
152:22 159:21
210:24 216:14
236:24 243:2
**5,400** 159:5
171:19
**5-1** 203:9
204:16
**5-2** 166:15
274:18
**5.1** 167:21
**5.5** 150:15
152:21

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 323 of 390

**50** 34:1 55:17
55:21 60:24
**53** 93:13
**54** 89:2
**57** 170:18
171:3
**5718** 77:13
**5749** 76:17
**58** 170:17
171:3
**5:15** 288:19
**5:24** 288:13
**5:44** 317:21,22
**5:45** 1:13

**6**

**6** 4:5 71:7,8,10
73:18 107:17
150:17 164:2,4
164:6,7 165:2
165:17,23
168:5 213:6
283:7,12,13
**6,900** 158:18
**6-1** 107:12,14
107:15,16
108:8
**615669** 93:4
**642** 66:10,12,12
**644** 66:12
**6492** 121:24
**65** 4:3

**7**

**7** 3:5 4:10
84:13,14,16
186:4 278:5
**700** 2:4
**71** 4:5
**720** 235:23
**79** 162:9
**7:23** 1:6 6:11
319:1

**8**

**8** 4:13 98:21,22
98:24,25
198:24 203:7
222:9 245:10
**84** 4:10 270:18
**840** 122:8
123:4
**84004** 8:8
**85** 105:23
**87** 89:9

**9**

**9** 4:18 114:10
114:11,13
**90s** 51:2 54:14
**91** 105:23
**92** 158:22
**92939** 85:2
**92975** 85:8
**93047** 99:11
**93100** 99:18

**95** 74:20 284:8
**966** 1:17
318:24
**97** 173:5
**98** 4:13 76:15
162:13
**9:13** 1:13 6:1,5

**a**

**a.m.** 1:13 6:1,5
**a1** 217:4,22
**a10** 246:6,24
247:23
**a17** 78:19
270:20,21
**a18** 93:3
**a19** 82:16
86:20
**a2** 95:18
253:12
**a25** 247:11
**a26** 103:21
245:24 246:11
246:20
**a27** 87:21 88:2
**a5** 93:14
210:19
**a6** 82:16 86:10
86:13,16 87:9
87:11
**a67** 77:12
**a8** 103:22,25
**a9** 87:21 88:3
88:13 216:9

246:6,23
247:14
**a93** 95:16
253:9,10,12
**abc** 77:24
187:13 189:1
189:18 190:10
191:3,14
193:20 194:13
194:19,23
199:2,6,10
200:3,8,12
201:24 202:8
211:19 213:4
213:19 215:13
**ability** 109:21
**able** 210:11
214:25 257:23
**above** 168:8
243:24 254:18
254:24 255:11
**absolute** 71:25
74:10 211:8
272:18 273:15
273:16,19,20
273:23 283:23
286:13,23
316:19
**absorption**
199:9 200:11
201:10
**academia**
297:13,14

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 324 of 390

**academic** 303:2
  303:12
**accepted**
  193:15 267:16
**access** 141:15
**account** 102:11
  113:20 194:3
  195:11 202:17
  202:25 215:21
**accuracy** 4:18
  114:14 243:23
  257:13 261:10
  265:16
**accurate** 21:5
  23:3 24:3 50:5
  78:20 82:11
  124:9 127:13
  127:22 128:25
  136:6 148:15
  198:14 256:8
  257:24 261:23
  282:22
**accurately**
  72:22 132:12
  220:9,13 258:5
  266:16 319:9
**accused** 38:5
**achieve** 203:14
  204:2,6
**act** 14:10 15:7
**active** 100:5,10
**actual** 71:25
  74:10 163:10
  169:2 283:23

  284:18,24
  285:8 286:12
  286:23
**actually** 20:16
  57:5 86:22
  149:19 218:17
**add** 50:9 136:4
  167:3 240:1
  244:17
**addition**
  200:17 204:24
  264:21
**additional**
  15:15,23,24
  46:1 109:17,24
  136:10 197:24
  220:23,25
  309:16
**address** 8:6
  74:5 283:18
**addressed**
  204:9
**adjust** 237:21
**adjusted** 298:3
**adsorption**
  101:16
**advection**
  231:6 232:14
**advised** 74:8
  283:21
**adviser** 17:3
**affect** 132:3
  145:1,5 152:23
  153:10

**affects** 113:21
**afff** 35:4,12
  37:23 42:4
**age** 66:22
**agency** 66:17
  66:18
**ago** 24:25
  32:13 91:1
  148:5 163:1
  164:10 175:23
  245:2 264:17
  276:15,16
  305:12
**agree** 77:2,15
  78:1 79:21
  80:1 82:24
  83:9,15,20,24
  84:5,9 85:20
  86:8 88:18
  89:20,25 90:21
  91:7,11,15,25
  93:20 94:1,15
  95:12,24 96:9
  96:18 97:12
  101:11 102:22
  103:7 104:16
  104:22 105:16
  105:20 106:1,4
  110:13 112:25
  113:7,19 115:3
  116:12,22
  125:16 127:10
  134:22 135:5
  138:4 144:25

  150:7,19
  154:11 156:12
  156:22 159:19
  165:16,20
  166:16 167:12
  167:23 184:10
  185:18 186:11
  186:14 201:9
  201:15 202:8
  203:12,24
  208:6 219:3,13
  221:5 222:12
  225:21 226:10
  228:25 237:15
  237:25 238:12
  242:18 243:1
  244:9 248:20
  248:24 250:2
  251:16,24
  252:7,22 253:2
  253:19 255:18
  260:3 262:12
  263:7 275:9
  276:1,5 301:3
  301:10,19
  302:1,10,15
  314:16,23
  315:18,20
**agreed** 91:2
  233:6 315:10
**agreement** 20:5
  20:7 282:15
**ah** 86:25

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 325 of 390

**ahead** 10:16
11:2 53:21
117:20 130:21
137:23 166:14
203:7 222:8,10
222:13 228:23
229:14 243:17
267:3 278:8
288:8
**alanna** 2:17
**alexander**
305:4
**alleyway**
200:24
**allison** 2:21
**allowed** 293:21
293:25
**alpine** 8:8
**america** 1:8
319:22
**american**
306:17
**amount** 133:2,4
143:7 196:13
227:4
**analyses** 65:20
71:10 73:14
84:16 98:25
256:16 271:3
**analysis** 25:8
62:11,14,22
63:1,9 75:2
104:9,12 120:2
121:17 122:3

123:22 124:5
126:23 177:5,6
218:25 257:7
259:9 261:17
307:2
**analytical**
158:24 163:5
175:25 176:4
176:16,21
**analyze** 176:9
176:12,16
**analyzed** 176:6
223:8 224:19
**analyzing**
204:24 233:5
**anderson**
304:17 305:12
305:24
**annual** 142:17
142:21 300:3
**anomalies**
160:11 170:7
**anomaly**
159:23 160:1
160:12
**answer** 9:7,11
9:21 10:8,15
10:16 11:2
15:3 21:20
49:10 75:17
151:19 181:22
218:19 262:20
289:12 291:8
294:9 305:19

309:9 316:1
317:3
**answered** 11:1
130:19 179:17
182:15 183:20
192:4 252:19
285:16 286:2,7
294:11
**answers** 149:15
178:15
**anticipate** 9:17
**antonucci** 2:8
6:24,25
**anwar** 2:9 6:22
6:22 236:15
**anybody** 28:7
29:24 30:3
237:2 288:22
**anyway** 9:20
**apologies** 156:9
229:11
**apologize**
149:21
**apparently**
199:8 200:10
**appear** 50:4
**appearances**
2:1
**appeared**
166:22
**appendix** 95:18
245:12 253:12
**applicability**
281:4

**application**
266:1,19
306:16
**applied** 143:8
222:21 229:7
304:21
**apply** 51:20,21
**applying**
229:25 235:24
**approach**
183:22 315:4,7
**approaches**
75:1
**appropriate**
232:23
**approval** 67:6
**approve** 23:7
**approved** 23:2
**approximately**
223:7 224:18
**approximates**
231:3 232:10
**approximation**
114:3,7 115:13
116:2,4
**april** 90:23
91:9
**aquifer** 112:5
115:12 116:1
128:16 144:17
144:20 159:1
163:18,21,24
177:20 194:4
194:13,20

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 326 of 390

195:1,7 221:8
222:19,20
**aquifers** 255:5
**aral** 26:20
299:2
**aral's** 30:15,17
290:9 299:5
302:4,10
**arbitrary** 243:9
243:25 244:5,7
**area** 35:17 39:3
39:9,10 76:2
77:9 79:22
163:8 176:19
177:1 205:14
214:1
**areas** 156:14,24
168:19
**arguments**
182:19
**arlen** 306:12
**article** 114:13
116:17,20
262:19,21,25
**aside** 15:12
19:6 27:10
29:23 42:9
43:13 64:9
117:21 137:24
154:11 203:7
228:24 262:11
271:10
**asked** 10:25
20:10 57:18

65:14 111:17
111:22 119:14
167:18 179:17
182:15 183:20
192:4 232:22
232:25 252:19
285:15 286:1,7
289:7 291:8
292:23 293:1
304:8 307:24
309:2,24
311:24 314:7
**asking** 10:7,9
44:22 79:7
117:5 130:15
166:9 174:8,18
174:20 253:22
254:21 256:22
304:6 310:25
317:1
**assess** 126:9,17
204:23 205:13
248:22 249:1
**assessment** 4:7
71:17 75:1
76:20 77:3
205:23 206:1
206:16 207:5
208:4 248:13
**associated**
66:25
**association**
299:17,20,23

**assume** 10:9
23:1,10 24:17
83:2 86:6
87:19 97:4
121:3 129:12
141:4 152:8
154:1,16
165:11 169:13
180:10,12
182:23 183:7
188:20 193:19
194:24 196:24
198:7 233:1
248:9 292:16
292:20
**assumed** 93:7
121:5 150:8,16
179:13 192:9
201:16 202:1
268:8,12
**assuming** 21:8
24:5 93:21
94:19,21
188:25 227:21
**assumption**
92:17 150:11
151:22 154:20
154:21 183:7
183:17,17
193:23,25
194:2 198:3
**assumptions**
81:22 82:5,10
82:11 124:17

149:5 210:17
258:19 268:4
**astd** 286:4
**atsdr** 4:3,8,10
4:13 27:12,24
64:12,15 66:18
67:16 68:2,14
68:24 69:8
70:7,20 71:17
73:14 74:7,23
78:1 93:20,23
94:25 95:8,24
96:10,18
102:17,22
103:7 104:16
104:23 111:19
118:3,9,23
120:19 121:1
121:16 122:2
123:4 124:7,13
143:24 179:13
180:22 185:21
187:22 191:22
192:9 195:22
197:3 198:9
201:10,15
202:1 221:15
221:23 224:5
225:6,12 227:6
227:17 228:6
228:25 230:4
230:13 231:12
233:2,9 236:7
237:25 243:4,8

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 327 of 390

247:8 248:3,12
248:20,24
249:21 251:17
252:4,22
254:17,22
256:16 259:22
260:3 263:7,24
264:4,22
267:20 270:1,6
271:12 280:15
283:20 284:11
284:17 285:7
286:4,11 287:8
287:21 290:11
291:5 292:12
312:6,9,22
313:15
**atsdr's**  76:19
77:2 78:11
85:21 87:16
94:6,15 119:5
119:18 120:1
124:4,21 144:3
185:12 187:12
193:15 232:6
244:5,21 250:4
250:23 251:21
251:25 257:7
267:12,16
269:10 278:11
282:21 283:8
**attached**  49:24
**attachment**
12:10,17,18

**attempt**  113:5
138:13,13
**attempted**
138:9 139:3
**attempting**
124:10 238:9
285:7
**attended**  30:2
**attention**  261:3
**attorney**  6:13
10:12 234:16
**attorney's**  1:14
**attorneys**  8:17
15:22 130:10
193:5
**audit**  3:19,24
20:24 23:24
29:5 33:17
45:11,14,15
46:20,23,24
47:6 65:10
68:1,13 69:23
69:25 70:5
71:23 73:4
78:9,13 110:18
110:21 111:3
111:12,17,23
111:24 117:22
121:10 125:8
127:2 138:1,8
139:14 144:10
145:10,14
165:5 166:17
169:16 179:6

179:10 187:9
188:12 202:16
203:2 217:19
244:10,22
245:21 258:8
259:3,9 265:17
266:3,9,15,17
266:22 271:18
271:24 272:2,5
272:7,9,17
281:8 283:4
292:25
**audits**  45:7
265:20
**august**  83:10
84:6 162:5,11
162:16,21
**author**  20:3
114:18 133:21
**author's**
114:21 283:2
**authored**  17:18
**authoritative**
307:18 315:9
**authorities**
303:16,25
**authority**
304:11 305:7
305:14
**avail**  175:13
**available**  36:3
36:6 39:14
116:8,14 117:7
128:5 135:23

185:12,21
208:7,15 271:6
277:7
**average**  74:22
100:2,12,13,14
101:2,12
142:15,16,20
142:21 231:3
231:15 232:11
272:22 273:16
274:4,5,8
275:21 284:10
**averaged**
223:11 224:21
225:2 273:21
**averages**
313:11
**aware**  49:14
68:2,13,21,24
69:8 70:11,14
71:3,22 83:3
89:15 98:17,19
102:8,15 110:5
114:24 120:15
120:18,23
121:1 122:13
125:1,3 176:17
180:14,17
186:24 221:23
230:13 253:25
254:10,15
255:11,14
256:24 257:5
263:23 264:2,4

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 328 of 390

264:20 265:8
291:5 301:1
306:19 314:25
317:5,13

**b**

**b** 3:11 12:21
165:4
**b.p.** 4:23
**bachelor's**
50:16
**back** 12:11
60:17,21 63:19
76:13 97:3
103:20 130:2
156:8 159:3
161:24 168:23
177:3 192:25
203:8 222:8,14
236:22 247:10
253:6 267:9
270:15 278:8
288:18 310:24
311:6
**balanced** 167:9
167:15 168:1,2
168:6 271:18
271:21
**bankruptcy**
310:7
**base** 16:8,14,23
65:23 66:24
67:5 71:13
82:21 84:20

85:17 88:9
99:3 104:5
105:13 186:8
251:13
**based** 53:8 76:9
83:19 89:8,24
91:10 93:14
95:15 96:23
97:16,24 98:5
98:8,10 106:7
107:2 112:22
112:24 123:7
141:8,13
150:11,13
155:2 172:5
186:20 188:24
189:4 191:18
197:4 211:8
216:1 222:21
225:18 230:10
253:24 266:2
270:25 275:5
276:17 282:10
282:11 283:2
287:3,6 289:6
290:2
**bases** 16:19
109:4
**bash** 2:20
**basically** 44:13
127:2 178:4
205:22 212:7
**basing** 141:14
210:16

**basis** 92:7
243:13 271:6
308:13
**bates** 66:9
73:18,20 76:15
77:13 85:2,8
93:3 99:10,17
120:9 121:24
**baughman** 2:3
3:6 7:3,3 11:15
12:13 13:24
14:15,19 15:17
18:18 21:16
22:4 25:5,15
30:9 33:4
34:10,21 36:9
37:2 40:6
41:17,23 42:14
43:1 44:20
45:8 46:13,25
47:9,20 48:1,8
49:8 51:15
53:2 55:23
56:4 57:9
58:10,20 59:2
59:9 62:6
65:12 68:7,19
69:2,14 70:1,9
70:16,23 72:3
72:12,25 75:11
75:24 76:7
77:7,18 78:4
79:3 80:7,19
81:1,18,25

82:6,12 85:23
86:16 87:4,17
87:22,25 88:21
90:4,12,18
91:20 92:4,13
92:24 94:10
95:3 96:3,13
96:25 97:14,22
98:6,13 101:7
101:19 102:1
102:12 103:2
103:12 106:11
106:24 107:8
107:21 108:13
108:21 109:8
109:18 110:8
111:4 112:6,13
113:9,15,23
114:5 115:14
116:15,25
117:10 118:12
118:24 119:6
119:12 120:21
121:12 122:16
123:5,11
126:12 127:14
127:23 128:9
129:1 132:5,15
133:6 134:23
135:8,16,25
136:19,25
137:3,12,19
138:19 145:3
145:11,20

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 329 of 390

| | | | |
|---|---|---|---|
| 147:8,13,16,20 | 197:21 198:18 | 268:18 269:1 | **behavior** |
| 147:24 148:18 | 199:14,20 | 269:15 270:8 | 204:23 205:14 |
| 149:17 150:3 | 201:19 202:3 | 278:24 279:13 | **belgium** 295:14 |
| 151:2,15,18 | 202:10,19 | 279:23 280:19 | **belief** 243:6 |
| 152:1,25 | 203:3 208:10 | 281:14,20 | 282:5 |
| 153:12 154:7 | 208:18 209:14 | 282:12 284:20 | **believe** 26:25 |
| 156:17 157:1 | 209:21 211:17 | 285:1,12,15,22 | 37:19 41:4 |
| 157:10,15 | 215:23 219:17 | 286:1,6,15,25 | 47:15,22 48:2 |
| 159:24 160:6 | 220:16 221:18 | 287:10,24 | 56:17 71:21 |
| 160:13 161:15 | 222:1 223:13 | 288:5,9,14 | 90:9 106:17 |
| 161:20 164:3,7 | 223:18 225:8 | 291:16 292:1 | 109:20 115:9 |
| 164:15,22 | 225:15,25 | 292:14 293:19 | 124:3 146:3,20 |
| 165:18,24 | 226:12,19 | 294:3,6,10,13 | 165:9 168:25 |
| 166:2,5,8,19 | 227:18 228:7 | 294:18 300:20 | 190:25 208:22 |
| 167:16 168:9 | 230:8,16 | 302:12 303:3,6 | 228:9 241:1 |
| 170:24 171:7 | 231:19 233:23 | 303:18 304:2,9 | 244:4,24 269:8 |
| 171:14 172:7 | 236:10 238:6 | 304:15 305:9 | 270:10 276:14 |
| 172:19,23 | 238:16 239:1 | 305:15 306:5 | 280:9,25 283:1 |
| 173:18 174:1 | 240:20 241:4,9 | 306:22 307:9 | 289:22 302:6 |
| 174:11,15,25 | 241:19 242:1 | 307:14,20 | **benzene** 78:2 |
| 175:10 176:23 | 243:10 244:14 | 309:11 310:20 | 78:10 |
| 178:23 179:16 | 246:7,12,16 | 310:23 312:15 | **best** 9:16,20 |
| 180:8,25 | 248:6,16 250:6 | 312:21 313:7 | 10:6 64:24 |
| 181:14,21,25 | 251:1 252:18 | 316:4,22 | 178:1 313:22 |
| 182:14 183:9 | 254:2,13,25 | 317:10,17 | **better** 135:14 |
| 183:19 184:1 | 255:15,20 | **bear** 305:3 | 250:10,10,12 |
| 184:17 185:4 | 256:3,10,20,25 | **began** 189:1,22 | 250:14,19 |
| 185:13,23 | 257:15 258:20 | **beginning** | 271:19 |
| 186:18 187:1 | 259:4,23 260:6 | 158:10 199:3 | **beyond** 50:21 |
| 189:24 190:14 | 262:15 263:14 | 200:5 | **bias** 105:1 |
| 190:21 191:4,7 | 264:6,24 | **behalf** 33:7 | 247:16,25 |
| 191:15 192:3 | 265:10,23 | 35:5,7 | 248:5,21,25 |
| 194:5,14 195:2 | 266:5,24 | **behaved** | 276:2 |
| 195:24 196:6 | 267:21 268:6 | 258:24 | |

877-370-3377                           Golkow Technologies,
                                       A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 330 of 390

**biased** 166:18
166:23
**big** 127:19
172:17
**bigger** 39:9,12
**bill** 2:18
**billed** 47:18,25
48:21
**billing** 111:9
**bills** 15:9,15,22
15:24 47:23
48:3 111:6
**biodegradation**
229:1,6,17
230:14 231:16
231:25 232:23
233:8,14 234:4
234:9,19 235:3
235:9,13,16
236:8
**birth** 67:1
**births** 67:2
**bit** 128:4 149:4
228:2 230:22
237:4 250:11
**block** 246:3,20
**blue** 211:2
212:1,8 213:18
**board** 67:8
299:16 300:1
**bodies** 38:7,20
**bolton** 2:3 7:1,1
7:17

**book** 133:14,25
134:6 304:18
304:19
**books** 303:21
303:24 304:5
315:16,19
**bottom** 66:10
73:21 85:1
93:5 115:11,17
115:19,21
120:10 122:1
212:18,20,25
243:17 247:21
**bottoms** 200:21
**boulevard** 65:2
65:6,11
**boundary**
119:18 128:18
216:1
**bove** 13:17
31:15
**brain** 212:21
**break** 10:20,21
10:23 11:3
63:14,18
129:21,25
130:9 192:21
192:24 193:7,9
236:17,21
237:2 288:8,17
288:22 291:4
**breaks** 10:19
93:11

**bredehoeft**
260:19,23,24
262:13
**briefly** 189:12
301:8 302:6
**brigham** 19:21
19:22 54:20
189:11 191:1
302:20
**brigham's**
189:16
**broadway** 2:4
**brown** 211:3
**budget** 67:9
**building** 40:15
60:16,21 69:19
**built** 33:18,21
55:10 219:10
**bulk** 227:11
237:6
**bunch** 86:5
**business** 199:4
200:5
**byproducts**
78:17 95:20
125:2,13,18
253:14
**byu** 50:17 51:6

**c**

**c** 6:2 64:19
84:22 85:5
86:23 87:2
118:17 186:3

269:6,13,21
**c1** 169:5,11,21
170:6 172:5
**c10** 85:12,14
86:10
**c13** 159:4
171:17
**c25** 85:7
**c3.1** 186:5
**c5** 216:17 217:7
217:14,17,20
218:1,8,17
219:2
**c5's** 216:23
**c70** 186:4,5
**calculate** 142:6
153:5,21 248:4
**calculated**
153:11,17,21
195:15 231:14
236:8 272:18
274:11
**calculates**
153:22
**calculation**
101:2,13,17,25
102:18 248:21
249:1
**calculations**
275:6
**calibrate**
219:15,22
260:4 283:3
290:5

Golkow Technologies,
877-370-3377                     A Veritext Division                     www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 331 of 390

**calibrated**
45:18,25
104:17 106:9
217:13 243:20
289:16 290:13
**calibrating**
237:17 306:15
**calibration**
36:2,22 99:21
100:1 104:1,2
104:11,22
105:12,18
119:23 134:16
134:19 189:6
195:16,17,23
196:11 197:9
198:13 237:20
237:21 238:12
238:23,24
241:1,3,17,18
241:24 242:14
242:23 243:3,7
243:22,25
244:5,13,21
245:3 246:4,22
246:24 247:4
248:14,22
249:1 251:11
251:18 252:1
252:24 257:25
258:3 259:18
289:9,15,23,25
290:25 291:15
291:24 292:4

