# EXHIBIT 5

1

          IN THE UNITED STATES DISTRICT COURT
2      FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                 SOUTHERN DIVISION
3    _____
4    IN RE: CAMP LEJEUNE          )
     WATER LITIGATION,            )
5                                 )
               Plaintiff,         )
6                                 ) No. 7:23-CV-00897
     vs.                          )
7                                 )
     UNITED STATES OF             )
8    AMERICA,                     )
                                  )
9              Defendant.         )
     _____
10
11      VIDEOTAPED DEPOSITION OF:  NORMAN L. JONES
12                 FEBRUARY 14, 2025
13               9:13 A.M. TO 4:34 P.M.
14
     Location:   UNITED STATES ATTORNEY'S OFFICE
15         111 South Main Street, Suite 1800
                 Salt Lake City, Utah
16
         Reporter:  Vickie Larsen, CCR/RMR
17          Utah License No. 109887-7801
               Nevada License No. 966
18    Notary Public in and for the State of Utah
19
20
21
22
23
24
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 2 of 362

```
 1    APPEARANCES
 2    For the Plaintiff:
 3            Laura J. Baughman
              Devin Bolton
 4            WEITZ & LUXENBERG
              700 Broadway
 5            New York, New York 10003
              212.558.5915
 6            Lbaughman@weitzlux.com
              Dbolton@weitzlux.com
 7
      For the Defendants:
 8
              Kailey Silverstein
 9            Giovanni Antonucci
              Haroon Anwar
10            U.S. DEPARTMENT OF JUSTICE
              CIVIL DIVISION
11            1100 L Street, NW
              Washington DC, 20005
12            202.616.4473
              Kailey.silverstein@usdoj.gov
13            Giovanni.antonucci@usdoj.gov
              Haroon.anwar@usdoj.gov
14
      Also Present:
15
              McKayla Largin, videographer
16
      Present by Zoom:
17
              Alanna Horan
18            Bill Williams
              Dennis Reich
19            Deanna Havai
              Tim Thompson
20            Morris Maslia
              Jeffrey Davis
21            Allison O'Leary
22
23                     -oOo-
24
25
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 3 of 362

1

2                           I N D E X

3

4    NORMAN L. JONES                           Page

5    EXAMINATION BY MR. ANTONUCCI                 8

6    EXAMINATION BY MS. BAUGHMAN               275

7    EXAMINATION BY MR. ANTONUCCI              283

8    EXAMINATION BY MS. BAUGHMAN               285

9

10                          -oOo-

11

12                       E X H I B I T S

13   No.            Description                   Page

14   Exhibit 1      Notice of Deposition of         15

15                  and Request For

16                  Production of Documents

17                  to Norman L. Jones

18   Exhibit 2      ATSDR Chapter A: Summary        54

19                  of Findings

20   Exhibit 3      ATSDR Chapter F:                54

21                  Simulation of the Fate

22                  and Transport of

23                  Tetrachloroethylene

24                  (PCE)

25   Exhibit 4      Rebuttal Report                 54

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 4 of 362

1                    Regarding Tarawa Terrace

2                    Flow and Transport Model

3                    Post-Audit dated January

4                    14, 2025

5    Exhibit 5       Exhibit 2, Resume for          55

6                    Norman L. Jones

7    Exhibit 6       Tarawa Terrace Flow and        59

8                    Transport Model

9                    Post-Audit dated October

10                   25, 2024

11   Exhibit 7       Rebuttal Report                64

12                   Regarding Tarawa Terrace

13                   Flow and Transport Model

14                   Post-Audit dated January

15                   14, 2025

16   Exhibit 8       CE 547 - Brigham Young         97

17                   University Groundwater

18                   Modeling Concepts

19                   PowerPoint

20   Exhibit 9       ATSDR Chapter A: Summary       119

21                   of Findings

22   Exhibit 10      Letter dated February          150

23                   13, 2025 from Devin

24                   Bolton, with attachment

25   Exhibit 11      ATSDR Chapter F:               161

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 5 of 362

1                     Simulation of the Fate
2                     and Transport of
3                     Tetrachloroethylene
4                     (PCE)
5    Exhibit 12       Exposure to Contaminants          166
6                     in Water Supplies at
7                     Camp Lejeune
8    Exhibit 13       Time Issues                       187
9    Exhibit 14       Augmenting Sparse                 207
10                    Groundwater Level Data
11                    with Earth Observations
12                    vis Machine Learning
13   Exhibit 15       CE En 547 - Exam #2 Key           213
14                    Sample
15   Exhibit 16       Response to the                   227
16                    Department of the Navy's
17                    Letter on: Assessment of
18                    ATSDR Water Modeling for
19                    Tarawa Terrace
20   Exhibit 17       New River MCAF, NC                259
21                    Spreadsheet
22   Exhibit 18       An overview of current            269
23                    applications,
24                    challenges, and future
25                    trends in distributed

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 6 of 362

1          process-based models in

2          hydrology

3

4                    -oOo-

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 7 of 362

1   February 14, 2025                    9:13 a.m.

2               P R O C E E D I N G S

3               THE VIDEOGRAPHER:  Good

4       morning.  We are going on the record

5       at 9:13 a.m. on February 14, 2025.

6       This is Media 1 deposition recording

7       of Dr. Norman Jones, In the Matter of

8       Camp Lejeune Water Litigation filed in

9       the District Court for the Eastern

10      District of North Carolina, Case

11      Number 7:23-CV-00897.

12              This deposition is being held

13      at the Attorney General's Office in

14      Salt Lake City, Utah.

15              My name is McKayla Largin.  I'm

16      the videographer.  And Vickie Larsen

17      is the court reporter.

18              Will counsel please state who

19      they represent for the video record.

20              MR. ANTONUCCI:  Giovanni

21      Antonucci for the United States.

22              MS. SILVERSTEIN:  Kailey

23      Silverstein for the United States.

24              MR. ANWAR:  Haroon Anwar for

25      the United States.

1          MS. BAUGHMAN:  Laura Baughman
2      for the plaintiffs.
3          MS. BOLTON:  Devin Bolton for
4      the plaintiffs.
5          THE VIDEOGRAPHER:  Will the
6      court reporter please swear in the
7      witness.
8              NORMAN L. JONES,
9  called as a witness, having been duly sworn,
10     was examined and testified as follows:
11                  EXAMINATION
12  BY MR. ANTONUCCI:
13      Q.    All right.  Good morning.
14      A.    Good morning.
15      Q.    Please state your full name.
16      A.    Norman Lovell Jones.
17      Q.    And can you please state your
18  current address.
19      A.    4174 North 430 East, Provo,
20  Utah.
21      Q.    Well, good morning, Dr. Jones.
22  My name is Giovanni Antonucci, as you just
23  heard.  I'm an attorney for the Department of
24  Justice.  I represent the United States in
25  the Camp Lejeune Water Litigation that's

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 9 of 362

1    currently pending in the District Court for

2    the Eastern District of North Carolina.

3                    Dr. Jones, have you ever had

4    your deposition taken before?

5          A.     Yes.

6          Q.     How many times have you had

7    your deposition taken before?

8          A.     Once.

9          Q.     And what was the nature of the

10   case in which you were deposed?

11         A.     I was the class representative

12   on a class action lawsuit against the Traeger

13   company.  And I can't remember the exact

14   date, a year and a half, two years ago, I had

15   a seven-hour deposition as part of that.

16         Q.     Is the Trager company the same

17   company that manufactures grills?

18         A.     Yes.

19         Q.     Okay.  All right.  We'll come

20   back to discuss that, but I'd like to get

21   through a few more sort of ground rules, if

22   that's all right with you.

23         A.     Sure.

24         Q.     So you just took an oath;

25   right?

1          A.      Right.

2          Q.      Do you understand the nature of

3     that oath?

4          A.      Yes.

5          Q.      That oath requires you to fully

6     answer each question.  If you're not sure of

7     an answer or don't have a complete answer,

8     you must still answer the question to the

9     extent that you can.

10              Do you understand?

11         A.      Yes.

12         Q.      As you can see, a court

13    reporter is taking down everything that we

14    say.  Because she can only record words, it's

15    important that you answer questions verbally.

16              For example, you must say "yes"

17    are or "no" rather than shaking or nodding

18    your head.  Do you agree to do that?

19         A.      Understood, yes.

20         Q.      Please speak at a slow pace so

21    that the court reporter can record

22    everything.  I will do my best to do the

23    same.

24              We should also try not to

25    interrupt one another; otherwise, our court

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 11 of 362

1  reporter will not be able to record us

2  accurately.

3              Please wait until I finish my

4  question before you start to answer, and I

5  will not interrupt you while you are

6  speaking.

7              Sound good?

8      A.     Sounds great.

9      Q.     Once the deposition is

10  complete, you'll be given an opportunity to

11  read a transcript of your testimony and make

12  any corrections.  You will then be asked to

13  sign it.

14              Is that all right with you?

15      A.     Sounds great.

16      Q.     Dr. Jones, only you are

17  testifying today.  You must answer to the

18  best of your ability and you may not ask

19  others for their help.

20              Do you understand?

21      A.     Yes.

22      Q.     If you don't understand one of

23  my questions, please let me know and I will

24  try to clarify.  However, if you don't ask

25  for clarification, I will assume that you

1  understood the question; is that fair?

2       A.     Yes.

3       Q.     During the deposition you may

4  hear other attorneys say "objection" and

5  state an objection.  Unless you've been

6  instructed not to answer the question, please

7  answer the question after the objection has

8  been made.

9            Do you understand?

10      A.     Understood, yes.

11      Q.     Is there any reason why you're

12 unable to give your most truthful and

13 accurate testimony today?

14      A.     No.

15      Q.     Is there any reason your memory

16 might be impaired today?

17      A.     No.

18      Q.     Have you taken or do you intend

19 to take today any medication that might

20 affect your ability to testify accurately or

21 honestly?

22      A.     No.

23      Q.     Dr. Jones, you can ask for a

24 break at any time.  Please don't hesitate to

25 ask for breaks.  All I ask is that you answer

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 13 of 362

1    any question that's pending before we go on

2    the break.

3                 Does that sound good?

4         A.    Sounds good.

5         Q.    Am I correct that you've been

6    retained by plaintiff's leadership group as

7    an expert witness in the In Re: Camp Lejeune

8    Water Litigation pending in the United States

9    District Court for the Eastern District of

10   North Carolina?

11        A.    Yes.

12        Q.    When were you hired as an

13   expert witness?

14        A.    September of 2024.

15        Q.    Do you remember the specific

16   date?

17        A.    I don't remember the exact

18   date.  Earlier in the month, I believe.

19        Q.    And who hired you?

20        A.    The -- the Bell Legal Group, I

21   think it's called.

22        Q.    Okay.  Were you dealing with

23   attorney Kevin Dean at that time?

24        A.    Yes.

25        Q.    Before you were retained, had

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 14 of 362

1    you ever heard about Camp Lejeune?

2           A.      I'd heard of it, yes.

3           Q.      Had you heard of the existence

4    of the camp in general, or more specifically

5    the water contamination issues?

6           A.      I'd heard -- I was aware of the

7    existence of the camp, and I was aware that

8    there was some groundwater contamination at

9    the camp, and there was some -- there was --

10   yeah, I was aware that it was being studied

11   and analyzed.

12          Q.      How did you become aware of the

13   water contamination?

14          A.      You know, I -- I'm not sure I

15   remember.  One of those things that I recall

16   knowing vaguely about it, but I never

17   investigated it deeply prior to that time.

18          Q.      Do you recall when you first

19   learned about the water contamination issues

20   at Camp Lejeune?

21          A.      No, I don't.

22          Q.      Was it prior to 2022?

23          A.      I don't think so, but I can't

24   be sure.

25          Q.      Is it possible you learned

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 15 of 362

1  about the issues from attorney advertising?

2          MS. BAUGHMAN:  Objection.

3      Form.

4          THE WITNESS:  I can't say.  I

5      don't remember.

6      Q.    BY MR. ANTONUCCI:  Sure.  Had

7  you heard about Camp Lejeune in your

8  professional capacity?

9      A.    Again, I -- I don't recall.  I

10  didn't know a lot about it, so it's hard for

11  me to pin down where I -- where I heard about

12  it.  Just was vaguely aware that there was a

13  groundwater contamination issue there.

14          MR. ANTONUCCI:  Okay.  I am

15      going to ask that Exhibit 1 be marked

16      for identification.

17  (Exhibit 1 was marked for identification.)

18      Q.    BY MR. ANTONUCCI:  Dr. Jones,

19  please take a moment to look that over.

20      A.    Okay.

21      Q.    Have you finished reviewing

22  Exhibit 1?

23      A.    Yes.

24      Q.    Have you seen this document

25  before?

1          A.     Yes.

2          Q.     When have you seen it before?

3          A.     It was sent to me, I believe,

4     by email a few weeks ago.

5          Q.     Okay.  I'll represent to you

6     that that's the notice of deposition and

7     subpoena that I issued for your testimony

8     here today.

9          A.     Okay.

10         Q.     Does that generally comport

11    with your understanding?

12         A.     That is what I would have

13    guessed, yes.

14         Q.     Okay.  I'd appreciate it if you

15    could turn to Attachment A, which is towards

16    the end of the document.

17               So Attachment A states

18    "Pursuant to Federal Rules of Civil Procedure

19    39(b)(2) and 45, the United States makes the

20    following requests for the production of

21    non-privileged documents, communications, and

22    materials, including but not limited to, any

23    electronically stored information, data,

24    technical files, and photographs, within your

25    possession, custody, or control:

```
 1                   "Number 1.  All emails,
 2      letters, correspondence, text messages,
 3      conversations, chats, voicemails, data,
 4      technical files, or other communications
 5      pertaining to Camp Lejeune sent or received
 6      prior to your retention as an expert in this
 7      matter, including but not limited to, from,
 8      or with:
 9                   "Morris Maslia, Robert Faye,
10      Jason Sautner, David Savitz, Rene
11      Suarez-Soto, Susan Martel, Scott Williams,
12      Frank Bove, Mike Partain, Jerry Ensminger,
13      Lori Freshwater."
14                   Did I read that correctly?
15          A.      I believe so, yes.
16          Q.      Do you have any emails,
17      letters, correspondence, text messages,
18      conversations prior to your retention with
19      any of those individuals?
20          A.      Not related to Camp Lejeune.
21          Q.      Do you have any emails,
22      letters, correspondence, text messages,
23      conversations, chats, voicemails, data,
24      technical files or other communications
25      pertaining to Camp Lejeune prior to your
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 18 of 362

```
 1    retention -- excuse me -- not pertaining to
 2    Camp Lejeune from prior to your retention
 3    with any of those individuals?
 4            A.      Yes.
 5            Q.      May I ask who?
 6            A.      Morris Maslia.
 7            Q.      Okay.  What sort of
 8    communications had you had with Mr. Maslia
 9    prior to your retention as an expert in this
10    case?
11            A.      So -- so for several years he
12    and I both served together on a peer-review
13    panel for a research project at the
14    University of Alabama, and I was the chair of
15    that expert panel and Morris was a member of
16    the panel.
17                    So in the context of reviewing
18    that research project, we had correspondence.
19            Q.      Okay.  Before we discuss that
20    more, is there anyone else on that list with
21    whom you've had any communications prior to
22    your retention as an expert in this case?
23            A.      No.
24            Q.      Other than your dealings with
25    the expert panel and Mr. Maslia, do you have
```

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 19 of 362

1    any other communications with him prior to

2    your retention as an expert?

3         A.    No.

4         Q.    Okay.  So you mentioned that

5    your work with Mr. Maslia was through the

6    University of Alabama; is that right?

7         A.    Yes.  There's a -- a National

8    Science Foundation-funded project where the

9    principal investigators at the University of

10   Alabama, it also involves other universities,

11   Louisiana State University, University of

12   Mississippi, Auburn, a number of other

13   smaller universities.

14        Q.    And you mentioned serving on

15   an -- or excuse me -- serving as the chair of

16   an expert panel on which Mr. Maslia also

17   served; is that right?

18        A.    That's correct.

19        Q.    What were you evaluating?

20        A.    So based on the rules and

21   protocols for that grant established by the

22   National Science Foundation, they were

23   required to, every year, bring in an outside

24   panel to review their work to give feedback,

25   make sure they're following good research

1    standards and making good progress.

2                   And so once a year we would

3    read the report that they had generated, and

4    then we would travel to Alabama and

5    participate in a two-day workshop,

6    presentations, and then we would write a

7    report with recommendations and observations

8    we make during the review process, and we did

9    that three times.

10        Q.    Okay.  So you've mentioned

11   providing feedback, ensuring good research

12   standards, and good progress?

13        A.    Yes.

14        Q.    What is the project that you

15   were evaluating for those criteria?

16        A.    It was a very broad project,

17   but the primary objective was to do research

18   on groundwater in -- in the Southeast United

19   States.  Looking at groundwater recharge,

20   looking at evaluating groundwater storage

21   change, things like that.

22                   And they also used, developed,

23   and applied some groundwater models as part

24   of the project.

25        Q.    So my understanding of recharge

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 21 of 362

1   and storage change is that those are

2   parameters that pertain to the amount of

3   water contained in an aquifer; is that right?

4          A.      Yeah, recharge is typically the

5   water that comes from rainfall that as a

6   portion of that eventually percolates down

7   and enters the aquifer.  It's the primary

8   source of water to an aquifer.

9                  And then the storage change

10  is -- it's dependent on the water balance,

11  how much water is coming in versus how much

12  water is being discharged to springs and

13  streams and being pumped out by wells.

14         Q.      And you mentioned this was the

15  Southeast United States.  Was this the

16  Floridian aquifer?

17         A.      They studied, I know, aquifers

18  in Mississippi and Alabama, and there was a

19  very large model built in the state of

20  Louisiana by the researchers from Louisiana

21  State University.

22         Q.      What was the purpose of the

23  applied groundwater models that they were

24  developing?

25         A.      Partially to look at storage

```
1   change and aquifer sustainability.  And,
2   again, determination of recharge rates was
3   one of the things that was studied.
4               And they're also looking at, I
5   believe, innovative numerical algorithms and
6   methods for analyzing aquifers, determining
7   recharge rates.
8               For example, the -- they used
9   not just in-situ data from monitoring wells,
10  but earth observations from satellite data.
11     Q.     So I'd like to sort of break
12  that down a little bit more with you.
13     A.     Sure.
14     Q.     You mentioned that the purpose
15  of evaluating storage change and recharge is
16  to evaluate aquifer sustainability; am I
17  stating that correctly?
18     A.     That's one of the purposes,
19  yes.
20     Q.     Okay.  What are the other
21  purposes?
22     A.     To -- water resource planning.
23  When your -- groundwater is one of our most
24  significant sources of fresh water.  For
25  example, in a drought when the stream flow is
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 23 of 362

1  low, sometimes you pump more groundwater to

2  make up that deficit, so it's a -- it's a

3  large, underground reservoir.

4          So much of the work we do in

5  groundwater studies is to assess how our

6  groundwater storage is changing over time and

7  how to characterize that and how to predict

8  how it will respond in the future, and that

9  happens to be one of my -- one of my areas of

10 research as well.

11      Q.     So if I'm understanding

12 correctly, the purpose of this project at the

13 University of Alabama was, at least in part,

14 to assess sustainability for planning

15 purposes; is that right?

16      A.     That's one of the objectives,

17 that's right.

18      Q.     Okay.  Can you please list the

19 other objectives.

20      A.     You know, it's been almost two

21 years since our last review, so I'm not sure

22 I could add much beyond what I've stated in

23 terms of detail without looking up the

24 reports and reviewing it.

25      Q.     Sure.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 24 of 362

1        A.      You know, and a big part of the

2     project is also public education and

3     outreach.  So they -- they had a lot of

4     funding to -- to work with K through 12 and

5     provide high school science teachers, for

6     example, with material and understanding

7     aquifers and aquifer dynamics.

8                 And so it -- it was a -- it was

9     a very broad project.  They looked at machine

10    learning algorithms for different kinds of

11    data analysis related to groundwater data.

12    It was very broad.

13                They had, I think, maybe as

14    many as 80 people on this project.  It was

15    one of the bigger research projects I've ever

16    seen.

17        Q.      What was the process like to be

18    selected as the chair of the expert panel?

19        A.      I -- so I was the princ- --

20    this grant was through what's called the

21    EPSCoR project, E-P-S-C-O-R, the EPSCoR

22    program through the National Science

23    Foundation.

24                And from 2010 to 2014 I

25    happened to be the principal investigator of

1    an EPSCoR grant, a $6 million EPSCoR grant

2    featuring Brigham Young University,

3    University of Utah, Utah State University,

4    and University of Wyoming.

5             And the -- the principal

6    investigator of the project centered in

7    Alabama.  It was an associate of mine and he

8    was aware of that and thought that my

9    experience and also my general background and

10   experience in groundwater would -- would make

11   me a -- a good pick for that role.

12        Q.    And do you know how any of the

13   other panel members were selected?

14        A.    They were selected by the --

15   they were asked to serve on behalf of the

16   principal investigator of that project, which

17   is Prabhaker Clement.

18        Q.    You mentioned previously that

19   part of the objective of the expert panel was

20   to provide feedback, evaluate research

21   standards, and ensure good progress?

22        A.    Yeah.

23        Q.    Am I stating that correctly?

24        A.    Right.

25        Q.    What kinds of -- of research

1    standards were you looking for in this
2    project?
3          A.      Well, they would make
4    presentations on -- on their findings and the
5    methodologies they were using, review journal
6    articles that they had published or in the
7    process of working on and, you know, in some
8    cases we would give advice on -- on
9    methodology, suggestions on -- on different
10   kinds of computer algorithms to help, you
11   know, based on our experience.
12                But, overall, it was a very
13   impressive project and they -- they've been
14   doing excellent work.
15         Q.      You mentioned --
16         A.      So we didn't -- we didn't -- I
17   don't recall any highly critical feedback
18   that we gave.  Fortunately, it's a really --
19   really well-run project.
20         Q.      So you just mentioned
21   evaluating the methodology; is that correct?
22         A.      Yeah.
23         Q.      How did you go about evaluating
24   the methodology of this groundwater modeling
25   project?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 27 of 362

```
 1        A.      We would review the reports
 2   that they provided, the papers that they
 3   were -- that they had -- they were either
 4   preparing to submit or publishing, and two
 5   days of presentations that they would make
 6   each year.
 7        Q.      Were you provided with the
 8   modeling files to evaluate?
 9        A.      No.
10        Q.      Did you perform a post-audit of
11   any kind of their work?
12        A.      No.
13        Q.      I'd like for you to sort of
14   walk me through the process of evaluating the
15   methodology of a groundwater modeling
16   project --
17        A.      Sure.
18        Q.      -- if that's all right.
19        A.      Yeah.
20        Q.      I guess maybe we can start with
21   the conceptual model.
22        A.      Yeah.
23        Q.      My understanding is that's kind
24   of where modeling begins; is that right?
25        A.      That's right.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 28 of 362

1          Q.      So what did you do to evaluate
2     the conceptual model of this project from the
3     University of Alabama?
4          A.      Well, there's not one model,
5     there were -- there were multiple models.
6     The -- they provided a general description of
7     the conceptual model, and for the Louisiana
8     model there was a presentation and some
9     written material where they described the
10    basic components of the conceptual model.
11         Q.      Did your evaluation of the
12    conceptual model involve evaluating the
13    purpose for which the model was designed?
14         A.      They -- they described the
15    purpose, I believe, that -- in -- in -- for
16    the Louisiana model, it was to look at water
17    availability and long-term, again,
18    sustainability, water balances.
19         Q.      And, again, that's for planning
20    purposes; right?
21         A.      But that's -- I'm going by
22    memory.  I'm quite sure that's what it was,
23    but it's been a while.
24         Q.      Of course.  Completely
25    understandable.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 29 of 362

1          The -- what you just stated,
2   the evaluating sustainability and planning
3   purposes.  My understanding is that your
4   primary memory of what the projects are for
5   as it stands today is that it was a planning
6   project; is that right?
7          A.     They -- I -- what -- from what
8   I recall, it's been a while, it was develop a
9   very sophisticated model of the aquifers in
10  Southern Louisiana to characterize the
11  groundwater flow and the long-term changes in
12  groundwater storage --
13         Q.     And it was --
14         A.     -- and then the dynamics of the
15  aquifer.
16         Q.     Excuse me.  I didn't mean to
17  cut you off.
18                That was to determine the
19  future availability of groundwater?
20         A.     It's one of the objectives, I
21  believe, yes.
22         Q.     Okay.  And you can't remember
23  any other objectives today?
24         A.     No.
25                MS. BAUGHMAN:  Objection.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 30 of 362

1    Form.

2         Q.     BY MR. ANTONUCCI:  All right.

3    You mentioned there were multiple models that

4    you were evaluating.  Can you provide a

5    general overview of what those models were.

6         A.     I don't remember the other

7    cases as well.  I'm not sure there were

8    models as much as aquifer studies.  That's

9    the one I remember most, because it was the

10   most significant model, Louisiana model.  I'm

11   not sure I could comment on the others.  My

12   memory is more fuzzy with regard to that.

13        Q.     Okay.  Moving on from the

14   conceptual model.  Did you evaluate their

15   selection of a mathematical model?

16        A.     I know they -- they used

17   MODFLOW.

18        Q.     Okay.  Are there different

19   options for equations -- governing equations

20   that can be used in MODFLOW?

21        A.     No.  There's one governing

22   equation that the model is built around.

23        Q.     Okay.  Did you evaluate the

24   process of model calibration?

25        A.     That was part of what they

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 31 of 362

1   presented, yes.

2          Q.     Okay.  What factors did you

3   look at when evaluating calibration?

4          A.     Just -- I -- I don't remember

5   the details.  I remember they -- they did an

6   extensive calibration process, but it seemed

7   fairly standard, as I recall.

8          Q.     Do you know if they used

9   perimeter estimation tools?

10         A.     I don't remember for sure, but

11  I believe they did.  It's fairly typical to

12  use automated parameter estimation on a large

13  model like that.

14         Q.     Is it also typical to do some

15  manual parameter estimation as well?

16         A.     Oh, yes.  Yeah, always.

17         Q.     Do you generally start with

18  manual parameter estimation?

19         A.     In general --

20                MS. BAUGHMAN:  Objection.

21         Form.

22                THE WITNESS:  It's generally

23         good practice to start with manual

24         calibration before you engage the use

25         of software to help calibrate a model.

1          Q.      BY MR. ANTONUCCI:  My
2    understanding is that one of those software
3    codes is called PEST for parameter
4    estimation; is that right?
5          A.      That's correct.
6          Q.      That was created by John
7    Doherty?
8          A.      That's correct.
9          Q.      Do you know if the model you
10   evaluated used the PEST code?
11         A.      I don't recall.
12         Q.      What other factors did you
13   evaluate for in your analysis of their
14   calibration?
15         A.      I don't recall.
16         Q.      Did you evaluate the
17   sensitivity analysis performed by the
18   investigators of the study?
19         A.      I don't recall.
20         Q.      Is it typical to analyze the
21   sensitivity analysis of a groundwater model
22   when reviewing the methodology?
23                 MS. BAUGHMAN:  Objection.
24         Form.
25                 THE WITNESS:  Will you state

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 33 of 362

 1          that again.

 2          Q.    BY MR. ANTONUCCI:  Sure.

 3    I'll -- I'll restate my question.

 4               When you are evaluating a

 5    groundwater model's methodology, is it

 6    typical to evaluate the sensitivity analysis?

 7               MS. BAUGHMAN:  Objection.

 8          Form.

 9               THE WITNESS:  If -- if they

10          performed a sensitivity analysis, you

11          would review that, yes.

12          Q.    BY MR. ANTONUCCI:  Okay.  So

13    based on that answer, it seems like it's not

14    a guarantee that a sensitivity analysis will

15    be done for every model; is that right?

16          A.    Not necessarily.

17          Q.    Okay.

18          A.    Yeah.

19          Q.    How about uncertainty analysis?

20    Is that typically done for most models?

21          A.    It is done for some models.

22          Q.    Okay.  What factors do you look

23    at when you're evaluating uncertainty

24    analysis?

25               MS. BAUGHMAN:  Objection.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 34 of 362

```
 1          Form.
 2                  THE WITNESS:  When I'm -- when
 3          you're performing a sensitivity
 4          analysis on the model?  Is that the
 5          question?
 6          Q.      BY MR. ANTONUCCI:  I'm asking
 7     now about as a peer reviewer --
 8          A.      Yeah.
 9          Q.      -- when you're evaluating the
10     methodology of a groundwater model, you're
11     looking at the uncertainty analysis.  What
12     factors do you look at?
13                  MS. BAUGHMAN:  Objection.
14          Form.
15                  THE WITNESS:  The methodology
16          they use to perform the uncertainty
17          analysis.
18          Q.      BY MR. ANTONUCCI:  Can you
19     elaborate on that?  What -- what are the sort
20     of --
21          A.      Well --
22                  MS. BAUGHMAN:  Objection.
23          Form.
24                  THE WITNESS:  There are
25          different ways one can go about an
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 35 of 362

1       uncertainty analysis, but the general
2       process is typically basically the
3       same from one case to another.
4          Q.    BY MR. ANTONUCCI:  Okay.  Can
5    you explain that general process.
6          A.    Well, typically one would first
7    calibrate a model to come up with a best
8    estimate of the parameters of the model and
9    the features of the model that reproduce
10   the -- the behavior exhibited by the aquifer
11   in the field.
12              And then -- then you look at
13   your parameters and for -- for the selected
14   set of parameters, you look at the
15   uncertainty in that parameter typically with
16   the use of a probability distribution
17   function.
18              And then to perform the
19   uncertainty analysis, you generate a large
20   number of model instances, versions of the
21   model.  In each case where -- for the
22   parameters you've selected, you perturb the
23   parameter value within the range of values
24   you determined would be reasonable to expect
25   for that parameter.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 36 of 362

1          And that gives you a -- a

2   number of models.  And if you do it right,

3   each of those models are considered equally

4   probable.

5          And then you run your

6   simulation for each of those, and then you

7   evaluate the outcome you're looking at, and

8   then you can get that -- that allows you to

9   get a probability of a certain outcome or a

10  confidence interval for a range of outcomes,

11  and this is often called a Monte Carlo

12  process.

13      Q.    The uncertainty analysis is

14  evaluating the probability of all possible

15  model solutions; is that right?

16      A.    Of a range of model solutions

17  that are considered to be likely or probable

18  as being -- or considered to be possible.

19  Variations of the model.

20      Q.    All right.  Thank you.  I

21  didn't mean to sidetrack the discussion so

22  much with that.  I appreciate you providing

23  that information.  You can put Exhibit 1 to

24  the side, please.

25          What did you do to prepare for

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 37 of 362

1    your deposition today, Dr. Jones?

2         A.     I primarily reviewed the -- the

3    ATSDR reports and our model reports.

4         Q.     I see that you have some stacks

5    of paper in front of you; is that right?

6         A.     Yeah.

7         Q.     What are those?

8         A.     I have Chapter A, ATSDR

9    Chapter A.  Chapter F.  And then I have a

10   copy of the rebuttal report that Jeff Davis

11   and I submitted in January of this year.

12        Q.     And I see those are tabbed with

13   sticky notes; is that right?

14        A.     That's correct.

15        Q.     What sections did you tab in

16   Chapter A?

17        A.     I put some tabs in for some

18   figures that I thought -- primarily figures I

19   thought might be useful that I think are

20   important in the -- in the analysis -- in the

21   review of the work, one of which is

22   Figure A18, Chapter A.  Another of which is

23   A26 in Chapter A.

24              And in Chapter F I have tagged

25   Figure F12, the scatter plot simulated versus

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 38 of 362

1    observed for the MT3DMS model.   Page F34
2    which shows the -- the time series of PCE at
3    Well TT-26 versus the observed values.   And
4    F43, which is the simulated and observed
5    concentrations at the Tarawa Terrace water
6    treatment plant.
7         Q.    Did you make any handwritten
8    notes in those?
9         A.    No.
10         Q.    Did you make any highlights?
11         A.    No.
12         Q.    Did you do anything other than
13    tab those documents?
14         A.    No.
15         Q.    And I see you also have the
16    rebuttal report; is that right?
17         A.    Yes.   In the rebuttal report I
18    have tagged the "Summary of Opinions" page, I
19    have tagged at the beginning of the figures
20    page and -- or excuse me -- the figure
21    section in case I want to refer to some of
22    the figures.   Specifically Figure 2 and
23    Figure 5.
24              And then I've tagged the --
25    where the maps of the contaminant plumes

Golkow Technologies,
A Veritext Division
877-370-3377                                   www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 39 of 362

1    begin in the Appendix A7.

2         Q.    Did you make any notes in your

3    copy of the rebuttal report?

4         A.    No.

5         Q.    Did you make any highlights?

6         A.    No.

7         Q.    Did you do anything other than

8    tab the pages you just mentioned?

9         A.    No.

10        Q.    So, Dr. Jones, I'm sorry to do

11   this, but I'm going to ask you to put those

12   to the side to --

13        A.    Okay.

14        Q.    -- ensure we're looking at the

15   same copies of the documents today.

16        A.    That's fine.

17        Q.    Thank you.  I appreciate that.

18              MS. BAUGHMAN:  But obviously if

19        he wants to refer to his copies, he

20        can.

21              MR. ANTONUCCI:  We're going to

22        use the copies that were produced.

23              MS. BAUGHMAN:  He can refer to

24        his tabbed copies if he wants to.

25              MR. ANTONUCCI:  We can tab the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 40 of 362

```
 1           produced copies at a break.
 2                   MS. BAUGHMAN:  Norm, you can --
 3           you can look at your version if you
 4           want to, if it's helpful.  It's the
 5           same thing.
 6                   MR. ANTONUCCI:  All right, then
 7           I'm going to ask that those be marked
 8           as exhibit.
 9                   MS. BAUGHMAN:  That's fine.
10                   MR. ANTONUCCI:  All right.
11           Q.      So other than reviewing those
12      documents which you've tabbed, have you done
13      anything else to prepare for your deposition?
14           A.      Just discussed with the legal
15      team the format and what to expect.  The
16      procedure and methodology.
17           Q.      When you say "legal team," are
18      you referring to Ms. Baughman and Ms. Bolton?
19           A.      That's correct.
20           Q.      Are you also referring to
21      Mr. Dean?
22           A.      No -- there were -- I guess he
23      was briefly involved in some of the
24      discussions, yeah.  Yeah, he was involved.
25           Q.      Were there any other attorneys
```

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 41 of 362

1    you spoke with?

2         A.     Not that I recall, no.

3         Q.     Was anyone else present at

4    those meetings?

5         A.     Jeff Davis.

6         Q.     Was Mr. Davis present for every

7    meeting you had with the legal team?

8         A.     No.  Most of them.

9         Q.     Other than Mr. Davis, was

10   anyone else present?

11        A.     No.

12        Q.     Approximately how many times

13   did you meet with the legal team to prepare

14   for this deposition?

15        A.     We met on Monday -- or excuse

16   me, I'm sorry -- Wednesday of this week.  We

17   had dinner on Tuesday night.  Had dinner last

18   night.

19        Q.     Approximately how long was your

20   Wednesday meeting?

21        A.     Six or seven hours, I would

22   guess.

23        Q.     Okay.  What did you discuss in

24   that meeting?

25        A.     Again, what to -- how -- how a

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 42 of 362

1    deposition works.  What -- what types of
2    questions would -- we would expect to be
3    asked.  Don't talk over the question when
4    it's being asked.  Allow time for -- don't
5    start speaking too soon.  Allow time to make
6    an objection, if necessary.
7               A lot of procedural coaching
8    like that.
9         Q.    Was there anything else?
10        A.    Just a general review of the
11   case and rebut- -- our opinions, and so
12   forth.
13        Q.    Were you provided with any
14   documents in those meetings?
15        A.    I don't recall, no.
16        Q.    All right.  Have you reviewed
17   any of the other depositions taken in this
18   case?
19        A.    I reviewed the prelim- -- the
20   draft transcript of the Mustafa Aral
21   deposition that was taken recently.  And I
22   was on the Zoom yesterday.  I watched most,
23   but not all, of the Jeff Davis deposition.
24        Q.    Have you reviewed any other
25   depositions that have been taken in the Camp

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 43 of 362

1    Lejeune Justice Act litigation?

2         A.    No.

3         Q.    So you mentioned testifying in

4    a deposition.  I'm interested, have you ever

5    testified at trial?

6         A.    I testified at a court hearing

7    in the -- in Carson City, Nevada, in front of

8    the state engineer as part of a water rights

9    dispute on two occasions where I was put

10   under oath and questioned as an expert

11   witness.

12        Q.    Did you prepare a report in

13   those cases?

14        A.    Yes.

15        Q.    But you weren't deposed?

16        A.    I was not deposed, no.

17        Q.    So you mentioned it was a water

18   rights dispute.  Can you --

19        A.    Yes.

20        Q.    -- explain in laymen's terms

21   what that means.

22        A.    So the -- the City of Las Vegas

23   back in the 1980s decided that they needed to

24   do something to ensure long-term water

25   availability, and this organization later was

1  renamed The Southern Nevada Water Authority,

2  it represents primarily Las Vegas, but also

3  surrounding cities.

4          And they decided to pursue a

5  groundwater development project where they

6  would drill a series of deep production wells

7  in some valleys in East Central Nevada, and

8  build 300 miles of large pipe to pump that

9  water south to Las Vegas.

10         It would have been a

11 $15 billion project, would have taken

12 estimated 27 years to build.  Would have been

13 the largest inter basin transfer in history,

14 the largest groundwater development project

15 in history, and it would, as you can imagine,

16 extract a significant amount of water from

17 these valleys.

18         And I represented a significant

19 landholder.  I was -- I was retained as an

20 expert witness for a landholder in Spring

21 Valley that was one of several parties that

22 were protesting the groundwater project.

23         And, yeah, we did a bunch of

24 modeling simulations and wrote a series of

25 reports related to the impact that project

1    would potentially have on the water rights,
2    springs and streams and wells in the -- in
3    this valley.
4          Q.     How long ago was that?
5          A.     I started in 2010 and the
6    project -- it went on for ten years until it
7    was concluded in 2020.
8          Q.     Okay.  So you already mentioned
9    that you were deposed in a class action
10   lawsuit where you served as a class
11   representative.  Is that suit ongoing?
12         A.     It -- they've -- have --
13   there's been a settlement in the last few
14   months, so it's -- I think it's over.
15         Q.     Okay.  Other than that class
16   action, have you ever been involved in any
17   other litigation personally, not as an
18   expert?
19         A.     Involving me?  No.
20         Q.     And you mentioned starting work
21   for the landholder in Spring Valley in 2010.
22   Was that your first time serving as an expert
23   witness?
24         A.     No.
25         Q.     When did you serve as an expert

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 46 of 362

1   witness prior to that?

2         A.     Several years prior to that I

3   was retained as -- to do a review of a case

4   in Montana that a colleague of mine was

5   involved with as the primary expert witness

6   involving groundwater contamination at a --

7   at a railroad facility.

8         Q.     Who was that colleague?

9         A.     Willis Weight.

10        Q.     And do you recall which party

11  you represented in that -- or excuse me --

12  for which party you served as a witness in

13  that case?

14        A.     So Willis was hired as an

15  expert to -- on the side of some plaintiffs

16  who lived adjacent to a railroad facility,

17  Burlington Northern and Santa Fe, and their

18  contention was that contaminants had leeched

19  from an unlined pond or a poorly lined pond

20  on the railroad facility and migrated under a

21  neighborhood where they -- they had some

22  drinking water wells, and that had caused

23  some -- some health damages.

24               And so Willis built a MODFLOW

25  and MT3D model simulating the migration of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 47 of 362

1   the plume over to the property, and that was

2   entered as evidence in the case.

3               And then the railroad hired

4   Papadopoulos & Associates to -- to represent

5   their side, and they -- the expert from

6   Papadopoulos did a critical review of Willis'

7   model.

8               So I was hired to review

9   Willis' work and the Papadopoulos critique of

10  his work and then write a report, which I

11  believe became an affidavit that was entered

12  in the case.

13       Q.     So that I can understand, were

14  you hired as an independent expert by the

15  court or were you hired by --

16       A.     No, I was hired by the

17  plaintiff attorneys.

18       Q.     Okay.  So you submitted an

19  affidavit in support of the plaintiff's

20  reports; is that right?

21       A.     It was based on my review of --

22  of his modeling and the critique of that,

23  yeah.

24       Q.     Other than that Montana case,

25  have you served as an expert witness in any

1   other cases?

2          A.      Not that I recall.

3          Q.      Do you know who specifically

4   from S.S. Papadopoulos & Associates was the

5   expert in that case?

6          A.      I don't.  It's been a number of

7   years.  No, I don't recall his name.  He was

8   one of their lead modelers, very well

9   respected, I remember that.

10         Q.      What was the contaminant of

11  concern in that case?  The Montana case.

12         A.      Boy, it's been a long time.  I

13  know that it was a degreasing facility, but

14  it might have been creosote.  I wish I could

15  remember.  It's been probably 15, 20 years,

16  yeah.

17         Q.      Do you have an opinion about

18  S.S. Papadopoulos as a firm?

19                 MS. BAUGHMAN:  Objection to

20         form.

21                 THE WITNESS:  No.

22         Q.      BY MR. ANTONUCCI:  And you

23  mentioned that your -- your colleague,

24  Mr. Willis, simulated the flow of

25  contamination through the -- through the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 49 of 362

```
1    groundwater; is that right?
2         A.     That's correct.
3         Q.     And that was from the poorly
4    lined pond to water supply wells; is that
5    correct?
6         A.     To the -- yes, to the area
7    downgradient from the railroad facility where
8    the water was pumped out, yeah.
9         Q.     How far away from the pond were
10   the water supply wells?
11        A.     It -- it wasn't a great
12   distance, but I -- I don't remember the exact
13   distance.
14        Q.     Do you know the total size of
15   the area that was modeled?
16        A.     I don't recall.
17        Q.     And do you know what
18   information was used to, for example, to
19   select boundary conditions in that model?
20        A.     I don't recall.
21        Q.     Do you know what information
22   was available in terms of heads and flow
23   data?
24        A.     I don't recall specifics.
25        Q.     Do you know if there was heads
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 50 of 362

1    and flow data available to Mr. Willis?

2         A.    I -- I believe there were, yes.

3         Q.    Why do you believe that?

4         A.    I -- if -- if there were not

5    any data -- I know they had concentrations at

6    the -- at the location where the water was

7    being pumped out.  That was the whole basis

8    of the suit was they measured contaminants in

9    their drinking water.

10        Q.    When you say "the location

11   where the water was pumped out," are you

12   referring to the supply wells, the water

13   treatment plant, or the tap?

14        A.    I don't believe a water

15   treatment plant was involved.  There were --

16   I -- from -- from what I recall, there were

17   some small wells.  I believe it was actually

18   a -- part of a -- an Indian reservation, and

19   they had some small water supply wells they

20   were using.

21        Q.    So it sounds like those samples

22   were taken at the supply wells?

23        A.    Yes, I believe so.

24        Q.    Do you know approximately what

25   time span those samples covered?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-6   Filed 04/29/25   Page 51 of 362

```
 1          A.      I don't recall.
 2          Q.      Was it more than a year?
 3          A.      I don't recall.
 4          Q.      Was it less than a year?
 5          A.      I don't recall.
 6          Q.      Do you know approximately how
 7   many data points they had?
 8          A.      I don't recall.
 9          Q.      Did they have -- strike that.
10          With regard to the -- the head
11   and flow data that you assumed that they had
12   available, do you know how much of that was
13   available?
14          A.      I don't recall.
15          Q.      Where do you -- in these kinds
16   of cases, where do modelers normally get head
17   and flow data from?
18          MS. BAUGHMAN:  Objection.
19          Form.
20          THE WITNESS:  Head and flow
21          data?  Well, you track down water
22          level measurements from observation
23          wells.  In some cases, aquifers
24          interact with streams, either
25          discharge to streams or streams leak
```

1          water into the ground.

2                  Sometimes you can look at

3          gauges on the stream to get an

4          estimate of -- of how much water's

5          being gained or lost, but that is a

6          fairly standard part of the data

7          collection phase on the modeling

8          project is to gather all the data you

9          can find.

10         Q.      BY MR. ANTONUCCI:  Okay.  And

11    you mentioned that it was a lawsuit brought

12    on behalf of the individuals who drank the

13    water from those wells; is that correct?

14         A.      That's correct.

15         Q.      Do you know if the purpose of

16    the model was to determine the absolute

17    amount of contaminants that these individuals

18    were exposed to?

19                 MS. BAUGHMAN:  Objection to

20         form.

21                 THE WITNESS:  I don't recall.

22         I know part -- at least part of the

23         purpose was to determine if, presuming

24         water leaked from the pond, would it,

25         given the groundwater flow directions

1        and the timing, is it probable that it
2        traveled -- that the contaminants were
3        transported to that location where
4        they could potentially be pumped out.
5        Q.    BY MR. ANTONUCCI:  So that's
6    kind of a yes-or-no question, right?  Like,
7    could the contamination have gotten to the
8    well in that time period or not; right?
9        A.    Yeah.
10        Q.    Okay.  And that's the only
11    purpose that you recall from that report?
12            MS. BAUGHMAN:  Objection.
13        Form.
14            THE WITNESS:  That is a purpose
15        that I recall.
16        Q.    BY MR. ANTONUCCI:  What other
17    purposes do you recall?
18        A.    I -- I don't recall other
19    purposes.
20        Q.    Okay.  Okay.  So prior to that
21    Montana case, had you ever served as an
22    expert witness before that?
23            MS. BAUGHMAN:  In litigation?
24            MR. ANTONUCCI:  Yes, in
25        litigation.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 54 of 362

```
 1                MS. BAUGHMAN:  Object to the
 2        form.
 3                MR. ANTONUCCI:  Have you --
 4        excuse me.  I'm going to ask my
 5        question again.
 6        Q.     Prior to the Montana case, had
 7   you ever served as an expert witness in
 8   litigation?
 9        A.     I don't believe so.  Not that I
10   recall.
11        Q.     Okay.  Do you have a list of
12   all the times you've served as an expert
13   witness somewhere?
14        A.     No.
15                MR. ANTONUCCI:  Okay.  All
16        right.  Actually, before we move on,
17        I'm going to ask that the copies that
18        you brought of the rebuttal report and
19        Chapters A and F be marked for
20        identification for Exhibits 2, 3,
21        and 4.
22   (There was a discussion held off the record.)
23          (Exhibits 2-4 were marked for
24                identification.)
25                MR. ANTONUCCI:  Thank you for
```

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 55 of 362

1          that.
2                  And now I'm going to hand you
3          another document.  I'll ask that this
4          be marked for identification as
5          Exhibit 5.
6     (Exhibit 5 was marked for identification.)
7          Q.     BY MR. ANTONUCCI:  Please let
8     me know when you've had a chance to review
9     that document.
10         A.     I'm ready.
11         Q.     Okay.  Do you recognize
12    Exhibit 5?
13         A.     Yes.
14         Q.     Okay.  What is Exhibit 5?
15         A.     This is the CV that I
16    submitted.
17         Q.     Okay.  So if you turn to Page 1
18    of Exhibit 5, it looks like this document is
19    titled "Norman L. Jones, PhD, Professor,
20    Department of Civil & Construction
21    Engineering, Brigham Young University"; is
22    that right?
23         A.     Correct.
24         Q.     Is this a complete and accurate
25    copy of your resum??

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 56 of 362

1           A.      Yes.

2           Q.      Is there anything that you

3     would like to change or add to this copy of

4     your resum??

5           A.      Can you clarify what you mean

6     by "complete"?

7           Q.      Sure.  Is -- is this the most

8     updated iteration of your resum??

9           A.      This is the resum? -- resum?

10    that I am currently using when my resum? is

11    requested.

12          Q.      Okay.  So I'm inferring from

13    your question that there's some things that

14    are probably left off of this resum?; is that

15    right?

16          A.      That's correct.  It's not

17    100 percent inclusive of everything I've done

18    in my professional career.

19          Q.      Sure.  What kind of things are

20    currently listed on your resum? that's marked

21    as Exhibit 5?

22          A.      Oh, heavens.  Consulting

23    projects, expert witness work, workshops and

24    courses I've taught, things like that.

25          Q.      Have you served as a consulting

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 57 of 362

1  expert in litigation?

2              MS. BAUGHMAN:  Objection to

3         form.

4              THE WITNESS:  A consultant --

5         not beyond the cases we've described.

6         Q.    BY MR. ANTONUCCI:  Okay.  Your

7  resum? mentions a bachelor's, master's, and

8  PhD in civil engineering.  Did you have any

9  specialization or concentration in those

10 programs?

11        A.    Yes.  My master's degree and

12 PhD at the University of Texas, I specialized

13 in geotechnical engineering.

14        Q.    And is there a list of your

15 peer-reviewed publications from the last ten

16 years on Page 3 of this resum??

17        A.    Yes.

18        Q.    How many of these publications

19 deal with groundwater flow modeling?

20        A.    You'll have to give me a

21 minute.  I would say of these, six are --

22 five or six are directly related to a

23 groundwater flow model and -- but a large

24 number of them are for characterizing

25 groundwater conditions, groundwater

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 58 of 362

1    sustainability.

2         Q.    And how many of those deal with

3    contaminant fate and transport modeling?

4         A.    I'm not sure in this period --

5    I got to read them again.  I can see at least

6    one.

7         Q.    So just the one?

8         A.    I believe so.

9         Q.    Would it be fair to say that

10   you focus more on groundwater flow modeling

11   than contaminant fate and transport modeling?

12             MS. BAUGHMAN:  Objection.

13        Form.

14             THE WITNESS:  In terms of my

15        publications, yeah, I've -- my -- I've

16        done more research on -- well, in the

17        last ten years, the focus of my

18        research has been more shifted to

19        using earth observations and machine

20        learning and data analytics to analyze

21        aquifers.

22             MR. ANTONUCCI:  I'd like to

23        talk to you about that more later in

24        the deposition.  For now, it's been

25        about an hour, would you like to take

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 59 of 362

```
1          a break?
2                  THE WITNESS:  Sure.
3                  MR. ANTONUCCI:  Okay.
4                  MS. BAUGHMAN:  If you're -- if
5          you're willing to keep going, we can.
6          We don't have to.  That's up to you.
7                  THE WITNESS:  I can keep going.
8                  MR. ANTONUCCI:  Well, I'd like
9          to take a break.
10                  THE WITNESS:  Sure.  All right.
11                  THE VIDEOGRAPHER:  Off the
12          record.  The time is 10:18.
13              (There was a break taken.)
14                  THE VIDEOGRAPHER:  We're back
15          on the record.  The time is 10:28.
16          This is Media Number 2.
17                  Counsel may proceed.
18                  MR. ANTONUCCI:  All right.  I
19          am going to hand you what is being
20          marked for identification as
21          Exhibit 6.
22     (Exhibit 6 was marked for identification.)
23                  MR. ANTONUCCI:  Sorry, I just
24          noticed my microphone wasn't on.
25          Q.    I just handed you what was
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 60 of 362

1    marked for identification as Exhibit 6.

2                    Dr. Jones, this is your initial

3    expert report and materials considered;

4    right?

5        A.       Correct.

6        Q.       And looking at that first page,

7    the cover page, title is Tarawa Terrace Flow

8    and Transport Model Post-Audit prepared for

9    Bell Legal Group.  A couple lines down,

10   prepared by Norman L. Jones, R. Jeffrey

11   Davis.

12                   Is that your signature there?

13       A.       Yes.

14       Q.       Okay.  How do you know

15   Mr. Davis?

16       A.       He was a former graduate

17   student of mine when I was a young professor

18   at Brigham Young University.  And then I

19   hired him to be a staff member in our

20   research laboratory where we were developing

21   groundwater modeling software.

22                   And then I worked with him in

23   that capacity for several years, and then

24   even after he left the university I -- we

25   worked together on consulting projects and

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 61 of 362

```
 1    teaching groundwater and contaminant
 2    transport modeling short courses.
 3         Q.     So it's fair to say that you've
 4    worked together before your work on this
 5    case?
 6         A.     Yes.
 7         Q.     And it appears that you
 8    co-wrote this expert report; is that correct?
 9         A.     That's correct.
10         Q.     Did you participate in the
11    drafting process with Mr. Davis?
12         A.     Drafting?
13         Q.     I guess can you explain to me
14    your -- your role in the preparation of this
15    report.
16         A.     Yes.  We decided it would be
17    beneficial to team up.  I have certain
18    limitations on my time given that I'm a
19    full-time university professor, and we
20    decided that we would work together, we could
21    share the workload.
22               And so he did most of the
23    modeling work in terms of entering the data
24    into the GMS MODFLOW MT3DMS software and
25    running the model simulations.
```

1         I did a lot of the
2    post-processing and data analysis.  Together
3    we -- we reviewed the -- the data, reviewed
4    the -- the prior publications from ATSDR, and
5    then we -- together we drafted and edited and
6    finalized this report.
7         This report also -- in the
8    preparation of the report we utilized staff
9    at Integral Consulting.  For example, the --
10   the figures with the maps.  We provided the
11   model results to staff members at Integral
12   and they helped do a lot of the formatting.
13        There was also a professional
14   copy editor that reviewed the documents
15   before we submitted them.
16        Q.    A moment ago you mentioned that
17   Mr. Davis used GMS, which I believe
18   incorporates MODFLOW and MD3DMS; is that
19   right?
20        A.    That's correct.  It's what we
21   call a pre and post processing for MODFLOW
22   and MT3DMS.  It -- the input files to MODFLOW
23   and MT3DMS are very large and complicated and
24   synthesize a lot of data.  And so GMS was
25   developed to streamline and simplify that

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 63 of 362

1     process and encapsulate it in what we call a
2     graphical user interface.
3                     It -- you can -- you can modify
4     the input files through the GMS interface,
5     for example, save the modified files, run --
6     and then GMS will then launch MODFLOW and/or
7     MT3D, and then they generate a set of output
8     files which are ingested to GMS for -- for
9     visualization plotting.
10         Q.      And you and Mr. Davis developed
11    GMS for the Department of Defense; is that
12    right?
13         A.      That's correct.  We were -- it
14    was developed, yeah, in the early part of my
15    career.
16         Q.      Okay.  Turning your attention
17    back to Exhibit 6, your initial report.  And,
18    by the way, if I refer to this --
19         A.      Okay.
20         Q.      -- as your initial report, will
21    you understand what I'm saying?
22         A.      Sure.
23         Q.      Okay.  Do you agree with all of
24    the opinions and statements made in
25    Exhibit 6?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 64 of 362

```
 1          A.      Yes.
 2          Q.      And then I'd appreciate it if
 3    you could turn to the back, because I've
 4    appended your materials considered list.
 5                  So is this a fair and accurate
 6    copy of your initial report and materials
 7    considered list?
 8          A.      Yes.
 9          Q.      Okay.  Thank you, Dr. Jones.
10    You can put that to the side.
11                  I'm now going to hand you what
12    will be marked for identification as
13    Exhibit 7.
14    (Exhibit 7 was marked for identification.)
15                  MS. BOLTON:  For the record, a
16          revised copy of this materials list,
17          it was served after this initial one.
18                  MR. ANTONUCCI:  For the
19          rebuttal report?
20                  MS. BOLTON:  No.  This is the
21          October 2024 report, so for the
22          initial report.
23                  MR. ANTONUCCI:  Okay.
24                  MS. BAUGHMAN:  Do you want us
25          to send that to you so that you can
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 65 of 362

1          mark it or?

2                    MS. BOLTON:  Yeah, it includes

3          all of those, plus additional.

4                    MR. ANTONUCCI:  That's right.

5          Yes, if you could send it, that would

6          be great.

7                    MS. BOLTON:  Okay.

8          Q.    BY MR. ANTONUCCI:  Okay.

9   Dr. Jones, I showed you what's been marked

10  for identification as Exhibit 7.  This is a

11  report titled "Rebuttal Report Regarding

12  Tarawa Terrace Flow and Transport Model

13  Post-Audit"; is that right?

14         A.    That's correct.

15         Q.    Is this the -- if I refer to

16  this as your rebuttal report, will you

17  understand that I'm referring to Exhibit 7?

18         A.    Yes.

19         Q.    Okay.  And, again, it looks

20  like it says "Prepared by Norman L. Jones"

21  with your signature on the front page; is

22  that right?

23         A.    Yes.

24         Q.    And, again, I appended the

25  materials considered to the end of this

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 66 of 362

```
 1    report.
 2         A.      Yes.
 3         Q.      Did you participate in the
 4    drafting of this report in the same way as
 5    with your initial report?
 6         A.      Yes.
 7         Q.      Were there any changes in how
 8    you and Mr. Davis divided labor?
 9         A.      No.
10         Q.      So it's fair to say you
11    undertook substantially the same process to
12    draft both reports?
13         A.      That's correct.
14         Q.      Do you agree with all of the
15    opinions made in Exhibit 7?
16         A.      Yes.
17         Q.      Do you hold every opinion in
18    Exhibit 6, that's your initial report, as
19    your own opinion?
20         A.      Yes.
21         Q.      Do you hold every opinion in
22    Exhibit 7, your rebuttal report, as your own
23    opinion?
24         A.      Yes.
25         Q.      Is there anything in either
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 67 of 362

1    report that you believe is incorrect or needs
2    updating?
3         A.    Well, there were some -- can
4    you clarify what you mean by that?  You mean
5    in how it's written?
6         Q.    I think you might be referring
7    to the changes that were made to the
8    post-audit --
9         A.    Correct.
10        Q.    -- in between the initial and
11   rebuttal report; is that right?
12        A.    Correct.
13        Q.    So other than those changes, is
14   there anything incorrect in either report?
15        A.    Not that I can think of.
16        Q.    Okay.  Is there anything that
17   needs to be updated in either report?
18        A.    Not that I can think of.
19        Q.    Is any portion of either report
20   incomplete?
21             MS. BAUGHMAN:  Objection.
22        Form.
23             THE WITNESS:  Not that I can
24        think of.
25        Q.    BY MR. ANTONUCCI:  Okay.  So

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 68 of 362

1    Exhibit 6 and 7, your initial and rebuttal
2    reports, do these include all of the opinions
3    you hold regarding ATSDR's groundwater flow
4    and transport models for Marine Corps Base
5    Camp Lejeune?
6                    MS. BAUGHMAN:  Objection.
7           Form.
8                    THE WITNESS:  Can you clarify
9           what you mean by that.
10          Q.    BY MR. ANTONUCCI:  Do you have
11   any opinions on ATSDR's water modeling
12   efforts at Camp Lejeune that are not
13   contained in either Exhibit 6 or Exhibit 7?
14                   MS. BAUGHMAN:  Objection.
15          Form.
16                   THE WITNESS:  Yeah, I -- I'm
17          not sure I'm comfortable saying I
18          would never have any other opinions
19          than what are contained here.
20          Q.    BY MR. ANTONUCCI:  Sure.  In
21   what sort of circumstances would -- would you
22   have a new opinion?
23                   MS. BAUGHMAN:  Objection.
24          Form.
25                   THE WITNESS:  Well, if you were

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 69 of 362

1           to ask me about specific questions
2           related to different parts of the
3           modeling that's done in Chapter A and
4           Chapter F by ATSDR, there may be
5           specific opinions about that, which
6           I'd be happy to share that it may not
7           be 100 percent included in these
8           reports.
9           Q.     BY MR. ANTONUCCI:  Do you
10   intend to offer any opinions that are not in
11   this case -- strike that.
12           Do you intend to offer any
13   opinions in this case that are not contained
14   in Exhibit 6 or Exhibit 7?
15           MS. BAUGHMAN:  Objection.
16   Form.
17           THE WITNESS:  In the context of
18           this deposition?
19           Q.     BY MR. ANTONUCCI:  I'm
20   referring to the entire case.
21           Do you intend to offer any
22   other opinions in this case that are not
23   contained in either Exhibit 6 or Exhibit 7?
24           MS. BAUGHMAN:  Objection.
25           Form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 70 of 362

```
 1              THE WITNESS:  If requested by
 2         our legal team, I would be willing to
 3         provide additional opinions.
 4         Q.    BY MR. ANTONUCCI:  As you sit
 5    here today, do you have any additional
 6    opinions about ATSDR's water modeling efforts
 7    at Camp Lejeune that are not contained in
 8    either Exhibit 6 or Exhibit 7?
 9              MS. BAUGHMAN:  Objection.
10         Form.
11              THE WITNESS:  Yes, there are
12         things about their initial report that
13         I -- I would be happy to proffer as
14         opinions in this deposition that
15         aren't necessarily contained in this
16         report.
17         Q.    BY MR. ANTONUCCI:  Okay.  Can
18    you list those for me, please.
19         A.    Well, what I'm saying is in the
20    context of -- of this discussion, there may
21    be specific features in the context of the
22    Monte Carlo simulation, the -- the confidence
23    interval, the calibration exercise that may
24    not -- I'm uncomfortable saying every opinion
25    I have is exclusively contained in this.
```

1       Q.      So -- so to be clear, then, the
2  answer is no, all of your opinions are not
3  contained in your reports?
4               MS. BAUGHMAN:  Objection.
5          Form.
6               THE WITNESS:  In the context of
7          what I just described, yes.  I'm
8          hesitant to say everything, all of my
9          opinions are here, and then later be
10         told I can't render an opinion on
11         something because I was told all of my
12         opinions are in here, if you catch my
13         drift.
14      Q.      BY MR. ANTONUCCI:  Can you
15  explain why all of your opinions aren't in
16  your report?
17      A.      These reports had a specific
18  purpose and we were asked to do a post-audit,
19  and then report the results of that.  And
20  then we were asked to respond specifically to
21  a rebuttal to our post-audit offered by
22  Mr. Spiliotopoulos.
23              And we -- so the purpose of
24  these documents, to my understanding, was
25  very specific and focused.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-6   Filed 04/29/25   Page 72 of 362

1          Q.      Dr. Jones, do you understand

2     that you've been retained as an expert in

3     this case?

4          A.      Yes.

5          Q.      Do you understand the Federal

6     Rules of Civil Procedure require you to

7     disclose a complete list of your opinions?

8                  MS. BAUGHMAN:  Objection.

9          Form.

10                 THE WITNESS:  I'm not aware of

11         that rule.

12         Q.      BY MR. ANTONUCCI:  Can you

13    provide me with a list of the opinions you

14    have that are not contained in your reports?

15         A.      I don't have a list, no.

16         Q.      Can you name a single opinion

17    you have that's not contained in your

18    reports?

19         A.      I -- I would -- I would have to

20    think about that.

21         Q.      Okay.  We'll come back to this.

22         A.      Okay.

23         Q.      If you could, please turn to

24    Page 6-1 of Exhibit 6, that's your initial

25    report.

1          A.      Sure.

2          Q.      Page 6-1 of Exhibit 6 has the

3     heading "Conclusions"; is that right?

4          A.      Correct.

5          Q.      And there's a list of five

6     categories of conclusions on this page; is

7     that right?

8          A.      Correct.

9          Q.      Is this a complete list of all

10    the conclusions from your report?

11               MS. BAUGHMAN:  Objection.

12          Form.

13               THE WITNESS:  These are the

14          conclusions from our report, yes.

15          Q.      BY MR. ANTONUCCI:  Are there

16    any conclusions from your initial report,

17    Exhibit 6, that are not contained in this

18    list?

19          A.      No.

20          Q.      Am I correct in understanding

21    that this is not a complete list of all the

22    opinions you will render in this case?

23          A.      It's a -- given the context of

24    what we're asked to do, this is a complete

25    list of the -- of the opinions relative to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 74 of 362

1    this.  And I've not been asked to formally

2    submit any additional opinions at this time.

3          Q.    Okay.  Does any part of this

4    list need to be updated?

5          A.    Not --

6                MS. BAUGHMAN:  Other than with

7          the rebuttal?  I mean, I object to the

8          form.

9                THE WITNESS:  No.

10         Q.    BY MR. ANTONUCCI:  Okay.  And

11   now as we've already discussed, you've

12   provided a rebuttal report which modified

13   some of the conclusions from Exhibit 6; is

14   that right?

15               MS. BAUGHMAN:  Object to the

16         form.

17               THE WITNESS:  No, I don't

18         believe it modified the conclusions of

19         this report.  I wouldn't state it that

20         way.

21         Q.    BY MR. ANTONUCCI:  Okay.  There

22   were errors in Exhibit 6 that you corrected

23   in Exhibit 7; is that correct?

24         A.    That's correct.

25         Q.    Okay.

1         A.      But I don't think any of those

2   errors were significant enough to change the

3   opinions rendered in the initial report.

4         Q.      I understand.

5                 So aside from those errors,

6   are -- is there anything else in Exhibit 6,

7   your initial report, sitting here today that

8   is incorrect?

9         A.      Not that I can think of.

10        Q.      Okay.  All right.  Now if you

11  could please flip to Page 1-1 of Exhibit 7,

12  that's the rebuttal report.

13        A.      Sure.

14        Q.      All right.  Page 1-1 of

15  Exhibit 7, your rebuttal report, has the

16  heading "Summary of Opinions"; is that right?

17        A.      Correct.

18        Q.      And there's a list of six

19  opinions on Page 1-1 of Exhibit 6; right?

20        A.      Correct.

21        Q.      Is this a complete list of all

22  the opinions from your rebuttal report,

23  Exhibit 7?

24                MS. BAUGHMAN:  Objection.

25        Form.

```
 1                 THE WITNESS:  Yes.
 2         Q.      BY MR. ANTONUCCI:  Do you have
 3    any opinions regarding the content of ATSDR's
 4    groundwater modeling efforts at Camp Lejeune
 5    that are not contained in this list?
 6                 MS. BAUGHMAN:  Objection.
 7         Form.  Asked and answered.
 8                 THE WITNESS:  I don't think I
 9         have any opinions that are
10         inconsistent with this list, no.
11         Q.      BY MR. ANTONUCCI:  All right.
12    Now, this is from the rebuttal report which
13    includes the corrections to your initial
14    report; is that right?
15         A.      Say that again.
16         Q.      We're looking at your rebuttal
17    report right now, and this --
18         A.      Yes.
19         Q.      -- report includes corrections
20    to your initial report; is that right?
21         A.      Correct.
22         Q.      Does any part of this report
23    need to be corrected?
24         A.      Not that I can think of.
25         Q.      Is any part of this report
```

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 77 of 362

1    incorrect?
2         A.      Not that I can think of.
3         Q.      Is there any part of this
4    report that needs to be updated?
5         A.      No.
6         Q.      You provided, I believe, three
7    lists of materials considered in this case;
8    is that right?
9         A.      What are you referring to?
10        Q.      So my understanding is that you
11   provided a list of materials considered with
12   your initial report, then an updated list of
13   materials considered with that same initial
14   report, and finally a list of materials
15   considered with your rebuttal report; is that
16   correct?
17        A.      That sounds correct.
18        Q.      Okay.  Does that materials
19   considered list include all of the facts,
20   data, and information you considered in
21   rendering your opinions?
22        A.      I believe so, yes.
23        Q.      Did you review any facts, data,
24   or information not listed on your materials
25   considered lists in rendering these opinions?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 78 of 362

1          A.      Not that I recall.

2          Q.      Okay.  Did you review any

3     academic texts when preparing these opinions?

4               MS. BAUGHMAN:  Objection.

5          Form.

6                  You mean other than what's on

7          the lists?

8                  Object to the form.

9                  THE WITNESS:  I don't recall.

10         Q.      BY MR. ANTONUCCI:  Are you not

11    sure if there's an academic text you've

12    referenced that aren't on your materials

13    considered list --

14              MS. BAUGHMAN:  Objection.

15         Q.      BY MR. ANTONUCCI:  -- or in

16    your report?

17         A.      I don't recall any other

18    references specifically considered that were

19    not cited in our report.

20         Q.      Okay.  Did you review any

21    course books or peer-reviewed articles in

22    rendering these opinions?

23                 MS. BAUGHMAN:  Object to the

24         form.

25                 You mean other than what's

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 79 of 362

1         already referenced?

2                  THE WITNESS:  I -- in the

3         process of conducting the post-audit

4         and writing the review, I cited -- I

5         believe we cited all of the materials

6         that were directly referenced as part

7         of that process.

8                  Now, were there other books and

9         articles through my career that I've

10        read that influenced this?  Probably.

11        Things we specifically cited in terms

12        of writing this that were specifically

13        relevant, I believe we cited those.

14        Q.     BY MR. ANTONUCCI:  Can you

15   think of any books or articles you've read

16   through the course of your career that may

17   have influenced your opinions?

18        A.      Oh, yeah, I would say I have

19   34 years of experience in groundwater and

20   contaminant transport modeling, and I've read

21   countless articles and books that form my

22   basis of knowledge and expertise in this

23   area.

24        Q.      Is there any that stand out?

25        A.      Not particularly.

1          Q.      Okay.  Have you reviewed or

2     otherwise considered any other expert reports

3     in this case?

4          A.      Related to the case?  I -- I've

5     reviewed the -- several other -- I've

6     reviewed the expert reports by Morris Maslia,

7     Mustafa Aral, Leonard Konikow, I believe

8     Sabatini is his name, the professor at

9     Oklahoma.

10               Those are the ones I recall off

11     the top of my head.  And then of course

12     the -- the DOJ reports that were submitted.

13          Q.      By "the DOJ reports that were

14     submitted," are you referring to the expert

15     report of Dr. Spiliotopoulos?

16          A.      Correct.

17          Q.      And the expert report of

18     Dr. Remy Hennet?

19          A.      Yes.

20          Q.      And the expert report of

21     Dr. Jay Brigham?

22          A.      Yes.

23          Q.      So you reviewed all three of

24     those?

25          A.      Yes.

1        Q.      You mentioned reviewing the
2    expert report of Morris Maslia; is that
3    correct?
4        A.      Yes.
5        Q.      Morris Maslia submitted two
6    reports in this case.  Did you review both of
7    those?
8        A.      Yes.
9        Q.      Beginning with his initial
10   report, that was the report disclosed
11   October 25th of 2024.  Do you agree with all
12   of the opinions in Mr. Maslia's report?
13              MS. BAUGHMAN:  Object to the
14        form.
15              THE WITNESS:  As far as I can
16        recall.
17       Q.      BY MR. ANTONUCCI:  And with
18   regard to Mr. Maslia's rebuttal report, that
19   was the report disclosed January 14th of
20   2025.  Do you agree with all of the opinions
21   in that report?
22              MS. BAUGHMAN:  Objection.
23        Form.
24              THE WITNESS:  Yes.
25       Q.      BY MR. ANTONUCCI:  What's your

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 82 of 362

1    opinion of Mr. Maslia?
2         A.    I think he's a -- a very
3    competent and experienced expert in the field
4    of groundwater flow and transport modeling.
5         Q.    What's his reputation in the
6    field of groundwater flow and transport
7    modeling?
8         A.    As far as I know, he's
9    respected.
10         Q.    Turning to the expert report of
11    Dr. Mustafa Aral, October 25, 2024, do you
12    agree with all of the opinions in that
13    report?
14              MS. BAUGHMAN:  Object.  Form.
15              THE WITNESS:  I believe so.  I
16         can't think of anything specific that
17         I would disagree with.
18         Q.    BY MR. ANTONUCCI:  What's your
19    opinion of Dr. Aral?
20         A.    He's a very accomplished and
21    widely respected expert in this field.
22         Q.    And do you agree with all of
23    the opinions in Dr. Sabatini's report?
24              MS. BAUGHMAN:  Objection.
25         Form.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 83 of 362

```
 1                THE WITNESS:  Yes.
 2         Q.    BY MR. ANTONUCCI:  What is your
 3    opinion of Dr. Sabatini?
 4         A.    I don't know him very well.
 5         Q.    Do you know his reputation in
 6    the field of groundwater modeling?
 7         A.    Not independent of this
 8    project.  I reviewed his resum? and his
 9    experience and it seems very impressive.
10         Q.    And did you -- did you agree
11    with the opinions stated in the expert report
12    of Dr. -- Dr. Leonard Konikow?
13                MS. BAUGHMAN:  Objection.
14         Form.
15                THE WITNESS:  Yes.
16         Q.    BY MR. ANTONUCCI:  And what's
17    your opinion of Dr. Konikow?
18         A.    Well, he's -- he's one of the
19    most widely respected experts in groundwater
20    modeling.
21         Q.    Okay.  So would you say he has
22    a generally good reputation in the field of
23    groundwater modeling?
24         A.    He has an exceptional
25    reputation.
```

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 84 of 362

1           Q.      Okay.  I'd appreciate if you
2       could turn back to Exhibit 7, and I'd like
3       for you to look at the materials considered
4       list that's at the end of Exhibit 7.
5           A.      Sure.
6           Q.      So I understand that there's a
7       sort of intermediate materials considered
8       list for your initial report.  However, this
9       is your rebuttal report; right?
10          A.      Correct.
11          Q.      Is this the final materials
12      considered list for your rebuttal report?
13          A.      These are the materials that we
14      cited specifically in writing the report.
15          Q.      Does it also include the
16      materials you considered in review -- in
17      rendering your opinions?
18          A.      No, not necessarily.  For
19      example, this -- this doesn't include the --
20      the specific list at the back doesn't include
21      the DOJ reports.
22          Q.      Okay.  Other than the DOJ
23      reports, are there any other materials you
24      considered in rendering your opinion that's
25      not included on this list?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 85 of 362

1          A.       Not that I can think of.

2          Q.       Okay.  So according to this

3     list, you considered ATSDR's Tarawa Terrace

4     Chapters A, F, and C; is that correct?

5          A.       Correct.

6          Q.       Did you review any other

7     chapters of ATSDR's Tarawa Terrace reports?

8          A.       I skimmed through some of the

9     others, but not in the same detail that I

10    read Chapters A, C, and F.

11         Q.       Do you remember which others

12    you skimmed?

13         A.       I don't recall.

14         Q.       Do you remember the subject

15    matter of the other reports that you skimmed?

16         A.       The -- I believe it may have

17    included a more detailed dive into the

18    uncertainty analysis, but I -- I can't -- I

19    couldn't specifically tell you which one.  I

20    just know I looked through the others.

21         Q.       Okay.  You remember discussion

22    of the uncertainty analysis in the other

23    reports.  Do you remember the subject matter

24    of any others?

25         A.       I'm not positive on that, but I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 86 of 362

1    believe that's the topic of one of the

2    others.  I -- I couldn't specifically cite

3    the topics of the others, yes.

4         Q.    Did you review others or just

5    the uncertainty analysis chapter?

6         A.    Like I say, I believe I skimmed

7    through all of them, but -- just to see what

8    was there, but I -- I did not do a -- as

9    thorough a reading of those chapters as I did

10   of A, C, and F.

11        Q.    Okay.  So you didn't thoroughly

12   review Chapter B: Geologic Framework of the

13   Castle-Hayne Aquifer System; correct?

14        A.    Correct.

15        Q.    You did not thoroughly review

16   Chapter E: Occurrence of Contaminants in

17   Groundwater; is that right?

18        A.    Correct.

19        Q.    You didn't thoroughly review

20   Chapter G: Simulation of Three-Dimensional

21   Multispecies Multiphase Mass Transport of

22   Tetrachloroethylene (PCE) and Associated

23   Degradation Byproducts; is that right?

24        A.    Correct.

25        Q.    You didn't closely review

1    Chapter H:  Effective Groundwater Pumping

2    Schedule Variation on Arrival of

3    Tetrachloroethylene (PCE) at Water Supply

4    Wells and Water Treatment Plants; is that

5    correct?

6           A.      Correct.

7           Q.      And you didn't thoroughly

8    consider or thoroughly review Chapter I:

9    Parameter Sensitivity, Uncertainty, and

10   Variability Associated With Model Simulations

11   of Groundwater Flow, Contaminant Fate and

12   Transport, and Distribution of Drinking

13   Water; is that right?

14          A.      I -- I believe I may have read

15   that a little more carefully than the others,

16   but certainly not to the same depth of

17   analysis as I did to the other chapters.

18               Also, Chapter A is kind of a

19   comprehensive summary, as I understand it, of

20   all of the work that was done, including what

21   was put in those other chapters.  And so I

22   felt like I had a reasonably good exposure to

23   the overall methods and processes that were

24   used and then described in more detail in

25   those chapters.

1                    But for the purpose of the
2        post-audit which we were hired to do,
3        certainly the most important chapters would
4        be A, C, and F.
5              Q.      Why are A, C, and F the most
6        important chapters for the post-audit you
7        were hired to do?
8              A.      Because A is a -- is a
9        comprehensive summary, a detailed summary of
10       the entire modeling project.  It was very
11       helpful in getting an overview of all of the
12       work that was done.
13                   Chapter C provided a very
14       detailed description of the construction and
15       calibration of the MODFLOW flow model.
16                   And Chapter F was a very
17       detailed description of the construction and
18       calibration, uncertainty analysis associated
19       with the contaminant transport model.
20                   And we were asked to, in -- in
21       conducting the post-audit, to -- to perform
22       simulations using both the flow and transport
23       model.  So they were clearly the most
24       relevant chapters for our work.
25             Q.      So you weren't asked to review

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 89 of 362

1    all of the Tarawa Terrace chapters?

2         A.      They were provided to us and,

3    you know, we -- we were -- we quickly

4    determined which chapters would be most

5    relevant.  And it's a matter of, you know,

6    where you focus your time and effort.

7         Q.      Were you provided with ATSDR's

8    reports on their water modeling efforts at

9    Hadnot Point and Holcomb Boulevard?

10        A.      Yes.

11        Q.      Did you review any of those?

12        A.      Yes.

13        Q.      Is there a particular reason

14   none of them are on your materials considered

15   list?

16        A.      Because our primary focus was

17   Tarawa Terrace in terms of the -- what we

18   were asked to do with the -- with the

19   post-audit.

20        Q.      Did you perform as close of a

21   reading on the Hadnot Point/Holcomb

22   Boulevard chapters as you did with Tarawa

23   Terrace Chapters A, C, and F?

24        A.      I wouldn't say it was as

25   equally careful because it was less relevant,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 90 of 362

```
1    but I did, as I recall, read the entire
2    report on the Hadnot Point/Holcomb Boulevard
3    report --
4           Q.    Did you --
5           A.    -- just to be familiar with the
6    overall project.
7           Q.    And you said that you read
8    those.  Did you skim through them or did you
9    read them carefully?
10          A.    I read them completely.
11          Q.    Is there a reason that you
12   skimmed through the Tarawa Terrace reports
13   but not the Hadnot Point reports?
14                MS. BAUGHMAN:  Objection to
15          form.
16                THE WITNESS:  I read through
17          the portions of the -- carefully the
18          Tarawa Terrace reports that I felt
19          were most critical for the work we
20          were asked to do.
21          Q.    BY MR. ANTONUCCI:  What about
22   the Hadnot Point reports was critical for
23   your Tarawa Terrace post-audit?
24          A.    I -- I wouldn't classify it as
25   critical.  I partially read that out of
```

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 91 of 362

1  interest.  Curious to -- to kind of see and

2  compare the work that was done there versus

3  the work that was done at Tarawa Terrace.

4      Q.    Do you have any opinions on the

5  Hadnot Point or Holcomb Boulevard chapters

6  that ATSDR published?

7              MS. BAUGHMAN:  Objection.

8      Form.

9              THE WITNESS:  A general opinion

10     that the work that was done there

11     seemed to be rigorous and followed

12     what I would consider good -- good

13     practices, sound practices.

14     Q.    BY MR. ANTONUCCI:  And -- I'm

15  sorry, go ahead.

16     A.    I can't think of anything more

17  specific than that, I would say.

18     Q.    What is that opinion based on?

19     A.    Just my reading the document

20  and my experience and the processes they

21  appeared to follow.

22     Q.    Do you have any other opinions

23  about ATSDR's Hadnot Point/Holcomb Boulevard

24  modeling efforts other than that they were

25  rigorous and followed good practices?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 92 of 362

1          A.      Not that I can think of at the
2     moment.
3          Q.      So you provided a post-audit
4     for the Tarawa Terrace models; is that right?
5          A.      Correct.
6          Q.      You did not provide a
7     post-audit for the Hadnot Point/Holcomb
8     Boulevard model; is that right?
9          A.      That's correct.
10         Q.      Why did you not provide a
11    post-audit for Hadnot Point or Holcomb
12    Boulevard?
13         A.      We were not asked to do so.
14         Q.      Okay.  Have -- are you familiar
15    with the text Modeling Groundwater Flow and
16    Contaminant Transport by Jacob Bear and
17    Alexander H.-D. Cheng?
18         A.      I've heard of it.
19         Q.      Have you ever reviewed it?
20         A.      Not carefully, no.
21         Q.      Do you have any opinion on the
22    reputation of Dr. Bear or Dr. Cheng?
23         A.      I know Dr. Bear is a
24    well-known, widely respected groundwater
25    expert.  I'm not as familiar with the other

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 93 of 362

1     author.

2          Q.     Do you consider Modeling

3     Groundwater Flow and Contaminant Transport to

4     be a reliable authority in the field of

5     groundwater modeling?

6               MS. BAUGHMAN:  Objection.

7          Form.

8               THE WITNESS:  What do you mean

9          by "authority"?

10         Q.     BY MR. ANTONUCCI:  How would

11    you define "authority"?

12              MS. BAUGHMAN:  Objection.

13         Form.  He's asked you to clarify your

14         question.

15              THE WITNESS:  I would just say

16         it's a -- it's a book in the field of

17         groundwater I'm familiar with, written

18         by a well-known groundwater expert.

19         Q.     BY MR. ANTONUCCI:  Do you

20    consider it to be a reliable book?

21              MS. BAUGHMAN:  Objection.

22         Form.

23              THE WITNESS:  I -- like I say,

24         I -- I don't -- I haven't read it.  I

25         may have skimmed it earlier in my

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 94 of 362

1         career, so I -- I don't -- I'm not

2         comfortable rendering an opinion on

3         the book.

4             Q.      BY MR. ANTONUCCI:   Okay.   Are

5    you familiar with the text Applied

6    Groundwater Modeling Simulation of Flow and

7    Advective Transport by Mary Anderson, William

8    Woessner and Randall Hunt?

9             A.      Yes.

10            Q.      My understanding is that there

11   are two editions of that text; is that right?

12            A.      That's correct.

13            Q.      1992 and 2015?

14            A.      Correct.

15            Q.      Have you reviewed both editions

16   of that text?

17            A.      Yes.

18            Q.      Did you consult that text in

19   rendering the opinions in your reports?

20            A.      Only in the basis that those

21   texts, along with hundreds if not thousands

22   of other documents, have formed my general

23   background and expertise in groundwater

24   modeling.   Not -- not specifically to the

25   point where I would feel it needs to be

1    cited, that I can recall.

2        Q.    Sure.  So you consider the

3    Anderson, Woessner, and Hunt text to be a

4    reliable authority in the field of

5    groundwater modeling?

6            MS. BAUGHMAN:  Objection.

7        Form.

8            THE WITNESS:  I believe it's

9        a -- a -- a valuable and informative

10       book in the area of groundwater

11       modeling.

12       Q.    BY MR. ANTONUCCI:  What do you

13   mean by "valuable and informative"?

14       A.    Meaning it has useful content

15   that is helpful in forming understanding of

16   groundwater modeling principles.

17       Q.    Okay.  In your experience as a

18   professor, have you ever used that text?

19       A.    I teach a graduate course on

20   groundwater modeling, and I believe there

21   were times in the past where I listed

22   Anderson, Woessner as a -- as an optional

23   textbook that -- but I haven't used it as a

24   required textbook ever.

25       Q.    Okay.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-6   Filed 04/29/25   Page 96 of 362

1           A.      That I recall.

2           Q.      Would you make an optional

3    text -- would you list an optional text on

4    your syllabus if it -- you considered it

5    unreliable?

6                   MS. BAUGHMAN:  Objection.

7           Form.

8                   THE WITNESS:  I'm not sure what

9           you mean by "unreliable."  I think

10          it's a valuable and instructive book

11          on the general concepts of groundwater

12          modeling.

13          Q.      BY MR. ANTONUCCI:  Okay.  Other

14   than listing it on your syllabus as an

15   optional text for your students, have you

16   used it in any other capacity as a professor?

17          A.      One of the things that --

18   there's a -- early in the book there's, I

19   believe, a chapter on the groundwater

20   modeling process, talks about forming

21   conceptual models or the different steps in a

22   modeling project, and if I ever refer to that

23   text I often reference that as a -- as a good

24   overview of the groundwater modeling process

25   in general.

1           When I -- when I teach my
2    course, I present it in a similar fashion.
3           Q.    Okay.  And that's because it's
4    valuable, informative, and instructive;
5    right?
6                 MS. BAUGHMAN:  Objection.
7           Form.
8                 THE WITNESS:  It's -- it's an
9           instructive textbook, yes.
10          Q.    BY MR. ANTONUCCI:  Is it
11   valuable?
12                MS. BAUGHMAN:  Objection.
13          Form.
14                THE WITNESS:  I'd consider it
15          valuable, yeah.
16          Q.    BY MR. ANTONUCCI:  Is it
17   instructive?
18          A.    It's instructive.
19                MR. ANTONUCCI:  All right.  I
20          am going to mark for identification
21          Exhibit 8.
22   (Exhibit 8 was marked for identification.)
23          Q.    BY MR. ANTONUCCI:  All right,
24   Dr. Jones, do you recognize this?
25          A.    Yes, I do.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 98 of 362

1    Q.    What is it?

2    A.    These are lecture notes used in

3    my graduate course on a Groundwater Modeling

4    CE 547.

5    Q.    Okay.  Did you create -- it

6    looks like this is a PowerPoint presentation;

7    is that right?

8    A.    Correct.

9    Q.    Did you create this yourself?

10   A.    I did.

11   Q.    Okay.  And is this a fair and

12   accurate copy of your lecture notes from your

13   graduate course in groundwater modeling?

14   A.    It appears to be, yes.

15   Q.    Okay.  I'd like for you to turn

16   to Page 2 and Slide 3.

17   A.    Yes.

18   Q.    I think this might be what you

19   were referencing earlier with regard to the

20   model development protocol from Anderson and

21   Woessner; is that correct?

22   A.    Woessner.

23   Q.    Excuse me.  Thank you.

24   A.    Yeah.

25   Q.    So --

1          A.      Excuse me.  Yes, this is
2    precisely what I was discussing earlier.
3          Q.      Okay.  So you use the Anderson
4    and Woessner text to discuss the model
5    development protocol; is that right?
6          A.      Yes.
7          Q.      Okay.  Did you adapt this flow
8    chart from the Anderson and Woessner --
9    Woessner text?
10         A.      Yes.
11         Q.      Okay.  And then sort of
12   flipping through the other sections of this
13   PowerPoint, it looks like you continue to use
14   it throughout the lecture; is that right?
15         A.      Well, the purpose of this
16   lecture is to provide an overview of the
17   model development protocol, and so the
18   different slides here are explaining each of
19   the different steps involved in the model
20   development process, and thus it relates to
21   the different items on that -- on that flow
22   diagram.
23         Q.      Is that a yes?
24         A.      Yes.
25         Q.      Okay.  Are you familiar with

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 100 of 362

1    the text Guidelines for Evaluating
2    Groundwater Flow Models by Thomas Reilly and
3    Arlen Harbaugh?
4         A.     I'm aware of that, yes.
5         Q.     Do you consider that text to be
6    a reliable authority in the field of
7    groundwater modeling?
8         A.     Again, I -- I --
9              MS. BAUGHMAN:  Object to the
10         form.
11             THE WITNESS:  I think it's a
12         helpful book.
13         Q.     BY MR. ANTONUCCI:  Okay.  How
14    about the text Calibration and Uncertainty
15    Analysis For Complex Environmental Models by
16    John Doherty; are you familiar with that?
17         A.     Yes.
18         Q.     And John Doherty is the
19    individual who developed the PEST code; is
20    that right?
21         A.     That's correct.
22         Q.     Do you consider Calibration
23    Uncertainty Analysis For Complex
24    Environmental Models to be a reliable
25    authority in groundwater modeling?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 101 of 362

1              MS. BAUGHMAN:  Object to the
2         form.
3              THE WITNESS:  I think it's a --
4         it's a good reference for calibration.
5         Q.    BY MR. ANTONUCCI:  Okay.  And
6    earlier you -- you mentioned working with
7    Dr. Prabhaker Clement on a grant or some --
8    the project at the University of Alabama; is
9    that right?
10        A.    That's correct.
11        Q.    Dr. Clement is the principal
12   investigator of that project?
13        A.    That's correct.
14        Q.    What's your opinion of
15   Dr. Clement?
16        A.    Dr. Clement and I have worked
17   together professionally since the earliest
18   days of my career.  I consider him a very
19   good researcher and also a close personal
20   friend.  And he and I are also currently
21   co-investigators on a NOAA-funded research
22   grant.
23        Q.    All right.  I'm going to sort
24   of refocus attention on the ATSDR reports
25   which you were asked to provide opinions

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 102 of 362

1     about.

2                    That's correct, that you were

3     asked to provide opinions on ATSDR's Tarawa

4     Terrace reports; right?

5                    MS. BAUGHMAN:  Object to the

6          form.

7                    THE WITNESS:  I'm not sure I

8          would phrase it that way.  We were

9          asked to conduct a post-audit and

10         render opinions relative to that

11         post-audit, and -- and that

12         involved -- I'm going to take that

13         back.

14                 Yes, we did render opinions on

15         these reports.

16         Q.    BY MR. ANTONUCCI:  Okay.  These

17    reports deal with, at a very basic level,

18    groundwater models; right?

19         A.    What do you mean by "a very

20    basic level"?

21         Q.    I don't mean to say that the

22    reports themselves are basic.  I guess I

23    should say, like, essentially they deal with

24    groundwater models; is that correct?

25         A.    That's correct.

1          Q.      Okay.  Groundwater models are
2      simplified versions of reality; right?
3          A.      That's correct.
4          Q.      And we should never expect a
5      groundwater model to perfectly reproduce
6      subsurface conditions; is that correct?
7                  MS. BAUGHMAN:  Object to the
8          form.
9                  THE WITNESS:  That's correct.
10         I would not expect any model to
11         perfectly replicate the real-world
12         system that it is meant to simulate.
13         Q.      BY MR. ANTONUCCI:  Okay.  If
14     you could please turn your attention back to
15     Exhibit 8.  That's the PowerPoint.
16         A.      Sure.
17         Q.      I'd like you to turn to
18     Slide 14.
19         A.      Yes.
20         Q.      Okay.  There are two quotes on
21     this slide; right?
22         A.      Correct.
23         Q.      The first one says "One of the
24     most insidious and nefarious properties of
25     scientific models is their tendency to take

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 104 of 362

1    over, and sometimes supplant, reality."  That

2    quote is attributed to Erwin Chargaff?

3         A.     That's correct.

4         Q.     Did I read that correctly?

5         A.     Uh-huh.

6         Q.     And that was quoted in J.J.

7    Zuckerman, The Coming Renaissance of

8    Descriptive Chemistry, Journal of Chemical

9    Education in 1986?

10              THE REPORTER:  In what year?

11              MR. ANTONUCCI:  1986.

12        Q.     Is that correct?

13        A.     Yes.

14        Q.     The next quote on the page

15   says, quote, "... all models are

16   approximations.  Essentially, all models are

17   wrong, but some are useful."  And that quote

18   is attributed to George E.P. Box.

19              Did I read that correctly?

20        A.     Correct.

21        Q.     And that's from George E.P. Box

22   and Norman R. Draper, Empirical

23   Model-Building and Response Surfaces 2007; is

24   that right?

25        A.     Correct.

1      Q.      This is the last slide of your
2  lecture.
3      A.      That's correct.
4      Q.      Why did you choose to end your
5  lecture with these quotes?
6      A.      Because it's a -- it's a fun
7  launching pad for a discussion in the class.
8  I read these quotes and I ask the students,
9  What do you think of these statements?  If
10  models are wrong, why are you taking this
11  class?
12              And that leads to a --
13  typically to a very constructive discussion
14  of what's kind of captured in Box's quote
15  there that, yeah, you should never expect a
16  model to be a perfect replication of reality;
17  however, models are extremely valuable as
18  an -- as an interpretive tool, a historical
19  reconstruction tool, and in many cases
20  they're the best and only tool we have.
21              And so, again, it's meant to
22  stimulate a discussion where I then talk
23  about the benefits of modeling, I talk about
24  all the different cases in -- in groundwater
25  management and analysis where models are

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 106 of 362

1    critical.

2        Q.    You agree that all models are

3    approximations?

4        A.    Yes.

5        Q.    You agree that all models are

6    wrong?

7                MS. BAUGHMAN:  Object to the

8        form.

9                THE WITNESS:  Wrong in the

10       sense that they're all simplifications

11       of reality.  That's the context of his

12       statement here.

13       Q.    BY MR. ANTONUCCI:  So we can't

14   expect a model to be a perfect representation

15   of reality; right?

16       A.    That's correct.

17       Q.    You can put Exhibit 8 aside

18   now.

19                So I understand that you were

20   asked to provide a post-audit of ATSDR's

21   Tarawa Terrace groundwater flow and transport

22   model; is that correct?

23       A.    Correct.

24       Q.    Were you asked to do any other

25   evaluation of ATSDR's Tarawa Terrace flow and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 107 of 362

1    transport model?

2                    MS. BAUGHMAN:  Object to the

3         form.

4                    THE WITNESS:  What do you mean

5         by "evaluation"?

6         Q.     BY MR. ANTONUCCI:  Did you do

7    anything -- strike that.

8                    Were you asked to do anything

9    other than the post-audit?

10                    MS. BAUGHMAN:  Object to the

11        form.

12                    THE WITNESS:  Jeff and I were

13        asked to perform some additional

14        simulations using the models to --

15        with respect to how the model output

16        varies as a function of retardation

17        factor.

18                    The -- the beginning simulation

19        time or the -- excuse me -- the --

20        when the contaminants were released.

21        And both of those, the results of that

22        were included in Morris Maslia's

23        rebuttal report.

24                    In other words, we were asked

25        to run the models and post process the

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 108 of 362

1          results and generate some of the
2          graphics that Morris then relied on in
3          his report, and then we were -- most
4          recently we -- we did an analysis
5          where we varied the reaction rate and
6          determined how sensitive the model was
7          to the reaction rate.
8          Q.     BY MR. ANTONUCCI:  Is reaction
9     rate a synonym for biodegradation rate?
10         A.     It includes the biodegradation
11    rate, yeah.
12         Q.     Are there other -- so is it
13    correct that reaction rate and biodegradation
14    rate are not the same thing?
15         A.     In general, the -- the reaction
16    rate can include any kind of decay of the
17    contaminant.  Most commonly that's a result
18    of biodegradation.
19              But, you know, in the grand
20    scope of transport modeling, for example, if
21    you're simulating a radioactive contaminant
22    then it would simulate the half-life and
23    decay of the contaminant.
24         Q.     So you performed a sensitivity
25    analysis varying the --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 109 of 362

1    A.    The reaction --

2    Q.    -- reaction rate; is that

3 right?

4    A.    Correct.

5    Q.    You did not vary the

6 biodegradation rate?

7    A.    Well, the reaction rate is

8 inclusive of the biodegradation rate in this

9 case.

10    Q.    Does it include anything else?

11    A.    I -- I believe that's

12 predominantly what it's meant to represent in

13 this case.

14    Q.    Okay.  And when were you asked

15 to perform that sensitivity analysis?

16    A.    Couple of weeks ago, maybe.

17    Q.    Was it more than a month ago?

18    A.    No.

19    Q.    Was that after you had

20 disclosed your rebuttal report?

21    A.    Yes.

22    Q.    Other than the figures that you

23 created for Mr. Maslia's rebuttal report and

24 the sensitivity analysis that we've already

25 discussed, were you asked to do any other

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 110 of 362

1    evaluation of ATSDR's Tarawa Terrace
2    groundwater flow and transport model?
3          A.     No.
4          Q.     Did you review the data mining
5    techniques that ATSDR employed to generate
6    their groundwater flow and transport model?
7                MS. BAUGHMAN:  Object to the
8          form.
9                THE WITNESS:  I recall reading
10         about what Morris referred -- or what
11         was referred to as the data mining
12         process, but I'm not sure I could
13         recall specific details.
14         Q.     BY MR. ANTONUCCI:  So is it
15    fair to say you didn't thoroughly evaluate
16    the data mining process that ATSDR undertook?
17                MS. BAUGHMAN:  Object to the
18         form.
19                THE WITNESS:  I -- I reviewed
20         what was in, I believe, Chapter A --
21         A, C, and F.
22         Q.     BY MR. ANTONUCCI:  Okay.  Did
23    you review the conceptual model for the
24    Tarawa Terrace groundwater flow and transport
25    model that ATSDR created?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-6   Filed 04/29/25   Page 111 of 362

1          A.      Yes.

2          Q.      Can you describe that review,

3     please.

4          A.      Well, the -- the conceptual

5     model was described in the Chapters A, C, and

6     F, and I reviewed it as I -- in that context.

7          Q.      Did you undertake any other

8     review of the conceptual model, apart from

9     your review of the reports?

10         A.      No.

11         Q.      Did you note any flaws in the

12    conceptual model?

13         A.      I don't recall anything that

14    stood out to me as being flawed or a bad

15    assumption, no.

16         Q.      Okay.  If you had noted any

17    flaws, would you have included that in your

18    report?

19         A.      Depending on the magnitude of

20    the flaw, I suppose, yes.

21         Q.      How big would a flaw have to be

22    to be included in your report?

23         A.      Well, one of the opinions in

24    our report was the -- the methods that they

25    followed were sound and followed good

1    scientific and engineering practices and,

2    yeah, I just -- I did not find anything

3    that -- that I was -- would consider to be an

4    error in their process.

5         Q.     If you had noted a flaw in

6    ATSDR's conceptual model, do you believe that

7    recalibration of the models using the

8    post-audit data would have yielded

9    substantive changes in ATSDR's original

10   results?

11              MS. BAUGHMAN:  Object to the

12        form.  Incomplete hypothetical.

13              THE WITNESS:  Can you say that

14        again.

15        Q.     BY MR. ANTONUCCI:  Sure.

16              Suppose you had noted a flaw in

17   ATSDR's conceptual model.  Do you believe

18   that recalibration of the ATSDR models using

19   your post-audit data would have yielded

20   substantive changes in ATSDR's original

21   results and conclusions?

22              MS. BAUGHMAN:  Object to the

23        form.

24              THE WITNESS:  I think their

25        conceptual model was -- was sound and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 113 of 362

1          consistent with the hydrogeologic
2          conditions at Tarawa Terrace, and I
3          think the model was well calibrated.
4          Q.     BY MR. ANTONUCCI:  Do you have
5     any opinion about whether or not a --
6     Mr. Maslia or Dr. Aral should have reran the
7     model using your post-audit data?
8          A.     Yes.
9          Q.     What is that opinion?
10          A.     So the -- the objective of the
11     post-audit was to take the original MODFLOW
12     and MT3D models and evaluate the performance
13     of the model with additional data which was
14     not available to them at the time they built
15     the model.
16               And when they built the model,
17     they had two sets of data.  They had PCE --
18     well, they had a large set of head and flow
19     data that they used to build a
20     well-calibrated flow model, which is the
21     foundation of the transport model.
22               To calibrate the transport
23     model, they had a set of PCE concentrations,
24     I believe there were 36 at -- at different
25     points in time at monitoring well locations.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 114 of 362

1    And then they had some concentrations of

2    water at the water -- Tarawa Terrace water

3    treatment plant.

4              The objective, as I understand

5    it, the original study was to do historical

6    reconstruction of the concentration of the

7    water at the water treatment plant based on

8    the -- the migration of the plume through the

9    Tarawa Terrace aquifer.

10             And when they did their

11   calibration, the -- if you look specifically

12   at the PCE -- measured PCE -- observed PCE

13   concentrations at the observation wells,

14   there was a high bias for observed

15   concentrations in the lower range, but where

16   there was high, observed concentrations, the

17   simulated concentrations matched quite

18   closely.

19             That's significant because that

20   means that in the center of the plume where

21   the concentrations are the greatest, the

22   model did a good job predicting the

23   concentrations.

24             Now, that happens to correspond

25   to Well TT-26, which as the model showed was

1    the primary contributor of contaminated water
2    to the Tarawa Terrace water treatment plant.
3                    After they did their initial
4    calibration --
5                    INTERCOM SYSTEM:  Hi everyone.
6          Trina and her dog are in her office.
7          If you want to go over there and say
8          hi to -- to the dog and also to Trina
9          if you want, please head over there.
10         Thank you.
11                   THE WITNESS:  The -- they --
12         they -- the -- the model simulated
13         concentrations at the water treatment
14         plant matched the observed
15         concentrations at the water treatment
16         plant extremely well.
17                   So when we did our post-audit
18         work, we had an additional 318
19         measured concentrations, observed
20         concentrations.  A much richer set
21         that they didn't have in the original
22         case.
23                   So -- but what we didn't have
24         is, you know, additional
25         concentrations at the water treatment

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 116 of 362

1      plant, of course, because they stopped

2      pumping due to the contamination.

3              So when we did our post-audit,

4      we found that the -- if you look at

5      the simulated versus observed

6      concentrations from the extended

7      simulation we constructed in the

8      post-audit, there's a significant

9      amount of variance in the observed

10     concentrations.

11             And that variance caused

12     some -- some high fluctuations in the

13     area -- in the error.  However, the

14     errors seemed to be well balanced,

15     meaning the model did a good job at

16     simulating the primary trajectory of

17     the plume.

18             In fact, if you look at the

19     bias, the bias we got from the

20     extended simulation with the

21     additional data was -- was smaller

22     than the bias they had with the

23     initial concentrations at the

24     observation wells, which I believe

25     strengthens the evidence supporting

1          the accuracy of the additional model.
2                And, therefore, I -- there's no
3          reason for me to believe, based on the
4          results of the post-audit, that the
5          initial model was wrong, especially
6          when it comes to the concentrations at
7          the water treatment plant.
8                It did an excellent job and
9          there's nothing in the post-audit that
10         would warrant, I believe, that would
11         be strong evidence to say, hey,
12         there's something wrong with the
13         original model.
14    Q.    BY MR. ANTONUCCI:  Well, thank
15    you, Dr. Jones, I appreciate that.  But my
16    question was whether they should have reran
17    the model using the newly available data?
18                MS. BAUGHMAN:  Object to the
19         form.  Asked and answered.
20                THE WITNESS:  We did rerun the
21         model.  That's part of the -- that's
22         what we did in the post-audit, is we
23         ran the model.
24                Are you asking me if they
25         should have recalibrated it or if they

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 118 of 362

1          should have rerun the model?

2          Q.      BY MR. ANTONUCCI:  Should they

3     have recalibrate the model using newly

4     available data?

5          A.      We -- well, before you

6     recalibrate it, you would do an analysis

7     precisely in the fashion that we did.  You

8     would test the original model using the new

9     data.

10               And if in that process there

11    was some evidence that there was a major flaw

12    with the original model or that you would get

13    significantly different answer, then that may

14    warrant a reevaluation.  But we did not find

15    any evidence to that.

16               MR. ANTONUCCI:  Okay.  I'd like

17          to clarify for the record.  In my

18          previous question I used the term

19          "they."  I was referring to Morris

20          Maslia and Dr. Aral and their expert

21          reports.

22               All right.  I would -- I would

23          like to discuss a new document, so I

24          am going to mark for identification

25          Exhibit 9.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 119 of 362

1    (Exhibit 9 was marked for identification.)

2         Q.    BY MR. ANTONUCCI:  All right.

3    Dr. Jones, Exhibit 9 is the document titled

4    "Analyses of Groundwater Flow, Contaminant

5    Fate and Transport, and Distribution of

6    Drinking Water at Tarawa Terrace and

7    Vicinity, U.S. Marine Corps Base Camp

8    Lejeune, North Carolina: Historical

9    Reconstruction and Present-Day Conditions

10   Chapter A: Summary of Findings."

11             And for the record, this

12   document has the Bates range beginning

13   CLJA_WATERMODELING_09-0000615638 and ends

14   with the Bates number ending in 615753.

15             And when I say "Bates number,"

16   Dr. Jones, do you know what I'm referring to?

17        A.    My understanding is it's a --

18   it's a systematic way of referring to content

19   that's been submitted in litigation.

20        Q.    Right.  It's the numbers at the

21   bottom; right?

22        A.    Right.

23        Q.    Okay.  So I would appreciate if

24   you could turn to Page A48 of Exhibit 9, and

25   that page ends in Bates Number 615699.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 120 of 362

1          Okay.  So the caption
2   underneath the figure on Page A48 says
3   "Figure A21.  Sensitivity of
4   tetrachloroethylene concentration in finished
5   water at the water treatment plant to
6   variation in water-supply well operations,
7   Tarawa Terrace, U.S. Marine Corps Base Camp
8   Lejeune, North Carolina.  [PCE,
9   tetrachloroethylene; see text for discussion
10   of points A-I]."
11          You're familiar with this
12   figure; right, Dr. Jones?
13       A.    Yeah, I've seen it before.
14       Q.    This is one of the figures you
15   had tabbed in your copy of the report; right?
16       A.    No, it was not.
17       Q.    Okay.  Well, this is a graph
18   from ATSDR's sensitivity analysis of the
19   Tarawa Terrace model; isn't that right?
20       A.    Correct.
21       Q.    And this shows the change in
22   PCE concentrations in finished water based on
23   different well pumping schedules; is that
24   right?
25       A.    Correct.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 121 of 362

1      Q.      And, Dr. Jones, you're aware
2   that ATSDR used the pumping and schedule
3   optimization system tool to simulate
4   otherwise unknown supply well pumping rates;
5   right?
6      A.      Yes.
7      Q.      And in this graph, all of the
8   simulations assumed a constant mass loading
9   rate of 1,200 grams per day; is that right?
10      A.      Yes, I assume so.
11      Q.      And that constant rate of
12   1,200 grams per day is the same mass loading
13   rate that you used when conducting the
14   post-audit; right?
15      A.      Correct, we did not change the
16   model.
17      Q.      Okay.  So looking at Figure A21
18   on Page A48 of Exhibit 9, we see that all of
19   these use a mass loading start date of
20   January 1953; is that correct?
21      A.      Where are you reading that?
22      Q.      Strike that.
23              All of the -- ATSDR's model
24   assumed a PCE mass loading start date of
25   January 1953; is that right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 122 of 362

1           A.      As far as I know, yes.

2           Q.      Okay.  And that's the same mass

3   loading start date that you used in your

4   post-audit?

5           A.      Correct.

6           Q.      Okay.  So on Figure A21, that

7   blue line that's -- it's labeled A.

8                   Do you see that?

9           A.      Yes.

10          Q.      This blue line shows the

11  earliest arrival of PCE at the water

12  treatment plant under the maximum pumping

13  schedule; right?

14          A.      Correct.

15          Q.      Okay.  And so that blue line

16  shows a concentration of 0.001 micrograms per

17  liter of PCE starting just before

18  January 1955; is that right?

19          A.      That looks correct, yes.

20          Q.      Okay.  Now, there's also a red

21  line here, and that one is labeled B.

22                  Do you see that?

23          A.      Yes.

24          Q.      And that is the calibrated

25  model; right?

1        A.     Correct.

2        Q.     Okay.  That's the same -- that

3  model used the same parameters that you used

4  in your post-audit; is that right?

5        A.     Yes.

6        Q.     So that red line, the

7  calibrated model, shows a concentration of

8  0.001 micrograms per liter of PCE starting on

9  or about January 1955; right?

10       A.     Correct.

11       Q.     Okay.  Next I'd ask that you

12  look at the black line.  That one is labeled

13  C.

14       A.     Yes.

15       Q.     So this shows the late arrival

16  of PCE at the water treatment plant under the

17  Minimum Schedule Number 2; is that right?

18       A.     That looks correct.

19       Q.     Okay.  And under the Minimum

20  Schedule 2, TT-26 is operated at at least

21  25 percent capacity; right?

22       A.     Yes.

23       Q.     And that black line that's

24  line -- letter C shows a concentration of

25  0.001 micrograms per liter of PCE starting

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-6   Filed 04/29/25   Page 124 of 362

1    sometime after January 1955; right?

2         A.    Yes.

3         Q.    All right.  Now, finally

4    there's the green line, and that one is, I

5    believe, split into D and G.

6              Do you see what I'm referring

7    to?

8         A.    Yes -- well, let's see.  The

9    black -- oh, yes, the -- Well TT-26 not

10   operated January '62 to February 1976, hence

11   there's a gap, yes.

12        Q.    Okay.  So that green line, that

13   shows the arrival -- excuse me -- it shows

14   the latest arrival of PCE at the water

15   treatment plant under Minimum Schedule 1;

16   right?

17        A.    That's -- that looks correct,

18   yeah.

19        Q.    Okay.  And minimum -- Minimum

20   Schedule 1 is where Well TT-26 is not

21   operated between January of 1962 and February

22   of 1976?

23        A.    That's correct.

24        Q.    Okay.  So that green line shows

25   a concentration above 0.001 micrograms per

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 125 of 362

1    liter of PCE starting sometime between

2    January 1955 and January of 1960; right?

3            A.      Starting, yes.

4            Q.      Okay.   And then there's sort of

5    a gap where the green line is not represented

6    on the figure, and then it restarts again

7    sometime between January 1970 and

8    January 1975; is that right?

9            A.      Yes.

10           Q.      Okay.   So in general, that blue

11   line, that shows the highest PCE

12   concentrations over time; right?

13           A.      Yes.

14           Q.      Then that red line there, that

15   shows the next highest PCE concentrations

16   over time; right?

17           A.      Yes.

18           Q.      Then the black line shows the

19   next highest PCE concentrations over time?

20           A.      Yeah, I think that's fair.

21           Q.      Okay.   And, finally, that green

22   line shows the lowest PCE concentrations over

23   time; right?

24           A.      Correct.

25           Q.      Okay.   So the arrival of PCE at

1    the water treatment plant is dependent on

2    when PCE contamination arrived at the supply

3    wells; right?

4          A.    Can you say that again.

5          Q.    Of course.

6                The arrival of PCE at the water

7    treatment plant is dependent on when PCE

8    contamination arrived at the supply wells;

9    right?

10         A.    Correct.

11         Q.    The concentration of PCE

12   simulated by the model is dependent on when

13   PCE contamination arrived at the supply

14   wells; right?

15         A.    The concentration at the

16   treatment plant.  You said -- I'm sorry, can

17   you state that one more time.

18         Q.    Of course.

19                The concentration of PCE

20   simulated by the model is dependent on when

21   PCE contamination arrived at the supply

22   wells; right?

23                MS. BAUGHMAN:  Object to the

24         form.

25                THE WITNESS:  Yeah, I -- I

1          think you're not clear in how you
2          formulated that question.  Do you mean
3          the concentration at the water
4          treatment plant?
5          Q.    BY MR. ANTONUCCI:  As opposed
6     to?
7          A.    You just said "the
8     concentration."
9          Q.    Sure.  Yes.  Let's say -- I'll
10    rephrase the question.
11         A.    Okay.
12         Q.    The concentration of PCE
13    simulated by the model at the water treatment
14    plant is dependent on when PCE contamination
15    arrived at the supply wells; right?
16         A.    Correct.
17         Q.    Okay.  And to be clear, the
18    contamination at the water treatment plant
19    was assumed to be the same level at the tap
20    in consumer's homes; right?
21         A.    Would you state that again.
22         Q.    Sure.
23              The ATSDR assumed that
24    contaminations of PCE at the water treatment
25    plant were the same as those after the water

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 128 of 362

1    had gone through the water distribution
2    system and was at the point of use by the
3    consumer; is that right?
4         A.    Yeah, I'm not sure on that.
5         Q.    Do you know if -- I mean,
6    should there be a different contamination
7    concentration at the water treatment plant
8    versus at the tap?
9         A.    I know that one of the areas
10   that's been debated in the -- in the
11   rebuttals and the expert report is how much
12   the concentration changes through the water
13   treatment process, and I know that was
14   reviewed by the expert panel and others.
15              I'm generally familiar with
16   that discussion that that volatilization
17   issue was addressed by Sabatini.  That is not
18   my area of expertise.
19              I will say that what the model
20   simulates is the water that would be pumped,
21   the concentration of the water as it's pumped
22   out of the aquifer, that's what -- the model
23   does not inherently explicitly include the
24   treatment process as part of the model.
25        Q.    Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 129 of 362

1          A.      It's simply how the
2     contaminants move through the aquifer through
3     the wells.
4          Q.      Do you agree that there would
5     be losses of contamination to volatilization
6     during the treatment process?
7                    MS. BAUGHMAN:  Object to the
8          form.
9                    THE WITNESS:  That is not my
10         area of expertise.
11         Q.      BY MR. ANTONUCCI:  Okay.
12    However, the model -- the model doesn't take
13    that into account --
14                   MS. BAUGHMAN:  Object to the
15         form.
16         Q.      BY MR. ANTONUCCI:  -- correct?
17         A.      The model does not explicitly
18    simulate volatilization.
19         Q.      Does the model implicitly
20    simulate volatilization?
21         A.      It potentially could.
22         Q.      Can you please elaborate.
23         A.      Sure.  Suppose that the
24    concentrations used to calibrate the model
25    were concentrations taken from treated water.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 130 of 362

1   If the model is then calibrated to predict
2   accurate concentrations at the water
3   treatment plant based on observed
4   concentrations of treated water, then you
5   could argue that it implicitly includes the
6   effects of any volatilization.
7           Q.      Did the model calibrate to
8   treated water samples?
9           A.      I know some of the samples --
10  from what I've read, it's believed some of
11  the samples may have been post-treated water,
12  and -- but I don't know if there's any
13  conclusion on the majority of the samples.
14          Q.      Okay.  Well, it's fair to say
15  that concentrations of PCE at the water
16  treatment plant that's simulated by the model
17  is dependent on when PCE contamination began
18  entering the aquifer; right?
19          A.      Yeah.
20          Q.      Based on your review of the
21  reports, is it your understanding that ATSDR
22  assumed PCE contaminants started leaking when
23  ABC Cleaner started operating in 1953?
24          A.      Yes.
25          Q.      Hypothetically, if ABC Cleaners

Golkow Technologies,
877-370-3377                A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 131 of 362

1    opened later than 1953, would that impact the

2    arrival time of contaminants at the water

3    treatment well?

4            A.      It would --

5                    MS. BAUGHMAN:  Object to the

6            form.  Incomplete hypothetical.

7                    Go ahead.

8                    THE WITNESS:  It makes a small

9            difference in the concentrations at

10           the water treatment plant.

11           Q.      BY MR. ANTONUCCI:  Okay.  So

12   let's say that the --

13                   MS. BAUGHMAN:  Were you

14           finished answering?

15                   THE WITNESS:  Let me clarify.

16                   I know some different dates

17           have been proposed, argued by the DOJ

18           experts as a more accurate start date.

19                   Having run the model at both

20           start dates, I -- I believe that the

21           differing start dates as proposed by

22           the DOJ experts does not make a

23           substantial difference in the

24           concentrations that are simulated at

25           the water treatment plant.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 132 of 362

1    Q.    BY MR. ANTONUCCI:  Okay.  So it
2    doesn't make a substantial difference; right?
3    A.    No, that was part of Morris
4    Maslia's rebuttal report.
5    Q.    Is that a yes?
6    A.    Yes.
7    Q.    Okay.  Does it make any
8    difference?
9    A.    It makes some difference.
10   Q.    Okay.  Hypothetically, let's
11   ignore the start dates proposed by differing
12   experts.
13   A.    Okay.
14   Q.    Let's say that the
15   contamination began in 1970.  How big of a
16   difference would that make?
17           MS. BAUGHMAN:  Object to the
18       form.
19           THE WITNESS:  If the
20       contamination started in 1970 --
21   Q.    BY MR. ANTONUCCI:  Let's say --
22   what would the impact on 1981 data be?
23           MS. BAUGHMAN:  Object to the
24       form.  Are you asking in terms --
25       wait, in 1981?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 133 of 362

1          Are you asking in terms of the
2     concentration or the arrival time?  I
3     object to the form.  I don't
4     understand the question.
5               THE WITNESS:  So if --
6               MS. BAUGHMAN:  It's also
7     outside the scope.
8               THE WITNESS:  If the
9     contamination was not released until
10    1970, and that was simulated in the
11    model, yeah, I would suspect that
12    would lead to a much more significant
13    difference in the results.
14        Q.    BY MR. ANTONUCCI:  Okay.  If
15   you were to -- to dispose of dry cleaning
16   solvents improperly -- which I know you never
17   would -- they would be -- you would -- let's
18   assume you would dump them on the ground.
19             Do you understand where my
20   hypothetical is so far?
21        A.    Okay, yeah, sure.
22        Q.    If you were to just pour dry
23   cleaning solvents on the ground outside,
24   would the PCE from that solvent enter the
25   aquifer immediately?

Golkow Technologies,
A Veritext Division
877-370-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 134 of 362

1          MS. BAUGHMAN:  Object to the
2      form.   Incomplete hypothetical.
3      Foundation.
4          THE WITNESS:  Immediately, no.
5      Q.     BY MR. ANTONUCCI:  Okay.  Can
6   you elaborate?
7      A.     Well, if you -- for example, if
8   you had a really high water table, the water
9   table's close to the surface, it would enter
10  it very rapidly.  Or if you had highly
11  permeable materials between the ground
12  surface and the aquifer, that contamination,
13  again, could happen very rapidly, so it's --
14  depends on the context.
15     Q.     Sure.  I guess is the inverse
16  true?  If you had a low water table or low
17  permeability materials?
18         MS. BAUGHMAN:  Object to the
19     form.
20         THE WITNESS:  There are
21     conditions where it would take longer
22     to get to the groundwater, yes, if
23     it's starting at the ground surface.
24     Q.     BY MR. ANTONUCCI:  Okay.  So
25  from the ground surface to the aquifer it has

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 135 of 362

1    to travel through something; right?

2         A.    Yeah.

3         Q.    And that takes time, depending

4    on different conditions; right?

5         A.    Yeah, another factor is the

6    precipitation.  How -- and snow melt,

7    precipitation, how much water is -- is

8    traveling through -- we call that the vadose

9    zone between the ground surface and the water

10   table.

11              And, you know, there are

12   conditions that are a variety of conditions

13   that would impact the -- the -- the rate of

14   transport from the ground surface to the

15   aquifer.

16        Q.    Okay.  Does MT3DMS model

17   contaminant transport through the vadose

18   zone?

19        A.    No.

20        Q.    Does TechFlowMP?

21        A.    I believe it does, yes.

22        Q.    And then for my own

23   understanding, the vadose zone and the

24   unsaturated zone, are those the same concept?

25        A.    Yeah, same thing.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 136 of 362

1          Q.      If -- if the DOJ experts are
2     correct, would you agree that it makes a
3     substantial difference for calculating
4     exposure to someone at Tarawa Terrace prior
5     to DOJ's start but after ATSDR's mass loading
6     start?
7                    MS. BAUGHMAN:  Object to the
8          form.
9                    THE WITNESS:  I don't
10         understand the question.
11         Q.      BY MR. ANTONUCCI:  Not sure I
12    do either.
13                   So say the true start date of
14    contaminant mass loading at Tarawa Terrace is
15    sometime between when ATSDR said it started
16    and when DOJ said it started.
17                   You on board?
18         A.      So January '53 is when ATSDR
19    said it started.  To my understanding the DOJ
20    said maybe June '54 or July '54?  Does that
21    sound right?
22         Q.      Sounds about right.
23         A.      Okay.
24         Q.      Sometime in between there.
25         A.      Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 137 of 362

1      Q.      If that was when mass loading
2   started, would it make a substantial
3   difference for calculating exposure for
4   someone who was at Tarawa Terrace?
5              MS. BAUGHMAN:  Object to the
6         form.
7              THE WITNESS:  Your question is
8         not -- you said "if that is when."  We
9         just talked about two different dates
10        or -- can you restate the question?
11     Q.      BY MR. ANTONUCCI:  Sure.
12             Let's say contaminant mass
13   loading started in December 1953.  Would --
14     A.      One year later, roughly, yeah.
15     Q.      Would that make a substantial
16   difference for calculating exposure to
17   someone at Tarawa Terrace?
18             MS. BAUGHMAN:  Object to the
19        form.
20             THE WITNESS:  No, I think one
21        of the dates that we simulated may
22        have been January 1954, which is one
23        month off from that, and kind of
24        between the January '53 and July '54
25        dates and, no, none of those changes

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 138 of 362

1         in the date made a substantial
2         difference in the concentration of the
3         water at Well TT-26 or in the
4         concentration of the water at the
5         Tarawa Terrace water treatment plant
6         over the majority of the time frame.
7         Q.    BY MR. ANTONUCCI:  Okay.  How
8    far apart were the simulated concentrations
9    from this experiment that you did for
10   Mr. Maslia's report?
11             MS. BAUGHMAN:  Object to the
12        form.
13             THE WITNESS:  Well, if -- if
14        you have the copy of the Maslia
15        rebuttal I could -- we could look at
16        the graph.
17             MR. ANTONUCCI:  Okay.
18             THE WITNESS:  It -- in my
19        opinion, there -- there was a minor
20        difference through a majority of the
21        simulation period.
22        Q.    BY MR. ANTONUCCI:  Were there
23   major differences at any time in the
24   simulation period?
25             MS. BAUGHMAN:  Object to the

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 139 of 362

1    form.

2              THE WITNESS:  Not that I would

3         consider significant.  There was -- if

4         you -- during the very early years,

5         there was maybe a larger gap between

6         the curves, but that is where the

7         concentrations are really low.

8              And once the -- you get a few

9         years later where the concentrations

10        are higher, those curves -- the

11        distance between those curves narrowed

12        significantly and through most of the

13        period from, you know, '60s, '70s,

14        through the '80s, there's very little

15        difference.

16        Q.    BY MR. ANTONUCCI:  Do you

17   recall the magnitude of the difference at any

18   time?

19              MS. BAUGHMAN:  Object to the

20        form.

21              THE WITNESS:  Numerical

22        magnitude, no.

23        Q.    BY MR. ANTONUCCI:  What

24   numerical magnitude would you consider

25   significant?

1           MS. BAUGHMAN:  Object to the
2      form.
3           THE WITNESS:  That depends on
4      the context.
5      Q.    BY MR. ANTONUCCI:  What -- what
6  numerical difference would you consider
7  minor?
8      A.    Depends on the context.
9      Q.    What would impact your
10  consideration there?
11      A.    Well, for example, in this case
12  for the majority of the range the -- the
13  concentrations are at a very high rate well
14  over the MCL level of five.
15           And qualitatively looking at
16  that, it seemed like the model was highly
17  insensitive or relatively insensitive to
18  the -- to the start date given the start
19  dates that were considered.
20      Q.    Okay.  And earlier you
21  mentioned that the model is perhaps better at
22  calculating concentrations at TT-26 than over
23  the wider area.  Am I -- is that correct?
24           MS. BAUGHMAN:  Object to the
25      form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 141 of 362

```
1              THE WITNESS:  That's not how I
2        would characterize what I said.
3        Q.     BY MR. ANTONUCCI:  Can you
4   please repeat it for me.
5        A.     Sure.
6              MS. BAUGHMAN:  Object to the
7        form.
8              What's the question?  I
9        don't -- let's make sure there's a
10       question.
11             THE WITNESS:  Do you want me to
12       restate what I said earlier relative
13       to simulated concentrations at
14       observation wells versus -- sure.
15             As I mentioned earlier, I
16       believe the concentration data used to
17       calibrate and evaluate the performance
18       of the original flow and transport
19       model consisted of two types of data.
20             One of which was PCE
21       concentrations that were sampled at
22       observation wells; and the other is
23       a -- was a series of measured
24       concentrations at the water treatment
25       plant.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 142 of 362

1          When you have an individual
2     sample taken at an observation well,
3     it's a small amount of water from a
4     very small part of the aquifer, a
5     specific point location, and -- and it
6     has -- it's more susceptible to
7     sampling errors and -- and the impact
8     of local scale heterogeneities.
9          And when they -- when they
10    calibrated to that, they had a good
11    match where the simulated observed
12    concentrations were high, and a bias
13    where the observed concentrations were
14    low.
15         The concentrations that were
16    measured -- or that were observed at
17    the water treatment plant are
18    different because that involves the
19    collection of water from a variety of
20    wells over a period of time, and the
21    water pumped through those wells comes
22    from a -- a much broader part of the
23    aquifer than when you take a simple
24    sample.
25         And those -- the contaminant is

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 143 of 362

1         then brought in and it's mixed and
2         averaged.  And so it has much less
3         variation and sampling error than
4         you'd get with the individual error.
5              So I would consider that to be,
6         I would say, the gold standard of --
7         of data for calibrating the original
8         model.  And it matched, in my opinion,
9         the model-simulated results matched
10        those observed concentrations at the
11        water treatment plant quite well.
12        Q.     BY MR. ANTONUCCI:  Okay.
13   Before this deposition began, when speaking
14   to counsel, you used the phrase "dilution is
15   the solution to pollution"; right?
16        A.     Yeah.
17        Q.     That's kind of what we're
18   talking about here, isn't it?
19             MS. BAUGHMAN:  Object to the
20        form.
21        Q.     BY MR. ANTONUCCI:  There were
22   multiple wells, some were presumably pumping
23   clean water, some were presumably pumping
24   contaminated water, mixing and diluting at
25   the water treatment plant; right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 144 of 362

1          MS. BAUGHMAN:  Object to the
2     form.
3          THE WITNESS:  Yeah -- well, the
4     context are a little different.  We
5     were talking about dirty air being
6     blown out of the valley.
7          But when you calculate the --
8     the concentration of water at the
9     water treatment plant, you have to
10    consider the -- the pumping rate for
11    each of the supply wells to the water
12    treatment plant, and then the
13    concentration of the water coming in.
14         So there's a mixing process
15    that's represented in the equation we
16    use to come up with those
17    concentrations.
18         It weights the -- the overall
19    concentration by the product of the
20    individual concentrations and the
21    individual pumping rates.
22         So there's a mixing and, yeah,
23    there's a dilution process.  For
24    example, the -- the water coming in in
25    Well TT-26 has a higher concentration

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 145 of 362

1          than the water you measure at the
2          water treatment plant because it's
3          mixed with water from other supply
4          wells that have generally a lower
5          concentration.
6          Q.      BY MR. ANTONUCCI:  Okay.  So --
7   all right.  Thank you for answering that.
8              If you could turn to Page A2 of
9   Exhibit 9.  I think this will maybe tie up
10  what we were discussing earlier.  And that is
11  the page ending in Bates Number 615653.
12              So the footnote on this page,
13  Footnote 6 says "For this study, finished
14  drinking water is defined as groundwater that
15  has undergone treatment at a water treatment
16  plant and is delivered to a person's home.
17  The concentration of contaminants in treated
18  water at the water treatment plant is
19  considered the same as the concentrations in
20  the water delivered to a person's home.  This
21  assumption is tested and verified in the
22  Chapter J report (Sautner et al. in press
23  2007).  Hereinafter, the term 'finished
24  water' will be used."
25              Did I read that correctly?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 146 of 362

1        A.      Yes.

2        Q.      So I will represent to you that

3  Chapter J was never published.  However, a

4  draft of Chapter J was produced in this

5  litigation with the Bates Number

6  CLJA_WATERMODELING_05-22 -- excuse me --

7  212246 through 212309.

8              Have you reviewed the draft of

9  Chapter J?

10       A.      No.

11       Q.      Do you know whether any testing

12  was done to compare the concentrations of

13  contaminants delivered to the water treatment

14  system with the concentrations of

15  contaminants delivered to a person's home?

16       A.      Not that I'm aware of.

17       Q.      Okay.  Please turn to Page A13

18  of Exhibit 9.  That's the page ending in

19  Bates Number 615664.

20       A.      Got it.

21       Q.      Okay.  So there's a sort of

22  list of paragraphs on this page.  One of them

23  starts with the Number 4.

24              Do you see that?

25       A.      Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 147 of 362

1    Q.    So this says "The monthly
2    concentrations of PCE assigned to finished
3    water at the Tarawa Terrace WTP were
4    determined using a materials mass balance
5    model (simple mixing) to compute the
6    flow-weighted average concentration of PCE.
7    The model is based on the principles of
8    continuity and conservation of mass (Masters
9    1998).
10             Did I read that correctly?
11        A.    Yes.
12        Q.    Do you know what a materials
13    mass balance model is?
14        A.    I know what they're describing
15    here, yes.
16        Q.    So you agree that simple mixing
17    flow-weighted average has no calculation
18    simulating processes where contaminants are
19    lost during storage, treatment, or
20    distribution?
21        A.    That's correct.  It's simply
22    taking the -- the pumping rates and
23    concentrations of the supply wells to
24    determine what the resulting concentration of
25    the mixed water would be at the water

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 148 of 362

1    treatment plant.

2         Q.    So a simple mixing

3    flow-weighted average wouldn't explicitly

4    take into account something like sorption or

5    volatilization?

6              MS. BAUGHMAN:  Object to the

7         form.

8              THE WITNESS:  That's not what

9         it's meant to do, no.

10        Q.    BY MR. ANTONUCCI:  It's true

11   that ATSDR's Tarawa Terrace model did not

12   include a calculation simulating contaminant

13   losses during storage, treatment, or

14   distribution; right?

15        A.    Not that I'm aware of.

16        Q.    You agree that ATSDR's Tarawa

17   Terrace model simulated PCE concentrations as

18   equivalent to the mixture of water straight

19   out of the wells?

20        A.    Yes.

21        Q.    And ATSDR assumed continuity

22   and conservation of mass in its simple mixing

23   model; right?

24        A.    Yes.

25        Q.    Do you agree that some losses

1    during treatment, storage, and distribution

2    are inevitable?

3                    MS. BAUGHMAN:  Object to the

4            form.  Outside the scope.

5                    THE WITNESS:  That is not my

6            area of expertise.  I don't have an

7            opinion on that.

8                    MR. ANTONUCCI:  Okay.  I'd like

9            to break for lunch now.

10                   THE WITNESS:  Great.

11                   THE VIDEOGRAPHER:  We're off

12           the record.  The time is 12:10.

13           (The lunch break was taken from

14              12:10 p.m. until 1:13 p.m.)

15                   THE VIDEOGRAPHER:  We're back

16           on the record.  The time is 1:13.

17           This is Media Number 3.

18                   Counsel may proceed.

19           Q.    BY MR. ANTONUCCI:  All right.

20    Dr. Jones, I remind you that you are still

21    under oath.

22                   Have you discussed the

23    substance of your testimony with anyone

24    during the break?

25           A.    Only superficially.

1          Q.     Can you describe what you mean

2     by that, please.

3          A.     Hey, Norm, you're doing a good

4     job.

5          Q.     Okay.  Did you discuss it --

6     did you discuss it any further?

7          A.     No.

8          Q.     All right.  A couple of things

9     I want to circle back on from before the

10    break.  First is going to be this document,

11    which I will mark as Exhibit 10.

12      (Exhibit 10 was marked for identification.)

13               THE WITNESS:  Okay.

14         Q.     BY MR. ANTONUCCI:  All right.

15    Dr. Jones, do you know what this is?

16         A.     Yes.

17         Q.     What is it?

18         A.     It appears to be the model

19    simulation results based on varying the

20    reaction coefficient over three different

21    values, and it shows the resulting

22    concentrations at the water treatment plant

23    and at Well TT-26.

24         Q.     Okay.  What are the three

25    different values that you used to perform

1    this analysis?

2         A.      One of which was the -- the --

3    the middle line.  The red line is the .005,

4    which was what was used in the original ATSDR

5    model.  And one of those, as I understand,

6    was a .004 value that was suggested or used

7    by Faye.  And then another one was a .006

8    value, which was suggested by -- by Dr. Aral.

9         Q.      Okay.  And for all of those

10   values, those are different values of

11   reaction rates; is that right?

12        A.      Yeah, so the only thing that

13   was changed in the model was the reaction

14   rate, and then we looked at what impact that

15   had on the simulated concentrations for these

16   two outputs.

17        Q.      Okay.  And when did you perform

18   this analysis?

19        A.      A week or two ago.

20        Q.      Okay.  So there are two graphs

21   here.  I want to make sure we're looking at

22   the same one.  There's one that has a caption

23   that says "MT3DMS," "Calibrated," and

24   "TechFlowMP" in the top right.  Then there's

25   one that has the sort of legend in the middle

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 152 of 362

1    of the page; is that right?

2          A.      Top left, yeah.

3          Q.      Excuse me, thank you.

4          A.      Yep.

5          Q.      So what you just described, was

6    that the version of the document with the

7    legend in the center of the page or the left?

8          A.      So the one with the legend in

9    the center is the simulated concentrations at

10   the Tarawa Terrace water treatment plant, and

11   the one with the legend in the upper left

12   corner is the simulated concentrations at

13   Well TT-26.

14         Q.      Understood.

15                 And are the reaction rates the

16   same for the different categories in both

17   graphs?

18         A.      Yes.  Yeah, they're both based

19   on the same model results, yeah.

20         Q.      And then you also in front of

21   you should have a series of spreadsheets.

22                 Do you see those?

23         A.      Yes.

24         Q.      What -- what do these show?

25         A.      So the first column are the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 153 of 362

1    monthly dates through the simulation period,
2    and then for each month the second column
3    would be the -- the concentrations at --
4    resulting from -- well, let me back up a
5    little bit.
6              This -- I believe this
7    spreadsheet represents the concentrations at
8    the water treatment plant.
9         Q.    Dr. Jones, when you say "this
10   spreadsheet," are you referring to the one
11   with the Bates number ending in 302 or
12   document name ending in 302 up at the top?
13        A.    299.
14        Q.    299, okay.
15             All right.  I'm on the Page 1
16   of the spreadsheet with the title
17   CL_PLJ-EXPERT_DAVIS_0000000299.xlsx.  Is that
18   where you are?
19        A.    Yes.
20        Q.    And this is what you were
21   describing in your last answer?
22        A.    Yeah, so the first column or
23   the simulated concentrations resulting
24   from -- or excuse me -- the first column
25   after the date it says r00004_orig, that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 154 of 362

1    would be the concentrations resulting from
2    the simulation featuring a reaction rate of
3    .004.
4              Likewise, the next column would
5    be the results featuring a reaction rate
6    labeled as -- or corresponding to .0005.  And
7    the last column would be the results with a
8    simulation with a reaction rate of .0006.
9              In other words, it's the actual
10   numbers used to generate the plots.
11        Q.    Okay.  I will ask you to take a
12   look through CL_PLJ-PLG-EXPERT_DAVIS_299 and
13   ask if you're familiar with the data
14   contained in this spreadsheet?
15        A.    Yes, I am.  I generated it.
16        Q.    Okay.  I'm interested in the
17   difference between the values in the three
18   columns, the Robert Faye column, the ATSDR
19   column, and the Dr. Aral column.
20              If I refer to them that way, do
21   you understand what I mean?
22        A.    Yeah.
23        Q.    Okay.  What -- where is the
24   smallest discrepancy between the three data
25   points?  At what time?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 155 of 362

1    A.    The beginning.

2    Q.    Okay.  Is that because they all

3  simulate a concentration of 0 micrograms per

4  liter?

5    A.    That's partly why.

6    Q.    Okay.  Where is the largest

7  discrepancy between any two columns on this

8  spreadsheet?

9    A.    On the spreadsheet, I -- I'm

10  not sure.  If I had the spreadsheet in front

11  of me I could use an Excel function to find

12  that, but looking at the graphs, it appears

13  that the -- the -- the spread between the

14  curves increases until roughly late '60s and

15  then it stays relatively constant after that

16  in terms of the log-log plot.

17        Overall, they're -- in my

18  opinion, they're really close.  In terms of a

19  model result, this is what I would call the

20  models being highly insensitive to changes in

21  the reaction rate.

22    Q.    Did you just use the phrase

23  "log-log plot"?

24    A.    A log plot.  So that means the

25  vertical axis is based on the log of the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 156 of 362

1    concentrations.

2         Q.    Okay.  And both of these graphs

3    use a logarithmic scale for the Y axis; is

4    that right?

5         A.    That's correct.

6         Q.    You I think stated that the

7    concentrations, the spread between the

8    concentrations seems to stabilize around the

9    late '60s; is that what you said?

10        A.    Well, there's -- there's

11   actually a reason for that.

12        Q.    Okay.

13        A.    Well, there's a reason why the

14   curves are closer together in the early

15   years, and that's because, for example, the

16   TT-26 plot, this is the model simulated

17   concentrations at Well TT-26, and the source

18   of the contaminants at the ABC Cleaners is

19   some distance away from Well TT-26.

20              And so it takes time for the

21   results to get down that far.  And it's --

22   you're looking at -- there is a -- an early

23   arrival, but it's at a really small

24   concentration as a function of the dispersion

25   coefficients used in the model.

1            So just the fact -- and then
2      the Tarawa Terrace water treatment plant
3      concentrations, those are a function of
4      supply wells which are all downgradient.
5            The point being, it takes time
6      for the contaminants to reach those wells
7      after it leaves the source and, therefore,
8      there's not much spread.
9            And you can see the same
10     narrowing of the band in the -- in the
11     probabilistic -- or excuse me -- the
12     uncertainty analysis results, which is
13     results from the same phenomenon I'm
14     describing.
15        Q.    Okay.  If you could please turn
16     to Page 5 of that same spreadsheet, which has
17     the title ending in 299.xlsx.  I'm just sort
18     of looking at the bottom row.  The date is
19     February 1, 1967.
20            Do you see that?
21        A.    Yeah.
22        Q.    So it looks like under the
23     point I think 004 reaction rate, the PCE
24     concentration in micrograms per liter is
25     67.16, and then many further digits; is that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 158 of 362

1    right?

2         A.      Correct.

3         Q.      Okay.  And for the ATSDR value,

4    that's the 0.005, it's 60.37; is that right?

5         A.      Correct.

6         Q.      And for the Aral value, and

7    that's the .006, it's 54.3; right?

8         A.      Correct.

9         Q.      By my math, that's a -- in

10   terms of percentages, it's a pretty

11   widespread, don't you think?

12               MS. BAUGHMAN:  Object to the

13          form.

14               THE WITNESS:  In terms of

15          contaminant concentrations which are

16          log normally distributed, I would

17          consider that a relatively small

18          chance spread of values.

19        Q.      BY MR. ANTONUCCI:  Okay.  What

20   do you mean by contaminant concentrations are

21   log normally distributed?

22        A.      Sure.  That means there's a --

23   a statistical analysis you can run on data.

24   When a parameter is log normally distributed

25   means the values cover a very broad range of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 159 of 362

1    values over several orders of magnitude.
2                      And if you refer to the
3    rebuttal report, Exhibit 7, this is where I
4    can -- let's see.  Give me a second to find
5    the page I'm looking at.
6                      MS. BAUGHMAN:  You can use
7         these, too, if that helps.
8                      THE WITNESS:  Okay, I got it
9         right -- okay.  Figure 3 of the
10        rebuttal report.  In this case I took
11        the 318 observed PCE concentrations
12        and ran a statistical analysis to
13        generate a histogram.  And if a
14        parameter is log normally distributed,
15        you see that classic bell-shaped
16        curve.
17                      And so this clearly indicates
18        that the PCE values are log normally
19        distributed, which is very typical of
20        concentration data, and, therefore --
21        that's one of the reasons why people
22        almost always show when they plot
23        concentration data, use a log scale
24        for the concentrations.
25        Q.    BY MR. ANTONUCCI:  When you

Golkow Technologies,
A Veritext Division
877-370-3377                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 160 of 362

1    plot concentrations on a logarithmic scale

2    like you've done here --

3          A.      Yeah.

4          Q.      -- numbers that are -- what's

5    the benefit of using a logarithmic scale?

6    Can you explain that to me?

7          A.      It captures -- given that

8    there's a high variability in concentration

9    data and the fact that they are log normally

10   distributed, it is considered to be the

11   proper way to -- to show them.

12              And so, yeah, it will -- it

13   also allows you to -- one of the benefits is

14   it doesn't compress the lower part of the

15   plot.  So it allows you to get a level of

16   detail on the very small concentrations that

17   you wouldn't get in a -- in a -- in a non --

18   in a normal arithmetic scale.

19         Q.      At the higher concentrations,

20   would the lines be further apart if you had

21   used an arithmetic scale here?

22         A.      Yes.

23              MR. ANTONUCCI:  All right.  I'm

24         going to ask that you please mark

25         Exhibit 11 for identification.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 161 of 362

1    (Exhibit 11 was marked for identification.)

2         Q.     BY MR. ANTONUCCI:   Okay.

3    Dr. Jones, this is ATSDR's Analyses of

4    Groundwater Flow, Contaminant Fate and

5    Transport, and Distribution of Drinking Water

6    at Tarawa Terrace and Vicinity, U.S. Marine

7    Corps Base Camp Lejeune, North Carolina:

8    Historical Reconstruction and Present-Day

9    Conditions Chapter F:  Simulation of Fate and

10   Transport of Tetrachloroethylene (PCE).

11             Have you seen this before?

12        A.     Yes.

13        Q.     And for the record, this

14   document has the Bates range

15   CLJA_WATERMODELING_01-0000093047 through

16   93114.

17             Dr. Jones, could you please

18   turn to Page F28 of this report.  That's the

19   page with Bates number ending in 93086.

20        A.     Sure.

21        Q.     Thanks very much.

22             All right.  So I am reading on

23   the last full paragraph of Page F28.  This

24   says "The PCE concentrations at water-supply

25   Well TT-26 on September 25, 1985, and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 162 of 362

1    July 11, 1991, were 1,100 and 350 micrograms

2    per liter, respectively, and the elapsed time

3    was 2,151 days (Table F2).  Applying these

4    data to Equation 3 yields a degradation rate

5    of 0.00053 per day.  Potentiometric levels

6    shown on Figure F7 and F8 indicate that Well

7    TT-26 is located on a direct advective

8    pathway from ABC One-Hour Cleaners.  Thus,

9    PCE mass migrates downgradient toward and

10   away from Well TT-26.  To the extent

11   migration of PCE mass toward and away from

12   Well TT-26 occurred at about equal rates from

13   1985 to 1991, the compound degradation rate

14   of 0.00053 per day approximates a long-term

15   average degradation rate.  On the other hand,

16   if a significant quantity of the PCE degraded

17   in the vicinity of Well TT-26 was replaced by

18   advection, then a degradation rate computed

19   using Equation 3 is probably a minimum rate.

20              "Half-lives of PCE reported in

21   the literature range from about 360 to

22   720 days (Lucius and others 1990).  Applying

23   these half-lives to Equation 3 yields

24   first-order degradation rates ranging between

25   .001 and .002 per day, about twice to four

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 163 of 362

1    times the rate computed using concentrations

2    at water-supply Well TT-26.  An initial

3    first-order degradation rate of 0.00053 per

4    day was applied to the MT3DMS model uniformly

5    to every layer for all stress periods.  The

6    final calibrated degradation rate was 0.00050

7    per day, similarly applied."

8              Did I read that correctly?

9         A.    Yes.

10        Q.    So it seems that Robert Faye,

11   the author of this report, is saying that a

12   higher degradation rate here could be

13   warranted; is that right?

14             MS. BAUGHMAN:  Object to the

15        form.

16             THE WITNESS:  It looks to me

17        like he's -- if that's who wrote this,

18        explaining the logic that was used to

19        calculate the degradation rate that

20        was used in the model, .0005.

21        Q.    BY MR. ANTONUCCI:  Is there a

22   reason that you did not calculate -- or

23   perform sensitivity analysis using the values

24   from this portion of Chapter F?

25             MS. BAUGHMAN:  Object to the

1      form.

2              THE WITNESS:  We were asked to

3      perform an evaluation using the three

4      values specified.

5          Q.      BY MR. ANTONUCCI:  Who asked

6   you to do that?

7          A.      The legal team.

8          Q.      All right.  You can put that to

9   the side.  Thanks, Dr. Jones.

10             All right.  Dr. Jones, did you

11  review the model parameters that ATSDR

12  subjected to probabilistic analysis?

13         A.      Yes, I read a summary of their

14  probabilistic analysis.  I'm not sure I

15  remember all the details, but I did review

16  that.

17         Q.      Beyond reading the summary, did

18  you -- beyond reading the summary, did you

19  otherwise evaluate the model parameters ATSDR

20  subjected to probabilistic analysis?

21             MS. BAUGHMAN:  Object to the

22      form.

23             THE WITNESS:  No.

24         Q.      BY MR. ANTONUCCI:  You used all

25  the same model parameters in your post-audit

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 165 of 362

1    that ATSDR used in the calibrated model; is

2    that right?

3         A.    Correct.

4         Q.    Did you perform any independent

5    evaluation of the appropriateness of those

6    parameters?

7         A.    No.

8         Q.    Okay.  Dr. Jones, are you aware

9    of any critiques of ATSDR's Tarawa Terrace

10   model?

11        A.    Yes.

12        Q.    Okay.  Well, first, which

13   critiques are -- are you aware of?

14        A.    The critiques first and

15   foremost by the Department of Justice experts

16   we reviewed earlier.

17        Q.    Are you aware of any other

18   critiques of ATSDR's Tarawa Terrace model?

19        A.    I know that there was a review

20   by an NRC panel.  There was a review by a --

21   a peer review by a panel of experts.  I'm not

22   sure I would call those critiques, but

23   they're reviews.  And I'm aware of -- of a

24   paper published by Prabhaker Clement in The

25   Groundwater Journal.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 166 of 362

1        Q.      Are you familiar with critiques

2    that the Department of the Navy has made of

3    ATSDR's Tarawa Terrace model?

4        A.      Yes, I've seen reference to

5    those as well.

6        Q.      Okay.  Are you aware of any

7    other critiques of ATSDR's Tarawa Terrace

8    model?

9        A.      Not that I can think of at the

10   moment.

11              MR. ANTONUCCI:  All right.  I

12        am going to mark for exhibit -- for

13        identification Exhibit 12.

14   (Exhibit 12 was marked for identification.)

15       Q.      BY MR. ANTONUCCI:  For the

16   record, this document has the Bates range

17   CLJA_HEALTHEFFECTS-0000000479 through 517.

18              Can you look up at me,

19   Dr. Jones, after you've finished looking

20   through that.

21       A.      Sure.

22              MS. BAUGHMAN:  Did you want him

23        to read it or just flip through it?

24       Q.      BY MR. ANTONUCCI:  Dr. Jones,

25   you've mentioned you're aware of the NRC

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 167 of 362

1    critique of -- or the NRC's review of the

2    Camp Lejeune modeling done by ATSDR; is that

3    right?

4            A.      That's correct.

5            Q.      Have you read this before?

6            A.      I have skimmed through it, and

7    I can't say I've read every part of it, no.

8            Q.      You cited to this in your

9    rebuttal report, didn't you?

10           A.      Yes.

11           Q.      How did you decide which

12   portions to read carefully and which portions

13   to skim?

14           A.      I -- there were in the -- I

15   remember reading in the documents somewhere a

16   rebuttal to this from Morris Maslia, and so

17   I -- I read -- I was aware with -- of some of

18   the concepts in -- in this document and in

19   the rebuttal.

20                   And in the context of the -- of

21   the post-audit that we did, there were some

22   sections that seemed relevant to things we

23   were discussing.

24           Q.      Okay.  Dr. Jones, you agree

25   that the basis used for setting the values of

1    calibration targets was unclear for ATSDR's
2    TT model?
3            A.     Yes.
4            Q.     I ask that you turn to Page 49
5    of the Exhibit 12.
6            A.     Okay.
7            Q.     I am looking at the one, two,
8    three, fourth bullet point from the top.
9                   Do you see that?  The sentence
10   starting with "The PSOpS."
11           A.     Uh-huh.
12           Q.     This says "The PSOpS modeling
13   study is based on the premise that an
14   optimization model can be used to evaluate
15   pumping stresses.  Without site-specific
16   pumping data and water-quality data, the
17   results will be nonunique and uncertain."
18                  Did I read that correctly?
19           A.     Yes.
20           Q.     That's a correct statement,
21   isn't it?
22                  MS. BAUGHMAN:  Object to the
23           form.
24                  THE WITNESS:  I'm not familiar
25           enough with the context to say with

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 169 of 362

1          certainty whether that's a correct
2          statement or not.
3               Q.    BY MR. ANTONUCCI:  Okay.  Is
4     this one of the sections that you skimmed or
5     one of the sections you reviewed carefully?
6               A.    I don't -- I don't recall
7     reading this specific bullet point.
8               Q.    Okay.  On the next bullet point
9     down the last sentence says "The difference
10    indicates that the real system is highly
11    transient and that the model did not account
12    for temporal and spatial averaging effects."
13                    That's a correct statement,
14    Dr. Jones, isn't it?
15                    MS. BAUGHMAN:  Object to the
16          form.
17                    THE WITNESS:  I'm not willing
18          to say whether or not that's correct
19          or not.
20               Q.    BY MR. ANTONUCCI:  Why not?
21               A.    You just read one sentence at
22    the end of a paragraph, so I'm --
23               Q.    Okay.
24               A.    Asking me whether to say
25    whether it's true or not, I would need to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 170 of 362

1    explore the full context of what they're

2    describing before I could have an opinion as

3    to whether or not that's a true statement.

4         Q.    Sure.  I'll start from the

5    beginning of that bullet point there.  That's

6    the fifth from the top.

7              It says "Review of water

8    quality monitoring data indicates substantial

9    temporal variability even at a single well."

10             You agree with that statement,

11   don't you, Dr. Jones?

12        A.    Yes.

13        Q.    Okay.  "For example, the seven

14   measurements taken on Well TT-26 from January

15   to September 1985 indicates that the

16   concentrations at this well varied from 3.8

17   to 1,580 micrograms per liter (see Table

18   2-8).  The model predictions for the same

19   time frame range from 732 to 804 micrograms

20   per liter."

21             Did I read that correctly?

22        A.    Yes.

23        Q.    "The difference indicates that

24   the real system is highly transient and that

25   the model did not account for temporal and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 171 of 362

1    spatial averaging effects."

2              Did I read that correctly?

3         A.    Yes.

4         Q.    Now that you've seen the full

5    paragraph, are you willing to offer an

6    opinion about the validity of the last

7    sentence?

8              MS. BAUGHMAN:  Object to the

9         form.

10             THE WITNESS:  I'm not sure what

11        they mean by "temporal and spatial

12        averaging effects."  The fact that the

13        simulated concentrations differ from

14        the observed concentrations which vary

15        quite significantly is a phenomenon

16        that we've discussed at length in

17        our -- both our post-audit report and

18        our rebuttal document.

19             There's a -- there are very

20        good reasons why one wouldn't expect

21        an exact match between the simulated

22        and observed values and why there

23        would be much greater variance in the

24        observed values versus the simulated

25        values.

1          Q.        BY MR. ANTONUCCI:   Okay.   We'll
2     get into all of those reasons a little bit
3     later.   I'd like to continue reading.   This
4     is the second-to-last bullet point on Page 49
5     of Exhibit 12.
6                    It says "Reporting absolute
7     predicted concentrations of PCE and its
8     biodegradation byproducts in finished water
9     delivered by the Tarawa Terrace water-supply
10    system with a precision of up to five
11    significant figures without any error bounds
12    (for example, Jang and Aral [2008] report
13    concentrations of PCE at 102.10 micrograms
14    per liter, TCE at 4.33 micrograms per liter,
15    DCE at 13.75 micrograms per liter, and vinyl
16    chloride at 7.50 micrograms per liter)
17    provides an unwarranted sense of certainty.
18    Such reporting can contribute to
19    misconceptions by the public and the
20    epidemiology-research community such that
21    water-modeling efforts can produce a specific
22    value for contaminant concentration.   Posting
23    such precise point estimates for PCE, TCE,
24    DCE, and vinyl chloride concentrations on
25    public web pages (www.atsdr.cdc.gov/sites/

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 173 of 362

1    lejeune) and encouraging former Camp Lejeune
2    marines and their families to find the
3    estimated exposure concentrations of these
4    contaminants leads to a misleading perception
5    that reactive transport models can make
6    accurate predictions."
7              Dr. Jones, is it your opinion
8    that providing numbers such as the ones
9    mentioned in this paragraph without error
10   bars can provide an unwarranted sense of
11   certainty?
12             MS. BAUGHMAN:  Object to the
13        form.  Outside the scope.
14             THE WITNESS:  I think that
15        depends on the context.
16        Q.   BY MR. ANTONUCCI:  Okay.  The
17   last bullet point on this page, that's
18   Page 49 of Exhibit 12, says "In the absence
19   of data, historical reconstruction efforts
20   that use groundwater models can only provide
21   a general conceptual framework for what
22   happened at the site and why.  At best, such
23   models may be used only to estimate a range
24   of possible concentrations.  Without
25   historical geochemical data, the uncertainty

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 174 of 362

1    associated with many of the input parameters
2    (such as the biodegradation parameters) could
3    be very high.  In addition, current
4    understanding of subsurface reactive
5    transport processes is inadequate, so"
6    reactive -- excuse me -- "so transport models
7    cannot be expected to provide definitive
8    concentration estimates especially for
9    biodegradation by products."
10              Did I read that correctly?
11        A.    Yes.
12        Q.    Okay.  That's a true statement,
13   isn't it, Dr. Jones?
14              MS. BAUGHMAN:  Object to the
15         form.  That's about five statements,
16         it's not one.
17              THE WITNESS:  Yeah, well, I
18         think this, as is the case with some
19         of the reviews, may tend to
20         overestimate, overstate the absence of
21         data.  I think they did have quite a
22         bit of data to use to build the flow
23         and transport model.  Certainly enough
24         to make it a reasonable and valuable
25         model.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 175 of 362

1                    And I think they did a
2          reasonable job of simulating or
3          estimating the uncertainty in the
4          model through their Monte Carlo
5          analysis and presenting that to the
6          public in their reports.
7          Q.    BY MR. ANTONUCCI:  Do you agree
8    that in the absence of data, historical
9    reconstruction efforts that use groundwater
10   models can only provide a general conceptual
11   framework for what happened at the site and
12   why?
13                   MS. BAUGHMAN:  Object to the
14          form.
15                   THE WITNESS:  No, I don't agree
16          with that.
17          Q.    BY MR. ANTONUCCI:  Why not?
18          A.    I think it -- it's -- I --
19   where's the part you read again?
20          Q.    That's the first sentence of
21   the last bullet point on --
22          A.    Okay.
23          Q.    -- Page 49 of Exhibit 12.
24          A.    I think they can go beyond
25   providing a general conceptual framework, as

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 176 of 362

1    was done in the case here.

2                    I think what they did with the

3    historical reconstruction is a perfectly

4    valid application of groundwater and

5    contaminant transport model.

6         Q.    What's your understanding of

7    what the NRC is?

8                    MS. BAUGHMAN:  Object to the

9         form.

10                   THE WITNESS:  National Research

11        Council.  It's a -- it's part of the

12        National Academy of Sciences.

13        Q.    BY MR. ANTONUCCI:  Is the NRC a

14   well respected institution?

15                   MS. BAUGHMAN:  Object to the

16        form.

17                   THE WITNESS:  Generally it --

18        they -- they use experts in their

19        work.

20        Q.    BY MR. ANTONUCCI:  Are you

21   aware that Dr. Clement served as a reviewer

22   for this report?

23        A.    Yes.

24        Q.    Earlier you mentioned you're

25   familiar with a critique of ATSDR's water

1    modeling efforts from -- by Dr. Clement; is
2    that right?
3          A.    That's correct.
4          Q.    Do you have any opinions on
5    that article?
6          A.    I do.
7          Q.    Okay.  What are they?
8          A.    Well, as I mentioned, Professor
9    Clement is a good friend of mine and he has a
10   habit of writing thought -- thought-provoking
11   issue papers.  And he has a number of these
12   over the years that are meant to push buttons
13   and stimulate conversations.
14              He typically asks me to review
15   his draft manuscripts of his issue papers and
16   we have a lot of fun discussing the issues,
17   and he enjoys getting reactions and getting
18   people to talk about things.
19              I did not review this
20   particular article when he published it, nor
21   have we had extensive conversations about it,
22   but it certainly follows the pattern.  And if
23   you read his response to Morris' response, in
24   the opening paragraphs he does indicate that
25   one of his objectives was to stimulate

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 178 of 362

1    conversation with that.

2              That being said, when I read
3    the paper, it seemed that a lot of his
4    critiques were -- were directed at the
5    TechFlow -- use of the TechFlowMP model in
6    the modeling study. And in fact he -- I
7    recall he suggested that a better approach
8    would be to stick perhaps with MODFLOW and
9    MT3DMS, which is what we've done in this
10   study and what I think the -- you know,
11   certainly what's documented in Chapters C
12   and F.

13             And I also think he made some
14   fundamental logical errors in his critique of
15   the -- of the modeling effort.

16             For example, he stated that
17   with a hindcasting model, the farther you go
18   back in time, the greater the uncertainty.
19   And I -- I do not agree with that, because
20   probably the most certain state of this model
21   is 1953 when it started. That's a point in
22   time when you have a definitive
23   representation of what the model should look
24   like.

25             So they -- they had

1    concentration data at the water treatment
2    plant in the -- in the mid '80s.  They had
3    concentrations at the wells.  And so you
4    could argue that there's -- there's less
5    uncertain -- there's data at that point.
6                    So you're going to from a
7    state -- a known state to another known
8    state.  And so there's uncertainty along that
9    path, but you're simulating between two
10   relatively precise states.
11                   Another issue I had with the
12   model with his analysis is he pointed to
13   the -- the uncertainty band of the simulated
14   concentrations at well -- at the Tarawa
15   Terrace water treatment plant, and he looked
16   at the -- the narrow band of uncertainty in
17   the early years of the results as we were
18   discussing a little bit earlier in this
19   deposition.
20                   And he said this is wrong
21   because it implies that -- that there's no --
22   there's very little uncertainty at that point
23   in time, which is wrong.  And I believe
24   Spiliotopoulos made the same critique about
25   the narrow band there.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 180 of 362

1          And as I explained earlier,
2   there's a very important reason why the band
3   is narrow.  The -- the -- that plot shows the
4   concentrations at the water treatment plant,
5   which is derived from concentrations at
6   supply wells that are a significant distance
7   away from the source.
8          So no matter what -- no matter
9   what perturbations or variation you had in
10  the model in those early stages, you would
11  get very small concentrations downgradient
12  during the first few years.
13         So it has -- has nothing to do
14  with falsely representing the uncertainty.
15  That -- the fact that that band is narrow is
16  a natural mathematical byproduct of the -- of
17  the geometry and the -- and the physics at
18  the site.
19     Q.    Okay.  Do you have any other
20  fundamental logical errors that you'd like to
21  point out?
22     A.    No.
23     Q.    All right.  When was the last
24  time you reviewed the Clement article?
25     A.    I -- a couple of weeks ago,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 181 of 362

1    maybe.

2         Q.    And you said that you haven't

3    discussed it with Dr. Clement; is that right?

4         A.    That's correct.

5         Q.    Why not?

6         A.    I figured it would be best as

7    I'm serving as an expert on this case and

8    knowing his past involvement to -- to not

9    have that conversation.  Save it for a later

10   time.

11        Q.    You don't think he'd want to

12   engage with you in a controversial

13   discussion?

14        A.    Oh, I'm sure he would.  But I

15   don't want that to -- my personal

16   relationship with him to impact my -- my --

17   my work and my conclusions on this.

18        Q.    You mentioned that many of

19   Dr. Clement's critiques were directed at the

20   use of TechFlowMP; is that correct?

21        A.    In my reading of the article,

22   that's the -- that's the sense I got.  For

23   example, he -- one of his critiques was we

24   shouldn't use cutting-edge research -- we

25   should be careful or reluctant to use

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 182 of 362

1    cutting-edge research models developed in
2    academic institutions that haven't been
3    thoroughly vetted.  That certainly would not
4    apply to -- to MODFLOW and MT3D.
5           Q.     Understood.
6                  But is it -- is it your opinion
7    that TechFlowMP has not been thoroughly
8    vetted?
9                  MS. BAUGHMAN:  Object to the
10          form.
11                 THE WITNESS:  I don't -- I
12          don't -- I don't think it's been
13          vetted to the same degree as MODFLOW
14          or MT3D.  That doesn't mean it's not
15          a -- a -- an accurate and valuable
16          model.
17          Q.     BY MR. ANTONUCCI:  Do you have
18   any opinion on the accuracy and validity of
19   results generated using TechFlowMP?
20          A.     No.
21          Q.     You have no opinion either way?
22          A.     I haven't studied the
23   TechFlowMP results.  We focused mainly on the
24   MODFLOW and MT3DS -- MS as -- within the
25   context of the work were asked to do.  Was

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 183 of 362

1    not asked to evaluate TechFlowMP or study it.

2         Q.    Okay.  It's my understanding

3    that TechFlowMP was generated at the Georgia

4    Institute of Technology by Dr. Aral?

5         A.    That's correct.

6         Q.    Okay.  And that was done for

7    the purpose of the Camp Lejeune study; right?

8              MS. BAUGHMAN:  Object to the

9         form.  Foundation.

10              THE WITNESS:  I'm not sure what

11        it was -- if that's why it was

12        developed or not.  I'm just not -- I'm

13        not aware.

14        Q.    BY MR. ANTONUCCI:  Okay.  How

15   many other groundwater modeling projects have

16   you evaluated that use TechFlowMP?

17        A.    I don't recall seeing any

18   other.

19        Q.    This is the only one you've

20   evaluated that's used TechFlowMP?

21        A.    That's correct.

22        Q.    Okay.  How about published

23   studies, things you've reviewed in the

24   literature.  Have you seen TechFlowMP used

25   anywhere else?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 184 of 362

1        A.      Not that I recall.

2        Q.      Okay.  All right.  I would like

3    to discuss hindcasting.

4                When I say the word

5    "hindcasting," what does that mean to you?

6        A.      Using a model to look back in

7    time and characterize what happened in the

8    past in an aquifer.

9        Q.      Okay.  ATSDR's groundwater flow

10   and transport models are hindcasting models;

11   right?

12       A.      That's what they were primarily

13   developed for, yes, to do a historical

14   reconstruction is another term for

15   hindcasting.

16       Q.      So the -- would you consider

17   those terms, "historical reconstruction" and

18   "hindcasting" to be synonyms?

19       A.      Yeah.

20       Q.      Have you ever constructed a

21   historical reconstruction or hindcasting

22   model?

23       A.      Yes.

24       Q.      Okay.  I think we discussed a

25   few of those at the beginning of the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 185 of 362

1      deposition; is that right?

2             A.      Correct.

3             Q.      Are there any others that we

4      didn't already mention?

5             A.      Yeah.  One in particular, you

6      may or may not be familiar with the -- with

7      the Woburn case near Boston, Massachusetts.

8                     Early in my career I became

9      interested in that case after reading the

10     book A Civil Action and learning about the --

11     at that site they had PCE contamination in

12     the groundwater, which then traveled to some

13     municipal supply wells resulting in a cluster

14     of childhood leukemia and other things, I

15     believe, in the -- in the Woburn

16     neighborhood.

17                     And I became very interested in

18     the case and I read up on it and I contacted

19     a lot of -- I knew some of the experts who

20     had been involved in the study, such as

21     George Pinder, and I contacted a number of

22     the people who were involved and asked if

23     they had any data they could share with me.

24                     And so I collected a wide

25     variety of data on the site, which I then put

1    into a website, Woburn hydrogeologic data, or

2    something I think I called it.

3              And then as I was teaching a

4    graduate course on contaminant -- on

5    groundwater modeling, I ended up developing a

6    series of exercises where each time I teach

7    the class, we study the case and I have the

8    students build groundwater models, and then

9    take opposing sides in the case and critique

10   each other's models and -- and estimate

11   the -- whether or not the contaminant would

12   have reached the wells within a certain time

13   frame and answer questions like that.

14             I was able to travel to a

15   symposium at Harvard Law School on the case

16   and interact with a lot of the people

17   involved with it, and over the years a number

18   of other university courses have adapted this

19   same set of exercises and materials and

20   content that I developed for this particular

21   model.

22             MR. ANTONUCCI:  I'm showing you

23        what I will have marked for

24        identification as Exhibit 19.

25             THE REPORTER:  19?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 187 of 362

1              MR. ANTONUCCI:  Excuse me, 13.
2         Thank you.
3     (Exhibit 13 was marked for identification.)
4         Q.    BY MR. ANTONUCCI:  Dr. Jones,
5     do you recognize this?
6         A.    Yes, I do.
7         Q.    How do you recognize this?
8         A.    This is a part of the Woburn
9     case study that I just described to you.
10    This is one of the pieces of information that
11    I provide to my students.
12        Q.    Is this a page from the CE 547
13    website?
14        A.    Yes, it is.
15        Q.    Did you -- did you create this
16    web page?
17        A.    Yes, I did.
18        Q.    Okay.  And have you visited it
19    in the past?
20        A.    Yes.
21        Q.    Okay.  Have you read the
22    contents of this web page before?
23        A.    Yeah, I wrote this web page.
24        Q.    Okay.  And do you currently
25    remember the contents of this web page?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 188 of 362

1          A.      Yes.

2          Q.      Okay.  I'd like for you to look

3   at the italicized text in the center which

4   starts with the word "First"?

5          A.      Yes.

6          Q.      This says "First:  Had the

7   plaintiffs established by a preponderance of

8   the evidence that any of the following

9   chemicals - TCE, perc, and 1,2

10  transdichloroethylene - were disposed on the

11  Beatrice land after August 27, 1968 (in the

12  case of W.R. Grace, after October 1, 1964,

13  and the date Well G had opened), and had

14  these chemicals substantially contributed to

15  the contamination of the wells before May 22,

16  1979?"

17              Did I read that correctly?

18         A.      Yes.

19         Q.      That appears to be from the

20  jury instructions from Judge Skinner; is that

21  right?

22         A.      Yes.  And I took this from the

23  book A Civil Action published in 1995 by

24  Harr.

25         Q.      Okay.  So the question posed to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 189 of 362

1    the groundwater modeling experts at Woburn
2    was whether or not contaminants could have
3    reached the pumping wells through the
4    groundwater flow within a certain time frame;
5    is that right?
6              MS. BAUGHMAN:  Object to the
7         form.
8              THE WITNESS:  Can you state
9         that again.
10        Q.    BY MR. ANTONUCCI:  The question
11   posed to the groundwater modeling experts at
12   Woburn was whether or not contaminants could
13   have reached the pumping wells through
14   groundwater flow in a certain time frame;
15   right?
16             MS. BAUGHMAN:  Object to the
17        form.
18             THE WITNESS:  Yeah, I think
19        that's accurate.
20        Q.    BY MR. ANTONUCCI:  Okay.  Were
21   the groundwater modelers at Woburn asked to
22   determine the concentrations of contaminants
23   in the wells at different points in time for
24   determining an individual's potential
25   exposure to contaminants?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 190 of 362

 1                    MS. BAUGHMAN:  Objection.

 2          Form.  Foundation.

 3                    THE WITNESS:  I don't recall.

 4          Q.    BY MR. ANTONUCCI:  You don't

 5    know if the groundwater modelers generated a

 6    list of contaminant exposure doses?

 7          A.    As part of this initial case,

 8    I -- I'm not sure.

 9          Q.    Okay.

10          A.    I know that this -- after

11    this -- this civil action was concluded,

12    there was an extensive study by the -- by the

13    USGS, there was a model built.  It also

14    became a Superfund site and, you know, there

15    were a lot of different kinds of analyses

16    that were performed.

17                    I also became friends with a

18    professor at Ohio State University who

19    studied this extensively and did a number of

20    simulations, including calculating the

21    concentrations at the wells and then putting

22    those concentrations into a water

23    distribution model to simulate the

24    resulting -- the concentrations of water

25    delivered to different neighborhoods in

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 191 of 362

1   Woburn, and then he compared that to

2   incidents of leukemia in the children in

3   those neighborhoods who were in -- in utero

4   when they -- their mothers drank the water,

5   and found a really strong correlation.  And

6   that study was then published in Nature, the

7   journal Nature and got a lot of recognition.

8            So my point is there -- there

9   are a lot of different modeling efforts and

10  analyses associated with this case.  It's

11  been very highly studied.

12       Q.    Okay.  Specifically for the

13  question you ask your students --

14       A.    Yes.

15       Q.    -- the project you ask them to

16  recreate --

17       A.    Yes.

18       Q.    -- are they determining

19  specific concentrations of contaminants at

20  wells?

21       A.     No.  I have them focus purely

22  on travel time and whether or not the

23  contaminants -- it's more likely than not

24  that the contaminants would have reached

25  Wells G and H within the time frame

1    associated with this case.

2              Part of my objective is to --

3    is to frame a -- you know, the case study

4    around an amount of work that could

5    reasonably be done in the course of a

6    university semester.

7         Q.    Sure.  The other studies you

8    were discussing, the I think USGS and

9    others --

10        A.    Yeah.

11        Q.    -- those use a EPA net water

12   distribution system modeling software to

13   estimate the movement of contaminants through

14   the water distribution system; right?

15        A.    I don't know about the USGS.  I

16   know the study that was done at Ohio State

17   University did that.

18        Q.    Okay.  The -- the USGS study --

19   or what's -- how would you describe your

20   level of familiarity with that study?

21        A.    I know that they -- they built

22   a groundwater model.  I have copies of the

23   model.  I've looked at the model and the

24   outputs.  I looked at the boundary conditions

25   they found, the -- the conceptual model they

1    used and -- and that -- the manner in which
2    they built that model informed the guidelines
3    that I give my students to -- to recreate the
4    model each semester I -- I teach it.  We use
5    the same basic conceptual model and boundary
6    conditions used by the USGS.  And I believe
7    we may calibrate to the same data that they
8    had.
9         Q.    The USGS study did not
10   determine specific concentrations of
11   contaminants individuals in Woburn were
12   exposed to; right?
13        A.    I'm not sure.  I don't recall.
14        Q.    The USGS study bifurcated into
15   two parts; right?
16        A.    The USGS?  I'm -- not that I'm
17   aware of.
18        Q.    The USGS study first looked at
19   whether contaminants could have possibly
20   reached the wells, then whether contamination
21   from the wells would have reached certain
22   neighbors in different proportions.
23             Does that sound like your
24   understanding of the USGS study?
25             MS. BAUGHMAN:  Object to form

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 194 of 362

1          and foundation.

2                THE WITNESS:  I think you may

3          be conflating some different things

4          here.  But the -- the description in

5          this Exhibit 13 was based on the

6          evidence presented at the original

7          trial, and in that case there were

8          modeling -- a modeling expert for the

9          plaintiffs, another modeling expert to

10         defense.  They had different models

11         and argued for the merits of each, and

12         that's the -- that was bifurcated as

13         described in this -- in this issue.

14               Now, the -- the other study I

15         was talking about at Ohio State, that

16         was purely, to my knowledge, an

17         academic study.  He had a PhD student

18         that worked on that, and like me, he

19         became interested in the case and did

20         that more extensive analysis.

21               You know, one of the questions

22         in this case -- this was the late

23         '80s, early '90s at a time when our

24         understanding of chlorinated solvents

25         and their impact on health and how

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 195 of 362

1       they migrate and degrade in an aquifer
2       was not as well understood as it is
3       now, and so there -- that was one of
4       the -- that was one of the issues in
5       the case.
6               And -- and so, again, one of
7       the questions was does -- do these
8       contaminants cause the illnesses that
9       were reported in Woburn.
10              And so one of the objectives of
11      the Ohio State study was he was able
12      to take the -- recreate through the
13      model simulation the concentrations
14      that were reaching the supply wells,
15      and then the next question is once
16      they're in the supply wells, where did
17      they go, right?
18              Because -- and so the EPA net
19      model -- I believe he used EPA net --
20      it was a water distribution model
21      similar to EPA net, then simulated
22      where -- which specific neighbors and
23      houses that would go to.  And then
24      they did statistical analysis of the
25      correlation between that water

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 196 of 362

1          delivery and the incidents of

2          childhood leukemia and found a very

3          strong statistical correlation.

4          Q.     Understood.

5                 You mentioned that your

6     students use the same calibration data that

7     was available to USGS; is that right?

8          A.     That's -- I believe so.  I

9     collected my calibration -- I was also in

10    contact with some of the original experts who

11    were involved in the litigation, and so I --

12    whether my calibration data came from the

13    USGS model or theirs, I'm not positive.

14         Q.     Okay.  Regardless of where it

15    came from --

16         A.     Yeah.

17         Q.     -- can you describe that data

18    to me?

19         A.     Yeah.  It -- it is measured

20    water levels at a number of observation wells

21    in the Woburn area, and also there's a --

22    there's a river or a stream that flows

23    through the -- the valley and the -- there

24    were some measure -- and I believe this one

25    was USGS data -- measured the change in flow

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 197 of 362

1   across that -- between a gauge at the top of
2   where the model is and a gauge at the bottom
3   to determine how much water in this case was
4   gained.  There's water flowing from the
5   aquifer to the river, and the magnitude of
6   that was measured.
7              So the students calibrate the
8   MODFLOW model to the water levels at the
9   observation wells and to the stream
10  discharges.  The discharges to the streams --
11  stream.
12       Q.    Can you use the discharges to
13  the stream to determine the recharge rate of
14  the aquifer?
15       A.    Yes, it's actually really
16  helpful because based on the -- the closed
17  nature of the -- of the site, there's only
18  one source of water to the aquifer, and
19  that's through recharge.
20              And then the water leaves the
21  aquifer by being pumped out through the wells
22  that are active at the specific point in
23  time, and also through discharge to the
24  stream.
25              So, in fact, I instruct my

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 198 of 362

1  students you can actually back calculate the
2  recharge in a spreadsheet using a simple
3  water balance method using that data.
4      Q.    What time frame did the water
5  level data cover that you just discussed?
6      A.    I don't recall.  I would have
7  to go back and look and see.  But we build a
8  steady-state model.  We don't build a --
9  actually, I take that back.  I have them
10  build both a steady-state model and then they
11  have the option to make a transient model,
12  but the calibration is the steady-state
13  conditions.
14      Q.    Is that because you don't have
15  well pumping data?
16      A.    No -- well, it's partly because
17  it's -- I don't believe we had water-level
18  data over a long period of time.  And, again,
19  I have to construct the case study, it's
20  something that a set of students who are
21  brand new to groundwater modeling can do over
22  the course of a semester, so it's -- it's --
23  it's a small aquifer.  It's a contained
24  system.
25      Q.    Sure.  Do you -- do you know if

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 199 of 362

1    that data is available, the well pumping

2    data?

3         A.    Oh, so we have -- we use some

4    pumping data in -- in the case, yeah.  There

5    are four wells; there are two industrial

6    wells and then Wells G and H and the pumping

7    data's described somewhere in my website.

8         Q.    Do your students calibrate the

9    model to any contamination concentrations?

10        A.    No.

11        Q.    Were contaminant concentrations

12    available to the water modelers in the

13    lawsuit?

14        A.    Yes, I believe so.

15        Q.    Do you know roughly what time

16    period that data spanned?

17        A.    I don't recall.  I know once

18    they -- similar to the Camp Lejeune case,

19    once the chlorinated solvents were discovered

20    in the municipal wells, they -- they shut

21    down the wells and stopped pumping.

22        Q.    Okay.  So there wouldn't

23    be -- strike that.

24           I'm sorry, were you going to

25    continue?

1      A.      Well, that -- there are two
2    types of concentrations data.  There's the
3    concentration of the water coming out of the
4    well, which I know they measured that.  But
5    then I think at a later point in time they
6    went in and started sampling water at
7    monitoring wells throughout the Aberjona
8    aquifer and collected a set of concentration
9    data from that, which was then used to build
10   the models that were used in the court case.
11     Q.      Okay.  Maybe zooming out from
12   Woburn --
13     A.      Sure.
14     Q.      -- talking about groundwater
15   modeling in general.
16     A.      Sure.
17     Q.      What are the types of data that
18   are required to create a historical
19   reconstruction groundwater model?
20     A.      That depends on the context.
21     Q.      Sure.  Would you ideally have
22   precipitation data for use in creating a
23   hindcasting model?
24     A.      Ideally, yes.
25     Q.      Okay.  And that would help you

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 201 of 362

1    determine the recharge rate; is that correct?

2         A.      That does inform the recharge

3    rate, typically, yes.

4         Q.      To calibrate the groundwater

5    flow model, would you say that you need water

6    level data?

7         A.      Yes.

8         Q.      And for the flow and transport

9    model, would you say that pumping schedules

10   and pumping rates are helpful in creating a

11   hindcasting model?

12              MS. BAUGHMAN:  Object to the

13         form.

14              THE WITNESS:  I would say,

15         yeah, any of the major, significant

16         what we call stresses, sources and

17         sinks of water you'd want to

18         characterize as best you can based on

19         the data that are available to you.

20        Q.      BY MR. ANTONUCCI:  How about

21   the properties of the aquifer, like porosity

22   or other parameters similar to that, would

23   that be helpful in generating a groundwater

24   model?

25        A.      Yes.

1            MS. BAUGHMAN:  Object to the
2       form.
3            Q.    BY MR. ANTONUCCI:  Ideally,
4   where do you get information about the
5   aquifer properties from?
6            MS. BAUGHMAN:  Object to the
7       form.
8            THE WITNESS:  It depends on the
9       aquifer properties that you're talking
10      about.  One of the ways in which we
11      get hydraulic conductively, for
12      example, is you can go to the site and
13      perform pump tests where you either
14      inject water or pump water out of the
15      aquifer and watch the -- the response
16      of the aquifer, and from that you can
17      back calculate or infer the hydraulic
18      conductivity in the region surrounding
19      the well.
20           And -- but in some cases we
21      start with our -- our best estimate
22      using scientific and engineering
23      judgment and experience on the
24      parameters, and then use the feedback
25      from the calibration data to help

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 203 of 362

1          inform those results.
2                   For example, recharge is hard
3          to quantify, but once you start
4          running the model, if your recharge
5          rate is too high, the whole aquifer
6          floods and you know that's not
7          realistic; where if your recharge rate
8          is too low, your aquifer gets
9          dewatered.
10                  So there are things that you
11         can do as part of the modeling
12         exercise to help narrow down a
13         reasonable range of parameters in your
14         model.
15         Q.     BY MR. ANTONUCCI:  Okay.  I
16    would appreciate if you could please turn to
17    Exhibit 9, Page A27.
18         A.     Okay.
19         Q.     All right.  Page A27 of
20    Exhibit 9, the title of the table is "Summary
21    of model-derived values and observed data of
22    tetrachloroethylene at water-supply wells,
23    Tarawa Terrace U.S. Marine Corps Base Camp
24    Lejeune, North Carolina; is that right?
25         A.     That's correct.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 204 of 362

1          Q.     And it looks like this graph

2     shows the model-derived values versus the

3     observed data at Tarawa Terrace; is that

4     correct?

5          A.     Correct.

6          Q.     Is it your understanding that

7     this is all of the water supply well data

8     that ATSDR had available?

9          A.     I would assume so.

10          Q.     Okay.  And this is 36 data

11     points; right?

12          A.     Yes.

13          Q.     Okay.  And it looks like they

14     were taken in 1985 and 1991; correct?

15          A.     Correct.

16          Q.     Okay.  Now I'd appreciate if

17     you could turn to Exhibit 6, that's your

18     initial report.

19          A.     Okay.

20          Q.     And if you could please look at

21     Page 7 in Roman Numerals vii, it's the

22     Executive Summary.

23          A.     This is Exhibit 6?

24          Q.     Yes.

25          A.     Oh, sorry, I thought you said

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 205 of 362

1    7-I.  Okay.  Got it.

2         Q.    Okay.  I'm reading from the top

3    of Page 7, the sentence starting with the

4    word "Despite."

5         A.    Yes.

6         Q.    It says "Despite the inherent

7    challenges in simulating complex subsurface

8    conditions and dealing with incomplete data,

9    the model effectively simulates long-term

10   trends in contaminant migration."

11            Did I read that correctly?

12        A.    Yes.

13        Q.    What did you mean by "the

14   inherent challenges in simulating complex

15   subsurface conditions"?

16        A.    I think I would probably use

17   this sentence to describe just about any

18   groundwater modeling project that I've been

19   familiar with over the course of my career.

20            When we're looking at

21   groundwater models, we always have -- we're

22   dealing with something that's underground,

23   that you can't directly touch and measure,

24   and so the whole process is based on building

25   the model as best you can from the available

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 206 of 362

1    data that you have and overcoming, in a
2    reasonable fashion, the -- the lack of more
3    continuous data.
4         Q.    Okay.  And what did you mean by
5    "dealing with incomplete data"?
6         A.    What I just described.  I --
7    there -- I've never in my 34 years in this --
8    in this profession and my career encountered
9    a case where someone built a model and said,
10   By golly, we had all the data we needed for
11   this project, right?
12              You're always dealing with
13   incomplete data.  But there are standard,
14   established procedures on how to do that and
15   how to assess uncertainty in those cases and
16   how to -- again, I -- I previously -- I
17   mentioned that recharge, which is very hard
18   to measure directly.
19              And so we use indirect methods
20   to -- to pin down the -- the level of
21   recharge.  That process is used in multiple
22   ways in building models.
23              MR. ANTONUCCI:  Is this
24        Exhibit 14?
25              THE REPORTER:  Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 207 of 362

1          MR. ANTONUCCI:  Okay.  I'm
2      handing you Exhibit 14.
3   (Exhibit 14 was marked for identification.)
4          Q.    BY MR. ANTONUCCI:  Dr. Jones,
5   have you seen this before?
6          A.    It certainly looks familiar,
7   yes.
8          Q.    Where have you seen this
9   before?
10         A.    That would appear to be a
11  poster.  I believe I presented this at the
12  American Geophysical Union meeting, annual
13  meeting.
14         Q.    Could you please turn to the --
15         THE VIDEOGRAPHER:  Sorry, can
16      you...
17         Q.    BY MR. ANTONUCCI:  Could you
18  please turn to the page with the title
19  "Augmenting Sparse Groundwater Level Data
20  With Earth Observations via Machine Learning"
21  with the multiple text box -- text boxes on
22  it.
23         A.    Sure.
24         Q.    I believe that's the second
25  page.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 208 of 362

1          A.     Oh, okay, yeah.

2          Q.     If you could look at the box

3     entitled "Data Gaps"?

4          A.     Yes.

5          Q.     Here this says "Monitoring

6     wells are often samples at irregular or

7     sporadic intervals.  It is not uncommon for

8     monitoring wells to be abandoned, or to have

9     quite brief periods of record.  We may have

10    only one or two years of information from the

11    well.  How can we use machine learning to

12    best make use of what little data we have?"

13             Did I read that correctly?

14         A.     Yes.

15         Q.     So according to this poster,

16    one or two years of information from a well

17    is a brief period of record; right?

18                 MS. BAUGHMAN:  Object to the

19         form.

20                 THE WITNESS:  Depending on the

21         context.

22         Q.     BY MR. ANTONUCCI:  Okay.  Are

23    you currently researching ways to address the

24    issue of sparse groundwater level data and

25    groundwater modeling by using machine

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 209 of 362

1  learning?

2      A.      Yes, although I would

3  characterize it as the -- the primary

4  objective of the research we're doing here

5  with this algorithm is to help scientists and

6  water managers accurately determine how their

7  groundwater storage is changing over time so

8  that they can determine if their groundwater

9  resources are being used sustainably.

10              And one of the challenges in --

11  in generating a time history of aquifer

12  storage change is we have to work with water

13  levels measured at wells, and some wells have

14  a -- a -- a relatively complete record over a

15  long period of time.

16              Other wells have -- may go

17  years between measurements or have

18  measurements that only cover a short time

19  span.  And we're exploring machine learning

20  algorithms that combine the data you do have

21  with satellite data, earth observations to --

22  to intelligently infer the missing data so

23  that you can more accurately build an aquifer

24  storage versus time curve that can be used by

25  water managers to address aquifer

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 210 of 362

1    sustainability.

2         Q.    Okay.  And to be totally clear,

3    machine learning is not something that was

4    applied to ATSDR's Tarawa Terrace groundwater

5    flow or transport model; right?

6         A.    Not to my knowledge.

7         Q.    You can put that exhibit aside.

8    Thanks, Dr. Jones.

9         A.    Sure.

10        Q.    Is it fair to say that a

11   modeler's goal might be to keep a model

12   simple enough to be manageable yet complex

13   enough to be useful?

14        A.    That's a -- that's a common

15   expression we use, yes.

16        Q.    Okay.  And would you agree with

17   the phrase that one should start simple and

18   build in complexity only as needed?

19        A.    Yes, in general.

20        Q.    Okay.  That's sort of the

21   theory underpinning model parsimony; right?

22                  MS. BAUGHMAN:  Object to the

23        form.

24                  THE WITNESS:  Yeah, that's --

25        that -- model parsimony is having the

1          right level of -- the level of
2          complexity in your model warranted by
3          the purpose of the model and what it's
4          going to be used for and the -- the
5          nature of the site that you're
6          modeling.
7          Q.     BY MR. ANTONUCCI:
8     Theoretically, it's true to say that there
9     are an infinite number of combinations of
10    model parameters that will calibrate the same
11    model; right?
12               MS. BAUGHMAN:  Object to the
13         form.
14               THE WITNESS:  It depends on the
15         context.  Not in -- there are certain
16         circumstances where that could apply,
17         but it's not true as a general
18         statement.
19         Q.     BY MR. ANTONUCCI:  Okay.  What
20    is the problem of nonuniqueness in the
21    context of groundwater modeling?
22         A.     Depending on how a model is
23    built, if -- if you have -- for example, let
24    me refer back to the -- earlier I mentioned
25    that we can use stream flow data to pin down

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 212 of 362

1      our recharge value.

2                  Suppose you have an aquifer

3      where all you have are water level

4      measurements and no -- no -- no estimates on

5      discharge, and that -- that could become a

6      little more problematic in pinning down your

7      recharge value.

8                  And so there are certain

9      conditions where if a -- if the conceptual

10     model is overly simplistic or your boundary

11     conditions are not well posed, you can

12     achieve a mathematical situation where, for

13     example, you could plug in any value of

14     hydraulic conductivity and get the same heads

15     out of it.

16                 So it's something that modelers

17     need to be aware of.  It's something that I

18     teach in my groundwater modeling class.  But

19     it -- it's -- I certainly would never say

20     that for any given model there are an

21     infinite number of parameters that would

22     reasonably calibrate it.

23          Q.     It is fair to say, though, that

24     multiple sets of model input parameters could

25     calibrate to a single set of observed data;

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 213 of 362

1    right?

2              MS. BAUGHMAN:  Object to the

3         form.

4              THE WITNESS:  I -- again, it

5         depends on the context.  I wouldn't

6         say that as a general statement.

7              MR. ANTONUCCI:  I'm going to

8         introduce Exhibit 15.

9    (Exhibit 15 was marked for identification.)

10        Q.    BY MR. ANTONUCCI:  Dr. Jones,

11   you've seen this before, haven't you?

12        A.    It looks like one of my exams,

13   yes.

14        Q.    Okay.  I'll represent to you

15   that I pulled this off the website for your

16   groundwater modeling class.

17             Are you familiar with the

18   content of this exam?

19        A.    Yes, I am.

20        Q.    Okay.  You've seen it before?

21        A.    Yes.

22        Q.    And you currently know what the

23   information on this exam is; right?

24        A.    Yes.

25        Q.    Okay.  I'd like you to look at

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 214 of 362

1    Question 4, please.

2        A.    Yes.

3        Q.    It reads "(calibration) Model

4    non-uniqueness occurs when:"  Answer:  "b.

5    Multiple sets of model input parameters will

6    calibrate to a single set of observed data."

7            Did I read that correctly?

8        A.    That's correct.

9        Q.    Okay.  That means there could

10   be more than one calibrated model that fits a

11   given data set; right?

12       A.    You notice the way that's

13   phrased, "model uniqueness occurs when."

14   That -- basically there are certain

15   conditions, depending on how the model was

16   built, where the model can end up being

17   nonunique.  That doesn't mean that all models

18   are nonunique.

19       Q.    So with regard to the ATSDR

20   model, theoretically a model that sits

21   outside the uncertainty range of their model

22   could still be a good fit to the post-audit

23   data; right?

24            MS. BAUGHMAN:  Object to the

25       form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 215 of 362

1                THE WITNESS:  Say that again.
2        Q.     BY MR. ANTONUCCI:
3    Theoretically, there could be a model that
4    sits outside the uncertainty range of the
5    ATSDR model that is still a good fit to the
6    post-audit data set; right?
7                MS. BAUGHMAN:  Object to the
8         form.
9                THE WITNESS:  I'm sorry, one
10        more time.  I got to make sure I get
11        the correct answer here.
12        Q.     BY MR. ANTONUCCI:
13   Theoretically, there could be a model that
14   sits outside the uncertainty range of the
15   ATSDR model that is still a good fit to the
16   post-audit data set; right?
17               MS. BAUGHMAN:  Objection.
18        Form.
19               THE WITNESS:  Not necessarily.
20        Q.     BY MR. ANTONUCCI:  Dr. Jones,
21   is a non- --
22               MS. BAUGHMAN:  Wait.  Were you
23        finished answering?
24               THE WITNESS:  Well -- no.  So
25        from my understanding of what they did

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 216 of 362

1          is they calibrated the model and got a
2          set of parameters which best fit
3          the -- the observed heads and
4          concentrations, and then in the
5          uncertainty analysis, they perturbed
6          those over a wide range of values and
7          looked at the effect on the -- on the
8          outcome, the concentrations.  That
9          means they explored a broad range of
10         models.
11              Now, whether outside of that
12         range there could be models that --
13         that would adequately calibrate, I
14         can't say.
15         Q.    BY MR. ANTONUCCI:  Okay.  Is it
16    your opinion that the post-audit calibrated
17    model is the only model that could fit the
18    data ATSDR had?
19         A.    Well, the -- the post-audit was
20    not a calibration exercise.
21         Q.    Excuse me.  I'll re-ask my
22    question.
23              Is it your opinion that ATSDR's
24    calibrated model is the only model that could
25    fit the data ATSDR had?

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 217 of 362

1                    MS. BAUGHMAN:  Object to the
2          form.
3                    THE WITNESS:  I think it's a
4          model that reasonably and accurately
5          fits the data that they had.
6          Q.     BY MR. ANTONUCCI:  Is it the
7     only one that reasonably and accurately fits
8     the data they had?
9                    MS. BAUGHMAN:  Object to the
10         form.
11                   THE WITNESS:  I can't say.
12         Q.     BY MR. ANTONUCCI:  Why not?
13         A.     I think it's an overly
14    restrictive question.
15         Q.     Can you explain what would need
16    to change for you to be able to answer your
17    question?
18                   MS. BAUGHMAN:  Object to the
19         form.
20                   THE WITNESS:  Well, I would
21         need you to explain more what you
22         mean.  What are the circumstances that
23         you're talking about?  If you could --
24         it's a general statement.  That's why
25         I'm nervous about giving a definitive

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 218 of 362

1          answer.
2          Q.      BY MR. ANTONUCCI:  Dr. Jones,
3     is a nonunique model a useful predictive
4     tool?
5               MS. BAUGHMAN:  Object to the
6          form.
7               THE WITNESS:  A model that
8          is -- it depends on the level of
9          nonuniqueness.  I would say with every
10         model there's -- there's some
11         variability in the calibration, right?
12              It's not a yes-or-no question
13         whether or not a model is unique.
14         There are levels of uniqueness.  In
15         fact, there are actual numerical
16         analyses that you can do to analyze
17         uniqueness.
18              When I teach the calibration
19         section of my groundwater class, we
20         use the PEST model.  And one of the
21         outputs from the PEST model is a
22         number, it's a set of eigenvalues and
23         you can look at that number and
24         determine its -- it's a measure of the
25         level of uniqueness.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 219 of 362

1            So if that number is within a
2       certain range, you say there's good
3       evidence that the model is relatively
4       unique.  If it's beyond a certain
5       range, then it's evidence that there's
6       nonuniqueness at play.
7            But it's not -- that's why I'm
8       not comfortable with your question, is
9       it's not a -- it's not a black and
10      white boundary between unique and
11      nonunique models.  It's a spectrum.
12          Q.    BY MR. ANTONUCCI:  Sure.  Did
13  you evaluate the ratio of eigenvalues that
14  the calibrated model ATSDR made?
15          A.    No, I did not.
16          Q.    Why not?
17          A.    That would have required
18  running a PEST simulation.  It was -- it was
19  not within the scope of work that we were
20  asked to do.
21          Q.    Okay.  How can a modeler make a
22  model more unique?
23          A.    More data.  And it's not just
24  the amount of data, it's the types of data
25  that you have.  For example, with the ATSDR

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 220 of 362

1    model, the -- they had -- from what I, in my

2    judgment, was a pretty rich data set to -- to

3    calibrate the flow model.

4              Then for the transport model,

5    you know, the initial condition was zero

6    contaminants represents, you know, one bound.

7    And on the other end they had a combination

8    of -- of water levels -- or excuse me --

9    concentrations at the wells plus the water

10   treatment data.

11             The combination of the

12   concentrations at the water treatment plant

13   plus the concentrations simulated at the

14   observation wells, in my opinion, makes the

15   model more unique.

16             Now, I would also argue that at

17   this point in time we have another 318 point

18   observations at monitoring wells at a later

19   date, which I believe the model does a --

20   does a good job of simulating; therefore,

21   providing additional evidence for the -- for

22   the accuracy and uniqueness of the model.

23        Q.    Dr. Jones, you agree that it's

24   impossible to fully characterize and

25   incorporate all parameters and complexities

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 221 of 362

1    of a real aquifer system into a discretized

2    computer model; right?

3         A.    Correct.

4         Q.    Okay.  ATSDR had no

5    site-specific data for estimating the

6    distribution coefficient; right?

7                MS. BAUGHMAN:  Object to the

8         form and foundation.

9                THE WITNESS:  I'm not -- I

10        don't know.  Not that I'm aware of.

11        Q.    BY MR. ANTONUCCI:  Would

12   reviewing Chapter F help you remember?

13        A.    It could.

14        Q.    Okay.  I'd like you to turn to

15   Page F27.

16        A.    Let's see, exhibit -- I'm

17   getting a stack here.

18        Q.    Chapter F is Exhibit 11.

19        A.    Okay.  Okay.

20        Q.    Okay.  I am looking at the last

21   full paragraph on Page F27, starting with the

22   word "Estimates."

23        A.    Yes.

24        Q.    This says "Estimates of

25   retardation factors and distribution

1    coefficients for PCE migration within the

2    Tarawa Terrace aquifer or Castle Hayne

3    aquifer are unknown, and initial estimates

4    applied to the MT3DMS model were based on

5    literature sources."

6              Did I read that correctly?

7        A.    Yep.

8        Q.    That help you remember whether

9    they had data for the distribution

10   coefficient?

11       A.    Yes.

12             MS. BAUGHMAN:  Object.

13       Q.    BY MR. ANTONUCCI:  Okay.  Did

14   they have site-specific data to estimate the

15   distribution coefficient for the ATSDR TT

16   model?

17       A.    No.

18       Q.    Okay.  Instead, ATSDR reviewed

19   literature sources; right?

20       A.    Correct.

21             MR. ANTONUCCI:  All right.  I'd

22        like to take a break now.

23             THE VIDEOGRAPHER:  We're off

24        the record.  The time is 2:42.

25          (There was a break taken.)

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 223 of 362

 1                    THE VIDEOGRAPHER:  We're back
 2          on the record.  The time is 2:56.
 3          This is Media Number 4.
 4                    Counsel may proceed.
 5          Q.       BY MR. ANTONUCCI:  Dr. Jones,
 6    what is your understanding of how the data
 7    from ATSDR's Tarawa Terrace model was to be
 8    used?
 9                    MS. BAUGHMAN:  Objection.
10          Form.  Foundation.
11                    THE WITNESS:  So are we through
12          with this discussion on the --
13                    MR. ANTONUCCI:  Yep, you can
14          put that to the side.
15                    THE WITNESS:  Okay.  All right.
16                    MR. ANTONUCCI:  I'll ask again.
17          Q.       What is your understanding of
18    how the data from ATSDR's Tarawa Terrace
19    model was to be used?
20                    MS. BAUGHMAN:  Objection.  Form
21          and foundation.
22                    THE WITNESS:  From my
23          understanding, the primary objective
24          was to do a historical reconstruction
25          of the PCE concentrations at the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 224 of 362

1          Tarawa Terrace water treatment plant

2          between 1953 and when the plant was

3          shut down.

4          Q.     BY MR. ANTONUCCI:  Okay.  I'd

5     ask that you turn to Exhibit 9.  That's TT

6     Chapter A Page A1.

7          A.     Exhibit 2?

8          Q.     Exhibit 9.

9          A.     Did you say Chapter A?

10         Q.     Yes.  Exhibit 9 is also a copy

11    of Chapter A.

12         A.     I'm sorry.  Let me grab your

13    copy.  What page again?

14         Q.     A1.  That's the page ending in

15    Bates Number 615652.

16         A.     Okay.

17         Q.     All right.  In the column

18    underneath the word "Abstract," I'm reading

19    the third sentence starting with the word

20    "Because."

21              "Because scientific data

22    related to the harmful effects of VOCs on a

23    child or fetus are limited, the Agency for

24    Toxic Substances and Disease Registry

25    (ATSDR), an agency of the U.S. Department of

1    Health and Human Services, is conducting an
2    epidemiological study to evaluate potential
3    associations between in utero and infant (up
4    to one year of age) exposures to VOCs in
5    contaminated drinking water at Camp Lejeune
6    and specific birth defects and childhood
7    cancers.  The study includes births occurring
8    during the period 1968 to 1985 to women who
9    are pregnant while they resided in family
10   housing at Camp Lejeune.  Because limited
11   measurements of contaminant and exposure data
12   are available to support the epidemiological
13   study, ATSDR is using modeling techniques to
14   reconstruct historical conditions of
15   groundwater flow, contaminant fate and
16   transport, and the distribution of drinking
17   water contaminated with VOCs delivered to
18   family housing areas."
19                 Did I read that correctly?
20        A.      Yes.
21        Q.      Please turn to Page A98.  That
22   page ends in Page Number 615749.
23        A.      Okay.
24        Q.      All right.  I am looking at the
25   last paragraph on this page.  It looks like

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 226 of 362

1    it's a question and answer section.  Here the
2    question reads "ATSDR's historical
3    reconstruction analysis documents that Tarawa
4    Terrace drinking water was contaminated with
5    PCE that exceeded the current maximum
6    contaminant level (MCL) of 5 micrograms per
7    liter during 1957 and reached a maximum value
8    of 183 micrograms per liter.  What does this
9    mean in terms of my family's health?"
10                   Did I read that correctly?
11        A.     Oh, hang on, I was looking at
12    the wrong paragraph.
13                   MS. BAUGHMAN:  Where -- just
14        tell him -- where are you reading
15        from?
16                   THE WITNESS:  The blue
17        paragraph on the left.  I think you
18        might be on the wrong page.  It's A98.
19                   MS. BAUGHMAN:  I thought he
20        said 97, okay.
21                   THE WITNESS:  Okay, yes, I -- I
22        believe you read that correctly.
23        Q.     BY MR. ANTONUCCI:  Okay.  Now
24    I'm looking at the paragraph in black text on
25    the right next to what I just read.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 227 of 362

1              Do you see that?

2        A.      Yeah.

3        Q.      It reads "ATSDR's exposure

4   assessment cannot be used to determine

5   whether you, or your family, suffered any

6   health effects as a result of past exposure

7   to PCE-contaminated drinking water at Camp

8   Lejeune."

9              Did I read that correctly?

10       A.      Yes.

11       Q.      It goes on to say "The study

12  will help determine if there is an

13  association between certain births defects

14  and childhood cancers among children whose

15  mothers used this water during pregnancy."

16              Did I read that correctly?

17       A.      Yes.

18              MR. ANTONUCCI:  Okay.  I am now

19         going to hand you what will be marked

20         for identification as Exhibit 16.

21  (Exhibit 16 was marked for identification.)

22       Q.      BY MR. ANTONUCCI:  Okay.  For

23  the record, Exhibit 16 has the Bates range

24  CLJA_WATERMODELING_01-09_0000033263 through

25  33326.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ      Document 357-6      Filed 04/29/25      Page 228 of 362

```
 1              Dr. Jones, this document has
 2    the title "Analyses of Groundwater Flow,
 3    Contaminant Fate and Transport, and
 4    Distribution of Drinking Water at Tarawa
 5    Terrace and Vicinity, U.S. Marine Corps Base
 6    Camp Lejeune, North Carolina: Historical
 7    Reconstruction and Present-Day Conditions
 8    Response to the Department of the Navy's
 9    letter on: Assessment of ATSDR Water Modeling
10    for Tarawa Terrace."
11              Dr. Jones, have you seen this
12    before?
13         A.    Yes, I have.
14         Q.    Okay.  I'm going to ask you to
15    turn to the page ending in Bates
16    Number 33272.
17         A.    Okay.
18         Q.    All right.  Looking at the last
19    full paragraph on that page, this says "To
20    address the issue of the intended use of the
21    water-modeling results by the current ATSDR
22    epidemiological study" --
23         A.    Excuse me, I think I might be
24    on the wrong page.  What -- what was the page
25    number?  Is it 33272?
```

1          Q.      Yes, sir.

2          A.      And which paragraph are you --

3     oh, the last paragraph.  Okay, I gotcha.

4          Q.      So the last paragraph on

5     Page 33272 of Exhibit 16 states "To address

6     the issue of the intended use of

7     water-modeling results by the current ATSDR

8     epidemiological study, the DON should be

9     advised that a successful epidemiological

10    study places little emphasis on the actual

11    (absolute) estimate of concentration and,

12    rather, emphasizes the relative level of

13    exposure.  That is, exposed individuals are,

14    in effect, ranked by exposure level and

15    maintain their rank order of exposure level

16    regardless of how far off the estimated

17    concentration is to be 'true' (measured) PCE

18    concentration."

19               Did I read that correctly?

20         A.      Yes.

21         Q.      Okay.  So, Dr. Jones, the

22    paragraph I just read states that a

23    successful epidemiological study places

24    little emphasis on the actual absolute

25    estimates of concentration; right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 230 of 362

1         A.      Yes.

2         Q.      Okay.   In your report you opine

3    that the model remains a reliable tool for

4    understanding general trends of contaminant

5    migration in the Tarawa Terrace region, and

6    that you can find no significant evidence

7    that would invalidate the analysis performed

8    by ATSDR with the original model; right?

9         A.      Correct.

10        Q.      However, you're not offering an

11   opinion that the Tarawa Terrace model is a

12   sufficiently reliable model for determining

13   quantitative levels of contaminant exposure

14   for an individual; right?

15             MS. BAUGHMAN:   Object to the

16        form.   Foundation.   Outside the scope.

17             THE WITNESS:   I am not an

18        expert in epidemiology, so I don't

19        feel qualified to render an opinion on

20        that question.

21        Q.      BY MR. ANTONUCCI:   Okay.   So

22   you're not offering the opinion that the

23   Tarawa Terrace model can be used to determine

24   quantitative levels of contaminant exposure

25   for individuals?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 231 of 362

1              MS. BAUGHMAN:  Object to the
2      form.
3              THE WITNESS:  I don't believe
4      I've -- again, my answer's the same.
5      I'm not an epidemiological expert so I
6      can't comment on that.
7      Q.    BY MR. ANTONUCCI:  Can I have a
8  yes or a no?
9              MS. BAUGHMAN:  No -- objection.
10             You do not have to answer yes
11     or no.
12     Q.    BY MR. ANTONUCCI:  Are you
13  offering the opinion or not?
14             MS. BAUGHMAN:  Object to the
15     form.  Asked and answered.
16             THE WITNESS:  Could you restate
17     the question.
18     Q.    BY MR. ANTONUCCI:  You're not
19  offering the opinion that the Tarawa Terrace
20  model is a sufficiently reliable model for
21  determining quantitative levels of
22  contaminant exposure for an individual;
23  right?
24             MS. BAUGHMAN:  Objection; form.
25     Objection; Foundation.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 232 of 362

```
 1                    THE WITNESS:  The -- the
 2          opinions we've rendered on the model
 3          was that in terms of the -- how the
 4          model simulates concentrations at the
 5          water treatment plant, it -- it is a
 6          reasonably accurate model developed
 7          using sound scientific and engineering
 8          principles.
 9                    How that -- concentrations
10          resulting from that are then
11          incorporated in an epidemiological
12          study is outside my scope of
13          expertise -- expertise.
14          Q.    BY MR. ANTONUCCI:  So that is
15   not an opinion you're offering?
16                    MS. BAUGHMAN:  Objection.
17          Form.
18                    THE WITNESS:  No, that's not an
19          opinion I'm offering.
20          Q.    BY MR. ANTONUCCI:  Had you done
21   a post-audit prior to the Tarawa Terrace
22   post-audit?
23                    MS. BAUGHMAN:  Objection to
24          form.
25                    THE WITNESS:  In the sense of
```

1          running a model simulation and
2          comparing its output to field observed
3          values, I have done that countless
4          times.
5          Q.    BY MR. ANTONUCCI:  You just
6      described calibration, didn't you?
7          A.    In a -- no.  Calibration is
8      when you then take the results of that and go
9      back and change the input parameters.
10              But I would say what I just
11     described is a subset of what you do for
12     calibration.  But simply comparing model
13     outputs to field observed values is -- is a
14     really simple and very common thing that I've
15     done countless times.
16         Q.    Have you ever published a
17     post-audit before?
18         A.    No.
19         Q.    How long did it take you to
20     perform the Tarawa Terrace post-audit?
21         A.    The initial post-audit we
22     started in, I believe, early September and
23     submitted it in late October of 2024.
24         Q.    So roughly a month?
25              MS. BAUGHMAN:  Objection to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 234 of 362

1          form.

2                    THE WITNESS:  A little over a

3          month.

4          Q.     BY MR. ANTONUCCI:  And you did

5     both a qualitative and quantitative

6     assessment as part of your post-audit; is

7     that right?

8          A.     That's correct.

9          Q.     Are quantitative and

10    qualitative assessments terms of art applied

11    to post-audits?

12         A.     Excuse me?  Terms of art?

13         Q.     Are those -- do those terms

14    have any special significance in the modeling

15    community?

16         A.     Yeah, I would say it's a

17    relatively standard practice.  For example,

18    one of the most common ways to assess the --

19    the results of a model calibration is to

20    visually examine a simulated versus observed

21    plot and see how close the points plot to

22    the -- to the -- the line of agreement, which

23    is what I would call a qualitative assessment

24    of the goodness of fit.

25         Q.     Okay.  There are also

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 235 of 362

1    quantitative assessment of goods of fit;

2    right?

3         A.    Yes.

4         Q.    That would include summary

5    statistics like mean error and mean absolute

6    error; right?

7         A.    And -- yes, and geometric bias

8    is one of those, yes.

9         Q.    Okay.  I'd like to discuss

10   those error metrics in more detail, but first

11   you issued two reports in this case; right?

12        A.    Correct.

13        Q.    One was an initial report and

14   the other was a rebuttal; right?

15        A.    Yes.

16        Q.    In your rebuttal report you

17   corrected errors highlighted by

18   Dr. Spiliotopoulos in his expert report;

19   right?

20        A.    Yes.

21        Q.    That included truncation

22   errors, incorrect mass loading end date, and

23   an incorrect pumping rate for well RWC2;

24   right?

25        A.    That's correct.

1        Q.        After Dr. Spiliotopoulos

2   identified errors in your post-audit, did you

3   go back and confirm that the rest of the

4   post-audit had been done correctly?

5        A.        We had -- I'm not aware of any

6   other reason to believe there were errors in

7   the initial post-audit.

8        Q.        After Dr. Spiliotopoulos

9   identified errors, did you go back and check

10  for any others?

11       A.        No.

12       Q.        So you only corrected errors

13  that Dr. Spiliotopoulos pointed out?

14       A.        That's correct.

15       Q.        Are you aware of any other

16  model input errors in your post-audit?

17       A.        No.

18       Q.        Are you now confident that

19  you've found and resolved all model input

20  errors in your post-audit?

21       A.        I believe so.

22       Q.        Could there be more model input

23  errors in your post-audit?

24                 MS. BAUGHMAN:  Objection.

25       Form.

1                    THE WITNESS:  It's possible.

2          Q.      BY MR. ANTONUCCI:  Okay.

3     Please turn to your initial report, that's

4     Exhibit 6.  Page 5-1.

5          A.      Okay.

6          Q.      All right.  Are you looking at

7     the page that has the heading "Results"?

8          A.      Oh, sorry.  5-1 did you say?

9          Q.      Yes.

10         A.      I have it now.

11         Q.      Okay.  I'm looking at the last

12    sentence of the first paragraph.  It reads

13    "Before presenting the results, it is helpful

14    to remember that when simulating the

15    migration of a PCE contaminant plume using

16    MODFLOW and MT3DMS, achieving a close match

17    between simulated and observed concentrations

18    can be challenging for several reasons."

19                    Did I read that correctly?

20         A.      That's correct.  And what I

21    was talk- -- what we were talking about in

22    this case is looking at individual observed

23    concentrations and expectations regarding how

24    well the model will reproduce those

25    concentrations in the simulation on a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 238 of 362

1    point-by-point basis.

2        Q.    Okay.  With all due respect,

3    Dr. Jones, my question was did I read that

4    correctly.  I need you to limit your answers

5    to my questions, okay?

6        A.    Sorry.  Will do.

7        Q.    Thank you.

8             You go on to list reasons why

9    it's helpful to remember that achieving a

10   close match between simulated and observed

11   concentrations can be challenging; right?

12       A.    Correct.

13       Q.    Those four reasons include

14   complex subsurface conditions, temporal

15   variability, limitations in model resolution,

16   and measurement variability; right?

17       A.    Correct.

18       Q.    Okay.  Under the subheading

19   "Complex Subsurface Conditions," that's

20   Number 1.

21       A.    Yes.

22       Q.    You wrote that "The subsurface

23   environment is inherently complex, with

24   variations in soil heterogeneity,

25   permeability, porosity, and hydraulic

Golkow Technologies,
A Veritext Division
877-370-3377          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 239 of 362

1    conductivity.  These properties vary
2    spatially in ways that are not fully captured
3    in the model, affecting how the contaminant
4    plume moves through the groundwater system."
5              Did I read that correctly?
6         A.    That's correct.
7         Q.    Next Number 2, "Temporal
8    Variability," you wrote "The concentration of
9    contaminants can change over time due to
10   factors like seasonal variations in
11   groundwater flow, biodegradation, chemical
12   reactions.  Simulating these dynamic
13   processes accurately over the entire
14   simulation period is challenging."
15             Is that correct?
16        A.    Correct.
17        Q.    Okay.  Number 3 says
18   "Limitations in Model Resolution:  MODFLOW
19   and MT3DMS rely on discretizing the
20   subsurface into numerical grids consisting of
21   cells that represent a subset of the aquifer.
22   The resolution of these grids can limit the
23   model's ability to capture fine-scale
24   variations in plume behavior, particularly in
25   areas with sharp concentration gradients,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 240 of 362

1    small-scale heterogeneities, or preferential

2    pathways."

3                 Did I read that correctly?

4         A.    Yes.

5         Q.    Number 4 says "Measurement

6    Variability:  The observed concentrations at

7    observation wells may contain some degree of

8    measurement error or uncertainty.  Field data

9    collection is subject to variability, which

10   adds another layer of complexity with trying

11   to match it closely with model outputs.  As

12   outlined above in Section 4.2, extreme

13   variations were observed in some of the

14   measured concentrations used in this

15   post-audit."

16                Did I read that correctly?

17        A.    Yes.

18        Q.    Okay.  I'd like for you to turn

19   to your rebuttal report, Page 3-12.  That's

20   going to be Exhibit 7.

21        A.    What was the page again?

22        Q.    3-12.

23        A.    3-12.  Okay.

24        Q.    Okay.  Dr. Jones, the second

25   paragraph on this page reads "We have also

1    generated new versions of each of the tables

2    and figures from our original post-audit"

3    reporting -- "report featuring simulated PCE

4    values, using the updated post-audit

5    simulation results, processed at full

6    precision.  These results are presented in

7    Appendix A.  The differences in the tables

8    and figures relative to the original report

9    are relatively minor overall.  The

10   differences are summarized as follows:"

11             Did I read that correctly?

12        A.    Yes.

13        Q.    Dr. Jones, this section says

14   that the differences between the corrections

15   you made to your post-audit are relatively

16   minor overall; is that right?

17        A.    That's correct.

18        Q.    Okay.  And the table below that

19   paragraph summarizes the list of changes to

20   the tables and figures of your report; is

21   that right?

22        A.    That's correct.

23        Q.    Okay.  I'd like you to turn

24   back to your original report, Page vi, six in

25   Roman numerals.  Again, your original report

1    is going to be Exhibit 6.

2          A.    Okay.

3          Q.    Are you looking at the

4    Executive Summary?

5          A.    Yes.

6          Q.    All right.  I am looking at the

7    third paragraph from the bottom beginning

8    with the sentence -- the phrase "The

9    extended."

10               Do you see where I am?

11         A.    Yes.

12         Q.    This reads "The extended MT3DMS

13   model was found to perform well in simulating

14   PCE concentrations at monitoring wells across

15   the study area.  The errors are remarkably

16   well balanced, indicating a good overall fit

17   between simulated and observed

18   concentrations."

19               Did I read that correctly?

20         A.    Yes.

21         Q.    Now, Dr. Jones, for the

22   purposes of evaluating fit between simulated

23   and observed concentrations you provided some

24   summary statistics; is that right?

25         A.    Correct.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 243 of 362

1          Q.     Okay.  What is residual error?

2          A.     At a particular observation

3     well location it's the difference between the

4     model simulated concentration and the

5     observed concentration.

6                And the way we calculated it,

7     we took the simulated value minus the

8     observed value.

9                So if the model overestimates

10    the concentration, it would be a positive

11    residual error; if the model underestimated

12    the concentration, it would represent a

13    negative residual error.

14         Q.     Okay.  The mean error is the

15    average of the residual errors; right?

16         A.     That's correct.

17         Q.     And mean absolute error is the

18    average of the absolute value of the

19    residuals?

20         A.     That's correct.

21         Q.     The mean error of the initial

22    post-audit was 21 micrograms per liter;

23    correct?

24         A.     That's correct.

25         Q.     The mean absolute error of your

1    initial post-audit was 334 micrograms per

2    liter; correct?

3          A.      That's correct.

4          Q.      Dr. Jones, a negative mean

5    error indicates that a model under predicts

6    observed values; correct?

7          A.      That's correct.

8          Q.      A positive mean error indicates

9    that a model over predicts observed values;

10   correct?

11         A.      Correct, on average.

12         Q.      Mean absolute error is also a

13   metric that's used to evaluate overall fit

14   between simulated and observed

15   concentrations; correct?

16         A.      It's -- it's a different

17   statistical measure used to fit -- to analyze

18   the calibration results, yes.

19         Q.      Okay.  And the mean absolute

20   error cannot be negative; right?

21         A.      That's correct.

22         Q.      For your updated post-audit,

23   the mean error was 48 micrograms per liter;

24   right?

25         A.      Yes.

1        Q.    That's an increase of

2  27 micrograms per liter from the original

3  post-audit results?

4        A.    That's correct.

5        Q.    Did you calculate the mean

6  absolute error for the updated post-audit?

7        A.    I don't recall.

8        Q.    Your groundwater modeling

9  software, GMS, provides the summary

10  statistics automatically, doesn't it?

11       A.    Yes.  But to calculate these

12  errors, we typically just took the -- the

13  simulated versus observed PCE concentrations

14  as shown, for example, in Table A1 of the

15  rebuttal report and did the error analysis

16  using Excel, Microsoft Excel.  It's a very

17  simple equation.

18       Q.    Okay.  So you -- you did that

19  very simple equation for the initial report

20  but not the rebuttal report; is that right?

21       A.    Well, I'm sure I have a

22  spreadsheet with that number in it.  Whether

23  that number was reported in the rebuttal

24  report, I don't recall.

25            I would expect that number to

1    be roughly similar to the -- to the value
2    reported in the initial report, certainly
3    along the same scale, which is relatively
4    large considering a large -- indicating a
5    large variability in the PCE concentrations.
6         Q.     But sitting here today, you do
7    not know the mean absolute error of your
8    updated -- or your rebuttal post-audit?
9         A.     That's correct.  I couldn't
10   tell it off the top of my head.
11        Q.     Okay.  Earlier you mentioned
12   geometric model bias as another summary
13   statistic that could be used to evaluated fit
14   between simulated and observed
15   concentrations; is that right?
16        A.     That is correct.
17        Q.     When a ratio of simulated PCE
18   concentrations is simulated to observed PCE
19   concentrations is less than one, that
20   indicates under-prediction by the model;
21   correct?
22        A.     That's correct.
23        Q.     And when the ratio of simulated
24   PCE concentration to observed PCE
25   concentrations equals one, that indicates

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 247 of 362

1   exact agreement; correct?

2          A.     That's correct.

3          Q.     When the ratio of simulated PCE

4   concentrations to observed PCE concentrations

5   is greater than one, that indicates

6   over-prediction by the model; correct?

7          A.     Correct.

8          Q.     The further the geometric model

9   bias is from a value of one, the worse the

10  agreement between simulated and observed

11  concentrations; correct?

12         A.     That's correct.

13         Q.     Okay.  I would like to direct

14  your attention to Exhibit 9, Page A26.  And

15  Exhibit 9 is the Tarawa Terrace Chapter A

16  report.

17         A.     Okay.  A26, got it.

18         Q.     All right.  Do you see Table A8

19  at the top of the page?

20         A.     Yes.

21         Q.     Okay.  In the one, two -- third

22  column from the top, in the -- excuse me --

23  third row from the top in the Resulting

24  Calibration Statistics column, geometric

25  model bias is indicated as being equal to 5.8

1    backslash or 3.9.

2              Do you see that?

3         A.    Yes.

4         Q.    Okay.  ATSDR calculated two

5    geometric model biases for the Tarawa Terrace

6    calibrated model; correct?

7         A.    That's correct.

8         Q.    One was the geometric model

9    bias that used data for TT-23; is that right?

10        A.    Yes.

11        Q.    And that was the 5.9 value?

12        A.    5.8.  It says 5.8 in this

13   table.

14        Q.    It does.

15              If you turn to Page A25.  At

16   the top of the right-hand column I'm reading

17   the sentence that says "The inclusive

18   geometric model bias, using data for

19   water-supply Well TT-23, was 5.9."

20        A.    Okay.

21        Q.    See that?

22        A.    Sure.

23        Q.    "The selected geometric model

24   bias, omitting data for supply Well TT-23 was

25   3.9."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 249 of 362

1       A.      Yes.

2       Q.      "Both results, however,

3   indicate over-prediction by the model."

4               Did I read that correctly?

5       A.      Yes.

6       Q.      Dr. Jones, I would like you to

7   turn to Exhibit 7, that's your rebuttal

8   report, Figure A2.

9       A.      Yes.

10      Q.      Okay.  And here we're looking

11  at a graph.  On the Y axis we have simulated

12  PCE concentrations in micrograms per liter,

13  the X axis we have observed PCE

14  concentrations in micrograms per liter;

15  right?

16      A.      That's correct.

17      Q.      That dashed line in the middle

18  is where the simulated and observed

19  concentrations are equal; right?

20      A.      That's correct.

21      Q.      Okay.  Earlier you indicated

22  that a scatter plot like this one can be used

23  for a qualitative assessment of the goodness

24  of fit of a model; is that right?

25      A.      Yes.

1        Q.      And that's because you can
2    visually examine how far the points are from
3    the one to one line; is that right?
4        A.      Yes, and also the clustering
5    and -- and distribution.
6        Q.      Okay.  Please turn to Figure 5
7    of your rebuttal report.  And that's
8    Exhibit 7.
9        A.      Okay.
10       Q.      This figure shows the graph
11   that we were just looking at on the
12   right-hand side of the page; is that right?
13       A.      Yes.
14       Q.      And it shows a similar plot
15   from your initial report on the left-hand
16   side of the page; right?
17       A.      Correct.
18       Q.      In your rebuttal report you
19   state that while the numbers indicate a high
20   degree of variance, they're visually more
21   balanced than the results we originally
22   presented in the post-audit report; right?
23       A.      Correct.
24       Q.      Quantitatively the updated
25   post-audit indicates a small increase in the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 251 of 362

1   bias compared to the initial post-audit;
2   right?
3           A.      Say that again.
4                   MS. BAUGHMAN:  Object to the
5           form.
6           Q.      BY MR. ANTONUCCI:  The updated
7   post-audit indicates a small increase in the
8   bias compared to the initial post-audit?
9           A.      Based on the mean error, yes.
10          Q.      I'd like you to turn to
11  Page 3-5 of your rebuttal report.  I am
12  looking at the one, two -- third paragraph
13  from the top of the page beginning with "In
14  Section 3.1.2."
15                  Do you see where I am?
16          A.      Yes.
17          Q.      All right.  About halfway down
18  the paragraph a sentence starts with "For the
19  original post-audit."
20                  Do you see that?
21          A.      Yes.
22          Q.      "For the original post-audit
23  results we calculated a mean error value
24  equal to 21 micrograms per liter, indicating
25  an extremely balanced fit with only a small

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 252 of 362

 1    high bias.  For the updated post-audit

 2    results, the mean error equals 48 micrograms

 3    per liter, indicating a small increase in the

 4    bias, but still relatively well balanced

 5    overall."

 6              Is that correct?

 7         A.    That's correct.  When you --

 8    when you asked that before, I thought maybe

 9    you were talking of the post-audit versus the

10    original report, so I apologize for the

11    misunderstanding.  Excuse me, versus the

12    original model.

13         Q.    Please turn to Table A2 in your

14    rebuttal report.  Again, that's Exhibit 7.

15              MS. BAUGHMAN:  What page did

16         you say?

17              MR. ANTONUCCI:  Table A2.

18         Q.    Are you looking at Table A2,

19    Dr. Jones?

20         A.    Yes.

21         Q.    Okay.  So this table shows the

22    monitoring wells, the layer in the model

23    where the well is screened, mean error, mean

24    absolute error, and the mean absolute error

25    category; correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 253 of 362

1        A.      That's correct.

2        Q.      Okay.  Earlier you indicated

3    that the mean absolute error is the absolute

4    value of the mean error; correct?

5        A.      No.  It's the -- well, yes, you

6    can calculate it that way, sure.

7        Q.      Okay.  I'd like you to take a

8    look at Well C3.

9        A.      Okay.

10       Q.      Here the mean error is

11   indicated as being 98 micrograms per liter

12   and the mean absolute error is indicated as

13   being 124.5 micrograms per liter.

14               Do you see that?

15       A.      Yes.

16       Q.      Why are those numbers

17   different?

18       A.      That is a great question.  I'm

19   not sure.

20       Q.      I'd like you to look at

21   Well C9.  Here the mean error is negative

22   5.9 micrograms per liter, the mean absolute

23   error is 6 micrograms per liter.

24       A.      Yes.

25       Q.      Why are those numbers

Golkow Technologies,
877-370-3377         A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 254 of 362

1    different?

2         A.      Because they're displayed using

3    different significant figures.

4         Q.      Okay.  I'd like you to look at

5    Well C13.

6         A.      Okay.

7         Q.      Here the mean error is negative

8    555 micrograms per liter, the mean absolute

9    error is 563.7 micrograms per liter.

10        A.      Yes.

11        Q.      Why are those numbers

12   different?

13        A.      I'm not sure.

14        Q.      Okay.  Look at Well C17-D.

15   Here the mean error is negative 0.2, the mean

16   absolute error is 0.4.

17               Why are those numbers

18   different?

19        A.      I'm not sure.

20        Q.      Okay.  If you look at

21   Well RWC-1, the mean error is 251.9, the mean

22   absolute error is 252.6; right?

23        A.      Correct.

24        Q.      Why are those numbers

25   different?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 255 of 362

1          A.      I'm not sure.

2          Q.      If you look at Well RWS-3A, the

3    mean error is negative 83.8; correct?

4          A.      Yes.

5          Q.      The mean absolute error is

6    136.4; right?

7          A.      Correct.

8          Q.      Why are those numbers

9    different?

10         A.      The -- well, you -- when you

11   calculate the mean error, you calculate the

12   average of all of the individual errors.  To

13   calculate the mean absolute error, you don't

14   simply take the absolute value of that

15   number.

16              What you do is you take the

17   absolute value of the individual residuals

18   one by one and then calculate the mean of

19   those values.  And I suspect the reason there

20   are some differences here is because of that

21   difference in how they're calculated.  It is

22   not simply taking the absolute value of the

23   mean error.

24         Q.      Okay.  You did say that

25   earlier, though; right?

1          A.      Excuse me?

2          Q.      You said that the mean absolute

3    error is the absolute value of the mean

4    error?

5          A.      Yes, but on an individual

6    basis.  And so I'm -- I -- if -- if I stated

7    that misleadingly, then I'm correcting that

8    now.

9          Q.      Okay.  Why don't you take a

10   look at Well S2.

11               MS. BAUGHMAN:  Were you -- were

12        you finished with your answer, Norm?

13               THE WITNESS:  Yeah, I think so.

14               MS. BAUGHMAN:  Okay.

15         Q.      BY MR. ANTONUCCI:  All right.

16   Well S2.

17         A.      Uh-huh.

18         Q.      Mean error negative 73.8.

19         A.      Yes.

20         Q.      Mean absolute error 111.6.

21         A.      Right.

22         Q.      Is that a rounding error?

23         A.      No.  These -- these are not --

24   these should not be expected to agree.  And

25   let me explain why.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 257 of 362

1          Suppose you had a circumstance
2     where you had a number of positive residual
3     errors and a number of negative residual
4     errors, but somehow they -- they balanced,
5     right?
6          They -- they -- let's say you
7     had a negative ten, a negative five, and a
8     positive ten and a positive five.  If you
9     took the mean of those errors, that would
10    equal zero indicating a perfect balance.
11         But if you first took the
12    absolute value of those numbers and then took
13    the average of that, you'd be averaging ten,
14    five, ten, and five.  And the mean of that
15    would be 7.5.
16         So, no, the mean absolute error
17    is not simply the absolute value of the mean
18    error.
19    Q.    Okay.  When you report the mean
20    absolute error in your -- when you reported
21    that in your initial report, which method of
22    calculating did you use?
23    A.    What I just described.  You
24    take the absolute value of the individual
25    residuals, and then calculate the average of

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 258 of 362

1    that.  There are circumstances under which

2    your mean error will match the mean absolute

3    error.

4                    For example, if all of your

5    errors are negative or if all of your errors

6    are positive, then your mean error and your

7    mean absolute error will match, and that's

8    why it matches in some of these cases but not

9    others.

10        Q.    Okay.  Okay.  Another point of

11   clarification that I'd appreciate, if you

12   look at Table 1 of your initial report, and

13   that's going to be Exhibit 6.

14        A.    Okay.

15        Q.    This table shows various

16   publicly available rainfall data; is that

17   right?

18        A.    Yes.

19        Q.    Okay.  And it shows publicly

20   available rainfall data from 1995 to 2009;

21   right?

22        A.    Correct.

23        Q.    At the Wilmington Airport,

24   Wilmington 7N, and New River MCAF stations;

25   is that right?

1        A.       That's correct.

2        Q.       Okay.   Okay, I am going to mark

3    for identification Exhibit 17.

4    (Exhibit 17 was marked for identification.)

5                  MR. ANTONUCCI:   For the record,

6            this is the native spreadsheet version

7            of the document produced with Bates

8            Number CL_PLG --

9                  MS. BAUGHMAN:   Sorry, did you

10           give me one?   I don't have one.

11                 MR. ANTONUCCI:   Dash

12           EXPERT_DAVIS_0000000203.XL -- excuse

13           me -- 203.   That's the end of the

14           Bates number.

15       Q.       Dr. Jones, are you familiar

16    with this?

17       A.       It looks familiar.

18       Q.       This is the rainfall data you

19    used to calculate the effective rainfall

20    recharge rate for the post-audit; right?

21       A.       I believe so.

22       Q.       Okay.   Can you please look at

23    the year 1999.

24       A.       Uh-huh.

25       Q.       Is there data available there?

Golkow Technologies,
877-370-3377            A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 260 of 362

1    A.    No.

2    Q.    Okay.  Can you look back at

3    Table 1 in your initial report.

4    A.    Yes.

5    Q.    Will you please look at the

6    year 1999.

7    A.    Yes.

8    Q.    Is there data available there?

9    A.    Yes.

10    Q.    For New River MCAF?

11    A.    Yes.

12    Q.    Can you explain the

13    discrepancy, please.

14    A.    I cannot.

15    Q.    Okay.  How about the year 2000?

16    Can you look at the year 2000 on the

17    spreadsheet that you produced?

18    A.    Yes.

19    Q.    Is there data available there?

20    A.    No.

21    Q.    Okay.  Can you look at the year

22    2000 on Table 1 of your initial report.

23    A.    Yes.

24    Q.    In the New River MCAF column,

25    is there a value there?

```
 1          A.     No -- or excuse me -- yes.
 2          Q.     It's 50.4; right?
 3          A.     That's correct.
 4          Q.     Inches per year?
 5          A.     Correct.
 6          Q.     Where did you get that data
 7     from?
 8          A.     I -- I'm not sure why there's a
 9     discrepancy here.
10          Q.     Okay.
11          A.     I'd have to investigate it.
12                 MR. ANTONUCCI:  I'd like to
13          take another break.
14                 THE VIDEOGRAPHER:  We're off
15          the record.  The time is 3:47.
16             (There was a break taken.)
17                 THE VIDEOGRAPHER:  We're back
18          on the record.  The time is 4:06.
19          Q.     BY MR. ANTONUCCI:  Dr. Jones,
20     you stated in your initial report that larger
21     errors tend to be concentrated in the center
22     of the plume where the simulated
23     concentrations are greater; is that right?
24          A.     Yes.
25          Q.     You also said that that's
```

1    somewhat expected because comparing larger
2    numbers organically results in larger
3    differences; right?
4         A.    Yes.
5         Q.    Concentrations are generally
6    higher in the center of a plume; right?
7         A.    Yes.
8         Q.    Could you please turn your
9    attention to Rebuttal Figure A9.  That's
10   going to be Exhibit 7.
11        A.    Okay.
12        Q.    Please look at the center pane
13   of this figure, Model Layer 3.  Are you
14   looking there?
15        A.    Yes.
16        Q.    Do you see model -- excuse
17   me -- do you see Well C5, the plot for
18   Well C5?
19        A.    Yes.
20        Q.    And that is within the
21   simulated PCE plume; right?
22        A.    Correct.
23        Q.    And it's in the portion of the
24   simulated PCE plume where concentrations are
25   greater than 500 to 5,000 micrograms per

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 263 of 362

1    liter; right?

2          A.      That's correct.

3          Q.      Okay.   That's the center of the

4    plume; right?

5          A.      Yes.

6          Q.      I'd like you to turn to

7    Rebuttal Table A1.

8          A.      Okay.

9          Q.      And if you could please look at

10   the first two pages of Table A1 in Exhibit 7.

11         A.      Which page number?

12         Q.      So Page 1.   The page number is

13   Page 1 of 7.

14         A.      Okay.

15         Q.      And...

16         A.      I got it.

17         Q.      All right.   If you look towards

18   the bottom of Page 1 of 7, Table A1?

19         A.      Yes.

20         Q.      Well C5 is the last four rows

21   of this table; right?

22         A.      Yes.

23         Q.      And this shows observed versus

24   simulated concentrations with the error rate

25   and the absolute error rate; correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 264 of 362

1          A.     That's correct.

2          Q.     All of the observed PCE

3    concentrations for Well C5 are below the

4    detection limit; isn't that right?

5          A.     That's correct.

6          Q.     Okay.  And then continuing on

7    to Page 2 of Table A1, we're still looking at

8    Well C5.  That's going to be the first seven

9    rows of this table?

10         A.     Yes.

11         Q.     All of the PCE observed

12   concentrations were below the detection limit

13   here as well; right?

14         A.     That's correct.

15         Q.     The calibrated model and the

16   post-audit both simulated high PCE

17   concentrations at that well, didn't they?

18         A.     Yes.

19         Q.     Still in Exhibit 7, your

20   rebuttal report, I'd like you to turn to

21   Page 3-13.

22         A.     Okay.

23         Q.     All right.  Under Section 3.7,

24   Opinion 6 - Post-Audit Robustness.  I am

25   looking at the second full paragraph.

1          Do you see that?

2     A.     Yes.

3     Q.     Okay.  The last sentences of

4  that paragraph reads "These findings support

5  our original conclusion that the ATSDR model

6  was developed using a methodology that is

7  scientifically sound and accepted within the

8  scientific community, and it remains a

9  reliable tool for assessing the impacts of

10  PCE contamination at Tarawa Terrace."

11          Did I read that correctly?

12     A.     Yes.

13     Q.     Okay.  Dr. Jones, in the

14  post-audit you used the model input

15  parameters that were provided to you by the

16  legal team; right?

17     A.     Yes.

18     Q.     And you did not independently

19  evaluate the suitability of those parameters;

20  correct?

21     A.     The -- the parameters in the --

22  you mean as part of the post-audit?  Can you

23  restate the question, I'm sorry.

24     Q.     You did not evaluate the

25  appropriateness of the model input

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 266 of 362

1    parameters; correct?

2              MS. BAUGHMAN:  Objection.

3         Form.

4              THE WITNESS:  I wouldn't say

5         that.

6         Q.    BY MR. ANTONUCCI:  You used the

7    model input parameters that were provided to

8    you by the legal team; right?

9              MS. BAUGHMAN:  Objection.

10        Form.

11             THE WITNESS:  Yes, we did.

12        Q.    BY MR. ANTONUCCI:  Okay.

13   Dr. Jones, earlier in the deposition you

14   mentioned that you were present via Zoom for

15   the deposition of Mr. Davis yesterday; is

16   that correct?

17        A.    That's correct.

18        Q.    You mentioned that you weren't

19   present for the entire deposition; is that

20   right?

21        A.    That's right.

22        Q.    At what times were you watching

23   the deposition?

24        A.    From about 9:00 to 9:25 a.m.,

25   and then I jumped on again about 10:50 a.m.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 267 of 362

1    and watched the remainder of the deposition.

2         Q.    Do you disagree with any of the

3    opinions that Dr. Jones expressed in his

4    deposition -- excuse me -- that Mr. Davis

5    expressed in his deposition?

6                   MS. BAUGHMAN:  Objection.

7         Form.

8                   THE WITNESS:  I -- I'm not

9         going to say that everything he said

10        was precise or exactly the way I would

11        have said it, but the general

12        statements he gave, I -- I think I

13        would agree with that.

14        Q.    BY MR. ANTONUCCI:  Were any of

15   the statements that Mr. Davis gave incorrect?

16                   MS. BAUGHMAN:  Objection.

17        Form.

18                   THE WITNESS:  I'm not prepared

19        to cite specific examples.

20        Q.    BY MR. ANTONUCCI:  Can you

21   think of a single instance where Mr. Davis

22   made an incorrect statement in his

23   deposition?

24                   MS. BAUGHMAN:  Objection.

25        Form.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 268 of 362

1          THE WITNESS:  Nothing
2     substantive.
3          Q.     BY MR. ANTONUCCI:  Can you
4     think of any non-substantive errors in
5     Mr. Davis' deposition testimony?
6               MS. BAUGHMAN:  Objection to
7          form.
8               THE WITNESS:  Not that I could
9          recite off the top of my head.
10         Q.     BY MR. ANTONUCCI:  What do you
11     mean by "substantive"?
12         A.     Well, I -- I believe there was
13     one case where he was talking about the --
14     when we did the post-audit and he talked
15     about the calibration target relative to Well
16     TT-26.
17              In fact, we did not have any
18     observations at Well TT-26 during the
19     extended simulation period, so that was not a
20     correct statement.  That's the one that I can
21     recall, and I believe he may have corrected
22     himself, but...
23         Q.     Dr. Jones, how much have you
24     billed to date in this case?
25              MS. BAUGHMAN:  Objection to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 269 of 362

1          form.  We've provided the bills.

2                  THE WITNESS:  I've billed the

3          amount shown in the invoices that we

4          submitted.

5          Q.    BY MR. ANTONUCCI:  Do you know

6    what that amount is?

7                  MS. BAUGHMAN:  Object to form.

8                  THE WITNESS:  I think through

9          the end of January it would be roughly

10         $120,000, I believe.

11         Q.    BY MR. ANTONUCCI:  Does your

12   payment depend on the outcome of this case?

13         A.    No.

14                MR. ANTONUCCI:  Okay.  I am

15         going to show you another exhibit.

16         This will be Exhibit 18.

17   (Exhibit 18 was marked for identification.)

18         Q.    BY MR. ANTONUCCI:  This

19   document has the title "An overview of

20   current applications, challenges, and future

21   trends in distributed process-based models in

22   hydrology"; is that right?

23         A.    Correct.

24         Q.    There's a list of several

25   authors here, one of them being Norm Jones.

1       Is that you?

2               A.      That's me.

3               Q.      Okay.  Were you an author of

4       this study?

5               A.      I was a co-author.

6               Q.      Okay.  Please turn your

7       attention to Page 5 of Exhibit 18.

8               A.      Okay.

9               Q.      I'm looking at the very last

10      sentence on the page starting with the word

11      "Although."  It's -- it continues on to

12      Page 6.

13              A.      Oh, okay, sure.

14              Q.      Okay.  So this says "Although

15      some of those process-based hydrological

16      models include numerous distinct processes,

17      the degree of complexity and quantity of

18      processes represented varies between models

19      and influences the suitability of a given

20      model for specific applications."

21                      Did I read that correctly?

22              A.      Yes.

23              Q.      You'd agree that a model cannot

24      capture the complexity of aquifer conditions

25      completely; right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 271 of 362

1          A.     Yes.

2          Q.     That they don't necessarily

3     reflect all real-world conditions; right?

4          A.     A model, as we've discussed

5     earlier, is a simplification of reality.

6          Q.     Okay.  Would it be possible for

7     you to have performed a post-audit on the

8     Hadnot Point/Holcomb Boulevard model?

9          A.     Yes, I assume it would be

10    possible.

11         Q.     Okay.  And you did not do it

12    because you weren't asked to by the legal

13    team; right?

14         A.     That's correct.

15         Q.     Okay.  Finally, I'd -- I'd like

16    to turn back to our earlier discussion of the

17    model's ability to predict contaminant

18    concentrations at TT-26 accurately.

19                Do you remember discussing

20    that?

21         A.     I -- we've discussed that topic

22    quite a few times today.  In general, yes, I

23    remember discussing that.

24         Q.     Okay.  It's true that the ATSDR

25    used a mass balance model for determining

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 272 of 362

1    concentrations at the water treatment plant;
2    right?
3            A.      That's correct.
4            Q.      Okay.
5            A.      Based on the concentrations and
6    pumping rates at the supply wells.
7            Q.      It's also true that you did not
8    have information on the pumping rates for all
9    times during this study period; correct?
10                   MS. BAUGHMAN:  Objection.
11           Form.
12           Q.      BY MR. ANTONUCCI:  Excuse me.
13                   It's true that ATSDR did not
14   have information on pumping rates during all
15   times of the study period; correct?
16                   MS. BAUGHMAN:  Objection.  Form
17           and foundation.
18                   THE WITNESS:  Yes, that is very
19           standard for groundwater modeling
20           projects.
21           Q.      BY MR. ANTONUCCI:  Okay.  Would
22   the process of performing a post-audit for
23   Hadnot Point/Holcomb Boulevard be different
24   than performing a post-audit for Tarawa
25   Terrace?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 273 of 362

1          A.      The basic process would be the
2     same.  It would be extended over a -- the
3     model inputs would be extended over a new
4     period.  We would not change anything in the
5     original models, other than extending it, and
6     then run the simulations and compare the
7     predicted results of the extended model with
8     any new field observed value data that were
9     available, is the general process.
10         Q.      The -- the -- ATSDR's
11    calibrated model's geometric model bias was
12    lower when considering Well TT-23; right?
13         A.      That's correct.
14         Q.      That's because the ATSDR's
15    calibrated model demonstrated a worse fit
16    between simulated and observed conditions at
17    that well?
18         A.      I think that's safe to say,
19    yes.  Well, actually, the reason why -- I'm
20    not comfortable saying they didn't consider
21    it because it had a worse fit.  I would say
22    that the difference in the geometric bias
23    between the two, the fact that it goes down
24    if you don't include it would indicate that
25    it -- it has a high fit at that.  But I -- I

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 274 of 362

1    recall there were -- there were a couple of

2    reasons why they argued why it may not be

3    considered, but they presented both values

4    for consideration, so...

5         Q.    Okay.  So then ATSDR's

6    calibrated model had a sort of variable fit

7    between observed and simulated data at

8    different supply wells; isn't that right?

9         A.    Yes.

10        Q.    Okay.  Dr. Jones, I think we're

11   coming up on the end of my questions.  Are

12   there any answers you've given to my

13   questions you wish to change before we end

14   this deposition?

15        A.    Not that I can think of.

16        Q.    Is there any information I

17   asked you about that you didn't recall at the

18   time but now remember?

19        A.    No.

20        Q.    Were there questions I asked

21   that you did not understand in which I was

22   unable to clarify?

23        A.    Not that I recall.

24        Q.    Once it's ready, you will be

25   provided with a transcript of this

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-6   Filed 04/29/25   Page 275 of 362

1    deposition.  We ask you carefully read,

2    correct, and sign it.

3             Do you understand that?

4        A.    Yes.

5             MR. ANTONUCCI:  Well, thank

6        you, Dr. Jones, for your patience in

7        answering my questions today.

8             I pass the witness.

9             THE WITNESS:  Thank you.

10            MS. BAUGHMAN:  Dr. Jones, I

11       just have a few questions for you.

12               EXAMINATION

13    BY MS. BAUGHMAN:

14       Q.    First, let's go to Exhibit 6 of

15    your -- Exhibit 6, which is your original

16    post-audit.  And if you could turn to

17    Page 5-1.

18        A.    Sure.

19       Q.    Okay.  And I think you may

20    remember earlier that counsel for DOJ asked

21    you some questions about -- or he read parts

22    of Numbers 1 through 4 under your results and

23    asked if he'd read it correctly and if these

24    things were true.

25             Do you recall that?

Golkow Technologies,
A Veritext Division
877-370-3377              www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-6   Filed 04/29/25   Page 276 of 362

1          A.     Yes.

2          Q.     Okay.  And so what you have

3    here under Section 5 Results is you wrote

4    "Before presenting the results, it is helpful

5    to remember that when simulating the

6    migration of a PCE contaminant plume using

7    MODFLOW and MT3DMS, achieving a close match

8    between simulated and observed concentrations

9    can be challenging for several reasons:"  And

10   you listed four reasons; correct?

11         A.     Yes.

12         Q.     Now, I'm going to ask about

13   each of them individually, but is your

14   observation that when simulating the

15   migration of a PCE contaminant plume using

16   MODFLOW and MT3DMS, when doing that achieving

17   a close match between simulated and observed

18   concentrations can be challenging, is that

19   limited to Camp Lejeune and the ATSDR's

20   modeling efforts?

21         A.     No.

22         Q.     What -- to what extent does

23   that apply to groundwater modeling?

24         A.     The contaminant transport

25   modeling with MT3DMS, there's always -- or

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 277 of 362

1    there's typically a very high variability in
2    the observed concentration data.  And the --
3    the model simulates a plume representing
4    average conditions over the grid cells and
5    using some simplifying assumptions.
6                 And so you shouldn't expect it
7    to -- to precisely match the observed
8    concentrations at each instance, rather the
9    overall level of fit is what is most
10   important to analyze.
11       Q.     And that's true whenever you're
12   modeling a plume using MODFLOW and MT3DMS;
13   right?
14       A.     That's correct.
15       Q.     Okay.  So if we go to the first
16   factor, you wrote that "The subsurface
17   environment is inherently complex, with
18   variations in soil heterogeneity,
19   permeability, porosity, and hydraulic
20   conductivity.  These properties vary
21   spatially in ways that are not fully captured
22   in the model, affecting how the contaminant
23   plume moves throughout the groundwater
24   system."
25                 Is that observation specific to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 278 of 362

1  Camp Lejeune and the ATSDR modeling efforts?

2       A.     No.

3       Q.     Is that statement regarding

4  complex subsurface conditions generally true

5  for groundwater modeling efforts using

6  MODFLOW and MT3DMS?

7       A.     Yes.

8       Q.     Okay.  Or using any model?

9       A.     Yes.

10       Q.     Okay.  Your second factor

11  listed is "Temporal Variability," and you

12  wrote "The concentration of contaminants can

13  change over time due to factors like seasonal

14  variations in groundwater flow,

15  biodegradation, and chemical reactions.

16  Simulating these dynamic processes accurately

17  over the entire simulation period is

18  challenging."

19       Is that observation specific or

20  unique to Camp Lejeune and the ATSDR's

21  modeling efforts?

22       A.     It's a -- it's a general

23  statement that would be true of any

24  contaminant transport model.

25       Q.     At any location?

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-6   Filed 04/29/25   Page 279 of 362

1      A.      Yes.

2      Q.      By any modeler?

3      A.      Yes.

4      Q.      Okay.  Your third reason listed

5   is "Limitations in Model Resolution."  And

6   you wrote "MODFLOW and MT3DMS rely on

7   discretizing the subsurface into numerical

8   grids consisting of cells that represent a

9   subset of the aquifer.  The resolution of

10  these grids can limit the model's ability to

11  capture fine-scale variations in plume

12  behavior, particularly in areas with sharp

13  concentration gradients, small-scale

14  heterogeneities, or preferential pathways."

15              Is that observation specific to

16  ATSDR's modeling efforts at Camp Lejeune?

17      A.      No, it's a general statement,

18  and I think there's evidence of this

19  specifically at Camp Lejeune.

20      Q.      But the limits in modeling --

21  limitations of model resolution that you've

22  described here is a limitation that would

23  apply whenever this type of modeling is done

24  with MODFLOW and MT3DMS?

25      A.      Correct.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 280 of 362

1          Q.      Okay.  And the fourth factor

2     you listed is "Measurement Variability," and

3     you wrote "The observed concentrations at

4     observation wells may contain some degree of

5     measurement error uncertainty.  Field data

6     collection is subject to variability, which

7     adds another layer of complexity when trying

8     to match it closely with model outputs."

9                  Is that observation unique to

10    ATSDR's efforts at Camp Lejeune?

11         A.      No.

12         Q.      Is it a general issue on

13    measurement variability that applies in all

14    groundwater modeling efforts?

15         A.      That's correct.

16         Q.      Okay.  You were asked, I think,

17    on numerous occasions today by DOJ's counsel

18    for what purpose ATSDR's modeling effort can

19    be used, and I want to ask you this:  Can

20    ATSDR's model be used to determine -- let me

21    strike that.

22                  Is ATSDR's model or models used

23    for Camp Lejeune sufficiently reliable to

24    determine the mean monthly concentrations at

25    the water treatment plant at Tarawa Terrace

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 281 of 362

1    based on the work that you've done in this
2    case?

3         A.    Yes, I believe so.

4         Q.    And was it necessary for you or
5    for the ATSDR modelers to know how those mean
6    monthly concentrations would be used by any
7    health professional, including an
8    epidemiologist or a toxicologist or a medical
9    doctor, in order to conduct the modeling
10   efforts appropriately?

11        A.    I can't think of any
12   circumstances in how they would be used that
13   would alter the modeling process that went
14   about building the model and generating those
15   simulated concentrations at the water
16   treatment plant.

17        Q.    So, in other words, if a MD,
18   PhD, epidemiologist, medical doctor wanted to
19   use the mean monthly concentrations to
20   estimate an individual exposure as opposed to
21   a group exposure, would that change how you
22   or Morris Maslia or anyone else conducts the
23   modeling?

24             MR. ANTONUCCI:  Objection.

25             THE WITNESS:  No.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 282 of 362

1      Q.     BY MS. BAUGHMAN:  You were

2  asked a number of questions by DOJ counsel

3  regarding -- about geometric bias.

4          Do you recall that?

5      A.     Yes.

6      Q.     Do you know what the geometric

7  bias was that was calculated for the

8  concentrations at the water treatment plant

9  for Tarawa Terrace?

10      A.     Yes.

11      Q.     What was that?

12      A.     1.5.

13      Q.     And that's -- what's your

14  opinion of that in terms of, you know, good,

15  bad, accurate, inaccurate, do you have an

16  opinion?

17      A.     I would say in the context of

18  contaminant transport modeling that would be

19  a slight high bias.

20      Q.     Okay.  And did you calculate

21  the geometric bias related to your post-audit

22  work?

23      A.     Yes.

24      Q.     And what was that geometric

25  bias?

1          A.      I calculated geometric bias for

2     the 318 observations, and the geometric bias

3     was 2.1, which is substantially lower than

4     the 3.9 to 5.9 range that they got with the

5     original model.

6                    And if you look solely at

7     observation -- observation -- concentrations

8     at observation wells that are greater than

9     5 micrograms per liter, that bias drops to

10    1.2.

11         Q.      And remind me, 5 micrograms per

12    liter, why is that number significant?

13         A.      It's the minimum -- it's the

14    MCL.

15         Q.      Maximum contaminant --

16         A.      Maximum contamination level,

17    yes.

18         Q.      Set by the EPA?

19         A.      That's correct.

20                 MS. BAUGHMAN:  Okay.  I'll pass

21         the witness.

22                       EXAMINATION

23    BY MR. ANTONUCCI:

24         Q.      Dr. Jones, you just testified

25    that the geometric model bias at the Tarawa

1    Terrace water treatment plant was 1.5; is

2    that correct?

3            A.      That's correct.

4            Q.      Where did you get that value

5    from?

6            A.      From the modeling reports.

7    ATSDR modeling reports.

8            Q.      Okay.  Can you tell me where

9    specifically in the modeling reports you got

10   that value from?

11           A.      Well, earlier this afternoon

12   you had me read from a table, and it was in

13   that table and a discussion of that was in

14   the prior page.  I believe it's in -- you can

15   find it in Chapter A, if I recall correctly.

16           Q.      Okay.  And you also testified

17   that the geometric model bias of your

18   post-audit was 2.1; is that correct?

19           A.      That's correct.

20           Q.      It's true that you calculated a

21   geometric model bias but not a mean absolute

22   error of your post-audit; is that right?

23           A.      I -- there is a mean absolute

24   error calculated, I just can't remember what

25   it was off the top of my head.

1      Q.      Okay.  And it's not in your
2   report; correct?
3      A.      No, we did not put it in the
4   report.
5           MR. ANTONUCCI:  Okay.  All
6      right.  I pass the witness.
7                    EXAMINATION
8   BY MS. BAUGHMAN:
9      Q.      The geometric bias, is there --
10  is there a table or a figure in your report
11  from which one could easily calculate the
12  geometric bias for the post-audit work?
13     A.      Yes.  If you take the simulated
14  versus observed PCE concentrations at the 318
15  well locations, it's -- it's a simple
16  spreadsheet calculation.
17     Q.      And all of the data necessary
18  to do that is in your report?
19     A.      That's correct.
20     Q.      Where?  Where?
21     A.      It's the -- well, the most
22  recent and correct version of that would be
23  in table -- Table A1 of the rebuttal report.
24           MS. BAUGHMAN:  Okay.  Thank
25      you.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 286 of 362

1              I'll pass the witness.

2              MR. ANTONUCCI:  All right.

3       Thank you, Dr. Jones, no further

4       questions.

5              THE WITNESS:  Okay.  Thank you.

6              MS. BAUGHMAN:  I think we're

7       finished.  Thank you.

8              THE VIDEOGRAPHER:  We're off

9       the record.  The time is 4:34.

10   (The deposition was concluded at 4:34 p.m.)

11                    -oOo-

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 287 of 362

```
 1              Reporter's Certificate
 2    State of Utah        )
      County of Salt Lake )
 3
 4         I, Vickie Larsen, Certified Court
 5    Reporter and Registered Merit Reporter in the
 6    State of Utah, do hereby certify:
 7         THAT the foregoing proceedings were
 8    taken before me at the time and place set
 9    forth herein; that the witness was duly sworn
10    to tell the truth, the whole truth, and
11    nothing but the truth; and that the
12    proceedings were taken down by me in
13    shorthand and thereafter transcribed into
14    typewriting under my direction and
15    supervision;
16         THAT the foregoing pages contain a true
17    and correct transcription of my said
18    shorthand notes so taken.
19         IN WITNESS WHEREOF, I have subscribed
20    my name this 19th day of February, 2025.
21
22
23                   Vickie Larsen, CCR/RMR
                     Utah License No. 109887-7801
24                   Nevada License No. 966
25
```

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 288 of 362

```
1    In Re: Camp Lejeune Water Litigation
     Case No.:  7:23-CV-00897
2    Date:  February 14, 2025
     Reporter:  Vickie Larsen, CCR/RMR
3
                 WITNESS CERTIFICATE
4
     State of Utah          )
5                               ss.
     County of Salt Lake   )
6
          I, NORMAN L. JONES, HEREBY DECLARE:
7    That I am the witness referred to in the
     foregoing testimony; that I have read the
8    transcript and know the contents thereof;
     that with these corrections I have noted this
9    transcript truly and accurately reflects my
     testimony.
10   PAGE-LINE    CHANGE/CORRECTION         REASON
11   ____ ____   _____   _____
12   ____ ____   _____   _____
13   ____ ____   _____   _____
14   ____ ____   _____   _____
15   ____ ____   _____   ____
16   ____ ____   _____   _____
17   ____ ____   _____   _____
18   ____ ____   _____   _____
19    _____        No corrections were made.
20
21   I, NORMAN L. JONES, hereby declare under the
     penalties of perjury of the laws of the
22   United States of America and the laws of the
     State of Utah that the foregoing is true and
23   correct.
24   Dated this _____day of _____,
     2025.
25        _____
               NORMAN L. JONES
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 289 of 362

| & | 1 | | |
|---|---|---|---|

**&**

**&** 2:4 47:4 48:4 55:20

**0**

**0** 155:3
**0.00050** 163:6
**0.00053** 162:5 162:14 163:3
**0.001** 122:16 123:8,25 124:25
**0.005** 158:4
**0.2** 254:15
**0.4.** 254:16
**0000000203.xl** 259:12
**0000000299....** 153:17
**0000000479** 166:17
**0000033263** 227:24
**0005** 154:6 163:20
**0006** 154:8
**001** 162:25
**002** 162:25
**004** 151:6 154:3 157:23
**005** 151:3
**006** 151:7 158:7

**00897** 1:6 7:11 288:1
**01-00000930...** 161:15
**01-09** 227:24
**05-22** 146:6
**09-00006156...** 119:13

**1**

**1** 3:14 7:6 15:15,17,22 17:1 36:23 55:17 124:15 124:20 153:15 157:19 188:12 238:20 254:21 258:12 260:3 260:22 263:12 263:13,18 275:22
**1,100** 162:1
**1,2** 188:9
**1,200** 121:9,12
**1,580** 170:17
**1-1** 75:11,14,19
**1.2.** 283:10
**1.5** 284:1
**1.5.** 282:12
**10** 4:22 150:11 150:12
**100** 56:17 69:7
**10003** 2:5

**102.10** 172:13
**109887-7801** 1:17 287:23
**10:18** 59:12
**10:28** 59:15
**10:50** 266:25
**11** 4:25 160:25 161:1 162:1 221:18
**1100** 2:11
**111** 1:15
**111.6.** 256:20
**119** 4:20
**12** 5:5 24:4 166:13,14 168:5 172:5 173:18 175:23
**120,000** 269:10
**124.5** 253:13
**12:10** 149:12 149:14
**13** 4:23 5:8 187:1,3 194:5
**13.75** 172:15
**136.4** 255:6
**14** 1:12 4:4,15 5:9 7:1,5 103:18 206:24 207:2,3 288:2
**14670** 287:22
**14th** 81:19
**15** 3:14 5:13 44:11 48:15 213:8,9

**150** 4:22
**16** 5:15 227:20 227:21,23 229:5
**161** 4:25
**166** 5:5
**17** 5:20 259:3,4
**18** 5:22 269:16 269:17 270:7
**1800** 1:15
**183** 226:8
**187** 5:8
**19** 186:24,25
**1953** 121:20,25 130:23 131:1 137:13 178:21 224:2
**1954** 137:22
**1955** 122:18 123:9 124:1 125:2
**1957** 226:7
**1960** 125:2
**1962** 124:21
**1964** 188:12
**1967** 157:19
**1968** 188:11 225:8
**1970** 125:7 132:15,20 133:10
**1975** 125:8
**1976** 124:10,22

**1979** 188:16
**1980s** 43:23
**1981** 132:22,25
**1985** 161:25
 162:13 170:15
 204:14 225:8
**1986** 104:9,11
**1990** 162:22
**1991** 162:1,13
 204:14
**1992** 94:13
**1995** 188:23
 258:20
**1998** 147:9
**1999** 259:23
 260:6
**19th** 287:20
**1:13** 149:14,16

**2**

**2** 3:18 4:5 5:13
 16:19 38:22
 54:20 59:16
 98:16 123:17
 123:20 224:7
 239:7 264:7
**2,151** 162:3
**2-4** 54:23
**2-8** 170:18
**2.1** 283:3
 284:18
**20** 48:15
**2000** 260:15,16
 260:22

**20005** 2:11
**2007** 104:23
 145:23
**2008** 172:12
**2009** 258:20
**2010** 24:24
 45:5,21
**2014** 24:24
**2015** 94:13
**202.616.4473**
 2:12
**2020** 45:7
**2022** 14:22
**2024** 4:10
 13:14 64:21
 81:11 82:11
 233:23
**2025** 1:12 4:4
 4:15,23 7:1,5
 81:20 287:20
 288:2,24
**203** 259:13
**207** 5:9
**21** 243:22
 251:24
**212.558.5915**
 2:5
**212246** 146:7
**212309** 146:7
**213** 5:13
**22** 188:15
**227** 5:15
**23** 248:9,19,24
 273:12

**25** 4:10 82:11
 123:21 161:25
**251.9** 254:21
**252.6** 254:22
**259** 5:20
**25th** 81:11
**26** 38:3 114:25
 123:20 124:9
 124:20 138:3
 140:22 144:25
 150:23 152:13
 156:16,17,19
 161:25 162:7
 162:10,12,17
 163:2 170:14
 268:16,18
 271:18
**269** 5:22
**27** 44:12
 188:11 245:2
**275** 3:6
**283** 3:7
**285** 3:8
**299** 153:13,14
 154:12
**299.xlsx.**
 157:17
**2:42** 222:24
**2:56** 223:2

**3**

**3** 3:20 54:20
 57:16 98:16
 149:17 159:9

 162:4,19,23
 239:17 262:13
**3-12** 240:19,22
 240:23
**3-13** 264:21
**3-5** 251:11
**3.1.2.** 251:14
**3.7** 264:23
**3.8** 170:16
**3.9** 283:4
**3.9.** 248:1,25
**300** 44:8
**302** 153:11,12
**318** 115:18
 159:11 220:17
 283:2 285:14
**33272** 228:16
 228:25 229:5
**33326** 227:25
**334** 244:1
**34** 79:19 206:7
**350** 162:1
**36** 113:24
 204:10
**360** 162:21
**39** 16:19
**3:47** 261:15
**3a** 255:2

**4**

**4** 3:25 54:21
 146:23 214:1
 223:3 240:5
 275:22

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-6 Filed 04/29/25 Page 291 of 362

| | | | |
|---|---|---|---|
| **4.2** 240:12 | **54** 3:18,20,25 | **615749** 225:22 | **80** 24:14 |
| **4.33** 172:14 | 136:20,20 | **615753** 119:14 | **804** 170:19 |
| **4174** 8:19 | 137:24 | **62** 124:10 | **80s** 139:14 |
| **430** 8:19 | **54.3** 158:7 | **64** 4:11 | 179:2 194:23 |
| **45** 16:19 | **547** 4:16 5:13 | **67.16** 157:25 | **83.8** 255:3 |
| **48** 244:23 | 98:4 187:12 | **7** | **9** |
| 252:2 | **55** 4:5 | **7** 4:11 64:13,14 | **9** 4:20 118:25 |
| **49** 168:4 172:4 | **555** 254:8 | 65:10,17 66:15 | 119:1,3,24 |
| 173:18 175:23 | **563.7** 254:9 | 66:22 68:1,13 | 121:18 145:9 |
| **4:06** 261:18 | **59** 4:7 | 69:14,23 70:8 | 146:18 203:17 |
| **4:34** 1:13 286:9 | **6** | 74:23 75:11,15 | 203:20 224:5,8 |
| 286:10 | **6** 4:7 25:1 | 75:23 84:2,4 | 224:10 247:14 |
| **5** | 59:21,22 60:1 | 159:3 204:21 | 247:15 |
| **5** 4:5 38:23 | 63:17,25 66:18 | 205:1,3 240:20 | **90s** 194:23 |
| 55:5,6,12,14,18 | 68:1,13 69:14 | 249:7 250:8 | **93086** 161:19 |
| 56:21 157:16 | 69:23 70:8 | 252:14 262:10 | **93114** 161:16 |
| 226:6 250:6 | 72:24 73:2,17 | 263:10,13,18 | **966** 1:17 |
| 270:7 276:3 | 74:13,22 75:6 | 264:19 | 287:24 |
| 283:9,11 | 75:19 145:13 | **7.5.** 257:15 | **97** 4:16 226:20 |
| **5,000** 262:25 | 204:17,23 | **7.50** 172:16 | **98** 253:11 |
| **5-1** 237:4,8 | 237:4 242:1 | **700** 2:4 | **9:00** 266:24 |
| 275:17 | 253:23 258:13 | **70s** 139:13 | **9:13** 1:13 7:1,5 |
| **5.8** 247:25 | 264:24 270:12 | **720** 162:22 | **9:25** 266:24 |
| 248:12 | 275:14,15 | **73.8.** 256:18 | **a** |
| **5.8.** 248:12 | **6-1** 72:24 73:2 | **732** 170:19 | **a.m.** 1:13 7:1,5 |
| **5.9** 248:11 | **60.37** 158:4 | **7:23** 1:6 7:11 | 266:24,25 |
| 253:22 283:4 | **60s** 139:13 | 288:1 | **a1** 224:6,14 |
| **5.9.** 248:19 | 155:14 156:9 | **7n** 258:24 | 245:14 263:7 |
| **50.4** 261:2 | **615652** 224:15 | **8** | 263:10,18 |
| **500** 262:25 | **615653** 145:11 | **8** 3:5 4:16 | 264:7 285:23 |
| **517** 166:17 | **615664** 146:19 | 97:21,22 | **a13** 146:17 |
| **53** 136:18 | **615699** 119:25 | 103:15 106:17 | **a18** 37:22 |
| 137:24 | | | |

a2 145:8 249:8
252:13,17,18
a21 120:3
121:17 122:6
a25 248:15
a26 37:23
247:14,17
a27 203:17,19
a48 119:24
120:2 121:18
a7 39:1
a8 247:18
a9 262:9
a98 225:21
226:18
abandoned
208:8
abc 130:23,25
156:18 162:8
aberjona 200:7
ability 11:18
12:20 239:23
271:17 279:10
able 11:1
186:14 195:11
217:16
above 124:25
240:12
absence 173:18
174:20 175:8
absolute 52:16
172:6 229:11
229:24 235:5
243:17,18,25

244:12,19
245:6 246:7
252:24,24
253:3,3,12,22
254:8,16,22
255:5,13,14,17
255:22 256:2,3
256:20 257:12
257:16,17,20
257:24 258:2,7
263:25 284:21
284:23
abstract 224:18
academic 78:3
78:11 182:2
194:17
academy
176:12
accepted 265:7
accomplished
82:20
account 129:13
148:4 169:11
170:25
accuracy 117:1
182:18 220:22
accurate 12:13
55:24 64:5
98:12 130:2
131:18 173:6
182:15 189:19
232:6 282:15
accurately 11:2
12:20 209:6,23

217:4,7 239:13
271:18 278:16
288:9
achieve 212:12
achieving
237:16 238:9
276:7,16
act 43:1
action 9:12
45:9,16 185:10
188:23 190:11
active 197:22
actual 154:9
218:15 229:10
229:24
actually 50:17
54:16 156:11
197:15 198:1,9
273:19
adapt 99:7
adapted 186:18
add 23:22 56:3
addition 174:3
additional 65:3
70:3,5 74:2
107:13 113:13
115:18,24
116:21 117:1
220:21
address 8:18
208:23 209:25
228:20 229:5
addressed
128:17

adds 240:10
280:7
adequately
216:13
adjacent 46:16
advection
162:18
advective 94:7
162:7
advertising
15:1
advice 26:8
advised 229:9
affect 12:20
affecting 239:3
277:22
affidavit 47:11
47:19
afternoon
284:11
age 225:4
agency 224:23
224:25
ago 9:14 16:4
45:4 62:16
109:16,17
151:19 180:25
agree 10:18
63:23 66:14
81:11,20 82:12
82:22 83:10
106:2,5 129:4
136:2 147:16
148:16,25

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 293 of 362

167:24 170:10
175:7,15
178:19 210:16
220:23 256:24
267:13 270:23
**agreement**
234:22 247:1
247:10
**ahead** 91:15
131:7
**air** 144:5
**airport** 258:23
**al** 145:22
**alabama** 18:14
19:6,10 20:4
21:18 23:13
25:7 28:3
101:8
**alanna** 2:17
**alexander**
92:17
**algorithm**
209:5
**algorithms**
22:5 24:10
26:10 209:20
**allison** 2:21
**allow** 42:4,5
**allows** 36:8
160:13,15
**alter** 281:13
**america** 1:8
288:22

**american**
207:12
**amount** 21:2
44:16 52:17
116:9 142:3
192:4 219:24
269:3,6
**analyses** 119:4
161:3 190:15
191:10 218:16
228:2
**analysis** 24:11
32:13,17,21
33:6,10,14,19
33:24 34:4,11
34:17 35:1,19
36:13 37:20
62:2 85:18,22
86:5 87:17
88:18 100:15
100:23 105:25
108:4,25
109:15,24
118:6 120:18
151:1,18
157:12 158:23
159:12 163:23
164:12,14,20
175:5 179:12
194:20 195:24
216:5 226:3
230:7 245:15
**analytics** 58:20

**analyze** 32:20
58:20 218:16
244:17 277:10
**analyzed** 14:11
**analyzing** 22:6
**anderson** 94:7
95:3,22 98:20
99:3,8
**annual** 207:12
**answer** 10:6,7
10:7,8,15 11:4
11:17 12:6,7
12:25 33:13
71:2 118:13
153:21 186:13
214:4 215:11
217:16 218:1
226:1 231:10
256:12
**answer's** 231:4
**answered** 76:7
117:19 231:15
**answering**
131:14 145:7
215:23 275:7
**answers** 238:4
274:12
**antonucci** 2:9
3:5,7 7:20,21
8:12,22 15:6
15:14,18 30:2
32:1 33:2,12
34:6,18 35:4
39:21,25 40:6

40:10 48:22
52:10 53:5,16
53:24 54:3,15
54:25 55:7
57:6 58:22
59:3,8,18,23
64:18,23 65:4
65:8 67:25
68:10,20 69:9
69:19 70:4,17
71:14 72:12
73:15 74:10,21
76:2,11 78:10
78:15 79:14
81:17,25 82:18
83:2,16 90:21
91:14 93:10,19
94:4 95:12
96:13 97:10,16
97:19,23
100:13 101:5
102:16 103:13
104:11 106:13
107:6 108:8
110:14,22
112:15 113:4
117:14 118:2
118:16 119:2
127:5 129:11
129:16 131:11
132:1,21
133:14 134:5
134:24 136:11
137:11 138:7

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-6 Filed 04/29/25 Page 294 of 362

138:17,22
139:16,23
140:5 141:3
143:12,21
145:6 148:10
149:8,19
150:14 158:19
159:25 160:23
161:2 163:21
164:5,24
166:11,15,24
169:3,20 172:1
173:16 175:7
175:17 176:13
176:20 182:17
183:14 186:22
187:1,4 189:10
189:20 190:4
201:20 202:3
203:15 206:23
207:1,4,17
208:22 211:7
211:19 213:7
213:10 215:2
215:12,20
216:15 217:6
217:12 218:2
219:12 221:11
222:13,21
223:5,13,16
224:4 226:23
227:18,22
230:21 231:7
231:12,18

232:14,20
233:5 234:4
237:2 251:6
252:17 256:15
259:5,11
261:12,19
266:6,12
267:14,20
268:3,10 269:5
269:11,14,18
272:12,21
275:5 281:24
283:23 285:5
286:2
**anwar** 2:9 7:24
7:24
**apart** 111:8
138:8 160:20
**apologize**
252:10
**appear** 207:10
**appearances**
2:1
**appeared** 91:21
**appears** 61:7
98:14 150:18
155:12 188:19
**appended** 64:4
65:24
**appendix** 39:1
241:7
**application**
176:4

**applications**
5:23 269:20
270:20
**applied** 20:23
21:23 94:5
163:4,7 210:4
222:4 234:10
**applies** 280:13
**apply** 182:4
211:16 276:23
279:23
**applying** 162:3
162:22
**appreciate**
16:14 36:22
39:17 64:2
84:1 117:15
119:23 203:16
204:16 258:11
**approach**
178:7
**appropriately**
281:10
**appropriaten...**
165:5 265:25
**approximately**
41:12,19 50:24
51:6
**approximates**
162:14
**approximatio...**
104:16 106:3
**aquifer** 21:3,7
21:8,16 22:1

22:16 24:7
29:15 30:8
35:10 86:13
114:9 128:22
129:2 130:18
133:25 134:12
134:25 135:15
142:4,23 184:8
195:1 197:5,14
197:18,21
198:23 200:8
201:21 202:5,9
202:15,16
203:5,8 209:11
209:23,25
212:2 221:1
222:2,3 239:21
270:24 279:9
**aquifers** 21:17
22:6 24:7 29:9
51:23 58:21
**aral** 42:20 80:7
82:11,19 113:6
118:20 151:8
154:19 158:6
172:12 183:4
**area** 49:6,15
79:23 95:10
116:13 128:18
129:10 140:23
149:6 196:21
242:15
**areas** 23:9
128:9 225:18

Golkow Technologies,
877-370-3377  A Veritext Division  www.veritext.com
Case 7:23-cv-00897-RJ  Document 357-6  Filed 04/29/25  Page 295 of 362

239:25 279:12
**argue** 130:5
179:4 220:16
**argued** 131:17
194:11 274:2
**arithmetic**
160:18,21
**arlen** 100:3
**arrival** 87:2
122:11 123:15
124:13,14
125:25 126:6
131:2 133:2
156:23
**arrived** 126:2,8
126:13,21
127:15
**art** 234:10,12
**article** 177:5,20
180:24 181:21
**articles** 26:6
78:21 79:9,15
79:21
**aside** 75:5
106:17 210:7
**asked** 11:12
25:15 42:3,4
71:18,20 73:24
74:1 76:7
88:20,25 89:18
90:20 92:13
93:13 101:25
102:3,9 106:20
106:24 107:8

107:13,24
109:14,25
117:19 164:2,5
182:25 183:1
185:22 189:21
219:20 231:15
252:8 271:12
274:17,20
275:20,23
280:16 282:2
**asking** 34:6
117:24 132:24
133:1 169:24
**asks** 177:14
**assess** 23:5,14
206:15 234:18
**assessing** 265:9
**assessment**
5:17 227:4
228:9 234:6,23
235:1 249:23
**assessments**
234:10
**assigned** 147:2
**associate** 25:7
**associated**
86:22 87:10
88:18 174:1
191:10 192:1
**associates** 47:4
48:4
**association**
227:13

**associations**
225:3
**assume** 11:25
121:10 133:18
204:9 271:9
**assumed** 51:11
121:8,24
127:19,23
130:22 148:21
**assumption**
111:15 145:21
**assumptions**
277:5
**atsdr** 3:18,20
4:20,25 5:18
37:3,8 62:4
69:4 91:6
101:24 110:5
110:16,25
112:18 121:2
127:23 130:21
136:15,18
148:21 151:4
154:18 158:3
164:11,19
165:1 167:2
204:8 214:19
215:5,15
216:18,25
219:14,25
221:4 222:15
222:18 224:25
225:13 228:9
228:21 229:7

230:8 248:4
265:5 271:24
272:13 278:1
281:5 284:7
**atsdr's** 68:3,11
70:6 76:3 85:3
85:7 89:7
91:23 102:3
106:20,25
110:1 112:6,9
112:17,20
120:18 121:23
136:5 148:11
148:16 161:3
165:9,18 166:3
166:7 168:1
176:25 184:9
210:4 216:23
223:7,18 226:2
227:3 273:10
273:14 274:5
276:19 278:20
279:16 280:10
280:18,20,22
**attachment**
4:24 16:15,17
**attention** 63:16
101:24 103:14
247:14 262:9
270:7
**attorney** 7:13
8:23 13:23
15:1

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 296 of 362

**attorney's** 1:14
**attorneys** 12:4
40:25 47:17
**attributed**
104:2,18
**auburn** 19:12
**audit** 4:3,9,14
27:10 60:8
65:13 67:8
71:18,21 79:3
88:2,6,21
89:19 90:23
92:3,7,11
102:9,11
106:20 107:9
112:8,19 113:7
113:11 115:17
116:3,8 117:4
117:9,22
121:14 122:4
123:4 164:25
167:21 171:17
214:22 215:6
215:16 216:16
216:19 232:21
232:22 233:17
233:20,21
234:6 236:2,4
236:7,16,20,23
240:15 241:2,4
241:15 243:22
244:1,22 245:3
245:6 246:8
250:22,25

251:1,7,8,19,22
252:1,9 259:20
264:16,24
265:14,22
268:14 271:7
272:22,24
275:16 282:21
284:18,22
285:12
**audits** 234:11
**augmenting**
5:9 207:19
**august** 188:11
**author** 93:1
163:11 270:3,5
**authority** 44:1
93:4,9,11 95:4
100:6,25
**authors** 269:25
**automated**
31:12
**automatically**
245:10
**availability**
28:17 29:19
43:25
**available** 49:22
50:1 51:12,13
113:14 117:17
118:4 196:7
199:1,12
201:19 204:8
205:25 225:12
258:16,20

259:25 260:8
260:19 273:9
**average** 147:6
147:17 148:3
162:15 243:15
243:18 244:11
255:12 257:13
257:25 277:4
**averaged** 143:2
**averaging**
169:12 171:1
171:12 257:13
**aware** 14:6,7
14:10,12 15:12
25:8 72:10
100:4 121:1
146:16 148:15
165:8,13,17,23
166:6,25
167:17 176:21
183:13 193:17
212:17 221:10
236:5,15
**axis** 155:25
156:3 249:11
249:13

**b**

**b** 3:12 16:19
86:12 122:21
214:4
**bachelor's** 57:7
**back** 9:20
43:23 59:14

63:17 64:3
72:21 84:2,20
102:13 103:14
149:15 150:9
153:4 178:18
184:6 198:1,7
198:9 202:17
211:24 223:1
233:9 236:3,9
241:24 260:2
261:17 271:16
**background**
25:9 94:23
**backslash**
248:1
**bad** 111:14
282:15
**balance** 21:10
147:4,13 198:3
257:10 271:25
**balanced**
116:14 242:16
250:21 251:25
252:4 257:4
**balances** 28:18
**band** 157:10
179:13,16,25
180:2,15
**bars** 173:10
**base** 68:4 119:7
120:7 161:7
203:23 228:5
**based** 6:1 19:20
26:11 33:13

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-6 Filed 04/29/25 Page 297 of 362

47:21 91:18
114:7 117:3
120:22 130:3
130:20 147:7
150:19 152:18
155:25 168:13
194:5 197:16
201:18 205:24
222:4 251:9
269:21 270:15
272:5 281:1
**basic** 28:10
102:17,20,22
193:5 273:1
**basically** 35:2
214:14
**basin** 44:13
**basis** 50:7
79:22 94:20
167:25 238:1
256:6
**bates** 119:12,14
119:15,25
145:11 146:5
146:19 153:11
161:14,19
166:16 224:15
227:23 228:15
259:7,14
**baughman** 2:3
3:6,8 8:1,1
15:2 29:25
31:20 32:23
33:7,25 34:13

34:22 39:18,23
40:2,9,18
48:19 51:18
52:19 53:12,23
54:1 57:2
58:12 59:4
64:24 67:21
68:6,14,23
69:15,24 70:9
71:4 72:8
73:11 74:6,15
75:24 76:6
78:4,14,23
81:13,22 82:14
82:24 83:13
90:14 91:7
93:6,12,21
95:6 96:6 97:6
97:12 100:9
101:1 102:5
103:7 106:7
107:2,10 110:7
110:17 112:11
112:22 117:18
126:23 129:7
129:14 131:5
131:13 132:17
132:23 133:6
134:1,18 136:7
137:5,18
138:11,25
139:19 140:1
140:24 141:6
143:19 144:1

148:6 149:3
158:12 159:6
163:14,25
164:21 166:22
168:22 169:15
171:8 173:12
174:14 175:13
176:8,15 182:9
183:8 189:6,16
190:1 193:25
201:12 202:1,6
208:18 210:22
211:12 213:2
214:24 215:7
215:17,22
217:1,9,18
218:5 221:7
222:12 223:9
223:20 226:13
226:19 230:15
231:1,9,14,24
232:16,23
233:25 236:24
251:4 252:15
256:11,14
259:9 266:2,9
267:6,16,24
268:6,25 269:7
272:10,16
275:10,13
282:1 283:20
285:8,24 286:6
**bear** 92:16,22
92:23

**beatrice** 188:11
**began** 130:17
132:15 143:13
**beginning**
38:19 81:9
107:18 119:12
155:1 170:5
184:25 242:7
251:13
**begins** 27:24
**behalf** 25:15
52:12
**behavior** 35:10
239:24 279:12
**believe** 13:18
16:3 17:15
22:5 28:15
29:21 31:11
47:11 50:2,3
50:14,17,23
54:9 58:8
62:17 67:1
74:18 77:6,22
79:5,13 80:7
82:15 85:16
86:1,6 87:14
95:8,20 96:19
109:11 110:20
112:6,17
113:24 116:24
117:3,10 124:5
131:20 135:21
141:16 153:6
179:23 185:15

193:6 195:19
196:8,24
198:17 199:14
207:11,24
220:19 226:22
231:3 233:22
236:6,21
259:21 268:12
268:21 269:10
281:3 284:14
**believed** 130:10
**bell** 13:20 60:9
159:15
**beneficial**
61:17
**benefit** 160:5
**benefits** 105:23
160:13
**best** 10:22
11:18 35:7
105:20 173:22
181:6 201:18
202:21 205:25
208:12 216:2
**better** 140:21
178:7
**beyond** 23:22
57:5 164:17,18
175:24 219:4
**bias** 114:14
116:19,19,22
142:12 235:7
246:12 247:9
247:25 248:9

248:18,24
251:1,8 252:1
252:4 273:11
273:22 282:3,7
282:19,21,25
283:1,2,9,25
284:17,21
285:9,12
**biases** 248:5
**bifurcated**
193:14 194:12
**big** 24:1 111:21
132:15
**bigger** 24:15
**bill** 2:18
**billed** 268:24
269:2
**billion** 44:11
**bills** 269:1
**biodegradation**
108:9,10,13,18
109:6,8 172:8
174:2,9 239:11
278:15
**birth** 225:6
**births** 225:7
227:13
**bit** 22:12 153:5
172:2 174:22
179:18
**black** 123:12
123:23 124:9
125:18 219:9
226:24

**blown** 144:6
**blue** 122:7,10
122:15 125:10
226:16
**board** 136:17
**bolton** 2:3 4:24
8:3,3 40:18
64:15,20 65:2
65:7
**book** 93:16,20
94:3 95:10
96:10,18
100:12 185:10
188:23
**books** 78:21
79:8,15,21
**boston** 185:7
**bottom** 119:21
157:18 197:2
242:7 263:18
**boulevard** 89:9
89:22 90:2
91:5,23 92:8
92:12 271:8
272:23
**bound** 220:6
**boundary**
49:19 192:24
193:5 212:10
219:10
**bounds** 172:11
**bove** 17:12
**box** 104:18,21
207:21 208:2

**box's** 105:14
**boxes** 207:21
**boy** 48:12
**brand** 198:21
**break** 12:24
13:2 22:11
40:1 59:1,9,13
149:9,13,24
150:10 222:22
222:25 261:13
261:16
**breaks** 12:25
**brief** 208:9,17
**briefly** 40:23
**brigham** 4:16
25:2 55:21
60:18 80:21
**bring** 19:23
**broad** 20:16
24:9,12 158:25
216:9
**broader** 142:22
**broadway** 2:4
**brought** 52:11
54:18 143:1
**build** 44:8,12
113:19 174:22
186:8 198:7,8
198:10 200:9
209:23 210:18
**building**
104:23 205:24
206:22 281:14

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 299 of 362

**built** 21:19 30:22 46:24 113:14,16 190:13 192:21 193:2 206:9 211:23 214:16
**bullet** 168:8 169:7,8 170:5 172:4 173:17 175:21
**bunch** 44:23
**burlington** 46:17
**buttons** 177:12
**byproduct** 180:16
**byproducts** 86:23 172:8

**c**

**c** 7:2 24:21 85:4 85:10 86:10 88:4,5,13 89:23 110:21 111:5 123:13 123:24 178:11
**c13** 254:5
**c17** 254:14
**c3** 253:8
**c5** 262:17,18 263:20 264:3,8
**c9** 253:21
**calculate** 144:7 163:19,22

198:1 202:17 245:5,11 253:6 255:11,11,13 255:18 257:25 259:19 282:20 285:11
**calculated** 243:6 248:4 251:23 255:21 282:7 283:1 284:20,24
**calculating** 136:3 137:3,16 140:22 190:20 257:22
**calculation** 147:17 148:12 285:16
**calibrate** 31:25 35:7 113:22 129:24 130:7 141:17 193:7 197:7 199:8 201:4 211:10 212:22,25 214:6 216:13 220:3
**calibrated** 113:3,20 122:24 123:7 130:1 142:10 151:23 163:6 165:1 214:10 216:1,16,24

219:14 248:6 264:15 273:11 273:15 274:6
**calibrating** 143:7
**calibration** 30:24 31:3,6 31:24 32:14 70:23 88:15,18 100:14,22 101:4 114:11 115:4 168:1 196:6,9,12 198:12 202:25 214:3 216:20 218:11,18 233:6,7,12 234:19 244:18 247:24 268:15
**call** 62:21 63:1 135:8 155:19 165:22 201:16 234:23
**called** 8:9 13:21 24:20 32:3 36:11 186:2
**camp** 1:4 5:7 7:8 8:25 13:7 14:1,4,7,9,20 15:7 17:5,20 17:25 18:2 42:25 68:5,12 70:7 76:4 119:7 120:7

161:7 167:2 173:1 183:7 199:18 203:23 225:5,10 227:7 228:6 276:19 278:1,20 279:16,19 280:10,23 288:1
**cancers** 225:7 227:14
**capacity** 15:8 60:23 96:16 123:21
**caption** 120:1 151:22
**capture** 239:23 270:24 279:11
**captured** 105:14 239:2 277:21
**captures** 160:7
**career** 56:18 63:15 79:9,16 94:1 101:18 185:8 205:19 206:8
**careful** 89:25 181:25
**carefully** 87:15 90:9,17 92:20 167:12 169:5 275:1

carlo 36:11
70:22 175:4
carolina 1:2
7:10 9:2 13:10
119:8 120:8
161:7 203:24
228:6
carson 43:7
case 7:10 9:10
18:10,22 35:3
35:21 38:21
42:11,18 46:3
46:13 47:2,12
47:24 48:5,11
48:11 53:21
54:6 61:5
69:11,13,20,22
72:3 73:22
77:7 80:3,4
81:6 109:9,13
115:22 140:11
159:10 174:18
176:1 181:7
185:7,9,18
186:7,9,15
187:9 188:12
190:7 191:10
192:1,3 194:7
194:19,22
195:5 197:3
198:19 199:4
199:18 200:10
206:9 235:11
237:22 268:13

268:24 269:12
281:2 288:1
cases 26:8 30:7
43:13 48:1
51:16,23 57:5
105:19,24
202:20 206:15
258:8
castle 86:13
222:2
catch 71:12
categories 73:6
152:16
category
252:25
cause 195:8
caused 46:22
116:11
ccr 1:16 287:23
288:2
ce 4:16 5:13
98:4 187:12
cells 239:21
277:4 279:8
center 114:20
152:7,9 188:3
261:21 262:6
262:12 263:3
centered 25:6
central 44:7
certain 36:9
61:17 178:20
186:12 189:4
189:14 193:21

211:15 212:8
214:14 219:2,4
227:13
certainly 87:16
88:3 174:23
177:22 178:11
182:3 207:6
212:19 246:2
certainty 169:1
172:17 173:11
certificate
287:1 288:3
certified 287:4
certify 287:6
chair 18:14
19:15 24:18
challenges 5:24
205:7,14
209:10 269:20
challenging
237:18 238:11
239:14 276:9
276:18 278:18
chance 55:8
158:18
change 20:21
21:1,9 22:1,15
56:3 75:2
120:21 121:15
196:25 209:12
217:16 233:9
239:9 273:4
274:13 278:13
281:21 288:10

changed
151:13
changes 29:11
66:7 67:7,13
112:9,20
128:12 137:25
155:20 241:19
changing 23:6
209:7
chapter 3:18,20
4:20,25 37:8,9
37:9,16,22,23
37:24 69:3,4
86:5,12,16,20
87:1,8,18
88:13,16 96:19
110:20 119:10
145:22 146:3,4
146:9 161:9
163:24 221:12
221:18 224:6,9
224:11 247:15
284:15
chapters 54:19
85:4,7,10 86:9
87:17,21,25
88:3,6,24 89:1
89:4,22,23
91:5 111:5
178:11
characterize
23:7 29:10
141:2 184:7
201:18 209:3

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 357-6 Filed 04/29/25 Page 301 of 362

220:24
**characterizing**
57:24
**chargaff** 104:2
**chart** 99:8
**chats** 17:3,23
**check** 236:9
**chemical** 104:8
239:11 278:15
**chemicals**
188:9,14
**chemistry**
104:8
**cheng** 92:17,22
**child** 224:23
**childhood**
185:14 196:2
225:6 227:14
**children** 191:2
227:14
**chloride** 172:16
172:24
**chlorinated**
194:24 199:19
**choose** 105:4
**circle** 150:9
**circumstance**
257:1
**circumstances**
68:21 211:16
217:22 258:1
281:12
**cite** 86:2 267:19

**cited** 78:19
79:4,5,11,13
84:14 95:1
167:8
**cities** 44:3
**city** 1:15 7:14
43:7,22
**civil** 2:10 16:18
55:20 57:8
72:6 185:10
188:23 190:11
**cl** 153:17
154:12 259:8
**clarification**
11:25 258:11
**clarify** 11:24
56:5 67:4 68:8
93:13 118:17
131:15 274:22
**class** 9:11,12
45:9,10,15
105:7,11 186:7
212:18 213:16
218:19
**classic** 159:15
**classify** 90:24
**clean** 143:23
**cleaner** 130:23
**cleaners** 130:25
156:18 162:8
**cleaning**
133:15,23
**clear** 71:1
127:1,17 210:2

**clearly** 88:23
159:17
**clement** 25:17
101:7,11,15,16
165:24 176:21
177:1,9 180:24
181:3
**clement's**
181:19
**clja** 119:13
146:6 161:15
166:17 227:24
**close** 89:20
101:19 134:9
155:18 234:21
237:16 238:10
276:7,17
**closed** 197:16
**closely** 86:25
114:18 240:11
280:8
**closer** 156:14
**cluster** 185:13
**clustering**
250:4
**coaching** 42:7
**code** 32:10
100:19
**codes** 32:3
**coefficient**
150:20 221:6
222:10,15
**coefficients**
156:25 222:1

**colleague** 46:4
46:8 48:23
**collected**
185:24 196:9
200:8
**collection** 52:7
142:19 240:9
280:6
**column** 152:25
153:2,22,24
154:4,7,18,19
154:19 224:17
247:22,24
248:16 260:24
**columns**
154:18 155:7
**combination**
220:7,11
**combinations**
211:9
**combine**
209:20
**come** 9:19 35:7
72:21 144:16
**comes** 21:5
117:6 142:21
**comfortable**
68:17 94:2
219:8 273:20
**coming** 21:11
104:7 144:13
144:24 200:3
274:11

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ      Document 357-6      Filed 04/29/25      Page 302 of 362

**comment** 30:11
231:6
**common**
210:14 233:14
234:18
**commonly**
108:17
**communicati...**
16:21 17:4,24
18:8,21 19:1
**community**
172:20 234:15
265:8
**company** 9:13
9:16,17
**compare** 91:2
146:12 273:6
**compared**
191:1 251:1,8
**comparing**
233:2,12 262:1
**competent** 82:3
**complete** 10:7
11:10 55:24
56:6 72:7 73:9
73:21,24 75:21
209:14
**completely**
28:24 90:10
270:25
**complex**
100:15,23
205:7,14
210:12 238:14

238:19,23
277:17 278:4
**complexities**
220:25
**complexity**
210:18 211:2
240:10 270:17
270:24 280:7
**complicated**
62:23
**components**
28:10
**comport** 16:10
**compound**
162:13
**comprehensive**
87:19 88:9
**compress**
160:14
**compute** 147:5
**computed**
162:18 163:1
**computer**
26:10 221:2
**concentrated**
261:21
**concentration**
57:9 114:6
120:4 122:16
123:7,24
124:25 126:11
126:15,19
127:3,8,12
128:7,12,21

133:2 138:2,4
141:16 144:8
144:13,19,25
145:5,17 147:6
147:24 155:3
156:24 157:24
159:20,23
160:8 172:22
174:8 179:1
200:3,8 229:11
229:17,18,25
239:8,25 243:4
243:5,10,12
246:24 277:2
278:12 279:13
**concentrations**
38:5 50:5
113:23 114:1
114:13,15,16
114:17,21,23
115:13,15,19
115:20,25
116:6,10,23
117:6 120:22
125:12,15,19
125:22 129:24
129:25 130:2,4
130:15 131:9
131:24 138:8
139:7,9 140:13
140:22 141:13
141:21,24
142:12,13,15
143:10 144:17

144:20 145:19
146:12,14
147:2,23
148:17 150:22
151:15 152:9
152:12 153:3,7
153:23 154:1
156:1,7,8,17
157:3 158:15
158:20 159:11
159:24 160:1
160:16,19
161:24 163:1
170:16 171:13
171:14 172:7
172:13,24
173:3,24 179:3
179:14 180:4,5
180:11 189:22
190:21,22,24
191:19 193:10
195:13 199:9
199:11 200:2
216:4,8 220:9
220:12,13
223:25 232:4,9
237:17,23,25
238:11 240:6
240:14 242:14
242:18,23
244:15 245:13
246:5,15,18,19
246:25 247:4,4
247:11 249:12

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 303 of 362

249:14,19
261:23 262:5
262:24 263:24
264:3,12,17
271:18 272:1,5
276:8,18 277:8
280:3,24 281:6
281:15,19
282:8 283:7
285:14
**concept** 135:24
**concepts** 4:18
96:11 167:18
**conceptual**
27:21 28:2,7
28:10,12 30:14
96:21 110:23
111:4,8,12
112:6,17,25
173:21 175:10
175:25 192:25
193:5 212:9
**concern** 48:11
**concluded** 45:7
190:11 286:10
**conclusion**
130:13 265:5
**conclusions**
73:3,6,10,14,16
74:13,18
112:21 181:17
**condition** 220:5
**conditions**
49:19 57:25

103:6 113:2
119:9 134:21
135:4,12,12
161:9 192:24
193:6 198:13
205:8,15 212:9
212:11 214:15
225:14 228:7
238:14,19
270:24 271:3
273:16 277:4
278:4
**conduct** 102:9
281:9
**conducting**
79:3 88:21
121:13 225:1
**conductively**
202:11
**conductivity**
202:18 212:14
239:1 277:20
**conducts**
281:22
**confidence**
36:10 70:22
**confident**
236:18
**confirm** 236:3
**conflating**
194:3
**conservation**
147:8 148:22

**consider** 87:8
91:12 93:2,20
95:2 97:14
100:5,22
101:18 112:3
139:3,24 140:6
143:5 144:10
158:17 184:16
273:20
**consideration**
140:10 274:4
**considered**
36:3,17,18
60:3 64:4,7
65:25 77:7,11
77:13,15,19,20
77:25 78:13,18
80:2 84:3,7,12
84:16,24 85:3
89:14 96:4
140:19 145:19
160:10 274:3
**considering**
246:4 273:12
**consisted**
141:19
**consistent**
113:1
**consisting**
239:20 279:8
**constant** 121:8
121:11 155:15
**construct**
198:19

**constructed**
116:7 184:20
**construction**
55:20 88:14,17
**constructive**
105:13
**consult** 94:18
**consultant** 57:4
**consulting**
56:22,25 60:25
62:9
**consumer**
128:3
**consumer's**
127:20
**contact** 196:10
**contacted**
185:18,21
**contain** 240:7
280:4 287:16
**contained** 21:3
68:13,19 69:13
69:23 70:7,15
70:25 71:3
72:14,17 73:17
76:5 154:14
198:23
**contaminant**
38:25 48:10
58:3,11 61:1
79:20 87:11
88:19 92:16
93:3 108:17,21
108:23 119:4

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 304 of 362

135:17 136:14
137:12 142:25
148:12 158:15
158:20 161:4
172:22 176:5
186:4,11 190:6
199:11 205:10
225:11,15
226:6 228:3
230:4,13,24
231:22 237:15
239:3 271:17
276:6,15,24
277:22 278:24
282:18 283:15
**contaminants**
5:5 46:18 50:8
52:17 53:2
86:16 107:20
129:2 130:22
131:2 145:17
146:13,15
147:18 156:18
157:6 173:4
189:2,12,22,25
191:19,23,24
192:13 193:11
193:19 195:8
220:6 239:9
278:12
**contaminated**
115:1 143:24
225:5,17 226:4
227:7

**contamination**
14:5,8,13,19
15:13 46:6
48:25 53:7
116:2 126:2,8
126:13,21
127:14,18
128:6 129:5
130:17 132:15
132:20 133:9
134:12 185:11
188:15 193:20
199:9 265:10
283:16
**contaminations**
127:24
**content**  76:3
95:14 119:18
186:20 213:18
**contention**
46:18
**contents**
187:22,25
288:8
**context**  18:17
69:17 70:20,21
71:6 73:23
106:11 111:6
134:14 140:4,8
144:4 167:20
168:25 170:1
173:15 182:25
200:20 208:21
211:15,21

213:5 282:17
**continue**  99:13
172:3 199:25
**continues**
270:11
**continuing**
264:6
**continuity**
147:8 148:21
**continuous**
206:3
**contribute**
172:18
**contributed**
188:14
**contributor**
115:1
**control**  16:25
**controversial**
181:12
**conversation**
178:1 181:9
**conversations**
17:3,18,23
177:13,21
**copies**  39:15,19
39:22,24 40:1
54:17 192:22
**copy**  37:10
39:3 55:25
56:3 62:14
64:6,16 98:12
120:15 138:14
224:10,13

**corner**  152:12
**corps**  68:4
119:7 120:7
161:7 203:23
228:5
**correct**  13:5
19:18 26:21
32:5,8 37:14
40:19 49:2,5
52:13,14 55:23
56:16 60:5
61:8,9 62:20
63:13 65:14
66:13 67:9,12
73:4,8,20
74:23,24 75:17
75:20 76:21
77:16,17 80:16
81:3 84:10
85:4,5 86:13
86:14,18,24
87:5,6 92:5,9
94:12,14 98:8
98:21 100:21
101:10,13
102:2,24,25
103:3,6,9,22
104:3,12,20,25
105:3 106:16
106:22,23
108:13 109:4
120:20,25
121:15,20
122:5,14,19

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 305 of 362

123:1,10,18
124:17,23
125:24 126:10
127:16 129:16
136:2 140:23
147:21 156:5
158:2,5,8
165:3 167:4
168:20 169:1
169:13,18
177:3 181:4,20
183:5,21 185:2
201:1 203:25
204:4,5,14,15
214:8 215:11
221:3 222:20
230:9 234:8
235:12,25
236:14 237:20
238:12,17
239:6,15,16
241:17,22
242:25 243:16
243:20,23,24
244:2,3,6,7,10
244:11,15,21
245:4 246:9,16
246:21,22
247:1,2,6,7,11
247:12 248:6,7
249:16,20
250:17,23
252:6,7,25
253:1,4 254:23

255:3,7 258:22
259:1 261:3,5
262:22 263:2
263:25 264:1,5
264:14 265:20
266:1,16,17
268:20 269:23
271:14 272:3,9
272:15 273:13
275:2 276:10
277:14 279:25
280:15 283:19
284:2,3,18,19
285:2,19,22
287:17 288:23
**corrected** 74:22
76:23 235:17
236:12 268:21
**correcting**
256:7
**correction**
288:10
**corrections**
11:12 76:13,19
241:14 288:8
288:19
**correctly** 17:14
22:17 23:12
25:23 104:4,19
145:25 147:10
163:8 168:18
170:21 171:2
174:10 188:17
205:11 208:13

214:7 222:6
225:19 226:10
226:22 227:9
227:16 229:19
236:4 237:19
238:4 239:5
240:3,16
241:11 242:19
249:4 265:11
270:21 275:23
284:15
**correlation**
191:5 195:25
196:3
**correspond**
114:24
**corresponden...**
17:2,17,22
18:18
**corresponding**
154:6
**council** 176:11
**counsel** 7:18
59:17 143:14
149:18 223:4
275:20 280:17
282:2
**countless** 79:21
233:3,15
**county** 287:2
288:5
**couple** 60:9
109:16 150:8
180:25 274:1

**course** 28:24
78:21 79:16
80:11 95:19
97:2 98:3,13
116:1 126:5,18
186:4 192:5
198:22 205:19
**courses** 56:24
61:2 186:18
**court** 1:1 7:9
7:17 8:6 9:1
10:12,21,25
13:9 43:6
47:15 200:10
287:4
**cover** 60:7
158:25 198:5
209:18
**covered** 50:25
**create** 98:5,9
187:15 200:18
**created** 32:6
109:23 110:25
**creating** 200:22
201:10
**creosote** 48:14
**criteria** 20:15
**critical** 26:17
47:6 90:19,22
90:25 106:1
**critique** 47:9
47:22 167:1
176:25 178:14
179:24 186:9

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 306 of 362

**critiques** 165:9
165:13,14,18
165:22 166:1,7
178:4 181:19
181:23
**curious** 91:1
**current** 5:22
8:18 174:3
226:5 228:21
229:7 269:20
**currently** 9:1
56:10,20
101:20 187:24
208:23 213:22
**curve** 159:16
209:24
**curves** 139:6,10
139:11 155:14
156:14
**custody** 16:25
**cut** 29:17
**cutting** 181:24
182:1
**cv** 1:6 7:11
55:15 288:1

**d**

**d** 3:2 7:2 92:17
124:5 254:14
**damages** 46:23
**dash** 259:11
**dashed** 249:17
**data** 5:10 16:23
17:3,23 22:9

22:10 24:11,11
49:23 50:1,5
51:7,11,17,21
52:6,8 58:20
61:23 62:2,3
62:24 77:20,23
110:4,11,16
112:8,19 113:7
113:13,17,19
116:21 117:17
118:4,9 132:22
141:16,19
143:7 154:13
154:24 158:23
159:20,23
160:9 162:4
168:16,16
170:8 173:19
173:25 174:21
174:22 175:8
179:1,5 185:23
185:25 186:1
193:7 196:6,12
196:17,25
198:3,5,15,18
199:1,2,4,16
200:2,9,17,22
201:6,19
202:25 203:21
204:3,7,10
205:8 206:1,3
206:5,10,13
207:19 208:3
208:12,24

209:20,21,22
211:25 212:25
214:6,11,23
215:6,16
216:18,25
217:5,8 219:23
219:24,24
220:2,10 221:5
222:9,14 223:6
223:18 224:21
225:11 240:8
248:9,18,24
258:16,20
259:18,25
260:8,19 261:6
273:8 274:7
277:2 280:5
285:17
**data's** 199:7
**date** 9:14 13:16
13:18 121:19
121:24 122:3
131:18 136:13
138:1 140:18
153:25 157:18
188:13 220:19
235:22 268:24
288:2
**dated** 4:3,9,14
4:22 288:24
**dates** 131:16,20
131:21 132:11
137:9,21,25
140:19 153:1

**david** 17:10
**davis** 2:20
37:10 41:5,6,9
42:23 60:11,15
61:11 62:17
63:10 66:8
153:17 154:12
259:12 266:15
267:4,15,21
268:5
**day** 20:5 119:9
121:9,12 161:8
162:5,14,25
163:4,7 228:7
287:20 288:24
**days** 27:5
101:18 162:3
162:22
**dbolton** 2:6
**dc** 2:11
**dce** 172:15,24
**deal** 57:19 58:2
102:17,23
**dealing** 13:22
205:8,22 206:5
206:12
**dealings** 18:24
**dean** 13:23
40:21
**deanna** 2:19
**debated** 128:10
**decay** 108:16
108:23

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 307 of 362

**december**
  137:13
**decide**  167:11
**decided**  43:23
  44:4 61:16,20
**declare**  288:6
  288:21
**deep**  44:6
**deeply**  14:17
**defects**  225:6
  227:13
**defendant**  1:9
**defendants**  2:7
**defense**  63:11
  194:10
**deficit**  23:2
**define**  93:11
**defined**  145:14
**definitive**  174:7
  178:22 217:25
**degradation**
  86:23 162:4,13
  162:15,18,24
  163:3,6,12,19
**degrade**  195:1
**degraded**
  162:16
**degreasing**
  48:13
**degree**  57:11
  182:13 240:7
  250:20 270:17
  280:4

**delivered**
  145:16,20
  146:13,15
  172:9 190:25
  225:17
**delivery**  196:1
**demonstrated**
  273:15
**dennis**  2:18
**department**
  2:10 5:16 8:23
  55:20 63:11
  165:15 166:2
  224:25 228:8
**depend**  269:12
**dependent**
  21:10 126:1,7
  126:12,20
  127:14 130:17
**depending**
  111:19 135:3
  208:20 211:22
  214:15
**depends**  134:14
  140:3,8 173:15
  200:20 202:8
  211:14 213:5
  218:8
**deposed**  9:10
  43:15,16 45:9
**deposition**  1:11
  3:14 7:6,12 9:4
  9:7,15 11:9
  12:3 16:6 37:1

  40:13 41:14
  42:1,21,23
  43:4 58:24
  69:18 70:14
  143:13 179:19
  185:1 266:13
  266:15,19,23
  267:1,4,5,23
  268:5 274:14
  275:1 286:10
**depositions**
  42:17,25
**depth**  87:16
**derived**  180:5
  203:21 204:2
**describe**  111:2
  150:1 192:19
  196:17 205:17
**described**  28:9
  28:14 57:5
  71:7 87:24
  111:5 152:5
  187:9 194:13
  199:7 206:6
  233:6,11
  257:23 279:22
**describing**
  147:14 153:21
  157:14 170:2
**description**
  3:13 28:6
  88:14,17 194:4
**descriptive**
  104:8

**designed**  28:13
**despite**  205:4,6
**detail**  23:23
  85:9 87:24
  160:16 235:10
**detailed**  85:17
  88:9,14,17
**details**  31:5
  110:13 164:15
**detection**  264:4
  264:12
**determination**
  22:2
**determine**
  29:18 52:16,23
  147:24 189:22
  193:10 197:3
  197:13 201:1
  209:6,8 218:24
  227:4,12
  230:23 280:20
  280:24
**determined**
  35:24 89:4
  108:6 147:4
**determining**
  22:6 189:24
  191:18 230:12
  231:21 271:25
**develop**  29:8
**developed**
  20:22 62:25
  63:10,14
  100:19 182:1

877-370-3377           Golkow Technologies,\nA Veritext Division           www.veritext.com\nCase 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 308 of 362

183:12 184:13
186:20 232:6
265:6
**developing**
21:24 60:20
186:5
**development**
44:5,14 98:20
99:5,17,20
**devin** 2:3 4:23
8:3
**dewatered**
203:9
**diagram** 99:22
**differ** 171:13
**difference**
131:9,23 132:2
132:8,9,16
133:13 136:3
137:3,16 138:2
138:20 139:15
139:17 140:6
154:17 169:9
170:23 243:3
255:21 273:22
**differences**
138:23 241:7
241:10,14
255:20 262:3
**different** 24:10
26:9 30:18
34:25 69:2
96:21 99:18,19
99:21 105:24

113:24 118:13
120:23 128:6
131:16 135:4
137:9 142:18
144:4 150:20
150:25 151:10
152:16 189:23
190:15,25
191:9 193:22
194:3,10
244:16 253:17
254:1,3,12,18
254:25 255:9
272:23 274:8
**differing**
131:21 132:11
**digits** 157:25
**diluting** 143:24
**dilution** 143:14
144:23
**dimensional**
86:20
**dinner** 41:17
41:17
**direct** 162:7
247:13
**directed** 178:4
181:19
**direction**
287:14
**directions**
52:25
**directly** 57:22
79:6 205:23

206:18
**dirty** 144:5
**disagree** 82:17
267:2
**discharge**
51:25 197:23
212:5
**discharged**
21:12
**discharges**
197:10,10,12
**disclose** 72:7
**disclosed** 81:10
81:19 109:20
**discovered**
199:19
**discrepancy**
154:24 155:7
260:13 261:9
**discretized**
221:1
**discretizing**
239:19 279:7
**discuss** 9:20
18:19 41:23
99:4 118:23
150:5,6 184:3
235:9
**discussed** 40:14
74:11 109:25
149:22 171:16
181:3 184:24
198:5 271:4,21

**discussing** 99:2
145:10 167:23
177:16 179:18
192:8 271:19
271:23
**discussion**
36:21 54:22
70:20 85:21
105:7,13,22
120:9 128:16
181:13 223:12
271:16 284:13
**discussions**
40:24
**disease** 224:24
**dispersion**
156:24
**displayed**
254:2
**dispose** 133:15
**disposed**
188:10
**dispute** 43:9,18
**distance** 49:12
49:13 139:11
156:19 180:6
**distinct** 270:16
**distributed**
5:25 158:16,21
158:24 159:14
159:19 160:10
269:21
**distribution**
35:16 87:12

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 357-6 Filed 04/29/25 Page 309 of 362

119:5 128:1
147:20 148:14
149:1 161:5
190:23 192:12
192:14 195:20
221:6,25 222:9
222:15 225:16
228:4 250:5
**district** 1:1,2
7:9,10 9:1,2
13:9,9
**dive** 85:17
**divided** 66:8
**division** 1:2
2:10
**doctor** 281:9,18
**document**
15:24 16:16
55:3,9,18
91:19 118:23
119:3,12
150:10 152:6
153:12 161:14
166:16 167:18
171:18 228:1
259:7 269:19
**documented**
178:11
**documents**
3:16 16:21
38:13 39:15
40:12 42:14
62:14 71:24
94:22 167:15

226:3
**dog** 115:6,8
**doherty** 32:7
100:16,18
**doing** 26:14
150:3 209:4
276:16
**doj** 80:12,13
84:21,22
131:17,22
136:1,16,19
275:20 282:2
**doj's** 136:5
280:17
**don** 229:8
**doses** 190:6
**downgradient**
49:7 157:4
162:9 180:11
**dr** 7:7 8:21 9:3
11:16 12:23
15:18 37:1
39:10 60:2
64:9 65:9 72:1
80:15,18,21
82:11,19,23
83:3,12,12,17
92:22,22,23
97:24 101:7,11
101:15,16
113:6 117:15
118:20 119:3
119:16 120:12
121:1 149:20

150:15 151:8
153:9 154:19
161:3,17 164:9
164:10 165:8
166:19,24
167:24 169:14
170:11 173:7
174:13 176:21
177:1 181:3,19
183:4 187:4
207:4 210:8
213:10 215:20
218:2 220:23
223:5 228:1,11
229:21 235:18
236:1,8,13
238:3 240:24
241:13 242:21
244:4 249:6
252:19 259:15
261:19 265:13
266:13 267:3
268:23 274:10
275:6,10
283:24 286:3
**draft** 42:20
66:12 146:4,8
177:15
**drafted** 62:5
**drafting** 61:11
61:12 66:4
**drank** 52:12
191:4

**draper** 104:22
**drift** 71:13
**drill** 44:6
**drinking** 46:22
50:9 87:12
119:6 145:14
161:5 225:5,16
226:4 227:7
228:4
**drops** 283:9
**drought** 22:25
**dry** 133:15,22
**due** 116:2
238:2 239:9
278:13
**duly** 8:9 287:9
**dump** 133:18
**dynamic**
239:12 278:16
**dynamics** 24:7
29:14

---

**e**

**e** 3:2,12 7:2,2
24:21 86:16
**e.p.** 104:18,21
**earlier** 13:18
93:25 98:19
99:2 101:6
140:20 141:12
141:15 145:10
165:16 176:24
179:18 180:1
211:24 246:11

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ        Document 357-6        Filed 04/29/25        Page 310 of 362

249:21 253:2
255:25 266:13
271:5,16
275:20 284:11
**earliest** 101:17
122:11
**early** 63:14
96:18 139:4
156:14,22
179:17 180:10
185:8 194:23
233:22
**earth** 5:11
22:10 58:19
207:20 209:21
**easily** 285:11
**east** 8:19 44:7
**eastern** 1:2 7:9
9:2 13:9
**edge** 181:24
182:1
**edited** 62:5
**editions** 94:11
94:15
**editor** 62:14
**education** 24:2
104:9
**effect** 216:7
229:14
**effective** 87:1
259:19
**effectively**
205:9

**effects** 130:6
169:12 171:1
171:12 224:22
227:6
**effort** 89:6
178:15 280:18
**efforts** 68:12
70:6 76:4 89:8
91:24 172:21
173:19 175:9
177:1 191:9
276:20 278:1,5
278:21 279:16
280:10,14
281:10
**eigenvalues**
218:22 219:13
**either** 27:3
51:24 66:25
67:14,17,19
68:13 69:23
70:8 136:12
182:21 202:13
**elaborate** 34:19
129:22 134:6
**elapsed** 162:2
**electronically**
16:23
**email** 16:4
**emails** 17:1,16
17:21
**emphasis**
229:10,24

**emphasizes**
229:12
**empirical**
104:22
**employed**
110:5
**en** 5:13
**encapsulate**
63:1
**encountered**
206:8
**encouraging**
173:1
**ended** 186:5
**ends** 119:13,25
225:22
**engage** 31:24
181:12
**engineer** 43:8
**engineering**
55:21 57:8,13
112:1 202:22
232:7
**enjoys** 177:17
**ensminger**
17:12
**ensure** 25:21
39:14 43:24
**ensuring** 20:11
**enter** 133:24
134:9
**entered** 47:2,11
**entering** 61:23
130:18

**enters** 21:7
**entire** 69:20
88:10 90:1
239:13 266:19
278:17
**entitled** 208:3
**environment**
238:23 277:17
**environmental**
100:15,24
**epa** 192:11
195:18,19,21
283:18
**epidemiologi...**
225:2,12
228:22 229:8,9
229:23 231:5
232:11
**epidemiologist**
281:8,18
**epidemiology**
172:20 230:18
**epscor** 24:21,21
25:1,1
**equal** 162:12
247:25 249:19
251:24 257:10
**equally** 36:3
89:25
**equals** 246:25
252:2
**equation** 30:22
144:15 162:4
162:19,23

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-6   Filed 04/29/25   Page 311 of 362

245:17,19
**equations**
30:19,19
**equivalent**
148:18
**error** 112:4
116:13 143:3,4
172:11 173:9
235:5,6,10
240:8 243:1,11
243:13,14,17
243:21,25
244:5,8,12,20
244:23 245:6
245:15 246:7
251:9,23 252:2
252:23,24,24
253:3,4,10,12
253:21,23
254:7,9,15,16
254:21,22
255:3,5,11,13
255:23 256:3,4
256:18,20,22
257:16,18,20
258:2,3,6,7
263:24,25
280:5 284:22
284:24
**errors** 74:22
75:2,5 116:14
142:7 178:14
180:20 235:17
235:22 236:2,6

236:9,12,16,20
236:23 242:15
243:15 245:12
255:12 257:3,4
257:9 258:5,5
261:21 268:4
**erwin** 104:2
**especially**
117:5 174:8
**essentially**
102:23 104:16
**established**
19:21 188:7
206:14
**estimate** 35:8
52:4 173:23
186:10 192:13
202:21 222:14
229:11 281:20
**estimated**
44:12 173:3
229:16
**estimates**
172:23 174:8
212:4 221:22
221:24 222:3
229:25
**estimating**
175:3 221:5
**estimation** 31:9
31:12,15,18
32:4
**et** 145:22

**evaluate** 22:16
25:20 27:8
28:1 30:14,23
32:13,16 33:6
36:7 110:15
113:12 141:17
164:19 168:14
183:1 219:13
225:2 244:13
265:19,24
**evaluated**
32:10 183:16
183:20 246:13
**evaluating**
19:19 20:15,20
22:15 26:21,23
27:14 28:12
29:2 30:4 31:3
33:4,23 34:9
36:14 100:1
242:22
**evaluation**
28:11 106:25
107:5 110:1
164:3 165:5
**eventually** 21:6
**evidence** 47:2
116:25 117:11
118:11,15
188:8 194:6
219:3,5 220:21
230:6 279:18
**exact** 9:13
13:17 49:12

171:21 247:1
**exactly** 267:10
**exam** 5:13
213:18,23
**examination**
3:5,6,7,8 8:11
275:12 283:22
285:7
**examine**
234:20 250:2
**examined** 8:10
**example** 10:16
22:8,25 24:6
49:18 62:9
63:5 84:19
108:20 134:7
140:11 144:24
156:15 170:13
172:12 178:16
181:23 202:12
203:2 211:23
212:13 219:25
234:17 245:14
258:4
**examples**
267:19
**exams** 213:12
**exceeded** 226:5
**excel** 155:11
245:16,16
**excellent** 26:14
117:8
**exceptional**
83:24

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 312 of 362

**exclusively**
  70:25
**excuse**  18:1
  19:15 29:16
  38:20 41:15
  46:11 54:4
  98:23 99:1
  107:19 124:13
  146:6 152:3
  153:24 157:11
  174:6 187:1
  216:21 220:8
  228:23 234:12
  247:22 252:11
  256:1 259:12
  261:1 262:16
  267:4 272:12
**executive**
  204:22 242:4
**exercise**  70:23
  203:12 216:20
**exercises**  186:6
  186:19
**exhibit**  3:14,18
  3:20,25 4:5,5,7
  4:11,16,20,22
  4:25 5:5,8,9,13
  5:15,20,22
  15:15,17,22
  36:23 40:8
  55:5,6,12,14,18
  56:21 59:21,22
  60:1 63:17,25
  64:13,14 65:10

65:17 66:15,18
66:22 68:1,13
68:13 69:14,14
69:23,23 70:8
70:8 72:24
73:2,17 74:13
74:22,23 75:6
75:11,15,19,23
84:2,4 97:21
97:22 103:15
106:17 118:25
119:1,3,24
121:18 145:9
146:18 150:11
150:12 159:3
160:25 161:1
166:12,13,14
168:5 172:5
173:18 175:23
186:24 187:3
194:5 203:17
203:20 204:17
204:23 206:24
207:2,3 210:7
213:8,9 221:16
221:18 224:5,7
224:8,10
227:20,21,23
229:5 237:4
240:20 242:1
247:14,15
249:7 250:8
252:14 258:13
259:3,4 262:10

263:10 264:19
269:15,16,17
270:7 275:14
275:15
**exhibited**  35:10
**exhibits**  54:20
  54:23
**existence**  14:3
  14:7
**expect**  35:24
  40:15 42:2
  103:4,10
  105:15 106:14
  171:20 245:25
  277:6
**expectations**
  237:23
**expected**  174:7
  256:24 262:1
**experience**  25:9
  25:10 26:11
  79:19 83:9
  91:20 95:17
  202:23
**experienced**
  82:3
**experiment**
  138:9
**expert**  13:7,13
  17:6 18:9,15
  18:22,25 19:2
  19:16 24:18
  25:19 43:10
  44:20 45:18,22

45:25 46:5,15
47:5,14,25
48:5 53:22
54:7,12 56:23
57:1 60:3 61:8
72:2 80:2,6,14
80:17,20 81:2
82:3,10,21
83:11 92:25
93:18 118:20
128:11,14
153:17 154:12
181:7 194:8,9
230:18 231:5
235:18 259:12
**expertise**  79:22
  94:23 128:18
  129:10 149:6
  232:13,13
**experts**  83:19
  131:18,22
  132:12 136:1
  165:15,21
  176:18 185:19
  189:1,11
  196:10
**explain**  35:5
  43:20 61:13
  71:15 160:6
  217:15,21
  256:25 260:12
**explained**
  180:1

Golkow Technologies,
877-370-3377　　A Veritext Division　　www.veritext.com
Case 7:23-cv-00897-RJ　　Document 357-6　　Filed 04/29/25　　Page 313 of 362

**explaining**
99:18 163:18
**explicitly**
128:23 129:17
148:3
**explore** 170:1
**explored** 216:9
**exploring**
209:19
**exposed** 52:18
193:12 229:13
**exposure** 5:5
87:22 136:4
137:3,16 173:3
189:25 190:6
225:11 227:3,6
229:13,14,15
230:13,24
231:22 281:20
281:21
**exposures**
225:4
**expressed**
267:3,5
**expression**
210:15
**extended** 116:6
116:20 242:9
242:12 268:19
273:2,3,7
**extending**
273:5
**extensive** 31:6
177:21 190:12

194:20
**extensively**
190:19
**extent** 10:9
162:10 276:22
**extract** 44:16
**extreme** 240:12
**extremely**
105:17 115:16
251:25

**f**

**f** 3:20 4:25 37:9
37:24 54:19
69:4 85:4,10
86:10 88:4,5
88:16 89:23
110:21 111:6
161:9 163:24
178:12 221:12
221:18
**f12** 37:25
**f2** 162:3
**f27** 221:15,21
**f28** 161:18,23
**f34** 38:1
**f43** 38:4
**f7** 162:6
**f8** 162:6
**facility** 46:7,16
46:20 48:13
49:7
**fact** 116:18
157:1 160:9

171:12 178:6
180:15 197:25
218:15 268:17
273:23
**factor** 107:17
135:5 277:16
278:10 280:1
**factors** 31:2
32:12 33:22
34:12 221:25
239:10 278:13
**facts** 77:19,23
**fair** 12:1 58:9
61:3 64:5
66:10 98:11
110:15 125:20
130:14 210:10
212:23
**fairly** 31:7,11
52:6
**falsely** 180:14
**familiar** 90:5
92:14,25 93:17
94:5 99:25
100:16 120:11
128:15 154:13
166:1 168:24
176:25 185:6
205:19 207:6
213:17 259:15
259:17
**familiarity**
192:20

**families** 173:2
**family** 225:9,18
227:5
**family's** 226:9
**far** 49:9 81:15
82:8 122:1
133:20 138:8
156:21 229:16
250:2
**farther** 178:17
**fashion** 97:2
118:7 206:2
**fate** 3:21 5:1
58:3,11 87:11
119:5 161:4,9
225:15 228:3
**faye** 17:9 151:7
154:18 163:10
**fe** 46:17
**features** 35:9
70:21
**featuring** 25:2
154:2,5 241:3
**february** 1:12
4:22 7:1,5
124:10,21
157:19 287:20
288:2
**federal** 16:18
72:5
**feedback** 19:24
20:11 25:20
26:17 202:24

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-6 Filed 04/29/25 Page 314 of 362

**feel** 94:25
230:19
**felt** 87:22 90:18
**fetus** 224:23
**field** 35:11 82:3
82:6,21 83:6
83:22 93:4,16
95:4 100:6
233:2,13 240:8
273:8 280:5
**fifth** 170:6
**figure** 37:22,25
38:20,22,23
120:2,3,12
121:17 122:6
125:6 159:9
162:6 249:8
250:6,10 262:9
262:13 285:10
**figured** 181:6
**figures** 37:18
37:18 38:19,22
62:10 109:22
120:14 172:11
241:2,8,20
254:3
**filed** 7:8
**files** 16:24 17:4
17:24 27:8
62:22 63:4,5,8
**final** 84:11
163:6
**finalized** 62:6

**finally** 77:14
124:3 125:21
271:15
**find** 52:9 112:2
118:14 155:11
159:4 173:2
230:6 284:15
**findings** 3:19
4:21 26:4
119:10 265:4
**fine** 39:16 40:9
239:23 279:11
**finish** 11:3
**finished** 15:21
120:4,22
131:14 145:13
145:23 147:2
166:19 172:8
215:23 256:12
286:7
**firm** 48:18
**first** 14:18 35:6
45:22 60:6
103:23 150:10
152:25 153:22
153:24 162:24
163:3 165:12
165:14 175:20
180:12 188:4,6
193:18 235:10
237:12 257:11
263:10 264:8
275:14 277:15

**fit** 214:22 215:5
215:15 216:2
216:17,25
234:24 235:1
242:16,22
244:13,17
246:13 249:24
251:25 273:15
273:21,25
274:6 277:9
**fits** 214:10
217:5,7
**five** 57:22 73:5
140:14 172:10
174:15 257:7,8
257:14,14
**flaw** 111:20,21
112:5,16
118:11
**flawed** 111:14
**flaws** 111:11,17
**flip** 75:11
166:23
**flipping** 99:12
**floods** 203:6
**floridian** 21:16
**flow** 4:2,7,13
22:25 29:11
48:24 49:22
50:1 51:11,17
51:20 52:25
57:19,23 58:10
60:7 65:12
68:3 82:4,6

87:11 88:15,22
92:15 93:3
94:6 99:7,21
100:2 106:21
106:25 110:2,6
110:24 113:18
113:20 119:4
141:18 147:6
147:17 148:3
161:4 174:22
184:9 189:4,14
196:25 201:5,8
210:5 211:25
220:3 225:15
228:2 239:11
278:14
**flowing** 197:4
**flows** 196:22
**fluctuations**
116:12
**focus** 58:10,17
89:6,16 191:21
**focused** 71:25
182:23
**follow** 91:21
**followed** 91:11
91:25 111:25
111:25
**following** 16:20
19:25 188:8
**follows** 8:10
177:22 241:10
**footnote** 145:12
145:13

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 315 of 362

**foregoing**
  287:7,16 288:7
  288:22
**foremost**
  165:15
**form**   15:3 30:1
  31:21 32:24
  33:8 34:1,14
  34:23 48:20
  51:19 52:20
  53:13 54:2
  57:3 58:13
  67:22 68:7,15
  68:24 69:16,25
  70:10 71:5
  72:9 73:12
  74:8,16 75:25
  76:7 78:5,8,24
  79:21 81:14,23
  82:14,25 83:14
  90:15 91:8
  93:7,13,22
  95:7 96:7 97:7
  97:13 100:10
  101:2 102:6
  103:8 106:8
  107:3,11 110:8
  110:18 112:12
  112:23 117:19
  126:24 129:8
  129:15 131:6
  132:18,24
  133:3 134:2,19
  136:8 137:6,19

138:12 139:1
139:20 140:2
140:25 141:7
143:20 144:2
148:7 149:4
158:13 163:15
164:1,22
168:23 169:16
171:9 173:13
174:15 175:14
176:9,16
182:10 183:9
189:7,17 190:2
193:25 201:13
202:2,7 208:19
210:23 211:13
213:3 214:25
215:8,18 217:2
217:10,19
218:6 221:8
223:10,20
230:16 231:2
231:15,24
232:17,24
234:1 236:25
251:5 266:3,10
267:7,17,25
268:7 269:1,7
272:11,16
**formally**   74:1
**format**   40:15
**formatting**
  62:12

**formed**   94:22
**former**   60:16
  173:1
**forming**   95:15
  96:20
**formulated**
  127:2
**forth**   42:12
  287:9
**fortunately**
  26:18
**found**   116:4
  191:5 192:25
  196:2 236:19
  242:13
**foundation**
  19:8,22 24:23
  113:21 134:3
  183:9 190:2
  194:1 221:8
  223:10,21
  230:16 231:25
  272:17
**four**   162:25
  199:5 238:13
  263:20 276:10
**fourth**   168:8
  280:1
**frame**   138:6
  170:19 186:13
  189:4,14
  191:25 192:3
  198:4

**framework**
  86:12 173:21
  175:11,25
**frank**   17:12
**fresh**   22:24
**freshwater**
  17:13
**friend**   101:20
  177:9
**friends**   190:17
**front**   37:5 43:7
  65:21 152:20
  155:10
**full**   8:15 61:19
  161:23 170:1
  171:4 221:21
  228:19 241:5
  264:25
**fully**   10:5
  220:24 239:2
  277:21
**fun**   105:6
  177:16
**function**   35:17
  107:16 155:11
  156:24 157:3
**fundamental**
  178:14 180:20
**funded**   19:8
  101:21
**funding**   24:4
**further**   150:6
  157:25 160:20
  247:8 286:3

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 316 of 362

**future** 5:24
23:8 29:19
269:20
**fuzzy** 30:12

**g**

**g** 7:2 86:20
124:5 188:13
191:25 199:6
**gained** 52:5
197:4
**gap** 124:11
125:5 139:5
**gaps** 208:3
**gather** 52:8
**gauge** 197:1,2
**gauges** 52:3
**general** 14:4
25:9 28:6 30:5
31:19 35:1,5
42:10 91:9
94:22 96:11,25
108:15 125:10
173:21 175:10
175:25 200:15
210:19 211:17
213:6 217:24
230:4 267:11
271:22 273:9
278:22 279:17
280:12
**general's** 7:13
**generally** 16:10
31:17,22 83:22

128:15 145:4
176:17 262:5
278:4
**generate** 35:19
63:7 108:1
110:5 154:10
159:13
**generated** 20:3
154:15 182:19
183:3 190:5
241:1
**generating**
201:23 209:11
281:14
**geochemical**
173:25
**geologic** 86:12
**geometric**
235:7 246:12
247:8,24 248:5
248:8,18,23
273:11,22
282:3,6,21,24
283:1,2,25
284:17,21
285:9,12
**geometry**
180:17
**geophysical**
207:12
**george** 104:18
104:21 185:21
**georgia** 183:3

**geotechnical**
57:13
**getting** 88:11
177:17,17
221:17
**giovanni** 2:9
7:20 8:22
**giovanni.ant...**
2:13
**give** 12:12
19:24 26:8
57:20 159:4
193:3 259:10
**given** 11:10
52:25 61:18
73:23 140:18
160:7 212:20
214:11 270:19
274:12
**gives** 36:1
**giving** 217:25
**gms** 61:24
62:17,24 63:4
63:6,8,11
245:9
**go** 13:1 26:23
34:25 91:15
115:7 131:7
175:24 178:17
195:17,23
198:7 202:12
209:16 233:8
236:3,9 238:8
275:14 277:15

**goal** 210:11
**goes** 227:11
273:23
**going** 7:4 15:15
28:21 39:11,21
40:7 54:4,17
55:2 59:5,7,19
64:11 97:20
101:23 102:12
118:24 150:10
160:24 166:12
179:6 199:24
211:4 213:7
227:19 228:14
240:20 242:1
258:13 259:2
262:10 264:8
267:9 269:15
276:12
**gold** 143:6
**golly** 206:10
**good** 7:3 8:13
8:14,21 11:7
13:3,4 19:25
20:1,11,12
25:11,21 31:23
83:22 87:22
91:12,12,25
96:23 101:4,19
111:25 114:22
116:15 142:10
150:3 171:20
177:9 214:22
215:5,15 219:2

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-6 Filed 04/29/25 Page 317 of 362

220:20 242:16
282:14
**goodness**
234:24 249:23
**goods** 235:1
**gotcha** 229:3
**gotten** 53:7
**governing**
30:19,21
**grab** 224:12
**grace** 188:12
**gradients**
239:25 279:13
**graduate** 60:16
95:19 98:3,13
186:4
**grams** 121:9,12
**grand** 108:19
**grant** 19:21
24:20 25:1,1
101:7,22
**graph** 120:17
121:7 138:16
204:1 249:11
250:10
**graphical** 63:2
**graphics** 108:2
**graphs** 151:20
152:17 155:12
156:2
**great** 11:8,15
49:11 65:6
149:10 253:18

**greater** 171:23
178:18 247:5
261:23 262:25
283:8
**greatest** 114:21
**green** 124:4,12
124:24 125:5
125:21
**grid** 277:4
**grids** 239:20,22
279:8,10
**grills** 9:17
**ground** 9:21
52:1 133:18,23
134:11,23,25
135:9,14
**groundwater**
4:17 5:10 14:8
15:13 20:18,19
20:20,23 21:23
22:23 23:1,5,6
24:11 25:10
26:24 27:15
29:11,12,19
32:21 33:5
34:10 44:5,14
44:22 46:6
49:1 52:25
57:19,23,25,25
58:10 60:21
61:1 68:3 76:4
79:19 82:4,6
83:6,19,23
86:17 87:1,11

92:15,24 93:3
93:5,17,18
94:6,23 95:5
95:10,16,20
96:11,19,24
98:3,13 100:2
100:7,25
102:18,24
103:1,5 105:24
106:21 110:2,6
110:24 119:4
134:22 145:14
161:4 165:25
173:20 175:9
176:4 183:15
184:9 185:12
186:5,8 189:1
189:4,11,14,21
190:5 192:22
198:21 200:14
200:19 201:4
201:23 205:18
205:21 207:19
208:24,25
209:7,8 210:4
211:21 212:18
213:16 218:19
225:15 228:2
239:4,11 245:8
272:19 276:23
277:23 278:5
278:14 280:14
**group** 13:6,20
60:9 281:21

**guarantee**
33:14
**guess** 27:20
40:22 41:22
61:13 102:22
134:15
**guessed** 16:13
**guidelines**
100:1 193:2

**h**

**h** 3:12 87:1
92:17 191:25
199:6
**habit** 177:10
**hadnot** 89:9,21
90:2,13,22
91:5,23 92:7
92:11 271:8
272:23
**half** 9:14
108:22 162:20
162:23
**halfway** 251:17
**hand** 55:2
59:19 64:11
162:15 227:19
248:16 250:12
250:15
**handed** 59:25
**handing** 207:2
**handwritten**
38:7

hang 226:11
happen 134:13
happened
 24:25 173:22
 175:11 184:7
happens 23:9
 114:24
happy 69:6
 70:13
harbaugh
 100:3
hard 15:10
 203:2 206:17
harmful 224:22
haroon 2:9
 7:24
haroon.anwar
 2:13
harr 188:24
harvard 186:15
havai 2:19
hayne 86:13
 222:2
head 10:18
 51:10,16,20
 80:11 113:18
 115:9 246:10
 268:9 284:25
heading 73:3
 75:16 237:7
heads 49:22,25
 212:14 216:3
health 46:23
 194:25 225:1

226:9 227:6
 281:7
healtheffects
 166:17
hear 12:4
heard 8:23 14:1
 14:2,3,6 15:7
 15:11 92:18
hearing 43:6
heavens 56:22
held 7:12 54:22
help 11:19
 26:10 31:25
 200:25 202:25
 203:12 209:5
 221:12 222:8
 227:12
helped 62:12
helpful 40:4
 88:11 95:15
 100:12 197:16
 201:10,23
 237:13 238:9
 276:4
helps 159:7
hennet 80:18
hereinafter
 145:23
hesitant 71:8
hesitate 12:24
heterogeneities
 142:8 240:1
 279:14

heterogeneity
 238:24 277:18
hey 117:11
 150:3
hi 115:5,8
high 24:5
 114:14,16
 116:12 134:8
 140:13 142:12
 160:8 174:3
 203:5 250:19
 252:1 264:16
 273:25 277:1
 282:19
higher 139:10
 144:25 160:19
 163:12 262:6
highest 125:11
 125:15,19
highlighted
 235:17
highlights
 38:10 39:5
highly 26:17
 134:10 140:16
 155:20 169:10
 170:24 191:11
hindcasting
 178:17 184:3,5
 184:10,15,18
 184:21 200:23
 201:11
hired 13:12,19
 46:14 47:3,8

47:14,15,16
 60:19 88:2,7
histogram
 159:13
historical
 105:18 114:5
 119:8 161:8
 173:19,25
 175:8 176:3
 184:13,17,21
 200:18 223:24
 225:14 226:2
 228:6
history 44:13
 44:15 209:11
holcomb 89:9
 89:21 90:2
 91:5,23 92:7
 92:11 271:8
 272:23
hold 66:17,21
 68:3
home 145:16
 145:20 146:15
homes 127:20
honestly 12:21
horan 2:17
hour 9:15
 58:25 162:8
hours 41:21
houses 195:23
housing 225:10
 225:18

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 319 of 362

**huh** 104:5 168:11 256:17 259:24

**human** 225:1

**hundreds** 94:21

**hunt** 94:8 95:3

**hydraulic** 202:11,17 212:14 238:25 277:19

**hydrogeologic** 113:1 186:1

**hydrological** 270:15

**hydrology** 6:2 269:22

**hypothetical** 112:12 131:6 133:20 134:2

**hypothetically** 130:25 132:10

**i**

**ideally** 200:21 200:24 202:3

**identification** 15:16,17 54:20 54:24 55:4,6 59:20,22 60:1 64:12,14 65:10 97:20,22 118:24 119:1 150:12 160:25

161:1 166:13 166:14 186:24 187:3 207:3 213:9 227:20 227:21 259:3,4 269:17

**identified** 236:2,9

**ignore** 132:11

**illnesses** 195:8

**imagine** 44:15

**immediately** 133:25 134:4

**impact** 44:25 131:1 132:22 135:13 140:9 142:7 151:14 181:16 194:25

**impacts** 265:9

**impaired** 12:16

**implicitly** 129:19 130:5

**implies** 179:21

**important** 10:15 37:20 88:3,6 180:2 277:10

**impossible** 220:24

**impressive** 26:13 83:9

**improperly** 133:16

**inaccurate** 282:15

**inadequate** 174:5

**inches** 261:4

**incidents** 191:2 196:1

**include** 68:2 77:19 84:15,19 84:20 108:16 109:10 128:23 148:12 235:4 238:13 270:16 273:24

**included** 69:7 84:25 85:17 107:22 111:17 111:22 235:21

**includes** 65:2 76:13,19 108:10 130:5 225:7

**including** 16:22 17:7 87:20 190:20 281:7

**inclusive** 56:17 109:8 248:17

**incomplete** 67:20 112:12 131:6 134:2 205:8 206:5,13

**inconsistent** 76:10

**incorporate** 220:25

**incorporated** 232:11

**incorporates** 62:18

**incorrect** 67:1 67:14 75:8 77:1 235:22,23 267:15,22

**increase** 245:1 250:25 251:7 252:3

**increases** 155:14

**independent** 47:14 83:7 165:4

**independently** 265:18

**indian** 50:18

**indicate** 162:6 177:24 249:3 250:19 273:24

**indicated** 247:25 249:21 253:2,11,12

**indicates** 159:17 169:10 170:8,15,23 244:5,8 246:20 246:25 247:5 250:25 251:7

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 357-6 Filed 04/29/25 Page 320 of 362

**indicating**
242:16 246:4
251:24 252:3
257:10
**indirect** 206:19
**individual**
100:19 142:1
143:4 144:20
144:21 230:14
231:22 237:22
255:12,17
256:5 257:24
281:20
**individual's**
189:24
**individually**
276:13
**individuals**
17:19 18:3
52:12,17
193:11 229:13
230:25
**industrial**
199:5
**inevitable**
149:2
**infant** 225:3
**infer** 202:17
209:22
**inferring** 56:12
**infinite** 211:9
212:21
**influenced**
79:10,17

**influences**
270:19
**inform** 201:2
203:1
**information**
16:23 36:23
49:18,21 77:20
77:24 187:10
202:4 208:10
208:16 213:23
272:8,14
274:16
**informative**
95:9,13 97:4
**informed** 193:2
**ingested** 63:8
**inherent** 205:6
205:14
**inherently**
128:23 238:23
277:17
**initial** 60:2
63:17,20 64:6
64:17,22 66:5
66:18 67:10
68:1 70:12
72:24 73:16
75:3,7 76:13
76:20 77:12,13
81:9 84:8
115:3 116:23
117:5 163:2
190:7 204:18
220:5 222:3

233:21 235:13
236:7 237:3
243:21 244:1
245:19 246:2
250:15 251:1,8
257:21 258:12
260:3,22
261:20
**inject** 202:14
**innovative** 22:5
**input** 62:22
63:4 174:1
212:24 214:5
233:9 236:16
236:19,22
265:14,25
266:7
**inputs** 273:3
**insensitive**
140:17,17
155:20
**insidious**
103:24
**instance** 267:21
277:8
**instances** 35:20
**institute** 183:4
**institution**
176:14
**institutions**
182:2
**instruct** 197:25
**instructed** 12:6

**instructions**
188:20
**instructive**
96:10 97:4,9
97:17,18
**integral** 62:9
62:11
**intelligently**
209:22
**intend** 12:18
69:10,12,21
**intended**
228:20 229:6
**inter** 44:13
**interact** 51:24
186:16
**intercom** 115:5
**interest** 91:1
**interested** 43:4
154:16 185:9
185:17 194:19
**interface** 63:2,4
**intermediate**
84:7
**interpretive**
105:18
**interrupt** 10:25
11:5
**interval** 36:10
70:23
**intervals** 208:7
**introduce**
213:8

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 321 of 362

**invalidate** 230:7
**inverse** 134:15
**investigate** 261:11
**investigated** 14:17
**investigator** 24:25 25:6,16 101:12
**investigators** 19:9 32:18 101:21
**invoices** 269:3
**involve** 28:12
**involved** 40:23 40:24 45:16 46:5 50:15 99:19 102:12 185:20,22 186:17 196:11
**involvement** 181:8
**involves** 19:10 142:18
**involving** 45:19 46:6
**irregular** 208:6
**issue** 15:13 128:17 177:11 177:15 179:11 194:13 208:24 228:20 229:6 280:12

**issued** 16:7 235:11
**issues** 5:8 14:5 14:19 15:1 177:16 195:4
**italicized** 188:3
**items** 99:21
**iteration** 56:8

**j**

**j** 2:3 145:22 146:3,4,9
**j.j.** 104:6
**jacob** 92:16
**jang** 172:12
**january** 4:3,14 37:11 81:19 121:20,25 122:18 123:9 124:1,10,21 125:2,2,7,8 136:18 137:22 137:24 170:14 269:9
**jason** 17:10
**jay** 80:21
**jeff** 37:10 41:5 42:23 107:12
**jeffrey** 2:20 60:10
**jerry** 17:12
**job** 114:22 116:15 117:8 150:4 175:2

220:20
**john** 32:6 100:16,18
**jones** 1:11 3:4 3:17 4:6 7:7 8:8,16,21 9:3 11:16 12:23 15:18 37:1 39:10 55:19 60:2,10 64:9 65:9,20 72:1 97:24 117:15 119:3,16 120:12 121:1 149:20 150:15 153:9 161:3,17 164:9,10 165:8 166:19,24 167:24 169:14 170:11 173:7 174:13 187:4 207:4 210:8 213:10 215:20 218:2 220:23 223:5 228:1,11 229:21 238:3 240:24 241:13 242:21 244:4 249:6 252:19 259:15 261:19 265:13 266:13 267:3 268:23 269:25 274:10 275:6,10

283:24 286:3 288:6,21,25
**journal** 26:5 104:8 165:25 191:7
**judge** 188:20
**judgment** 202:23 220:2
**july** 136:20 137:24 162:1
**jumped** 266:25
**june** 136:20
**jury** 188:20
**justice** 2:10 8:24 43:1 165:15

**k**

**k** 24:4
**kailey** 2:8 7:22
**kailey.silvers...** 2:12
**keep** 59:5,7 210:11
**kevin** 13:23
**key** 5:13
**kind** 27:11,23 53:6 56:19 87:18 91:1 105:14 108:16 137:23 143:17
**kinds** 24:10 25:25 26:10 51:15 190:15

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 322 of 362

**knew** 185:19
**know** 11:23
14:14 15:10
21:17 23:20
24:1 25:12
26:7,11 30:16
31:8 32:9 48:3
48:13 49:14,17
49:21,25 50:5
50:24 51:6,12
52:15,22 55:8
60:14 82:8
83:4,5 85:20
89:3,5 92:23
108:19 115:24
119:16 122:1
128:5,9,13
130:9,12
131:16 133:16
135:11 139:13
146:11 147:12
147:14 150:15
165:19 178:10
190:5,10,14
192:3,15,16,21
194:21 198:25
199:15,17
200:4 203:6
213:22 220:5,6
221:10 246:7
269:5 281:5
282:6,14 288:8
**knowing** 14:16
181:8

**knowledge**
79:22 194:16
210:6
**known** 92:24
93:18 179:7,7
**konikow** 80:7
83:12,17

**l**

**l** 1:11 2:11 3:4
3:17 4:6 8:8
55:19 60:10
65:20 288:6,21
288:25
**labeled** 122:7
122:21 123:12
154:6
**labor** 66:8
**laboratory**
60:20
**lack** 206:2
**lake** 1:15 7:14
287:2 288:5
**land** 188:11
**landholder**
44:19,20 45:21
**large** 21:19
23:3 31:12
35:19 44:8
57:23 62:23
113:18 246:4,4
246:5
**larger** 139:5
261:20 262:1,2

**largest** 44:13
44:14 155:6
**largin** 2:15
7:15
**larsen** 1:16
7:16 287:4,23
288:2
**las** 43:22 44:2,9
**late** 123:15
155:14 156:9
194:22 233:23
**latest** 124:14
**launch** 63:6
**launching**
105:7
**laura** 2:3 8:1
**law** 186:15
**laws** 288:21,22
**lawsuit** 9:12
45:10 52:11
199:13
**layer** 163:5
240:10 252:22
262:13 280:7
**laymen's** 43:20
**lbaughman** 2:6
**lead** 48:8
133:12
**leadership** 13:6
**leads** 105:12
173:4
**leak** 51:25
**leaked** 52:24

**leaking** 130:22
**learned** 14:19
14:25
**learning** 5:12
24:10 58:20
185:10 207:20
208:11 209:1
209:19 210:3
**leaves** 157:7
197:20
**lecture** 98:2,12
99:14,16 105:2
105:5
**leeched** 46:18
**left** 56:14 60:24
152:2,7,11
226:17 250:15
**legal** 13:20
40:14,17 41:7
41:13 60:9
70:2 164:7
265:16 266:8
271:12
**legend** 151:25
152:7,8,11
**lejeune** 1:4 5:7
7:8 8:25 13:7
14:1,20 15:7
17:5,20,25
18:2 43:1 68:5
68:12 70:7
76:4 119:8
120:8 161:7
167:2 173:1,1

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-6 Filed 04/29/25 Page 323 of 362

183:7 199:18
203:24 225:5
225:10 227:8
228:6 276:19
278:1,20
279:16,19
280:10,23
288:1
**length** 171:16
**leonard** 80:7
83:12
**letter** 4:22 5:17
123:24 228:9
**letters** 17:2,17
17:22
**leukemia**
185:14 191:2
196:2
**level** 5:10 51:22
102:17,20
127:19 140:14
160:15 192:20
198:5,17 201:6
206:20 207:19
208:24 211:1,1
212:3 218:8,25
226:6 229:12
229:14,15
277:9 283:16
**levels** 162:5
196:20 197:8
209:13 218:14
220:8 230:13
230:24 231:21

**license** 1:17,17
287:23,24
**life** 108:22
**likely** 36:17
191:23
**likewise** 154:4
**limit** 238:4
239:22 264:4
264:12 279:10
**limitation**
279:22
**limitations**
61:18 238:15
239:18 279:5
279:21
**limited** 16:22
17:7 224:23
225:10 276:19
**limits** 279:20
**line** 122:7,10
122:15,21
123:6,12,23,24
124:4,12,24
125:5,11,14,18
125:22 151:3,3
234:22 249:17
250:3 288:10
**lined** 46:19
49:4
**lines** 60:9
160:20
**list** 18:20 23:18
54:11 57:14
64:4,7,16

70:18 72:7,13
72:15 73:5,9
73:18,21,25
74:4 75:18,21
76:5,10 77:11
77:12,14,19
78:13 84:4,8
84:12,20,25
85:3 89:15
96:3 146:22
190:6 238:8
241:19 269:24
**listed** 56:20
77:24 95:21
276:10 278:11
279:4 280:2
**listing** 96:14
**lists** 77:7,25
78:7
**liter** 122:17
123:8,25 125:1
155:4 157:24
162:2 170:17
170:20 172:14
172:14,15,16
226:7,8 243:22
244:2,23 245:2
249:12,14
251:24 252:3
253:11,13,22
253:23 254:8,9
263:1 283:9,12
**literature**
162:21 183:24

222:5,19
**litigation** 1:4
7:8 8:25 13:8
43:1 45:17
53:23,25 54:8
57:1 119:19
146:5 196:11
288:1
**little** 22:12
87:15 139:14
144:4 153:5
172:2 179:18
179:22 208:12
212:6 229:10
229:24 234:2
**lived** 46:16
**lives** 162:20,23
**loading** 121:8
121:12,19,24
122:3 136:5,14
137:1,13
235:22
**local** 142:8
**located** 162:7
**location** 1:14
50:6,10 53:3
142:5 243:3
278:25
**locations**
113:25 285:15
**log** 155:16,16
155:23,23,24
155:25 158:16
158:21,24

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 324 of 362

159:14,18,23
160:9
**logarithmic**
156:3 160:1,5
**logic** 163:18
**logical** 178:14
180:20
**long** 28:17
29:11 41:19
43:24 45:4
48:12 162:14
198:18 205:9
209:15 233:19
**longer** 134:21
**look** 15:19
21:25 28:16
31:3 33:22
34:12 35:12,14
40:3 52:2 84:3
114:11 116:4
116:18 123:12
138:15 154:12
166:18 178:23
184:6 188:2
198:7 204:20
208:2 213:25
218:23 253:8
253:20 254:4
254:14,20
255:2 256:10
258:12 259:22
260:2,5,16,21
262:12 263:9
263:17 283:6

**looked** 24:9
85:20 151:14
179:15 192:23
192:24 193:18
216:7
**looking** 20:19
20:20 22:4
23:23 26:1
34:11 36:7
39:14 60:6
76:16 121:17
140:15 151:21
155:12 156:22
157:18 159:5
166:19 168:7
205:20 221:20
225:24 226:11
226:24 228:18
237:6,11,22
242:3,6 249:10
250:11 251:12
252:18 262:14
264:7,25 270:9
**looks** 55:18
65:19 98:6
99:13 122:19
123:18 124:17
157:22 163:16
204:1,13 207:6
213:12 225:25
259:17
**lori** 17:13
**losses** 129:5
148:13,25

**lost** 52:5
147:19
**lot** 15:10 24:3
42:7 62:1,12
62:24 177:16
178:3 185:19
186:16 190:15
191:7,9
**louisiana** 19:11
21:20,20 28:7
28:16 29:10
30:10
**lovell** 8:16
**low** 23:1
134:16,16
139:7 142:14
203:8
**lower** 114:15
145:4 160:14
273:12 283:3
**lowest** 125:22
**lucius** 162:22
**lunch** 149:9,13
**luxenberg** 2:4

**m**

**machine** 5:12
24:9 58:19
207:20 208:11
208:25 209:19
210:3
**made** 12:8
63:24 66:15
67:7 138:1

166:2 178:13
179:24 219:14
241:15 267:22
288:19
**magnitude**
111:19 139:17
139:22,24
159:1 197:5
**main** 1:15
**maintain**
229:15
**major** 118:11
138:23 201:15
**majority**
130:13 138:6
138:20 140:12
**make** 11:11
19:25 20:8
23:2 25:10
26:3 27:5 38:7
38:10 39:2,5
42:5 96:2
131:22 132:2,7
132:16 137:2
137:15 141:9
151:21 173:5
174:24 198:11
208:12 215:10
219:21
**makes** 16:19
131:8 132:9
136:2 220:14
**making** 20:1

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 357-6 Filed 04/29/25 Page 325 of 362

**manageable**
210:12
**management**
105:25
**managers**
209:6,25
**manner** 193:1
**manual** 31:15
31:18,23
**manufactures**
9:17
**manuscripts**
177:15
**maps** 38:25
62:10
**marine** 68:4
119:7 120:7
161:6 203:23
228:5
**marines** 173:2
**mark** 65:1
97:20 118:24
150:11 160:24
166:12 259:2
**marked** 15:15
15:17 40:7
54:19,23 55:4
55:6 56:20
59:20,22 60:1
64:12,14 65:9
97:22 119:1
150:12 161:1
166:14 186:23
187:3 207:3

213:9 227:19
227:21 259:4
269:17
**martel** 17:11
**mary** 94:7
**maslia** 2:20
17:9 18:6,8,25
19:5,16 80:6
81:2,5 82:1
113:6 118:20
138:14 167:16
281:22
**maslia's** 81:12
81:18 107:22
109:23 132:4
138:10
**mass** 86:21
121:8,12,19,24
122:2 136:5,14
137:1,12 147:4
147:8,13
148:22 162:9
162:11 235:22
271:25
**massachusetts**
185:7
**master's** 57:7
57:11
**masters** 147:8
**match** 142:11
171:21 237:16
238:10 240:11
258:2,7 276:7
276:17 277:7

280:8
**matched**
114:17 115:14
143:8,9
**matches** 258:8
**material** 24:6
28:9
**materials** 16:22
60:3 64:4,6,16
65:25 77:7,11
77:13,14,18,24
78:12 79:5
84:3,7,11,13,16
84:23 89:14
134:11,17
147:4,12
186:19
**math** 158:9
**mathematical**
30:15 180:16
212:12
**matter** 7:7 17:7
85:15,23 89:5
180:8,8
**maximum**
122:12 226:5,7
283:15,16
**mcaf** 5:20
258:24 260:10
260:24
**mckayla** 2:15
7:15
**mcl** 140:14
226:6 283:14

**md** 281:17
**md3dms** 62:18
**mean** 29:16
36:21 56:5
67:4,4 68:9
74:7 78:6,25
93:8 95:13
96:9 102:19,21
107:4 127:2
128:5 150:1
154:21 158:20
171:11 182:14
184:5 205:13
206:4 214:17
217:22 226:9
235:5,5 243:14
243:17,21,25
244:4,8,12,19
244:23 245:5
246:7 251:9,23
252:2,23,23,24
253:3,4,10,12
253:21,22
254:7,8,15,15
254:21,21
255:3,5,11,13
255:18,23
256:2,3,18,20
257:9,14,16,17
257:19 258:2,2
258:6,7 265:22
268:11 280:24
281:5,19
284:21,23

**meaning** 95:14 116:15
**means** 43:21 114:20 155:24 158:22,25 214:9 216:9
**meant** 103:12 105:21 109:12 148:9 177:12
**measure** 145:1 196:24 205:23 206:18 218:24 244:17
**measured** 50:8 114:12 115:19 141:23 142:16 196:19,25 197:6 200:4 209:13 229:17 240:14
**measurement** 238:16 240:5,8 280:2,5,13
**measurements** 51:22 170:14 209:17,18 212:4 225:11
**media** 7:6 59:16 149:17 223:3
**medical** 281:8 281:18
**medication** 12:19

**meet** 41:13
**meeting** 41:7 41:20,24 207:12,13
**meetings** 41:4 42:14
**melt** 135:6
**member** 18:15 60:19
**members** 25:13 62:11
**memory** 12:15 28:22 29:4 30:12
**mention** 185:4
**mentioned** 19:4 19:14 20:10 21:14 22:14 25:18 26:15,20 30:3 39:8 43:3 43:17 45:8,20 48:23 52:11 62:16 81:1 101:6 140:21 141:15 166:25 173:9 176:24 177:8 181:18 196:5 206:17 211:24 246:11 266:14,18
**mentions** 57:7
**merit** 287:5
**merits** 194:11

**messages** 17:2 17:17,22
**met** 41:15
**method** 198:3 257:21
**methodologies** 26:5
**methodology** 26:9,21,24 27:15 32:22 33:5 34:10,15 40:16 265:6
**methods** 22:6 87:23 111:24 206:19
**metric** 244:13
**metrics** 235:10
**micrograms** 122:16 123:8 123:25 124:25 155:3 157:24 162:1 170:17 170:19 172:13 172:14,15,16 226:6,8 243:22 244:1,23 245:2 249:12,14 251:24 252:2 253:11,13,22 253:23 254:8,9 262:25 283:9 283:11
**microphone** 59:24

**microsoft** 245:16
**mid** 179:2
**middle** 151:3 151:25 249:17
**migrate** 195:1
**migrated** 46:20
**migrates** 162:9
**migration** 46:25 114:8 162:11 205:10 222:1 230:5 237:15 276:6 276:15
**mike** 17:12
**miles** 44:8
**million** 25:1
**mine** 25:7 46:4 60:17 177:9
**minimum** 123:17,19 124:15,19,19 162:19 283:13
**mining** 110:4 110:11,16
**minor** 138:19 140:7 241:9,16
**minus** 243:7
**minute** 57:21
**misconceptio...** 172:19
**misleading** 173:4

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-6 Filed 04/29/25 Page 327 of 362

| | | | |
|---|---|---|---|
| **misleadingly** | 103:5,10 | 164:19,25 | 218:3,7,10,13 |
| 256:7 | 104:23 105:16 | 165:1,10,18 | 218:20,21 |
| **missing** 209:22 | 106:14,22 | 166:3,8 168:2 | 219:3,14,22 |
| **mississippi** | 107:1,15 108:6 | 168:14 169:11 | 220:1,3,4,15,19 |
| 19:12 21:18 | 110:2,6,23,25 | 170:18,25 | 220:22 221:2 |
| **misunderstan...** | 111:5,8,12 | 174:23,25 | 222:4,16 223:7 |
| 252:11 | 112:6,17,25 | 175:4 176:5 | 223:19 230:3,8 |
| **mixed** 143:1 | 113:3,7,13,15 | 178:5,17,20,23 | 230:11,12,23 |
| 145:3 147:25 | 113:16,20,21 | 179:12 180:10 | 231:20,20 |
| **mixing** 143:24 | 113:23 114:22 | 182:16 184:6 | 232:2,4,6 |
| 144:14,22 | 114:25 115:12 | 184:22 186:21 | 233:1,12 |
| 147:5,16 148:2 | 116:15 117:1,5 | 190:13,23 | 234:19 236:16 |
| 148:22 | 117:13,17,21 | 192:22,23,23 | 236:19,22 |
| **mixture** 148:18 | 117:23 118:1,3 | 192:25 193:2,4 | 237:24 238:15 |
| **model** 4:2,8,13 | 118:8,12 | 193:5 195:13 | 239:3,18 |
| 21:19 27:21 | 120:19 121:16 | 195:19,20 | 240:11 242:13 |
| 28:2,4,7,8,10 | 121:23 122:25 | 196:13 197:2,8 | 243:4,9,11 |
| 28:12,13,16 | 123:3,7 126:12 | 198:8,10,11 | 244:5,9 246:12 |
| 29:9 30:10,10 | 126:20 127:13 | 199:9 200:19 | 246:20 247:6,8 |
| 30:14,15,22,24 | 128:19,22,24 | 200:23 201:5,9 | 247:25 248:5,6 |
| 31:13,25 32:9 | 129:12,12,17 | 201:11,24 | 248:8,18,23 |
| 32:21 33:15 | 129:19,24 | 203:4,14,21 | 249:3,24 |
| 34:4,10 35:7,8 | 130:1,7,16 | 204:2 205:9,25 | 252:12,22 |
| 35:9,20,21 | 131:19 133:11 | 206:9 210:5,11 | 262:13,16 |
| 36:15,16,19 | 135:16 140:16 | 210:21,25 | 264:15 265:5 |
| 37:3 38:1 | 140:21 141:19 | 211:2,3,10,11 | 265:14,25 |
| 46:25 47:7 | 143:8,9 147:5 | 211:22 212:10 | 266:7 270:20 |
| 49:19 52:16 | 147:7,13 | 212:20,24 | 270:23 271:4,8 |
| 57:23 60:8 | 148:11,17,23 | 214:3,5,10,13 | 271:25 273:3,7 |
| 61:25 62:11 | 150:18 151:5 | 214:15,16,20 | 273:11,15 |
| 65:12 87:10 | 151:13 152:19 | 214:20,21 | 274:6 277:3,22 |
| 88:15,19,23 | 155:19 156:16 | 215:3,5,13,15 | 278:8,24 279:5 |
| 92:8 98:20 | 156:25 163:4 | 216:1,17,17,24 | 279:21 280:8 |
| 99:4,17,19 | 163:20 164:11 | 216:24 217:4 | 280:20,22 |

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 328 of 362

281:14 283:5
283:25 284:17
284:21
**model's** 33:5
239:23 271:17
273:11 279:10
**modeled** 49:15
**modeler** 219:21
279:2
**modeler's**
210:11
**modelers** 48:8
51:16 189:21
190:5 199:12
212:16 281:5
**modeling** 4:18
5:18 26:24
27:8,15,24
44:24 47:22
52:7 57:19
58:3,10,11
60:21 61:2,23
68:11 69:3
70:6 76:4
79:20 82:4,7
83:6,20,23
88:10 89:8
91:24 92:15
93:2,5 94:6,24
95:5,11,16,20
96:12,20,22,24
98:3,13 100:7
100:25 105:23
108:20 167:2

168:12 172:21
177:1 178:6,15
183:15 186:5
189:1,11 191:9
192:12 194:8,8
194:9 198:21
200:15 203:11
205:18 208:25
211:6,21
212:18 213:16
225:13 228:9
228:21 229:7
234:14 245:8
272:19 276:20
276:23,25
277:12 278:1,5
278:21 279:16
279:20,23
280:14,18
281:9,13,23
282:18 284:6,7
284:9
**models** 6:1
20:23 21:23
28:5 30:3,5,8
33:20,21 36:2
36:3 68:4 92:4
96:21 100:2,15
100:24 102:18
102:24 103:1
103:25 104:15
104:16 105:10
105:17,25
106:2,5 107:14

107:25 112:7
112:18 113:12
155:20 173:5
173:20,23
174:6 175:10
182:1 184:10
184:10 186:8
186:10 194:10
200:10 205:21
206:22 214:17
216:10,12
219:11 269:21
270:16,18
273:5 280:22
**modflow** 30:17
30:20 46:24
61:24 62:18,21
62:22 63:6
88:15 113:11
178:8 182:4,13
182:24 197:8
237:16 239:18
276:7,16
277:12 278:6
279:6,24
**modified** 63:5
74:12,18
**modify** 63:3
**moment** 15:19
62:16 92:2
166:10
**monday** 41:15
**monitoring**
22:9 113:25

170:8 200:7
208:5,8 220:18
242:14 252:22
**montana** 46:4
47:24 48:11
53:21 54:6
**monte** 36:11
70:22 175:4
**month** 13:18
109:17 137:23
153:2 233:24
234:3
**monthly** 147:1
153:1 280:24
281:6,19
**months** 45:14
**morning** 7:4
8:13,14,21
**morris** 2:20
17:9 18:6,15
80:6 81:2,5
107:22 108:2
110:10 118:19
132:3 167:16
177:23 281:22
**mothers** 191:4
227:15
**move** 54:16
129:2
**movement**
192:13
**moves** 239:4
277:23

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 329 of 362

**moving** 30:13
**mt3d** 46:25
  63:7 113:12
  182:4,14
**mt3dms** 38:1
  61:24 62:22,23
  135:16 151:23
  163:4 178:9
  222:4 237:16
  239:19 242:12
  276:7,16,25
  277:12 278:6
  279:6,24
**mt3ds** 182:24
**multiphase**
  86:21
**multiple** 28:5
  30:3 143:22
  206:21 207:21
  212:24 214:5
**multispecies**
  86:21
**municipal**
  185:13 199:20
**mustafa** 42:20
  80:7 82:11

**n**

**n** 3:2 7:2
**name** 7:15 8:15
  8:22 48:7
  72:16 80:8
  153:12 287:20

**narrow** 179:16
  179:25 180:3
  180:15 203:12
**narrowed**
  139:11
**narrowing**
  157:10
**national** 19:7
  19:22 24:22
  176:10,12
**native** 259:6
**natural** 180:16
**nature** 9:9 10:2
  191:6,7 197:17
  211:5
**navy** 166:2
**navy's** 5:16
  228:8
**nc** 5:20
**near** 185:7
**necessarily**
  33:16 70:15
  84:18 215:19
  271:2
**necessary** 42:6
  281:4 285:17
**need** 74:4 76:23
  169:25 201:5
  212:17 217:15
  217:21 238:4
**needed** 43:23
  206:10 210:18
**needs** 67:1,17
  77:4 94:25

**nefarious**
  103:24
**negative**
  243:13 244:4
  244:20 253:21
  254:7,15 255:3
  256:18 257:3,7
  257:7 258:5
**neighborhood**
  46:21 185:16
**neighborhoods**
  190:25 191:3
**neighbors**
  193:22 195:22
**nervous** 217:25
**net** 192:11
  195:18,19,21
**nevada** 1:17
  43:7 44:1,7
  287:24
**never** 14:16
  68:18 103:4
  105:15 133:16
  146:3 206:7
  212:19
**new** 2:5,5 5:20
  68:22 118:8,23
  198:21 241:1
  258:24 260:10
  260:24 273:3,8
**newly** 117:17
  118:3
**night** 41:17,18

**noaa** 101:21
**nodding** 10:17
**non** 16:21
  160:17 214:4
  215:21 268:4
**nonunique**
  168:17 214:17
  214:18 218:3
  219:11
**nonuniqueness**
  211:20 218:9
  219:6
**norm** 40:2
  150:3 256:12
  269:25
**normal** 160:18
**normally** 51:16
  158:16,21,24
  159:14,18
  160:9
**norman** 1:11
  3:4,17 4:6 7:7
  8:8,16 55:19
  60:10 65:20
  104:22 288:6
  288:21,25
**north** 1:2 7:10
  8:19 9:2 13:10
  119:8 120:8
  161:7 203:24
  228:6
**northern** 46:17
**notary** 1:18

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 330 of 362

note 111:11
noted 111:16
  112:5,16 288:8
notes 37:13
  38:8 39:2 98:2
  98:12 287:18
notice 3:14
  16:6 214:12
noticed 59:24
nrc 165:20
  166:25 176:7
  176:13
nrc's 167:1
number 7:11
  17:1 19:12
  35:20 36:2
  48:6 57:24
  59:16 119:14
  119:15,25
  123:17 145:11
  146:5,19,23
  149:17 153:11
  161:19 177:11
  185:21 186:17
  190:19 196:20
  211:9 212:21
  218:22,23
  219:1 223:3
  224:15 225:22
  228:16,25
  238:20 239:7
  239:17 240:5
  245:22,23,25
  255:15 257:2,3

259:8,14
263:11,12
282:2 283:12
numbers
  119:20 154:10
  160:4 173:8
  250:19 253:16
  253:25 254:11
  254:17,24
  255:8 257:12
  262:2 275:22
numerals
  204:21 241:25
numerical 22:5
  139:21,24
  140:6 218:15
  239:20 279:7
numerous
  270:16 280:17
nw 2:11

**o**

o 7:2 24:21
o'leary 2:21
oath 9:24 10:3
  10:5 43:10
  149:21
object 54:1
  74:7,15 78:8
  78:23 81:13
  82:14 100:9
  101:1 102:5
  103:7 106:7
  107:2,10 110:7

110:17 112:11
112:22 117:18
126:23 129:7
129:14 131:5
132:17,23
133:3 134:1,18
136:7 137:5,18
138:11,25
139:19 140:1
140:24 141:6
143:19 144:1
148:6 149:3
158:12 163:14
163:25 164:21
168:22 169:15
171:8 173:12
174:14 175:13
176:8,15 182:9
183:8 189:6,16
193:25 201:12
202:1,6 208:18
210:22 211:12
213:2 214:24
215:7 217:1,9
217:18 218:5
221:7 222:12
230:15 231:1
231:14 251:4
269:7
objection 12:4
  12:5,7 15:2
  29:25 31:20
  32:23 33:7,25
  34:13,22 42:6

48:19 51:18
52:19 53:12
57:2 58:12
67:21 68:6,14
68:23 69:15,24
70:9 71:4 72:8
73:11 75:24
76:6 78:4,14
81:22 82:24
83:13 90:14
91:7 93:6,12
93:21 95:6
96:6 97:6,12
190:1 215:17
223:9,20 231:9
231:24,25
232:16,23
233:25 236:24
266:2,9 267:6
267:16,24
268:6,25
272:10,16
281:24
objective 20:17
  25:19 113:10
  114:4 192:2
  209:4 223:23
objectives
  23:16,19 29:20
  29:23 177:25
  195:10
observation
  51:22 114:13
  116:24 141:14

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 331 of 362

141:22 142:2
196:20 197:9
220:14 240:7
243:2 276:14
277:25 278:19
279:15 280:4,9
283:7,7,8
**observations**
5:11 20:7
22:10 58:19
207:20 209:21
220:18 268:18
283:2
**observed** 38:1
38:3,4 114:12
114:14,16
115:14,19
116:5,9 130:3
142:11,13,16
143:10 159:11
171:14,22,24
203:21 204:3
212:25 214:6
216:3 233:2,13
234:20 237:17
237:22 238:10
240:6,13
242:17,23
243:5,8 244:6
244:9,14
245:13 246:14
246:18,24
247:4,10
249:13,18

263:23 264:2
264:11 273:8
273:16 274:7
276:8,17 277:2
277:7 280:3
285:14
**obviously**
39:18
**occasions** 43:9
280:17
**occurred**
162:12
**occurrence**
86:16
**occurring**
225:7
**occurs** 214:4,13
**october** 4:9
64:21 81:11
82:11 188:12
233:23
**offer** 69:10,12
69:21 171:5
**offered** 71:21
**offering** 230:10
230:22 231:13
231:19 232:15
232:19
**office** 1:14 7:13
115:6
**oh** 31:16 56:22
79:18 124:9
181:14 199:3
204:25 208:1

226:11 229:3
237:8 270:13
**ohio** 190:18
192:16 194:15
195:11
**okay** 9:19
13:22 15:14,20
16:5,9,14 18:7
18:19 19:4
20:10 22:20
23:18 29:22
30:13,18,23
31:2 33:12,17
33:22 35:4
39:13 41:23
45:8,15 47:18
52:10 53:10,20
53:20 54:11,15
55:11,14,17
56:12 57:6
59:3 60:14
63:16,19,23
64:9,23 65:7,8
65:19 67:16,25
70:17 72:21,22
74:3,10,21,25
75:10 77:18
78:2,20 80:1
83:21 84:1,22
85:2,21 86:11
92:14 94:4
95:17,25 96:13
97:3 98:5,11
98:15 99:3,7

99:11,25
100:13 101:5
102:16 103:1
103:13,20
109:14 110:22
111:16 118:16
119:23 120:1
120:17 121:17
122:2,6,15,20
123:2,11,19
124:12,19,24
125:4,10,21,25
127:11,17
128:25 129:11
130:14 131:11
132:1,7,10,13
133:14,21
134:5,24
135:16 136:23
136:25 138:7
138:17 140:20
143:12 145:6
146:17,21
149:8 150:5,13
150:24 151:9
151:17,20
153:14 154:11
154:16,23
155:2,6 156:2
156:12 157:15
158:3,19 159:8
159:9 161:2
165:8,12 166:6
167:24 168:6

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 332 of 362

169:3,8,23
170:13 172:1
173:16 174:12
175:22 177:7
180:19 183:2,6
183:14,22
184:2,9,24
187:18,21,24
188:2,25
189:20 190:9
191:12 192:18
196:14 199:22
200:11,25
203:15,18
204:10,13,16
204:19 205:1,2
206:4 207:1
208:1,22 210:2
210:16,20
211:19 213:14
213:20,25
214:9 216:15
219:21 221:4
221:14,19,19
221:20 222:13
222:18 223:15
224:4,16
225:23 226:20
226:21,23
227:18,22
228:14,17
229:3,21 230:2
230:21 234:25
235:9 237:2,5

237:11 238:2,5
238:18 239:17
240:18,23,24
241:18,23
242:2 243:1,14
244:19 245:18
246:11 247:13
247:17,21
248:4,20
249:10,21
250:6,9 252:21
253:2,7,9
254:4,6,14,20
255:24 256:9
256:14 257:19
258:10,10,14
258:19 259:2,2
259:22 260:2
260:15,21
261:10 262:11
263:3,8,14
264:6,22 265:3
265:13 266:12
269:14 270:3,6
270:8,13,14
271:6,11,15,24
272:4,21 274:5
274:10 275:19
276:2 277:15
278:8,10 279:4
280:1,16
282:20 283:20
284:8,16 285:1
285:5,24 286:5

**oklahoma** 80:9
**omitting**
  248:24
**once** 9:8 11:9
  20:2 139:8
  195:15 199:17
  199:19 203:3
  274:24
**ones** 80:10
  173:8
**ongoing** 45:11
**ooo** 2:23 3:10
  6:4 286:11
**opened** 131:1
  188:13
**opening** 177:24
**operated**
  123:20 124:10
  124:21
**operating**
  130:23
**operations**
  120:6
**opine** 230:2
**opinion** 48:17
  66:17,19,21,23
  68:22 70:24
  71:10 72:16
  82:1,19 83:3
  83:17 84:24
  91:9,18 92:21
  94:2 101:14
  113:5,9 138:19
  143:8 149:7

155:18 170:2
171:6 173:7
182:6,18,21
216:16,23
220:14 230:11
230:19,22
231:13,19
232:15,19
264:24 282:14
282:16
**opinions** 38:18
  42:11 63:24
  66:15 68:2,11
  68:18 69:5,10
  69:13,22 70:3
  70:6,14 71:2,9
  71:12,15 72:7
  72:13 73:22,25
  74:2 75:3,16
  75:19,22 76:3
  76:9 77:21,25
  78:3,22 79:17
  81:12,20 82:12
  82:23 83:11
  84:17 91:4,22
  94:19 101:25
  102:3,10,14
  111:23 177:4
  232:2 267:3
**opportunity**
  11:10
**opposed** 127:5
  281:20

Golkow Technologies,
877-370-3377                  A Veritext Division                  www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 333 of 362

opposing 186:9
optimization
121:3 168:14
option 198:11
optional 95:22
96:2,3,15
options 30:19
order 162:24
163:3 229:15
281:9
orders 159:1
organically
262:2
organization
43:25
orig 153:25
original 112:9
112:20 113:11
114:5 115:21
117:13 118:8
118:12 141:18
143:7 151:4
194:6 196:10
230:8 241:2,8
241:24,25
245:2 251:19
251:22 252:10
252:12 265:5
273:5 275:15
283:5
originally
250:21
outcome 36:7,9
216:8 269:12

outcomes 36:10
outlined 240:12
output 63:7
107:15 233:2
outputs 151:16
192:24 218:21
233:13 240:11
280:8
outreach 24:3
outside 19:23
133:7,23 149:4
173:13 214:21
215:4,14
216:11 230:16
232:12
overall 26:12
87:23 90:6
144:18 155:17
241:9,16
242:16 244:13
252:5 277:9
overcoming
206:1
overestimate
174:20
overestimates
243:9
overly 212:10
217:13
overstate
174:20
overview 5:22
30:5 88:11
96:24 99:16

269:19
own 66:19,22
135:22

**p**

p 7:2 24:21
p.m. 1:13
149:14,14
286:10
pace 10:20
pad 105:7
page 3:4,13
38:1,18,20
55:17 57:16
60:6,7 65:21
72:24 73:2,6
75:11,14,19
98:16 104:14
119:24,25
120:2 121:18
145:8,11,12
146:17,18,22
152:1,7 153:15
157:16 159:5
161:18,19,23
168:4 172:4
173:17,18
175:23 187:12
187:16,22,23
187:25 203:17
203:19 204:21
205:3 207:18
207:25 221:15
221:21 224:6

224:13,14
225:21,22,22
225:25 226:18
228:15,19,24
228:24 229:5
237:4,7 240:19
240:21,25
241:24 247:14
247:19 248:15
250:12,16
251:11,13
252:15 263:11
263:12,12,13
263:18 264:7
264:21 270:7
270:10,12
275:17 284:14
288:10
pages 39:8
172:25 263:10
287:16
pane 262:12
panel 18:13,15
18:16,25 19:16
19:24 24:18
25:13,19
128:14 165:20
165:21
papadopoulos
47:4,6,9 48:4
48:18
paper 37:5
165:24 178:3

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 334 of 362

**papers** 27:2
  177:11,15
**paragraph**
  161:23 169:22
  171:5 173:9
  221:21 225:25
  226:12,17,24
  228:19 229:2,3
  229:4,22
  237:12 240:25
  241:19 242:7
  251:12,18
  264:25 265:4
**paragraphs**
  146:22 177:24
**parameter**
  31:12,15,18
  32:3 35:15,23
  35:25 87:9
  158:24 159:14
**parameters**
  21:2 35:8,13
  35:14,22 123:3
  164:11,19,25
  165:6 174:1,2
  201:22 202:24
  203:13 211:10
  212:21,24
  214:5 216:2
  220:25 233:9
  265:15,19,21
  266:1,7
**parsimony**
  210:21,25

**part** 9:15 20:23
  23:13 24:1
  25:19 30:25
  43:8 50:18
  52:6,22,22
  63:14 74:3
  76:22,25 77:3
  79:6 117:21
  128:24 132:3
  142:4,22
  160:14 167:7
  175:19 176:11
  187:8 190:7
  192:2 203:11
  234:6 265:22
**partain** 17:12
**partially** 21:25
  90:25
**participate**
  20:5 61:10
  66:3
**particular**
  89:13 177:20
  185:5 186:20
  243:2
**particularly**
  79:25 239:24
  279:12
**parties** 44:21
**partly** 155:5
  198:16
**parts** 69:2
  193:15 275:21

**party** 46:10,12
**pass** 275:8
  283:20 285:6
  286:1
**past** 95:21
  181:8 184:8
  187:19 227:6
**path** 179:9
**pathway** 162:8
**pathways**
  240:2 279:14
**patience** 275:6
**pattern** 177:22
**payment**
  269:12
**pce** 3:24 5:4
  38:2 86:22
  87:3 113:17,23
  114:12,12,12
  120:8,22
  121:24 122:11
  122:17 123:8
  123:16,25
  124:14 125:1
  125:11,15,19
  125:22,25
  126:2,6,7,11,13
  126:19,21
  127:12,14,24
  130:15,17,22
  133:24 141:20
  147:2,6 148:17
  157:23 159:11
  159:18 161:10

161:24 162:9
  162:11,16,20
  172:7,13,23
  185:11 222:1
  223:25 226:5
  227:7 229:17
  237:15 241:3
  242:14 245:13
  246:5,17,18,24
  246:24 247:3,4
  249:12,13
  262:21,24
  264:2,11,16
  265:10 276:6
  276:15 285:14
**peer** 18:12 34:7
  57:15 78:21
  165:21
**penalties**
  288:21
**pending** 9:1
  13:1,8
**people** 24:14
  159:21 177:18
  185:22 186:16
**perc** 188:9
**percent** 56:17
  69:7 123:21
**percentages**
  158:10
**perception**
  173:4
**percolates** 21:6

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 335 of 362

**perfect** 105:16
106:14 257:10
**perfectly** 103:5
103:11 176:3
**perform** 27:10
34:16 35:18
88:21 89:20
107:13 109:15
150:25 151:17
163:23 164:3
165:4 202:13
233:20 242:13
**performance**
113:12 141:17
**performed**
32:17 33:10
108:24 190:16
230:7 271:7
**performing**
34:3 272:22,24
**perimeter** 31:9
**period** 53:8
58:4 138:21,24
139:13 142:20
153:1 198:18
199:16 208:17
209:15 225:8
239:14 268:19
272:9,15 273:4
278:17
**periods** 163:5
208:9
**perjury** 288:21

**permeability**
134:17 238:25
277:19
**permeable**
134:11
**person's**
145:16,20
146:15
**personal**
101:19 181:15
**personally**
45:17
**pertain** 21:2
**pertaining** 17:5
17:25 18:1
**perturb** 35:22
**perturbations**
180:9
**perturbed**
216:5
**pest** 32:3,10
100:19 218:20
218:21 219:18
**phase** 52:7
**phd** 55:19 57:8
57:12 194:17
281:18
**phenomenon**
157:13 171:15
**photographs**
16:24
**phrase** 102:8
143:14 155:22
210:17 242:8

**phrased** 214:13
**physics** 180:17
**pick** 25:11
**pieces** 187:10
**pin** 15:11
206:20 211:25
**pinder** 185:21
**pinning** 212:6
**pipe** 44:8
**place** 287:8
**places** 229:10
229:23
**plaintiff** 1:5 2:2
47:17
**plaintiff's** 13:6
47:19
**plaintiffs** 8:2,4
46:15 188:7
194:9
**planning** 22:22
23:14 28:19
29:2,5
**plant** 38:6
50:13,15 114:3
114:7 115:2,14
115:16 116:1
117:7 120:5
122:12 123:16
124:15 126:1,7
126:16 127:4
127:14,18,25
128:7 130:3,16
131:10,25
138:5 141:25

142:17 143:11
143:25 144:9
144:12 145:2
145:16,18
148:1 150:22
152:10 153:8
157:2 179:2,15
180:4 220:12
224:1,2 232:5
272:1 280:25
281:16 282:8
284:1
**plants** 87:4
**play** 219:6
**please** 7:18 8:6
8:15,17 10:20
11:3,23 12:6
12:24 15:19
23:18 36:24
55:7 70:18
72:23 75:11
103:14 111:3
115:9 129:22
141:4 146:17
150:2 157:15
160:24 161:17
203:16 204:20
207:14,18
214:1 225:21
237:3 250:6
252:13 259:22
260:5,13 262:8
262:12 263:9
270:6

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 336 of 362

**plg** 154:12
259:8
**plj** 153:17
154:12
**plot** 37:25
155:16,23,24
156:16 159:22
160:1,15 180:3
234:21,21
249:22 250:14
262:17
**plots** 154:10
**plotting** 63:9
**plug** 212:13
**plume** 47:1
114:8,20
116:17 237:15
239:4,24
261:22 262:6
262:21,24
263:4 276:6,15
277:3,12,23
279:11
**plumes** 38:25
**plus** 65:3 220:9
220:13
**point** 89:9,21
90:2,13,22
91:5,23 92:7
92:11 94:25
128:2 142:5
157:5,23 168:8
169:7,8 170:5
172:4,23

173:17 175:21
178:21 179:5
179:22 180:21
191:8 197:22
200:5 220:17
220:17 238:1,1
258:10 271:8
272:23
**pointed** 179:12
236:13
**points** 51:7
113:25 120:10
154:25 189:23
204:11 234:21
250:2
**pollution**
143:15
**pond** 46:19,19
49:4,9 52:24
**poorly** 46:19
49:3
**porosity** 201:21
238:25 277:19
**portion** 21:6
67:19 163:24
262:23
**portions** 90:17
167:12,12
**posed** 188:25
189:11 212:11
**positive** 85:25
196:13 243:10
244:8 257:2,8
257:8 258:6

**possession**
16:25
**possible** 14:25
36:14,18
173:24 237:1
271:6,10
**possibly** 193:19
**post** 4:3,9,14
27:10 60:8
62:2,21 65:13
67:8 71:18,21
79:3 88:2,6,21
89:19 90:23
92:3,7,11
102:9,11
106:20 107:9
107:25 112:8
112:19 113:7
113:11 115:17
116:3,8 117:4
117:9,22
121:14 122:4
123:4 130:11
164:25 167:21
171:17 214:22
215:6,16
216:16,19
232:21,22
233:17,20,21
234:6,11 236:2
236:4,7,16,20
236:23 240:15
241:2,4,15
243:22 244:1

244:22 245:3,6
246:8 250:22
250:25 251:1,7
251:8,19,22
252:1,9 259:20
264:16,24
265:14,22
268:14 271:7
272:22,24
275:16 282:21
284:18,22
285:12
**poster** 207:11
208:15
**posting** 172:22
**potential**
189:24 225:2
**potentially**
45:1 53:4
129:21
**potentiometric**
162:5
**pour** 133:22
**powerpoint**
4:19 98:6
99:13 103:15
**prabhaker**
25:17 101:7
165:24
**practice** 31:23
234:17
**practices** 91:13
91:13,25 112:1

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 337 of 362

pre  62:21
precipitation
  135:6,7 200:22
precise  172:23
  179:10 267:10
precisely  99:2
  118:7 277:7
precision
  172:10 241:6
predict  23:7
  130:1 271:17
predicted
  172:7 273:7
predicting
  114:22
prediction
  246:20 247:6
  249:3
predictions
  170:18 173:6
predictive
  218:3
predicts  244:5
  244:9
predominantly
  109:12
preferential
  240:1 279:14
pregnancy
  227:15
pregnant  225:9
prelim  42:19
premise  168:13

preparation
  61:14 62:8
prepare  36:25
  40:13 41:13
  43:12
prepared  60:8
  60:10 65:20
  267:18
preparing  27:4
  78:3
preponderance
  188:7
present  2:14,16
  41:3,6,10 97:2
  119:9 161:8
  228:7 266:14
  266:19
presentation
  28:8 98:6
presentations
  20:6 26:4 27:5
presented  31:1
  194:6 207:11
  241:6 250:22
  274:3
presenting
  175:5 237:13
  276:4
press  145:22
presumably
  143:22,23
presuming
  52:23

pretty  158:10
  220:2
previous
  118:18
previously
  25:18 206:16
primarily  37:2
  37:18 44:2
  184:12
primary  20:17
  21:7 29:4 46:5
  89:16 115:1
  116:16 209:3
  223:23
princ  24:19
principal  19:9
  24:25 25:5,16
  101:11
principles
  95:16 147:7
  232:8
prior  14:17,22
  17:6,18,25
  18:2,9,21 19:1
  46:1,2 53:20
  54:6 62:4
  136:4 232:21
  284:14
privileged
  16:21
probabilistic
  157:11 164:12
  164:14,20

probability
  35:16 36:9,14
probable  36:4
  36:17 53:1
probably  48:15
  56:14 79:10
  162:19 178:20
  205:16
problem
  211:20
problematic
  212:6
procedural
  42:7
procedure
  16:18 40:16
  72:6
procedures
  206:14
proceed  59:17
  149:18 223:4
proceedings
  287:7,12
process  6:1
  20:8 24:17
  26:7 27:14
  30:24 31:6
  35:2,5 36:12
  61:11 63:1
  66:11 79:3,7
  96:20,24 99:20
  107:25 110:12
  110:16 112:4
  118:10 128:13

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 338 of 362

128:24 129:6
144:14,23
205:24 206:21
269:21 270:15
272:22 273:1,9
281:13
**processed**
241:5
**processes** 87:23
91:20 147:18
174:5 239:13
270:16,18
278:16
**processing** 62:2
62:21
**produce** 172:21
**produced**
39:22 40:1
146:4 259:7
260:17
**product** 144:19
**production**
3:16 16:20
44:6
**products** 174:9
**profession**
206:8
**professional**
15:8 56:18
62:13 281:7
**professionally**
101:17
**professor** 55:19
60:17 61:19

80:8 95:18
96:16 177:8
190:18
**proffer** 70:13
**program** 24:22
**programs**
57:10
**progress** 20:1
20:12 25:21
**project** 18:13
18:18 19:8
20:14,16,24
23:12 24:2,9
24:14,21 25:6
25:16 26:2,13
26:19,25 27:16
28:2 29:6 44:5
44:11,14,22,25
45:6 52:8 83:8
88:10 90:6
96:22 101:8,12
191:15 205:18
206:11
**projects** 24:15
29:4 56:23
60:25 183:15
272:20
**proper** 160:11
**properties**
103:24 201:21
202:5,9 239:1
277:20
**property** 47:1

**proportions**
193:22
**proposed**
131:17,21
132:11
**protesting**
44:22
**protocol** 98:20
99:5,17
**protocols** 19:21
**provide** 24:5
25:20 30:4
70:3 72:13
92:6,10 99:16
101:25 102:3
106:20 173:10
173:20 174:7
175:10 187:11
**provided** 27:2
27:7 28:6
42:13 62:10
74:12 77:6,11
88:13 89:2,7
92:3 242:23
265:15 266:7
269:1 274:25
**provides**
172:17 245:9
**providing**
20:11 36:22
173:8 175:25
220:21
**provo** 8:19

**provoking**
177:10
**psops** 168:10
168:12
**public** 1:18
24:2 172:19,25
175:6
**publications**
57:15,18 58:15
62:4
**publicly** 258:16
258:19
**published** 26:6
91:6 146:3
165:24 177:20
183:22 188:23
191:6 233:16
**publishing** 27:4
**pulled** 213:15
**pump** 23:1 44:8
202:13,14
**pumped** 21:13
49:8 50:7,11
53:4 128:20,21
142:21 197:21
**pumping** 87:1
116:2 120:23
121:2,4 122:12
143:22,23
144:10,21
147:22 168:15
168:16 189:3
189:13 198:15
199:1,4,6,21

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 339 of 362

201:9,10
235:23 272:6,8
272:14
**purely** 191:21
194:16
**purpose** 21:22
22:14 23:12
28:13,15 52:15
52:23 53:11,14
71:18,23 88:1
99:15 183:7
211:3 280:18
**purposes** 22:18
22:21 23:15
28:20 29:3
53:17,19
242:22
**pursuant** 16:18
**pursue** 44:4
**push** 177:12
**put** 36:23 37:17
39:11 43:9
64:10 87:21
106:17 164:8
185:25 210:7
223:14 285:3
**putting** 190:21

**q**

**qualified**
230:19
**qualitative**
234:5,10,23
249:23

**qualitatively**
140:15
**quality** 168:16
170:8
**quantify** 203:3
**quantitative**
230:13,24
231:21 234:5,9
235:1
**quantitatively**
250:24
**quantity**
162:16 270:17
**question** 10:6,8
11:4 12:1,6,7
13:1 33:3 34:5
42:3 53:6 54:5
56:13 93:14
117:16 118:18
127:2,10 133:4
136:10 137:7
137:10 141:8
141:10 188:25
189:10 191:13
195:15 214:1
216:22 217:14
217:17 218:12
219:8 226:1,2
230:20 231:17
238:3 253:18
265:23
**questioned**
43:10

**questions** 10:15
11:23 42:2
69:1 186:13
194:21 195:7
238:5 274:11
274:13,20
275:7,11,21
282:2 286:4
**quickly** 89:3
**quite** 28:22
114:17 143:11
171:15 174:21
208:9 271:22
**quote** 104:2,14
104:15,17
105:14
**quoted** 104:6
**quotes** 103:20
105:5,8

**r**

**r** 7:2 24:21
60:10 104:22
**r00004** 153:25
**radioactive**
108:21
**railroad** 46:7
46:16,20 47:3
49:7
**rainfall** 21:5
258:16,20
259:18,19
**ran** 117:23
159:12

**randall** 94:8
**range** 35:23
36:10,16
114:15 119:12
140:12 158:25
161:14 162:21
166:16 170:19
173:23 203:13
214:21 215:4
215:14 216:6,9
216:12 219:2,5
227:23 283:4
**ranging** 162:24
**rank** 229:15
**ranked** 229:14
**rapidly** 134:10
134:13
**rate** 108:5,7,9,9
108:11,13,14
108:16 109:2,6
109:7,8 121:9
121:11,13
135:13 140:13
144:10 151:14
154:2,5,8
155:21 157:23
162:4,13,15,18
162:19 163:1,3
163:6,12,19
197:13 201:1,3
203:5,7 235:23
259:20 263:24
263:25

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-6 Filed 04/29/25 Page 340 of 362

**rates** 22:2,7
  121:4 144:21
  147:22 151:11
  152:15 162:12
  162:24 201:10
  272:6,8,14
**rather** 10:17
  229:12 277:8
**ratio** 219:13
  246:17,23
  247:3
**reach** 157:6
**reached** 186:12
  189:3,13
  191:24 193:20
  193:21 226:7
**reaching**
  195:14
**reaction** 108:5
  108:7,8,13,15
  109:1,2,7
  150:20 151:11
  151:13 152:15
  154:2,5,8
  155:21 157:23
**reactions**
  177:17 239:12
  278:15
**reactive** 173:5
  174:4,6
**read** 11:11
  17:14 20:3
  58:5 79:10,15
  79:20 85:10

87:14 90:1,7,9
  90:10,16,25
  93:24 104:4,19
  105:8 130:10
  145:25 147:10
  163:8 164:13
  166:23 167:5,7
  167:12,17
  168:18 169:21
  170:21 171:2
  174:10 175:19
  177:23 178:2
  185:18 187:21
  188:17 205:11
  208:13 214:7
  222:6 225:19
  226:10,22,25
  227:9,16
  229:19,22
  237:19 238:3
  239:5 240:3,16
  241:11 242:19
  249:4 265:11
  270:21 275:1
  275:21,23
  284:12 288:7
**reading** 86:9
  89:21 91:19
  110:9 121:21
  161:22 164:17
  164:18 167:15
  169:7 172:3
  181:21 185:9
  205:2 224:18

226:14 248:16
**reads** 214:3
  226:2 227:3
  237:12 240:25
  242:12 265:4
**ready** 55:10
  274:24
**real** 103:11
  169:10 170:24
  221:1 271:3
**realistic** 203:7
**reality** 103:2
  104:1 105:16
  106:11,15
  271:5
**really** 26:18,19
  134:8 139:7
  155:18 156:23
  191:5 197:15
  233:14
**reason** 12:11
  12:15 89:13
  90:11 117:3
  156:11,13
  163:22 180:2
  236:6 255:19
  273:19 279:4
  288:10
**reasonable**
  35:24 174:24
  175:2 203:13
  206:2
**reasonably**
  87:22 192:5

212:22 217:4,7
  232:6
**reasons** 159:21
  171:20 172:2
  237:18 238:8
  238:13 274:2
  276:9,10
**rebut** 42:11
**rebuttal** 3:25
  4:11 37:10
  38:16,17 39:3
  54:18 64:19
  65:11,16 66:22
  67:11 68:1
  71:21 74:7,12
  75:12,15,22
  76:12,16 77:15
  81:18 84:9,12
  107:23 109:20
  109:23 132:4
  138:15 159:3
  159:10 167:9
  167:16,19
  171:18 235:14
  235:16 240:19
  245:15,20,23
  246:8 249:7
  250:7,18
  251:11 252:14
  262:9 263:7
  264:20 285:23
**rebuttals**
  128:11

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 341 of 362

recalibrate
118:3,6
recalibrated
117:25
recalibration
112:7,18
recall 14:15,18
15:9 26:17
29:8 31:7
32:11,15,19
41:2 42:15
46:10 48:2,7
49:16,20,24
50:16 51:1,3,5
51:8,14 52:21
53:11,15,17,18
54:10 78:1,9
78:17 80:10
81:16 85:13
90:1 95:1 96:1
110:9,13
111:13 139:17
169:6 178:7
183:17 184:1
190:3 193:13
198:6 199:17
245:7,24
268:21 274:1
274:17,23
275:25 282:4
284:15
received 17:5
recent 285:22

recently 42:21
108:4
recharge 20:19
20:25 21:4
22:2,7,15
197:13,19
198:2 201:1,2
203:2,4,7
206:17,21
212:1,7 259:20
recite 268:9
recognition
191:7
recognize
55:11 97:24
187:5,7
recommendat...
20:7
reconstruct
225:14
reconstruction
105:19 114:6
119:9 161:8
173:19 175:9
176:3 184:14
184:17,21
200:19 223:24
226:3 228:7
record 7:4,19
10:14,21 11:1
54:22 59:12,15
64:15 118:17
119:11 149:12
149:16 161:13

166:16 208:9
208:17 209:14
222:24 223:2
227:23 259:5
261:15,18
286:9
recording 7:6
recreate 191:16
193:3 195:12
red 122:20
123:6 125:14
151:3
reevaluation
118:14
refer 38:21
39:19,23 63:18
65:15 96:22
154:20 159:2
211:24
reference 96:23
101:4 166:4
referenced
78:12 79:1,6
references
78:18
referencing
98:19
referred 110:10
110:11 288:7
referring 40:18
40:20 50:12
65:17 67:6
69:20 77:9
80:14 118:19

119:16,18
124:6 153:10
reflect 271:3
reflects 288:9
refocus 101:24
regard 30:12
51:10 81:18
98:19 214:19
regarding 4:1
4:12 65:11
68:3 76:3
237:23 278:3
282:3
regardless
196:14 229:16
region 202:18
230:5
registered
287:5
registry 224:24
reich 2:18
reilly 100:2
related 17:20
24:11 44:25
57:22 69:2
80:4 224:22
282:21
relates 99:20
relationship
181:16
relative 73:25
102:10 141:12
229:12 241:8
268:15

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 357-6 Filed 04/29/25 Page 342 of 362

**relatively**
  140:17 155:15
  158:17 179:10
  209:14 219:3
  234:17 241:9
  241:15 246:3
  252:4
**released**  107:20
  133:9
**relevant**  79:13
  88:24 89:5,25
  167:22
**reliable**  93:4,20
  95:4 100:6,24
  230:3,12
  231:20 265:9
  280:23
**relied**  108:2
**reluctant**
  181:25
**rely**  239:19
  279:6
**remainder**
  267:1
**remains**  230:3
  265:8
**remarkably**
  242:15
**remember**  9:13
  13:15,17 14:15
  15:5 29:22
  30:6,9 31:4,5
  31:10 48:9,15
  49:12 85:11,14

  85:21,23
  164:15 167:15
  187:25 221:12
  222:8 237:14
  238:9 271:19
  271:23 274:18
  275:20 276:5
  284:24
**remind**  149:20
  283:11
**remy**  80:18
**renaissance**
  104:7
**renamed**  44:1
**render**  71:10
  73:22 102:10
  102:14 230:19
**rendered**  75:3
  232:2
**rendering**
  77:21,25 78:22
  84:17,24 94:2
  94:19
**rene**  17:10
**repeat**  141:4
**rephrase**
  127:10
**replaced**
  162:17
**replicate**
  103:11
**replication**
  105:16

**report**  3:25
  4:11 20:3,7
  37:10 38:16,17
  39:3 43:12
  47:10 53:11
  54:18 60:3
  61:8,15 62:6,7
  62:8 63:17,20
  64:6,19,21,22
  65:11,11,16
  66:1,4,5,18,22
  67:1,11,14,17
  67:19 70:12,16
  71:16,19 72:25
  73:10,14,16
  74:12,19 75:3
  75:7,12,15,22
  76:12,14,17,19
  76:20,22,25
  77:4,12,14,15
  78:16,19 80:15
  80:17,20 81:2
  81:10,10,12,18
  81:19,21 82:10
  82:13,23 83:11
  84:8,9,12,14
  90:2,3 107:23
  108:3 109:20
  109:23 111:18
  111:22,24
  120:15 128:11
  132:4 138:10
  145:22 159:3
  159:10 161:18

  163:11 167:9
  171:17 172:12
  176:22 204:18
  230:2 235:13
  235:16,18
  237:3 240:19
  241:3,8,20,24
  241:25 245:15
  245:19,20,24
  246:2 247:16
  249:8 250:7,15
  250:18,22
  251:11 252:10
  252:14 257:19
  257:21 258:12
  260:3,22
  261:20 264:20
  285:2,4,10,18
  285:23
**reported**
  162:20 195:9
  245:23 246:2
  257:20
**reporter**  1:16
  7:17 8:6 10:13
  10:21 11:1
  104:10 186:25
  206:25 287:5,5
  288:2
**reporter's**
  287:1
**reporting**
  172:6,18 241:3

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 343 of 362

**reports** 23:24
27:1 37:3,3
44:25 47:20
66:12 68:2
69:8 71:3,17
72:14,18 80:2
80:6,12,13
81:6 84:21,23
85:7,15,23
89:8 90:12,13
90:18,22 94:19
101:24 102:4
102:15,17,22
111:9 118:21
130:21 175:6
235:11 284:6,7
284:9
**represent** 7:19
8:24 16:5 47:4
109:12 146:2
213:14 239:21
243:12 279:8
**representation**
106:14 178:23
**representative**
9:11 45:11
**represented**
44:18 46:11
125:5 144:15
270:18
**representing**
180:14 277:3
**represents** 44:2
153:7 220:6

**reproduce** 35:9
103:5 237:24
**reputation** 82:5
83:5,22,25
92:22
**request** 3:15
**requested**
56:11 70:1
**requests** 16:20
**require** 72:6
**required** 19:23
95:24 200:18
219:17
**requires** 10:5
**reran** 113:6
117:16
**rerun** 117:20
118:1
**research** 18:13
18:18 19:25
20:11,17 23:10
24:15 25:20,25
58:16,18 60:20
101:21 172:20
176:10 181:24
182:1 209:4
**researcher**
101:19
**researchers**
21:20
**researching**
208:23
**reservation**
50:18

**reservoir** 23:3
**resided** 225:9
**residual** 243:1
243:11,13,15
257:2,3
**residuals**
243:19 255:17
257:25
**resolution**
238:15 239:18
239:22 279:5,9
279:21
**resolved**
236:19
**resource** 22:22
**resources**
209:9
**respect** 107:15
238:2
**respected** 48:9
82:9,21 83:19
92:24 176:14
**respectively**
162:2
**respond** 23:8
71:20
**response** 5:15
104:23 177:23
177:23 202:15
228:8
**rest** 236:3
**restarts** 125:6
**restate** 33:3
137:10 141:12

231:16 265:23
**restrictive**
217:14
**result** 108:17
155:19 227:6
**resulting**
147:24 150:21
153:4,23 154:1
185:13 190:24
232:10 247:23
**results** 62:11
71:19 107:21
108:1 112:10
112:21 117:4
133:13 143:9
150:19 152:19
154:5,7 156:21
157:12,13
168:17 179:17
182:19,23
203:1 228:21
229:7 233:8
234:19 237:7
237:13 241:5,6
244:18 245:3
249:2 250:21
251:23 252:2
262:2 273:7
275:22 276:3,4
**resum** 55:25
56:4,8,9,9,10
56:14,20 57:7
57:16 83:8

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-6 Filed 04/29/25 Page 344 of 362

| | | | |
|---|---|---|---|
| **resume** 4:5 | 94:15 110:19 | 73:3,7 74:14 | 156:4 158:1,4 |
| **retained** 13:6 | 111:6 128:14 | 75:10,14,16,19 | 158:7 159:9 |
| 13:25 44:19 | 146:8 165:16 | 76:11,14,17,20 | 160:23 161:22 |
| 46:3 72:2 | 169:5 180:24 | 77:8 84:9 | 163:13 164:8 |
| **retardation** | 183:23 222:18 | 86:17,23 87:13 | 164:10 165:2 |
| 107:16 221:25 | **reviewer** 34:7 | 92:4,8 94:11 | 166:11 167:3 |
| **retention** 17:6 | 176:21 | 97:5,19,23 | 177:2 180:23 |
| 17:18 18:1,2,9 | **reviewing** | 98:7 99:5,14 | 181:3 183:7 |
| 18:22 19:2 | 15:21 18:17 | 100:20 101:9 | 184:2,11 185:1 |
| **review** 18:12 | 23:24 32:22 | 101:23 102:4 | 188:21 189:5 |
| 19:24 20:8 | 40:11 81:1 | 102:18 103:2 | 189:15 192:14 |
| 23:21 26:5 | 221:12 | 103:21 104:24 | 193:12,15 |
| 27:1 33:11 | **reviews** 165:23 | 106:15 109:3 | 195:17 196:7 |
| 37:21 42:10 | 174:19 | 118:22 119:2 | 203:19,24 |
| 46:3 47:6,8,21 | **revised** 64:16 | 119:20,21,22 | 204:11 206:11 |
| 55:8 77:23 | **rich** 220:2 | 120:12,15,19 | 208:17 210:5 |
| 78:2,20 79:4 | **richer** 115:20 | 120:24 121:5,9 | 210:21 211:1 |
| 81:6 84:16 | **right** 8:13 9:19 | 121:14,25 | 211:11 213:1 |
| 85:6 86:4,12 | 9:22,25 10:1 | 122:13,18,25 | 213:23 214:11 |
| 86:15,19,25 | 11:14 19:6,17 | 123:4,9,17,21 | 214:23 215:6 |
| 87:8 88:25 | 21:3 23:15,17 | 124:1,3,16 | 215:16 218:11 |
| 89:11 110:4,23 | 25:24 27:18,24 | 125:2,8,12,16 | 221:2,6 222:19 |
| 111:2,8,9 | 27:25 28:20 | 125:23 126:3,9 | 222:21 223:15 |
| 130:20 164:11 | 29:6 30:2 32:4 | 126:14,22 | 224:17 225:24 |
| 164:15 165:19 | 33:15 36:2,15 | 127:15,20 | 226:25 228:18 |
| 165:20,21 | 36:20 37:5,13 | 128:3 130:18 | 229:25 230:8 |
| 167:1 170:7 | 38:16 40:6,10 | 132:2 135:1,4 | 230:14 231:23 |
| 177:14,19 | 42:16 47:20 | 136:21,22 | 234:7 235:2,6 |
| **reviewed** 37:2 | 49:1 53:6,8 | 143:15,25 | 235:11,14,19 |
| 42:16,19,24 | 54:16 55:22 | 145:7 148:14 | 235:24 237:6 |
| 57:15 62:3,3 | 56:15 59:10,18 | 148:23 149:19 | 238:11,16 |
| 62:14 78:21 | 60:4 62:19 | 150:8,14 | 241:16,21 |
| 80:1,5,6,23 | 63:12 65:4,13 | 151:11,24 | 242:6,24 |
| 83:8 92:19 | 65:22 67:11 | 152:1 153:15 | 243:15 244:20 |

Golkow Technologies,
877-370-3377                      A Veritext Division                      www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 345 of 362

244:24 245:20 246:15 247:18 248:9,16 249:15,19,24 250:3,12,12,16 250:22 251:2 251:17 254:22 255:6,25 256:15,21 257:5 258:17 258:21,25 259:20 261:2 261:23 262:3,6 262:21 263:1,4 263:17,21 264:4,13,23 265:16 266:8 266:20,21 269:22 270:25 271:3,13 272:2 273:12 274:8 277:13 284:22 285:6 286:2

**rights** 43:8,18 45:1

**rigorous** 91:11 91:25

**river** 5:20 196:22 197:5 258:24 260:10 260:24

**rmr** 1:16 287:23 288:2

**robert** 17:9 154:18 163:10

**robustness** 264:24

**role** 25:11 61:14

**roman** 204:21 241:25

**roughly** 137:14 155:14 199:15 233:24 246:1 269:9

**rounding** 256:22

**row** 157:18 247:23

**rows** 263:20 264:9

**rule** 72:11

**rules** 9:21 16:18 19:20 72:6

**run** 26:19 36:5 63:5 107:25 131:19 158:23 273:6

**running** 61:25 203:4 219:18 233:1

**rwc** 254:21

**rwc2** 235:23

**rws** 255:2

**s**

**s** 3:12 7:2 24:21

**s.s.** 48:4,18

**s2** 256:10,16

**sabatini** 80:8 83:3 128:17

**sabatini's** 82:23

**safe** 273:18

**salt** 1:15 7:14 287:2 288:5

**sample** 5:14 142:2,24

**sampled** 141:21

**samples** 50:21 50:25 130:8,9 130:11,13 208:6

**sampling** 142:7 143:3 200:6

**santa** 46:17

**satellite** 22:10 209:21

**sautner** 17:10 145:22

**save** 63:5 181:9

**savitz** 17:10

**saying** 63:21 68:17 70:19,24 163:11 273:20

**says** 65:20 103:23 104:15

120:2 145:13 147:1 151:23 153:25 161:24 168:12 169:9 170:7 172:6 173:18 188:6 205:6 208:5 221:24 228:19 239:17 240:5 241:13 248:12 248:17 270:14

**scale** 142:8 156:3 159:23 160:1,5,18,21 239:23 240:1 246:3 279:11 279:13

**scatter** 37:25 249:22

**schedule** 87:2 121:2 122:13 123:17,20 124:15,20

**schedules** 120:23 201:9

**school** 24:5 186:15

**science** 19:8,22 24:5,22

**sciences** 176:12

**scientific** 103:25 112:1 202:22 224:21 232:7 265:8

Golkow Technologies,
A Veritext Division
877-370-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 346 of 362

**scientifically**
265:7
**scientists** 209:5
**scope** 108:20
133:7 149:4
173:13 219:19
230:16 232:12
**scott** 17:11
**screened**
252:23
**seasonal**
239:10 278:13
**second** 153:2
159:4 172:4
207:24 240:24
264:25 278:10
**section** 38:21
218:19 226:1
240:12 241:13
251:14 264:23
276:3
**sections** 37:15
99:12 167:22
169:4,5
**see** 10:12 37:4
37:12 38:15
58:5 86:7 91:1
120:9 121:18
122:8,22 124:6
124:8 146:24
152:22 157:9
157:20 159:4
159:15 168:9
170:17 198:7

221:16 227:1
234:21 242:10
247:18 248:2
248:21 251:15
251:20 253:14
262:16,17
265:1
**seeing** 183:17
**seemed** 31:6
91:11 116:14
140:16 167:22
178:3
**seems** 33:13
83:9 156:8
163:10
**seen** 15:24 16:2
24:16 120:13
161:11 166:4
171:4 183:24
207:5,8 213:11
213:20 228:11
**select** 49:19
**selected** 24:18
25:13,14 35:13
35:22 248:23
**selection** 30:15
**semester** 192:6
193:4 198:22
**send** 64:25 65:5
**sense** 106:10
172:17 173:10
181:22 232:25
**sensitive** 108:6

**sensitivity**
32:17,21 33:6
33:10,14 34:3
87:9 108:24
109:15,24
120:3,18
163:23
**sent** 16:3 17:5
**sentence** 168:9
169:9,21 171:7
175:20 205:3
205:17 224:19
237:12 242:8
248:17 251:18
270:10
**sentences** 265:3
**september**
13:14 161:25
170:15 233:22
**series** 38:2 44:6
44:24 141:23
152:21 186:6
**serve** 25:15
45:25
**served** 18:12
19:17 45:10
46:12 47:25
53:21 54:7,12
56:25 64:17
176:21
**services** 225:1
**serving** 19:14
19:15 45:22
181:7

**set** 35:14 63:7
113:18,23
115:20 186:19
198:20 200:8
212:25 214:6
214:11 215:6
215:16 216:2
218:22 220:2
283:18 287:8
**sets** 113:17
212:24 214:5
**setting** 167:25
**settlement**
45:13
**seven** 9:15
41:21 170:13
264:8
**several** 18:11
44:21 46:2
60:23 80:5
159:1 237:18
269:24 276:9
**shaking** 10:17
**shaped** 159:15
**share** 61:21
69:6 185:23
**sharp** 239:25
279:12
**shifted** 58:18
**short** 61:2
209:18
**shorthand**
287:13,18

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 347 of 362

**show** 152:24
   159:22 160:11
   269:15
**showed** 65:9
   114:25
**showing** 186:22
**shown** 162:6
   245:14 269:3
**shows** 38:2
   120:21 122:10
   122:16 123:7
   123:15,24
   124:13,13,24
   125:11,15,18
   125:22 150:21
   180:3 204:2
   250:10,14
   252:21 258:15
   258:19 263:23
**shut** 199:20
   224:3
**side** 36:24
   39:12 46:15
   47:5 64:10
   164:9 223:14
   250:12,16
**sides** 186:9
**sidetrack** 36:21
**sign** 11:13
   275:2
**signature** 60:12
   65:21 287:22
**significance**
   234:14

**significant**
   22:24 30:10
   44:16,18 75:2
   114:19 116:8
   133:12 139:3
   139:25 162:16
   172:11 180:6
   201:15 230:6
   254:3 283:12
**significantly**
   118:13 139:12
   171:15
**silverstein** 2:8
   7:22,23
**similar** 97:2
   195:21 199:18
   201:22 246:1
   250:14
**similarly** 163:7
**simple** 142:23
   147:5,16 148:2
   148:22 198:2
   210:12,17
   233:14 245:17
   245:19 285:15
**simplification**
   271:5
**simplifications**
   106:10
**simplified**
   103:2
**simplify** 62:25
**simplifying**
   277:5

**simplistic**
   212:10
**simply** 129:1
   147:21 233:12
   255:14,22
   257:17
**simulate**
   103:12 108:22
   121:3 129:18
   129:20 155:3
   190:23
**simulated**
   37:25 38:4
   48:24 114:17
   115:12 116:5
   126:12,20
   127:13 130:16
   131:24 133:10
   137:21 138:8
   141:13 142:11
   143:9 148:17
   151:15 152:9
   152:12 153:23
   156:16 171:13
   171:21,24
   179:13 195:21
   220:13 234:20
   237:17 238:10
   241:3 242:17
   242:22 243:4,7
   244:14 245:13
   246:14,17,18
   246:23 247:3
   247:10 249:11

   249:18 261:22
   262:21,24
   263:24 264:16
   273:16 274:7
   276:8,17
   281:15 285:13
**simulates**
   128:20 205:9
   232:4 277:3
**simulating**
   46:25 108:21
   116:16 147:18
   148:12 175:2
   179:9 205:7,14
   220:20 237:14
   239:12 242:13
   276:5,14
   278:16
**simulation** 3:21
   5:1 36:6 70:22
   86:20 94:6
   107:18 116:7
   116:20 138:21
   138:24 150:19
   153:1 154:2,8
   161:9 195:13
   219:18 233:1
   237:25 239:14
   241:5 268:19
   278:17
**simulations**
   44:24 61:25
   87:10 88:22
   107:14 121:8

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 348 of 362

190:20 273:6
**single** 72:16
  170:9 212:25
  214:6 267:21
**sinks** 201:17
**sir** 229:1
**sit** 70:4
**site** 168:15
  173:22 175:11
  180:18 185:11
  185:25 190:14
  197:17 202:12
  211:5 221:5
  222:14
**sites** 172:25
**sits** 214:20
  215:4,14
**sitting** 75:7
  246:6
**situ** 22:9
**situation**
  212:12
**six** 41:21 57:21
  57:22 75:18
  241:24
**size** 49:14
**skim** 90:8
  167:13
**skimmed** 85:8
  85:12,15 86:6
  90:12 93:25
  167:6 169:4
**skinner** 188:20

**slide** 98:16
  103:18,21
  105:1
**slides** 99:18
**slight** 282:19
**slow** 10:20
**small** 50:17,19
  131:8 142:3,4
  156:23 158:17
  160:16 180:11
  198:23 240:1
  250:25 251:7
  251:25 252:3
  279:13
**smaller** 19:13
  116:21
**smallest** 154:24
**snow** 135:6
**software** 31:25
  32:2 60:21
  61:24 192:12
  245:9
**soil** 238:24
  277:18
**solely** 283:6
**solution** 143:15
**solutions** 36:15
  36:16
**solvent** 133:24
**solvents** 133:16
  133:23 194:24
  199:19
**somewhat**
  262:1

**soon** 42:5
**sophisticated**
  29:9
**sorption** 148:4
**sorry** 39:10
  41:16 59:23
  91:15 126:16
  199:24 204:25
  207:15 215:9
  224:12 237:8
  238:6 259:9
  265:23
**sort** 9:21 18:7
  22:11 27:13
  34:19 68:21
  84:7 99:11
  101:23 125:4
  146:21 151:25
  157:17 210:20
  274:6
**soto** 17:11
**sound** 11:7
  13:3 91:13
  111:25 112:25
  136:21 193:23
  232:7 265:7
**sounds** 11:8,15
  13:4 50:21
  77:17 136:22
**source** 21:8
  156:17 157:7
  180:7 197:18
**sources** 22:24
  201:16 222:5

222:19
**south** 1:15 44:9
**southeast** 20:18
  21:15
**southern** 1:2
  29:10 44:1
**span** 50:25
  209:19
**spanned**
  199:16
**sparse** 5:9
  207:19 208:24
**spatial** 169:12
  171:1,11
**spatially** 239:2
  277:21
**speak** 10:20
**speaking** 11:6
  42:5 143:13
**special** 234:14
**specialization**
  57:9
**specialized**
  57:12
**specific** 13:15
  69:1,5 70:21
  71:17,25 82:16
  84:20 91:17
  110:13 142:5
  168:15 169:7
  172:21 191:19
  193:10 195:22
  197:22 221:5
  222:14 225:6

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 349 of 362

267:19 270:20
277:25 278:19
279:15
**specifically**
14:4 38:22
48:3 71:20
78:18 79:11,12
84:14 85:19
86:2 94:24
114:11 191:12
279:19 284:9
**specifics** 49:24
**specified** 164:4
**spectrum**
219:11
**spiliotopoulos**
71:22 80:15
179:24 235:18
236:1,8,13
**split** 124:5
**spoke** 41:1
**sporadic** 208:7
**spread** 155:13
156:7 157:8
158:18
**spreadsheet**
5:21 153:7,10
153:16 154:14
155:8,9,10
157:16 198:2
245:22 259:6
260:17 285:16
**spreadsheets**
152:21

**spring** 44:20
45:21
**springs** 21:12
45:2
**ss** 288:5
**stabilize** 156:8
**stack** 221:17
**stacks** 37:4
**staff** 60:19 62:8
62:11
**stages** 180:10
**stand** 79:24
**standard** 31:7
52:6 143:6
206:13 234:17
272:19
**standards** 20:1
20:12 25:21
26:1
**stands** 29:5
**start** 11:4
27:20 31:17,23
42:5 121:19,24
122:3 131:18
131:20,21
132:11 136:5,6
136:13 140:18
140:18 170:4
202:21 203:3
210:17
**started** 45:5
130:22,23
132:20 136:15
136:16,19

137:2,13
178:21 200:6
233:22
**starting** 45:20
122:17 123:8
123:25 125:1,3
134:23 168:10
205:3 221:21
224:19 270:10
**starts** 146:23
188:4 251:18
**state** 1:18 7:18
8:15,17 12:5
19:11 21:19,21
25:3 32:25
43:8 74:19
126:17 127:21
178:20 179:7,7
179:8 189:8
190:18 192:16
194:15 195:11
198:8,10,12
250:19 287:2,6
288:4,22
**stated** 23:22
29:1 83:11
156:6 178:16
256:6 261:20
**statement**
106:12 168:20
169:2,13 170:3
170:10 174:12
211:18 213:6
217:24 267:22

268:20 278:3
278:23 279:17
**statements**
63:24 105:9
174:15 267:12
267:15
**states** 1:1,7,14
7:21,23,25
8:24 13:8
16:17,19 20:19
21:15 179:10
229:5,22
288:22
**stating** 22:17
25:23
**stations** 258:24
**statistic** 246:13
**statistical**
158:23 159:12
195:24 196:3
244:17
**statistics** 235:5
242:24 245:10
247:24
**stays** 155:15
**steady** 198:8,10
198:12
**steps** 96:21
99:19
**stick** 178:8
**sticky** 37:13
**stimulate**
105:22 177:13
177:25

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 350 of 362

**stood** 111:14
**stopped** 116:1
  199:21
**storage** 20:20
  21:1,9,25
  22:15 23:6
  29:12 147:19
  148:13 149:1
  209:7,12,24
**stored** 16:23
**straight** 148:18
**stream** 22:25
  52:3 196:22
  197:9,11,13,24
  211:25
**streamline**
  62:25
**streams** 21:13
  45:2 51:24,25
  51:25 197:10
**street** 1:15 2:11
**strengthens**
  116:25
**stress** 163:5
**stresses** 168:15
  201:16
**strike** 51:9
  69:11 107:7
  121:22 199:23
  280:21
**strong** 117:11
  191:5 196:3
**student** 60:17
  194:17

**students** 96:15
  105:8 186:8
  187:11 191:13
  193:3 196:6
  197:7 198:1,20
  199:8
**studied** 14:10
  21:17 22:3
  182:22 190:19
  191:11
**studies** 23:5
  30:8 183:23
  192:7
**study** 32:18
  114:5 145:13
  168:13 178:6
  178:10 183:1,7
  185:20 186:7
  187:9 190:12
  191:6 192:3,16
  192:18,20
  193:9,14,18,24
  194:14,17
  195:11 198:19
  225:2,7,13
  227:11 228:22
  229:8,10,23
  232:12 242:15
  270:4 272:9,15
**suarez** 17:11
**subheading**
  238:18
**subject** 85:14
  85:23 240:9

  280:6
**subjected**
  164:12,20
**submit** 27:4
  74:2
**submitted**
  37:11 47:18
  55:16 62:15
  80:12,14 81:5
  119:19 233:23
  269:4
**subpoena** 16:7
**subscribed**
  287:19
**subset** 233:11
  239:21 279:9
**substance**
  149:23
**substances**
  224:24
**substantial**
  131:23 132:2
  136:3 137:2,15
  138:1 170:8
**substantially**
  66:11 188:14
  283:3
**substantive**
  112:9,20 268:2
  268:4,11
**subsurface**
  103:6 174:4
  205:7,15
  238:14,19,22

  239:20 277:16
  278:4 279:7
**successful**
  229:9,23
**suffered** 227:5
**sufficiently**
  230:12 231:20
  280:23
**suggested**
  151:6,8 178:7
**suggestions**
  26:9
**suit** 45:11 50:8
**suitability**
  265:19 270:19
**suite** 1:15
**summarized**
  241:10
**summarizes**
  241:19
**summary** 3:18
  4:20 38:18
  75:16 87:19
  88:9,9 119:10
  164:13,17,18
  203:20 204:22
  235:4 242:4,24
  245:9 246:12
**superficially**
  149:25
**superfund**
  190:14
**supervision**
  287:15

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 351 of 362

**supplant** 104:1
**supplies** 5:6
**supply** 49:4,10
  50:12,19,22
  87:3 120:6
  121:4 126:2,8
  126:13,21
  127:15 144:11
  145:3 147:23
  157:4 161:24
  163:2 172:9
  180:6 185:13
  195:14,16
  203:22 204:7
  248:19,24
  272:6 274:8
**support** 47:19
  225:12 265:4
**supporting**
  116:25
**suppose** 111:20
  112:16 129:23
  212:2 257:1
**sure** 9:23 10:6
  14:14,24 15:6
  19:25 22:13
  23:21,25 27:17
  28:22 30:7,11
  31:10 33:2
  56:7,19 58:4
  59:2,10 63:22
  68:17,20 73:1
  75:13 78:11
  84:5 95:2 96:8

102:7 103:16
  110:12 112:15
  127:9,22 128:4
  129:23 133:21
  134:15 136:11
  137:11 141:5,9
  141:14 151:21
  155:10 158:22
  161:20 164:14
  165:22 166:21
  170:4 171:10
  181:14 183:10
  190:8 192:7
  193:13 198:25
  200:13,16,21
  207:23 210:9
  215:10 219:12
  245:21 248:22
  253:6,19
  254:13,19
  255:1 261:8
  270:13 275:18
**surface** 134:9
  134:12,23,25
  135:9,14
**surfaces** 104:23
**surrounding**
  44:3 202:18
**susan** 17:11
**susceptible**
  142:6
**suspect** 133:11
  255:19

**sustainability**
  22:1,16 23:14
  28:18 29:2
  58:1 210:1
**sustainably**
  209:9
**swear** 8:6
**sworn** 8:9
  287:9
**syllabus** 96:4
  96:14
**symposium**
  186:15
**synonym** 108:9
**synonyms**
  184:18
**synthesize**
  62:24
**system** 86:13
  103:12 115:5
  121:3 128:2
  146:14 169:10
  170:24 172:10
  192:12,14
  198:24 221:1
  239:4 277:24
**systematic**
  119:18

**t**

**t** 3:12
**tab** 37:15 38:13
  39:8,25

**tabbed** 37:12
  39:24 40:12
  120:15
**table** 134:8,16
  135:10 162:3
  170:17 203:20
  241:18 245:14
  247:18 248:13
  252:13,17,18
  252:21 258:12
  258:15 260:3
  260:22 263:7
  263:10,18,21
  264:7,9 284:12
  284:13 285:10
  285:23,23
**table's** 134:9
**tables** 241:1,7
  241:20
**tabs** 37:17
**tagged** 37:24
  38:18,19,24
**take** 12:19
  15:19 58:25
  59:9 102:12
  103:25 113:11
  129:12 134:21
  142:23 148:4
  154:11 186:9
  195:12 198:9
  222:22 233:8
  233:19 253:7
  255:14,16
  256:9 257:24

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 352 of 362

261:13 285:13
**taken** 9:4,7
  12:18 42:17,21
  42:25 44:11
  50:22 59:13
  129:25 142:2
  149:13 170:14
  204:14 222:25
  261:16 287:8
  287:12,18
**takes** 135:3
  156:20 157:5
**talk** 42:3 58:23
  105:22,23
  177:18 237:21
**talked** 137:9
  268:14
**talking** 143:18
  144:5 194:15
  200:14 202:9
  217:23 237:21
  252:9 268:13
**talks** 96:20
**tap** 50:13
  127:19 128:8
**tarawa** 4:1,7,12
  5:19 38:5 60:7
  65:12 85:3,7
  89:1,17,22
  90:12,18,23
  91:3 92:4
  102:3 106:21
  106:25 110:1
  110:24 113:2

114:2,9 115:2
119:6 120:7,19
136:4,14 137:4
137:17 138:5
147:3 148:11
148:16 152:10
157:2 161:6
165:9,18 166:3
166:7 172:9
179:14 203:23
204:3 210:4
222:2 223:7,18
224:1 226:3
228:4,10 230:5
230:11,23
231:19 232:21
233:20 247:15
248:5 265:10
272:24 280:25
282:9 283:25
**target** 268:15
**targets** 168:1
**taught** 56:24
**tce** 172:14,23
  188:9
**teach** 95:19
  97:1 186:6
  193:4 212:18
  218:18
**teachers** 24:5
**teaching** 61:1
  186:3
**team** 40:15,17
  41:7,13 61:17

70:2 164:7
265:16 266:8
271:13
**techflow** 178:5
**techflowmp**
  135:20 151:24
  178:5 181:20
  182:7,19,23
  183:1,3,16,20
  183:24
**technical** 16:24
  17:4,24
**techniques**
  110:5 225:13
**technology**
  183:4
**tell** 85:19
  226:14 246:10
  284:8 287:10
**temporal**
  169:12 170:9
  170:25 171:11
  238:14 239:7
  278:11
**ten** 45:6 57:15
  58:17 257:7,8
  257:13,14
**tend** 174:19
  261:21
**tendency**
  103:25
**term** 28:17
  29:11 43:24
  118:18 145:23

162:14 184:14
205:9
**terms** 23:23
  43:20 49:22
  58:14 61:23
  79:11 89:17
  132:24 133:1
  155:16,18
  158:10,14
  184:17 226:9
  232:3 234:10
  234:12,13
  282:14
**terrace** 4:1,7,12
  5:19 38:5 60:7
  65:12 85:3,7
  89:1,17,23
  90:12,18,23
  91:3 92:4
  102:4 106:21
  106:25 110:1
  110:24 113:2
  114:2,9 115:2
  119:6 120:7,19
  136:4,14 137:4
  137:17 138:5
  147:3 148:11
  148:17 152:10
  157:2 161:6
  165:9,18 166:3
  166:7 172:9
  179:15 203:23
  204:3 210:4
  222:2 223:7,18

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 353 of 362

224:1 226:4
228:5,10 230:5
230:11,23
231:19 232:21
233:20 247:15
248:5 265:10
272:25 280:25
282:9 284:1
**test** 118:8
**tested** 145:21
**testified** 8:10
43:5,6 283:24
284:16
**testify** 12:20
**testifying** 11:17
43:3
**testimony**
11:11 12:13
16:7 149:23
268:5 288:7,9
**testing** 146:11
**tests** 202:13
**tetrachloroet...**
3:23 5:3 86:22
87:3 120:4,9
161:10 203:22
**texas** 57:12
**text** 17:2,17,22
78:11 92:15
94:5,11,16,18
95:3,18 96:3,3
96:15,23 99:4
99:9 100:1,5
100:14 120:9

188:3 207:21
207:21 226:24
**textbook** 95:23
95:24 97:9
**texts** 78:3
94:21
**thank** 36:20
39:17 54:25
64:9 98:23
115:10 117:14
145:7 152:3
187:2 238:7
275:5,9 285:24
286:3,5,7
**thanks** 161:21
164:9 210:8
**theirs** 196:13
**theoretically**
211:8 214:20
215:3,13
**theory** 210:21
**thereof** 288:8
**thing** 40:5
108:14 135:25
151:12 233:14
**things** 14:15
20:21 22:3
56:13,19,24
70:12 79:11
96:17 150:8
167:22 177:18
183:23 185:14
194:3 203:10
275:24

**think** 13:21
14:23 24:13
37:19 45:14
67:6,15,18,24
72:20 75:1,9
76:8,24 77:2
79:15 82:2,16
85:1 91:16
92:1 96:9
98:18 100:11
101:3 105:9
112:24 113:3
125:20 127:1
137:20 145:9
156:6 157:23
158:11 166:9
173:14 174:18
174:21 175:1
175:18,24
176:2 178:10
178:13 181:11
182:12 184:24
186:2 189:18
192:8 194:2
200:5 205:16
217:3,13
226:17 228:23
256:13 267:12
267:21 268:4
269:8 273:18
274:10,15
275:19 279:18
280:16 281:11
286:6

**third** 224:19
242:7 247:21
247:23 251:12
279:4
**thomas** 100:2
**thompson** 2:19
**thorough** 86:9
**thoroughly**
86:11,15,19
87:7,8 110:15
182:3,7
**thought** 25:8
37:18,19
177:10,10
204:25 226:19
252:8
**thousands**
94:21
**three** 20:9 77:6
80:23 86:20
150:20,24
154:17,24
164:3 168:8
**tie** 145:9
**tim** 2:19
**time** 5:8 12:24
13:23 14:17
23:6 38:2 42:4
42:5 45:22
48:12 50:25
53:8 59:12,15
61:18,19 74:2
89:6 107:19
113:14,25

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 354 of 362

125:12,16,19
125:23 126:17
131:2 133:2
135:3 138:6,23
139:18 142:20
149:12,16
154:25 156:20
157:5 162:2
170:19 178:18
178:22 179:23
180:24 181:10
184:7 186:6,12
189:4,14,23
191:22,25
194:23 197:23
198:4,18
199:15 200:5
209:7,11,15,18
209:24 215:10
220:17 222:24
223:2 239:9
261:15,18
274:18 278:13
286:9 287:8
**times** 9:6 20:9
41:12 54:12
95:21 163:1
233:4,15
266:22 271:22
272:9,15
**timing** 53:1
**title** 60:7
153:16 157:17
203:20 207:18

228:2 269:19
**titled** 55:19
65:11 119:3
**today** 11:17
12:13,16,19
16:8 29:5,23
37:1 39:15
70:5 75:7
246:6 271:22
275:7 280:17
**together** 18:12
60:25 61:4,20
62:2,5 101:17
156:14
**told** 71:10,11
**took** 9:24
159:10 188:22
243:7 245:12
257:9,11,12
**tool** 105:18,19
105:20 121:3
218:4 230:3
265:9
**tools** 31:9
**top** 80:11
151:24 152:2
153:12 168:8
170:6 197:1
205:2 246:10
247:19,22,23
248:16 251:13
268:9 284:25
**topic** 86:1
271:21

**topics** 86:3
**total** 49:14
**totally** 210:2
**touch** 205:23
**toward** 162:9
162:11
**towards** 16:15
263:17
**toxic** 224:24
**toxicologist**
281:8
**track** 51:21
**traeger** 9:12
**trager** 9:16
**trajectory**
116:16
**transcribed**
287:13
**transcript**
11:11 42:20
274:25 288:8,9
**transcription**
287:17
**transdichloro...**
188:10
**transfer** 44:13
**transient**
169:11 170:24
198:11
**transport** 3:22
4:2,8,13 5:2
58:3,11 60:8
61:2 65:12
68:4 79:20

82:4,6 86:21
87:12 88:19,22
92:16 93:3
94:7 106:21
107:1 108:20
110:2,6,24
113:21,22
119:5 135:14
135:17 141:18
161:5,10 173:5
174:5,6,23
176:5 184:10
201:8 210:5
220:4 225:16
228:3 276:24
278:24 282:18
**transported**
53:3
**travel** 20:4
135:1 186:14
191:22
**traveled** 53:2
185:12
**traveling** 135:8
**treated** 129:25
130:4,8,11
145:17
**treatment** 38:6
50:13,15 87:4
114:3,7 115:2
115:13,15,25
117:7 120:5
122:12 123:16
124:15 126:1,7

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 355 of 362

126:16 127:4
127:13,18,24
128:7,13,24
129:6 130:3,16
131:3,10,25
138:5 141:24
142:17 143:11
143:25 144:9
144:12 145:2
145:15,15,18
146:13 147:19
148:1,13 149:1
150:22 152:10
153:8 157:2
179:1,15 180:4
220:10,12
224:1 232:5
272:1 280:25
281:16 282:8
284:1
**trends** 5:25
205:10 230:4
269:21
**trial** 43:5 194:7
**trina** 115:6,8
**true** 134:16
136:13 148:10
169:25 170:3
174:12 211:8
211:17 229:17
271:24 272:7
272:13 275:24
277:11 278:4
278:23 284:20

287:16 288:22
**truly** 288:9
**truncation**
235:21
**truth** 287:10,10
287:11
**truthful** 12:12
**try** 10:24 11:24
**trying** 240:10
280:7
**tt** 38:3 114:25
123:20 124:9
124:20 138:3
140:22 144:25
150:23 152:13
156:16,17,19
161:25 162:7
162:10,12,17
163:2 168:2
170:14 222:15
224:5 248:9,19
248:24 268:16
268:18 271:18
273:12
**tuesday** 41:17
**turn** 16:15
55:17 64:3
72:23 84:2
98:15 103:14
103:17 119:24
145:8 146:17
157:15 161:18
168:4 203:16
204:17 207:14

207:18 221:14
224:5 225:21
228:15 237:3
240:18 241:23
248:15 249:7
250:6 251:10
252:13 262:8
263:6 264:20
270:6 271:16
275:16
**turning** 63:16
82:10
**twice** 162:25
**two** 9:14 20:5
23:20 27:4
43:9 81:5
94:11 103:20
113:17 137:9
141:19 151:16
151:19,20
155:7 168:7
179:9 193:15
199:5 200:1
208:10,16
235:11 247:21
248:4 251:12
263:10 273:23
**type** 279:23
**types** 42:1
141:19 200:2
200:17 219:24
**typewriting**
287:14

**typical** 31:11
31:14 32:20
33:6 159:19
**typically** 21:4
33:20 35:2,6
35:15 105:13
177:14 201:3
245:12 277:1

**u**

**u.s.** 2:10 119:7
120:7 161:6
203:23 224:25
228:5
**uh** 104:5
168:11 256:17
259:24
**unable** 12:12
274:22
**uncertain**
168:17 179:5
**uncertainty**
33:19,23 34:11
34:16 35:1,15
35:19 36:13
85:18,22 86:5
87:9 88:18
100:14,23
157:12 173:25
175:3 178:18
179:8,13,16,22
180:14 206:15
214:21 215:4
215:14 216:5

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-6     Filed 04/29/25     Page 356 of 362

240:8 280:5
**unclear**  168:1
**uncomfortable**
70:24
**uncommon**
208:7
**under**  43:10
46:20 122:12
123:16,19
124:15 149:21
157:22 238:18
244:5 246:20
258:1 264:23
275:22 276:3
287:14 288:21
**underestimated**
243:11
**undergone**
145:15
**underground**
23:3 205:22
**underneath**
120:2 224:18
**underpinning**
210:21
**understand**
10:2,10 11:20
11:22 12:9
47:13 63:21
65:17 72:1,5
75:4 84:6
87:19 106:19
114:4 133:4,19
136:10 151:5

154:21 274:21
275:3
**understandable**
28:25
**understanding**
16:11 20:25
23:11 24:6
27:23 29:3
32:2 71:24
73:20 77:10
94:10 95:15
119:17 130:21
135:23 136:19
174:4 176:6
183:2 193:24
194:24 204:6
215:25 223:6
223:17,23
230:4
**understood**
10:19 12:1,10
152:14 182:5
195:2 196:4
**undertake**
111:7
**undertook**
66:11 110:16
**uniformly**
163:4
**union**  207:12
**unique**  218:13
219:4,10,22
220:15 278:20
280:9

**uniqueness**
214:4,13
218:14,17,25
220:22
**united**  1:1,7,14
7:21,23,25
8:24 13:8
16:19 20:18
21:15 288:22
**universities**
19:10,13
**university**  4:17
18:14 19:6,9
19:11,11 21:21
23:13 25:2,3,3
25:4 28:3
55:21 57:12
60:18,24 61:19
101:8 186:18
190:18 192:6
192:17
**unknown**  121:4
222:3
**unlined**  46:19
**unreliable**  96:5
96:9
**unsaturated**
135:24
**unwarranted**
172:17 173:10
**updated**  56:8
67:17 74:4
77:4,12 241:4
244:22 245:6

246:8 250:24
251:6 252:1
**updating**  67:2
**upper**  152:11
**usdoj.gov**  2:12
2:13,13
**use**  31:12,24
34:16 35:16
39:22 99:3,13
121:19 128:2
144:16 155:11
155:22 156:3
159:6,23
173:20 174:22
175:9 176:18
178:5 181:20
181:24,25
183:16 192:11
193:4 196:6
197:12 199:3
200:22 202:24
205:16 206:19
208:11,12
210:15 211:25
218:20 228:20
229:6 257:22
281:19
**used**  20:22 22:8
30:16,20 31:8
32:10 49:18
62:17 87:24
95:18,23 96:16
98:2 113:19
118:18 121:2

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 357 of 362

121:13 122:3
123:3,3 129:24
141:16 143:14
145:24 150:25
151:4,6 154:10
156:25 160:21
163:18,20
164:24 165:1
167:25 168:14
173:23 183:20
183:24 193:1,6
195:19 200:9
200:10 206:21
209:9,24 211:4
223:8,19 227:4
227:15 230:23
240:14 244:13
244:17 246:13
248:9 249:22
259:19 265:14
266:6 271:25
280:19,20,22
281:6,12
**useful** 37:19
95:14 104:17
210:13 218:3
**user** 63:2
**usgs** 190:13
192:8,15,18
193:6,9,14,16
193:18,24
196:7,13,25
**using** 26:5
50:20 56:10

58:19 88:22
107:14 112:7
112:18 113:7
117:17 118:3,8
147:4 160:5
162:19 163:1
163:23 164:3
182:19 184:6
198:2,3 202:22
208:25 225:13
232:7 237:15
241:4 245:16
248:18 254:2
265:6 276:6,15
277:5,12 278:5
278:8
**utah** 1:15,17,18
7:14 8:20 25:3
25:3 287:2,6
287:23 288:4
288:22
**utero** 191:3
225:3
**utilized** 62:8

**v**

**vadose** 135:8
135:17,23
**vaguely** 14:16
15:12
**valid** 176:4
**validity** 171:6
182:18

**valley** 44:21
45:3,21 144:6
196:23
**valleys** 44:7,17
**valuable** 95:9
95:13 96:10
97:4,11,15
105:17 174:24
182:15
**value** 35:23
151:6,8 158:3
158:6 172:22
212:1,7,13
226:7 243:7,8
243:18 246:1
247:9 248:11
251:23 253:4
255:14,17,22
256:3 257:12
257:17,24
260:25 273:8
284:4,10
**values** 35:23
38:3 150:21,25
151:10,10
154:17 158:18
158:25 159:1
159:18 163:23
164:4 167:25
171:22,24,25
203:21 204:2
216:6 233:3,13
241:4 244:6,9
255:19 274:3

**variability**
87:10 160:8
170:9 218:11
238:15,16
239:8 240:6,9
246:5 277:1
278:11 280:2,6
280:13
**variable** 274:6
**variance** 116:9
116:11 171:23
250:20
**variation** 87:2
120:6 143:3
180:9
**variations**
36:19 238:24
239:10,24
240:13 277:18
278:14 279:11
**varied** 108:5
170:16
**varies** 107:16
270:18
**variety** 135:12
142:19 185:25
**various** 258:15
**vary** 109:5
171:14 239:1
277:20
**varying** 108:25
150:19
**vegas** 43:22
44:2,9

Golkow Technologies,
A Veritext Division
877-370-3377                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 358 of 362

**verbally** 10:15
**verified** 145:21
**version** 40:3
  152:6 259:6
  285:22
**versions** 35:20
  103:2 241:1
**versus** 21:11
  37:25 38:3
  91:2 116:5
  128:8 141:14
  171:24 204:2
  209:24 234:20
  245:13 252:9
  252:11 263:23
  285:14
**vertical** 155:25
**vetted** 182:3,8
  182:13
**vi** 241:24
**vicinity** 119:7
  161:6 162:17
  228:5
**vickie** 1:16 7:16
  287:4,23 288:2
**video** 7:19
**videographer**
  2:15 7:3,16 8:5
  59:11,14
  149:11,15
  207:15 222:23
  223:1 261:14
  261:17 286:8

**videotaped**
  1:11
**vii** 204:21
**vinyl** 172:15,24
**vis** 5:12
**visited** 187:18
**visualization**
  63:9
**visually** 234:20
  250:2,20
**vocs** 224:22
  225:4,17
**voicemails** 17:3
  17:23
**volatilization**
  128:16 129:5
  129:18,20
  130:6 148:5
**vs** 1:6

**w**

**w.r.** 188:12
**wait** 11:3
  132:25 215:22
**walk** 27:14
**want** 38:21
  40:4 64:24
  115:7,9 141:11
  150:9 151:21
  166:22 181:11
  181:15 201:17
  280:19
**wanted** 281:18

**wants** 39:19,24
**warrant** 117:10
  118:14
**warranted**
  163:13 211:2
**washington**
  2:11
**watch** 202:15
**watched** 42:22
  267:1
**watching**
  266:22
**water** 1:4 5:6
  5:18 7:8 8:25
  13:8 14:5,13
  14:19 21:3,5,8
  21:10,11,12
  22:22,24 28:16
  28:18 38:5
  43:8,17,24
  44:1,9,16 45:1
  46:22 49:4,8
  49:10 50:6,9
  50:11,12,14,19
  51:21 52:1,13
  52:24 68:11
  70:6 87:3,4,13
  89:8 114:2,2,2
  114:7,7 115:1
  115:2,13,15,25
  117:7 119:6
  120:5,5,6,22
  122:11 123:16
  124:14 126:1,6

  127:3,13,18,24
  127:25 128:1,7
  128:12,20,21
  129:25 130:2,4
  130:8,11,15
  131:2,10,25
  134:8,8,16
  135:7,9 138:3
  138:4,5 141:24
  142:3,17,19,21
  143:11,23,24
  143:25 144:8,9
  144:11,13,24
  145:1,2,3,14,15
  145:18,18,20
  145:24 146:13
  147:3,25,25
  148:18 150:22
  152:10 153:8
  157:2 161:5,24
  163:2 168:16
  170:7 172:8,9
  172:21 176:25
  179:1,15 180:4
  190:22,24
  191:4 192:11
  192:14 195:20
  195:25 196:20
  197:3,4,8,18,20
  198:3,4,17
  199:12 200:3,6
  201:5,17
  202:14,14
  203:22 204:7

Golkow Technologies,
A Veritext Division
877-370-3377    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 359 of 362

209:6,12,25
212:3 220:8,9
220:12 224:1
225:5,17 226:4
227:7,15 228:4
228:9,21 229:7
232:5 248:19
272:1 280:25
281:15 282:8
284:1 288:1
**water's** 52:4
**watermodeling**
119:13 146:6
161:15 227:24
**way** 63:18 66:4
74:20 102:8
119:18 154:20
160:11 182:21
214:12 243:6
253:6 267:10
**ways** 34:25
202:10 206:22
208:23 234:18
239:2 277:21
**we've** 57:5
74:11 109:24
171:16 178:9
232:2 269:1
271:4,21
**web** 172:25
187:16,22,23
187:25
**website** 186:1
187:13 199:7

213:15
**wednesday**
41:16,20
**week** 41:16
151:19
**weeks** 16:4
109:16 180:25
**weight** 46:9
**weighted** 147:6
147:17 148:3
**weights** 144:18
**weitz** 2:4
**weitzlux.com**
2:6,6
**wells** 21:13
22:9 44:6 45:2
46:22 49:4,10
50:12,17,19,22
51:23 52:13
87:4 114:13
116:24 126:3,8
126:14,22
127:15 129:3
141:14,22
142:20,21
143:22 144:11
145:4 147:23
148:19 157:4,6
179:3 180:6
185:13 186:12
188:15 189:3
189:13,23
190:21 191:20
191:25 193:20

193:21 195:14
195:16 196:20
197:9,21 199:5
199:6,6,20,21
200:7 203:22
208:6,8 209:13
209:13,16
220:9,14,18
240:7 242:14
252:22 272:6
274:8 280:4
283:8
**went** 45:6
200:6 281:13
**whereof** 287:19
**white** 219:10
**wide** 185:24
216:6
**widely** 82:21
83:19 92:24
**wider** 140:23
**widespread**
158:11
**william** 94:7
**williams** 2:18
17:11
**willing** 59:5
70:2 169:17
171:5
**willis** 46:9,14
46:24 47:6,9
48:24 50:1
**wilmington**
258:23,24

**wish** 48:14
274:13
**witness** 8:7,9
13:7,13 15:4
31:22 32:25
33:9 34:2,15
34:24 43:11
44:20 45:23
46:1,5,12
47:25 48:21
51:20 52:21
53:14,22 54:7
54:13 56:23
57:4 58:14
59:2,7,10
67:23 68:8,16
68:25 69:17
70:1,11 71:6
72:10 73:13
74:9,17 76:1,8
78:9 79:2
81:15,24 82:15
83:1,15 90:16
91:9 93:8,15
93:23 95:8
96:8 97:8,14
100:11 101:3
102:7 103:9
106:9 107:4,12
110:9,19
112:13,24
115:11 117:20
126:25 129:9
131:8,15

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-6    Filed 04/29/25    Page 360 of 362

132:19 133:5,8
134:4,20 136:9
137:7,20
138:13,18
139:2,21 140:3
141:1,11 144:3
148:8 149:5,10
150:13 158:14
159:8 163:16
164:2,23
168:24 169:17
171:10 173:14
174:17 175:15
176:10,17
182:11 183:10
189:8,18 190:3
194:2 201:14
202:8 208:20
210:24 211:14
213:4 215:1,9
215:19,24
217:3,11,20
218:7 221:9
223:11,15,22
226:16,21
230:17 231:3
231:16 232:1
232:18,25
234:2 237:1
256:13 266:4
266:11 267:8
267:18 268:1,8
269:2,8 272:18
275:8,9 281:25

283:21 285:6
286:1,5 287:9
287:19 288:3,7
**woburn** 185:7
185:15 186:1
187:8 189:1,12
189:21 191:1
193:11 195:9
196:21 200:12
**woessner** 94:8
95:3,22 98:21
98:22 99:4,8,9
**women** 225:8
**word** 184:4
188:4 205:4
221:22 224:18
224:19 270:10
**words** 10:14
107:24 154:9
281:17
**work** 19:5,24
23:4 24:4
26:14 27:11
37:21 45:20
47:9,10 56:23
61:4,20,23
87:20 88:12,24
90:19 91:2,3
91:10 115:18
176:19 181:17
182:25 192:4
209:12 219:19
281:1 282:22
285:12

**worked** 60:22
60:25 61:4
101:16 194:18
**working** 26:7
101:6
**workload**
61:21
**works** 42:1
**workshop** 20:5
**workshops**
56:23
**world** 103:11
271:3
**worse** 247:9
273:15,21
**write** 20:6
47:10
**writing** 79:4,12
84:14 177:10
**written** 28:9
67:5 93:17
**wrong** 104:17
105:10 106:6,9
117:5,12
179:20,23
226:12,18
228:24
**wrote** 44:24
61:8 163:17
187:23 238:22
239:8 276:3
277:16 278:12
279:6 280:3

**wtp** 147:3
**www.atsdr.c...**
172:25
**wyoming** 25:4

**x**

**x** 3:2,12 249:13

**y**

**y** 156:3 249:11
**yeah** 14:10
21:4 25:22
26:22 27:19,22
31:16 33:18
34:8 37:6
40:24,24 44:23
47:23 48:16
49:8 53:9
58:15 63:14
65:2 68:16
79:18 97:15
98:24 105:15
108:11 112:2
120:13 124:18
125:20 126:25
128:4 130:19
133:11,21
135:2,5,25
137:14 143:16
144:3,22
151:12 152:2
152:18,19
153:22 154:22
157:21 160:3
160:12 174:17

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-6 Filed 04/29/25 Page 361 of 362

184:19 185:5
187:23 189:18
192:10 196:16
196:19 199:4
201:15 208:1
210:24 227:2
234:16 256:13
**year** 9:14 19:23
20:2 27:6
37:11 51:2,4
104:10 137:14
225:4 259:23
260:6,15,16,21
261:4
**years** 9:14
18:11 23:21
44:12 45:6
46:2 48:7,15
57:16 58:17
60:23 79:19
139:4,9 156:15
177:12 179:17
180:12 186:17
206:7 208:10
208:16 209:17
**yep** 152:4
222:7 223:13
**yesterday**
42:22 266:15
**yielded** 112:8
112:19
**yields** 162:4,23
**york** 2:5,5

**young** 4:16
25:2 55:21
60:17,18

**z**

**zero** 220:5
257:10
**zone** 135:9,18
135:23,24
**zoom** 2:16
42:22 266:14
**zooming**
200:11
**zuckerman**
104:7

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 357-6 Filed 04/29/25 Page 362 of 362