# EXHIBIT 6

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

# Analyses of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: Historical Reconstruction and Present-Day Conditions

# Response to the Department of the Navy's Letter on: Assessment of ATSDR Water Modeling for Tarawa Terrace



Atlanta, Georgia–March 2009

CLJA_WATERMODELING_01-09_0000033263

*Front cover:* Historical reconstruction process using data, information sources, and water-modeling techniques to estimate historical exposures

*Maps:* U.S. Marine Corps Base Camp Lejeune, North Carolina; Tarawa Terrace area showing historical water-supply wells and site of ABC One-Hour Cleaners

*Photographs on left:* Ground storage tank STT-39 and four high-lift pumps used to deliver finished water from tank STT-39 to Tarawa Terrace water-distribution system

*Photograph on right:* Equipment used to measure flow and pressure at a hydrant during field test of the present-day (2004) water-distribution system

*Graph:* Reconstructed historical concentrations of tetrachloroethylene (PCE) at selected water-supply wells and in finished water at Tarawa Terrace water treatment plant

CLJA_WATERMODELING_01-09_0000033264

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons



DEPARTMENT OF HEALTH & HUMAN SERVICES                    Public Health Service

Agency for Toxic Substances
and Disease Registry
Atlanta, GA 30333

March 10, 2009

Brian P. Harrison, M.P.A., P.E.
Department of the Navy
Naval Facilities Engineering Command
1322 Patterson Avenue, SE
Suite 1000
Washington Navy Yard, D.C. 20374-5065

Dear Mr. Harrison:

I am writing this letter in response to the Department of Navy's (DON) letter dated June 19, 2008. In that letter you reiterated the DON's continued support for working with the Agency for Toxic Substances and Disease Registry (ATSDR) and brought to my attention issues of concern to the DON regarding ATSDR's current health study. This health study uses results of water-modeling analyses to reconstruct historical levels of contaminants in base housing drinking-water supplies during the health study period of 1968–1985.

I have requested ATSDR technical staff working on the current health study at Camp Lejeune to compile responses to the scientific and technical issues you describe in your letter. These responses are enclosed. As a particular response warrants, the response is supported with additional technical and scientific documentation. Technical points of contact for responses to the DON letter are listed below:

Health study/epidemiology, Dr. Frank J. Bove, (770) 488-3809, fbove@cdc.gov
Historical reconstruction/modeling, Mr. Morris L. Maslia, (770) 488-3842, mmaslia@cdc.gov.

ATSDR appreciates the DON's support and commitment to working with us on this scientifically complex and technically challenging project. One of the benefits to the public from a complex project of this type is a demonstration of how two independent Federal Government agencies can work together for the betterment of public health.

Sincerely,

Thomas Sinks

Thomas H. Sinks, Ph.D.
Deputy Director
National Center for Environmental Health/
Agency for Toxic Substances and Disease Registry

CLJA_WATERMODELING_01-09_0000033265

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

Page 2 – Mr. Brian P. Harrison

Enclosure

cc:
H. Frumkin, NCEH/ATSDR/OD
C. Aloisio, NCEH/ATSDR/OFAS
M. Campbell, NCEH/ATSDR/OFAS
J. Masone, NCEH/ATSDR/OFAS
G. David Williamson, ATSDR/DHS
Bill Cibulas, ATSDR/DHAC
Susan Moore, ATSDR/DHAC
F. J. Bove, ATSDR/DHS
P. Z. Ruckart, ATSDR/DHS
M. L. Maslia, ATSDR/DHAC
R. Mach, DON/ASN(E)
K. Brown, DON/NAVFACHQ
D. Waddill, DON/NAVFAC ATLANTIC
M. Simmons, DON/NMCPHC
C. Rennix, DON/NMCPHC
C. Sakai, USMCHQ
S. Williams, USMCHQ

CLJA_WATERMODELING_01-09_0000033266

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

## RESPONSE TO THE DEPARTMENT OF THE NAVY'S LETTER ON ASSESSMENT OF ATSDR WATER MODELING FOR TARAWA TERRACE

### INTRODUCTION

The Agency for Toxic Substances and Disease Registry (ATSDR) has used the following referencing format in responding to the Department of the Navy (DON) comments contained in their letter of June 19, 2008. A comment is identified in the DON letter by a number (e.g., 1.1, 2.1, 3.1, etc.), and the ATSDR response to that particular comment is identified with a sequential number (e.g., 1.2, 2.2, 3.2, etc.). To facilitate comparison of DON comments with ATSDR responses, DON comment identifiers (e.g., 1.1, 2.1, 3.1, etc.) have been placed in the margins of the DON letter. This "marked up" letter is provided as a reference and is identified herein as Attachment 1.

### BACKGROUND

This ATSDR response and related attachments are part of a continuing effort on the part of ATSDR to maintain a high level of communication between ATSDR and other agencies responsible for the current health study at Camp Lejeune. To reiterate those efforts, Attachment 2 presents information pertinent to previous meetings, presentations, and conversations between ATSDR and the Department of Defense (DOD), the DON, and the U.S. Marine Corps (USMC). Since ATSDR proposed using the historical reconstruction approach as part of the current health study during October 2003, ATSDR staff have kept the DOD, DON, and USMC fully informed, at the highest levels of command, regarding ATSDR's work plans, activities, progress, and results. Attachment 2 provides a complete chronology of meetings, presentations, and publications related to the historical reconstruction of contaminated drinking water at Tarawa Terrace and vicinity. Three examples, we believe, are noteworthy:

(1) On October 8, 2003, ATSDR presented its proposed modeling approach to support the current health study—historical reconstruction—during a meeting at ATSDR headquarters. Attending the meeting were representatives from the DOD, DON, and USMC (headquarters and Camp Lejeune). A copy of the meeting sign-in sheet and sample presentation slides also are provided in Attachment 2.

(2) On August 26, 2005, ATSDR health study and water-modeling staff met with Lt. General Kelly and his staff at USMC headquarters and presented initial water-modeling results indicating tetrachloroethylene (PCE) had reached Tarawa Terrace water-supply wells as early as 1960.

(3) On June 11, 2007, ATSDR health study and water-modeling staff met with Lt. General Kramlich and his staff at USMC headquarters and presented final water-modeling results. These results indicated that PCE dissolved in groundwater had reached Tarawa Terrace water-supply wells as early as November 1957. ATSDR also presented Lt. General Kramlich and his staff with printed copies of the Executive Summary report (Maslia et al. 2007a) that would be publicly released the following day (June 12, 2007).

CLJA_WATERMODELING_01-09_0000033267

## RESPONSE TO SPECIFIC COMMENTS

### 1.1 DON Comment/Statement

*During a Technical Information Meeting with the Marine Corps and Navy on March 26, 2008, the ATSDR presented their water modeling efforts in a summary report entitled "Exposure to Volatile Organic Compounds in Drinking Water and Specific Birth Defects and Childhood Cancer at U.S. Marine Corps Base Camp Lejeune, North Carolina."*

### 1.2 ATSDR Response

During the aforementioned meeting on March 26, 2008, in Atlanta, ATSDR presented water-modeling results for Tarawa Terrace and vicinity. Staff and technical representatives from ATSDR, DON, and USMC headquarters attended the meeting. ATSDR presented a summary of published results and a list of Tarawa Terrace chapter reports to be completed. Attendees were provided with a copy of the ATSDR PowerPoint® presentation that was used during the meeting.

Note that all reports of technical analyses and water-modeling results pertinent to historical reconstruction of exposure to volatile organic compounds (VOCs) at Tarawa Terrace and vicinity published to date by ATSDR have been available on the agency's Camp Lejeune Web site (*http://www.atsdr.cdc.gov/sites/lejeune/watermodeling.html*) since June 2007. For example, the Executive Summary (Maslia et al. 2007a) and Chapter A (Maslia et al. 2007b) reports were released publicly during June and July 2007, respectively. As agreed upon with USMC headquarters staff, ATSDR provided Camp Lejeune and USMC headquarters staff with advanced electronic copies (508-compliant PDF® files) of the aforementioned reports 24 hours prior to their public release.

### 2.1 DON Comment/Statement

*Monthly PCE concentrations are required for the ATSDR health study, which will examine births that occurred from 1968 (when North Carolina computerized its birth certificates) to 1985 (when the contaminated water supply wells were removed from service).*

### 2. 2 ATSDR Response

In general, ATSDR is in agreement with this statement. Specifically, however, historical and water treatment plant (WTP) operations records indicate that only the most contaminated wells were removed from continuous service during 1985. For example, water-supply wells TT-26 and TT-23 were removed from continuous service during February and May 1985, respectively. Remaining Tarawa Terrace water-supply wells continued to operate continuously and intermittently until the Tarawa Terrace WTP was permanently shut down during March 1987 (Maslia et al. 2007b, Table A6). Thus, ATSDR is not in agreement with the DON statement in parentheses that incorrectly describes the schedule for the removal of water-supply wells from service at Tarawa Terrace.

CLJA_WATERMODELING_01-09_0000033268

**3.1   DON Comment/Statement**

*Due to lack of measured concentrations, the ATSDR used groundwater flow and contaminant transport modeling in a historical reconstruction process to simulate PCE concentrations in the drinking water on a monthly basis from 1952 to 1987.*

**3.2   ATSDR Response**

To reconstruct monthly concentrations of PCE in drinking water, ATSDR used three types of models: (1) groundwater flow, (2) contaminant fate and transport, and (3) simple mixing based on the concepts of continuity and mass balance. The mixing model was necessary to account for the mixing of uncontaminated and contaminated water-supply wells contributing to the water supply at the Tarawa Terrace WTP. The mixing model provided the final "mixed" drinking-water concentrations on a monthly basis, and these are the values that are available on the ATSDR Web site and published in the Chapter A report (Maslia et al. 2007b).

**4.1   DON Comment/Statement**

*Figure 1 shows the simulated concentrations of PCE versus measured concentrations in finished water from the WTP. Significantly, measured concentrations of PCE are available only in 1982 and 1985, near the end of the overall time period. Thus, the majority of the simulated concentrations cannot be compared to measured data.*

**4.2   ATSDR Response**

ATSDR agrees that there is a lack of historical contaminant concentration data. That is why ATSDR applied the historical reconstruction process to reconstruct (or synthesize) water levels, groundwater concentrations, and drinking-water concentrations of PCE for historical periods (months) when data were not available. Note that data used to calibrate the model(s) in the historical reconstruction process can either be historical data (as was the situation for Tarawa Terrace), or present-day data obtained through a field-test program—as was the case for the water-distribution system model developed by ATSDR for the Dover Township (Toms River), New Jersey, childhood cancer cluster investigation (Maslia et al. 2000).

**5.1   DON Comment/Statement**

*Furthermore, all of the measured concentrations were used during model calibration, leaving no data available for model validation. As a result, the Tarawa Terrace model was not validated.*

**5.2   ATSDR Response**

A number of terms have been used throughout the published literature that reference the adequacy of model simulation to reliably reproduce real-world conditions based on the fidelity of the model and its intended use. Many groundwater modelers and hydrologists have abandoned the use of terms such as model verification and validation for the terms of history matching and post audits (Bredehoeft and Konikow 1993, Oreskes et al. 1994). However, ATSDR understands that the DON comment was intended to express the DON's concern that the calibrated Tarawa Terrace models were not compared to multiple independent sets of measured data (water levels

and concentrations) as part of ATSDR's model calibration process and strategy. To address this concern, definitions of terms such as "verification" and "validation" should be agreed upon, and the consequences of undertaking a useful "validation" program for Tarawa Terrace should be completely understood by ATSDR and the DON. Model verification requires that multiple sets of field data be available for model calibration. These sets of field data should be sufficiently large in quantity and distribution and of sufficient quality to provide at least two equally useful calibration data sets. Each data set also should be sufficiently separated in time so as to represent significantly different water-level and contaminant conditions within the model domain. The field data set at Tarawa Terrace used for model calibration was not of sufficient quantity and was too compressed in time to implement a verification procedure. To appropriately calibrate the Tarawa Terrace models, <u>all</u> available field data were required for a single calibration data set and effort. This is consistent with and follows ASTM D5981-96, Standard Guide for Calibrating a Ground-Water Flow Model Application (1996, Note 4), that states: *"When only one data set is available, it is inadvisable to artificially split it into separate 'calibration' and 'verification' data sets. It is usually more important to calibrate to data spanning as much of the modeled domain as possible."*

To meaningfully validate the Tarawa Terrace models (or more appropriately, to conduct a post audit), sufficient time should elapse between individual sets of field data to ensure that significant changes in field conditions have occurred compared to calibrated conditions. At Tarawa Terrace, such changes, by necessity, would require the migration of the contaminant mass to a completely new location and for contaminant concentrations to change significantly when compared to calibrated conditions. Additionally, at Tarawa Terrace, validation (a post audit) would require the collection and analyses of substantial quantities of additional field data, similar to Weston's Operational Units 1 and 2 (Roy F. Weston, Inc. 1992, 1994).

Note, once an acceptable calibration was achieved (using a four-stage calibration strategy described in Maslia et al. [2007a], Faye and Valenzuela [2007], and Faye [2008]), the calibrated models were used to reconstruct historical monthly PCE and PCE degradation by-product concentrations in groundwater and drinking water (Jang and Aral 2008). This is standard practice in the modeling community—using a calibrated model to "predict" (in ATSDR's situation, "reconstruct") results for a period of time when data are not available or cannot be obtained. An example using this same approach is the application of fate and transport modeling to chlorinated organic compounds at Operable Unit 1, U.S. Naval Air Station, Jacksonville, Florida (NASJF), conducted by Davis (2007, Figures 28–31). At this site, the earliest water-quality data that are available were collected during 1992, but the fate and transport model simulations reconstruct concentrations as far back as 1945.

## 6.1    DON Comment/Statement

*For PCE detections, the ATSDR chose the calibration standard to be "±1/2-order of magnitude of the observed valued," such that the higher value in the calibration target range is 10 times greater than the lower value .... In other words, a model-derived PCE concentration can be approximately 3 times higher or 3 times lower than the measured concentration and still fall within the calibration range.*

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

## 6.2    ATSDR Response

ATSDR generally is in agreement with this statement. For model calibration, ATSDR established, *a priori*, calibration "targets" that were based on the reported accuracy of the <u>available</u> water-level and water-quality measurements. This is in keeping with, and following, the ASTM Standard Guide for Calibrating a Ground-Water Flow Model Application (ASTM 1996). Note, however, that published or accepted groundwater-flow or contaminant fate and transport model calibration standards are currently <u>not established</u>. The lack of model calibration standards is further emphasized by Anderson and Woessner (1992) who state: *"To date, there is no standard protocol for evaluating the calibration process, although the need for a standard methodology is recognized as an important part of the quality assurance in code application (National Research Council 1990)."* In thoroughly reviewing the published literature for contaminant fate and transport model applications, ATSDR did not find any examples wherein calibration targets were established *a priori* and then were followed by a comparison of model simulation results to the calibration targets, as was done in the ATSDR analyses (Maslia et al. 2007b, Faye 2008). For example, at another DON site—the NASJF—contaminant fate and transport simulations of selected chlorinated organic solvents were accepted by the DON, but the simulations did not include <u>any</u> *a priori* contaminant fate and transport calibration targets (Davis 2003, 2007).

## 7.1    DON Comment/Statement

*However, all comparisons did not fall within the calibration range. At the WTP, 12% of the simulated PCE concentrations failed the calibration standard .... at the water supply wells, a majority (53%) of the simulated concentrations fell outside the calibration standard....*

## 7.2    ATSDR Response

ATSDR will address three issues pertinent to the aforementioned DON statement:

(1) ATSDR acknowledges that several simulated head and concentration data fall outside of the range of the ATSDR established calibration targets. As discussed above, ATSDR used <u>available</u> data provided by the U.S. Environmental Protection Agency (USEPA), U.S. Geological Survey (USGS), USMC, and DON, and based on these data, established calibration targets *a priori*, as prescribed in ASTM D5981-96 (1996, Section 6). Furthermore, ATSDR clearly identified and conveyed to the reader (and the public) those data that met and did not meet calibration targets by providing illustrations comparing observed (measured) data, nondetect data, and simulated results with calibration targets for water-supply wells and the Tarawa Terrace WTP. These illustrations are designated as Figures A11 for water-supply wells and A12 for the WTP of the Chapter A report and are located on pages A30 and A31, respectively (Maslia et al. 2007b).

(2) Note, as well, that ATSDR did not discard <u>any</u> nondetect data, as is done in many environmental analyses (Helsel 2005). Rather, ATSDR clearly identified the nondetect data on the aforementioned illustrations so the reader could judge for themselves the usefulness of these data and their relation to the calibration targets. This is very much in keeping with the approach stated by Helsel (2005): *"Deleting nondetects, concentrations below a measured threshold, obscures the information in graphs and numerical summaries."*

CLJA_WATERMODELING_01-09_0000033271

(3) ATSDR maintains that the models (flow, transport, and mixing) are sufficiently calibrated, given the quantity and accuracy of data provided and the intended use of the simulated historically reconstructed concentrations. Although the DON is correct in pointing out that some simulated results did not meet the calibration target, ATSDR believes that the DON should assess these results in terms of: (1) similar peer-reviewed reports, (2) currently established model calibration practices, and (3) the intended use of the modeling results by the epidemiological study. That is, are the ATSDR analyses within the accepted norm of current-day modeling practices, are the ATSDR analyses an exception to this norm, and will there be sufficient reliability for an epidemiological study?

To possibly answer the first two questions, ATSDR looks forward to discussing with the DON the results of other modeling studies of contaminant fate and transport similar to the ATSDR study at Tarawa Terrace and comparing the results of other studies to the calibration targets used by ATSDR at Tarawa Terrace. For example, the results of the ATSDR fate and transport simulations at Tarawa Terrace were compared to results of a similar study of the fate and transport modeling of chlorinated solvents at the NASJF, reported by Davis (2003). The report by Davis (2003) was peer reviewed and published by the USGS, and the published results were subsequently deemed totally acceptable to the DON. No calibration targets for contaminant concentrations were established during the NASJF study. Therefore, to directly compare Tarawa Terrace and NASJF simulation results, the ATSDR calibration targets of ±1/2-order of magnitude were applied to data and simulation results reported in Davis (2003, Figure 34). Attachment 3 shows this comparison along with similar results reported by Maslia et al. (2007b, Tables A9 and A10). The percentage of NASJF simulation results that fell within the calibration target range (passed the calibration target test) is 56% compared with 59% for the ATSDR study (44% of the NASJF results failed the calibration test compared with a failure rate of 41% for ATSDR results). Furthermore, the root-mean-square of concentration difference for the NASJF analysis is 329 µg/L compared with 337 µg/L for the ATSDR analysis. (Data used to conduct these comparisons also are included in Attachment 3.) Thus, one can conclude that the ATSDR analysis is comparable to and of the same order of accuracy and quality as the NASJF analysis that was accepted by the DON.

To address the issue of the intended use of the water-modeling results by the current ATSDR epidemiological study, the DON should be advised that a successful epidemiological study places little emphasis on the actual (absolute) estimate of concentration and, rather, emphasizes the <u>relative</u> level of exposure. That is, exposed individuals are, in effect, ranked by exposure level and maintain their rank order of exposure level regardless of how far off the estimated concentration is to the "true" (measured) PCE concentration. This rank order of exposure level is preserved regardless of whether the mean or the upper or lower 95% of simulated levels are used to estimate the monthly average contaminant levels. It is **not** the goal of the ATSDR health study to infer which health effects occur at specific PCE concentrations—this is a task

CLJA_WATERMODELING_01-09_0000033272

for risk assessment utilizing approaches such as meta-analysis to summarize evidence
from several epidemiological studies because a single epidemiological study is generally
insufficient to make this determination. The goal of the ATSDR epidemiological
analysis is to evaluate exposure-response relationships to determine whether the risk
for a specific disease increases as the level of the contaminant (either as a categorical
variable or continuous variable) increases.

## 8.1   DON Comment/Statement

*It seems reasonable to conclude that the accuracy of the historically reconstructed PCE
concentrations would be less than the calibration standard of ±1/2-order of magnitude.
Thus, the historical reconstructions may be viewed as rough estimates of actual exposure
concentrations, with model-derived PCE concentrations representing a relatively wide range of
possible exposures. It is essential that this concept be expressed clearly and consistently to all
stakeholders.*

## 8.2   ATSDR Response

ATSDR is in disagreement with DON's assessment and interpretation as expressed in the first
two sentences above. As previously discussed, there are no established calibration targets or
standards that are universally accepted or used by the contaminant fate and transport modeling
community. With respect to the Tarawa Terrace models, the failure of a percentage of data to
conform to a designated calibration target is more a commentary on the accuracy and variability
of field data used for model calibration than the model's ability to accurately simulate true
field conditions.  These issues are thoroughly discussed in the "Discussion" sections of the
Tarawa Terrace Chapter C and F reports (Faye and Valenzuela 2007, Faye 2008)  For example,
note on Attachment 3 of this letter the radical changes in PCE concentration at well TT-26
during the approximately 1-month period between January 16 and February 19, 1985.  Of the
four comparisons of measured PCE concentrations with simulated PCE concentrations, three
comparisons failed the calibration target test of ±1/2-order of magnitude while the field data
varied by as much as 2.5 orders of magnitude. The two analyses recorded for February 19, 1985,
are duplicative but were nonetheless counted as two failures with respect to computing a
percentage of comparisons that failed the calibration target test. Furthermore, ATSDR is not
aware of any other published report that establishes, *a priori*, contaminant fate and transport
calibration targets. ATSDR based its calibration target of ±1/2-order of magnitude on the
assumption that very restrictive or "tight" control on model calibration was desired. With 59% of
the water-supply well and water treatment plant paired data points meeting these targets, ATSDR
believes it met its model calibration goals.

