# EXHIBIT 8

Page 1

1       IN THE UNITED STATES DISTRICT COURT

2     FOR THE EASTERN DISTRICT OF NORTH CAROLINA

3                SOUTHERN DIVISION

4                No. 7:23-CV-00897

5    ---------------------------

6    IN RE:

7    CAMP LEJEUNE WATER LITIGATION

8

9    This Document Relates to:

10   ALL CASES

11   ---------------------------

12        EXPERT VIDEO-RECORDED DEPOSITION OF

13              LEONARD KONIKOW, PHD

14

15            Tuesday, February 25, 2025

16                  9:38 AM EST

17

18

19

20

21

22

23   Reported by:  Denise Dobner Vickery, CRR, RMR

24   Job No. MDLG7172979

1

2

3

4

5

6

7

8                         Tuesday, February 25, 2025

9                         9:38 AM EST

10

11            Video-Recorded Expert Deposition of

12   LEONARD KONIKOW, PHD, held in the conference room

13   of:

14

15            WASHINGTON DULLES MARRIOTT SUITES

16            13101 Worldgate Drive

17            Herndon, VA 20170

18

19

20            Pursuant to notice, before Denise

21   Dobner Vickery, Certified Realtime Reporter,

22   Registered Merit Reporter, and Notary Public in

23   and for the Commonwealth of Virginia.

24

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 3 of 455

1    APPEARANCES:

2

3    Representing the Plaintiffs Leadership Group:

4            MOTLEY RICE LLC

5            BY:  KEVIN R. DEAN, ESQ.

6            28 Bridgeside Boulevard

7            Mt. Pleasant, SC 29464

8            843.216.9239

9            kdean@motleyrice.com

10

11

12

13   Representing the Plaintiffs Leadership Group:

14           WEITZ & LUXENBERG

15           BY:  LAURA J. BAUGHMAN, ESQ.

16           700 Broadway

17           New York, NY 10003

18           212.558.5915

19           lbaughman@weitzlux.com

20

21

22

23

24

1    APPEARANCES:

2

3    Representing the United States of America:

4            U.S. DEPARTMENT OF JUSTICE

5            CIVIL DIVISION

6            BY:  HAROON ANWAR, ESQ.

7            BY:  KAILEY SILVERSTEIN, ESQ.

8            BY:  GIOVANNI ANTONUCCI, ESQ.

9            P.O. Box 340, Benjamin Franklin Station

10           Washington, DC 20044

11           202.616.4473

12           haroon.anwar@usdoj.gov

13           kailey.silverstein@usdoj.gov

14           giovanni.antonucci@usdoj.gov

15

16    ALSO PRESENT:

17           Gene Aronov, Videographer

18    PRESENT BY ZOOM:

19           Deanna Havai

             Dennis Reich

20           Tim Thompson

             Jeffrey Davis

21           Morris Maslia

             Devin Botlon

22           Bill Williams

             Alex Spiliotopoulos

23

24

1                    INDEX

2    EXAMINATION OF LEONARD KONIKOW, PHD        PAGE

3    BY MR. ANWAR                                 10

4    AFTERNOON SESSION                           162

5    BY MS. BAUGHMAN                             353

6              KONIKOW DEPOSITION EXHIBITS

7               (Attached to transcript.)

8    NUMBER                                     PAGE

9    EXHIBIT 1    Amended Notice of Deposition    18

10   EXHIBIT 2    Rebuttal to Reports of Dr. Alex  21

11                Spiliotopoulos and Dr. Remy J.C.

12                Hennet, Leonard F. Konikow,

13                January 13, 2025

14   EXHIBIT 3    January 2025 Rebuttal - Expert   25

15                Report of Leonard Konikow, PhD,

16                NAE, Materials Considered List,

17                January 21, 2025

18   EXHIBIT 4    Attachment A, Curriculum Vitae   35

19                of Leonard Konikow, PhD, NAE

20                Attachment B, Publications During

21                Past 10 Years, January 13, 2025

22   EXHIBIT 5    Leonard F. Konikow - Consultant   65

23                Invoice, Expert Peer Review, Camp

24                Lejeune groundwater contamination

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 6 of 455

```
 1              problem, October 21, 2024
 2              EXPERT_KONIKOW_0000000823 - 824
 3   EXHIBIT 6  Leonard F. Konikow - Consultant   65
 4              Invoice, Expert Peer Review, Camp
 5              Lejeune groundwater contamination
 6              problem, January 15, 2025
 7              EXPERT_KONIKOW_0000000825 - 827
 8   EXHIBIT 7  The Handbook of Groundwater       100
 9              Engineering, Chapter 20
10   EXHIBIT 8  ATSDR Chapter A: Summary of       132
11              Findings, July 2007
12              CLJA_HEALTHEFFECTS-0000221172 - 287
13   EXHIBIT 9  ATSDR Chapter A: Summary of       139
14              Findings, March 2013
15              CLJA_HEALTHEFFECTS-0000221326 - 513
16   EXHIBIT 10 Modeling Chloride Movement in     150
17              the Alluvial Aquifer at the Rocky
18              Mountain Arsenal, Colorado, 1977
19              By Leonard F. Konikow
20   EXHIBIT 11 History Matching to Determine the 156
21              Retardation of PCE in Ground Water
22              1992, By L. Rogers
23   EXHIBIT 12 Transcript of Expert Peer Review  166
24              Panel ATSDR's Historical
```

1          Reconstruction Analysis, Camp
2          Lejeune, NC, March 29, 2005
3          CLJA_WATERMODELING_01-0000064462- 663
4  EXHIBIT 13  Expert Panel Assessing ATSDR's    200
5          Methods and Analyses for Historical
6          Reconstruction of Groundwater
7          Resources and Distribution of
8          Drinking Water at Hadnot Point,
9          Holcomb Boulevard, and Vicinity,
10         U.S. Marine Corps Base Camp Lejeune,
11         North Carolina
12         CLJA_WATERMODELING_01-09-
13         0000001379-1537
14 EXHIBIT 14  Ground-Water Models: Validate Or  242
15         Invalidate By Bredehoeft and Konikow
16         Reprinted from Volume 31, No. 2, 1993
17 EXHIBIT 15  ATSDR Expert Panel Meeting        268
18         Analysis for Historical
19         Reconstruction of Groundwater
20         Resources and Distribution of
21         Drinking Water at Hadnot Point,
22         Holcomb Boulevard, and Vicinity,
23         U.S. Marine Corps Base Camp Lejeune,
24         North Carolina, April 29, 2009

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 8 of 455

```
 1   EXHIBIT 16   ATSDR Expert Panel Meeting          278
 2                Analysis for Historical
 3                Reconstruction of Groundwater
 4                Resources and Distribution of
 5                Drinking Water at Hadnot Point,
 6                Holcomb Boulevard, and Vicinity,
 7                U.S. Marine Corps Base Camp Lejeune,
 8                North Carolina, April 30, 2009
 9   EXHIBIT 17   ATSDR Chapter F: Simulation of     286
10                the Fate and Transport of
11                Tetrachloroethylene (PCE), 2008
12   EXHIBIT 18   Predictive Accuracy of a Ground-   293
13                Water Model - Lessons from a
14                Postaudit by Leonard F. Konikow, 1986
15   EXHIBIT 19   Letter of February 21, 2007 to     310
16                Dr. Konikow from Morris Maslia
17                EXPERT_KONIKOW_0000000006 - 21
18   EXHIBIT 20   ATSDR Responses to the Department 331
19                of the Navy's Letter, March 2009
20                CLJA_WATERMODELING_01-09_
21                0000033263 - 329
22   EXHIBIT 21   Exposure to Contaminants in        345
23                Water Supplies at Camp Lejeune
24                CLJA_HEALTHEFFECTS-0000000479 - 517
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 9 of 455

```
1                P R O C E E D I N G S
2                        - - -
3                THE VIDEOGRAPHER:  Good
4        morning.  We are now on the record.
5                My name is Gene Aronov.  I'm
6        videographer for Golkow Veritext
7        division.  Today's date is February 25th
8        and the time is 9:38 AM.
9                This video deposition is being
10       held at the Washington Dulles Marriott
11       Suites, 13101 Worldgate Drive, Herndon,
12       Virginia in the matter of Camp Lejeune
13       Water Litigation versus United States of
14       America for the Eastern District of North
15       Carolina.  The deponent is Leonard
16       Konikow.
17               Would counsel please introduce
18       themselves for the record.
19               MR. DEAN:  Good morning.
20       Kevin Dean on behalf of the Plaintiffs
21       Leadership Group and the witness.
22               MS. BAUGHMAN:  Laura Baughman
23       on behalf of Plaintiffs Leadership Group
24       and the witness.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 10 of 455

```
 1                 MR. ANWAR:  Haroon Anwar
 2       Department of Justice for the United
 3       States.
 4                 MR. ANTONUCCI:  Giovanni
 5       Antonucci for the United States.
 6                 MS. SILVERSTEIN:  Kailey
 7       Silverstein for the United States.
 8                 THE VIDEOGRAPHER:  The remote
 9       participants will be noted on the
10       stenographic record.
11                 The court reporter is Denise
12       Vickery will now swear in the witness.
13                         - - -
14                 LEONARD KONIKOW, PHD
15   called for examination, and, after having been
16   duly sworn, was examined and testified as
17   follows:
18                         - - -
19                   EXAMINATION
20                         - - -
21   BY MR. ANWAR:
22       Q.       Good morning, Dr. Konikow.
23       A.       Good morning.
24       Q.       My name is Haroon Anwar.  I am a
```

   Page 11

1    lawyer for the Department of Justice here to take

2    your deposition today in the Camp Lejeune Justice

3    Act Litigation.

4            A.      Okay.

5            Q.      Do you understand that?

6            A.      Yes.

7            Q.      Okay.  Have you ever sat for a

8    deposition before?

9            A.      One time.

10           Q.      Okay.  Well, you may recall that

11   experience, but I just wanted to go over some

12   ground rules to help the deposition today go as

13   smoothly as possible.

14           A.      Good.

15           Q.      First, you're -- you're under the

16   oath to tell the truth as if you were in an actual

17   court of law.

18           A.      Okay.

19           Q.      Do you understand that?

20           A.      Yes, I do.

21           Q.      And is there any reason, sitting

22   here today, that you would be unable to testify

23   truthfully?

24           A.      No.

                            Golkow Technologies,
877-370-3377                 A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 12 of 455

1     Q.     Okay.  We have a court reporter

2  sitting right next to you taking down everything,

3  typing down everything for the record.

4     A.     (Nods head).

5     Q.     To make life easier for her, if we

6  could avoid speaking over each other --

7     A.     Okay.

8     Q.     -- it will -- it will make for a

9  cleaner record and a happier court reporter.  She

10  can't get everything down when we're speaking over

11  each other.

12     A.     (Nods head).

13     Q.     Fair enough?

14     A.     Fair enough.

15     Q.     Okay.  And sort of corollary to that

16  is, to help with that, if you could pause or after

17  I ask my question, maybe pause for a second and

18  then respond.

19           Fair enough?

20     A.     Okay.

21     Q.     Okay.  If I ask a bad question or a

22  question that you need clarification on -- and

23  it's very possible I would do that today -- could

24  you let me know, please?

```
 1        A.        I will.
 2        Q.        Okay.  If you don't let me know, I
 3  will assume that you understood the question.
 4  Fair?
 5        A.        Yes.
 6        Q.        Okay.  Now, we'll be going for a few
 7  hours today.  If at any point you need a break,
 8  just let me know.  This isn't intended to be
 9  punishment.  The only -- the only stipulation I
10  would put on that is if there's a pending
11  question, I'd ask that you answer that question,
12  and then we can take a break.
13                  Fair enough?
14        A.        Yes.
15        Q.        Okay.  And I'll try to take a break
16  every hour or so anyway.
17        A.        Good.  Okay.
18        Q.        Now, I want to start by asking you
19  what you did to prepare for today's deposition.
20        A.        Well, a number of things.  Over the
21  past several weeks, I reviewed all of the reports
22  from ATSDR for the Tarawa Terrace model and Hadnot
23  Point/Holcomb Boulevard.
24                  Last week I flew down to South
```

Golkow Technologies,
A Veritext Division
877-370-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 14 of 455

1   Carolina to meet with these lawyers, a few other
2   lawyers, and Morris Maslia were there for
3   basically two days of meetings.  And then
4   yesterday I met with Kevin and Laura just to
5   discuss general questions, such as the things you
6   just pointed out to me and had to respond.
7          Q.      Sure.
8          A.      Yeah.
9          Q.      For the meeting last week, the
10  two-day meeting in South Carolina with the lawyers
11  and Mr. Maslia, was there anyone else present
12  besides lawyers and Mr. Maslia?
13         A.      Besides the lawyer -- there were
14  several lawyers and myself and that's -- that's
15  all I recall being there.
16         Q.      Okay.  No -- no non-lawyers other
17  than Mr. Maslia?
18         A.      No what?
19         Q.      No non-lawyers other than
20  Mr. Maslia?
21         A.      I don't believe so.
22         Q.      Did you review any documents during
23  that meeting?
24         A.      What do you mean by "reveal"?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 15 of 455

1      Q.      Did you review documents?

2      A.      Oh, review?

3      Q.      Correct.

4      A.      During the meeting?

5      Q.      During the meeting last -- last

6    week, the two-day meeting with the lawyers and

7    Mr. Maslia.

8      A.      We may have looked things up for to

9    check some facts, but I don't think there was

10   anything that was a review of a document

11   necessarily.  I mean, we looked at some documents

12   to answer some questions, but, you know, in terms

13   of reviewing, if you mean like a technical review,

14   that was not done.

15     Q.      Okay.

16     A.      But for specific points, there may

17   have been discussions.

18     Q.      Understood.

19             Did you -- I guess understanding I'm

20   not asking about technical review sort of from a

21   scientific perspective.  Understanding that you

22   are a scientist.

23             Did the documents that you reviewed

24   with the lawyers and Mr. Maslia, did they help

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 16 of 455

1    refresh kind of your recollection about points

2    that you were discussing?

3           A.      It did.  Occasionally, you know,

4    something would come up, and we would look at one

5    of the reports that ASDR -- ATSDR published.

6           Q.      Okay.  Do you recall what documents

7    you reviewed during the two-day meeting last week?

8           A.      I believe we looked at the chapter

9    of the Tarawa Terrace that described the summary

10   and findings and probably the groundwater flow

11   model and maybe even the transport model.

12          Q.      That was for Tarawa Terrace?

13          A.      Tarawa Terrace and similar, you

14   know, I don't remember exactly which ones we

15   looked at, but I suspect we did the same types of

16   documents for Hadnot Point when we talked about

17   that.

18          Q.      Understood.

19                  Do you recall during last week's

20   two-day meeting reviewing any other documents?

21          A.      I do not.

22          Q.      How about during yesterday's

23   meeting?  Was that -- did that meeting take place

24   with Kevin and Laura?

1       A.      It was in this room yesterday.

2       Q.      Okay.  And with the attorneys --

3  with your attorneys here present today; correct?

4       A.      The two attorneys that are here

5  today, yes.

6       Q.      Understood.

7               Did you review any documents during

8  yesterday's meeting?

9       A.      I don't -- I don't recall that we

10  did.  I mean, maybe I don't remember, but I don't

11  remember us reviewing any documents yesterday.

12       Q.      Understood.

13               About how long -- how long did the

14  meeting yesterday last?

15       A.      It was probably about six hours, not

16  counting lunchtime.

17       Q.      All right.  Did you do anything else

18  besides the two separate meetings that we've

19  discussed to prepare for your deposition today?

20       A.      To prepare for the deposition?  No,

21  not that I can think of.

22       Q.      Okay.  But -- and I should say,

23  besides the two meetings last week and this week

24  with your -- the lawyers and Mr. Maslia and then

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 18 of 455

1  you had testified, I believe, that you had went

2  through and reviewed the ATSDR modeling reports;

3  correct?

4         A.      Yes.

5         Q.      Okay.  Besides that, did you do

6  anything else to prepare for your deposition

7  today?

8         A.      No.

9         Q.      Okay.

10                     (Document marked for

11          identification as Konikow Exhibit 1.)

12  BY MR. ANWAR:

13         Q.      I am handing you what is being

14  marked as Konikow Exhibit 1.

15                 Have you seen this document before?

16         A.      (Reviews document.)

17                 Yes, this looks familiar.

18         Q.      Okay.  I'll represent to you it's

19  the notice for deposition and the subpoena

20  scheduling your deposition --

21         A.      Yeah.

22         Q.      -- today.

23         A.      Okay.

24         Q.      I wanted to direct your attention to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 19 of 455

1    Attachment A.   There are three document requests

2    there.

3                    The first one is for e-mails,

4    letters, correspondence, text messages,

5    conversations, chats, voicemails, and

6    communications pertaining to Camp Lejeune prior to

7    your retention as an expert in this litigation.

8                    Do you see that there?

9         A.      Yes.

10        Q.      And we received a document

11   production from your counsel last night.

12        A.      Yeah.

13        Q.      Did that document production contain

14   all of the responsive documents or communications

15   you have in response to request number 1?

16        A.      Well --

17                    MR. DEAN:  Object to form,

18          except, you know, we've served an

19          objection.

20                    MR. ANWAR:  Understood.

21                    MR. DEAN:  So subject to that.

22                    THE WITNESS:   I had responded

23          I believe, several weeks ago with e-mails

24          and then yesterday with other documents

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 20 of 455

1          that I realized were covered up.  But I
2          wasn't intentionally not, you know, I
3          wasn't intentionally not sending those
4          forward.
5                    I just -- I was focused on the
6          e-mails, letters, correspondence part of
7          this, and I had some files from my
8          service on the expert panels in 2005 and
9          2009.  And until Sunday, this past
10         Sunday, it just didn't pop into my head
11         that those were covered by this.  It was
12         just an oversight on my part.
13    BY MR. ANWAR:
14         Q.      Understandable and, you know, I'm
15    not suggesting you did anything --
16         A.      Yeah.
17         Q.      -- anything wrong.
18                 I'm just trying to confirm --
19         A.      Yeah.
20         Q.      -- whether -- what was produced in
21    response to this subpoena.
22                 And so request number 2 is
23    essentially the same thing.  E-mails, letters,
24    correspondence, communications with any of --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 21 of 455

1    anyone that has filed a claim in this litigation.

2                    And then request number 3 asks for

3    bills, invoices, and other documents reflecting

4    compensation paid.

5                    In response to these three requests,

6    did you give your lawyers everything that you

7    have?

8         A.    At this time, I would say I gave

9    everything that I have, yes.

10        Q.    Okay.  Is there anything that you

11   can think of related to Camp Lejeune prior to your

12   retention as an expert in -- in this current

13   litigation, communications, documents that you

14   have in your possession currently?

15        A.    That I have not turned over?

16        Q.    Correct.

17        A.    No.  As far as I know, I've turned

18   over everything.

19                    MR. ANWAR:  Okay.  Thank you.

20        You can set that aside.

21                    (Document marked for

22        identification as Konikow Exhibit 2.)

23   BY MR. ANWAR:

24        Q.    I'm going to hand you now what is

1    being marked as Exhibit 2.  There you go.

2              Dr. Konikow, is this a true and

3    correct copy of the rebuttal report -- expert

4    report that you submitted in this case?

5        A.      It appears to be.

6        Q.      Okay.  Is there anything in your

7    rebuttal report -- well, let me back up for a

8    second.

9              This rebuttal report on page 33 is

10   dated January 13; correct?

11       A.      Yes.

12       Q.      That's when you signed the report;

13   correct?

14       A.      And sent it probably to Kevin, yes.

15       Q.      Sure.

16              And is that your electronic

17   signature there on page 33?

18       A.      It is.

19       Q.      Okay.  Since submitting the report

20   and giving it to the lawyers on January 13, 2025,

21   is there anything in your rebuttal report that you

22   now believe is incorrect?

23       A.      Yes.

24       Q.      What -- what is that?

1    A.    On page 10 -- let me look at my
2    copy.  Page 11 line 10 it says "equivalent to a
3    fraction or 0.001," the word or should be "of"
4    o-f.  So just a typographical error.
5          Q.    Understood.
6                And this is the sentence starting
7    with "OCC is equivalent to TOC?
8          A.    Yes.
9          Q.    "And 0.1% is equivalent to a
10   fraction of .001"?
11         A.    Yes.
12         Q.    Is there anything else, as you sit
13   here today, that you believe is incorrect in your
14   report?
15         A.    No.
16         Q.    Is there anything in your rebuttal
17   report that needs to be updated, as you sit here
18   today?
19         A.    Not that I'm aware of, no.
20         Q.    Is there any portion of your
21   rebuttal report that you believe is incomplete?
22         A.    Not -- no, not that I can think of.
23         Q.    And does your rebuttal report
24   contain all of the opinions that you intend to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 24 of 455

1    offer in this case?

2                    MR. DEAN:  Object to the form.

3           Subject to anything that you might ask

4           him in the deposition not covered by the

5           notice -- I mean, the report.

6                    THE WITNESS:   I may have

7           other opinions.  I'm not, you know, I

8           mean, from my review of those two expert

9           reports, these are the comments that I

10          felt were significant criticisms that I

11          thought were worth making.

12                    If something else comes up, I

13          probably have another opinion.  So I

14          don't think I could say that these are

15          the only opinions I would give.  You ask

16          me a question, I'll give you my opinion.

17   BY MR. ANWAR:

18          Q.      Sure.

19                  So aside for any conversation we

20   have in the deposition today, does this report

21   contain all of the opinions that you intend to

22   offer in the litigation?

23          A.      Well, you, again, if I, you know, if

24   I'm asked questions about something other than

1    this, I would offer an opinion on it.

2                   So I'm really not sure about the

3    question what -- what it is encompassing but...

4         Q.      Sure.  I understand that.

5                   I guess with the caveat that we may

6    discuss things both contained in your report and

7    not directly referenced in your report in today's

8    deposition.

9                   Putting that aside, is there

10   anything -- are there any other opinions that

11   you're currently aware of that you intend to offer

12   in this case that aren't reflected in your report?

13        A.      Not that I can think of.

14        Q.      Okay.

15                   (Document marked for

16            identification as Konikow Exhibit 3.)

17   BY MR. ANWAR:

18        Q.      I'm going to hand you what I'm

19   marking as Konikow Exhibit 3.

20        A.      (Reviews document.)

21        Q.      Dr. Konikow, is this a complete list

22   of the materials you considered in forming the

23   opinions in your rebuttal report?

24        A.      I believe so.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 26 of 455

 1          Q.      Okay.

 2          A.      I'll look.  There's a number of

 3   documents listed at the end, and I'm not sure

 4   exactly what those refer to.

 5          Q.      Okay.  This document, Exhibit 3,

 6   that I handed you, it's titled "January 2025

 7   Rebuttal Expert Report of Leonard Konikow, PhD,

 8   National Academy of Engineering" and then

 9   underneath it says "Materials Considered List" and

10   it's dated January 21, 2025; is that right?

11          A.      Yes.

12          Q.      Okay.  And as you sit here

13   currently, you're not aware of anything else that

14   should have been included on this Materials

15   Considered List that's not included?

16          A.      Not that I'm aware of.

17          Q.      Okay.  Did you review the rebuttal

18   reports of or the rebuttal report of Morris

19   Maslia?

20          A.      I believe I did.

21          Q.      Okay.

22          A.      I don't recall it specifically,

23   though.

24          Q.      But you may have?

```
 1        A.      Yes.
 2        Q.      Did you review a rebuttal report
 3   from David Sabatini?
 4        A.      I believe I saw it.  I saw something
 5   from Sabatini.
 6        Q.      Okay.  Did you review the rebuttal
 7   report from Norman Jones and Jeffrey Davis?
 8        A.      Yes.
 9        Q.      And did you review the rebuttal
10   report from Kyle Longley?
11        A.      I -- I don't -- I -- yeah, I'm not
12   sure which report that was.  Is that the one
13   related to the history or something?
14        Q.      Yeah.  Correct.
15        A.      I think it was sent to me and I just
16   glanced at the first page or so, and I did not
17   review that whole report.
18        Q.      Understood.
19                Do you have any opinions about
20   the -- any of those rebuttal reports that aren't
21   reflected in your -- in your own report?
22        A.      Well, my report really focused on
23   Alex and Remy's report, and I don't think there's
24   any comments in here on the other rebuttal
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 28 of 455

1  reports.

2      Q.      Okay.  And as you sit here today,

3  you don't intend to offer comments on the other

4  rebuttal reports outside of any discussion we may

5  have today in the deposition?

6      A.      Correct.

7      Q.      Okay.  Did you listen to or review

8  the transcripts for the deposition of Mustafa

9  Aral?

10      A.      I did.  Yes, I looked at it.  I read

11  it.

12      Q.      Okay.  Did you either listen to or

13  review the transcripts for the depositions of

14  Norman Jones and Jeffrey Davis?

15      A.      I believe I did.

16      Q.      Do you have any opinions about

17  anything that was said in those depositions that

18  aren't reflected in your -- your own expert

19  report, your rebuttal report?

20              MR. DEAN:  Object to the form.

21      Subject to whatever you may ask in this

22      deposition or I do as a follow-up.

23  BY MR. ANWAR:

24      Q.      You can answer.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 29 of 455

1      A.      Well, there's nothing in my expert
2  report about the testimony or deposition of Jones
3  and Davis.  I read it.  I may have some opinions
4  on it, but it was nothing that belonged in my
5  rebuttal report.
6      Q.      Okay.  Outside of any discussion we
7  have today in the deposition, do you intend to
8  offer any opinions related to anything that was
9  said in -- well, strike that.
10             Outside of any discussion we have
11  today during our -- the deposition, as you sit
12  here, do you intend to offer any opinions based on
13  the depositions of Mustafa Aral, Norman Jones, and
14  Jeffrey Davis?
15      A.      That's not my intent, but if I'm
16  asked, I would try to answer the question to the
17  best of my ability.
18      Q.      Understood.  Thank you.
19             Do you know Norman Jones?
20      A.      I've met him once or twice.  I do
21  not know him personally very well, just, you know,
22  other than an introduction at a professional
23  meeting or something like that.
24      Q.      Where did you meet him?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 30 of 455

1      A.      I've attended so many professional

2   meetings in the last 40 years, I really -- I don't

3   remember.  It may have been a National Ground

4   Water Association meeting.  It may have been a

5   Geological Society of America meeting.  I go to,

6   you know, many of these and occasionally our paths

7   him across.  It was probably one or two sessions

8   where we were both speakers in a symposium, and

9   I'm sure I shook hands with him, said hello, but

10  nothing more than that.

11      Q.      Understood.

12              Aside from crossing paths in

13  professional settings once or twice, it sounds

14  like you haven't -- you don't know Norman Jones

15  otherwise; correct?

16      A.      When I was -- well, basically the

17  answer is no, I don't know him, but I believe I

18  had another interaction with him in the last five

19  years related to a man- -- I was editor-in-chief

20  of Groundwater Journal for four years.  And during

21  that time, I believe he had submitted one

22  manuscript not related to Camp Lejeune, and so we

23  had some correspondence related to that, but had

24  nothing to do with Camp Lejeune.

1      Q.      Do you have any recollection what
2  that manuscript was about?
3      A.      I believe it was about an area
4  called Spring Valley in Nevada or an adjacent area
5  in Utah.  I know it focused on the City of Las
6  Vegas, trying to develop well fields in an area
7  maybe a couple hundred miles north of Las Vegas,
8  but in a valley in Nevada that extended into Utah.
9  And they wanted to develop water supplies on the
10  Nevada side, pump a lot of wells, and it would
11  have had impacts on the Utah side.  So he was --
12  the manuscript focused on that situation.
13      Q.      Well, did that manuscript involve
14  groundwater or transport modeling?  Do you recall?
15      A.      My recollection it probably, but I
16  can't -- I don't have total recollection.  It
17  probably involved groundwater flow modeling.
18      Q.      Okay.
19      A.      Probably did not involve transport
20  modeling.
21      Q.      Understood.
22              In that instance, it sounds like it
23  may have involved groundwater modeling for the
24  purposes of developing supply wells outside of Las

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 32 of 455

1    Vegas; is that right?

2          A.       It was related to that, but I think

3    his focus was on assessing the impacts of that

4    pumpage on water supplies on the aquifers in Utah.

5          Q.       Okay.  Aside from that manuscript,

6    have you worked with Norman Jones on any other

7    projects?

8          A.       No.

9          Q.       Do you know Mustafa Aral?

10         A.       I've met him.

11         Q.       Okay.  In what context have you met

12   Dr. Aral?

13         A.       Serving on expert peer review panels

14   for ATSDR in 2005 and 2009.  I believe he was at

15   both of those meetings, to the best of my

16   recollection, and I met him there and we may have

17   talked.  You know, I don't remember.  I believe he

18   gave some presentations to the expert panel

19   committees, but I don't remember the details.

20                 I don't recall ever meeting him

21   outside of those two meetings.

22         Q.       Have you ever worked with Dr. Aral

23   before outside of those two meetings, the ATSDR

24   meetings?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 33 of 455

1      A.      No, not to recollection.

2      Q.      Do you know Jeffrey Davis?

3      A.      I believe I met him somewhere along

4  the line, but I can't recall the occasion.  I saw

5  he said he was involved with the board of

6  directors of National Ground Water Association,

7  and while I was an editor for their journal, we

8  probably attended meetings together at their

9  annual meetings.  And we probably talked there,

10  but I have no direct recollection of that.

11      Q.      Okay.  So outside of those

12  professional meetings, you don't know Jeffrey

13  Davis; is that right?

14      A.      That's correct.

15      Q.      Have you ever -- and you haven't

16  worked with Mr. Davis before?

17      A.      Not that I could recall.

18      Q.      Do you -- do you know David

19  Sabatini?

20      A.      No.

21      Q.      Never met?

22      A.      Well, again, I may have met.  If he

23  was at the 2005 or 2009 meetings, I probably met

24  him, but I do not recall meeting him.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 34 of 455

1      Q.      Understood.

2              Earlier you mentioned reviewing all

3  of the ATSDR reports.

4              It sounds like the modeling reports

5  for Tarawa Terrace as well as the model --

6  modeling reports related to Hadnot Point and

7  Holcomb Boulevard; is that right?

8      A.      That's correct.

9      Q.      Did you do anything further than

10 review the reports?

11     A.      I'm not sure what that would --

12 could include, but no, I mean, I read the reports.

13 I didn't do anything else with them.

14     Q.      Did you attempt to reconstruct

15 ATSDR's models for Tarawa Terrace or Hadnot Point

16 and Holcomb Boulevard?

17     A.      I did not.

18     Q.      Did you attempt to reevaluate the

19 input parameters or assumptions upon which the

20 Tarawa Terrace model or the Hadnot Point/Holcomb

21 Boulevard model were based?

22     A.      Well, I mean, part of my review was

23 looking at their discussions of the parameter

24 values, and I certainly, you know, considered them

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 35 of 455

1  and looked at, you know, what, you know, that they

2  looked reasonable, you know.

3      Q.      Outside of what's contained in your

4  report and what we -- we discuss today, do you

5  have any -- any opinions about ATSDR's parameter

6  of values or input values?

7      A.      Can you repeat that, please?

8      Q.      I guess -- well, let's -- we'll come

9  back to that.  Let's that was maybe a bad

10  question.

11              I'm going to hand the court reporter

12  to hand you what is being marked as Konikow

13  Exhibit 4.

14                  (Document marked for

15          identification as Konikow Exhibit 4.)

16                      THE WITNESS:  (Reviews

17          document.)

18  BY MR. ANWAR:

19      Q.      The first page of Exhibit 4 states

20  "Attachment A" which was attached to your expert

21  report, and Attachment A is a copy of your

22  curriculum vitae; correct?

23      A.      Yes.

24      Q.      Okay.  Is this a true and accurate

1  copy of your curriculum vitae?

2      A.      Yes.

3      Q.      Is it current?

4      A.      Pretty current.  I think I updated

5  it a couple months ago.

6      Q.      To the best of your knowledge, as

7  you sit here today, is there anything that you

8  need to update on this curriculum vitae?

9      A.      No.  Again, this -- this

10 includes -- it's not a complete detailed list of

11 everything I've ever done professionally --

12     Q.      Okay.

13     A.      -- but it's, you know, what I could

14 get in two pages.

15     Q.      Okay.  How did you decide what to

16 include on your curriculum vitae versus what not

17 to include in terms of, you know, everything that

18 you've done professionally?

19     A.      Well, I included the points that I

20 think people would expect to see in a curriculum

21 vitae, my education, so on, and highlights of

22 publications and professional side activities.  A

23 few awards that I received that I thought were of

24 particularly high recognition, but I did not

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 37 of 455

1    include every award I've ever received or every
2    publication I've ever had published.
3         Q.        Understood.
4                   As part of Exhibit 4, there's also
5    an Attachment B, which is Attachment B to your --
6    your rebuttal report, and it's titled
7    "Publications During Past 10 Years."
8                   Is that right?
9         A.        Yes.
10        Q.        Is this a complete list of your
11   publications during the past 10 years?
12        A.        To the best of my knowledge, it is.
13        Q.        I wanted to ask you a few questions
14   about items on your CV.
15                  I wanted to start by asking you
16   whether you would describe yourself as a
17   hydrogeologist; is that right?
18        A.        That's how I usually describe
19   myself, yeah.
20        Q.        Is there any other title that you
21   describe yourself with?
22        A.        Occasionally, you know, my official
23   job position with -- during my career with the
24   U.S. Geological Survey, most of the time I was

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 38 of 455

1    called, in fact probably all the time, I was

2    called a research hydrologist.

3         Q.    Okay.  Do you consider yourself an

4    expert in groundwater transport and water

5    distribution modeling?

6         A.    I am not an expert in water

7    distribution modeling, but I do consider myself an

8    expert in groundwater flow and transport processes

9    in modeling.

10        Q.    Is there any other subject area that

11   you consider yourself an expert in?

12        A.    I think hydrogeology, groundwater

13   flow, and transport processes probably encompasses

14   all of it.

15        Q.    Okay.  Now, you spent the bulk of

16   your career at the U.S. Geological Survey; right?

17        A.    Yes, sir.

18        Q.    And then it looks like from your CV

19   your most recent role was editor-in-chief of

20   Groundwater Journal from 2020 to 2023; is that

21   right?

22        A.    Yeah, four years.

23        Q.    Four years from 2020 to 2023?

24        A.    Yeah, inclusive.  All those years,

1   you know, from January 1st of 2020 to December

2   31st of 2023.

3        Q.     Understood.

4              Are you currently retired?

5        A.     Yes.  Well, except for this.

6   (Laugh).

7        Q.     Except for the serving as a Camp

8   Lejeune expert; correct?

9        A.     Yes.

10       Q.     Okay.  Under -- I wanted to talk to

11   you a little bit about some of your selected

12   professional activity on your CV.

13              It looks like that throughout your

14   career you've served on committees or panels for

15   the National Research Council; is that right?

16       A.     That's correct.

17       Q.     Okay.  From -- and I'm looking at

18   your CV.

19              From 1981 to 1982, you served on an

20   NRC panel on groundwater contamination; is that

21   right?

22       A.     That is correct.

23       Q.     What did you do in this role?

24       A.     Well, to the best of my

Golkow Technologies,
877-370-3377       A Veritext Division       www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 40 of 455

1   recollection, again, that one is, you know, more

2   than 40 years ago, but as a panel member, we

3   discussed the -- the problem of groundwater

4   contamination, which was just in the late '70s

5   becoming much more widely recognized as an

6   important problem.

7               And the National Research Council

8   had asked me to serve on this panel, and I thought

9   it was a worthwhile activity.  We would typically

10  have discussions among the whole committee, as

11  well as listen to presentations from experts that

12  they brought in.  I had no role in selecting who

13  they brought in but, you know, and then we would

14  have discussions.

15              And then somewhere after, you know,

16  the first or second meeting, we started working on

17  writing a report and, to the best of my

18  recollection, a book came out from that activity.

19      Q.      What book came out of that activity?

20      A.      I believe it was just a National

21  Research Council report published by National

22  Academy Press.  Something in the title about

23  groundwater contamination.  There may have been

24  some other words there, but I don't recall.  I

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 41 of 455

1    haven't looked at that report in a while.

2         Q.      Okay.  Did you take part in writing

3    any part -- any portion of that book?

4         A.      Most likely, yeah.

5         Q.      So either on the book itself or in

6    the chapters, you likely would be listed as an

7    author?

8         A.      I don't know that they listed

9    authors.  I think they listed it in terms of who

10   was members of the committee that wrote the

11   report.

12        Q.      Understood.

13               Do you know how you were selected to

14   serve on that NRC committee on groundwater

15   contamination?

16        A.      No, I do not.

17        Q.      You mentioned, I guess, other

18   experts served on that committee; correct?

19        A.      Yeah.  Yes.

20        Q.      Would it be fair to say you were

21   selected to serve on that committee because of

22   your expertise as a hydrogeologist?

23        A.      I presume so.

24        Q.      Do you know how other experts were

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 42 of 455

1    selected to serve on that committee?

2         A.      I do not.

3         Q.      Do you remember any of the experts

4    that you -- you served on that committee with?

5         A.      On that committee, I do not

6    remember.  I did not look at that report probably

7    in the last year or two years or five years.  I

8    just -- I don't remember who else was on that

9    committee.  If I looked at the report, it would

10   refresh my memory.

11        Q.      Understood.

12              Now, looking further on your CV, it

13   looks like from 1987 to 1989 you served on an NRC

14   Committee on Ground-Water Modeling Assessment; is

15   that right?

16        A.      From '87 to '89, yeah.  Committee on

17   Ground-Water Modeling Assessment, yes.

18        Q.      What was the committee or what is

19   the Committee on Ground-Water Modeling Assessment?

20        A.      Again, this is done at a time when

21   groundwater modeling was becoming much more

22   widespread and -- and, you know, particularly in

23   the public there wasn't a widespread appreciation

24   among the public or probably politicians and

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 43 of 455

1    others, senior level government officials, about

2    what groundwater models could do, how reliable

3    they were and so on.  And so this -- this

4    committee was, I believe, was charged to review

5    the state of the art of groundwater modeling.

6                It's not shown here, but like a

7    subtitle of this committee, or at least of the

8    book that was produced, was something to the

9    effect of groundwater models in a regulatory and

10   environmental framework or assessment, something

11   like that.  There was, you know, some additional

12   subtitle that is not listed here.  I was trying to

13   keep everything on one line here.

14         Q.      Understood.

15                What do you -- what did you do in

16   this role on the -- the NRC Panel on Ground-Water

17   Modeling Assessment?

18         A.      We discussed the philosophy of

19   modeling.  We discussed the mathematical basis

20   underlying the model.  We discussed parameter

21   estimation for the models, how reliable the

22   results are, you know, things on that order, yeah.

23         Q.      Do you know how it came to be that

24   you were selected to be on that committee?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 44 of 455

1       A.      No, I do not.

2       Q.      Did you apply to be on that

3   committee?

4       A.      No.  I usually don't volunteer for

5   things.  (Laugh).

6       Q.      Understood.

7               It sounds like you were selected to

8   serve on that committee then?

9       A.      Somebody asked me, I don't remember

10  who, and I thought it was a worthwhile activity at

11  the time and so I said sure.

12      Q.      Okay.  Do you recall any of the

13  members of -- the other members that served on the

14  Groundwater Modeling Assessment Committee?

15      A.      I do.

16      Q.      Who?  Who were they?

17      A.      Frank Schwartz was the chairman of

18  the committee.  He is a professor at Ohio State

19  University.  You know, I've known him off and on

20  for many years.  Jim Mercer was on that committee.

21  Jim was one of the founders of a company called

22  GeoTrans.  I was more or less personal friends

23  with Jim Mercer.  He -- his company -- he used to

24  work for the USGS.  Formed his own company around

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 45 of 455

1    1980.  That company was later bought by Tetra

2    Tech, a larger consulting company.

3              I believe Charlie Andrews from

4    Papadopulos & Associates was on this committee.

5    I've known Charlie off and on, you know, over the

6    years, at least since this time.

7              Just off the top of my head I can't

8    think.  I know there were other people on the

9    committee, but I can't recall who.

10       Q.     Sure.

11             Now, you mentioned some of the work

12   you did on that Committee about Ground-Water

13   Modeling Assessment.

14             Do you recall sort of more

15   specifically the nature of that work?  Were you --

16   were you evaluating sites?  Were you -- or were

17   you discussing sort of modeling as a -- as a

18   science of itself?

19       A.     I would say both.  I think the

20   report focused mostly on the state of the art of

21   modeling.  I do recall there were two or three

22   case histories, site-specific studies that were

23   included in the book of examples to illustrate

24   examples of the application of models to real

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 46 of 455

1   world complex problems.

2        Q.      Do you recall what any of those

3   sites -- three sites were?

4        A.      I think one of them was a

5   contaminated site in Ohio.  Maybe Dyncam, D-y-n.

6   I'm not positive, but that just sort of just

7   popped in my mind.

8                The other one or two examples I

9   just -- I can't recall at the moment but, you

10  know, if I looked at the book, I would see it but,

11  you know.

12       Q.      Do you recall how groundwater

13  modeling was involved for that site in Ohio?

14       A.      Since it was a contamination

15  problem, I assume there was a groundwater flow

16  model and a related groundwater transport model, a

17  solute transport model.

18       Q.      Do you recall whether you were --

19  what the purpose of the model was for that Ohio

20  site?

21       A.      I do not.

22       Q.      Do you recall whether it was sort of

23  forward-looking or forecasting or whether it was

24  backwards looking and hindcasting?

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 47 of 455

1      A.      I don't recall.

2      Q.      Okay.  Do you recall what the models

3   for the other two sites were used for?

4      A.      I do not recall.

5      Q.      Okay.  Fair enough.

6              And then on your CV, from 1989 to

7   1997, it looks like you served on an NRC Committee

8   on Waste Isolation Pilot Plant?

9      A.      Yes.

10     Q.      Could you tell me about that?

11     A.      Sure.  The Department of Energy had

12  proposed a site near Carlsbad, New Mexico in thick

13  bedded salt deposits for the disposal of

14  radioactive waste, particularly plutonium waste

15  related to weapons production and, you know,

16  typically these were not high-level wastes in the

17  sense of fuel rods from power plants, which would

18  generate a lot of heat, even in a waste form.

19              These wastes although in a sense

20  were high level -- they were very toxic -- they

21  were not generating heat.  It was basically

22  plutonium garbage waste products.

23     Q.      Understood.

24     A.      Yeah.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 48 of 455

1      Q.      And was there a component on that
2 committee -- committee that involved groundwater
3 flow or transport modeling?
4      A.      Yes, that was one of the big
5 concerns, you know, in assessing the safety of the
6 site, the big concern, could anything escape from
7 the site and what's the likely pathway.  And it
8 was deemed that, you know, one of the likely
9 pathways, particularly if the site operated to
10 completion in the future and was sealed and
11 closed, the most likely risk would come from water
12 breaching the repository area and then leaking
13 upwards into an overlying permeable aquifer.
14           And then what would happen to that
15 liquid waste in that aquifer.  How fast would it
16 move through the aquifer?  How would it spread?
17 What kind of risk did it pose to future humans
18 living downgradient of that?
19           So, you know, one of the focus of
20 the committee was to assess the Department of
21 Energy's safety assessment and so we were, you
22 know, we looked very critically at everything they
23 did in terms of trying to demonstrate safety.
24           This was -- and, again, the Waste

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 49 of 455

1  Isolation Pilot Plant, to my recollection, it was

2  originally proposed as a pilot plant, which

3  implies that this would be somewhat experimental

4  and, you know, not quite a full operational.

5            But at some point they changed the

6  name to the WIPP site, just the initials, and it

7  was pretty clear this was going to be an

8  operation.  It wasn't an experiment.  It was -- it

9  was planned to be an operational waste --

10  radioactive waste disposal site for what they call

11  transuranic wastes.

12        Q.        Understood.

13            And it sounds like you were using

14  groundwater modeling, and you may have mentioned

15  transport modeling, but in this context, you were

16  using it for sort of management or planning

17  purposes, for purposes of?

18        A.        Safety I'd say the overriding

19  purpose.  There was groundwater flow modeling

20  involved.  There was solute transport modeling

21  involved and the overall framework for that and,

22  again, this was just one aspect of many for this

23  committee.

24        Q.        Sure.

1        A.        The groundwater was just one aspect.

2   There were many things and many other experts

3   involved from other disciplines, but the

4   groundwater flow and transport was really based on

5   a safety assessment.   And they were expected to

6   demonstrate safety of the site for 10,000 years

7   into the future.

8        Q.        Understood.

9                  On this Waste Isolation Pilot Plant

10  Committee, was there -- did you do any modeling

11  work that you would describe as hindcasting or

12  historical reconstruction?

13       A.        No.

14       Q.        On any of the three NRC committees

15  or panels that you served on, the ones that we've

16  just discussed, have you -- did you do any work

17  model -- modeling work attempting to estimate

18  exposure concentrations for purposes of -- excuse

19  me -- let me -- strike that.   Let me -- let me ask

20  that again.

21                 On any of these three NRC committees

22  that we've just discussed, did you do any modeling

23  work that was aimed at aiming -- aimed at

24  estimating contaminant concentrations to be used

Golkow Technologies,
877-370-3377           A Veritext Division           www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 51 of 455

1   for making exposure determinations on individuals?

2       A.      Yes.

3       Q.      Which one?

4       A.      The WIPP site.  The WIPP committee.

5   I didn't personally do those, but one of the

6   things that was done by DOE and evaluated by our

7   committee was potential doses to future humans,

8   farmers, living somewhere downgradient from the

9   site that might be exposed.  You know, they might

10  have a well, and what if they or their cows drank

11  water from an aquifer after contaminants passed

12  by.

13          So -- so the answer is yes, that

14  kind of, the dose and the exposure and the

15  consequences had been considered and assessed, but

16  I was not personally involved in any of those

17  calculations, estimations, or assessments.

18      Q.      Okay.  And that was looking into the

19  future; correct?

20      A.      It was looking into, I guess we

21  could say, a hypothetical future.

22      Q.      Got you.

23          And I apologize if I asked you this.

24          What was your role specifically on

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 52 of 455

1    that committee, the WIPP committee?

2         A.     Well, I mean, everyone on the

3    committee had, in a sense, an equal role to

4    contribute towards the goals of the committee and

5    assess presentations made to the committee by DOE

6    and their contractors related to the site.  So we

7    were, you know, free and open to question anything

8    on any topic if we had questions about it.

9                But, you know, I focused on

10   groundwater flow and transport modeling, but I

11   also looked at their human intrusion scenarios and

12   the risk assessments that they made and, you know,

13   basically anything related to the WIPP site,

14   particularly anything that would have a geological

15   or hydrological connection was a primary interest,

16   but I looked at other things also.

17        Q.     Sure.

18               Were you selected to serve on the

19   WIPP committee -- the WIPP site committee?

20        A.     I must have been.

21        Q.     Okay.  In other words, did you

22   volunteer to join that committee, or did someone

23   ask you to join that committee?

24        A.     Someone asked.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 53 of 455

1          Q.      Okay.

2          A.      Yeah.

3          Q.      Do you recall any of the other

4    members of that committee, the Waste Isolation

5    Pilot Plant, which we've been referring to as

6    WIPP?

7          A.      Yeah.  When I started on it, there

8    was a professor from Stanford named Konrad

9    Krauskopf, I think it is, who is a geochemist.  He

10   was the chairman of the committee when I first

11   came on.

12              John Bredehoeft, a hydrogeologist

13   also worked with the USGS, at least I think at the

14   early part of that time.  He retired somewhere

15   around 1990 or so from the Survey.  He was on the

16   committee when I first entered, but he had stepped

17   off by the time, you know, before I ended my

18   participation.

19              A geochemist geologist named Rod

20   Ewing was on the committee.  An engineer named

21   Chris Whipple was on the committee.  You know, I'd

22   have to take another look.

23              Oh, John Garrick, who was an expert

24   in risk assessment was on the committee.  There

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 54 of 455

1    were, you know, five or six other people on the

2    committee that I can't recall their names at the

3    moment.

4         Q.        Fair enough.

5                   You mentioned undertaking a review

6    of DOE's waste disposal plan on that committee;

7    right?

8         A.        Of the Waste Isolation Pilot Plant,

9    yes.

10        Q.        Oh, I'm sorry.  Of the Waste

11   Isolation Pilot Plant?

12        A.        Yes, that was the focus of the

13   committee.

14        Q.        How thorough was that review?

15                  MR. DEAN:  Object to the form.

16                  THE WITNESS:  Well, you know,

17           I think it was a pretty detailed,

18           in-depth review.  You know, I would say

19           always questioning what was presented to

20           the committee, looking to delve a little

21           deeper but, you know, the committee did

22           not, you know, reproduce or test or look

23           at every detail of what was presented to

24           us.

1              It just didn't have the time
2       to do that, but we had, you know, 10 to
3       12 experts in topics ranging from nuclear
4       physics to materials science, risk
5       assessment, probabilistic analyses,
6       hydrogeology, and so on, and so each
7       person tended to ask some pretty
8       thoughtful questions about areas within
9       their expertise.
10              I think there was one
11      expert -- I can't remember his name -- on
12      trains, railroads because it had been
13      proposed that the radioactive waste would
14      be transported by rail to the site.
15              So they got a committee member
16      who was an expert on safety of railroad
17      transportation, and so after a short
18      while they decided they were not going to
19      transport it by rail.  So, you know, that
20      was -- but that's an example of the type
21      of expertise that was on the committee.
22  BY MR. ANWAR:
23      Q.      Understood.  Thank you.
24              Now, these were all NRC committees;

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 56 of 455

1    correct?

2         A.        That was the National Research

3    Council.  Sometimes NRC is confused with the

4    Nuclear Regulatory Commission --

5         Q.        Okay.

6         A.        -- which is also called the NRC.

7         Q.        (Laugh).

8         A.        But no, this was all National

9    Research Council, which, as best as I understand

10   it, is an arm of the National Academy of Sciences.

11        Q.        Okay.  And you anticipated my

12   question.

13                  I was going to ask you:  What is the

14   National Research Council?

15        A.        Okay.  I'm not sure exactly, but my

16   impression is it is somehow under the realm of the

17   National Academy of Sciences.

18        Q.        Do you have any understanding about

19   the national research's -- National Research

20   Council's reputation?

21        A.        Well, you know, I think their

22   reports are generally well-respected.  It probably

23   varies from report to report, and that probably

24   varies from who the particular experts are on the

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 57 of 455

1    particular committee were.  But if -- if, you

2    know, you want a general report, I think the

3    reports are considered -- for what they do,

4    they're considered to be, you know, reasonable,

5    reliable and, you know, frequently cited.

6         Q.      Generally speaking, would you agree

7    that the NRC is considered a reputable and a

8    prestigious organization?

9                      MR. DEAN:  Object to the form

10             of the question.

11                      THE WITNESS:   I, you know, I

12             would say it depends on the particular

13             committee but, you know, in general, I

14             think their -- their reports or the books

15             they produce are, you know, considered to

16             be well thought out and reproduced, you

17             know.

18                      You know, there's always

19             particular issues that many people might

20             disagree with but, you know, a broad

21             perspective, yes, they are respected.

22    BY MR. ANWAR:

23         Q.      Okay.  And you mentioned that the

24    National Research Council is part of the

1  national -- or an arm of the National Academy of

2  Sciences; correct?

3         A.      Yes.  I don't understand perfectly

4  what the relation is, but all I know is they

5  somehow fall under the National Academy of

6  Sciences.

7         Q.      What is the National Academy of

8  Science?

9         A.      Basically, there are three

10 organizations under that umbrella.  One is the

11 National Academy of Sciences, one is the National

12 Academy of Engineering, and one is the National

13 Academy of Medicine and some other word, which I

14 can't remember.

15              So there's like three subspecialty

16 areas and three actually they're considered

17 separate institutes or academies that fall under

18 the national -- it's called the National Academies

19 of Science, Engineering, and Medicine Sciences,

20 something like that.

21              So it, you know, encompasses those

22 three areas and it's a -- my understanding is a

23 nongovernmental organization.  Although a lot of

24 their funding comes from government agencies, but

1   I think -- and I may not have this completely
2   accurate, but my impression is they're
3   independent, standalone.  They don't fall under
4   any federal agency.
5        Q.      The National Academy of Science,
6   isn't it made up of scholars elected by their
7   peers?
8                   MR. DEAN:  Object to the form
9         of the question.
10  BY MR. ANWAR:
11       Q.      You can answer.
12       A.      In terms of members, they are
13  elected by existing members is my understanding.
14       Q.      Is being elected as a member to the
15  National Academy of Science generally considered
16  to be an honor?
17                  MR. DEAN:  Object to the form
18        of the question.
19                  THE WITNESS:   I think so,
20        yes.
21  BY MR. ANWAR:
22       Q.      And what is your understanding of
23  the National Academy of Science's reputation?
24       A.      My impression is that it has a good

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 60 of 455

1  reputation.  You know, I personally am -- I was

2  elected to membership in the National Academy of

3  Engineering in 2015, and I considered that a high

4  honor.

5       Q.     I was going to ask.  I was going

6  to -- you've been anticipating my question.

7       A.     Sorry.

8       Q.     I've heard membership in the

9  National Academy of Science to be considered one

10 of the highest honors a scientist can receive a

11 U.S. scientist.

12            It sounds like you agree with that?

13      A.     Basically, yeah.  Yes.  Yeah.

14      Q.     Now, on page 1 of your CV, under

15 Honors and Awards, you have there in bullet

16 points -- in bullet point sort of the last item

17 bolded among all of the items, "Elected to

18 National Academy of Engineering (2015)" --

19      A.     Yes.

20      Q.     -- correct?

21      A.     Correct.

22      Q.     Okay.  What -- what is the National

23 Academy of Engineering?

24      A.     It's one of the three divisions of

1  the National Academy.  It's really the National

2  Academies.

3          Q.      And why did you list it in bold

4  under a section of your CV entitled "Honors and

5  Awards"?

6          A.      I wanted to make sure that it was

7  noticed.  (Laugh).

8          Q.      Sure.

9          A.      I consider it an honor.  All the

10  other things listed are honors, but I felt that

11  this was probably, among all of those, the highest

12  honor that I had.

13          Q.      Okay.  And you list NAE next to the

14  PhD in your name; correct?

15          A.      Yeah.  Yes.  That indicates I'm a

16  member of the National Academy of Engineering.

17          Q.      And reflecting the fact that you

18  consider it to be one of the highest honors that

19  you've received; correct?

20          A.      Correct.

21          Q.      Okay.  Now, I wanted to talk to you

22  a little bit more about sort of the scope of your

23  expertise.

24                  Earlier we discussed that you would

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 62 of 455

1  consider yourself a hydrogeologist with expertise
2  in groundwater flow modeling and solute, I think,
3  transport modeling; correct?
4       A.      Yes.
5       Q.      Okay.  And if I understood you
6  correctly, there were -- there were no other areas
7  that you consider yourself an expert in; correct?
8       A.      Yeah, I mean, I have some skills in
9  other areas and certainly understandings, but that
10  what you just said is, you know, where I consider
11  my main skills and interests.
12       Q.      Okay.  And so this is perhaps a bit
13  obvious, so forgive me, but you're not an
14  epidemiologist; correct?
15       A.      Correct.
16       Q.      You're not a toxicologist?
17       A.      Correct.
18       Q.      The findings of epidemiology, those
19  aren't within your area of expertise; correct?
20       A.      Correct.
21       Q.      And that includes the epidemiologic
22  studies or epidemiological studies performed
23  related to Camp Lejeune; correct?
24       A.      Correct.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 63 of 455

1    Q.    You're not an expert on whether a
2  contaminant can cause a disease; correct?
3    A.    I'm not an expert on that, no.
4    Q.    And you're not an expert on the
5  amount of exposure to a contaminant that can cause
6  a disease; correct?
7    A.    That's correct.
8    Q.    Okay.  Your report sort of in
9  passing or it references MC -- MCL in a few
10 places.
11           What is your understanding of an
12 MCL?
13    A.    My understanding is that it stands
14 for maximum contaminant level, and I believe it's
15 a level set by the U.S. Environmental Protection
16 Agency, and it reflects their consideration that
17 any level higher than the MCL creates an undue
18 risk to anyone drinking water with concentrations
19 exceeding that.  So it's a level that should not
20 be exceeded in any public water supply.
21    Q.    Understood.
22           Have you ever been involved in
23 setting an MCL?
24    A.    No.

Golkow Technologies,
877-370-3377         A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 64 of 455

1          Q.      Okay.  You're not aware of the
2    methodology that the EPA uses to establish an MCL,
3    are you?
4          A.      No.
5          Q.      Okay.  And you're not aware of how
6    MCLs are set related to health risks; correct?
7          A.      No, I'm not.
8          Q.      You're not aware; correct?
9          A.      Correct, not aware.
10         Q.      Okay.  Are you aware of whether an
11   exposure above an MCL presents a health risk?
12         A.      My general impression is that
13   it's -- the MCL is set to distinguish between what
14   is reasonably safe and what poses a health risk.
15   So anything above it, I would assume, reflects
16   some undue risk.
17         Q.      What is that based on?  I guess what
18   is your -- that assumption based on?
19         A.      It's based on my understanding of
20   why an MCL would be set for particular chemicals
21   by the EPA.
22         Q.      Okay.  But you haven't ever been
23   involved in setting an MCL yourself and you're not
24   aware of the methodology they use; correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 65 of 455

1      A.      Correct.

2      Q.      Okay.  Are you aware that for

3  certain chemicals MCLs are set as close to zero as

4  technically feasible?

5      A.      No, I'm not aware.

6      Q.      Okay.  Now, your -- your rebuttal

7  report indicates that you're being paid $400 an

8  hour for your opinion for your work in this case;

9  correct?

10     A.      That's as of January 1st.  In 2024 I

11  was charging a lower rate.

12     Q.      Okay.  What were you charging in

13  2024?

14     A.      $275 an hour.

15             MR. ANWAR:  Okay.  I'm going

16       to hand you two documents.  I'm going to

17       hand to the court reporter to hand you.

18                 (Document marked for

19       identification as Konikow Exhibit 5.)

20                 (Document marked for

21       identification as Konikow Exhibit 6.)

22  BY MR. ANWAR:

23     Q.      I will represent to you that --

24  well, so I've handed you documents that I've

1    marked as Exhibits 5 and 6.  These are copies of

2    bills that -- billing records that were produced

3    to us by your counsel last night.

4              Are these true and accurate copies

5    of invoices that you've submitted to the lawyers

6    for time that you've worked on this case?

7         A.    Yes.

8         Q.    Okay.  And so on Exhibit 5, it says

9    on the first page dates of service October 9, 2024

10   to October 21, 2024, that your hourly rate was

11   275, that you worked 19.75 hours, and that the

12   total amount that you charged was $5,431.25;

13   correct?

14        A.    Yes.

15        Q.    Okay.  And then the next invoice is

16   dated -- Exhibit 6 is dated, dates of service

17   December 12, 2020 -- excuse me -- December 11,

18   2024 to December 31, 2024 with an hour -- hourly

19   rate of 275 per hour, total hours 63.58 for a

20   total amount due of $17,484.50; correct?

21        A.    Correct.

22        Q.    Okay.  Have you issued any bills for

23   work performed in January yet?

24        A.    Not yet.  I hope to get to that

1  soon.

2       Q.      Okay.  Do you have any idea of the

3  total number of hours or the amount of the invoice

4  that you intend to submit for January?

5       A.      Let's see.  I would guess it's on

6  the order of 100 hours.  I have a record of it at

7  home, but I -- I never added it up because I

8  haven't produced the, you know, I haven't gotten a

9  chance to prepare an invoice for January yet.  I

10  hope to do that later this week.

11       Q.      Okay.  When you complete that

12  invoice and issue it to your lawyers, we would

13  request that a copy of that invoice be produced.

14                 Is that okay with you?

15                 MR. DEAN:  No objection.

16  BY MR. ANWAR:

17       Q.      And then you mentioned in 2025 your

18  hourly rate has increased to $400 an hour --

19       A.      Yes.

20       Q.      -- correct?

21       A.      Correct.

22       Q.      Have you received any compensation

23  related to Camp Lejeune outside of your paid work

24  as -- currently as a -- as an expert in this

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 68 of 455

```
 1   litigation?
 2        A.      No.
 3        Q.      And I understand that you served on
 4   the two ATSDR expert panels on the water modeling;
 5   correct?
 6        A.      Correct.
 7        Q.      And based on the documents that were
 8   produced last night, at that time it looks like
 9   you were -- you were with the U.S. Geological
10   Service; correct?
11        A.      Survey.  Yes.
12        Q.      Survey.  Excuse me.
13        A.      Yeah.
14        Q.      And based on the documents that were
15   produced to us last night, it looks like for your
16   participation on the ATSDR expert panels, the U.S.
17   Geological Survey entered into a contract with
18   ATSDR; is that right?
19        A.      Yes.
20        Q.      Okay.  Did you receive any
21   compensation individually for your participation
22   in the expert panels?
23        A.      No.
24        Q.      Just your salary as a government
```

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 69 of 455

1  employee?

2      A.      Just I -- yeah, my only compensation

3  was as an employee of the U.S. Geological Survey

4  and, you know, that -- that was it.  The contract

5  was between the USGS and ATSDR and I presume to

6  compensate the Survey for my time.

7      Q.      Okay.  And based on the information

8  we received or the documents that were produced

9  last night, it looks like you were retained as an

10  expert witness in -- for this litigation in

11  October of 2024; is that right?

12      A.      That's correct.

13      Q.      Okay.  And same, based -- based on

14  the e-mails that were produced to us last night,

15  it looks like it was Morris Maslia that put you in

16  touch with Mr. Dean; is that right?

17      A.      That is right.

18      Q.      Okay.  How did you come to the

19  decision to serve as an expert witness for the

20  plaintiffs in this litigation?

21      A.      Well, Mr. Dean had contacted me,

22  explained the -- what he was seeking, that he

23  wanted me to serve, you know, to review some

24  documents.  I was hesitant because I'm retired,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 70 of 455

1    but he explained the problem, and I had certainly
2    some familiarity with Camp Lejeune and the problem
3    because of my service on those two expert panels.
4              So I maintained an interest in it.
5    I thought it was an important issue, an
6    interesting problem from many perspectives, but it
7    was, you know, an interesting use of groundwater
8    modeling and transport modeling.  And in spite of
9    being retired, I decided, okay, since this would
10   not be a full-time activity for me, I could take
11   this on.
12        Q.      Understood.
13        A.      You know, plus I would be
14   compensated at a, you know, what I thought was a
15   reasonable rate.
16        Q.      Understood.
17              Now, it was Morris Maslia that
18   introduced you to Mr. Dean; correct?
19        A.      He had contacted me and asked if it
20   was okay for him to give my contact information to
21   a lawyer.
22        Q.      Okay.
23        A.      I don't recall that he mentioned
24   Mr. Dean's name at the time, but he may have.  I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 71 of 455

1  don't know.

2        Q.      Okay.  How do you know Morris

3  Maslia?

4        A.      I've known him for many years.  He

5  used to work for the U.S. Geological Survey.  I

6  believe he was an attendee at a training class for

7  which I was an instructor.

8              The USGS had a fairly extensive

9  training program.  We have a National Training

10  Center in Lakewood, Colorado just outside Denver,

11  and I used to be involved as one of the

12  instructors and for a couple of years as the

13  coordinator for a class on solute transport

14  modeling.  And I believe Morris sometime way back

15  was a student in that class, and that's probably

16  the first time I met him.

17        Q.      Okay.  Around what time frame would

18  that have been when you first met him?

19        A.      It -- it was either the late '70s or

20  early '80s is what I gather or what I would guess

21  or estimate, but I don't recall specifically.  I

22  would have to look up attendee lists and things

23  like that, which I may or may not even have.

24  But -- so it was probably in the late '70s to

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 72 of 455

1    early '80s, and then I knew at some point he

2    resigned from the Survey and went to work with

3    ATSDR.

4         Q.      Okay.  Have you worked with

5    Mr. Maslia on any projects other than the ones at

6    ATSDR related to Camp Lejeune?

7         A.      Not that I could recall.

8         Q.      Do you think of Mr. Maslia as a

9    professional colleague?

10        A.      Yes.

11        Q.      Do you consider him a friend?

12        A.      In a general sort of way, yes.  I

13   mean, we -- we've never socialized, but yeah, I

14   consider him a professional friend.

15        Q.      And earlier we discussed the meeting

16   held last week in South Carolina, the two-day

17   meeting, and Mr. Maslia was in attendance;

18   correct?

19        A.      Correct.

20        Q.      Prior to your involvement in this

21   litigation, prior to your retention in October of

22   2024, when was the last time you had spoken with

23   Mr. Maslia?

24        A.      It was several years before that.  I

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 73 of 455

1   can't remember exactly when.  We had some e-mail

2   communications.  Actually speaking with him, I

3   don't recall the last time we actually spoke in a

4   phone call or anything like that.  That's probably

5   quite a while, but we did occasionally have e-mail

6   communications.

7        Q.     Understood.

8             Have you ever served as an expert

9   witness in any other litigation?

10       A.     No.

11       Q.     You mentioned at the beginning of

12   your deposition that you've -- you've been deposed

13   one other time.

14       A.     Yeah.

15       Q.     Can you describe for me the

16   circumstance of, how did that deposition come

17   about?

18       A.     I had done early in my career a lot

19   of work on the Rocky Mountain Arsenal in Colorado

20   where there was pervasive groundwater

21   contamination.  Some of the contaminants had

22   migrated beyond the boundaries and affected

23   agricultural lands and farmers north of the

24   arsenal.

Golkow Technologies,
A Veritext Division
877-370-3377              www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 74 of 455

1              I had worked on a project to develop

2 a groundwater flow and solute transport model of

3 that area of the whole problem. I probably worked

4 at least two years full time on that project.

5              Can you remind me what the question

6 was again?

7      Q.      Sure.

8      A.      (Laugh). I strayed off.

9      Q.      Why were you deposed in the context

10 of that work?

11      A.      Right. So several years after I had

12 completed my work on the Rocky Mountain -- excuse

13 me.

14              Several years later there, the

15 Superfund law was passed and -- and, you know,

16 things happened. During the time that I was

17 working on the, Shell Chemical Company had been

18 a -- had leased facilities on the Rocky Mountain

19 Arsenal and operated those facilities. I believe

20 their primary activity was manufacturing

21 pesticides and herbicides, as I recall.

22              Somewhere years, you know, after I

23 had finished my work, EPA or the government was, I

24 believe, suing Shell Chemical for having generated

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 75 of 455

1    the waste.

2                The Department of Justice and some

3    lawyers, I mean, they knew I had done work there.

4    So the DOJ sent people to my office to review

5    everything that I had, I mean, everything in my

6    files, related to the Rocky Mountain Arsenal.  And

7    sometime after that, they asked me -- well, either

8    asked or told me -- that they wanted to depose me

9    to give a deposition.

10        Q.      So you were deposed in that instance

11   as what we -- I guess the lawyers would describe

12   as a fact witness; right?  You weren't -- you

13   weren't hired as an expert in?

14        A.      I was not hired in any way and to

15   the best of my -- I don't remember the term a

16   "fact witness," but that seems to be a good

17   description of what I was.

18        Q.      You were deposed about your

19   knowledge of the events that had taken place;

20   correct?

21        A.      Correct.

22        Q.      Okay.  Now, you submitted your --

23   your expert rebuttal report in this case in

24   response to the reports of DOJ's -- Department of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 76 of 455

1    Justice's experts; correct?

2         A.      Two experts, correct.

3         Q.      And one of those experts is Dr. Alex

4    Spiliotopoulos; correct?

5         A.      Yes.

6         Q.      And the other expert is Dr. Remy

7    Hennet; correct?

8         A.      Correct.

9         Q.      Okay.  Do you know Dr. Alex

10   Spiliotopoulos?

11        A.      Casually.  Yes, I do.

12        Q.      How do you know him?

13        A.      Well, he works for Papadopulos &

14   Associates.  I believe he attended some of the

15   meetings for the expert peer review panels for

16   ATSDR.  I've probably seen him occasionally when

17   I've interacted with Papadopulos & Associates.

18        Q.      Sure.

19                Do you know Remy Hennet?

20        A.      Yes.

21        Q.      How do you know Remy?

22        A.      I've met him at a -- probably at

23   least twice at social events, dinner parties that

24   we were both invited to.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 77 of 455

1      Q.      Okay.  Have you ever worked with
2   either Dr. Hennet or Dr. Spiliotopoulos?
3      A.      No.
4      Q.      Do you know a Gordon Bennett?
5      A.      Yes.
6      Q.      Okay.  And Gordon Bennett, my
7   understanding is he worked at USGS for many years,
8   and is that right?
9      A.      Yes.
10      Q.      Okay.  And then my understanding is
11   then he went on to become a principal at
12   Papadopulos.
13              Is that consistent with your
14   understanding?
15      A.      After he retired from the USGS, he
16   went to work for one consulting company, I believe
17   in Alexandria, but was not there very long, maybe
18   a year or less than a year.  And then after that,
19   my understanding is he went to work for
20   Papadopulos & Associates and worked for them at
21   least 10 years before fully retiring.  I don't
22   know if he was a principal or what, but he was an
23   employee certainly.
24      Q.      Sure.  Okay.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 78 of 455

1            And is it right, my understanding is

2    Gordon Bennett is considered the father of

3    MODFLOW?

4        A.      Ooh.  He played an administrative

5    role in getting it going.  I would not have called

6    him the father of MODFLOW.

7        Q.      Okay.

8        A.      He played a role in getting that

9    done in terms of -- I believe he had a big role in

10   hiring the two people or designating the two

11   people, Harbaugh and McDonald, to work on this,

12   and I think administratively he pushed for this to

13   be a project to get this done.  So.

14       Q.      So he --

15       A.      But I don't believe he actually

16   worked on the development of the code.

17       Q.      Understood.

18            Are you generally familiar with SS

19   Papadopulos & Associates?

20       A.      In general, yeah.

21       Q.      Okay.  Do you have any opinion about

22   S.S. -- S.S. Papadopulos & Associates?

23                   MR. DEAN:  Object to the form.

24                   THE WITNESS:  Well, I know

1          several individuals there, including
2          Stavros Papadopulos.  Most of the people
3          working there I do not know.  I don't.
4          So I can't have any opinion about them or
5          their work.
6                    Stavros used to work for the
7          Survey -- USGS for quite a while.  He
8          left, I believe, in '79 or '80 to form
9          his own company as a consultant.
10 BY MR. ANWAR:
11     Q.     Within the environmental, you know,
12 based on your experience, within the environmental
13 sort of consulting and, I guess, modeling
14 consulting community, is S.S. Papadopulos from
15 your understanding generally considered a good
16 firm?
17                    MR. DEAN:  Object to the form
18          of the question.  Asked and answered.
19                    THE WITNESS:  Well, again, I
20          think, you know, some of the people there
21          have good reputations and some of the
22          people there I don't know their
23          reputation.  Most of the people there I
24          don't know anything about them.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 80 of 455

1    BY MR. ANWAR:

2         Q.        Okay.

3         A.        So it's difficult to -- to say.

4         Q.        Are you familiar with John Doherty?

5         A.        Oh, John Doherty from Australia?

6         Q.        Correct.

7         A.        Yeah, I know the name.  I've met him

8    certainly at professional meetings.  I remember at

9    least one case at a National Ground Water

10   Association meeting where he was a guest speaker.

11   So, you know, said hello, interacted socially.  I

12   know who he is, and I know, you know, kind of what

13   he's done in terms of developing the parameter

14   estimation code called PEST.

15        Q.        Can you talk a little bit about

16   that, what he's done in terms of developing PEST?

17                       MR. DEAN:  Object to the form

18            of the question.

19                       THE WITNESS:  Well, I know

20            he's the principal author of the software

21            and a book that describes it.  How he did

22            it I have no idea or, you know, what he

23            did specifically I have no understanding.

24            I don't know.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 81 of 455

1           The PEST code, I know what it
2      does and I know it's -- it's generally
3      considered a state of the art software
4      tool --
5  BY MR. ANWAR:
6      Q.      Understood.
7      A.      -- that could be applied for ground
8  -- excuse me -- could be applied to groundwater
9  modeling problems.  It's a general code that can
10  probably be applied to any modeling problem, not
11  just groundwater.
12      Q.      Were you aware that John Doherty
13  also now works with S.S. Papadopulos?
14      A.      That he what?
15      Q.      That he's also at S.S. Papadopulos?
16      A.      I'm not sure what you -- could you
17  repeat the question?  That he was at?
18      Q.      That John Doherty is now at S.S.
19  Papadopulos?
20      A.      I did not know that.
21      Q.      Okay.
22      A.      That he was.  I knew there was some
23  linkage there and I know he had been at their
24  offices, but being -- I had no idea he worked for

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 82 of 455

1    the firm as an employee.

2          Q.       Okay.  And I think I might have

3    misspoke.  I think you're perhaps right.

4                  He used to be at S.S. Papadopulos;

5    correct?

6          A.       I don't know that.

7                       MR. DEAN:  Object to the form.

8    BY MR. ANWAR:

9          Q.       You don't know.

10                  You said --

11         A.       I know he was at the -- in their

12    office.

13         Q.       Okay.

14         A.       I don't know what you mean by "at"

15    Papadopulos & Associates.

16         Q.       Okay.  You said he used to be linked

17    to it.

18                  What do you --

19         A.       I know he visited there and, you

20    know, I know he -- it's my understanding or

21    recollection that he taught a short course for

22    them on the use of that, and I think he

23    collaborates or has collaborated with Matt Tonkin,

24    who is an employee of Papadopulos & Associates,

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 83 of 455

1    but I have no direct knowledge of what they did or

2    how they did it.

3         Q.     Okay.  Aside from responding to

4    their opinions in this case, do you have any

5    opinion about Dr. Spiliotopoulos or Dr. Hennet?

6         A.     No.

7         Q.     Why don't we take a break.  I think

8    this is a good place --

9         A.     Good idea.

10        Q.     -- to take a break.  We've been

11   going over an hour.

12                    THE VIDEOGRAPHER:  We're going

13        off the record.  The time is 11:06 AM.

14                    (A recess was taken.)

15                    THE VIDEOGRAPHER:  Back on the

16        record the time is 11:15 AM.

17   BY MR. ANWAR:

18        Q.     We are back on the record from a

19   short break.

20                    Dr. Konikow, are you okay to

21   continue?

22        A.     Yes.

23        Q.     Okay.  During the break, did you

24   speak with your -- your lawyers about the

1  substance of your testimony at all?

2       A.      No.

3       Q.      Okay.  Before the break, we had just

4  wrapped up a conversation about John Doherty.

5               Do you recall that?

6       A.      Yes.

7       Q.      One other question occurred to me

8  that I wanted to ask.

9               I noticed in the documents that were

10  produced last night in response to the subpoena,

11  there was a document where you passed along

12  Doherty's -- John Doherty's contact information to

13  Mr. Dean.

14               Do you recall that?

15       A.      Yes.

16       Q.      Do you know, what is your

17  understanding about why you passed that contact

18  information along?

19       A.      Well, I believe he asked me if I had

20  contact information --

21       Q.      Okay.

22       A.      -- for John Doherty, and I had some

23  information and so, you know, I sent it to him.

24       Q.      Okay.  Do you know what came of

1    that?

2         A.       No.

3         Q.       Okay.  Have you -- when is the last

4    time you've spoken with Mr. Doherty?

5         A.       Several years ago.  Probably four or

6    five years ago.

7         Q.       Okay.  Understood.

8         A.       Yeah.

9         Q.       Now, we discussed earlier you served

10   on ATSDR's expert panel on the Camp Lejeune water

11   modeling; correct?

12        A.       Correct.

13        Q.       Okay.  And there was an expert panel

14   in 2005; correct?

15        A.       Correct.

16        Q.       How did you come to serve on the

17   2005 expert panel?

18        A.       Somebody asked me, and I would -- I

19   would guess that it was probably Morris asked if

20   I'd be interested in doing that.  I don't recall

21   exactly who or when I was asked or how I was

22   asked, but I would guess it was probably Morris.

23                      THE VIDEOGRAPHER:  Counsel,

24        could you please put on your mic?

Golkow Technologies,
877-370-3377         A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 86 of 455

1    BY MR. ANWAR:

2         Q.       What do you remember about the 2005

3    expert panel?

4         A.       I remember they -- I think they had

5    asked us some questions in advance before meeting,

6    maybe four to six questions to get our preliminary

7    opinions.  I think they had sent us some documents

8    or draft reports to review to prepare for it.

9                  I remember, you know, going to

10   Atlanta.  There were two days of meetings.  There

11   were, you know, a fair number of people in the

12   audience, maybe -- I don't know -- 10 to 20 at

13   different times, maybe a few more.

14                 I think there were probably

15   something on the order of 10 people on the expert

16   panel.  May have been 12.  I don't recall exactly.

17   We had meetings.  We had presentations made to us

18   about what was expected of the committee.

19                 And then we had technical

20   presentations from people such as Morris, Bob Faye

21   and others about the background of the situation,

22   the hydrogeologic framework, the groundwater flow

23   systems, the contaminant sources, and basically

24   everything related to that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 87 of 455

1                    So there were technical

2     presentations.  The committee members asked

3     questions.  I think towards the end we met in a

4     closed session, and I believe we came to a

5     consensus of our assessments.

6                    I can't recall specifically what

7     follow-up, if any, was done after the second day

8     of the meeting.

9          Q.        Thank you.  That's helpful.

10                   Do you recall what draft documents

11    you were provided to review in advance?

12         A.        I do not recall which ones, but

13    I -- I'm -- I would guess it was preliminary

14    versions of some of the reports that were

15    eventually published, but I don't recall.

16         Q.        What did you understand about the

17    purpose of the ATSDR water modeling for Camp

18    Lejeune heading into the 2005 expert panel?

19         A.        Well, my understanding I believe

20    then was similar to my understanding now that the

21    purpose of the modeling was to estimate what the

22    concentrations were coming out of the Water

23    Treatment Plant and going into the distribution

24    system.

1      Q.     And that was in support of a

2  population level epidemiology study; right?

3      A.     I knew there were epidemiological

4  studies that would be done and that, I presume,

5  would use the information from the -- from the

6  models.  I have no knowledge of any of the

7  epidemiological studies, how they were done or

8  what the results were.  I don't have that

9  information.

10      Q.     Sure.

11            And that 2005 expert panel, that

12  took place over two days in March 2005; right?

13      A.     I presume so.  That sounds about

14  right.

15            And, again, the other thing I

16  believe is that it focused on the Tarawa Terrace

17  situation.

18      Q.     Okay.  And you said it took place in

19  Atlanta.

20            Did it take place at ATSDR's

21  facilities?

22      A.     That's my recollection.  That we

23  went into a CDC campus, and they brought us over

24  to an ATSDR facility, I think, but I don't recall.

1    I remember there was a gate, and we had to go in

2    and get, you know, approved to go into the

3    facility and then were directed somewhere, but I

4    don't remember those, any more details than that.

5         Q.      Sure.

6               You mentioned Morris Maslia and then

7    Robert Faye, or Bob Faye.

8               Who is Bob Faye?

9         A.      Bob Faye?  He's a person who, when I

10   first met him, he worked for the U.S. Geological

11   Survey.  I believe his position was as a regional

12   groundwater specialist, and at the time the Water

13   Resources Division of the U.S. Geological Survey

14   was divided into four regional offices.

15               The Southeast Region was

16   headquartered in Atlanta, and my recollection is

17   that for that regional office, Bob Faye was

18   considered the -- or had the position of being the

19   regional groundwater specialist.

20               So reports or any other issues

21   dealing with groundwater that came up in any of

22   the district offices in the Southeast Region, if

23   there was some issues, Bob Faye would be the

24   regional groundwater specialist is the one who

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 90 of 455

1    would assess, comment on, evaluate any problems or

2    issues.

3         Q.    Understood.

4               Do you remember who any of the other

5    members of the expert panel were?  The 2005.

6         A.    The 2005 panel.

7               I, you know, I looked at the list of

8    members probably a week or two ago, but I

9    just -- I can't remember who was on the 2005

10   panel.

11        Q.    That's okay.  Fair enough.  Thank

12   you.

13              You were an expert on the 2005

14   expert panel; correct?

15        A.    Correct.

16        Q.    Now, you mentioned it was focused on

17   ATSDR's water modeling efforts -- the 2005 panel

18   was focused on ATSDR's water modeling efforts

19   related to Tarawa Terrace; correct?

20        A.    That's my understanding, yes.

21        Q.    Do you recall whether there was any

22   discussion about the Hadnot Point/Holcomb

23   Boulevard modeling at that time?

24        A.    Of the modeling?  I doubt it, but of

1  the existence of Hadnot Point/Holcomb Boulevard,

2  I'm sure that was mentioned.

3         Q.      Did you provide feedback or input

4  about the -- about ATSDR's water modeling efforts

5  related to Tarawa Terrace in 2005?

6         A.      I'm sure I did.

7         Q.      Do you recall what that feedback or

8  input was?

9         A.      Well, specific explicit comments I

10  can't recall.  I recall, you know, the -- you

11  know, I'm sure I had questions about parameter

12  values and how they did this or why they did it

13  this way.  I'm sure there was a lot of questions,

14  comments and, you know, issues.

15              I know the bottom line at the end,

16  the expert peer review panel felt very positive

17  about what they were doing in the sense that I

18  think the consensus of the expert peer review

19  panel was that the work being done by ATSDR for

20  groundwater modeling flow and transport was state

21  of the art and excellent work, reliable work.

22         Q.      Okay.  Were there any concerns

23  expressed at the 2005 expert panel?

24         A.      I'm sure there were.

1        Q.      Why do you say you're sure there
2    were?
3        A.      Well, our job was to critique and
4    review everything they done -- did and we would,
5    you know, question, why did you do this?  Or where
6    did you get that value from?  Or what's the basis
7    of this?  Again, I can't recall specific
8    questions.  If I thought about it, maybe I could.
9            But I know I had some concerns about
10   numerical dispersion in the transport model, about
11   the representation of model layer 1.  You know, I
12   remember these were some of the specific issues
13   that concerned me before I could get any response
14   back from them, but I felt overall that they
15   addressed all of the concerns that I had.
16       Q.      Do you recall if any of the other
17   members of the expert panel expressed concerns or
18   critiques about the Tarawa Terrace efforts?
19       A.      I can't recall.
20       Q.      Okay.  Now, you also served on the
21   expert panel held by ATSDR on Camp Lejeune water
22   modeling in 2009; right?
23       A.      Correct.
24       Q.      Okay.  And how did you come to serve

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 93 of 455

1    on the 2009 expert panel?

2          A.       I assume someone asked me to serve

3    on it.  I, you know, again, I -- I assume Morris

4    had some role in inviting me, but I don't know

5    that.  You know, I just don't recall.

6          Q.       Okay.  What do you remember about

7    the 2009 expert panel?

8          A.       It focused on the Hadnot

9    Point/Holcomb Boulevard areas and the models

10   developed for that area.  There probably was some

11   discussion of Tarawa Terrace, but the main focus

12   was on Hadnot Point/Holcomb Boulevard.

13                  I remember Mary Hill was on that

14   panel.  Dave Dougherty was on that panel.  But,

15   again, I looked at the names the other day and I

16   just can't remember right now who else was on it,

17   but, you know, again there were probably 10 to 12

18   experts on the panel.

19         Q.       Sure.

20                  And that panel took place over two

21   days in 2009?

22         A.       Exactly, yes.  Correct.

23         Q.       Was there a Mr. Jerry Ensminger

24   on -- that participated in that expert panel?

1     A.     My recollection that's the name of a

2  Marine who was -- I remember there was one Marine

3  in the audience, and he was given a chance to

4  speak.  I believe that's the name that you gave,

5  but I can't -- I'm not absolutely certain.

6     Q.     You said he was in the audience and

7  he was given an opportunity to speak?

8     A.     That's my recollection.

9     Q.     Okay.  Mr. Ensminger is not a

10  modeling expert or an epidemiologist, to the best

11  of your knowledge?

12     A.     Correct.

13     Q.     Was there a Mr. Mike Partain that

14  attended the expert panel as well?

15     A.     I don't recall that name.

16     Q.     Okay.  Did you provide feedback

17  about the Hadnot Point/Holcomb Boulevard modeling

18  efforts at the 2009 expert panel?

19     A.     I'm sure I did.  That's why I was

20  there.

21     Q.     Do you recall the feedback that you

22  provided?

23     A.     I know initially I came in with some

24  skepticism, which is, you know, normal in any

1    technical review, and I had some concerns about
2    how well they could define the source terms and
3    the timing.  Specific comments I don't recall.
4         Q.     Do you recall any comments from
5    other members on the expert panel?
6         A.     Not that I -- I do not recall
7    specific comments.
8                   THE VIDEOGRAPHER:  Counsel, do
9         you need help with your mic?
10                  MR. ANWAR:  Excuse me?
11                  THE VIDEOGRAPHER:  Do you need
12        help with your mic?
13                  MR. ANWAR:  Yeah, I'm fixing
14        it.
15                  THE WITNESS:   I don't recall
16        specific comments of the other
17        participants off the top of my head.
18   BY MR. ANWAR:
19        Q.     Okay.  Were there -- do you recall
20   any critiques or concerns about performing the
21   Hadnot Point/Holcomb Boulevard water modeling?
22        A.     Well, yeah.  I mean, I know I had
23   some concerns but, you know, again I think they
24   addressed my concerns.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 96 of 455

1       Q.     What were your concerns?

2       A.     Well, one of the concerns was

3 compared to Tarawa Terrace where there was

4 believed to be one single source of contamination

5 and its location was pretty well known and the

6 contaminant was pretty well known and the timing

7 of it was pretty well known, looking at the Hadnot

8 Point/Holcomb Boulevard, there seemed to be

9 multiple sources just spread out over the

10 industrial areas and the landfill areas and that

11 they could not be defined with the same precision

12 that the source term on the Tarawa Terrace area

13 could be defined.  So this was a concern.

14       Q.     Okay.  Did you --

15       A.     For --

16       Q.     Go ahead.

17       A.     I was going to add that, you know,

18 for both of them, there was, you know, no

19 observations of concentration for a period of

20 years before the problem became recognized, you

21 know, that's an issue that has to be addressed.

22       Q.     Sure.

23       There -- there were observed

24 contamination levels or samples taken in 1982 and

1    1985 at Camp Lejeune; right?

2          A.       I believe so, and maybe, you know,

3    in between.  There may have been some '83, '84 I

4    believe, but I don't recall the exact dates.  But

5    that sounds about right.

6          Q.       Okay.  And the ATSDR modeling

7    efforts related to Tarawa Terrace and Hadnot Point

8    and Holcomb Boulevard, they were attempting to

9    reconstruct historical contamination levels,

10   monthly contamination levels dating back to 1953;

11   correct?

12                       MR. DEAN:  Object to the form.

13                       THE WITNESS:   1953 for Tarawa

14              Terrace, but I believe earlier for Hadnot

15              Point and Holcomb Boulevard.

16   BY MR. ANWAR:

17         Q.       And the earliest available data

18   during that period was 19 -- and when I say

19   "available data" what I'm specifically referring

20   to is observed contaminant concentration levels of

21   sampling data.

22                  The earliest data available during

23   that time was 1982; correct?

24         A.       Yes, that's the observed, but I also

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 98 of 455

1  view the assumption at the start of the simulation
2  before there was any as equivalent to an observed
3  level of no contaminant in the aquifer as a known
4  condition.  Even though there were no samples that
5  showed it was zero before 1953, that seemed like a
6  pretty reliable and accurate assumption.
7        Q.      What is the assumption that you're
8  referring to?
9        A.      That you have to -- in developing
10 the model -- and they started with Tarawa Terrace
11 in 1953.  To solve any governing partial
12 differential equation, which is what the numerical
13 models do, you have to define boundary conditions
14 and initial conditions.
15              Definition of the initial conditions
16 for the solute transport model are the
17 concentration distribution of the solute of
18 concern at times zero, which would be 1953.
19              And inherently there's an assumption
20 that it was zero before any contaminant was
21 introduced, and that is a very reasonable, logical
22 assessment of the initial condition in terms of
23 what the concentration distribution was at that
24 time, which is zero.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 99 of 455

1      Q.      Understood.

2              But for the period prior to 1982,

3   there were no historical observed concentration

4   level data; correct?

5                  MR. DEAN:  Object to the form.

6                  THE WITNESS:   Not that I'm

7       aware of.

8   BY MR. ANWAR:

9      Q.      Besides serving on these two expert

10  panels, the one in 2005 focused on Tarawa Terrace

11  and the one in 2009 more focused on Hadnot

12  Point/Holcomb Boulevard, did you contribute or do

13  any work related to ATSDR's water modeling efforts

14  for Camp Lejeune?

15     A.      No.

16     Q.      I saw that you're not listed as an

17  author on any of the reports; right?

18     A.      Correct.

19     Q.      You weren't involved in writing the

20  reports?

21     A.      Not at all.

22     Q.      And you didn't perform any of the

23  data collection or the field testing; right?

24     A.      No, I did not.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 100 of 455

1    Q.    Okay.  Have you ever visited Camp

2    Lejeune?

3    A.    No, I have not.

4    Q.    And earlier in your deposition I

5    think we discussed that at that time you were --

6    that you served on the -- the two expert panels,

7    you were employed by the U.S. Geological Survey;

8    correct?

9    A.    Yes.

10   Q.    And so other than your salary as an

11   employee of the U.S. Geological Survey, you were

12   not compensated at all to participate in the --

13   the 2005 or 2009 panels; correct?

14   A.    That's correct.

15                MR. ANWAR:  Okay.  I'm going

16         to mark an exhibit.  I'm handing to the

17         court reporter what is being marked as

18         Exhibit 7.

19                (Document marked for

20         identification as Konikow Exhibit 7.)

21                MR. DEAN:  Can we agree that

22         this is not the entire book?  Just select

23         to.

24                MR. ANWAR:  We can agree this

```
1            is not the entire book.
2     BY MR. ANWAR:
3            Q.     I've handed you an exhibit that I've
4     marked as Exhibit 7.  This is -- this is an
5     excerpt from a book entitled "The Handbook of
6     Groundwater Engineering"; correct?
7            A.     Yes.
8            Q.     And you're familiar with this book;
9     right?
10           A.     I haven't looked at it in years, but
11    I was a coauthor of that chapter.  So yes.
12           Q.     Okay.  The book itself was published
13    in 1999; right?
14           A.     (Reviews document.)
15                  It says 19 -- yeah, it says
16    copyright 1999.
17           Q.     Okay.  And you just mentioned you
18    coauthored that chapter.
19                  You coauthored Chapter 20 on
20    "Groundwater Modeling"; right?
21           A.     Yes.
22           Q.     Okay.  And you coauthored it with a
23    gentleman named Thomas E. Reilly?
24           A.     Correct.
```

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 102 of 455

1     Q.      Who is Thomas E. Reilly?

2     A.      Tom was a groundwater scientist or
3   engineer that worked with the U.S. Geological
4   Survey.  I knew him as a colleague from the USGS.
5   We were in the -- we overlapped in the same office
6   for a while in the -- I think it's called the
7   Office of Groundwater, which was kind of a
8   headquarters quality assurance type of group.

9           Tom moved -- he had worked on Long
10  Island, New York in the Long Island office for
11  many years.  Then he moved to Reston to join us
12  headquarters group.  Then I left that to join the
13  research program, and several years later Tom did
14  the same thing and was in the research program.
15  We were colleagues there.  Then he moved back into
16  the Office of Groundwater after a year or two in
17  the research program.

18           So, you know, we were colleagues,
19  you know, knew each other, and I had invited him
20  to help me prepare this chapter on "Groundwater
21  Modeling."  He had more expertise on finite
22  element methods than I did and I thought he was,
23  you know, well-known and well-rounded in
24  groundwater modeling technique.  I thought it

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 103 of 455

```
 1    would be very beneficial to have him as a

 2    coauthor.

 3         Q.      Understood.

 4              And the words in this chapter in

 5    Chapter 20 are yours and his; right?

 6         A.      Yes.

 7         Q.      Okay.  I wanted to ask you a few

 8    questions about Section 20.1 in Chapter 20, which

 9    is the Introduction.

10              The opening line in the chapter

11    reads:

12              "Effective management of groundwater

13    requires the ability to predict subsurface flow

14    and transport of solutes, and the response of

15    fluid and solute flux to changes in natural or

16    human-induced stresses."

17              Did I -- did I read that correctly?

18         A.      Yeah.  Yeah.

19         Q.      What do you mean by "effective

20    management of groundwater"?

21         A.      Well, I mean, groundwater is a

22    resource.  It's, you know, used to the benefit of

23    society, also to the benefit of individuals and

24    benefit of cities, benefit of factories, benefit
```

1    of agricultural.  You know, there's just multiple

2    uses.

3              It's a resource that should be

4    managed and it's a resource that in many cases

5    throughout the U.S. and the rest of the world is

6    not managed at all.  Because people -- a landowner

7    could drill a well and pump out as much water as

8    they want, in some cases without anyone overseeing

9    their use of the resource.

10              In the U.S. that varies greatly by

11   state to state.  In some areas, particularly if

12   there have been some problems or limitations on

13   the use, it's been overdeveloped, then they form

14   management districts or laws are implemented in a

15   state or in a county to try to, well, in effect,

16   manage the resource and try to assure that it

17   lasts longer as a resource, as a usable resource

18   than it would if there was no limitations on

19   development.

20              So by "effective management," we're

21   really implying that there is some management

22   structure governing the use of groundwater that's

23   there for basically the benefit of society and the

24   common good.  And, you know, I guess in our

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 105 of 455

1   opinion, the effective management, management that
2   is efficient and effective in trying to assure the
3   sustainability of a groundwater resource in an
4   area is just a necessary and valuable imposition
5   of some controls on the use of the resource, but
6   it's not done everywhere.
7        Q.      Understood.
8                Does management entail planning?
9        A.      Management should involve planning,
10  thinking ahead, yeah.  If they're not thinking
11  ahead, then they're not doing a good job managing
12  it.
13       Q.      And that I think you mentioned -- I
14  can't recall if it was scarcity or conservation of
15  water.
16               Is it management of?
17       A.      Well, I think I put it in the terms
18  of sustainability.
19       Q.      Sustainability, correct.
20       A.      And, you know, that's easier to do
21  in some areas than in others.
22       Q.      Sure.
23               If you turn the page to Chapter 20.2
24  on page 20-2, it's a subsection entitled "Models";

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 106 of 455

1    right?

2           A.       Okay.

3           Q.       And the first couple sentences

4    there:

5                    "The word 'model' has so many

6    definitions and so overused that it's sometimes

7    difficult to discern its meaning."

8                    And then there's a citation to you

9    and I think Fred Bredehoeft?

10          A.       Bredehoeft.  Bredehoeft.

11          Q.       Bredehoeft.

12                   And then the next line:

13                   "A model is perhaps most simply

14   defined as a representation of a real system or

15   process.  A conceptual model is a hypothesis for

16   how a system or process operates."

17                   Did I read that correctly?

18          A.       Yes.

19          Q.       Okay.  And so a model is a

20   simplified representation of a real world system

21   or process; that's what you're saying there?

22          A.       That's what we said.

23          Q.       Okay.  And a conceptual model is a

24   hypothesis for how a system or process operates;

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 107 of 455

1    right?

2          A.      In effect.  It's a -- it's a verbal

3    description of your understanding.

4          Q.      And the --

5                      MS. BAUGHMAN:  Were you

6          finished, Dr. Konikow?

7                      THE WITNESS:  Well, I was just

8          going to add:  As a verbal description,

9          it could be either qualitative or

10         quantitative.

11   BY MR. ANWAR:

12         Q.      Okay.  And the start of the next

13   paragraph there it says:

14                  "Most groundwater models in use

15   today are deterministic mathematical models."

16                  Right?

17         A.      That's what it says, yes.

18         Q.      Okay.  What -- what is a

19   deterministic model?

20         A.      A deterministic model is one in

21   which the solution, the result is, in effect,

22   predetermined by the solution to a governing

23   equation.  You have a mathematical equation that

24   describes quantitatively your understanding of the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 108 of 455

1   processes that govern, let's say, groundwater

2   flow, and to solve the differential equation, you

3   need to define boundary conditions and initial

4   conditions and the solution to that, the results.

5            It's not random.  It's predetermined

6   by the parameters you put in and the nature of the

7   equation and your definition of initial and

8   boundary conditions and, you know, if one person

9   does it here and another person does it there, if

10  they have all the same parameters and the same

11  equation, they should get the same results.

12       Q.     Got it.

13            The next line in that second

14  paragraph says:

15            "Deterministic models are based on

16  conservation of mass, momentum, and energy and

17  describe cause and effect relationships."

18            Right?

19       A.     Yes.

20       Q.     Okay.  And what does "conservation

21  of mass, momentum, and energy" mean?

22       A.     Okay.  These are basic thermodynamic

23  principles that, you know, if you have a certain

24  volume of water coming into a box, or an aquifer

1    or some kind of element, masses can serve that's
2    neither created nor disturbed, destroyed, except
3    for radioactive constituents and, you know, what
4    goes in has to be balanced by what comes out or
5    what the mass and storage in that unit changes.
6         Q.    Does that mean that in a
7    deterministic model, the mass, momentum, and
8    energy remain constant throughout time?
9         A.    No.
10        Q.    Okay.
11        A.    It just means that, you know, if you
12   add mass to the system at some later time, then it
13   all has to be balanced.
14        Q.    I got you.
15        A.    Yeah.
16        Q.    So if we turn to -- well, it's on
17   the same printed page, but the next page of the
18   book is subsection 20.3 Flow and Transport
19   Processes.
20        A.    Yes.
21        Q.    I wanted to ask you about the --
22   that first line says or the first line of the
23   second paragraph -- paragraph:
24                   "The purpose of a model that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 110 of 455

1   simulates solute transport in groundwater is to

2   compute the concentration of a dissolved chemical

3   species in an aquifer at any specified time and

4   place."

5                   Is that right?

6       A.      I believe so.

7       Q.      Okay.  And then if we jump ahead a

8   little bit to the paragraph at the end of that

9   section starting with "The subsurface," it says:

10                  "The subsurface environment

11  constitutes a complex, three-dimensional

12  herogeneous hydrogeologic setting.  This

13  variability strongly influences groundwater flow

14  and transport, and such a reality can be described

15  accurately only through careful hydrogeologic

16  practice in the field."

17                  Did I read that correctly?

18      A.      Yeah.  The word "heterogenous" was

19  on the first line.

20      Q.      Oh, hetero.  Yeah, heterogenous.

21      A.      Yes, you read it correctly.

22      Q.      Okay.  These are your words, so

23  you'll agree with that; right?

24      A.      Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 111 of 455

1    Q.      Okay.  And then "However" the next
2    sentence in that same paragraph.
3                "However, regardless of how much
4    data are collected, uncertainty always remains
5    about the properties and boundaries of the
6    groundwater system of interest."
7                Why -- why does uncertainty always
8    remain?
9    A.      Well, the subsurface environment,
10   basically the geologic framework of an aquifer due
11   to geologic processes, its properties and
12   characteristics of permeability, porosity and so
13   on just vary in space because of the geologic
14   processes that led to the deposition of material
15   and its geologic modification subsequent to its
16   deposition, its burial by under sediments and so
17   on.
18                And these are complex patterns and
19   they're underground.  You can't look at them
20   directly.  So there you could use geophysical
21   methods to try to find out different
22   characteristics, change in space, but there's
23   limitations to how accurate that is.
24                You use wells to observe at a point,

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 112 of 455

1    but whatever you define at that point, the
2    properties could be a little different 10 feet
3    away or maybe even more than a little different.
4              In other words, it's out of sight
5    out of the ability of us to see underground to
6    completely characterize all the properties of the
7    system.  It's, you know, it just can't be done
8    with present -- certainly not with present
9    technology.
10        Q.        Understood.
11        A.        And so we do the best we could,
12   interpolate between points where we have more
13   data, and then build that into a model.
14        Q.        And there's no way to create a model
15   that perfectly recreates reality; right?
16        A.        That's my belief.
17        Q.        Okay.  And you just explained it,
18   but a large part of that is because there are
19   aspects of the subsurface that we don't know
20   about; correct?
21                  MR. DEAN:  Object to form.
22                  THE WITNESS:   We --
23                  MR. DEAN:  You can continue.
24                  THE WITNESS:  Yeah.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 113 of 455

 1                  That we can't observe directly
 2          within any kind of feasible economic
 3          framework.  I mean, if you drill more and
 4          more wells to observe more and more
 5          spaces, pretty soon the wells themselves
 6          are increasing the porosity of the
 7          aquifer.
 8                  So there's a limit to how much
 9          we could do, and certainly it's expensive
10          to drill one well.  So you never have a
11          budget to drill an infinite number of
12          observation wells.
13   BY MR. ANWAR:
14          Q.      And are subsurface conditions -- I
15   guess for lack of a better way of saying this, are
16   subsurface conditions changing based on sort of
17   the environmental conditions surrounding them?
18          A.      The hydraulic properties very rarely
19   would change in time on a human time frame.  That
20   just doesn't happen.  The hydraulic conditions in
21   terms of pressure distributions and water levels,
22   those certainly can change quickly.
23          Q.      Okay.  How groundwater modeling and
24   transport is typically used for planning and

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 114 of 455

1    management purposes; right?

2                        MR. DEAN:  Object to form.

3                        THE WITNESS:   Can you repeat

4         that?

5    BY MR. ANWAR:

6         Q.      Groundwater -- groundwater modeling

7    is typically used for planning and management

8    purposes; right?

9                        MR. DEAN:  Same objection.

10                        THE WITNESS:  Well, typical

11         uses of groundwater models?  I wouldn't

12         say it's typical for that.  Models are

13         used for management purposes, but they're

14         used for many other purposes, and I don't

15         know which purpose is more typical.

16    BY MR. ANWAR:

17         Q.      What are some of the management

18    purposes that models are used for?

19         A.      I think the first highest level use

20    is to understand the system to help.  Good

21    management of the system requires that you

22    understand the system and understand which way

23    groundwater is flowing, what the head distribution

24    is, and how the whole system operates.  How to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 115 of 455

1  predict the effects of drilling a new well and

2  pumping it at a specified rate might impact other

3  users.  It might impact the water table and the

4  sustainability of the resource.  The model allows

5  you to do that in a quantitative way.

6      Q.      And to understand the system, that

7  could be one of the purposes of sort of a model or

8  uses of a model would be to project water needs in

9  the future for -- for agriculture; right?

10     A.      Well, not to project water needs,

11 but to project the impacts of water use.  You

12 wouldn't use the model -- a groundwater model to

13 predict water use.  You would use it -- you would

14 predict water use some other way based on

15 economic, climate, whatever.

16          There you would estimate water use,

17 and then you could say, what would happen to the

18 system if this water use is implemented in the

19 future?  And the model could then help you assess

20 what the impacts of a proposed water use would be.

21     Q.      Okay.  That's really helpful.

22          And then a model can also be used to

23 estimate the movement of contaminants for

24 remediation efforts; right?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 116 of 455

1        A.      Certainly.

2        Q.      Now, I'd like you to take a look at

3    your rebuttal report.  It's Exhibit 2.

4                Okay.  So looking at the first

5    paragraph under Introduction on page 1, it says

6    there that:

7                "ATSDR prepared reports describing

8    models developed to stimulate groundwater flow and

9    contaminant transport at two areas of Camp

10   Lejeune, North Carolina:  Tarawa Terrace and then

11   Hadnot Point/Holcomb Boulevard area."

12               Correct?

13       A.      Yes.

14       Q.      And when we're talking about ATSDR's

15   Camp Lejeune water modeling efforts -- I think

16   this has been clear already, but I just want to

17   confirm.

18               When we're talking about ATSDR's

19   Camp Lejeune water modeling efforts, we're really

20   talking about two separate water models; correct?

21       A.      Correct.

22       Q.      ATSDR completed a water model

23   related to Tarawa Terrace; right?

24       A.      Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 117 of 455

1    Q.    And my understanding, at least of
2    the last report, it was completed around 2009.
3              Is that consistent with your
4    understanding?
5    A.    I believe so.  I don't remember the
6    dates on the reports, but that sounds about right.
7    Q.    Okay.  And for Tarawa Terrace, ATSDR
8    performed a groundwater model using MODFLOW;
9    right?
10   A.    Correct.
11   Q.    And then they performed a fate and
12   transport model using MT3DMS; right?
13   A.    Yes.
14   Q.    Is there -- the general uncertainty
15   that we just discussed in terms of flow and
16   transport processes, does that exist for
17   groundwater models as well?
18              MR. DEAN:  Objection.
19   BY MR. ANWAR:
20   Q.    For -- for flow models?
21              MR. DEAN:  Object to the form.
22              THE WITNESS:  Well,
23         groundwater flow models such as
24         MODFLOW --

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 118 of 455

1  BY MR. ANWAR:

2       Q.     Yeah.

3       A.     -- assume that the changes can be

4  described by a governing equation that is fairly

5  standard, well accepted by scientists and

6  engineers.  You know, it's pretty common.

7            Parameters values, in other words,

8  the equation has coefficients in it, and those

9  coefficients need to be described in order to

10  solve the equation.  Those coefficients include

11  hydraulic properties such as hydraulic

12  conductivity, the saturated thickness, how you

13  discretize the system, storage coefficients or

14  specific yields.  If it's a transient flow

15  problem.

16            But, you know, one of the primary is

17  hydraulic conductivity, but you could also

18  sometimes refer to as transmissivity if you

19  account for the saturated thickness of the layer.

20            So you need to describe these and,

21  again, as with any other geologically based

22  parameter or property, yes, there is uncertainty.

23       Q.     And I guess I was wondering.

24            When you -- so for the Tarawa

Golkow Technologies,
877-370-3377       A Veritext Division       www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 119 of 455

1  Terrace model, MODFLOW was used for the
2  groundwater flow model and MT3DMS were used -- was
3  used for the fate and transport model and then
4  they were linked together; correct?

5        A.      Well, yeah, there's a linkage
6  between the two, but it's not necessarily, you
7  know, one integrated model.

8              Generally what is done, at least for
9  those codes, for MT3D, is you run the flow model
10 first and you generate a very large file that has
11 all the heads and specific discharges, all the
12 fluxes, and then you run -- afterwards you run
13 MT3D and the MT3D reads the file.  There's some
14 linkage file that connects MT3D with the data that
15 was produced by the flow model.

16       Q.      I guess my -- my question is that if
17 you use MODFLOW, a MODFLOW-based flow model and
18 with an MT3D-based flow and transport model, with
19 both models having some level of uncertainty, when
20 you use them -- when you use them together, does
21 that uncertainty sort of -- does it become
22 cumulative?

23       A.      No, I wouldn't say that, but I would
24 correct you.  MT3D is not a flow model.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 120 of 455

1      Q.      Oh, I'm sorry.

2      A.      So it's just a solute transport

3  model.  It uses the flows or fluxes that are

4  output or calculated by MODFLOW.

5      Q.      Okay.  I think that's what I meant

6  was it's a transport model; correct?

7      A.      It's a transport model, and I would

8  not say that the, you know, uncertainty is

9  cumulative in any way.

10      Q.      Okay.  And for the Hadnot

11  Point/Holcomb Boulevard water modeling effort,

12  that was separate from Tarawa Terrace; right?

13      A.      That's my understanding.

14      Q.      Okay.  And that was completed around

15  2013; right?

16      A.      That's my understanding.

17      Q.      And for that -- for Hadnot

18  Point/Holcomb Boulevard, ATSDR again used MODFLOW

19  for the groundwater flow model; correct?

20      A.      I believe they used a newer version

21  of MODFLOW than was used in the Tarawa Tara

22  list -- Terra -- Tarawa Terrace model.

23      Q.      Okay.  And for the transport model,

24  they used MT3DMS --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 121 of 455

1     A.     Yes.

2     Q.     -- again; right?

3     A.     Yes.

4     Q.     And then this time they also used a

5   water distribution model EPANET to simulate

6   intermittent connections between Hadnot Point and

7   Holcomb Boulevard; right?

8     A.     Yes.

9     Q.     Okay.  To the best of your

10  knowledge, did ATSDR perform water models for any

11  other water distribution systems at Camp Lejeune?

12    A.     At Camp Lejeune?  Not that I'm aware

13  of.

14    Q.     Okay.  Now, looking at your report,

15  going back to your report, the next line after

16  that first sentence we -- we just discussed is:

17            "Their use of the models was

18  innovative in the sense that instead of a typical

19  use of a groundwater model to predict future

20  behavior, they used the model to 'predict' how the

21  system evolved in the past (before concentration

22  observations were made) from a known state (an

23  initial condition), in which no contaminants were

24  present, to a contaminated aquifer with a mapped

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 122 of 455

1  distribution in the early to mid-1980s when

2  contamination was observed at a number of

3  locations (wells, soils samples, and water

4  treatment plants)."

5           Did I read that correctly?

6      A.      Yes.

7      Q.      My question was about -- I guess my

8  question was a moment ago I asked you whether

9  models are typically used -- I guess groundwater

10  flow and transport models are typically used for

11  planning or groundwater -- groundwater management

12  purposes, and I think you said you weren't sure

13  whether they were used typically or not typically

14  for that purpose.

15           Is that a fair assessment?

16      A.      Yeah, it's --

17              MR. DEAN:  Hold on.

18              Object to form of the

19      question.  Misstates his prior testimony.

20  BY MR. ANWAR:

21      Q.      Was that a fair characteristic

22  -- characterization of your testimony?

23      A.      Yes.

24      Q.      Okay.  And so here you say that the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 123 of 455

1    ATSDR models were "innovative in the sense that
2    instead of a typical use of a groundwater model to
3    predict future behavior."
4              Groundwater and transport models are
5    typically used to predict future behavior; right?
6         A.    Very often or to help understand
7    present behavior.
8         Q.    And the ATSDR model, you know, here
9    in your report is innovative in the sense that it
10   was being used to predict past concentration
11   levels for which real world observed concentration
12   level data wasn't available; correct?
13                   MR. DEAN:  Object to the form.
14                   THE WITNESS:  Well, the
15           objective -- primary objective seemed to
16           be that historical reconstruction.
17           That's, I'd say, typically not the main
18           objective, but I didn't mean to imply
19           that -- that what you call historical is
20           never done.  It's actually commonly done,
21           but not as the main purpose of the model.
22   BY MR. ANWAR:
23        Q.    Can you elaborate on that a little
24   bit?  When you say you didn't mean to imply that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 124 of 455

1    it's not commonly done but not the main purpose of
2    the model, what do you mean by that?
3            A.        What I mean is, for the Tarawa
4    Terrace, it seemed like a main objective in terms
5    of computing the concentrations over time.  A main
6    focus was on reconstructing that concentration
7    distribution in that period in which there were no
8    data prior to 1982.
9                  That the solution of the governing
10   equation for a period in which there's no
11   observation is actually very common in transport
12   models -- in contaminant transport models because
13   it's very common that there's a period of record
14   in which there is no observations.
15                  For groundwater contamination
16   problems, people generally are not aware it's a
17   problem until it shows up someplace where it
18   doesn't belong.
19                  A well is contaminated.  Someone is,
20   you know, drinking.  Then all of a sudden people
21   recognize a problem.  Then they start making
22   measurements and observations, but groundwater
23   moves slowly.  So that could be 10, 20, or 30
24   years before the problem is recognized and

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 125 of 455

1    observations are made.

2              If you're going to model that

3    system, you have to start back at time zero before

4    any contaminants are introduced, and so it's very

5    common that, you know, you would be doing

6    essentially the same thing, but it's very often

7    not called historical reconstruction.

8         Q.    Understood.

9              The -- I think earlier in your

10   deposition we discussed that the ATSDR models were

11   attempting to reconstruct population level monthly

12   contaminant concentrations for use in an EPI

13   study; right?

14                  MR. DEAN:  Object to the form

15            of the question.

16                  THE WITNESS:  Well, I mean, I

17            don't know about population level

18            studies.  I'm not even sure what that

19            means.

20                  But we were aware that the

21            groundwater modeling would be used for

22            epidemiological studies.

23   BY MR. ANWAR:

24        Q.    Okay.  And I think I misspoke.

1             What I meant to say was the ATSDR
2    models were used to reconstruct or estimate past
3    monthly concentration levels to support a
4    population level epidemiological study; right?
5                    MR. DEAN:  Object to the form
6         of the question.
7                    THE WITNESS:  Yeah.  Well,
8         everything you said after "support" I'm
9         not sure about, but yes, the models were
10        used to reconstruct the concentrations
11        distributions throughout the aquifer
12        prior to 1982.
13   BY MR. ANWAR:
14        Q.     Okay.  Are you aware of any other
15   models besides AT -- or strike that.
16                    Are you aware of any models
17   attempting to reconstruct historical contaminant
18   concentration levels for the purpose of
19   determining exposure in individuals?
20                    MR. DEAN:  Object to the form.
21                    Are you talking about Camp
22        Lejeune or just in general?
23                    MR. ANWAR:  I asked about any
24        models.

                         Golkow Technologies,
877-370-3377              A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 127 of 455

1          MR. DEAN:  Okay.

2    BY MR. ANWAR:

3          Q.     Are you aware of any modeling

4    attempting to reconstruct historical contaminant

5    concentration levels for the purpose of

6    determining exposure in human individuals in real

7    life?

8          A.     For that purpose in real life?  No.

9    I mean, I would say modeling at the WIPP site was

10   used to predict future exposure, and then they

11   were health studies or assessments made on that,

12   but that was all hypothetical a thousand years in

13   the future.  But that's what the modeling was

14   done.  It was related to exposure of a future

15   farmer living downstream.  So yes, that was done

16   there.

17              I'm aware of many studies where that

18   historical reconstruction was done but not for the

19   purpose of exposure.

20         Q.     Okay.  And during that WIPP study,

21   did that model into the future actually simulate

22   estimated concentration levels?

23         A.     Yes.

24         Q.     It did?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 128 of 455

1      A.      Yes, but not -- the model itself did
2  not get into the health and exposure issue.  It
3  just computed the concentrations how they would
4  spread under a hypothetical breach of the
5  repository.
6      Q.      And then what was that information
7  used for?
8      A.      As part of a safety assessment for
9  the proposed radioactive repository, and all of
10 those analyses were included in the safety
11 assessment that was submitted to EPA to get an
12 operational license for the site, and that
13 approval was granted somewhere in the mid-1990s or
14 late 1990s.
15     Q.      Okay.  Now, jumping back to
16 Exhibit 7, which is Chapter 20 of your book.
17 Yeah, Chapter 20.  Your Chapter 20 of the book
18 that we looked at.
19             I'd like to ask you a few questions
20 about section 20.6.
21     A.      Okay.
22     Q.      That subsection is titled "Model
23 Design, Development, and Application"; right?
24     A.      Yes.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 129 of 455

1      Q.      And the first sentence there in your

2   book -- excuse me -- in your chapter that you

3   coauthored states:

4             "The first step in model design and

5   application is to define the nature of the problem

6   and the purpose of the model."

7             Right?

8      A.      Yes.

9      Q.      Okay.  And those are your words;

10  right?

11     A.      Well, mine and Tom Reilly's.

12     Q.      Okay.  But you don't disagree with

13  those words; right?

14     A.      Nope.

15     Q.      Okay.  Why is defining the nature of

16  the problem and the purpose of the model the first

17  step?

18     A.      Well, you have to know the nature of

19  problems to know before you decide what the best

20  form of a model is to simulate it.  Knowing the

21  purpose of the model, what it would be used for,

22  helps you assess what factors should be included

23  and what could be safely ignored.

24     Q.      Understood.

1          And so if we go on, it says:

2          "Although this may seem obvious, it

3    is important -- it is an important first step that

4    is sometimes overlooked in a hasty effort to take

5    action.  This step is closely linked with the

6    formulation of a conceptual model, which again is

7    required prior to development of a mathematical

8    model."

9          Did I read that correctly?

10        A.      Yes.

11        Q.      Okay.  And those are words that you

12   coauthored; right?

13        A.      Excuse me?

14        Q.      Those are words that you coauthored;

15   right?  Those are your words; right?

16        A.      Yes.

17        Q.      Okay.  And you still agree with

18   what's said there; correct?

19        A.      I believe so.  Yes.

20        Q.      And then if we jump to the end there

21   or if we go a little further down in the

22   paragraph, starting with the sentence that says

23   "Good judgment."

24        "Good" -- do you see where I'm at?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 131 of 455

1     A.     Yeah, I could see it.

2     Q.     Okay.

3            "Good judgment is required to

4     evaluate and balance the trade-offs between

5     accuracy and cost, with respect to model

6     development, model use, and data requirements.

7     The key to efficiency and accuracy in modeling a

8     system probably is more affected by the

9     formulation of a proper and appropriate conceptual

10    model than by the choice of a particular numerical

11    method or code."

12           Did I read that correctly?

13    A.     You did.

14    Q.     Okay.  And do you agree with that

15    statement?

16    A.     Yes.

17    Q.     Okay.  And in particular, the

18    key -- what it says there is that the key to

19    efficiency and accuracy in a modeling system is

20    more affected by the formulation of a proper and

21    appropriate conceptual model; right?

22    A.     Yes.

23                 MR. ANWAR:  Okay.  I'm going

24         to hand -- I'm going to hand you what I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 132 of 455

1          am marking as Exhibit 8.

2                     (Document marked for

3          identification as Konikow Exhibit 8.)

4    BY MR. ANWAR:

5          Q.      Exhibit 8 is the "Chapter A: Summary

6    of Findings" for ATSDR's Tarawa Terrace water

7    model; correct?

8          A.      Yes.

9          Q.      Okay.  If you turn to -- it's page

10   Roman numeral III.  Just a couple pages in.  Under

11   the Foreword.

12         A.      Yes.

13         Q.      You see that?

14         A.      Yes.

15         Q.      It says:

16                 "ATSDR, an agency of HHS, is

17   conducting an epidemiological study to evaluate

18   whether in utero and infant (up to 1 year of age)

19   exposures to volatile organic compounds in

20   contaminated drinking water at U.S. Marine Corps

21   Base Camp Lejeune, North Carolina, were associated

22   with specific birth defects and childhood cancers.

23   The study includes births occurring during the

24   19 -- during the period 1968 to 1985 to women who

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 133 of 455

1   were pregnant while they resided in family housing

2   at the base."

3            Did I read that correctly?

4      A.      Yes.

5      Q.      And as we discussed before, the

6   ATSDR's water model for Tarawa Terrace was

7   developed to obtain estimates of historical

8   exposure for the EPI study that they were

9   performing --

10                 MR. DEAN:  Object.

11  BY MR. ANWAR:

12     Q.      -- correct?

13                 MR. DEAN:  Object to the form

14       of the question.

15                 THE WITNESS:  Well, I don't

16       know that it was developed that the

17       models would calculate exposures.  The

18       models would calculate the concentration

19       distribution in time and space.

20  BY MR. ANWAR:

21     Q.      The -- if we go to the next

22  paragraph just underneath, it says:

23                 "Historical exposure data needed for

24  the epidemiological case-control study are

1    limited.  To obtain estimates of historical

2    exposure, ATSDR is using water-modeling techniques

3    and the process of historical reconstruction."

4            Did I read that correctly?

5    A.        You did.

6    Q.        And that was the purpose of ATSDR's

7    model for Tarawa Terrace; correct?

8    A.        Well, yeah.  I think the next

9    sentence that you didn't read is critical also.

10            These -- these methods, the water

11   modeling techniques, "are used to quantify

12   concentrations of particular contaminants in

13   finished water and to compute the level and

14   duration of human exposure to contaminated

15   drinking water."

16            So I think that's a key part of it.

17   Q.        Sure.

18            But that -- that was the purpose?

19   A.        Yeah.

20   Q.        What we both read; correct?

21   A.        Yes.  Yes.

22   Q.        Okay.  Now, if you turn to

23   page -- well, let me -- let me -- one question

24   before we turn the page.

1          Per the first paragraph, the EPI
2     study that was being performed was for the period
3     between 1968 and 1985; correct?
4          A.     Apparently, yes.
5          Q.     Okay.  And if we turn the page to
6     A98.
7          A.     To which page?
8          Q.     A98.
9          A.     A98.
10         Q.     This is a -- this is part of a Q&A
11    about the Tarawa Terrace model and there's a
12    question there.  The last question on A98 says:
13              "ATSDR's historical reconstruction
14    analysis documents that Tarawa Terrace drinking
15    water was contaminated with PCE that exceeded the
16    current maximum contaminant level (MCL) of 5
17    milligrams per liter during 1957 and reached a
18    maximum value of 183 micrograms per liter.  What
19    does this mean in terms of my family's health?
20              Did I read that correctly?
21         A.     Yes.
22         Q.     Okay.  And the answer is:
23              "ATSDR's exposure assessment cannot
24    be used to determine whether you, or your family,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 136 of 455

1   suffered any health effects as a result of past

2   exposure to PCE-contaminated drinking water at

3   Camp Lejeune."

4           Did I read that correctly?

5       A.      Yes.

6       Q.      And it goes on to say:

7           "The study will help determine if

8   there is an association between certain birth

9   defects and childhood cancers among children whose

10  mothers used this water during pregnancy.

11  Epidemiological studies such as this help improve

12  scientific knowledge of the health effects of

13  these chemicals."

14          Did I read that correctly?

15      A.      Yes.

16      Q.      And, again, per this information

17  here, the model -- the -- the estimated monthly

18  concentration -- contaminant concentration levels

19  were for the purpose of epidemiological studies;

20  correct?

21              MR. DEAN:  Object to the form

22          of the question.

23              And also note you didn't read

24          the entire answer to the question into

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 137 of 455

1          the record.  You only chose a few select
2          sentences.
3                    MR. ANWAR:  You can the --
4          correct.
5                    THE WITNESS:   Could you
6          repeat the question?
7     BY MR. ANWAR:
8          Q.      Sure.
9                    The -- it's what we -- what we've
10    been talking about, that the purpose of the
11    simulated monthly estimated contaminant
12    concentrations produced by the Tarawa Terrace
13    model, those were intended to be used for an EPI
14    study, right, that ATSDR was performing?
15                    MR. DEAN:  Object to the form
16          of the question.
17                    You've asked this same
18          question 50,000 times already.  I'm not
19          going to instruct the witness not to
20          answer it but --
21                    MR. ANWAR:  Kevin, I'm going
22          to ask you to limit.
23                    MS. HURT:  -- you keep asking
24          the same question 40 different times, and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 138 of 455

1          you're looking for a specific response
2          you're not getting.  So I would --
3   BY MR. ANWAR:
4        Q.      The answer is correct.  It was used
5   for an EPI study; right?
6                     MR. DEAN:  Object to the form
7          of the question.
8   BY MR. ANWAR:
9        Q.      It was intended for use for an EPI
10  study; right?
11                    MR. DEAN:  Object to the form
12         of the question.
13                    THE WITNESS:   I believe so.
14  BY MR. ANWAR:
15       Q.      Okay.  As you sit here today, as
16  someone that has reviewed all of the reports for
17  Tarawa Terrace, the Tarawa Terrace model, can you
18  point me to anywhere in the ATSDR report stating
19  that the TT model, the Tarawa Terrace model was
20  intended to be used for exposure -- exposure
21  determinations in individuals in the real world?
22                    MR. DEAN:  Object to the form
23         of the question.
24                    This witness is not qualified,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 139 of 455

1          and he's told you that, as an
2          epidemiologist.
3                    THE WITNESS:   The answer
4          would be no.
5     BY MR. ANWAR:
6          Q.     Okay.  And can you point me to
7     anywhere in the ATSDR reports stating that the
8     Tarawa Terrace model was intended to be used in
9     litigation as part of a causation analysis for
10    individual plaintiffs?
11                   MR. DEAN:  Object to the form
12         of the question.
13                   THE WITNESS:   I do not recall
14         seeing any mention of litigation in
15         there.
16    BY MR. ANWAR:
17         Q.     Okay.
18                   MR. DEAN:  It was an
19         independent study performed by the United
20         States government.
21                   MR. ANWAR:  I am going to hand
22         you what I'm marking as Exhibit 9.
23                   (Document marked for
24         identification as Konikow Exhibit 9.)

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 140 of 455

1    BY MR. ANWAR:

2         Q.      And if you turn to page Roman

3    numeral III again, the Foreword.  The almost

4    identical language is included as in the Tarawa

5    Terrace report, and I'll read it.  It says:

6              ATSDR "is conducting epidemiological

7    studies to evaluate the potential for health

8    effects from exposures to volatile organic

9    compounds (such as PCE, TCE, and benzene) in

10   drinking (finished) water at U.S. Marine Corps

11   Base Camp Lejeune, North Carolina.  Historical

12   exposure data needed for the epidemiological

13   studies are limited.  To obtain estimates of

14   historical exposures, ATSDR is using

15   water-modeling techniques and the process of

16   historical reconstruction to quantify

17   concentrations of particular contaminants in

18   finished water and to compute the level and

19   duration of human exposure to contaminated

20   drinking water."

21              Did I -- did I read that correctly?

22        A.      Yes.

23        Q.      Okay.  And again here in the

24   Foreword, it's stating that the historical

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 141 of 455

1    exposure data needed for epidemiological studies;
2    correct?
3                         MR. DEAN:  Object to the form
4             of the question.
5                         THE WITNESS:   Can you repeat
6             the question?
7    BY MR. ANWAR:
8         Q.      It's stating here historical
9    exposure data is needed for the epidemiological
10   studies that ATSDR is performing; correct?
11        A.      Yeah.
12        Q.      Okay.  And that was the purpose of
13   the Hadnot Point/Holcomb Boulevard model; correct?
14                        MR. DEAN:  Object to the form
15            of the question.  Mischaracterizes prior
16            testimony.
17                        THE WITNESS:  Well, my
18            understanding is -- is the purpose of the
19            model was to reconstruct or to estimate
20            how concentrations of these contaminants
21            varied in time and space.
22   BY MR. ANWAR:
23        Q.      For the epidemiology --
24   epidemiological studies; right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 142 of 455

```
 1                    MR. DEAN:  Object to the form
 2          of the question.
 3                    THE WITNESS:  Well, I think
 4          that's stated here that that's the
 5          ultimate goal, but, again, the model
 6          itself doesn't know or care what the
 7          purpose of the use of the output would
 8          be.
 9   BY MR. ANWAR:
10          Q.      And, again, if we turn to page A182.
11          A.      What page?
12          Q.      A182.
13                    MR. DEAN:  A182?  It only goes
14          to A164.
15                    MR. ANWAR:  Oh, I'm sorry.  I
16          must have put the wrong one there.
17          Sorry.
18   BY MR. ANWAR:
19          Q.      Okay.  We can skip that.  That's
20   fine.
21                    And earlier you talked about the
22   conception or earlier we discussed the sentence in
23   your book about the importance of the conceptual
24   model, forming the conceptual model in relation to
```

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 143 of 455

1    efficiency and accuracy of the model.

2                   Do you recall that?

3        A.       I do.

4        Q.       Okay.  And the conceptual model, to

5    be clear, for both of the ATSDR models, Tarawa

6    Terrace and Hadnot Point, was to estimate monthly

7    contaminant concentration levels for EPI studies?

8                          MR. DEAN:  Object to the form

9            of the question.

10                        Last time.  I'm going -- next

11           time I'm going to instruct him not to

12           answer your question because you've asked

13           it now, according to my calculations, at

14           least 110 times, and his first answer is

15           all that you needed.

16                        So if you don't like his

17           answer, move on to some different

18           subject, but this is the last time.  I'm

19           going to let him answer it, but next time

20           I'm going to ask him to instruct him not

21           to continue answering your questions.

22   BY MR. ANWAR:

23       Q.       The answer is correct; right?

24                        MR. DEAN:  Object to the form.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 144 of 455

 1                THE WITNESS:  Can you repeat
 2        the question?
 3                MR. ANWAR:  Okay.  And your --
 4        Kevin, I'm going to say, your objection
 5        is noted.  You know as well as I do the
 6        rules with issues to objections to form
 7        in a non-suggestive manner.  I'm going to
 8        ask you to limit your speaking
 9        objections.  You keep making speaking --
10                MR. DEAN:  Well, we can call
11        the court because I can have this court
12        reporter read me how many times you've
13        asked that same question, and we can get
14        the judge on the phone and ask him how
15        many times you get to ask him that
16        question.  It's the same one.
17                MR. ANWAR:  During -- during
18        the next break --
19                MR. DEAN:  Do you dispute
20        you've asked him the same question more
21        than 10 times?
22                MR. ANWAR:  During the break,
23        I'm happy to do that.  Let me focus on my
24        questioning.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 145 of 455

1   BY MR. ANWAR:

2        Q.      The question is the conceptual

3   model -- you would agree the conceptual model,

4   as -- as confirmed by the statements we've just

5   read from the -- from the actual reports, the

6   conceptual model for ATSDR's Tarawa Terrace model

7   and Hadnot Point model was to estimate contaminant

8   concentration levels for EPI studies; right?

9                        MR. DEAN:  Object to the form

10            of the question.

11                        THE WITNESS:  No.

12  BY MR. ANWAR:

13       Q.      What was -- what was the conceptual

14  model then?

15       A.      The conceptual model is your idea of

16  how the system works, how the flow system works.

17  Your understanding of what constitutes an aquifer

18  versus a confining layer.

19                The conceptual model is relevant to

20  how you structure the model.  It's not -- it's not

21  a description of the purpose of the model.

22       Q.      Okay.  And that's -- that's a -- I

23  appreciate that clarification.

24                The conceptual model that was

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 146 of 455

1    developed for the purpose of the ATSDR Tarawa
2    Terrace and Hadnot Point/Holcomb Boulevard models
3    was developed in mind of the actual purpose for
4    which the model was being used, which was exposure
5    estimates for EPI study; correct?
6                        MR. DEAN:  Object to the form
7         of the question.
8                        I'm not sure if anybody would
9         understand that question.
10                       THE WITNESS:   I don't know
11        what was in their mind when they
12        developed the conceptual model.
13   BY MR. ANWAR:
14        Q.      Okay.  Now, in your report, you give
15   a couple examples of other instances where --
16   well, let me back up for a second.
17                       As it relates to the Hadnot
18   Point/Holcomb Boulevard model, can you point me to
19   any statement in the ATSDR reports stating that
20   that model was intended to be used for exposure
21   determinations in individuals in the real world?
22                       MR. DEAN:  Object to the form.
23                       THE WITNESS:   I would have to
24        reread the whole report carefully and see

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 147 of 455

1          if it says that.  I...
2    BY MR. ANWAR:
3          Q.      Having read the reports in
4    preparation for your deposition, as you sit here
5    today, can you -- can you -- are you aware of any
6    such statement in the reports?
7                        MR. DEAN:  Object to the form.
8                        THE WITNESS:  Well, I believe
9              that the Foreword that we just went over
10             describes that the ultimate purpose is to
11             evaluate the potential for health effects
12             from exposure to volatile organic
13             compounds.
14   BY MR. ANWAR:
15         Q.      Okay.  Can you point me to anywhere
16   in the -- in the Hadnot Point/Holcomb Boulevard
17   reports that states that particular model was
18   intended to be used in litigation as part of a
19   causation analysis for individual plaintiffs?
20                        MR. DEAN:  Object to the
21             form --
22                        THE WITNESS:   I --
23                        MR. DEAN:  -- of the question.
24                        THE WITNESS:   I don't recall

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 148 of 455

1           seeing anywhere in the reports that

2           litigation was mentioned.  So I would

3           have to say no.

4    BY MR. ANWAR:

5           Q.      Okay.  Now, in your rebuttal report,

6    you identified two examples of hindcasting models;

7    correct?  Other examples of hindcasting models;

8    correct?

9           A.      I think I identified two models

10   where that had been done but had never been called

11   hindcasting.

12          Q.      Okay.

13          A.      And that wasn't -- that was just

14   done as part of the modeling exercise, as part of

15   the model output.  It just wasn't the main purpose

16   of those models, and it was just a consequence of

17   the modeling, but in effect that's what was done.

18          Q.      And that was the Rocky Mountain

19   Arsenal in Colorado example; correct?  One of

20   them?

21          A.      One of two examples was from the

22   Rocky Mountain Arsenal, which I'm very familiar

23   with because I had done the modeling and I had

24   written the reports about it.

1      Q.      And the other one is the Lawrence
2    Livermore National Laboratory example; correct?
3      A.      Correct.
4      Q.      Now, the Rocky Mountain Arsenal
5    examples wasn't about reconstruction --
6    reconstructing contaminant concentrations to
7    determine exposures in individuals; right?
8      A.      The issue of determining exposures
9    has nothing to do with the model, in the sense
10   that you're trying to develop a model that
11   simulates the system based on your understanding
12   of the physical and chemical --
13                    THE VIDEOGRAPHER:  Counsel,
14         could please fix your mic.  I'm not
15         picking up your questioning.
16   BY MR. ANWAR:
17     Q.      Earlier you mentioned that you had
18   been deposed related to the Rocky Mountain --
19     A.      Yeah, I'm not sure I finished
20   answering the previous question --
21     Q.      Okay.
22     A.      -- because of the interruption.
23             But I think what I was going to add
24   was that the assessment of health effects is

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 150 of 455

1    external to the development of the model.  It's
2    not in the groundwater flow and transport models.
3    It has no impact on the groundwater flow and
4    transport model.
5                    You're doing the best you can to
6    develop the models that simulates -- reproduces
7    the historical distributions, but that model
8    development should not be influenced by what the
9    output might be used for.
10                        MR. ANWAR:  Okay.  I am
11           handing you what is being marked as
12           Exhibit 10.
13                        (Document marked for
14           identification as Konikow Exhibit 10.)
15   BY MR. ANWAR:
16        Q.     Now, this is the article that you
17   wrote about the Rocky Mountain Arsenal study;
18   correct?
19        A.     Yes.
20        Q.     Okay.  And in the Rocky Mountain
21   Arsenal study -- and actually if you want to look
22   at your report for this, it's on page -- it's on
23   page 3 of your rebuttal report if you want to jump
24   back to -- to that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 151 of 455

1      A.       This?  Okay.  Wait.  The rebuttal
2  report?  Page 3?  Okay.
3      Q.       You state at the start of the second
4  full paragraph:
5            Hindcasting was accomplished as a
6  part of a study at the Rocky Mountain Arsenal.
7  Contamination problem in which I developed and
8  calibrated the groundwater flow and transport
9  model.  The Rocky Mountain Arsenal began
10 operations in or about 1943.  Groundwater
11 contamination problem was recognized in 1954 and
12 1955."
13            Did I read that correctly?
14      A.       Yes.
15      Q.       Okay.  And so to the extent that you
16 are estimating contaminant concentrations or
17 anything in the past, it was over that 12- or
18 13-year period from -- date from 1954, 1955 back
19 to 1943; right?
20      A.       Yeah.  Well, that was the first
21 period there was no data.  There were several
22 other periods for which there were no data.
23      Q.       Okay.  And you say there were no
24 concentration data were available for the first 13

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 152 of 455

1   years of operation; correct?

2        A.      Correct.

3        Q.      And in Camp Lejeune for both the

4   Hadnot Point/Holcomb Boulevard and the Tarawa --

5   Tarawa Terrace models, those models are attempting

6   to reconstruct historical contaminant

7   concentrations over a 30-year period; right?

8        A.      Yes.

9        Q.      Okay.  From observed data in 1982,

10  contaminant concentration level in 1982 till 1953

11  or earlier; correct?

12       A.      Correct.

13       Q.      Okay.  So if we turn to the

14  Introduction, if we turn back to Exhibit 10, which

15  is your article on Rocky Mountain Arsenal, on

16  page 1, there's -- on page numerical 1, there's an

17  Introduction there; right?

18       A.      Correct.

19       Q.      Okay.  And it says:

20               "The contamination of a ground-water

21  resource is a serious problem that can have

22  long-term economic and physical consequences that

23  might not be easily remedied.  Although the

24  prevention of ground-water contamination provides

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 153 of 455

1    the most satisfactory result, the capability to
2    predict the movement of dissolved chemicals in
3    flowing ground water is also needed in order to
4    (1) plan and design projects to minimize
5    ground-water contamination."
6                    Did I read that correctly?
7         A.      Yes.
8         Q.      So that -- that was one of the uses
9    for the model; correct?
10        A.      That's potential use of models.
11        Q.      Okay.
12        A.      I don't believe I was talking
13   specifically about this model, but I was talking
14   about models in general.
15        Q.      Okay.  Number 2.  "Estimate spatial
16   and temporal variations of chemical
17   concentrations."
18                    Correct?
19        A.      Yes.
20        Q.      Number 3.  "Estimate the traveltime
21   of a contaminant from its source to a ground-water
22   sink (a discharge point, such as a stream, spring,
23   or well."
24                    Correct?

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 154 of 455

1        A.       Yes.

2        Q.       Number 4.  "Help design an effective

3   and efficient monitoring system."

4                 Correct?

5        A.       Yes.

6        Q.       And then number 5 is "Help physical

7   and economic feasibility of alternative

8   reclamation plans for removing contaminants from

9   an aquifer."

10       A.       "Help evaluate."

11       Q.       "Help evaluate."  Thank you.

12                "Help evaluate physical and economic

13  feasibility of alternative reclamation plans for

14  removing contaminants from an aquifer and (or)

15  preventing the contaminants from spreading."

16                Right?

17       A.       Right.

18       Q.       And those were the purposes of this

19  model; correct?

20       A.       Well, those -- those were listed as

21  general purposes for groundwater models --

22  groundwater contamination models.  I don't think

23  those six bullet points -- five bullet points were

24  meant to be narrowly applied to the Rocky Mountain

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 155 of 455

1    Arsenal.  It was more of a general introduction,
2    but yeah, that certainly would apply to the Rocky
3    Mountain Arsenal model.
4          Q.     If you turn to page 40 of the model.
5          A.     40?
6          Q.     Excuse me.  40 of the exhibit of
7    your study.
8                     THE VIDEOGRAPHER:  Sir, please
9           try and be professional.  It's making
10          very muddy record.
11                     MR. ANWAR:  Okay.
12   BY MR. ANWAR:
13         Q.     And so 40 there's a Summary and
14   Conclusions; correct?
15         A.     Yes.
16         Q.     The Summary and Conclusions, if you
17   go down to the third full paragraph.
18         A.     Which paragraph?
19         Q.     Third full paragraph.
20         A.     Okay.
21         Q.     "The predictive accuracy of the
22   model is most limited by adequacy of the input
23   data."
24                     Did I read that correctly?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 156 of 455

1      A.      You did.

2      Q.      And do you agree with that

3   statement?

4              You wrote it.

5      A.      Yeah, I think I do.  Yeah.  Yeah.

6      Q.      Okay.

7      A.      Yeah, I wrote it 50 years ago.  So

8   I'm just making sure I still agree with it.

9      Q.      Those are the questions I have about

10  that exhibit.

11     A.      Okay.

12     Q.      And so the other example you gave

13  was for the Lawrence Livermore National Laboratory

14  site; is that right?

15     A.      Yes.

16     Q.      And I think in the -- in your

17  rebuttal report, you reference it as a study in

18  groundwater authored by Rogers; is that right?

19     A.      That was Rogers, who's with the

20  Lawrence Livermore National Laboratory, or at

21  least he was when he wrote the article.

22              MR. ANWAR:  Okay.  I'm going

23         to go ahead and mark this as Exhibit 11.

24              (Document marked for

1       identification as Konikow Exhibit 11.)

2    BY MR. ANWAR:

3       Q.      Is this the article by Rogers that

4    you were referring to --

5       A.      Yes.

6       Q.      -- in your report?

7       A.      Yes.

8       Q.      And in the Abstract there, it states

9    that:

10              "Failure to incorporate retardation

11   factors in solute transport predictions can lead

12   to serious miscalculations of the degree of

13   contamination and the time required for

14   remediation."

15              Did I read that correctly?

16      A.      Yes.

17      Q.      And do you still -- do you agree

18   with that?

19      A.      Well, yeah, I mean, retardation

20   factors would certainly be considered if a

21   particular constituent is being retarded by

22   chemical reactions or biological reactions of any

23   kind.

24      Q.      And under Introduction, it says:

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 158 of 455

1              "A ground-water model can only

2    be -- can be only as accurate as useful -- and

3    useful as the degree to which the modeled flow and

4    transport mechanisms completely represent the

5    significant characteristics of the system."

6              Do you agree with that?

7         A.        Yeah, in general.  Sure.  Yeah.

8         Q.        Now, the modeling for the Lawrence

9    Livermore National Laboratory site in California,

10   it wasn't attempting to estimate historical

11   contaminant concentrations for exposure

12   determinations in individuals; right?

13        A.        Well, for one thing, the purpose of

14   the model and what it's used for has nothing to do

15   with how well the model is calibrated.  That's

16   something that comes after the model.  So to me

17   that just seems irrelevant to assessing the model.

18        Q.        But the purpose of this Lawrence

19   Livermore National Laboratory site model wasn't to

20   attempt historical contaminant concentration

21   exposure levels in individuals; right?

22        A.        The model -- the purpose of the

23   model was to reproduce what was going on in the

24   system.  So.

1     Q.      And what was being -- what was

2   -- what was --

3     A.      So as a natural consequence, this

4   was a problem that had many analogies to Hadnot

5   Point/Holcomb Boulevard.  The contamination based

6   on the historical understanding is believed to

7   have started in the early 1940s, 1942 or '43, and

8   a contamination problem was recognized decades

9   later.  And the first time for which there is any

10  measurements of concentrations was around 1982 to

11  '85.  So I don't remember the exact year.

12    Q.      The --

13    A.      So to run the model to analyze what

14  was there now -- we're in 1992 when it was done --

15  they had to start from that initial condition, a

16  period of -- I don't know what -- 30 years when

17  there was no data available and then calibrate to

18  the later data.  But part of that is your -- the

19  model is in effect historically reconstructing the

20  distribution during that time in which it.

21          So in principle, it's very similar

22  to what was done in Tarawa Terrace.

23    Q.      But the information that this model

24  produced wasn't used for exposure estimates --

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 160 of 455

1          A.      I don't --

2          Q.      -- in individuals?

3                       MR. DEAN:  Object to the form

4          of the question.

5                       THE WITNESS:   I have no idea

6          what it was used for.

7    BY MR. ANWAR:

8          Q.     Can you point to -- can you direct

9    me to anywhere in the -- the article where the

10   purpose is identified as estimating concentration

11   levels for exposure determinations in individuals?

12                       MR. DEAN:  Object to the form.

13                       THE WITNESS:   I don't think

14         so.

15                       MR. ANWAR:  Okay.  You can set

16         that aside.

17                       We've been going for a little

18         while.  Now might be a good time to take

19         a lunch break.

20                       MR. DEAN:  How long you want

21         to take?  30 minutes?

22                       MR. ANWAR:  What do you guys

23         think?  30?  45?

24                       MS. SILVERSTEIN:  I think 45.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 161 of 455

1                    MR. ANWAR:  Okay.  Yep.

2                    MR. DEAN:  See you back 1:30.

3                    MR. ANWAR:  Sounds good.

4                    THE COURT REPORTER:  We are

5          going off the record.  The time is 12:46

6          PM.

7                    (Whereupon, at 12:46 p.m., a

8          luncheon recess was taken.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 162 of 455

```
 1                    AFTERNOON SESSION
 2                                   (1:43 p.m.)
 3                    LEONARD KONIKOW, PHD
 4    called for continued examination and, having been
 5     previously duly sworn, was examined and testified
 6     further as follows:
 7                    EXAMINATION (CONTINUED).
 8                    THE VIDEOGRAPHER:  We're back
 9         on the record.  The time is 1:43 PM.
10   BY MR. ANWAR:
11        Q.     Good afternoon, Dr. Konikow.
12        A.     Good afternoon.
13        Q.     Hope you had a good lunch.  We are
14   back on the record from a lunch break.
15               Are you okay to continue?
16        A.     Yes.
17        Q.     Okay.  During your lunch break, did
18   you discuss the substance of your testimony with
19   your lawyers at all?
20        A.     No.
21        Q.     Okay.  When we left off prior to the
22   lunch break, I had asked you some questions about
23   the Rocky Mountain Arsenal study that you had
24   worked on.
```

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 163 of 455

1           Do you recall that?

2      A.      Yes.

3      Q.      I wanted to ask you.  You mentioned

4  that you sat for a deposition related to that

5  work.

6           Do you recall what year that

7  deposition took place?

8      A.      No, I don't.  It -- I looked to see

9  if I had any records of it, and I couldn't find

10  any.  It was probably in the early to mid-'80s.

11  It could have been earlier.  It could have been a

12  little later.  I don't.  I know where it was, but

13  I don't know even what year it was.

14      Q.      Where did the deposition take place?

15      A.      It was in the Sheraton Hotel in

16  Reston.

17      Q.      Oh, in Reston out here.

18      A.      Yeah.

19      Q.      Okay.  Thank you.

20           I wanted to ask you about some of

21  the opinions in your report.

22           So if you want to direct your

23  attention back to Exhibit 2, which is your

24  rebuttal report, and I wanted to start by focusing

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 164 of 455

1    on page 6 of your rebuttal report, which is
2    Opinion 1.

3          A.      Okay.

4          Q.      And there, you know, I don't want to
5    read the whole thing, but there -- there you offer
6    some opinions about in response to
7    Dr. Spiliotopoulos, and it concludes by saying, in
8    the third paragraph you say:

9                  "Dr. Spiliotopoulos overstates the
10   lack of data for the Camp Lejeune groundwater
11   system."

12                 Is it your opinion that
13   Dr. Spiliotopoulos overstated the lack of
14   historical concentration data available for
15   ATSDR's water modeling efforts related to Camp
16   Lejeune?

17         A.      Well, that doesn't say concentration
18   data.  It says he overstates the lack of data.  So
19   I take that mean to all data related to the model
20   including hydraulic data, water data, and he's
21   implying or stating that there is a lack of data.

22         Q.      Is it your opinion that there was a
23   lack of historical concentration data available
24   for ATSDR's modeling efforts at Camp Lejeune or

Golkow Technologies,
877-370-3377         A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 165 of 455

1  related to Camp Lejeune?

2       A.     Well, as far as I know, it's factual

3  that there was no data between 19 -- are we

4  talking Tarawa Terrace or the other one or all of

5  them?

6       Q.     For concentration -- observed data

7  for concentration levels, let's start with Tarawa

8  Terrace and then Holcomb Boulevard?

9       A.     Prior to 19 -- yes, there were no --

10  best of my knowledge, there were no concentration

11  data available prior to 1982.

12       Q.     Okay.  And you'd agree that the

13  concentration level data for any of the VOCs at

14  issue at Camp Lejeune -- TCE, PCE, vinyl chloride

15  benzene -- prior to 1982 does not exist in terms

16  of real-world data; correct?

17                    MR. DEAN:  Objection.

18                    THE WITNESS:   In terms of

19         what?

20  BY MR. ANWAR:

21       Q.     So you'd agree that prior to 1982,

22  concentration level data for any of the VOCs at

23  issue at Camp Lejeune -- TCE, PCE, vinyl chloride,

24  benzene -- it doesn't exist?

```
 1                    MR. DEAN:  Object to the form
 2           of the question.
 3                    THE WITNESS:  Well, my answer
 4           would be, I don't know for sure that it
 5           doesn't exist, but I have not seen any
 6           and I saw no reference to any.
 7                    MR. ANWAR:  Okay.  I'm going
 8           to mark an exhibit.
 9                    Mark this as Exhibit 12.
10                    (Document marked for
11           identification as Konikow Exhibit 12.)
12   BY MR. ANWAR:
13        Q.      This is -- so this is Volume II of
14   the transcript from the 2005 ATSDR expert panel.
15                Would you agree with that?
16        A.      Yes.
17        Q.      Okay.  And on the front of
18   the -- the front of the transcript, it states that
19   the meeting review -- meeting peer review panel
20   was held at Century Boulevard in Atlanta, Georgia
21   on Tuesday, March 29, 2005.
22                Do you see that?
23        A.      Yes.
24        Q.      Okay.  And is that consistent with
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 167 of 455

1    your understanding about when the peer --

2            A.      Well, I don't remember the address,

3    but, you know, that seems to be when the meeting

4    was held.

5            Q.      Okay.  And you don't have any reason

6    to disagree with that; right?

7            A.      No.

8            Q.      Okay.  Now, when you -- when you

9    participated in both the 2005 and the 2009 expert

10   peer review panels, were you aware that the

11   conversations were being transcribed?

12           A.      I probably was.

13           Q.      Were you aware that these

14   transcripts now exist?

15           A.      Yes.

16           Q.      And is it fair to assume that

17   whatever discussion that took place both in

18   2000 -- at the 2005 expert panel and the 2009

19   expert panel, those were your -- your honest

20   thoughts at that time?

21           A.      I would think so.

22           Q.      Okay.  You wouldn't have any reason

23   to attend an expert peer review panel and lie or

24   make anything up; right?

1      A.      Absolutely not.

2      Q.      Okay.  So I wanted to have you turn

3  to page 47, and then at the bottom of 47 line 25

4  it starts by saying -- and then it will go on to

5  page 48:

6              "DR. KONIKOW:  Well, you have very

7  limited data against which to calibrate your

8  model.  Okay.  And you know, in the period that

9  you were collecting data, the wells were

10 contaminated.  Okay.  So if you're going to run

11 the groundwater model, it's a question of how do

12 you get from zero to that level of concentration

13 that you're calibrating.  You start with an

14 initial condition of no PCE in 1954.  Okay."

15             Did I read that paragraph correctly?

16     A.      You read it correctly, yeah.

17     Q.      Okay.  And when you said, "Well, you

18 have very limited data against which to calibrate

19 your model," those -- those were your words;

20 correct?

21     A.      Apparently.

22     Q.      Okay.  And do you have any reason to

23 disagree with those -- those words?

24                     MR. DEAN:  Object to the form

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 169 of 455

1          of the question.

2                          And you're also providing

3          him -- not providing the context in which

4          the -- his comments are for the several

5          pages before that.

6    BY MR. ANWAR:

7          Q.        Do you have any reason to disagree

8    with what you said?

9          A.        (Reviews document.)

10                         Well, yeah, they were talking about

11   the calibration.  No, I don't disagree with it.

12         Q.        And it says "You start with an

13   initial condition of no PCE in 1954" --

14         A.        Yeah, that --

15         Q.        -- we're talking about Tarawa

16   Terrace; right?

17         A.        Yeah.  Maybe that should have been

18   '53.  I don't remember the time.

19         Q.        And then the next paragraph you

20   state:

21                         "And then you start your model

22   running.  And there's going to be speculation upon

23   assumption built into that, and you'll get a range

24   of responses.  My hypothesis or my guess would be

1  that all roads will lead to contamination by 1968.

2  You may want to do the modeling to demonstrate it.

3  Maybe I'm wrong."

4          Did I read that correctly?

5      A.      You read it correctly.

6      Q.      And you said "there's going to be

7  speculation upon assumption built into that";

8  right?

9      A.      That's what it says.

10     Q.      What did you mean by "speculation

11 upon assumption built into that"?

12     A.      Well, I assume that I was talking

13 about the boundary conditions and other

14 assumptions built into the model.  In other words,

15 get the model run, it has to have specific numbers

16 for where fluid comes into the system, where it

17 leaves the system, where solute mass is added to

18 the system and so on.

19          And for the period where there was,

20 you know, no record, you know, that those

21 estimates have to be reconstructed from the best

22 data available.

23          So for recharge to the aquifer, you

24 look at precipitation records and maybe the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 171 of 455

1   estimates of soil properties that you could, and

2   you make a reasonable estimate of recharge but,

3   you know, it's not an observation.

4                And, you know, the same with the

5   mass loading.  You know, for Tarawa Terrace, they

6   knew where the source was, but, you know, there

7   was no one recording the people dumping the PCE.

8   So you had to make an assumption or approximation

9   about an average rate, and even with an average

10  rate, you don't know the specific rates.

11               It may have been higher one week and

12  lower the next week, and there's no way to get

13  that variability.  So you would do your best to

14  estimate long-term average rates.

15       Q.      Got it.

16               And in that second paragraph, you go

17  on to state:

18               "My hypothesis or my guess would be

19  that all roads will lead to contamination by

20  1968."

21               Right?

22       A.      That's what it says, yes.

23       Q.      Okay.  And when you said 1968,

24  you're referring to 1968 as the start of the

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 172 of 455

1    epidemiological study that ATSDR was wanting to

2    perform; right?

3          A.       I presume so.  Again, this was 20

4    years ago.  I don't remember exactly what my

5    thoughts were.

6          Q.       And you go on in the third paragraph

7    to say:

8                   "But you want -- the only possible

9    outcome that would differ would be a later

10   arrival, and that may be the first few years

11   there's no exposure.  I think that's unlikely, but

12   that's what you want to evaluate, and that's

13   probably best -- the best you could hope from --

14   from all of these models."

15                  Did I read that correctly?

16         A.       You read it correctly.

17         Q.       Okay.  When I -- when I read this

18   section of the transcript, it -- it appears to me

19   that the question that you're addressing is

20   whether -- in terms of mass loading whether PCE

21   would have contaminated the aquifers by the start

22   of the EPI study.

23                  Is that -- is my understanding

24   correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 173 of 455

1           A.      Well, that's my under --

2                       MR. DEAN:  Object to form.

3                       THE WITNESS:  I'm sorry.  Did

4           you?

5                       MR. DEAN:  I just --

6           objection.

7                       THE WITNESS:  Okay.  My, you

8           know, understanding at the time and from

9           the preliminary documents I read this, I

10          thought as a reviewer my obligation was

11          to question pretty much everything about

12          the groundwater flow and transport

13          models.

14                      I don't think I really thought

15          that there would be an arrival later than

16          1968.  I was just giving them a probing

17          question.

18    BY MR. ANWAR:

19          Q.      Okay.  Do you know for a fact --

20    well, let me -- let me back up.

21                      When you say in the third paragraph,

22    "the only possible outcome that would differ would

23    be a later arrival, and that may be the first few

24    years there's no exposure," you're acknowledging

Golkow Technologies,
A Veritext Division
877-370-3377                                     www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 174 of 455

1  there the possibility that the PCE -- that Tarawa

2  Terrace was not contaminated on day one in 1953;

3  right?

4          A.      On day one?

5          Q.      Yeah.

6          A.      I don't know that that's

7  acknowledging it, but I think it -- the first day

8  it's probably not contaminated.  It takes time.

9  If they're dumping this in a drain or on the land

10 surface, it takes time to get down to the aquifer.

11         Q.      Contaminants, you know, if you're

12 pumping PCE onto a land surface, it doesn't

13 immediately go into the aquifer; correct?

14         A.      Correct.

15         Q.      It needs to travel through the

16 subsurface; correct?

17         A.      Through the unsaturated zone.

18         Q.      Okay.  Of the subsurface; correct?

19         A.      Yes.

20         Q.      Do you have any understanding of

21 how -- how long it takes for PCE to travel

22 generally or -- let's start generally.

23         A.      You know --

24                 MS. BAUGHMAN:  Objection.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 175 of 455

1          THE WITNESS:  -- it's hard to
2     generalize, but it depends on the
3     individual circumstances.
4  BY MR. ANWAR:
5     Q.     Was -- did any discussion take place
6  in the context of Camp Lejeune at the expert peer
7  panel -- peer review panel about how long it would
8  take PCE to travel from the ground through --
9  through the subsurface into the aquifer?
10    A.     I don't recollect that, but I would
11 expect that the issue was mentioned and discussed
12 somewhere.  But I don't recall it.
13    Q.     And in your -- in the transcript
14 here, you're saying it could be a few years later
15 after ABC Cleaners started operating; right?
16    A.     No, I don't think that's the case.
17           Whatever is said there, I thought
18 that was an extremely unlikely but, theoretically
19 possible, outcome.  But, no, I thought from the
20 time they started dumping it, you're talking about
21 days to weeks before it reaches the water table,
22 at most a month or two.
23           I mean, because you're talking about
24 disposable of a dense nonaqueous base liquid.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 176 of 455

1    That substance is going to sink pretty fairly --

2    pretty quickly towards the water table.  Some of

3    it getting dissolved on the way down and, you

4    know, we're talking mostly about how it's moving

5    in solution, not as a dense separate phase.

6         Q.     Okay.  We'll return to mass loading.

7               If you could turn to -- I think your

8    might already there, but I'm looking at page 49

9    line 14 through 19.

10              And it starts "DR. KONIKOW."

11              Are you with me?

12        A.     Yes.

13        Q.     Okay.

14              "DR. KONIKOW:  But I'm guessing the

15   outcome is still going to be, from the start of

16   your epidemiological study to the end, Tarawa

17   Terrace residents were exposed, which, if you

18   could support that, it kind of mediates the need

19   for more refined modeling because it's not going

20   to yield anything more."

21              Did I read that correctly?

22        A.     You read it correctly.

23        Q.     And here in -- in the 2005 expert

24   peer review panel, the focus of the discussion

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 177 of 455

1  appears to be what you need for the -- the type of
2  information you need for the ATSDR epidemiology
3  -- epidemiological study that was -- was going to
4  be performed; right?
5      A.      Well, I think the focus was on the
6  development of the transport model to compute the
7  concentrations needed for that, but I think the
8  focus of the modeling of our discussions that I
9  was commenting on was not the epidemiological
10  studies or the exposure.  It was on the transport
11  model.  You know, there were comments about the
12  epidemiological study, but that only in the sense
13  of that that's what the results were going to be
14  used for.
15      Q.      So, and if we read it again:
16          "But I'm guessing the outcome is
17  still going to be, from the start of your
18  epidemiological study to the end, Tarawa Terrace
19  residents were exposed, which, if you could
20  support that, it kind of mediates the need for
21  more refined modeling because it's going to
22  yield -- it's not going to yield anything more."
23          Those are your words --
24      A.      Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 178 of 455

1     Q.    -- correct?

2     A.    Yes.

3     Q.    And when you say, "if you could

4  support exposure at the start of the EPI study, it

5  kind of mediates the need for more refined

6  modeling because it's not going to yield anything

7  more than that," what did you mean?

8     A.    I'm not sure.  Looking at this, I'm

9  not sure what I meant by "more refined modeling."

10  Yeah, I'm not sure.  I don't remember.

11          But -- yeah.  I don't know.  You

12  know, I didn't read carefully the several pages

13  before this to look for context of that comment.

14     Q.    Okay.  But you're not denying

15  that -- when you say -- scratch.  Strike that.

16          When you say "because it's not going

17  to yield anything more than that," what did you

18  mean?

19     A.    I assume that it meant it would

20  yield the concentration distributed over time and

21  from that the concentration in the water supply

22  wells and that's -- that's what you'd expect from

23  it.

24     Q.    Okay.

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 179 of 455

1          A.     Certainly these models were not

2     going to assess human health effects from these

3     models themselves.  That's a totally other

4     different thing that has to be used.  But these

5     models provide the input to that type of

6     assessment.

7          Q.     I will say, aren't you saying

8     here -- so as an outside observer or someone who

9     didn't participate in this panel, what it looks

10    like you're saying here is that the best that the

11    TT model -- the Tarawa Terrace modeling can do is

12    determine whether the population at Tarawa Terrace

13    would have been exposed or not?

14                     MR. DEAN:  Object to the form

15          of the question.

16                     THE WITNESS:  No, that's not

17          what I --

18    BY MR. ANWAR:

19         Q.     Because you say --

20         A.     -- meant.

21         Q.     -- "it's not going to yield anything

22    more than that"?

23         A.     I meant the concentration at the

24    location of the water supply wells is I think what

1    I was referring to.  By, you know, "more refined
2    modeling," perhaps I meant with a finer grid or a
3    finer time step or something, but, again, I don't
4    recall exactly what I meant by that term.
5            Q.       Okay.  So it's your testimony today
6    that you have no recollection of what your words
7    here mean?
8            A.       Well, I wouldn't say that.
9                     The specific term "more refined
10   modeling," I don't recall what I was thinking at
11   that point, but the general gist there I think is
12   still clear and I would agree with.
13           Q.       If you were asked to describe a more
14   refined model in present day terms, how does a
15   more refined model compare to a simpler model?
16           A.       Well, a more refined model could be
17   solving the same governing equations but do it
18   over a much finer grid with a much better
19   definition of hydraulic properties.
20                    Hydraulic properties is something
21   you don't have to go back in time to get because
22   they remain constant in time.  So you could drill
23   more wells, get more pumping tests, get a better
24   definition, maybe use a new geophysical method,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 181 of 455

1  get a better definition of the porosity

2  distribution, and that would be a more refined

3  model with possibly smaller grid spacing and

4  better definition of hydraulic parameters.

5              A more refined model might be one

6  that includes more processes that weren't included

7  in the transport model.  I'm not sure what exactly

8  that would be, but maybe instead of using a

9  retardation factor, it tried to represent the

10 actual chemical and biogeochemical processes more

11 accurately than the simplified approximation of

12 using the retardation factor.

13             So you could have a more refined

14 model in terms of the processes that affect the

15 concentration as it's being transported, but, you

16 know, the use of a retardation factor is a common,

17 standard way of simplifying all the reaction

18 terms.

19      Q.      When -- when you start developing a

20 new model, do you start with a more refined model

21 or do you start with a simpler model and then

22 build towards a more refined model?

23      A.      Well, we try to start as, you know,

24 after we build the conceptual model of what's

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 182 of 455

1   going on, we'll try to build as simple as possible

2   and see if we need to, you know, refine the grid

3   spacing, add more processes, anything like that.

4            So yeah, general rule is, you know,

5   you develop a conceptual model about what the

6   governing processes are, what needs to be

7   considered, and then you develop a model.

8            You discretize it at some grid

9   spacing that seems reasonable based on your

10  judgment and experience, and you assess whether or

11  not that's adequate one way or another, usually

12  through numerical experiments.  And if it's not,

13  use a finer grid, and if it's adequate, you either

14  stick with it or maybe even based on computational

15  efforts you might decide to use a coarser grid to

16  reduce the computational time.

17       Q.       Does the term -- and I may -- may

18  mispronounce this, but does the term "parsimony"

19  mean anything to you?

20       A.       Parsimony.

21       Q.       Parsimony?

22       A.       Yeah.  It's basically a fancy way of

23  talking about the simplicity or complexity of the

24  model.  Parsimony implies you use the simplest

1  possible approach.  You want a parsimonious model.

2      Q.      Okay.  Why is that?

3      A.      Well, the more complex a model is,

4  the harder it is for the modeler and the analyst

5  to understand what the model is doing.  And you

6  want to -- it's obviously better if you understand

7  what the model does.  The simpler the model is,

8  the more you can understand what is going on in

9  the model mathematically.

10              If you have a multitude of reaction

11  terms and transport terms and all in the same

12  model and something unexpected happens or

13  something showing up, you're not sure exactly why

14  that's happening.  There's too many things to do,

15  to look at.

16              So, you know, you always want to use

17  the simplest possible model, but the difficulty is

18  always assessing how do you know that it's not too

19  simple.  And there's judgment calls in there and

20  discussions with colleagues and so back and forth.

21              It's not just a perfectly objective

22  type of assessment.  You need some judgment calls

23  and decisions as to what level of complexity to

24  build in.  It's not necessarily that one is wrong

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 184 of 455

1   or one is better, but sometimes there's, you know,

2   in modeling, particularly in the older days, there

3   was always a trade-off with computer resources

4   because you were much more limited 20, 30 years

5   ago in terms of computer capabilities than you are

6   today.  So that always factored into it in terms

7   of efficiency versus, let's say, complexity and

8   accuracy.

9        Q.      Okay.  In terms of adding complexity

10  to a model, are there circumstances under which

11  adding complexity to a model could increase the

12  uncertainty or decrease the accuracy of the model?

13       A.      I suppose.  I mean, if you add more

14  and more processes, then you're going to require

15  more and more parameters that need to be defined.

16  And if you don't have good ways to measure those

17  parameters, then you're in effect adding more

18  uncertainty even though you're representing more

19  processes.

20            So it's not always a good thing to

21  do, and, again, it may mask what's really

22  happening in terms of what's causing things to

23  happen.

24       Q.      Okay.  Thank you.

```
 1                 On page 7 of your rebuttal report,
 2     Exhibit 2.  I'm going to be jumping --
 3          A.     What page?
 4          Q.     It's --
 5          A.     7?
 6          Q.     I'm going to be jumping back and
 7     forth between your rebuttal report and probably
 8     the transcript.  So it might be good to have both
 9     side by side or -- or I can tell you.  Let me do
10     it this way.
11                 There is a reference in your report,
12     it's in Opinion 2, where you mention that
13     Dr. Spiliotopoulos -- Spiliotopoulos says that the
14     results are conservative.  You said:
15                 "Dr. Spiliotopoulos says this
16     results in conservative estimates of estimated
17     monthly contaminant concentrations.  It is not
18     clear what is meant by 'conservative' or why that
19     is not a good trait.  He also says the results are
20     biased high."
21                 If you'd like to read it, it's in
22     Opinion 2 page 7.
23                 But do you recall that portion of
24     your opinion?
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 186 of 455

1        A.        Yeah, I'm looking at it now.  Yes.

2        Q.        Okay.  And so if you go back to the

3    transcript that we were just looking at, the 2005

4    transcript.

5        A.        Yeah.

6        Q.        On page 49.  You question in your

7    report:

8                  "It is not clear what is meant by

9    'conservative' or why that is not a good trait."

10                 And right after 14 and 19, the

11   discussion we were just having about your

12   comments, Mr. Maslia responds:

13                 "Then from the standpoint of being

14   conservative from a public health standpoint,

15   let's assume we refine our groundwater

16   understanding and we get" -- and then he goes on.

17                 When we're talking about -- sort of

18   as reflected in Mr. Maslia's statement there, when

19   we're talking about conservative in terms of

20   ATSDR's Camp Lejeune modeling, we're talking about

21   from a public health standpoint; right?

22                      MR. DEAN:  Object to form.

23                      THE WITNESS:  I -- I don't

24          recall what he was talking about, but he

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 187 of 455

1  says "from a public health standpoint."

2  BY MR. ANWAR:

3      Q.      What does "conservative" mean to you

4  from a public health standpoint?

5      A.      To me that implies being very

6  careful and safe on what you're doing and not

7  going beyond the basis of the data and supporting

8  modeling studies.  You know, it could mean other

9  things.

10     Q.      Would you agree that conservative

11  from a public health standpoint could mean being

12  health protective?

13                  MR. DEAN:  Object to the form.

14                  THE WITNESS:   I'm -- yeah,

15          you know, I'm not a health expert or an

16          epidemiologist.  So I'm not sure what

17          common usage of that means, but that

18          sounds okay.

19  BY MR. ANWAR:

20     Q.      Because, I mean, we've discussed

21  this.

22                  The modeling was being used for --

23  to produce information for an EPI study; right?

24                  MR. DEAN:  Object to form of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 188 of 455

```
 1        the question.
 2                    THE WITNESS:  Yeah.
 3                    MR. DEAN:  You asked 122.
 4   BY MR. ANWAR:
 5        Q.      Okay.  And from a public health or
 6   safety standpoint, wouldn't you err on the side of
 7   making assumptions and using inputs that you
 8   consider sort of results of exposure that's at
 9   greater risk to the public?
10        A.      I guess I think I need a more
11   specific example, but maybe repeat the question.
12        Q.      So, for instance --
13        A.      Yeah.
14        Q.      -- we were talking about mass
15   loading a moment ago; right?
16        A.      Yeah.
17        Q.      And there was a question whether
18   mass loading started on -- for Tarawa Terrace
19   whether it started in 1953, the day that ABC
20   Cleaners opened; correct?
21        A.      Yeah.
22        Q.      Okay.  And I think at least in the
23   passage that we discussed, there was a discussion
24   about whether or not the mass could have
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 189 of 455

1    traveled -- it would have taken a couple years for

2    the mass to travel through the aquifer so that --

3          A.      To where?

4          Q.      In Tarawa Terrace.  The mass.  We're

5    talking about the Tarawa Terrace model.

6          A.      To travel from where to where?

7          Q.      From the dumping on the ground from

8    the dry cleaner to the subsurface into the

9    aquifer.

10         A.      No, we did not say.

11                 I said that it would probably take

12   days to weeks, maybe a month or two.  That's what

13   I would -- that I would estimate was the travel

14   time from disposal by the dry cleaners into the

15   land surface until it reaches the water table,

16   which I would think was on the order of 20 feet

17   below the land surface.

18         Q.      Okay.  Let's -- let's take what

19   you're saying out.  We'll return to your

20   statements.

21                 But let's say, for instance, the

22   question was whether you decide the concentration

23   started mass loading immediately into the aquifer

24   in 1953 or 1960.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 190 of 455

 1              And if you were deciding between
 2    those two start dates, from a public health
 3    standpoint, isn't it more health protective to
 4    assume -- to assume more people were exposed than
 5    less to protect those people?
 6                        MR. DEAN:  Object to form.
 7                        THE WITNESS:   I'm not
 8           qualified to answer that.
 9                        But what I will say, from the
10           perspective of the model, being
11           protective of public health really should
12           not enter into your assessment of mass
13           loading, hydraulic properties, or
14           anything else related to the model should
15           not be influenced by any perception of
16           health effects.  That would not be sound
17           application of groundwater modeling.
18    BY MR. ANWAR:
19         Q.     And are you saying that -- well, why
20    not?
21         A.     The development of a groundwater
22    model should be based on your understanding of the
23    hydrogeologic framework of the boundary
24    conditions.  Mass loading is one type of boundary

                        GolKow Technologies,
877-370-3377            A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 191 of 455

1   condition, and it should be based on

2   hydrogeological and hydrochemical evidence.

3                You know, basically I don't see why

4   you would, you know, in developing, doing your

5   best scientific engineering efforts to develop a

6   sound model, a reliable model, what you put into

7   that data set of input parameters, or input data

8   sets, should reflect your understanding of the

9   aquifer system and the stresses on it.

10              And it should not -- that by itself

11  should not be influenced by what you think the

12  outcome might be or how you might protect human

13  health.  Protection of human health is not a

14  component of groundwater modeling.

15       Q.      Are you saying that ATSDR, as a

16  public health agency and performing this -- this

17  modeling related to Camp Lejeune, didn't account

18  for protecting human health?

19                   MR. DEAN:  Object to the form

20         of the question.

21                   THE WITNESS:  In my mind and

22         in my recollection of everything that was

23         described, there was an impartial

24         scientific objective assessment to get

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 192 of 455

1           the best estimates of the input
2           parameters, and I could -- I did not see
3           any evidence that the selection of
4           parameters, boundary conditions, initial
5           conditions were influenced by ATSDR's
6           health mandates.
7  BY MR. ANWAR:
8       Q.      Why would a public health agency
9  perform groundwater modeling for estimating
10 contaminant concentrations without considering its
11 mission to protect public health?
12                  MR. DEAN:  Object to the form
13          of the question.
14                  THE WITNESS:   I would hope
15          that they would want to get the best
16          possible scientific estimate of how those
17          contaminants move through the ground.
18                  The estimate of the truth --
19          and, again, it's clearly estimating what
20          had happened historically -- is what
21          needs to be known.
22                  They don't need to know an
23          estimate that would be protective of
24          human health.  They need an estimate of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 193 of 455

1          what actually happened.

2    BY MR. ANWAR:

3         Q.        Okay.  Based on this conversation

4    that we've been having, are there any parameters

5    that you would consider undesirable?  Let's start

6    generally.

7         A.        Undesirable with respect to what?

8         Q.        Well, let me strike that.

9                   Are there any parameters that in

10   evaluating ATSDR's water models that you

11   determined to be undesirable?

12        A.        Again, I'm not sure what you mean by

13   "an undesirable parameter."

14                  I mean, there are parameters in the

15   model which basically reflect coefficients in the

16   governing equations.  They're all there because

17   it's believed they're part of the governing

18   processes.  So a characteristic of desirability

19   just is inappropriate and irrelevant.

20        Q.        Now, I want to turn back to the

21   opinion or critique you offered of

22   Dr. Spiliotopoulos in terms of overstating the

23   lack of historical concentration data available.

24                  Could you please turn to page 193 of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 194 of 455

1    the transcript that you're looking at.

2            A.      This is from the 2005?  Volume II

3    from 2005?

4            Q.      Correct.

5            A.      Repeat the page.

6            Q.      193.

7            A.      193?

8            Q.      Correct.

9            A.      Okay.

10           Q.      And in the middle of the page

11   starting at line 11, you're sort of concluding --

12   it's towards of the panel.  You can see the

13   transcript.  It's towards the end of the

14   transcript.

15                   "DR. KONIKOW:  Well, again, I second

16   all the comments that have been made up to now.  I

17   again just reiterate what the groundwater modeling

18   and the transport modeling that ultimately we're

19   limited in what we can do in terms of the

20   available data.  I mean, you know, we don't have

21   concentration data before 1980 or '82, and so

22   everything we do for looking at distribution

23   before then is going to be a little fuzzy."

24                   Did I read that correctly?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 195 of 455

```
 1          A.      Yes.

 2          Q.      And those are your words; right?

 3          A.      Yes.

 4          Q.      What did you mean by "and so

 5   everything we're going we do" -- so -- strike

 6   that.

 7                  What did you mean by "and so

 8   everything we do for looking for at distribution

 9   before then is going to be a little fuzzy"?

10          A.      Talking about before 1982 or so, the

11   period in there.  That the modeling -- when I say

12   a little fuzzy, but what that means is you're

13   going to make some prediction, decide, you know,

14   your best calibration, your best fit.

15                  But you have to recognize that

16   there's confidence limits about that and there may

17   be a band of uncertainty and that you have to, you

18   know, assess that and consider that and, you know,

19   not take the one prediction of mean as the gospel,

20   but you have to consider -- and this is some of

21   the things that ATSDR did.

22                  They present many graphs with a band

23   about their best fit calibration, and this is a

24   way to reflect -- well, I use the term "a little
```

1  fuzzy," which is not really a scientific term but,

2  you know, it recognizes that you have to -- that

3  there's uncertainty in the estimate.  There's

4  uncertainty in the results.  Your best fit model

5  gives you, you know, a precise estimate, but you

6  have to recognize that it could be above it or

7  below it.

8         Q.      And --

9         A.      And I think that's kind of the

10  consideration of that was followed with good

11  practices by ATSDR and presented their results

12  clearly showing, well, in that term "fuzziness"

13  but they really showed a band about the estimate

14  for different sources of uncertainty.

15         Q.      And there's uncertainty in the

16  results prior to '82 because, as you say there,

17  "we don't have concentration data before 1980 or

18  '82"; right?

19                  MR. DEAN:  Object to the form

20         of the question.  I'm not sure what the

21         question was.

22  BY MR. ANWAR:

23         Q.      Correct?

24         A.      We have a very, I believe, high

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 197 of 455

1    confidence at the start of the period that there

2    was initial conditions and initial concentrations

3    that were, zero and then we have no data until

4    about 1982 or so, and so that's what the model was

5    used to reconstruct how that might be.

6                    And the model basically is saying

7    that there are certain processes we know govern

8    the fate and transport of dissolved constituents

9    and the movement of groundwater, and the way we

10   make our estimation or calculation of the

11   concentration there, we do it in a way that is

12   consistent with everything we know about the

13   physics.

14        Q.       You just described uncertainty, and

15   I just want to confirm.

16                  That uncertainty exists because

17   there isn't concentration data before 1982?

18        A.       It exists for more reasons than

19   that.  It exists because the uncertainty in the

20   definition of the hydraulic conductivity.  There's

21   some uncertainty in porosity.  There's some

22   uncertainty -- well, every parameter there's some

23   uncertainty.  Nothing is known exactly.

24                  The KDs and RFs, the retardation

1   factor, these are all engineering approximations

2   for the processes that in reality are much more

3   complex.  They're not a true and precise

4   representation of all the processes that that

5   causes.

6                  It's an engineering process

7   that -- approximation that is very common in

8   modeling and very well accepted and it's almost,

9   you know, it's there because it's a necessity.  It

10  helps keep the model as simple as possible.  It

11  keeps you towards parsimony, but we know it's an

12  approximation.

13                 The real processes that control

14  retardation are probably nonlinear, they're not

15  instantaneous, and they vary in space and they

16  could vary in time.  If you look at a retardation

17  factor or a KD for one constituent, it may

18  actually depend and vary depending on the

19  concentration of a different constituent.

20                 And, you know, all these -- none of

21  those complexities are incorporated into the RF or

22  into a KD.  So they're simple -- simplifying

23  approximations, and that's what we do in effect to

24  some degree or another with everything in the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 199 of 455

1    model.

2                    MR. ANWAR:  Understood.  Thank

3          you.

4                    Give me one second.  I'm going

5          to grab a document.

6                    Let's go off the record for

7          one second.

8                    THE VIDEOGRAPHER:  We're going

9          off the record.  Time is 2:28.

10                   (A recess was taken.)

11                   THE VIDEOGRAPHER:  We're back

12         on the record.  The time is 2:45 PM.

13   BY MR. ANWAR:

14        Q.      We're back on the record after a

15   very short break.

16                   Thank you for bearing with me,

17   Dr. Konikow.

18                   I am handing you -- well, are you

19   okay to continue?

20        A.      Yes.

21        Q.      And did you speak about the

22   substance of your testimony with your --

23        A.      No.

24        Q.      Okay.  With your lawyers during the

1    break?

2          A.      With what?

3          Q.      With your lawyers during the break?

4          A.      No.

5                      MR. ANWAR:  Okay  handing you

6            what's being marked as Exhibit 13.

7                      (Document marked for

8            identification as Konikow Exhibit 13.)

9    BY MR. ANWAR:

10         Q.      And sort of still on the topic of

11   Dr. Spiliotopoulos's -- well, still on the topic

12   of your criticism about Dr. Spiliotopoulos's

13   -- Spiliotopoulos's statement on the lack of

14   historical data, I've handed you the expert panel

15   summary from 2009.

16                  Would you agree with that?

17         A.      Yes.

18         Q.      Okay.  The title on the document is

19   "Expert Panel Assessing ATSDR's Methods and

20   Analyses for Historical Reconstruction of

21   Groundwater Resources and Distribution of Drinking

22   Water at Hadnot Point, Holcomb Boulevard, and

23   Vicinity, U.S. Marine Corps Base Camp Lejeune,

24   North Carolina."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 201 of 455

1          Did I read that correctly?

2     A.     Yes.

3     Q.     And the date of the expert panel is

4  identified -- the 2009 panel as April 29 to 30,

5  2009; correct?

6     A.     Yes.

7     Q.     Okay.  So I'd like you to turn to

8  page 99.

9          Page 99 is labeled "Appendix E" to

10  this, the expert panel summary that I just

11  handled -- handled -- handed you.

12          Do you see that there?

13     A.     Yeah.

14     Q.     Okay.  And it -- I'll represent to

15  you that it appears to be comments submitted by

16  you.  I'm not sure if it was before or after the

17  expert panel.

18          Do you recognize this document?

19     A.     My recollection is that these were

20  questions submitted before the panel before we

21  met.

22     Q.     Okay.

23     A.     And the answers were prepared before

24  we met, not with all the information given at the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 202 of 455

1    panel.

2         Q.      Okay.  And so I wanted to turn your

3    attention to the middle of the page -- page

4    starting "CHARGE TO PANEL" in all bold.

5              Do you see that there?

6         A.      "CHARGE TO PANEL"?  Yes.

7         Q.      Okay.  And the question is:  "Do the

8    data analysis and computational methods provide an

9    adequate level of accuracy and precision?"

10             Correct?

11        A.      Yes.

12        Q.      Okay.  And your comment there

13   states:

14             "The approach taken appears to be

15   quite reasonable, as far as can be told from the

16   available information and with exceptions noted or

17   discussed below, but indeed the level of accuracy

18   and precision may still not be adequate because of

19   the paucity of data and complexity of contaminant

20   sources during the time period when the history is

21   to be reconstructed."

22             Did I read that correctly?

23        A.      Yes.

24        Q.      Okay.  And then you go on to say:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 203 of 455

1          "The adequacy will depend in large
2     part on the reliability and soundness of the
3     groundwater flow and transport models that will be
4     developed (but which have not been adequately
5     described in the reviewed documents).  As noted in
6     comments below, the approach used to estimate
7     reaction rates appears to lack a firm theoretical
8     basis for providing confidence in the accuracy and
9     precision of calculated values."
10             Did I read that correctly?
11     A.     You read it correctly.
12     Q.     Okay.  And these are your words;
13     correct?
14     A.     Apparently.
15     Q.     And you said you submitted this
16     before -- these -- these comments before the
17     panel -- expert panel in 2009?
18     A.     Before we met, yes.
19     Q.     Okay.  And they were specifically in
20     response to questions that were issued before you
21     met for the 2009 panel?
22     A.     As I recall, before we met, they
23     sent us a short list of -- I don't remember --
24     four, five, six questions that they requested we

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 204 of 455

1   answer as best we could based on the knowledge we
2   had.  And I think they had sent us some documents
3   to review ahead of time, but it was not a
4   comprehensive presentation of everything done at
5   the site.
6           Q.      Do you recall what documents they
7   sent you to review ahead of time?
8           A.      I do not.
9           Q.      This summary report was published
10  after the expert panel had taken place, though;
11  right?
12          A.      Yes.
13          Q.      Okay.  And your comments were
14  attached as an appendix; correct?
15          A.      Apparently, yes.
16          Q.      Okay.  And so in that first
17  sentence, you say:
18                  "But indeed the level of accuracy
19  and precision may still not be adequate because of
20  the paucity of data and complexity of contaminant
21  sources during the time period when the history is
22  to be reconstructed."
23                  When you say "the level of accuracy
24  and precision may still not be adequate because of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 205 of 455

1  the paucity of data," what do you mean by "paucity

2  of data"?

3      A.    I think -- and, again, this is from

4  15 years ago.  I think I was referring to the

5  source terms and the lack of observed

6  concentration values in the, you know, 30-year

7  period or so.

8      But the source term, you know, is an

9  obvious, important characteristic for the model or

10  probably for the model parameter.  And it was

11  clear that for the Hadnot Point/Holcomb Boulevard

12  area, there were many more sources -- potential

13  sources of contamination than there were for the

14  previous Tarawa Terrace -- Tarawa Terrace models.

15      And I thought that added more

16  complexity and uncertainty to the -- what would be

17  the overall model results.

18      Q.    Do you recall how many sources there

19  were for Hadnot Point/Holcomb Boulevard?

20      A.    I thought there were tens of

21  potential sources, dozens of sources, individually

22  numerous storage tanks, industrial areas where

23  things were going on, different buildings had

24  different activities.  There were just a multitude

1    of potential sources.

2          Q.        The last sentence in that paragraph:

3                    "As noted in comments below, the

4    approach used to estimate reaction rates appears

5    to lack a firm theoretical basis for providing

6    confidence in the accuracy and precision of the

7    calculated values."

8                    What did you mean by that?

9          A.        I don't recall.  I assume the

10   "reaction rates" is referring to either absorption

11   reactions and/or the degradation term.  I don't

12   recall what exactly I meant there.

13         Q.        If you turn the page to page 100,

14   there is a second question there that starts with

15   an ellipses "reconstructing historical contaminant

16   concentrations."

17                    Do you see that there?

18         A.        Number 2?

19         Q.        Yes.

20         A.        I see it.

21         Q.        Okay.  And 2a there states

22   "anticipated data analysis and model modeling

23   complexities?"

24                    That was the question; right?

1        A.        I guess, yeah.

2        Q.        And your response there:

3                  "Overall, the task at hand is an

4    enormously difficult and challenging one, and

5    there are numerous difficulties confronting a

6    successful completion.  There are numerous sources

7    of uncertainty both in the data analysis and the

8    modeling results.  Attempts should be made

9    throughout the course of the project to quantify,

10   as well possible, the degree of uncertainty in

11   each stage of the work.  In the transport

12   modeling, the issue of estimating the appropriate

13   magnitude of the dis --

14       A.        Dispersivity.

15       Q.        -- dispersivity -- thank you --

16   coefficients is a difficult one for which there is

17   no simple answer or standard.  This will certainly

18   be clouded by the use of the finite-difference

19   solution method in the MT3D transport model, and

20   the effects of numerical dispersion on calculated

21   early arrivals and breakthroughs, as well as on

22   peak concentrations, must be carefully considered

23   and evaluated, and alternative solution methods

24   and discretizations considered."

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 208 of 455

1              Did I read that correctly?

2      A.        You did.

3      Q.        Can you elaborate a little bit here

4  on what you meant by "the task at hand is an

5  enormous -- enormously difficult and challenging

6  one, and there are numerous difficulties

7  confronting a successful completion"?

8      A.        Well, you know, I think in any

9  groundwater model, flow model or transport model,

10 that's ever been developed, they face an

11 enormously difficult challenge in representing the

12 hydrogeologic framework in a mathematical way, as

13 well as defining all the stresses on the system

14 and so on.

15              In that sense, all the problems I

16 faced here are problems that every groundwater

17 model ever made over real system faces the same

18 challenges.  The degree of data available just

19 varies.

20              I emphasize again that my answers to

21 these questions were done before we had any

22 presentation by the technical people at

23 ASTDR -- ATSDR on what they actually did.

24              We had some preliminary draft

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 209 of 455

1  documents, which I don't recall what they were,

2  but these answers that are prepared were prior to

3  receiving any feedback or any answers on the

4  questions.

5            So I had questions, but this was

6  before I got any answers, but these are all issues

7  that every modeler -- groundwater modeler always

8  faces.

9            You know, here, particularly at the

10  Hadnot Point, there was, you know, probably a more

11  complex set of source terms than in many studies,

12  not in all studies but in many problems.

13            Any specific comment you want me to

14  address in a little more detail?

15        Q.    Sure.

16            Before I ask you about specific

17  comments you made, I think you stated that every

18  groundwater model faces sort of these challenge.

19            Does every groundwater model

20  estimate contaminant concentrations that are now

21  used -- that are now being attempted to be used to

22  determine exposure on individuals?

23        A.    I doubt it but, you know, again,

24  that end use of the modeling results really should

1    not influence the development of the model to any

2    degree.  The model -- the people who develop

3    groundwater models are going to look at the

4    hydrogeologic framer, the stressors, all the

5    parameters in the model and do the best possible

6    job they can to define the input data.

7                    And the definitions of the input

8    data for the model should not be affected by what

9    they perceive as the ultimate use of the model,

10   and many descriptions of groundwater models in the

11   literature describe the groundwater model, the

12   reliability, sensitivity, all of those things, but

13   they very often do not describe what the model

14   results may have been used for by other people.

15        Q.     I understand that you're saying now

16   that the -- the model results really -- and you

17   should correct me if I'm misunderstanding your

18   testimony.

19                    What the model results are used for

20   are really not relevant to performing the model;

21   is that right?

22        A.     They're all -- they're only relevant

23   to the extent that you want to make sure the model

24   will yield results that are relevant to the people

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 211 of 455

1    paying for the model development.

2                    In other words, if you know they're

3    going to use it for health studies based on what

4    you predict in the -- the concentration history in

5    water supply wells, if that's, you know, what it

6    will be used for, then you want to, you know, kind

7    of make sure anything related to that gets special

8    emphasis in being as reliably estimated as

9    possible.

10                    So it's just a very general sense

11   that that would have feedback into the model but,

12   you know, in general, the standard of practice in

13   developing a groundwater model anywhere is you

14   make your best effort at every parameter that goes

15   into it.

16                    But where it might influence, well,

17   if you know this, then you might say, we have to

18   drill a couple more wells or we have to invest

19   more money and, you know, that kind of feedback

20   that you would do to do a better study.

21                    But if you don't have that

22   opportunity to, you know, spend another five years

23   drilling test wells and so on, you do the best you

24   could and that's the standard.  Do the best you

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 212 of 455

1  could based on your understanding and knowledge of

2  the principles, the governing equation, and the

3  mathematics.

4       Q.      Okay.  And the reason I was asking

5  that was because sort of going back to the section

6  Chapter 20 of your -- your book chapter, in the

7  section discussing model design development and

8  application, the first sentence of that section

9  is:

10              "The first step in model design and

11  application is to define the nature of the problem

12  and purpose of the model."

13              Isn't that right?

14       A.      That's what I said.  I still think

15  that's reasonable.

16       Q.      So when you're designing a model,

17  isn't it unreasonable to -- to divorce how the

18  results of the model will be used from the

19  developing the actual model itself?

20       A.      Well, you don't want -- you don't

21  want to divorce it in the sense of being totally

22  ignorant of what it is.  Because that may

23  affect -- if you know the model will be used and

24  the results will rely on your estimates of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 213 of 455

1    concentration in a water supply well, you're going
2    to design your grid, your spatial discretization
3    grid for the model to make sure it's fine enough
4    around those observation -- around those water
5    supply wells to feel that you will get a
6    reasonably accurate result in those water supply
7    wells.
8                    Whereas, if your purpose is to look
9    at regional flow and what might get into the river
10   at the end, you wouldn't worry so much about
11   having to find enough grid around the supply
12   wells.  You'd be okay instead of 50 feet okay 200
13   feet, you know, things like that.
14                   So in the sense of being aware of
15   the use of it, you want to know what the
16   ultimate -- the end users need and what they're
17   going to need, and that certainly can affect how
18   you design the model.
19                   It should not influence your
20   selection of parameter values.  It should not
21   influence your selection of boundary, but it might
22   influence your grid space and your time step.  You
23   know, if -- if the end user only is interested in
24   how things change on a yearly basis, well, then

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 214 of 455

1  you use annual time steps.  If they're interested

2  in a monthly basis, you might use monthly time

3  steps.  So in that sense, it affects how you

4  design the model.

5          Q.          Understood.

6                      So turning to -- back to the 2009

7  expert summary comments, your comments, 2b there

8  says:

9                      "Which modeling methods do panel

10 members recommended ATSDR use for reliable monthly

11 mean concentration results for exposure

12 calculations?"

13                     Your comments are:

14                     "The proposed modeling methods

15 appear to be quite reasonable and appropriate to

16 the task, although given the complexity and the

17 uncertainty in the underlying database, there is

18 no guarantee about the accuracy and reliability of

19 the results; those will need to be assessed as the

20 work progresses.  Within the broad framework of

21 using MODFLOW and MT3D, details of the approach

22 and implementation must be carefully evaluated,

23 and alternatives considered, to assure the maximum

24 chance of achieving reliable results."

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 215 of 455

1          Did I read that correctly?

2     A.     You did.

3     Q.     Okay.  And what did you mean there

4  by, although in the first sentence, "The proposed

5  method -- the proposed modeling methods appear to

6  be quite reasonable and appropriate to the task,"

7  and then you go on, "although given the complexity

8  and uncertainty in the underlying database, there

9  is no guarantee about the accuracy and reliability

10  of the results"?

11          What did you mean by "the complexity

12  and the uncertainty in the underlying database"?

13     A.     Well, I mean, I think we've said

14  this several times already that there's a period

15  in which there were no observations of

16  concentration over a period of a number of years

17  until the early '80s.

18          The hydrogeologic framework

19  everywhere always has uncertainty in it for every

20  case, not just Camp Lejeune.

21          There's multiple sources, you know,

22  it's a complex subsurface environment.  For the

23  Hadnot Point, you had very complex source terms,

24  at least in the sense that they were in many

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 216 of 455

1    areas, and there were no direct observations that
2    I recall of what leaked when.  They had to make
3    assumptions.
4              And I was just, you know, again,
5    this is before we had the presentations, and I was
6    cautioning, you know, be careful, be as accurate
7    as possible, evaluate the uncertainty and, you
8    know, consider alternative approaches and
9    alternative considerations.
10             It was just these are just, you
11   know, good general warnings and guidelines for any
12   important modeling project, and, you know, this
13   was before I heard what they did or saw their end
14   results.
15        Q.    Okay.  So is it your testimony that
16   your -- so we've looked at a number of statements
17   from the 2005 transcript, as well as now the 2009
18   expert panel summary document where you raised --
19   you pointed to the lack of historical data and
20   questioned -- raised questions about uncertainty
21   and whether accuracy could be obtained.
22             And you've noted that this was
23   before you actually sat through the 2009 expert
24   panel.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 217 of 455

1          Do you no longer hold the concerns
2     that are reflected in all, you know, in your own
3     words in the transcripts and in the summary
4     documents?
5          A.     Some of my concerns -- all my
6     concerns, I mean, these, all the issues that were
7     brought up were responded to.  I had concerns
8     about numerical dispersion because in the MT3D
9     model they used a central finite-difference scheme
10    to solve the governing equations.
11          The reason for doing this is that
12    that's much more numerically efficient computer.
13    The simulations will take less real time with the
14    finite-difference method than with the TVD method,
15    and so I cautioned them to assess alternatives and
16    be aware of the numerical dispersion as a
17    possibility.
18          And I saw in the later reports that
19    they followed up on that, and they did testing and
20    they compared it with a method of characteristics
21    model and with a TVD model.  And these refer to
22    just the specific numerical methods used to solve
23    the solute transport equation.  That's a governing
24    equation.  There's nothing different in the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 218 of 455

1    equation.

2                   So just alternative numerical

3    methods that were available at that time, and

4    they -- they, I guess, took my advice and they

5    made assessments.  And I looked at the results,

6    you know, later on or recently reviewing the

7    documents, and I was very impressed at how little

8    difference it made.

9                   Everything I saw.  So.  Oh, sorry.

10   Okay.  I was drifting off the record.

11         Q.      Okay.

12         A.      Everything I saw showed that there

13   was negligible effect of the solution method,

14   indicating that numerical dispersion was not a

15   problem.

16         Q.      When you say after sitting through

17   the expert panel and when you looked at the final

18   product again that they addressed your concerns.

19                   When did you look at the final

20   reports again?

21         A.      The final reports were -- I don't

22   know -- sometime after 2013, whenever they were

23   published, but I, you know, I looked at them again

24   in the last month or two.  I don't remember

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 219 of 455

1  exactly when I first saw the final products.

2       Q.      So you looked at -- you looked at

3  the reports again after you had been retained as a

4  litigation expert; correct?

5                      MR. DEAN:  Objection to the

6          form.

7                      THE WITNESS:   You mean

8          recently I've --

9  BY MR. ANWAR:

10      Q.      Correct.

11      A.      Yes, I -- I looked at every one of

12  the reports for both Tarawa Terrace and Hadnot

13  Point.  I read -- reread some of them in more

14  detail and more slowly and some of them in less

15  detail less slowly, but I did go every one of

16  them.

17      Q.      Is there any document or anything

18  that you can point to reflecting that your

19  concerns that you raised at the expert panels and

20  that's reflected in the summary -- the summary

21  report, is there any document you can point to

22  prior to your retention as an expert reflecting

23  that the concerns had been addressed?

24      A.      Yeah.  I think the content is in the

Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 220 of 455

1  reports, that they did tests for grid spacing to
2  look at the possible effects of oscillations and
3  numerical dispersion in the solution. They -- I
4  don't remember which report it's in, but I did
5  -- I do recall seeing it that they tested it and,
6  you know, there was not a problem there in terms
7  of any substantive effect on the accuracy of the
8  solution with the method that they did use. And
9  I'm talking about the numerical accuracy of the
10 solution.
11        Q.     I guess what I'm asking --
12               MS. BAUGHMAN:  Wait.  Were you
13        finished?
14               THE WITNESS:  I was going to
15        say a little more but, you know, --
16               MR. DEAN:  Go ahead.
17               THE WITNESS:  -- I was
18        essentially finished.
19 BY MR. ANWAR:
20        Q.     Go ahead if you'd like to say
21 anything more.
22        A.     Well, and I can't remember, again,
23 where it was but, you know, the whole issue of
24 numerical dispersion as it might be influenced by

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 221 of 455

1    a Courant number being exceeded or a Peclet number
2    being exceeded.  These are one of the ways to look
3    at it and control to make sure your grid spacing
4    and time stepping is not so big that it creates
5    inaccuracies in the solution and, you know, I
6    raised it as a question.
7              I didn't know that.  I had no
8    assessment that there were numerical deficiencies
9    there, but I raised it as a question.  They
10   addressed it.  It's in described in some of the
11   reports -- I don't remember which ones -- and
12   everything looked fine.
13             They describe that their Courant
14   number was consistently less than 1 and the Peclet
15   number consistently less than 2, and these are
16   kind of standard criteria that you want to see met
17   in solving the transport equation for groundwater.
18        Q.      I guess what I'm asking is:  Can
19   you -- can you point to any document or anywhere
20   where you expressed that your concerns had been
21   addressed prior to your retention as an expert in
22   this litigation?
23             MR. DEAN:  Objection to the
24        form.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 222 of 455

1                    THE WITNESS:   Where I -- you

2          mean where I said they were addressed?

3    BY MR. ANWAR:

4          Q.      Correct.

5          A.      No.  I mean, I felt they were

6    addressed, but I would have no reason to write

7    that anywhere once my service on the panel was

8    done.

9          Q.      And --

10         A.      Which was done after my service on

11   the panel that they prepared, and so I was never

12   asked for anything until I was hired for this

13   litigation.

14         Q.      And now your feelings are reflected

15   in your -- your rebuttal expert report; is that

16   right?

17         A.      No.  My rebuttal report is

18   commenting on Spiliotopoulos and Hennet's report.

19   It's not commenting on my original concerns.

20         Q.      Okay.  I noted that in a number of

21   places -- well, let me start.

22                 I want to turn your attention back

23   to your -- your rebuttal report, and on page 2

24   sort of the end of your Introduction section, you

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 223 of 455

1  state:

2                "I hold these opinions to a

3  reasonable degree of scientific certainty."

4        A.      At the top of the page?

5        Q.      Correct.

6                Do you see that?

7        A.      Yeah.  Yes, I do.

8        Q.      And my question is to you:  What do

9  you mean there by a "reasonable degree of

10  scientific certainty"?

11                    MR. DEAN:  Object to the form.

12          It calls for legal conclusion.

13                    THE WITNESS:  Well, let me

14        read --

15  BY MR. ANWAR:

16        Q.      Sure.

17        A.        -- the background.

18                (Reviews document.)

19                Okay.  I think to summarize what I

20  meant is that the opinions I express in here in

21  terms of critiques or reviews of what was said in

22  those expert reports, I stand behind them.  I

23  think there's a scientific basis for my comments

24  and they're based on my, you know, 50 years of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 224 of 455

1    experience as a hydrogeologist and groundwater
2    modeler and that, yeah, I stand behind these
3    opinions that are in this report.
4         Q.      Okay.  Are you opining that the
5    simulated monthly contaminant concentrations
6    produced by the two ATSDR models, Tarawa Terrace
7    and Hadnot Point/Holcomb Boulevard, are accurate
8    to a reasonable degree of scientific certainty?
9                   MR. DEAN:  Object to the form.
10                  THE WITNESS:   I -- I think
11            they're accurate to a reasonable degree.
12            I think they're as likely as not to
13            represent what happened.
14                  There's, you know, there's a
15            band of uncertainty about the results
16            that their or the calculations by their
17            best fit parameters and best fit model,
18            but the calibrated results, I think, are
19            scientifically defensible based on
20            state-of-the-art modeling and standard
21            practices in the field of groundwater.
22    BY MR. ANWAR:
23         Q.      You mention the phrase "as likely or
24    not."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 225 of 455

1                What does that term mean to you?

2        A.        It means, as far as I could tell, I

3   mean, I think I've seen that somewhere in all the

4   documents I've been reading.

5                You know, it means this could be

6   exact or maybe it's not, you know, exactly what

7   happened.  But in assessing the likelihood of this

8   being right, it's just as likely to be highly

9   accurate or -- or not.  It may be off, but

10  everything is done with a recognition of

11  uncertainty.

12               But these are the best estimates and

13  they're consistent with standard practices and,

14  you know, that's -- we don't know with certainty

15  that it's accurate and precise and represents

16  exactly what happened, but there's a good chance

17  that it is.

18       Q.        It sounded like you were saying it's

19  as likely as it's right as it is wrong.

20               Is that what you're saying?

21       A.        Well --

22                    MR. DEAN:  Object to the form.

23                    THE WITNESS:   I don't know if

24         that's exact.  I won't say that's exact.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 226 of 455

```
 1                   What I meant is, well, these
 2          are good estimates and they're based on
 3          scientifically defensible approaches with
 4          state-of-the-art tools.  There's no
 5          reason not to believe them.
 6  BY MR. ANWAR:
 7          Q.      So the phrase "as likely or not" is
 8  a phrase that actually comes from the statute that
 9  created this litigation.
10          A.      Okay.
11          Q.      And I'm just wondering:  Have you
12  ever used that phrase before prior to -- to
13  your -- your expert work in this litigation?
14          A.      Not that I remember.  It's possible
15  I did, but I don't recall.
16          Q.      Where did your understanding about
17  "as likely or not" come from?
18          A.      The words.  What it sounds like it
19  means.
20          Q.      Did you understand that's a legal
21  standard in the statute that we're litigating?
22          A.      I did not know it was a term in a
23  statute, no.
24          Q.      And you're not a lawyer; right?
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 227 of 455

1      A.      Absolutely not.

2      Q.      And you're not offering any sort of

3  legal opinions; correct?

4      A.      Nope.  That's correct.

5      Q.      I wanted to -- let's -- let's turn

6  to the page 32 of your report.

7                    MR. DEAN:  Page what?

8                    MR. ANWAR:  32.

9                    MR. DEAN:  32.

10                   MR. ANWAR:  Correct.

11  BY MR. ANWAR:

12      Q.      Let's focus on -- so this is the

13  Conclusions section of your report.

14                   Do you see that?

15      A.      Yes.

16      Q.      Okay.  And that second paragraph

17  states:

18                   "Although Dr. Spiliotopoulos

19  repeatedly questions the accuracy of the ATSDR

20  model and its calibration, I don't see any

21  evidence that it is unacceptably inaccurate."

22                   What do you mean by "unacceptably

23  inaccurate"?

24      A.      That there would be obvious errors

1  in or results that are based on errors in the

2  calibration of the model or in the use of

3  parameter values.

4         Q.       Are there acceptable inaccuracies?

5         A.       Sure.

6         Q.       What are some of the acceptable

7  inaccuracies?

8         A.       Well, I mean, if you say the

9  hydraulic conductivity is 10 feet per day, but

10  somehow our measurement says it's 12 feet per day

11  or 8 feet per day, that's an acceptable

12  inaccuracy.

13                First of all, you would never really

14  know what the true value is, and it depends on

15  many things in how you measure it, the method of

16  measurement the scale of the measurement and so

17  on.  So let's say the truth is a little elusive.

18         Q.       But there are inaccuracies; right?

19                    MR. DEAN:  Object to form of

20         the question.

21                    THE WITNESS:   Every model is

22         a simplification of complex reality.  It

23         involves approximation, assumptions, and

24         averaging.

 1                    So yes, there's -- there's
 2          always uncertainty and certainly errors
 3          in every model, and what you try to do in
 4          standard practice is assess how serious
 5          those errors might be, how they might
 6          affect the results.
 7                    You do sensitivity tests and
 8          uncertainty analysis to help assess what
 9          confidence you should have in the model
10          because we recognize that the model is
11          not the reality.
12   BY MR. ANWAR:
13        Q.      At the bottom of the Conclusions,
14   that last paragraph that spills onto the next
15   page, you start:
16                    "In my opinion, ATSDR has done an
17   admirable job in completing a challenging task of
18   using hindcasting with a calibrated model to
19   reconstruct credible concentration distributions
20   in time and space prior to the availability of
21   data from chemical analyses of groundwater samples
22   in the mid-1980s.  In the face of missing
23   historical data, the ATSDR's models provide useful
24   input to epidemiological studies."

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 230 of 455

1              Did I read that correctly?

2         A.       Yes.

3         Q.       I think earlier we had discussed

4    -- I had asked you the purpose -- I had asked you

5    questions about the purpose of ATSDR's model and

6    the fact that the data, the information would be

7    used for epidemiological studies.

8              Do you recall that?

9                   MR. DEAN:  123 now.  Yeah.

10                  MR. ANWAR:  Okay.

11                  MR. DEAN:  We all do.

12                  THE WITNESS:  Yes, I do.

13   BY MR. ANWAR:

14        Q.       And in response to some of those

15   questions, you -- you made clear you're not an

16   epidemiologist; right?

17        A.       Yes.

18        Q.       So what is the basis for your

19   opinion there "the ATSDR models provide useful

20   input to epidemiological studies"?

21        A.       My understanding was the

22   epidemiological studies required first

23   concentrations in the water supply wells, but

24   ultimately concentrations in the water treatment

1    plants.  That was my understanding of what was

2    needed, and that's my understanding of what the

3    modeling provided.

4              Therefore, I said, well, that's

5    useful.  It's providing useful input.  That's why

6    they wanted the models and the model -- the models

7    provided that.  So my inference was that was

8    useful.

9         Q.     And so if we skip a couple lines

10   ahead, there is -- starting with the fourth line

11   down, there is --

12        A.     Which page?

13        Q.     The last page, page 33.

14        A.     Okay.

15        Q.     It says:

16             "There is uncertainty in the

17   calibrated models (as there always is in such

18   models) and in the hindcasted results, and that is

19   clearly recognized and evaluated.  The uncertainty

20   is not so large or unexpected as to preclude the

21   use of the model results in the epidemiological

22   studies or for providing mean monthly -- monthly

23   mean concentrations for use by health

24   professionals to estimate past exposure of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 232 of 455

1   residents on 'as likely than not' or 'more likely

2   than not' basis."

3               Did I read that correctly?

4        A.     Yes.

5        Q.     Did you -- did you write that

6   sentence?

7        A.     I did and those --

8        Q.     Why did you -- go ahead.

9        A.     You know, those terms "as likely as

10  not" or "more likely" I probably heard from the

11  lawyers and so that was -- I felt, yeah, that was

12  a good description, but they did not tell me what

13  to write or how to write it or anything like that.

14               I mean, that's probably -- I'm sure

15  I heard those terms from the lawyers, and so I

16  felt it appropriate to use it --

17       Q.     Okay.

18       A.     -- with, you know, my perception of

19  what that meant.

20       Q.     Got it.

21               And you say:

22               "The uncertainty is not so large or

23  unexpected as to preclude the use of the model

24  results in the epidemiological studies."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 233 of 455

1            And we talked about the
2    epidemiological studies, but then you go on to
3    say:
4            "Or for providing monthly mean
5    concentrations for use by health professionals to
6    estimate past exposure of residents on an 'as
7    likely as not' or 'more likely than not' basis."
8            You're not a health professional;
9    correct?
10        A.    Correct.
11        Q.    So what is -- what is the basis for
12    your opinion that the simulated concentrations
13    from the ATSDR models are -- do not preclude the
14    use by health professionals to estimate past
15    exposure of residents?
16        A.    Well, from the health perspective, I
17    have no basis for saying that.
18            But from the modeling perspective, I
19    felt that the mean monthly concentrations were
20    estimated on the basis of reasonable, adequate
21    models and so that they could be relied on for
22    other purposes.  But it's certainly not meant to
23    imply I understood the health studies.
24        Q.    Are you offering the opinion that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 234 of 455

1   the simulated concentrations produced by ATSDR

2   models are sufficiently accurate for health

3   professionals to rely upon?

4           A.      I think they're the best that could

5   be come up with.  From -- I think they're

6   reasonably accurate.  I think they're reasonably

7   reliable.  I think there's uncertainty associated

8   with them.

9               I think the uncertainty is clearly

10  expressed in the analyses produced by ATSDR, and

11  then it would be up to the health professionals to

12  decide with that level of uncertainty is it good

13  enough for them to use.  That would not be

14  something I would say.  So yeah.

15          Q.      Earlier we had a discussion or an

16  exchange where I was asking you about the intended

17  purpose or use of particular models, and I believe

18  you told me, as a modeler, the use of the model

19  isn't really your focus or your concentration for

20  purposes of developing the model; is that right?

21                  MR. DEAN:  Object to form of

22          the question.

23                  THE WITNESS:   I would design

24          a model, develop the model, calibrate the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 235 of 455

1          model according to best practices in my

2          understanding, regardless of what the

3          downstream use of that model might be.

4                    Although as I said before, I

5          might refine the grid or do something

6          particular to help meet the needs of the

7          people paying for the model.

8    BY MR. ANWAR:

9          Q.        But you're not -- and we -- we

10   talked -- you're not a health professional

11   yourself; correct?

12         A.        Correct.

13         Q.        Did you -- in forming this opinion,

14   did you speak with any health professionals?

15         A.        No.

16         Q.        So it's your opinion, as a modeler,

17   that the simulated concentrations from the ATSDR

18   models are -- are good enough for health

19   professionals?

20         A.        Well --

21         Q.        And when I say "good enough," I mean

22   accurate enough.

23         A.        I think they're reasonably accurate.

24   Again, I'm not a health professional.  So I

1    really -- I really shouldn't comment on whether

2    it's good enough for a health professional.

3         Q.     Well, if you don't feel comfortable

4    commenting on the results being good enough for a

5    health professional, why do you feel comfortable

6    commenting on the results being accurate enough

7    for a health professional?

8                     MR. DEAN:  Objection to form

9          of the question.  It mischaracterizes his

10         testimony 100 percent.

11   BY MR. ANWAR:

12        Q.     You can answer.

13        A.     Excuse me?

14        Q.     You can answer.

15        A.     Well, as a hydrogeologist and an

16   experienced modeler, I felt that these results

17   were reasonably reliable, and I could think of no

18   reason that they shouldn't be used in light, you

19   know, with consideration of the uncertainty, why

20   they shouldn't be used for any purpose after that.

21        Q.     How many -- if you had to estimate,

22   how many groundwater and/or transport models have

23   you developed yourself or evaluated throughout

24   your career?

1      A.      Probably on the order of half a
2   dozen comprehensive, detailed studies and model
3   developments that I've done.  And in terms of
4   reviewing or assessing others, probably many tens,
5   if not well over a hundred different cases,
6   probably even more.
7      Q.      Of all those models, are ATSDR
8   models -- are ATSDR's models the only one you're
9   aware of that are -- that estimate -- that are
10  attempting to be used to estimate exposure --
11  monthly contaminant concentrations for exposure
12  determinations in individuals?
13                  MR. DEAN:  Object to the form.
14  BY MR. ANWAR:
15     Q.      You can answer.
16     A.      Well, as I mentioned earlier, the
17  analyses for the Waste Isolation Pilot Plant used
18  models for 10,000 years into the future, and that
19  was for the purpose of health exposure of a
20  potential hypothetical future farmer and so it was
21  used for health assessments.  I don't recall what
22  the health assessment studies were or how they
23  were done, but it was used.  That was one of the
24  purposes of that modeling.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 238 of 455

1              There are many other models that I
2    reviewed with similar characteristics, but most
3    often I say they do not describe what the sponsors
4    of the modeling effort were going to do with it.
5    So a lot of times.
6              So I guess my answer is, they may or
7    may not have been used for health exposure
8    studies.  I don't know because I wasn't always
9    aware of what the ultimate purpose of the model
10   was.
11        Q.      Okay.  There are places in your
12   report -- and I can give you examples if you'd
13   like -- where you -- so, for instance, on the page
14   we were just looking at, the last line of your
15   report, you state:
16              "The methods were rigorous and
17   scientifically sound."
18              Correct?
19        A.      Yes.
20        Q.      And then there are other places
21   throughout your report where you refer to
22   scientifically valid methods being used and/or the
23   models being scientifically valid, the ATSDR
24   models.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 239 of 455

1          Do you recall that?

2     A.     I don't recall saying they were

3 scientifically valid, but I may have said that.

4     Q.     Okay.  Well, why don't we -- why

5 don't you turn to page 30 of your report.

6     A.     30?

7     Q.     Yeah.

8     A.     Okay.

9     Q.     Sorry.  I might have put the wrong

10 page on.  Give me a second.

11          Oh, I'm sorry.  Yeah.  It is

12 starting on 30.

13          At the bottom of 30, that last

14 paragraph has a section heading "Section 3.3 and

15 scientific validity of ATSDR model -- ATSDR's

16 models," and you quote an opinion offered by

17 Dr. Spiliotopoulos there where he -- he opined:

18          "I do not think their results were

19 scientifically valid because" -- or I think you

20 quote Dr. Waddill, actually.

21     A.     Yes.

22     Q.     And it says:

23          "I do not think their results ...

24 were scientifically valid because, you know,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 240 of 455

1  science needs to be based on real-world

2  observations and analysis ... and there were just

3  not enough real-world measurements for this to

4  count as scientifically valid."

5                    And you disagree there.

6                    And then on the next page, on page

7  31, the second line:

8                    "Therefore, I would counter

9  Dr. Waddill's statements by noting that in

10 developing and applying the ATSDR groundwater

11 models, that scientifically valid methods were

12 used, and the models were based on sound hydraulic

13 and physical principles that themselves have been

14 tested and shown to be accurate and reliable

15 approaches to describing and predicting

16 groundwater flow and contaminant transport."

17                    Did I read that correctly?

18      A.      Yes.

19      Q.      Okay.  Is it your opinion that

20 ATSDR's Camp Lejeune water models are

21 scientifically valid?

22      A.      Yes.

23      Q.      Why do you say that?

24      A.      The models are based on a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 241 of 455

1 mathematical representation of the processes that

2 govern fluid flow in porous media and the movement

3 of dissolved chemicals.  These equations are well

4 accepted throughout the scientific and engineering

5 worlds.

6             There's common practice, standard

7 practice.  There may be some debate in the

8 scientific circles, particularly about the

9 governing solute transport equation, what it

10 should look like but, nevertheless, it is a

11 standard form.  And these equations and the

12 numerical methods to solve them are widely

13 accepted as being scientifically valid and

14 appropriate and useful.

15             So these -- these are the models and

16 methods that ATSDR used and applied and, you know,

17 I think what they do is estimate how water fluxes

18 and water levels and solute concentrations, how

19 they change over time in a way that is consistent

20 with the widely accepted principles reflected in

21 the governing equations.

22             This is -- this is valid science.

23 This is, you know, well accepted.  You know,

24 there's very few people that would argue with

1    that, you know.  So I think, yes, it is
2    scientifically valid.
3                     MR. ANWAR:  Okay.  I'm going
4           to hand you an exhibit that I'm marking
5           as Exhibit 14.
6                     (Document marked for
7           identification as Konikow Exhibit 14.)
8    BY MR. ANWAR:
9         Q.      This is an editorial that was
10   coauthored by you and a J.D. -- you pronounced it
11   earlier -- Bredehoeft?
12        A.      Bredehoeft.
13        Q.      Bredehoeft.  Entitled "Ground-Water
14   Models: Validate Or Invalidate"; correct?
15        A.      Correct.
16        Q.      And we can -- we can read through
17   this a little bit, but the first bolded section
18   there -- so it was originally -- let me take a
19   step back.
20                     This editorial was originally
21   published in 1993; correct?
22        A.      The editorial?  It says reprinted
23   from 1993.  The ideas expressed in here are really
24   based on a more comprehensive analysis and article

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 243 of 455

1    that Bredehoeft and I published in, I believe,

2    1992.

3           Q.      Okay.   What is the name of that

4    publication?

5           A.      I think it was "Advances in Water

6    Resources" is the name of the journal.

7           Q.      And then this editorial was

8    republished in "Groundwater" in 2012; correct?

9                   At the bottom note.

10          A.      Yes.

11          Q.      So the first paragraph focuses on

12   validation and it states:

13                  "The word validation has a clear

14   meaning to both the scientific community and the

15   general public.  Within the scientific community

16   the validation of scientific theory has been the

17   subject of philosophical debate."

18                  And then you reference Karl Popper.

19                  Going to the second paragraph there,

20   you state:

21                  "To the general public, proclaiming

22   that a ground-water model is 'validated' carries

23   with it an aura of correctness that we do not

24   believe many of us who model would claim.  We can

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 244 of 455

1  place all the caveats we wish, but the public has

2  its own understanding of what the word implies.

3  Using the word 'valid' with respect to models

4  misleads the public; 'verification' carries with

5  it similar connotations as far as the public is

6  concerned.

7            "Our point is this: using the terms

8  'validation' and 'verification' are misleading, at

9  best.  These terms should be abandoned by the

10  ground-water community."

11            Did I read that correctly?

12      A.      Yes.

13      Q.      And so when you're describing

14  ATSDR's model as scientifically valid --

15      A.      I never said that their model was

16  valid.  I never said it was validated.  I never

17  said anything about validation of the models.

18            I said the -- I try to avoid using

19  the term "valid" or "validation."  I used it once

20  or twice in terms of overall broad scientific

21  validity reflecting that it's a widely accepted

22  method.

23      Q.      I think I just asked you the

24  question, is it your opinion that ATSDR's models

1    are scientifically valid, and your response was

2    yes.

3              Is it?

4         A.    Well, okay, but, you know, if you

5    read the paper, what I don't want to imply is that

6    the model is perfect or that there is no other

7    model within the realm of infinite possibilities

8    of combinations of parameters that would not do as

9    well in terms of accuracy.

10             So it's not a unique model.  It's

11   valid in a broad sense of that term, but there is

12   no exercise that validated their model.  But it's

13   valid scientifically in the sense of using

14   state-of-the-art methods.

15        Q.    What do you mean "there was no

16   exercise that validated ATSDR's models"?

17        A.    They went through a calibration,

18   which involved history matching, and that

19   calibration yields a best fit to the parameters,

20   but it's not the only possible fit.  History

21   matching by itself does not prove that the model

22   was valid, that it was the absolute truth.

23             We know it's not.  That's why we do

24   uncertainty analysis and sensitivity analyses.

1      Q.      Your -- your report is directed to
2   an audience of people that are not modelers;
3   correct?
4      A.      Which report are you referring to?
5      Q.      I'm sorry.  Your rebuttal expert
6   report in this case; correct?
7              It's directed towards an audience
8   that all aren't necessarily modelers; correct?
9      A.      Yeah.  I mean, it's aimed at you and
10  others that aren't hydrogeologists, as well as
11  aimed at technical experts in hydrogeology.
12     Q.      Isn't using the terms "valid
13  methodology" or "scientifically valid" or
14  describing the model as "valid," isn't that, as
15  you state in your own words here, misleading?
16                  MR. DEAN:  Object to the form
17          of the question.
18                  THE WITNESS:  Well --
19                  MR. DEAN:  Mischaracterizes
20          his prior testimony.  He's already
21          answered that question.
22                  THE WITNESS:   Let me
23          emphasize that bringing up this topic of
24          validity was not mine.  It was brought

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 247 of 455

1          up -- I'm quoting from Spiliotopoulos.
2          He raised the issue and so I'm trying to
3          address it.
4                  It is not -- it's not a
5          terminology that I would normally use for
6          the very reasons we discussed and
7          summarized in that editorial.
8  BY MR. ANWAR:
9      Q.      And the first sentence of that
10 second paragraph:
11              "To the general public, proclaiming
12 that a ground-water model is 'validated' carries
13 with it an aura of correctness that we do not
14 believe many of us who model would claim."
15              "Using the word 'valid' with respect
16 to models misleads the public."
17              Isn't describing ATSDR's models as
18 scientifically valid or the methodology they used
19 as scientifically valid, isn't that intended to
20 carry with it an aura of correctness that you
21 acknowledge?
22     A.      I don't think they ever said that
23 they validated their model.  I don't think that
24 terminology was ever used with respect to their

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 248 of 455

1    modeling of the results.

2              The ATSDR is very clear and very

3    transparent about recognizing uncertainty in the

4    results.

5         Q.     They -- go ahead.

6         A.     So they're not anywhere in my

7    reading implying that they have the right truth or

8    model or that they validated it in the sense of it

9    being the ultimate pinnacle of correctness.  I

10   don't think they ever implied that.  They

11   certainly never say that, and I think that's why

12   we use.

13             What they've done clearly in many,

14   many, many plots of results, they show the

15   calculations based on their best fit calibrated

16   model, and they show upper and lower bounds about

17   that that reflect some range of consideration of

18   uncertainty in one or more parameters.

19             So I think they're very clear in

20   expressing that they have not validated the model

21   in the sense that people could misinterpret it to

22   mean that they have an aura of correctness and

23   certainty about their results.

24        Q.     ATSDR didn't validate their model

1    because they couldn't validate their model; right?

2                    MR. DEAN:  Object to the form

3          of the question.

4    BY MR. ANWAR:

5          Q.     There wasn't sufficient data to

6    validate their model; correct?

7                    MR. DEAN:  Object to the form.

8                    THE WITNESS:   That's very

9          misleading as I read it because there is

10         never ever any groundwater model for

11         which there is sufficient data to say

12         (indicates) you've validated it.  It just

13         doesn't exist.

14                    There is always uncertainty.

15         Every model ever developed for

16         groundwater has uncertainty associated

17         with it, and no competent hydrogeologist

18         would claim that they have the truth.

19    BY MR. ANWAR:

20         Q.     What is your understanding of why

21    ATSDR didn't validate their models?

22                    MR. DEAN:  Object to the form

23          of the question.

24                    THE WITNESS:   Repeat the

1        question.

2    BY MR. ANWAR:

3        Q.      What -- having reviewed the reports,

4    the Tarawa Terrace reports and the Hadnot

5    Point/Holcomb Boulevard reports in preparing for

6    your deposition and offering expert opinion in the

7    case, why didn't ATSDR just validate their two

8    models?

9        A.      Well, the title of the paper I

10   published in 1992 with John Bredehoeft is

11   groundwater models cannot be validated.  That did

12   not refer to ATSDR or Camp Lejeune.  It referred

13   to every groundwater model ever developed or

14   potentially developed in the future.

15              It's in our opinion -- and not

16   everyone agrees, but in our opinion, no

17   groundwater model could be validated in the sense

18   that the public might perceive the term to imply

19   that you have the right model to the exclusion of

20   any other possibility.

21              So if ATSDR had claimed that they

22   validated the model, I would have come down on

23   them very hard, severely criticized them for

24   saying that, but I think they knew better than to

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 251 of 455

1   say that.
2          Q.      Okay.  Describing a groundwater --
3   groundwater model as scientifically valid or the
4   methodology that was used as being scientifically
5   valid doesn't mean that the output, in this -- in
6   this case the simulated concentrations produced by
7   ATSDR's models, are accurate; right?
8                          MR. DEAN:  Object to the form.
9                          THE WITNESS:   It depends how
10          you mean "accurate."  They're not
11          precisely the truth because we don't know
12          the truth.  They're not, you know,
13          they're reasonable and they represent
14          what's going on, but there's uncertainty
15          about it.
16                          It could be a little higher.
17          It could be a little lower.  This is the
18          best estimate in the middle.  It's a
19          moving trend based on a very reasonable
20          model that solves the governing
21          equations.
22                          The equations for which we
23          know represent the processes, but the
24          coefficients in the equation are not

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 252 of 455

1     known precisely, and they are never known
2     precisely or accurately.
3   BY MR. ANWAR:
4        Q.      Okay.  I think you stated or I
5   believe it's listed on your reliance materials
6   that you reviewed Jones and Davis's original
7   postaudit report; correct?
8        A.      I read it.  It was probably a couple
9   of weeks ago.  I didn't give it a technical review
10  in great depth, but I did.  I looked at it, yeah.
11       Q.      Did you also look at their -- I
12  can't recall, so I apologize if I asked you this
13  already.
14              Did you also look at their rebuttal
15  expert report submitted in this case?
16       A.      I think I did, yes.
17       Q.      There is a portion in their report
18  where they state:
19              "Based on this postaudit, we can
20  find no significant evidence that would invalidate
21  the analysis performed by ATSDR with the original
22  model."
23              Are they using the term "invalidate"
24  then incorrectly?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 253 of 455

1              MR. DEAN:  Object to the form.

2              THE WITNESS:  Well, I would

3       assume so.  You know, the general belief,

4       John Bredehoeft and I and many others

5       believe that you can invalidate a model,

6       but you cannot validate it.  And by

7       invalidating, you show that there are

8       significant errors from what's going on.

9              So if you -- the basic

10      reasoning -- I'm not sure who said this

11      first but, you know, if you have a model,

12      you have best fit, your history match,

13      and all of that.  That builds confidence

14      in the model, but it doesn't prove you

15      have a valid model.

16              If you make a prediction and

17      that prediction turns out to be wrong by

18      some substantial degree, you have in

19      effect invalidated the model and you try

20      to get a better model.

21              But if the next prediction,

22      you know, that prediction you made turned

23      out to be really close, that builds more

24      confidence, but it still doesn't prove

1              that you validated the model because the
2              very next prediction might be erroneous.
3                   So the kind of philosophy --
4              philosophical argument is that you can
5              never validate the model in any kind of
6              literal sense, but you can invalidate it
7              by showing that it was inaccurate.
8    BY MR. ANWAR:
9         Q.      Isn't validation a history matching,
10   a form of history matching?
11        A.      What I would argue is that they are
12   not equivalent.  History -- if you match history
13   very well, that doesn't mean you validated the
14   model.  It means you have more confidence in the
15   model.  The model is probably pretty good.
16        Q.      If you have history matched very
17   well, why does that not validate the model?
18        A.      Because the next prediction could be
19   off.  You may not have data for a particular point
20   or thing where it may have been an error.  You
21   never have enough to say, this is the perfect
22   model and it's a valid model or you validated it.
23   Because you make a prediction, that could turn out
24   to be wrong.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 255 of 455

1          So the general cautiousness that you
2    want to say is that you've got a good model, a
3    reasonable model.  We've matched the history, the
4    historical data that we have.  We have a good
5    calibration, and we think this is an appropriate
6    model, a reasonable model for the purposes that
7    we're using it.

8          But we don't say that it's validated
9    because I would argue that you can never validate
10   a model because you never, you know, you just
11   don't know what will happen in the future.

12        Q.    So my understanding of calibration
13   and validation is -- and you should correct me if
14   I'm wrong -- is essentially that you -- when
15   you're calibrating the model, you're attempting to
16   adjust parameters to match observed parameters
17   such that the simulated results matches closely as
18   possible observed values that you're running the
19   model against.

20        And validation is taking a set of
21   observed values that you didn't use as part of the
22   calibration and then comparing the simulated
23   models against sort of a separate set of observed
24   data.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 256 of 455

1          Is my understanding right?

2     A.     I would say it's not right, but it

3 matches the perception of many other people.  You

4 know, I think there are people who believe that.

5          I would counter that in groundwater

6 systems, you can almost never have independent

7 data sets.  If you have, you know, your

8 observations say, well, let's save this for the

9 (indicates) what you might call validation, you're

10 not blind to that data.  You know what it is.

11 It's not.

12          You know, in drug approval, they

13 would never say that that's acceptable for a drug

14 test because you are aware of what those values

15 were.  You weren't blind to them, and they're not

16 an independent set of data.

17          You never have an independent set of

18 data in a historical groundwater.  Everything is

19 linked and in groundwater systems, even if you can

20 compare it with surface water systems, surface

21 water, without the issue of validation, you could

22 get a fairly independent set of responses in a

23 river flow data if you go down a year or two in

24 time in response to different precipitation

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 257 of 455

 1   events.

 2              In groundwater systems, the

 3   responses are much more buffered and much more

 4   slower, and the behavior of a groundwater system a

 5   year in the future depends to a large degree on

 6   what it was at the start of that year.

 7              You don't get independence and that

 8   restricts your ability to even talk about

 9   validation with an independent data set because

10   it's so difficult to get in groundwater system

11   anything that approaches an independent data set,

12   and I would argue that still revealed validation

13   if you had.

14        Q.        I guess the reason I asked -- part

15   of the reason I asked that question:  If it's your

16   opinion that you can't validate a model ever under

17   any circumstance, how can you ever calibrate a

18   model?  How can you say that any model --

19        A.        The calibration has nothing to do

20   with validation in the sense.  You can calibrate.

21   What you do in model calibration is adjust

22   parameters and boundary conditions and maybe some

23   other processes, maybe your numerical grid, maybe

24   your time step.  You adjust lots of things so that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 258 of 455

1  the results match the historical changes that
2  you've seen.  You could do this.  It doesn't
3  depend on any condition (indicates) called
4  validation.
5              It's the process of model
6  calibration is the process of parameter
7  restoration in effect, and that's why automatic or
8  automated parameter estimation models are so
9  useful because they make the whole process faster
10 and more efficient to adjust parameters to get
11 what could be a statistically best fit.
12     Q.     Is it possible to adjust the
13 parameters in a model in such a way that
14 the -- that you successfully -- let me -- let me
15 start -- strike that.
16              Talk to me about the concept of
17 nonuniqueness.
18                    MR. DEAN:  Object to form.
19                    THE WITNESS:   Excuse me?
20                    MR. DEAN:  Object to form.
21 BY MR. ANWAR:
22     Q.     What is nonuniqueness in modeling?
23     A.     Well, that's basically the concept
24 that when you calibrate a model, you have a set of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 259 of 455

1    parameters that you feel give you the best fit but

2    that may not be the only combination of parameters

3    that give you approximately an equally good fit.

4                    You know, there's, you know, if

5    you -- if your result is a sum of 10, 5 plus 5

6    gives you 10 or 6 plus 4 gives you 10, and in

7    terms of the fit, they're both equally good.

8         Q.    And so when we're talking about

9    calibrate -- adjusting parameters to calibrate a

10   model, there -- there are many different

11   possibilities of combinations of parameters that

12   could calibrate the model in the sense that the

13   simulated values match the observed values;

14   correct?

15        A.    As well as possible.  What you do

16   that -- I mean, it's not an unbounded process.

17   What you do is you consider the -- how good the

18   fit is and the quality and the errors and the mean

19   error and all the other statistical measures of

20   the fit.  And you adjust parameters until that

21   error measure gets smaller and smaller, and

22   continued changing of parameters basically yields

23   no improvement, no further improvement in fit, and

24   that's why you say, well, that's as good as we

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 260 of 455

1   could do.

2          Q.      And simply calibrating a model or --

3   excuse me -- simply adjusting parameters in a way

4   that to calibrate a model doesn't mean the model

5   is good or accurate if the input parameters are

6   unrealistic; correct?

7          A.      Well, one of the guidelines for

8   adjusting parameters during history matching

9   during calibration is you have to keep those

10  bounded within reasonable limits.  You know,

11  that's, you know, whether you're doing by trial

12  and error or with an automated method, you don't

13  have an unlimited range to adjust parameters.

14              You can't have a negative value of

15  hydraulic conductivity.  You know, you have to be

16  consistent with principles and your geologic

17  knowledge and other maybe more subjective

18  criteria, but it's not an unbounded universe.

19         Q.      The statistical analysis that you're

20  talking about to -- to ensure that the model is

21  appropriately calibrated and the parameters fall

22  within a certainty bound, ATSDR didn't do that

23  statistical analysis for the Hadnot Point/Holcomb

24  Boulevard model; right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 261 of 455

1        A.        I'm not sure what you mean.  I mean,

2    they did a model calibration.  They were measuring

3    the goodness of fit.  They -- my understanding is

4    that they used the PEST software to help with the

5    calibration and parameter.  That PEST

6    automatically calculates all those measures of fit

7    and that's how it does the calibration, by

8    minimizing some objective function that's related

9    to the error.

10       Q.        Okay.  Why don't we take a quick

11   break.

12       A.        Sure.

13                 MR. ANWAR:  A short break.

14                 THE VIDEOGRAPHER:  Going off

15       the record.  The time is 3:51 PM.

16                 (A recess was taken.)

17                 THE VIDEOGRAPHER:  We're back

18       on the record.  The time is 4:05 PM.

19   BY MR. ANWAR:

20       Q.        We are back on the record from a

21   short break.

22                 Dr. Konikow, are you okay to

23   continue?

24       A.        Yes.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 262 of 455

1     Q.    Okay.  And did you speak with your

2  lawyers about the substance of your testimony?

3     A.    No.

4     Q.    Okay.  I wanted to ask you.

5             Can a postaudit be used to validate

6  a model?

7     A.    No.

8     Q.    Why not?

9     A.    Because a model can't be validated.

10     Q.    And looking back at your -- this

11  editorial, it is, I think, Exhibit 13.

12     A.    14.

13     Q.    14.  Thank you.

14             If you turn to the next page, there

15  is a section on Postaudits, and you state there:

16             "Several postaudits have been

17  performed to evaluate the accuracy of predictions

18  made using -- sorry, lost my place -- made using

19  supposedly validated -- 'validated' models.

20  Compared to the number of model studies, the

21  number of postaudits is small.  There are numerous

22  problems in examining past predictions; often the

23  stress placed on the system was quite different

24  from that used in the model analysis.

1              "The results of the current set of

2    postaudits suggests that extrapolations into the

3    future were rarely very accurate.  There are

4    various problems with the models: the period of

5    history match was too short to capture an

6    important element of the model, or the conceptual

7    model was incomplete, or the parameters were not

8    well-defined, etc.  Our experience suggests that

9    models are more useful as tools used by the

10    hydrologist to understand the system rather" -- it

11    says "that" but I think it's -- "than as tools to

12    predict future response.  Our record of

13    'validating' models is not encouraging."

14              Did I read that correctly?

15       A.     Yes.

16       Q.     Okay.  So you can use a postaudit to

17    evaluate the accuracy of the predictions of a

18    model; correct?

19       A.     No.

20              MR. DEAN:  Object to form.

21              THE WITNESS:   That's not

22     correct.

23    BY MR. ANWAR:

24       Q.     Okay.

1      A.      You could use the postaudit to
2  assess the accuracy of the predictions made by the
3  model, how good the model was, but it just would
4  not prove that you had a valid model.
5      Q.      Okay.  And why -- why wouldn't it
6  prove that you have a validated model?
7      A.      Because if you use the model, the
8  same model to predict another year into the
9  future, that may be very wrong.  That prediction
10 may be wrong and, therefore, that would prove you
11 had an invalid model.  It would invalidate the
12 model.
13          So when you use a postaudit to
14 assess the accuracy of the prediction, if it turns
15 out -- which doesn't always happen -- if it turns
16 out that the prediction was fairly reliable and
17 acceptably accurate, it helps build confidence in
18 the model.  You're building confidence in the
19 model.  You feel better about the model.
20          You just have not proved that it is
21 a valid model.  You have not validated the model
22 because the next prediction could be very much in
23 error with the same model, and that would
24 invalidate the model.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 265 of 455

```
 1        Q.      Okay.  Understand.
 2               Can you pull up Exhibit 12.  It is
 3   the 2005 transcript of the expert summary, day 2.
 4        A.      Which one is 12?
 5        Q.      It's the transcript of the expert
 6   panel.  I think we have only given you one of
 7   those so far.  Should be one of the thick ones.
 8        A.      Yeah, thick ones.  This is 9.  13.
 9        Q.      There you go.
10        A.      12.  Okay.
11        Q.      Could you turn to page 46?
12        A.      Okay.
13        Q.      Okay.  So just for frame of
14   reference purposes, the 2005 expert panel was
15   focused on ATSDR's Tarawa Terrace model; correct?
16        A.      Yes.
17        Q.      And so starting at line 14, there's
18   a discussion going on and you chime in at line 14.
19   You say:
20               "But the point -- one of the points
21   is that you really -- your study isn't starting
22   until 1965."
23               And Maslia says '68 and you say '68.
24               "That gives you 14 years from the
```

1    time ABC Cleaners started.  So the value in doing
2    the groundwater flow and transport model will be
3    to, you know, start as best as we -- or as best we
4    know.  They were introducing contaminants into the
5    soil at least through the septic tanks very
6    shortly after they started, maybe a year, maybe
7    instantly, maybe a year, maybe two years at most.
8    That gives you 12 years for it to reach the water
9    table and spread."
10             "The" -- going into the next page.
11             "The groundwater flow and transport
12   models accounting for uncertainty" --
13        A.    I'm not sure where you're reading
14   from now.
15        Q.    On page 47 line 1.
16        A.    Okay.  Okay.
17        Q.    Just continuing from where we were
18   reading.
19             "The groundwater flow and transport
20   models accounting for uncertainty, heterogeneity,
21   and so on will give you a range of arrival times,
22   but I'm guessing the bulk of your realization will
23   get contaminant reaching the wells in that 14-year
24   period."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 267 of 455

```
 1              Did I read that all correctly?
 2      A.      Yes.
 3      Q.      And it sounds like in this exchange,
 4  you're talking about here mass loading at Tarawa
 5  Terrace; correct?
 6      A.      Well, we're talking about, yeah, the
 7  solute load.  Yeah, when the source got to the
 8  water table and then spread down to TT-26 and so
 9  on.
10      Q.      And the way I read your comments
11  here is that, you know, you say:
12              "ABC Cleaners, they were introducing
13  contaminants into the soil at the very least
14  through the septic tanks very shortly after they
15  started, maybe a year, maybe instantly, maybe a
16  year, maybe two years at most.  That gives you 12
17  years for it to reach the water table and spread."
18              You're discussing --
19      A.      I did not mean that it would take 12
20  years to reach the water table.
21      Q.      Okay.
22      A.      I meant that it would reach the
23  water table, and then it had 12 years to spread.
24  Until that, you know, 1968 time.
```

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 268 of 455

 1          Q.        It does sound like you're saying
 2     here, though, that the contaminants wouldn't reach
 3     the water table on day one; right?
 4          A.        On day one?  Probably not.
 5          Q.        And you indicate that "maybe a year,
 6     maybe two years at most"?
 7          A.        Yeah, I really think it would be
 8     less than that.
 9          Q.        But at this time, you stated "maybe
10     a year, maybe two years at most"; right?
11          A.        Yeah, that's what I said.  Yeah.
12          Q.        And, again, when you're referencing
13     1968, you're talking about the starting point of
14     the EPI study that ATSDR was performing; right?
15          A.        I believe so.
16                    MR. ANWAR:  Okay.  I'm going
17           to hand you what I'm marking as
18           Exhibit 15.
19                    (Document marked for
20           identification as Konikow Exhibit 15.)
21     BY MR. ANWAR:
22          Q.        This is the transcript from day 1 of
23     the 2009 expert panel; right?
24          A.        Apparently, yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 269 of 455

1      Q.      And it's dated April 29, 2009 there;
2  correct?
3      A.      Yes.
4              MS. BAUGHMAN:  Did you hand us
5          one?
6              MR. ANWAR:  Yeah, it's right
7          there.
8  BY MR. ANWAR:
9      Q.      I'd like you to turn to page 89.
10             And in the middle of the page there,
11  your name is highlighted starting on line 7.
12             Do you see that?
13     A.      Line 7.
14     Q.      On page 89?
15     A.      Yes.
16     Q.      You see that?
17     A.      Yes.
18     Q.      It says:
19             "DR. KONIKOW:  The Tarawa Terrace
20  with the first arrival in November '57, if that
21  was actually several years later, maybe even four
22  or five years later, would that have any effect on
23  the health study since the health study is '68 to
24  '85?"


1               Did I read that correctly?

2        A.        You read it correctly.

3        Q.        And so you're -- you're raising

4    whether an even later contaminant mass loading

5    date would impact the -- the EPI study that ATSDR

6    was performing; correct?

7                       MR. DEAN:  Object to the form.

8                       THE WITNESS:   I seem to be

9           talking about the first arrival, and I am

10          inferring that might be talking about

11          TT-26, but I don't see.  I haven't

12          carefully read right now the preceding

13          several pages.

14                  So when I said "first

15          arrival," I'm inferring that meant at

16          TT-26, but I'm not positive that's what

17          we were talking about.

18    BY MR. ANWAR:

19        Q.        Okay.  TT-26, was that the -- was

20    that the primary source in Tarawa Terrace?

21        A.        I believe so.

22        Q.        Or that was the source was ABC

23    Cleaners, but the TT-26 was the most contaminated

24    well; correct?

                        Golkow Technologies,
877-370-3377            A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 271 of 455

1      A.      Most contaminated well, yes.

2      Q.      Okay.  And so if we go on to read,

3   Mr. Maslia states:

4          "We actually did, Mustafa Aral did

5   some well scheduling optimization and did

6   different scenarios with different wells other

7   than the ones that we calibrated for the model.

8   And you could shift from '57 to '60, but during

9   the course of the study it did not significantly

10  affect at all the higher concentrations.

11          "They all tended towards that level

12  of that chart, the graph that shows in the

13  finished water that all that it shifted was, other

14  than if you shut down, for example, TT-26.  If you

15  shut down TT-26, both the data and the model would

16  show that your finished water went down to

17  practically no contamination at Tarawa Terrace.

18  But if you shifted the cycling so that it didn't

19  hit or arrive or pass the MCL, say, as you said,

20  59, 60, 61, whatever, did not significantly affect

21  the higher concentrations in the finished water."

22          Did I read that correctly?

23      A.      Yes.

24      Q.      Okay.  And because TT-26 was the --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 272 of 455

1    I guess the most contaminated well, it sounds like
2    he's saying -- Mr. Maslia -- that if you shut it
3    down, the contamination levels went to nearly
4    zero; correct?
5         A.      He said that they would.  He didn't
6    say they shut it down.  He said -- I believe he
7    implied if you shut down TT-20 -- TT-26.  That was
8    because that was the main source, not the only but
9    the main source, of contaminated water to the
10   Tarawa Terrace Water Treatment Plant.  If that
11   wasn't pumping, then there would be few, very few
12   contaminants showing up in the Water Treatment
13   Plant.
14              I think that's what was implied
15   there.
16        Q.      Do you recall the extent of data
17   available about the pumping history for TT-26?
18        A.      I recall seeing it.  I can't recite
19   the details of it, but I know they had a graph
20   showing when it was operating, and there was
21   another graph showing estimated pumping rates from
22   that and other wells.  So yeah.
23        Q.      Would you agree that there was
24   incomplete data about the pumping history of

Golkow Technologies,
877-370-3377                A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 273 of 455

1    TT-26?

2                    MR. DEAN:   Object to form.

3                    THE WITNESS:   To the best of

4          my knowledge, there was not a complete

5          record of when the well was pumping and

6          how much it was pumping.  That had to be

7          reconstructed also.

8    BY MR. ANWAR:

9          Q.      And one of the assumptions that

10   ATSDR made was to assume that the well was pumping

11   unless there was a historical record confirming

12   that the well was not pumping; correct?

13         A.      Well, I don't know exactly what they

14   assumed but, you know, certainly in terms of, they

15   had methods to estimate what the average monthly

16   pumping rate was.  And if the well is shut down

17   for a day or two during a particular month, then

18   maybe your average withdrawal for that month would

19   be a little lower.

20                  But for the model, you would still a

21   sum -- assume that it's pumping at that slightly

22   lower rate but over the whole month, and it

23   wouldn't make any significant difference in the

24   results.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 274 of 455

1           But as I recall, there were only two
2    extended periods of non-operation of TT-26 before
3    it was finally shut down, but I don't think that
4    implied that it was never shut down.  I think
5    there was some statement that typically they cycle
6    through all the different wells that supplied
7    water, and so it was routine for any individual
8    well to be shut down for a short period of time.
9           I think that's normal when you have
10   multiple wells in a well field supplying it.  I
11   think it's normal to cycle through using different
12   ones to meet the demands at the time.
13        Q.     Okay.  And so your recollection of
14   the way ATSDR handled -- handled the model with
15   respect to missing pumping history is that they
16   cycled through?
17        A.     No, that wasn't part of the
18   reconstruction.  That was part of the operation.
19           That the normal operation of wells,
20   I believe, included cycling through different
21   combinations of well pumping at any time, any
22   particular time during the whole history, in other
23   words.
24           So no one is saying that, the

Golkow Technologies,
877-370-3377                 A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 275 of 455

1    Department of the Navy or anyone.  They're not

2    saying that TT-26 pumped continuously from the

3    beginning to end of their pumping period before

4    there was, you know, a longer break for servicing.

5              The normal operation includes short

6    sequences in which the well is turned off, maybe

7    minor servicing, but that's normal and it doesn't

8    affect the model.

9         Q.    How did ATSDR handle TT-26 for

10   purposes of the historical reconstruction period?

11        A.    You mean --

12        Q.    The pumping.  How did ATSDR handle

13   the pumping schedule for TT-26 for purposes of the

14   historical reconstruction period dating back to

15   1953?

16        A.    I don't have a precise recollection

17   of method they used, but it was well-documented in

18   the report.  I had read it.  I just don't recall

19   the details of it, but my recollection is that

20   there was some estimates based on water demand,

21   you know, how much the water treatment plants

22   needed, and how that might have been apportioned

23   among the different wells supplying it.

24              So there was some correlation,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 276 of 455

1  regression analysis and reconstruction, and it

2  is -- let me emphasize again that in all

3  groundwater models, you require an estimate of the

4  pumpage from all wells in the area and it is, I'd

5  say, beyond common, it's almost in every case the

6  models have to reconstruct the pumping history and

7  make estimates of it.

8        Q.        Understood.

9        A.        It is rare that over a historical

10 period you would have very precise records of

11 pumpage.

12       Q.        Let's turn to page 201, and starting

13 at line 6 your name is highlighted there for

14 comments you made; correct?

15       A.        Yes.

16       Q.        Okay.  So it says:

17              "DR. KONIKOW:  So then the question

18 is how do you go, you'll calculate a mass, but

19 then how do you go back in time and use that to

20 estimate what the mass loading rate is over the

21 duration of the model?  The Tarawa Terrace

22 situation you had essentially a point source with

23 a known location and a fairly constant -- constant

24 over time disposal rate.  Here I'm not sure how

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 277 of 455

1    you're going to reconstruct the history of mass

2    loading."

3              You're referring to Hadnot Point and

4    Holcomb Boulevard; right?

5         A.      I believe so.

6         Q.      Why are you not sure how they're

7    going to reconstruct the history of mass loading

8    at Hadnot Point and Holcomb Boulevard?

9         A.      Well, I wasn't sure because there

10   were multiple sources.  There was very little

11   record.  There were underground storage tanks that

12   were leaking.  They could discover where they were

13   but not necessarily when they started leaking.

14             There were aboveground storage

15   tanks.  There were poor practices in industrial

16   facilities.  There was -- there were, you know,

17   just multiple potential sources, and this was a

18   logical question, I thought.  How are you going to

19   reconstruct it?

20             Well, I mean, they went ahead and

21   reconstructed it, and they documented the methods

22   they used and, you know, I mean, they did it.

23   There's uncertainty associated with that.

24                  MR. ANWAR:  All right.  Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 278 of 455

1          I'm going to hand you a different
2          exhibit.  Fortunately, it's another one
3          of these big transcripts.  I am marking
4          this exhibit as Exhibit 16.
5                    (Document marked for
6          identification as Konikow Exhibit 16.)
7   BY MR. ANWAR:
8       Q.       Now, in your report, quickly jumping
9   back to Exhibit 2, on page 9, it is -- yeah, on
10  page 9, you include a graphic F16 from the Tarawa
11  Terrace reports.
12                Do you see that there?
13      A.       Yes.
14      Q.       Why did you include that graphic?
15      A.       (Reviews document.)
16                Well, reading back, it looks like
17  Dr. Spiliotopoulos included that in his report,
18  and I wanted to discuss it.  So I thought it might
19  be of value.  I didn't include too many figures in
20  my report, but this is one I thought was worth
21  including.
22                It --
23      Q.       Go ahead.
24      A.       Do you want me to comment on that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 279 of 455

1    figure or...

2         Q.       Sure.

3         A.       Well, as I say here, he's commonly

4    talking about the model being biased high or that

5    the estimates were biased high in it.  You know, I

6    think he, you know, sort of cherry-picking results

7    that emphasize that and ignoring the results that

8    might counter it.

9                   To me this, the figure that

10   apparently he used in his report, is really the

11   kind of results you want to see.  The simulated

12   results at the time of five of these observations

13   falls right about a level of 800 when the

14   observations range from about -- I don't know -- 3

15   or 30 up to about almost 1600.  That is the

16   simulated value falls right in the middle of that

17   range, and to me that's a good estimate of -- a

18   good illustration of where the model is doing a

19   really good job.

20                  It's -- that's, you know, when

21   you're faced with the variability in the observed

22   data over such a short time at one point in time,

23   which sometimes it's hard to explain but,

24   nevertheless, there it is.  You can't expect the

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 280 of 455

1  model with monthly time steps to match every

2  single one of those values.  You want it to match

3  the central tendency of those values, and that it

4  did almost perfectly.

5       Q.     Is it your opinion that this F16

6  figure shows a well-calibrated model?

7       A.     Well, that it seems to be.  It

8  certainly is not evidence of anything being biased

9  high.

10             And one of the things to note is

11  that this is the record at TT-26, which was the

12  most important water supply well in terms of

13  contributing contaminants to the Water Treatment

14  Plant.

15             If you could have said, without

16  seeing the simulated results, where would you have

17  wanted the model to be at that point in time, I

18  would say right at 800.

19       Q.     And so it's your opinion that --

20  just to be clear, it's your opinion that Figure 16

21  shows TT-26 at least -- let me -- let me ask that

22  again.

23             Is it your opinion that with respect

24  to TT-26 the model -- this figure demonstrates the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 281 of 455

1    model is calibrated well?

2         A.       At least at that point.  Again, it

3    doesn't prove there's a perfect match everywhere.

4    It's just at this point, boy, you couldn't do any

5    better.  That's an important point.  That location

6    is an important location.

7         Q.       Okay.  Let's -- is it your opinion

8    that ATSDR's Tarawa Terrace model does not

9    overestimate contaminant concentrations?

10        A.       I think there was evidence at some

11   locations that it was too high, particularly

12   TT-23.  It was not a good match at that location,

13   but in, you know, it's a model.  You know,

14   calibration yields some, you know, it's a best

15   fit.  Best fit by definition means at some point

16   it's too high.  At some points it's too low.

17              In this case, you know, for the

18   Tarawa Terrace model, I think, you know, that's

19   certainly true.  In some places, it's too high.

20   In some places, it's too low.  It may be a little

21   too high at more places than you'd like.  So there

22   is a slight, but I think it's not.  I think

23   Spiliotopoulos overstated the degree to which it

24   overestimates.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 282 of 455

1   Q.  Turning back to -- I forget --

2 Exhibit 16, which is the transcript I handed you.

3 This is day 2 of the transcript -- excuse me.

4     This is the transcript for day 2 of

5 the 2009 expert panel.

6   A.  Yes.

7   Q.  Do you see that?

8   A.  Yes.

9   Q.  Okay.  It's dated April 30, 2009;

10 correct?

11   A.  Yes.

12   Q.  Okay.  If you turn to page 216 in

13 the transcript.

14   A.  2-1-6?

15   Q.  Correct.

16     Are you there?

17   A.  Yes.

18   Q.  Okay.  Your name is highlighted

19 there in the middle starting on line 5.

20   A.  Yes.

21   Q.  It states:

22     "You kind of mentioned earlier that

23 you have quite a lot of variability over short

24 periods of time in the observed concentration."

1                    Which is what I think you were just

2    talking about?

3         A.        Yes.

4         Q.        And the next line is:

5                    "That's really going to be a big

6    obstacle to calibrating the model."

7                    Did I read that correctly?

8         A.        That's what I said at the time.

9         Q.        Okay.  And those are your words;

10   correct?

11        A.        Apparently.

12        Q.        And Mr. Faye responds:

13                   "It was and it is."

14                   And you respond:

15                   "Look at Figure F-16" the one we

16   just discussed in your report.  You say:

17                   "Look at Figure F-16 in your Tarawa

18   Terrace report.  You have this simulated curve

19   that's coming up, a nice smooth curve, and then

20   there's one point in, I guess, 1985, where you

21   have five frequently, sampled -- you have five

22   frequently, samples collected over a short period

23   of time."

24                   And then you go on to say:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 284 of 455

```
1                    "And they have a range much greater
2        than the long period of the --"
3                    And then Mr. Faye cuts you off:
4                    "I know.  I know, Lenny.  Let me
5        make a comment on that.  In part -- in part of my
6        comment I'll reference, for example, the Table
7        C-7, if you want to check that out."
8                    And then he goes on to explain a lot
9        the reasons for variability of concentration data.
10                   I just wanted to confirm it.
11                   As -- as of the 2009 expert panel,
12       it was your belief that the figure that we were
13       looking at demonstrated that calibrating the model
14       was going to -- it was going to be a big obstacle
15       to calibrate the model; right?
16                        MR. DEAN:  Objection to the
17            form.
18                        Read the next few pages of the
19            transcript for him in context, not just a
20            section on it.
21                        MS. BAUGHMAN:  You can read as
22            much of it as you want before you answer.
23       BY MR. ANWAR:
24            Q.    Well, let me ask this.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 285 of 455

1      A.      Okay.

2      Q.      On page 216, the quote from lines 5

3   to 9, those are your words; right?

4      A.      Yes.

5      Q.      Okay.  That's -- we can move on from

6   that.

7      A.      I assume I was talking about the

8   Hadnot Point/Holcomb Boulevard model there.

9      Q.      Why do you assume you were talking

10  about the --

11     A.      Because this was an expert panel on

12  the Hadnot Point/Holcomb Boulevard model.

13     Q.      Why would you immediately then refer

14  to F16?

15     A.      By "immediate," I'm not sure what

16  you mean by immediately, but this is page 216 on

17  the second day.  So it wasn't immediate.

18     Q.      No.  I guess I mean:  You make the

19  comment about being a big obstacle to calibrating

20  the model.  Mr. Faye responds "It was and it is"

21  and then you say "Look at F-16 in your Tarawa

22  Terrace report."

23     A.      That refers to Tarawa Terrace.

24     Q.      Okay.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 286 of 455

1      A.      I can't -- I can't say that the
2  previous comment was about Tarawa Terrace.
3      Q.      Okay.  So the -- the obstacle to
4  calibrating the model was at Hadnot Point/Holcomb
5  Boulevard?
6      A.      I --
7                    MR. DEAN:  Object to the form.
8                    THE WITNESS:   I'm not sure,
9          but that's -- without reading back, I
10         think that's what we were talking about,
11         but I'm not positive.
12  BY MR. ANWAR:
13     Q.      Okay.  Fair enough.
14                    MS. BAUGHMAN:  Just for the
15         record, he didn't have time to read the
16         pages before and after for context.
17                    MR. ANWAR:  The record may
18         reflect that.
19                    I'm going to hand you what I'm
20         marking as Exhibit 17.
21                    (Document marked for
22         identification as Konikow Exhibit 17.)
23                    THE WITNESS:   Thank you.
24  BY MR. ANWAR:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 287 of 455

1      Q.      Exhibit 17 is a copy of Chapter F
2  for the Tarawa Terrace model; correct?
3      A.      Yes.
4      Q.      And so I wanted you to turn to page
5  33.  It's page F33, and on page F33 there's a
6  figure, Figure F12; correct?
7      A.      Yes.
8      Q.      And Figure F12 is comparing observed
9  PCE concentration versus simulated PCE
10 concentration for the Tarawa Terrace model;
11 correct?
12     A.      Yes.
13     Q.      And would you agree that Figure F12
14 shows the model to be overpredicting PCE
15 concentrations?
16              MR. DEAN:  Object to form.
17              THE WITNESS:   I would agree
18         that there are more data points above the
19         solid line than below it, but what I
20         would note is that at the real critical
21         important high concentrations, the fit is
22         very good.
23              I would also note that there
24         are many or at least several duplicative

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 288 of 455

1          samples in here that really present a

2          little bit of an unfair picture in that

3          they're, you know, they reflect samples

4          collected within a day or two at the same

5          location and, therefore, shouldn't be

6          plotted in a way that seems to give equal

7          weight to each value.

8    BY MR. ANWAR:

9          Q.      If you --

10         A.      I think I discuss that in my expert

11   report.

12         Q.      But you would agree that F12

13   demonstrates that the model overpredicts.  TT

14   model is overpredicting; correct?

15                    MR. DEAN:  Object to form.

16         Asked and answered.

17                    THE WITNESS:  It's a limited

18         number of points.  There are some points

19         there that probably shouldn't be there.

20         It doesn't include the agreement at

21         locations or for data points where there

22         were non-detects reported.

23                    But in terms of what's shown

24         in Figure 12, there are more data points

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 289 of 455

1          above, but that's not -- this is just for
2          a limited number of observation points.
3          It's not a reflection of the
4          reasonableness of the whole model.
5     BY MR. ANWAR:
6          Q.     Would you agree that calibration
7     targets are subjective?
8          A.     Targets?
9          Q.     Yeah.
10         A.     I would say so.
11         Q.     And then, therefore, whether a model
12    is calibrated is a subjective assessment as well?
13         A.     Partly subjective.  I mean, as a
14    hydrogeologist, you would have a good sense as to
15    whether or not you have a reasonable calibration,
16    but that assessment is certainly at least in part
17    subjective.
18         Q.     What does the location of the
19    observed concentrations relative to the line in
20    Figure 12 tell you about the calibration and the
21    fit of observed versus simulated concentrations?
22         A.     Tells me at the high concentrations,
23    the model did a really good job.  Knowing some of
24    the basis of some of the data, I think some of the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 290 of 455

1    points probably should be lumped together and not

2    shown as separate independent points.  They're not

3    independent samples.

4                   It's a very -- relative to the

5    number of calculations done in the model, this is

6    an extremely, extremely small sample.  But that's

7    part of the problem that there just aren't that

8    many observed concentrations certainly over time.

9                   But yeah, I -- yeah, I mean, this

10   table shows more values above that line of a

11   perfect match than below it.

12        Q.        And there in the text right above

13   the last paragraph on F33, it says:

14                   "Both results indicate that

15   simulated PCE concentrations moderately to

16   substantially overpredicted observed

17   concentrations at water-supply wells."

18                   Correct?

19        A.        That's what it says.

20        Q.        Okay.  So ATSDR in its report

21   indicated that the PCE concentrations were

22   moderately to substantially overpredicted, right,

23   at the water supply wells?

24        A.        Well, what they said what you read

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 291 of 455

1   there.  I would argue that they themselves gave

2   equal weight to those points, and I argue in my

3   expert report I point out that they should really

4   consider the overall accuracy at each of the

5   observation wells, which gives you a different

6   picture.  Not a perfect picture, but it gives you

7   a different picture of the nature of the

8   overprediction and the calibration.

9               And in my expert -- expert report, I

10  think pointed out at 73 percent of the locations,

11  the fit was within their calibration targets as

12  opposed to the image given by in the report itself

13  and as pointed out by Dr. Spiliotopoulos.

14       Q.     Did you say 73 percent fell within

15  the calibration standard?

16       A.     In terms of the location, the

17  individual wells.  I can look in the report and

18  see exactly what I said, but I think that's what I

19  said.

20       Q.     Okay.  It's okay.

21       A.     Yeah.

22       Q.     We can -- we can come back to that.

23              Would you agree that groundwater

24  data gets more independent the further apart the

1    data sets are in time?

2                    MR. DEAN:  Object to form.

3                    THE WITNESS:   I'm not sure I

4         understand the question.

5    BY MR. ANWAR:

6         Q.     Okay.  Scratch that.  We'll come

7    back to that.

8                    I guess the reference to that -- so

9    let me -- let me backtrack to that -- that last

10   question quickly.

11                   I think you said -- and you correct

12   me if I'm wrong -- that data points are -- the

13   data points for -- it was F16 that we were looking

14   at -- were not independent because they were too

15   close in time; correct?

16        A.     I don't remember if I said that they

17   weren't independent.  I said, you know, in

18   Figure -- F-16 we're talking about?

19        Q.     Correct.

20        A.     I said they're close in time and

21   they have a very large spread or a large variance

22   in the values.  The individual.  The five values

23   that are collected at this scale it looks like

24   within a few days or so of each other show a large

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 293 of 455

1   range in concentration from close to 1600 to, you
2   know, 10 or 20 or 30, very low value.
3                 And that's a degree of change that I
4   would not have expected in such a short period of
5   time in the same location, and yet there it is.
6   So I don't doubt that it happened.  It's certainly
7   been observed in other areas where you get such a
8   big change in concentration.
9                 So I don't understand the reference
10  to independence, but each of those five samples
11  were collected at the same location at slightly
12  different times and they showed widely varying
13  values.
14                      MR. ANWAR:  Okay.  I'm going
15          to hand you what is being marked as
16          Exhibit 18.
17                      (Document marked for
18          identification as Konikow Exhibit 18.)
19  BY MR. ANWAR:
20      Q.      This is an article that you
21  published in "Groundwater" in 1986; right?
22      A.      Yes.
23      Q.      It's entitled "Predictive Accuracy
24  of a Ground-Water Model - Lessons from a

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 294 of 455

1  Postaudit"?

2          A.      Yes.

3          Q.      I just had a couple questions about

4  this article.

5          A.      Okay.

6          Q.      If you could turn to page 178.

7          A.      178?

8          Q.      Correct.

9          A.      Okay.

10         Q.      There is Figure 8 there.

11         A.      Yes.

12         Q.      And you describe it as:

13                 "Relation between predicted and

14  observed changes in water level in the

15  Tempe-Mesa-Chandler area of the Salt River basin,

16  Arizona, 1964 to '74.  Solid line shows where

17  predicted equals observed values."

18                 Did I read that correctly?

19         A.      Yes.

20         Q.      Okay.  And it's very similar to --

21  understandably different site, different model,

22  but the presentation itself is very similar to the

23  figures we just looked at for -- for Tarawa

24  Terrace; correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 295 of 455

1          MR. DEAN:  Objection to form.

2          THE WITNESS:   In a certain

3     sense, yeah.

4  BY MR. ANWAR:

5     Q.     It's comparing observed versus

6  predicted --

7     A.     Yeah.

8     Q.     -- values?

9     A.     Yeah.

10    Q.     And so if you -- underneath there,

11 there is text under Assessment and Prediction.

12 Second paragraph states:

13          "The relationship between the

14 predicted and observed changes in water levels is

15 illustrated in Figure 8.  If the predictions were

16 relatively accurate, the data should plot along

17 (or close to) the 45 degree line connecting equal

18 values of predicted and observed changes.

19 Instead, data from all but three wells fall below

20 that line, indicating poor accuracy and the

21 presence of bias in the model predictions."

22          Did I read that correctly?

23    A.     Yes.

24    Q.     And in this article, you stated that

1    the model indicated poor accuracy due to the fit
2    of the simulated concentrations, the observed
3    versus simulated on the line; is that right?
4         A.    Can you say that again?
5         Q.    Sure.
6               In this article, you said because
7    the simulated or predicted values fell below the
8    45 degree line --
9         A.    Yes.
10        Q.    -- that it indicated poor accuracy
11   and presence of bias in the model predictions;
12   correct?
13        A.    Yes.
14        Q.    And why is that?
15        A.    The scatter was very large and the
16   magnitude of the errors of the differences was
17   very large.  Much larger than in the example from
18   Tarawa Terrace.
19               Here you have where the observed
20   water level -- let's see -- some of the points
21   where it's observed at zero change, they observed
22   a drawdown or a negative change of more than 160
23   feet.
24               And errors in the groundwater flow

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 297 of 455

1    model, you know, more than 50 feet to 100 feet is

2    really large, and here there were quite a few that

3    were really very large in terms of the magnitude

4    of the error.  But, you know, clearly, you know,

5    this would reflect a bias.

6         Q.     Okay.  Those -- those are the

7    questions I have about that document.

8              Let's take a quick two-minute break.

9    Thank you.

10        A.     Sure.

11                  THE VIDEOGRAPHER:  We're going

12         off the record.  The time is 4:54.

13                  (A recess was taken.)

14                  THE VIDEOGRAPHER:  We're back

15         on the record.  The time is 5:01 PM.

16   BY MR. ANWAR:

17        Q.     We're back on the record from a

18   short break.

19              Dr. Konikow, are you okay to

20   continue?

21        A.     Yes.

22        Q.     Okay.  I wanted to ask you a couple

23   questions about -- about each of the two models.

24              So for Tarawa Terrace, ATSDR used a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 298 of 455

1   simple mixing flow-weighted average model to

2   compute PCE concentrations delivered to the Tarawa

3   Terrace Water Treatment Plant; right?

4          A.      Yes.

5          Q.      And that was from all active supply

6   wells and subsequently to the Tarawa Terrace water

7   supply network.

8                  Does that sound right to you?

9          A.      That sounds right, yes.

10         Q.      Okay.  And they did the same thing

11  for Hadnot Point, correct, used a simple mixing

12  model?

13         A.      I believe that's what they did.

14         Q.      And so you'd agree that ATSDR didn't

15  model -- or strike that.  Let me ask.

16                 You'd agree that neither the Tarawa

17  Terrace nor the Hadnot Point/Holcomb Boulevard

18  models included calculations for contaminant

19  losses during storage treatment or distribution;

20  right?

21         A.      I believe so.

22         Q.      Meaning you'd agree?

23         A.      Yes.

24         Q.      Okay.  So the models don't take

1  into -- neither Tarawa Terrace model nor the
2  Hadnot Point/Holcomb Boulevard model take into
3  account VOC losses during the water distribution
4  process; correct?
5       A.     My recollection of the expert peer
6  panels is that there were experts there in
7  volatilization and water treatment processes, and
8  they stated, as best I could recollect, that there
9  was not significant volatilization or losses of
10  the VOCs for these particular water treatment
11  plants.  And so seemed to me as an expert reviewer
12  of the work that that seemed like a reasonable
13  assumption.
14       Q.     So -- so the models don't take into
15  account VOC losses; correct?
16       A.     The inference was that there are no
17  VOC losses to account for.
18       Q.     So they don't take into account
19  losses that they don't account for; correct?
20                 MR. DEAN:  Object to the form.
21                 THE WITNESS:   They don't take
22       into account losses that don't exist.
23  BY MR. ANWAR:
24       Q.     Okay.  I think earlier you mentioned

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 300 of 455

1  reviewing Sabatini's rebuttal report; correct?

2       A.     Let's say I read it.  I, you know,

3  in the sense reviewing it in the sense of having

4  read it, but it was not a technical review of

5  Sabatini's report.

6       Q.     And Dr. Sabatini acknowledges that

7  VOC losses do occur in the water distribution

8  process; right?

9       A.     Very small.  You know, he was

10  talking about maybe, as I recall, maybe a 6

11  percent loss, but it was -- he implied that this

12  was pretty negligible, as I recall.

13      Q.     And you would agree whether it's 6

14  percent, or some other number, the ATSDR models

15  don't take into account those losses; correct?

16      A.     The groundwater flow and solute

17  transport models that I reviewed did not include

18  the Water Treatment Plant.  So what was done to

19  the water distribution model I did not look

20  closely at, but I know that they did not include a

21  volatilization loss in that model.

22             You know, the data from the Water

23  Treatment Plant, in effect, they were computing

24  what it was, but that didn't go into the model

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 301 of 455

1    calibration.  It really was a -- I mean, what they
2    ended up doing in the end is increasing the
3    confidence in the groundwater flow and transport
4    models because there was a pretty good match
5    between their estimated concentrations in the
6    Water Treatment Plant and what was actually
7    observed there.  So, but that was without
8    considering volatilization.
9         Q.     Okay.  Thank you.
10               I wanted to talk to you a little bit
11   about the retardation factor.  You addressed that?
12        A.     Yeah.
13        Q.     You addressed some of
14   Dr. Spiliotopoulos's -- Spiliotopoulos's -- it's
15   been a long day --
16        A.     Yeah.
17        Q.     -- opinions --
18        A.     Yes.
19        Q.     -- about the retardation factor and
20   the variables in calculating the retardation
21   factor; correct?
22        A.     Yes.
23        Q.     Okay.  Can you explain to me what a
24   retardation factor is?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 302 of 455

1      A.      Okay.  The retardation factor

2  reflects that some constituents, like PCE, are

3  somewhat reactive with the solid grains of the

4  aquifer, and they would tend to sorb or ion

5  exchange onto the solid grains.

6                    This means as a net, the net average

7  velocity -- because of sorption and desorption

8  reaction going on, the net velocity of that

9  constituent can be slower than the net average

10  velocity of the water itself.

11                    So you could constituent, you know,

12  it's moving in with the groundwater due to

13  advection.  It's spreading a little due to

14  dispersion.  But at the same time, some of it gets

15  sorbed and some keeps moving.  And then that sorb

16  thing may come off again, desorb and then start

17  moving.

18                    And the net effect of all the

19  sorption, desorption, ion exchange, all the other

20  things going on, reactions or the complex

21  reactions, the net effect is assume that you can

22  on the average represent it with a retardation

23  factor that really represents the ratio of the

24  average velocity of the constituent to the average

1   velocity of the water.  So that if a retardation
2   factor is 3, the constituent moves at one-third
3   the velocity of the water.
4        Q.      Okay.  Would it be fair to say the
5   higher -- and you should correct me if I'm
6   misunderstanding this -- but the higher the
7   retardation factor, the longer it takes for the
8   contaminant to travel through the water or the
9   subsurface in the water?
10       A.      I think that's fair.
11       Q.      Okay.  And the same sort of
12   relationship exists between bulk density, which is
13   a variable of the retardation factor; correct?
14       A.      I'm not sure I understand the
15   question.
16                   MR. DEAN:  Object to form.
17   BY MR. ANWAR:
18       Q.      Sure.
19                   So bulk density is a variable of the
20   calculation for the retardation factor; correct?
21                   MR. DEAN:  Object to form.
22                   THE WITNESS:   It's one of the
23        factors that go into estimating the
24        retardation factor if you want to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 304 of 455

1          calculate it based on other factors.  I
2          mean, it really comes down to the fact
3          that the retardation factor is a
4          component of the transport equation.
5                    The bulk density, the KD, and
6          the other terms in there are not directly
7          in the governing equation.  They're not
8          in the model.
9                    The model kind of externally,
10         you know, it asks for input of KD and
11         bulk density, and then it calculates the
12         retardation factor, and then the solution
13         of the transport equation is based on the
14         retardation factor.
15                    So the, you know, the bottom
16         line is that, you know, the parameter to
17         be calibrated on, the parameter to be
18         estimated really is the retardation
19         factor, not -- not individual estimates
20         of bulk density or KD.
21    BY MR. ANWAR:
22         Q.      I guess what I was getting at is:
23    If the bulk density increases, doesn't the
24    retardation factor necessarily increase as well,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 305 of 455

1  assuming the other variables remain constant, KD

2  and --

3          A.      Well, sure, but you can't assume

4  that.  You know, again, it's -- the parameter that

5  counts is RF.  So, you know, for the calibrated

6  model, if you want to say the bulk density is

7  higher, you have to say the KD is lower in a

8  compensating way.

9          Q.      Okay.  Dr. Spiliotopoulos pointed

10  out to two errors in ATSDR's Tarawa Terrace model

11  in calculating the retardation factor; correct?

12          A.      He pointed out an error in

13  estimating the bulk density using a wet bulk

14  density instead of a dry.  That, and I think they

15  acknowledged.  They agreed that that was an error.

16          Q.      And didn't he point out an error in

17  KD as well?

18          A.      I don't recall that but that's...

19          Q.      So if we go to page 10 of your

20  report.

21          A.      Okay.

22          Q.      In the middle of the page under the

23  first paragraph of Opinion 3, middle paragraph you

24  talk about the error that Dr. Spiliotopoulos

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 306 of 455

1    caught relating to bulk density, correct, for bulk

2    density?

3         A.     Yes.

4         Q.     Okay.  I think maybe I'm

5    misremembering.

6               But in any event, the middle of the

7    page a little further down it says:

8               "However, as Dr. Spiliotopoulos

9    himself admits, this significant impact on RF does

10   not actually occur because the calibration process

11   compensates for an overestimate of PB by

12   estimating a value for KD that appears to be too

13   low.  Recall that neither of these two parameters

14   are used directly in the transfer model."

15              Did I read that correctly?

16        A.     Yes.

17        Q.     And so I think what -- if I'm

18   understanding you, you acknowledge that the bulk

19   density was overestimated; correct?

20        A.     And I'm also saying it didn't make

21   any difference.

22        Q.     I understand that.

23              But you agree that the bulk density

24   was overestimated; correct?

1        A.        Yes, for the Tarawa Terrace.

2        Q.        And you agree that the KD was too

3    low; correct?

4        A.        Well, in the sense that the model

5    was calibrated to RF, and so if row B was too

6    high, then KD had to be too low.  This is the

7    whole concept of compensating errors.  That's the

8    essence of a model calibration.

9        Q.        But the errors exist is my point;

10   correct?

11       A.        Yes.

12       Q.        And I understand that it's your

13   opinion that they offset each other, so it's not

14   an issue; correct?

15       A.        Well, I think it's -- yeah, it's my

16   opinion.  It would also be the opinion of others.

17       Q.        Now, the values used for -- the

18   parameter values used for the retardation factor

19   calculation -- and I think you acknowledge this in

20   your report.  I can find the precise place if I

21   need to.

22                 But the values -- the parameter

23   values used to calculate the retardation factor

24   differ between the Tarawa Terrace model and the

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 308 of 455

1    Hadnot Point/Holcomb Boulevard model; correct?

2          A.      I believe there was a small

3    difference.  Yeah.  I think one was 2.9 and the

4    other is 3.3 or something on that order.  A small

5    difference but, yeah, a difference.

6          Q.      And that's even though Tarawa

7    Terrace and Hadnot Point were both on Camp

8    Lejeune; correct?

9          A.      Nothing wrong with that.  That's a

10   small difference.  If you look at the hydraulic

11   conductivity maps, you see much bigger differences

12   over much shorter distances.  This is not

13   unexpected in a geologic environment or geologic

14   framework.

15         Q.      And I can pull out the report if you

16   need me to show it to you, but ATSDR states in its

17   report in the Hadnot Point/Holcomb Boulevard study

18   that -- excuse me -- it states in -- yeah, in the

19   Hadnot Point report, Holcomb Boulevard report that

20   sorption in the Hadnot Point/Holcomb Boulevard

21   study area is assumed to be similar to sorption in

22   the study area of -- for Tarawa Terrace.

23         A.      In terms of the process?

24         Q.      Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 309 of 455

```
 1        A.      Yeah.
 2                    MS. BAUGHMAN:  Object to
 3          the -- you didn't show him the document,
 4          right?  You need to show him the document
 5          before he answers that.
 6                    THE WITNESS:   So I think -- I
 7          mean, it sounds to me like you're saying
 8          they're saying sorption process is
 9          sorption process in both areas.
10   BY MR. ANWAR:
11        Q.      Okay.  And wouldn't that dictate
12   that the parameter values for -- wouldn't that
13   suggest that the parameter values between Tarawa
14   Terrace and Hadnot Point/Holcomb -- and Holcomb
15   Boulevard should -- should --
16        A.      Be the same?
17        Q.      -- be similar, the same?
18        A.      Well, they are similar, but they're
19   not the same, and it does not imply that they
20   would be identical.
21        Q.      Okay.
22        A.      Or necessarily close.  I mean,
23   again, if you look at the hydraulic conductivity
24   map, for which there are a fair number of aquifer
```

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 310 of 455

1  tests and slug tests and so on, you find much

2  better.  You see a much bigger variability between

3  Tarawa Terrace and Hadnot Point in terms of the

4  precise estimates of hydraulic conductivity.

5  Another important parameter.

6                    MR. ANWAR:  Okay.  I'm going

7         to hand you what I'm marking as

8         Exhibit 19.

9                    (Document marked for

10        identification as Konikow Exhibit 19.)

11  BY MR. ANWAR:

12        Q.     This is one of the documents that

13  was produced to us last night that was in your

14  possession --

15        A.     Yeah.

16        Q.     -- Dr. Konikow; is that right?

17        A.     That's correct.

18        Q.     Okay.  And it is a letter to you

19  from Morris Maslia on behalf of ATSDR providing

20  Mr. Maslia or I guess -- yeah -- ATSDR's responses

21  to your review comments; correct?

22        A.     It's Bob Faye's responses.

23        Q.     Bob Faye's responses.  Okay.  Thank

24  you.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 311 of 455

1           And I think earlier you had
2    indicated that -- we had a discussion about the
3    issues you raised with respect to limited data for
4    both the models that ATSDR performed and other
5    concerns that were raised, and I think you said
6    that you reviewed the reports recently and those
7    issues had been addressed; correct?
8           A.    The issues had been addressed, and I
9    think some of the details of those are expressed
10   by Bob Faye in this response letter.
11          Q.    Now, in this response letter, Bob
12   Faye, on behalf of ATSDR, doesn't agree with all
13   of the concerns that were expressed; correct?
14          A.    That's correct.  That's normal.
15          Q.    And so is it your testimony that
16   this response or this response along with your
17   recent review of the ATSDR reports is what
18   satisfies your -- your belief that the -- your
19   concerns were addressed?
20          A.    Yeah, I think they -- I think they
21   seriously considered every comment and suggestion
22   that I had made and that the expert panel had
23   made, but that doesn't mean they have to accept
24   every one.  It's just that I think they did

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 312 of 455

1  seriously consider every one of them.

2                    And, again, you know, they're the

3  ones who worked for years on the site.  I only

4  looked at it for a few hours.

5       Q.       The major concerns that are listed

6  here, are these the major concerns you raised?

7       A.       This is an outcome of my review of

8  the Chapter F draft report.  So yeah, these are

9  issues that I raised, I believe.

10       Q.       And number 1 there is:

11                    "The lumping of two aquifers and one

12  confining unit into the superficial model

13  layer 1."

14                    Correct?

15       A.       Correct.

16       Q.       What was your concern?  What was the

17  concern you raised there?

18       A.       Well, I was concerned that -- I

19  mean, it's always -- in developing a model,

20  there's always a conflict between lumping and

21  dividing in a general sense, you know.  How much

22  do you want to lump?  How much do you want to

23  divide?

24                    My concern was that if there was a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 313 of 455

1  continuous low permeability confining layer lumped
2  in the middle of a single model layer, it might
3  not adequately reflect the vertical velocities
4  through the system.

5            The responses were, I think,
6  alleviated my concerns, pointing out that the
7  material above the confining layer was generally
8  typically for most of the time unsaturated and
9  really would not be included in the model, and if
10 it had been, would have generated numerical
11 difficulties.

12            They pointed out that the confining
13 layer is discontinuous, that it's sandy, and that
14 material would -- there was good hydraulic
15 connection through that layer.

16            And considering everything, I
17 thought, okay, that's a reasonable explanation.

18      Q.     Okay.  Is there any part of Robert
19 Faye's response to your concern number 1, major
20 concern number 1 that you disagree with?

21      A.     (Reviews document.)

22            No.  It's an explanation of things
23 that I hadn't fully appreciated at the time I did
24 the review.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 314 of 455

1      Q.     Number 2 of your major concerns:

2            "The use of a finite-difference

3  method to solve the governing transport equation

4  (which causes substantial numerical dispersion,

5  especially if time steps are too large)."

6            What was your concern there?

7      A.     My concern was that just the

8  finite-difference numerical solution itself can

9  cause calculated concentrations to increase, to

10  spread where it's not related to the physical

11  process of dispersion, and that was my concern.

12  That's a recognized issue sometimes with the

13  finite-difference numerical method for solving the

14  transport equation.

15            So that was a concern.  I think it

16  was a reasonable concern to make sure that they

17  had considered this, evaluated it, and that it

18  wasn't a significant issue.

19      Q.     Did this response satisfy you?

20      A.     Yes.  The response, I mean, I think

21  it pointed out that they did carefully consider

22  the Peclet number and the Courant number and that

23  they did testing for grid spacing and time

24  stepping.

GolKow Technologies,
A Veritext Division
877-370-3377                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 315 of 455

1          Some of this is shown on page 16

2    where they compared calculations at two wells at

3    three different times for using a one day time

4    step compared with their one month time step that

5    was actually used in the model, and it's an

6    incredibly small difference.

7          So that is telling me that this is

8    not a problem.  It's not an issue.  I mean, the

9    differences are in the, you know, 4th significant

10   figure, which is just --

11        Q.      The first --

12        A.      -- not one to be concerned with.

13        Q.      The first sentence of the response

14   to number 2 about the finite -- finite-difference

15   method is:

16          "First of all the reviewer probably

17   has no idea whether or not using a code based on

18   finite-difference methods caused substantial --

19   'substantial' or insubstantial numerical

20   dispersion during solution of the Tarawa Terrace

21   fate and transport model."

22          Would you agree that you had no idea

23   whether or not using a code based on

24   finite-difference methods caused "substantial" or

1    insubstantial numerical dispersion during solution

2    of the Tarawa Terrace fate and transport model?

3         A.        For the case of the Tarawa Terrace

4    model, I did not know whether or not it caused

5    substantial numerical dispersion, which is why I

6    was -- and I suspected he didn't know either, and

7    this is why I brought the issue up.

8              Because in the literature, the issue

9    of numerical dispersion related to

10   finite-difference solutions is in the literature,

11   and that it can under certain circumstances cause

12   substantial numerical dispersion.

13             By "substantial" I'm not sure

14   exactly what that means, but it can cause

15   numerical dispersion due to the solving of the

16   equation rather than due to the physical

17   processes.  This is a recognized issue in solute

18   transport modeling and solving the equation.

19             As a reviewer, I felt he had

20   to -- because they were using the

21   finite-difference method, I felt he had to address

22   it more carefully than he had.

23        Q.        Okay.  Number 3 on the next page,

24   page 4 states:

1          "The reliability of the estimate of

2     the biodegradation rate constant based on the

3     assumption that concentration declines observed at

4     one location over a period of several years can be

5     explained solely by biodegradation."

6               What was your concern there?

7        A.     I don't remember all the details of

8     that concern, but I think the way they estimated

9     biodegradation rates.  I'm not positive.  I think

10    they looked at some condition where the

11    concentration decreased over time, and they used

12    that as a basis for estimating the degradation

13    rate.

14               And I was raising a concern that how

15    well could they isolate the degradation due to

16    biodegradation versus a reduction in concentration

17    due to advection and dispersion, and, you know, I

18    don't remember in detail what -- how they actually

19    did that calculation.  I just don't remember.

20        Q.     And the first line of the response

21    there on number 3 is:

22               "The authors never claimed that the

23    biodegradation rate computed using field data was

24    reliable or the sole reason for the observed

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 318 of 455

1    decline in PCE concentration."

2                    Did I read that correctly?

3        A.      Yes.

4        Q.      So is Robert Faye saying here that

5    the biodegradation rate computed using field data

6    wasn't reliable?

7                    MR. DEAN:  Object to form.

8                    THE WITNESS:  What I think the

9            implication is, the bottom line is that

10           he's saying that it's a parameter that

11           had to be estimated with the calibration

12           process.  It's a parameter, just like the

13           retardation factor.

14                    It's a parameter that you

15           couldn't rely completely on the

16           calculation.  You had to use it as a

17           parameter in the calibration method.

18                    It's a parameter that had to

19           be estimated just like the retardation

20           factor, and you adjust the values of

21           these within some reasonable range to

22           yield the best fit for the overall

23           simulation.

24                    And I think what he's saying

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 319 of 455

1          here is that he recognizes that this is a
2          parameter to be adjusted during the
3          calibration.
4    BY MR. ANWAR:
5          Q.       To your knowledge, did ATSDR test
6    higher biodegradation rates for TT, for Tarawa
7    Terrace?
8          A.       I believe they did.
9          Q.       Did you evaluate the range of
10   biodegradation rates that ATSDR considered?
11         A.       I -- I'm sure I looked at it, but I
12   didn't do a detailed evaluation of it.  I'm pretty
13   sure I did not, but I think certainly at the time
14   I did the review, I was aware of what they did.
15         Q.       Do you recall the biodegradation
16   rate that they ended up using for Tarawa Terrace?
17         A.       Yeah.  Yeah.  I mean, here they're
18   talking about .0005 in that range, and so I assume
19   they went up and down from 0005 to a higher value
20   and a lower value.  I don't recall exactly what
21   the range was.
22         Q.       Number 4 on page 4 states:
23                  "The exclusion of concentration data
24   collected in monitoring wells from the calibration

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 320 of 455

1    basis."

2                    Why was it a major concern to you to

3    exclude concentration data collected in monitoring

4    wells for calibration?

5        A.        I'm not sure if it was a major

6    concern compared with some other things.  It was a

7    concern, and I didn't understand why if they had

8    concentration data from a monitoring well or from

9    a point, why they would not use that in the

10   calibration.

11                   I'm -- I'm, you know, he gave an

12   answer, but I'm still not sure why.  If I was

13   doing it, I probably would have used those values,

14   with the recognition that it's a sample from a

15   point rather than a pumping well that brings in

16   lots of water.

17                   So I think that was kind of his

18   basis for not using it is that it was sampling an

19   extremely small volume of the aquifer.

20                   I would have, you know, I, you know,

21   if I was doing it, I would say, well, it's still a

22   point within the volume and I would have -- I

23   would have looked at it and, you know, I might --

24   unless I saw some reason not to, I would have used

Golkow Technologies,
877-370-3377             A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 321 of 455

1    it in the calibration.

2              But he had a reason for not and, you

3    know, we may disagree on that.

4         Q.    Okay.  So that may be at least one

5    area where you disagree in terms of these

6    comments?

7         A.    Well, to some extent.  You know,

8    it's certainly not a fatal flaw in the

9    calibration.  It's a -- it's his way of looking at

10   it and I, you know, he had experience in the area.

11   He worked it for years.

12             I only, you know, spent two days

13   reviewing it.  So, you know, that's -- I didn't

14   have the hands-on experience he did, but -- but

15   from what I, you know, I probably would have used

16   the monitoring well data as part of the

17   calibration.

18        Q.    Okay.  The number 5 there on page 5

19   identifies as a concern that you had:

20             "The use of a much larger mass

21   loading rate than apparently was indicated by the

22   field data in order to improve model calibration."

23             Tell me about that concern.

24        A.    I don't remember the details of why

1    I said that.  I can't remember.

2              Except that there must -- there

3    probably was some indication or initial estimate

4    of what the mass loading rate was, and it was

5    adjusted in the model calibration to achieve the

6    best fit, and that calibration indicated a much

7    higher mass loading rate.

8              And, you know, it's -- it's an

9    issue, again, I don't recall the details of.

10        Q.      So Robert Faye in his response

11   starts by saying:

12              "First of all please note that field

13   data did not indicate a mass loading rate.  The

14   computations of PCE mass in the saturated and

15   unsaturated zones described in the report were the

16   result of a highly interpretative, somewhat

17   subjective calculation using field data."

18              Do you see that there?

19        A.      Yes.

20        Q.      What is -- what was your reaction to

21   that response to the concern you had expressed?

22        A.      You know, I don't remember my

23   reaction at the time but, you know, you're looking

24   at it now.  He's explaining what he did, maybe a

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 323 of 455

 1    little more clearly than was in the report.

 2                    You know, he's saying that there's

 3    some subjectivity and approximations that went

 4    into that calculation, which itself is not

 5    surprising considering the nature of the sources.

 6         Q.    Did you disagree at all with the

 7    mass loading rate ATSDR chose to use?

 8         A.    Not per se, no.  No.

 9         Q.    Do you disagree with the start date

10    for contamination that ATSDR chose to use for

11    Tarawa Terrace?

12         A.    No, it seemed reasonable.

13         Q.    Between the Tarawa Terrace model and

14    the Hadnot Point and Holcomb Boulevard model, do

15    you view one model as better or more accurate than

16    the other?

17                    MR. DEAN:  Object to form.

18                    THE WITNESS:   Both models, I

19          think, are reasonable, using well

20          accepted state-of-the-art methods.  I

21          think both models are quite acceptable.

22          I think their predictions are reasonable,

23          with the recognition of uncertainty.

24                    The Tarawa Terrace model

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 324 of 455

1    clearly had a better defined source term

2    and that, you know, probably yields a

3    little more confidence in that model.  A

4    little more confidence in the results.

5              But the numerical solutions I

6    think are good numerical solutions in

7    both cases given the assumptions about

8    the stresses on the system and the

9    parameters.

10             I mean, they're basically the

11   same model in the sense that they're both

12   using MODFLOW and MT3D, which are both

13   good models.

14   BY MR. ANWAR:

15        Q.     The Hadnot Point/Holcomb Boulevard

16   site was more complex to model than Tarawa

17   Terrace; right?

18        A.     In the sense of source terms and

19   mass loading, yes.  Other than that, I think

20   they're equivalent.

21        Q.     There were more sources at Hadnot

22   Point; correct?

23        A.     Yes.  Yes.

24        Q.     There were -- were there more wells

1    to examine in Hadnot Point/Holcomb Boulevard?

2         A.        Probably a few more.  I think

3    -- yeah, I think there were more.  I don't recall

4    the numbers, though, but...

5         Q.        Was Hadnot Point/Holcomb Boulevard a

6    generally larger area to model?

7         A.        It was somewhat larger, yeah, and

8    also they -- for the transport, they broke it down

9    into two separate MT3D models.  One focusing on

10   the landfill area and another focusing on the

11   industrial area.  So there wasn't one MT3D model

12   for the Hadnot Point/Holcomb Boulevard.  There's

13   one flow model.

14        Q.        The Holcomb Boulevard/Hadnot Point

15   model also included a water distribution model to

16   simulate connections between Hadnot Point and

17   Holcomb Boulevard; right?

18        A.        I believe so.

19        Q.        And that was an additional

20   complexity introduced into the Hadnot

21   Point/Holcomb Boulevard modeling; correct?

22        A.        I guess you could say that.  I don't

23   think that was a major complexity, but yeah, it

24   was an additional factor.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 326 of 455

1    Q.    Could you turn to page 10 of this

2  document.

3    A.    Okay.

4    Q.    In the middle of the page, so page

5  46 to 49.

6    A.    59?

7    Q.    59.  Excuse me.  Thank you.

8         It looks like Robert Faye agrees

9  with a suggestion you made, and it says "A

10  sentence has been added to the report."

11         Do you see that?

12    A.    Yes.

13    Q.    And then underneath that, he

14  discusses biodegradation rate again and he says:

15         "Disagree.  This criticism was

16  previously addressed under Major Concerns, item

17  #3," which we just discussed.  "The reviewer's

18  suggestion to simulate PCE concentrations using a

19  degradation rate of zero and adjust the field data

20  by simulated changes is not accepted.  Adjustments

21  to field data using such simulated changes would

22  not add any additional certainty -- any

23  additional -- would -- excuse me -- adjustments to

24  field data using such simulated changes would add

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 327 of 455

1   additional uncertainty to an already uncertain

2   process."

3                   Do you agree with what he's saying

4   there?

5       A.      I think it's a reasonable

6   perspective and so, yeah, I certainly would accept

7   that comment.

8       Q.      You had suggested, according to this

9   document, "to simulate PCE concentrations using a

10  degradation rate of zero and adjust the field data

11  by simulated change -- and adjust the field data

12  by simulated changes."

13                  What did you mean by that?

14      A.      First of all, I don't remember

15  precisely what I suggested.  I don't have that

16  original comment in front of me.

17                  But just from what it says here, I'm

18  assuming I had suggested whatever biodegradation

19  rate he used, I said rerun it with zero and

20  assess, you know, see what difference is.  What --

21  what -- assess at least qualitatively what the

22  impact of that biodegradation is.

23                  But I don't recall it precisely or

24  at all exactly what I said there, but it was a

1    suggestion.  He didn't.  He disagreed, and I think
2    that's fine.
3          Q.      Okay.  On -- if you skip down a
4    couple of the page 59 comment.
5          A.      Yeah.
6          Q.      It says "Mass loading" and Robert
7    Faye says:
8                  "Disagree.  See comments under Major
9    Concerns, item #5.  The reviewer seems to assign a
10   high degree of accuracy and credibility to the PCE
11   mass computation that is unwarranted.  As
12   explained previously, the computation of PCE mass
13   was a highly interpretative and somewhat
14   subjective -- highly interpretative and somewhat
15   subjective process frequently based on
16   questionable data."
17                  Did I read that portion correctly?
18         A.      You read it correctly.
19         Q.      Do you have any understanding of
20   what means when he says "the computation of PCE
21   mass was a highly interpretative and somewhat
22   subjective process frequently based on
23   questionable data"?
24                      MR. DEAN:  Object to the form.

Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 329 of 455

1              THE WITNESS:  You know,

2         I'm -- right now I'm not sure what he

3         meant.  I don't recall at the time if I

4         understood what he meant.  I'm just

5         -- I'm just not sure.

6              Except that he's -- he's

7         saying that the computation of PCE mass,

8         there's a lot of uncertainty there seems

9         to be what he's saying, and I certainly

10        don't disagree with that.

11             I don't -- I don't recall

12        assigning a high degree of accuracy to

13        it, but he seems to imply that I did or

14        at least he inferred that I did.  I don't

15        think I would have, but I don't know.

16   BY MR. ANWAR:

17        Q.      That's what the document states;

18   right?

19        A.      Yeah.

20        Q.      He goes on to say in the rest of

21   that:

22             "Field data applied to the PCE mass

23   computation were limited both spatially and

24   vertically.  The computation was accomplished

1    regardless of data limitations to provide an
2    estimate of a minimum mass loading rate to use to
3    begin model calibration."
4              Is that right?
5         A.      Okay.  Tell me again which paragraph
6    you're reading.  The first paragraph on page 59 or
7    the second one under that?  Sorry.  I lost track.
8         Q.      No, it's okay.  It's okay.  I think
9    you -- you addressed what I was asking you.
10                   MR. ANWAR:  Let's take a short
11          break.  I think I'm close to wrapped up.
12          I just want to check my notes.
13                   THE VIDEOGRAPHER:  We're going
14          off the record.  The time is 5:43 PM.
15                   (A recess was taken.)
16                   THE VIDEOGRAPHER:  We're back
17          on the record.  The time is 5:51 PM.
18   BY MR. ANWAR:
19        Q.      Okay.  A few more questions for you,
20   Dr. Konikow.
21        A.      Okay.
22        Q.      I appreciate you're willingness to
23   speak with us.  I know it's been a long day.
24                   I wanted to ask you.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 331 of 455

1              In terms of parameter estimation or
2   determining parameters as inputs in the model,
3   generally speaking, is it better -- is a parameter
4   that reflects the real world better than one that
5   doesn't?
6       A.      That seems like a reasonable
7   statement.
8                   MR. ANWAR:  Okay.  Okay.  I'm
9           handing you what I'm marking as
10          Exhibit 20.
11                  (Document marked for
12          identification as Konikow Exhibit 20.)
13  BY MR. ANWAR:
14      Q.      And I will just represent to you
15  that this is ATSDR's response to a critique that
16  the Navy offered about the Tarawa Terrace
17  modeling.
18                  Have you seen this before?
19      A.      Not that I recall.
20      Q.      Okay.  Did you review the Navy's
21  critique of the Tarawa Terrace model in forming
22  your -- the opinions in your rebuttal report?
23      A.      No, I don't remember seeing this.
24      Q.      Okay.  If you could turn to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 332 of 455

1   page -- I'm going to have to identify it by the

2   Bates ranges.  It's the page ending 33271.

3           A.      Say that again.

4           Q.      So at the bottom, there's a little

5   Bates stamp that says "CLJA_WATERMODELING."

6           A.      Yes.

7           Q.      And then there's a number.  It's the

8   one at the end that says 33271.

9           A.      33271?

10          Q.      Correct.

11                  It's in the middle of the page,

12  there is a comment from the Navy labeled 7.1.

13                  Do you see that?

14          A.      Yeah.

15          Q.      Okay.  And so I just wanted for

16  context to provide you the -- or show you the

17  comment that ATSDR was responding to.

18                  The Navy stated:

19                  "However, all comparisons did not

20  fall within the calibration range.  At the Water

21  Treatment Plant, 12% of the simulated PCE

22  concentrations failed the calibration standard ...

23  at the water supply wells, a majority (53%) of the

24  simulated concentrations fell outside of the

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 333 of 455

1    outside the calibration standard."

2              Did I read that correctly?

3         A.      You read it correctly.

4         Q.      Is that consistent with your

5    understanding of the calibration for the Tarawa

6    Terrace model?

7                   MR. DEAN:  Objection to the

8         form of the question.

9                   THE WITNESS:   I'm not sure,

10        but I've seen that 53 percent number, I

11        think, in Alex Spiliotopoulos' in his

12        report, and I disagree that that was a

13        fair assessment of the accuracy.

14   BY MR. ANWAR:

15        Q.      Okay.  If you turn the page, ATSDR

16   responds -- well, ATSDR starts responding on the

17   prior page, but their response goes on to the next

18   page.

19              So on the page ending 33272, I just

20   wanted to ask you about a portion of their

21   response.

22        A.      Okay.

23        Q.      The very last paragraph there

24   states:

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 334 of 455

1          "To address the issue of the
2    intended use of the water-modeling results by the
3    current ATSDR epidemiological study, the
4    Department of Navy should be advised that a
5    successful epidemiological study places little
6    emphasis on the actual (absolute) estimate of
7    concentration and, rather, emphasizes the relative
8    level of exposure.  That is, exposed individuals
9    are, in effect, ranked by exposure level and
10   maintain their rank order of exposure level
11   regardless of how far off the estimated
12   concentration is to the true -- 'true' (measured)
13   PCE concentration.  This rank order of exposure
14   level is preserved regardless of whether the mean
15   or the upper or lower 95% of simulated levels are
16   used to estimate the monthly average contaminant
17   levels.  It is not the goal of the ATSDR health
18   study to infer which health effects occur at
19   specific PCE concentrations -- this task is for
20   risk assessment utilizing approaches such as
21   meta-analysis to summarize evidence from several
22   epidemiological studies because a single
23   epidemiological study is generally insufficient to
24   make this determination."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 335 of 455

```
 1              And then it goes on:
 2              "The goal of the ATSDR
 3    epidemiological analysis is to evaluate
 4    exposure-response relationships to determine
 5    whether the risk for a specific disease increases
 6    as the level of the contaminant (either as a
 7    categorical variable or continuous variable)
 8    increases."
 9              Did I read that correctly?
10    A.      I think you read it correctly, yeah.
11    Q.      What do you understand ATSDR to be
12  saying in this response?
13              MR. DEAN:  Object to the form
14         of the question.
15              You want him to comment on
16         what ATSDR is saying, right?
17              MR. ANWAR:  Isn't that what
18         he's doing anyway?
19              MR. DEAN:  No.  Object to
20         form.
21              MR. ANWAR:  That's his role as
22         an expert.
23              THE WITNESS:   I think what
24         they're saying is that the exposure
```

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 336 of 455

1          levels are considered in terms of a

2          ranking based on how -- where it is in

3          the scale and that it's not based on the

4          actual concentration value.

5                    So it's like a high, low,

6          medium or, you know, some -- something on

7          that scale rather than 95.3 to 89.9 or

8          anything like that.

9                    So but, again, I'm, you know,

10         I'm certainly not an expert in

11         epidemiological studies, so I'm not sure

12         what all the implications here are.

13    BY MR. ANWAR:

14         Q.     It appears to me he's saying, for

15    the purpose of a successful epidemiological study,

16    at least the one ATSDR was conducting, and I'm

17    quoting, it says:

18                    "Places little emphasis on the

19    actual (absolute) estimate of concentration" and

20    then it goes on to say "regardless of how far off

21    the estimated concentration is to the 'true'

22    (measured) PCE concentration."

23                    Based on that, it appears to me he's

24    saying that for this model for the purpose that it

1    was intended for in terms of providing information

2    for epidemiological studies, it doesn't matter

3    what the absolute concentrations levels are

4    produced by the model and it doesn't matter if

5    they're inaccurate.

6                    Do you agree with that?

7                    MR. DEAN:  Object to the form.

8                    THE WITNESS:  Well, it depends

9            what you mean by "inaccurate" because if

10           you, you know, you still want it accurate

11           in the sense of what's high is high and

12           what's low is low, what's in the middle

13           is in the middle.

14                    You know, the actual

15           concentration level we already know has

16           uncertain -- that's computed we know has

17           uncertainty associated with it.

18                    So there's, you know, it's

19           naturally going to be imprecise and, you

20           know, you can't say it's going to be 99.5

21           micrograms per liter because it might be

22           higher or lower because of all the

23           uncertainty in the model.

24                    But you certainly want

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 338 of 455

1          consistency in the model.  You want the
2          model to, you know, have a good mass
3          balance.  You want, you know, the
4          numerical solution should be accurate for
5          the conditions in terms of solving the
6          equation.
7                    I think all of those
8          conditions are met.
9                    What exactly they mean by a
10         rank order I'm not precisely sure, but I
11         would imply that some -- this is somehow
12         related to exposure levels, but I don't
13         completely understand that.
14    BY MR. ANWAR:
15         Q.      Does this response change or inform
16    anything that you've stated today about the -- the
17    accuracy of the model predictions, the simulated
18    contaminant concentrations produced by the ATSDR
19    models?
20         A.      No.  No.  I mean, I'm not evaluating
21    the model from a perspective of the health
22    exposure studies.
23                    I'm evaluating it in terms of the
24    solution to the equation for the initial

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 339 of 455

1   conditions, the boundary conditions, the estimated

2   parameters, and everything related to that.

3            So, you know, the concentrations in

4   the Water Treatment Plant, to the best of my

5   knowledge, were not used for the calibration but

6   served as a way to increase confidence in the

7   model.

8            These were computed by the mixing

9   model that you mentioned a few minutes ago, which

10   was really subsequent to the MT3D modeling.

11            So it's kind of like a next -- I

12   wouldn't call it independent, but it's a -- it's a

13   kind of standalone process that estimated the

14   concentrations in the Water Treatment Plant based

15   on what the computed results of the model.

16            And these were not part of the

17   calibration, to my best recollection, but it

18   certainly served to increase confidence in the

19   model because those, you know, where they did have

20   observed data, it generally looked reasonably good

21   in terms of matching the -- you know, what this

22   mixing model did to estimate the concentrations in

23   many cases agreed closely with what was observed.

24       Q.    Okay.  As a -- those are the

1    questions I had about this document.

2                   As a member of the National Academy

3    of Engineering and as someone that has served on

4    National Research Council committees in the past,

5    were you aware that the National Research Council

6    also issued a report on ATSDR's water modeling

7    efforts?

8          A.       I believe it was 2009?

9          Q.       Correct.

10         A.       Yes, I was aware of that.

11         Q.       The report itself addressed sort of

12   epidemiology -- epidemiological and broader

13   issues, but there was a portion focused on --

14         A.       Yeah.

15         Q.       -- exposure assessment and the water

16   modeling.

17                   Were you aware of that?

18         A.       I -- I read the charge of the

19   committee, and the charge of the committee really

20   focused on epidemiological studies and health

21   effects.  The charge to the committee did not --

22   actually did not mention the groundwater modeling

23   at all, but obviously the groundwater modeling was

24   what led to the estimates.  So that was a

1    legitimate domain for their discussions.

2              But, you know, the committee, I

3    looked at the committee membership.  You know, I

4    think there were 10 or 11 members.  There was only

5    one who had any expertise in groundwater.  The

6    rest were medical and health effects and

7    epidemiologist experts because that was the main

8    charge to the committee.

9         Q.      Who was the one expert that was the

10   groundwater modeler?

11        A.      Professor Clement.

12        Q.      Okay.  And what are your opinions

13   about -- so let me back up.

14              Are you aware of what the NRC said

15   about ATSDR's water modeling efforts?

16        A.      I looked at that report.  I don't

17   recall their exact comments.

18        Q.      Do you have any opinion about the

19   National Research Council's comments on the ATSDR

20   water modeling efforts?

21        A.      I think I had a few comments because

22   Spiliotopoulos made some comments about it.  So I

23   think I had some comments in my rebuttal report

24   about it.

1      Q.      Do you remember what those comments

2   are?

3                  (Mr. Dean no longer present).

4      A.      I see that it's not a huge report.

5   I can probably find it pretty quickly.

6                  One of my comments was that of all

7   the members of the panel, there was only one who

8   was an expert in groundwater, and that's a really

9   minority on an NRC panel.

10                  What I recall about Clement

11  publishing an article in "Groundwater" about model

12  complexity, and he was using the case study of

13  ATSDR, I presume based on his experience on the

14  NRC panel, and he was critical of the ATSDR model

15  and then that was in the published article.

16                  Then Morris Maslia published a very

17  detailed response that was published in the

18  journal to his comments, and I thought he did an

19  excellent job countering all of the criticisms.

20                  And then Dr. Clement had a reply to

21  the responses, in which the first thing he said

22  was that "My analysis should not be considered a

23  review of the ATSDR modeling," which to me

24  countered everything he had said in the first

1    article about what he did say was that the purpose
2    of his article was to generate discussion about
3    model complexity in general and he did not intend
4    to, you know, as a criticism.
5              What he implied to me is that he did
6    not do a technical in-depth, detailed review of
7    the ATSDR models, which was very disappointing.
8              His response, the first words pretty
9    much wanted to set aside any criticism and concern
10   about the ATSDR models.  He backed off of with
11   what, I think, were his criticisms.  He couldn't
12   defend them.
13        Q.    Do you -- do you know Professor -- I
14   think is it -- Prabhakar Clement?
15        A.    I have met him occasionally.  I have
16   had a few e-mail discussions with him.  When I was
17   an editor of "Groundwater Journal," he had
18   submitted a discussion article and so we discussed
19   that.
20        Q.    Have you spoken with him at all
21   about Camp Lejeune?
22        A.    No, not that I recall.  No, I don't
23   think so.
24        Q.    Do you have any opinion of Professor

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 344 of 455

1    Clement?

2         A.      Not really.  I don't know his work

3    that well.  He hasn't published as much as other

4    people in the groundwater field, but I know he,

5    you know, he certainly is trained as a groundwater

6    specialist.

7         Q.      And in order to -- to have served on

8    the role on for the National Research Committee,

9    he had to have been elected as a member of NRC by

10   his peers; right?  Or no?

11        A.      No, absolutely not.

12        Q.      Okay.

13        A.      You -- most people who serve on NRC

14   committees are not members of the Academy.

15        Q.      Okay.  Do you know if he is?

16        A.      And all those committees that are, I

17   was not a member of the Academy when I served on

18   those committees, and most of the people on the

19   committees were not members.  So it's kind of two

20   different things.

21        Q.      Okay.  Understood.  That makes

22   sense.

23               Do you by chance, do you know if

24   he's been elected to --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 345 of 455

1    A.    I am 99.9 percent sure that he was

2    not.

3                    MR. ANWAR:  Okay.  I'm going

4        to hand you one last exhibit.

5                    (Document marked for

6        identification as Konikow Exhibit 21.)

7    BY MR. ANWAR:

8    Q.    Exhibit 21, and I'll just represent

9    to you this is the chapter about "Exposure to

10   Contaminants in Water Supplies at Camp Lejeune"

11   from the NRC report.  The larger report from --

12   from -- about Camp Lejeune.

13                    Have you seen this before?

14   A.    This is the 2009 report?

15   Q.    Correct.

16   A.    Well, I looked at the 2009 report,

17   but I, you know, I don't specifically recall

18   seeing this.

19   Q.    Okay.  I just wanted to ask you a

20   few questions about --

21   A.    Sure.

22   Q.    -- some of the conclusions they made

23   at the end.

24                    If you turn to the second to last

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 346 of 455

1    page of the document.  It's ending in 516.

2         A.      Okay.

3         Q.      The second paragraph states:

4              "ATSDR applied best practices and

5    cutting-edge modeling approaches to predict the

6    complex groundwater-contamination scenario at

7    Tarawa Terrace."

8              Would you agree with that statement?

9         A.      Yes, sounds like a compliment.

10        Q.      "The ultimate outcome of the

11   modeling was average monthly predictions of the

12   concentrations of contaminants in the water supply

13   to which people could have been exposed.  Although

14   ATSDR recognized and tried to account for the

15   limitations and uncertainties associated with

16   developing its models, it is extremely difficult

17   to obtain quantitative estimates of historical

18   levels of PCE -- excuse me -- exposure to PCE and

19   its degradation products reliably on a monthly

20   basis."

21              Do you agree with those statements?

22                   MS. BAUGHMAN:  Objection.

23         Form.

24                   THE WITNESS:  Well, I mean, I

1          thought it was a challenging exercise and
2          difficult also, but they did it.
3    BY MR. ANWAR:
4          Q.      It goes on to state:
5                  "Reporting such model predictions
6    without clear error bounds gives the impression
7    that the exposure of former residents and workers
8    at Tarawa Terrace during specific periods within a
9    given year can be accurately defined."
10                 Would you agree with that statement?
11         A.      Well, I don't -- I disagree that the
12   predictions were presented without clear error
13   bounds.  I thought pervasive in all the ATSDR
14   reports was -- were discussions of error bounds,
15   uncertainty, you know, how the results could vary
16   under a different range of assumptions.
17                 So I thought they did a nice job
18   presenting clear error bounds.
19         Q.      Can I ask you.
20                 I guess for someone who may have
21   been at Camp Lejeune, a former service member or a
22   resident there, who was interested in looking at
23   ATSDR's simulated concentrations, looked at the
24   reports or turned to the reports.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 348 of 455

1              Based on your experience, would a
2    layperson be able to understand the concepts and
3    the uncertainty analysis presented in ATSDR's
4    report?
5                        MS. BAUGHMAN:  Object to the
6          form.
7                        THE WITNESS:  I'm not sure
8          what a layperson would understand or get
9          from it.  I think it's just highly
10         variable with a person depending on how
11         much background they have in statistics
12         and math and geology, if they have any
13         background at all or how much.  You know,
14         I think that understandability in the
15         public would be highly variable.
16   BY MR. ANWAR:
17        Q.     "It is the committee's
18   judgment" -- so this paragraph goes on.
19               "It is the committee's judgment that
20   ATSDR's model is suitable only for estimating
21   long-term exposure quality.  From that
22   perspective --"
23                        MS. BAUGHMAN:  Qualitatively.
24                        MR. ANWAR:  "Qualitatively."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 349 of 455

1           Thank you.  I'm sorry.

2    BY MR. ANWAR:

3           Q.      I'll read that again.

4                   "It is the committee's judgment that

5    ATSDR's model is suitable only for estimating

6    long-term exposure qualitatively.  From that

7    perspective, a single exposure category of

8    'exposed' appears to be applicable for persons

9    residing or working at Tarawa Terrace at any time

10   during 1957 to 1985."

11                   Do you agree with that statement?

12                        MS. BAUGHMAN:  Object to the

13               form.

14                        THE WITNESS:   I -- I -- I

15               don't.  No, I don't think I do because,

16               you know, you know, there they seem to be

17               relating it to either exposed or not

18               exposed and ignoring any of the scale of

19               variability in the concentrations.

20                        So I think the ATSDR models

21               were better than that.

22   BY MR. ANWAR:

23           Q.      Okay.  That last paragraph on that

24   portion says:

1        "Efforts at historical
2   reconstruction of exposures at Hadnot Point will
3   be even more problematic.  The contamination
4   scenario at Hadnot Point is so complex that the
5   committee judges that only crude estimates of
6   contaminant concentrations in the water supply can
7   be obtained."
8                Do you agree with that statement?
9                    MS. BAUGHMAN:  Objection.
10          Form.
11                    THE WITNESS:   Not completely
12          and, again, I point out that before I
13          served on the Hadnot Point/Holcomb
14          Boulevard expert peer review panel, I was
15          quite skeptical myself and, in that
16          sense, at that time maybe I would have
17          agreed with this statement.
18                    But I learned a lot.  They
19          explained a lot.  I saw the final
20          reports.  I think they did a good job
21          modeling, a reasonable.  Modeling results
22          are reasonably reliable.
23                    I think there's certainly more
24          uncertainty there than probably in the

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 351 of 455

 1          Tarawa Terrace model, but I think -- I

 2          think they were successful in putting

 3          together a reasonable model.

 4                  They explained all their

 5          assumptions and approximations, and there

 6          clearly are assumptions and

 7          approximations underlying the models,

 8          underlying that.  So that, you know, it's

 9          there, but it's a good model.

10   BY MR. ANWAR:

11        Q.      When we're talking about successful

12   in terms of putting together a good model, ATSDR,

13   do you think they were successful in putting

14   together a good model for providing information to

15   an epidemiology -- EPI study, epidemiological

16   study?

17                  MS. BAUGHMAN:  Object to the

18          form.

19                  THE WITNESS:   In recognition

20          that the epidemiological study did not

21          make an assessment based on the actual

22          concentration level in the calibrated

23          model, but rather a ranked form that kind

24          of removes some of that.

                        Golkow Technologies,
877-370-3377            A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 352 of 455

```
 1                    But, you know, without any
 2         understanding of their epidemiological
 3         studies, it seemed like the output from
 4         the models provided something that would
 5         be useful for them.
 6   BY MR. ANWAR:
 7         Q.      Okay.  And when you say the model
 8   was successful, ATSDR was successful, and it was a
 9   good model, are you saying that it was successful
10   and a good model for the purpose of estimating
11   exposure in individuals?
12         A.      I don't know.
13                    MS. BAUGHMAN:  Objection.
14         Form.
15                    THE WITNESS:  I don't know
16         how it was used for exposure.  I didn't
17         look at the exposure studies or the
18         epidemiological studies.  So I really
19         can't --
20   BY MR. ANWAR:
21         Q.      Okay.
22         A.      -- say.
23         Q.      Last question.
24                    Do you -- what -- what is your
```

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 353 of 455

1   opinion of Robert Faye?

2          A.      Of Robert Faye?

3          Q.      Yeah.

4          A.      He seems to be a competent

5   hydrogeologist, primarily in the, you know, in the

6   practical application end of hydrogeology.  He's

7   not an academic in the sense of producing papers

8   on research and theory, but I think he has a lot

9   of experience and knowledge in terms of field

10  applications, studies, the reality of geology and

11  the hydrogeologic framework and the use of models.

12         Q.      When is the last time you spoke to

13  him?

14         A.      Way more than 10 years ago.

15         Q.      Okay.  I really appreciate your time

16  today and your patience with my questions.  I

17  think that's all I have.  I'll pass the witness.

18         A.      Thank you.

19                         EXAMINATION

20  BY MS. BAUGHMAN:

21         Q.      Dr. Konikow, I just have a few

22  questions for you.

23         A.      Yeah.

24         Q.      You were just asking -- asked

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 354 of 455

1    questions about what you meant by successful in

2    terms of the ATSDR models.

3                    Do you have an opinion about whether

4    ATSDR was successful in estimating the mean

5    monthly concentrations of contaminants at Tarawa

6    Terrace?

7         A.      At Tarawa Terrace?  I think those

8    were reasonably reliable.  Again, always

9    reasonable in light of the uncertainty and the

10   error bounds about it.  I think the calibrated

11   models were provided -- they were successful in

12   providing estimates and in assessing the

13   uncertainty in those estimates.  So I think that,

14   yeah, I would say they were successful.

15        Q.      And do you have the same opinion for

16   Hadnot Point?

17        A.      I do.  Again, there it was a more

18   complicated problem and, you know, many people

19   probably would have thrown their hands up and

20   said, we can't do it.  But they did it and, you

21   know, I think the important thing is they

22   carefully documented all of their assumptions, how

23   they got at mass loading, pumping rates, pumping

24   schedules, and assessing uncertainty in those as

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 355 of 455

1  well as uncertainty -- assessing uncertainty in
2  many of the physical parameters.
3        Q.     Okay.  If an end user wants to use
4  the mean monthly concentrations for an
5  epidemiology study versus an individual exposure,
6  right, how if at all would that change -- (cell
7  phone) -- let me -- let me start over.
8              If an end user wanted to use the
9  mean monthly concentrations to estimate an
10  individual's exposure as opposed to for purposes
11  of an epidemiology study, how if at all would that
12  change how the model would be developed?
13              And I'm asking you in your expertise
14  as a hydrogeologist.
15                   MR. ANWAR:  Object to form.
16  BY MS. BAUGHMAN:
17        Q.     In other words, if you're using the
18  mean monthly concentrations for individual
19  exposure as opposed to an epidemiology study, does
20  that change how you develop the model?
21        A.     It should not.  You know, again, I
22  think I said it earlier, maybe this morning.
23              But what the end user does or
24  intends or wants really should have minimal impact

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 356 of 455

1   on the development of the model, other than to

2   make, you know, if the end user, who's paying for

3   the model study, says, I need an estimate at this

4   point in space, then, okay, you make sure that you

5   calculate it at that point in space.

6               But the model itself should not be

7   affected by the end use of it.  In other words,

8   the model should do the best job they can.  Get

9   the most accurate result they could.  Calibrate

10  the model, document the model and its accuracy,

11  and then use the results whatever you want to use

12  it.

13      Q.      And just to be clear, if -- if a

14  medical doctor wanted to use the mean monthly

15  concentrations to calculate an individual's

16  exposure as opposed to for some other purpose,

17  like an epidemiology study, would that change how

18  the hydrogeologist gets to what the mean monthly

19  concentrations are?

20              MR. ANWAR:  Object to form.

21  BY MS. BAUGHMAN:

22      Q.      From a modeling perspective?

23      A.      Should not, no.

24      Q.      Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 357 of 455

1    A.    I don't think it would.

2    Q.    Okay.  Is there a difference between

3  the words "valid" and "validated" or "validation"

4  in terms of hydrogeology and water modeling?

5    A.    These are terms that not everyone

6  agrees on their meaning or intent, but it's very

7  common that just using the word "valid" by itself

8  is generally okay.  You're saying that it's

9  appropriate for what it's being used for.

10         The word "validated" it has, I

11  think, more of an implication that you've got the

12  right model and you prove that you got the right

13  model, and that's generally not accepted in

14  science that, you know, for all the reasons in my

15  published paper.

16    Q.    So if when you use the phrase

17  "scientifically valid," is that another way of

18  saying that ATSDR adhered to generally accepted

19  methodologies?

20    A.    That's -- yeah.  You're using

21  standard practices, common practices, well

22  accepted, well-documented methods and approaches

23  that are well accepted, in other words, yeah.

24         MS. BAUGHMAN:  Okay.  Thank

1          you.   I have no other questions for you.
2                    MR. ANWAR:   I have nothing
3          either.
4                    Thank you for your time today.
5                    MS. BAUGHMAN:   You're
6          finished.
7                    THE WITNESS:   Okay.   Thank
8          you all.
9                    THE VIDEOGRAPHER:   Please
10         stand by.
11                   We're off the record at 6:23
12         PM.   This concludes today's testimony
13         given by Dr. Konikow.
14
15                   (Signature not waived, the
16         deposition concluded at 6:23 p.m.)
17
18                        *      *      *
19
20
21
22
23
24

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 359 of 455

1              ERRATA SHEET

2

3    Page No._____Line No._____Change to:_____

4    _____

5    Page No._____Line No._____Change to:_____

6    _____

7    Page No._____Line No._____Change to:_____

8    _____

9    Page No._____Line No._____Change to:_____

10   _____

11   Page No._____Line No._____Change to:_____

12   _____

13   Page No._____Line No._____Change to:_____

14   _____

15   Page No._____Line No._____Change to:_____

16   _____

17   Page No._____Line No._____Change to:_____

18   _____

19   Page No._____Line No._____Change to:_____

20   _____

21   Page No._____Line No._____Change to:_____

22   _____

23   Page No._____Line No._____Change to:_____

24   _____

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 360 of 455

1                    DECLARATION UNDER PENALTY OF PERJURY

2

3

4                         I declare under penalty of

5        perjury that I have read the entire transcript of

6        my Deposition taken in the captioned matter

7        or the same has been read to me, and

8        the same is true and accurate, save and

9        except for changes and/or corrections, if

10       any, as indicated by me on the DEPOSITION

11       ERRATA SHEET hereof, with the understanding

12       that I offer these changes as if still under

13       oath.

14

15                       Signed on the _____ day of

16       _____, 2024.

17

18       _____

19                  LEONARD KONIKOW, PHD

20

21

22

23

24

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 361 of 455

1                        CERTIFICATE OF REPORTER

2     COMMONWEALTH OF VIRGINIA )

3                        I, Denise Dobner Vickery, a

4     Registered Court Reporter and Notary Public of

5     the Commonwealth of Virginia, do hereby certify

6     that the witness was first duly sworn by me.

7                        I do further certify that the

8     foregoing is a verbatim transcript of the

9     testimony as taken stenographically by me at the

10    time, place and on the date herein set forth, to

11    the best of my ability.

12                       I do further certify that I am

13    neither a relative nor employee nor counsel of

14    any of the parties to this action, and that I am

15    neither a relative nor employee of such counsel,

16    and that I am not financially interested in the

17    outcome of this action.

18

19                       _Denise D. Vickery_

20

21                       DENISE DOBNER VICKERY, CRR,RMR
                         Notary Public in and for the
22                       Commonwealth of Virginia

23

      My Commission expires:  March 31, 2026
24    Notary Registration No. 126014

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 362 of 455

| & |
|---|
| **&** 3:14 45:4 76:13,17 77:20 78:19,22 82:15 82:24 |

| 0 |
|---|
| **0.001** 23:3 |
| **0.1** 23:9 |
| **0000000006** 8:17 |
| **0000000479** 8:24 |
| **0000000823** 6:2 |
| **0000000825** 6:7 |
| **0000001379-...** 7:13 |
| **0000033263** 8:21 |
| **0000221172** 6:12 |
| **0000221326** 6:15 |
| **0005** 319:18,19 |
| **001** 23:10 |
| **00897** 1:4 |
| **01-00000644...** 7:3 |
| **01-09** 7:12 8:20 |

| 1 |
|---|
| **1** 5:9 18:11,14 19:15 60:14 92:11 116:5 |

132:18 152:16
152:16 153:4
164:2 221:14
266:15 268:22
312:10,13
313:19,20
**10** 5:3,21 6:16
23:1,2 37:7,11
55:2 77:21
86:12,15 93:17
112:2 124:23
144:21 150:12
150:14 152:14
228:9 259:5,6
259:6 293:2
305:19 326:1
341:4 353:14
**10,000** 50:6
237:18
**100** 6:8 67:6
206:13 236:10
297:1
**10003** 3:17
**11** 6:20 23:2
66:17 156:23
157:1 194:11
341:4
**110** 143:14
**11:06** 83:13
**11:15** 83:16
**12** 6:23 55:3
66:17 86:16
93:17 151:17
166:9,11

228:10 265:2,4
265:10 266:8
267:16,19,23
288:24 289:20
332:21
**122** 188:3
**123** 230:9
**126014** 361:24
**13** 5:13,21 7:4
22:10,20
151:18,24
200:6,8 262:11
265:8
**13101** 2:16
9:11
**132** 6:10
**139** 6:13
**14** 7:14 176:9
186:10 242:5,7
262:12,13
265:17,18,24
266:23
**15** 6:6 7:17
205:4 268:18
268:20
**150** 6:16
**15207** 361:20
**156** 6:20
**16** 8:1 278:4,6
280:20 282:2
283:15,17
285:21 292:18
315:1

**160** 296:22
**1600** 279:15
293:1
**162** 5:4
**166** 6:23
**17** 8:9 286:20
286:22 287:1
**17,484.50** 66:20
**178** 294:6,7
**18** 5:9 8:12
293:16,18
**183** 135:18
**19** 8:15 97:18
101:15 132:24
165:3,9 176:9
186:10 310:8
310:10
**19.75** 66:11
**193** 193:24
194:6,7
**1940s** 159:7
**1942** 159:7
**1943** 151:10,19
**1953** 97:10,13
98:5,11,18
152:10 174:2
188:19 189:24
275:15
**1954** 151:11,18
168:14 169:13
**1955** 151:12,18
**1957** 135:17
349:10

Golkow Technologies,
877-370-3377　　　A Veritext Division　　　www.veritext.com
Case 7:23-cv-00897-RJ　　Document 357-9　　Filed 04/29/25　　Page 363 of 455

**1960**   189:24
**1964**   294:16
**1965**   265:22
**1968**   132:24
   135:3 170:1
   171:20,23,24
   173:16 267:24
   268:13
**1977**   6:18
**1980**   45:1
   194:21 196:17
**1980s**   122:1
   229:22
**1981**   39:19
**1982**   39:19
   96:24 97:23
   99:2 124:8
   126:12 152:9
   152:10 159:10
   165:11,15,21
   195:10 197:4
   197:17
**1985**   97:1
   132:24 135:3
   283:20 349:10
**1986**   8:14
   293:21
**1987**   42:13
**1989**   42:13
   47:6
**1990**   53:15
**1990s**   128:13
   128:14

**1992**   6:22
   159:14 243:2
   250:10
**1993**   7:16
   242:21,23
**1997**   47:7
**1999**   101:13,16
**1:30**   161:2
**1:43**   162:2,9
**1st**   39:1 65:10

|        **2**        |

**2**   5:10 7:16
   20:22 21:22
   22:1 116:3
   153:15 163:23
   185:2,12,22
   206:18 221:15
   222:23 265:3
   278:9 282:3,4
   314:1 315:14
**2-1-6**   282:14
**2.9**   308:3
**20**   6:9 8:18
   86:12 101:19
   103:5,8 124:23
   128:16,17,17
   172:3 184:4
   189:16 212:6
   272:7 293:2
   331:10,12
**20-2**   105:24
**20.1**   103:8

**20.2**   105:23
**20.3**   109:18
**20.6.**   128:20
**200**   7:4 213:12
**2000**   167:18
**20044**   4:10
**2005**   7:2 20:8
   32:14 33:23
   85:14,17 86:2
   87:18 88:11,12
   90:5,6,9,13,17
   91:5,23 99:10
   100:13 166:14
   166:21 167:9
   167:18 176:23
   186:3 194:2,3
   216:17 265:3
   265:14
**2007**   6:11 8:15
**2008**   8:11
**2009**   7:24 8:8
   8:19 20:9
   32:14 33:23
   92:22 93:1,7
   93:21 94:18
   99:11 100:13
   117:2 167:9,18
   200:15 201:4,5
   203:17,21
   214:6 216:17
   216:23 268:23
   269:1 282:5,9
   284:11 340:8
   345:14,16

**201**   276:12
**2012**   243:8
**2013**   6:14
   120:15 218:22
**2015**   60:3,18
**20170**   2:17
**202.616.4473**
   4:11
**2020**   38:20,23
   39:1 66:17
**2023**   38:20,23
   39:2
**2024**   6:1 65:10
   65:13 66:9,10
   66:18,18 69:11
   72:22 360:16
**2025**   1:15 2:8
   5:13,14,17,21
   6:6 22:20 26:6
   26:10 67:17
**2026**   361:23
**21**   5:10,17 6:1
   8:15,17,22
   26:10 66:10
   345:6,8
**212.558.5915**
   3:18
**216**   282:12
   285:2,16
**23**   281:12
**242**   7:14
**25**   1:15 2:8
   5:14 168:3

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 364 of 455

**25th** 9:7
**26** 267:8
  270:11,16,19
  270:23 271:14
  271:15,24
  272:7,17 273:1
  274:2 275:2,9
  275:13 280:11
  280:21,24
**268** 7:17
**275** 65:14
  66:11,19
**278** 8:1
**28** 3:6
**286** 8:9
**287** 6:12
**29** 7:2,24
  166:21 201:4
  269:1
**293** 8:12
**29464** 3:7
**2:28** 199:9
**2:45** 199:12
**2a** 206:21
**2b** 214:7

**3**

**3** 5:14 21:2
  25:16,19 26:5
  150:23 151:2
  153:20 279:14
  303:2 305:23
  316:23 317:21
  326:17

**3.3** 239:14
  308:4
**30** 8:8 124:23
  152:7 159:16
  160:21,23
  184:4 201:4
  205:6 239:5,6
  239:12,13
  279:15 282:9
  293:2
**31** 7:16 66:18
  240:7 361:23
**310** 8:15
**31st** 39:2
**32** 227:6,8,9
**329** 8:21
**33** 22:9,17
  231:13 287:5
**331** 8:18
**33271** 332:2,8,9
**33272** 333:19
**340** 4:9
**345** 8:22
**35** 5:18
**353** 5:5
**3:51** 261:15

**4**

**4** 5:18 35:13,15
  35:19 37:4
  154:2 259:6
  316:24 319:22
  319:22

**40** 30:2 40:2
  137:24 155:4,5
  155:6,13
**400** 65:7 67:18
**43** 159:7
**45** 160:23,24
  295:17 296:8
**46** 265:11
  326:5
**47** 168:3,3
  266:15
**48** 168:5
**49** 176:8 186:6
  326:5
**4:05** 261:18
**4:54** 297:12
**4th** 315:9

**5**

**5** 5:22 65:19
  66:1,8 135:16
  154:6 259:5,5
  282:19 285:2
  321:18,18
  328:9
**5,431.25** 66:12
**50** 156:7
  213:12 223:24
  297:1
**50,000** 137:18
**513** 6:15
**516** 346:1
**517** 8:24

**53** 169:18
  332:23 333:10
**57** 269:20
  271:8
**59** 271:20
  326:6,7 328:4
  330:6
**5:01** 297:15
**5:43** 330:14
**5:51** 330:17

**6**

**6** 6:3 65:21
  66:1,16 164:1
  259:6 276:13
  300:10,13
**60** 271:8,20
**61** 271:20
**63.58** 66:19
**65** 5:22 6:3
**663** 7:3
**68** 265:23,23
  269:23

**7**

**7** 6:8 100:18,20
  101:4 128:16
  185:1,5,22
  269:11,13
  284:7
**7.1.** 332:12
**700** 3:16
**70s** 40:4 71:19
  71:24

Golkow Technologies,
A Veritext Division
877-370-3377    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 365 of 455

**73** 291:10,14
**74** 294:16
**79** 79:8
**7:23** 1:4

**8**

**8** 6:10 132:1,3
132:5 228:11
294:10 295:15
**80** 79:8
**800** 279:13
280:18
**80s** 71:20 72:1
163:10 215:17
**82** 194:21
196:16,18
**824** 6:2
**827** 6:7
**83** 97:3
**84** 97:3
**843.216.9239**
3:8
**85** 159:11
269:24
**87** 42:16
**89** 42:16 269:9
269:14
**89.9** 336:7

**9**

**9** 6:13 66:9
139:22,24
265:8 278:9,10
285:3

**95** 334:15
**95.3** 336:7
**99** 201:8,9
**99.5** 337:20
**99.9** 345:1
**9:38** 1:16 2:9
9:8

**a**

**a164** 142:14
**a182** 142:10,12
142:13
**a98** 135:6,8,9
135:12
**abandoned**
244:9
**abc** 175:15
188:19 266:1
267:12 270:22
**ability** 29:17
103:13 112:5
257:8 361:11
**able** 348:2
**above** 64:11,15
196:6 287:18
289:1 290:10
290:12 313:7
**aboveground**
277:14
**absolute**
245:22 334:6
336:19 337:3
**absolutely** 94:5
168:1 227:1

344:11
**absorption**
206:10
**abstract** 157:8
**academic** 353:7
**academies**
58:17,18 61:2
**academy** 26:8
40:22 56:10,17
58:1,5,7,11,12
58:13 59:5,15
59:23 60:2,9
60:18,23 61:1
61:16 340:2
344:14,17
**accept** 311:23
327:6
**acceptable**
228:4,6,11
256:13 323:21
**acceptably**
264:17
**accepted** 118:5
198:8 241:4,13
241:20,23
244:21 323:20
326:20 357:13
357:18,22,23
**accomplished**
151:5 329:24
**account** 118:19
191:17 299:3
299:15,17,18
299:19,22

300:15 346:14
**accounting**
266:12,20
**accuracy** 8:12
131:5,7,19
143:1 155:21
184:8,12 202:9
202:17 203:8
204:18,23
206:6 214:18
215:9 216:21
220:7,9 227:19
245:9 262:17
263:17 264:2
264:14 291:4
293:23 295:20
296:1,10
328:10 329:12
333:13 338:17
356:10
**accurate** 35:24
59:2 66:4 98:6
111:23 158:2
213:6 216:6
224:7,11 225:9
225:15 234:2,6
235:22,23
236:6 240:14
251:7,10 260:5
263:3 264:17
295:16 323:15
337:10 338:4
356:9 360:8

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-9 Filed 04/29/25 Page 366 of 455

**accurately** 110:15 181:11 252:2 347:9
**achieve** 322:5
**achieving** 214:24
**acknowledge** 247:21 306:18 307:19
**acknowledged** 305:15
**acknowledges** 300:6
**acknowledging** 173:24 174:7
**act** 11:3
**action** 130:5 361:14,17
**active** 298:5
**activities** 36:22 205:24
**activity** 39:12 40:9,18,19 44:10 70:10 74:20
**actual** 11:16 145:5 146:3 181:10 212:19 334:6 336:4,19 337:14 351:21
**actually** 58:16 73:2,3 78:15 123:20 124:11 127:21 150:21

193:1 198:18 208:23 216:23 226:8 239:20 269:21 271:4 301:6 306:10 315:5 317:18 340:22
**add** 96:17 107:8 109:12 149:23 182:3 184:13 326:22 326:24
**added** 67:7 170:17 205:15 326:10
**adding** 184:9 184:11,17
**additional** 43:11 325:19 325:24 326:22 326:23 327:1
**address** 167:2 209:14 247:3 316:21 334:1
**addressed** 92:15 95:24 96:21 218:18 219:23 221:10 221:21 222:2,6 301:11,13 311:7,8,19 326:16 330:9 340:11

**addressing** 172:19
**adequacy** 155:22 203:1
**adequate** 182:11,13 202:9,18 204:19,24 233:20
**adequately** 203:4 313:3
**adhered** 357:18
**adjacent** 31:4
**adjust** 255:16 257:21,24 258:10,12 259:20 260:13 318:20 326:19 327:10,11
**adjusted** 319:2 322:5
**adjusting** 259:9 260:3,8
**adjustments** 326:20,23
**administrative** 78:4
**administrativ...** 78:12
**admirable** 229:17
**admits** 306:9
**advance** 86:5 87:11

**advances** 243:5
**advection** 302:13 317:17
**advice** 218:4
**advised** 334:4
**affect** 181:14 212:23 213:17 229:6 271:10 271:20 275:8
**affected** 73:22 131:8,20 210:8 356:7
**affects** 214:3
**afternoon** 5:4 162:1,11,12
**age** 132:18
**agencies** 58:24
**agency** 59:4 63:16 132:16 191:16 192:8
**ago** 19:23 36:5 40:2 85:5,6 90:8 122:8 156:7 172:4 184:5 188:15 205:4 252:9 339:9 353:14
**agree** 57:6 60:12 100:21 100:24 110:23 130:17 131:14 145:3 156:2,8 157:17 158:6 165:12,21

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-9 Filed 04/29/25 Page 367 of 455

166:15 180:12
187:10 200:16
272:23 287:13
287:17 288:12
289:6 291:23
298:14,16,22
300:13 306:23
307:2 311:12
315:22 327:3
337:6 346:8,21
347:10 349:11
350:8
**agreed** 305:15
339:23 350:17
**agreement**
288:20
**agrees** 250:16
326:8 357:6
**agricultural**
73:23 104:1
**agriculture**
115:9
**ahead** 96:16
105:10,11
110:7 156:23
204:3,7 220:16
220:20 231:10
232:8 248:5
277:20 278:23
**aimed** 50:23,23
246:9,11
**aiming** 50:23
**alex** 4:22 5:10
27:23 76:3,9

333:11
**alexandria**
77:17
**alleviated**
313:6
**allows** 115:4
**alluvial** 6:17
**alternative**
154:7,13
207:23 216:8,9
218:2
**alternatives**
214:23 217:15
**amended** 5:9
**america** 4:3
9:14 30:5
**amount** 63:5
66:12,20 67:3
**analogies** 159:4
**analyses** 7:5
55:5 128:10
200:20 229:21
234:10 237:17
245:24
**analysis** 7:1,18
8:2 135:14
139:9 147:19
202:8 206:22
207:7 229:8
240:2 242:24
245:24 252:21
260:19,23
262:24 276:1
334:21 335:3

342:22 348:3
**analyst** 183:4
**analyze** 159:13
**andrews** 45:3
**annual** 33:9
214:1
**answer** 13:11
15:12 28:24
29:16 30:17
51:13 59:11
135:22 136:24
137:20 138:4
139:3 143:12
143:14,17,19
143:23 166:3
190:8 204:1
207:17 236:12
236:14 237:15
238:6 284:22
320:12
**answered**
79:18 246:21
288:16
**answering**
143:21 149:20
**answers** 201:23
208:20 209:2,3
209:6 309:5
**anticipated**
56:11 206:22
**anticipating**
60:6
**antonucci** 4:8
10:4,5

**anwar** 4:6 5:3
10:1,1,21,24
18:12 19:20
20:13 21:19,23
24:17 25:17
28:23 35:18
55:22 57:22
59:10,21 65:15
65:22 67:16
79:10 80:1
81:5 82:8
83:17 86:1
95:10,13,18
97:16 99:8
100:15,24
101:2 107:11
113:13 114:5
114:16 117:19
118:1 122:20
123:22 125:23
126:13,23
127:2 131:23
132:4 133:11
133:20 137:3,7
137:21 138:3,8
138:14 139:5
139:16,21
140:1 141:7,22
142:9,15,18
143:22 144:3
144:17,22
145:1,12
146:13 147:2
147:14 148:4

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 368 of 455

149:16 150:10
150:15 155:11
155:12 156:22
157:2 160:7,15
160:22 161:1,3
162:10 165:20
166:7,12 169:6
173:18 175:4
179:18 187:2
187:19 188:4
190:18 192:7
193:2 196:22
199:2,13 200:5
200:9 219:9
220:19 222:3
223:15 224:22
226:6 227:8,10
227:11 229:12
230:10,13
235:8 236:11
237:14 242:3,8
247:8 249:4,19
250:2 252:3
254:8 258:21
261:13,19
263:23 268:16
268:21 269:6,8
270:18 273:8
277:24 278:7
284:23 286:12
286:17,24
288:8 289:5
292:5 293:14
293:19 295:4

297:16 299:23
303:17 304:21
309:10 310:6
310:11 319:4
324:14 329:16
330:10,18
331:8,13
333:14 335:17
335:21 336:13
338:14 345:3,7
347:3 348:16
348:24 349:2
349:22 351:10
352:6,20
355:15 356:20
358:2
**anybody** 146:8
**anyway** 13:16
335:18
**apart** 291:24
**apologize** 51:23
252:12
**apparently**
135:4 168:21
203:14 204:15
268:24 279:10
283:11 321:21
**appear** 214:15
215:5
**appearances**
3:1 4:1
**appears** 22:5
172:18 177:1
201:15 202:14

203:7 206:4
306:12 336:14
336:23 349:8
**appendix** 201:9
204:14
**applicable**
349:8
**application**
45:24 128:23
129:5 190:17
212:8,11 353:6
**applications**
353:10
**applied** 81:7,8
81:10 154:24
241:16 329:22
346:4
**apply** 44:2
155:2
**applying**
240:10
**apportioned**
275:22
**appreciate**
145:23 330:22
353:15
**appreciated**
313:23
**appreciation**
42:23
**approach**
183:1 202:14
203:6 206:4
214:21

**approaches**
216:8 226:3
240:15 257:11
334:20 346:5
357:22
**appropriate**
131:9,21
207:12 214:15
215:6 232:16
241:14 255:5
357:9
**appropriately**
260:21
**approval**
128:13 256:12
**approved** 89:2
**approximately**
259:3
**approximation**
171:8 181:11
198:7,12
228:23
**approximatio...**
198:1,23 323:3
351:5,7
**april** 7:24 8:8
201:4 269:1
282:9
**aquifer** 6:17
48:13,15,16
51:11 98:3
108:24 110:3
111:10 113:7
121:24 126:11

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 369 of 455

145:17 154:9
154:14 170:23
174:10,13
175:9 189:2,9
189:23 191:9
302:4 309:24
320:19
**aquifers** 32:4
172:21 312:11
**aral** 28:9 29:13
32:9,12,22
271:4
**area** 31:3,4,6
38:10 48:12
62:19 74:3
93:10 96:12
105:4 116:11
205:12 276:4
294:15 308:21
308:22 321:5
321:10 325:6
325:10,11
**areas** 55:8
58:16,22 62:6
62:9 93:9
96:10,10
104:11 105:21
116:9 205:22
216:1 293:7
309:9
**argue** 241:24
254:11 255:9
257:12 291:1,2

**argument**
254:4
**arizona** 294:16
**arm** 56:10 58:1
**aronov** 4:17
9:5
**arrival** 172:10
173:15,23
266:21 269:20
270:9,15
**arrivals** 207:21
**arrive** 271:19
**arsenal** 6:18
73:19,24 74:19
75:6 148:19,22
149:4 150:17
150:21 151:6,9
152:15 155:1,3
162:23
**art** 43:5 45:20
81:3 91:21
224:20 226:4
245:14 323:20
**article** 150:16
152:15 156:21
157:3 160:9
242:24 293:20
294:4 295:24
296:6 342:11
342:15 343:1,2
343:18
**asdr** 16:5
**aside** 21:20
24:19 25:9

30:12 32:5
83:3 160:16
343:9
**asked** 24:24
29:16 40:8
44:9 51:23
52:24 70:19
75:7,8 79:18
84:19 85:18,19
85:21,22 86:5
87:2 93:2
122:8 126:23
137:17 143:12
144:13,20
162:22 180:13
188:3 222:12
230:4,4 244:23
252:12 257:14
257:15 288:16
353:24
**asking** 13:18
15:20 37:15
137:23 212:4
220:11 221:18
234:16 330:9
353:24 355:13
**asks** 21:2
304:10
**aspect** 49:22
50:1
**aspects** 112:19
**assess** 48:20
52:5 90:1
115:19 129:22

179:2 182:10
195:18 217:15
229:4,8 264:2
264:14 327:20
327:21
**assessed** 51:15
214:19
**assessing** 7:4
32:3 48:5
158:17 183:18
200:19 225:7
237:4 354:12
354:24 355:1
**assessment**
42:14,17,19
43:10,17 44:14
45:13 48:21
50:5 53:24
55:5 98:22
122:15 128:8
128:11 135:23
149:24 179:6
183:22 190:12
191:24 221:8
237:22 289:12
289:16 295:11
333:13 334:20
340:15 351:21
**assessments**
51:17 52:12
87:5 127:11
218:5 237:21
**assign** 328:9

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-9 Filed 04/29/25 Page 370 of 455

**assigning**
329:12
**associated**
132:21 234:7
249:16 277:23
337:17 346:15
**associates** 45:4
76:14,17 77:20
78:19,22 82:15
82:24
**association**
30:4 33:6
80:10 136:8
**assume** 13:3
46:15 64:15
93:2,3 118:3
167:16 170:12
178:19 186:15
190:4,4 206:9
253:3 273:10
273:21 285:7,9
302:21 305:3
319:18
**assumed**
273:14 308:21
**assuming** 305:1
327:18
**assumption**
64:18 98:1,6,7
98:19 169:23
170:7,11 171:8
299:13 317:3
**assumptions**
34:19 170:14

188:7 216:3
228:23 273:9
324:7 347:16
351:5,6 354:22
**assurance**
102:8
**assure** 104:16
105:2 214:23
**astdr** 208:23
**atlanta** 86:10
88:19 89:16
166:20
**atsdr** 6:10,13
7:17 8:1,9,18
13:22 16:5
18:2 32:14,23
34:3 68:4,16
68:18 69:5
72:3,6 76:16
87:17 88:24
91:19 92:21
97:6 116:7,22
117:7 120:18
121:10 123:1,8
125:10 126:1
132:16 134:2
137:14 138:18
139:7 140:6,14
141:10 143:5
146:1,19
166:14 172:1
177:2 191:15
195:21 196:11
208:23 214:10

224:6 227:19
229:16 230:19
233:13 234:1
234:10 235:17
237:7 238:23
239:15 240:10
241:16 248:2
248:24 249:21
250:7,12,21
252:21 260:22
268:14 270:5
273:10 274:14
275:9,12
290:20 297:24
298:14 300:14
308:16 310:19
311:4,12,17
319:5,10 323:7
323:10 332:17
333:15,16
334:3,17 335:2
335:11,16
336:16 338:18
341:19 342:13
342:14,23
343:7,10 346:4
346:14 347:13
349:20 351:12
352:8 354:2,4
357:18
**atsdr's** 6:24 7:4
34:15 35:5
85:10 88:20
90:17,18 91:4

99:13 116:14
116:18 132:6
133:6 134:6
135:13,23
145:6 164:15
164:24 186:20
192:5 193:10
200:19 229:23
230:5 237:8
239:15 240:20
244:14,24
245:16 247:17
251:7 265:15
281:8 305:10
310:20 331:15
340:6 341:15
347:23 348:3
348:20 349:5
**attached** 5:7
35:20 204:14
**attachment**
5:18,20 19:1
35:20,21 37:5
37:5
**attempt** 34:14
34:18 158:20
**attempted**
209:21
**attempting**
50:17 97:8
125:11 126:17
127:4 152:5
158:10 237:10
255:15

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-9 Filed 04/29/25 Page 371 of 455

**attempts** 207:8
**attend** 167:23
**attendance**
72:17
**attended** 30:1
33:8 76:14
94:14
**attendee** 71:6
71:22
**attention** 18:24
163:23 202:3
222:22
**attorneys** 17:2
17:3,4
**audience** 86:12
94:3,6 246:2,7
**aura** 243:23
247:13,20
248:22
**australia** 80:5
**author** 41:7
80:20 99:17
**authored**
156:18
**authors** 41:9
317:22
**automated**
258:8 260:12
**automatic**
258:7
**automatically**
261:6
**availability**
229:20

**available** 97:17
97:19,22
123:12 151:24
159:17 164:14
164:23 165:11
170:22 193:23
194:20 202:16
208:18 218:3
272:17
**average** 171:9
171:9,14
273:15,18
298:1 302:6,9
302:22,24,24
334:16 346:11
**averaging**
228:24
**avoid** 12:6
244:18
**award** 37:1
**awards** 36:23
60:15 61:5
**aware** 23:19
25:11 26:13,16
64:1,5,8,9,10
64:24 65:2,5
81:12 99:7
121:12 124:16
125:20 126:14
126:16 127:3
127:17 147:5
167:10,13
213:14 217:16
237:9 238:9

256:14 319:14
340:5,10,17
341:14

**b**

**b** 5:20 37:5,5
307:5
**back** 22:7 35:9
71:14 83:15,18
92:14 97:10
102:15 121:15
125:3 128:15
146:16 150:24
151:18 152:14
161:2 162:8,14
163:23 173:20
180:21 183:20
185:6 186:2
193:20 199:11
199:14 212:5
214:6 222:22
242:19 261:17
261:20 262:10
275:14 276:19
278:9,16 282:1
286:9 291:22
292:7 297:14
297:17 330:16
341:13
**backed** 343:10
**background**
86:21 223:17
348:11,13

**backtrack**
292:9
**backwards**
46:24
**bad** 12:21 35:9
**balance** 131:4
338:3
**balanced** 109:4
109:13
**band** 195:17,22
196:13 224:15
**base** 7:10,23
8:7 132:21
133:2 140:11
175:24 200:23
**based** 29:12
34:21 50:4
64:17,18,19
68:7,14 69:7
69:13,13 79:12
108:15 113:16
115:14 118:21
119:17,18
149:11 159:5
182:9,14
190:22 191:1
193:3 204:1
211:3 212:1
223:24 224:19
226:2 228:1
240:1,12,24
242:24 248:15
251:19 252:19
275:20 304:1

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 372 of 455

304:13 315:17
315:23 317:2
328:15,22
336:2,3,23
339:14 342:13
348:1 351:21
**basic** 108:22
253:9
**basically** 14:3
30:16 47:21
52:13 58:9
60:13 86:23
104:23 111:10
182:22 191:3
193:15 197:6
258:23 259:22
324:10
**basin** 294:15
**basis** 43:19
92:6 187:7
203:8 206:5
213:24 214:2
223:23 230:18
232:2 233:7,11
233:17,20
289:24 317:12
320:1,18
346:20
**bates** 332:2,5
**baughman**
3:15 5:5 9:22
9:22 107:5
174:24 220:12
269:4 284:21

286:14 309:2
346:22 348:5
348:23 349:12
350:9 351:17
352:13 353:20
355:16 356:21
357:24 358:5
**bearing** 199:16
**becoming** 40:5
42:21
**bedded** 47:13
**began** 151:9
**beginning**
73:11 275:3
**behalf** 9:20,23
310:19 311:12
**behavior**
121:20 123:3,5
123:7 257:4
**belief** 112:16
253:3 284:12
311:18
**believe** 14:21
16:8 18:1
19:23 22:22
23:13,21 25:24
26:20 27:4
28:15 30:17,21
31:3 32:14,17
33:3 40:20
43:4 45:3
63:14 71:6,14
74:19,24 76:14
77:16 78:9,15

79:8 84:19
87:4,19 88:16
89:11 94:4
97:2,4,14
110:6 117:5
120:20 130:19
138:13 147:8
153:12 196:24
226:5 234:17
243:1,24
247:14 252:5
253:5 256:4
268:15 270:21
272:6 274:20
277:5 298:13
298:21 308:2
312:9 319:8
325:18 340:8
**believed** 96:4
159:6 193:17
**belong** 124:18
**belonged** 29:4
**beneficial**
103:1
**benefit** 103:22
103:23,24,24
103:24 104:23
**benjamin** 4:9
**bennett** 77:4,6
78:2
**benzene** 140:9
165:15,24
**best** 29:17
32:15 36:6

37:12 39:24
40:17 56:9
75:15 94:10
112:11 121:9
129:19 150:5
165:10 170:21
171:13 172:13
172:13 179:10
191:5 192:1,15
195:14,14,23
196:4 204:1
210:5 211:14
211:23,24
224:17,17
225:12 234:4
235:1 244:9
245:19 248:15
251:18 253:12
258:11 259:1
266:3,3 273:3
281:14,15
299:8 318:22
322:6 339:4,17
346:4 356:8
361:11
**better** 113:15
180:18,23
181:1,4 183:6
184:1 211:20
250:24 253:20
264:19 281:5
310:2 323:15
324:1 331:3,4
349:21

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 357-9 Filed 04/29/25 Page 373 of 455

**beyond** 73:22 187:7 276:5

**bias** 295:21 296:11 297:5

**biased** 185:20 279:4,5 280:8

**big** 48:4,6 78:9 221:4 278:3 283:5 284:14 285:19 293:8

**bigger** 308:11 310:2

**bill** 4:22

**billing** 66:2

**bills** 21:3 66:2 66:22

**biodegradation** 317:2,5,9,16,23 318:5 319:6,10 319:15 326:14 327:18,22

**biogeochemi...** 181:10

**biological** 157:22

**birth** 132:22 136:8

**births** 132:23

**bit** 39:11 61:22 62:12 80:15 110:8 123:24 208:3 242:17 288:2 301:10

**blind** 256:10,15

**board** 33:5

**bob** 86:20 89:7 89:8,9,17,23 310:22,23 311:10,11

**bold** 61:3 202:4

**bolded** 60:17 242:17

**book** 40:18,19 41:3,5 43:8 45:23 46:10 80:21 100:22 101:1,5,8,12 109:18 128:16 128:17 129:2 142:23 212:6

**books** 57:14

**botlon** 4:21

**bottom** 91:15 168:3 229:13 239:13 243:9 304:15 318:9 332:4

**bought** 45:1

**boulevard** 3:6 7:9,22 8:6 13:23 34:7,16 34:21 90:23 91:1 93:9,12 94:17 95:21 96:8 97:8,15 99:12 116:11 120:11,18

121:7 141:13 146:2,18 147:16 152:4 159:5 165:8 166:20 200:22 205:11,19 224:7 250:5 260:24 277:4,8 285:8,12 286:5 298:17 299:2 308:1,17,19,20 309:15 323:14 324:15 325:1,5 325:12,14,17 325:21 350:14

**bound** 260:22

**boundaries** 73:22 111:5

**boundary** 98:13 108:3,8 170:13 190:23 190:24 192:4 213:21 257:22 339:1

**bounded** 260:10

**bounds** 248:16 347:6,13,14,18 354:10

**box** 4:9 108:24

**boy** 281:4

**breach** 128:4

**breaching** 48:12

**break** 13:7,12 13:15 83:7,10 83:19,23 84:3 144:18,22 160:19 162:14 162:17,22 199:15 200:1,3 261:11,13,21 275:4 297:8,18 330:11

**breakthroughs** 207:21

**bredehoeft** 7:15 53:12 106:9,10,10,11 242:11,12,13 243:1 250:10 253:4

**bridgeside** 3:6

**bringing** 246:23

**brings** 320:15

**broad** 57:20 214:20 244:20 245:11

**broader** 340:12

**broadway** 3:16

**broke** 325:8

**brought** 40:12 40:13 88:23 217:7 246:24 316:7

**budget** 113:11

buffered   257:3
build   112:13
  181:22,24
  182:1 183:24
  264:17
building
  264:18
buildings
  205:23
builds   253:13
  253:23
built   169:23
  170:7,11,14
bulk   38:15
  266:22 303:12
  303:19 304:5
  304:11,20,23
  305:6,13,13
  306:1,1,18,23
bullet   60:15,16
  154:23,23
burial   111:16

c

c   9:1 284:7
calculate
  133:17,18
  276:18 304:1
  307:23 356:5
  356:15
calculated
  120:4 203:9
  206:7 207:20
  314:9

calculates
  261:6 304:11
calculating
  301:20 305:11
calculation
  197:10 303:20
  307:19 317:19
  318:16 322:17
  323:4
calculations
  51:17 143:13
  214:12 224:16
  248:15 290:5
  298:18 315:2
calibrate
  159:17 168:7
  168:18 234:24
  257:17,20
  258:24 259:9,9
  259:12 260:4
  284:15 356:9
calibrated
  151:8 158:15
  224:18 229:18
  231:17 248:15
  260:21 271:7
  280:6 281:1
  289:12 304:17
  305:5 307:5
  351:22 354:10
calibrating
  168:13 255:15
  260:2 283:6
  284:13 285:19

286:4
calibration
  169:11 195:14
  195:23 227:20
  228:2 245:17
  245:19 255:5
  255:12,22
  257:19,21
  258:6 260:9
  261:2,5,7
  281:14 289:6
  289:15,20
  291:8,11,15
  301:1 306:10
  307:8 318:11
  318:17 319:3
  319:24 320:4
  320:10 321:1,9
  321:17,22
  322:5,6 330:3
  332:20,22
  333:1,5 339:5
  339:17
california
  158:9
call   49:10 73:4
  123:19 144:10
  256:9 339:12
called   10:15
  31:4 38:1,2
  44:21 56:6
  58:18 78:5
  80:14 102:6
  125:7 148:10

162:4 258:3
calls   183:19,22
  223:12
camp   1:7 5:23
  6:4 7:1,10,23
  8:7,23 9:12
  11:2 19:6
  21:11 30:22,24
  39:7 62:23
  67:23 70:2
  72:6 85:10
  87:17 92:21
  97:1 99:14
  100:1 116:9,15
  116:19 121:11
  121:12 126:21
  132:21 136:3
  140:11 152:3
  164:10,15,24
  165:1,14,23
  175:6 186:20
  191:17 200:23
  215:20 240:20
  250:12 308:7
  343:21 345:10
  345:12 347:21
campus   88:23
cancers   132:22
  136:9
capabilities
  184:5
capability
  153:1

**captioned**
360:6
**capture** 263:5
**care** 142:6
**career** 37:23
38:16 39:14
73:18 236:24
**careful** 110:15
187:6 216:6
**carefully**
146:24 178:12
207:22 214:22
270:12 314:21
316:22 354:22
**carlsbad** 47:12
**carolina** 1:2
7:11,24 8:8
9:15 14:1,10
72:16 116:10
132:21 140:11
200:24
**carries** 243:22
244:4 247:12
**carry** 247:20
**case** 22:4 24:1
25:12 45:22
65:8 66:6
75:23 80:9
83:4 133:24
175:16 215:20
246:6 250:7
251:6 252:15
276:5 281:17
316:3 342:12

**cases** 1:10
104:4,8 237:5
324:7 339:23
**casually** 76:11
**categorical**
335:7
**category** 349:7
**caught** 306:1
**causation**
139:9 147:19
**cause** 63:2,5
108:17 314:9
316:11,14
**caused** 315:18
315:24 316:4
**causes** 198:5
314:4
**causing** 184:22
**cautioned**
217:15
**cautioning**
216:6
**cautiousness**
255:1
**caveat** 25:5
**caveats** 244:1
**cdc** 88:23
**cell** 355:6
**center** 71:10
**central** 217:9
280:3
**century** 166:20
**certain** 65:3
94:5 108:23

136:8 197:7
295:2 316:11
**certainly** 34:24
62:9 70:1
77:23 80:8
112:8 113:9,22
116:1 155:2
157:20 179:1
207:17 213:17
229:2 233:22
248:11 273:14
280:8 281:19
289:16 290:8
293:6 319:13
321:8 327:6
329:9 336:10
337:24 339:18
344:5 350:23
**certainty** 223:3
223:10 224:8
225:14 248:23
260:22 326:22
**certificate**
361:1
**certified** 2:21
**certify** 361:5,7
361:12
**chairman**
44:17 53:10
**challenge**
208:11 209:18
**challenges**
208:18

**challenging**
207:4 208:5
229:17 347:1
**chance** 67:9
94:3 214:24
225:16 344:23
**chandler**
294:15
**change** 111:22
113:19,22
213:24 241:19
293:3,8 296:21
296:22 327:11
338:15 355:6
355:12,20
356:17 359:3,5
359:7,9,11,13
359:15,17,19
359:21,23
**changed** 49:5
**changes** 103:15
109:5 118:3
258:1 294:14
295:14,18
326:20,21,24
327:12 360:9
360:12
**changing**
113:16 259:22
**chapter** 6:9,10
6:13 8:9 16:8
101:11,18,19
102:20 103:4,5
103:8,10

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-9 Filed 04/29/25 Page 376 of 455

105:23 128:16
128:17,17
129:2 132:5
212:6,6 287:1
312:8 345:9
**chapters** 41:6
**characteristic**
122:21 193:18
205:9
**characteristics**
111:12,22
158:5 217:20
238:2
**characterizati...**
122:22
**characterize**
112:6
**charge** 202:4,6
340:18,19,21
341:8
**charged** 43:4
66:12
**charging** 65:11
65:12
**charlie** 45:3,5
**chart** 271:12
**chats** 19:5
**check** 15:9
284:7 330:12
**chemical** 74:17
74:24 110:2
149:12 153:16
157:22 181:10
229:21

**chemicals**
64:20 65:3
136:13 153:2
241:3
**cherry** 279:6
**chief** 30:19
38:19
**childhood**
132:22 136:9
**children** 136:9
**chime** 265:18
**chloride** 6:16
165:14,23
**choice** 131:10
**chose** 137:1
323:7,10
**chris** 53:21
**circles** 241:8
**circumstance**
73:16 257:17
**circumstances**
175:3 184:10
316:11
**citation** 106:8
**cited** 57:5
**cities** 103:24
**city** 31:5
**civil** 4:5
**claim** 21:1
243:24 247:14
249:18
**claimed** 250:21
317:22

**clarification**
12:22 145:23
**class** 71:6,13,15
**cleaner** 12:9
189:8
**cleaners** 175:15
188:20 189:14
266:1 267:12
270:23
**clear** 49:7
116:16 143:5
180:12 185:18
186:8 205:11
230:15 243:13
248:2,19
280:20 347:6
347:12,18
356:13
**clearly** 192:19
196:12 231:19
234:9 248:13
297:4 323:1
324:1 351:6
**clement** 341:11
342:10,20
343:14 344:1
**climate** 115:15
**clja** 6:12,15 7:3
7:12 8:20,24
332:5
**close** 65:3
253:23 292:15
292:20 293:1
295:17 309:22

330:11
**closed** 48:11
87:4
**closely** 130:5
255:17 300:20
339:23
**clouded** 207:18
**coarser** 182:15
**coauthor**
101:11 103:2
**coauthored**
101:18,19,22
129:3 130:12
130:14 242:10
**code** 78:16
80:14 81:1,9
131:11 315:17
315:23
**codes** 119:9
**coefficients**
118:8,9,10,13
193:15 207:16
251:24
**collaborated**
82:23
**collaborates**
82:23
**colleague** 72:9
102:4
**colleagues**
102:15,18
183:20
**collected** 111:4
283:22 288:4

Golkow Technologies,
A Veritext Division
877-370-3377                                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 377 of 455

292:23 293:11
319:24 320:3
**collecting**
168:9
**collection**
99:23
**colorado**   6:18
71:10 73:19
148:19
**combination**
259:2
**combinations**
245:8 259:11
274:21
**come**   16:4 35:8
48:11 69:18
73:16 85:16
92:24 226:17
234:5 250:22
291:22 292:6
302:16
**comes**   24:12
58:24 109:4
158:16 170:16
226:8 304:2
**comfortable**
236:3,5
**coming**   87:22
108:24 283:19
**comment**   90:1
178:13 202:12
209:13 236:1
278:24 284:5,6
285:19 286:2

311:21 327:7
327:16 328:4
332:12,17
335:15
**commenting**
177:9 222:18
222:19 236:4,6
**comments**   24:9
27:24 28:3
91:9,14 95:3,4
95:7,16 169:4
177:11 186:12
194:16 201:15
203:6,16
204:13 206:3
209:17 214:7,7
214:13 223:23
267:10 276:14
310:21 321:6
328:8 341:17
341:19,21,22
341:23 342:1,6
342:18
**commission**
56:4 361:23
**committee**
40:10 41:10,14
41:18,21 42:1
42:4,5,9,14,16
42:18,19 43:4
43:7,24 44:3,8
44:14,18,20
45:4,9,12 47:7
48:2,2,20

49:23 50:10
51:4,7 52:1,1,3
52:4,5,19,19,22
52:23 53:4,10
53:16,20,21,24
54:2,6,13,20,21
55:15,21 57:1
57:13 86:18
87:2 340:19,19
340:21 341:2,3
341:8 344:8
350:5
**committee's**
348:17,19
349:4
**committees**
32:19 39:14
50:14,21 55:24
340:4 344:14
344:16,18,19
**common**
104:24 118:6
124:11,13
125:5 181:16
187:17 198:7
241:6 276:5
357:7,21
**commonly**
123:20 124:1
279:3
**commonwealth**
2:23 361:2,5
361:22

**communicati...**
19:6,14 20:24
21:13 73:2,6
**community**
79:14 243:14
243:15 244:10
**company**   44:21
44:23,24 45:1
45:2 74:17
77:16 79:9
**compare**
180:15 256:20
**compared**   96:3
217:20 262:20
315:2,4 320:6
**comparing**
255:22 287:8
295:5
**comparisons**
332:19
**compensate**
69:6
**compensated**
70:14 100:12
**compensates**
306:11
**compensating**
305:8 307:7
**compensation**
21:4 67:22
68:21 69:2
**competent**
249:17 353:4

Golkow Technologies,
877-370-3377                  A Veritext Division                  www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 378 of 455

**complete** 25:21 36:10 37:10 67:11 273:4

**completed** 74:12 116:22 117:2 120:14

**completely** 59:1 112:6 158:4 318:15 338:13 350:11

**completing** 229:17

**completion** 48:10 207:6 208:7

**complex** 46:1 110:11 111:18 183:3 198:3 209:11 215:22 215:23 228:22 302:20 324:16 346:6 350:4

**complexities** 198:21 206:23

**complexity** 182:23 183:23 184:7,9,11 202:19 204:20 205:16 214:16 215:7,11 325:20,23 342:12 343:3

**complicated** 354:18

**compliment** 346:9

**component** 48:1 191:14 304:4

**compounds** 132:19 140:9 147:13

**comprehensive** 204:4 237:2 242:24

**computation** 328:11,12,20 329:7,23,24

**computational** 182:14,16 202:8

**computations** 322:14

**compute** 110:2 134:13 140:18 177:6 298:2

**computed** 128:3 317:23 318:5 337:16 339:8,15

**computer** 184:3,5 217:12

**computing** 124:5 300:23

**concentration** 96:19 97:20 98:17,23 99:3 110:2 121:21

123:10,11 124:6 126:3,18 127:5,22 133:18 136:18 136:18 143:7 145:8 151:24 152:10 158:20 160:10 164:14 164:17,23 165:6,7,10,13 165:22 168:12 178:20,21 179:23 181:15 189:22 193:23 194:21 196:17 197:11,17 198:19 205:6 211:4 213:1 214:11 215:16 229:19 234:19 282:24 284:9 287:9,10 293:1 293:8 317:3,11 317:16 318:1 319:23 320:3,8 334:7,12,13 336:4,19,21,22 337:15 351:22

**concentrations** 50:18,24 63:18 87:22 124:5 125:12 126:10 128:3 134:12 137:12 140:17

141:20 149:6 151:16 152:7 153:17 158:11 159:10 177:7 185:17 192:10 197:2 206:16 207:22 209:20 224:5 230:23 230:24 231:23 233:5,12,19 234:1 235:17 237:11 241:18 251:6 271:10 271:21 281:9 287:15,21 289:19,21,22 290:8,15,17,21 296:2 298:2 301:5 314:9 326:18 327:9 332:22,24 334:19 337:3 338:18 339:3 339:14,22 346:12 347:23 349:19 350:6 354:5 355:4,9 355:18 356:15 356:19

**concept** 258:16 258:23 307:7

**conception** 142:22

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 379 of 455

concepts  348:2
conceptual
  106:15,23
  130:6 131:9,21
  142:23,24
  143:4 145:2,3
  145:6,13,15,19
  145:24 146:12
  181:24 182:5
  263:6
concern  48:6
  96:13 98:18
  312:16,17,24
  313:19,20
  314:6,7,11,15
  314:16 317:6,8
  317:14 320:2,6
  320:7 321:19
  321:23 322:21
  343:9
concerned
  92:13 244:6
  312:18 315:12
concerns  48:5
  91:22 92:9,15
  92:17 95:1,20
  95:23,24 96:1
  96:2 217:1,5,6
  217:7 218:18
  219:19,23
  221:20 222:19
  311:5,13,19
  312:5,6 313:6
  314:1 326:16

328:9
concluded
  358:16
concludes
  164:7 358:12
concluding
  194:11
conclusion
  223:12
conclusions
  155:14,16
  227:13 229:13
  345:22
condition  98:4
  98:22 121:23
  159:15 168:14
  169:13 191:1
  258:3 317:10
conditions
  98:13,14,15
  108:3,4,8
  113:14,16,17
  113:20 170:13
  190:24 192:4,5
  197:2 257:22
  338:5,8 339:1
  339:1
conducting
  132:17 140:6
  336:16
conductivity
  118:12,17
  197:20 228:9
  260:15 308:11

309:23 310:4
conference
  2:12
confidence
  195:16 197:1
  203:8 206:6
  229:9 253:13
  253:24 254:14
  264:17,18
  301:3 324:3,4
  339:6,18
confining
  145:18 312:12
  313:1,7,12
confirm  20:18
  116:17 197:15
  284:10
confirmed
  145:4
confirming
  273:11
conflict  312:20
confronting
  207:5 208:7
confused  56:3
connecting
  295:17
connection
  52:15 313:15
connections
  121:6 325:16
connects
  119:14

connotations
  244:5
consensus  87:5
  91:18
consequence
  148:16 159:3
consequences
  51:15 152:22
conservation
  105:14 108:16
  108:20
conservative
  185:14,16,18
  186:9,14,19
  187:3,10
consider  38:3,7
  38:11 61:9,18
  62:1,7,10
  72:11,14 188:8
  193:5 195:18
  195:20 216:8
  259:17 291:4
  312:1 314:21
consideration
  63:16 196:10
  236:19 248:17
considerations
  216:9
considered
  5:16 25:22
  26:9,15 34:24
  51:15 57:3,4,7
  57:15 58:16
  59:15 60:3,9

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 380 of 455

78:2 79:15
81:3 89:18
157:20 182:7
207:22,24
214:23 311:21
314:17 319:10
336:1 342:22
**considering**
192:10 301:8
313:16 323:5
**consistency**
338:1
**consistent**
77:13 117:3
166:24 197:12
225:13 241:19
260:16 333:4
**consistently**
221:14,15
**constant** 109:8
180:22 276:23
276:23 305:1
317:2
**constituent**
157:21 198:17
198:19 302:9
302:11,24
303:2
**constituents**
109:3 197:8
302:2
**constitutes**
110:11 145:17

**consultant** 5:22
6:3 79:9
**consulting** 45:2
77:16 79:13,14
**contact** 70:20
84:12,17,20
**contacted**
69:21 70:19
**contain** 19:13
23:24 24:21
**contained** 25:6
35:3
**contaminant**
50:24 63:2,5
63:14 86:23
96:6 97:20
98:3,20 116:9
124:12 125:12
126:17 127:4
135:16 136:18
137:11 143:7
145:7 149:6
151:16 152:6
152:10 153:21
158:11,20
185:17 192:10
202:19 204:20
206:15 209:20
224:5 237:11
240:16 266:23
270:4 281:9
298:18 303:8
334:16 335:6
338:18 350:6

**contaminants**
8:22 51:11
73:21 115:23
121:23 125:4
134:12 140:17
141:20 154:8
154:14,15
174:11 192:17
266:4 267:13
268:2 272:12
280:13 345:10
346:12 354:5
**contaminated**
46:5 121:24
124:19 132:20
134:14 135:15
136:2 140:19
168:10 172:21
174:2,8 270:23
271:1 272:1,9
**contamination**
5:24 6:5 39:20
40:4,23 41:15
46:14 73:21
96:4,24 97:9
97:10 122:2
124:15 151:7
151:11 152:20
152:24 153:5
154:22 157:13
159:5,8 170:1
171:19 205:13
271:17 272:3
323:10 346:6

350:3
**content** 219:24
**context** 32:11
49:15 74:9
169:3 175:6
178:13 284:19
286:16 332:16
**continue** 83:21
112:23 143:21
162:15 199:19
261:23 297:20
**continued**
162:4,7 259:22
**continuing**
266:17
**continuous**
313:1 335:7
**continuously**
275:2
**contract** 68:17
69:4
**contractors**
52:6
**contribute** 52:4
99:12
**contributing**
280:13
**control** 133:24
198:13 221:3
**controls** 105:5
**conversation**
24:19 84:4
193:3

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 381 of 455

**conversations**
  19:5 167:11
**coordinator**
  71:13
**copies** 66:1,4
**copy** 22:3 23:2
  35:21 36:1
  67:13 287:1
**copyright**
  101:16
**corollary** 12:15
**corps** 7:10,23
  8:7 132:20
  140:10 200:23
**correct** 15:3
  17:3 18:3
  21:16 22:3,10
  22:13 27:14
  28:6 30:15
  33:14 34:8
  35:22 39:8,16
  39:22 41:18
  51:19 56:1
  58:2 60:20,21
  61:14,19,20
  62:3,7,14,15,17
  62:19,20,23,24
  63:2,6,7 64:6,8
  64:9,24 65:1,9
  66:13,20,21
  67:20,21 68:5
  68:6,10 69:12
  70:18 72:18,19
  75:20,21 76:1

76:2,4,7,8 80:6
82:5 85:11,12
85:14,15 90:14
90:15,19 92:23
93:22 94:12
97:11,23 99:4
99:18 100:8,13
100:14 101:6
101:24 105:19
112:20 116:12
116:20,21
117:10 119:4
119:24 120:6
120:19 123:12
130:18 132:7
133:12 134:7
134:20 135:3
136:20 137:4
138:4 141:2,10
141:13 143:23
146:5 148:7,8
148:19 149:2,3
150:18 152:1,2
152:11,12,18
153:9,18,24
154:4,19
155:14 165:16
168:20 172:24
174:13,14,16
174:18 178:1
188:20 194:4,8
196:23 201:5
202:10 203:13
204:14 210:17

219:4,10 222:4
223:5 227:3,4
227:10 233:9
233:10 235:11
235:12 238:18
242:14,15,21
243:8 246:3,6
246:8 249:6
252:7 255:13
259:14 260:6
263:18,22
265:15 267:5
269:2 270:6,24
272:4 273:12
276:14 282:10
282:15 283:10
287:2,6,11
288:14 290:18
292:11,15,19
294:8,24
296:12 298:11
299:4,15,19
300:1,15
301:21 303:5
303:13,20
305:11 306:1
306:19,24
307:3,10,14
308:1,8 310:17
310:21 311:7
311:13,14
312:14,15
324:22 325:21
332:10 340:9

345:15
**corrections**
  360:9
**correctly** 62:6
  103:17 106:17
  110:17,21
  122:5 130:9
  131:12 133:3
  134:4 135:20
  136:4,14
  140:21 151:13
  153:6 155:24
  157:15 168:15
  168:16 170:4,5
  172:15,16
  176:21,22
  194:24 201:1
  202:22 203:10
  203:11 208:1
  215:1 230:1
  232:3 240:17
  244:11 263:14
  267:1 270:1,2
  271:22 283:7
  294:18 295:22
  306:15 318:2
  328:17,18
  333:2,3 335:9
  335:10
**correctness**
  243:23 247:13
  247:20 248:9
  248:22

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 382 of 455

| | | | **d** |
|---|---|---|---|

correlation
275:24
corresponden...
19:4 20:6,24
30:23
cost 131:5
council 39:15
40:7,21 56:3,9
56:14 57:24
340:4,5
council's 56:20
341:19
counsel 9:17
19:11 66:3
85:23 95:8
149:13 361:13
361:15
count 240:4
counter 240:8
256:5 279:8
countered
342:24
countering
342:19
counting 17:16
counts 305:5
county 104:15
couple 31:7
36:5 71:12
106:3 132:10
146:15 189:1
211:18 231:9
252:8 294:3
297:22 328:4

courant 221:1
221:13 314:22
course 82:21
207:9 271:9
court 1:1 10:11
11:17 12:1,9
35:11 65:17
100:17 144:11
144:11 161:4
361:4
covered 20:1
20:11 24:4
cows 51:10
create 112:14
created 109:2
226:9
creates 63:17
221:4
credibility
328:10
credible 229:19
criteria 221:16
260:18
critical 134:9
287:20 342:14
critically 48:22
criticism
200:12 326:15
343:4,9
criticisms
24:10 342:19
343:11
criticized
250:23

critique 92:3
193:21 331:15
331:21
critiques 92:18
95:20 223:21
crossing 30:12
crr 1:23 361:21
crude 350:5
cumulative
119:22 120:9
current 21:12
36:3,4 135:16
263:1 334:3
currently 21:14
25:11 26:13
39:4 67:24
curriculum
5:18 35:22
36:1,8,16,20
curve 283:18
283:19
cuts 284:3
cutting 346:5
cv 1:4 37:14
38:18 39:12,18
42:12 47:6
60:14 61:4
cycle 274:5,11
cycled 274:16
cycling 271:18
274:20

**d**
d 9:1 46:5
data 97:17,19
97:21,22 99:4
99:23 111:4
112:13 119:14
123:12 124:8
131:6 133:23
140:12 141:1,9
151:21,22,24
152:9 155:23
159:17,18
164:10,14,18
164:18,19,20
164:20,21,23
165:3,6,11,13
165:16,22
168:7,9,18
170:22 187:7
191:7,7 193:23
194:20,21
196:17 197:3
197:17 200:14
202:8,19
204:20 205:1,2
206:22 207:7
208:18 210:6,8
216:19 229:21
229:23 230:6
249:5,11
254:19 255:4
255:24 256:7
256:10,16,18

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 383 of 455

256:23 257:9
257:11 271:15
272:16,24
279:22 284:9
287:18 288:21
288:24 289:24
291:24 292:1
292:12,13
295:16,19
300:22 311:3
317:23 318:5
319:23 320:3,8
321:16,22
322:13,17
326:19,21,24
327:10,11
328:16,23
329:22 330:1
339:20
**database**
214:17 215:8
215:12
**date** 9:7 151:18
201:3 270:5
323:9 361:10
**dated** 22:10
26:10 66:16,16
269:1 282:9
**dates** 66:9,16
97:4 117:6
190:2
**dating** 97:10
275:14

**dave** 93:14
**david** 27:3
33:18
**davis** 4:20 27:7
28:14 29:3,14
33:2,13,16
**davis's** 252:6
**day** 14:10 15:6
16:7,20 72:16
87:7 93:15
174:2,4,7
180:14 188:19
228:9,10,11
265:3 268:3,4
268:22 273:17
282:3,4 285:17
288:4 301:15
315:3 330:23
360:15
**days** 14:3 86:10
88:12 93:21
175:21 184:2
189:12 292:24
321:12
**dc** 4:10
**dealing** 89:21
**dean** 3:5 9:19
9:20 19:17,21
24:2 28:20
54:15 57:9
59:8,17 67:15
69:16,21 70:18
78:23 79:17
80:17 82:7

84:13 97:12
99:5 100:21
112:21,23
114:2,9 117:18
117:21 122:17
123:13 125:14
126:5,20 127:1
133:10,13
136:21 137:15
138:6,11,22
139:11,18
141:3,14 142:1
142:13 143:8
143:24 144:10
144:19 145:9
146:6,22 147:7
147:20,23
160:3,12,20
161:2 165:17
166:1 168:24
173:2,5 179:14
186:22 187:13
187:24 188:3
190:6 191:19
192:12 196:19
219:5 220:16
221:23 223:11
224:9 225:22
227:7,9 228:19
230:9,11
234:21 236:8
237:13 246:16
246:19 249:2,7
249:22 251:8

253:1 258:18
258:20 263:20
270:7 273:2
284:16 286:7
287:16 288:15
292:2 295:1
299:20 303:16
303:21 318:7
323:17 328:24
333:7 335:13
335:19 337:7
342:3
**dean's** 70:24
**deanna** 4:19
**debate** 241:7
243:17
**decades** 159:8
**december** 39:1
66:17,17,18
**decide** 36:15
129:19 182:15
189:22 195:13
234:12
**decided** 55:18
70:9
**deciding** 190:1
**decision** 69:19
**decisions**
183:23
**declaration**
360:1
**declare** 360:4
**decline** 318:1

Golkow Technologies,
877-370-3377   A Veritext Division   www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 384 of 455

declines 317:3
decrease 184:12
decreased 317:11
deemed 48:8
deeper 54:21
defects 132:22 136:9
defend 343:12
defensible 224:19 226:3
deficiencies 221:8
define 95:2 98:13 108:3 112:1 129:5 210:6 212:11
defined 96:11 96:13 106:14 184:15 263:8 324:1 347:9
defining 129:15 208:13
definition 98:15 108:7 180:19,24 181:1,4 197:20 281:15
definitions 106:6 210:7
degradation 206:11 317:12 317:15 326:19

327:10 346:19
degree 157:12 158:3 198:24 207:10 208:18 210:2 223:3,9 224:8,11 253:18 257:5 281:23 293:3 295:17 296:8 328:10 329:12
delivered 298:2
delve 54:20
demand 275:20
demands 274:12
demonstrate 48:23 50:6 170:2
demonstrated 284:13
demonstrates 280:24 288:13
denise 1:23 2:20 10:11 361:3,21
dennis 4:19
dense 175:24 176:5
density 303:12 303:19 304:5 304:11,20,23 305:6,13,14 306:1,2,19,23

denver 71:10
denying 178:14
department 4:4 8:18 10:2 11:1 47:11 48:20 75:2,24 275:1 334:4
depend 198:18 203:1 258:3
depending 198:18 348:10
depends 57:12 175:2 228:14 251:9 257:5 337:8
deponent 9:15
depose 75:8
deposed 73:12 74:9 75:10,18 149:18
deposition 1:12 2:11 5:6,9 9:9 11:2,8,12 13:19 17:19,20 18:6,19,20 24:4,20 25:8 28:5,8,22 29:2 29:7,11 73:12 73:16 75:9 100:4 111:14 111:16 125:10 147:4 163:4,7 163:14 250:6 358:16 360:6

360:10
depositions 28:13,17 29:13
deposits 47:13
depth 54:18 252:10 343:6
describe 37:16 37:18,21 50:11 73:15 75:11 108:17 118:20 180:13 210:11 210:13 221:13 238:3 294:12
described 16:9 110:14 118:4,9 191:23 197:14 203:5 221:10 322:15
describes 80:21 107:24 147:10
describing 116:7 240:15 244:13 246:14 247:17 251:2
description 75:17 107:3,8 145:21 232:12
descriptions 210:10
design 128:23 129:4 153:4 154:2 212:7,10 213:2,18 214:4 234:23

Golkow Technologies,
A Veritext Division
877-370-3377                                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 385 of 455

**designating**
78:10
**designing**
212:16
**desirability**
193:18
**desorb** 302:16
**desorption**
302:7,19
**destroyed**
109:2
**detail** 54:23
209:14 219:14
219:15 317:18
**detailed** 36:10
54:17 237:2
319:12 342:17
343:6
**details** 32:19
89:4 214:21
272:19 275:19
311:9 317:7
321:24 322:9
**detects** 288:22
**determination**
334:24
**determinations**
51:1 138:21
146:21 158:12
160:11 237:12
**determine** 6:20
135:24 136:7
149:7 179:12
209:22 335:4

**determined**
193:11
**determining**
126:19 127:6
149:8 331:2
**deterministic**
107:15,19,20
108:15 109:7
**develop** 31:6,9
74:1 149:10
150:6 182:5,7
191:5 210:2
234:24 355:20
**developed**
93:10 116:8
133:7,16 146:1
146:3,12 151:7
203:4 208:10
236:23 249:15
250:13,14
355:12
**developing**
31:24 80:13,16
98:9 181:19
191:4 211:13
212:19 234:20
240:10 312:19
346:16
**development**
78:16 104:19
128:23 130:7
131:6 150:1,8
177:6 190:21
210:1 211:1

212:7 356:1
**developments**
237:3
**devin** 4:21
**dictate** 309:11
**differ** 172:9
173:22 307:24
**difference**
207:18 217:9
217:14 218:8
273:23 306:21
308:3,5,5,10
314:2,8,13
315:6,14,18,24
316:10,21
327:20 357:2
**differences**
296:16 308:11
315:9
**different** 86:13
111:21 112:2,3
137:24 143:17
179:4 196:14
198:19 205:23
205:24 217:24
237:5 256:24
259:10 262:23
271:6,6 274:6
274:11,20
275:23 278:1
291:5,7 293:12
294:21,21
315:3 344:20
347:16

**differential**
98:12 108:2
**difficult** 80:3
106:7 207:4,16
208:5,11
257:10 346:16
347:2
**difficulties**
207:5 208:6
313:11
**difficulty**
183:17
**dimensional**
110:11
**dinner** 76:23
**direct** 18:24
33:10 83:1
160:8 163:22
216:1
**directed** 89:3
246:1,7
**directly** 25:7
111:20 113:1
304:6 306:14
**directors** 33:6
**dis** 207:13
**disagree** 57:20
129:12 167:6
168:23 169:7
169:11 240:5
313:20 321:3,5
323:6,9 326:15
328:8 329:10
333:12 347:11

Golkow Technologies,
877-370-3377  A Veritext Division  www.veritext.com
Case 7:23-cv-00897-RJ  Document 357-9  Filed 04/29/25  Page 386 of 455

disagreed
  328:1
disappointing
  343:7
discern  106:7
discharge
  153:22
discharges
  119:11
disciplines  50:3
discontinuous
  313:13
discover
  277:12
discretization
  213:2
discretizations
  207:24
discretize
  118:13 182:8
discuss  14:5
  25:6 35:4
  162:18 278:18
  288:10
discussed  17:19
  40:3 43:18,19
  43:20 50:16,22
  61:24 72:15
  85:9 100:5
  117:15 121:16
  125:10 133:5
  142:22 175:11
  187:20 188:23
  202:17 230:3

247:6 283:16
326:17 343:18
discusses
  326:14
discussing  16:2
  45:17 212:7
  267:18
discussion  28:4
  29:6,10 90:22
  93:11 167:17
  175:5 176:24
  186:11 188:23
  234:15 265:18
  311:2 343:2,18
discussions
  15:17 34:23
  40:10,14 177:8
  183:20 341:1
  343:16 347:14
disease  63:2,6
  335:5
dispersion
  92:10 207:20
  217:8,16
  218:14 220:3
  220:24 302:14
  314:4,11
  315:20 316:1,5
  316:9,12,15
  317:17
dispersivity
  207:14,15
disposable
  175:24

disposal  47:13
  49:10 54:6
  189:14 276:24
dispute  144:19
dissolved  110:2
  153:2 176:3
  197:8 241:3
distances
  308:12
distinguish
  64:13
distributed
  178:20
distribution
  7:7,20 8:4 38:5
  38:7 87:23
  98:17,23
  114:23 121:5
  121:11 122:1
  124:7 133:19
  159:20 181:2
  194:22 195:8
  200:21 298:19
  299:3 300:7,19
  325:15
distributions
  113:21 126:11
  150:7 229:19
district  1:1,2
  9:14 89:22
districts  104:14
disturbed
  109:2

divide  312:23
divided  89:14
dividing  312:21
division  1:3 4:5
  9:7 89:13
divisions  60:24
divorce  212:17
  212:21
dobner  1:23
  2:21 361:3,21
doctor  356:14
document  1:9
  15:10 18:10,15
  18:16 19:1,10
  19:13 21:21
  25:15,20 26:5
  35:14,17 65:18
  65:20 84:11
  100:19 101:14
  132:2 139:23
  150:13 156:24
  166:10 169:9
  199:5 200:7,18
  201:18 216:18
  219:17,21
  221:19 223:18
  242:6 268:19
  278:5,15
  286:21 293:17
  297:7 309:3,4
  310:9 313:21
  326:2 327:9
  329:17 331:11
  340:1 345:5

Golkow Technologies,
A Veritext Division
877-370-3377                                         www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 387 of 455

346:1 356:10

**documented**
275:17 277:21
354:22 357:22

**documents**
14:22 15:1,11
15:23 16:6,16
16:20 17:7,11
19:14,24 21:3
21:13 26:3
65:16,24 68:7
68:14 69:8,24
84:9 86:7
87:10 135:14
173:9 203:5
204:2,6 209:1
217:4 218:7
225:4 310:12

**doe** 51:6 52:5

**doherty** 80:4,5
81:12,18 84:4
84:22 85:4

**doherty's** 84:12
84:12

**doing** 85:20
91:17 105:11
125:5 150:5
183:5 187:6
191:4 217:11
260:11 266:1
279:18 301:2
320:13,21
335:18

**doj** 75:4

**doj's** 75:24

**domain** 341:1

**dose** 51:14

**doses** 51:7

**doubt** 90:24
209:23 293:6

**dougherty**
93:14

**downgradient**
48:18 51:8

**downstream**
127:15 235:3

**dozen** 237:2

**dozens** 205:21

**dr** 5:10,11 8:16
10:22 22:2
25:21 32:12,22
76:3,6,9 77:2,2
83:5,5,20
107:6 162:11
164:7,9,13
168:6 176:10
176:14 185:13
185:15 193:22
194:15 199:17
200:11,12
227:18 239:17
239:20 240:9
261:22 269:19
276:17 278:17
291:13 297:19
300:6 301:14
305:9,24 306:8

310:16 330:20
342:20 353:21
358:13

**draft** 86:8
87:10 208:24
312:8

**drain** 174:9

**drank** 51:10

**drawdown**
296:22

**drifting** 218:10

**drill** 104:7
113:3,10,11
180:22 211:18

**drilling** 115:1
211:23

**drinking** 7:8,21
8:5 63:18
124:20 132:20
134:15 135:14
136:2 140:10
140:20 200:21

**drive** 2:16 9:11

**drug** 256:12,13

**dry** 189:8,14
305:14

**due** 66:20
111:10 296:1
302:12,13
316:15,16
317:15,17

**dulles** 2:15
9:10

**duly** 10:16
162:5 361:6

**dumping** 171:7
174:9 175:20
189:7

**duplicative**
287:24

**duration**
134:14 140:19
276:21

**dyncam** 46:5

**e**

**e** 9:1,1 19:3,23
20:6,23 69:14
73:1,5 101:23
102:1 201:9
343:16

**earlier** 34:2
61:24 72:15
85:9 97:14
100:4 125:9
142:21,22
149:17 152:11
163:11 230:3
234:15 237:16
242:11 282:22
299:24 311:1
355:22

**earliest** 97:17
97:22

**early** 53:14
71:20 72:1
73:18 122:1

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-9 Filed 04/29/25 Page 388 of 455

159:7 163:10
207:21 215:17
**easier** 12:5
105:20
**easily** 152:23
**eastern** 1:2
9:14
**economic** 113:2
115:15 152:22
154:7,12
**edge** 346:5
**editor** 30:19
33:7 38:19
343:17
**editorial** 242:9
242:20,22
243:7 247:7
262:11
**education**
36:21
**effect** 43:9
104:15 107:2
107:21 108:17
148:17 159:19
184:17 198:23
218:13 220:7
253:19 258:7
269:22 300:23
302:18,21
334:9
**effective**
103:12,19
104:20 105:1,2
154:2

**effects** 115:1
136:1,12 140:8
147:11 149:24
179:2 190:16
207:20 220:2
334:18 340:21
341:6
**efficiency**
131:7,19 143:1
184:7
**efficient** 105:2
154:3 217:12
258:10
**effort** 120:11
130:4 211:14
238:4
**efforts** 90:17,18
91:4 92:18
94:18 97:7
99:13 115:24
116:15,19
164:15,24
182:15 191:5
340:7 341:15
341:20 350:1
**either** 28:12
41:5 71:19
75:7 77:2
107:9 182:13
206:10 316:6
335:6 349:17
358:3
**elaborate**
123:23 208:3

**elected** 59:6,13
59:14 60:2,17
344:9,24
**electronic**
22:16
**element** 102:22
109:1 263:6
**ellipses** 206:15
**elusive** 228:17
**emphasis** 211:8
334:6 336:18
**emphasize**
208:20 246:23
276:2 279:7
**emphasizes**
334:7
**employed**
100:7
**employee** 69:1
69:3 77:23
82:1,24 100:11
361:13,15
**encompasses**
38:13 58:21
**encompassing**
25:3
**encouraging**
263:13
**ended** 53:17
301:2 319:16
**energy** 47:11
108:16,21
109:8

**energy's** 48:21
**engineer** 53:20
102:3
**engineering** 6:9
26:8 58:12,19
60:3,18,23
61:16 101:6
191:5 198:1,6
241:4 340:3
**engineers**
118:6
**enormous**
208:5
**enormously**
207:4 208:5,11
**ensminger**
93:23 94:9
**ensure** 260:20
**entail** 105:8
**enter** 190:12
**entered** 53:16
68:17
**entire** 100:22
101:1 136:24
360:5
**entitled** 61:4
101:5 105:24
242:13 293:23
**environment**
110:10 111:9
215:22 308:13
**environmental**
43:10 63:15
79:11,12

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 389 of 455

113:17
**epa** 64:2,21
  74:23 128:11
**epanet** 121:5
**epi** 125:12
  133:8 135:1
  137:13 138:5,9
  143:7 145:8
  146:5 172:22
  178:4 187:23
  268:14 270:5
  351:15
**epidemiologic**
  62:21
**epidemiologi...**
  62:22 88:3,7
  125:22 126:4
  132:17 133:24
  136:11,19
  140:6,12 141:1
  141:9,24 172:1
  176:16 177:3,9
  177:12,18
  229:24 230:7
  230:20,22
  231:21 232:24
  233:2 334:3,5
  334:22,23
  335:3 336:11
  336:15 337:2
  340:12,20
  351:15,20
  352:2,18

**epidemiologist**
  62:14 94:10
  139:2 187:16
  230:16 341:7
**epidemiology**
  62:18 88:2
  141:23 177:2
  340:12 351:15
  355:5,11,19
  356:17
**equal** 52:3
  288:6 291:2
  295:17
**equally** 259:3,7
**equals** 294:17
**equation** 98:12
  107:23,23
  108:2,7,11
  118:4,8,10
  124:10 212:2
  217:23,24
  218:1 221:17
  241:9 251:24
  304:4,7,13
  314:3,14
  316:16,18
  338:6,24
**equations**
  180:17 193:16
  217:10 241:3
  241:11,21
  251:21,22
**equivalent** 23:2
  23:7,9 98:2

254:12 324:20
**err** 188:6
**errata** 359:1
  360:11
**erroneous**
  254:2
**error** 23:4
  254:20 259:19
  259:21 260:12
  261:9 264:23
  297:4 305:12
  305:15,16,24
  347:6,12,14,18
  354:10
**errors** 227:24
  228:1 229:2,5
  253:8 259:18
  296:16,24
  305:10 307:7,9
**escape** 48:6
**especially**
  314:5
**esq** 3:5,15 4:6,7
  4:8
**essence** 307:8
**essentially**
  20:23 125:6
  220:18 255:14
  276:22
**est** 1:16 2:9
**establish** 64:2
**estimate** 50:17
  71:21 87:21
  115:16,23

126:2 141:19
  143:6 145:7
  153:15,20
  158:10 171:2
  171:14 189:13
  192:16,18,23
  192:24 196:3,5
  196:13 203:6
  206:4 209:20
  231:24 233:6
  233:14 236:21
  237:9,10
  241:17 251:18
  273:15 276:3
  276:20 279:17
  317:1 322:3
  330:2 334:6,16
  336:19 339:22
  355:9 356:3
**estimated**
  127:22 136:17
  137:11 185:16
  211:8 233:20
  272:21 301:5
  304:18 317:8
  318:11,19
  334:11 336:21
  339:1,13
**estimates** 133:7
  134:1 140:13
  146:5 159:24
  170:21 171:1
  185:16 192:1
  212:24 225:12

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 390 of 455

226:2 275:20
276:7 279:5
304:19 310:4
340:24 346:17
350:5 354:12
354:13
**estimating**
50:24 151:16
160:10 192:9
192:19 207:12
303:23 305:13
306:12 317:12
348:20 349:5
352:10 354:4
**estimation**
43:21 80:14
197:10 258:8
331:1
**estimations**
51:17
**evaluate** 90:1
131:4 132:17
140:7 147:11
154:10,11,12
172:12 216:7
262:17 263:17
319:9 335:3
**evaluated** 51:6
207:23 214:22
231:19 236:23
314:17
**evaluating**
45:16 193:10
338:20,23

**evaluation**
319:12
**event** 306:6
**events** 75:19
76:23 257:1
**eventually**
87:15
**evidence** 191:2
192:3 227:21
252:20 280:8
281:10 334:21
**evolved** 121:21
**ewing** 53:20
**exact** 97:4
159:11 225:6
225:24,24
341:17
**exactly** 16:14
26:4 56:15
73:1 85:21
86:16 93:22
172:4 180:4
181:7 183:13
197:23 206:12
219:1 225:6,16
273:13 291:18
316:14 319:20
327:24 338:9
**examination**
5:2 10:15,19
162:4,7 353:19
**examine** 325:1
**examined**
10:16 162:5

**examining**
262:22
**example** 55:20
148:19 149:2
156:12 188:11
271:14 284:6
296:17
**examples** 45:23
45:24 46:8
146:15 148:6,7
148:21 149:5
238:12
**exceeded** 63:20
135:15 221:1,2
**exceeding**
63:19
**excellent** 91:21
342:19
**except** 19:18
39:5,7 109:2
322:2 329:6
360:9
**exceptions**
202:16
**excerpt** 101:5
**exchange**
234:16 267:3
302:5,19
**exclude** 320:3
**exclusion**
250:19 319:23
**excuse** 50:18
66:17 68:12
74:12 81:8

95:10 129:2
130:13 155:6
236:13 258:19
260:3 282:3
308:18 326:7
326:23 346:18
**exercise** 148:14
245:12,16
347:1
**exhibit** 5:9,10
5:14,18,22 6:3
6:8,10,13,16,20
6:23 7:4,14,17
8:1,9,12,15,18
8:22 18:11,14
21:22 22:1
25:16,19 26:5
35:13,15,19
37:4 65:19,21
66:8,16 100:16
100:18,20
101:3,4 116:3
128:16 132:1,3
132:5 139:22
139:24 150:12
150:14 152:14
155:6 156:10
156:23 157:1
163:23 166:8,9
166:11 185:2
200:6,8 242:4
242:5,7 262:11
265:2 268:18
268:20 278:2,4

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 391 of 455

278:4,6,9
282:2 286:20
286:22 287:1
293:16,18
310:8,10
331:10,12
345:4,6,8
**exhibits** 5:6
66:1
**exist** 117:16
165:15,24
166:5 167:14
249:13 299:22
307:9
**existence** 91:1
**existing** 59:13
**exists** 197:16
197:18,19
303:12
**expect** 36:20
175:11 178:22
279:24
**expected** 50:5
86:18 293:4
**expensive**
113:9
**experience**
11:11 79:12
182:10 224:1
263:8 321:10
321:14 342:13
348:1 353:9
**experienced**
236:16

**experiment**
49:8
**experimental**
49:3
**experiments**
182:12
**expert** 1:12
2:11 5:14,23
6:2,4,7,23 7:4
7:17 8:1,17
19:7 20:8
21:12 22:3
24:8 26:7
28:18 29:1
32:13,18 35:20
38:4,6,8,11
39:8 53:23
55:11,16 62:7
63:1,3,4 67:24
68:4,16,22
69:10,19 70:3
73:8 75:13,23
76:6,15 85:10
85:13,17 86:3
86:15 87:18
88:11 90:5,13
90:14 91:16,18
91:23 92:17,21
93:1,7,24
94:10,14,18
95:5 99:9
100:6 166:14
167:9,18,19,23
175:6 176:23

187:15 200:14
200:19 201:3
201:10,17
203:17 204:10
214:7 216:18
216:23 218:17
219:4,19,22
221:21 222:15
223:22 226:13
246:5 250:6
252:15 265:3,5
265:14 268:23
282:5 284:11
285:11 288:10
291:3,9,9
299:5,11
311:22 335:22
336:10 341:9
342:8 350:14
**expertise** 41:22
55:9,21 61:23
62:1,19 102:21
341:5 355:13
**experts** 40:11
41:18,24 42:3
50:2 55:3
56:24 76:1,2,3
93:18 246:11
299:6 341:7
**expires** 361:23
**explain** 279:23
284:8 301:23
**explained**
69:22 70:1

112:17 317:5
328:12 350:19
351:4
**explaining**
322:24
**explanation**
313:17,22
**explicit** 91:9
**exposed** 51:9
176:17 177:19
179:13 190:4
334:8 346:13
349:8,17,18
**exposure** 8:22
50:18 51:1,14
63:5 64:11
126:19 127:6
127:10,14,19
128:2 133:8,23
134:2,14
135:23 136:2
138:20,20
140:12,19
141:1,9 146:4
146:20 147:12
158:11,21
159:24 160:11
172:11 173:24
177:10 178:4
188:8 209:22
214:11 231:24
233:6,15
237:10,11,19
238:7 334:8,9

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 357-9 Filed 04/29/25 Page 392 of 455

334:10,13
335:4,24
338:12,22
340:15 345:9
346:18 347:7
348:21 349:6,7
352:11,16,17
355:5,10,19
356:16
**exposures**
132:19 133:17
140:8,14 149:7
149:8 350:2
**express** 223:20
**expressed**
91:23 92:17
221:20 234:10
242:23 311:9
311:13 322:21
**expressing**
248:20
**extended** 31:8
274:2
**extensive** 71:8
**extent** 151:15
210:23 272:16
321:7
**external** 150:1
**externally**
304:9
**extrapolations**
263:2
**extremely**
175:18 290:6,6

320:19 346:16

**f**

**f** 5:12,22 6:3,19
8:9,14 23:4
283:15,17
285:21 287:1
292:18 312:8
**f12** 287:6,8,13
288:12
**f16** 278:10
280:5 285:14
292:13
**f33** 287:5,5
290:13
**face** 208:10
229:22
**faced** 208:16
279:21
**faces** 208:17
209:8,18
**facilities** 74:18
74:19 88:21
277:16
**facility** 88:24
89:3
**fact** 38:1 61:17
75:12,16
173:19 230:6
304:2
**factor** 181:9,12
181:16 198:1
198:17 301:11
301:19,21,24

302:1,23 303:2
303:7,13,20,24
304:3,12,14,19
304:24 305:11
307:18,23
318:13,20
325:24
**factored** 184:6
**factories**
103:24
**factors** 129:22
157:11,20
303:23 304:1
**facts** 15:9
**factual** 165:2
**failed** 332:22
**failure** 157:10
**fair** 12:13,14
12:19 13:4,13
41:20 47:5
54:4 86:11
90:11 122:15
122:21 167:16
286:13 303:4
303:10 309:24
333:13
**fairly** 71:8
118:4 176:1
256:22 264:16
276:23
**fall** 58:5,17
59:3 260:21
295:19 332:20

**falls** 279:13,16
**familiar** 18:17
78:18 80:4
101:8 148:22
**familiarity**
70:2
**family** 133:1
135:24
**family's** 135:19
**fancy** 182:22
**far** 21:17 165:2
202:15 225:2
244:5 265:7
334:11 336:20
**farmer** 127:15
237:20
**farmers** 51:8
73:23
**fast** 48:15
**faster** 258:9
**fatal** 321:8
**fate** 8:10
117:11 119:3
197:8 315:21
316:2
**father** 78:2,6
**faye** 86:20 89:7
89:7,8,9,17,23
283:12 284:3
285:20 311:10
311:12 318:4
322:10 326:8
328:7 353:1,2

Golkow Technologies,
A Veritext Division
877-370-3377                                                           www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 393 of 455

faye's 310:22
  310:23 313:19
feasibility
  154:7,13
feasible 65:4
  113:2
february 1:15
  2:8 8:15 9:7
federal 59:4
feedback 91:3
  91:7 94:16,21
  209:3 211:11
  211:19
feel 213:5 236:3
  236:5 259:1
  264:19
feelings 222:14
feet 112:2
  189:16 213:12
  213:13 228:9
  228:10,11
  296:23 297:1,1
fell 291:14
  296:7 332:24
felt 24:10 61:10
  91:16 92:14
  222:5 232:11
  232:16 233:19
  236:16 316:19
  316:21
field 99:23
  110:16 224:21
  274:10 317:23
  318:5 321:22

322:12,17
326:19,21,24
327:10,11
329:22 344:4
353:9
fields 31:6
figure 279:1,9
  280:6,20,24
  283:15,17
  284:12 287:6,6
  287:8,13
  288:24 289:20
  292:18 294:10
  295:15 315:10
figures 278:19
  294:23
file 119:10,13
  119:14
filed 21:1
files 20:7 75:6
final 218:17,19
  218:21 219:1
  350:19
finally 274:3
financially
  361:16
find 111:21
  163:9 213:11
  252:20 307:20
  310:1 342:5
findings 6:11
  6:14 16:10
  62:18 132:6

fine 142:20
  213:3 221:12
  328:2
finer 180:2,3
  180:18 182:13
finished 74:23
  107:6 134:13
  140:10,18
  149:19 220:13
  220:18 271:13
  271:16,21
  358:6
finite 102:21
  207:18 217:9
  217:14 314:2,8
  314:13 315:14
  315:14,18,24
  316:10,21
firm 79:16 82:1
  203:7 206:5
first 11:15 19:3
  27:16 35:19
  40:16 53:10,16
  66:9 71:16,18
  89:10 106:3
  109:22,22
  110:19 114:19
  116:4 119:10
  121:16 129:1,4
  129:16 130:3
  135:1 143:14
  151:20,24
  159:9 172:10
  173:23 174:7

204:16 212:8
212:10 215:4
219:1 228:13
230:22 242:17
243:11 247:9
253:11 269:20
270:9,14
305:23 315:11
315:13,16
317:20 322:12
327:14 330:6
342:21,24
343:8 361:6
fit 195:14,23
  196:4 224:17
  224:17 245:19
  245:20 248:15
  253:12 258:11
  259:1,3,7,18,20
  259:23 261:3,6
  281:15,15
  287:21 289:21
  291:11 296:1
  318:22 322:6
five 30:18 42:7
  54:1 85:6
  154:23 203:24
  211:22 269:22
  279:12 283:21
  283:21 292:22
  293:10
fix 149:14
fixing 95:13

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ      Document 357-9      Filed 04/29/25      Page 394 of 455

**flaw** 321:8
**flew** 13:24
**flow** 16:10
  31:17 38:8,13
  46:15 48:3
  49:19 50:4
  52:10 62:2
  74:2 86:22
  91:20 103:13
  108:2 109:18
  110:13 116:8
  117:15,20,23
  118:14 119:2,9
  119:15,17,18
  119:24 120:19
  122:10 145:16
  150:2,3 151:8
  158:3 173:12
  203:3 208:9
  213:9 240:16
  241:2 256:23
  266:2,11,19
  296:24 298:1
  300:16 301:3
  325:13
**flowing** 114:23
  153:3
**flows** 120:3
**fluid** 103:15
  170:16 241:2
**flux** 103:15
**fluxes** 119:12
  120:3 241:17

**focus** 32:3
  48:19 54:12
  93:11 124:6
  144:23 176:24
  177:5,8 227:12
  234:19
**focused** 20:5
  27:22 31:5,12
  45:20 52:9
  88:16 90:16,18
  93:8 99:10,11
  265:15 340:13
  340:20
**focuses** 243:11
**focusing**
  163:24 325:9
  325:10
**follow** 28:22
  87:7
**followed**
  196:10 217:19
**follows** 10:17
  162:6
**forecasting**
  46:23
**foregoing**
  361:8
**foreword**
  132:11 140:3
  140:24 147:9
**forget** 282:1
**forgive** 62:13
**form** 19:17
  24:2 28:20

  47:18 54:15
  57:9 59:8,17
  78:23 79:8,17
  80:17 82:7
  97:12 99:5
  104:13 112:21
  114:2 117:21
  122:18 123:13
  125:14 126:5
  126:20 129:20
  133:13 136:21
  137:15 138:6
  138:11,22
  139:11 141:3
  141:14 142:1
  143:8,24 144:6
  145:9 146:6,22
  147:7,21 160:3
  160:12 166:1
  168:24 173:2
  179:14 186:22
  187:13,24
  190:6 191:19
  192:12 196:19
  219:6 221:24
  223:11 224:9
  225:22 228:19
  234:21 236:8
  237:13 241:11
  246:16 249:2,7
  249:22 251:8
  253:1 254:10
  258:18,20
  263:20 270:7

  273:2 284:17
  286:7 287:16
  288:15 292:2
  295:1 299:20
  303:16,21
  318:7 323:17
  328:24 333:8
  335:13,20
  337:7 346:23
  348:6 349:13
  350:10 351:18
  351:23 352:14
  355:15 356:20
**formed** 44:24
**former** 347:7
  347:21
**forming** 25:22
  142:24 235:13
  331:21
**formulation**
  130:6 131:9,20
**forth** 183:20
  185:7 361:10
**fortunately**
  278:2
**forward** 20:4
  46:23
**founders** 44:21
**four** 30:20
  38:22,23 85:5
  86:6 89:14
  203:24 269:21
**fourth** 231:10

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 395 of 455

fraction   23:3
   23:10
frame   71:17
   113:19 265:13
framer   210:4
framework
   43:10 49:21
   86:22 111:10
   113:3 190:23
   208:12 214:20
   215:18 308:14
   353:11
frank   44:17
franklin   4:9
fred   106:9
free   52:7
frequently   57:5
   283:21,22
   328:15,22
friend   72:11,14
friends   44:22
front   166:17,18
   327:16
fuel   47:17
full   49:4 70:10
   74:4 151:4
   155:17,19
fully   77:21
   313:23
function   261:8
funding   58:24
further   34:9
   42:12 130:21
   162:6 259:23

291:24 306:7
   361:7,12
future   48:10,17
   50:7 51:7,19
   51:21 115:9,19
   121:19 123:3,5
   127:10,13,14
   127:21 237:18
   237:20 250:14
   255:11 257:5
   263:3,12 264:9
fuzziness
   196:12
fuzzy   194:23
   195:9,12 196:1

**g**

g   9:1
garbage   47:22
garrick   53:23
gate   89:1
gather   71:20
gene   4:17 9:5
general   14:5
   57:2,13 64:12
   72:12 78:20
   81:9 117:14
   126:22 153:14
   154:21 155:1
   158:7 180:11
   182:4 211:10
   211:12 216:11
   243:15,21
   247:11 253:3

255:1 312:21
   343:3
generalize
   175:2
generally   56:22
   57:6 59:15
   78:18 79:15
   81:2 119:8
   124:16 174:22
   174:22 193:6
   313:7 325:6
   331:3 334:23
   339:20 357:8
   357:13,18
generate   47:18
   119:10 343:2
generated
   74:24 313:10
generating
   47:21
gentleman
   101:23
geochemist
   53:9,19
geologic   111:10
   111:11,13,15
   260:16 308:13
   308:13
geological   30:5
   37:24 38:16
   52:14 68:9,17
   69:3 71:5
   89:10,13 100:7
   100:11 102:3

geologically
   118:21
geologist   53:19
geology   348:12
   353:10
geophysical
   111:20 180:24
georgia   166:20
geotrans   44:22
getting   78:5,8
   138:2 176:3
   304:22
giovanni   4:8
   10:4
giovanni.ant...
   4:14
gist   180:11
give   21:6 24:15
   24:16 70:20
   75:9 146:14
   199:4 238:12
   239:10 252:9
   259:1,3 266:21
   288:6
given   94:3,7
   201:24 214:16
   215:7 265:6
   291:12 324:7
   347:9 358:13
gives   196:5
   259:6,6 265:24
   266:8 267:16
   291:5,6 347:6

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 396 of 455

**giving** 22:20
  173:16
**glanced** 27:16
**go** 11:11,12
  22:1 30:5 89:1
  89:2 96:16
  130:1,21
  133:21 155:17
  156:23 168:4
  171:16 172:6
  174:13 180:21
  186:2 199:6
  202:24 215:7
  219:15 220:16
  220:20 232:8
  233:2 248:5
  256:23 265:9
  271:2 276:18
  276:19 278:23
  283:24 300:24
  303:23 305:19
**goal** 142:5
  334:17 335:2
**goals** 52:4
**goes** 109:4
  136:6 142:13
  186:16 211:14
  284:8 329:20
  333:17 335:1
  336:20 347:4
  348:18
**going** 13:6
  21:24 25:18
  35:11 49:7

55:18 56:13
60:5,5 65:15
65:16 78:5
83:11,12 86:9
87:23 96:17
100:15 107:8
121:15 125:2
131:23,24
137:19,21
139:21 143:10
143:11,19,20
144:4,7 149:23
156:22 158:23
160:17 161:5
166:7 168:10
169:22 170:6
176:1,15,19
177:3,13,17,21
177:22 178:6
178:16 179:2
179:21 182:1
183:8 184:14
185:2,6 187:7
194:23 195:5,9
195:13 199:4,8
205:23 210:3
211:3 212:5
213:1,17
220:14 238:4
242:3 243:19
251:14 253:8
261:14 265:18
266:10 268:16
277:1,7,18

278:1 283:5
284:14,14
286:19 293:14
297:11 302:8
302:20 310:6
330:13 332:1
337:19,20
345:3
**golkow** 9:6
**good** 9:3,19
  10:22,23 11:14
  13:17 59:24
  75:16 79:15,21
  83:8,9 104:24
  105:11 114:20
  130:23,24
  131:3 160:18
  161:3 162:11
  162:12,13
  184:16,20
  185:8,19 186:9
  196:10 216:11
  225:16 226:2
  232:12 234:12
  235:18,21
  236:2,4 254:15
  255:2,4 259:3
  259:7,17,24
  260:5 264:3
  279:17,18,19
  281:12 287:22
  289:14,23
  301:4 313:14
  324:6,13 338:2

339:20 350:20
351:9,12,14
352:9,10
**goodness** 261:3
**gordon** 77:4,6
  78:2
**gospel** 195:19
**gotten** 67:8
**govern** 108:1
  197:7 241:2
**governing**
  98:11 104:22
  107:22 118:4
  124:9 180:17
  182:6 193:16
  193:17 212:2
  217:10,23
  241:9,21
  251:20 304:7
  314:3
**government**
  43:1 58:24
  68:24 74:23
  139:20
**grab** 199:5
**grains** 302:3,5
**granted** 128:13
**graph** 271:12
  272:19,21
**graphic** 278:10
  278:14
**graphs** 195:22
**great** 252:10

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 397 of 455

**greater** 188:9
284:1
**greatly** 104:10
**grid** 180:2,18
181:3 182:2,8
182:13,15
213:2,3,11,22
220:1 221:3
235:5 257:23
314:23
**ground** 6:21
7:14 8:12
11:12 30:3
33:6 42:14,17
42:19 43:16
45:12 80:9
81:7 152:20,24
153:3,5,21
158:1 175:8
189:7 192:17
242:13 243:22
244:10 247:12
293:24
**groundwater**
5:24 6:5,8 7:6
7:19 8:3 16:10
30:20 31:14,17
31:23 38:4,8
38:12,20 39:20
40:3,23 41:14
42:21 43:2,5,9
44:14 46:12,15
46:16 48:2
49:14,19 50:1

50:4 52:10
62:2 70:7
73:20 74:2
81:8,11 86:22
89:12,19,21,24
91:20 101:6,20
102:2,7,16,20
102:24 103:12
103:20,21
104:22 105:3
107:14 108:1
110:1,13 111:6
113:23 114:6,6
114:11,23
115:12 116:8
117:8,17,23
119:2 120:19
121:19 122:9
122:11,11
123:2,4 124:15
124:22 125:21
150:2,3 151:8
151:10 154:21
154:22 156:18
164:10 168:11
173:12 186:15
190:17,21
191:14 192:9
194:17 197:9
200:21 203:3
208:9,16 209:7
209:18,19
210:3,10,11
211:13 221:17

224:1,21
229:21 236:22
240:10,16
243:8 249:10
249:16 250:11
250:13,17
251:2,3 256:5
256:18,19
257:2,4,10
266:2,11,19
276:3 291:23
293:21 296:24
300:16 301:3
302:12 340:22
340:23 341:5
341:10 342:8
342:11 343:17
344:4,5 346:6
**group** 3:3,13
9:21,23 102:8
102:12
**guarantee**
214:18 215:9
**guess** 15:19
25:5 35:8
41:17 51:20
64:17 67:5
71:20 75:11
79:13 85:19,22
87:13 104:24
113:15 118:23
119:16 122:7,9
169:24 171:18
188:10 207:1

218:4 220:11
221:18 238:6
257:14 272:1
283:20 285:18
292:8 304:22
310:20 325:22
347:20
**guessing**
176:14 177:16
266:22
**guest** 80:10
**guidelines**
216:11 260:7
**guys** 160:22

**h**

**hadnot** 7:8,21
8:5 13:22
16:16 34:6,15
34:20 90:22
91:1 93:8,12
94:17 95:21
96:7 97:7,14
99:11 116:11
120:10,17
121:6 141:13
143:6 145:7
146:2,17
147:16 152:4
159:4 200:22
205:11,19
209:10 215:23
219:12 224:7
250:4 260:23

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-9 Filed 04/29/25 Page 398 of 455

277:3,8 285:8
285:12 286:4
298:11,17
299:2 308:1,7
308:17,19,20
309:14 310:3
323:14 324:15
324:21 325:1,5
325:12,14,16
325:20 350:2,4
350:13 354:16
**half** 237:1
**hand** 21:24
25:18 35:11,12
65:16,17,17
131:24,24
139:21 207:3
208:4 242:4
268:17 269:4
278:1 286:19
293:15 310:7
345:4
**handbook** 6:8
101:5
**handed** 26:6
65:24 101:3
200:14 201:11
282:2
**handing** 18:13
100:16 150:11
199:18 200:5
331:9
**handle** 275:9
275:12

**handled** 201:11
201:11 274:14
274:14
**hands** 30:9
321:14 354:19
**happen** 48:14
113:20 115:17
184:23 255:11
264:15
**happened**
74:16 192:20
193:1 224:13
225:7,16 293:6
**happening**
183:14 184:22
**happens**
183:12
**happier** 12:9
**happy** 144:23
**harbaugh**
78:11
**hard** 175:1
250:23 279:23
**harder** 183:4
**haroon** 4:6
10:1,24
**haroon.anwar**
4:12
**hasty** 130:4
**havai** 4:19
**head** 12:4,12
20:10 45:7
95:17 114:23

**heading** 87:18
239:14
**headquartered**
89:16
**headquarters**
102:8,12
**heads** 119:11
**health** 64:6,11
64:14 127:11
128:2 135:19
136:1,12 140:7
147:11 149:24
179:2 186:14
186:21 187:1,4
187:11,12,15
188:5 190:2,3
190:11,16
191:13,13,16
191:18 192:6,8
192:11,24
211:3 231:23
233:5,8,14,16
233:23 234:2
234:11 235:10
235:14,18,24
236:2,5,7
237:19,21,22
238:7 269:23
269:23 334:17
334:18 338:21
340:20 341:6
**healtheffects**
6:12,15 8:24

**heard** 60:8
216:13 232:10
232:15
**heat** 47:18,21
**held** 2:12 9:10
72:16 92:21
166:20 167:4
**hello** 30:9
80:11
**help** 11:12
12:16 15:24
95:9,12 102:20
114:20 115:19
123:6 136:7,11
154:2,6,10,11
154:12 229:8
235:6 261:4
**helpful** 87:9
115:21
**helps** 129:22
198:10 264:17
**hennet** 5:12
76:7,19 77:2
83:5
**hennet's**
222:18
**herbicides**
74:21
**hereof** 360:11
**herndon** 2:17
9:11
**herogeneous**
110:12

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ          Document 357-9          Filed 04/29/25          Page 399 of 455

hesitant  69:24
hetero  110:20
heterogeneity
  266:20
heterogenous
  110:18,20
hhs  132:16
high  36:24
  47:16,20 60:3
  185:20 196:24
  279:4,5 280:9
  281:11,16,19
  281:21 287:21
  289:22 307:6
  328:10 329:12
  336:5 337:11
  337:11
higher  63:17
  171:11 251:16
  271:10,21
  303:5,6 305:7
  319:6,19 322:7
  337:22
highest  60:10
  61:11,18
  114:19
highlighted
  269:11 276:13
  282:18
highlights
  36:21
highly  225:8
  322:16 328:13
  328:14,21

  348:9,15
hill  93:13
hindcasted
  231:18
hindcasting
  46:24 50:11
  148:6,7,11
  151:5 229:18
hired  75:13,14
  222:12
hiring  78:10
historical  6:24
  7:5,18 8:2
  50:12 97:9
  99:3 123:16,19
  125:7 126:17
  127:4,18 133:7
  133:23 134:1,3
  135:13 140:11
  140:14,16,24
  141:8 150:7
  152:6 158:10
  158:20 159:6
  164:14,23
  193:23 200:14
  200:20 206:15
  216:19 229:23
  255:4 256:18
  258:1 273:11
  275:10,14
  276:9 346:17
  350:1
historically
  159:19 192:20

histories  45:22
history  6:20
  27:13 202:20
  204:21 211:4
  245:18,20
  253:12 254:9
  254:10,12,12
  254:16 255:3
  260:8 263:5
  272:17,24
  274:15,22
  276:6 277:1,7
hit  271:19
holcomb  7:9,22
  8:6 13:23 34:7
  34:16,20 90:22
  91:1 93:9,12
  94:17 95:21
  96:8 97:8,15
  99:12 116:11
  120:11,18
  121:7 141:13
  146:2,18
  147:16 152:4
  159:5 165:8
  200:22 205:11
  205:19 224:7
  250:5 260:23
  277:4,8 285:8
  285:12 286:4
  298:17 299:2
  308:1,17,19,20
  309:14,14
  323:14 324:15

  325:1,5,12,14
  325:17,21
  350:13
hold  122:17
  217:1 223:2
home  67:7
honest  167:19
honor  59:16
  60:4 61:9,12
honors  60:10
  60:15 61:4,10
  61:18
hope  66:24
  67:10 162:13
  172:13 192:14
hotel  163:15
hour  13:16
  65:8,14 66:18
  66:19 67:18
  83:11
hourly  66:10
  66:18 67:18
hours  13:7
  17:15 66:11,19
  67:3,6 312:4
housing  133:1
huge  342:4
human  52:11
  103:16 113:19
  127:6 134:14
  140:19 179:2
  191:12,13,18
  192:24

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 400 of 455

humans 48:17
51:7
hundred 31:7
237:5
hurt 137:23
hydraulic
113:18,20
118:11,11,17
164:20 180:19
180:20 181:4
190:13 197:20
228:9 240:12
260:15 308:10
309:23 310:4
313:14
hydrochemical
191:2
hydrogeologic
86:22 110:12
110:15 190:23
208:12 210:4
215:18 353:11
hydrogeologi...
191:2
hydrogeologist
37:17 41:22
53:12 62:1
224:1 236:15
249:17 289:14
353:5 355:14
356:18
hydrogeologi...
246:10

hydrogeology
38:12 55:6
246:11 353:6
357:4
hydrological
52:15
hydrologist
38:2 263:10
hypothesis
106:15,24
169:24 171:18
hypothetical
51:21 127:12
128:4 237:20

**i**

idea 67:2 80:22
81:24 83:9
145:15 160:5
315:17,22
ideas 242:23
identical 140:4
309:20
identification
18:11 21:22
25:16 35:15
65:19,21
100:20 132:3
139:24 150:14
157:1 166:11
200:8 242:7
268:20 278:6
286:22 293:18
310:10 331:12

345:6
identified
148:6,9 160:10
201:4
identifies
321:19
identify 332:1
ignorant
212:22
ignored 129:23
ignoring 279:7
349:18
ii 166:13 194:2
iii 132:10 140:3
illustrate 45:23
illustrated
295:15
illustration
279:18
image 291:12
immediate
285:15,17
immediately
174:13 189:23
285:13,16
impact 115:2,3
150:3 270:5
306:9 327:22
355:24
impacts 31:11
32:3 115:11,20
impartial
191:23

implementati...
214:22
implemented
104:14 115:18
implication
318:9 357:11
implications
336:12
implied 248:10
272:7,14 274:4
300:11 343:5
implies 49:3
182:24 187:5
244:2
imply 123:18
123:24 233:23
245:5 250:18
309:19 329:13
338:11
implying
104:21 164:21
248:7
importance
142:23
important 40:6
70:5 130:3,3
205:9 216:12
263:6 280:12
281:5,6 287:21
310:5 354:21
imposition
105:4
imprecise
337:19

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-9 Filed 04/29/25 Page 401 of 455

**impressed**
218:7
**impression**
56:16 59:2,24
64:12 347:6
**improve**
136:11 321:22
**improvement**
259:23,23
**inaccuracies**
221:5 228:4,7
228:18
**inaccuracy**
228:12
**inaccurate**
227:21,23
254:7 337:5,9
**inappropriate**
193:19
**include** 34:12
36:16,17 37:1
118:10 278:10
278:14,19
288:20 300:17
300:20
**included** 26:14
26:15 36:19
45:23 128:10
129:22 140:4
181:6 274:20
278:17 298:18
313:9 325:15
**includes** 36:10
62:21 132:23

181:6 275:5
**including** 79:1
164:20 278:21
**inclusive** 38:24
**incomplete**
23:21 263:7
272:24
**incorporate**
157:10
**incorporated**
198:21
**incorrect** 22:22
23:13
**incorrectly**
252:24
**increase** 184:11
304:24 314:9
339:6,18
**increased**
67:18
**increases**
304:23 335:5,8
**increasing**
113:6 301:2
**incredibly**
315:6
**independence**
257:7 293:10
**independent**
59:3 139:19
256:6,16,17,22
257:9,11 290:2
290:3 291:24
292:14,17

339:12
**index** 5:1
**indicate** 268:5
290:14 322:13
**indicated**
290:21 296:1
296:10 311:2
321:21 322:6
360:10
**indicates** 61:15
65:7 249:12
256:9 258:3
**indicating**
218:14 295:20
**indication**
322:3
**individual**
139:10 147:19
175:3 274:7
291:17 292:22
304:19 355:5
355:18
**individual's**
355:10 356:15
**individually**
68:21 205:21
**individuals**
51:1 79:1
103:23 126:19
127:6 138:21
146:21 149:7
158:12,21
160:2,11
209:22 237:12

334:8 352:11
**induced** 103:16
**industrial**
96:10 205:22
277:15 325:11
**infant** 132:18
**infer** 334:18
**inference** 231:7
299:16
**inferred** 329:14
**inferring**
270:10,15
**infinite** 113:11
245:7
**influence** 210:1
211:16 213:19
213:21,22
**influenced**
150:8 190:15
191:11 192:5
220:24
**influences**
110:13
**inform** 338:15
**information**
69:7 70:20
84:12,18,20,23
88:5,9 128:6
136:16 159:23
177:2 187:23
201:24 202:16
230:6 337:1
351:14

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 357-9 Filed 04/29/25 Page 402 of 455

inherently
  98:19
initial   98:14,15
  98:22 108:3,7
  121:23 159:15
  168:14 169:13
  192:4 197:2,2
  322:3 338:24
initially   94:23
initials   49:6
innovative
  121:18 123:1,9
input   34:19
  35:6 91:3,8
  155:22 179:5
  191:7,7 192:1
  210:6,7 229:24
  230:20 231:5
  260:5 304:10
inputs   188:7
  331:2
instance   31:22
  75:10 188:12
  189:21 238:13
instances
  146:15
instantaneous
  198:15
instantly   266:7
  267:15
institutes   58:17
instruct   137:19
  143:11,20

instructor   71:7
instructors
  71:12
insubstantial
  315:19 316:1
insufficient
  334:23
integrated
  119:7
intend   23:24
  24:21 25:11
  28:3 29:7,12
  67:4 343:3
intended   13:8
  137:13 138:9
  138:20 139:8
  146:20 147:18
  234:16 247:19
  334:2 337:1
intends   355:24
intent   29:15
  357:6
intentionally
  20:2,3
interacted
  76:17 80:11
interaction
  30:18
interest   52:15
  70:4 111:6
interested
  85:20 213:23
  214:1 347:22
  361:16

interesting
  70:6,7
interests   62:11
intermittent
  121:6
interpolate
  112:12
interpretative
  322:16 328:13
  328:14,21
interruption
  149:22
introduce   9:17
introduced
  70:18 98:21
  125:4 325:20
introducing
  266:4 267:12
introduction
  29:22 103:9
  116:5 152:14
  152:17 155:1
  157:24 222:24
intrusion   52:11
invalid   264:11
invalidate   7:15
  242:14 252:20
  252:23 253:5
  254:6 264:11
  264:24
invalidated
  253:19
invalidating
  253:7

invest   211:18
invited   76:24
  102:19
inviting   93:4
invoice   5:23 6:4
  66:15 67:3,9
  67:12,13
invoices   21:3
  66:5
involve   31:13
  31:19 105:9
involved   31:17
  31:23 33:5
  46:13 48:2
  49:20,21 50:3
  51:16 63:22
  64:23 71:11
  99:19 245:18
involvement
  72:20
involves   228:23
ion   302:4,19
irrelevant
  158:17 193:19
island   102:10
  102:10
isolate   317:15
isolation   47:8
  49:1 50:9 53:4
  54:8,11 237:17
issue   67:12
  70:5 96:21
  128:2 149:8
  165:14,23

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 403 of 455

175:11 207:12
220:23 247:2
256:21 307:14
314:12,18
315:8 316:7,8
316:17 322:9
334:1
**issued** 66:22
203:20 340:6
**issues** 57:19
89:20,23 90:2
91:14 92:12
144:6 209:6
217:6 311:3,7
311:8 312:9
340:13
**item** 60:16
326:16 328:9
**items** 37:14
60:17

**j**

**j** 3:15
**j.c.** 5:11
**j.d.** 242:10
**january** 5:13
5:14,17,21 6:6
22:10,20 26:6
26:10 39:1
65:10 66:23
67:4,9
**jeffrey** 4:20
27:7 28:14
29:14 33:2,12

**jerry** 93:23
**jim** 44:20,21,23
**job** 1:24 37:23
92:3 105:11
210:6 229:17
279:19 289:23
342:19 347:17
350:20 356:8
**john** 53:12,23
80:4,5 81:12
81:18 84:4,12
84:22 250:10
253:4
**join** 52:22,23
102:11,12
**jones** 27:7
28:14 29:2,13
29:19 30:14
32:6 252:6
**journal** 30:20
33:7 38:20
243:6 342:18
343:17
**judge** 144:14
**judges** 350:5
**judgment**
130:23 131:3
182:10 183:19
183:22 348:18
348:19 349:4
**july** 6:11
**jump** 110:7
130:20 150:23

**jumping**
128:15 185:2,6
278:8
**justice** 4:4 10:2
11:1,2 75:2
**justice's** 76:1

**k**

**kailey** 4:7 10:6
**kailey.silvers...**
4:13
**karl** 243:18
**kd** 198:17,22
304:5,10,20
305:1,7,17
306:12 307:2,6
**kdean** 3:9
**kds** 197:24
**keep** 43:13
137:23 144:9
198:10 260:9
**keeps** 198:11
302:15
**kevin** 3:5 9:20
14:4 16:24
22:14 137:21
144:4
**key** 131:7,18,18
134:16
**kind** 16:1 48:17
51:14 80:12
102:7 109:1
113:2 157:23
176:18 177:20

178:5 196:9
211:6,19
221:16 254:3,5
279:11 282:22
304:9 320:17
339:11,13
344:19 351:23
**knew** 72:1 75:3
81:22 88:3
102:4,19 171:6
250:24
**know** 12:24
13:2,8 15:12
16:3,14 19:18
20:2,14 21:17
24:7,23 29:19
29:21,21 30:6
30:14,17 31:5
32:9,17 33:2
33:12,18 34:24
35:1,1,2 36:13
36:17 37:22
39:1 40:1,13
40:15 41:8,13
41:24 42:22
43:11,22,23
44:19 45:5,8
46:10,11 47:15
48:5,8,19,22
49:4 51:9 52:7
52:9,12 53:17
53:21 54:1,16
54:18,21,22
55:2,19 56:21

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 404 of 455

| | | | |
|---|---|---|---|
| 57:2,4,5,11,13 | 125:17 129:18 | 220:15,23 | 320:23 321:3,7 |
| 57:15,17,18,20 | 129:19 133:16 | 221:5,7 223:24 | 321:10,12,13 |
| 58:4,21 60:1 | 142:6 144:5 | 224:14 225:5,6 | 321:15 322:8 |
| 62:10 67:8 | 146:10 159:16 | 225:14,14,23 | 322:22,23 |
| 69:4,23 70:7 | 163:12,13 | 226:22 228:14 | 323:2 324:2 |
| 70:13,14 71:1 | 164:4 165:2 | 232:9,18 | 327:20 329:1 |
| 71:2 74:15,22 | 166:4 167:3 | 236:19 238:8 | 329:15 330:23 |
| 76:9,12,19,21 | 168:8 170:20 | 239:24 241:16 | 336:6,9 337:10 |
| 77:4,22 78:24 | 170:20 171:3,4 | 241:23,23 | 337:14,15,16 |
| 79:3,11,20,22 | 171:5,6,10 | 242:1 245:4,23 | 337:18,20 |
| 79:24 80:7,11 | 173:8,19 174:6 | 251:11,12,23 | 338:2,3 339:3 |
| 80:12,12,12,19 | 174:11,23 | 253:3,11,22 | 339:19,21 |
| 80:22,24 81:1 | 176:4 177:11 | 255:10,11 | 341:2,3 343:4 |
| 81:2,20,23 | 178:11,12 | 256:4,7,10,12 | 343:13 344:2,4 |
| 82:6,9,11,14,19 | 180:1 181:16 | 259:4,4 260:10 | 344:5,15,23 |
| 82:20,20 84:16 | 181:23 182:2,4 | 260:11,15 | 345:17 347:15 |
| 84:23,24 86:9 | 183:16,18 | 266:3,4 267:11 | 348:13 349:16 |
| 86:11,12 89:2 | 184:1 187:8,15 | 267:24 272:19 | 349:16 351:8 |
| 90:7 91:10,11 | 191:3,4 192:22 | 273:13,14 | 352:1,12,15 |
| 91:14,15 92:5 | 194:20 195:13 | 275:4,21 | 353:5 354:18 |
| 92:9,11 93:3,4 | 195:18,18 | 277:16,22 | 354:21 355:21 |
| 93:5,17 94:23 | 196:2,5 197:7 | 279:5,6,14,20 | 356:2 357:14 |
| 94:24 95:22,23 | 197:12 198:9 | 281:13,13,14 | **knowing** |
| 96:17,18,21 | 198:11,20 | 281:17,18 | 129:20 289:23 |
| 97:2 102:18,19 | 205:6,8 208:8 | 284:4,4 288:3 | **knowledge** |
| 102:23 103:22 | 209:9,10,23 | 292:17 293:2 | 36:6 37:12 |
| 104:1,24 | 211:2,5,6,12,17 | 297:1,4,4 | 75:19 83:1 |
| 105:20 108:8 | 211:19,22 | 300:2,9,20,22 | 88:6 94:11 |
| 108:23 109:3 | 212:23 213:13 | 302:11 304:10 | 121:10 136:12 |
| 109:11 112:7 | 213:15,23 | 304:15,16 | 165:10 204:1 |
| 112:19 114:15 | 215:21 216:4,6 | 305:4,5 312:2 | 212:1 260:17 |
| 118:6,16 119:7 | 216:8,11,12 | 312:21 315:9 | 273:4 319:5 |
| 120:8 123:8 | 217:2 218:6,22 | 316:4,6 317:17 | 339:5 353:9 |
| 124:20 125:5 | 218:23 220:6 | 320:11,20,20 | |

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 405 of 455

**known** 44:19
45:5 71:4 96:5
96:6,7 98:3
102:23 121:22
192:21 197:23
252:1,1 276:23
**konikow** 1:13
2:12 5:2,6,12
5:15,19,22 6:2
6:3,7,19 7:15
8:14,16,17
9:16 10:14,22
18:11,14 21:22
22:2 25:16,19
25:21 26:7
35:12,15 65:19
65:21 83:20
100:20 107:6
132:3 139:24
150:14 157:1
162:3,11
166:11 168:6
176:10,14
194:15 199:17
200:8 242:7
261:22 268:20
269:19 276:17
278:6 286:22
293:18 297:19
310:10,16
330:20 331:12
345:6 353:21
358:13 360:19

**konrad** 53:8
**krauskopf** 53:9
**kyle** 27:10

**l**

**l** 6:22
**labeled** 201:9
332:12
**laboratory**
149:2 156:13
156:20 158:9
158:19
**lack** 113:15
164:10,13,18
164:21,23
193:23 200:13
203:7 205:5
206:5 216:19
**lakewood**
71:10
**land** 174:9,12
189:15,17
**landfill** 96:10
325:10
**landowner**
104:6
**lands** 73:23
**language** 140:4
**large** 112:18
119:10 203:1
231:20 232:22
257:5 292:21
292:21,24
296:15,17

297:2,3 314:5
**larger** 45:2
296:17 321:20
325:6,7 345:11
**las** 31:5,7,24
**lasts** 104:17
**late** 40:4 71:19
71:24 128:14
**laugh** 39:6 44:5
56:7 61:7 74:8
**laura** 3:15 9:22
14:4 16:24
**law** 11:17
74:15
**lawrence** 149:1
156:13,20
158:8,18
**laws** 104:14
**lawyer** 11:1
14:13 70:21
226:24
**lawyers** 14:1,2
14:10,12,14,16
14:19 15:6,24
17:24 21:6
22:20 66:5
67:12 75:3,11
83:24 162:19
199:24 200:3
232:11,15
262:2
**layer** 92:11
118:19 145:18
312:13 313:1,2

313:7,13,15
**layperson**
348:2,8
**lbaughman**
3:19
**lead** 157:11
170:1 171:19
**leadership** 3:3
3:13 9:21,23
**leaked** 216:2
**leaking** 48:12
277:12,13
**learned** 350:18
**leased** 74:18
**leaves** 170:17
**led** 111:14
340:24
**left** 79:8 102:12
162:21
**legal** 223:12
226:20 227:3
**legitimate**
341:1
**lejeune** 1:7
5:24 6:5 7:2,10
7:23 8:7,23
9:12 11:2 19:6
21:11 30:22,24
39:8 62:23
67:23 70:2
72:6 85:10
87:18 92:21
97:1 99:14
100:2 116:10

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 406 of 455

116:15,19
121:11,12
126:22 132:21
136:3 140:11
152:3 164:10
164:16,24
165:1,14,23
175:6 186:20
191:17 200:23
215:20 240:20
250:12 308:8
343:21 345:10
345:12 347:21
**lenny** 284:4
**leonard** 1:13
2:12 5:2,12,15
5:19,22 6:3,19
8:14 9:15
10:14 26:7
162:3 360:19
**lessons** 8:13
293:24
**letter** 8:15,19
310:18 311:10
311:11
**letters** 19:4
20:6,23
**level** 43:1 47:16
47:20 63:14,15
63:17,19 88:2
98:3 99:4
114:19 119:19
123:12 125:11
125:17 126:4

134:13 135:16
140:18 152:10
165:13,22
168:12 183:23
202:9,17
204:18,23
234:12 271:11
279:13 294:14
296:20 334:8,9
334:10,14
335:6 337:15
351:22
**levels** 96:24
97:9,10,20
113:21 123:11
126:3,18 127:5
127:22 136:18
143:7 145:8
158:21 160:11
165:7 241:18
272:3 295:14
334:15,17
336:1 337:3
338:12 346:18
**license** 128:12
**lie** 167:23
**life** 12:5 127:7
127:8
**light** 236:18
354:9
**likelihood**
225:7
**likely** 41:4,6
48:7,8,11

224:12,23
225:8,19 226:7
226:17 232:1,1
232:9,10 233:7
233:7
**limit** 113:8
137:22 144:8
**limitations**
104:12,18
111:23 330:1
346:15
**limited** 134:1
140:13 155:22
168:7,18 184:4
194:19 288:17
289:2 311:3
329:23
**limits** 195:16
260:10
**line** 23:2 33:4
43:13 91:15
103:10 106:12
108:13 109:22
109:22 110:19
121:15 168:3
176:9 194:11
231:10 238:14
240:7 265:17
265:18 266:15
269:11,13
276:13 282:19
283:4 287:19
289:19 290:10
294:16 295:17

295:20 296:3,8
304:16 317:20
318:9 359:3,5
359:7,9,11,13
359:15,17,19
359:21,23
**lines** 231:9
285:2
**linkage** 81:23
119:5,14
**linked** 82:16
119:4 130:5
256:19
**liquid** 48:15
175:24
**list** 5:16 25:21
26:9,15 36:10
37:10 61:3,13
90:7 120:22
203:23
**listed** 26:3 41:6
41:8,9 43:12
61:10 99:16
154:20 252:5
312:5
**listen** 28:7,12
40:11
**lists** 71:22
**liter** 135:17,18
337:21
**literal** 254:6
**literature**
210:11 316:8
316:10

Golkow Technologies,
877-370-3377                  A Veritext Division                  www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 407 of 455

**litigating**
226:21
**litigation** 1:7
9:13 11:3 19:7
21:1,13 24:22
68:1 69:10,20
72:21 73:9
139:9,14
147:18 148:2
219:4 221:22
222:13 226:9
226:13
**little** 39:11
54:20 61:22
80:15 110:8
112:2,3 123:23
130:21 160:17
163:12 194:23
195:9,12,24
208:3 209:14
218:7 220:15
228:17 242:17
251:16,17
273:19 277:10
281:20 288:2
301:10 302:13
306:7 323:1
324:3,4 332:4
334:5 336:18
**livermore**
149:2 156:13
156:20 158:9
158:19

**living** 48:18
51:8 127:15
**llc** 3:4
**load** 267:7
**loading** 171:5
172:20 176:6
188:15,18
189:23 190:13
190:24 267:4
270:4 276:20
277:2,7 321:21
322:4,7,13
323:7 324:19
328:6 330:2
354:23
**location** 96:5
179:24 276:23
281:5,6,12
288:5 289:18
291:16 293:5
293:11 317:4
**locations** 122:3
281:11 288:21
291:10
**logical** 98:21
277:18
**long** 17:13,13
77:17 102:9,10
152:22 160:20
171:14 174:21
175:7 284:2
301:15 330:23
348:21 349:6

**longer** 104:17
217:1 275:4
303:7 342:3
**longley** 27:10
**look** 16:4 23:1
26:2 42:6
53:22 54:22
71:22 111:19
116:2 150:21
170:24 178:13
183:15 198:16
210:3 213:8
218:19 220:2
221:2 241:10
252:11,14
283:15,17
285:21 291:17
300:19 308:10
309:23 352:17
**looked** 15:8,11
16:8,15 28:10
35:1,2 41:1
42:9 46:10
48:22 52:11,16
90:7 93:15
101:10 128:18
163:8 216:16
218:5,17,23
219:2,2,11
221:12 252:10
294:23 312:4
317:10 319:11
320:23 339:20
341:3,16

345:16 347:23
**looking** 34:23
39:17 42:12
46:23,24 51:18
51:20 54:20
96:7 116:4
121:14 138:1
176:8 178:8
186:1,3 194:1
194:22 195:8
238:14 262:10
284:13 292:13
321:9 322:23
347:22
**looks** 18:17
38:18 39:13
42:13 47:7
68:8,15 69:9
69:15 179:9
278:16 292:23
326:8
**loss** 300:11,21
**losses** 298:19
299:3,9,15,17
299:19,22
300:7,15
**lost** 262:18
330:7
**lot** 31:10 47:18
58:23 73:18
91:13 238:5
282:23 284:8
329:8 350:18
350:19 353:8

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 408 of 455

**lots** 257:24 320:16

**low** 281:16,20 293:2 306:13 307:3,6 313:1 336:5 337:12 337:12

**lower** 65:11 171:12 248:16 251:17 273:19 273:22 305:7 319:20 334:15 337:22

**lump** 312:22

**lumped** 290:1 313:1

**lumping** 312:11,20

**lunch** 160:19 162:13,14,17 162:22

**luncheon** 161:8

**lunchtime** 17:16

**luxenberg** 3:14

**m**

**made** 52:5,12 59:6 86:17 121:22 125:1 127:11 194:16 207:8 208:17 209:17 218:5,8 230:15 253:22

262:18,18 264:2 273:10 276:14 311:22 311:23 326:9 341:22 345:22

**magnitude** 207:13 296:16 297:3

**mail** 73:1,5 343:16

**mails** 19:3,23 20:6,23 69:14

**main** 62:11 93:11 123:17 123:21 124:1,4 124:5 148:15 272:8,9 341:7

**maintain** 334:10

**maintained** 70:4

**major** 312:5,6 313:19 314:1 320:2,5 325:23 326:16 328:8

**majority** 332:23

**make** 12:5,8 61:6 167:24 171:2,8 195:13 197:10 210:23 211:7,14 213:3 216:2 221:3 253:16 254:23

258:9 273:23 276:7 284:5 285:18 306:20 314:16 334:24 351:21 356:2,4

**makes** 344:21

**making** 24:11 51:1 124:21 144:9 155:9 156:8 188:7

**man** 30:19

**manage** 104:16

**managed** 104:4 104:6

**management** 49:16 103:12 103:20 104:14 104:20,21 105:1,1,8,9,16 114:1,7,13,17 114:21 122:11

**managing** 105:11

**mandates** 192:6

**manner** 144:7

**manufacturing** 74:20

**manuscript** 30:22 31:2,12 31:13 32:5

**map** 309:24

**mapped** 121:24

**maps** 308:11

**march** 6:14 7:2 8:19 88:12 166:21 361:23

**marine** 7:10,23 8:7 94:2,2 132:20 140:10 200:23

**mark** 100:16 156:23 166:8,9

**marked** 18:10 18:14 21:21 22:1 25:15 35:12,14 65:18 65:20 66:1 100:17,19 101:4 132:2 139:23 150:11 150:13 156:24 166:10 200:6,7 242:6 268:19 278:5 286:21 293:15,17 310:9 331:11 345:5

**marking** 25:19 132:1 139:22 242:4 268:17 278:3 286:20 310:7 331:9

**marriott** 2:15 9:10

**mary** 93:13

mask   184:21
maslia   4:21
  8:16 14:2,11
  14:12,17,20
  15:7,24 17:24
  26:19 69:15
  70:17 71:3
  72:5,8,17,23
  89:6 186:12
  265:23 271:3
  272:2 310:19
  310:20 342:16
maslia's   186:18
mass   108:16,21
  109:5,7,12
  170:17 171:5
  172:20 176:6
  188:14,18,24
  189:2,4,23
  190:12,24
  267:4 270:4
  276:18,20
  277:1,7 321:20
  322:4,7,13,14
  323:7 324:19
  328:6,11,12,21
  329:7,22 330:2
  338:2 354:23
masses   109:1
match   253:12
  254:12 255:16
  258:1 259:13
  263:5 280:1,2
  281:3,12

290:11 301:4
matched
  254:16 255:3
matches   255:17
  256:3
matching   6:20
  245:18,21
  254:9,10 260:8
  339:21
material
  111:14 313:7
  313:14
materials   5:16
  25:22 26:9,14
  55:4 252:5
math   348:12
mathematical
  43:19 107:15
  107:23 130:7
  208:12 241:1
mathematically
  183:9
mathematics
  212:3
matt   82:23
matter   9:12
  337:2,4 360:6
maximum
  63:14 135:16
  135:18 214:23
mc   63:9
mcdonald
  78:11

mcl   63:9,12,17
  63:23 64:2,11
  64:13,20,23
  135:16 271:19
mcls   64:6 65:3
mdlg7172979
  1:24
mean   14:24
  15:11,13 17:10
  24:5,8 34:12
  34:22 52:2
  62:8 72:13
  75:3,5 82:14
  95:22 103:19
  103:21 108:21
  109:6 113:3
  123:18,24
  124:2,3 125:16
  127:9 135:19
  157:19 164:19
  170:10 175:23
  178:7,18 180:7
  182:19 184:13
  187:3,8,11,20
  193:12,14
  194:20 195:4,7
  195:19 205:1
  206:8 214:11
  215:3,11,13
  217:6 219:7
  222:2,5 223:9
  225:1,3 227:22
  228:8 231:22
  231:23 232:14

233:4,19
  235:21 245:15
  246:9 248:22
  251:5,10
  254:13 259:16
  259:18 260:4
  261:1,1 267:19
  275:11 277:20
  277:22 285:16
  285:18 289:13
  290:9 301:1
  304:2 309:7,22
  311:23 312:19
  314:20 315:8
  319:17 324:10
  327:13 334:14
  337:9 338:9,20
  346:24 354:4
  355:4,9,18
  356:14,18
meaning   106:7
  243:14 298:22
  357:6
means   109:11
  125:19 187:17
  195:12 225:2,5
  226:19 254:14
  281:15 302:6
  316:14 328:20
meant   120:5
  126:1 154:24
  178:9,19
  179:20,23
  180:2,4 185:18

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 410 of 455

186:8 206:12 208:4 223:20 226:1 232:19 233:22 267:22 270:15 329:3,4 354:1

**measure** 184:16 228:15 259:21

**measured** 334:12 336:22

**measurement** 228:10,16,16

**measurements** 124:22 159:10 240:3

**measures** 259:19 261:6

**measuring** 261:2

**mechanisms** 158:4

**media** 241:2

**mediates** 176:18 177:20 178:5

**medical** 341:6 356:14

**medicine** 58:13 58:19

**medium** 336:6

**meet** 14:1 29:24 235:6 274:12

**meeting** 7:17 8:1 14:9,10,23 15:4,5,6 16:7 16:20,23,23 17:8,14 29:23 30:4,5 32:20 33:24 40:16 72:15,17 80:10 86:5 87:8 166:19,19 167:3

**meetings** 14:3 17:18,23 30:2 32:15,21,23,24 33:8,9,12,23 76:15 80:8 86:10,17

**member** 40:2 55:15 59:14 61:16 340:2 344:9,17 347:21

**members** 41:10 44:13,13 53:4 59:12,13 87:2 90:5,8 92:17 95:5 214:10 341:4 342:7 344:14,19

**membership** 60:2,8 341:3

**memory** 42:10

**mention** 139:14 185:12 224:23

340:22

**mentioned** 34:2 41:17 45:11 49:14 54:5 57:23 67:17 70:23 73:11 89:6 90:16 91:2 101:17 105:13 148:2 149:17 163:3 175:11 237:16 282:22 299:24 339:9

**mercer** 44:20 44:23

**merit** 2:22

**mesa** 294:15

**messages** 19:4

**met** 14:4 29:20 32:10,11,16 33:3,21,22,23 71:16,18 76:22 80:7 87:3 89:10 201:21 201:24 203:18 203:21,22 221:16 338:8 343:15

**meta** 334:21

**method** 131:11 180:24 207:19 215:5 217:14 217:14,20 218:13 220:8

228:15 244:22 260:12 275:17 314:3,13 315:15 316:21 318:17

**methodologies** 357:19

**methodology** 64:2,24 246:13 247:18 251:4

**methods** 7:5 102:22 111:21 134:10 200:19 202:8 207:23 214:9,14 215:5 217:22 218:3 238:16,22 240:11 241:12 241:16 245:14 273:15 277:21 315:18,24 323:20 357:22

**mexico** 47:12

**mic** 85:24 95:9 95:12 149:14

**micrograms** 135:18 337:21

**mid** 122:1 128:13 163:10 229:22

**middle** 194:10 202:3 251:18 269:10 279:16 282:19 305:22

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 411 of 455

305:23 306:6
313:2 326:4
332:11 337:12
337:13
**migrated** 73:22
**mike** 94:13
**miles** 31:7
**milligrams**
135:17
**mind** 46:7
146:3,11
191:21
**mine** 129:11
246:24
**minimal** 355:24
**minimize** 153:4
**minimizing**
261:8
**minimum**
330:2
**minor** 275:7
**minority** 342:9
**minute** 297:8
**minutes** 160:21
339:9
**miscalculations**
157:12
**mischaracteri...**
141:15 236:9
246:19
**misinterpret**
248:21
**misleading**
244:8 246:15

249:9
**misleads** 244:4
247:16
**mispronounce**
182:18
**misremember...**
306:5
**missing** 229:22
274:15
**mission** 192:11
**misspoke** 82:3
125:24
**misstates**
122:19
**misunderstan...**
210:17 303:6
**mixing** 298:1
298:11 339:8
339:22
**model** 8:13
13:22 16:11,11
34:5,20,21
43:20 46:16,16
46:17,19 50:17
74:2 92:10,11
98:10,16 106:5
106:13,15,19
106:23 107:19
107:20 109:7
109:24 112:13
112:14 115:4,7
115:8,12,12,19
115:22 116:22
117:8,12 119:1

119:2,3,7,9,15
119:17,18,24
120:3,6,7,19,22
120:23 121:5
121:19,20
123:2,8,21
124:2 125:2
127:21 128:1
128:22 129:4,6
129:16,20,21
130:6,8 131:5
131:6,10,21
132:7 133:6
134:7 135:11
136:17 137:13
138:17,19,19
139:8 141:13
141:19 142:5
142:24,24
143:1,4 145:3
145:3,6,6,7,14
145:15,19,20
145:21,24
146:4,12,18,20
147:17 148:15
149:9,10 150:1
150:4,7 151:9
153:9,13
154:19 155:3,4
155:22 158:1
158:14,15,16
158:17,19,22
158:23 159:13
159:19,23

164:19 168:8
168:11,19
169:21 170:14
170:15 177:6
177:11 179:11
180:14,15,15
180:16 181:3,5
181:7,14,20,20
181:21,22,24
182:5,7,24
183:1,3,5,7,7,9
183:12,17
184:10,11,12
189:5 190:10
190:14,22
191:6,6 193:15
196:4 197:4,6
198:10 199:1
205:9,10,17
206:22 207:19
208:9,9,9,17
209:18,19
210:1,2,5,8,9
210:11,13,16
210:19,20,23
211:1,11,13
212:7,10,12,16
212:18,19,23
213:3,18 214:4
217:9,21,21
224:17 227:20
228:2,21 229:3
229:9,10,18
230:5 231:6,21

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 357-9 Filed 04/29/25 Page 412 of 455

| | | | |
|---|---|---|---|
| 232:23 234:18 | 271:7,15 | 338:17,21 | 90:17,18,23,24 |
| 234:20,24,24 | 273:20 274:14 | 339:7,9,15,19 | 91:4,20 92:22 |
| 235:1,3,7 | 275:8 276:21 | 339:22 342:11 | 94:10,17 95:21 |
| 237:2 238:9 | 279:4,18 280:1 | 342:14 343:3 | 97:6 99:13 |
| 239:15 243:22 | 280:6,17,24 | 347:5 348:20 | 101:20 102:21 |
| 243:24 244:14 | 281:1,8,13,18 | 349:5 351:1,3 | 102:24 113:23 |
| 244:15 245:6,7 | 283:6 284:13 | 351:9,12,14,23 | 114:6 116:15 |
| 245:10,12,21 | 284:15 285:8 | 352:7,9,10 | 116:19 120:11 |
| 246:14 247:12 | 285:12,20 | 355:12,20 | 125:21 127:3,9 |
| 247:14,23 | 286:4 287:2,10 | 356:1,3,6,8,10 | 127:13 131:7 |
| 248:8,16,20,24 | 287:14 288:13 | 356:10 357:12 | 131:19 134:2 |
| 249:1,6,10,15 | 288:14 289:4 | 357:13 | 134:11 140:15 |
| 250:13,17,19 | 289:11,23 | **modeled**  158:3 | 148:14,17,23 |
| 250:22 251:3 | 290:5 293:24 | **modeler**  183:4 | 158:8 164:15 |
| 251:20 252:22 | 294:21 295:21 | 209:7,7 224:2 | 164:24 170:2 |
| 253:5,11,14,15 | 296:1,11 297:1 | 234:18 235:16 | 176:19 177:8 |
| 253:19,20 | 298:1,12,15 | 236:16 341:10 | 177:21 178:6,9 |
| 254:1,5,14,15 | 299:1,2 300:19 | **modelers**  246:2 | 179:11 180:2 |
| 254:15,17,22 | 300:21,24 | 246:8 | 180:10 184:2 |
| 254:22 255:2,3 | 304:8,9 305:6 | **modeling**  6:16 | 186:20 187:8 |
| 255:6,6,10,15 | 305:10 306:14 | 18:2 31:14,17 | 187:22 190:17 |
| 255:19 257:16 | 307:4,8,24 | 31:20,23 34:4 | 191:14,17 |
| 257:18,18,21 | 308:1 312:12 | 34:6 38:5,7,9 | 192:9 194:17 |
| 258:5,13,24 | 312:19 313:2,9 | 42:14,17,19,21 | 194:18 195:11 |
| 259:10,12 | 315:5,21 316:2 | 43:5,17,19 | 198:8 206:22 |
| 260:2,4,4,20,24 | 316:4 321:22 | 44:14 45:13,17 | 207:8,12 |
| 261:2 262:6,9 | 322:5 323:13 | 45:21 46:13 | 209:24 214:9 |
| 262:20,24 | 323:14,15,24 | 48:3 49:14,15 | 214:14 215:5 |
| 263:6,7,18 | 324:3,11,16 | 49:19,20 50:10 | 216:12 224:20 |
| 264:3,3,4,6,7,8 | 325:6,11,13,15 | 50:17,22 52:10 | 231:3 233:18 |
| 264:11,12,18 | 325:15 330:3 | 62:2,3 68:4 | 237:24 238:4 |
| 264:19,19,21 | 331:2,21 333:6 | 70:8,8 71:14 | 248:1 258:22 |
| 264:21,23,24 | 336:24 337:4 | 79:13 81:9,10 | 316:18 325:21 |
| 265:15 266:2 | 337:23 338:1,2 | 85:11 87:17,21 | 331:17 334:2 |

Golkow Technologies,
877-370-3377  A Veritext Division  www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 413 of 455

339:10 340:6
340:16,22,23
341:15,20
342:23 346:5
346:11 350:21
350:21 356:22
357:4
**models** 7:14
34:15 43:2,9
43:21 45:24
47:2 88:6 93:9
98:13 105:24
107:14,15
108:15 114:11
114:12,18
116:8,20
117:17,20,23
119:19 121:10
121:17 122:9
122:10 123:1,4
124:12,12
125:10 126:2,9
126:15,16,24
133:17,18
143:5 146:2
148:6,7,9,16
150:2,6 152:5
152:5 153:10
153:14 154:21
154:22 172:14
173:13 179:1,3
179:5 193:10
203:3 205:14
210:3,10 224:6

229:23 230:19
231:6,6,17,18
233:13,21
234:2,17
235:18 236:22
237:7,8,8,18
238:1,23,24
239:16 240:11
240:12,20,24
241:15 242:14
244:3,17,24
245:16 247:16
247:17 249:21
250:8,11 251:7
255:23 258:8
262:19 263:4,9
263:13 266:12
266:20 276:3,6
297:23 298:18
298:24 299:14
300:14,17
301:4 311:4
323:18,21
324:13 325:9
338:19 343:7
343:10 346:16
349:20 351:7
352:4 353:11
354:2,11
**moderately**
290:15,22
**modflow** 78:3,6
117:8,24 119:1
119:17,17

120:4,18,21
214:21 324:12
**modification**
111:15
**moment** 46:9
54:3 122:8
188:15
**momentum**
108:16,21
109:7
**money** 211:19
**monitoring**
154:3 319:24
320:3,8 321:16
**month** 175:22
189:12 218:24
273:17,18,22
315:4
**monthly** 97:10
125:11 126:3
136:17 137:11
143:6 185:17
214:2,2,10
224:5 231:22
231:22 233:4
233:19 237:11
273:15 280:1
334:16 346:11
346:19 354:5
355:4,9,18
356:14,18
**months** 36:5
**morning** 9:4,19
10:22,23

355:22
**morris** 4:21
8:16 14:2
26:18 69:15
70:17 71:2,14
85:19,22 86:20
89:6 93:3
310:19 342:16
**mothers** 136:10
**motley** 3:4
**motleyrice.com**
3:9
**mountain** 6:18
73:19 74:12,18
75:6 148:18,22
149:4,18
150:17,20
151:6,9 152:15
154:24 155:3
162:23
**move** 48:16
143:17 192:17
285:5
**moved** 102:9
102:11,15
**movement** 6:16
115:23 153:2
197:9 241:2
**moves** 124:23
303:2
**moving** 176:4
251:19 302:12
302:15,17

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 414 of 455

**mt** 3:7
**mt3d** 119:9,13
  119:13,14,18
  119:24 207:19
  214:21 217:8
  324:12 325:9
  325:11 339:10
**mt3dms** 117:12
  119:2 120:24
**muddy** 155:10
**multiple** 96:9
  104:1 215:21
  274:10 277:10
  277:17
**multitude**
  183:10 205:24
**mustafa** 28:8
  29:13 32:9
  271:4

**n**

**n** 9:1 46:5
**nae** 5:16,19
  61:13
**name** 9:5 10:24
  49:6 55:11
  61:14 70:24
  80:7 94:1,4,15
  243:3,6 269:11
  276:13 282:18
**named** 53:8,19
  53:20 101:23
**names** 54:2
  93:15

**narrowly**
  154:24
**national** 26:8
  30:3 33:6
  39:15 40:7,20
  40:21 56:2,8
  56:10,14,17,19
  56:19 57:24
  58:1,1,5,7,11
  58:11,12,18,18
  59:5,15,23
  60:2,9,18,22
  61:1,1,16 71:9
  80:9 149:2
  156:13,20
  158:9,19 340:2
  340:4,5 341:19
  344:8
**natural** 103:15
  159:3
**naturally**
  337:19
**nature** 45:15
  108:6 129:5,15
  129:18 212:11
  291:7 323:5
**navy** 275:1
  331:16 332:12
  332:18 334:4
**navy's** 8:19
  331:20
**nc** 7:2
**near** 47:12

**nearly** 272:3
**necessarily**
  15:11 119:6
  183:24 246:8
  277:13 304:24
  309:22
**necessary**
  105:4
**necessity** 198:9
**need** 12:22 13:7
  36:8 95:9,11
  108:3 118:9,20
  176:18 177:1,2
  177:20 178:5
  182:2 183:22
  184:15 188:10
  192:22,24
  213:16,17
  214:19 307:21
  308:16 309:4
  356:3
**needed** 133:23
  140:12 141:1,9
  143:15 153:3
  177:7 231:2
  275:22
**needs** 23:17
  115:8,10
  174:15 182:6
  192:21 235:6
  240:1
**negative**
  260:14 296:22

**negligible**
  218:13 300:12
**neither** 109:2
  298:16 299:1
  306:13 361:13
  361:15
**net** 302:6,6,8,9
  302:18,21
**network** 298:7
**nevada** 31:4,8
  31:10
**never** 33:21
  67:7 72:13
  113:10 123:20
  148:10 222:11
  228:13 244:15
  244:16,16
  248:11 249:10
  252:1 254:5,21
  255:9,10 256:6
  256:13,17
  274:4 317:22
**nevertheless**
  241:10 279:24
**new** 3:17 47:12
  102:10 115:1
  180:24 181:20
**newer** 120:20
**nice** 283:19
  347:17
**night** 19:11
  66:3 68:8,15
  69:9,14 84:10
  310:13

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 415 of 455

**nods**  12:4,12
**non**  14:16,19
  144:7 274:2
  288:22
**nonaqueous**
  175:24
**nongovernm...**
  58:23
**nonlinear**
  198:14
**nonuniqueness**
  258:17,22
**nope**  129:14
  227:4
**normal**  94:24
  274:9,11,19
  275:5,7 311:14
**normally**  247:5
**norman**  27:7
  28:14 29:13,19
  30:14 32:6
**north**  1:2 7:11
  7:24 8:8 9:14
  31:7 73:23
  116:10 132:21
  140:11 200:24
**notary**  2:22
  361:4,21,24
**note**  136:23
  243:9 280:10
  287:20,23
  322:12
**noted**  10:9
  144:5 202:16

  203:5 206:3
  216:22 222:20
**notes**  330:12
**notice**  2:20 5:9
  18:19 24:5
**noticed**  61:7
  84:9
**noting**  240:9
**november**
  269:20
**nrc**  39:20 41:14
  42:13 43:16
  47:7 50:14,21
  55:24 56:3,6
  57:7 341:14
  342:9,14 344:9
  344:13 345:11
**nuclear**  55:3
  56:4
**number**  5:8
  13:20 19:15
  20:22 21:2
  26:2 67:3
  86:11 113:11
  122:2 153:15
  153:20 154:2,6
  206:18 215:16
  216:16 221:1,1
  221:14,15
  222:20 262:20
  262:21 288:18
  289:2 290:5
  300:14 309:24
  312:10 313:19

  313:20 314:1
  314:22,22
  315:14 316:23
  317:21 319:22
  321:18 332:7
  333:10
**numbers**
  170:15 325:4
**numeral**
  132:10 140:3
**numerical**
  92:10 98:12
  131:10 152:16
  182:12 207:20
  217:8,16,22
  218:2,14 220:3
  220:9,24 221:8
  241:12 257:23
  313:10 314:4,8
  314:13 315:19
  316:1,5,9,12,15
  324:5,6 338:4
**numerically**
  217:12
**numerous**
  205:22 207:5,6
  208:6 262:21
**ny**  3:17

---
**o**
---
**o**  9:1 23:4
**oath**  11:16
  360:13

**object**  19:17
  24:2 28:20
  54:15 57:9
  59:8,17 78:23
  79:17 80:17
  82:7 97:12
  99:5 112:21
  114:2 117:21
  122:18 123:13
  125:14 126:5
  126:20 133:10
  133:13 136:21
  137:15 138:6
  138:11,22
  139:11 141:3
  141:14 142:1
  143:8,24 145:9
  146:6,22 147:7
  147:20 160:3
  160:12 166:1
  168:24 173:2
  179:14 186:22
  187:13,24
  190:6 191:19
  192:12 196:19
  223:11 224:9
  225:22 228:19
  234:21 237:13
  246:16 249:2,7
  249:22 251:8
  253:1 258:18
  258:20 263:20
  270:7 273:2
  286:7 287:16

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 416 of 455

288:15 292:2
299:20 303:16
303:21 309:2
318:7 323:17
328:24 335:13
335:19 337:7
348:5 349:12
351:17 355:15
356:20
**objection** 19:19
67:15 114:9
117:18 144:4
165:17 173:6
174:24 219:5
221:23 236:8
284:16 295:1
333:7 346:22
350:9 352:13
**objections**
144:6,9
**objective**
123:15,15,18
124:4 183:21
191:24 261:8
**obligation**
173:10
**observation**
113:12 124:11
171:3 213:4
289:2 291:5
**observations**
96:19 121:22
124:14,22
125:1 215:15

216:1 240:2
256:8 279:12
279:14
**observe** 111:24
113:1,4
**observed** 96:23
97:20,24 98:2
99:3 122:2
123:11 152:9
165:6 205:5
255:16,18,21
255:23 259:13
279:21 282:24
287:8 289:19
289:21 290:8
290:16 293:7
294:14,17
295:5,14,18
296:2,19,21,21
301:7 317:3,24
339:20,23
**observer** 179:8
**obstacle** 283:6
284:14 285:19
286:3
**obtain** 133:7
134:1 140:13
346:17
**obtained**
216:21 350:7
**obvious** 62:13
130:2 205:9
227:24

**obviously**
183:6 340:23
**occ** 23:7
**occasion** 33:4
**occasionally**
16:3 30:6
37:22 73:5
76:16 343:15
**occur** 300:7
306:10 334:18
**occurred** 84:7
**occurring**
132:23
**october** 6:1
66:9,10 69:11
72:21
**offer** 24:1,22
25:1,11 28:3
29:8,12 164:5
360:12
**offered** 193:21
239:16 331:16
**offering** 227:2
233:24 250:6
**office** 75:4
82:12 89:17
102:5,7,10,16
**offices** 81:24
89:14,22
**official** 37:22
**officials** 43:1
**offs** 131:4
**offset** 307:13

**oh** 15:2 53:23
54:10 80:5
110:20 120:1
142:15 163:17
218:9 239:11
**ohio** 44:18 46:5
46:13,19
**okay** 11:4,7,10
11:18 12:1,7
12:15,20,21
13:2,6,15,17
14:16 15:15
16:6 17:2,22
18:5,9,18,23
21:10,19 22:6
22:19 25:14
26:1,5,12,17,21
27:6 28:2,7,12
29:6 31:18
32:5,11 33:11
35:24 36:12,15
38:3,15 39:10
39:17 41:2
44:12 47:2,5
51:18 52:21
53:1 56:5,11
56:15 57:23
60:22 61:13,21
62:5,12 63:8
64:1,5,10,22
65:2,6,12,15
66:8,15,22
67:2,11,14
68:20 69:7,13

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-9 Filed 04/29/25 Page 417 of 455

| | | | |
|---|---|---|---|
| 69:18 70:9,20 | 135:5,22 | 201:14,22 | 298:10,24 |
| 70:22 71:2,17 | 138:15 139:6 | 202:2,7,12,24 | 299:24 301:9 |
| 72:4 75:22 | 139:17 140:23 | 203:12,19 | 301:23 302:1 |
| 76:9 77:1,6,10 | 141:12 142:19 | 204:13,16 | 303:4,11 305:9 |
| 77:24 78:7,21 | 143:4 144:3 | 206:21 212:4 | 305:21 306:4 |
| 80:2 81:21 | 145:22 146:14 | 213:12,12 | 308:24 309:11 |
| 82:2,13,16 | 147:15 148:5 | 215:3 216:15 | 309:21 310:6 |
| 83:3,20,23 | 148:12 149:21 | 218:10,11 | 310:18,23 |
| 84:3,21,24 | 150:10,20 | 222:20 223:19 | 313:17,18 |
| 85:3,7,13 | 151:1,2,15,23 | 224:4 226:10 | 316:23 321:4 |
| 88:18 90:11 | 152:9,13,19 | 227:16 230:10 | 321:18 326:3 |
| 91:22 92:20,24 | 153:11,15 | 231:14 232:17 | 328:3 330:5,8 |
| 93:6 94:9,16 | 155:11,20 | 238:11 239:4,8 | 330:8,19,21 |
| 95:19 96:14 | 156:6,11,22 | 240:19 242:3 | 331:8,8,20,24 |
| 97:6 100:1,15 | 160:15 161:1 | 243:3 245:4 | 332:15 333:15 |
| 101:12,17,22 | 162:15,17,21 | 251:2 252:4 | 333:22 339:24 |
| 103:7 106:2,19 | 163:19 164:3 | 261:10,22 | 341:12 344:12 |
| 106:23 107:12 | 165:12 166:7 | 262:1,4 263:16 | 344:15,21 |
| 107:18 108:20 | 166:17,24 | 263:24 264:5 | 345:3,19 346:2 |
| 108:22 109:10 | 167:5,8,22 | 265:1,10,12,13 | 349:23 352:7 |
| 110:7,22 111:1 | 168:2,8,10,14 | 266:16,16 | 352:21 353:15 |
| 112:17 113:23 | 168:17,22 | 267:21 268:16 | 355:3 356:4,24 |
| 115:21 116:4 | 171:23 172:17 | 270:19 271:2 | 357:2,8,24 |
| 117:7 120:5,10 | 173:7,19 | 271:24 274:13 | 358:7 |
| 120:14,23 | 174:18 176:6 | 276:16 277:24 | **older**   184:2 |
| 121:9,14 | 176:13 178:14 | 281:7 282:9,12 | **once**   29:20 |
| 122:24 125:24 | 178:24 180:5 | 282:18 283:9 | 30:13 222:7 |
| 126:14 127:1 | 183:2 184:9,24 | 285:1,5,24 | 244:19 |
| 127:20 128:15 | 186:2 187:18 | 286:3,13 | **ones**   16:14 |
| 128:21 129:9 | 188:5,22 | 290:20 291:20 | 50:15 72:5 |
| 129:12,15 | 189:18 193:3 | 291:20 292:6 | 87:12 221:11 |
| 130:11,17 | 194:9 199:19 | 293:14 294:5,9 | 265:7,8 271:7 |
| 131:2,14,17,23 | 199:24 200:5 | 294:20 297:6 | 274:12 312:3 |
| 132:9 134:22 | 200:18 201:7 | 297:19,22 | |

Golkow Technologies,
877-370-3377                     A Veritext Division                     www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 418 of 455

ooh   78:4
open   52:7
opened   188:20
opening   103:10
operated   48:9
   74:19
operates
   106:16,24
   114:24
operating
   175:15 272:20
operation   49:8
   152:1 274:2,18
   274:19 275:5
operational
   49:4,9 128:12
operations
   151:10
opined   239:17
opining   224:4
opinion   24:13
   24:16 25:1
   65:8 78:21
   79:4 83:5
   105:1 164:2,12
   164:22 185:12
   185:22,24
   193:21 229:16
   230:19 233:12
   233:24 235:13
   235:16 239:16
   240:19 244:24
   250:6,15,16
   257:16 280:5

   280:19,20,23
   281:7 305:23
   307:13,16,16
   341:18 343:24
   353:1 354:3,15
opinions   23:24
   24:7,15,21
   25:10,23 27:19
   28:16 29:3,8
   29:12 35:5
   83:4 86:7
   163:21 164:6
   223:2,20 224:3
   227:3 301:17
   331:22 341:12
opportunity
   94:7 211:22
opposed   291:12
   355:10,19
   356:16
optimization
   271:5
order   43:22
   67:6 86:15
   118:9 153:3
   189:16 237:1
   308:4 321:22
   334:10,13
   338:10 344:7
organic   132:19
   140:8 147:12
organization
   57:8 58:23

organizations
   58:10
original   222:19
   252:6,21
   327:16
originally   49:2
   242:18,20
oscillations
   220:2
outcome   172:9
   173:22 175:19
   176:15 177:16
   191:12 312:7
   346:10 361:17
output   120:4
   142:7 148:15
   150:9 251:5
   352:3
outside   28:4
   29:6,10 31:24
   32:21,23 33:11
   35:3 67:23
   71:10 179:8
   332:24 333:1
overall   49:21
   92:14 205:17
   207:3 244:20
   291:4 318:22
overdeveloped
   104:13
overestimate
   281:9 306:11
overestimated
   306:19,24

overestimates
   281:24
overlapped
   102:5
overlooked
   130:4
overlying   48:13
overpredicted
   290:16,22
overpredicting
   287:14 288:14
overprediction
   291:8
overpredicts
   288:13
overriding
   49:18
overseeing
   104:8
oversight   20:12
overstated
   164:13 281:23
overstates
   164:9,18
overstating
   193:22
overused   106:6
own   27:21
   28:18 44:24
   79:9 217:2
   244:2 246:15

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 419 of 455

| p | | | |
|---|---|---|---|
| **p** 9:1 | 276:12 278:9 | 166:14,19 | **papers** 353:7 |
| **p.m.** 161:7 | 278:10 282:12 | 167:18,19,23 | **paragraph** |
| 162:2 358:16 | 285:2,16 287:4 | 175:7,7 176:24 | 107:13 108:14 |
| **p.o.** 4:9 | 287:5,5 294:6 | 179:9 194:12 | 109:23,23 |
| **page** 5:2,8 22:9 | 305:19,22 | 200:14,19 | 110:8 111:2 |
| 22:17 23:1,2 | 306:7 315:1 | 201:3,4,10,17 | 116:5 130:22 |
| 27:16 35:19 | 316:23,24 | 201:20 202:1,4 | 133:22 135:1 |
| 60:14 66:9 | 319:22 321:18 | 202:6 203:17 | 151:4 155:17 |
| 105:23,24 | 326:1,4,4 | 203:17,21 | 155:18,19 |
| 109:17,17 | 328:4 330:6 | 204:10 214:9 | 164:8 168:15 |
| 116:5 132:9 | 332:1,2,11 | 216:18,24 | 169:19 171:16 |
| 134:23,24 | 333:15,17,18 | 218:17 222:7 | 172:6 173:21 |
| 135:5,7 140:2 | 333:19 346:1 | 222:11 265:6 | 206:2 227:16 |
| 142:10,11 | 359:3,5,7,9,11 | 265:14 268:23 | 229:14 239:14 |
| 150:22,23 | 359:13,15,17 | 282:5 284:11 | 243:11,19 |
| 151:2 152:16 | 359:19,21,23 | 285:11 311:22 | 247:10 290:13 |
| 152:16 155:4 | **pages** 36:14 | 342:7,9,14 | 295:12 305:23 |
| 164:1 168:3,5 | 132:10 169:5 | 350:14 | 305:23 330:5,6 |
| 176:8 185:1,3 | 178:12 270:13 | **panels** 20:8 | 333:23 346:3 |
| 185:22 186:6 | 284:18 286:16 | 32:13 39:14 | 348:18 349:23 |
| 193:24 194:5 | **paid** 21:4 65:7 | 50:15 68:4,16 | **parameter** |
| 194:10 201:8,9 | 67:23 | 68:22 70:3 | 34:23 35:5 |
| 202:3,3 206:13 | **panel** 6:24 7:4 | 76:15 99:10 | 43:20 80:13 |
| 206:13 222:23 | 7:17 8:1 32:18 | 100:6,13 | 91:11 118:22 |
| 223:4 227:6,7 | 39:20 40:2,8 | 167:10 219:19 | 193:13 197:22 |
| 229:15 231:12 | 43:16 85:10,13 | 299:6 | 205:10 211:14 |
| 231:13,13 | 85:17 86:3,16 | **papadopulos** | 213:20 228:3 |
| 238:13 239:5 | 87:18 88:11 | 45:4 76:13,17 | 258:6,8 261:5 |
| 239:10 240:6,6 | 90:5,6,10,14,17 | 77:12,20 78:19 | 304:16,17 |
| 262:14 265:11 | 91:16,19,23 | 78:22 79:2,14 | 305:4 307:18 |
| 266:10,15 | 92:17,21 93:1 | 81:13,15,19 | 307:22 309:12 |
| 269:9,10,14 | 93:7,14,14,18 | 82:4,15,24 | 309:13 310:5 |
| | 93:20,24 94:14 | **paper** 245:5 | 318:10,12,14 |
| | 94:18 95:5 | 250:9 357:15 | 318:17,18 |

Golkow Technologies,
A Veritext Division
877-370-3377  www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 420 of 455

319:2 331:1,3
**parameters**
34:19 108:6,10
118:7 181:4
184:15,17
191:7 192:2,4
193:4,9,14
210:5 224:17
245:8,19
248:18 255:16
255:16 257:22
258:10,13
259:1,2,9,11,20
259:22 260:3,5
260:8,13,21
263:7 306:13
324:9 331:2
339:2 355:2
**parsimonious**
183:1
**parsimony**
182:18,20,21
182:24 198:11
**part** 20:6,12
34:22 37:4
41:2,3 53:14
57:24 112:18
128:8 134:16
135:10 139:9
147:18 148:14
148:14 151:6
159:18 193:17
203:2 255:21
257:14 274:17

274:18 284:5,5
289:16 290:7
313:18 321:16
339:16
**partain** 94:13
**partial** 98:11
**participants**
10:9 95:17
**participate**
100:12 179:9
**participated**
93:24 167:9
**participation**
53:18 68:16,21
**particular**
56:24 57:1,12
57:19 64:20
131:10,17
134:12 140:17
147:17 157:21
234:17 235:6
254:19 273:17
274:22 299:10
**particularly**
36:24 42:22
47:14 48:9
52:14 104:11
184:2 209:9
241:8 281:11
**parties** 76:23
361:14
**partly** 289:13
**pass** 271:19
353:17

**passage** 188:23
**passed** 51:11
74:15 84:11,17
**passing** 63:9
**past** 5:21 13:21
20:9 37:7,11
121:21 123:10
126:2 136:1
151:17 231:24
233:6,14
262:22 340:4
**paths** 30:6,12
**pathway** 48:7
**pathways** 48:9
**patience**
353:16
**patterns**
111:18
**paucity** 202:19
204:20 205:1,1
**pause** 12:16,17
**paying** 211:1
235:7 356:2
**pb** 306:11
**pce** 6:21 8:11
135:15 136:2
140:9 165:14
165:23 168:14
169:13 171:7
172:20 174:1
174:12,21
175:8 287:9,9
287:14 290:15
290:21 298:2

302:2 318:1
322:14 326:18
327:9 328:10
328:12,20
329:7,22
332:21 334:13
334:19 336:22
346:18,18
**peak** 207:22
**peclet** 221:1,14
314:22
**peer** 5:23 6:4
6:23 32:13
76:15 91:16,18
166:19 167:1
167:10,23
175:6,7 176:24
299:5 350:14
**peers** 59:7
344:10
**penalty** 360:1,4
**pending** 13:10
**people** 36:20
45:8 54:1
57:19 75:4
78:10,11 79:2
79:20,22,23
86:11,15,20
104:6 124:16
124:20 171:7
190:4,5 208:22
210:2,14,24
235:7 241:24
246:2 248:21

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-9 Filed 04/29/25 Page 421 of 455

256:3,4 344:4
344:13,18
346:13 354:18
**perceive** 210:9
250:18
**percent** 236:10
291:10,14
300:11,14
333:10 345:1
**perception**
190:15 232:18
256:3
**perfect** 245:6
254:21 281:3
290:11 291:6
**perfectly** 58:3
112:15 183:21
280:4
**perform** 99:22
121:10 172:2
192:9
**performed**
62:22 66:23
117:8,11 135:2
139:19 177:4
252:21 262:17
311:4
**performing**
95:20 133:9
137:14 141:10
191:16 210:20
268:14 270:6
**period** 96:19
97:18 99:2

124:7,10,13
132:24 135:2
151:18,21
152:7 159:16
168:8 170:19
195:11 197:1
202:20 204:21
205:7 215:14
215:16 263:4
266:24 274:8
275:3,10,14
276:10 283:22
284:2 293:4
317:4
**periods** 151:22
274:2 282:24
347:8
**perjury** 360:1,5
**permeability**
111:12 313:1
**permeable**
48:13
**person** 55:7
89:9 108:8,9
348:10
**personal** 44:22
**personally**
29:21 51:5,16
60:1
**persons** 349:8
**perspective**
15:21 57:21
190:10 233:16
233:18 327:6

338:21 348:22
349:7 356:22
**perspectives**
70:6
**pertaining** 19:6
**pervasive**
73:20 347:13
**pest** 80:14,16
81:1 261:4,5
**pesticides**
74:21
**phase** 176:5
**phd** 1:13 2:12
5:2,15,19
10:14 26:7
61:14 162:3
360:19
**philosophical**
243:17 254:4
**philosophy**
43:18 254:3
**phone** 73:4
144:14 355:7
**phrase** 224:23
226:7,8,12
357:16
**physical** 149:12
152:22 154:6
154:12 240:13
314:10 316:16
355:2
**physics** 55:4
197:13

**picking** 149:15
279:6
**picture** 288:2
291:6,6,7
**pilot** 47:8 49:1
49:2 50:9 53:5
54:8,11 237:17
**pinnacle** 248:9
**place** 16:23
75:19 83:8
88:12,18,20
93:20 110:4
163:7,14
167:17 175:5
204:10 244:1
262:18 307:20
361:10
**placed** 262:23
**places** 63:10
222:21 238:11
238:20 281:19
281:20,21
334:5 336:18
**plaintiffs** 3:3
3:13 9:20,23
69:20 139:10
147:19
**plan** 54:6 153:4
**planned** 49:9
**planning** 49:16
105:8,9 113:24
114:7 122:11
**plans** 154:8,13

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 422 of 455

**plant** 47:8 49:1
  49:2 50:9 53:5
  54:8,11 87:23
  237:17 272:10
  272:13 280:14
  298:3 300:18
  300:23 301:6
  332:21 339:4
  339:14
**plants** 47:17
  122:4 231:1
  275:21 299:11
**played** 78:4,8
**pleasant** 3:7
**please** 9:17
  12:24 35:7
  85:24 149:14
  155:8 193:24
  322:12 358:9
**plot** 295:16
**plots** 248:14
**plotted** 288:6
**plus** 70:13
  259:5,6
**plutonium**
  47:14,22
**pm** 161:6 162:9
  199:12 261:15
  261:18 297:15
  330:14,17
  358:12
**point** 7:8,21 8:5
  13:7,23 16:16
  34:6,15,20

49:5 60:16
72:1 90:22
91:1 93:9,12
94:17 95:21
96:8 97:7,15
99:12 111:24
112:1 116:11
120:11,18
121:6 138:18
139:6 141:13
143:6 145:7
146:2,18,18
147:15,16
152:4 153:22
159:5 160:8
180:11 200:22
205:11,19
209:10 215:23
219:13,18,21
221:19 224:7
244:7 250:5
254:19 260:23
265:20 268:13
276:22 277:3,8
279:22 280:17
281:2,4,5,15
283:20 285:8
285:12 286:4
291:3 298:11
298:17 299:2
305:16 307:9
308:1,7,17,19
308:20 309:14
310:3 320:9,15

320:22 323:14
324:15,22
325:1,5,12,14
325:16,21
350:2,4,12,13
354:16 356:4,5
**pointed** 14:6
  216:19 291:10
  291:13 305:9
  305:12 313:12
  314:21
**pointing** 313:6
**points** 15:16
  16:1 36:19
  60:16 112:12
  154:23,23
  265:20 281:16
  287:18 288:18
  288:18,21,24
  289:2 290:1,2
  291:2 292:12
  292:13 296:20
**politicians**
  42:24
**poor** 277:15
  295:20 296:1
  296:10
**pop** 20:10
**popped** 46:7
**popper** 243:18
**population**
  88:2 125:11,17
  126:4 179:12

**porosity** 111:12
  113:6 181:1
  197:21
**porous** 241:2
**portion** 23:20
  41:3 185:23
  252:17 328:17
  333:20 340:13
  349:24
**pose** 48:17
**poses** 64:14
**position** 37:23
  89:11,18
**positive** 46:6
  91:16 270:16
  286:11 317:9
**possession**
  21:14 310:14
**possibilities**
  245:7 259:11
**possibility**
  174:1 217:17
  250:20
**possible** 11:13
  12:23 172:8
  173:22 175:19
  182:1 183:1,17
  192:16 198:10
  207:10 210:5
  211:9 216:7
  220:2 226:14
  245:20 255:18
  258:12 259:15

**possibly** 181:3
**postaudit** 8:14
  252:7,19 262:5
  263:16 264:1
  264:13 294:1
**postaudits**
  262:15,16,21
  263:2
**potential** 51:7
  140:7 147:11
  153:10 205:12
  205:21 206:1
  237:20 277:17
**potentially**
  250:14
**power** 47:17
**prabhakar**
  343:14
**practical** 353:6
**practically**
  271:17
**practice** 110:16
  211:12 229:4
  241:6,7
**practices**
  196:11 224:21
  225:13 235:1
  277:15 346:4
  357:21,21
**preceding**
  270:12
**precipitation**
  170:24 256:24

**precise** 196:5
  198:3 225:15
  275:16 276:10
  307:20 310:4
**precisely**
  251:11 252:1,2
  327:15,23
  338:10
**precision** 96:11
  202:9,18 203:9
  204:19,24
  206:6
**preclude**
  231:20 232:23
  233:13
**predetermined**
  107:22 108:5
**predict** 103:13
  115:1,13,14
  121:19,20
  123:3,5,10
  127:10 153:2
  211:4 263:12
  264:8 346:5
**predicted**
  294:13,17
  295:6,14,18
  296:7
**predicting**
  240:15
**prediction**
  195:13,19
  253:16,17,21
  253:22 254:2

  254:18,23
  264:9,14,16,22
  295:11
**predictions**
  157:11 262:17
  262:22 263:17
  264:2 295:15
  295:21 296:11
  323:22 338:17
  346:11 347:5
  347:12
**predictive** 8:12
  155:21 293:23
**pregnancy**
  136:10
**pregnant** 133:1
**preliminary**
  86:6 87:13
  173:9 208:24
**preparation**
  147:4
**prepare** 13:19
  17:19,20 18:6
  67:9 86:8
  102:20
**prepared** 116:7
  201:23 209:2
  222:11
**preparing**
  250:5
**presence**
  295:21 296:11
**present** 4:16,18
  14:11 17:3

  112:8,8 121:24
  123:7 180:14
  195:22 288:1
  342:3
**presentation**
  204:4 208:22
  294:22
**presentations**
  32:18 40:11
  52:5 86:17,20
  87:2 216:5
**presented**
  54:19,23
  196:11 347:12
  348:3
**presenting**
  347:18
**presents** 64:11
**preserved**
  334:14
**press** 40:22
**pressure**
  113:21
**prestigious**
  57:8
**presume** 41:23
  69:5 88:4,13
  172:3 342:13
**pretty** 36:4
  49:7 54:17
  55:7 96:5,6,7
  98:6 113:5
  118:6 173:11
  176:1,2 254:15

300:12 301:4
319:12 342:5
343:8

**preventing**
154:15

**prevention**
152:24

**previous**
149:20 205:14
286:2

**previously**
162:5 326:16
328:12

**primarily**
353:5

**primary** 52:15
74:20 118:16
123:15 270:20

**principal** 77:11
77:22 80:20

**principle**
159:21

**principles**
108:23 212:2
240:13 241:20
260:16

**printed** 109:17

**prior** 19:6
21:11 72:20,21
99:2 122:19
124:8 126:12
130:7 141:15
162:21 165:9
165:11,15,21

196:16 209:2
219:22 221:21
226:12 229:20
246:20 333:17

**probabilistic**
55:5

**probably** 16:10
17:15 22:14
24:13 30:7
31:15,17,19
33:8,9,23 38:1
38:13 42:6,24
56:22,23 61:11
71:15,24 73:4
74:3 76:16,22
81:10 85:5,19
85:22 86:14
90:8 93:10,17
131:8 163:10
167:12 172:13
174:8 185:7
189:11 198:14
205:10 209:10
232:10,14
237:1,4,6
252:8 254:15
268:4 288:19
290:1 315:16
320:13 321:15
322:3 324:2
325:2 342:5
350:24 354:19

**probing** 173:16

**problem** 6:1,6
40:3,6 46:15
70:1,2,6 74:3
81:10 96:20
118:15 124:17
124:21,24
129:5,16 151:7
151:11 152:21
159:4,8 212:11
218:15 220:6
290:7 315:8
354:18

**problematic**
350:3

**problems** 46:1
81:9 90:1
104:12 124:16
129:19 208:15
208:16 209:12
262:22 263:4

**process** 106:15
106:16,21,24
134:3 140:15
198:6 258:5,6
258:9 259:16
299:4 300:8
306:10 308:23
309:8,9 314:11
318:12 327:2
328:15,22
339:13

**processes** 38:8
38:13 108:1
109:19 111:11

111:14 117:16
181:6,10,14
182:3,6 184:14
184:19 193:18
197:7 198:2,4
198:13 241:1
251:23 257:23
299:7 316:17

**proclaiming**
243:21 247:11

**produce** 57:15
187:23

**produced**
20:20 43:8
66:2 67:8,13
68:8,15 69:8
69:14 84:10
119:15 137:12
159:24 224:6
234:1,10 251:6
310:13 337:4
338:18

**producing**
353:7

**product** 218:18

**production**
19:11,13 47:15

**products** 47:22
219:1 346:19

**professional**
29:22 30:1,13
33:12 36:22
39:12 72:9,14
80:8 155:9

Golkow Technologies,
A Veritext Division
877-370-3377                                                       www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 425 of 455

233:8 235:10
235:24 236:2,5
236:7
**professionally**
36:11,18
**professionals**
231:24 233:5
233:14 234:3
234:11 235:14
235:19
**professor** 44:18
53:8 341:11
343:13,24
**program** 71:9
102:13,14,17
**progresses**
214:20
**project** 74:1,4
78:13 115:8,10
115:11 207:9
216:12
**projects** 32:7
72:5 153:4
**pronounced**
242:10
**proper** 131:9
131:20
**properties**
111:5,11 112:2
112:6 113:18
118:11 171:1
180:19,20
190:13

**property**
118:22
**proposed** 47:12
49:2 55:13
115:20 128:9
214:14 215:4,5
**protect** 190:5
191:12 192:11
**protecting**
191:18
**protection**
63:15 191:13
**protective**
187:12 190:3
190:11 192:23
**prove** 245:21
253:14,24
264:4,6,10
281:3 357:12
**proved** 264:20
**provide** 91:3
94:16 179:5
202:8 229:23
230:19 330:1
332:16
**provided** 87:11
94:22 231:3,7
352:4 354:11
**provides**
152:24
**providing**
169:2,3 203:8
206:5 231:5,22
233:4 310:19

337:1 351:14
354:12
**public** 2:22
42:23,24 63:20
186:14,21
187:1,4,11
188:5,9 190:2
190:11 191:16
192:8,11
243:15,21
244:1,4,5
247:11,16
250:18 348:15
361:4,21
**publication**
37:2 243:4
**publications**
5:20 36:22
37:7,11
**published** 16:5
37:2 40:21
87:15 101:12
204:9 218:23
242:21 243:1
250:10 293:21
342:15,16,17
344:3 357:15
**publishing**
342:11
**pull** 265:2
308:15
**pump** 31:10
104:7

**pumpage** 32:4
276:4,11
**pumped** 275:2
**pumping** 115:2
174:12 180:23
272:11,17,21
272:24 273:5,6
273:10,12,16
273:21 274:15
274:21 275:3
275:12,13
276:6 320:15
354:23,23
**punishment**
13:9
**purpose** 46:19
49:19 87:17,21
109:24 114:15
122:14 123:21
124:1 126:18
127:5,8,19
129:6,16,21
134:6,18
136:19 137:10
141:12,18
142:7 145:21
146:1,3 147:10
148:15 158:13
158:18,22
160:10 212:12
213:8 230:4,5
234:17 236:20
237:19 238:9
336:15,24

Golkow Technologies,
A Veritext Division
877-370-3377          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 426 of 455

343:1 352:10
356:16
**purposes** 31:24
49:17,17 50:18
114:1,8,13,14
114:18 115:7
122:12 154:18
154:21 233:22
234:20 237:24
255:6 265:14
275:10,13
355:10
**pursuant** 2:20
**pushed** 78:12
**put** 13:10 69:15
85:24 105:17
108:6 142:16
191:6 239:9
**putting** 25:9
351:2,12,13

**q**

**q&a** 135:10
**qualified**
138:24 190:8
**qualitative**
107:9
**qualitatively**
327:21 348:23
348:24 349:6
**quality** 102:8
259:18 348:21
**quantify**
134:11 140:16

207:9
**quantitative**
107:10 115:5
346:17
**quantitatively**
107:24
**question** 12:17
12:21,22 13:3
13:11,11 24:16
25:3 29:16
35:10 52:7
56:12 57:10
59:9,18 60:6
74:5 79:18
80:18 81:17
84:7 92:5
119:16 122:7,8
122:19 125:15
126:6 133:14
134:23 135:12
135:12 136:22
136:24 137:6
137:16,18,24
138:7,12,23
139:12 141:4,6
141:15 142:2
143:9,12 144:2
144:13,16,20
145:2,10 146:7
146:9 147:23
149:20 160:4
166:2 168:11
169:1 172:19
173:11,17

179:15 186:6
188:1,11,17
189:22 191:20
192:13 196:20
196:21 202:7
206:14,24
221:6,9 223:8
228:20 234:22
236:9 244:24
246:17,21
249:3,23 250:1
257:15 276:17
277:18 292:4
292:10 303:15
333:8 335:14
352:23
**questionable**
328:16,23
**questioned**
216:20
**questioning**
54:19 144:24
149:15
**questions** 14:5
15:12 24:24
37:13 52:8
55:8 86:5,6
87:3 91:11,13
92:8 103:8
128:19 143:21
156:9 162:22
201:20 203:20
203:24 208:21
209:4,5 216:20

227:19 230:5
230:15 294:3
297:7,23
330:19 340:1
345:20 353:16
353:22 354:1
358:1
**quick** 261:10
297:8
**quickly** 113:22
176:2 278:8
292:10 342:5
**quite** 49:4 73:5
79:7 202:15
214:15 215:6
262:23 282:23
297:2 323:21
350:15
**quote** 239:16
239:20 285:2
**quoting** 247:1
336:17

**r**

**r** 3:5 9:1
**radioactive**
47:14 49:10
55:13 109:3
128:9
**rail** 55:14,19
**railroad** 55:16
**railroads** 55:12
**raised** 216:18
216:20 219:19

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 427 of 455

221:6,9 247:2
311:3,5 312:6
312:9,17
**raising** 270:3
317:14
**random** 108:5
**range** 169:23
248:17 260:13
266:21 279:14
279:17 284:1
293:1 318:21
319:9,18,21
332:20 347:16
**ranges** 332:2
**ranging** 55:3
**rank** 334:10,13
338:10
**ranked** 334:9
351:23
**ranking** 336:2
**rare** 276:9
**rarely** 113:18
263:3
**rate** 65:11
66:10,19 67:18
70:15 115:2
171:9,10
273:16,22
276:20,24
317:2,13,23
318:5 319:16
321:21 322:4,7
322:13 323:7
326:14,19

327:10,19
330:2
**rates** 171:10,14
203:7 206:4,10
272:21 317:9
319:6,10
354:23
**rather** 263:10
316:16 320:15
334:7 336:7
351:23
**ratio** 302:23
**reach** 266:8
267:17,20,22
268:2
**reached** 135:17
**reaches** 175:21
189:15
**reaching**
266:23
**reaction** 181:17
183:10 203:7
206:4,10 302:8
322:20,23
**reactions**
157:22,22
206:11 302:20
302:21
**reactive** 302:3
**read** 28:10 29:3
34:12 103:17
106:17 110:17
110:21 122:5
130:9 131:12

133:3 134:4,9
134:20 135:20
136:4,14,23
140:5,21
144:12 145:5
147:3 151:13
153:6 155:24
157:15 164:5
168:15,16
170:4,5 172:15
172:16,17
173:9 176:21
176:22 177:15
178:12 185:21
194:24 201:1
202:22 203:10
203:11 208:1
215:1 219:13
223:14 230:1
232:3 240:17
242:16 244:11
245:5 249:9
252:8 263:14
267:1,10 270:1
270:2,12 271:2
271:22 275:18
283:7 284:18
284:21 286:15
290:24 294:18
295:22 300:2,4
306:15 318:2
328:17,18
333:2,3 335:9
335:10 340:18

349:3 360:5,7
**reading** 225:4
248:7 266:13
266:18 278:16
286:9 330:6
**reads** 103:11
119:13
**real** 45:24
106:14,20
123:11 127:6,8
138:21 146:21
165:16 198:13
208:17 217:13
240:1,3 287:20
331:4
**reality** 110:14
112:15 198:2
228:22 229:11
353:10
**realization**
266:22
**realized** 20:1
**really** 25:2
27:22 30:2
50:4 61:1
104:21 115:21
116:19 173:14
184:21 190:11
196:1,13
209:24 210:16
210:20 228:13
234:19 236:1,1
242:23 253:23
265:21 268:7

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 357-9 Filed 04/29/25 Page 428 of 455

279:10,19
283:5 288:1
289:23 291:3
297:2,3 301:1
302:23 304:2
304:18 313:9
339:10 340:19
342:8 344:2
352:18 353:15
355:24
**realm** 56:16
245:7
**realtime** 2:21
**reason** 11:21
167:5,22
168:22 169:7
212:4 217:11
222:6 226:5
236:18 257:14
257:15 317:24
320:24 321:2
**reasonable**
35:2 57:4
70:15 98:21
171:2 182:9
202:15 212:15
214:15 215:6
223:3,9 224:8
224:11 233:20
251:13,19
255:3,6 260:10
289:15 299:12
313:17 314:16
318:21 323:12

323:19,22
327:5 331:6
350:21 351:3
354:9
**reasonableness**
289:4
**reasonably**
64:14 213:6
234:6,6 235:23
236:17 339:20
350:22 354:8
**reasoning**
253:10
**reasons** 197:18
247:6 284:9
357:14
**rebuttal** 5:10
5:14 22:3,7,9
22:21 23:16,21
23:23 25:23
26:7,17,18
27:2,6,9,20,24
28:4,19 29:5
37:6 65:6
75:23 116:3
148:5 150:23
151:1 156:17
163:24 164:1
185:1,7 222:15
222:17,23
246:5 252:14
300:1 331:22
341:23

**recall** 11:10
14:15 16:6,19
17:9 26:22
31:14 32:20
33:4,17,24
40:24 44:12
45:9,14,21
46:2,9,12,18,22
47:1,2,4 53:3
54:2 70:23
71:21 72:7
73:3 74:21
84:5,14 85:20
86:16 87:6,10
87:12,15 88:24
90:21 91:7,10
91:10 92:7,16
92:19 93:5
94:15,21 95:3
95:4,6,15,19
97:4 105:14
139:13 143:2
147:24 163:1,6
175:12 180:4
180:10 185:23
186:24 203:22
204:6 205:18
206:9,12 209:1
216:2 220:5
226:15 230:8
237:21 239:1,2
252:12 272:16
272:18 274:1
275:18 300:10

300:12 305:18
306:13 319:15
319:20 322:9
325:3 327:23
329:3,11
331:19 341:17
342:10 343:22
345:17
**receive** 60:10
68:20
**received** 19:10
36:23 37:1
61:19 67:22
69:8
**receiving** 209:3
**recent** 38:19
311:17
**recently** 218:6
219:8 311:6
**recess** 83:14
161:8 199:10
261:16 297:13
330:15
**recharge**
170:23 171:2
**recite** 272:18
**reclamation**
154:8,13
**recognition**
36:24 225:10
320:14 323:23
351:19
**recognize**
124:21 195:15

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 357-9 Filed 04/29/25 Page 429 of 455

196:6 201:18 229:10

**recognized** 40:5 96:20 124:24 151:11 159:8 231:19 314:12 316:17 346:14

**recognizes** 196:2 319:1

**recognizing** 248:3

**recollect** 175:10 299:8

**recollection** 16:1 31:1,15 31:16 32:16 33:1,10 40:1 40:18 49:1 82:21 88:22 89:16 94:1,8 180:6 191:22 201:19 274:13 275:16,19 299:5 339:17

**recommended** 214:10

**reconstruct** 34:14 97:9 125:11 126:2 126:10,17 127:4 141:19 152:6 197:5 229:19 276:6

277:1,7,19

**reconstructed** 170:21 202:21 204:22 273:7 277:21

**reconstructing** 124:6 149:6 159:19 206:15

**reconstruction** 7:1,6,19 8:3 50:12 123:16 125:7 127:18 134:3 135:13 140:16 149:5 200:20 274:18 275:10,14 276:1 350:2

**record** 9:4,18 10:10 12:3,9 67:6 83:13,16 83:18 124:13 137:1 155:10 161:5 162:9,14 170:20 199:6,9 199:12,14 218:10 261:15 261:18,20 263:12 273:5 273:11 277:11 280:11 286:15 286:17 297:12 297:15,17 330:14,17 358:11

**recorded** 1:12 2:11

**recording** 171:7

**records** 66:2 163:9 170:24 276:10

**recreates** 112:15

**reduce** 182:16

**reduction** 317:16

**reevaluate** 34:18

**refer** 26:4 118:18 217:21 238:21 250:12 285:13

**reference** 156:17 166:6 185:11 243:18 265:14 284:6 292:8 293:9

**referenced** 25:7

**references** 63:9

**referencing** 268:12

**referred** 250:12

**referring** 53:5 97:19 98:8 157:4 171:24 180:1 205:4 206:10 246:4 277:3

**refers** 285:23

**refine** 182:2 186:15 235:5

**refined** 176:19 177:21 178:5,9 180:1,9,14,15 180:16 181:2,5 181:13,20,22

**reflect** 191:8 193:15 195:24 248:17 286:18 288:3 297:5 313:3

**reflected** 25:12 27:21 28:18 186:18 217:2 219:20 222:14 241:20

**reflecting** 21:3 61:17 219:18 219:22 244:21

**reflection** 289:3

**reflects** 63:16 64:15 302:2 331:4

**refresh** 16:1 42:10

**regardless** 111:3 235:2 330:1 334:11 334:14 336:20

**region** 89:15,22

Golkow Technologies,
877-370-3377  A Veritext Division  www.veritext.com
Case 7:23-cv-00897-RJ  Document 357-9  Filed 04/29/25  Page 430 of 455

**regional** 89:11
  89:14,17,19,24
  213:9
**registered** 2:22
  361:4
**registration**
  361:24
**regression**
  276:1
**regulatory** 43:9
  56:4
**reich** 4:19
**reilly** 101:23
  102:1
**reilly's** 129:11
**reiterate**
  194:17
**related** 21:11
  27:13 29:8
  30:19,22,23
  32:2 34:6
  46:16 47:15
  52:6,13 62:23
  64:6 67:23
  72:6 75:6
  86:24 90:19
  91:5 97:7
  99:13 116:23
  127:14 149:18
  163:4 164:15
  164:19 165:1
  190:14 191:17
  211:7 261:8
  314:10 316:9

  338:12 339:2
**relates** 1:9
  146:17
**relating** 306:1
  349:17
**relation** 58:4
  142:24 294:13
**relationship**
  295:13 303:12
**relationships**
  108:17 335:4
**relative** 289:19
  290:4 334:7
  361:13,15
**relatively**
  295:16
**relevant** 145:19
  210:20,22,24
**reliability**
  203:2 210:12
  214:18 215:9
  317:1
**reliable** 43:2,21
  57:5 91:21
  98:6 191:6
  214:10,24
  234:7 236:17
  240:14 264:16
  317:24 318:6
  350:22 354:8
**reliably** 211:8
  346:19
**reliance** 252:5

**relied** 233:21
**rely** 212:24
  234:3 318:15
**remain** 109:8
  111:8 180:22
  305:1
**remains** 111:4
**remediation**
  115:24 157:14
**remedied**
  152:23
**remember**
  16:14 17:10,11
  30:3 32:17,19
  42:3,6,8 44:9
  55:11 58:14
  73:1 75:15
  80:8 86:2,4,9
  89:1,4 90:4,9
  92:12 93:6,13
  93:16 94:2
  117:5 159:11
  167:2 169:18
  172:4 178:10
  203:23 218:24
  220:4,22
  221:11 226:14
  292:16 317:7
  317:18,19
  321:24 322:1
  322:22 327:14
  331:23 342:1
**remind** 74:5

**remote** 10:8
**removes** 351:24
**removing**
  154:8,14
**remy** 5:11 76:6
  76:19,21
**remy's** 27:23
**repeat** 35:7
  81:17 114:3
  137:6 141:5
  144:1 188:11
  194:5 249:24
**repeatedly**
  227:19
**reply** 342:20
**report** 5:15
  22:3,4,7,9,12
  22:19,21 23:14
  23:17,21,23
  24:5,20 25:6,7
  25:12,23 26:7
  26:18 27:2,7
  27:10,12,17,21
  27:22,23 28:19
  28:19 29:2,5
  35:4,21 37:6
  40:17,21 41:1
  41:11 42:6,9
  45:20 56:23,23
  57:2 63:8 65:7
  75:23 116:3
  117:2 121:14
  121:15 123:9
  138:18 140:5

Golkow Technologies,
877-370-3377                  A Veritext Division                  www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 431 of 455

146:14,24
148:5 150:22
150:23 151:2
156:17 157:6
163:21,24
164:1 185:1,7
185:11 186:7
204:9 219:21
220:4 222:15
222:17,18,23
224:3 227:6,13
238:12,15,21
239:5 246:1,4
246:6 252:7,15
252:17 275:18
278:8,17,20
279:10 283:16
283:18 285:22
288:11 290:20
291:3,9,12,17
300:1,5 305:20
307:20 308:15
308:17,19,19
312:8 322:15
323:1 326:10
331:22 333:12
340:6,11
341:16,23
342:4 345:11
345:11,14,16
348:4
**reported** 1:23
288:22

**reporter** 2:21
2:22 10:11
12:1,9 35:11
65:17 100:17
144:12 161:4
361:1,4
**reporting**
347:5
**reports** 5:10
13:21 16:5
18:2 24:9
26:18 27:20
28:1,4 34:3,4,6
34:10,12 56:22
57:3,14 75:24
86:8 87:14
89:20 99:17,20
116:7 117:6
138:16 139:7
145:5 146:19
147:3,6,17
148:1,24
217:18 218:20
218:21 219:3
219:12 220:1
221:11 223:22
250:3,4,5
278:11 311:6
311:17 347:14
347:24,24
350:20
**repository**
48:12 128:5,9

**represent**
18:18 65:23
158:4 181:9
201:14 224:13
251:13,23
302:22 331:14
345:8
**representation**
92:11 106:14
106:20 198:4
241:1
**representing**
3:3,13 4:3
184:18 208:11
**represents**
225:15 302:23
**reprinted** 7:16
242:22
**reproduce**
54:22 158:23
**reproduced**
57:16
**reproduces**
150:6
**republished**
243:8
**reputable** 57:7
**reputation**
56:20 59:23
60:1 79:23
**reputations**
79:21
**request** 19:15
20:22 21:2

67:13
**requested**
203:24
**requests** 19:1
21:5
**require** 184:14
276:3
**required** 130:7
131:3 157:13
230:22
**requirements**
131:6
**requires**
103:13 114:21
**reread** 146:24
219:13
**rerun** 327:19
**research** 38:2
39:15 40:7,21
56:2,9,14,19
57:24 102:13
102:14,17
340:4,5 341:19
344:8 353:8
**research's**
56:19
**resided** 133:1
**resident** 347:22
**residents**
176:17 177:19
232:1 233:6,15
347:7
**residing** 349:9

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 432 of 455

resigned  72:2
resource
  103:22 104:3,4
  104:9,16,17,17
  105:3,5 115:4
  152:21
resources  7:7
  7:20 8:4 89:13
  184:3 200:21
  243:6
respect  131:5
  193:7 244:3
  247:15,24
  274:15 280:23
  311:3
respected
  56:22 57:21
respond  12:18
  14:6 283:14
responded
  19:22 217:7
responding
  83:3 332:17
  333:16
responds
  186:12 283:12
  285:20 333:16
response  19:15
  20:21 21:5
  75:24 84:10
  92:13 103:14
  138:1 164:6
  203:20 207:2
  230:14 245:1

256:24 263:12
311:10,11,16
311:16 313:19
314:19,20
315:13 317:20
322:10,21
331:15 333:17
333:21 335:4
335:12 338:15
342:17 343:8
responses  8:18
  169:24 256:22
  257:3 310:20
  310:22,23
  313:5 342:21
responsive
  19:14
rest  104:5
  329:20 341:6
reston  102:11
  163:16,17
restoration
  258:7
restricts  257:8
result  107:21
  136:1 153:1
  213:6 259:5
  322:16 356:9
results  43:22
  88:8 108:4,11
  177:13 185:14
  185:16,19
  188:8 196:4,11
  196:16 205:17

207:8 209:24
210:14,16,19
210:24 212:18
212:24 214:11
214:19,24
215:10 216:14
218:5 224:15
224:18 228:1
229:6 231:18
231:21 232:24
236:4,6,16
239:18,23
248:1,4,14,23
255:17 258:1
263:1 273:24
279:6,7,11,12
280:16 290:14
324:4 334:2
339:15 347:15
350:21 356:11
retained  69:9
  219:3
retardation
  6:21 157:10,19
  181:9,12,16
  197:24 198:14
  198:16 301:11
  301:19,20,24
  302:1,22 303:1
  303:7,13,20,24
  304:3,12,14,18
  304:24 305:11
  307:18,23
  318:13,19

retarded
  157:21
retention  19:7
  21:12 72:21
  219:22 221:21
retired  39:4
  53:14 69:24
  70:9 77:15
retiring  77:21
return  176:6
  189:19
reveal  14:24
revealed
  257:12
review  5:23 6:4
  6:23 14:22
  15:1,2,10,13,20
  17:7 24:8
  26:17 27:2,6,9
  27:17 28:7,13
  32:13 34:10,22
  43:4 54:5,14
  54:18 69:23
  75:4 76:15
  86:8 87:11
  91:16,18 92:4
  95:1 166:19,19
  167:10,23
  175:7 176:24
  204:3,7 252:9
  300:4 310:21
  311:17 312:7
  313:24 319:14
  331:20 342:23

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 433 of 455

343:6 350:14
**reviewed** 13:21
  15:23 16:7
  18:2 138:16
  203:5 238:2
  250:3 252:6
  300:17 311:6
**reviewer**
  173:10 299:11
  315:16 316:19
  328:9
**reviewer's**
  326:17
**reviewing**
  15:13 16:20
  17:11 34:2
  218:6 237:4
  300:1,3 321:13
**reviews** 18:16
  25:20 35:16
  101:14 169:9
  223:18,21
  278:15 313:21
**rf** 198:21 305:5
  306:9 307:5
**rfs** 197:24
**rice** 3:4
**right** 12:2
  17:17 26:10
  32:1 33:13
  34:7 37:8,17
  38:16,21 39:15
  39:21 42:15
  54:7 68:18

69:11,16,17
74:11 75:12
77:8 78:1 82:3
88:2,12,14
92:22 93:16
97:1,5 99:17
99:23 101:9,13
101:20 103:5
106:1 107:1,16
108:18 110:5
110:23 112:15
114:1,8 115:9
115:24 116:23
117:6,9,12
120:12,15
121:2,7 123:5
125:13 126:4
128:23 129:7
129:10,13
130:12,15,15
131:21 137:14
138:5,10
141:24 143:23
145:8 149:7
151:19 152:7
152:17 154:16
154:17 156:14
156:18 158:12
158:21 167:6
167:24 169:16
170:8 171:21
172:2 174:3
175:15 177:4
186:10,21

187:23 188:15
195:2 196:18
204:11 206:24
210:21 212:13
222:16 225:8
225:19 226:24
228:18 230:16
234:20 248:7
249:1 250:19
251:7 256:1,2
260:24 268:3
268:10,14,23
269:6 270:12
277:4,24
279:13,16
280:18 284:15
285:3 290:12
290:22 293:21
296:3 298:3,8
298:9,20 300:8
309:4 310:16
324:17 325:17
329:2,18 330:4
335:16 344:10
355:6 357:12
357:12
**rigorous**
  238:16
**risk** 48:11,17
  52:12 53:24
  55:4 63:18
  64:11,14,16
  188:9 334:20
  335:5

**risks** 64:6
**river** 213:9
  256:23 294:15
**rmr** 1:23
  361:21
**roads** 170:1
  171:19
**robert** 89:7
  313:18 318:4
  322:10 326:8
  328:6 353:1,2
**rocky** 6:17
  73:19 74:12,18
  75:6 148:18,22
  149:4,18
  150:17,20
  151:6,9 152:15
  154:24 155:2
  162:23
**rod** 53:19
**rods** 47:17
**rogers** 6:22
  156:18,19
  157:3
**role** 38:19
  39:23 40:12
  43:16 51:24
  52:3 78:5,8,9
  93:4 335:21
  344:8
**roman** 132:10
  140:2
**room** 2:12 17:1

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 434 of 455

rounded 102:23
routine 274:7
row 307:5
rule 182:4
rules 11:12
144:6
run 119:9,12
119:12 159:13
168:10 170:15
running 169:22
255:18

**s**

s 9:1
s.s. 78:22,22
79:14 81:13,15
81:18 82:4
sabatini 27:3,5
33:19 300:6
sabatini's
300:1,5
safe 64:14
187:6
safely 129:23
safety 48:5,21
48:23 49:18
50:5,6 55:16
128:8,10 188:6
salary 68:24
100:10
salt 47:13
294:15

sample 290:6
320:14
sampled
283:21
samples 96:24
98:4 122:3
229:21 283:22
288:1,3 290:3
293:10
sampling 97:21
320:18
sandy 313:13
sat 11:7 163:4
216:23
satisfactory
153:1
satisfies 311:18
satisfy 314:19
saturated
118:12,19
322:14
save 256:8
360:8
saw 27:4,4 33:4
99:16 166:6
216:13 217:18
218:9,12 219:1
320:24 350:19
saying 106:21
113:15 164:7
168:4 175:14
179:7,10
189:19 190:19
191:15 197:6

210:15 225:18
225:20 233:17
239:2 250:24
268:1 272:2
274:24 275:2
306:20 309:7,8
318:4,10,24
322:11 323:2
327:3 329:7,9
335:12,16,24
336:14,24
352:9 357:8,18
says 23:2 26:9
66:8 101:15,15
107:13,17
108:14 109:22
110:9 116:5
130:1,22
131:18 132:15
133:22 135:12
140:5 147:1
152:19 157:24
164:18 169:12
170:9 171:22
185:13,15,19
187:1 214:8
228:10 231:15
239:22 242:22
263:11 265:23
269:18 276:16
290:13,19
306:7 326:9,14
327:17 328:6,7
328:20 332:5,8

336:17 349:24
356:3
sc 3:7
scale 228:16
292:23 336:3,7
349:18
scarcity 105:14
scatter 296:15
scenario 346:6
350:4
scenarios 52:11
271:6
schedule
275:13
schedules
354:24
scheduling
18:20 271:5
scheme 217:9
scholars 59:6
schwartz 44:17
science 45:18
55:4 58:8,19
59:5,15 60:9
240:1 241:22
357:14
science's 59:23
sciences 56:10
56:17 58:2,6
58:11,19
scientific 15:21
136:12 191:5
191:24 192:16
196:1 223:3,10

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 435 of 455

223:23 224:8
239:15 241:4,8
243:14,15,16
244:20

**scientifically**
224:19 226:3
238:17,22,23
239:3,19,24
240:4,11,21
241:13 242:2
244:14 245:1
245:13 246:13
247:18,19
251:3,4 357:17

**scientist** 15:22
60:10,11 102:2

**scientists** 118:5

**scope** 61:22

**scratch** 178:15
292:6

**se** 323:8

**sealed** 48:10

**second** 12:17
22:8 40:16
87:7 108:13
109:23 146:16
151:3 171:16
194:15 199:4,7
206:14 227:16
239:10 240:7
243:19 247:10
285:17 295:12
330:7 345:24
346:3

**section** 61:4
103:8 110:9
128:20 172:18
212:5,7,8
222:24 227:13
239:14,14
242:17 262:15
284:20

**sediments**
111:16

**see** 19:8 36:20
46:10 67:5
112:5 130:24
131:1 132:13
146:24 161:2
163:8 166:22
182:2 191:3
192:2 194:12
201:12 202:5
206:17,20
221:16 223:6
227:14,20
269:12,16
270:11 278:12
279:11 282:7
291:18 296:20
308:11 310:2
322:18 326:11
327:20 328:8
332:13 342:4

**seeing** 139:14
148:1 220:5
272:18 280:16
331:23 345:18

**seeking** 69:22

**seem** 130:2
270:8 349:16

**seemed** 96:8
98:5 123:15
124:4 299:11
299:12 323:12
352:3

**seems** 75:16
158:17 167:3
182:9 280:7
288:6 328:9
329:8,13 331:6
353:4

**seen** 18:15
76:16 166:5
225:3 258:2
331:18 333:10
345:13

**select** 100:22
137:1

**selected** 39:11
41:13,21 42:1
43:24 44:7
52:18

**selecting** 40:12

**selection** 192:3
213:20,21

**sending** 20:3

**senior** 43:1

**sense** 47:17,19
52:3 91:17
121:18 123:1,9
149:9 177:12

208:15 211:10
212:21 213:14
214:3 215:24
245:11,13
248:8,21
250:17 254:6
257:20 259:12
289:14 295:3
300:3,3 307:4
312:21 324:11
324:18 337:11
344:22 350:16
353:7

**sensitivity**
210:12 229:7
245:24

**sent** 22:14
27:15 75:4
84:23 86:7
203:23 204:2,7

**sentence** 23:6
111:2 121:16
129:1 130:22
134:9 142:22
204:17 206:2
212:8 215:4
232:6 247:9
315:13 326:10

**sentences** 106:3
137:2

**separate** 17:18
58:17 116:20
120:12 176:5
255:23 290:2

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 436 of 455

325:9
**septic** 266:5
  267:14
**sequences**
  275:6
**serious** 152:21
  157:12 229:4
**seriously**
  311:21 312:1
**serve** 40:8
  41:14,21 42:1
  44:8 52:18
  69:19,23 85:16
  92:24 93:2
  109:1 344:13
**served** 19:18
  39:14,19 41:18
  42:4,13 44:13
  47:7 50:15
  68:3 73:8 85:9
  92:20 100:6
  339:6,18 340:3
  344:7,17
  350:13
**service** 20:8
  66:9,16 68:10
  70:3 222:7,10
  347:21
**servicing** 275:4
  275:7
**serving** 32:13
  39:7 99:9
**session** 5:4 87:4
  162:1

**sessions** 30:7
**set** 21:20 63:15
  64:6,13,20
  65:3 160:15
  191:7 209:11
  255:20,23
  256:16,17,22
  257:9,11
  258:24 263:1
  343:9 361:10
**sets** 191:8
  256:7 292:1
**setting** 63:23
  64:23 110:12
**settings** 30:13
**several** 13:21
  14:14 19:23
  72:24 74:11,14
  79:1 85:5
  102:13 151:21
  169:4 178:12
  215:14 262:16
  269:21 270:13
  287:24 317:4
  334:21
**severely** 250:23
**sheet** 359:1
  360:11
**shell** 74:17,24
**sheraton**
  163:15
**shift** 271:8
**shifted** 271:13
  271:18

**shook** 30:9
**short** 55:17
  82:21 83:19
  199:15 203:23
  261:13,21
  263:5 274:8
  275:5 279:22
  282:23 283:22
  293:4 297:18
  330:10
**shorter** 308:12
**shortly** 266:6
  267:14
**show** 248:14,16
  253:7 271:16
  292:24 308:16
  309:3,4 332:16
**showed** 98:5
  196:13 218:12
  293:12
**showing** 183:13
  196:12 254:7
  272:12,20,21
**shown** 43:6
  240:14 288:23
  290:2 315:1
**shows** 124:17
  271:12 280:6
  280:21 287:14
  290:10 294:16
**shut** 271:14,15
  272:2,6,7
  273:16 274:3,4
  274:8

**side** 31:10,11
  36:22 185:9,9
  188:6
**sight** 112:4
**signature** 22:17
  358:15 361:20
**signed** 22:12
  360:15
**significant**
  24:10 158:5
  252:20 253:8
  273:23 299:9
  306:9 314:18
  315:9
**significantly**
  271:9,20
**silverstein** 4:7
  10:6,7 160:24
**similar** 16:13
  87:20 159:21
  238:2 244:5
  294:20,22
  308:21 309:17
  309:18
**simple** 182:1
  183:19 198:10
  198:22 207:17
  298:1,11
**simpler** 180:15
  181:21 183:7
**simplest** 182:24
  183:17
**simplicity**
  182:23

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 437 of 455

**simplification**
  228:22
**simplified**
  106:20 181:11
**simplifying**
  181:17 198:22
**simply** 106:13
  260:2,3
**simulate** 121:5
  127:21 129:20
  325:16 326:18
  327:9
**simulated**
  137:11 224:5
  233:12 234:1
  235:17 251:6
  255:17,22
  259:13 279:11
  279:16 280:16
  283:18 287:9
  289:21 290:15
  296:2,3,7
  326:20,21,24
  327:11,12
  332:21,24
  334:15 338:17
  347:23
**simulates** 110:1
  149:11 150:6
**simulation** 8:9
  98:1 318:23
**simulations**
  217:13

**single** 96:4
  280:2 313:2
  334:22 349:7
**sink** 153:22
  176:1
**sir** 38:17 155:8
**sit** 23:12,17
  26:12 28:2
  29:11 36:7
  138:15 147:4
**site** 45:22 46:5
  46:13,20 47:12
  48:6,7,9 49:6
  49:10 50:6
  51:4,9 52:6,13
  52:19 55:14
  127:9 128:12
  156:14 158:9
  158:19 204:5
  294:21 312:3
  324:16
**sites** 45:16 46:3
  46:3 47:3
**sitting** 11:21
  12:2 218:16
**situation** 31:12
  86:21 88:17
  276:22
**six** 17:15 54:1
  86:6 154:23
  203:24
**skeptical**
  350:15

**skepticism**
  94:24
**skills** 62:8,11
**skip** 142:19
  231:9 328:3
**slight** 281:22
**slightly** 273:21
  293:11
**slower** 257:4
  302:9
**slowly** 124:23
  219:14,15
**slug** 310:1
**small** 262:21
  290:6 300:9
  308:2,4,10
  315:6 320:19
**smaller** 181:3
  259:21,21
**smooth** 283:19
**smoothly** 11:13
**social** 76:23
**socialized**
  72:13
**socially** 80:11
**society** 30:5
  103:23 104:23
**software** 80:20
  81:3 261:4
**soil** 171:1 266:5
  267:13
**soils** 122:3
**sole** 317:24

**solely** 317:5
**solid** 287:19
  294:16 302:3,5
**solute** 46:17
  49:20 62:2
  71:13 74:2
  98:16,17
  103:15 110:1
  120:2 157:11
  170:17 217:23
  241:9,18 267:7
  300:16 316:17
**solutes** 103:14
**solution** 107:21
  107:22 108:4
  124:9 176:5
  207:19,23
  218:13 220:3,8
  220:10 221:5
  304:12 314:8
  315:20 316:1
  338:4,24
**solutions**
  316:10 324:5,6
**solve** 98:11
  108:2 118:10
  217:10,22
  241:12 314:3
**solves** 251:20
**solving** 180:17
  221:17 314:13
  316:15,18
  338:5

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 438 of 455

**somebody** 44:9
85:18
**someplace**
124:17
**somewhat** 49:3
302:3 322:16
325:7 328:13
328:14,21
**soon** 67:1 113:5
**sorb** 302:4,15
**sorbed** 302:15
**sorption** 302:7
302:19 308:20
308:21 309:8,9
**sorry** 54:10
60:7 120:1
142:15,17
173:3 218:9
239:9,11 246:5
262:18 330:7
349:1
**sort** 12:15
15:20 45:14,17
46:6,22 49:16
60:16 61:22
63:8 72:12
79:13 113:16
115:7 119:21
186:17 188:8
194:11 200:10
209:18 212:5
222:24 227:2
255:23 279:6
303:11 340:11

**sound** 190:16
191:6 238:17
240:12 268:1
298:8
**sounded**
225:18
**soundness**
203:2
**sounds** 30:13
31:22 34:4
44:7 49:13
60:12 88:13
97:5 117:6
161:3 187:18
226:18 267:3
272:1 298:9
309:7 346:9
**source** 95:2
96:4,12 153:21
171:6 205:5,8
209:11 215:23
267:7 270:20
270:22 272:8,9
276:22 324:1
324:18
**sources** 86:23
96:9 196:14
202:20 204:21
205:12,13,18
205:21,21
206:1 207:6
215:21 277:10
277:17 323:5
324:21

**south** 13:24
14:10 72:16
**southeast** 89:15
89:22
**southern** 1:3
**space** 111:13
111:22 133:19
141:21 198:15
213:22 229:20
356:4,5
**spaces** 113:5
**spacing** 181:3
182:3,9 220:1
221:3 314:23
**spatial** 153:15
213:2
**spatially**
329:23
**speak** 83:24
94:4,7 199:21
235:14 262:1
330:23
**speaker** 80:10
**speakers** 30:8
**speaking** 12:6
12:10 57:6
73:2 144:8,9
331:3
**special** 211:7
**specialist** 89:12
89:19,24 344:6
**species** 110:3
**specific** 15:16
45:22 91:9

92:7,12 95:3,7
95:16 118:14
119:11 132:22
138:1 170:15
171:10 180:9
188:11 209:13
209:16 217:22
334:19 335:5
347:8
**specifically**
26:22 45:15
51:24 71:21
80:23 87:6
97:19 153:13
203:19 345:17
**specified** 110:3
115:2
**speculation**
169:22 170:7
170:10
**spend** 211:22
**spent** 38:15
321:12
**spiliotopoulos**
4:22 5:11 76:4
76:10 77:2
83:5 164:7,9
164:13 185:13
185:13,15
193:22 222:18
227:18 239:17
247:1 278:17
281:23 291:13
305:9,24 306:8

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 439 of 455

333:11 341:22
**spiliotopoulo...**
   200:11,12,13
   301:14,14
**spills** 229:14
**spite** 70:8
**spoke** 73:3
   353:12
**spoken** 72:22
   85:4 343:20
**sponsors** 238:3
**spread** 48:16
   96:9 128:4
   266:9 267:8,17
   267:23 292:21
   314:10
**spreading**
   154:15 302:13
**spring** 31:4
   153:22
**ss** 78:18
**stage** 207:11
**stamp** 332:5
**stand** 223:22
   224:2 358:10
**standalone**
   59:3 339:13
**standard** 118:5
   181:17 207:17
   211:12,24
   221:16 224:20
   225:13 226:21
   229:4 241:6,11
   291:15 332:22

333:1 357:21
**standpoint**
   186:13,14,21
   187:1,4,11
   188:6 190:3
**stands** 63:13
**stanford** 53:8
**start** 13:18
   37:15 98:1
   107:12 124:21
   125:3 151:3
   159:15 163:24
   165:7 168:13
   169:12,21
   171:24 172:21
   174:22 176:15
   177:17 178:4
   181:19,20,21
   181:23 190:2
   193:5 197:1
   222:21 229:15
   257:6 258:15
   266:3 302:16
   323:9 355:7
**started** 40:16
   53:7 98:10
   159:7 175:15
   175:20 188:18
   188:19 189:23
   266:1,6 267:15
   277:13
**starting** 23:6
   110:9 130:22
   194:11 202:4

231:10 239:12
   265:17,21
   268:13 269:11
   276:12 282:19
**starts** 168:4
   176:10 206:14
   322:11 333:16
**state** 43:5
   44:18 45:20
   81:3 91:20
   104:11,11,15
   121:22 151:3
   169:20 171:17
   223:1 224:20
   226:4 238:15
   243:20 245:14
   246:15 252:18
   262:15 323:20
   347:4
**stated** 142:4
   209:17 252:4
   268:9 295:24
   299:8 332:18
   338:16
**statement**
   131:15 146:19
   147:6 156:3
   186:18 200:13
   274:5 331:7
   346:8 347:10
   349:11 350:8
   350:17
**statements**
   145:4 189:20

216:16 240:9
   346:21
**states** 1:1 4:3
   9:13 10:3,5,7
   35:19 129:3
   139:20 147:17
   157:8 166:18
   202:13 206:21
   227:17 243:12
   271:3 282:21
   295:12 308:16
   308:18 316:24
   319:22 329:17
   333:24 346:3
**stating** 138:18
   139:7 140:24
   141:8 146:19
   164:21
**station** 4:9
**statistical**
   259:19 260:19
   260:23
**statistically**
   258:11
**statistics**
   348:11
**statute** 226:8
   226:21,23
**stavros** 79:2,6
**stenographic**
   10:10
**stenographic...**
   361:9

Golkow Technologies,
A Veritext Division
877-370-3377                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 440 of 455

**step** 129:4,17
  130:3,5 180:3
  212:10 213:22
  242:19 257:24
  315:4,4
**stepped** 53:16
**stepping** 221:4
  314:24
**steps** 214:1,3
  280:1 314:5
**stick** 182:14
**stimulate** 116:8
**stipulation**
  13:9
**storage** 109:5
  118:13 205:22
  277:11,14
  298:19
**strayed** 74:8
**stream** 153:22
**stress** 262:23
**stresses** 103:16
  191:9 208:13
  324:8
**stressors** 210:4
**strike** 29:9
  50:19 126:15
  178:15 193:8
  195:5 258:15
  298:15
**strongly** 110:13
**structure**
  104:22 145:20

**student** 71:15
**studies** 45:22
  62:22,22 88:4
  88:7 125:18,22
  127:11,17
  136:11,19
  140:7,13 141:1
  141:10,24
  143:7 145:8
  177:10 187:8
  209:11,12
  211:3 229:24
  230:7,20,22
  231:22 232:24
  233:2,23 237:2
  237:22 238:8
  262:20 334:22
  336:11 337:2
  338:22 340:20
  352:3,17,18
  353:10
**study** 88:2
  125:13 126:4
  127:20 132:17
  132:23 133:8
  133:24 135:2
  136:7 137:14
  138:5,10
  139:19 146:5
  150:17,21
  151:6 155:7
  156:17 162:23
  172:1,22
  176:16 177:3

  177:12,18
  178:4 187:23
  211:20 265:21
  268:14 269:23
  269:23 270:5
  271:9 308:17
  308:21,22
  334:3,5,18,23
  336:15 342:12
  351:15,16,20
  355:5,11,19
  356:3,17
**subject** 19:21
  24:3 28:21
  38:10 143:18
  243:17
**subjective**
  260:17 289:7
  289:12,13,17
  322:17 328:14
  328:15,22
**subjectivity**
  323:3
**submit** 67:4
**submitted** 22:4
  30:21 66:5
  75:22 128:11
  201:15,20
  203:15 252:15
  343:18
**submitting**
  22:19
**subpoena**
  18:19 20:21

  84:10
**subsection**
  105:24 109:18
  128:22
**subsequent**
  111:15 339:10
**subsequently**
  298:6
**subspecialty**
  58:15
**substance** 84:1
  162:18 176:1
  199:22 262:2
**substantial**
  253:18 314:4
  315:18,19,24
  316:5,12,13
**substantially**
  290:16,22
**substantive**
  220:7
**subsurface**
  103:13 110:9
  110:10 111:9
  112:19 113:14
  113:16 174:16
  174:18 175:9
  189:8 215:22
  303:9
**subtitle** 43:7,12
**successful**
  207:6 208:7
  334:5 336:15
  351:2,11,13

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 441 of 455

352:8,8,9
354:1,4,11,14
**successfully**
258:14
**sudden** 124:20
**suffered** 136:1
**sufficient** 249:5
249:11
**sufficiently**
234:2
**suggest** 309:13
**suggested**
327:8,15,18
**suggesting**
20:15
**suggestion**
311:21 326:9
326:18 328:1
**suggestive**
144:7
**suggests** 263:2
263:8
**suing** 74:24
**suitable** 348:20
349:5
**suites** 2:15 9:11
**sum** 259:5
273:21
**summarize**
223:19 334:21
**summarized**
247:7
**summary** 6:10
6:13 16:9

132:5 155:13
155:16 200:15
201:10 204:9
214:7 216:18
217:3 219:20
219:20 265:3
**sunday** 20:9,10
**superficial**
312:12
**superfund**
74:15
**supplied** 274:6
**supplies** 8:23
31:9 32:4
345:10
**supply** 31:24
63:20 178:21
179:24 211:5
213:1,5,6,11
230:23 280:12
290:17,23
298:5,7 332:23
346:12 350:6
**supplying**
274:10 275:23
**support** 88:1
126:3,8 176:18
177:20 178:4
**supporting**
187:7
**suppose** 184:13
**supposedly**
262:19

**sure** 14:7 22:15
24:18 25:2,4
26:3 27:12
30:9 34:11
44:11 45:10
47:11 49:24
52:17 56:15
61:6,8 74:7
76:18 77:24
81:16 88:10
89:5 91:2,6,11
91:13,24 92:1
93:19 94:19
96:22 105:22
122:12 125:18
126:9 134:17
137:8 146:8
149:19 156:8
158:7 166:4
178:8,9,10
181:7 183:13
187:16 193:12
196:20 201:16
209:15 210:23
211:7 213:3
221:3 223:16
228:5 232:14
253:10 261:1
261:12 266:13
276:24 277:6,9
279:2 285:15
286:8 292:3
296:5 297:10
303:14,18

305:3 314:16
316:13 319:11
319:13 320:5
320:12 329:2,5
333:9 336:11
338:10 345:1
345:21 348:7
356:4
**surface** 174:10
174:12 189:15
189:17 256:20
256:20
**surprising**
323:5
**surrounding**
113:17
**survey** 37:24
38:16 53:15
68:11,12,17
69:3,6 71:5
72:2 79:7
89:11,13 100:7
100:11 102:4
**suspect** 16:15
**suspected**
316:6
**sustainability**
105:3,18,19
115:4
**swear** 10:12
**sworn** 10:16
162:5 361:6
**symposium**
30:8

Golkow Technologies,
877-370-3377                  A Veritext Division                  www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 442 of 455

**system** 87:24
106:14,16,20
106:24 109:12
111:6 112:7
114:20,21,22
114:24 115:6
115:18 118:13
121:21 125:3
131:8,19
145:16,16
149:11 154:3
158:5,24
164:11 170:16
170:17,18
191:9 208:13
208:17 257:4
257:10 262:23
263:10 313:4
324:8
**systems** 86:23
121:11 256:6
256:19,20
257:2

**t**

**table** 115:3
175:21 176:2
189:15 266:9
267:8,17,20,23
268:3 284:6
290:10
**take** 11:1 13:12
13:15 16:23
41:2 53:22

70:10 83:7,10
88:20 116:2
130:4 160:18
160:21 163:14
164:19 175:5,8
189:11,18
195:19 217:13
242:18 261:10
267:19 297:8
298:24 299:2
299:14,18,21
300:15 330:10
**taken** 75:19
83:14 96:24
161:8 189:1
199:10 202:14
204:10 261:16
297:13 330:15
360:6 361:9
**takes** 174:8,10
174:21 303:7
**talk** 39:10
61:21 80:15
257:8 258:16
301:10 305:24
**talked** 16:16
32:17 33:9
142:21 233:1
235:10
**talking** 116:14
116:18,20
126:21 137:10
153:12,13
165:4 169:10

169:15 170:12
175:20,23
176:4 182:23
186:17,19,20
186:24 188:14
189:5 195:10
220:9 259:8
260:20 267:4,6
268:13 270:9
270:10,17
279:4 283:2
285:7,9 286:10
292:18 300:10
319:18 351:11
**tanks** 205:22
266:5 267:14
277:11,15
**tara** 120:21
**tarawa** 13:22
16:9,12,13
34:5,15,20
88:16 90:19
91:5 92:18
93:11 96:3,12
97:7,13 98:10
99:10 116:10
116:23 117:7
118:24 120:12
120:21,22
124:3 132:6
133:6 134:7
135:11,14
137:12 138:17
138:17,19

139:8 140:4
143:5 145:6
146:1 152:4,5
159:22 165:4,7
169:15 171:5
174:1 176:16
177:18 179:11
179:12 188:18
189:4,5 205:14
205:14 219:12
224:6 250:4
265:15 267:4
269:19 270:20
271:17 272:10
276:21 278:10
281:8,18
283:17 285:21
285:23 286:2
287:2,10
294:23 296:18
297:24 298:2,6
298:16 299:1
305:10 307:1
307:24 308:6
308:22 309:13
310:3 315:20
316:2,3 319:6
319:16 323:11
323:13,24
324:16 331:16
331:21 333:5
346:7 347:8
349:9 351:1
354:5,7

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 443 of 455

**targets** 289:7,8
  291:11
**task** 207:3
  208:4 214:16
  215:6 229:17
  334:19
**taught** 82:21
**tce** 140:9
  165:14,23
**tech** 45:2
**technical** 15:13
  15:20 86:19
  87:1 95:1
  208:22 246:11
  252:9 300:4
  343:6
**technically**
  65:4
**technique**
  102:24
**techniques**
  134:2,11
  140:15
**technology**
  112:9
**tell** 11:16 47:10
  185:9 225:2
  232:12 289:20
  321:23 330:5
**telling** 315:7
**tells** 289:22
**tempe** 294:15
**temporal**
  153:16

**tend** 302:4
**tended** 55:7
  271:11
**tendency** 280:3
**tens** 205:20
  237:4
**term** 75:15
  96:12 152:22
  171:14 180:4,9
  182:17,18
  195:24 196:1
  196:12 205:8
  206:11 225:1
  226:22 244:19
  245:11 250:18
  252:23 324:1
  348:21 349:6
**terminology**
  247:5,24
**terms** 15:12
  36:17 41:9
  48:23 59:12
  78:9 80:13,16
  95:2 98:22
  105:17 113:21
  117:15 124:4
  135:19 165:15
  165:18 172:20
  180:14 181:14
  181:18 183:11
  183:11 184:5,6
  184:9,22
  186:19 193:22
  194:19 205:5

  209:11 215:23
  220:6 223:21
  232:9,15 237:3
  244:7,9,20
  245:9 246:12
  259:7 273:14
  280:12 288:23
  291:16 297:3
  304:6 308:23
  310:3 321:5
  324:18 331:1
  336:1 337:1
  338:5,23
  339:21 351:12
  353:9 354:2
  357:4,5
**terra** 120:22
**terrace** 13:22
  16:9,12,13
  34:5,15,20
  88:16 90:19
  91:5 92:18
  93:11 96:3,12
  97:7,14 98:10
  99:10 116:10
  116:23 117:7
  119:1 120:12
  120:22 124:4
  132:6 133:6
  134:7 135:11
  135:14 137:12
  138:17,17,19
  139:8 140:5
  143:6 145:6

  146:2 152:5
  159:22 165:4,8
  169:16 171:5
  174:2 176:17
  177:18 179:11
  179:12 188:18
  189:4,5 205:14
  205:14 219:12
  224:6 250:4
  265:15 267:5
  269:19 270:20
  271:17 272:10
  276:21 278:11
  281:8,18
  283:18 285:22
  285:23 286:2
  287:2,10
  294:24 296:18
  297:24 298:3,6
  298:17 299:1
  305:10 307:1
  307:24 308:7
  308:22 309:14
  310:3 315:20
  316:2,3 319:7
  319:16 323:11
  323:13,24
  324:17 331:16
  331:21 333:6
  346:7 347:8
  349:9 351:1
  354:6,7
**test** 54:22
  211:23 256:14

Golkow Technologies,
877-370-3377   A Veritext Division   www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 444 of 455

319:5
**tested** 220:5
240:14
**testified** 10:16
18:1 162:5
**testify** 11:22
**testimony** 29:2
84:1 122:19,22
141:16 162:18
180:5 199:22
210:18 216:15
236:10 246:20
262:2 311:15
358:12 361:9
**testing** 99:23
217:19 314:23
**tests** 180:23
220:1 229:7
310:1,1
**tetra** 45:1
**tetrachloroet...**
8:11
**text** 19:4
290:12 295:11
**thank** 21:19
29:18 55:23
87:9 90:11
154:11 163:19
184:24 199:2
199:16 207:15
262:13 286:23
297:9 301:9
310:23 326:7
349:1 353:18

357:24 358:4,7
**theoretical**
203:7 206:5
**theoretically**
175:18
**theory** 243:16
353:8
**thermodyna...**
108:22
**thick** 47:12
265:7,8
**thickness**
118:12,19
**thing** 20:23
88:15 102:14
125:6 158:13
164:5 179:4
184:20 254:20
298:10 302:16
342:21 354:21
**things** 13:20
14:5 15:8 25:6
43:22 44:5
50:2 51:6
52:16 61:10
71:22 74:16
183:14 184:22
187:9 195:21
205:23 210:12
213:13,24
228:15 257:24
280:10 302:20
313:22 320:6
344:20

**think** 15:9
17:21 21:11
23:22 24:14
25:13 27:15,23
32:2 36:4,20
38:12 41:9
45:8,19 46:4
53:9,13 54:17
55:10 56:21
57:2,14 59:1
59:19 62:2
72:8 78:12
79:20 82:2,3
82:22 83:7
86:4,7,14 87:3
88:24 91:18
95:23 100:5
102:6 105:13
105:17 106:9
114:19 116:15
120:5 122:12
125:9,24 134:8
134:16 142:3
148:9 149:23
154:22 156:5
156:16 160:13
160:23,24
167:21 172:11
173:14 174:7
175:16 176:7
177:5,7 179:24
180:11 188:10
188:22 189:16
191:11 196:9

204:2 205:3,4
208:8 209:17
212:14 215:13
219:24 223:19
223:23 224:10
224:12,18
225:3 230:3
234:4,5,6,7,9
235:23 236:17
239:18,19,23
241:17 242:1
243:5 244:23
247:22,23
248:10,11,19
250:24 252:4
252:16 255:5
256:4 262:11
263:11 265:6
268:7 272:14
274:3,4,9,11
279:6 281:10
281:18,22,22
283:1 286:10
288:10 289:24
291:10,18
292:11 299:24
303:10 305:14
306:4,17
307:15,19
308:3 309:6
311:1,5,9,20,20
311:24 313:5
314:15,20
317:8,9 318:8

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 445 of 455

318:24 319:13
320:17 323:19
323:21,22
324:6,19 325:2
325:3,23 327:5
328:1 329:15
330:8,11
333:11 335:10
335:23 338:7
341:4,21,23
343:11,14,23
348:9,14
349:15,20
350:20,23
351:1,2,13
353:8,17 354:7
354:10,13,21
355:22 357:1
357:11
**thinking**
105:10,10
180:10
**third** 155:17,19
164:8 172:6
173:21 303:2
**thomas** 101:23
102:1
**thompson** 4:20
**thorough** 54:14
**thought** 24:11
36:23 40:8
44:10 57:16
70:5,14 92:8
102:22,24

173:10,14
175:17,19
205:15,20
277:18 278:18
278:20 313:17
342:18 347:1
347:13,17
**thoughtful** 55:8
**thoughts**
167:20 172:5
**thousand**
127:12
**three** 19:1 21:5
45:21 46:3
50:14,21 58:9
58:15,16,22
60:24 110:11
295:19 315:3
**thrown** 354:19
**till** 152:10
**tim** 4:20
**time** 9:8 11:9
21:8 30:21
37:24 38:1
42:20 44:11
45:6 53:14,17
55:1 66:6 68:8
69:6 70:10,24
71:16,17 72:22
73:3,13 74:4
74:16 83:13,16
85:4 89:12
90:23 97:23
98:24 100:5

109:8,12 110:3
113:19,19
121:4 124:5
125:3 133:19
141:21 143:10
143:11,18,19
157:13 159:9
159:20 160:18
161:5 162:9
167:20 169:18
173:8 174:8,10
175:20 178:20
180:3,21,22
182:16 189:14
198:16 199:9
199:12 202:20
204:3,7,21
213:22 214:1,2
217:13 218:3
221:4 229:20
241:19 256:24
257:24 261:15
261:18 266:1
267:24 268:9
274:8,12,21,22
276:19,24
279:12,22,22
280:1,17
282:24 283:8
283:23 286:15
290:8 292:1,15
292:20 293:5
297:12,15
302:14 313:8

313:23 314:5
314:23 315:3,4
317:11 319:13
322:23 329:3
330:14,17
349:9 350:16
353:12,15
358:4 361:10
**times** 86:13
98:18 137:18
137:24 143:14
144:12,15,21
215:14 238:5
266:21 293:12
315:3
**timing** 95:3
96:6
**title** 37:20
40:22 200:18
250:9
**titled** 26:6 37:6
128:22
**toc** 23:7
**today** 11:2,12
11:22 12:23
13:7 17:3,5,19
18:7,22 23:13
23:18 24:20
28:2,5 29:7,11
35:4 36:7
107:15 138:15
147:5 180:5
184:6 338:16
353:16 358:4

Golkow Technologies,
877-370-3377   A Veritext Division   www.veritext.com
Case 7:23-cv-00897-RJ   Document 357-9   Filed 04/29/25   Page 446 of 455

**today's** 9:7
13:19 25:7
358:12
**together** 33:8
119:4,20 290:1
351:3,12,14
**told** 75:8 139:1
202:15 234:18
**tom** 102:2,9,13
129:11
**tonkin** 82:23
**took** 88:12,18
93:20 163:7
167:17 218:4
**tool** 81:4
**tools** 226:4
263:9,11
**top** 45:7 95:17
223:4
**topic** 52:8
200:10,11
246:23
**topics** 55:3
**total** 31:16
66:12,19,20
67:3
**totally** 179:3
212:21
**touch** 69:16
**towards** 52:4
87:3 176:2
181:22 194:12
194:13 198:11
246:7 271:11

**toxic** 47:20
**toxicologist**
62:16
**track** 330:7
**trade** 131:4
184:3
**trained** 344:5
**training** 71:6,9
71:9
**trains** 55:12
**trait** 185:19
186:9
**transcribed**
167:11
**transcript** 5:7
6:23 166:14,18
172:18 175:13
185:8 186:3,4
194:1,13,14
216:17 265:3,5
268:22 282:2,3
282:4,13
284:19 360:5
361:8
**transcripts**
28:8,13 167:14
217:3 278:3
**transfer** 306:14
**transient**
118:14
**transmissivity**
118:18
**transparent**
248:3

**transport** 8:10
16:11 31:14,19
38:4,8,13
46:16,17 48:3
49:15,20 50:4
52:10 55:19
62:3 70:8
71:13 74:2
91:20 92:10
98:16 103:14
109:18 110:1
110:14 113:24
116:9 117:12
117:16 119:3
119:18 120:2,6
120:7,23
122:10 123:4
124:11,12
150:2,4 151:8
157:11 158:4
173:12 177:6
177:10 181:7
183:11 194:18
197:8 203:3
207:11,19
208:9 217:23
221:17 236:22
240:16 241:9
266:2,11,19
300:17 301:3
304:4,13 314:3
314:14 315:21
316:2,18 325:8

**transportation**
55:17
**transported**
55:14 181:15
**transuranic**
49:11
**travel** 174:15
174:21 175:8
189:2,6,13
303:8
**traveled** 189:1
**traveltime**
153:20
**treatment**
87:23 122:4
230:24 272:10
272:12 275:21
280:13 298:3
298:19 299:7
299:10 300:18
300:23 301:6
332:21 339:4
339:14
**trend** 251:19
**trial** 260:11
**tried** 181:9
346:14
**true** 22:2 35:24
66:4 198:3
228:14 281:19
334:12,12
336:21 360:8
**truth** 11:16
192:18 228:17

Golkow Technologies,
A Veritext Division
877-370-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 447 of 455

245:22 248:7
249:18 251:11
251:12
**truthfully**
11:23
**try** 13:15 29:16
104:15,16
111:21 155:9
181:23 182:1
229:3 244:18
253:19
**trying** 20:18
31:6 43:12
48:23 105:2
149:10 247:2
**tt** 138:19
179:11 267:8
270:11,16,19
270:23 271:14
271:15,24
272:7,7,17
273:1 274:2
275:2,9,13
280:11,21,24
281:12 288:13
319:6
**tuesday** 1:15
2:8 166:21
**turn** 105:23
109:16 132:9
134:22,24
135:5 140:2
142:10 152:13
152:14 155:4

168:2 176:7
193:20,24
201:7 202:2
206:13 222:22
227:5 239:5
254:23 262:14
265:11 269:9
276:12 282:12
287:4 294:6
326:1 331:24
333:15 345:24
**turned** 21:15
21:17 253:22
275:6 347:24
**turning** 214:6
282:1
**turns** 253:17
264:14,15
**tvd** 217:14,21
**twice** 29:20
30:13 76:23
244:20
**two** 14:3,10
15:6 16:7,20
17:4,18,23
24:8 30:7
32:21,23 36:14
42:7 45:21
46:8 47:3
65:16 68:4
70:3 72:16
74:4 76:2
78:10,10 86:10
88:12 90:8

93:20 99:9
100:6 102:16
116:9,20 119:6
148:6,9,21
175:22 189:12
190:2 218:24
224:6 250:7
256:23 266:7
267:16 268:6
268:10 273:17
274:1 288:4
297:8,23
305:10 306:13
312:11 315:2
321:12 325:9
344:19
**type** 55:20
102:8 177:1
179:5 183:22
190:24
**types** 16:15
**typical** 114:10
114:12,15
121:18 123:2
**typically** 40:9
47:16 113:24
114:7 122:9,10
122:13,13
123:5,17 274:5
313:8
**typing** 12:3
**typographical**
23:4

**u**

**u.s.** 4:4 7:10,23
8:7 37:24
38:16 60:11
63:15 68:9,16
69:3 71:5
89:10,13 100:7
100:11 102:3
104:5,10
132:20 140:10
200:23
**ultimate** 142:5
147:10 210:9
213:16 238:9
248:9 346:10
**ultimately**
194:18 230:24
**umbrella** 58:10
**unable** 11:22
**unacceptably**
227:21,22
**unbounded**
259:16 260:18
**uncertain**
327:1 337:16
**uncertainties**
346:15
**uncertainty**
111:4,7 117:14
118:22 119:19
119:21 120:8
184:12,18
195:17 196:3,4

Golkow Technologies,
877-370-3377 · · · · · · · · · A Veritext Division · · · · · · · · · www.veritext.com
Case 7:23-cv-00897-RJ · · · Document 357-9 · · · Filed 04/29/25 · · · Page 448 of 455

196:14,15
197:14,16,19
197:21,22,23
205:16 207:7
207:10 214:17
215:8,12,19
216:7,20
224:15 225:11
229:2,8 231:16
231:19 232:22
234:7,9,12
236:19 245:24
248:3,18
249:14,16
251:14 266:12
266:20 277:23
323:23 327:1
329:8 337:17
337:23 347:15
348:3 350:24
354:9,13,24
355:1,1
**under**   11:15
39:10 56:16
58:5,10,17
59:3 60:14
61:4 111:16
116:5 128:4
132:10 157:24
173:1 184:10
257:16 295:11
305:22 316:11
326:16 328:8
330:7 347:16

360:1,4,12
**underground**
111:19 112:5
277:11
**underlying**
43:20 214:17
215:8,12 351:7
351:8
**underneath**
26:9 133:22
295:10 326:13
**understand**
11:5,19 25:4
56:9 58:3 68:3
87:16 114:20
114:22,22
115:6 123:6
146:9 183:5,6
183:8 210:15
226:20 263:10
265:1 292:4
293:9 303:14
306:22 307:12
320:7 335:11
338:13 348:2,8
**understandab...**
348:14
**understandable**
20:14
**understandably**
294:21
**understanding**
15:19,21 56:18
58:22 59:13,22

63:11,13 64:19
77:7,10,14,19
78:1 79:15
80:23 82:20
84:17 87:19,20
90:20 107:3,24
117:1,4 120:13
120:16 141:18
145:17 149:11
159:6 167:1
172:23 173:8
174:20 186:16
190:22 191:8
212:1 226:16
230:21 231:1,2
235:2 244:2
249:20 255:12
256:1 261:3
306:18 328:19
333:5 352:2
360:11
**understandings**
62:9
**understood**
13:3 15:18
16:18 17:6,12
19:20 23:5
27:18 29:18
30:11 31:21
34:1 37:3 39:3
41:12 42:11
43:14 44:6
47:23 49:12
50:8 55:23

62:5 63:21
70:12,16 73:7
78:17 81:6
85:7 90:3 99:1
103:3 105:7
112:10 125:8
129:24 199:2
214:5 233:23
276:8 329:4
344:21
**undertaking**
54:5
**undesirable**
193:5,7,11,13
**undue**   63:17
64:16
**unexpected**
183:12 231:20
232:23 308:13
**unfair**   288:2
**unique**   245:10
**unit**   109:5
312:12
**united**   1:1 4:3
9:13 10:2,5,7
139:19
**universe**
260:18
**university**
44:19
**unlimited**
260:13
**unrealistic**
260:6

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 449 of 455

**unreasonable**
  212:17
**unsaturated**
  174:17 313:8
  322:15
**unwarranted**
  328:11
**update** 36:8
**updated** 23:17
  36:4
**upper** 248:16
  334:15
**upwards** 48:13
**usable** 104:17
**usage** 187:17
**usdoj.gov** 4:12
  4:13,14
**use** 64:24 70:7
  82:22 88:5
  104:9,13,22
  105:5 107:14
  111:20,24
  114:19 115:11
  115:12,13,13
  115:14,16,18
  115:20 119:17
  119:20,20
  121:17,19
  123:2 125:12
  131:6 138:9
  142:7 153:10
  180:24 181:16
  182:13,15,24
  183:16 195:24

207:18 209:24
210:9 211:3
213:15 214:1,2
214:10 220:8
228:2 231:21
231:23 232:16
232:23 233:5
233:14 234:13
234:17,18
235:3 247:5
248:12 255:21
263:16 264:1,7
264:13 276:19
314:2 318:16
320:9 321:20
323:7,10 330:2
334:2 353:11
355:3,8 356:7
356:11,11,14
357:16
**used** 44:23 47:3
50:24 71:5,11
79:6 82:4,16
103:22 113:24
114:7,13,14,18
115:22 119:1,2
119:3 120:18
120:20,21,24
121:4,20 122:9
122:10,13
123:5,10
125:21 126:2
126:10 127:10
128:7 129:21

134:11 135:24
136:10 137:13
138:4,20 139:8
146:4,20
147:18 150:9
158:14 159:24
160:6 177:14
179:4 187:22
197:5 203:6
206:4 209:21
209:21 210:14
210:19 211:6
212:18,23
217:9,22
226:12 230:7
236:18,20
237:10,17,21
237:23 238:7
238:22 240:12
241:16 244:19
247:18,24
251:4 261:4
262:5,24 263:9
275:17 277:22
279:10 297:24
298:11 306:14
307:17,18,23
315:5 317:11
320:13,24
321:15 327:19
334:16 339:5
352:16 357:9
**useful** 158:2,3
229:23 230:19

231:5,5,8
241:14 258:9
263:9 352:5
**user** 213:23
355:3,8,23
356:2
**users** 115:3
213:16
**uses** 64:2 104:2
114:11 115:8
120:3 153:8
**usgs** 44:24
53:13 69:5
71:8 77:7,15
79:7 102:4
**using** 49:13,16
117:8,12 134:2
140:14 181:8
181:12 188:7
214:21 229:18
244:3,7,18
245:13 246:12
247:15 252:23
255:7 262:18
262:18 274:11
305:13 315:3
315:17,23
316:20 317:23
318:5 319:16
320:18 322:17
323:19 324:12
326:18,21,24
327:9 342:12
355:17 357:7

357:20
**usually** 37:18
44:4 182:11
**utah** 31:5,8,11
32:4
**utero** 132:18
**utilizing** 334:20

**v**

**va** 2:17
**valid** 238:22,23
239:3,19,24
240:4,11,21
241:13,22
242:2 244:3,14
244:16,19
245:1,11,13,22
246:12,13,14
247:15,18,19
251:3,5 253:15
254:22 264:4
264:21 357:3,7
357:17
**validate** 7:14
242:14 248:24
249:1,6,21
250:7 253:6
254:5,17 255:9
257:16 262:5
**validated**
243:22 244:16
245:12,16
247:12,23
248:8,20

249:12 250:11
250:17,22
254:1,13,22
255:8 262:9,19
262:19 264:6
264:21 357:3
357:10
**validating**
263:13
**validation**
243:12,13,16
244:8,17,19
254:9 255:13
255:20 256:9
256:21 257:9
257:12,20
258:4 357:3
**validity** 239:15
244:21 246:24
**valley** 31:4,8
**valuable** 105:4
**value** 92:6
135:18 228:14
260:14 266:1
278:19 279:16
288:7 293:2
306:12 319:19
319:20 336:4
**values** 34:24
35:6,6 91:12
118:7 203:9
205:6 206:7
213:20 228:3
255:18,21

256:14 259:13
259:13 280:2,3
290:10 292:22
292:22 293:13
294:17 295:8
295:18 296:7
307:17,18,22
307:23 309:12
309:13 318:20
320:13
**variability**
110:13 171:13
279:21 282:23
284:9 310:2
349:19
**variable** 303:13
303:19 335:7,7
348:10,15
**variables**
301:20 305:1
**variance**
292:21
**variations**
153:16
**varied** 141:21
**varies** 56:23,24
104:10 208:19
**various** 263:4
**vary** 111:13
198:15,16,18
347:15
**varying** 293:12
**vegas** 31:6,7
32:1

**velocities** 313:3
**velocity** 302:7,8
302:10,24
303:1,3
**verbal** 107:2,8
**verbatim** 361:8
**verification**
244:4,8
**veritext** 9:6
**version** 120:20
**versions** 87:14
**versus** 9:13
36:16 145:18
184:7 287:9
289:21 295:5
296:3 317:16
355:5
**vertical** 313:3
**vertically**
329:24
**vicinity** 7:9,22
8:6 200:23
**vickery** 1:23
2:21 10:12
361:3,21
**video** 1:12 2:11
9:9
**videographer**
4:17 9:3,6 10:8
83:12,15 85:23
95:8,11 149:13
155:8 162:8
199:8,11
261:14,17

297:11,14
330:13,16
358:9
**view** 98:1
323:15
**vinyl** 165:14,23
**virginia** 2:23
9:12 361:2,5
361:22
**visited** 82:19
100:1
**vitae** 5:18
35:22 36:1,8
36:16,21
**voc** 299:3,15,17
300:7
**vocs** 165:13,22
299:10
**voicemails** 19:5
**volatile** 132:19
140:8 147:12
**volatilization**
299:7,9 300:21
301:8
**volume** 7:16
108:24 166:13
194:2 320:19
320:22
**volunteer** 44:4
52:22

**w**

**waddill** 239:20

**waddill's** 240:9
**wait** 151:1
220:12
**waived** 358:15
**want** 13:18
57:2 104:8
116:16 150:21
150:23 160:20
163:22 164:4
170:2 172:8,12
183:1,6,16
192:15 193:20
197:15 209:13
210:23 211:6
212:20,21
213:15 221:16
222:22 245:5
255:2 278:24
279:11 280:2
284:7,22
303:24 305:6
312:22,22
330:12 335:15
337:10,24
338:1,3 356:11
**wanted** 11:11
18:24 31:9
37:13,15 39:10
61:6,21 69:23
75:8 84:8
103:7 109:21
163:3,20,24
168:2 202:2
227:5 231:6

262:4 278:18
280:17 284:10
287:4 297:22
301:10 330:24
332:15 333:20
343:9 345:19
355:8 356:14
**wanting** 172:1
**wants** 355:3,24
**warnings**
216:11
**washington**
2:15 4:10 9:10
**waste** 47:8,14
47:14,18,22
48:15,24 49:9
49:10 50:9
53:4 54:6,8,10
55:13 75:1
237:17
**wastes** 47:16
47:19 49:11
**water** 1:7 6:21
7:8,14,21 8:5
8:13,23 9:13
30:4 31:9 32:4
33:6 38:4,6
42:14,17,19
43:16 45:12
48:11 51:11
63:18,20 68:4
80:9 85:10
87:17,22 89:12
90:17,18 91:4

92:21 95:21
99:13 104:7
105:15 108:24
113:21 115:3,8
115:10,11,13
115:14,16,18
115:20 116:15
116:19,20,22
120:11 121:5
121:10,11
122:3 132:6,20
133:6 134:2,10
134:13,15
135:15 136:2
136:10 140:10
140:15,18,20
152:20,24
153:3,5,21
158:1 164:15
164:20 175:21
176:2 178:21
179:24 189:15
193:10 200:22
211:5 213:1,4
213:6 230:23
230:24 240:20
241:17,18
242:13 243:5
243:22 244:10
247:12 256:20
256:21 266:8
267:8,17,20,23
268:3 271:13
271:16,21

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 452 of 455

272:9,10,12
274:7 275:20
275:21 280:12
280:13 290:17
290:23 293:24
294:14 295:14
296:20 298:3,6
299:3,7,10
300:7,18,19,22
301:6 302:10
303:1,3,8,9
320:16 325:15
332:20,23
334:2 339:4,14
340:6,15
341:15,20
345:10 346:12
350:6 357:4

**watermodeling**
7:3,12 8:20
332:5

**way** 71:14
72:12 75:14
91:13 112:14
113:15 114:22
115:5,14 120:9
171:12 176:3
181:17 182:11
182:22 185:10
195:24 197:9
197:11 208:12
241:19 258:13
260:3 267:10
274:14 288:6

305:8 317:8
321:9 339:6
353:14 357:17

**ways** 184:16
221:2

**we've** 17:18
19:18 50:15,22
53:5 72:13
83:10 137:9
145:4 160:17
187:20 193:4
215:13 216:16
255:3

**weapons** 47:15

**week** 13:24
14:9 15:6 16:7
17:23,23 67:10
72:16 90:8
171:11,12

**week's** 16:19

**weeks** 13:21
19:23 175:21
189:12 252:9

**weight** 288:7
291:2

**weighted** 298:1

**weitz** 3:14

**weitzlux.com**
3:19

**wells** 31:10,24
111:24 113:4,5
113:12 122:3
168:9 178:22
179:24 180:23

211:5,18,23
213:5,7,12
230:23 266:23
271:6 272:22
274:6,10,19
275:23 276:4
290:17,23
291:5,17
295:19 298:6
315:2 319:24
320:4 324:24
332:23

**went** 18:1 72:2
77:11,16,19
88:23 147:9
245:17 271:16
272:3 277:20
319:19 323:3

**wet** 305:13

**whipple** 53:21

**widely** 40:5
241:12,20
244:21 293:12

**widespread**
42:22,23

**williams** 4:22

**willingness**
330:22

**wipp** 49:6 51:4
51:4 52:1,13
52:19,19 53:6
127:9,20

**wish** 244:1

**withdrawal**
273:18

**witness** 9:21,24
10:12 19:22
24:6 35:16
54:16 57:11
59:19 69:10,19
73:9 75:12,16
78:24 79:19
80:19 95:15
97:13 99:6
107:7 112:22
112:24 114:3
114:10 117:22
123:14 125:16
126:7 133:15
137:5,19
138:13,24
139:3,13 141:5
141:17 142:3
144:1 145:11
146:10,23
147:8,22,24
160:5,13
165:18 166:3
173:3,7 175:1
179:16 186:23
187:14 188:2
190:7 191:21
192:14 219:7
220:14,17
222:1 223:13
224:10 225:23
228:21 230:12

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 357-9    Filed 04/29/25    Page 453 of 455

| | | | |
|---|---|---|---|
| 234:23 246:18 | 217:3 226:18 | **world** 46:1 | **yeah** 14:8 |
| 246:22 249:8 | 246:15 274:23 | 104:5 106:20 | 18:21 19:12 |
| 249:24 251:9 | 283:9 285:3 | 123:11 138:21 | 20:16,19 27:11 |
| 253:2 258:19 | 343:8 355:17 | 146:21 165:16 | 27:14 37:19 |
| 263:21 270:8 | 356:7 357:3,23 | 240:1,3 331:4 | 38:22,24 41:4 |
| 273:3 286:8,23 | **work** 44:24 | **worldgate** 2:16 | 41:19 42:16 |
| 287:17 288:17 | 45:11,15 50:11 | 9:11 | 43:22 47:24 |
| 292:3 295:2 | 50:16,17,23 | **worlds** 241:5 | 53:2,7 60:13 |
| 299:21 303:22 | 65:8 66:23 | **worry** 213:10 | 60:13 61:15 |
| 309:6 318:8 | 67:23 71:5 | **worth** 24:11 | 62:8 68:13 |
| 323:18 329:1 | 72:2 73:19 | 278:20 | 69:2 72:13 |
| 333:9 335:23 | 74:10,12,23 | **worthwhile** | 73:14 78:20 |
| 337:8 346:24 | 75:3 77:16,19 | 40:9 44:10 | 80:7 85:8 |
| 348:7 349:14 | 78:11 79:5,6 | **wrapped** 84:4 | 95:13,22 |
| 350:11 351:19 | 91:19,21,21 | 330:11 | 101:15 103:18 |
| 352:15 353:17 | 99:13 163:5 | **write** 222:6 | 103:18 105:10 |
| 358:7 361:6 | 207:11 214:20 | 232:5,13,13 | 109:15 110:18 |
| **women** 132:24 | 226:13 299:12 | **writing** 40:17 | 110:20 112:24 |
| **wondering** | 344:2 | 41:2 99:19 | 118:2 119:5 |
| 118:23 226:11 | **worked** 32:6,22 | **written** 148:24 | 122:16 126:7 |
| **word** 23:3 | 33:16 53:13 | **wrong** 20:17 | 128:17 131:1 |
| 58:13 106:5 | 66:6,11 72:4 | 142:16 170:3 | 134:8,19 |
| 110:18 243:13 | 74:1,3 77:1,7 | 183:24 225:19 | 141:11 149:19 |
| 244:2,3 247:15 | 77:20 78:16 | 239:9 253:17 | 151:20 155:2 |
| 357:7,10 | 81:24 89:10 | 254:24 255:14 | 156:5,5,5,7 |
| **words** 40:24 | 102:3,9 162:24 | 264:9,10 | 157:19 158:7,7 |
| 52:21 103:4 | 312:3 321:11 | 292:12 308:9 | 163:18 168:16 |
| 110:22 112:4 | **workers** 347:7 | **wrote** 41:10 | 169:10,14,17 |
| 118:7 129:9,13 | **working** 40:16 | 150:17 156:4,7 | 174:5 178:10 |
| 130:11,14,15 | 74:17 79:3 | 156:21 | 178:11 182:4 |
| 168:19,23 | 349:9 | **y** | 182:22 186:1,5 |
| 170:14 177:23 | **works** 76:13 | | 187:14 188:2 |
| 180:6 195:2 | 81:13 145:16 | **y** 46:5 | 188:13,16,21 |
| 203:12 211:2 | 145:16 | | 201:13 207:1 |

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 454 of 455

219:24 223:7
224:2 230:9
232:11 234:14
239:7,11 246:9
252:10 265:8
267:6,7 268:7
268:11,11
269:6 272:22
278:9 289:9
290:9,9 291:21
295:3,7,9
301:12,16
307:15 308:3,5
308:18 309:1
310:15,20
311:20 312:8
319:17,17
325:3,7,23
327:6 328:5
329:19 332:14
335:10 340:14
353:3,23
354:14 357:20
357:23
**year**   42:7 77:18
77:18 102:16
132:18 151:18
152:7 159:11
163:6,13 205:6
256:23 257:5,6
264:8 266:6,7
266:23 267:15
267:16 268:5
268:10 347:9

**yearly**   213:24
**years**   5:21 30:2
30:19,20 37:7
37:11 38:22,23
38:24 40:2
42:7,7 44:20
45:6 50:6 71:4
71:12 72:24
74:4,11,14,22
77:7,21 85:5,6
96:20 101:10
102:11,13
124:24 127:12
152:1 156:7
159:16 172:4
172:10 173:24
175:14 184:4
189:1 205:4
211:22 215:16
223:24 237:18
265:24 266:7,8
267:16,17,20
267:23 268:6
268:10 269:21
269:22 312:3
317:4 321:11
353:14
**yep**   161:1
**yesterday**   14:4
17:1,11,14
19:24
**yesterday's**
16:22 17:8

**yield**   176:20
177:22,22
178:6,17,20
179:21 210:24
318:22
**yields**   118:14
245:19 259:22
281:14 324:2
**york**   3:17
102:10

**z**

**zero**   65:3 98:5
98:18,20,24
125:3 168:12
197:3 272:4
296:21 326:19
327:10,19
**zone**   174:17
**zones**   322:15
**zoom**   4:18

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 357-9     Filed 04/29/25     Page 455 of 455