IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **UNITED STATES' MOTION TO** |
| CAMP LEJEUNE WATER LITIGATION | ) | **EXCLUDE UNRELIABE AND** |
| | ) | **IRRELEVANT EXPERT TESTIMONY** |
| **This Document Relates To:** | ) | **OF MUSTAFA ARAL** |
| ALL CASES | ) | |

Pursuant to Fed. R. Evid. 702, Defendant United States of America respectfully moves the Court for an order excluding testimony from Dr. Mustafa Aral regarding the overall reliability, accuracy, and correctness of the Agency for Toxic Substances and Disease Registry's ("ATSDR") water modeling methods and results for Camp Lejeune.

In support of this Motion in Limine, the United States submits and relies upon its accompanying Memorandum in Support.

Dated: April 29, 2025

Respectfully submitted,

JONATHAN GUYNN
Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director,
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Unit

ADAM BAIN
Special Litigation Counsel

HAROON ANWAR
GIOVANNI ANTONUCCI
ALANNA HORAN
KAILEY SILVERSTEIN
Trial Attorneys

*/s/ Allison M. O'Leary*
ALLISON M. O'LEARY
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation
310 New Bern Avenue
Raleigh, NC 27601
(202) 374-0045
Fax (202) 616-4473
allison.o'leary@usdoj.gov
M.I. Bar No. P78427

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Attorneys for Defendant,*
*United States of America*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 29, 2025, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

                                            */s/ Allison M. O'Leary*
                                            ALLISON M. O'LEARY