IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

IN RE:

CAMP LEJEUNE WATER LITIGATION

This Document Relates To:

ALL CASES

INDEX OF EXHIBITS TO EXCLUDE UNRELIABLE AND IRRELEVANT EXPERT TESTIMONY OF MUSTAFA ARAL

| Exhibit | Description |
|---|---|
| 1 | PLG's Expert Report from Mustafa Aral |
| 2 | ATSDR's Chapter A Summary Report for Tarawa Terrace |
| 3 | ATSDR's Chapter A Summary Report for Hadnot Point / Holcomb Boulevard |
| 4 | ATSDR's Response to Department of Navy Letter |
| 5 | ATSDR's Chapter A Supplement 2 for Hadnot Point / Holcomb Boulevard |
| 6 | PLG's Expert Report from Morris Maslia |
| 7 | Transcript of Mustafa Aral's February 6, 2025, Deposition |
| 8 | ATSDR's Chapter F Report for Tarawa Terrace |