307:1
**call** 212:2
**called** 7:9 18:14
201:10
**calling** 8:1
**calls** 286:6
**camp** 1:4 6:8
11:19 13:10
14:10 15:7
16:3,6,11,14,21
17:18 20:4
31:2 42:11
65:24 66:24
70:21 71:14
76:24 82:19,21
84:20 85:18
88:9 99:4
104:5 105:14
106:22 180:15
185:2 186:8
196:22 251:13
298:18 299:1,8
300:6 314:22
315:12 319:1
**cancers** 67:1
**capacity** 85:21
85:25 186:6,15
**capture** 108:25
240:23 261:25
**captured**
240:19
**career** 16:16,18
298:11 299:12

**careful** 304:9
**carolina** 1:2
6:10 14:9
65:24 66:25
71:14 82:22
84:20 85:18
88:10 99:4
104:6 105:14
141:21 186:9
251:14
**carried** 178:8
214:22
**case** 6:10 10:14
32:9,23 38:3
44:15 45:17
47:14 48:7,18
49:2 59:17,19
59:22 60:1,4
62:1 67:14
107:20 108:12
112:12 128:2
213:17 218:2,3
218:5,8 219:10
243:19 287:9
292:7 313:10
319:1
**cases** 32:19
43:21,24 44:6
**castle** 222:19
**cause** 218:16
**caused** 68:6,17
75:21,22
**caution** 43:2

**ccr** 1:16 318:23
319:2
**cell** 153:23
188:8 217:16
217:16
**cells** 211:1
**centered**
296:10
**centers** 67:6
**central** 79:23
**certain** 22:13
22:14 122:13
150:25
**certificate**
318:1 319:3
**certified** 318:4
**certify** 318:6
**cetera** 262:3
**challenge**
131:14 204:15
**challenges**
131:6,12
204:22
**challenging**
131:19 203:14
204:1,6 240:5
240:8
**chance** 241:12
277:16
**change** 50:8
119:11 130:19
145:10,13,17
154:4 170:14
175:17,19

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 332 of 390

188:12 189:23
190:5,19
192:14 196:22
197:3 202:1,9
215:9 227:10
227:21,24
235:9 298:14
319:10
**changed** 38:25
39:1 143:22
149:10 150:1
151:7 226:4
290:2
**changes** 136:11
136:12 165:23
166:11 202:8
202:17,25
**changing**
189:21 275:17
**chapter** 4:3,10
4:13 27:16,16
27:22,22 66:1
76:14 84:22
85:5 86:23
87:2,2,24 99:6
99:13 103:20
105:6 123:23
123:23 136:22
186:3 198:23
222:6 228:24
245:23 246:13
249:5 253:7
270:20 289:19
289:21

**chapters** 27:18
64:19,23 65:2
118:17,19
253:8 269:6,13
269:21
**characteristics**
128:17 214:12
**characterizati...**
52:9
**characterize**
221:6
**charge** 22:7
**chart** 106:5,7
**chats** 13:8,21
14:6
**check** 177:5
263:7
**checked** 177:9
**cheng** 305:4
**chief** 133:16
**childhood** 67:1
**chloride** 125:6
233:11
**choose** 198:9
**christopher**
31:18,21
**circumstance**
266:14
**circumstances**
46:4
**citation** 200:22
**citations** 303:7
**cited** 303:4,10

**cites** 200:6
**city** 1:15 6:14
**civil** 2:10 12:20
50:17 51:4
53:4
**claim** 14:8,25
15:6
**clarification**
174:18,21
**clarify** 10:6
27:21
**classes** 52:11
**classified** 297:2
**cleaner** 190:10
194:23
**cleaner's**
189:18 202:8
**cleaners** 77:24
187:14 189:1
191:3,14
193:20 194:13
194:19 199:2,7
199:10 200:3,9
200:12 201:24
211:20 213:4
215:13
**cleaning** 199:3
199:6 200:4,8
201:12
**clear** 65:4
268:12 294:8
**clement** 307:13
307:18 314:7
314:17,23

**clement's**
314:13
**client** 33:7 38:4
38:22
**clients** 43:5
308:12,13
**climate** 39:19
**close** 178:14
203:14 204:2,6
204:12 206:24
207:21 239:4
252:12
**closely** 127:12
127:19 167:5
**closer** 239:19
**closest** 55:20
**coefficient**
142:7 221:17
221:24 223:9
223:10 224:8
224:19 225:6
225:13 226:23
227:6,12,16
228:13,14,18
**coefficients**
215:8 222:18
224:16 237:7
**collected**
163:17 169:23
290:24
**color** 211:3
**colored** 211:6
**column** 104:8
224:15 247:11

Golkow Technologies,
877-370-3377                   A Veritext Division                   www.veritext.com
Case 7:23-cv-00897-RJ      Document 357-3      Filed 04/29/25      Page 333 of 390

247:20
**combinations**
122:14
**come** 20:7
177:9 267:9
**comes** 50:11
**coming** 94:8
100:22 257:18
**communi**
294:22
**communicating**
293:22
**communication**
294:23
**communicati...**
12:23 13:10
14:6,13 15:5
**community**
267:17
**company** 50:24
51:11
**comparable**
136:16 137:10
**compare** 127:6
207:11 263:11
313:23
**compared**
45:21 125:23
126:4 206:18
216:15 261:12
263:24 291:21
313:23,24
314:4

**comparing**
127:5 209:23
210:4 270:4
**comparison**
209:12
**compensation**
15:11,15,25
49:1
**complete** 9:21
24:6 107:19
108:10 139:8
141:3,7,25
235:21
**completely**
132:21
**completing**
110:22
**complex** 114:4
115:13 116:3
131:7,12,18
219:6 240:6,11
240:18 307:2
**complexities**
221:7 239:25
**complexity**
219:9
**component**
214:10
**compounds**
66:23
**comprehensi...**
134:21
**computation**
247:15,25

**compute** 67:21
100:3,11
**computed**
127:3,5,7
156:9 166:23
166:25 206:20
207:24 211:9
231:2,7 232:9
232:14 236:3
273:4,7,12
276:8 277:8
282:16 290:22
**computer**
112:3 221:8
**concentration**
36:5 52:1
56:16,20 61:1
72:1,23 74:11
74:16,17 81:16
91:16 96:18
100:9,12,13,14
145:17 154:5
158:4,15,18
159:4 162:4,8
163:11,23
170:14 192:15
192:15 207:21
217:6 221:1
238:1,2,4
263:18,25
264:1,11,22
272:6 275:20
279:12,20,21
280:8,16

281:13 282:1,8
282:23 283:24
284:5,6,25
286:13,24
290:12 316:20
**concentrations**
42:7 67:19
74:25 78:2,10
80:4,13 91:18
92:1,10,22
95:25 96:10
100:3 102:24
103:9 105:11
106:10 122:10
125:24 127:12
127:19 152:23
153:2,6,11,15
153:18,18,20
153:22 155:16
157:23 158:2
158:13,21
160:20,22
165:3 167:8,14
167:25 168:5
177:12 202:2
204:3,8 205:1
206:3 210:25
215:18 216:13
216:24 217:14
229:21 233:15
233:19,21
236:3 245:20
249:12,13,17
249:18,23,24

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 334 of 390

250:5,24,25
251:10,22
252:9,17 253:4
254:18,23
279:7,10
284:13,18,23
289:18 290:23
291:20 313:17
313:17,25
314:3,5
**conceptual**
118:22 119:5
119:10 262:1
**concern** 68:6
241:25 242:15
**concluded**
317:22
**conclusions**
107:17 258:13
281:2
**conclusively**
265:13
**condition** 68:18
75:23
**conditions**
65:25 71:15
84:22 99:5
113:14 119:19
128:18 131:7
131:13 135:15
196:14 197:18
213:7,21,23
215:4 216:2
240:7,12,18

**conduct** 110:17
**conducted**
67:25 68:12
71:23
**conducting**
66:20
**conductivity**
240:15
**conference**
295:16
**confidence**
132:9 134:18
135:12,14,19
220:12
**confident**
135:24
**confidential**
34:17 43:4
59:10,12,15,23
293:23 309:5
309:10,17
**confidentiality**
43:2 46:15
**confidently**
133:4
**confirm** 141:6
144:2,6
**confirms** 250:3
**confusion**
237:5
**connectivity**
40:2 122:25
**conservative**
183:6,12

**consider** 52:22
52:25 53:15
70:7 75:8
117:9,12 121:9
128:7 160:3
173:12 176:20
178:20 209:11
209:19 232:5
232:16 248:12
258:7 302:19
303:15,24
305:6,13,23
306:20 307:6
307:18 315:8
**consideration**
274:22
**considerations**
271:1
**considered**
28:4 30:8,12
100:13 116:5
144:8,11
162:23 179:3,5
179:7 183:2
238:1 314:8
**consisted** 78:22
79:11
**consistent**
87:15 143:19
227:16,22
228:5 243:24
**constant**
175:15 197:7
197:11,15,17

**constructed**
281:5
**consultant**
48:10 308:11
**consultants**
297:12,14
**consulting**
17:16 34:13
44:13,25 50:23
51:11 298:12
298:12
**contact** 17:5
**contain** 318:16
**contained**
127:2
**contaminant**
42:6 58:2
65:21 71:11
72:23 73:10
74:22 77:17
84:17 99:1
102:19 104:13
104:17 131:10
203:25 218:16
245:19 279:6
284:10 305:3
311:12 312:10
316:20
**contaminants**
35:15 38:8,9
38:10,17 67:20
80:25 101:4,5
102:9 124:18
144:23 178:8

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 335 of 390

198:16 199:5
200:7 201:11
213:8,13
214:18 226:23
227:1,3 255:4
**contaminated**
66:23 67:22
76:23
**contamination**
33:10 47:4
55:11 60:18
72:18 91:12
94:7,17 95:1,8
95:13 97:13,20
104:3 213:21
214:7 281:14
281:15,19
282:7
**contents** 319:8
**context** 116:18
160:15 223:19
312:22
**contexts** 174:16
**continue** 151:7
281:11
**continued**
95:22 253:16
255:3
**continues**
224:24 261:20
**continuing**
52:15 249:9
255:5

**continuous**
93:12 183:15
**continuously**
93:8,22 179:14
**contours** 212:3
213:18
**contract** 18:8
**contradict**
258:13,17,18
258:18
**contributing**
94:3
**contributor**
91:12
**control** 13:2
67:7,14
**controlled**
224:15
**conversation**
9:8 193:13
**conversations**
13:8,21 14:5
**copy** 21:6 24:4
50:2,5
**corner** 85:1,1
99:11 212:17
212:19,20,25
**corps** 65:23
66:24 71:13
82:21 84:20
85:17 88:9
99:3 104:5
105:13 186:8
251:13

**correct** 11:20
12:8 14:2
24:11 27:14,20
27:23 32:4
33:1 37:16
38:2,12 39:2
42:5 44:16
48:16,22 50:19
51:7 52:13
53:11 58:4
60:12,13 61:15
64:20,21 65:7
65:8 66:2
69:10 70:22
72:19 73:10
75:16 78:12,15
78:18 83:5,6
83:21,22 84:3
84:23,24 85:3
87:10,13 88:10
88:17 89:7,12
89:14,23,24
90:23 97:8,11
97:18 98:12,19
99:9,12,15
101:9 102:11
102:17 107:7
107:10,17
108:6 111:13
111:14,20,21
113:11,17,25
114:2 117:18
118:1,17,18,20
118:21 121:11

121:14 123:10
123:24,25
124:12,20,24
125:11,15
127:9,16 138:3
138:11 139:17
140:7,12,18
142:5 143:13
144:3,6,14,18
144:19,24
146:3,13 147:4
148:7,8,11,13
148:14 150:22
152:3,12
154:18 155:18
157:24 159:2,9
165:7 167:2
168:12,22
169:4,8 176:8
176:8,12 177:7
177:23 178:22
178:25 179:11
180:4 186:10
186:13 187:2
187:11 188:10
188:16,21
191:24 192:9
192:10 193:18
198:13 200:24
201:14 203:5
204:4 206:8
208:5 210:9
211:13,15,22
212:14 213:1,5

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 336 of 390

217:10,11,17
217:20 219:7
219:24 221:4
221:14 224:23
226:11,22
227:7 230:3
233:2,3,7,12
237:13,24
240:10,16
244:2,16 245:5
248:23 249:3
249:14 250:1
250:21 251:15
251:19,23
252:3,6 253:18
262:10 265:18
269:3,8,23
271:9,22 272:8
272:11,13,16
272:20,24
273:18 274:6
274:10,14,25
275:4,8,23
276:10,20
277:2 278:1,7
278:14 289:3
289:11 291:2
292:19,21
293:6 295:4
308:7 310:5
311:23 315:13
318:17 319:23
**corrected**
225:10 226:4

275:1,10,24
278:3
**correcting**
275:6,16
**correction**
319:10
**corrections**
276:17 319:8
319:19
**correctly** 9:18
67:10,23 75:6
93:17 100:19
116:10 199:12
199:25 200:14
205:3 212:11
231:9 236:5
239:10 247:17
248:1 261:18
262:9 284:14
**correlated**
161:7
**corresponden...**
13:7,20 14:5
**corresponding**
224:25 290:7
**counsel** 6:18
63:22 130:5
193:3 236:25
264:17 288:20
**count** 64:8
215:16
**counting** 46:14
**country** 16:19
60:19 61:12

**county** 318:2
319:5
**couple** 200:16
275:15 292:23
308:20 309:3
316:7
**course** 151:14
295:21,25
296:23,25
297:4,6,25
298:6
**courses** 17:15
52:15,19 295:3
295:5,20 296:2
296:12,16
297:18 298:9
**court** 1:1 6:9
6:16 7:6 8:24
9:5 32:9 49:2
62:1 318:4
**courtroom** 8:25
**cover** 181:10
181:11 182:11
182:11,21,21
**covered** 281:1
**covering**
208:23
**create** 22:13
69:13 184:12
210:20 216:10
**created** 118:23
223:22 245:10
**creating** 255:25

**creditor** 310:10
**critical** 80:16
315:3
**criticism** 70:7
70:12,15 283:8
**critique** 119:15
215:10
**critiqued**
120:19 121:1
**critiques** 121:5
121:8,10 208:3
**crop** 55:2 60:11
61:24 62:24
63:7
**cubic** 228:19
**current** 8:5
46:5 74:7
109:7 261:21
283:20 308:18
308:19
**currently**
109:10,12
**custody** 13:2
**cv** 1:6 6:11
308:5,9,11,16
311:3 316:13
319:1

**d**

**d** 3:2 4:10 6:2
305:4
**dan** 31:6
**dash** 169:9

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-3 Filed 04/29/25 Page 337 of 390

**dashes** 169:17
**data** 12:25 13:9
  36:3,5,6,16,16
  36:17,21,21,24
  37:18 39:13,16
  39:17,17,18,20
  39:22,23 41:5
  41:6,10,10
  45:21 46:2
  47:4 55:22
  56:2,6,8,9,15
  56:16,20,22,25
  57:4,6,7,16,20
  57:24 61:1,4
  67:13 88:7
  89:4,15 90:10
  96:17 118:2,8
  124:17 126:6
  128:4,6 131:8
  131:15,21,22
  131:24,25,25
  132:3,8,11
  133:3,4 134:18
  135:5,23 136:4
  136:10 138:1,9
  138:14,23,25
  139:3,4,19,21
  139:25 140:4,6
  140:9,10,25
  141:1,7,14,15
  141:18,23,25
  142:1 144:9,13
  145:1,9,17
  146:8,12,25

147:2,6,11,15
147:19,23
148:2,6,9,13,16
149:6,9 150:7
150:20,24
151:8,24 152:6
152:9 153:5
157:8 160:23
165:14,16
169:16 177:3
185:9,19,19
186:15,24
187:8,10
193:11 198:10
202:18 208:6
208:15 209:1,2
210:5,5,11,12
217:25 219:12
219:16,22
220:7,21,23
221:1,11,12,16
229:25 230:4
230:13 231:15
234:25 235:6
236:8 237:23
239:23 240:8,9
246:4,15,21
247:12 250:16
251:25 259:17
260:4 264:7
270:7,17 271:4
271:5,12
279:20 280:8
282:15,17

283:5 289:8,14
290:3,4,12,17
290:19 291:6,9
291:11,12,14
291:19 292:9
292:10,11,13
292:17,24
293:1,5,8,10
294:2,4
**datas** 207:7
**date** 11:24
  37:15 47:19,25
  48:24 55:20
  87:15 188:19
  188:20,24
  189:18,21
  190:5,10,13,19
  191:3,13,22
  193:11 201:24
  277:24 319:2
**dated** 3:19,24
  4:21 319:24
**dates** 80:2 87:2
  151:24 169:7
  169:12 192:13
**david** 13:15
**davis** 1:11 3:4
  3:16 4:2 6:7
  7:8,13,25 8:1
  15:4 50:1
  63:23 130:7
  193:4 237:1
  243:21 288:21
  309:21 319:6

319:21,25
**day** 28:25
  37:18 55:19
  65:25 71:15
  84:21 99:5
  187:15,17,24
  188:3,5 189:4
  192:1,13
  193:16,20,22
  194:10,22,25
  197:1,19 202:1
  230:2 231:2
  232:10 236:2
  252:12 295:23
  295:23 310:17
  318:20 319:24
**days** 148:17
  229:25 235:23
**dbolton** 2:6
**dc** 2:11
**dce** 125:6
  233:10
**dealing** 131:8
  131:20,22
  132:3 160:22
**dean** 2:22 7:17
**deanna** 2:19
**december**
  88:19 89:11,18
  91:3 96:9
  100:8 188:8
  192:2 275:18
  275:18 278:5

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 338 of 390

**decide** 235:8
**decision** 123:15
**declare** 319:6
319:21
**declined** 309:21
**decrease** 92:3
92:12,19,23
**decreased** 207:9
**decreasing** 224:14
**defect** 173:14
**defects** 67:1
**defendant** 1:9
35:6
**defendants** 2:7
**defense** 16:17
18:2,4,7 19:2
19:13
**defined** 262:3
**definition** 45:11 132:23
**degradation** 95:19 125:2,13
125:18 230:1
231:2,3,7,14
232:9,11,14
236:1 253:14
**degraded** 231:5
232:12 233:10
**degree** 50:16
50:16,21 51:13
52:17 158:23

175:6 275:20
**delivered** 80:5
80:14,15,15
100:3,15,17
103:16
**delivering** 81:9
81:11
**delivery** 78:24
79:14
**delleur** 133:16
**demand** 183:25
184:12
**dennis** 2:18
**density** 227:11
237:6
**department** 2:10 4:6 7:20
14:8 16:17
18:2,4,7 19:2
19:12 66:19
71:16
**depend** 49:1
196:14,16
**dependent** 184:5 215:2
**depending** 176:5 197:12
298:4
**depends** 196:13
**depicted** 211:2
**deposed** 30:22
31:2 32:2
**deposition** 1:11
3:13 6:6,12

8:10 10:3,14
10:20 11:10
25:20,22 26:19
26:24 27:1,7
27:25 28:6
29:8,18 30:16
30:18,24 31:3
31:5,8,11,14,17
31:20,24
199:15 200:6
311:25 312:1
314:7 317:22
**depositions** 30:7
**derived** 88:6,16
197:8
**describe** 45:10
52:5 60:14
170:19 178:2
183:15,16
**described** 160:10 172:21
173:13 174:9
243:14
**describes** 160:19
**describing** 25:11 161:2
170:23
**description** 3:12 293:18
**descriptions** 290:8

**desert** 61:14
**desire** 131:24
**despite** 131:6
**detailed** 21:19
**detailing** 93:15
**details** 123:21
**detected** 88:20
89:11,16 91:18
95:14
**detection** 89:21
90:1,1 91:3
169:23 170:1
170:10 172:11
172:16 173:4,7
173:11 216:24
217:7 246:5,23
254:19,24
255:12
**detections** 253:21,25
254:11
**determination** 75:5 193:16
**determinations** 224:16 268:3
**determine** 68:5
68:16 76:21
77:4 80:13
121:17 122:3
139:24 140:19
143:14,15
152:13 181:12
182:12 184:22
196:4 210:12

215:4 216:3
220:8 224:6
230:14 232:22
257:23 258:4
268:16,24
284:17 285:8
287:22 308:15
316:20 317:7
**determined**
118:10 139:22
140:8 143:24
235:16 278:11
**determining**
233:5 256:7
279:11,21
280:16 281:18
281:25 282:22
**develop** 18:9,13
19:7,16
**developed**
18:14 73:7
111:19 269:10
281:4,10
**developing**
237:16
**development**
17:15 19:17
55:6 255:19
**devin** 2:3 7:1
28:15 29:15,24
289:2,3
**difference**
127:20 171:19
171:23 172:17

178:12 190:3
190:17 207:23
234:7 272:22
273:2
**differences**
131:17 158:24
163:5 175:25
176:3 204:25
245:14
**different** 12:14
22:3 62:16,18
139:19 148:9
153:18 158:6,9
169:7 174:15
174:16,24
176:13,15
178:14 192:12
192:12 206:5
207:14,15,17
207:18 218:4
218:11,13
219:1 228:2
234:4,9,19
235:13,15,18
246:18 253:23
257:12 258:2
261:16 263:3
264:19 273:6
292:23 297:25
**differently**
258:24 272:3
**difficult** 140:24
204:1,5,11
210:14,15

218:6 220:8
238:20 239:8
239:12,21
240:23
**diffusion**
213:11
**digits** 277:1
**direct** 74:1
76:13 93:3
115:10 261:3
**directed** 277:23
**direction**
211:24 212:4
212:10,15,16
215:21 216:5
318:14
**directly** 102:25
103:10 224:13
**directors**
299:16
**disagree** 92:10
293:24
**discharge**
100:11,22
**discharged**
199:10 200:12
**disclosed** 44:15
45:6
**discovered**
139:4
**discrepancies**
156:13,23
157:7,13,14
168:18

**discrepancy**
217:24
**discuss** 22:2,11
22:15
**discussed** 42:10
43:14 164:9
179:4 208:3
239:18 253:8
269:12
**discussing**
171:24 172:4
291:3
**discussion**
189:17 191:2
308:1
**disease** 66:18
67:7
**dispersion**
213:10,10,14
215:8 223:25
224:2
**disposal** 201:25
202:8
**disposed**
200:22 201:16
**distance** 158:6
**distillation**
200:19
**distributed**
91:16 308:12
**distribution**
58:5 65:22
71:12 79:1,16
84:18 99:2

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 340 of 390

101:6 102:10
102:20 103:1
103:11 122:10
221:16,24
222:17 223:8,9
224:7,16,19
225:5,12
226:22 227:6
227:11,15
228:13,14,18
237:6
**district**  1:1,2
6:9,10 14:9
**divided**  142:16
142:20
**division**  1:2
2:10
**divorce**  64:8,9
310:4
**dl**  169:22
**document**
12:19 14:3
71:19 72:6
75:14 79:6
87:23 120:12
121:4 124:3
191:19,23
228:11 230:11
237:7 261:5
268:10 270:15
271:15 283:11
286:16,20
300:15 306:19
307:5,6