ATSDR is in disagreement with the DON statement that the historical reconstruction results of
PCE concentrations are "*rough estimates*" and represent a "*relatively wide range of possible
exposures.*" Results presented in the Chapter A report (Maslia et al. 2007b) demonstrate just
the opposite. ATSDR meticulously followed accepted modeling standards (ASTM 1996, Hill
and Tiedeman 2007) for both deterministic (single-valued input and output) and probabilistic
(distributed-value input and output) modeling analyses. Results obtained are accurate on
a monthly basis within the variability bands indicated, given the quality and quantity of

available data, and the uncertainty and variability of input data, pumping and water treatment plant operations, and quantity of mass released. The monthly resolutions of simulated PCE concentrations are sufficiently refined for the intended use of the epidemiological case-control study. Furthermore, as shown in Figures A25 and A26 (Maslia et al. 2007b), ATSDR clearly described and communicated that reconstructed (simulated) PCE concentrations for a specified month do have a range of values. A tabular listing of these values is provided in the Chapter I report (Maslia et al. 2009) and will be made available to the public on the ATSDR Web site. These tabular values also are provided herein as Attachment 4. A review of Attachment 4 indicates that during the period of interest to the epidemiological study (1968–1985), when water-supply well TT-26 was pumping, the range of 95% of the Monte Carlo simulated PCE concentration values differ by a factor of about 2 when pumping uncertainty is not considered (e.g., for January 1968, $P_{97.5}$ = 76.43 µg/L and $P_{2.5}$ = 38.91 µg/L). PCE concentration values differ by a factor of about 2.5 when pumping uncertainty is considered (e.g., for January 1968, $P_{97.5}$ = 98.22 µg/L and $P_{2.5}$ = 40.60 µg/L). These ranges are, in fact, very <u>narrow</u> and provide both quantitative and qualitative indications of the precision of the ATSDR historically reconstructed PCE concentrations in drinking water.

ATSDR is in agreement with the DON statement that "*It is essential that this concept be expressed clearly and consistently to all stakeholders.*" Upon the release of the Chapter I report (Maslia et al. 2009), ATSDR intends to revise the Camp Lejeune water-modeling Web site to include a listing of ranges of PCE concentrations for a given month and year of interest. When a person queries the ATSDR Web site, they will be provided with a mean exposure concentration and the 95% Monte Carlo simulated range of values.

## 9.1   DON Comment/Statement

*For example, the public needs to understand that the model-derived PCE concentrations represent a range of possible exposures . . . . The usefulness of the website would be enhanced if it accurately conveyed the degree of uncertainty in the model-derived concentrations.*

## 9.2   ATSDR Response

ATSDR is in agreement with this DON statement. As stated above, ATSDR has revised the Camp Lejeune water-modeling Web site to include a listing of ranges of PCE concentrations for a given month and year of interest. When a person links to the ATSDR Web site, they will be provided with a mean exposure concentration and the 95% Monte Carlo simulated range of values.

## 10.1  DON Comment/Statement

*Other concerns with model calibration include the simulation of contaminant mass loading
and groundwater flow. With Dense, Non-Aqueous Phase Liquids (DNAPLs) such as PCE, mass
estimation is always quite difficult and subject to very high uncertainty due to irregular movement
and distribution of DNAPL in the subsurface.*

## 10.2  ATSDR Response

In principle, ATSDR is in agreement with the DON statement that DNAPL movement and
distribution makes it difficult to estimate contaminant mass.  However, water-quality data obtained
from the USEPA for the unsaturated zone in the vicinity of ABC One-Hour Cleaners and in the
Upper Castle Hayne aquifer at Tarawa Terrace (Roy F. Weston, Inc. 1992, 1994; Faye and Green
2007) indicated that measured PCE concentrations in water-quality samples were <u>significantly</u>
<u>below</u> the solubility limit of PCE in water. Typical solubility limits for PCE in water reported in the
scientific literature range from 150–210 mg/L (Schwille 1988, Pankow and Cherry 1996, ATSDR
1997, Lawrence 2007). Reported concentrations of PCE in all water-quality samples made available
to ATSDR were less than 20% of the solubility limit and most concentrations were in the range of
less than 1% to 5% of the solubility limit (Faye and Green 2007). Thus, with PCE concentrations
well below their solubility limit, the movement of PCE-contaminated groundwater would not be
subjected to the complexities and difficulties encountered with estimating mass of density-driven
flows. This concept is further borne out by Schwille (1988) who states, in referring to chlorinated
hydrocarbons (CHCs): "*In most cases, the concentrations near all CHC spill sites are very low—
usually far below the saturation values. This indicates that it may be assumed that density-affected
flow will be the exception in real-world situations.*"

In addition, mass computations similar to those described in Pankow and Cherry (1996) were
accomplished for the saturated and unsaturated zones in the vicinity of ABC One-Hour Cleaners,
using hydrocone and well data made available to ATSDR by USEPA and USMC (Roy F. Weston,
Inc. 1992, 1994; Faye and Green 2007). These mass computations provided a <u>lower-limit estimate</u>
for dissolved PCE mass in groundwater needed for simulating the contaminant fate and transport
of PCE at Tarawa Terrace. Furthermore, the calibration of the Tarawa Terrace fate and transport
model is additionally corroborated by comparing the computed mass residing in the saturated zone
from December 1991 to April 1992 ($1.5 \times 10^6$ grams) to the simulated mass residing in the saturated
zone during February 1992 ($1.0 \times 10^6$ grams) (Faye 2008). The mass computation method described
in Pankow and Cherry (1996) and similar to that used by Faye and Green (2007) has been further
refined. As explained in Ricker (2008): "*this method is applicable to any contaminant dissolved in
ground water.*" A copy of the paper by Ricker (2008) is provided as Attachment 5.

## 11.1  DON Comment/Statement

*For Tarawa Terrace groundwater, the difference between observed and simulated elevations is 5 to
10 feet at many times during the 1970's and 1980's. This is a significant disparity because the total
change in groundwater elevation from the source area to the receptor wells is approximately 10 to
12 feet.*

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

## 11.2  ATSDR Response

This DON approach to evaluating model calibration applies a generalized "rule of thumb" to the Tarawa Terrace groundwater-flow models and is possibly based on wording found in ASTM Guide D5981-96, Standard Guide for Calibrating a Ground-Water Flow Model Application, (ASTM 1996, section 6.4.1): *"the acceptable residual should be a small fraction of the difference between the highest and lowest heads across the site."*  ATSDR is not in agreement with this approach to evaluate model calibration.  A careful review of ASTM D5981-96 in its entirety indicates that the DON's comment, as stated, is totally removed from the context of Section 6 of the ASTM Standard Guide as well as the context of the accuracy of field data used to calibrate the Tarawa Terrace groundwater-flow model, as described in the Chapter C report (Faye and Valenzuela 2007). For example, in Section 6.4, ASTM D5981-96 states: *"the magnitude of the acceptable residual depends partly upon the magnitude of the error of the measurement or the estimate of the calibration target and partly upon the degree of accuracy and precision required of the model's prediction."* Furthermore, Note 2 of ASTM D5981-96 states: "*Acceptable residuals may differ for different hydraulic head calibration targets within a particular model. This may be due to different errors in measurement.*" The Tarawa Terrace Chapter C report (Faye and Valenzuela 2007, p. C24) provides a comprehensive discussion of water-level measurement errors arising from the use of airlines and pressure gages to measure water levels. Faye and Valenzuela also point out that this is consistent with the discussions of LeGrand (1959) who described problems associated with the use of airlines to measure water levels at Camp Lejeune as far back as 1959. As pointed out in Faye and Valenzuela (2007, p. C24): *"Typically, reported water levels* [at supply wells] *vary in excess of 20 ft during the period of measurement, and frequently 10 ft or more from month to month…. Such variability also may indicate leaking or damaged airlines or pressure gages."*

Faye and Valenzuela (2007, p. C24) also provide detailed discussions as to the rationale for selecting two calibration target ranges for the transient groundwater-flow model. At wells where water-level measurements were obtained using airlines and pressure gages, the calibration target was selected as an absolute difference of 12 ft between simulated and measured water levels. This target was based on well-known disadvantages of using pressure gages and airlines to obtain accurate water-level measurements.  Where water-level measurements were obtained using the more highly accurate tapes and similar devices at monitor wells, the calibration target was selected as an absolute difference of 3 ft between simulated and measured water levels.  This target was based on the least accurate of these water-level measurements where topographic maps were used to estimate the altitude of a measuring point.

Evaluating model calibration using the "rule of thumb," as the DON has suggested, also assumes that no other information is available to determine calibration targets. When information is available, such as direct knowledge of methods of water-level measurements and information characterizing the measurement device(s), the calibration targets should be based on these data, not on a "rule of thumb." Faye and Valenzuela (2007) provide detailed listings of measured water levels in supply and monitor wells throughout Tarawa Terrace (Appendix C5).

The calibration of the Tarawa Terrace groundwater-flow and contaminant fate and transport models and the computation of related calibration metrics are described in great detail in published ATSDR reports (Faye and Valenzuela 2007, Maslia et al. 2007b, Faye 2008). The

CLJA_WATERMODELING_01-09_0000033276

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

calibration approach used by ATSDR closely follows published guidelines for model calibration (National Research Council 1990;Anderson and Woessner 1992; ASTM 2004, 2006, 2008). Nowhere in these publications could we find any reference to the "rule of thumb" for model calibration found in ASTM (1996) and subsequently promoted by the DON. The use of hydraulic head change over a model domain to define an acceptable residual for groundwater model calibration is not found or discussed in any of the aforementioned references. Anderson and Woessner (1992) and ASTM D5940-93 (2008) provide several metrics for evaluating the calibration process and comparing groundwater-flow model simulation to site-specific information. Among these metrics are the use of a scatter diagram and the computation of the mean error, the mean absolute error, the root-mean-square (*RMS*) of error, and standard deviation of error.[1] In conformance with these metrics, the calibration of the ATSDR groundwater-flow models was evaluated using scatter diagrams (Figures C9 and C20 in Faye and Valenzuela [2007] and Figure A10 in Maslia et al. [2007b]) and by computing the mean absolute error of the differences between simulated and observed head at all known observation and water-supply wells within the model domain as well as the *RMS* and standard deviation of these differences (Table C10 in Faye and Valenzuela [2007] and Table A8 in Maslia et al. [2007b]). Attachment 6 to this letter, the scatter diagram from Maslia et al. (2007b), and Attachment 7, Table A8 from Maslia et al. 2007b, describe the computation of the absolute error (head difference) and related *RMS* and standard deviation. The calibration of the ATSDR Tarawa Terrace groundwater-flow and contaminant fate and transport models was based on available water-level and water-quality data to determine calibration targets and closely adheres to accepted model calibration standards and evaluation procedures, such as those described in the aforementioned publications.


## 12.1  DON Comment/Statement

*In addition, model results suggest that the simulated PCE concentrations at the WTP depend significantly on the pumping rates at the various water supply wells. The degree to which simulated well operations match actual operations is a concern. The Navy/Marine Corps would welcome the opportunity for further technical discussion with ATSDR on these issues.*

## 12.2  ATSDR Response

ATSDR is in agreement with the DON that PCE concentrations at the WTP are dependent on the pumping rates assigned to water-supply wells. This dependency is based on the principles of continuity and conservation of mass. The PCE concentration in finished water at the WTP is a function of individual water-supply well pumping rates and their simulated PCE concentrations for a given historical month (stress period)—also referred to as a flow-weighted average PCE concentration (Faye 2008). ATSDR shares the DON's concern that simulated operations may not match historical operations.  Thus, when monthly pumpage data were available, ATSDR used these data in the transient groundwater-flow model (for example, Table C8 in Faye and Valenzuela [2007] and Table I16 in Maslia et al. [2009]). To address issues of missing pumping operational data and the effect of uncertain pumping rates on simulated PCE concentrations, ATSDR conducted additional and complex analyses that described in detail: (1) issues of pumping schedule variation on the arrival of PCE at water-supply wells and the WTP (Wang and Aral 2008) and (2) assessment of uncertain

---

[1]The term "error" as used in Anderson and Woessner (1992) and some other references is defined in the ATSDR analyses as "head difference" and refers to the difference between measured and simulated potentiometric heads or water levels.

CLJA_WATERMODELING_01-09_0000033277

pumping rates by conducting a probabilistic analysis wherein pumping rate was defined as an uncertain model parameter (Maslia et al. 2009, Figure I25).

### 13.1 DON Comment/Statement

*. . . certain combinations of input parameters resulted in wells drying out, so only 510 physically viable realizations were produced. Thus, 330 out of 840 realizations were not viable, raising concerns about the representativeness of the input parameter distributions.*

### 13.2 ATSDR Response

The issue that should be addressed is not how many realizations produced physically plausible solutions, but rather, are the 510 realizations that were successfully produced sufficient to represent an infinite number of random solutions? The metric that determines whether or not this question is answered in the affirmative is the relative change in stopping criteria between successive model simulations. If this relative change is small within a predetermined range, then additional simulations are redundant and do not statistically contribute to an improvement of the representativeness of the overall results with respect to the statistical distributions. The Chapter I report (Maslia et al. 2009) describes in detail the criteria used to determine when a sufficient number of realizations have been achieved. Three stopping criteria were used to halt the Monte Carlo simulation: (1) relative change in the arithmetic mean of PCE concentration in finished water at the Tarawa Terrace WTP, $\Delta \overline{C}$ ; (2) relative change in the standard deviation of PCE concentration in finished water at the Tarawa Terrace WTP, $\Delta \sigma_C$ ; and (3) relative change in the coefficient of variation of PCE concentration in finished water at the Tarawa Terrace WTP, $\Delta C_v$. Mathematical formulae and definitions of the aforementioned stopping criteria metrics are listed in Table I13 of the Chapter I report (Maslia et al. 2009). In applying the stopping criteria to the Monte Carlo simulations, an upper and lower bound of $\pm 0.25\%$ was used for each metric. When the computed relative change ( $\Delta \overline{C}$ , $\Delta \sigma_C$ , and $\Delta C_v$ ) was within the aforementioned bounds and the total number of realizations was 500 or more, the Monte Carlo simulation process was halted. Examples of the stopping criteria for each metric are shown graphically in Attachment 8 (Maslia et al. 2009, Figure I26). As can be seen from the stopping criteria, insignificant change (much less than 2.5%) occurs after 300 realizations. Therefore, 510 realizations were more than sufficient to represent an infinite number of random solutions.

### 14.1 DON Comment/Statement

*Although a summary of the probabilistic analysis is presented in Chapter A of the ATSDR modeling report, the details will be in Chapter I, which is not yet available. The Navy/Marine Corps feels that additional information on this matter would likely help our understanding.*

### 14.2 ATSDR Response

An electronic version (508-compliant PDF®) of the Chapter I report (Maslia et al. 2009) was provided to the DON and USMC on February 13, 2009, and is now available on the ATSDR Web site. Printed copies of the report are expected to be available around March 20, 2009. The Chapter I report describes in detail the Monte Carlo simulation process and how this process

CLJA_WATERMODELING_01-09_0000033278

was incorporated into Tarawa Terrace groundwater-flow and contaminant fate and transport models. Additionally, details pertaining to generating uncertain parameter distributions using Monte Carlo and sequential Gaussian simulation are discussed. Note, however, results presented in the Chapter I report do not change or alter results and interpretations presented in the Chapter A report.

## 15.1 DON Comment/Statement

*The usefulness and applicability of the model-derived PCE concentrations for Tarawa Terrace are affected by the following ….*

## 15.2 ATSDR Response

ATSDR has responded in detail to the items numbered in the Summary Section of the DON letter of June 19, 2008. To summarize, ATSDR used data and information that were provided by the USEPA and the USMC. In addition, other data sources from the USGS also were used. This formed the basis for the conceptual models of groundwater flow and contaminant fate and transport applied to the Tarawa Terrace area.

Calibration targets were selected based on the quality and availability of water-level and water-quality data provided to ATSDR. Model analyses and calibrations were conducted by following accepted and published standards for groundwater-flow and contaminant fate and transport models (ASTM 1996, 2004, 2006). It must be emphasized, however, that model calibration standards or targets for groundwater-flow and contaminant fate and transport modeling analyses do not exist, as stated in Anderson and Woessner (1992): *"To date, there is no standard protocol for evaluating the calibration process, although the need for a standard methodology is recognized as an important part of the quality assurance in code application (National Research Council 1990)."* Thus, ATSDR maintains that the models (flow, transport, and mixing) are sufficiently calibrated, given the quantity and accuracy of data provided and the intended use of the simulated historically reconstructed concentrations for the epidemiological study, previously discussed above in the last paragraph of section 7.2.

The concept behind the historical reconstruction process is as follows: (1) when data are limited or unavailable for a certain time period, the data that are available are used to calibrate a model (or models), and (2) the missing data are "reconstructed" or "synthesized" using the calibrated model(s).

## 16.1 DON Comment/Statement

*Groundwater modeling studies are always subject to a high degree of uncertainty, and in this sense, the Tarawa Terrace water model is no exception …. Any use of reconstructed concentrations must take into account the inherent uncertainty in the model results.*

CLJA_WATERMODELING_01-09_0000033279

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

## 16.2 ATSDR Response

ATSDR is not in agreement with the DON that there is a *"high degree of uncertainty"* associated with the Tarawa Terrace models. ATSDR acknowledges that uncertainty and variability exist in model input parameter values and in model output (simulated water levels and PCE concentrations). However, ATSDR has quantified the uncertainty and variability through the use of probabilistic analyses that apply Monte Carlo and sequential Gaussian simulation methods to the Tarawa Terrace groundwater-flow and contaminant fate and transport models. The probabilistic analyses, summarized in Chapter A and described in detail in Chapter I, indicate that for 95% of the Monte Carlo simulations, there is a PCE-concentration range of about 2 when pumping is not an uncertain input parameter and a factor of about 2.5 when pumping is an uncertain parameter. This is well within acceptable confidence limits for the intended use of the reconstructed PCE concentrations needed by the epidemiological case-control study. As previously discussed in section 7.2 of ATSDR's response, the ATSDR health study is not trying to infer at what <u>specific</u> PCE concentration effects are seen. Instead, the epidemiological analysis is trying to evaluate an exposure-response relationship in which the exposures are categorized levels, <u>not</u> absolute values.


## 17.1 DON Comment/Statement

*Recommendations*
*1. Improve communication …, 2. Convene an expert panel …, 3. Finalize remaining sections…, 4. Apply all lessons learned from the Tarawa Terrace modeling efforts to the scoping of the approach for Hadnot Point.*


## 17.2 ATSDR Response

1. ATSDR water-modeling and health study staff will be meeting with the ATSDR Office of Communications to develop effective methods to communicate results of the historical reconstruction analyses and the uncertainty associated with reconstructed concentrations. ATSDR has removed the Web application that provides a "single" value estimate of historical PCE concentration in Tarawa Terrace drinking water. This Web application has been replaced with Figure I29 and Appendix I5 (Maslia et al. 2009).

2. ATSDR is in the process of organizing an Expert Panel for the Hadnot Point and Holcomb Boulevard areas. The panel is scheduled to meet on April 29 and 30 at ATSDR headquarters. Initial information packets have been mailed to the 13 panel members and panel chair, and a courtesy packet has also been provided to USMC headquarters staff.

3. Chapter I is complete and was released to the DON and USMC on February 13, 2009. Printed copies should be available after March 20. Chapters J (water-distribution modeling) and K (Supplemental Information) are anticipated to be final during June 2009.

4. ATSDR agrees and is in the process of applying lessons learned from the Tarawa Terrace analyses as work progresses on the Hadnot Point and Holcomb Boulevard areas.

CLJA_WATERMODELING_01-09_0000033280

## CONCLUSIONS

ATSDR appreciates the DON's continued support for the agency's current health study and completion of water-modeling activities. The issues of concern and recommendations contained in the DON's assessment of water-modeling analyses at Tarawa Terrace and vicinity have been carefully considered and fully addressed in ATSDR's responses. The online release of Tarawa Terrace Chapter I report (Maslia et al. 2009) on February 13, 2009, provides additional confidence that the historically reconstructed PCE concentrations determined by Faye (2008) are reasonable, conform well to field observations, and are reliable for their intended use in the epidemiological study.

## REFERENCES

Agency for Toxic Substances and Disease Registry. Toxicological Profile for Tetrachloroethylene. Atlanta, GA: U.S. Department of Health and Human Services; 1997.

Anderson MP, and Woessner WW. Applied Groundwater Modeling: Simulation of Flow and Advective Transport. Academic Press, Inc.; 1992.

ASTM. Standard Guide for Calibrating a Ground-Water Flow Model Application. D5981–96 (Reapproved 2002). West Conshohocken, PA: ASTM International; 1996.

ASTM. Standard Guide for Application of a Ground-Water Flow Model to a Site-Specific Problem. D55447–04. West Conshohocken, PA: ASTM International; 2004.

ASTM. Standard Guide for Subsurface Flow and Transport Modeling. D5880–95 (Reapproved 2006). West Conshohocken, PA: ASTM International; 2006.

ASTM. Standard Guide for Comparing Ground-Water Flow Model Simulations to Site-Specific Information. D5940-93. West Conshohocken, PA: ASTM International; 2008.

Bredehoeft JD, and Konikow LF. Ground-Water Models: Validate or Invalidate. Ground Water. 1993; 31(2):178–179.

Davis JH. Fate and Transport Modeling of Selected Chlorinated Organic Compounds at Hangar 1000, U.S. Naval Air Station, Jacksonville, Florida. Tallahassee, FL: U.S. Geological Survey Water-Resources Investigations Report 03-4089; 2003.