**documentation**
93:23 141:10
155:5,7
**documented**
93:14 179:15
180:6,7,11
182:24 183:8
183:18
**documents**
3:15 11:11
12:23 14:23
15:10,13,16,19
15:21,23,25
20:18 29:2,4
109:15 130:25
217:2 289:13
**doherty**  307:3
**doing**  17:14
19:25 38:11
44:7 69:24
124:8 130:12
150:17 191:17
203:2 291:25
292:8 298:11
312:4 313:16
**domain**  208:24
209:5
**don**  74:8
283:21
**downgradient**
214:22 231:18
**download**
293:14

**dozen**  61:10
**dozens**  296:3
**dr**  16:25 17:9
17:20,23 20:3
20:6,13 21:14
21:25 22:10,24
23:8 24:8 25:2
25:4,13 26:11
26:12,13,15,20
27:3,3 29:7,11
29:23 30:15,17
31:6,15,18,21
31:24 43:9
114:25 115:4
155:22 165:10
189:8,11,16,16
191:1,1 208:3
272:14 276:19
277:6 290:9
299:5,10,25
300:5,9,23
301:3,7,11
302:4,10,19
307:13,18
314:7,13,17,23
**drain**  201:25
**draw**  209:11
**dried**  123:19
**drinking**  58:15
65:22 66:23
67:22 68:25
70:6 71:12
76:23 77:16
78:21 79:9

84:18 99:2
**drive**  8:7
**dry**  123:2
199:3,6 200:4
200:8,20
201:12
**drying**  122:15
122:22
**due**  12:7
158:23 175:24
213:13
**duly**  7:9 318:9
**dumping**
194:19
**duration**  67:21
278:17,18
**dynamic**  116:6

**e**

**e**  3:2,11 6:2,2
133:22 306:12
**earlier**  32:1
130:19 169:1
179:4 201:25
208:25 218:21
239:18 271:16
283:7 292:22
295:2 305:23
307:23 309:2
309:23 311:25
313:13,14
**earliest**  36:25
41:10 54:11
55:19 56:2,10

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 341 of 390

56:18 152:9
**early** 16:17
54:14 312:1
**earplugs** 34:24
35:1
**eastern** 1:2 6:9
14:9
**eastview** 8:7
**editor** 133:16
299:15
**education**
50:21 52:15
53:9 54:16
**effect** 74:13
132:2 226:25
227:22 284:1
**effective**
142:16,20
**effectively** 73:9
131:9 278:12
278:22 279:2,6
**effects** 74:24
76:22 77:5
284:12
**effort** 70:21
195:15 196:11
198:5,13 247:5
258:7 283:3
290:6 291:11
**efforts** 197:9
266:12 283:3
**eight** 40:15
148:12,17,21
252:4,8,16,23

253:1
**either** 23:1
68:22,22 109:5
110:12 189:15
201:17 211:7
252:12 256:9
280:6
**elapsed** 229:24
**electronically**
12:25
**element** 262:1
**elevations** 40:3
**email** 293:11
293:12
**emails** 13:7,19
14:4
**emphasis** 71:25
74:10 283:23
285:10,20
286:12
**emphasizes**
72:2 74:12
283:25
**employed**
100:1
**employee** 54:18
54:19
**encouraging**
262:8
**ends** 66:10
73:23 85:8
99:11,18
**engineering** 5:1
50:17 51:5

53:5 133:15
134:1
**ensminger**
13:17
**entering**
179:13
**entire** 17:7
208:23 209:5
**entries** 186:12
186:16
**environmental**
50:17 51:4
53:5 307:3
**epidemiologi...**
66:20 67:14
71:24 74:7,9
75:3,4 76:6
270:25 283:20
283:22 287:3,6
287:7
**epidemiologist**
53:19
**epidemiology**
286:18 287:14
**equal** 142:15
231:1 232:8
**equals** 274:23
**equation** 230:1
231:8 232:15
235:25
**equivalent**
102:24 103:9
**error** 156:13,23
161:8 163:8,15

164:13 168:7
168:19 207:2
211:8 272:18
272:19,22
273:1,15,17,20
273:20,22,24
274:1,8,12,16
274:22 275:2
275:10 276:22
277:23 278:3
**errors** 158:24
163:5,20 164:9
167:9,25 168:6
205:15 218:22
240:2 271:17
272:13,23
276:18,21
**especially**
69:20 238:19
**established**
243:22
**estimate** 41:16
47:7 49:6,16
58:25 68:3,15
72:1 74:11,21
75:21 110:24
283:24 284:9
286:13 311:9
**estimated** 42:6
68:5,17 74:16
284:4 316:19
**estimates** 67:15
72:22 222:16
222:20

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 342 of 390

**estimating**
221:16
**estimation**
134:17
**et** 262:3
**evaluate** 66:21
78:16 118:2,7
118:9 119:18
119:22 120:1
208:7,16
215:10 238:24
244:22 261:10
265:16 267:19
269:25
**evaluated**
267:23 269:20
**evaluating**
300:12 306:11
**evaluation**
190:2 282:17
**events** 104:4
**evidence** 73:13
75:2 256:15
257:6,11,12,18
257:21
**exact** 11:23
37:8 218:18
238:21
**exactly** 232:24
238:14 270:16
**examination**
3:5,6,7 7:11
310:22 316:9

**examined** 7:10
**examining**
261:15
**example** 21:25
37:9 38:24
58:16 159:18
169:5 170:17
171:16 207:7
213:23 266:11
281:6 292:25
**except** 83:18
**exception**
93:10
**excuse** 10:14
133:15 134:7
144:21 163:9
189:3 304:24
**executive** 131:3
131:5 168:15
278:9 281:7
**exercise** 241:3
258:1
**exhibit** 3:13,17
3:21 4:1,3,5,10
4:13,18,21,25
5:2 11:7,8
20:20,21,23
23:19,20 49:19
49:22,24,25
65:17,18,19
71:7,8,10
73:18 76:13
84:13,14,16
98:21,22,24,25

106:17 108:3
111:16 114:10
114:11,13
117:21 120:6,7
120:9 130:22
133:10,11,13
137:23 170:6
182:4 186:4
187:5 198:24
203:7 222:9
260:11,12,14
283:7,12,13
**exhibits** 246:18
**exist** 138:25
**existed** 16:4
45:21 121:6
265:4
**existing** 45:17
45:24 259:12
259:15
**exists** 113:21
**expect** 92:16,19
179:23 180:5
**experience**
50:12 69:18
87:14 133:2
160:3 181:3
262:3
**expert** 11:18
13:12 17:23
26:19 27:10,11
32:8,20 33:6
34:13 37:25
42:9,13,19,22

43:9,14,15
44:2,13,25
52:22 53:1,16
71:3 114:25
115:4 180:14
180:19 181:5
181:18 182:10
189:7 290:9
302:19
**expertise** 53:8
53:9 76:2
77:10 176:19
177:1
**experts** 26:2,3
**explain** 210:2
217:23
**exported** 277:3
**exposed** 74:13
284:1
**exposure** 41:16
47:7 49:6,16
58:25 67:13,16
67:22 68:5,17
72:2 74:12,14
74:15,18 75:21
75:21,22 76:20
76:23 77:3,6
283:25 284:2,3
284:6 285:11
285:21 287:23
316:21 317:8
**exposures**
66:22 68:3,15

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 343 of 390

**extend** 117:23
119:15 126:22
**extended** 45:19
45:19,22 126:3
126:5 154:14
165:4 188:11
202:16 217:18
232:1 233:1
244:10 250:3,9
250:15,19
258:23 276:6
276:17
**extending**
125:21 126:24
**extension**
202:22
**extent** 34:14
42:3 69:5
119:1,20 120:3
208:16 219:11
230:24 232:6
265:6 267:24
300:2 314:24
**extents** 208:1,8
**extraction**
103:15
**extrapolations**
261:22 263:1
**extreme** 158:14
158:25 160:21
177:15,24
178:18

**f**

**f** 4:13 27:16,19
27:22 64:19
99:6,13 105:6
114:19 118:17
133:21 198:23
222:6 228:24
249:5 269:6,13
269:22 289:14
289:19,21
**f12** 198:24
249:18 251:4
**f13** 105:6,16
251:8,9
**f14** 290:20,21
292:18
**f20** 222:16
**f27** 222:13,16
223:7
**f28** 222:10
223:6 229:10
229:16 230:23
**f29** 230:23
234:24 235:21
**f33** 105:6 249:5
249:9 251:7
**f42** 99:16
**facility** 79:24
**fact** 150:13
**factor** 143:7,11
143:22,24
144:3 167:13
167:24 224:7

228:10,15
234:21 237:6,8
237:10
**factored** 167:9
168:6
**factors** 214:6
222:17 223:22
224:12
**failed** 251:25
**fair** 21:5 23:11
24:3,18 49:17
50:4 52:21
88:12 112:2
128:21 144:1
152:8 165:11
170:5 180:1
185:9 189:20
190:9 194:12
220:15 240:17
240:25 254:19
256:7 257:10
265:17,19
269:9 281:19
296:22
**fairly** 178:13
**fall** 244:11
**familiar** 8:19
16:18 17:1
19:3 119:24
155:23 165:12
229:3 260:22
260:25 298:22
299:4,18 300:8
300:14,16

305:1 306:10
306:14 307:1,4
307:13 314:12
314:24
**family** 67:4
76:21
**far** 74:16
109:14 214:24
215:4 284:4
**faster** 227:3
233:11
**fate** 4:14 58:2
65:21 71:11
84:17 99:1,6
104:13,17
112:23 214:10
238:19 239:7
239:13 248:14
296:9
**fault** 199:23
**faye** 13:14
226:4
**february** 1:12
6:1,5 83:13
84:7,10 90:22
91:9 92:1 97:7
148:24 318:20
319:2
**federal** 12:20
**feel** 136:19
**feet** 228:19
**fell** 206:4
**felt** 20:9 62:16

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 344 of 390

**field** 53:1 114:4
115:4,13 116:3
144:22 195:19
230:4,13
231:14 237:23
238:14 303:16
311:22 314:9
314:19
**figure** 22:13
93:14 164:2,4
164:6,7 165:2
165:8,17,23
168:5 178:3
210:19,20,22
216:9,9,10,12
245:10 249:18
251:4 307:19
**figures** 22:17
25:2 60:5,7
206:25
**filed** 6:8 14:8
14:25 15:6
310:7
**files** 13:1,9
227:23,25
**filling** 200:23
**filtration**
200:19
**final** 99:25
225:5
**finalized** 23:8
**finalizing** 121:8
**find** 73:12
99:18 308:17

**findings** 4:4
22:2 66:1
234:18
**fine** 8:2 11:15
129:22 223:17
**finish** 151:16
**finished** 67:20
78:25 79:14
95:20 253:14
317:18
**finishes** 132:16
**finishing** 52:16
**firm** 48:11,14
**first** 21:9 32:17
32:22 55:21
56:23 57:1
66:16 75:16
83:10,24 85:2
93:4 110:22
111:3 116:20
120:11 133:13
133:19 134:15
138:12 148:3
152:5,6 193:20
194:23 199:21
216:10 235:21
235:25 249:8
262:12,22
280:5 305:18
**fit** 198:10 220:6
244:19 245:18
250:10,14,19
283:5 291:14

**five** 96:24
146:22 148:9
148:16,20
154:11 159:10
252:7,16
**fixed** 278:1
**fixes** 277:5
**flaws** 119:5,10
**flip** 222:14
**florida** 35:10
**flow** 3:17,23
4:12 20:23
23:23 35:23
36:4 45:18
49:5,14,15
56:25 57:6,7
65:20 71:11
73:5,6 81:24
84:17,23 98:25
100:2 101:2,12
111:18 112:4
112:20,23
117:24 118:4
122:23 144:22
165:4 211:24
212:7 215:22
216:3 218:16
263:16 264:24
300:13 305:2
306:11,16
311:11
**flowing** 216:6
**flows** 178:6

**fluctuation**
158:23 159:16
160:5
**fluctuations**
158:14 159:15
**focus** 286:22
**fold** 293:13
**folder** 293:14
**follow** 218:23
**followed**
158:17
**following** 12:22
199:25
**follows** 7:10
**foot** 209:6,8
**forecasting**
124:13,16
**forecasts** 116:9
**foregoing**
318:7,16 319:7
319:22
**forest** 138:6,10
138:14 139:5
139:20 140:9
140:16,23
141:2,18 142:2
**foreword** 66:9
66:14
**form** 18:19
21:17 22:5
25:6,16 30:10
33:5 36:10
37:3 40:7
41:18,24 42:15

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-3 Filed 04/29/25 Page 345 of 390

| | | | |
|---|---|---|---|
| 45:9 47:1,10 | 119:7,13 | 190:15,22 | 269:16 270:9 |
| 47:21 48:9 | 120:22 121:13 | 191:4 192:3 | 278:25 279:14 |
| 49:9 50:23 | 122:9,17 123:5 | 194:6,15 195:3 | 279:24 280:20 |
| 51:16 53:3 | 126:13 127:15 | 195:25 196:6 | 281:21 282:13 |
| 55:24 56:5 | 127:24 128:10 | 197:22 198:19 | 284:21 285:2 |
| 57:10 58:11,21 | 129:2 132:6,19 | 201:20 202:3 | 285:12,23 |
| 59:3 62:7 | 133:7 134:24 | 202:11,20 | 286:16,25 |
| 65:13 68:7,19 | 135:9,17 136:1 | 203:4 208:11 | 287:11,25 |
| 69:2,15 70:2 | 137:4,13,20 | 208:19 209:15 | 291:17 292:2 |
| 70:10,17,24 | 138:20 145:4 | 209:22,25 | 292:15 294:18 |
| 72:3 73:1 | 145:12,21 | 215:24 219:18 | 300:21 302:13 |
| 75:11,24 76:7 | 147:8 148:19 | 220:17 221:19 | 303:7,19 304:3 |
| 77:7,19 78:4 | 149:18 150:4 | 222:1 223:14 | 304:16 305:10 |
| 79:4 80:8,20 | 151:3 152:2 | 225:15,25 | 305:16 306:6 |
| 81:2,19 82:1,7 | 153:1,13 154:7 | 226:13 227:18 | 306:23 307:10 |
| 82:13 85:24 | 154:8 156:18 | 228:7 230:8,17 | 307:15,21 |
| 87:5,18 88:22 | 157:11 159:25 | 231:19 233:24 | 312:20,24 |
| 90:5,13 91:21 | 160:7 161:16 | 236:10 238:6 | 316:23 317:10 |
| 92:5,14,25 | 161:21 164:16 | 238:17 239:2 | **format** 298:3 |
| 94:11 95:4 | 164:23 165:19 | 240:21 241:10 | **formed** 109:14 |
| 96:4,14 97:1 | 165:25 166:20 | 241:20 242:2 | **forming** 70:8 |
| 97:15,23 98:7 | 170:25 171:8 | 243:11 244:14 | 85:5 234:11 |
| 98:14 101:8,20 | 171:15 172:8 | 248:6,17 250:7 | **forth** 318:9 |
| 102:2,13 103:3 | 172:20,24 | 251:2 252:19 | **forward** 37:12 |
| 103:13 106:11 | 173:19 174:2 | 254:3,14 255:1 | 40:17 45:20 |
| 106:25 107:9 | 175:1,11 | 255:16,21 | **found** 73:4 |
| 107:22 108:14 | 176:24 178:24 | 256:4,11 | 93:23 97:13 |
| 108:22 109:9 | 179:17 180:9 | 257:16 258:21 | 139:18,18 |
| 109:19 110:9 | 181:1,15 | 259:5,23 260:7 | 145:8 281:8 |
| 111:5 112:7,14 | 182:15 183:10 | 262:15 263:14 | **foundation** |
| 113:10,16,24 | 183:20 184:2 | 265:11,24 | 68:8,20 69:3 |
| 114:6 116:15 | 184:18 185:5 | 266:6,24 | 69:19 70:24 |
| 117:1,11 | 185:13,23 | 267:22 268:7 | 72:4 75:12,25 |
| 118:13,25 | 186:18 189:25 | 268:19 269:2 | 76:8 77:8,19 |

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 346 of 390

78:5 87:18
90:13 97:15
98:7 101:8
106:12 116:16
122:17 123:6
147:9 185:14
185:24 186:19
191:5 192:4
196:7 202:4,11
221:19 222:2
225:16 226:1
226:13 227:19
228:8 230:9,18
231:20 236:11
238:7 244:15
248:7,17
259:24 260:7
262:16 263:15
265:11,24
266:6,25
285:13,23
287:1,11,25
292:15 294:19
312:4 316:23
317:11
**four** 49:21
236:2
**fourth** 76:19
168:16
**frame** 96:5
197:15
**frank** 13:17
31:15

**free** 136:20
**freshwater**
13:18
**friends** 314:15
**front** 66:11
106:19
**fulfill** 205:22
**full** 7:23 9:19
54:17 204:17
229:20 296:19
**fully** 221:6
240:19,22
301:9
**fun** 20:19
**further** 116:7
230:22
**future** 37:12,13
109:24 110:7
124:19 261:22
262:7 263:1,5
266:4,10,17,22

**g**

**g** 6:2
**gallons** 150:15
152:21 187:15
187:17,24
**gauge** 39:17
243:23
**gauges** 140:14
**general** 311:25
**general's** 6:13
**generally** 39:19
39:21,25 44:7

75:4 114:1
161:7 176:18
177:1 178:11
183:1 200:23
213:9 214:13
215:21 219:7
238:18 242:15
243:25 244:7
265:20
**geographic**
61:18
**geometric**
247:15,25
248:5,21,25
**getting** 177:2,3
178:8 239:5
290:15
**giovanni** 2:8
6:24
**giovanni.ant...**
2:12
**give** 14:16
311:8
**given** 143:17
146:22,24
149:1 154:22
192:7 204:18
204:21 235:10
295:15
**gives** 239:4
283:6
**giving** 135:11
287:13

**gms** 18:15 19:9
19:16
**go** 10:16 11:1
12:17 22:18
34:22 50:23
53:21 60:17
78:19 87:20
95:16 97:3
103:20,21,21
117:20 121:23
123:2 128:19
130:21 133:19
137:23 155:14
157:18 166:14
168:14,23
172:14 186:3
198:23 203:6,8
210:18 212:7
216:8 218:17
222:8,9,10,13
226:7 228:23
230:21 243:17
245:23 253:6,9
267:3 270:15
275:13 278:8,8
288:7 315:22
**goal** 74:23
117:22 241:2
241:18 242:24
284:11
**goes** 39:20,22
143:8 230:23
**going** 6:4 8:13
8:14 9:18

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 347 of 390

21:19 23:10
62:16 63:12
69:21 129:19
132:18 136:13
142:25 143:2,3
143:6,10 151:7
155:2 170:16
184:4,4,20,24
192:19 194:8
195:18 198:7
212:4,12,24
214:11,12,13
215:1 223:5
236:14 262:20
288:4 293:19
298:4 310:24
**good** 6:3 7:13
63:13 129:20
130:13 192:20
210:6,13
236:17 238:24
244:18 245:3
249:19 250:23
313:16,25
**gotten** 246:8
**government**
297:12,13
**gp** 150:15
**gradient** 216:7
**graduate** 17:4
19:18,20
**gram** 223:11,12
224:21,21
225:1,2,7,13,21

225:24 226:11
226:17 228:19
**grams** 188:3,4
188:4 189:3
192:1,12
193:16,22
194:24
**graphs** 22:13
22:14 25:2
**gravel** 224:17
**great** 8:4,9 9:12
45:13 165:15
218:5
**green** 211:2,7
213:18
**ground** 4:19
5:2 37:23
55:13 81:8
114:14 133:14
214:19 260:14
**groundwater**
4:12 5:1 17:16
18:9,12,15,20
18:24 19:5,8
33:10,11 38:6
38:15,19 39:20
39:22,25 42:4
43:22,22,22
44:1,8,10
45:18 49:5,15
52:3,5,7,8,12
52:16,19,23
53:10,23 54:3
54:6,7,12,22

55:5,5 58:12
64:1,4 65:20
69:20 71:10
73:5,6 78:23
79:12,22 81:4
81:24 84:17,23
86:7 98:25
111:18 112:2,3
112:4,20,23
113:1,19 114:3
117:24 118:4
122:23 128:15
128:16 133:15
133:20 134:1
178:21 199:8
200:10 211:24
212:3 215:20
215:22 216:3,6
221:3 237:16
238:13 240:19
256:1 261:1
271:4 281:9
289:17 296:7,8
296:9,10 298:6
299:15,17,21
299:22 300:12
303:16,25
304:11,21
305:2,2 306:11
306:16 307:19
307:24 308:24
311:2,11
314:19 316:11
316:17

**guess** 21:19
105:25 136:3
222:13 257:14
257:17 262:12
**guest** 296:24
297:2
**guidances**
239:4
**guide** 306:15
**guidebooks**
303:15
**guideline**
136:15,24
137:9
**guidelines**
300:12 306:10

**h**

**h** 3:11 305:4
**hadnot** 65:2,5
65:10
**half** 28:25 93:4
104:23 235:22
235:25 238:3
243:2,2,7
244:12 252:1
**hand** 85:1
99:11 105:7
120:10 199:1
211:12 212:17
212:18,20,25
231:4 232:11
246:2,20
247:11,20

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 348 of 390

**handbook** 4:25
133:14 134:1
**handed** 49:23
84:15 98:24
114:12 120:8
260:13
**handing** 11:6
20:20 23:18
49:19 65:16
71:6 84:12
98:20 114:9
120:5 133:9
260:10
**happen** 219:1
**happened**
123:3 124:11
265:22 295:17
295:18
**happens**
266:16
**harbaugh**
306:12
**hard** 9:10
36:15 246:16
302:14 315:20
**haroon** 2:9
6:22
**haroon.anwar**
2:13
**harrison** 4:24
**havai** 2:19
**hayne** 222:19
**head** 9:9,10
46:22 149:11

170:4 173:6,10
**header** 229:17
**heading** 53:22
107:16 261:6
**health** 66:19
68:6,18 74:23
74:24 75:23
76:22 77:5
284:11,12
312:10
**hear** 7:15 10:12
16:13 90:19
**heard** 16:3,5,9
257:18,21
**held** 6:12
**help** 80:24
129:3 206:21
**helped** 43:15
**helpful** 80:22
81:6 99:17
135:11
**helping** 19:7,16
**helps** 220:24
**hennet** 27:3
**hetero** 177:16
**heterogeneities**
131:17 240:1,4
**heterogeneity**
158:25 177:16
177:17,18,25
178:3,18,19
218:15 240:13
**hi** 130:6

**high** 21:23 96:1
96:11,19
158:23 161:6
166:18,23
217:13,19
249:17,19
271:21 276:2
313:24 314:5
**higher** 152:21
153:10 154:3
161:8 166:25
233:9,13 234:5
234:10 276:9
277:10,17,20
**highest** 89:21
97:6 158:19
**highlight** 187:5
201:6 205:6,9
222:25 223:2
242:21
**highlighted**
187:4,6 205:5
272:14
**highlighting**
201:2,3
**highly** 224:15
**hindcasting**
33:22,25 36:8
37:1,14 40:17
40:21,22 44:18
45:1 54:23
55:8,9 56:19
58:1 60:10,15
62:10 124:8,9