Davis JH. Fate and Transport Modeling of Selected Chlorinated Organic Compounds at Operable Unit 1, U.S. Naval Air Station, Jacksonville, Florida. Tallahassee, FL: U.S. Geological Survey Scientific Investigations Report 2007-5043; 2007.

CLJA_WATERMODELING_01-09_0000033281

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

Faye RE. Analyses of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: Historical Reconstruction and Present-Day Conditions—Chapter F: Simulation of the Fate and Transport of Tetrachloroethylene (PCE). Atlanta, GA: Agency for Toxic Substances and Disease Registry; 2008.

Faye RE, and Green JW Jr. Analyses of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: Historical Reconstruction and Present-Day Conditions—Chapter E: Occurrence of Contaminants in Groundwater. Atlanta, GA: Agency for Toxic Substances and Disease Registry; 2007.

Faye RE, and Valenzuela C. Analyses of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: Historical Reconstruction and Present-Day Conditions—Chapter C: Simulation of Groundwater Flow. Atlanta, GA: Agency for Toxic Substances and Disease Registry; 2007.

Helsel DR. Nondetects and Data Analysis: Statistics for Censored Environmental Data. Hoboken, NJ: John Wiley & Sons; 2005.

Hill MC, and Tiedeman CR. Effective Groundwater Model Calibration. Hoboken, NJ: John Wiley & Sons; 2007.

Jang W, and Aral MM. Analyses of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: Historical Reconstruction and Present-Day Conditions—Chapter G: Simulation of Three-Dimensional Multispecies, Multiphase Mass Transport of Tetrachloroethylene (PCE) and Associated Degradation By-Products. Atlanta, GA: Agency for Toxic Substances and Disease Registry; 2008.

Lawrence SJ. Analyses of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: Historical Reconstruction and Present-Day Conditions—Chapter D: Properties of Degradation Pathways of Common Organic Compounds in Groundwater. Atlanta, GA: Agency for Toxic Substances and Disease Registry; 2007.

LeGrand HE. Evaluation of Well-Water Supply, Marine Corps Base, Camp Lejeune, North Carolina: Project Report, Contract NBy-7595; 1959.

Maslia ML. Expert Peer Review Panel Evaluating ATSDR's Water-Modeling Activities in Support of the Current Study of Childhood Birth Defects and Cancer at the U.S. Marine Corps Base Camp Lejeune, North Carolina: Atlanta, GA: Agency for Toxic Substances and Disease Registry; 2005.

CLJA_WATERMODELING_01-09_0000033282

Maslia ML, Sautner JB, Aral MM, Reyes JJ, Abraham JE, and Williams RC. Using Water-Distribution System Modeling to Assist Epidemiologic Investigations. Journal of Water Resources Planning and Management. 2000; 126(4):180-198.

Maslia ML, Sautner JB, Faye RE, Suárez-Soto RJ, Aral MM, Grayman WM, Jang W, Wang J, Bove FJ, Ruckart PZ, Valenzuela C, Green JW Jr, and Krueger AL. Analyses of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: Historical Reconstruction and Present-Day Conditions—Executive Summary. Atlanta, GA: Agency for Toxic Substances and Disease Registry; 2007a.

Maslia ML, Sautner JB, Faye RE, Suárez-Soto RJ, Aral MM, Grayman WM, Jang W, Wang J, Bove FJ, Ruckart PZ, Valenzuela C, Green JW Jr, and Krueger AL. Analyses of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: Historical Reconstruction and Present-Day Conditions—Chapter A: Summary of Findings. Atlanta, GA: Agency for Toxic Substances and Disease Registry; 2007b.

Maslia ML, Suárez-Soto RJ, Wang J, Aral MM, Faye RE, Sautner JB, Valenzuela C, and Grayman WM. Analyses of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: Historical Reconstruction and Present-Day Conditions—Chapter I: Parameter Sensitivity, Uncertainty, and Variability Associated with Model Simulations of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water. Atlanta, GA: Agency for Toxic Substances and Disease Registry; 2009.

National Research Council. Ground Water Models: Scientific and Regulatory Applications. Washington, DC: National Academy of Sciences; 1990.

Oreskes N, Shrader-Frechette K, and Belitz K. Verification, Validation, and Confirmation of Numerical Models in the Earth Sciences. Science. 1994; 263:641–646.

Pankow JF, and Cherry JA. Dense Chlorinated Solvents and Other DNAPLs in Groundwater: History, Behavior, and Remediation. Portland, OR: Waterloo Press; 1996.

Ricker JA. A Practical Method to Evaluate Ground Water Contaminant Plume Stability. Ground Water Monitoring & Remediation. 2008; 28(4):85–94.

Roy F. Weston, Inc. Remedial Investigation Report, ABC One-Hour Cleaners, Jacksonville, North Carolina: Roy F. Weston, Inc.; 1992.

Roy F. Weston, Inc. Remedial Investigation Report, ABC One-Hour Cleaners, Operable Unit 2, Jacksonville, North Carolina: Roy F. Weston, Inc.; 1994.

CLJA_WATERMODELING_01-09_0000033283

Schwille F. Dense Chlorinated Solvents in Porous and Fractured Media. Translated by Pankow, JF. Boca Raton: Lewis Publishers (CRC Press); 1988.

Wang J, and Aral MM. Analyses of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: Historical Reconstruction and Present-Day Conditions—Chapter H: Effect of Groundwater Pumping Schedule Variation on Arrival of Tetrachloroethylene (PCE) at Water-Supply Wells and the Water Treatment Plant. Atlanta, GA: Agency for Toxic Substances and Disease Registry; 2008.

CLJA_WATERMODELING_01-09_0000033284

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

RESPONSE TO THE DEPARTMENT OF THE NAVY'S LETTER ON ASSESSMENT OF ATSDR WATER MODELING FOR TARAWA TERRACE

ATTACHMENT 1: DEPARTMENT OF NAVY COMMENTS, JUNE 19, 2008

CLJA_WATERMODELING_01-09_0000033285

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

# Assessment of
# ATSDR Water Modeling for Tarawa Terrace

The purpose of this assessment is (1) to document the Navy/Marine Corps' current understanding of the ATSDR water modeling for Tarawa Terrace and (2) to serve as a basis for additional technical discussions between the Navy/Marine Corps and ATSDR.

## Background

1.1 During a Technical Information Meeting with the Marine Corps and Navy on March 26, 2008, the ATSDR presented their water modeling efforts in a summary report entitled "Exposure to Volatile Organic Compounds in Drinking Water and Specific Birth Defects and Childhood Cancer at U.S. Marine Corps Base Camp Lejeune, North Carolina," (March 26, 2008). The report indicates that the following specific information is needed in order to conduct a health study on these birth defects:

1. When did contaminated groundwater reach water supply wells? **month and year**
2. What was the timing, level, and duration of maternal or infant exposure to contaminated drinking water:
   a. In which **months** did exposure occur?
   b. What was the **monthly** average level of contamination?
   c. For how many **months** did exposure occur?

Thus, extensive data are required in order to conduct the proposed health study. Since no measured concentrations of PCE (perchloroethylene) are available prior to 1982, the ATSDR has used modeling to simulate these concentrations at Tarawa Terrace, and proposes a similar modeling approach for Hadnot Point. The results of the Tarawa Terrace modeling are being documented in the ATSDR modeling report entitled "Analysis of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: Historical Reconstruction and Present-Day Conditions" (ongoing, but initial chapters published in 2007 and 2008).

In general, the usefulness of a groundwater flow and contaminant transport model depends on an accurate estimate of numerous model parameters that describe site geology, groundwater velocity, well pumping rates, and contaminant properties. Many of these parameters are highly variable and difficult to estimate directly. Therefore, model calibration and validation are essential steps in the modeling process. Model calibration involves adjusting the initial parameter values until simulated model concentrations match measured concentrations. In a second step, the calibrated model is validated by comparing simulated concentrations to additional measured concentrations that were not used during calibration. During validation, the model is "put at risk," and it may be judged unsuccessful if the simulated and measured concentrations do not match.

## Tarawa Terrace Water Modeling

The Tarawa Terrace housing development at Camp Lejeune was constructed in 1951, and the Tarawa Terrace Water Treatment Plant (WTP) began to distribute drinking water during 1952-1953. The only documented source of contamination at Tarawa Terrace is ABC One-Hour

CLJA_WATERMODELING_01-09_0000033286

Cleaners, which began operations during 1953, using the chlorinated solvent PCE in its dry cleaning process. PCE concentrations were measured at the WTP in 1982 and 1985, and no measured concentrations of PCE are available prior to 1982.

2.1 Monthly PCE concentrations are required for the ATSDR health study, which will examine births that occurred from 1968 (when North Carolina computerized its birth certificates) to 1985 (when the contaminated water supply wells were removed from service). Due to lack of measured concentrations, the ATSDR used groundwater flow and contaminant transport modeling in a historical reconstruction process to simulate PCE concentrations in the drinking water on a monthly basis from 1952 to 1987.

3.1

4.1 Figure 1 shows the simulated concentrations of PCE versus measured concentrations in finished water from the WTP. Significantly, measured concentrations of PCE are available only in 1982 and 1985, near the end of the overall time period. Thus, the majority of the simulated concentrations cannot be compared to measured data. Furthermore, all of the measured concentrations were used during model calibration, leaving no data available for model validation. As a result, the Tarawa Terrace model was not validated.

5.1

During calibration, model parameters were adjusted to cause the simulated concentrations at the Water Treatment Plant (WTP) to meet the calibration standard to the degree possible. For PCE detections, the ATSDR chose the calibration standard to be "± 1/2-order of magnitude of the observed valued," such that the higher value in the calibration target range is 10 times greater than the lower value. For example, at the WTP in May 1982, the calibration target range was 25 to 253 ug/L, based on the measured PCE concentration of 80 ug/L. The simulated concentration of 148 ug/L fell within this range. As another example, at supply well TT-26 in January 1985, the calibration target range was 500 to 5,000 ug/L based on the measured PCE concentration of 1,520 ug/L. In this case, the range was quite large because it was calculated from a relatively high measured concentration. The simulated concentration of 804 fell within the range, near the lower end. In summary, based on the chosen calibration standard, the calibration process was viewed as "successful" over a range that spanned a factor of 10. In other words, a model-derived PCE concentration can be approximately 3 times higher or 3 times lower than the measured concentration and still fall within the calibration range.

6.1

Thus, if all comparisons had fallen within the calibration range, the chosen calibration standard would give an idea of the accuracy, or degree of fit, between simulated and measured concentrations. However, all comparisons did not fall within the calibration range. At the WTP, 12% of the simulated PCE concentrations failed the calibration standard (p. F42 in the ATSDR modeling report). It should be noted that these failures involved non-detects or very low concentrations. More significantly, at the water supply wells, a majority (53%) of the simulated concentrations fell outside the calibration standard (p. F33 in the ATSDR modeling report). Graphs of simulated versus observed concentrations of PCE in water supply wells RW2, TT-23, TT-25, TT-26, and TT-54 are shown below in Figures F13 through F17 (p. F34 and F35 of the ATSDR modeling report). The graphs show that only a few observed PCE concentrations are available, and there are substantial differences between observed and simulated concentrations. Model performance at the supply wells raises concerns about the degree to which the model calibration was successful. It seems reasonable to conclude that the accuracy of historically

7.1

8.1

CLJA_WATERMODELING_01-09_0000033287

Attachment 1: Department of the Navy Comments, June 19, 2008--continued

8.1 reconstructed PCE concentrations would be less than the calibration standard of ± 1/2-order of magnitude. Thus, the historical reconstructions may be viewed as rough estimates of actual exposure concentrations, with model-derived PCE concentrations representing a relatively wide range of possible exposures. It is essential that this concept be expressed clearly and consistently to all stakeholders.

9.1 For example, the public needs to understand that the model-derived PCE concentrations represent a range of possible exposures. This concept should be expressed more clearly on the Camp Lejeune website (http://www.atsdr.cdc.gov/sites/lejeune/watermodeling.html). Currently the website has a section that says: "Find Out PCE Levels During Your Tour; Find out the levels of PCE and PCE degradation by-products in the drinking water serving your home in Tarawa Terrace by entering the dates you lived in Tarawa Terrace housing from 1952 to 1987." Following a disclaimer, a search engine produces contaminant concentrations, reported to 4 significant digits, for any or all months between January 1952 and February 1987. With no error bars or ranges included, this webpage conveys a sense of certainty that is not justified. The usefulness of the website would be enhanced if it accurately conveyed the degree of uncertainty in the model-derived concentrations.

10.1 Other concerns with model calibration include the simulation of contaminant mass loading and groundwater flow. With Dense, Non-Aqueous Phase Liquids (DNAPLs) such as PCE, mass estimation is always quite difficult and subject to very high uncertainty due to irregular movement and distribution of DNAPL in the subsurface. For Tarawa Terrace groundwater, the difference between observed and simulated elevations is 5 to 10 feet at many times during the 1970's and 1980's. This is a significant disparity because the total change in groundwater elevation from the source area to the receptor wells is approximately 10 to 12 feet. In addition, model results suggest that the simulated PCE concentrations at the WTP depend significantly on

11.1

12.1 the pumping rates at the various water supply wells. The degree to which simulated well operations match actual operations is a concern. The Navy/Marine Corps would welcome the opportunity for further technical discussion with ATSDR on these issues.

The ATSDR performed a sensitivity analysis to determine the relative importance of individual model parameters. In addition, a probabilistic analysis was performed to assess variability and uncertainty associated with the model results. Both approaches are standard practice. Chapter A of the ATSDR modeling report describes the probabilistic analysis, during which input parameters such as hydraulic conductivity, recharge, and dispersivity were chosen from distributions of possible values. The model was run 840 times to produce "realizations" that form a distribution of simulated PCE concentrations, rather than a single result (pp. A52 – A61 of the ATSDR modeling report). However, certain combinations of input parameters resulted in

13.1 wells drying out, so only 510 physically viable realizations were produced. Thus, 330 out of 840 realizations were not viable, raising concerns about the representativeness of the input parameter distributions. Although a summary of the probabilistic analysis is presented in Chapter A of the ATSDR modeling report, the details will be in Chapter I, which is not yet available. The Navy/Marine Corps feels that additional information in this matter would likely help our understanding.

14.1

CLJA_WATERMODELING_01-09_0000033288

Attachment 1: Department of the Navy Comments, June 19, 2008--continued

Overall, it is important to keep in mind that both the sensitivity analysis and the probabilistic analysis were performed entirely within the "model world," not the "real world." These methods provide valuable insight into the behavior of the model, but they are not a substitute for real, measured PCE concentrations. Again, the Navy/Marine Corps looks forward to additional discussion and clarification of our understanding of these issues.

## Summary

The usefulness and applicability of the model-derived PCE concentrations for Tarawa Terrace are affected by the following:

**15.1**

1. Model simulations provide monthly concentrations from 1952 to 1987, but measured concentrations for model calibration are available only in 1982 and 1985. Thus, the majority of the simulated concentrations cannot be compared to measured data.
2. Simulated concentrations did not fall within calibration targets for a majority of the measured PCE concentrations at the water supply wells, suggesting that the "accuracy" of the model is less than the chosen calibration standard of ± 1/2-order of magnitude.
3. Due to lack of measured PCE concentrations, the Tarawa Terrace model was not validated. Therefore, the model was not "put at risk," and it is difficult to judge the accuracy of the simulated PCE concentrations beyond the limited times when calibration data are available.

**16.1**

Groundwater modeling studies are always subject to a high degree of uncertainty, and in this sense, the Tarawa Terrace water model is no exception. However, the goal of the Tarawa Terrace model is to reconstruct PCE concentrations on a monthly basis over approximately 30 years in order to conduct a health study. This is an extremely difficult goal since measured PCE concentrations are not available prior to 1982, and the historical reconstruction of monthly exposure concentrations must go back to the 1950's. Any use of reconstructed concentrations must take into account the inherent uncertainty in the model results.

## Recommendations

As a starting point for further discussions, the Navy/Marine Corps proposes the following recommendations:

**17.1**

1. Improve communication with the public and other stakeholders by developing a method for presenting the uncertainty in the model-derived PCE concentrations. The method should be clear and readily understood, perhaps using error bars or presenting a concentration range rather than a single number. The method should be applied consistently whenever concentrations are discussed or presented in model reports, websites, public meetings, etc.
2. Convene an expert panel to examine the model results and determine the best use for the data. Overall, the panel should develop a path forward that is scientifically sound and will best meet the critical concerns of the public.
3. Finalize the remaining sections of the Tarawa Terrace water modeling report.
4. Apply all lessons learned from the Tarawa Terrace modeling efforts to the scoping of the approach for Hadnot Point.

CLJA_WATERMODELING_01-09_0000033289

# Response to the Department of the Navy's Letter on Assessment of ATSDR Water Modeling for Tarawa Terrace

## Attachment 2: Chronology of meetings, presentations, and publications related to the historical reconstruction of contaminated drinking water at U.S. Marine Corps Base Camp Lejeune, North Carolina

**Attachment 2.** Chronology of meetings, presentations, and publications related to the historical reconstruction of contaminated drinking water at U.S. Marine Corps Base Camp Lejeune, North Carolina.

[ATSDR, Agency for Toxic Substances and Disease Registry; DOD, Department of Defense; USN, U.S. Navy; USMC, U.S. Marine Corps; USMCHQ: U.S. Marine Corps Headquarters; CL, Camp Lejeune; EMD, Environmental Management Division; GT, Georgia Institute of Technology; AHE, AH Environmental Consultants; USGS, U.S. Geological Survey; PPT, Power Point presentation; N/A, not applicable]

| Date | Activity | Location | Attendees | Notes |
|---|---|---|---|---|
| 7 July 2003 | ATSDR site visit to Camp Lejeune | Camp Lejeune, NC | ATSDR: Morris Maslia, Jason Sautner CL/EMD: Thomas Burton, Brynn Ashton, Scott Brewer CL/Water Utilities: Mack Frazelle | ATSDR staff described use of water modeling for historical reconstruction approach, requested data and information |
| 8 Oct 2003 | Presentation of ATSDR's water modeling approach | ATSDR, Atlanta, GA | ATSDR: Morris Maslia, Jason Sautner, Frank Bove, Wendy Kaye, G. David Williamson GT: Mustafa Aral USMHQ: Nick Ta USMC/CL: Thomas Burton USN: Kim Parker-Brown DOD: T. Michael White | Copies of presentation provided at meeting including CD-ROM containing PPT presentation. See attached meeting sign-in sheet and presentation title slide |
| 11 Mar 2004 | Presentation of ATSDR's water modeling approach to USMC/ CL, USMCHQ staff, and USMC contractor | Camp Lejeune, NC | ATSDR: Morris Maslia, Jason Sautner, Frank Bove, Claudia Valenzeula USMC/CL: Scott Brewer, Scott Williams, Brynn Ashton, Thomas Burton, Mack Frazelle, Danny Hill, CAPT Kevin Slates (AC/S I&E) USMCHQ: MAJ Harold Graef CONTRACTORS: Robert Faye (ATSDR), AHE (USMC) | Copies of presentation provided to meeting attendees. See attached meeting sign-in sheet, and presentation title slide |
| 28 Mar 2005 | Expert Peer Review Panel to review ATSDR's water-modeling activities at Camp Lejeune | ATSDR, Atlanta, GA | Panel members – See attached list | USMC representative sitting on panel–Dr. Peter Pommerenk of AHE. See Maslia (2005) for peer panel report |
| 26 Aug 2005 | Meeting with and presentation to Lt. General Kelly | USMCHQ, Washington, DC | ATSDR: Tom Sinks, Frank Bove, Perri Ruckart, Morris Maslia USMCHQ: Lt. Gen. Kelly and staff, Carla Lucchino (ADC/I&L), Kelly Dryer, Craig Sakai, et al. USMC/CL: Scott Williams, Brynn Ashton | ATSDR presents results of arrival of PCE at TT-26 (May 1960) and TT-23 (Summer 1984) above 5 ppb level. See meeting agenda and talking points |