129:5 311:5,11
316:13
**hired** 11:22,25
12:5 296:19
**historical** 65:24
67:13,15,17
71:14 80:4,4
80:13 81:16
82:18 84:21
99:4 104:3
128:7,24 129:5
134:18,21
135:5,23 271:1
271:4
**history** 85:22
146:1,5,11,16
146:18 179:5,8
186:6,16
261:24
**hit** 151:10
**hoffmann**
139:20 140:9
140:16,22
141:2,18 142:2
**hofmann** 138:6
138:10,14
139:5 224:14
**holcomb** 65:2,6
65:10
**hold** 86:15
168:11 267:12
267:15
**horan** 2:17

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-3 Filed 04/29/25 Page 349 of 390

**hotel** 295:17
**hour** 10:21
47:17 63:12
77:24 129:19
192:20 199:2,6
199:10 200:3,8
200:12 236:15
288:6
**hours** 110:20
111:2,6 288:11
**housing** 67:4
**huh** 13:5 66:15
77:14 83:8
85:13 103:24
159:7 293:3
**human** 66:19
67:21
**hundred** 296:4
311:14
**hundreds**
52:18 54:10
308:4,14 311:1
**hydraulic** 40:2
122:25 240:14
**hydrogeology**
52:7 53:6,8
296:8,10
**hydrologic**
115:5
**hydrologist**
262:5
**hydrology**
296:8

**i**

**idea** 219:8
**ideally** 40:4
220:18 271:3
**identification**
11:8 20:21
23:20 49:22
65:18 71:8
84:14 98:22
114:11 120:7
133:11 260:12
**identified**
154:12 177:15
211:20 221:23
225:23 226:18
276:18
**iii** 66:8
**illustrates**
160:21
**immediate**
194:9,10
**impact** 81:24
202:13 275:19
**impacted**
144:21
**impacting** 38:6
**impacts** 38:19
38:20,21 43:22
44:1 144:21
**importance**
121:18 122:4
**important** 9:7
69:11,23 80:3

81:16 167:3
204:22 261:25
312:2,3,16
**impossible**
81:14 221:6
**impractical**
209:3,4,8
238:13
**improve** 266:4
266:22
**improvement**
116:7
**improvements**
116:3
**inaccurate**
144:25 145:9
**inclined** 9:9
**include** 17:23
38:24 101:12
101:17,24
102:18 161:19
216:5 280:14
293:17 306:3
**included** 54:9
83:5 90:10
98:18 106:22
107:6 109:14
186:25 247:13
316:13
**includes** 67:2
98:2,11 146:11
164:19,19
282:7

**including** 12:24
13:12 309:4
**incomplete**
131:8,21,22
132:1,3 139:23
140:1,3,25
262:2
**incorporate**
221:7
**incorporated**
250:17
**incorrect** 191:2
277:24 278:4
**increase** 220:12
275:21
**increased**
207:8 224:12
275:11,19
**increasing**
224:13
**indicate** 249:11
249:22 258:17
274:2,8
**indicated** 168:7
265:15
**indicates** 276:2
**indicating**
185:10
**individual** 14:7
59:1 68:4,16
121:18 122:4
185:10,20
211:6

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 350 of 390

**individual's**
  75:23 287:22
**individuals**
  13:22 41:16
  47:8 49:7,17
  68:4,15 72:24
  74:13 284:1
  294:25
**infant** 66:21
**infer** 74:23
  212:1 273:10
  284:12
**influence** 62:17
**information**
  12:25 43:4
  80:22 81:6,21
  82:4 83:17
  92:21 93:15
  109:22 116:8
  116:13,23
  117:7,9 128:12
  128:14 146:21
  151:6 154:22
  154:24 155:24
  155:25 156:3
  156:10 183:5
  185:1 197:24
  198:6 221:2
  265:3 309:17
**inherent** 131:6
  131:11
**initial** 23:14
  24:14 25:10
  26:6,7 49:24

106:16 108:8
109:5 110:12
111:16 119:19
120:25 121:9
125:20 130:22
185:12 222:20
272:7 274:12
274:15 278:9
280:13 301:16
301:22 303:1
**input** 122:14
  122:21 128:22
  219:14,21
  220:6 233:2
  272:13 275:10
**inputs** 233:6
**insights** 72:17
  281:12 282:6
**installations**
  19:5
**instances** 45:24
  276:6,11 317:6
**institutional**
  67:7
**instructing**
  294:9
**instructor**
  296:20
**instructs** 10:15
**insufficient**
  75:5
**integral** 48:15
  48:17

**integral's** 48:3
**intended** 68:3
  68:14 69:1,7
  74:6 76:5
  283:19
**intent** 286:18
  286:19
**interact** 299:24
**interchangea...**
  129:10
**intermittently**
  271:7,11
**international**
  306:18
**interpret**
  176:21 194:8
**interpretation**
  220:4
**interpreting**
  25:12
**interpretive**
  126:10,19
**interrupt** 9:16
**intervals** 271:2
**invalidate** 5:3
  73:13 256:9
  260:15
**invalidates**
  256:15 257:6,7
  257:11,19,22
**investigate**
  215:3
**invoices** 15:10
  15:15,24

**involve** 311:5
**involved** 43:16
  43:18,25 64:2
  64:6,10 112:11
  309:24 310:6,9
**involving** 43:21
  43:25
**issue** 46:15
  74:5 283:18

**j**

**j** 2:3
**j.d.** 260:18,22
**jacob** 305:3
**jacques** 133:16
**january** 3:25
  24:21 83:25
  84:7 88:19
  89:10,17,22
  91:3 95:21
  100:8 158:16
  159:5,21
  169:10,18
  188:8,19,24
  189:22 190:11
  253:16
**jason** 13:15
  31:12
**jay** 189:11
  302:19
**jeff** 46:14
**jeffrey** 1:11 3:4
  3:16 4:1 6:7
  7:8,25 50:1

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 351 of 390

319:6,21,25
**jerry** 13:17
**jersey** 46:6,20
  47:6 55:6 58:1
  62:10 309:5,12
**job** 130:13
  249:19 250:23
  313:16 314:1
  316:24
**john** 307:3
**joint** 16:24
  18:8 51:13
**jointly** 21:3
  22:22,22 24:9
**jones** 2:21
  16:25 17:9,20
  17:23 20:3,6
  20:13 21:3,14
  21:25 22:10,24
  23:8 24:8 25:2
  25:4,13 29:7
  29:11,23 43:9
  155:22 165:10
  277:6
**journal** 299:15
  299:21
**july** 84:6
  229:22 230:6
**jump** 246:17
**june** 4:21
  169:10,18
  210:23
**justice** 2:10
  7:21 14:10

15:7

**k**

**kailey** 2:9 6:20
  7:14,20
**kailey.silvers...**
  2:13
**keep** 219:4
**kept** 17:5 232:2
**kevin** 2:22 7:17
  30:2
**key** 237:15
**keyed** 134:17
**kind** 17:12 18:6
  21:20,23,24
  25:21 32:19
  33:2,14 36:2
  38:3,8,13
  39:13 40:3,4
  43:17,20 44:17
  55:14 56:6
  58:8 60:3 61:7
  112:11 126:23
  128:6 129:15
  155:4 159:16
  160:4 161:1
  163:3 170:13
  172:3 175:17
  175:19 207:4
  213:16 259:9
  264:14 266:20
  296:24 297:9
  311:24

**kinds** 264:21
**know** 9:8 10:5
  10:22 14:24
  15:17 16:7
  17:3 18:11,16
  18:23 22:15
  23:9 24:18
  34:12,18 37:8
  41:19,21 45:3
  48:1,14,17
  49:11 50:13
  55:19 56:15
  59:7 60:7
  61:13 62:2,3
  72:8 80:17
  81:17,21 82:4
  92:7,16 123:14
  123:15,20
  128:19 133:3
  135:1 143:23
  146:7 148:22
  150:24 151:13
  151:22 169:13
  169:14 170:1
  173:7,9 180:22
  187:21 188:18
  188:23 189:2
  191:11 195:5
  206:6 215:11
  215:18 221:21
  221:23 222:4
  223:18 226:3
  229:13 230:20
  235:15 236:7

236:13 245:9
  245:10,11,15
  247:6,7 248:18
  253:7 259:8
  260:1 265:7
  288:10 293:12
  293:13,21,25
  294:11,20
  295:14 297:1
  297:13 298:1
  299:13 300:10
  310:16 311:14
  312:9 314:9
  317:3 319:8
**knowledge**
  47:6 64:24
  98:2 197:10
  259:21
**known** 17:2
  152:18 180:23
  221:2 299:11
**konikow** 26:11
  114:19,25
  115:4 133:21
  260:19 262:14
  299:10,25
**konikow's**
  300:23 301:3
**kyle** 302:23

**l**

**l** 2:11
**l.f.** 260:19

Golkow Technologies,
877-370-3377  A Veritext Division  www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-3   Filed 04/29/25   Page 352 of 390

**lab** 163:19,22
164:11 172:10
176:5 177:2,3
177:7,11
218:24,24
**labeled** 274:19
**laboratory**
224:15
**lake** 1:15 6:14
318:2 319:5
**lakes** 39:17
**large** 35:17
39:3 159:15
171:21 175:22
**larger** 275:19
**largest** 77:16
**largin** 2:15
6:15
**larsen** 1:16
6:16 318:4,23
319:2
**latest** 55:20
**laura** 2:3 7:3
28:15 29:14,23
289:2,3
**laws** 319:21,22
**layer** 198:16
210:24 211:1
211:18 216:14
216:14,14,20
216:21 218:5,6
**layers** 198:17
205:16 206:5
207:15,18

**211:2,5 216:14
**lbaughman** 2:6
**lead** 70:20
177:21
**learn** 116:23
**learning**
109:21
**leave** 34:17
43:3 51:8
**lecture** 295:23
296:24 297:2
**left** 50:23 105:7
115:21,22,24
199:14 211:12
212:17 246:2
246:20 247:11
288:10
**legal** 12:1
20:10,17 28:10
28:12 48:3
109:23 124:3
143:18 146:6
154:23 156:11
288:25 289:1
291:4 293:4,7
293:17 294:4
294:16,17
**lejeune** 1:4 6:8
11:19 13:10
14:10 15:7
16:3,6,11,14,21
17:18 20:4
31:2 42:11
65:24 66:24

70:21 71:14
76:24 82:19,22
84:20 85:18
88:9 99:4
104:5 105:14
106:22 180:15
185:2 186:8
196:22 251:13
298:18 299:1,8
300:6 314:22
315:12 319:1
**lenny** 117:14
**leonard** 114:18
133:21
**lessons** 4:20
114:15
**letter** 4:7,21
71:17
**letters** 13:7,20
14:4,4
**level** 21:23
39:16,17 57:16
67:21 72:2
74:12,14,15,18
86:6 99:21
104:12 172:11
172:16 265:3
283:25 284:2,3
284:7 285:10
285:20 286:13
289:22 290:6
316:21
**levels** 38:25
57:18 72:23

74:21,22 85:15
284:9,10
312:10 313:18
**liberty** 59:19
**license** 1:17,17
318:23,24
**liege** 295:13
296:24
**likely** 127:13
127:21 163:3
**limit** 169:24
170:2,10 173:4
173:8,11
216:25 217:8
246:5,23
254:19,24
255:12
**limited** 12:24
13:13 56:11,12
56:15 57:2,3
57:19,22,23,24
61:6 63:2,4
67:15 186:16
269:12 270:11
270:13 271:5
**limiting** 90:14
108:16
**line** 319:10
**lines** 93:6
200:17 212:2,8
**list** 28:2,4 30:7
30:8,12 107:19
108:10 145:25
146:4,15

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-3 Filed 04/29/25 Page 353 of 390

296:15 308:16
308:23
**listed** 54:22
60:9 85:22
97:17 106:5
108:19 109:5
152:5 155:9
177:13 290:19
292:18 296:12
308:5,8 316:12
**lists** 146:21,21
169:6
**liter** 89:22 90:2
91:5 96:2,12
96:20 97:10,21
158:16,19
159:5,12 162:5
162:9,13
170:17,18
171:20,21
173:12,15,17
173:25 229:23
246:25 247:3
274:16,23
275:22
**literature**
221:25 222:22
224:6,11
235:23 236:9
**litigation** 1:4
6:8 7:22 11:19
17:18,24 20:4
32:23 34:24
35:1,12 42:11

42:16,18,23
43:11,18,20,21
44:21,24 45:7
46:8,9,11
63:25 64:3,7
64:10 71:4
115:1 298:19
299:1,9 300:6
309:25 319:1
**little** 14:17 66:9
71:25 74:10
128:4 149:4
190:2,17
218:18 228:2
230:22 234:6
237:4 250:11
271:21 283:23
286:11,12
**lives** 235:22,25
**loading** 187:9
187:14,22
188:13,16
189:22 190:5
191:22 193:10
193:11,17,21
195:10,17
197:4 198:8,10
202:9,14,18,23
203:1 275:17
**localized**
156:13,23
157:7 168:18
**located** 207:25
217:17

**location** 1:14
35:9 141:22
175:15 204:15
210:17 211:10
213:19 221:3
221:12 280:2
**locations** 60:11
61:8,9,19
205:2 215:12
275:21 295:7
295:10 313:24
314:4
**lodged** 14:22
**long** 28:23
32:13 40:12
55:14 60:21
73:9 93:11
110:16 131:9
231:3,15
232:10 236:14
278:13,15,19
288:3 295:21
295:23,25,25
310:16
**longer** 110:13
**longley** 302:23
**look** 21:23 22:3
33:25 55:15
62:19 76:18
77:12 78:9
83:7,23 86:9
87:21 104:11
105:5 107:12
110:23 117:13

125:12 128:11
157:4 161:24
164:1 166:14
168:16 173:6
173:10 178:2
178:17 181:21
198:25 205:20
206:25 213:22
213:25 214:12
214:13 215:9
215:14 217:1
231:25 234:3
234:14,15
241:4 243:17
245:8 247:19
249:10,17
251:8 256:8
267:3 270:20
283:14 289:13
291:13,24
292:12 305:17
**looked** 39:9,10
45:20 46:1
56:3 62:15,17
78:13 87:9
97:25 127:3,3
141:9 163:2
207:14,17
229:13 239:18
264:5,22 265:9
291:18
**looking** 12:15
38:16,17,18
40:17 50:7

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 354 of 390

55:20 56:10
60:22 63:5
80:12 96:17
99:22 122:1
139:7 149:8
153:23 160:17
182:17,18
203:17 205:25
206:2,9,14,24
207:1,6 210:24
214:4 218:5
234:8,19
242:11 246:2
263:2,3 270:3
274:17 275:14
283:4,17
284:17 311:6
**looks** 86:4
148:12 216:17
**lori** 13:18
**losses** 102:19
**lost** 101:4,5
102:9 246:8
**lot** 63:24
130:25 239:25
298:2
**lots** 39:18 40:1
158:9 303:21
**loud** 9:8 137:1
201:7 205:7
212:22 222:25
**low** 168:7
225:22 250:25
313:18

**lower** 74:20
91:18 99:10
225:22 226:10
226:17,20,22
233:15,17,20
233:22 234:5
234:10 246:24
276:25 277:12
277:15,21
284:8 314:2,3
**lucius** 235:24
**lunch** 129:25
130:9
**luxenberg** 2:4

**m**

**m.p.a.** 4:24
**ma** 214:14
**made** 15:2
123:9,15
138:15 149:5
190:2,17 234:6
258:14 261:11
276:17 319:19
**magnitude**
104:24 156:14
156:23 168:19
238:4 243:3,8
244:12 252:2
**main** 1:15
131:14
**maintain** 74:14
284:3 296:15
308:23

**maintained**
234:25 284:2
297:20
**maintaining**
309:8
**maintenance**
93:11,15,24
179:24 180:3,6
**majority**
214:21 294:22
**make** 9:13,20
9:23 10:5,6,10
10:17 11:4
22:17 75:5
81:22 92:17
102:3,6 128:1
128:2,24
131:18,18
136:5,12
138:17 154:19
165:8,23
166:11 177:3,6
212:10 220:7
220:20 240:4,4
241:8 254:6
268:3 282:18
282:19 305:18
**makes** 12:21
138:22 294:16
**making** 82:4
263:4
**manageable**
219:5

**management**
67:9
**map** 211:20,25
**maps** 205:16
**march** 84:3
95:22 147:3
148:25 180:16
216:16 253:16
278:5
**marine** 65:23
66:24 71:13
82:21 84:19
85:17 88:9
99:3 104:5
105:13 186:8
251:13
**mark** 11:7
182:1
**marked** 11:8
20:21 23:20
49:22 65:18
71:8 84:14
89:6 98:22
114:11 120:7
133:11 182:3
260:12
**martel** 13:16
31:24
**maslia** 2:20
13:14 26:12
30:22 31:1
70:20 71:3,23
72:10 298:20
298:23

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-3 Filed 04/29/25 Page 355 of 390

**maslia's** 70:14
301:13,23
**mass** 187:9,14
187:22 188:13
188:16 189:21
189:21 190:5
191:21 193:10
193:10,17,21
195:10,14,17
197:4 198:7,9
202:9,13,17,23
203:1 230:25
231:17 232:7
275:16
**master's** 50:16
50:21 51:13,21
52:1
**match** 40:9
127:18 195:18
203:14 204:2,6
204:13 206:24
210:6,13 218:7
218:10 237:22
238:14,21,25
239:5,9,13,16
239:22 240:8
245:3 261:25
265:21
**matched**
127:11 136:17
137:11 167:4
207:19,20
238:2

**matching**
249:20
**material** 37:23
315:1
**materials** 12:24
28:3,4 30:8,11
306:17
**matrix** 214:14
**matter** 6:7
13:12 33:9
**mattered**
244:17 245:2
**matters** 296:5
**maysville** 138:6
138:10,14
139:5
**mckayla** 2:15
6:15
**mdl** 32:22 34:6
34:7
**mean** 29:13
33:16 36:14
37:14 42:16
45:15 51:20
55:8 56:13
57:4,6,24 58:7
61:21 63:3
74:19 108:23
109:12 110:19
122:21 123:13
126:17 127:1
127:20 131:21
135:22 136:3
140:2,13,15,20

140:22 146:17
151:12,22
157:12,25
160:12 163:9
163:15,22
166:2,3 168:7
169:11,19,22
170:10,13
171:6,13
173:24 174:23
175:9 176:3
177:25 179:7
184:14 190:11
190:19 198:2
207:2,20,22
227:2 232:21
233:9,20
235:13 244:6
247:2 248:3,12
255:2,22
258:11 264:7
268:13 270:13
272:18,18,22
273:6,10,15,19
273:19,22,23
274:1,7,11,16
274:22 275:2,9
278:15 279:15
284:8,22,22,25
285:8 289:2
291:19 295:10
295:21 301:8
308:19 311:14
311:15 312:9

312:17,18
313:11,21
314:16,20
315:9,11,17
**meaning** 140:5
158:3 234:10
269:21 276:24
303:14
**means** 52:6
100:22 106:8
125:4 137:8,16
152:9 154:16
166:24 174:5
175:14,14
178:4 220:2
221:11 226:23
231:12,13
237:20 273:22
**meant** 254:4
**measure** 284:5
**measured**
74:17 93:1
158:19 216:15
**measurements**
104:19 105:18
105:21 106:5
230:5
**measuring** 86:5
195:19
**media** 6:6
63:21 130:4
178:5,6,9
193:2 236:24

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 356 of 390

**meet** 28:7,9
183:25 184:11
251:25
**meeting** 28:16
28:17,18,20,23
29:2,12,14,25
30:1,4 300:3
**meetings** 28:17
**melts** 199:16
**mentioned** 18:1
24:25 46:20
245:1 295:2
305:12
**merit** 318:5
**messages** 13:8
13:20 14:5
**met** 241:24
242:15
**meta** 75:2
**methodology**
72:17 73:7
267:12,16,20
269:11,12,20
269:25 281:11
**methods** 67:18
163:5
**microgram**
97:20 173:15
246:25 247:3
**micrograms**
89:22 90:2
91:4 96:2,12
96:20 97:9
158:16,18

159:5,11 162:4
162:9,13
170:17,18
171:20,20
173:12,16,25
229:23 274:16
274:23 275:22
**middle** 216:18
**migration**
72:18 73:10
131:10 203:13
203:25 222:18
224:17 230:24
231:17 232:7
258:14 281:12
281:18 282:6
**mike** 13:17
**miles** 35:19
39:5,6,7 61:23
**military** 16:7
16:14,19,23
19:4
**milliliter**
223:11,12
224:20,21
**milliliters**
225:1,2,7,13,21
225:24 226:10
226:17
**mind** 50:11
**minimum**
231:8 232:15
**mining** 118:3,8

**minnesota** 38:5
**minus** 104:23
238:3 243:2,7
244:12 252:1
**minute** 30:14
91:1 148:5
150:16 152:21
245:1 251:8
264:16 267:10
305:11
**minutes** 24:25
175:23 276:15
276:16
**mischaracteri...**
286:16
**mischaracteri...**
286:20
**missing** 140:4
**misspoke**
291:10
**mixing** 100:1
101:1,11
248:15 249:2
289:25
**mixture** 96:23
102:24 103:10
**model** 3:18,23
4:19 20:24
22:7,8 23:23
25:12 26:7
33:11,14,19,21
33:21,25 35:24
37:15,21 38:11
38:13,15 39:15

39:20,22 40:15
40:17,18 41:15
41:21 42:6
45:19,21,25
46:2,19 49:5
49:15 55:5,10
58:2 61:9
62:17,18 65:6
65:11 68:1,2
68:14,25 69:12
69:13,19,20,24
70:8 72:15,16
72:21 73:8,15
75:20 76:4
78:11 86:7
88:6,14,16
93:20 94:7,16
99:25 100:2
102:11,18,23
103:8,14,18
105:1 106:9
110:17 112:2,3
112:3,9,11,20
112:23 113:1,5
113:20 114:3
114:14 115:12
116:2,24 117:9
117:24 118:5
118:11,23
119:5,10,15,16
119:19 120:20
121:18 122:4,8
122:24 124:8,9
124:14,16,21

Golkow Technologies,
877-370-3377   A Veritext Division   www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-3   Filed 04/29/25   Page 357 of 390

124:22 125:1,5
125:17,22,23
126:4,5,10,18
126:24 127:8
127:11,18,21
128:20 129:5,6
131:8 132:9,14
133:5 134:16
135:6,14,24
136:5,11,12
138:5 139:13
141:5,12
142:13 143:8,9
143:19 145:1
146:23 149:2
152:24 153:21
153:22 154:13
156:4 161:8,14
165:3,4,5
178:21 179:19
185:12,22
186:17 189:6
189:23 194:8
197:14 198:16
205:16 207:15
210:5,24 211:1
211:11,17
214:11 215:21
215:25 216:9
216:13 217:13
217:16,18
218:5,6 219:4
219:14,21
220:1,3,5,13,20