Case 7:23-cv-00897-RJ    Document 357-7    Filed 04/29/25    Page 30 of 65

CLJA_WATERMODELING_01-09_0000033291

**Attachment 2.** Chronology of meetings, presentations, and publications related to the historical reconstruction of contaminated drinking water at U.S. Marine Corps Base Camp Lejeune, North Carolina—continued

| Date | Activity | Location | Attendees | Notes |
|------|----------|----------|-----------|-------|
| 18 May 2006 | Meeting with and presentation to Lt. General Kramlich | USMCHQ, Washington, DC | ATSDR: Tom Sinks, Frank Bove, Perri Ruckart, Morris Maslia<br>USMCHQ: Lt. Gen. Kelly and staff, Carla Lucchino (ADC/I&L), Kelly Dryer, Craig Sakai, et al.<br>USMC/CL: Scott Williams, Brynn Ashton | ATSDR presents approach to water modeling and summary of water-modeling results for Tarawa Terrace area, including graph showing PCE concentrations in well TT-26 and at Tarawa Terrace water treatment plant. Copies of presentation including CD given to Lt. Gen. Kramlich and staff |
| 11 June 2007 | Meeting with and presentation to Lt. General Kramlich – Final Tarawa Terrace results (Executive Summary report) | USMCHQ, Washington, DC | ATSDR: Tom Sinks, Frank Bove, Perri Ruckart, Morris Maslia<br>USMCHQ: Lt. Gen. Kelly and staff, Carla Lucchino (ADC/I&L), Kelly Dryer, Craig Sakai, et al.<br>USMC/CL: Fred Cone, Scott Williams, Brynn Ashton | ATSDR summary of FINAL Tarawa Terrace water-modeling results. Provides USMC with copies of Tarawa Terrace Executive Summary report (to be publically released 12 June 2007). Copies of presentation given to Lt. Gen. Kramlich and staff |
| July 2007 – Feb 2008 | Public release of final Tarawa Terrace Chapter Reports (A-H) in hard copy and on ATSDR Web site | Atlanta, GA | N/A | Chapter A (Summary of Findings) released July 2007. Chapter F (Fate and Transport) released February 2008. |
| 26 Mar 2008 | Technical information meeting with USN and their consultants | ATSDR, Atlanta, GA | ATSDR: Morris Maslia, Jason Sautner, Frank Bove, Bill Cibulas, Susan Moore, etc.<br>GT: Mustafa Aral<br>ERG: Robert Faye<br>USMC/CL: Scott Williams<br>USN: Kim-Parker Brown, Dan Waddill<br>DOD: T. Michael White<br>USN Consultants: Hall Davis (USGS), Peter Pommerenk (AHE) | ATSDR presents summary details of all Tarawa Terrace water-modeling results. Q&A on technical aspects of historical reconstruction and water-modeling approach. ATSDR also presents work plan for Hadnot Point/Holcomb Boulevard with time line. |
| 19 June 2008 | U.S. Navy transmits to ATSDR electronic written comments on: Assessment of ATSDR Water Modeling for Tarawa Terrace | N/A | Letter written to Tom Sinks with copies to H. Frumkin, C. Aloisio, F. Bove, and M. Maslia (and other USN/USMC staff) | Electronic mail transmitting letter from Kim-Parker Brown requests response by 8 July 2008. |

Case 7:23-cv-00897-RJ    Document 357-7    Filed 04/29/25    Page 31 of 65

CLJA_WATERMODELING_01-09_0000033292

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

**Attachment 2.** Chronology of meetings, presentations, and publications related to the historical reconstruction of contaminated drinking water at U.S. Marine Corps Base Camp Lejeune, North Carolina—continued

## Meeting with DOD, US Navy, and US Marine Corps to Present ATSDR's Water-Modeling Approach, 8 October 2003

Historical Reconstruction of Water Resources for Marine Corps Base Camp Lejeune, North Carolina: ATSDR's Approach

October 8, 2003

Sign-in Sheet

| Name | Affiliation | Telephone | Email |
|------|-------------|-----------|-------|
| Morris Maslea | ATBDR/DHAC | 4) 498-0915 | mm4sslia@cdc.gov |
| Unnet Griffiths | ATSDR/OPPM | 4) 498-0661 | LGriffiths@cdc.gov |
| Kim Parker Brown | NAVY/NAVFAC HQ | (202)685-0076 | Kim.brown@navy.mil |
| MUSTAFA ARAL | GATECH | 4) 894-2243 | maral@ce-gatech.edu. |
| JASON SAUTNER | ATSDR/DHAC | 4) 498-0496 | jsautner@cdc.gov |
| T. Michael White | DOD | 410.436-5221 | Mike.White@aq.amedd.army.mi.) |
| James Tsai | ATSDR/DHS | 404-498-0572 | jxt9@cdc.gov |
| Claudia Valenzuela | ATSDR | 404-498-0356 | cdv7@cdc.gov. |
| Rebecca Beacham | HTSDR/OD | 4/498-0487 | rnb2@cdc.gov |
| Mary Odom | ATSDR/OD/DHAC | 4) 498-0489 | mgo1@cdc.gov |
|  | DHS/K | 4422-1355 |  |
| Perri Ruiz Ruckart | ATSDR/DHS | 4-498-0593 | afp4@cdc.gov |
| Frank Bove | ATSDR/DHS | 4-498-0557 | fbove@cdc.gov |
|  | ATSDR/DHS |  | weh4@cdc. |
| NICK TA | HQMC/LFL | (703)695-8302 | TANT@HQMC.USMC.MVL |
| THOMAS BURTON | MCB-CL | 910-451-9612 | burtonth@lejeune.usmc.mil |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Chronology of Meetings, Presentations, and Publications Related to Tarawa Terrace Water Modeling

CLJA_WATERMODELING_01-09_0000033293

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

**Attachment 2.** Chronology of meetings, presentations, and publications related to the historical reconstruction of contaminated drinking water at U.S. Marine Corps Base Camp Lejeune, North Carolina—continued

### Meeting with DOD, US Navy, and US Marine Corps to Present ATSDR's Water-Modeling Approach, 8 October 2003









Case 7:23-cv-00897-RJ    Document 357-7    Filed 04/29/25    Page 33 of 65

CLJA_WATERMODELING_01-09_0000033294

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

**Attachment 2.** Chronology of meetings, presentations, and publications related to the historical reconstruction of contaminated drinking water at U.S. Marine Corps Base Camp Lejeune, North Carolina—continued

## Meeting with US Marine Corps and their Consultants to Present ATSDR's Water-Modeling Approach, 11 March 2004

Water Modeling Coordination Meeting
11 March 2004
ATSDR – HQMC/ LFL – MCBCL – AH Environmental

| Name | Organization | Phone | Email |
|---|---|---|---|
| SCOTT BREWER | CAMP LEJEUNE / IS&E/EMD | 910·451·5003 | BREWERSA@LEJEUNE.USMC.MIL |
| MAJ HAROLD GRAEF | HQMC /I&L /LFL-6 | 703 695·8302 | GRAEFH@HQMC.USMC.MIL |
| Marris Maslia | ATSDR/CDC | 404·498·0415 | MMA5LIA@CDC.GOV |
| David Hilliard | AH Env... ?? | 757·871·4959 | dhilliard@ahenv.com |
| Tony Asmar | AH Environmental | " " | tasmar@ahenv.com |
| RON HARRIS | AH ENV | " " | RHARRIS@AHENV.COM |
| Stynn Ashton | Camp Lejeune | 910 451-93?? | ashtonbt@lejeune.usmc.mil |
| Scott Williams | Camp Lejeune | 451-9421 | williamssr@lejeune.usmc.mil |
| Thomas Burton | ACBCL I&E/EMD | 451-9612 | burtonth @ " |
| Claudia Valenzuela | ATSDR/CDC | 404-498-0256 | cdv7@cdc.gov |
| Bob FAYE | CONTRACTOR | 706-219-1738 | REFAYE @ALLTEL.NET |
| JASON SAUTNER | ATSDR/ CDC | 404-498-0496 | jsautner@cdc.gov |
| Frank Bove | ATSDR/CDC | 404-498-0557 | fbove@cdc.gov |
| MATHEW MARTINSON, LCDR USPHS | ATSDR/CDC | 404-498-0227 | zpu5@cdc.gov |
| CAPT KEVIN SLATES | AC/S I&E, MCBCL | 910-451-3034 | slateskw@lejeune.usmc.mil |
| DANNY HILL | BASE UTILITIES /PWO | 910-451-7190 | HILLDE@LEJEUNE.USMC.MIL |
| Joel Harboe | UTILITIES | 910-451-5988 | HARBOEJR@lejeune.osmc.mil |
| MARK FRAZELLE | PWO/Utilities | 910-451-7190 | FRAZELLE BA@CL.LEJUNE.USMC.MIL |
| Sean Paul | EMD/I&E | ×5618 | paulsm@ " |

Chronology of Meetings, Presentations, and Publications Related to Tarawa Terrace Water Modeling                    Page 5

Case 7:23-cv-00897-RJ    Document 357-7    Filed 04/29/25    Page 34 of 65

CLJA_WATERMODELING_01-09_0000033295

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

**Attachment 2.** Chronology of meetings, presentations, and publications related to the historical reconstruction of contaminated drinking water at U.S. Marine Corps Base Camp Lejeune, North Carolina—continued

### Meeting with US Marine Corps and their Consultants to Present ATSDR's Water-Modeling Approach, 11 March 2004



*Historical Reconstruction of Water Resources for Marine Corps Base Camp Lejeune, North Carolina:*
*Field-Data Collection and Modeling*

**Morris L. Maslia, P.E., DEE**
Research Environmental Engineer
Project Officer, Exposure-Dose Reconstruction Project
Agency for Toxic Substances and Disease Registry

March 11, 2004
MCB, Camp Lejeune, NC

11 MAR 04 · ATSDR

---

*Questions to be Addressed*

- What was (were) the source(s) of contaminated potable water?
- Which chemical compounds contaminated the water supply?
- When did contaminated groundwater reach water-supply wells and what was the duration of the contamination?
- How was contaminated water distributed throughout the Camp Lejeune water-distribution system?
- What were the frequency, duration, and spatial distribution of exposure to contaminated water?

11 MAR 04 · ATSDR

---

*Critical Data Needs - Groundwater (Model Calibration)*

- Hydrogeologic characterization (geophysical logs from drilled water-supply wells or test wells)
- Synoptic water-level measurements (present-day and historical)
- Historical water-quality (contaminant) data

11 MAR 04 · ATSDR

---

*Project Deliverables*

| | |
|---|---|
| Sep 30, 2004 | • Groundwater flow model calibration/simulation |
| | • Water-distribution system field tests and network |
| Sep 30, 2005 | • Groundwater transport model calibration/simulation |
| | • Water-distribution system: Field-test data reports and model calibration |
| | • Groundwater flow and transport model report |
| | • Initial sensitivity and uncertainty analysis |
| Sep 30, 2006 | • Water-distribution system: Water-distribution network configuration, spatial distribution of contaminants, and present-day model report |
| Sep 30, 2007 | • Assessment/reduction of uncertainty and variability |
| | • Final report |

11 MAR 04 · ATSDR

CLJA_WATERMODELING_01-09_0000033296

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

**Attachment 2.** Chronology of meetings, presentations, and publications related to the historical reconstruction of contaminated drinking water at U.S. Marine Corps Base Camp Lejeune, North Carolina—continued

## Expert Peer Review Panel Meeting, Atlanta, Georgia, March 28–29, 2005



**ATSDR**
AGENCY FOR TOXIC SUBSTANCES
AND DISEASE REGISTRY

**Expert Peer Review Panel Evaluating ATSDR's Water-Modeling Activities in Support of the Current Study of Childhood Birth Defects and Cancer at U.S. Marine Corps Base Camp Lejeune, North Carolina**

Analyses of Groundwater Resources and
Present-Day (2004) Water-Distribution Systems,
March 28-29, 2005

Edited by
**Morris L. Maslia**

Prepared for:
**Agency for
Toxic Substances and
Disease Registry,
Atlanta, Georgia**

Prepared by
**Eastern Research
Group, Inc.,
Atlanta, Georgia**



### Appendix B

#### Panel Members

Barry L. Johnson, PhD, FCR
Panel Chair, Assistant Surgeon General (ret.)
Adjunct Professor, Rollins School of
Public Health, Emory University;
Editor, Journal of Human and Ecological
Risk Assessment
Atlanta, Georgia

Robert M. Clark, PhD, PE, DEE
Environmental Engineering & Public
Health Consultant
Cincinnati, Ohio

David E. Dougherty, PhD
Principal, Subterranean Research, Inc.
Duxbury, Massachusetts

Benjamin L. Harding, PE
Principal Engineer, Hydrosphere Resource
Consultants, Inc.
Boulder, Colorado

Leonard F. Konikow, PhD, PG
Research Hydrologist, U.S. Geological Survey
Reston, Virginia

Eric M. LaBolle, PhD
Scientist, University of California,
Davis, California

Peter Pommerenk, PhD, PE
Project Manager, AH Environmental
Consultants, Inc.
Newport News, Virginia

Vijay P. Singh, PhD, DSc, PE
A.K. Barton Professor, Department of
Civil and Environmental Engineering,
Louisiana State University
Baton Rouge, Louisiana

James G. Uber, PhD
Associate Professor, Department of Civil and
Environmental Engineering, University of
Cincinnati, Ohio

Thomas M. Walski, PhD, PE, DEE
Vice President, Engineering Bentley Systems
Nanticoke, Pennsylvania

#### List of Presenters and Project Team Attendees

Mustafa Aral, PhD, PE
Georgia Institute of Technology
404-894-2243
maral@ce.gatech.edu

Frank Bove, DSc
Agency for Toxic Substances and
Disease Registry (ATSDR)
404-498-0557
fjb0@cdc.gov

Robert Faye, MSCE, PE
Robert B. Faye & Associates, Inc.
770-216-1738
rufaye@bellsouth.net

Joseph Green, MA
Oak Ridge Institute for Science & Education
404-498-0413
jjg3@cdc.gov

Morris Maslia, MSCE, PE, DEE
ATSDR
404-639-0674
mmaslia@cdc.gov

Shannon Rossiter, MPH
ATSDR
404-498-0556
sav1@cdc.gov

Perri Ruckart, MPH
ATSDR
404-498-0573
pzr4@cdc.gov

Jason Sautner, MSCE
ATSDR
404-639-0674
zjs9@cdc.gov

Claudia Valenzuela, MS, Env. Eng.
Oak Ridge Institute for Science & Education
404-498-0415
cav7@cdc.gov

Case 7:23-cv-00897-RJ    Document 357-7    Filed 04/29/25    Page 36 of 65

CLJA_WATERMODELING_01-09_0000033297

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

**Attachment 2.** Chronology of meetings, presentations, and publications related to the historical reconstruction of contaminated drinking water at U.S. Marine Corps Base Camp Lejeune, North Carolina—continued

## Expert Peer Review Panel Meeting, Summary and Recommendations, March 28–29, 2005

### 6.0 Summary of Recommendations from Panel Members and ATSDR's Response

At the end of the meeting, the panel chair, the panel members, and ATSDR agreed that panel members would individually provide overall final comments, recommendations, and conclusions to ATSDR. Specific comments and recommendations from each panel member are provided in the verbatim transcript of the meeting (Volume II) on CD-ROM. The recommendations and ATSDR's responses are grouped into five generalized categories.

#### 6.1 Data Discovery

Panel members recommended that ATSDR expend additional effort and resources in the area of conducting more rigorous data discovery activities. To the extent possible, the agency should augment, enhance, and refine data it is relying on to conduct water-modeling activities.

*ATSDR agrees with the panel recommendation. The agency is planning to devote additional resources and work with its partners and contractors to implement data discovery activities.*

#### 6.2 Chronology of Events

Panel members recommended that ATSDR focus its next efforts on refining its understanding of chronological events. These need to include documenting periods of known contamination, times when water-distribution systems were interconnected, and the start of operations of the Holcomb Blvd. WTP.

*ATSDR agrees with the panel recommendation. The agency is planning to devote additional resources and work with its partners and contractors to obtain updated information so that the water-modeling team can refine its understanding of the chronology of contamination events.*

#### 6.3 Groundwater Modeling, Tarawa Terrace Area

Panel members made several recommendations with respect to groundwater modeling and associated activities for the Tarawa Terrace area, including the following:

(1) conduct sensitivity and uncertainty analyses to refine initial estimates of model parameter values,
(2) determine sensitivity of model to gridcell sizes and boundary conditions,
(3) refine on/off cycling patterns of water-supply wells, and
(4) conduct fate and dispersive transport analyses.

*ATSDR agrees in principal with the panel recommendations. The water-modeling team is planning to devote significant effort in conducting sensitivity and uncertainty analyses and in developing a calibrated fate and dispersive transport model for the Tarawa Terrace area.*

#### 6.4 Data Analyses, Hadnot Point Area

Panel members recommended that ATSDR proceed with assessment of data to develop an understanding of geohydrologic and groundwater-contamination characteristics for the Hadnot Point area. These activities would be required before initiating additional modeling activities for the Hadnot Point area. Panel members also recommended that additional efforts be put into determining periods of interconnection between the Hadnot Point and Holcomb Blvd. water-distribution systems.

*ATSDR agrees with the panel recommendation. The agency is planning to devote additional resources and work with its partners and contractors to implement the panel recommendations.*

#### 6.5 Water-Distribution System Analyses

Panel members commended ATSDR for the vigor and quality of its field investigation and current model simulations of the water-distribution systems. Because flowmeters are already installed, members recommended that ATSDR proceed with collecting data from the flowmeters, but not initiate any additional field-testing activities. Panel members recommended that the water-modeling team consider using more simplified mixing models to quantify historical exposures to drinking-water supplies. (More complex modeling might be warranted if data discovery shows that the water-distribution systems had a greater frequency of interconnectivity.)

*ATSDR agrees with the panel recommendation. The agency has continued its water-distribution system field-testing activities. Additionally, the water-modeling team will be using simplified mixing models as a first estimate of historical exposures to contaminated drinking-water supplies.*

Chronology of Meetings, Presentations, and Publications Related to Tarawa Terrace Water Modeling    Page 8

Case 7:23-cv-00897-RJ    Document 357-7    Filed 04/29/25    Page 37 of 65

CLJA_WATERMODELING_01-09_0000033298

**Attachment 2.** Chronology of meetings, presentations, and publications related to the historical reconstruction of contaminated drinking water at U.S. Marine Corps Base Camp Lejeune, North Carolina—continued

## Meeting with Lt. General Kelly and Staff, U.S. Marine Corps Headquarters, 26 August 2005



Agenda
Agency for Toxic Substances and Disease Registry (ATSDR)
and U.S. Marines
Camp Lejeune Health Study
August 26, 2005
Marine Corps Headquarters, Washington D.C.
2:30 to 4:30 PM

| | |
|---|---|
| Introductions | Dr. Thomas Sinks (ATSDR) |
| | LtGen. Kelly (USMC) |
| Peer Panel Recommendations- Response | Dr. Frank Bove |
| Release of ATSDR Response | Dr. Thomas Sinks |
| Update on Current Study Status | Dr. Perri Ruckart |
| | Mr. Morris Maslia |
| Questions & Answers | |

Talking Points for Meeting with Lt. General Kelley
August 26, 2005

* Schedule indicates knowledge of arrival of contaminants at wells by September 30, 2005. We have that information NOW?
  o PCE at 5 ppb (MCL) arrived at well TT-26 in May, 1980
  o PCE at 5 ppb (MCL) arrived at well TT-25 whenever 1984 (no specific data on its service data for well, but simulations required use of well)

* Present-day water-distribution system models are calibrated
  o Some refinement based on most recent field data and flow meter data that we have been collecting since May 2005
  o ATSDR will remove all field testing equipment (complete all field test activities) on 7 September 2005

* Release report on Water Modeling Expert Peer Review Panel — September 30, 2005

* Recommendation for Water Modeling Expert Peer Review Panel
  o Conducting Data Discovery activities to determine issues w.r.t. interconnections
  o Conducting sensitivity and uncertainty analyses to provide epidemiologist with ranges of exposure concentrations
  o Developing geohydrologic framework and groundwater contamination data in Hadnot Point area

* Ongoing Activities
  o Data Discovery (per recommendation of Expert Panel)
    • ERG got MOD last week
    • ERG searching for Jr. Level engineers for CL, LANDTTV, and MCHQ
    • Searching for data on interconnections, well operations, Hadnot Point
  o Sensitivity/Uncertainty analyses
    • Groundwater flow models
    • Contaminant fate and transport models
    • Water-distribution system models
  o Geohydrologic framework and characterization of contamination at Hadnot Point

* Reports
  o Water modeling expert peer review panel
  o Geohydrology at Tarawa Terrace area
  o Characterization of contamination at Tarawa Terrace area
  o Groundwater flow, fate and transport at Tarawa Terrace area
  o Water-distribution system field tests
  o Present-day water-distribution systems

Chronology of Meetings, Presentations, and Publications Related to Tarawa Terrace Water Modeling

CLJA_WATERMODELING_01-09_0000033299

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

**Attachment 2.** Chronology of meetings, presentations, and publications related to the historical reconstruction of contaminated drinking water at U.S. Marine Corps Base Camp Lejeune, North Carolina—continued

**Meeting with Lt. General Richard Kramlich and Staff, U.S. Marine Corps Headquarters, 18 May 2006**





### Planned reports for Tarawa Terrace water modeling activities

- **A**: Summary of findings
- **B**: Geohydrology
- **C**: Simulation of groundwater flow
- **D**: Properties of VOCs
- **E**: Occurrence of contaminants
- **F**: Simulation of fate and transport of PCE
- **G**: Simulation of degradation products
- **H**: Field tests and simulation of water-distribution systems
- **I**: Parameter sensitivity and uncertainty analyses
- **J**: Effects of pumping schedule variation

### Process for public release of final water modeling results

- Draft reports
- External peer review each report
- Reports sent through agency clearance
- Reports prepared for printing
- Reports prepared for web access
- Reports released to public

Chronology of Meetings, Presentations, and Publications Related to Tarawa Terrace Water Modeling                   Page 10

CLJA_WATERMODELING_01-09_0000033300

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

**Attachment 2.** Chronology of meetings, presentations, and publications related to the historical reconstruction of contaminated drinking water at U.S. Marine Corps Base Camp Lejeune, North Carolina—continued

### Meeting with Lt. General Richard Kramlich and Staff, U.S. Marine Corps Headquarters, 11 June 2007





Chronology of Meetings, Presentations, and Publications Related to Tarawa Terrace Water Modeling

Page 11

CLJA_WATERMODELING_01-09_0000033301

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

**Attachment 2.** Chronology of meetings, presentations, and publications related to the historical reconstruction of contaminated drinking water at U.S. Marine Corps Base Camp Lejeune, North Carolina—continued

### Release of Tarawa Terrace Chapter A Report (Summary of Findings), July 2007

### Release of Tarawa Terrace Chapter F Report (Fate and Transport), February 2008





Case 7:23-cv-00897-RJ    Document 357-7    Filed 04/29/25    Page 41 of 65

CLJA_WATERMODELING_01-09_0000033302

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

**Attachment 2.** Chronology of meetings, presentations, and publications related to the historical reconstruction of contaminated drinking water at U.S. Marine Corps Base Camp Lejeune, North Carolina—continued

## Technical Information Meeting with U.S. Navy and U.S. Marine Corps, 26 March 2008





Case 7:23-cv-00897-RJ    Document 357-7    Filed 04/29/25    Page 42 of 65

CLJA_WATERMODELING_01-09_0000033303

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

**Attachment 2.** Chronology of meetings, presentations, and publications related to the historical reconstruction of contaminated drinking water at U.S. Marine Corps Base Camp Lejeune, North Carolina—continued

## Technical Information Meeting with U.S. Navy and U.S. Marine Corps, 26 March 2008

Table 2. Schedule of proposed tasks, activities, and meetings, historical reconstruction analysis of contaminated drinking water, Hadnot Point and vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina.