221:9 222:21
227:10,14
228:17,22
229:4,9 232:1
232:4 237:16
237:17,21,22
239:8,14
240:19 243:20
243:23 244:10
245:15 249:2
249:19 250:3,4
250:9,15,19,20
250:23 251:21
252:23 254:22
255:3,18,19,23
256:1,2,8,9,17
257:8,11,13,19
257:22,23
258:4,9,18,23
259:8,12,15,19
259:22 260:5
261:13,17
262:1,1 263:7
263:12,24
264:25,25
265:16 266:3
266:10,15,21
269:10 270:3
271:19 274:2,8
275:7 276:2,6
276:17 278:12
278:18,22
279:5,10
280:15 281:3,9

281:17,24
282:21 283:3
287:21 289:9
289:16,17
290:1,5,12,13
306:16 311:6
312:3,17 313:3
313:8,25 317:2
317:6
**model's**   127:12
218:9
**modeled**   35:18
41:7,11 56:23
57:1 94:2
95:25 96:8,10
96:18 180:22
254:17 278:19
279:2
**modeler**   116:23
135:6 237:21
238:23 265:15
**modelers**   117:8
**modeling**   4:8
16:10 17:16
18:9,12,15,21
18:24 19:5,8
25:1 26:6 35:9
35:12,15 36:18
37:7 39:4,8
40:13 44:8,10
52:8,12,16,19
52:23 53:10,24
54:3,7,12,22
55:5 57:17

58:9,19 62:4
64:1,4,13
67:16 70:21
71:17 74:6
93:8 94:7,16
94:25 95:8
115:5 125:10
128:24 129:15
132:4 133:20
151:5 180:15
198:5 208:24
209:5 219:4
221:13 237:11
283:19 286:19
287:8 295:3,6
296:9,11 298:6
303:17 304:1
304:12,21,23
304:24 305:2
307:19,24
308:24 311:2
312:12 313:16
315:4 316:12
316:17 317:6
**models**   5:2 40:1
44:18,19,24
45:1 60:16,21
73:6 104:2
111:18 112:16
112:19 116:5
116:12 131:16
164:19 176:22
229:2 238:20
248:15 260:15

Golkow Technologies,
877-370-3377       A Veritext Division       www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 358 of 390

261:12,24
262:4,8 265:21
269:14 279:19
281:10 300:13
306:11 307:3
**moderately**
249:12,23
**modflow**
112:22 315:5
**modified** 116:9
116:13 117:15
117:17
**moment** 163:1
163:18,19,21
163:21 164:9
164:10 251:8
**monitoring**
39:16 125:24
155:16 156:15
156:24 160:23
168:20 169:2
172:5 177:13
178:13,13
217:14,20
274:19 304:22
**month** 100:7
278:23,23
279:2,2,12,22
280:17 282:1
**monthly** 15:21
72:22 74:21
100:14 141:11
143:3,3 271:2
271:3,6 280:7

280:10 284:10
284:22,25
285:8 291:20
312:9 313:11
**months** 29:22
40:14,15
158:17 159:10
207:7,8 278:7
**morning** 6:4
7:13
**morris** 2:20
13:14 26:12
70:19 71:23
290:8 298:19
301:13
**mountains**
61:14
**move** 194:13
226:23 255:5
**moved** 55:13
195:7 198:16
205:21 206:10
206:10 223:20
**movement**
37:22 38:25
42:4 47:3
124:17 144:22
**moving** 80:25
81:4 213:13
227:2
**mt3d** 315:5
**mt3dms** 112:24
124:22 125:9
144:23 145:18

187:12 222:21
229:1,9 254:18
254:23
**multiple** 28:17
29:21 174:7,24
176:7,11
205:16 219:14
219:21 220:5
253:8 311:17
311:18
**multiply** 143:6
143:11
**municipality**
184:6,20,21
**mustafa** 299:2

## n

**n** 3:2 6:2
**name** 6:14 7:14
7:24 114:22
318:20
**name's** 7:19
**narrow** 244:22
244:24,25
**national** 299:16
299:20,22
**natural** 163:4
**nature** 116:6
**navy** 14:8
70:15 120:19
121:1,10 283:9
**navy's** 4:6 70:7
70:12 71:16

**near** 159:1
**nearby** 140:10
200:24
**necessarily**
123:13 136:5
233:16 266:7
313:3
**necessary**
128:7 184:11
184:16 185:3
**need** 10:21 72:6
92:21 132:12
167:17 179:23
237:13 262:21
289:11 305:17
308:14 312:9
**needed** 67:13
183:25 184:23
198:10 219:10
**negative**
273:23 274:1
**network** 79:2
79:18 100:6
**nevada** 1:17
318:24
**never** 32:2
131:15 132:22
136:21 257:18
257:21
**new** 2:5,5 46:6
46:20 47:4,6
55:6 58:1
59:18 62:10
109:22 116:8

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-3 Filed 04/29/25 Page 359 of 390

116:13,23
117:6 275:2
309:5,12
**nine** 278:7
**nitrate** 60:17
60:25
**nod** 9:9
**nods** 46:22
149:11
**non** 12:23
297:14
**nondetect** 89:6
172:5,10 246:4
246:14,21
247:14,23,24
248:4,13
**nondetected**
89:5
**nondetects**
90:22 91:8
247:2,8
**nonunique**
220:2
**nonuniqueness**
219:23
**nonzero** 276:8
276:13
**nope** 116:21
**normal** 48:12
160:4,8
**norman** 2:21
21:3
**north** 1:2 6:10
14:9 65:24

66:25 71:14
82:22 84:20
85:18 88:10
99:4 104:6
105:14 141:21
186:9 212:12
212:13 251:14
**northwest**
213:4
**notary** 1:18
**note** 119:5
**noted** 119:10
319:8
**notes** 229:14
318:18
**notice** 3:13
11:10 187:3
**november**
147:2 150:16
150:17 152:6
152:10,15,15
152:22,22
162:12,19
**number** 6:11
13:6 37:9
57:24 60:18
63:21 130:4
189:5 193:2
195:17 196:10
197:6,7,11
215:19,19
228:21 236:24
261:12,13
268:16 276:25

277:20
**numbers** 73:20
127:4 143:4
177:8 192:6
268:9,12 277:6
277:7
**numeral** 66:8
168:14
**numerical**
213:10
**numerous**
261:14
**nw** 2:11

**o**

**o** 6:2
**o'leary** 2:21
**oath** 8:21
**object** 10:13
22:4 132:18
137:3 209:25
241:9 243:10
285:1 293:20
303:6 304:2
305:9 306:22
307:9,14,20
312:19,23
**objected** 14:25
264:17
**objecting**
304:15
**objection** 10:13
15:2 18:18
21:16 25:5,15

30:9 33:4 36:9
37:2 40:6
41:17,23 42:14
45:8 46:25
47:9,20 48:8
49:8 51:15
53:2 55:23
56:4 57:9
58:10,20 59:2
62:6 65:12
68:7,19,20
69:2,14 70:1,9
70:16,23 72:3
72:25 75:11,24
76:7 77:7,18
78:4 79:3 80:7
80:19 81:1,18
81:25 82:6,12
85:23 87:4,17
88:21 90:4,12
91:20 92:4,13
92:24 94:10
95:3 96:3,13
96:25 97:14,22
98:6,13 101:7
101:19 102:1
102:12 103:2
103:12 106:11
106:24 107:8
107:21 108:13
108:21 109:8
109:18 110:8
111:4 112:6,13
113:9,15,23

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ Document 357-3 Filed 04/29/25 Page 360 of 390

| | | | |
|---|---|---|---|
| 114:5 116:15 | 184:17 185:4 | 267:21 268:6 | 208:23 209:4 |
| 116:25 117:10 | 185:13,23 | 268:18 269:1 | 209:11 218:7 |
| 118:12,24 | 186:18 189:24 | 269:15 270:8 | 238:15 |
| 119:6,12 | 190:14,21 | 278:24 279:13 | **observed**   85:15 |
| 120:21 121:12 | 191:4 192:3 | 279:23 280:19 | 88:7,13,17 |
| 122:16 123:5 | 194:5,14 195:2 | 281:20 282:12 | 89:4 105:10,17 |
| 126:12 127:14 | 195:24 196:6 | 284:20 285:12 | 105:21 106:5,9 |
| 127:23 128:9 | 197:21 198:18 | 285:22 286:15 | 127:5,7,18 |
| 129:1 132:5 | 201:19 202:3 | 286:25 287:10 | 155:15 156:7 |
| 133:6 134:23 | 202:10,19 | 287:24 291:16 | 157:22 158:1 |
| 135:8,16,25 | 203:3 208:10 | 292:1,14 | 158:12,15,18 |
| 137:12,19 | 208:18 209:14 | 294:18 300:20 | 162:4,8 165:2 |
| 138:19 145:3 | 209:21 215:23 | 302:12 303:18 | 167:1,5,8,13,24 |
| 145:11,20 | 219:17 220:16 | 305:15 306:5 | 168:4 177:12 |
| 147:8,13,16 | 221:18 222:1 | 312:14 316:22 | 203:15 204:3,7 |
| 148:18 149:17 | 223:13 225:15 | 317:10 | 204:25 206:21 |
| 150:3 151:2 | 225:25 226:12 | **objections** | 207:6,24 |
| 152:1,25 | 227:18 228:7 | 14:22 72:12 | 210:11 211:9 |
| 153:12 154:7,8 | 230:8,16 | 123:11 147:20 | 216:23 217:6 |
| 156:17 157:10 | 231:19 233:23 | 147:24 187:1 | 217:25 219:16 |
| 159:24 160:6 | 236:10 238:6 | 191:15 226:19 | 219:22 220:7 |
| 161:15,20 | 238:16 239:1 | **observation** | 238:4 239:23 |
| 164:15,22 | 240:20 241:19 | 127:4 153:24 | 240:9 244:11 |
| 165:18,24 | 242:1 244:14 | 154:1,2,5,6 | 249:13,24 |
| 166:19 170:24 | 248:6,16 250:6 | 161:12 195:20 | 250:4,24 251:9 |
| 171:7,14 172:7 | 251:1 252:18 | 205:15 206:19 | 258:25 273:2,4 |
| 172:19,23 | 254:2,13,25 | 207:1,16 | 274:2,9 276:7 |
| 173:18 174:1 | 255:15,20 | 209:20 211:4,7 | 276:12 277:11 |
| 174:25 175:10 | 256:3,10 | 220:23,25 | 277:12 283:5 |
| 176:23 178:23 | 257:15 258:20 | 239:16 250:16 | 290:2,22 |
| 179:16 180:8 | 259:4,23 260:6 | 282:15,16 | 291:22 |
| 180:25 181:14 | 262:15 263:14 | **observations** | **obtain**   50:20 |
| 182:14 183:9 | 265:10,23 | 153:24 158:20 | 51:21 67:15 |
| 183:19 184:1 | 266:5,24 | 204:11 206:4 | 138:9,13 139:3 |

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 361 of 390

| | | | |
|---|---|---|---|
| **obviously** | **okay** 11:6,15 | 111:15 112:18 | 176:7,15,20 |
| 175:6 | 11:25 12:18 | 112:21,25 | 177:10,19 |
| **occur** 74:24 | 14:18 16:9 | 113:7 117:8 | 178:16 179:1,2 |
| 217:24 284:12 | 18:6 20:13 | 121:7,25 123:3 | 180:1,13 181:4 |
| **occurred** | 22:9,19 23:18 | 123:21 126:16 | 181:8,12 182:7 |
| 161:12 164:13 | 23:21 24:7 | 127:6,17 | 182:8,9 183:16 |
| 230:25 232:8 | 26:18 30:3 | 128:21 129:18 | 183:23 184:9 |
| **occurring** 67:2 | 33:20 34:21 | 131:1 132:20 | 185:8,15 186:2 |
| **october** 3:20 | 35:23 38:16 | 134:7 135:4 | 187:25 188:7 |
| 12:7 23:16 | 40:20 41:5 | 136:14,18 | 191:12,20 |
| **offer** 11:18 | 43:5 44:9,14 | 137:1,2,5,22 | 192:8,11,18 |
| 107:20 109:16 | 46:11,15 48:13 | 139:2,14 141:1 | 194:11 196:3 |
| 109:23 110:6 | 50:14 54:21 | 141:17 142:1,9 | 196:12,21 |
| 198:21 280:13 | 55:1,4,14,18 | 143:5,10,23 | 197:3,10,16 |
| **offered** 107:24 | 57:20 58:13 | 144:8 145:24 | 198:1,22 |
| **offering** 65:5 | 59:13,14 60:6 | 147:1 149:3,7 | 199:22 201:1,6 |
| 107:5 108:11 | 60:6,20,25 | 150:6 151:11 | 203:19,21 |
| 111:3 198:15 | 61:16,18 63:7 | 151:19,20 | 205:24 206:8 |
| 287:20 | 63:11 64:14 | 153:9,25 155:3 | 206:23 207:4 |
| **offhand** 215:19 | 66:12 69:6 | 155:14 156:2,5 | 207:11 208:22 |
| 303:11 | 73:25 74:3 | 156:8 157:17 | 209:10 210:10 |
| **office** 1:14 6:13 | 75:19 76:12,17 | 157:18,20,25 | 210:18 211:16 |
| 28:21 67:8 | 80:1 83:19 | 158:10 159:3 | 211:23 212:6,9 |
| **official** 22:17 | 84:25 86:8,15 | 160:9 161:1 | 212:23,24 |
| **offline** 83:12 | 86:21,21 87:12 | 162:3 163:14 | 213:2,15,20,25 |
| 84:6 93:10 | 87:25 88:4 | 163:20 164:1,7 | 214:4,16,20 |
| 179:15 | 89:5,8 90:8,18 | 165:1 167:20 | 215:3,11,20 |
| **oh** 73:23 89:5,8 | 90:24 92:9 | 168:11,13,23 | 216:4,8,12 |
| 91:1 107:15 | 94:1,6 95:17 | 169:5,9,15 | 217:5,9 218:20 |
| 132:24 151:17 | 102:7 103:19 | 170:5,12,16 | 219:3 220:1 |
| 156:7,7 182:5 | 103:20 105:1 | 171:4,10,18,24 | 222:24 223:5 |
| 199:22 242:17 | 106:15 107:15 | 172:12,15 | 224:3,9,10 |
| 242:22 | 107:15 108:1,4 | 173:22 175:4,7 | 225:20 226:6,9 |
| | 109:2 111:10 | 175:16,23 | 227:13 228:1,4 |

Golkow Technologies,
A Veritext Division

228:12,20,23
229:5,8 231:24
232:5,20,25
234:23 235:5,7
235:12,20
236:18 239:17
239:21 240:6
240:24 241:13
242:17,20
243:16 244:4
245:1,17
246:15,18
247:1,7 249:4
249:8 250:18
251:6,7 252:14
253:6,12
254:22 255:7
255:10 256:6
256:13,18
257:10,20
258:16 259:1,7
265:19 266:8
266:20 267:8
268:22 270:19
270:23 271:20
272:25 273:9
274:15 277:9
277:19 280:23
282:4 283:16
286:8 289:10
290:10,16,21
292:5 293:10
293:16 294:12
295:1,12 296:1

296:18 297:9
299:18,24
302:17 303:23
305:20 306:14
308:23 309:15
310:12,18,24
311:24 312:7
313:1,13,13
314:6 315:6,14
317:15,17,19
**old** 134:6
**once** 93:6
**ones** 45:4
303:10 308:17
308:19
**ongoing** 46:13
**onsite** 200:23
**ooo** 2:23 3:9
5:5 317:23
**open** 130:23
**opened** 191:14
199:4 200:6
**opening** 189:18
191:2
**operate** 93:7,22
**operated** 93:22
179:14 184:16
**operating**
180:2
**operation** 86:1
199:6 200:4
**operational**
85:22 186:6,16

**operations**
82:19 93:12
189:1 199:3
200:8 201:12
**operator**
184:22
**opine** 73:8
**opined** 72:16
73:3
**opining** 72:21
75:20
**opinion** 11:18
70:8 117:8
125:17,19
132:11 175:8
191:10,13
193:24 197:16
198:21 241:16
241:23 250:22
256:14,25
267:11,12,15
268:14 269:10
271:17 278:20
278:21 279:5,9
279:19 280:7
280:15,25
281:17,24
282:4,21 283:6
287:20 300:17
301:12 312:8
315:3
**opinions** 22:20
22:23,24 24:12
34:9 65:5 85:5

106:21 107:2,2
107:5,20,24
108:6,11,19,25
109:4,4,13,17
109:24 110:5
110:12 111:24
119:11 198:15
234:11,21
257:4 268:23
280:13 287:13
301:4,11,20
302:1,11,15
315:10,18,21
**opportunity**
51:10
**orange** 211:3
**order** 12:14
20:9 74:15,18
104:23 127:7
205:13 235:25
238:3 243:2,8
244:12 252:2
284:3,6 312:11
316:1
**organic** 66:23
**organization**
299:19
**organizations**
141:22
**oriented**
212:11
**original** 26:7
29:5 73:4,15
136:23 138:4

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-3 Filed 04/29/25 Page 363 of 390

139:8,9,13
141:14,15
142:13 143:19
161:13 165:3
179:19 191:19
203:10 227:14
227:23,25
250:20 256:16
257:7 259:17
259:19 260:4
267:5 271:19
277:17 281:9
283:2 289:9
290:1,5 302:7
**originally**
225:9 234:6
281:4
**oscillated**
158:21
**outcome** 49:2
**output** 125:23
126:5
**outputs** 22:12
156:4 237:22
**outside** 144:7
191:7 197:12
201:17,24
206:7 222:2
225:17 226:1
226:13 228:8
230:17 232:18
232:20 236:11
244:11 248:7
287:11,25

303:9 316:23
**overall** 204:23
205:13 208:8
**overbroad**
303:19
**overlaid** 205:14
**overpredict**
249:24
**overpredicted**
249:13 250:4
251:21 252:8
252:17 253:3
**overpredicting**
250:11
**overpredicts**
274:9
**oversaw** 19:17
**overseeing**
184:8
**own** 27:11,19
**owner** 199:16

**p**

**p** 6:2
**p.e.** 4:24
**p.m.** 1:13 130:1
130:1 317:22
**package** 18:14
**page** 3:4,12
10:7 12:11,12
21:8,10 53:22
53:23 66:8
73:19 74:4
76:15 77:12

78:19 82:16
85:2,7 86:16
86:19 87:21
93:3 95:16
99:16,17,20
103:21 105:6
107:12,13,16
108:2,6 115:11
115:11 120:11
121:23 131:5
133:13,20
134:7,8 139:15
157:18 158:11
161:6 168:14
182:6 186:4,5
188:2 198:24
199:1 203:9
204:16 222:10
222:13,14,15
223:6,7 224:24
229:10,16
230:23 234:24
235:21 242:7
242:10,10,13
242:21 243:18
245:24 246:11
246:20 247:11
249:5,9 251:7
253:9,10 261:4
261:5 270:20
270:25 274:17
274:18 275:13
281:7 283:15
289:21,22

315:22,22
319:10
**pages** 108:8,17
108:20,24,24
109:1 308:14
318:16
**paid** 47:13,16
48:6,18,23
**paired** 88:13
**panel** 180:14
180:19 181:5
181:18 182:10
**papers** 303:12
**paragraph**
66:16 67:12
74:2 75:9
76:19 99:24
115:20 122:2
134:16 136:15
160:18 167:21
168:10,17
199:1 204:17
222:15 223:16
229:20 235:20
235:21 242:9
242:13 247:12
247:20 249:8
270:24 283:18
285:19
**parameter**
62:20 63:5
134:17
**parameters**
40:1,3,5 62:16

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-3 Filed 04/29/25 Page 364 of 390

63:6 118:10
121:19 122:5
122:14,21,24
128:19,23
179:9 219:15
219:21 220:6,9
220:22 221:7
227:9 237:22
262:2 268:5,17
268:25 290:1
**part** 25:3 30:1
30:4 163:2
196:15,18
198:12 206:16
213:24 214:15
215:17 228:15
237:5 255:19
272:17
**partain** 13:17
**partially** 36:12
36:14
**participate**
297:3,6
**particular**
45:17 62:20
67:19 211:10
218:3,8 291:11
291:12 313:10
315:2
**particularly**
131:16 156:14
156:24 168:19
239:7

**parts** 182:13
201:4
**pass** 316:5
**passed** 261:2
**past** 55:13
76:23 77:5
124:11 261:15
263:3
**pathway** 199:5
199:19 200:7
201:11
**pause** 14:17
**pc** 277:10
289:17
**pce** 4:17 72:18
74:17,24 76:23
77:17,23 78:14
78:16 88:14,19
89:11,16,21,25
90:1 91:2,12
91:15,18 92:1
92:10 95:25
96:10,18 97:12
99:7 100:3,9
100:12,14
102:23 103:8
105:10 122:10
124:22 125:2
125:13,18
155:15 165:3
173:8 177:12
190:12,20
193:20 194:3
194:12,19,22

194:25 195:7
196:4,13 199:3
200:4,17
201:24 203:13
203:25 210:25
214:24 215:5
216:13,18
217:6,13,19
222:18 224:17
229:20 230:24
231:5,16 232:7
232:12 233:10
233:14,19,21
235:22 244:11
248:15 249:11
249:22 251:10
251:21 252:8
252:17 253:3
253:20,25
254:10,17,22
275:19 276:25
281:12,18
282:6,23 284:5
284:13 290:23
**penalties**
319:21
**penalty** 9:3
**people** 294:21
297:3,5,13
**percent** 74:20
159:21 162:16
284:8 298:13
**perfectly** 113:8
113:13

**perform** 65:9
126:24 312:11
**performance**
126:10
**performances**
126:18
**performed**
25:13 73:14
121:16 122:2
127:8 256:16
259:8 261:10
271:23
**performs** 46:1
**period** 40:12,21
46:2 55:15
60:22 67:3
96:8,8 100:7,8
125:25 126:6
136:17 137:10
140:15,17,23
141:23 155:12
180:3,6 186:17
197:1,8 261:24
270:7 271:5,7
271:13 278:18
**periods** 36:7
93:15 140:6
**perjury** 9:3
319:21
**permanently**
93:9
**permeability**
240:14

**perpendicular** 212:8
**person** 28:19 28:21 77:4 184:6,7 261:2 317:8
**person's** 316:21
**personal** 64:7 64:10 133:2 309:25
**pertaining** 13:10
**pfos** 35:12 37:23
**ph.d.** 4:23
**phase** 190:8
**phd** 50:22 51:1 51:3,8,22
**phenomenon** 213:11 214:17
**photographs** 13:1
**phrase** 174:4
**physical** 101:3 194:17
**physically** 81:13
**picked** 243:15
**piece** 39:13 187:8
**pieces** 22:3 25:10 36:21 137:25 292:24

**piezometric** 212:2
**pipe** 201:25
**piping** 79:2,17
**place** 30:16 236:17 286:12 318:8
**placed** 261:16
**places** 61:17 71:25 74:9 283:22 286:11 295:16
**plaintiff** 1:5 2:2
**plaintiffs** 7:2,4 7:18 11:18 15:14 35:6 71:4 115:1
**planning** 109:16
**plant** 78:24,25 79:13,15 80:6 80:16 81:9,12 91:13,17 92:2 92:11 94:4 95:21 96:1,11 96:19 98:4 100:4,16,18 103:17 233:22 247:22 253:15 279:16 280:1 282:24 284:19 289:15 290:3 290:25 291:22 313:12