Table 3. Comparison of data and information availability for Hadnot Point and Tarawa Terrace areas.

| Descriptive data and information | Hadnot Point and vicinity[1] | Tarawa Terrace and vicinity |
|---|---|---|
| Active model domain | 40 mi² | 2.1 mi² |
| Number of wells and boreholes (includes hydropunch) | 720 | 185 |
| Number of water-level measurements | 4,700 | 820 |
| Number of groundwater samples analyzed for chlorinated solvents | 2,200 | 192 |
| Number of groundwater samples analyzed for Benzene, Toluene, Ethylbenzene, and Xylenes (BTEX) | 1,800 | 191 |

[1]Estimated values for Hadnot Point and vicinity

Case 7:23-cv-00897-RJ    Document 357-7    Filed 04/29/25    Page 43 of 65

CLJA_WATERMODELING_01-09_0000033304

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

# RESPONSE TO THE DEPARTMENT OF THE NAVY'S LETTER ON ASSESSMENT OF ATSDR WATER MODELING FOR TARAWA TERRACE

# ATTACHMENT 3: COMPARISON OF CONTAMINANT FATE AND TRANSPORT CALIBRATION STATISTICS FOR THE NAVAL AIR STATION, JACKSONVILLE, FLORIDA, AND TARAWA TERRACE, CAMP LEJEUNE, NORTH CAROLINA SITES

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

**Attachment 3.** Comparison of contaminant fate and transport analyses calibration statistics

| Site[1] | Contaminant | Number of paired data points (excluding non-detects)[2] | Number of simulated data points within calibration target[3] | Number of simulated data points outside calibration target | Ratio (percentage) passing calibration target | Ratio (percentage) failing calibration target | Root-mean-square of concentration difference, in μg/L[4] |
|---|---|---|---|---|---|---|---|
| Naval Air Station, Jacksonville, FL | Trichloroethylene (TCE) | 16 | 9 | 7 | 9/16 (56%) | 7/16 (44%) | 329 |
| Tarawa Terrace, Camp Lejeune, NC | Tetrachloroethylene (PCE) | 29 | 17 | 12 | 17/29 (59%) | 12/29 (41%) | 337 |

[1] Refer to the following references: **Jacksonville NAS**: Davis JH. Fate and Transport Modeling of Selected Chlorinated Organic Compounds at Hangar 1000, U.S. Naval Air Station, Jacksonville, Florida. Tallahassee, FL: U.S. Geological Survey Water-Resources Investigations Report 03-4089; 2003; **Tarawa Terrace, Camp Lejeune**: Maslia ML, Sautner JB, Faye RE, Suárez-Soto RJ, Aral MM, Grayman WM, Jang W, Wang J, Bove FJ, Ruckart PZ, Valenzuela C, Green JW Jr, and Krueger AL. Analyses of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: Historical Reconstruction and Present-Day Conditions—Chapter A: Summary of Findings. Atlanta, GA: Agency for Toxic Substances and Disease Registry; 2007.

[2] Paired data point, a location with observed data (concentration) that is associated with a model location for the purpose of comparing observed data with model results; for Davis (2003), see Figure 34 (page 37); for Maslia et al. (2007), see Tables A9 and A10 (pages A27 and A28).

[3] No calibration target was described in Davis (2003) for contaminant fate and transport modeling. Therefore, the calibration target described in Maslia et al. (2007, Table A8) of ±1/2-order of magnitude of observed data is used for comparison purposes.

[4] The root-mean-square or RMS is defined as: $RMS = \left[ \dfrac{\sum_{i=1}^{N_p} \left( C_i^{obs} - C_i^{sim} \right)^2}{N_p} \right]^{1/2}$ , where $N_p$ is the number of paired data points, $C_i^{obs}$ is the observed or measured concentration of the $i$th paired data point; and $C_i^{sim}$ is the corresponding model simulated concentration of the $i$th paired data point.

CLJA_WATERMODELING_01-09_0000033306

**Attachment 3.** Comparison of contaminant fate and transport analyses calibration statistics—continued

| Fate and transport of trichloroethylene (TCE), Hangar 1000, Naval Air Station, Jacksonville, Florida[1] | | | | | |
|---|---|---|---|---|---|
| Sample location[3] | Measured concentration, in µg/L | Calibration target[4, 5] | | Simulated concentration, in µg/L | Pass or fail calibration target |
| | | +1/2-order of magnitude | −1/2-order of magnitude | | |
| H10-MW01 | 7.8 | 25 | 3 | 19.8 | Pass |
| H10-MW02 | 1.0 | 3 | 0 | 0.0 | Pass |
| H10-MW03 | 3.1 | 10 | 1 | 0.0 | Fail |
| H10-MW05 | 18.5 | 59 | 6 | 0.0 | Fail |
| H10-MW06 | 36.2 | 115 | 11 | 231.6 | Fail |
| H10-MW07 | 4.2 | 13 | 1 | 25.3 | Fail |
| H10-MW08 | 8,608.5 | 27,223 | 2,722 | 8,710.0 | Pass |
| H10-MW10 | 1.0 | 3 | 0 | 0.0 | Pass |
| H10-MW12 | 94.5 | 299 | 30 | 596.4 | Fail |
| H10-MW14 | 266.0 | 841 | 84 | 652.6 | Pass |
| H10-MW15 | 578.0 | 1,828 | 183 | 356.5 | Pass |
| H10-MW16 | 48.1 | 152 | 15 | 47.2 | Pass |
| H10-MW17 | 16.3 | 52 | 5 | 29.5 | Pass |
| H10-MW18 | 0.8 | 3 | 0 | 8.6 | Fail |
| H10-MW19 | 1,077.8 | 3,409 | 341 | 229.0 | Fail |
| H10-MW22 | 1,610.0 | 5,091 | 509 | 2,396.0 | Pass |

| Fate and transport of tetrachloroethylene (PCE), Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina[2] | | | | | |
|---|---|---|---|---|---|
| Sample location and date | Measured concentration, in µg/L | Calibration target[5] | | Simulated concentration, in µg/L | Pass or fail calibration target |
| | | +1/2 order of magnitude | −1/2 order of magnitude | | |
| TT-23: | | | | | |
| 1/16/1985 | 132 | 42 | 417 | 254 | Pass |
| 2/12/1985 | 37 | 12 | 117 | 253 | Fail |
| 2/19/1985 | 26.2 | 8 | 83 | 253 | Fail |
| 3/11/1985 | 14.9 | 5 | 47 | 265 | Fail |
| 3/11/1985 | 16.6 | 5 | 53 | 265 | Fail |
| 3/12/1985 | 40.6 | 13 | 128 | 265 | Fail |
| 3/12/1985 | 48.8 | 15 | 154 | 265 | Fail |
| 9/25/1985 | 4 | 1 | 13 | 279 | Fail |
| TT-25: | | | | | |
| 9/25/1985 | 0.43 | 0 | 1 | 18.1 | Fail |
| 7/11/1991 | 23 | 7 | 73 | 72.7 | Pass |
| TT-26: | | | | | |
| 1/16/1985 | 1,580.0 | 500 | 4,996 | 804 | Pass |
| 2/12/1985 | 3.8 | 1 | 12 | 804 | Fail |
| 2/19/1985 | 64.0 | 20 | 202 | 798 | Fail |
| 2/19/1985 | 55.2 | 18 | 175 | 798 | Fail |
| 4/9/1985 | 630 | 199 | 1,992 | 801 | Pass |
| 6/24/1985 | 1,160.0 | 367 | 3,668 | 799 | Pass |
| 9/25/1985 | 1,100.0 | 348 | 3,468 | 788 | Pass |
| 7/11/1991 | 350.0 | 111 | 1,107 | 670 | Pass |
| RW2: | | | | | |
| 7/12/1991 | 760 | 240 | 2,403 | 879 | Pass |
| TT-WTP: | | | | | |
| 5/27/1992 | 80 | 25 | 253 | 148 | Pass |
| 7/28/1982 | 104 | 33 | 329 | 112 | Pass |
| 7/28/1982 | 76 | 24 | 240 | 112 | Pass |
| 7/28/1982 | 82 | 26 | 259 | 112 | Pass |
| 2/5/1985 | 80 | 25 | 253 | 176 | Pass |
| 2/11/1985 | 215 | 68 | 680 | 176 | Pass |
| 3/12/1985 | 6.6 | 2 | 21 | 8.7 | Pass |
| 3/12/1985 | 21.3 | 7 | 67 | 8.7 | Pass |
| 4/22/1985 | 1 | 0 | 3 | 8.1 | Fail |
| 4/29/1985 | 3.7 | 1 | 12 | 8.1 | Pass |

[1]Sample data and simulation results from Davis (2003, Figure 34).
[2]Sample data and simulation results from Maslia et al. (2007, Tables A9 and A10).
[3]All samples measured on January 17, 2001 (Davis 2003, Figures 16 and 34).
[4]No calibration target was provided in Davis (2003) for contaminant fate and transport modeling; the calibration targets ±1/2-order of magnitude of measured data suggested by Maslia et al. (2007) are applied to the measured data of Davis (2003, Figure 16) for comparison purposes.
[5]Calibration targets are rounded to nearest integer.

CLJA_WATERMODELING_01-09_0000033307

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

# RESPONSE TO THE DEPARTMENT OF THE NAVY'S LETTER ON ASSESSMENT OF ATSDR WATER MODELING FOR TARAWA TERRACE

# ATTACHMENT 4: SIMULATED CONCENTRATIONS OF TETRACHLOROETHYLENE IN FINISHED WATER AT THE WATER TREATMENT PLANT, TARAWA TERRACE, U.S. MARINE CORPS BASE CAMP LEJEUNE, NORTH CAROLINA (FROM MASLIA ET AL. 2008, APPENDIX I5)

**Attachment 4: ATSDR Response to DON Letter of June 19, 2008**

**Appendix I5.** Simulated concentrations of tetrachloroethylene in finished water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina.

[PCE, tetrachloroethylene; μg/L, microgram per liter; $P_{2.5}$, Monte Carlo simulation results for the 2.5 percentile; $P_{50}$, Monte Carlo simulation results for the 50 percentile; $P_{97.5}$, Monte Carlo simulation results for the 97.5 percentile; WTP, water treatment plant; Jan, January; Feb, February; Mar, March; Apr, April; Aug, August; Sept, September; Oct, October; Dec, December]

| Stress period | Month and year | Calibrated PCE concentration, in μg/L[i] | Range of concentrations derived from Monte Carlo simulations[2] | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Monte Carlo simulation (Scenario 1)[3] | | | Monte Carlo simulation (Scenario 2)[4] | | |
| | | | $P_{2.5}$, in μg/L | $P_{50}$, in μg/L | $P_{97.5}$, in μg/L | $P_{2.5}$, in μg/L | $P_{50}$, in μg/L | $P_{97.5}$, in μg/L |
| 1–12 | Jan–Dec 1951 | | | | **WTP not operating** | | | |
| 13 | Jan 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 | Feb 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 | Mar 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 | Apr 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 | May 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 | June 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 | July 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 | Aug 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 | Sept 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 | Oct 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 | Nov 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 | Dec 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 | Jan 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 | Feb 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 | Mar 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 | Apr 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 29 | May 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 | June 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 31 | July 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 32 | Aug 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 33 | Sept 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 34 | Oct 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 35 | Nov 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 36 | Dec 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 37 | Jan 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 38 | Feb 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 39 | Mar 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 40 | Apr 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 41 | May 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 42 | June 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 43 | July 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 44 | Aug 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 45 | Sept 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 46 | Oct 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 47 | Nov 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 48 | Dec 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 49 | Jan 1955 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50 | Feb 1955 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 51 | Mar 1955 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 52 | Apr 1955 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.01 |
| 53 | May 1955 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.01 |
| 54 | June 1955 | 0.01 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.01 |
| 55 | July 1955 | 0.01 | 0.00 | 0.01 | 0.02 | 0.00 | 0.01 | 0.02 |
| 56 | Aug 1955 | 0.01 | 0.00 | 0.01 | 0.03 | 0.00 | 0.01 | 0.02 |
| 57 | Sept 1955 | 0.02 | 0.00 | 0.01 | 0.04 | 0.00 | 0.01 | 0.03 |
| 58 | Oct 1955 | 0.03 | 0.01 | 0.02 | 0.05 | 0.01 | 0.02 | 0.04 |
| 59 | Nov 1955 | 0.04 | 0.01 | 0.03 | 0.07 | 0.01 | 0.03 | 0.07 |
| 60 | Dec 1955 | 0.06 | 0.01 | 0.04 | 0.09 | 0.01 | 0.03 | 0.09 |

**Chapter I: Parameter Sensitivity, Uncertainty, and Variability Associated with Model Simulations of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water** 1

CLJA_WATERMODELING_01-09_0000033309

**Attachment 4: ATSDR Response to DON Letter of June 19, 2008**

**Appendix I5.** Simulated concentrations of tetrachloroethylene in finished water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina.—Continued

[PCE, tetrachloroethylene; µg/L, microgram per liter; $P_{2.5}$, Monte Carlo simulation results for the 2.5 percentile; $P_{50}$, Monte Carlo simulation results for the 50 percentile; $P_{97.5}$, Monte Carlo simulation results for the 97.5 percentile; WTP, water treatment plant; Jan, January; Feb, February; Mar, March; Apr, April; Aug, August; Sept, September; Oct, October; Dec, December]

| Stress period | Month and year | Calibrated PCE concentration, in µg/L [1] | Range of concentrations derived from Monte Carlo simulations [2] | | | | | |
| | | | Monte Carlo simulation (Scenario 1) [3] | | | Monte Carlo simulation (Scenario 2) [4] | | |
| | | | $P_{2.5}$, in µg/L | $P_{50}$, in µg/L | $P_{97.5}$, in µg/L | $P_{2.5}$, in µg/L | $P_{50}$, in µg/L | $P_{97.5}$, in µg/L |
|---|---|---|---|---|---|---|---|---|
| 61 | Jan 1956 | 0.08 | 0.02 | 0.05 | 0.12 | 0.02 | 0.04 | 0.12 |
| 62 | Feb 1956 | 0.10 | 0.02 | 0.07 | 0.16 | 0.02 | 0.06 | 0.15 |
| 63 | Mar 1956 | 0.13 | 0.03 | 0.09 | 0.21 | 0.03 | 0.08 | 0.18 |
| 64 | Apr 1956 | 0.17 | 0.04 | 0.12 | 0.26 | 0.04 | 0.10 | 0.24 |
| 65 | May 1956 | 0.23 | 0.05 | 0.15 | 0.33 | 0.05 | 0.12 | 0.29 |
| 66 | June 1956 | 0.29 | 0.07 | 0.20 | 0.42 | 0.06 | 0.15 | 0.34 |
| 67 | July 1956 | 0.36 | 0.09 | 0.25 | 0.52 | 0.08 | 0.18 | 0.41 |
| 68 | Aug 1956 | 0.46 | 0.12 | 0.31 | 0.65 | 0.10 | 0.23 | 0.51 |
| 69 | Sept 1956 | 0.57 | 0.15 | 0.38 | 0.79 | 0.13 | 0.29 | 0.65 |
| 70 | Oct 1956 | 0.70 | 0.18 | 0.47 | 0.96 | 0.16 | 0.35 | 0.78 |
| 71 | Nov 1956 | 0.85 | 0.23 | 0.57 | 1.16 | 0.22 | 0.47 | 1.03 |
| 72 | Dec 1956 | 1.04 | 0.28 | 0.69 | 1.38 | 0.24 | 0.54 | 1.14 |
| 73 | Jan 1957 | 1.25 | 0.35 | 0.83 | 1.63 | 0.31 | 0.63 | 1.38 |
| 74 | Feb 1957 | 1.47 | 0.41 | 0.97 | 1.89 | 0.37 | 0.77 | 1.69 |
| 75 | Mar 1957 | 1.74 | 0.49 | 1.16 | 2.21 | 0.43 | 0.88 | 1.84 |
| 76 | Apr 1957 | 2.04 | 0.59 | 1.36 | 2.57 | 0.53 | 1.09 | 2.08 |
| 77 | May 1957 | 2.39 | 0.70 | 1.59 | 2.97 | 0.60 | 1.20 | 2.40 |
| 78 | June 1957 | 2.77 | 0.83 | 1.84 | 3.40 | 0.64 | 1.31 | 2.51 |
| 79 | July 1957 | 3.21 | 0.98 | 2.12 | 3.87 | 0.74 | 1.50 | 3.08 |
| 80 | Aug 1957 | 3.69 | 1.15 | 2.45 | 4.42 | 0.87 | 1.73 | 3.38 |
| 81 | Sept 1957 | 4.21 | 1.33 | 2.80 | 4.99 | 1.07 | 2.11 | 3.83 |
| 82 | Oct 1957 | 4.79 | 1.54 | 3.20 | 5.64 | 1.20 | 2.31 | 4.48 |
| 83 | Nov 1957 | 5.41 | 1.77 | 3.61 | 6.32 | 1.46 | 2.95 | 5.33 |
| 84 | Dec 1957 | 6.10 | 2.02 | 4.08 | 7.07 | 1.61 | 3.08 | 5.81 |
| 85 | Jan 1958 | 6.86 | 2.29 | 4.60 | 7.87 | 1.81 | 3.43 | 6.42 |
| 86 | Feb 1958 | 7.60 | 2.57 | 5.11 | 8.67 | 2.04 | 3.97 | 7.10 |
| 87 | Mar 1958 | 8.47 | 2.88 | 5.71 | 9.58 | 2.36 | 4.36 | 7.74 |
| 88 | Apr 1958 | 9.37 | 3.22 | 6.33 | 10.56 | 2.68 | 5.04 | 8.73 |
| 89 | May 1958 | 10.37 | 3.61 | 7.02 | 11.61 | 2.99 | 5.37 | 9.15 |
| 90 | June 1958 | 11.39 | 4.00 | 7.73 | 12.67 | 2.98 | 5.43 | 9.32 |
| 91 | July 1958 | 12.91 | 4.59 | 8.78 | 14.26 | 4.03 | 6.88 | 11.46 |
| 92 | Aug 1958 | 14.12 | 5.09 | 9.61 | 15.49 | 4.55 | 7.67 | 12.57 |
| 93 | Sept 1958 | 15.35 | 5.62 | 10.47 | 16.74 | 4.62 | 8.07 | 13.12 |
| 94 | Oct 1958 | 16.69 | 6.19 | 11.39 | 18.13 | 5.24 | 8.98 | 14.89 |
| 95 | Nov 1958 | 18.03 | 6.79 | 12.32 | 19.54 | 5.71 | 9.88 | 16.33 |
| 96 | Dec 1958 | 19.49 | 7.45 | 13.33 | 21.07 | 6.32 | 10.83 | 17.27 |
| 97 | Jan 1959 | 20.97 | 8.11 | 14.36 | 22.62 | 6.84 | 11.56 | 18.53 |
| 98 | Feb 1959 | 22.35 | 8.77 | 15.34 | 23.97 | 7.74 | 12.87 | 20.40 |
| 99 | Mar 1959 | 23.92 | 9.53 | 16.47 | 25.59 | 7.80 | 13.07 | 20.81 |
| 100 | Apr 1959 | 25.49 | 10.24 | 17.59 | 27.22 | 8.26 | 14.30 | 23.52 |
| 101 | May 1959 | 27.15 | 11.08 | 18.81 | 29.01 | 8.82 | 15.02 | 23.60 |
| 102 | June 1959 | 28.81 | 11.94 | 20.01 | 30.78 | 10.46 | 16.86 | 25.74 |
| 103 | July 1959 | 30.56 | 12.79 | 21.37 | 32.69 | 11.14 | 17.71 | 27.35 |
| 104 | Aug 1959 | 32.36 | 13.70 | 22.77 | 34.63 | 12.06 | 18.88 | 28.65 |
| 105 | Sept 1959 | 34.14 | 14.62 | 24.11 | 36.56 | 12.39 | 19.29 | 28.82 |
| 106 | Oct 1959 | 36.01 | 15.60 | 25.59 | 38.60 | 13.35 | 20.99 | 31.36 |
| 107 | Nov 1959 | 37.85 | 16.60 | 27.04 | 40.57 | 13.30 | 22.66 | 35.03 |
| 108 | Dec 1959 | 39.78 | 17.68 | 28.50 | 42.59 | 14.48 | 23.99 | 36.02 |

**Historical Reconstruction of Drinking-Water Contamination at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina**

Case 7:23-cv-00897-RJ    Document 357-7    Filed 04/29/25    Page 49 of 65

CLJA_WATERMODELING_01-09_0000033310

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

**Attachment 4: ATSDR Response to DON Letter of June 19, 2008**

**Appendix I5.** Simulated concentrations of tetrachloroethylene in finished water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina.—Continued