**play** 214:5,7 234:20
**plays** 213:24 214:15
**please** 7:6,23 9:19 10:5,22 23:9 50:13
**plotted** 206:21 207:16 245:9
**plotting** 210:25
**plug** 259:18
**plume** 47:4 204:1,24 205:13,15,21 206:3,6,6,7,10 206:15,18 207:3 208:1,8 208:17,23 214:12 216:19 218:8,9 258:15 258:24
**plumes** 239:19
**plus** 104:23 238:3 243:1,7 244:12 252:1
**point** 23:5 26:14 41:6,10 41:10 56:10,18 59:20 60:5 65:2,6,10 151:1,8,23,24 152:6,9 154:2 154:6 158:4 203:20 204:14

210:11 243:24 249:16 252:10
**pointed** 86:23
**pointing** 203:19
**points** 36:21 39:14 41:5 46:2 57:4,24 127:4 148:13 148:16 149:9 150:7,20,24 153:24 154:1 185:19 186:24 195:20 205:15 206:19 207:2 207:16 211:5,7 229:25 236:9 239:16,22,23 251:25
**policy** 185:2
**porosity** 40:2 240:14
**porous** 178:5,6 178:9
**portion** 125:9
**portrayed** 165:17 166:12
**position** 20:1 309:9
**positive** 273:25 274:7
**possession** 13:2
**possibility** 163:13 234:1

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 366 of 390

265:2
**possible** 82:10
82:14 116:5
145:19,22
154:9 163:25
164:11,17,25
173:1 176:10
176:14 192:17
195:9 202:6,17
209:1 220:11
267:1 317:13
**possibly** 313:4
**post** 3:19,24
20:24 23:24
29:5 33:17
45:7,11,14,15
46:20,23,24
47:6 65:10
68:1,13 69:23
69:25 70:5
71:23 73:4
78:9,13 110:18
110:21 111:3
111:12,17,23
111:24 117:22
121:10 125:8
127:2 138:1,8
139:14 144:10
145:10,14
165:5 166:17
169:16 179:6
179:10 187:9
188:12 202:16
203:2 244:10

244:22 245:21
258:8 259:3,9
265:17,20
266:3,9,15,17
266:22 271:18
271:24 272:2,5
272:7,9,17
281:8 283:4
292:25
**postaudit** 4:20
114:15
**postaudits**
134:13 261:7,9
261:13,21
**potential**
308:12
**potentially**
154:4
**potholes**
200:23
**ppb** 254:18
**practice** 197:25
198:2,4
**precipitation**
138:2,5,9
139:12,19
141:18 142:6
142:17,21
143:4 196:19
196:25 197:12
214:1
**predevelopm...**
85:15

**predict** 124:17
136:16,24
137:9 262:6
**predicting**
218:9 250:24
**prediction**
266:4
**predictions**
134:13 261:11
261:15 263:4
265:21 266:10
266:23
**predictive** 4:18
114:14 126:11
126:15 243:21
**predicts** 266:16
**prefer** 273:13
**pregnant** 67:4
**preparation**
22:16 25:22
**prepare** 25:20
26:18 27:1,25
28:3,6 32:20
33:3 44:2,10
60:4 148:3
155:19 297:15
297:16
**prepared** 20:25
23:25 32:8
72:11 155:21
165:21
**preparing**
26:24 27:6,9
66:5 75:10

99:14 180:19
181:5,18
302:25
**present** 2:14,16
29:13,14,24
30:3 37:18
55:21 65:25
71:15 84:21
99:5
**presented**
83:18,20
245:12
**preserved**
74:19 284:7
**pretty** 59:18
61:20,21 181:3
**prevention**
67:7
**previous** 26:24
116:8
**previously** 8:18
**primarily** 22:6
25:1 27:17
52:2
**primary** 91:12
199:5,19 200:7
201:11
**principal** 48:11
**principles** 52:8
296:7
**prior** 13:11,24
17:17,22 27:6
27:19 120:24
121:8 237:12

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 367 of 390

242:10 291:3
298:17,25
299:8 300:5,23
**privileged**
12:23
**probably** 17:21
39:6 40:14
46:16 54:14
58:22 128:1,2
178:1 231:8
232:15 296:4
298:7 313:22
**problems**
261:14,24
**procedure**
12:20
**proceed** 63:22
130:5 193:3
236:25 288:20
**proceeding**
8:24
**proceedings**
318:7,12
**process** 21:13
21:24 67:17
119:23 134:19
194:17 200:19
241:18 255:19
259:22 267:24
268:2
**processes** 101:3
102:8 268:16
268:24

**produce** 20:10
34:15 122:9
**produced**
15:13,18,18
34:11 47:22
145:17 200:20
200:20 228:6
**producing** 22:8
**product** 60:3
**production**
3:15 12:22
55:2 60:11
61:25 62:24
63:7
**professional**
312:11
**professionals**
177:4
**professor**
296:19
**program** 51:9
51:12,23 52:1
**project** 20:14
54:12 55:6,8
55:16 56:19
60:9 61:2,5
62:10
**projects** 18:24
19:8 54:3,6,8
54:22,23
307:24 308:4
308:16,24
309:3,18 311:2
311:5 316:12

316:16,18
**properties**
159:1 177:20
**proportional**
134:20 135:2,3
**proposed**
217:19
**protect** 43:3
**protocol** 67:5
151:5 183:22
218:23
**prove** 266:10
**provide** 58:15
111:17,23
281:11 304:14
**provided** 15:22
72:17 124:2
147:6,11,15,19
147:23 154:25
155:4,6 156:11
169:15 185:1
227:17 271:2
293:10 294:1,4
**provides** 14:3
**public** 1:18
**published**
299:22 314:17
314:23 315:16
**pull** 30:14
130:21 222:8
**pump** 123:1
**pumpage**
185:10 270:6
271:4,5,12

**pumping** 38:22
56:22 57:21
61:4 81:8,11
81:17 94:19,21
94:23,25
128:17 144:9
144:13 146:1,5
146:5,10,11,15
146:18,23
147:2,6,11,15
147:19,23
148:2,6,24
149:9 150:1,8
150:15,25
151:10,23
152:10,14,19
152:20 153:5,9
154:4,12,13,17
155:1,10,12
179:2,5,8
180:23 182:24
183:8,15,15,18
183:24 184:3
184:11 185:2
185:19 255:9
270:17 278:4
292:25
**purple** 211:8
**purported**
139:20
**purpose** 68:24
69:12,24 312:2
312:17,25

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 368 of 390

| | | | |
|---|---|---|---|
| **purposes** 44:21 | 121:20 137:6 | **ran** 62:18 | 195:14,22 |
| 44:24 93:8 | 149:22,23 | 218:25 271:23 | 196:2,19 198:8 |
| **pursuant** 12:19 | 151:18 156:20 | 277:5 | 198:10 202:9 |
| 14:10 15:6 | 185:16 203:21 | **range** 105:12 | 202:14 203:1 |
| **pursue** 50:20 | 208:13 209:25 | 117:23 225:22 | 224:14 229:6 |
| **pursuing** 54:16 | 241:14 254:8 | 235:23 251:12 | 230:1,14 231:2 |
| **put** 93:7 137:23 | 256:23 263:19 | **ranged** 223:10 | 231:4,7,8,14,16 |
| 149:2 155:7 | 286:9 289:6,7 | 224:20,25 | 231:25 232:9 |
| **putting** 194:7 | 310:25 311:4 | **ranges** 62:15 | 232:11,14,15 |
| | 311:25 | 62:18,19 171:3 | 232:23 233:8 |

**q**

| | | | |
|---|---|---|---|
| | **question's** | 171:5,11 | 233:11,14 |
| **qualitative** | 228:2 | **ranging** 105:2 | 235:9 236:3,8 |
| 205:23,25 | **questions** 9:7 | 105:3 236:1 | 278:4 290:25 |
| 206:16,17 | 9:12 130:15 | **rank** 74:15,18 | 292:25 |
| 207:5 208:4 | 291:8 293:2 | 284:3,6 | **rates** 154:13 |
| 210:7,8 282:18 | 309:2,9 310:13 | **ranked** 74:14 | 229:1 231:1 |
| **qualitatively** | 310:21 316:2,7 | 284:2 | 232:8 234:9,20 |
| 204:22 206:22 | 317:16 | **rarely** 261:23 | 235:13,16 |
| **quality** 134:20 | **quickly** 226:24 | **rate** 142:8,9,11 | 236:1 |
| 177:9 | 227:2 | 142:15,19 | **rather** 72:1 |
| **quantify** 67:19 | **quite** 19:3 | 143:1,15,21 | 74:11 122:11 |
| **quantitative** | 261:16 | 146:12 147:2,6 | 262:6 283:24 |
| 282:18 | **quotes** 181:9 | 147:11,15,19 | **ratios** 151:10 |
| **quantitatively** | 181:13 | 147:23 148:2,6 | **raw** 141:14,15 |
| 204:24 | | 149:9 150:1,8 | **ray** 31:21 |

**r**

| | | | |
|---|---|---|---|
| **quantity** 231:5 | **r** 1:11 3:4,16 | 150:25 151:23 | **reach** 20:13,15 |
| 232:12 | 4:1 6:2,7 7:8 | 152:10,14,19 | **reached** 20:16 |
| **question** 9:18 | 50:1 319:6,21 | 152:20 153:9 | 20:17 190:12 |
| 9:20,22 10:4,8 | 319:25 | 154:4 185:10 | 190:20 |
| 10:16,25 11:2 | **rainfall** 139:16 | 185:19 187:15 | **read** 25:25 26:1 |
| 45:13 57:6,19 | 140:13,15,20 | 187:22 188:13 | 26:4,5,9,14,23 |
| 68:10 79:8 | 140:22 | 188:16 192:1 | 27:2,5,8 67:10 |
| 80:10 90:25 | | 192:11 193:17 | 67:23 72:10 |
| 94:13 103:5 | | 193:21 195:10 | 75:6,14 76:10 |

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-3 Filed 04/29/25 Page 369 of 390

93:17 100:19
115:7 116:10
116:17,19
118:14,16
121:4 136:20
136:21,25
156:19 174:8
182:20 185:6
199:12,16,24
200:2,14 201:7
205:3,6 222:25
223:15 231:9
236:5 247:17
248:1 261:18
262:9,18,21,24
267:24 268:2
270:14 284:14
285:19 300:11
300:15 301:1
306:13 319:7
**reading** 13:3
20:19 72:5
75:17 79:5
115:15 119:20
137:18 157:2,3
159:20,20,21
167:11,17,19
181:10 200:1
201:5 242:25
256:20 269:21
**real** 113:21
135:15 197:18
220:9,13 221:8
221:12 260:3

**realistic** 208:9
208:17
**reality** 113:2,6
113:8 123:19
**realizations**
122:9 123:4,10
**really** 189:13
213:12 214:2
310:16
**reason** 90:9
138:24 143:21
169:14 190:25
298:8 319:10
**reasonable**
136:15 137:9
193:19,25
194:24
**reasons** 158:9
218:4,11,13,13
218:20 240:7
**rebuttal** 3:21
23:22 24:4,16
24:22 25:11
26:5,10,11
27:9 29:6
107:7 108:3,9
109:6 110:13
166:6 178:2
181:6,19,25
182:5,7 190:7
208:2 210:19
217:3 234:3,12
242:7 245:7
267:4,7 272:10

274:13 275:3
275:14 280:14
300:24 301:1,2
301:15,24
302:2,18 303:1
**recall** 32:13
36:20 37:5
39:8 45:23
55:25 56:21
139:6 181:7,16
277:21 283:10
293:9 302:9
314:10
**received** 13:11
50:15 51:13
67:6 145:25
**recent** 308:22
**recently** 17:19
19:12 298:5
299:14 300:16
314:6
**recharge** 39:18
128:17 139:16
141:11 142:7,8
142:9,11,15,16
142:19,20
143:1,3,15
**reclaimed**
200:18
**recognize**
114:21
**recollection**
182:17

**reconstruct**
104:3
**reconstruction**
65:25 67:18
71:15 84:21
99:5 128:8,25
129:5 271:1
311:10
**record** 6:4,19
14:21 15:1
63:17,20
129:24 130:3
134:21 192:23
193:1 236:20
236:23 262:7
288:16,19
317:21
**recorded** 84:8
151:9 169:20
247:23
**recording** 6:6
**records** 253:25
**recreate** 124:10
**rectangle**
211:14
**red** 211:3,7,20
**reducing**
135:19
**redundancy**
184:12,13
**refer** 23:13
24:20 46:19
111:9 293:16

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 370 of 390

**reference** 257:3
**referred** 159:14
  319:7
**referring** 24:23
  26:10 39:24
  46:21 48:15
  56:7 87:7
  143:12 159:17
  172:1 240:12
  263:21 289:20
  295:22 304:21
**refinement**
  116:7
**reflect** 163:10
  163:23
**reflected**
  146:25 226:5
**reflecting**
  15:10
**reflects** 147:1
  149:1 220:9,13
  319:9
**regard** 185:7
**regarding** 3:22
  23:22 63:25
  72:15 289:5
  309:17 315:12
**regardless**
  74:15,19 94:24
  284:4,7
**regards** 207:25
**region** 61:11
**registered**
  318:5

**registry** 66:18
**regular** 308:13
**reich** 2:18
**reilly** 133:22
  306:12
**related** 16:10
  16:20 31:2
  52:3,5 61:25
  64:3 85:16
  106:22 111:24
**relationship**
  207:3
**relative** 72:2
  74:12 121:18
  122:4 283:25
  285:10,20
**reliability**
  134:19 281:3
  282:7
**reliable** 72:17
  125:18 135:6
  268:5,10,13,15
  268:24 279:11
  279:20 280:8
  280:11,15
  281:11,17,25
  282:5,21
  300:18 303:15
  303:25 304:4
  304:11,18,19
  305:7,13,19
  306:1,21 307:7
  315:17

**reliably** 72:22
  78:10
**relied** 287:8
**remained** 150:9
**remediation**
  144:9,12,16
  145:1,8,9,25
  146:15,18,22
  148:10 149:6
**remember**
  11:23 28:11
  34:2,3 37:7,8
  40:12,23,24
  41:2,12 45:3
  163:6 176:1
  181:10 193:12
  277:14 293:1
  293:15 294:14
  302:16 303:11
  307:25 309:6
  310:1 313:19
**removed**
  163:18
**rene** 13:15 31:9
**rennix** 31:18
**repeat** 68:9
  94:12 103:4
  241:13 256:18
**rephrase** 254:5
**replaced** 231:6
  232:13
**report** 3:21
  12:7 16:24
  20:25 21:6,15

22:16,18,20
23:3,6,7,13,14
23:15,22,25
24:4,9,12,15,16
24:20,22 25:10
25:11 26:15,20
26:23 27:9
29:6,6 32:9,21
32:25 33:2,7,9
33:12 34:9,11
34:16 35:5
37:25 39:11
40:13 41:14
44:2,11 45:14
49:25 59:25
66:5 69:8
72:11,15 75:10
106:16,18,23
107:6,7,25
108:3,9,9
109:5,6 110:12
110:13,22
111:3,16
120:25 121:2,9
125:21 130:22
145:24 146:14
157:2 159:16
160:10,14
163:2 166:6,22
167:6,17
170:22 171:12
171:25 172:4
172:22 173:14
173:24 174:4

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 371 of 390

174:23 177:2
178:3 181:6,19
181:22 182:7
182:21 189:8
189:10,16,17
190:7 192:7
203:9 204:10
204:16 205:18
207:14 208:2
210:19 226:2,5
234:3,12 241:5
242:8 244:8
245:6,7 256:21
257:1 267:3,7
272:7,10
274:12,13,15
275:3,14 278:9
280:14,14,24
288:1 300:12
300:23,24,25
301:1,2,7,14,15
301:17,22,24
302:2,5,7,18,19
302:22 303:1,1
**reported**  120:4
141:11 168:7
172:10 186:21
191:18 224:14
235:22 247:13
268:9,13
**reporter**  1:16
6:17 7:6,15 9:5
318:5,5 319:2

**reporter's**
318:1
**reporting**
187:7 240:3
**reports**  17:17
17:23 20:3
25:4,25 26:1,3
26:5,6,10,11
27:2,6,11,11,13
27:15,19,25
28:4 39:18
42:9,11,13,19
42:23 43:9,14
43:15 45:5
47:16 64:13,16
76:10 87:16
99:14 108:16
109:3 118:15
119:3,21
177:11 180:20
225:12 227:16
228:6 239:25
243:15 269:6
269:21 280:6
280:25 290:9
303:4,8
**represent**  6:19
7:21 113:4,5,5
113:8 241:17
**representation**
135:15
**representations**
116:6

**representative**
219:6 308:18
**representing**
38:4
**represents**
231:15 258:5
**reproduce**
113:13
**reputable**
314:9
**request**  3:14
109:22 142:1
234:16
**requested**
141:20
**requesting**
235:5
**requests**  12:22
**require**  136:11
271:3
**requirement**
117:4
**reread**  25:25
26:6
**rerun**  272:9
**research**  20:1
**reserving**
309:16
**resided**  67:4
**residual**  205:14
207:23 272:23
273:1,17
**resources**
20:11

**respect**  312:6
314:21
**respected**
261:1
**respective**
100:11
**respectively**
229:24
**respond**  273:12
**response**  4:5
70:14 71:16
75:9 259:20
262:7 283:8
**responses**
130:16
**result**  76:22
77:5 91:8
122:11,21
173:15,16
176:13,17
207:21
**resulted**  122:14
163:3 277:9
**resulting**  104:1
**results**  22:8,11
25:12 37:20
41:15,21 45:20
46:24 58:18
62:3 74:7
90:21 98:3,11
98:17 100:16
136:13 145:2
145:10,14,15
161:9 163:10

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 372 of 390

| | | | |
|---|---|---|---|
| 163:23 167:14 | **review** 26:19 | **right** 8:13 | 154:17 155:10 |
| 169:2,6,23 | 27:12,15,24 | 13:25 27:13 | 155:17 157:23 |
| 172:6 176:13 | 29:1,4 30:17 | 32:3 38:1 | 158:5 159:1,6 |
| 189:23 192:16 | 30:20,23 31:3 | 43:24 44:15 | 161:9 162:5,9 |
| 203:15,16 | 31:5,8,11,14,17 | 48:21 50:18 | 162:13,17 |
| 217:22,25 | 31:20,23 64:22 | 53:13 66:10 | 163:1,24 |
| 221:2 234:25 | 65:1 67:8 | 73:15 75:23 | 164:21 165:6 |
| 245:12 249:11 | 118:22 121:8 | 78:3,11,14 | 166:18 167:1,9 |
| 249:22 255:11 | 123:23 124:4 | 80:18 81:17 | 168:8,21 169:3 |
| 256:2 257:23 | 177:11 180:18 | 82:11,22 83:10 | 169:7 177:22 |
| 258:13 261:21 | 182:10,13 | 83:13 85:1,5 | 179:6,10 180:3 |
| 263:11 270:3 | 185:1 189:7,10 | 85:18 86:9 | 181:6 182:25 |
| 271:2 272:1 | 253:24 300:23 | 89:9 91:5,19 | 185:22 186:9 |
| 276:3 277:8 | 301:13,16,23 | 94:4,18 95:2 | 187:10,15 |
| 283:20 287:8 | 302:4,22 303:2 | 95:22 96:2,20 | 188:9 193:9 |
| 290:14,18 | 305:21 | 97:7 99:8,11 | 194:13,20 |
| 313:5 | **reviewed** 27:6 | 104:6,14,19,24 | 195:8 196:16 |
| **resum** 49:25 | 27:12,18 28:3 | 105:14 106:6 | 196:23 197:5 |
| 50:2,7,13 | 30:6 64:15,19 | 110:3,3 117:25 | 199:1 201:18 |
| 53:22 54:23 | 66:4 85:4 | 120:10 122:5 | 202:18,24 |
| 60:10 296:13 | 99:13 118:20 | 122:11 123:17 | 203:2,16,20 |
| 308:11 | 133:25 141:9 | 124:14,23 | 204:3 205:16 |
| **resume** 4:1 | 157:8 181:5,18 | 125:2,6,10,14 | 206:15 208:4 |
| **retained** 11:17 | 222:6 224:6,11 | 126:1,7 130:23 | 208:24 210:6 |
| 13:25 16:2,15 | 269:5 287:9 | 131:4 134:13 | 212:13,17,18 |
| 114:25 | 301:6 | 138:2,6,10 | 212:20,21,25 |
| **retardation** | **reviewing** | 139:5,22 | 213:4 216:15 |
| 222:17 223:22 | 189:15 221:25 | 140:11 142:7 | 216:19,25 |
| 224:7,12 | **revise** 116:24 | 142:17,22 | 217:15 219:16 |
| 228:10,15 | 266:9 | 144:10,17 | 220:3,10,22 |
| 237:5,8,10 | **revised** 266:4 | 145:2 146:2,12 | 221:13,17 |
| **retention** 13:11 | 266:21 | 147:3,7 149:10 | 222:22 223:12 |
| 298:18 299:1,8 | **richard** 7:25 | 150:2,9,21 | 223:25 224:8 |
| 300:5 | | 151:1,25 153:7 | 224:22 225:3 |

Golkow Technologies,
877-370-3377                        A Veritext Division                        www.veritext.com
Case 7:23-cv-00897-RJ        Document 357-3        Filed 04/29/25        Page 373 of 390

225:14 226:18
229:2 230:2,7
230:15 231:18
234:12 237:19
238:5 242:16
242:17 244:1
244:23 245:4
246:18 247:20
248:22 249:2
249:25 251:14
251:18,22
252:9 253:4,17
256:21 263:9
263:13 264:12
266:18 269:7
269:22 271:8
271:18 272:2,7
272:10,15,19
272:23 273:3
274:13,24
275:3,22 276:3
276:13,19,22
277:1,13,25
278:13 285:21
286:14 291:1
291:13,15
293:5 295:3
308:6 309:16
316:4,14 317:9
**risk** 74:25
**rmr** 1:16
318:23 319:2
**road** 8:15

**robert** 13:14
**role** 19:16 44:6
44:12 214:5,7
234:20 299:25
**roman** 66:8
168:14
**room** 240:2
295:17
**rooms** 295:16
**roughly** 28:25
37:11 48:4
**routinely**
200:18
**rules** 8:14
12:20
**run** 51:10
122:8
**running** 22:7
270:2
**runs** 235:3
**rwc** 278:5
**rws** 148:23
150:15,21
152:5,10,16,21
158:14 161:25