[PCE, tetrachloroethylene; µg/L, microgram per liter; $P_{2.5}$, Monte Carlo simulation results for the 2.5 percentile; $P_{50}$, Monte Carlo simulation results for the 50 percentile; $P_{97.5}$, Monte Carlo simulation results for the 97.5 percentile; WTP, water treatment plant; Jan, January; Feb, February; Mar, March; Apr, April; Aug, August; Sept, September; Oct, October; Dec, December]

| Stress period | Month and year | Calibrated PCE concentration, in µg/L[1] | Range of concentrations derived from Monte Carlo simulations[2] | | | | | |
| | | | Monte Carlo simulation (Scenario 1)[3] | | | Monte Carlo simulation (Scenario 2)[4] | | |
| | | | $P_{2.5}$ in µg/L | $P_{50}$ in µg/L | $P_{97.5}$ in µg/L | $P_{2.5}$ in µg/L | $P_{50}$ in µg/L | $P_{97.5}$ in µg/L |
|---|---|---|---|---|---|---|---|---|
| 109 | Jan 1960 | 41.86 | 18.82 | 30.15 | 44.74 | 15.99 | 24.99 | 38.89 |
| 110 | Feb 1960 | 43.85 | 19.92 | 31.62 | 46.80 | 16.98 | 27.00 | 41.00 |
| 111 | Mar 1960 | 46.03 | 21.13 | 33.16 | 49.07 | 17.85 | 26.94 | 41.01 |
| 112 | Apr 1960 | 48.15 | 22.35 | 34.81 | 51.31 | 18.45 | 29.03 | 43.84 |
| 113 | May 1960 | 50.37 | 23.59 | 36.60 | 53.65 | 19.84 | 30.13 | 44.48 |
| 114 | June 1960 | 52.51 | 24.80 | 38.35 | 55.92 | 22.20 | 33.22 | 47.21 |
| 115 | July 1960 | 54.74 | 26.08 | 40.12 | 58.27 | 23.30 | 34.55 | 50.18 |
| 116 | Aug 1960 | 56.96 | 27.37 | 42.13 | 60.60 | 24.49 | 36.32 | 51.82 |
| 117 | Sept 1960 | 59.09 | 28.64 | 43.80 | 62.82 | 24.27 | 35.66 | 51.64 |
| 118 | Oct 1960 | 61.30 | 29.98 | 45.51 | 65.09 | 26.27 | 38.51 | 55.86 |
| 119 | Nov 1960 | 63.42 | 31.31 | 47.25 | 67.22 | 26.43 | 40.46 | 59.79 |
| 120 | Dec 1960 | 65.61 | 32.81 | 48.96 | 69.64 | 26.91 | 43.02 | 60.66 |
| 121 | Jan 1961 | 67.69 | 34.22 | 50.74 | 71.88 | 28.21 | 43.30 | 63.65 |
| 122 | Feb 1961 | 69.54 | 35.52 | 52.42 | 73.96 | 30.97 | 45.69 | 70.43 |
| 123 | Mar 1961 | 71.56 | 36.93 | 54.16 | 76.28 | 31.47 | 45.72 | 66.14 |
| 124 | Apr 1961 | 73.49 | 38.31 | 55.82 | 78.51 | 32.33 | 47.92 | 70.86 |
| 125 | May 1961 | 75.49 | 39.76 | 57.54 | 80.74 | 32.37 | 49.12 | 70.32 |
| 126 | June 1961 | 77.39 | 41.04 | 59.14 | 82.99 | 38.28 | 53.02 | 73.49 |
| 127 | July 1961 | 79.36 | 42.45 | 60.87 | 84.92 | 36.88 | 54.13 | 75.55 |
| 128 | Aug 1961 | 81.32 | 43.86 | 62.61 | 86.79 | 38.78 | 56.07 | 77.30 |
| 129 | Sept 1961 | 83.19 | 45.25 | 64.23 | 88.82 | 38.62 | 54.74 | 76.56 |
| 130 | Oct 1961 | 85.11 | 46.69 | 65.85 | 90.84 | 40.37 | 58.11 | 80.91 |
| 131 | Nov 1961 | 86.95 | 48.10 | 67.44 | 92.75 | 39.55 | 59.92 | 87.09 |
| 132 | Dec 1961 | 88.84 | 49.61 | 69.03 | 94.71 | 42.20 | 62.63 | 86.40 |
| 133 | Jan 1962 | 60.88 | 34.23 | 47.47 | 64.96 | 27.60 | 42.46 | 62.20 |
| 134 | Feb 1962 | 62.10 | 35.17 | 48.52 | 66.43 | 30.36 | 45.91 | 68.03 |
| 135 | Mar 1962 | 62.94 | 35.84 | 49.35 | 67.26 | 31.00 | 45.13 | 66.06 |
| 136 | Apr 1962 | 63.59 | 36.33 | 50.10 | 68.07 | 32.57 | 48.08 | 68.30 |
| 137 | May 1962 | 64.17 | 36.80 | 50.73 | 68.98 | 31.10 | 46.57 | 66.06 |
| 138 | June 1962 | 64.70 | 37.21 | 51.33 | 69.81 | 29.45 | 43.47 | 61.90 |
| 139 | July 1962 | 65.23 | 37.65 | 51.82 | 70.45 | 28.63 | 44.36 | 62.01 |
| 140 | Aug 1962 | 65.74 | 38.07 | 52.41 | 71.23 | 29.87 | 45.14 | 64.88 |
| 141 | Sept 1962 | 66.22 | 38.47 | 52.91 | 71.97 | 32.00 | 47.51 | 67.91 |
| 142 | Oct 1962 | 66.71 | 38.89 | 53.53 | 72.74 | 30.29 | 47.30 | 68.59 |
| 143 | Nov 1962 | 67.18 | 39.30 | 54.16 | 73.38 | 35.13 | 53.53 | 77.51 |
| 144 | Dec 1962 | 67.65 | 39.72 | 54.77 | 74.05 | 33.21 | 50.53 | 75.06 |
| 145 | Jan 1963 | 68.06 | 40.19 | 55.24 | 74.67 | 32.41 | 49.74 | 74.10 |
| 146 | Feb 1963 | 68.39 | 40.63 | 55.56 | 75.17 | 34.46 | 52.70 | 77.58 |
| 147 | Mar 1963 | 68.73 | 41.15 | 56.03 | 75.76 | 35.61 | 52.41 | 73.73 |
| 148 | Apr 1963 | 69.03 | 41.66 | 56.47 | 76.32 | 36.91 | 55.39 | 79.81 |
| 149 | May 1963 | 69.33 | 42.03 | 56.98 | 77.17 | 34.47 | 53.02 | 77.36 |
| 150 | June 1963 | 69.62 | 42.25 | 57.46 | 77.94 | 34.18 | 49.23 | 70.00 |
| 151 | July 1963 | 69.90 | 42.45 | 57.98 | 78.48 | 32.75 | 49.62 | 71.03 |
| 152 | Aug 1963 | 70.17 | 42.67 | 58.43 | 79.00 | 34.06 | 51.05 | 73.06 |
| 153 | Sept 1963 | 70.43 | 42.87 | 58.82 | 79.47 | 36.62 | 52.90 | 76.53 |
| 154 | Oct 1963 | 70.69 | 43.17 | 59.15 | 79.90 | 36.26 | 52.47 | 77.15 |
| 155 | Nov 1963 | 70.93 | 43.60 | 59.49 | 80.31 | 38.46 | 59.09 | 84.58 |
| 156 | Dec 1963 | 71.17 | 43.90 | 59.88 | 80.88 | 36.71 | 56.06 | 80.60 |

Case 7:23-cv-00897-RJ     Document 357-7     Filed 04/29/25     Page 50 of 65

CLJA_WATERMODELING_01-09_0000033311

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

**Attachment 4: ATSDR Response to DON Letter of June 19, 2008**

**Appendix I5.** Simulated concentrations of tetrachloroethylene in finished water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina.—Continued

[PCE, tetrachloroethylene; µg/L, microgram per liter; $P_{2.5}$, Monte Carlo simulation results for the 2.5 percentile; $P_{50}$, Monte Carlo simulation results for the 50 percentile; $P_{97.5}$, Monte Carlo simulation results for the 97.5 percentile; WTP, water treatment plant; Jan, January; Feb, February; Mar, March; Apr, April; Aug, August; Sept, September; Oct, October; Dec, December]

| Stress period | Month and year | Calibrated PCE concentration, in µg/L[1] | Range of concentrations derived from Monte Carlo simulations[2] | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Monte Carlo simulation (Scenario 1)[3] | | | Monte Carlo simulation (Scenario 2)[4] | | |
| | | | $P_{2.5'}$ in µg/L | $P_{50'}$ in µg/L | $P_{97.5'}$ in µg/L | $P_{2.5'}$ in µg/L | $P_{50'}$ in µg/L | $P_{97.5'}$ in µg/L |
| 157 | Jan 1964 | 71.40 | 44.18 | 60.32 | 81.34 | 35.81 | 55.22 | 80.71 |
| 158 | Feb 1964 | 63.77 | 39.66 | 54.00 | 72.84 | 37.51 | 58.47 | 83.80 |
| 159 | Mar 1964 | 63.95 | 39.92 | 54.36 | 73.38 | 37.37 | 57.84 | 81.58 |
| 160 | Apr 1964 | 64.08 | 40.09 | 54.68 | 73.85 | 40.30 | 60.39 | 85.06 |
| 161 | May 1964 | 64.19 | 40.31 | 54.98 | 74.28 | 39.56 | 57.23 | 84.15 |
| 162 | June 1964 | 64.27 | 40.51 | 55.23 | 74.64 | 37.14 | 53.54 | 75.21 |
| 163 | July 1964 | 64.34 | 40.61 | 55.45 | 74.98 | 35.59 | 54.24 | 76.87 |
| 164 | Aug 1964 | 64.39 | 40.68 | 55.64 | 75.27 | 37.29 | 55.12 | 77.08 |
| 165 | Sept 1964 | 64.43 | 40.75 | 55.82 | 75.62 | 39.55 | 57.96 | 80.84 |
| 166 | Oct 1964 | 64.47 | 40.81 | 56.00 | 75.94 | 38.57 | 56.64 | 78.51 |
| 167 | Nov 1964 | 64.49 | 40.88 | 56.18 | 76.19 | 42.49 | 63.10 | 91.13 |
| 168 | Dec 1964 | 64.50 | 40.96 | 56.36 | 76.45 | 39.06 | 59.01 | 88.36 |
| 169 | Jan 1965 | 64.50 | 41.10 | 56.58 | 76.70 | 37.87 | 59.05 | 88.52 |
| 170 | Feb 1965 | 64.49 | 41.12 | 56.70 | 76.94 | 39.46 | 61.35 | 94.71 |
| 171 | Mar 1965 | 64.47 | 41.14 | 56.78 | 77.17 | 41.20 | 60.99 | 89.98 |
| 172 | Apr 1965 | 64.45 | 41.16 | 56.92 | 77.24 | 42.66 | 64.07 | 93.10 |
| 173 | May 1965 | 64.42 | 41.20 | 57.06 | 77.13 | 41.03 | 61.17 | 87.07 |
| 174 | June 1965 | 64.38 | 41.23 | 57.20 | 77.34 | 36.64 | 56.23 | 81.33 |
| 175 | July 1965 | 64.33 | 41.26 | 57.22 | 77.80 | 38.15 | 57.32 | 81.83 |
| 176 | Aug 1965 | 64.27 | 41.14 | 57.22 | 77.91 | 38.93 | 57.04 | 84.04 |
| 177 | Sept 1965 | 64.20 | 41.03 | 57.22 | 77.92 | 41.40 | 60.36 | 84.29 |
| 178 | Oct 1965 | 64.13 | 40.92 | 57.30 | 78.03 | 38.84 | 59.61 | 87.79 |
| 179 | Nov 1965 | 64.05 | 40.85 | 57.34 | 78.10 | 44.47 | 66.00 | 95.45 |
| 180 | Dec 1965 | 63.97 | 40.78 | 57.39 | 78.10 | 39.95 | 61.88 | 91.31 |
| 181 | Jan 1966 | 63.88 | 40.81 | 57.48 | 78.26 | 39.34 | 61.61 | 91.59 |
| 182 | Feb 1966 | 63.79 | 40.88 | 57.54 | 78.38 | 42.06 | 64.63 | 99.81 |
| 183 | Mar 1966 | 63.68 | 41.01 | 57.62 | 78.45 | 41.44 | 63.87 | 94.47 |
| 184 | Apr 1966 | 63.57 | 41.20 | 57.61 | 78.33 | 43.72 | 66.91 | 97.21 |
| 185 | May 1966 | 63.46 | 41.28 | 57.64 | 78.43 | 42.05 | 64.21 | 91.37 |
| 186 | June 1966 | 63.34 | 41.40 | 57.70 | 78.44 | 38.28 | 58.86 | 86.56 |
| 187 | July 1966 | 63.21 | 41.54 | 57.70 | 78.65 | 39.70 | 58.20 | 87.29 |
| 188 | Aug 1966 | 63.08 | 41.69 | 57.74 | 78.94 | 39.57 | 60.11 | 87.73 |
| 189 | Sept 1966 | 62.94 | 41.79 | 57.79 | 78.91 | 41.82 | 62.94 | 91.60 |
| 190 | Oct 1966 | 62.80 | 41.73 | 57.82 | 78.87 | 40.67 | 60.35 | 90.52 |
| 191 | Nov 1966 | 62.65 | 41.67 | 57.78 | 78.78 | 44.43 | 68.76 | 99.82 |
| 192 | Dec 1966 | 62.50 | 41.60 | 57.82 | 78.70 | 40.92 | 63.19 | 97.26 |
| 193 | Jan 1967 | 62.25 | 41.42 | 57.70 | 78.67 | 40.95 | 62.45 | 96.88 |
| 194 | Feb 1967 | 61.99 | 41.20 | 57.61 | 78.56 | 41.00 | 66.51 | 98.39 |
| 195 | Mar 1967 | 61.67 | 40.98 | 57.36 | 78.37 | 43.47 | 64.42 | 95.01 |
| 196 | Apr 1967 | 61.35 | 40.74 | 57.12 | 78.11 | 44.75 | 66.63 | 97.65 |
| 197 | May 1967 | 61.02 | 40.52 | 56.84 | 77.78 | 42.71 | 64.23 | 95.11 |
| 198 | June 1967 | 60.69 | 40.22 | 56.65 | 77.54 | 38.89 | 58.53 | 86.55 |
| 199 | July 1967 | 60.37 | 40.03 | 56.43 | 77.45 | 38.46 | 59.64 | 87.57 |
| 200 | Aug 1967 | 60.05 | 39.87 | 56.26 | 77.39 | 39.01 | 59.72 | 89.18 |
| 201 | Sept 1967 | 59.74 | 39.69 | 56.04 | 77.26 | 40.93 | 61.91 | 90.19 |
| 202 | Oct 1967 | 59.43 | 39.49 | 55.86 | 77.12 | 40.30 | 60.56 | 90.27 |
| 203 | Nov 1967 | 59.13 | 39.31 | 55.71 | 76.98 | 44.01 | 68.01 | 99.90 |
| 204 | Dec 1967 | 58.83 | 39.12 | 55.50 | 76.83 | 41.94 | 63.60 | 97.99 |

**Historical Reconstruction of Drinking-Water Contamination at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina**

CLJA_WATERMODELING_01-09_0000033312

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

**Attachment 4: ATSDR Response to DON Letter of June 19, 2008**

**Appendix I5.** Simulated concentrations of tetrachloroethylene in finished water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina.—Continued

[PCE, tetrachloroethylene; µg/L, microgram per liter; $P_{2.5}$, Monte Carlo simulation results for the 2.5 percentile; $P_{50}$, Monte Carlo simulation results for the 50 percentile; $P_{97.5}$, Monte Carlo simulation results for the 97.5 percentile; WTP, water treatment plant; Jan, January; Feb, February; Mar, March; Apr, April; Aug, August; Sept, September; Oct, October; Dec, December]

| Stress period | Month and year | Calibrated PCE concentration, in µg/L[1] | Range of concentrations derived from Monte Carlo simulations[2] | | | | | |
| | | | Monte Carlo simulation (Scenario 1)[3] | | | Monte Carlo simulation (Scenario 2)[4] | | |
| | | | $P_{2.5}$ in µg/L | $P_{50}$ in µg/L | $P_{97.5}$ in µg/L | $P_{2.5}$ in µg/L | $P_{50}$ in µg/L | $P_{97.5}$ in µg/L |
|---|---|---|---|---|---|---|---|---|
| 205 | Jan 1968 | 58.41 | 38.91 | 55.32 | 76.43 | 40.60 | 63.04 | 98.22 |
| 206 | Feb 1968 | 57.95 | 38.69 | 55.12 | 75.94 | 39.51 | 63.91 | 98.67 |
| 207 | Mar 1968 | 57.43 | 38.44 | 54.74 | 75.51 | 41.62 | 63.54 | 94.21 |
| 208 | Apr 1968 | 56.94 | 38.22 | 54.56 | 75.12 | 42.61 | 65.79 | 99.98 |
| 209 | May 1968 | 56.45 | 37.99 | 54.20 | 74.61 | 39.39 | 62.35 | 92.79 |
| 210 | June 1968 | 55.98 | 37.72 | 53.86 | 74.13 | 37.49 | 57.23 | 84.15 |
| 211 | July 1968 | 55.49 | 37.46 | 53.50 | 73.63 | 37.51 | 56.92 | 83.56 |
| 212 | Aug 1968 | 55.02 | 37.31 | 53.27 | 73.27 | 37.52 | 58.08 | 84.83 |
| 213 | Sept 1968 | 54.58 | 37.16 | 53.00 | 73.05 | 40.06 | 60.24 | 89.84 |
| 214 | Oct 1968 | 54.13 | 36.94 | 52.72 | 72.83 | 37.61 | 59.46 | 87.96 |
| 215 | Nov 1968 | 53.71 | 36.71 | 52.49 | 72.61 | 42.84 | 64.11 | 96.77 |
| 216 | Dec 1968 | 53.28 | 36.45 | 52.16 | 72.34 | 39.36 | 60.93 | 93.74 |
| 217 | Jan 1969 | 53.07 | 36.40 | 52.03 | 72.40 | 37.42 | 60.60 | 90.38 |
| 218 | Feb 1969 | 52.97 | 36.41 | 52.07 | 72.32 | 38.68 | 63.83 | 100.33 |
| 219 | Mar 1969 | 52.94 | 36.41 | 52.21 | 72.23 | 40.85 | 62.20 | 90.15 |
| 220 | Apr 1969 | 52.93 | 36.50 | 52.33 | 72.58 | 41.71 | 63.74 | 95.37 |
| 221 | May 1969 | 52.93 | 36.55 | 52.41 | 72.94 | 40.51 | 60.54 | 94.64 |
| 222 | June 1969 | 52.92 | 36.59 | 52.49 | 73.24 | 37.99 | 56.86 | 82.85 |
| 223 | July 1969 | 52.90 | 36.61 | 52.54 | 73.52 | 35.02 | 57.32 | 85.75 |
| 224 | Aug 1969 | 52.86 | 36.63 | 52.71 | 73.77 | 36.90 | 57.85 | 85.34 |
| 225 | Sept 1969 | 52.81 | 36.64 | 52.74 | 73.98 | 39.74 | 59.97 | 89.19 |
| 226 | Oct 1969 | 52.75 | 36.64 | 52.75 | 74.13 | 37.64 | 59.44 | 92.22 |
| 227 | Nov 1969 | 55.19 | 38.34 | 55.24 | 77.72 | 36.74 | 55.89 | 84.87 |
| 228 | Dec 1969 | 55.19 | 38.30 | 55.23 | 77.70 | 32.94 | 51.96 | 81.13 |
| 229 | Jan 1970 | 55.01 | 38.10 | 55.14 | 77.54 | 32.78 | 50.97 | 81.62 |
| 230 | Feb 1970 | 54.79 | 37.97 | 55.03 | 77.34 | 33.13 | 52.80 | 83.08 |
| 231 | Mar 1970 | 54.49 | 37.71 | 54.76 | 77.08 | 32.85 | 52.72 | 79.35 |
| 232 | Apr 1970 | 54.20 | 37.46 | 54.48 | 76.72 | 34.85 | 54.22 | 82.26 |
| 233 | May 1970 | 53.90 | 37.21 | 54.17 | 76.27 | 33.91 | 51.26 | 78.11 |
| 234 | June 1970 | 53.61 | 37.01 | 53.91 | 75.89 | 29.54 | 47.08 | 71.71 |
| 235 | July 1970 | 53.32 | 36.82 | 53.59 | 75.68 | 28.77 | 46.80 | 72.48 |
| 236 | Aug 1970 | 53.04 | 36.64 | 53.32 | 75.44 | 29.60 | 47.37 | 70.90 |
| 237 | Sept 1970 | 52.78 | 36.47 | 53.06 | 75.25 | 31.55 | 49.00 | 74.82 |
| 238 | Oct 1970 | 52.53 | 36.31 | 52.78 | 75.02 | 30.14 | 48.10 | 73.55 |
| 239 | Nov 1970 | 52.29 | 36.19 | 52.67 | 74.93 | 32.50 | 53.01 | 81.51 |
| 240 | Dec 1970 | 52.05 | 36.05 | 52.54 | 74.88 | 32.47 | 48.94 | 76.35 |
| 241 | Jan 1971 | 51.96 | 35.96 | 52.53 | 75.02 | 30.00 | 48.86 | 77.29 |
| 242 | Feb 1971 | 51.93 | 35.90 | 52.50 | 75.19 | 32.51 | 50.78 | 80.73 |
| 243 | Mar 1971 | 51.95 | 35.87 | 52.60 | 75.42 | 32.25 | 49.82 | 78.27 |
| 244 | Apr 1971 | 51.99 | 35.86 | 52.73 | 75.65 | 32.74 | 52.65 | 81.01 |
| 245 | May 1971 | 52.03 | 35.86 | 52.88 | 75.88 | 30.15 | 49.32 | 76.96 |
| 246 | June 1971 | 52.08 | 35.85 | 52.86 | 76.11 | 29.02 | 45.87 | 72.87 |
| 247 | July 1971 | 52.12 | 35.92 | 52.88 | 76.35 | 29.03 | 45.64 | 72.37 |
| 248 | Aug 1971 | 52.16 | 35.93 | 52.97 | 76.52 | 29.30 | 46.61 | 71.75 |
| 249 | Sept 1971 | 52.20 | 35.93 | 53.07 | 76.72 | 30.33 | 48.38 | 74.56 |
| 250 | Oct 1971 | 52.23 | 35.95 | 53.13 | 76.91 | 29.27 | 46.98 | 73.25 |
| 251 | Nov 1971 | 52.26 | 35.98 | 53.25 | 77.05 | 32.40 | 52.55 | 82.47 |
| 252 | Dec 1971 | 52.29 | 35.91 | 53.28 | 77.28 | 30.91 | 49.57 | 76.35 |