**s**

**s** 3:11 6:2 213:5
213:5,6
**sabatini** 26:12
300:5,9
**sabatini's**
26:13,15 301:7
301:11

**salary** 48:12
**salt** 1:15 6:14
318:2 319:5
**sample** 127:11
163:9,16,22
164:10 169:2,6
169:11,20
172:6 173:15
173:16 176:6,9
176:12,13,13
176:16,22
218:23,24
221:2 246:4,6
246:15,21,23
255:11 290:17
**sampled**
125:24
**samples** 164:13
164:20 169:22
173:4 177:12
213:2 215:12
223:8 224:18
247:13,14,22
247:24 248:4
248:13,21,25
251:17,20
252:5,8,11,16
252:23 253:1
263:8,12,17,18
263:21,23,25
264:1,4,9,11,14
264:14,17,19
264:21,22
290:23

**sampling** 98:3
98:17 126:6
157:8 158:24
163:4,8,14
164:9,12
218:22 240:2,3
260:4
**sand** 223:10
224:17,20
**sands** 225:23
**sautner** 13:15
31:12
**savitz** 13:15
**saw** 205:5
**saying** 264:17
264:18 282:5
286:3 317:12
**says** 15:9 53:23
66:9,13,17
67:13 74:5
76:11,19 83:11
83:14 84:1
87:9 90:7
96:22 99:20,25
104:12,25
108:5 115:11
116:1 117:14
117:17 122:2,8
122:19 133:13
133:20 134:8
134:15 139:18
161:6 163:2
199:2 200:17
204:21 222:16

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-3   Filed 04/29/25   Page 374 of 390

222:16 223:7
229:17 230:24
234:24 235:22
237:7 242:13
242:13 246:3
246:21 247:12
247:21 248:10
249:10,15
260:18 261:9
270:25 275:15
283:18 286:22
**scenes** 220:6
**schedules**
179:3 184:4
**scientific**
267:17
**scientifically**
176:8,11
267:13 269:11
**scope** 144:7
191:8 222:3
225:17 226:1
226:13 228:8
230:17 232:19
232:21 234:14
236:11 248:7
268:21 287:12
287:25 316:24
**scott** 13:16
**scratch** 172:1
**second** 12:11
12:17 32:18
54:24 86:15
104:8 131:5

167:21 168:10
229:19,19
247:20 261:4,5
267:6 277:5
**secondary**
241:24 242:4
242:15
**section** 107:12
134:5,10,12
139:15 160:17
160:18 161:9
166:15 167:21
242:3 274:18
289:14
**sections** 93:5
**secure** 293:13
293:14
**see** 12:16 13:3
46:1 53:25
62:19 66:13
73:20 76:25
82:16 84:25
85:9,11 89:3
95:17 97:3
99:22 103:22
105:6 106:2
114:16 127:7
133:17,23
136:18 160:15
160:24 162:1
189:17 201:1
204:19 205:20
206:9,24 207:6
210:5 213:9,16

213:17 229:16
260:16,20
261:6 265:21
266:15 270:16
286:21 300:2
308:14
**seek** 309:16
**seems** 209:8
**seen** 11:11
71:19 120:12
121:4 160:22
**selected** 160:20
228:25 246:5
246:22,25
**selection**
119:18
**semester**
295:21
**seminars** 52:15
**send** 22:12
**sense** 9:13,23
10:5,10,17
11:4 45:16
102:4,6 138:15
138:17,22
254:6
**sensitive** 62:19
**sensitivity**
62:11,14 63:1
120:2 121:17
122:3 123:22
**sent** 13:11
34:19 218:23
247:3

**sentence**
136:14 137:16
158:11,12
161:5 167:22
168:10,17
174:17,21
199:21 222:25
223:6 230:22
234:23 242:12
249:10
**sentences** 122:7
275:15
**separate** 51:14
51:18,20
**separately**
290:4
**september**
11:24 12:2,3,4
12:6 90:3,21
91:5 111:12
229:22 230:6
**septic** 199:8
200:10 201:10
**sequence**
158:20
**served** 83:1,4
**service** 83:10
83:16,21,24
84:2,10 87:1
87:10,15 93:7
179:14 182:25
254:12
**services** 55:2
60:11 61:25

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 357-3 Filed 04/29/25 Page 375 of 390

62:25 63:8
66:19
**serving** 71:3
**set** 117:20
134:17 182:20
203:7 219:15
219:22 220:8
228:23 247:3,8
261:21 262:11
318:8
**sets** 139:4,19
139:21 219:14
219:21 221:12
272:1
**settled** 46:10
59:17
**seven** 288:10
**several** 17:14
29:22 39:5
75:3 261:9
276:6
**shake** 9:9
**shape** 206:2,9
206:14,18
**sharepoint**
293:14
**shelf** 303:22
**shifted** 298:11
**short** 261:25
**shorthand**
318:13,18
**show** 30:11
72:6 126:20
149:9 160:13

167:18 174:3
174:17 197:19
210:22
**showed** 156:15
156:25 158:14
168:20 250:9
283:7
**showing** 89:15
255:11
**shown** 93:13
161:8 168:5
**shows** 105:17
149:25 159:4
159:11 162:3,7
162:12 169:2,6
210:23 216:12
251:9
**shut** 91:25
93:24 253:20
254:1,24
255:13
**shutdowns**
93:11
**sic** 125:5
281:13
**side** 12:11
34:16,20 105:7
115:22,24
120:10 166:18
199:1 211:12
246:3,20
**sign** 43:16
**signature**
318:22

**signed** 21:9
42:20
**significant**
73:13 156:15
156:25 168:20
231:4 232:12
256:15 277:1,7
**significantly**
92:12
**silt** 224:18
**silts** 224:25
226:18
**silverstein** 2:9
3:5,7 6:20,21
7:12,14,19,20
11:9,16 12:16
14:2 15:4,20
18:22 20:22
21:22 22:9,19
23:21 25:9,18
30:13 33:8
34:23 36:13
37:6 40:11
41:20 42:1,17
43:8 44:23
45:12 46:18
47:5,12,24
48:5,13 49:13
49:23 51:19
53:7 56:1,8
57:15 58:13,24
59:5,13 62:9
63:11,23 65:16
65:19 68:11,23

69:6,17 70:4
70:13,19 71:2
71:6,9 72:9,14
73:3 75:19
76:3,12 77:11
77:22 78:8
79:7 80:11,23
81:5,23 82:3,9
82:15 84:12,15
86:2,20,22
87:8,20 88:2,5
88:25 90:8,17
90:20 91:24
92:9,18 93:2
94:14 95:7
96:7,16 97:5
97:19 98:1,10
98:16,20,23
101:10,22
102:7,16 103:6
103:19 106:15
107:4,11 108:1
108:18 109:2
109:11 110:1
110:11 111:10
112:10,18
113:12,18
114:1,9,12
115:19,23
116:21 117:6
117:16 118:16
119:4,9,17
120:5,8,24
121:15 122:20

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 376 of 390

| | | | |
|---|---|---|---|
| 123:9,17 | 184:9,25 185:8 | 255:10,17,24 | 316:6,10 317:4 |
| 126:16 127:17 | 185:17 186:2 | 256:6,13,22 | 317:15 |
| 128:3,13 129:4 | 186:23 187:3 | 257:2,20 259:1 | **similar**   140:15 |
| 129:18 130:6 | 190:4,18,24 | 259:7 260:2,10 | 140:22 205:21 |
| 132:10 133:1,9 | 191:12,20 | 260:13 263:6 | **similarly**   81:10 |
| 133:12 135:4 | 192:8,18 193:4 | 263:22 264:8 | 135:22 315:14 |
| 135:13,21 | 194:11,18 | 264:12,16 | **simple**   100:1 |
| 136:7 137:7,17 | 195:6 196:3,12 | 265:5,14 266:2 | 101:1,11 219:5 |
| 137:22 139:2 | 198:1,22 | 266:8 267:2 | **simplified** |
| 145:7,16,23 | 199:24 201:23 | 268:1,11,22 | 113:1,4 |
| 147:10,14,18 | 202:7,15,24 | 269:4,19 | **simulate**   78:2 |
| 147:22 148:1 | 203:6 208:14 | 270:12 279:4 | 278:22 |
| 149:3,24 150:6 | 208:21 209:18 | 279:17 280:3 | **simulated** |
| 151:11,21 | 210:3 211:19 | 280:23 281:16 | 74:20 78:11 |
| 152:4 153:4,16 | 216:4 219:20 | 281:23 282:20 | 85:14 88:14 |
| 154:10 156:21 | 220:19 221:22 | 284:24 285:3 | 95:18 100:9 |
| 157:5,17 160:2 | 222:5 223:23 | 285:18 286:5 | 102:23 103:8 |
| 160:9,16 | 224:1,5 225:11 | 286:10,21 | 103:15,18 |
| 161:18,23 | 225:20 226:9 | 287:5,19 288:3 | 105:9 122:10 |
| 164:5,8,18 | 226:16,21 | 288:7,21 | 127:21 144:23 |
| 165:1,22 | 228:1,12 | 291:23 292:5 | 152:24 165:2 |
| 166:10,24 | 230:12,21 | 292:19,22 | 166:17 167:4,8 |
| 167:20 168:13 | 231:24 234:8 | 293:24 294:8 | 167:25 168:4 |
| 171:4,10,18 | 236:13,16 | 294:12,15 | 187:14,22 |
| 172:12,15,21 | 237:1 238:11 | 295:1 300:22 | 192:15 202:2 |
| 173:2,22 174:6 | 238:22 239:6 | 302:17 303:13 | 203:15 204:2,7 |
| 174:13,19 | 240:24 241:15 | 303:23 304:7 | 204:23,25 |
| 175:4,7,16 | 241:22 242:6 | 304:10,20 | 207:6 208:8,16 |
| 177:10 179:1 | 243:16 244:20 | 305:11,22 | 210:5,12 |
| 179:20,22 | 246:10,13,19 | 306:9,25 | 216:13,18 |
| 180:13 181:4 | 248:11,19 | 307:12,17,23 | 217:12,13,19 |
| 181:17 182:3,6 | 250:13 251:6 | 309:13,15,20 | 217:25 238:2 |
| 182:9,22 | 252:21 254:9 | 309:23 310:12 | 238:25 239:22 |
| 183:13,23 | 254:16 255:7 | 312:14,19,23 | 240:8 244:10 |

Golkow Technologies,
877-370-3377                               A Veritext Division                          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 377 of 390

249:11,22
251:9 253:13
272:6 273:2,5
273:6,9 276:8
276:12 277:10
278:13 279:10
279:19 284:9
291:14
**simulates** 73:9
131:9 279:6
**simulating** 86:6
101:3 102:19
112:4 131:7,12
203:13,25
313:17
**simulation** 4:11
4:14 84:22
99:6 100:7
104:2 115:12
116:1 154:14
187:13 188:11
202:16 233:1
238:14 250:3
271:23
**simulations**
190:6
**single** 21:8 75:4
122:11 188:7
197:19 210:17
219:15,22
304:4
**sinks** 4:22
120:16

**sit** 299:15
303:21
**site** 35:8 40:5,9
128:23 214:6
215:2,4 220:21
221:11,15
315:2
**sites** 60:18 86:5
161:6 167:7
168:4
**situation** 114:4
116:3 266:21
**situations**
219:14
**six** 40:14 253:3
**size** 61:19
**skimmed** 26:16
26:21
**skip** 200:16
**slightly** 275:12
**small** 61:20,22
175:20 213:12
227:4 261:14
276:2
**smaller** 39:10
**society** 306:17
**software** 17:15
18:10,12 19:7
**soil** 196:14
199:7,9 200:9
200:11 201:10
213:23 214:5
214:14,14
240:13

**solely** 271:6
**solid** 201:24
**sorption**
101:15,18,21
101:24
**sorry** 73:7,23
115:15 137:2
149:12,14
151:17 157:16
188:3 203:17
223:6 246:7
250:13 256:18
**sort** 28:20
311:10
**sorts** 61:17
**soto** 13:16 31:9
**sound** 8:19
72:16 73:7
267:13 269:11
281:10
**sounded**
206:13
**sounds** 52:10
64:21
**source** 55:11
138:16,18,24
139:1,8,10
146:7 194:10
199:15 277:24
300:18
**sources** 142:3
222:22
**south** 1:15

**southeast**
212:24
**southeastern**
212:4,10,15
**southern** 1:2
**span** 17:7 37:7
148:17
**spatial** 156:16
157:22 158:1
160:19 168:21
178:12
**speak** 28:7 29:7
29:10 130:9
**speaking** 114:2
239:15
**specific** 18:23
39:23 40:5,9
45:4 47:8 49:6
49:17 51:25
52:11 58:25
66:25 74:24
75:22 93:16
128:23 174:21
175:15 182:18
182:19 203:20
204:14,14
205:1 215:19
220:21 221:11
221:15 263:20
279:12,22
280:10,17,22
282:1,3,8,22
284:12 287:22
294:1,7 316:21

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 378 of 390

317:8
**specifically**
  28:12,15
  153:17,19,23
  205:24 245:16
  314:21
**specified** 119:2
**speculation**
  286:7
**spend** 110:20
  111:1
**spent** 40:14
  200:17
**spiliotopoulos**
  27:3 189:8,16
  191:1 208:3
  272:14 276:19
**spill** 187:13
  190:10
**spilled** 193:20
  194:23
**spillways**
  201:16
**spoken** 29:17
**spot** 218:18
**square** 35:19
  39:5,6,7 61:23
  211:12,21
**ss** 319:5
**staff** 22:16
  148:4 210:21
  216:11
**stage** 39:17
  99:25

**stamp** 66:10
  76:15 93:3
  120:9
**stand** 244:3
  275:24
**standard** 181:3
  182:23 183:3
  183:21,22,22
  197:25 198:2,3
  198:4 297:24
  298:2,2 306:15
**start** 8:13
  51:22,22
  111:11,15
  115:25 128:5
  157:18 158:12
  188:19 190:10
  191:22
**started** 51:24
  55:12 80:2,17
  199:18,20
  242:25
**starting** 194:10
  222:13 242:23
**starts** 93:6
  99:25 134:16
  204:17 229:20
  230:23 242:10
**state** 1:18 6:18
  7:23 46:6
  141:21 166:21
  167:6 245:7
  280:6,11 318:2
  318:6 319:4,22

**stated** 47:15
  48:19 71:24
  84:4,11 190:16
  226:7 228:11
  244:7 249:21
  285:9,17,19
  304:5 305:19
**statement** 23:6
  72:10 232:6,17
  242:19 244:3
  262:13,17
  304:5
**statements**
  23:10 182:19
  315:18,21
**states** 1:1,7,14
  6:21,23,25
  7:21 12:19,21
  319:22
**station** 138:6
  138:10,14
  139:5,21 140:9
  140:16,23
  141:2,19 142:2
**stations** 140:10
  140:21
**statistics** 85:16
  104:2
**steady** 150:9
**step** 237:15
  280:10
**stopped** 80:2
  80:17 202:22

**storage** 40:2
  79:2,17 101:4
  101:5 102:9,19
  122:25
**stored** 12:25
  163:17 184:24
**stratigraphy**
  39:19
**stream** 39:16
**street** 1:15 2:11
**strengthens**
  258:8
**stress** 100:7
  261:15
**stresses** 216:2
**stuart** 35:10
**student** 17:4
**students** 19:18
  19:18,20 297:7
  297:10
**studies** 75:3
  261:13 303:14
**study** 66:20
  67:2,5,14
  71:24 74:8,9
  74:23 75:4
  76:6 115:7
  283:21,22
  284:11 286:18
  287:4,6,7,14
**suarez** 13:16
  31:9
**subject** 33:9
  116:6 296:5

| | | | |
|---|---|---|---|
| **subjective** | 240:18 | 83:4 88:8,15 | 137:16 149:24 |
| 132:22 171:9 | **successful** | 89:3 91:4 | 156:21 157:5 |
| 241:2,2,18 | 71:24 74:9 | 93:21 100:5,6 | 170:20 177:4,6 |
| 242:24 | 283:22 | 100:10 104:13 | 185:17 200:3 |
| **subjectively** | **suffered** 76:22 | 104:18 105:11 | 203:23 208:14 |
| 171:13 | 77:4 | 105:17 184:8 | 209:7 210:3 |
| **submittal** | **sufficient** | 185:11,21 | 212:10 213:24 |
| 234:2 | 132:25 278:12 | 186:7 190:12 | 214:14 217:3 |
| **submitted** | **suggest** 198:6 | 190:20 229:21 | 224:9 235:19 |
| 16:24 23:15 | 251:5 261:22 | 236:4 247:12 | 241:8,15 242:4 |
| 24:21 301:2 | **suggested** 20:2 | 249:14 250:5 | 242:6 254:9,20 |
| **submitting** | **suggests** 262:4 | 251:11 | 255:24 257:2 |
| 120:25 300:24 | **suite** 1:15 | **supplying** 80:3 | 262:17,18 |
| **subpoena** | **suits** 310:10 | 80:18 | 264:1 266:13 |
| 11:10 | **summarize** | **support** 219:12 | 279:17 286:10 |
| **subscribed** | 75:2 | **suppose** 51:17 | 287:17 305:18 |
| 318:19 | **summarizes** | **supposed** 14:24 | 306:13 309:19 |
| **subsequent** | 88:13 | **supposedly** | 309:22 311:7 |
| 144:22 | **summary** 4:3 | 261:11 | 316:8 |
| **subsequently** | 66:1 88:6 | **sure** 8:3,16 | **surface** 38:6,20 |
| 100:5 199:7 | 103:25 108:5 | 9:21 10:6 | **susan** 13:16 |
| 200:9 | 108:24 131:3,5 | 14:24 18:22 | 31:24 |
| **substance** | 168:15 278:10 | 21:22 34:10 | **swear** 7:6 |
| 130:10 193:6 | 281:2,7,8 | 35:22 55:3 | **sworn** 7:9 |
| 237:3 288:23 | **superimposed** | 57:14 58:7 | 318:9 |
| 289:5 | 211:4 | 59:18 63:15 | **syllabi** 297:21 |
| **substances** | **supervision** | 68:11 70:3 | **syllabus** 297:16 |
| 66:17 | 318:15 | 80:11 87:6 | 297:24 |
| **substantially** | **suppled** 79:23 | 92:22 94:14 | **system** 18:15 |
| 249:12,23 | **supplied** 78:22 | 103:6 106:3 | 58:6,8,14 69:1 |
| **subsurface** | 79:11 155:25 | 114:8 117:19 | 70:6 79:2 |
| 52:8 113:13 | 165:14 | 121:22 126:3 | 124:18,23 |
| 131:7,12,18 | **supply** 78:21 | 126:22 129:11 | 153:7 199:9 |
| 163:4 240:6,11 | 79:10 82:20,25 | 129:14,17 | 200:11 201:11 |

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-3 Filed 04/29/25 Page 380 of 390

202:9 218:16
221:8 240:2,4
261:16 262:6
**system's** 77:16
79:17

**t**

**t** 3:11
**table** 82:16
83:5 85:12,14
85:21 86:3,10
86:10,23,25
87:9,21 88:1,3
88:13 89:13,24
91:10 95:15,17
96:21 97:25
98:2,9,11,18
103:22,25
105:6,16
146:20,21,25
147:1 148:3
149:1,8,25
152:6 154:12
155:2,7,14,15
155:19,21,24
159:4 161:24
164:4 168:24
169:1 186:5,21
186:25 187:6
215:15,17
217:4,22
247:14,23
251:8,9 253:23
290:20,21

292:18
**tables** 22:18
86:12 87:7
97:17 246:6,23
**take** 10:19,20
10:23 11:2
20:11 110:16
113:20 124:16
129:20 156:8
194:2 195:10
223:15 236:17
251:7 270:19
288:8
**taken** 8:11
45:24 52:11,14
63:18 93:9
102:10,25
103:10 129:25
164:10,13,19
164:20 169:11
192:24 213:3
215:12 218:22
236:21 288:17
318:8,12,18
**takes** 194:3
**talk** 25:19
41:13 55:4
64:12 128:4
130:14 149:4
179:2 193:5
237:2 288:22
289:4 312:5
**talked** 63:24
170:21 218:21

245:13 271:16
288:24 311:1
311:15 315:15
**talking** 23:15
96:5 112:1
124:7 129:13
145:15 154:1
171:2 193:10
210:4 223:21
224:2,4,10
225:8 253:7
258:1 262:25
263:16,17
266:14 286:17
292:17
**tandem** 22:1
**tank** 199:9
200:11 201:10
**tanks** 79:2,17
**tarawa** 3:17,22
4:9 20:23
23:23 27:22
64:15,19,22
65:22 68:1,13
68:25 70:5
71:12,18 72:15
73:5 77:15
78:2,21,23
79:1,9,12,16,22
80:5,14,15
82:20 83:1,4
84:19 85:16
88:8,15 91:13
91:17 92:2,11

93:20 94:3,6
94:16 95:20
98:3 99:2
100:4,6,15,17
102:17,23
103:8 104:4,18
105:12 106:8
110:17,21
111:2,11,19
117:23 118:4
118:10 120:19
121:2 123:22
124:22 125:9
153:7 161:13
164:20 165:4
179:23 185:11
185:20 186:7
215:6 222:19
233:21 247:21
248:14 251:12
253:15 258:9
269:6,13 281:9
282:23 284:18
287:21 290:24
**target** 104:22
105:2,12
238:12,23,24
239:3 241:24
242:14,24
243:3,7,22
244:5,13,21
245:3 246:5,22
246:24 247:4
251:11 252:1

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 381 of 390

290:25 291:15
291:24
**targets** 104:1
241:1,17
243:25 244:7
292:4
**task** 74:25
**taught** 52:18
295:2 296:2,16
298:9
**tce** 125:5
233:10
**teach** 295:5
296:6 298:6
**team** 12:1
20:10,17 28:10
28:12 48:3
109:23 124:3
143:18 146:6
154:23 156:11
288:25 289:2
291:4 293:5,7
293:17,22
294:4,16,17
**techflow** 229:2
229:4
**techflowm3**
125:5
**techflowmp**
124:25 125:1
315:4
**techflowmp's**
125:17

**technical** 13:1
13:9
**technique**
176:21
**techniques**
67:17 118:3,8
158:25 175:25
176:4,16
**tele** 28:20
**tell** 45:3 48:25
80:24,24 102:4
150:14 157:2
174:5 231:22
318:10
**temperature**
196:17,21
197:4,13
**temporal**
156:15 160:10
160:11,19
161:2,3,11
162:24 168:20
170:7,7,12,19
170:22 171:25
172:3,18
173:13,23
174:7,20,22
175:12,13,24
177:21
**temporarily**
93:24
**temporary**
93:10

**ten** 40:25 169:6
**term** 73:9
93:11 131:9
231:3,15
232:10 278:13
278:16,19
279:3
**terminated**
83:16,21 84:3
84:10 87:10
**termination**
87:1,15 275:16
277:24
**terms** 40:20
221:1 279:3
**terrace** 3:17,22
4:9 20:23
23:23 27:22
64:16,20,23
65:23 68:1,13
68:25 70:6
71:13,18 72:15
73:5 77:16
78:3,21,24
79:1,13,16,22
80:6,14,16
82:20 83:1,4
84:19 85:16
88:8,15 91:13
91:17 92:2,11
93:21 94:3,7
94:16 95:20
98:3 99:3
100:4,6,15,17