**Chapter I: Parameter Sensitivity, Uncertainty, and Variability Associated with Model Simulations of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water**   **5**

Case 7:23-cv-00897-RJ     Document 357-7     Filed 04/29/25     Page 52 of 65

**Attachment 4: ATSDR Response to DON Letter of June 19, 2008**

**Appendix I5.** Simulated concentrations of tetrachloroethylene in finished water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina.—Continued

[PCE, tetrachloroethylene; µg/L, microgram per liter; P$_{2.5}$, Monte Carlo simulation results for the 2.5 percentile; P$_{50}$, Monte Carlo simulation results for the 50 percentile; P$_{97.5}$, Monte Carlo simulation results for the 97.5 percentile; WTP, water treatment plant; Jan, January; Feb, February; Mar, March; Apr, April; Aug, August; Sept, September; Oct, October; Dec, December]

| Stress period | Month and year | Calibrated PCE concentration, in µg/L[1] | Range of concentrations der ved from Monte Carlo simulations[2] | | | | | |
| | | | Monte Carlo simulation (Scenario 1)[3] | | | Monte Carlo simulation (Scenario 2)[4] | | |
| | | | P$_{2.5'}$ in µg/L | P$_{50'}$ in µg/L | P$_{97.5'}$ in µg/L | P$_{2.5'}$ in µg/L | P$_{50'}$ in µg/L | P$_{97.5'}$ in µg/L |
|---|---|---|---|---|---|---|---|---|
| 253 | Jan 1972 | 49.34 | 33.93 | 50.30 | 73.12 | 29.17 | 48.14 | 77.82 |
| 254 | Feb 1972 | 49.01 | 33.72 | 50.06 | 72.93 | 30.19 | 50.33 | 81.13 |
| 255 | Mar 1972 | 48.68 | 33.47 | 49.71 | 72.72 | 31.69 | 48.44 | 75.80 |
| 256 | Apr 1972 | 48.40 | 33.25 | 49.54 | 72.47 | 30.79 | 50.77 | 79.48 |
| 257 | May 1972 | 48.14 | 33.10 | 49.27 | 72.26 | 30.44 | 48.53 | 73.97 |
| 258 | June 1972 | 47.90 | 32.98 | 49.08 | 72.17 | 27.68 | 44.98 | 68.87 |
| 259 | July 1972 | 47.67 | 32.85 | 48.97 | 72.02 | 27.13 | 43.58 | 66.62 |
| 260 | Aug 1972 | 47.45 | 32.72 | 48.78 | 71.78 | 26.91 | 43.63 | 68.46 |
| 261 | Sept 1972 | 47.25 | 32.60 | 48.69 | 71.47 | 28.10 | 46.38 | 72.80 |
| 262 | Oct 1972 | 47.05 | 32.49 | 48.58 | 71.34 | 28.15 | 44.90 | 70.07 |
| 263 | Nov 1972 | 46.87 | 32.41 | 48.43 | 71.26 | 30.68 | 49.80 | 78.83 |
| 264 | Dec 1972 | 46.69 | 32.29 | 48.21 | 71.16 | 28.36 | 46.21 | 76.56 |
| 265 | Jan 1973 | 54.28 | 37.52 | 56.04 | 82.79 | 27.54 | 44.70 | 72.51 |
| 266 | Feb 1973 | 54.19 | 37.39 | 55.96 | 82.69 | 29.05 | 47.31 | 78.50 |
| 267 | Mar 1973 | 53.98 | 37.15 | 55.78 | 82.35 | 28.09 | 46.20 | 73.11 |
| 268 | Apr 1973 | 53.76 | 36.91 | 55.44 | 81.94 | 28.95 | 46.73 | 77.52 |
| 269 | May 1973 | 53.52 | 36.68 | 55.24 | 81.51 | 26.12 | 45.17 | 70.36 |
| 270 | June 1973 | 53.30 | 36.46 | 55.22 | 81.10 | 25.61 | 40.75 | 66.70 |
| 271 | July 1973 | 53.08 | 36.24 | 55.12 | 80.74 | 25.25 | 40.82 | 63.84 |
| 272 | Aug 1973 | 52.87 | 36.03 | 54.99 | 80.59 | 25.02 | 41.47 | 64.39 |
| 273 | Sept 1973 | 52.68 | 35.84 | 54.88 | 80.46 | 26.43 | 43.33 | 68.68 |
| 274 | Oct 1973 | 52.51 | 35.66 | 54.87 | 80.34 | 26.17 | 41.28 | 65.28 |
| 275 | Nov 1973 | 52.35 | 35.49 | 54.80 | 80.25 | 27.77 | 45.41 | 72.92 |
| 276 | Dec 1973 | 52.20 | 35.33 | 54.72 | 80.17 | 25.66 | 42.21 | 68.89 |
| 277 | Jan 1974 | 52.43 | 35.41 | 54.97 | 80.49 | 25.72 | 42.62 | 69.65 |
| 278 | Feb 1974 | 52.82 | 35.59 | 55.42 | 80.98 | 26.19 | 43.80 | 72.53 |
| 279 | Mar 1974 | 53.39 | 35.86 | 55.92 | 81.66 | 25.08 | 42.86 | 68.49 |
| 280 | Apr 1974 | 53.99 | 36.16 | 56.60 | 82.41 | 28.14 | 45.59 | 71.28 |
| 281 | May 1974 | 54.63 | 36.49 | 57.21 | 83.20 | 25.84 | 42.70 | 72.49 |
| 282 | June 1974 | 55.25 | 36.80 | 57.69 | 84.15 | 25.00 | 40.00 | 64.50 |
| 283 | July 1974 | 55.90 | 37.13 | 58.15 | 85.07 | 24.17 | 40.57 | 65.57 |
| 284 | Aug 1974 | 56.53 | 37.50 | 58.85 | 85.98 | 24.29 | 40.75 | 65.98 |
| 285 | Sept 1974 | 57.10 | 37.85 | 59.43 | 86.86 | 27.22 | 43.16 | 69.98 |
| 286 | Oct 1974 | 57.70 | 38.22 | 60.00 | 87.74 | 25.22 | 42.68 | 67.27 |
| 287 | Nov 1974 | 58.30 | 38.56 | 60.59 | 88.58 | 28.99 | 47.52 | 76.53 |
| 288 | Dec 1974 | 58.92 | 38.98 | 61.11 | 89.45 | 25.07 | 44.15 | 72.46 |
| 289 | Jan 1975 | 61.00 | 40.30 | 63.17 | 92.62 | 27.61 | 45.83 | 75.73 |
| 290 | Feb 1975 | 61.24 | 40.39 | 63.33 | 92.97 | 28.46 | 48.17 | 80.43 |
| 291 | Mar 1975 | 61.41 | 40.51 | 63.43 | 93.20 | 28.98 | 46.39 | 77.50 |
| 292 | Apr 1975 | 61.57 | 40.61 | 63.45 | 93.38 | 29.37 | 48.59 | 82.56 |
| 293 | May 1975 | 61.72 | 40.78 | 63.62 | 93.32 | 28.00 | 46.55 | 76.49 |
| 294 | June 1975 | 61.88 | 40.92 | 63.77 | 93.48 | 24.95 | 42.93 | 67.44 |
| 295 | July 1975 | 62.05 | 41.05 | 64.04 | 93.91 | 25.59 | 42.20 | 68.93 |
| 296 | Aug 1975 | 62.25 | 41.13 | 64.22 | 94.27 | 26.21 | 42.72 | 68.78 |
| 297 | Sept 1975 | 62.46 | 41.20 | 64.36 | 94.54 | 25.88 | 44.92 | 73.09 |
| 298 | Oct 1975 | 62.69 | 41.18 | 64.65 | 94.84 | 26.24 | 43.56 | 70.58 |
| 299 | Nov 1975 | 62.92 | 41.12 | 64.91 | 95.15 | 27.40 | 49.02 | 80.06 |
| 300 | Dec 1975 | 63.18 | 41.12 | 65.11 | 95.44 | 26.23 | 45.41 | 76.07 |

**6**

**Historical Reconstruction of Drinking-Water Contamination at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina**

Case 7:23-cv-00897-RJ    Document 357-7    Filed 04/29/25    Page 53 of 65

CLJA_WATERMODELING_01-09_0000033314

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

## Attachment 4: ATSDR Response to DON Letter of June 19, 2008

**Appendix I5.** Simulated concentrations of tetrachloroethylene in finished water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina.—Continued

[PCE, tetrachloroethylene; µg/L, microgram per liter; $P_{2.5}$, Monte Carlo simulation results for the 2.5 percentile; $P_{50}$, Monte Carlo simulation results for the 50 percentile; $P_{97.5}$, Monte Carlo simulation results for the 97.5 percentile; WTP, water treatment plant; Jan, January; Feb, February; Mar, March; Apr, April; Aug, August; Sept, September; Oct, October; Dec, December]

| Stress period | Month and year | Calibrated PCE concentration, in µg/L[1] | Range of concentrations derived from Monte Carlo simulations[2] | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Monte Carlo simulation (Scenario 1)[3] | | | Monte Carlo simulation (Scenario 2)[4] | | |
| | | | $P_{2.5}$ in µg/L | $P_{50}$ in µg/L | $P_{97.5}$ in µg/L | $P_{2.5}$ in µg/L | $P_{50}$ in µg/L | $P_{97.5}$ in µg/L |
| 301 | Jan 1976 | 73.96 | 48.06 | 76.13 | 111.62 | 27.44 | 47.37 | 78.75 |
| 302 | Feb 1976 | 74.94 | 48.64 | 77.01 | 112.96 | 28.08 | 50.08 | 82.73 |
| 303 | Mar 1976 | 75.97 | 49.28 | 77.88 | 114.29 | 30.00 | 49.48 | 77.65 |
| 304 | Apr 1976 | 76.97 | 49.90 | 78.87 | 115.66 | 29.89 | 51.83 | 83.45 |
| 305 | May 1976 | 78.00 | 50.66 | 79.94 | 117.25 | 28.96 | 49.32 | 81.75 |
| 306 | June 1976 | 79.02 | 51.42 | 80.86 | 118.78 | 27.37 | 44.69 | 74.98 |
| 307 | July 1976 | 80.07 | 52.20 | 81.82 | 120.35 | 28.29 | 45.16 | 75.62 |
| 308 | Aug 1976 | 81.13 | 52.86 | 82.70 | 121.82 | 27.95 | 46.57 | 76.48 |
| 309 | Sept 1976 | 82.17 | 53.51 | 83.71 | 123.46 | 29.17 | 49.14 | 79.62 |
| 310 | Oct 1976 | 83.25 | 54.25 | 84.81 | 124.74 | 28.92 | 48.10 | 80.30 |
| 311 | Nov 1976 | 84.31 | 55.09 | 85.76 | 126.00 | 31.09 | 53.61 | 90.47 |
| 312 | Dec 1976 | 85.41 | 55.90 | 86.67 | 127.61 | 28.21 | 50.51 | 82.95 |
| 313 | Jan 1977 | 86.61 | 56.70 | 87.66 | 129.36 | 28.88 | 49.71 | 81.57 |
| 314 | Feb 1977 | 87.70 | 57.45 | 88.70 | 131.09 | 30.18 | 52.13 | 85.43 |
| 315 | Mar 1977 | 88.91 | 58.14 | 89.80 | 133.02 | 29.18 | 51.65 | 83.61 |
| 316 | Apr 1977 | 90.10 | 58.86 | 90.90 | 134.30 | 32.23 | 54.40 | 88.91 |
| 317 | May 1977 | 91.32 | 59.61 | 91.86 | 135.48 | 30.43 | 50.86 | 86.19 |
| 318 | June 1977 | 92.53 | 60.38 | 93.08 | 136.61 | 28.97 | 47.43 | 78.24 |
| 319 | July 1977 | 93.75 | 61.24 | 94.29 | 137.80 | 29.03 | 47.45 | 77.48 |
| 320 | Aug 1977 | 94.99 | 62.11 | 95.48 | 139.43 | 28.20 | 48.28 | 81.51 |
| 321 | Sept 1977 | 96.20 | 62.97 | 96.44 | 140.89 | 30.24 | 50.29 | 85.19 |
| 322 | Oct 1977 | 97.42 | 63.86 | 97.49 | 142.51 | 28.33 | 51.14 | 82.53 |
| 323 | Nov 1977 | 98.62 | 64.58 | 98.62 | 144.08 | 32.33 | 56.02 | 92.86 |
| 324 | Dec 1977 | 99.84 | 65.31 | 99.65 | 145.59 | 29.86 | 53.22 | 90.47 |
| 325 | Jan 1978 | 101.18 | 66.16 | 101.09 | 147.13 | 44.02 | 75.70 | 120.92 |
| 326 | Feb 1978 | 102.77 | 67.25 | 102.62 | 148.91 | 39.93 | 67.26 | 112.31 |
| 327 | Mar 1978 | 103.04 | 67.39 | 103.04 | 149.08 | 52.50 | 84.64 | 133.87 |
| 328 | Apr 1978 | 104.31 | 68.24 | 104.52 | 150.32 | 46.79 | 76.94 | 126.94 |
| 329 | May 1978 | 105.19 | 68.81 | 105.34 | 151.12 | 50.49 | 85.95 | 136.76 |
| 330 | June 1978 | 106.88 | 70.00 | 107.10 | 153.19 | 42.45 | 73.13 | 119.19 |
| 331 | July 1978 | 107.95 | 70.77 | 108.05 | 154.56 | 45.08 | 75.24 | 121.43 |
| 332 | Aug 1978 | 108.69 | 71.12 | 108.58 | 155.63 | 48.54 | 80.46 | 135.92 |
| 333 | Sept 1978 | 109.61 | 71.68 | 109.40 | 156.91 | 48.81 | 83.51 | 139.85 |
| 334 | Oct 1978 | 111.18 | 72.89 | 110.78 | 158.60 | 44.55 | 75.04 | 121.83 |
| 335 | Nov 1978 | 111.08 | 72.99 | 110.76 | 158.33 | 59.23 | 100.40 | 162.58 |
| 336 | Dec 1978 | 111.93 | 73.52 | 111.71 | 159.48 | 58.45 | 100.01 | 162.64 |
| 337 | Jan 1979 | 113.14 | 74.30 | 112.93 | 161.01 | 57.81 | 95.20 | 164.77 |
| 338 | Feb 1979 | 114.05 | 74.80 | 113.75 | 162.04 | 58.23 | 99.50 | 166.62 |
| 339 | Mar 1979 | 114.98 | 75.32 | 114.60 | 163.14 | 59.21 | 101.26 | 162.26 |
| 340 | Apr 1979 | 115.82 | 76.01 | 115.14 | 164.14 | 64.03 | 105.77 | 169.77 |
| 341 | May 1979 | 116.68 | 76.83 | 115.85 | 165.22 | 60.49 | 104.49 | 166.33 |
| 342 | June 1979 | 117.47 | 77.56 | 116.62 | 166.12 | 57.29 | 95.08 | 158.63 |
| 343 | July 1979 | 118.29 | 78.22 | 117.32 | 166.52 | 60.76 | 97.83 | 159.43 |
| 344 | Aug 1979 | 119.08 | 78.87 | 117.95 | 167.11 | 60.40 | 101.30 | 162.28 |
| 345 | Sept 1979 | 119.83 | 79.50 | 118.62 | 167.82 | 67.04 | 105.09 | 167.67 |
| 346 | Oct 1979 | 120.59 | 80.14 | 119.49 | 168.59 | 63.07 | 104.48 | 172.01 |
| 347 | Nov 1979 | 121.31 | 80.74 | 120.12 | 169.34 | 74.24 | 119.14 | 191.45 |
| 348 | Dec 1979 | 122.04 | 81.35 | 120.77 | 170.09 | 68.90 | 113.89 | 186.42 |

**Chapter I: Parameter Sensitivity, Uncertainty, and Variability Associated with Model Simulations of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water**

7

CLJA_WATERMODELING_01-09_0000033315

**Attachment 4: ATSDR Response to DON Letter of June 19, 2008**

**Appendix I5.** Simulated concentrations of tetrachloroethylene in finished water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina.—Continued

[PCE, tetrachloroethylene; μg/L, microgram per liter; $P_{2.5}$, Monte Carlo simulation results for the 2.5 percentile; $P_{50}$, Monte Carlo simulation results for the 50 percentile; $P_{97.5}$, Monte Carlo simulation results for the 97.5 percentile; WTP, water treatment plant; Jan, January; Feb, February; Mar, March; Apr, April; Aug, August; Sept, September; Oct, October; Dec, December]

| Stress period | Month and year | Calibrated PCE concentration, in μg/L[1] | Range of concentrations derived from Monte Carlo simulations[2] | | | | | |
| | | | Monte Carlo simulation (Scenario 1)[3] | | | Monte Carlo simulation (Scenario 2)[4] | | |
| | | | $P_{2.5}$, in μg/L | $P_{50}$, in μg/L | $P_{97.5}$, in μg/L | $P_{2.5}$, in μg/L | $P_{50}$, in μg/L | $P_{97.5}$, in μg/L |
|---|---|---|---|---|---|---|---|---|
| 349 | Jan 1980 | 123.28 | 82.20 | 122.09 | 171.34 | 61.30 | 101.54 | 159.81 |
| 350 | Feb 1980 | 122.98 | 81.93 | 121.80 | 171.45 | 77.70 | 131.23 | 206.13 |
| 351 | Mar 1980 | 124.03 | 82.63 | 122.99 | 172.63 | 67.73 | 114.94 | 183.21 |
| 352 | Apr 1980 | 123.90 | 82.42 | 123.27 | 172.41 | 86.02 | 143.61 | 229.05 |
| 353 | May 1980 | 124.69 | 82.89 | 123.73 | 173.81 | 85.23 | 138.95 | 220.28 |
| 354 | June 1980 | 125.83 | 83.92 | 124.67 | 175.54 | 80.14 | 128.55 | 203.28 |
| 355 | July 1980 | 0.72 | 0.10 | 0.43 | 1.67 | 0.06 | 0.32 | 1.22 |
| 356 | Aug 1980 | 0.75 | 0.11 | 0.45 | 1.73 | 0.07 | 0.34 | 1.28 |
| 357 | Sept 1980 | 121.36 | 80.64 | 120.61 | 170.25 | 74.54 | 128.20 | 195.86 |
| 358 | Oct 1980 | 121.72 | 80.95 | 121.00 | 170.55 | 82.88 | 137.09 | 215.09 |
| 359 | Nov 1980 | 122.14 | 81.32 | 121.73 | 171.07 | 89.83 | 145.35 | 231.15 |
| 360 | Dec 1980 | 122.95 | 81.96 | 122.56 | 171.97 | 87.97 | 143.51 | 226.80 |
| 361 | Jan 1981 | 114.05 | 76.20 | 113.83 | 159.33 | 81.35 | 131.65 | 210.19 |
| 362 | Feb 1981 | 114.39 | 76.42 | 114.22 | 159.76 | 71.73 | 120.32 | 185.47 |
| 363 | Mar 1981 | 115.60 | 77.32 | 115.10 | 161.62 | 65.38 | 104.23 | 164.75 |
| 364 | Apr 1981 | 116.55 | 78.07 | 116.07 | 163.34 | 61.89 | 101.55 | 158.35 |
| 365 | May 1981 | 117.30 | 78.64 | 116.91 | 164.52 | 63.14 | 99.62 | 156.29 |
| 366 | June 1981 | 118.36 | 79.53 | 117.92 | 165.37 | 54.95 | 86.73 | 140.98 |
| 367 | July 1981 | 133.29 | 89.77 | 132.96 | 186.08 | 58.22 | 92.47 | 142.21 |
| 368 | Aug 1981 | 134.31 | 90.57 | 133.94 | 187.73 | 59.68 | 95.47 | 151.17 |
| 369 | Sept 1981 | 120.72 | 81.40 | 120.32 | 168.91 | 58.90 | 98.56 | 150.82 |
| 370 | Oct 1981 | 121.04 | 81.71 | 120.86 | 169.57 | 61.42 | 99.80 | 157.59 |
| 371 | Nov 1981 | 121.41 | 82.04 | 121.17 | 170.30 | 60.76 | 101.36 | 158.08 |
| 372 | Dec 1981 | 121.81 | 82.41 | 121.56 | 171.08 | 63.30 | 102.27 | 160.36 |
| 373 | Jan 1982 | 103.95 | 70.61 | 103.86 | 145.41 | 55.35 | 91.05 | 141.55 |
| 374 | Feb 1982 | 105.86 | 71.96 | 105.76 | 147.68 | 56.60 | 92.63 | 140.40 |
| 375 | Mar 1982 | 107.52 | 73.05 | 107.51 | 149.67 | 59.57 | 93.91 | 147.10 |
| 376 | Apr 1982 | 108.83 | 74.01 | 108.79 | 151.25 | 58.43 | 97.00 | 147.50 |
| 377 | May 1982 | 148.50 | 101.45 | 147.91 | 206.23 | 66.65 | 107.89 | 166.05 |
| 378 | June 1982 | 110.78 | 75.70 | 110.41 | 153.60 | 61.01 | 99.03 | 151.27 |
| 379 | July 1982 | 111.98 | 76.77 | 111.69 | 154.90 | 62.24 | 97.91 | 154.37 |
| 380 | Aug 1982 | 113.07 | 77.74 | 112.66 | 156.03 | 63.70 | 99.09 | 152.90 |
| 381 | Sept 1982 | 114.04 | 78.49 | 113.60 | 157.00 | 65.21 | 100.91 | 153.98 |
| 382 | Oct 1982 | 114.60 | 79.03 | 114.14 | 157.69 | 67.41 | 108.99 | 165.07 |
| 383 | Nov 1982 | 113.87 | 78.41 | 113.67 | 157.37 | 88.82 | 142.12 | 223.75 |
| 384 | Dec 1982 | 115.16 | 79.21 | 114.95 | 158.89 | 79.98 | 128.05 | 193.75 |
| 385 | Jan 1983 | 1.25 | 0.25 | 0.75 | 2.48 | 0.17 | 0.61 | 1.90 |
| 386 | Feb 1983 | 1.29 | 0.27 | 0.78 | 2.56 | 0.18 | 0.63 | 1.94 |
| 387 | Mar 1983 | 111.76 | 77.09 | 112.19 | 156.29 | 78.57 | 123.82 | 194.41 |
| 388 | Apr 1983 | 112.66 | 77.92 | 112.99 | 157.31 | 74.18 | 119.77 | 182.63 |
| 389 | May 1983 | 113.97 | 79.21 | 114.10 | 158.82 | 70.85 | 117.76 | 174.86 |
| 390 | June 1983 | 106.10 | 74.18 | 106.03 | 147.67 | 68.30 | 103.53 | 162.13 |
| 391 | July 1983 | 116.70 | 81.48 | 116.62 | 162.17 | 66.41 | 108.10 | 166.88 |
| 392 | Aug 1983 | 117.72 | 82.09 | 117.54 | 163.39 | 67.97 | 107.12 | 161.29 |
| 393 | Sept 1983 | 117.83 | 82.03 | 117.63 | 163.40 | 76.74 | 120.27 | 183.16 |
| 394 | Oct 1983 | 117.97 | 82.03 | 117.88 | 163.53 | 84.95 | 133.04 | 207.24 |
| 395 | Nov 1983 | 118.63 | 82.60 | 118.70 | 164.81 | 89.04 | 142.71 | 224.56 |
| 396 | Dec 1983 | 120.78 | 84.23 | 120.74 | 167.35 | 72.65 | 113.38 | 171.38 |