102:18,23
103:8 104:4,18
105:12 106:8
110:17,21
111:2,12,19
117:23 118:4
118:11 120:20
121:2 125:9
153:7 161:14
164:20 165:4
179:23 185:11
185:20 186:7
215:6 222:19
233:21 247:21
248:14 251:12
253:15 258:9
269:6,13 281:9
282:24 284:19
287:21 290:24
**terrace's** 79:9
123:22 124:23
**test** 91:8
**testified** 7:10
32:5 313:14
**testify** 309:21
**testifying** 10:1
34:13
**testimony**
130:11 193:6
237:3,13
288:23 289:5
313:19 319:7,9
**testing** 177:7
306:17

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-3 Filed 04/29/25 Page 382 of 390

**tetrachloroet...**
4:16 88:7
95:19 99:7
105:10 251:10
253:13 290:22
**text** 13:7,20
14:5 93:5
159:15 246:3
246:21 304:14
305:12 306:1
306:10 307:1
**textbooks**
303:14 315:15
315:23
**texts** 303:2,14
**thank** 177:18
288:14 310:15
310:19
**thereof** 319:8
**thing** 10:24
46:7 129:6
158:5 290:8
311:19
**things** 9:7 40:1
174:24 219:1
240:12 253:7
**think** 12:13
14:22 35:21
49:20 57:11
63:13 129:19
130:23 191:10
192:19 194:23
204:9 222:9
236:16 254:4

258:6 261:2
262:21 265:15
269:17 279:1
293:20,23,25
309:4 313:14
315:16
**thinking**
264:15 289:12
**third** 162:20
168:17
**thomas** 4:22
120:15 133:22
306:12
**thompson** 2:19
**thoroughly**
27:8
**thought** 156:8
244:21
**three** 66:8 93:6
139:4,19
158:17 207:7,8
211:2,5 216:13
252:11
**tim** 2:19
**time** 19:23
29:18 36:7
37:7 40:12,21
45:20,22 49:14
54:17 55:15
57:21 60:17,21
60:22 63:13,17
63:20 75:16
96:5,8,8
125:25 126:6

129:20,24
130:3 136:16
137:10 140:5
140:23 141:23
148:17 149:10
150:1 155:13
158:15 175:18
175:19 186:17
192:20,23
193:1 194:3
197:1,7,15
204:13 215:18
223:15 224:13
229:24 236:20
236:23 252:13
255:6 256:19
263:8 277:5
280:10 286:9
288:16,19
296:19 298:13
310:14,15
311:6 317:21
318:8
**times** 9:17
29:21 32:11
122:8 174:7,16
205:1 207:14
207:18 236:2
298:2 311:9,18
316:16,19
317:5
**title** 45:13
84:16 98:24
260:16

**titled** 20:23
23:22 49:25
65:20 71:10
82:18 85:14
88:6 103:25
114:13 134:12
155:15 165:2
186:6 260:14
**today** 9:6,17
10:1 25:20
137:18 173:8
237:3 288:23
310:16 311:16
313:13,14
**together** 17:10
17:11,14 21:14
178:14 204:12
206:21
**told** 59:21
130:12 155:4,8
155:11 293:4
**took** 30:16
45:17 192:6
297:11
**tool** 126:11,15
126:19 243:21
**tools** 262:5,6
**top** 53:23 66:14
99:20 103:23
108:6 134:9
170:4 173:6,9
212:11 235:22
**topic** 310:25

**totally** 184:5
215:1
**toward** 230:25
232:7
**towards** 212:16
212:25 216:18
**toxic** 66:17
**toxicologist**
53:13
**toxicology**
53:16
**training** 17:14
297:4,6 298:12
**trans** 238:19
**transcribed**
318:13
**transcript**
30:17,23
180:18 319:8,9
**transcription**
318:17
**transcripts**
9:11
**transport** 3:18
3:23 4:15
20:24 23:23
35:24 45:18
49:5,15 58:3
65:21 71:11
73:6 84:18
99:1,7 104:13
104:17 111:18
112:23 117:24
118:4 125:23

131:16 165:5
204:10 214:10
238:20 239:7
239:13 248:15
264:25 281:10
296:9 305:3
311:12
**travel** 213:8,22
214:18,25
215:5
**travels** 214:8
214:21
**treat** 101:4
**treatment**
78:24,25 79:13
79:15,24 80:6
80:16 81:9,12
91:13,17 92:2
92:11 94:4
95:21 96:1,11
96:19 98:4
100:4,16,18
101:6 102:10
102:20 103:1
103:11,17
233:22 247:22
253:15 279:16
280:1 282:24
284:19 289:14
290:3,25
291:22 313:12
**trends** 73:9
131:9 205:20
278:13,23

**trial** 32:6
**tried** 108:25
**true** 74:17
149:19 233:16
271:15 284:5
318:16 319:22
**truly** 319:9
**truncated**
276:24 277:4
**truncation**
276:22
**truth** 318:10,10
318:11
**try** 10:20 12:17
40:9 55:10
123:1 138:13
141:22 239:16
308:17
**trying** 157:6
204:13 287:17
291:7 313:1,2
313:5,11
**tt** 83:7,9,15,20
83:23,24 84:2
84:5,9 87:9
88:20,20,20
89:1,1,2,2,3
89:12,12,12,17
89:17,17,21
90:2 91:4,11
91:19,25 93:13
93:13 94:2,2,8
94:8,17,18
95:1,1,10,10,14

97:13 161:19
167:4 186:7
187:7 229:21
230:25 231:6
231:16 232:8
232:13 233:15
233:20 236:4
244:18 245:2
245:11,16,20
251:17 252:4
252:17,22
253:2,20 254:1
254:1,11,23
255:8,12
**turn** 12:9 53:21
66:7 73:17
76:14 82:16
85:7 99:16
106:16 108:2
131:2 134:4
159:3 182:4
186:4 187:20
188:1 198:24
217:3 242:7
247:10 249:4
**twice** 32:12
236:2 271:24
271:25
**two** 20:6 29:5
36:25 55:3
63:6 93:5
108:17,20
109:1,14
112:16,19

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-3    Filed 04/29/25    Page 384 of 390

122:7 178:13
230:5 236:8
272:1 294:24
295:23 299:19
**type** 104:9,12
161:11 164:12
**types** 39:23
128:6 137:25
263:21 264:3,6
264:8,19
**typewriting**
318:14
**typical** 151:4,5
183:24
**typically**
122:23

**u**

**u.s.** 2:10 60:12
65:23 66:19,24
67:8 71:13
82:21 84:19
85:17 88:8
99:3 104:4
105:13 251:13
**uh** 13:5 66:15
77:14 83:8
85:13 103:24
159:7 293:3
**ultimately**
242:24
**uncertainty**
62:21 63:8
124:5 135:20

307:2
**uncommon**
311:19
**under** 8:21 9:3
89:4 139:15
213:7,10
274:18 318:14
319:21
**underpredicts**
274:2
**understand**
8:20,23 9:2,25
10:4 23:14
24:22 37:22
42:3 46:21
47:3 55:11
57:8,12 60:17
69:12,23 81:15
116:18 157:6
169:17,19
177:5 206:22
209:24 242:5
262:5 287:7,17
312:2,16
**understanding**
11:17 12:6
24:7 59:16
64:18 71:1
76:4 77:21,23
77:25 78:7
79:8,19,25
81:7 86:3 87:1
91:23 93:25
94:5 95:6

100:21 101:1
102:21 105:19
106:14 121:16
123:18 124:15
125:7 137:8,18
138:7 142:14
144:15 151:12
154:15 156:6
158:7 168:25
169:25 172:2
173:3 174:9
179:12 186:1
194:21 196:9,9
197:2 205:12
228:14 231:11
231:13 235:17
237:9 239:10
243:5,13
254:17 260:9
269:5 272:21
273:1 284:16
285:4,6 290:11
312:18 315:2
**understood**
10:9
**uniform** 178:7
**unique** 220:14
220:20
**united** 1:1,7,14
6:21,23,25
7:21 12:21
319:22
**universities**
295:10,11,12

295:15
**university**
19:21 54:20
295:13,14,18
295:22 296:23
297:7,10
**unknown**
222:20
**untreated**
79:23
**unusable**
139:22,25
140:9
**updated** 166:3
245:14
**upgradient**
213:3,8,13,19
213:22 214:8
214:24 215:5
215:13 231:17
**upper** 74:20
246:4,22 284:8
**usdoj.gov** 2:12
2:13,13
**use** 36:22 74:6
113:3 123:16
124:21 128:18
129:9 135:1
138:15,17,25
144:12 152:14
169:16 181:13
183:11 195:18
219:25 220:21
227:5 235:11

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-3 Filed 04/29/25 Page 385 of 390

238:23,24
245:21 248:4
259:17 282:2
283:19 290:17
291:9,10
297:23,24
313:23
**used** 17:13
18:17,24 19:4
19:9 36:5
37:21 41:16,21
46:24 47:7
49:6,12,16
58:15,19,25
60:7 61:1,5
62:4 67:18
69:21 72:16
74:21 75:20
76:4,5,20 77:3
104:3,23 105:2
105:18 118:3
124:25 125:1,4
138:1,5,23
140:10,21
141:5 142:5,10
142:13 143:18
143:19 153:5
161:13 174:6
176:21 179:9
184:15 187:9
188:19 191:22
193:11 195:22
197:6 199:2
200:4 225:6,12

226:8 230:5,14
233:2,9 234:6
236:7 237:8,10
238:12 243:4,8
243:21,23
245:10 247:15
247:24 248:20
248:22,24
260:3 261:17
262:5 265:3
266:18 267:20
268:15,24
269:25 284:9
287:22 289:8
289:15,16,25
290:3,4,11
291:6,12
292:12,24
312:10 313:4
315:17 317:2,7
**useful** 219:5
262:4
**user** 183:25
**usgs** 300:17
**usgs's** 300:11
**using** 67:16
73:7 174:4
187:14 200:18
231:7 232:15
236:3 254:18
254:23 261:11
269:11 277:24
278:4 281:10

**usually** 10:20
61:3 184:7
295:24
**utah** 1:15,17,18
6:13,14 8:8
318:2,6,23
319:4,22
**utero** 66:21
**utilizing** 75:1

**v**

**v1** 281:7
**vague** 263:18
264:18
**valid** 220:3
283:6
**validate** 5:3
256:2,9 259:19
260:15 290:13
**validated**
261:12
**validates**
257:12
**validating**
262:7
**validation**
255:18,23
259:12,14
**validity** 258:8
258:10,11
289:17 292:10
292:12
**value** 97:6
158:19 159:11

162:7,15,16,19
162:20 217:7
238:1,2 273:16
276:7,8,12,13
285:8 286:23
**values** 88:6,14
88:16,17 93:1
127:20 128:22
138:2,5 141:11
142:6 166:17
166:23,25
167:1,4,5
216:15 217:20
224:25 234:4
235:10,12
238:25 239:9
239:13 244:11
272:6 273:3
274:3,9,21
275:10 276:25
277:3,10,11,12
282:16 290:2
**variability**
156:16 160:20
160:21 161:2,4
161:7,12
162:24 163:3,4
168:21 170:8
170:13,19,22
171:25 172:4
172:18 173:13
173:23 174:7
174:20,23
175:6,13,24

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-3 Filed 04/29/25 Page 386 of 390

177:22
**variables**
228:17
**variant** 170:7
**variations**
157:22 158:1
240:13
**varied** 60:23
295:19 298:1
**variety** 218:3
219:1
**various** 60:11
61:8 141:20,21
141:21,22
261:23 268:4
295:7,9,16
315:15
**vary** 135:3
170:11 178:10
184:20 197:11
204:11,13
**varying** 173:21
**vast** 214:21
294:22
**verbal** 149:15
**verbally** 9:12
**verify** 188:15
191:21,25
289:16 290:14
290:17 291:6
292:9
**version** 113:1
305:13

**versions** 306:4
**versus** 127:5,7
165:2 206:21
207:24 211:9
244:11 273:4
**vi** 168:14 281:7
**viable** 123:10
**vicinity** 65:23
71:13 82:21
84:19 85:17
99:3 104:4
105:13 231:5
232:13 251:12
**vickie** 1:16 6:16
318:4,23 319:2
**video** 6:19
**videographer**
2:15 6:3,15 7:5
63:16,19
129:23 130:2
192:22,25
236:19,22
288:12,15,18
317:20
**vinyl** 125:5
233:11
**visually** 165:17
165:21
**voicemails** 13:8
13:21 14:6
**volatile** 66:22
**volatilization**
101:13 195:11
195:22 196:2

**volatilize** 195:8
196:5
**volatilized**
196:13
**vs** 1:6

**w**

**w** 133:16
306:12
**waddill** 31:6
**wait** 132:15
149:21 157:15
157:15
**want** 14:20
21:20,21 25:18
40:8 41:13
50:8 53:21
55:4 64:12
74:1 76:13
78:19 86:9
93:2 103:20
106:16 111:15
115:10 116:19
128:3,5 131:23
136:21 149:4
155:14 161:23
164:1 168:14
168:23 179:2
181:22 198:25
203:8 208:25
210:18 216:8
219:4 220:14
223:16 241:6
245:23 249:4,9

251:7 253:6
254:5 261:3
267:2 270:19
278:8 312:5
**wanted** 136:3,4
241:8 259:8
**washington**
2:11
**waste** 199:10
200:12 201:24
**wastewater**
199:11 200:13
**water** 1:4 4:8
4:19 5:2 6:8
11:19 16:10
38:6,11,20,24
39:1 42:7
57:16,18 58:5
58:8,14,15
64:13 65:22
66:24 67:16,20
67:22 68:24,25
70:6,20 71:12
71:17 74:6
76:24 77:16
78:21,22,24,25
78:25 79:1,10
79:11,13,14,15
79:16,23 80:3
80:5,6,14,16,18
81:9,11,12
82:19,25 83:3
84:18 85:15
86:6 88:8,15

Golkow Technologies,
877-370-3377                                    A Veritext Division                                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 387 of 390

91:13,16,17
92:2,11 94:4
95:8,20,21,25
96:1,10,19,19
98:4 99:2
100:4,5,6,10,15
100:17,22
102:25 103:10
103:16 105:11
113:22 114:14
123:1 124:18
124:23 133:5
143:8 144:16
144:20 153:7
163:11,24
178:6,8 180:15
184:8,23,24
185:3,11,20
186:7 193:21
214:23 219:4
226:24 229:21
233:22 236:4,4
238:1 247:12
247:22 249:14
250:5 251:11
253:15,15
260:14 265:3
279:15 282:24
283:19 284:19
286:19,24
287:8,21
290:23,24
295:3,6 319:1

**way** 64:3 68:22
145:6 178:2
184:13 206:10
206:11,12
220:19 258:3
259:2,13
265:15 266:17
**ways** 176:8,12
**we've** 14:21,25
15:1 43:14
63:11 109:13
124:7 129:18
192:19 223:20
236:14 239:24
**week** 30:16,21
295:24,25
**weighted** 100:2
100:10,12,13
101:2,12
**weitz** 2:4
**weitzlux.com**
2:6,6
**welcome** 257:3
**well's** 100:22
**wells** 57:21
78:23 79:12,22
80:17 81:8,10
81:17,24 82:20
82:25 83:4
85:16,22 88:8
88:15,23 93:13
93:16,21 94:8
94:17,22,25
95:9 96:24

100:5 103:1,11
103:15 104:13
105:11 122:15
122:22 123:19
125:25 144:16
145:25 146:15
146:23 148:10
148:16,20
150:1 152:17
154:11,13,17
155:9,16
156:15,24
160:21,23
161:13 168:20
169:3 177:13
178:13 179:14
179:23 180:2
180:23 183:7
183:18,24
184:11,15
185:11,21
190:12,20
215:12 249:14
250:5 251:11
274:19 279:7
279:25 285:9
**went** 37:12
146:24 189:12
254:11 267:25
268:2 275:12
275:24 297:2
**whereof** 318:19
**whichever**
273:13

**widely** 135:3
178:10,14
**wider** 171:2,5
171:11
**williams** 2:18
13:16
**withdraw**
144:16
**withdrawals**
43:23 44:1
**withdrawing**
144:20
**witness** 7:7,9
14:1,18 18:20
21:18 22:6,10
25:7,17 33:6
34:19 36:11
37:4 40:8
41:19,25 43:6
45:10 46:16,22
47:2,11 48:2
48:10 49:10
51:17 53:4
55:25 57:13
58:12,22 59:4
59:11 62:8
63:15 65:14
68:9,21 69:4
69:16 70:3,11
70:18,25 72:7
72:13 73:2
75:15 76:1,9
77:9,20 78:6
80:9,21 81:3

Golkow Technologies,
877-370-3377                        A Veritext Division                        www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-3     Filed 04/29/25     Page 388 of 390

| | | | |
|---|---|---|---|
| 81:20 82:2,8 | 145:13,22 | 208:20 209:16 | 287:16 288:2 |
| 82:14 85:25 | 147:17,21,25 | 210:1 215:25 | 291:18 292:3 |
| 86:18,21 87:6 | 148:20 149:11 | 219:19 220:18 | 292:16,20 |
| 87:19,24 88:1 | 149:20 150:5 | 221:20 222:4 | 294:5,20 |
| 88:4,23 90:6 | 151:4,17,20 | 223:17,20,24 | 302:14 303:5,9 |
| 90:16 91:22 | 152:3 153:2,14 | 224:3 225:18 | 303:20 304:17 |
| 92:6,15 93:1 | 154:9 156:19 | 226:6,14,20 | 305:20 306:7 |
| 94:12 95:5 | 157:12,16 | 227:20 228:9 | 306:24 307:11 |
| 96:15 97:2,16 | 160:1,8 161:17 | 230:10,19 | 307:16,22 |
| 97:24 98:8,15 | 161:22 164:17 | 231:21 233:25 | 309:14,19,22 |
| 101:9,21 102:5 | 164:24 165:20 | 236:12,18 | 310:18 312:25 |
| 102:14 103:4 | 166:1,4,7,21 | 238:8,18 239:3 | 316:5,8,25 |
| 103:14 106:13 | 168:11 171:1,9 | 240:22 241:7 | 317:12,19 |
| 107:1,10,23 | 171:16 172:9 | 241:11,21 | 318:9,19 319:3 |
| 108:23 109:7 | 172:13,25 | 242:3 243:12 | 319:7 |
| 109:10,20 | 173:20 175:2,5 | 244:16 246:14 | **woessner** |
| 110:10 111:8 | 175:12 176:25 | 248:8,18 250:8 | 304:18 |
| 112:8,15 | 178:25 179:18 | 251:3 252:20 | **women** 67:3 |
| 113:11,17,25 | 179:21 180:10 | 254:7,15 255:2 | **wonder** 213:21 |
| 114:7 115:17 | 181:2,16,23 | 255:8,22 256:5 | **word** 23:2 |
| 115:21 117:2 | 182:2,5,8,16 | 256:12 257:17 | 113:3 135:1,2 |
| 117:12 118:14 | 183:11,21 | 258:22 259:6 | 183:12,14 |
| 119:1,8,14 | 184:3,19 185:6 | 259:25 260:8 | 219:25 273:13 |
| 121:14 122:18 | 185:15,25 | 262:23 263:20 | 289:24 313:23 |
| 123:7,12 | 186:20 187:2 | 264:10,13 | 315:16 |
| 126:14 127:16 | 190:1,16,23 | 265:1,12,25 | **words** 280:12 |
| 127:25 128:11 | 191:6,9,16 | 266:7 267:1,23 | 280:22,24 |
| 129:3,22 132:7 | 192:5 194:7,16 | 268:8,20 269:3 | 282:3 |
| 132:20 133:8 | 195:4 196:1,8 | 269:17 270:10 | **work** 16:16,20 |
| 134:25 135:10 | 197:23 198:20 | 279:1,25 | 17:12,13,22,23 |
| 135:18 136:2 | 199:18,22 | 280:21 281:15 | 18:2,3,6,13 |
| 136:23 137:2,5 | 201:21 202:5 | 281:22 282:14 | 19:6,7 20:14 |
| 137:15,21 | 202:12,21 | 285:14,17,24 | 23:8 25:13 |
| 138:21 145:5 | 203:5 208:12 | 286:3,8 287:2 | 42:25 43:9 |

Golkow Technologies,
877-370-3377　　A Veritext Division　　www.veritext.com
Case 7:23-cv-00897-RJ　　Document 357-3　　Filed 04/29/25　　Page 389 of 390

44:2,14 47:13
48:6,18 60:3
62:25 63:8,24
107:3 112:12
129:16 132:4
174:14 175:8
189:14 191:17
209:2 299:5
307:13 309:10
312:6 314:13
316:14
**worked** 17:9,11
17:19 19:12
24:8 25:1,4
37:25 42:12,22
44:18,25 45:6
47:7 49:4,16
50:12 54:4,7,8
54:12 56:19
112:17 298:17
298:19 299:2,7
299:9 300:4
307:25 308:4
308:20,25
309:4 311:3
316:18
**working** 19:18
19:22 21:14
22:1,2 37:15
38:14 50:22
51:1 59:22
69:22 70:5
110:6,21 111:2
111:11 176:22

178:20 179:5
**works** 35:20
**world** 52:20
113:21 135:15
197:18 220:10
220:14 221:12
260:3 295:8
**worries** 86:24
229:15
**write** 12:7 23:7
59:25 137:14
**writing** 25:8
27:19
**written** 42:12
42:19 69:5,8
132:24 239:24
315:1,1
**wrong** 86:23
203:18 212:22
218:24,25
**wrote** 23:2
123:8 168:2,3
168:18 171:12
201:13,22
225:19 241:5

| **x** |
| --- |

**x** 3:2,11

| **y** |
| --- |

**yeah** 14:1
30:13 35:20,21
46:16 55:3
57:13 59:11
72:7 73:22

75:15 80:15
81:13 89:8
90:16 95:11
100:16 102:5
111:8,8 130:24
132:20 134:11
137:15 139:23
142:12 146:21
149:16,20
151:4 166:4,7
169:25 175:20
178:1 191:9,16
199:18,22
200:2 205:17
210:1 216:7,7
216:16 217:21
218:2 222:7
230:19 231:21
233:18 235:18
238:18 244:2
262:23 268:20
270:5 272:4
273:4 275:23
276:4 277:2
278:1 287:16
291:7 292:10
294:5 299:21
301:9 303:5,9
303:20 304:13
304:25 305:25
311:17 314:14
316:25
**year** 17:7 36:18
36:25 41:6,11

46:10 55:19,21
56:2,23 57:1
59:17 66:22
105:24 148:17
186:17
**years** 17:3,14
33:24 34:4
37:9 40:21,25
41:3,9 55:17
60:24 139:7
308:21
**yellow** 211:7
**yep** 77:1 87:11
99:19 205:8
260:21 267:6
**yesterday**
28:22 29:12,25
**yielded** 169:23
**yields** 230:1
235:25
**york** 2:5,5
**young** 19:21,23
54:20

| **z** |
| --- |

**zero** 154:13
167:7,13,24
168:4 172:16
276:7,9,12
277:18
**zina** 2:20
**zoom** 2:16

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-3   Filed 04/29/25   Page 390 of 390