**Historical Reconstruction of Drinking-Water Contamination at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina**

Case 7:23-cv-00897-RJ    Document 357-7    Filed 04/29/25    Page 55 of 65

CLJA_WATERMODELING_01-09_0000033316

## Attachment 4: ATSDR Response to DON Letter of June 19, 2008

**Appendix I5.** Simulated concentrations of tetrachloroethylene in finished water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina.—Continued

[PCE, tetrachloroethylene; μg/L, microgram per liter; $P_{2.5}$, Monte Carlo simulation results for the 2.5 percentile; $P_{50}$, Monte Carlo simulation results for the 50 percentile; $P_{97.5}$, Monte Carlo simulation results for the 97.5 percentile; WTP, water treatment plant; Jan, January; Feb, February; Mar, March; Apr, April; Aug, August; Sept, September; Oct, October; Dec, December]

| Stress period | Month and year | Calibrated PCE concentration, in μg/L[1] | Range of concentrations derived from Monte Carlo simulations[2] | | | | | |
| | | | Monte Carlo simulation (Scenario 1)[3] | | | Monte Carlo simulation (Scenario 2)[4] | | |
| | | | $P_{2.5}$, in μg/L | $P_{50}$, in μg/L | $P_{97.5}$, in μg/L | $P_{2.5}$, in μg/L | $P_{50}$, in μg/L | $P_{97.5}$, in μg/L |
|---|---|---|---|---|---|---|---|---|
| 397 | Jan 1984 | 132.87 | 92.63 | 133.27 | 185.03 | 103.04 | 159.84 | 247.01 |
| 398 | Feb 1984 | 180.39 | 126.52 | 180.97 | 249.43 | 94.25 | 150.35 | 230.69 |
| 399 | Mar 1984 | 183.02 | 128.61 | 183.55 | 252.50 | 99.38 | 159.70 | 240.42 |
| 400 | Apr 1984 | 151.46 | 106.37 | 151.54 | 208.97 | 97.90 | 155.71 | 236.45 |
| 401 | May 1984 | 153.42 | 107.63 | 153.20 | 211.58 | 92.85 | 146.63 | 220.85 |
| 402 | June 1984 | 182.13 | 127.45 | 181.99 | 250.57 | 94.11 | 152.75 | 228.36 |
| 403 | July 1984 | 156.39 | 109.41 | 156.40 | 214.58 | 101.95 | 160.97 | 234.39 |
| 404 | Aug 1984 | 170.47 | 106.73 | 158.25 | 238.65 | 108.76 | 168.54 | 261.54 |
| 405 | Sept 1984 | 181.22 | 113.28 | 168.51 | 253.93 | 117.53 | 184.30 | 295.64 |
| 406 | Oct 1984 | 173.73 | 108.42 | 161.84 | 245.02 | 120.12 | 182.33 | 281.84 |
| 407 | Nov 1984 | 173.77 | 108.41 | 161.92 | 245.70 | 124.18 | 187.60 | 287.36 |
| 408 | Dec 1984 | 173.18 | 107.82 | 161.69 | 246.06 | 127.85 | 193.50 | 301.23 |
| 409 | Jan 1985 | 176.12 | 109.98 | 164.71 | 251.48 | 122.98 | 187.00 | 293.19 |
| 410 | Feb 1985 | 3.64 | 1.13 | 2.67 | 6.57 | 0.47 | 1.41 | 3.74 |
| 411 | Mar 1985 | 8.71 | 3.21 | 6.58 | 14.79 | 8.83 | 20.01 | 41.59 |
| 412 | Apr 1985 | 8.09 | 2.99 | 6.16 | 13.70 | 9.00 | 20.41 | 42.30 |
| 413 | May 1985 | 4.76 | 1.50 | 3.46 | 8.36 | 0.58 | 1.68 | 4.47 |
| 414 | June 1985 | 5.14 | 1.65 | 3.80 | 9.21 | 0.64 | 1.81 | 4.78 |
| 415 | July 1985 | 5.54 | 1.80 | 4.12 | 10.04 | 0.69 | 1.96 | 5.12 |
| 416 | Aug 1985 | 6.01 | 1.98 | 4.50 | 10.97 | 0.76 | 2.14 | 5.56 |
| 417 | Sept 1985 | 6.50 | 2.19 | 4.88 | 11.89 | 0.83 | 2.30 | 6.03 |
| 418 | Oct 1985 | 7.06 | 2.43 | 5.33 | 12.88 | 0.92 | 2.53 | 6.53 |
| 419 | Nov 1985 | 7.64 | 2.68 | 5.78 | 13.90 | 1.02 | 2.76 | 7.07 |
| 420 | Dec 1985 | 8.27 | 2.93 | 6.32 | 14.99 | 1.13 | 3.00 | 7.59 |
| 421 | Jan 1986 | 8.85 | 3.18 | 6.82 | 15.87 | 1.24 | 3.22 | 8.14 |
| 422 | Feb 1986 | 9.42 | 3.45 | 7.30 | 16.67 | 1.35 | 3.46 | 8.69 |
| 423 | Mar 1986 | 12.14 | 4.55 | 9.43 | 21.18 | 1.85 | 4.67 | 11.50 |
| 424 | Apr 1986 | 10.83 | 4.09 | 8.44 | 18.71 | 1.64 | 4.08 | 9.90 |
| 425 | May 1986 | 11.56 | 4.42 | 9.06 | 19.63 | 1.79 | 4.41 | 10.49 |
| 426 | June 1986 | 12.28 | 4.77 | 9.70 | 20.59 | 1.94 | 4.76 | 11.08 |
| 427 | July 1986 | 13.06 | 5.14 | 10.35 | 21.75 | 2.11 | 5.12 | 11.77 |
| 428 | Aug 1986 | 13.84 | 5.54 | 11.01 | 23.04 | 2.29 | 5.51 | 12.50 |
| 429 | Sept 1986 | 14.61 | 5.90 | 11.70 | 24.30 | 2.49 | 5.89 | 13.19 |
| 430 | Oct 1986 | 15.42 | 6.28 | 12.41 | 25.59 | 2.71 | 6.33 | 13.94 |
| 431 | Nov 1986 | 16.21 | 6.66 | 13.11 | 26.70 | 2.93 | 6.73 | 14.77 |
| 432 | Dec 1986 | 17.03 | 7.06 | 13.77 | 27.86 | 3.17 | 7.20 | 15.65 |
| 433 | Jan 1987 | 17.85 | 7.47 | 14.46 | 29.04 | 3.41 | 7.66 | 16.46 |
| 434 | Feb 1987 | 18.49 | 7.82 | 15.02 | 29.91 | 3.62 | 8.04 | 17.16 |
| 435 | Mar 1987 | | | | WTP closed | | | |

[1] Results from Faye (2008) and reported in Maslia et al. (2007, Appendix A2)

[2] $P_{97.5}$ and $P_{2.5}$ represent the upper and lower bound, respectively, of 95 percent of Monte Carlo simulations; for a Gaussian (normal) distribution, the median ($P_{50}$) should equal the mean value

[3] Scenario 1 Monte Carlo simulation is for pumping uncertainty excluded

[4] Scenario 2 Monte Carlo simulation is for pumping uncertainty included

**Chapter I: Parameter Sensitivity, Uncertainty, and Variability Associated with Model Simulations of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water**     **9**

Case 7:23-cv-00897-RJ    Document 357-7    Filed 04/29/25    Page 56 of 65

CLJA_WATERMODELING_01-09_0000033317

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

RESPONSE TO THE DEPARTMENT OF THE NAVY'S LETTER ON ASSESSMENT OF ATSDR WATER MODELING FOR TARAWA TERRACE

ATTACHMENT 5: A PRACTICAL METHOD TO EVALUATE GROUND WATER PLUME STABILITY (RICKER 2008)

CLJA_WATERMODELING_01-09_0000033318

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

Ground Water
# Monitoring&Remediation

# A Practical Method to Evaluate Ground Water Contaminant Plume Stability

*by Joseph A. Ricker*

## Abstract

Evaluating plume stability is important for the evaluation of natural attenuation of dissolved chemicals in ground water. When characterizing ground water contaminant plumes, there are numerous methods for evaluating concentration data. Typically, the data are tabulated and ground water concentrations presented on a site figure. Contaminant concentration isopleth maps are typically developed to evaluate temporal changes in the plume boundaries, and plume stability is often assessed by conducting trend analyses for individual monitoring wells. However, it is becoming more important to understand and effectively communicate the nature of the entire plume in terms of its stability (i.e., is the plume growing, shrinking, or stable?). This article presents a method for evaluating plume stability using innovative techniques to calculate and assess historical trends in various plume characteristics, including area, average concentration, contaminant mass, and center of mass. Contaminant distribution isopleths are developed for several sampling events, and the characteristics mentioned previously are calculated for each event using numerical methods and engineering principles. A statistical trend analysis is then performed on the calculated values to assess the plume stability. The methodology presented here has been used at various contaminated sites to effectively evaluate the stability of contaminant plumes comprising tetrachloroethene, carbon tetrachloride, pentachlorophenol, creosote, naphthalene, benzene, and chlordane. Although other methods for assessing contaminant plume stability exist, this method has been shown to be efficient, reliable, and applicable to any site with an established monitoring well network and multiple years of analytical data.

## Introduction

Evaluating plume stability is important for the evaluation of natural attenuation of dissolved chemicals in ground water. U.S. EPA (1998) states that the primary line of evidence in evaluating natural attenuation is historical ground water chemistry data that demonstrate a clear and meaningful trend of decreasing contaminant mass and/or concentration over time at appropriate monitoring or sampling points. When characterizing ground water contaminant plumes, there are numerous methods for evaluating concentration data.

Wiedemeier et al. (2000) discussed common approaches for evaluating plume stability using both graphical and statistical techniques. Graphical methods include the following: (1) the preparation of contaminant concentration isopleth maps; (2) plotting concentration data vs. time for individual monitoring wells; and (3) plotting concentration data vs. distance downgradient for several monitoring wells. Common statistical methods for evaluation of

temporal and spatial trends include regression analysis (U.S. EPA 2006), the Mann-Whitney $U$-test (Mann and Whitney 1947), and the Mann-Kendall test (U.S. EPA 2006; Gilbert 1987).

Graphical plume stability analysis by comparing isopleth maps over time can provide compelling visual evidence for natural attenuation. However, a comparison of apparent plume size over time does not always provide a complete analysis. Consider, for example, the case of a plume that discharges to a surface water body, or a plume geometry that is persistent over time. In this case, the plume area would remain relatively unchanged, whereas the overall plume average concentration and mass may be decreasing. The change in plume mass would not be necessarily reflected in the visual analysis of isopleth maps. However, a quantitative analysis of changes in overall plume concentration and mass would provide a better understanding of the plume stability.

A common approach for evaluating plume stability is the use of statistical analysis techniques for single-well data. However, chemical concentration trends at individual monitoring wells may show different trends. For example, at a given site, there may be wells exhibiting decreasing

Copyright © 2008 The Author(s)
Journal compilation © 2008 National Ground Water Association.

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

RESPONSE TO THE DEPARTMENT OF THE NAVY'S LETTER ON ASSESSMENT OF ATSDR WATER MODELING FOR TARAWA TERRACE

ATTACHMENT 6: OBSERVED AND SIMULATED WATER LEVELS, MODEL LAYER 1, AND CALIBRATION TARGETS FOR (*A*) PREDEVELOPMENT (STEADY STATE) CONDITIONS AND (*B*) TRANSIENT CONDITIONS, 1951–1994, TARAWA TERRACE AND VICINITY, U.S. MARINE CORPS BASE CAMP LEJEUNE, NORTH CAROLINA (FROM MASLIA ET AL. 2007B, FIGURE A10)

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

Attachment 6: ATSDR response to DON letter of June 19, 2008



SIMULATED WATER LEVEL, IN FEET

a. Predevelopment (steady state)

b. Transient, 1951–1994

OBSERVED WATER LEVEL, IN FEET ABOVE OR BELOW (–)
NATIONAL GEODETIC VERTICAL DATUM OF 1929

EXPLANATION

—— Line of equality

— — Calibration target, monitor-well data ± 3 feet

----- Calibration target, supply-well data ± 12 feet

• Monitor well and simulated paired data point

+ Supply well and simulated paired data point

CLJA_WATERMODELING_01-09_0000033321

RESPONSE TO THE DEPARTMENT OF THE NAVY'S LETTER ON ASSESSMENT OF ATSDR WATER MODELING FOR TARAWA TERRACE

ATTACHMENT 7: SUMMARY OF CALIBRATION TARGETS AND RESULTING CALIBRATION STATISTICS FOR SIMULATION MODELS USED TO RECONSTRUCT HISTORICAL CONTAMINATION EVENTS AT TARAWA TERRACE AND VICINITY, U.S. MARINE CORPS BASE CAMP LEJEUNE, NORTH CAROLINA (FROM MASLIA ET AL. 2007B, TABLE A8)

**Table A8.** Summary of calibration targets and resulting calibration statistics for simulation models used to reconstruct historical contamination events at Tarawa Terrace and vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina.

| Calibration level[1,2] | Analysis type | Calibration target[3] | Resulting calibration statistics[4] | [5]Number of paired data points (N) |
|---|---|---|---|---|
| 1 | Predevelopment (no pumping) groundwater flow | Magnitude of head difference: 3 feet | $\lvert \overline{\Delta h} \rvert$ = 1.9 ft<br>$\sigma$ = 1.5 ft<br>$RMS$ = 2.1 ft | 59 |
| 2 | Transient groundwater flow— monitor wells | Magnitude of head difference: 3 feet | $\lvert \overline{\Delta h} \rvert$ = 1.4 ft<br>$\sigma$ = 0.9 ft<br>$RMS$ = 1.7 ft | 263 |
| | Transient groundwater flow— supply wells | Magnitude of head difference: 12 feet | $\lvert \overline{\Delta h} \rvert$ = 7.1 ft<br>$\sigma$ = 4.6 ft<br>$RMS$ = 8.5 ft | 526 |
| 3 | Contaminant fate and transport— supply wells | Concentration difference: ± one-half order of magnitude or model bias $(B_m)$ ranging from 0.3 to 3 | Geometric bias<br>[6]$B_g$ = 5.8/3.9 | [7]36 |
| 4 | Mixing model—treated water at water treatment plant | Concentration difference: ± one-half order of magnitude or model bias $(B_m)$ ranging from 0.3 to 3 | Geometric bias<br>$B_g$ = 1.5 | [8]25 |

[1]Refer to the Chapter C report (Faye and Valenzuela In press 2007) for calibration procedures and details on levels 1 and 2

[2]Refer to the Chapter F report (Faye In press 2007b) for calibration procedures and details on levels 3 and 4

[3]Head difference is defined as observed water level ($h_{obs}$) minus simulated water level ($h_{sim}$); Magnitude of head difference is defined as:
$\lvert \Delta h \rvert = \lvert h_{obs} - h_{sim} \rvert$; a concentration difference of ± one-half order of magnitude equates to a model bias of 0.3 to 3, where, $B_m$ = model bias and is defined as:
$B_m = C_{sim}/C_{obs}$, where $C_{sim}$ is the simulated concentration and $C_{obs}$ is the observed concentration; when $B_m$ = 1, the model exactly predicts the observed concentration, when $B_m$ > 1, the model overpredicts the concentration, and when $B_m$ < 1, the model underpredicts the concentration

[4]Average magnitude of head difference is defined as: $\overline{\lvert \Delta h \rvert} = \dfrac{1}{N}\sum_{i=1}^{N}\lvert \Delta h_i \rvert$ ; standard deviation of head difference is defined as: $\sigma = \sqrt{\dfrac{\sum_{i=1}^{N}\left(\Delta h_i - \overline{\Delta h}\right)^2}{N-1}}$ ,

where $\overline{\Delta h}$ is the mean or average of head difference; root-mean-square of head difference is defined as: $RMS = \left[\dfrac{1}{N}\sum_{i=1}^{N}\Delta h_i^{2}\right]^{\frac{1}{2}}$ ; geometric bias, $B_g$, is

defined as: $B_g = \exp\left[\dfrac{\sum_{i=1}^{N}\ln\left(B_{m,i}\right)}{N}\right]$ , where ln ( ) is the Naperian logarithm

[5]A paired data point is defined as any location with observed data that is associated with a model location for the purpose of comparing observed data with model results for water level or concentration

[6]$B_g$ = 5.8 computed using all water-supply wells listed in table A9; $B_g$ = 3.9 computed without considering water-supply well TT-23—See text for explanation

[7]Observed concentration of 17 samples recorded as nondetect (see Table A9) and are not used in computation of geometric bias

[8]Observed concentration of 15 samples recorded as nondetect (see Table A10) and are not used in computation of geometric bias

**RESPONSE TO THE DEPARTMENT OF THE NAVY'S LETTER ON ASSESSMENT OF ATSDR WATER MODELING FOR TARAWA TERRACE**

**ATTACHMENT 8: STOPPING (CONVERGENCE) CRITERIA RESULTS FOR MONTE CARLO SIMULATIONS (SCENARIO 1—PUMPING UNCERTAINTY EXCLUDED) SHOWN AS RELATIVE CHANGE IN: (*a*) ARITHMETIC MEAN OF PCE CONCENTRATION ($\overline{C}$), (*b*) STANDARD DEVIATION OF PCE CONCENTRATION ($\sigma C$), AND COEFFICIENT OF VARIATION OF PCE CONCENTRATION ($C_v$), TARAWA TERRACE AND VICINITY, U.S. MARINE CORPS BASE CAMP LEJEUNE, NORTH CAROLINA (FROM MASLIA ET AL. 2008, FIGURE I26)**

CLJA_WATERMODELING_01-09_0000033324

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons



**Figure I26.** Stopping (convergence) criteria results for Monte Carlo simulations (scenario 1—pumping uncertainty excluded) shown as relative change in: *(a)* arithmetic mean of PCE concentration ($\overline{C}$), *(b)* standard deviation of PCE concentration ($\sigma_c$), and *(c)* coefficient of variation of PCE concentration ($C_v$), Tarawa Terrace and vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina. [See Table I13 for mathematical formulae and definitions of metrics; PCE, tetrachloroethylene]

Case 7:23-cv-00897-RJ    Document 357-7    Filed 04/29/25    Page 64 of 65

CLJA_WATERMODELING_01-09_0000033325

Confidential – Contains Information Subject to Protective Order: Do Not Disclose to Unauthorized Persons

CLJA_WATERMODELING_01-09_0000033326