1          IN THE UNITED STATES DISTRICT COURT
2        FOR THE EASTERN DISTRICT OF NORTH CAROLINA
3                    SOUTHERN DISTRICT
4                   No.  7:23-CV-897
5
6    - - - - - - - - - - - - - - - - -X
     IN RE:                             :
7                                       :
     CAMP LEJEUNE WATER LITIGATION      :
8                                       :
     This Document Relates to:          :
9              ALL CASES                :
     - - - - - - - - - - - - - - - - -X
10
11
12
13
14          Videotaped deposition of Mustafa Mehmet
     Aral, taken at the offices of Weitz & Luxenberg, 700
15   Broadway, New York, New York, before Clifford
     Edwards, Certified Shorthand Reporter and Notary
16   Public, in and for the State of New York on
     Thursday, February 6, 2025, at 9:02 a.m. EST.
17
18
19
20
21
22
23
24
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 1 of 479

```
1   A P P E A R A N C E S:
2
3   ON BEHALF OF THE PLAINTIFFS:
4       Kevin R. Dean, Esq.
        MOTLEY RICE LLC
5       28 Bridgeside Boulevard
        Mount Pleasant, South Carolina  29464
6       843.216.9152
        kdean@motleyrice.com
7
8       Laura J. Baughman, Esq.
        Devin Bolton, Esq.
9       Weitz & Luxenberg
        700 Broadway
10      New York, New York  10003
        212.558.5500
11      lbaughman@weitzlux.com
        dbolton@weitzlux.com
12
13
14
15  ON BEHALF OF THE U.S. DEPARTMENT OF JUSTICE:
16      Allison O'Leary, Esq.
        Alanna Horan, Esq.
17      Environmental Tort Litigation
        U.S. Department of Justice
18      950 Pennsylvania Avenue, NW
        Washington, DC 20530-0001
19      202-514-2000
20
21
22
23
24
25
```

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 2 of 479

1   A P P E A R A N C E S:

2   (continued)

3

4   ALSO PRESENT:

5      Ingrid Rodriguez, videographer

6

7   VIA ZOOM:

8      Alex Spiliotopoulos (via Zoom)

9      Bill Williams (via Zoom)

10     Corissa O'Neill (via Zoom)

11     Deanna Havai (via Zoom)

12     Dennis Reich (via Zoom)

13     Ed Bell (via Zoom)

14     Morris Maslia  (via Zoom)

15     Giovanni Antonucci, DOJ (via Zoom)

16     Haroon Anwar, DOJ (via Zoom)

17     Kailey Silverstein, DOJ (via Zoom)

18

19

20

21

22

23

24

25

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 3 of 479

```
 1                    EXAMINATION
 2                                            PAGE
 3    DIRECT EXAMINATION BY MS. O'LEARY          9
 4
 5                     EXHIBITS
 6
 7    GOVERNMENT'S EXHIBIT                       PAGE
 8    Aral 1, Résumé of Professor Aral           14
 9    Aral 2, Report by Professor Aral           25
10    Aral 3, Tarawa Terrace Chapter A Report    48
11    Aral 4, Document                           53
12    Aral 5, Document Regarding Development
13            of Environmental Management Models 61
14    Aral 6, Environmental Modeling and Health
15            Risk Analysis, by Mustafa M. Aral  63
16    Aral 7, ATSDR's Chapter C Report for Tarawa
17            Terrace                           102
18    Aral 8, December 2004 Report by AH
19            Environmental Consultants, Inc.   124
20    Aral 9, ATSDR's Chapter F, "Simulation of
21            the Fate and Transport of
22            Tetrachloroethylene, PCE, for
23            Tarawa Terrace"                   127
24    Aral 10, Document                         143
25
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 4 of 479

1                    EXHIBITS

2                   (continued)

3

4    GOVERNMENT'S EXHIBIT                           PAGE

5    Aral 11, Supplement Six from the Hadnot

6             Point Reports                         173

7    Aral 12, E-mail Chain                          206

8    Aral 13, Excerpt from Expert Panel Transcript

9             from March 28, 2005                   224

10   Aral 14, E-mail from Mustafa Aral to

11            Jerome Ensminger                      240

12   Aral 15, Tarawa Terrace Chapter H Report       248

13   Aral 16, Chapter I Report                      260

14   Aral 17, Chapter A Supplement Two for

15            Hadnot Point                          279

16   Aral 18, E-mail String Between Robert Faye

17            and Mustafa Mehmet Aral               289

18   Aral 19, Chapter C at Hadnot Point             306

19   Aral 20, Expert Peer Review Panel Evaluating

20            ATSDR's Water Modeling Activities

21            In Support of the Current Study of

22            Childhood Birth Defects and Cancer

23            At U.S. Marine Corps Base Camp

24            Lejeune, North Carolina               331

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 5 of 479

```
 1                    EXHIBITS
 2                   (continued)
 3
```

GOVERNMENT'S EXHIBIT                              PAGE

Aral 21, Report                                    342

Aral 22, Independent Reviewer Comments
            Document                               359

Aral 23, Historical Reconstruction of the
            Water Distribution System Serving
            the Dover Township Area, New Jersey,
            January 1962 to December 1996          361

Aral 24, USGS Water Resources
            Investigations Report                  368

Aral 25, EPA Superfund Record of Decision,
            Tucson International Airport Area,
            Arizona                                372

(Reporter's Note:  Exhibits retained by the court reporter and forwarded to Golkow for production.)

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 6 of 479

1          THE VIDEOGRAPHER:  We are now on the
2     record.
3          My name is Ingrid Rodriguez.  I'm a
4     videographer for Golkow Litigation
5     Services.
6          Today's date is February 6, 2025,
7     and the time is 9:03 a.m.  This video
8     deposition is being held at Weitz &
9     Luxenberg, in New York, New York, in the
10     matter of In Re:  Camp Lejeune Water
11     Litigation in the United States District
12     Court for the Eastern District of North
13     Carolina.
14          The deponent is Professor Mustafa
15     Aral.
16          Would counsel please state your
17     appearances for the record?
18          MS. O'LEARY:  Allison O'Leary for
19     the Department of Justice.
20          MS. HORAN:  Alana Horan for
21     Department of Justice.
22          MR. DEAN:  Good morning.  Kevin Dean
23     here on behalf of the plaintiffs.
24          MS. BAUGHMAN:  Laura Baughman for
25     the plaintiffs.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 7 of 479

1                    MS. BOLTON:  Devin Bolton for the
2             plaintiffs.
3                    THE VIDEOGRAPHER:  And on Zoom, I
4             have "Alex Spiliotopoulos," "Bill
5             Williams," "Corissa O'Neill," "Deanna
6             Havai," "Dennis Reich," someone who's
7             just "Ed."
8                    MR. DEAN:  Ed Bell.
9                    THE VIDEOGRAPHER:  Okay.
10                    MR. BELL:  Ed Bell.
11                    THE VIDEOGRAPHER:  "Giovanni
12             Antonucci," "Haroon Anwar," "Kailey
13             Silverstein," and "Morris Maslia."
14                    The court reporter is Cliff Edwards
15             and will now swear in the witness.
16
17                    MUSTAFA MEHMET ARAL,
18     having first been duly sworn, deposed and testified
19     as follows:
20                    (Whereupon, there was a discussion
21                    off the record.)
22
23                    COURT REPORTER:  All set.  Thank
24             you.
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 8 of 479

1                    DIRECT EXAMINATION

2

3    BY MS. O'LEARY:

4         Q    I'm Allison O'Leary and I'm an attorney

5    for the U.S. Department of Justice.  Thank you for

6    being here this morning.

7              I have a few, just kind of, logistics

8    points to go over with you.

9              So if you don't understand a question,

10   you can ask me to clarify.  Can you do that?

11        A    Sure.

12        Q    And do you understand that the court

13   reporter here is transcribing what you are saying

14   today?

15        A    Yes.

16        Q    And do you understand that the

17   videographer is also recording your deposition

18   today?

19        A    Yes.

20        Q    Do you understand that your testimony in

21   today's deposition could be used in court?

22        A    Yes.

23        Q    And do you understand that you are under

24   oath to testify truthfully?

25        A    Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 9 of 479

```
 1        Q      Okay.  Is there anything today that is
 2    impeding your ability to testify?
 3        A      No.
 4        Q      Did you do anything to prepare for
 5    today's deposition?
 6        A      We had a meeting yesterday.
 7        Q      When you say "we," are you re-
 8    referring --
 9        A      These three attorneys on this side.
10        Q      Okay.  So you are indicating the
11    plaintiffs' attorneys?
12        A      Excuse me?
13        Q      You are -- you are indicating the
14    plaintiffs' attorneys?
15        A      Yeah.  Yeah.
16        Q      Okay.
17        A      Of course.
18        Q      And did you review any documents to
19    prepare for today?
20        A      From yesterday to today or early --
21        Q      No, just in general.
22               To prepare for today's deposition, did
23    you review any --
24        A      Yeah.  I --
25        Q      -- documents --
```

1      A      -- reviewed my expert's report.

2      Q      Your report?

3             Did you review any other expert reports?

4      A      Much earlier --

5      Q      Okay.

6      A      -- than two days.

7      Q      Much earlier?

8             What other reports did you review?

9      A      Probably in -- last month.

10     Q      Okay.  Which reports did you review last

11   month?

12     A      Okay.  I have reviewed Dr. Konikow's

13   report, Dr. Sabatini's report, I have reviewed Alex

14   Spiliotopoulos' report, I have -- I have reviewed

15   Dr. Hennat's report, Morris Maslia's report, Morris

16   Maslia's deposition.

17            I don't remember the name but there's a

18   historian expert on the -- the -- the government

19   side.  I didn't review that because that's a

20   historical review.  It's not my area.

21            I believe that's it.

22     Q      Okay.  And you said you'd reviewed Morris

23   Maslia's deposition; is that right?

24     A      Yeah.

25     Q      Was that his deposition from 2024?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 11 of 479

1     A     I think -- let's see.

2           No.  No.  It's a -- did I say a

3    deposition?

4     Q     I thought you had said the transcript

5    from Morris Maslia's deposition?

6     A     I read Morris Maslia's rebuttal report --

7     Q     Oh, rebuttal report?

8     A     Right.

9     Q     Okay.

10    A     I -- I was mistaken on that.  And I read

11   his expert report.

12    Q     Okay.  Thank you for clarifying.  You

13   mentioned you had reviewed reports.

14          Is there anything from your report in

15   this case that you'd like to correct?

16    A     No.

17    Q     Okay.  Did you review any reports by

18   Norman Jones and Jeffrey Davis?

19    A     Oh, yes.  That's the post audit --

20    Q     Okay.

21    A     -- study.

22          Yes, I did review that.

23    Q     Did you read the rebuttal report and the

24   original report by Norman Jones and Jeffrey --

25    A     Yes.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 12 of 479

1    Q      -- Davis?

2    A      Both of them.

3    Q      Okay.  And am I correct that the only

4    report you prepared in this is the report that came

5    out last fall in --

6    A      Yes.

7    Q      -- 2024?

8    A      The expert report.

9    Q      Okay.  So do I understand correctly that

10   you are not offering opinions on Dr. Konikow's or

11   Dr. Sabatini's rebuttal reports?

12   A      No.  I mean, I didn't write a rebuttal

13   report to their --

14   Q      Okay.

15   A      -- expert report.

16   Q      Okay.  So you have not offered a -- a

17   rebuttal report?

18   A      No.  No.

19               MS. O'LEARY:  And can we get number

20          eight?

21               I'm sorry.  There will be a little

22          delay as we pull out documents --

23               THE WITNESS:  Okay.

24               MS. O'LEARY:  -- and get them

25          marked.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 13 of 479

```
 1                    THE WITNESS:  Okay.
 2                    (Whereupon, there was a discussion
 3                    off the record.)
 4                    (Whereupon, Government's Exhibit Aral
 5                    1, Résumé of Professor Aral, was
 6                    marked for identification.)
 7   BY MS. O'LEARY:
 8        Q     Professor Aral, I've handed you what's
 9   marked as --
10        A     Can you speak a little bit --
11        Q     Yeah.
12        A     -- louder?
13        Q     I'm sorry.
14        A     Okay.
15        Q     Professor Aral, I've happened you what's
16   been marked as Government Exhibit 1.
17              Do you recognize this document?
18        A     It looks like my résumé.
19        Q     Okay.  Is there anything on this
20   résumé -- on this résumé that you'd like to correct?
21        A     No.
22        Q     Okay.  And do I understand correctly that
23   you were approached about serving as an expert in
24   this Camp Lejeune Justice Act litigation by Morris
25   Maslia?
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 14 of 479

1    A    No.  By Kevin.

2    Q    Oh, by Kevin.

3         Kevin Dean?

4    A    Yeah, Kevin Dean.

5    Q    When was that?

6    A    Probably two years ago, maybe.  I'm not

7    sure.

8    Q    Okay.  Why did you decide to --

9    A    The -- the reason I think you mentioned

10   Morris Maslia is that Morris Maslia introduced me to

11   Kevin.

12   Q    Oh, okay.  I understand.

13   A    Okay.

14   Q    Thank you.  And why did you decide to

15   serve as an expert in the Camp Lejeune Justice Act

16   litigation?

17   A    Well, because I did a lot of work at Camp

18   Lejeune.

19   Q    Okay.  Are there any other reasons why

20   you decided to serve as an expert?

21   A    No.

22        No.

23   Q    No?  Okay.

24        And am I correct that you've been

25   retained, specifically, by the Bell Legal Group?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 15 of 479

```
 1        A     Yes.  My contract with -- is with the
 2   Bell --
 3        Q     Okay.  And did --
 4        A     -- Group.
 5        Q     -- that contract begin in August of 2022?
 6        A     Probably.
 7        Q     Prob- -- okay.
 8              Prior to that contract beginning with
 9   Bell Legal Group, had you communicated, either
10   verbally or through writing like e-mail, with anyone
11   from the Bell Legal Group?
12        A     No.
13        Q     Had you communicated prior to being
14   retained by the Bell Legal Group with anyone from
15   Motley Rice?
16        A     No.  No.
17        Q     And prior to being retained by the Bell
18   Legal Group, had you communicated with any attorney
19   related to Camp Lejeune?
20        A     No.
21        Q     Okay.
22        A     As far as I know -- I mean, I have
23   attended expert panels.  They may be there.  I may
24   have exchanged some ideas.
25              I'm not sure.
```

1      Q      Okay.  You don't recall --
2      A      No --
3      Q      -- specifically?
4      A      -- I don't recall.
5      Q      Prior to being retained by the Bell Legal
6   Group in the Camp Lejeune Justice Act litigation,
7   did you have any communications with a man named
8   Mike Partain related to Camp Lejeune?
9      A      I think I communicated with -- not
10  communicated but talked to him in year 2005, maybe.
11     Q      Where was it that you spoke to him?
12     A      Expert panels.
13     Q      And what did you speak to Mike Partain
14  about?
15     A      I don't recall.
16     Q      After the 2005 expert panel, had you
17  communicated with Mike Partain again prior to being
18  retained by the Bell Legal Group?
19     A      No.
20     Q      And prior to being retained by the Bell
21  Legal Group, did you communicate with a person named
22  Terry Dyer about anything related to Camp Lejeune?
23     A      Terry Dyer?
24     Q      Yes.
25     A      No.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 17 of 479

```
 1        Q      Have you ever communicated with United
 2   States Senate or House of Representative members
 3   related to Camp Lejeune?
 4        A      No.
 5        Q      And have you ever communicated with
 6   Dr. Frank Bove about Camp Lejeune?
 7        A      Yes.
 8        Q      And in what sorts of contexts?
 9        A      Again, expert panels, some meetings
10   probably at the ATSDR starting from 2005.
11        Q      Okay.
12        A      But when you say "communication," this is
13   verbal, meeting communications, not e-mails, etc.
14   I don't --
15        Q      No, I mean both.
16               Like --
17        A      You mean both?  Okay.
18        Q      Yeah.  So does that change your answer --
19        A      I may --
20        Q      -- for Mike Partain?
21        A      I may have received e-mails from ATSDR,
22   which included his name as well.
23        Q      Included --
24        A      Frank --
25        Q      -- Mike Partain?
```

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 18 of 479

1      A      No.  No.

2             Frank Bove.

3      Q      Frank Bove?

4      A      Frank Bove.

5      Q      Okay.

6      A      Yeah.

7      Q      So you may have had e-mails with Frank

8   Bove?

9      A      Yeah.  Not personally exchanging e-mails

10  but if they send e-mail to group of people, I may be

11  included into that e-mail.

12     Q      Okay.  Did you ever specifically e-mail

13  Dr. Frank Bove?

14     A      No.

15     Q      Okay.  And did he ever send you

16  personally an e-mail from --

17     A      I don't recall.

18     Q      Okay.  And I understand that you were the

19  director of the Multimedia Environmental Simulations

20  Laboratory at Georgia Tech at some point, is that

21  correct?

22     A      That's correct.

23     Q      And were the years that you were the

24  director 1993 to 2018?

25     A      That's correct.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 19 of 479

1      Q     And how do you usually refer to the
2   Multimedia Environmental Simulations Laboratory?
3      A     It's a reser- -- research center at --
4      Q     Do you call --
5      A     -- Georgia --
6      Q     I'm sorry.  Go ahead.
7      A     Yeah.
8            -- at Georgia Tech.
9            Yeah.
10     Q     Do you call it MESL or M-E-S-L?
11     A     Yeah.  MESL.
12     Q     MESL?
13     A     Yeah.
14     Q     And you said it's a research center?
15     A     Yes.
16     Q     Can you explain what area of research it
17  works on?
18     A     Groundwater modeling, surface water
19  modeling, model development, applications off these
20  models in different areas.
21     Q     Is it -- are there anything else it works
22  on?
23     A     Can you repeat that --
24     Q     Yeah.
25     A     -- please?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 20 of 479

1     Q     Is there any -- are there any other areas
2   where the MESL works?
3     A     It depends on what type of projects we
4   had during this period.  I think we had a project on
5   coastal issues at Georgia.  I think we had issue --
6   or a NSF grant to facilitate a conference related to
7   our studies.
8           Several other projects may be included in
9   it, which is outside the area of groundwater
10  modeling.
11    Q     And is the MESL still operating?
12    A     I don't think so.
13    Q     Okay.  When you were the director -- so
14  20- -- excuse me -- 1993 to 2018, how many people
15  worked in MESL?
16    A     I had about 25 Ph.D. students; they were
17  all in there.  I had -- I had about 60 master's
18  students; they came in and went out during their
19  master programs.
20          As a faculty member, I was the only one.
21    Q     Okay.  And you said about 25 Ph.D.
22  students.  Do you mean --
23    A     That's right.
24    Q     -- at once or during the time --
25    A     Oh, during the --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 21 of 479

```
 1        Q      -- you were the director?
 2        A      -- the time.  It takes about five years
 3   to get the Ph.D.
 4        Q      And for the -- about 60 master's
 5   students --
 6        A      Yup.
 7        Q      -- is that at once or through time?
 8        A      Oh, through time.  Of course.
 9        Q      Okay.  Did any other professors work with
10   MESL --
11        A      I answered --
12        Q      -- at a --
13        A      -- that --
14        Q      -- part-time --
15               (Whereupon, the court reporter
16                requests clarification.)
17   BY MS. O'LEARY:
18        Q      Yeah.  Did any other professors work at
19   MESL on a part-time basis?
20        A      No.
21        Q      Okay.  And then I understand you became
22   professor emeritus in 2018, is that right?
23        A      Emeritus.
24        Q      Emeritus?
25        A      Yes.
```

1    Q    Okay.  And what is an emeritus professor?

2    A    A retired professor.

3    Q    Do you teach anything now?

4    A    No.

5    Q    When did you last teach?

6    A    Retired 2019, went to Turkey.  I taught

7  there.

8         Probably 2020.  In that range, yeah.

9    Q    Around --

10    A    I was --

11    Q    -- 2000 --

12    A    -- a professor there.

13    Q    At -- did I understand that was not at

14  Georgia Tech?

15    A    No, it wasn't at Georgia Tech, it was in

16  Turkey.

17    Q    Okay.  Do you currently supervise any

18  graduate students?

19    A    No.

20    Q    And do you currently do any research?

21    A    Yes.

22    Q    Okay.  What types of research do you do

23  now?

24    A    That's like a hobby for me.  I do

25  population analysis.  I do model development in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 23 of 479

Page 24

```
1    different areas.  A lot simpler models, but still
2    research.  Yeah.
3         Q     Models related to geohydrology?
4         A     Not really.  Different areas.
5         Q     Oh.  What sorts of areas?
6         A     Population --
7         Q     Oh.
8         A     -- topics.
9         Q     Okay.  I understand.
10             How else do you spend your time now?
11        A     I walk a lot, I exercise a little bit, I
12   visit my grandchildren.  That's my total exposure to
13   what I do here in New York, especially.
14        Q     And I'm sorry, I didn't hear the last
15   part?
16        A     I am here in New York to visit my
17   grandson.
18        Q     Oh, okay.
19        A     I live in Turkey most of the time.  I
20   live in Atlanta when I visit friends and other
21   relatives in Atlanta.
22        Q     And what city do you live in in Turkey
23   when you are there?
24        A     Istanbul.
25        Q     Istanbul.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 24 of 479

1            What are your income sources in
2    retirement?
3         A    My income?
4         Q    Yeah.  What are the sources of your
5    income in retirement?
6         A    Oh, retirement benefits from Georgia
7    Tech.
8         Q    Any others?
9         A    I am paid by this task for Camp Lejeune.
10             MS. O'LEARY:  Okay.  And I have a
11            few questions about your report.
12             So this will Be 33.
13             So just a minute again as we pull
14            out the exhibit.
15             THE WITNESS:  Uh-huh.
16            (Whereupon, there was a discussion
17            off the record.)
18            (Whereupon, Government's Exhibit Aral
19            2, Report by Professor Aral, was
20            marked for identification.)
21   BY MS. O'LEARY:
22        Q    And one last question, going back to what
23   your current research that you do on population.
24            What is the purpose of the research you
25   do on population?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 25 of 479

1          A       My interest is general.  It covers a lot

2     of areas and that's one of my research interests.

3               And I do population research, meaning how

4     does the population change, what is the transition

5     from one country to the other, immigration/migration

6     and all that.  And I do that in mathematical

7     analysis.

8          Q       Okay.  And why is that of interest to

9     you?

10         A       Because I have general interests in many

11    topics.

12         Q       Okay.  So if you could go to the fourth

13    page of your report, which is Government Exhibit 2?

14         A       Okay.

15         Q       Do you see a paragraph underneath the

16    bullet points that starts, "Around the year 2000,

17    the Multimedia Environmental Simulations Laboratory,

18    MESL, a research center at the School of Civil and

19    Environmental Engineering, Georgia Institute of

20    Technology, entered into a cooperative agreement

21    with the Agency for Toxic Substances and Disease

22    Registry, ATSDR, Centers for Disease Control and

23    Prevention, CDC, to provide technical support to

24    ATSDR in all aspects of the Camp Lejeune study for

25    all three study areas on an as-needed basis."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 26 of 479

1          Did I read that correctly?

2      A     Yeah.

3      Q     So if that was in 2000, does that mean

4  that when MESL started working with the ATSDR, the

5  ATSDR's water models for Tarawa Terrace and Hadnot

6  Point were not --

7              MR. DEAN:  Also --

8  BY MS. O'LEARY:

9      Q     -- yet complete?

10             MR. DEAN:  Object to the form.

11  BY MS. O'LEARY:

12     Q     Did you understand my question, Professor

13  Aral?

14     A     I think you didn't finish your

15  question --

16     Q     Let me -- I'll say it again.

17             MS. BAUGHMAN:  I think it would be

18           good if you would speak a little louder.

19             THE WITNESS:  Yeah.

20             MS. BAUGHMAN:  I don't think he can

21           hear you.

22             THE WITNESS:  Yeah.  It --

23  BY MS. O'LEARY:

24     Q     Sure.  Yeah.

25     A     I would prefer --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 27 of 479

```
 1        Q     I'll try to --

 2        A     -- that, yeah.

 3        Q     So that section I just read --

 4        A     Yeah.

 5        Q     -- from --

 6        A     Yeah.

 7        Q     -- page four of your report, it says that

 8   MESL entered into the agreement with ATSDR in 2000.

 9              MR. DEAN:  Object to the form.

10          That's not what the document says.

11   BY MS. O'LEARY:

12        Q     Is that correct?

13              MR. DEAN:  It says "around."

14              MS. O'LEARY:  That's --

15              MR. DEAN:  Okay.

16              MS. O'LEARY:  -- that's fine, we can

17          make it --

18              THE WITNESS:  Yeah.

19              MS. O'LEARY:  -- around.

20              Is it --

21              MR. DEAN:  I just want you to

22          understand what I'm -- it's not a -- I'm

23          not trying to interfere, but I'm just

24          objecting to the form because that's --

25              MS. O'LEARY:  Yeah.
```

```
 1                 MR. DEAN:  You said "in 2000,"
 2           that's --
 3                 MS. O'LEARY:  Yeah.
 4                 MR. DEAN:  -- not what it says.
 5                 MS. O'LEARY:  I understand.  That's
 6           fair.
 7                 THE WITNESS:  Okay.
 8      BY MS. O'LEARY:
 9         Q     So Professor Aral, is it around 2000 that
10      MESL entered into an agreement with ATSDR?
11         A     Yes.  The agreement was around 2000,
12      yeah.
13         Q     Okay.  So does that mean when MESL
14      entered into the agreement with the ATSDR, the
15      ATSDR's models for Tarawa Terrace and the Hadnot
16      Point-Holcomb Boulevard area were not yet complete?
17         A     No, of course not.
18         Q     Meaning they were -- it's true they were
19      not yet complete?
20         A     They were not completed, yeah.
21         Q     Okay.  And is it true that no other
22      Georgia Tech faculty were part of the cooperative
23      agreement between MESL and the ATSDR?
24         A     There's no other faculty involved.
25         Q     Did the MESL enter into cooperative
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 29 of 479

1    agreements with any other entities besides the

2    ATSDR?

3          A      Of course.  Many.

4          Q      Okay.  What was the scope of those

5    agreements with other entities?

6          A      Other research topics, which is

7    summarized in my résumé.

8          Q      Okay.  Other than in the work you did

9    with the ATSDR on Camp Lejeune, have you ever been

10   asked in a cooperative agreement to calculate

11   historic contaminant levels on a monthly basis?

12         A      That was the purpose of our modeling,

13   overall.

14         Q      You mean at -- at Camp Lejeune that was

15   the purpose?

16         A      Yeah, at Camp Lejeune.

17         Q      Yeah?

18         A      Yeah.

19         Q      So other than at Camp Lejeune, did the

20   MESL ever work on projects that were calculating

21   historic contaminant levels on a monthly basis?

22         A      We had several models which used

23   different time frames, different time intervals.

24   Some of them may be monthly, yeah.

25         Q      Okay.  Do you recall any that were --

1      A      I don't recall.

2      Q      -- monthly?

3      A      No.

4      Q      Do you recall any that were shorter time

5  frames than monthly?

6      A      Yeah, of course.

7      Q      What's an example of one that was a

8  shorter time frame?

9      A      Surface water modeling that we did.  We

10  may have used shorter time frames.

11      Q      Surface modeling of what?

12      A      I think that was a coastal aquifer around

13  Savannah, I believe.

14      Q      And who was requesting that coastal

15  aquifer modeling around Savannah?

16      A      That was the research center at

17  University of Georgia.

18      Q      And what was the timescale on the model?

19      A      I don't recall exactly but we may have

20  used different timescales to answer different

21  questions.

22      Q      What was the purpose of that model?

23      A      It's a contaminant transport analysis.

24      Q      But why did they want to know about

25  the --

```
 1        A      No.
 2        Q      -- contaminate --
 3        A      We wrote --
 4        Q      -- transport?
 5        A      -- a proposal to develop a model, a
 6   generic model in a coastal application, and they
 7   agreed to fund it.
 8        Q      Right.  And what were they using it for?
 9        A      I have no idea.
10        Q      Okay.  And was that a historical model?
11        A      It's a groundwater model.  A research
12   center proposes a topic --
13        Q      Uh-huh.
14        A      -- to a funding agency.  If they like it,
15   they approve it; if they don't like it, they reject
16   it.
17        Q      And what you proposed, was that to do
18   a -- a model that would look at times in the past or
19   look at going forward?
20        A      No.  It was a generic model.  It can be
21   used for the time in the past and future
22   predictions.
23        Q      Okay.  Do you know if it was going to be
24   used for past predictions?
25        A      I don't know what they have used it
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 32 of 479

```
1   for --
2        Q    Okay.
3        A    -- but it's a generic model.
4        Q    Uh-huh.
5        A    It can be used.
6        Q    You can run it forwards or backwards --
7        A    Yeah.
8        Q    -- is that what you mean?
9        A    Yeah.
10            I don't know what you mean, by the way,
11   "backwards."
12       Q    I mean, to estimate things that happened
13   in the past.
14       A    Starting from today going backwards, is
15   that what you mean?
16       Q    I mean, starting from whenever the model
17   is calibrated to.
18       A    Okay.
19            Yeah, it can be used --
20       Q    To go --
21       A    -- for that purpose --
22       Q    -- in the --
23       A    Yeah.
24       Q    I'm sorry.  I just --
25       A    To predict -- it can be used to predict
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 33 of 479

1    historical behavior or future behavior.

2         Q      From the time of calibration?

3         A      Yup.

4         Q      Okay.  But for the coastal aquifer

5    surface modeling project, you don't know if it was

6    going to be used for going backwards from the time

7    of calibration or forwards?

8         A      I don't know what they have used it for.

9         Q      Other than your work in Camp Lejeune,

10   were you ever asked to calculate contaminate levels

11   more than 25 years before the time the -- of

12   calibration of the model?

13        A      No.

14        Q      Other than at Camp Lejeune, have you ever

15   been asked to model all of mass loading, groundwater

16   flow, contaminant fate and transport, and variable

17   multiwell pumping mixing models?

18        A      In several research applications we have

19   worked at MESL, all of those models were developed

20   or applied in -- in an integrated manner or a

21   application of each model, separately.  Two

22   different ways.

23        Q      I'm not sure I understand.

24               So are you saying that all of those types

25   of models have been done at MESL at some time?

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 34 of 479

```
 1      A      No.  We use generic models as well,
 2  coming from other sources.
 3      Q      But did -- did the mass loading,
 4  groundwater flow, contaminant fate and transport,
 5  and variable multiwell pumping mixing models that
 6  MESL did, were those done together in one project
 7  or were those used in --
 8      A      Oh, no.
 9      Q      -- individually or --
10      A      If you -- if you are referring to
11  TechFlowMP, for example, that's a generic model we
12  have developed --
13      Q      Uh-huh.
14      A      -- for use in different projects, not for
15  Camp Lejeune.  But we used it for Camp Lejeune as
16  well.
17      Q      And had -- in any other projects, not
18  Camp Lejeune so other projects -- have you used
19  TechFlowMP in combination with modeling mass loading
20  and groundwater flow and, like, a well pumping
21  mixture model?
22                   MR. DEAN:  Object to the form of the
23              question.
24      A      TechFlowMP is a generic model which
25  starts from groundwater modeling --
```

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 35 of 479

1    BY MS. O'LEARY:

2         Q      Uh-huh.

3         A      -- all the way to contaminant transport

4    modeling, within itself.

5         Q      But it doesn't involve mixing, is that

6    correct?

7         A      What do you mean by mixing?

8         Q      Like, mixing of multiple wells, that's

9    not a part of TechFlowMP.

10        A      Why shouldn't it?  It will, of course.

11        Q      How does TechFlowMP model well mixing?

12        A      Well, because you have -- in an area you

13   have water supply wells.  You put them into the

14   model as a discharging point or a source point --

15        Q      Uh-huh.

16        A      -- and the whole thing is integrated in a

17   single application.

18        Q      But doesn't TechFlowMP model the

19   contaminant movement to the wells, not the mixing of

20   the wells?

21        A      Oh, you are talking about mixing of the

22   wells in a water treatment plant --

23        Q      That's right.

24        A      -- is that right?

25        Q      That's right.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 36 of 479

1      A      Okay.  Let's clarify that.

2      Q      Okay.  So --

3      A      So what is your question?

4      Q      So TechFlowMP does not model, like,

5   mixing of wells in a water treatment plant?

6      A      No, it does not.

7      Q      All right.  Other than at Camp Lejeune,

8   have you done any other projects where what MESL was

9   doing was using TechFlowMP coupled with something to

10  model mixing in a water treatment plant?

11     A      Not a water treatment plant.

12     Q      Was it used in conjunction with something

13  other than a water treatment plant?

14     A      Yeah.  We -- we used it in an

15  application, like how to treat contaminated sites.

16     Q      Like a remediation project?

17     A      Yeah.  As a remediation project.

18     Q      Okay.  And am I correct that you have not

19  tested --

20     A      Please speak louder.

21     Q      I'm sorry.

22            Am I correct that you have not testified

23  or been deposed in the last four years?

24     A      That's correct.

25     Q      Have you ever been deposed before?

```
 1      A     No.
 2      Q     Have you ever testified at a trial?
 3      A     Can you speak louder, please?
 4      Q     I'm sorry.
 5                  MS. BAUGHMAN:  You are not speaking
 6            louder.  You keep speak --
 7                  MS. O'LEARY:  Yeah.
 8                  THE WITNESS:  You have a very --
 9                  MS. O'LEARY:  Well --
10                  THE WITNESS:  -- soft voice.
11                  MS. BAUGHMAN:  He can't hear you.
12                  MS. O'LEARY:  So can you hear me,
13            ma'am?
14                  THE VIDEOGRAPHER:  I can --
15                  MS. O'LEARY:  Can you hear me, Mr.
16            Court Reporter?
17                  COURT REPORTER:  Sorry?
18                  MS. O'LEARY:  Can you hear me?
19                  COURT REPORTER:  Sure.
20                  MS. O'LEARY:  I'll try and speak
21            louder but it seems that my voice is
22            coming through.
23                  MR. DEAN:  Because you have a --
24                  MS. BAUGHMAN:  He doesn't have the
25            same hearing level, okay?  He's retired.
```

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 38 of 479

```
 1                    MS. O'LEARY:  Yeah.
 2                    MS. BAUGHMAN:  You need to speak
 3            louder.
 4   BY MS. O'LEARY:
 5        Q    So have you ever testified in a trial?
 6        A    No.
 7        Q    Have you ever testified in any other
 8   setting?
 9        A    Not a setting like this.
10        Q    Like a --
11        A    Not --
12        Q    -- a deposition?
13        A    -- not --
14             Like a deposition, no.
15        Q    Have you testified in some setting that's
16   different than this?
17        A    Yeah.  We had a face-to-face dialogue
18   with a opposing expert and me on the other side.
19        Q    In what case are you talking about?
20        A    I'm talking about Atlanta Gas Light
21   pollution problem.
22        Q    Okay.  And when was that face-to-face?
23        A    I don't recall exactly but it must be
24   late 1990s.
25        Q    And were you an expert for one of the
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 39 of 479

1  sides in that Atlan- -- Atlanta Gas Light pollution
2  problem?
3       A    I was one of the experts on the other
4  side of the Atlanta Gas Light pollution problem
5  or --
6       Q    Who is on the other side?  I'm not sure
7  what you mean.
8       A    Some law firm hired me to question the
9  work done at the Atlanta Gas Light site.
10      Q    Okay.  And then you had a sitdown with
11 the expert from the --
12      A    Right.
13      Q    -- Atlanta Gas Light site?
14      A    Exactly.
15      Q    Okay.  Other than that Atlanta Gas Light
16 site, have you ever served as an expert before for
17 some sort of dispute?
18      A    Not for a dispute but I served for
19 expert -- as an expert in other studies.
20      Q    What does it mean to serve as an expert
21 in other studies?
22      A    A consulting company comes and asks me as
23 to what I think about this and that related to
24 environmental pollution.  It doesn't have to be
25 groundwater.  I offer my opinion --

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 40 of 479

1    Q    Uh-huh.

2    A    -- and that's a expert opinion.

3    Q    Okay.  And when was the last time you did

4    that sort of consulting?

5    A    Probably it was my work with Geosyntec.

6    I don't recall the time, it's in my résumé.

7    Q    And you said Geosyntec?

8    A    Yeah, Geosyntec.

9    Q    All right.  Do you have any family

10   members who filed claims under the Camp Lejeune

11   Justice Act?

12   A    No.

13   Q    And do you have any acquaintances who

14   have filed claims under the Camp Lejeune Justice

15   Act?

16   A    No.

17   Q    Huh.  And you can turn back to the same

18   exhibit, so this is Government Exhibit 2, to page

19   49.

20   A    Yes.

21   Q    And in the last paragraph, so near the

22   bottom of the page --

23            MR. DEAN:  What page are you on?

24            MS. O'LEARY:  Forty-nine.

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 41 of 479

1    BY MS. O'LEARY:

2         Q    The last paragraph, do you see where it

3    says, "It is important to note that the review

4    comments I am providing below are only associated

5    with the water-modeling aspects of the ATSDR health

6    study and the NRC report and do not cover any

7    epidemiologic study aspects since those topics are

8    outside my ar- -- expertise areas."

9              Did I read that correctly?

10        A    Yes.

11        Q    Is that accurate that epidemiologic

12   studies are outside your expertise areas?

13        A    That's correct.

14        Q    Does it follow that the level of detail

15   on exposure data needed for an epidemiological case

16   control study is not within your area of expertise?

17              MR. DEAN:  Object to the form.

18        A    Yes.  I -- I don't know what they would

19   need.

20   BY MS. O'LEARY:

21        Q    Okay.

22        A    I'm told what I should do, so I do it.

23        Q    And is it accurate then that the level of

24   detail on contaminant exposure to an individual

25   needed to render an opinion on causation from

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 42 of 479

1    contaminant exposure is not within your area of
2    expertise?

3         A    It's not.  It's not within my area.

4         Q    Okay.  And do you agree that you are not
5    an expert on whether a contaminant can cause a
6    disease?

7         A    I think you have to clarify that
8    question.

9         Q    Is that something that you render -- have
10   ever, like, done consulting opinions on, on whether
11   a contaminant can cause a disease?

12        A    No, I did not.

13        Q    And is that something that your
14   university training study was -- was whether
15   contaminants can cause a disease?

16        A    That's a generic question,
17   "contaminants."  I'm not going to respond to that.

18        Q    Well, do you study whether certain
19   chemical compounds cause diseases?

20        A    All foreign environmental contaminants
21   will have some adverse effects on human health.

22        Q    And how do you know that?

23        A    Well, that's -- in terms of the
24   literature that I have reviewed, in terms of the
25   research work that I have done, that information was

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 43 of 479

1    made available to me.

2         Q     So that's something you know from reading

3    literature?

4         A     That's right.

5         Q     Okay.  Have you ever studied

6    epidemiology?

7         A     No.

8         Q     Your report, Government Exhibit 2,

9    discusses maximum contaminant levels or MCLs.  Do

10   you know what I'm talking about?

11        A     Yeah.

12        Q     And do you understand that maximum

13   contaminant levels are set by the Environmental

14   Protection Agency, the EPA?

15        A     That's correct.

16        Q     Have you ever been involved in the

17   setting of an MCL?

18        A     No.

19        Q     Are you familiar with the methodology

20   that the EPA uses to establish MCLs?

21        A     No.

22        Q     Are you familiar with how MCLs are

23   related to health risk?

24        A     No.

25        Q     Why did you discuss MCLs in your report

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 44 of 479

1   in this litigation?

2       A     Because that was the criteria set by

3   ATSDR.

4       Q     So ATSDR asked you to consider MCL levels

5   in the water modeling?

6       A     I didn't consider MCL levels.  I just

7   predicted a continuous contaminant transport.

8   Whether it's higher or lower, that was decided by

9   ATSDR, right?

10      Q     Higher or lower than --

11      A     MCL.

12      Q     -- like an MCL?

13            Okay.

14      A     Right.

15      Q     I understand, I think.

16            And am I correct that for your work on

17  the Camp Lejeune Justice Act, you've been paid $600

18  per hour?

19      A     That's correct.

20      Q     How many hours, approximately, have you

21  worked on the Camp Lejeune Justice Act litigation?

22      A     I have to check my billing.

23      Q     Do you think it's more than 50?

24            MR. DEAN:  Object to the form.

25            You have the invoices.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 45 of 479

```
 1    BY MS. O'LEARY:
 2         Q     Do you think it's more than 50 hours?
 3         A     Probably.  I don't --
 4         Q     Okay.
 5         A     -- recall.
 6         Q     Do you think it's more than a hundred
 7    hours?
 8                    MR. DEAN:  Object to the form.
 9         A     I don't recall.
10    BY MS. O'LEARY:
11         Q     You don't recall?  Okay.
12               Do you know -- sorry.
13               Have you received any compensation
14    related to the Camp Lejeune Justice Act other than
15    your work as an expert witness?
16         A     From?
17         Q     Well, from any source?  So other than
18    your work as an expert witness.
19         A     A -- A -- ATSDR funded the corporate
20    agreement --
21         Q     And --
22         A     -- but I didn't get personal income from
23    that, Georgia Tech did.
24         Q     So when you were working at MESL on Camp
25    Lejeune, was your salary paid by Georgia Tech?
```

```
 1        A      Repeat that, please?
 2        Q      When you were working on Camp Lejeune
 3   water modeling --
 4        A      Right.
 5        Q      -- at MESL --
 6        A      Right.
 7        Q      -- was your salary paid by Georgia Tech?
 8        A      My salary was, of course, paid by Georgia
 9   Tech.
10        Q      Did the ATSDR fund MESL's work on Camp
11   Lejeune?
12        A      That's correct.
13        Q      Okay.  Are you familiar with a -- a text
14   by Dougherty (phonetic) from 2015?
15        A      Which text?
16        Q      The one from 2015?
17        A      I'm sure he has written many texts.
18        Q      Okay.  Is Dor- -- does Dougherty have a
19   good reputation in the fields you work in?
20               MR. DEAN:  Object to the form of the
21          question.
22        A      I don't recall who Dougherty is.
23               Does he have a first name?
24   BY MS. O'LEARY:
25        Q      Are you familiar with Panko and Cherry
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 47 of 479

1  (phonetic)?

2       A    Yeah.

3       Q    All right.  Their 1996 text, is it

4  considered a reliable authority in your field?

5       A    As good as any other reference textbooks.

6       Q    Okay.  So I have some -- a few questions

7  about the extent of your involvement in the ATSDR's

8  water modeling.

9       A    Right.

10      Q    But I just wanted to see, would you like

11 to take a break or are you okay to keep going?

12      A    I'm okay.

13      Q    All right.

14           MS. O'LEARY:  So if we could get --

15           that would be 56.

16            So this will end up being Government

17           Exhibit 3.

18           (Whereupon, Government's Exhibit Aral

19           3, Tarawa Terrace Chapter A Report,

20           was marked for identification.)

21 BY MS. O'LEARY:

22      Q    And Professor Aral, if you could go to

23 the page that's numbered A6 in the -- it will be in

24 the bottom left?

25            All right.  Do you see a table that says,

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 48 of 479

1    "Table A2, Summary of ATSDR Chapter Reports" --

2         A      Uh-huh.

3         Q      -- at the top?

4                Okay.  And am I understanding correctly

5    that table A2 lists the chapter reports from the

6    ATSDR water modeling on Tarawa Terrace?

7         A      Yeah.  These are the --

8         Q      Okay.  And --

9         A      -- reports, yeah.

10        Q      -- as I look at this table, it looks like

11   you authored -- you are an author on chapter A,

12   "Summary of Findings"; chapter G, "Simulation of

13   Three-dimensional Multispecies Multiphase Mass

14   Transport of Tetrachlorethylene and Associated

15   Degradation Byproducts"; chapter H, on "The Effect

16   of Groundwater Pumping Schedule Variation on Arrival

17   of Tetrachlorethylene at Water Supply Wells at the

18   Water Treatment Plant"; chapter I, "Parameter

19   Sensitivity Uncertainty and Variability Associated

20   with Model Simulations of Groundwater Flow

21   Contaminant Fate and Transport" --

22                     (Whereupon, the court reporter

23                     requests clarification.)

24   BY MS. O'LEARY:

25        Q      -- "and Distribution of Drinking water."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 49 of 479

1          And then Chapter K, "Supplemental

2     Information."

3          Is that correct that those are the only

4     chapters you authored on the ATSDR reports?

5     A     I didn't author, I contributed to them.

6     Q     Okay.  So I see on table A2, that you are

7     listed as an author for those ones.  What is the

8     difference to you between contributing to a report

9     and being an author?

10    A     There are several other names, probably.

11    The names that I see, for example, in G --

12    Q     Uh-huh.

13    A     -- it's a -- a graduate student of mine

14    and me.

15    Q     All right.  So you both --

16    A     So we --

17    Q     -- wrote that?

18    A     -- we both contributed to that.

19    Q     Okay.  And what role if any did you have

20    in writing or reviewing the other chapters from

21    table A2 where you are not listed as an author?

22    A     Probably I have looked at them,

23    reviewed --

24    Q     What do you mean, you looked at them?

25    A     Reviewed them.

1      Q      And reviewed them for what purpose?

2      A      For my understanding of what they are

3   doing.

4      Q      Okay.  Did you offer comments on chapters

5   you did not author -- you are not listed as an

6   author on this table?

7      A      I don't recall but I could have.

8      Q      Okay.  And --

9                  MR. DEAN:  For correction of the

10                 record, chapter K was never issued or

11                 published.

12   BY MS. O'LEARY:

13     Q      So Professor Aral, what was Morris

14   Maslia's role in the Tarawa Terrace water modeling

15   project for ATSDR?

16     A      He was the lead person at exposure of

17   those reconstruction -- reconstruction program at

18   ATSDR.

19     Q      Okay.  And were you happy with the

20   performance of the team working on the Tarawa

21   Terrace modeling at ATSDR?

22     A      Yes.

23                 MR. DEAN:  Object to the form.

24     A      Yes.

25

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 51 of 479

1  BY MS. O'LEARY:

2      Q    And did you have any role on chapter J,

3  "Field Test Data Analysis and Simulation of the

4  Distribution of Drinking Water"?

5      A    I think that's the least contribution

6  that I had in any of these reports.

7      Q    Was chapter J?

8      A    Yeah.

9      Q    Were you involved in data collection for

10  the Tarawa Terrace water modeling?

11      A    No.

12      Q    Okay.  Why were you not involved?

13      A    Because they didn't ask me.  I didn't go

14  to the site, that's why.

15      Q    Were you involved in field test design?

16      A    No.

17      Q    And have you been to Camp Lejeune?

18      A    No.

19      Q    And just one question about chapter K

20  that Mr. Dean brought up.

21          Do you consider that chapter finished?

22              MR. DEAN:  Object to the form of the

23          question.

24              The chapter was never issued.

25      A    I -- I don't recall that chapter at all.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 52 of 479

1           MS. O'LEARY:  Okay.  And you can set
2      aside Exhibit 3 for a moment and we are
3      going to pull out -- this is 42.
4           That will be exhibit -- Government
5      Exhibit 4.
6           (Whereupon, Government's Exhibit Aral
7           4, Document, was marked for
8           identification.)
9           THE WITNESS:  Uh-huh.
10  BY MS. O'LEARY:
11      Q    And Professor Aral, if you could go to
12  page A4?
13      A    Eighty-four?
14      Q    A4.
15           MR. DEAN:  A4.
16      A    A4?
17  BY MS. O'LEARY:
18      Q    "A," as in chapter A.
19      A    Yes.
20      Q    All right.  Do you see, starting on A4
21  and going onto page A5, table A1, summary of ATSDR
22  chapter reports and supplemental information
23  sections for the Hadnot Point-Holcomb Boulevard
24  study area?
25      A    Yup.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 53 of 479

1      Q      Okay.  And looking at this table, it
2   seems to show that you -- you are listed as an
3   author for chapter A, "Summary and Findings";
4   sup- -- I guess it's chapter A, supplement two,
5   "Development and application of a methodology to
6   characterize present day and historical water supply
7   well operations"; supplement five, "The theory,
8   development, and application of Linear Control Model
9   Methodology to Reconstruct Historical Contaminant
10  Concentrations at Selected Water Supply Wells";
11  supplement seven, "Source characterization and
12  simulation of the migration of light nonaqueous
13  phase liquids in the vicinity of the Hadnot Point
14  industrial area"; and supplement eight, "Field test
15  data analysis and simulation of the distribution of
16  drinking water with emphasis on intermittent
17  transfers of drinking water between the Hadnot Point
18  and Holcomb Boulevard water distribution sys- --"
19              Is that correct that those are the --
20                  (Whereupon, the court reporter
21                   requests clarification.)
22  BY MS. O'LEARY:
23      Q      Holcomb Boulevard water distribution.
24              Is that correct, Professor Aral, that
25  those are the only chapters where you were listed as

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 54 of 479

1   an author?

2        A       Yeah.

3        Q       And similarly, did you contribute to

4   those or did you author the whole thing?

5        A       No, I contributed to them.

6        Q       Okay.  And in supplement eight, what

7   field tests were involved in that?

8        A       The field tests probably refers to the

9   field studies that ATSDR has done on Camp Lejeune.

10  I'm not involved in that.  However, intermittent

11  transfers of drinking water between the Hadnot Point

12  and Holcomb Boulevard water distribution system is

13  the part that I have contributed.

14       Q       Okay.  And were you involved in

15  collecting historical data about the water

16  distribution systems at Hadnot Point and Holcomb

17  Boulevard?

18       A       No.

19               MR. DEAN:  Object to the form.

20       A       No.

21  BY MS. O'LEARY:

22       Q       Did you personally review historical

23  documentation about the operations of the Hadnot

24  Point/Holcomb Boulevard water distribution system?

25       A       The intermittent transfer issue or the

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 55 of 479

1    operation of the water treatment plant?

2         Q    Let me break that down farther.

3         A    Okay.

4         Q    So were you involved in reviewing

5    historical documentation about intermittent

6    transfers between the Hadnot Point area and Holcomb

7    Boulevard areas?

8         A    I have reviewed the data that was

9    collected at the --

10        Q    Okay.

11        A    -- site.

12        Q    Did you review data collected at the site

13   other than for those intermittent transfers?

14        A    Yes.

15        Q    Okay.

16        A    Several of them.  Yeah.

17        Q    And what sorts of things did you review

18   other than for the intermittent transfers?

19        A    Water treatment plant data --

20        Q    Uh-huh.

21        A    -- groundwater levels data, pumping data

22   of supply wells --

23        Q    Uh-huh.

24        A    -- data collected from observation wells,

25   any other data that was given to me in terms of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 56 of 479

1    doing what we did at Georgia Tech.

2         Q    Were --

3         A    Yeah.

4         Q    Thank you.  I think I understand.

5              Were you personally involved in

6    collecting that data --

7         A    No.

8         Q    -- that you reviewed?

9         A    No.

10        Q    Okay.  Okay.

11             Thank you.  You can set aside that

12   exhibit --

13        A    Uh-huh.

14        Q    -- for now.  And a few more questions

15   about your role in the water modeling with ATSDR.

16             First about some of the people you worked

17   with.  So starting with Morris Maslia --

18        A    Yes.

19        Q    -- how long have you known Morris Maslia?

20        A    I think he was a graduate student at

21   Georgia Tech.

22        Q    How many projects have you worked on

23   together over the years?

24        A    I worked as a consultant at Geosyntec.  I

25   think he was working at Geosyntec at that time, as

1    well.

2         Q     Were there any other things besides the
3    Geosyntec work?

4         A     Other than conclusion, I don't recall.

5         Q     Okay.  Do you consider Morris Maslia a
6    friend?

7         A     Yes, of course.

8         Q     Do your families know each other?

9         A     No.

10        Q     When's the last time you spoke to Morris
11   Maslia about anything other than the Camp Lejeune
12   Justice litigation?

13        A     We had dinner several years ago in
14   Atlanta.

15        Q     Okay.  Was that dinner before or after
16   you'd been retained as an expert in the Camp Lejeune
17   Justice Act litigation?

18        A     I don't recall, honestly.

19        Q     Have you ever served as a reviewer on any
20   journals or a member of any committees that gave an
21   award to Morris Maslia for his work?

22        A     No.

23        Q     Were you ever a reviewer on the American
24   Society of Civil Engineers Water Planning and
25   Management?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 58 of 479

1      A      Probably.

2      Q      Okay.  And --

3      A      I have been a reviewer for many journals.

4      Q      Okay.  Which journals have you been a

5  reviewer for?

6                    MR. DEAN:  Object to the form.

7      A      It's in my résumé.  It's about two pages

8  long.

9  BY MS. O'LEARY:

10      Q      Okay.  Were you a reviewer of the ASCE

11  Journal of Water Resources and Management in 2000?

12      A      I could have been.

13      Q      Were you a reviewer of the ASCE Journal

14  of Water Resources and Management when they

15  published a study about the ATSDR's modeling work

16  on Dover Township --

17      A      Not on that --

18      Q      -- Toms River?

19      A      Not on that study.

20      Q      What do you mean, "not on that study"?

21      A      I mean, that wasn't submitted for my

22  review.

23      Q      Ah.  You mean you didn't review that --

24      A      No.

25      Q      -- study?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 59 of 479

1          But you were a reviewer on the ASCE
2    Journal of Water Resources and Management at the
3    same time?
4        A    Yeah.  If they send me a paper to review,
5    I do that.
6        Q    Okay.  Were you the editor in chief of
7    the journal, Water Quality, Exposure and Health in
8    2009, when it published a study about the ATSDR's
9    work on the Tarawa Terrace modeling?
10       A    That's correct.
11       Q    Were you a reviewer of the journal,
12   Water, in 2016 when they published a study about the
13   ATSDR's work on the Hadnot
14   Point/Holcomb Boulevard --
15       A    No.
16       Q    -- area model?
17       A    No.
18       Q    And were you Morris Maslia's professor
19   when he was getting a master's degree at Georgia
20   Tech?
21       A    Yeah, I think I was.  Yeah.
22       Q    Would you consider yourself Morris
23   Maslia's mentor when he was getting that master --
24       A    Can you --
25       Q    -- degree?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 60 of 479

1     A     -- speak louder, please?

2     Q     Sure.

3           Would you consider yourself as having

4     been Morris Maslia's mentor when he was getting his

5     master's degree?

6     A     Yes.

7                 MS. O'LEARY:  We had -- this will be

8                 number nine and will be Government

9                 Exhibit 5.

10                (Whereupon, Government's Exhibit Aral

11                5, Document Regarding Development of

12                Environmental Management Models, was

13                marked for identification.)

14                (Whereupon, there was a discussion

15                off the record.)

16                MR. DEAN:  Dr. Aral, if you have any

17                difficulty whatsoever hearing the

18                question, don't hesitate to tell her

19                she's talking too softly --

20                THE WITNESS:  Okay.

21                MR. DEAN:  -- to confirm.  I know

22                it's kind of repetitive, but do it

23                anyway.

24                THE WITNESS:  Okay.

25

1    BY MS. O'LEARY:

2         Q    So Professor Aral, I've handed you what's

3    been marked as Government Exhibit 5.

4              Do you recognize this document?

5         A    Yes, I do.

6         Q    What is this?

7         A    It just talks about the development of

8    environmental management models over the years.

9         Q    Okay.

10        A    And I'm trying to explain how it evolved

11   into the present day analysis.

12        Q    And did you author this?

13        A    I see my name on it.

14        Q    But do you recall authoring this?

15        A    Yes, of course.

16        Q    Okay.

17                  MS. O'LEARY:  And if we could take a

18             break for about five minutes, I need

19             to...

20                  THE WITNESS:  Okay.

21                  MS. O'LEARY:  Just a minute.

22                  THE VIDEOGRAPHER:  The time right

23             now is 10 a.m.  We are off the record.

24                  (Whereupon, there was a recess taken

25             from 10:00 a.m. to 10:09 a.m.)

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 62 of 479

```
 1              THE VIDEOGRAPHER:  The time right
 2         now is 10:10 a.m.  We are back on the
 3         record.
 4              MS. O'LEARY:  All right.  Thank you.
 5   BY MS. O'LEARY:
 6      Q    And Professor Aral, just to remind you,
 7   you remain under oath.
 8         Do you understand?
 9      A    Okay.
10      Q    Okay.  So we are going to set aside that
11   exhibit and I'm going to hand you a different one.
12              MS. O'LEARY:  This will be
13         Government Exhibit 6.
14              (Whereupon, Government's Exhibit Aral
15              6, Environmental Modeling and Health
16              Risk Analysis, by Mustafa M. Aral,
17              was marked for identification.)
18   BY MS. O'LEARY:
19      Q    Professor Aral, the front page of this
20   says, Environmental Modeling and Health Risk
21   Analysis (Acts/Risk), and it has your name, "Mustafa
22   M. Aral."
23         Do you know what Environmental Modeling
24   and Health Risk Analysis (Acts/Risk) is?
25      A    Yes.
```

Golkow Technologies,
877-370-3377               A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 63 of 479

1      Q      What is it?
2      A      Environmental modeling is a procedural
3    analysis of environment using models.  Health risk
4    analysis is another procedural use of health risk
5    effects --
6      Q      Okay.
7      A      -- of environmental contaminants.
8      Q      And if -- as you look through Government
9    Exhibit 6, does this looks like excerpts from a
10   textbook that you authored?
11                  MR. DEAN:  Object to the form of the
12              question.
13                  You used the term "excerpts."  I'm
14              just pointing out this is not the whole
15              text, it goes to page 16.
16     A      Yes, it looks like parts of it.  Yeah.
17   BY MS. O'LEARY:
18     Q      And did you author a textbook called
19   Environmental Modeling and Health Risk Analysis?
20     A      Yes.  It has my name on it.
21     Q      And if you could go on Government Exhibit
22   6 to the page -- it should say 17?
23     A      Uh-huh.
24     Q      Okay.  In the bottom paragraph on page
25   17, could you read that paragraph, Professor Aral?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 64 of 479

1      A      "On the other hand, there are at least

2   three reservations one should always bear in mind

3   while constructing and using a model (Rubinstein --

4   Rubinstein 1981).  First, there's no guarantee that

5   the time and effort devoted to modeling will return

6   useful results and satisfactory benefits.

7   Occasional failures are expected to occur because of

8   limited resources allocated to modeling.  More

9   often, however, failure results when the

10  investigators relies too much on the method and not

11  on the ingenuity and construct of the --

12  construction -- constructing the model.  The proper

13  balance between the two is the key to success in

14  modeling.

15           "The second reservation concerns the

16  tendency of the investigator to treat his or her

17  mathematical description of the problem as the best

18  representation of the reality.  One should be open

19  minded in understanding the limitations of the

20  proposed model."

21           "The third reservation concerns the use

22  of model outside the predictive range of the model

23  developed.  When working with a model, care must be

24  given to ensure that the analysis remains within the

25  valid representation range of the model.  These are

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 65 of 479

1    important concepts of concern when working with a
2    model -- with models."
3        Q    And Professor Aral, did you write that
4    paragraph that you just read?
5        A    Yeah.
6        Q    Do you --
7        A    Yes.
8        Q    -- agree with it still?
9        A    Yes.
10       Q    Okay.  When it said "the use of the model
11   outside the predictive range of the model developed
12   is a reservation in modeling," why is that?
13            So why is it that the use of the model
14   outside the predictive range of the model
15   development should be considered?
16       A    Okay.
17            MR. DEAN:  Object to form.
18       A    When someone develops a model, it
19   involves some approximation of the environment.  If
20   the construct of the model does not include all the
21   important aspects of the modeling aspects of the
22   environment, then some of the processes that exist
23   in the environment may not -- may not be represented
24   in the model.  That's a problem.  That's what I'm
25   referring to there.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 66 of 479

1    BY MS. O'LEARY:

2        Q     Okay.  And in that paragraph when it

3    refers to the predictive range of the model, what is

4    the predictive range of the model?

5                    MR. DEAN:  Object to the form.

6        A     Predictive range is what I have

7    described.  For example -- just to give you an

8    example, if you are working with surface water

9    models, if you exclude advective transport and use

10   only diffusive transport, than the predictive range

11   is defined wrong.

12               The main transport parameter in a surface

13   water model is the advective range.  So if you -- if

14   your model construct is wrong, its predictive range

15   is limited.

16   BY MS. O'LEARY:

17       Q     Okay.  How do you determine the

18   predictive range of a model?

19       A     You have to understand what's going on in

20   the environment as the major contributors to what

21   you are trying to model.

22       Q     Okay.  And what does it mean to have the

23   valid representation range of the model?

24       A     As I have explained a minute ago, all the

25   dominant characteristics of the environment should

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 67 of 479

1    be represented for the model to be successful.

2         Q     How do you determine what the dominant

3    characteristics are?

4         A     You have to understand the environmental

5    processes that you are modeling.

6         Q     And how do you determine which

7    environmental processes you are modeling?

8         A     You have to understand the environmental

9    processes that you are working with.

10        Q     Okay.  How -- with that understanding of

11   the environmental processes you are working with,

12   how do you determine what representation range would

13   be valid for a model of those processes?

14        A     As I have said a minute ago, if you

15   exclude the dominant processes from a model, it will

16   not be a successful model.

17              As I have described in surface water

18   modeling, if you ignore advective transport and only

19   include diffusive transport, that's not going to be

20   a successful model.

21        Q     Staying on the same exhibit, could you go

22   to page 18, which is the next page?

23        A     Page what?

24              MR. DEAN:  Eighteen.

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 68 of 479

1    BY MS. O'LEARY:

2         Q     Page 18, just the next page?

3         A     Okay.

4         Q     And the bottom paragraph on page 18 that

5    starts, "Model accuracy and reliability," do you see

6    that?

7         A     Yes.

8         Q     Could you read that paragraph, please?

9         A     "Model accuracy and reliability are two

10   of the more important aspects of modeling which

11   should not be overlooked if a model is to be

12   accepted as a reliable predictive tool numerical

13   error bounds generated in computation should be

14   within acceptable limits and the model should be

15   calibrated regionally or locally using available

16   data.  Proceeding in the -- in this direction much

17   of the recent work done in environmental quality

18   modeling has been -- has been oriented towards

19   improving models and incorporating better numerical

20   solution techniques, the accuracy of which by far

21   surpasses the availability and accuracy of the field

22   parameter data that have to be used with such

23   models.  Scarcity of the field data, especially in

24   air, groundwater, surface water quality modeling is

25   well known to researchers and engineers working in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 69 of 479

1    this field.

2              "Currently, there is some disagreement

3    among researchers as to whether higher priority

4    should be placed on still further developments and

5    model sophistication or on parameter prediction to

6    improve accuracy."

7         Q    And do you agree with this paragraph

8    still today?

9         A    What does it say?

10        Q    Do you agree with --

11        A    Oh, yeah.

12        Q    -- what it says today?

13        A    Yes, I do.

14        Q    Okay.  And how do you determine

15   acceptable limits for numerical error bounds?

16              MR. DEAN:  Object to the form.

17        A    Well, I'm trying to say in here is that

18   as the computers or the field of computer

19   applications advanced, we are using more, faster,

20   and higher precision computers.  Using that base, we

21   are able to come up with more sophisticated

22   numerical algorithms to predict the behavior of a --

23   or calculate the behavior of a model in a more

24   precise manner.

25              What I am trying to say here is that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 70 of 479

1   there should be a balance between computational

2   aspects as opposed to model construct.

3   BY MS. O'LEARY:

4        Q     And when you say a balance, a balance

5   in what?  In terms of sophistication or something

6   else?

7        A     The balance is in reference to how we

8   represent the environment, computational aspects

9   refers to how we compute the mathematics of the

10  algorithms that we have proposed.

11       Q     Okay.  And what does it mean to calibrate

12  a model regionally?

13       A     Well, you use the data available at the

14  site and either manually or statistically try to

15  adjust some of the parameters of the model that you

16  have developed to match the observed database that

17  you have at the site.  And that's the standard

18  calibration process.

19       Q     And why -- why should you use available

20  data from the site as opposed to, like, a literature

21  reference?

22       A     Well, both can be used.

23       Q     Okay.  So in -- in page 18, it -- it says

24  using field parameter data.

25       A     Yeah.

1        Q      Is that right?

2        A      Yeah.

3        Q      Why -- why reference field parameter

4    data?

5        A      Because we are trying to fee- --

6    represent some environment at the field.  We have --

7    if you are developing a model for that field, we

8    would like to use field parameters.

9        Q      Okay.  What does it mean to calibrate a

10   model locally?

11       A      Oh, this -- this is a matter of

12   dimensions.  You can calibrate a regional aquifer,

13   like Floridan aquifer, which includes the aquifer

14   system in Georgia and Florida --

15       Q      Okay.

16       A      -- as USGS is doing or I would call a

17   local analysis, like Camp Lejeune application, which

18   is relatively small in reference to a Floridan

19   aquifer.

20       Q      Okay.  And similarly to regional

21   calibration, why would you use --

22       A      Can you speak, please, louder?

23       Q      Yes.

24              So why would you use available field data

25   for calibrating a model locally?

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 72 of 479

1    A    For the same reason as we would use a
2    regional model -- to calibrate a regional model.
3    Q    Okay.  Staying on this same exhibit, if
4    you can be on page 19, so where the --
5    A    Uh-huh.
6    Q    -- last paragraph ended, can you read the
7    next paragraph that starts, "A very simplistic
8    model"?
9    A    The whole paragraph I should read?
10   Q    No.  Actually, just -- I'll -- I'll -- do
11   you mind if I just stop you when I need you to stop?
12   A    Okay.
13   Q    Okay.  Go ahead.
14        So if you could start reading and I'll
15   just ask you to stop.
16   A    I see.  Okay.
17        "A very simplistic model may use a very
18   crude -- crude definition of a physical process with
19   few parameters to define the process.  A very
20   complex model may use a very detailed definition of
21   a physical process, which is a significant increase
22   in -- with a significant increase in parameters that
23   is used to define the process.
24        "Naturally, improved sophistication of
25   the models is associated with the increase and the

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 73 of 479

1    number of model parameters.  Since it's likely that
2    many of the additional parameters included in the
3    model will be defined only in qualitative terms or
4    with lesser accuracy, a relatively more
5    sophisticated model can be less reliable than the
6    simpler version.  On the other hand, some systems
7    and some physical phenomenon are so complex in
8    nature that it's often little reason to believe that
9    good simulations are possible with simplified
10   representations."
11        Q    And you can stop there --
12        A    Okay.
13        Q    -- Professor Aral.  Thank you.
14             And do you agree with the portion of that
15   paragraph you've just read?
16        A    Yes.
17        Q    And how would parameters defined only in
18   qualitative terms or with lesser accuracy lead to a
19   less-reliable sophisticated model relative to a
20   simpler one?
21             MR. DEAN:  Object to the form of the
22        question.
23        A    Can you repeat that so that I can
24   understand what you are --
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 74 of 479

1    BY MS. O'LEARY:

2        Q    Would you like me to rephrase?

3        A    Yes.  Rephrase, please.

4        Q    So Professor Aral, the paragraph said

5    that when parameters are defined only in qualitative

6    terms or with lesser accuracy, this can lead to

7    situations where a sophisticated model is less

8    reliable than a simpler one.

9            Do you agree?

10               MR. DEAN:  Object to the form of the

11           question.

12       A    Well --

13               MR. DEAN:  It mischaracterizes --

14               THE WITNESS:  Yeah.

15               MR. DEAN:  -- misstates --

16       A    I'm assuming here is that a complex model

17   is going to need more database to implement the

18   model.  If we are talking about more database, some

19   of those databases may not be available and can be

20   only determined through some qualitative analysis of

21   what we know about the database.

22           In that case, the -- the database being

23   qualitative may result in model response not being

24   as accurate as we would like to see.

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 75 of 479

1    BY MS. O'LEARY:

2        Q    So in those situations where you don't

3    have the databases for some parameters, is that

4    where a simpler model could be more reliable than a

5    sophisticated model?

6                        MR. DEAN:  Object to the form of the

7                    question.

8        A    If there's no database available, yes,

9    that would be a better idea.

10   BY MS. O'LEARY:

11       Q    What if you had sophisticated models

12   where you had some databases for parameters but very

13   few, could that still lead to situations where the

14   sophisticated model that needs that, you know, small

15   bit of information available is less reliable than a

16   simpler model?

17                        MR. DEAN:  Object to the form.

18       A    No, I don't think so.

19   BY MS. O'LEARY:

20       Q    Why not?

21       A    Because a complex model can be used with

22   partial databases available at the site.  And then

23   there are other databases, if needed, can be

24   associated with the database that you are using,

25   characterization of the site --

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 76 of 479

1      Q      Uh-huh.

2      A      -- and other information that you have at

3  the site.

4      Q      So that would allow you to run the

5  sophisticated model --

6      A      Yeah.

7      Q      -- is that right?

8      A      Yeah.

9      Q      But how do you know it's more reliable

10  than a less sophisticated model?

11      A      Oh, it is reliable because we are

12  representing the environment in a better form.  In

13  other words, as I said earlier, if you omit dominant

14  features of an environmental process, your model

15  will become simple but, at the same time, much more

16  uncertain or inaccurate.

17      Q      Okay.  Another portion of what you read

18  said that, "On the other hand, some systems and some

19  physical phenomena are so complex in nature that

20  there is often little reason to believe that good

21  simulations are possible with simplified

22  representations."

23              And my --

24      A      Yeah.

25      Q      -- question is:  How do you determine

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 77 of 479

1   whether physical phenomena are so complex that good

2   simulations are unlikely?

3       A     Well, you have to have experience in the

4   environmental analysis and modeling techniques.

5       Q     But specifically, how would you approach

6   those techniques to determine when physical

7   phenomena are so complex that a good simulation --

8       A     You should --

9       Q     -- is unlikely?

10      A     -- you need to have an education in that

11  field to understand what you are doing and what you

12  are doing properly.

13      Q     And is there agreement in the field on

14  when it is that physical phenomena are so complex

15  that good simulations are unlikely?

16      A     Mostly, yes.

17      Q     You said "mostly."

18            Where is there --

19      A     Some people --

20      Q     -- remaining disagreement?

21      A     -- may not understand the environmental

22  processes properly so they may end up using simpler

23  models.  That will be a problem.

24      Q     But I mean, you agree then there are some

25  times when physical phenomena are so complex that a

1    good simulation is unlikely?

2          A     Please --

3                      MR. DEAN:   Object to the form of the

4          question.

5          A     -- speak louder.

6    BY MS. O'LEARY:

7          Q     Yeah.

8                This exhibit says that "physical

9    phenomena can be so complex that good simulations

10   are unlikely."

11               Do you agree?

12                      MR. DEAN:   Object to the --

13                      MS. BAUGHMAN:   Object to the --

14         A     I don't understand the relevance of the

15   question in reference to the Camp Lejeune modeling.

16   BY MS. O'LEARY:

17         Q     So right now my question is just about

18   what this textbook says.

19         A     Okay.

20         Q     So the -- where it says, "On the other

21   hand, some systems and some physical phenomena are

22   so complex in nature, that there is often little

23   reason to believe that good simulations are possible

24   with simplified representations," that section; do

25   you agree that that's true?

1      A      That's true.

2      Q      Okay.  And then I think we are going to

3  jump forward on this exhibit.

4      A      Uh-huh.

5      Q      -- to -- there's a page 56.

6             (Whereupon, there was a discussion

7             off the record.)

8      A      Fifty-six.  Oops.

9             Yeah.  Okay.

10 BY MS. O'LEARY:

11     Q      And there's a figure and then a paragraph

12 below that, that starts, "The uncertainty and

13 errors."

14            Do you see that?

15     A      Yes.

16     Q      Would you mind reading that paragraph,

17 please?

18     A      "The uncertainties and errors in

19 simulation may arise from uncertainty in model

20 inputs or parameters, i.e., parametric -- parametric

21 or data uncertainty.  When a model application

22 involves both model and data uncertainties, it's

23 important to identify the relative magnitudes of the

24 uncertainties associated with the data and model

25 formulation."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 80 of 479

1    Q     And you can -- sorry.  Go ahead.

2    A     "Such a comparison is useful for focusing

3    resources where they are most appropriate, data gaps

4    versus model refinement."

5    Q     Thank you, Professor Aral.

6          And why is it important to identify the

7    relative magnitudes of the uncertainties associated

8    with data and model formulation?

9    A     Because the model itself uses some

10   database from some field and the effects of the

11   uncertainty on the database need to be characterized

12   through some analysis.  That is what is uncertainty

13   analysis is.

14   Q     But why -- why do they need to be

15   characterized?

16   A     Because we would like to understand

17   whether the model is behaving properly in reference

18   to the uncertainty that exists at the database.

19   Q     So does that make it important to the

20   model's reliability?

21   A     Model's -- model reliability is a

22   different subject.  Uncertainty analysis is a

23   different subject.

24   Q     Okay.  I'm not sure I understand then

25   what the uncertainty -- why identifying the relative

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 81 of 479

1    magnitude of uncertainties is important.

2                    MR. DEAN:  Object to the form of the

3            question.

4    BY MS. O'LEARY:

5        Q    Why --

6                    MR. DEAN:  You need to ask a

7            question.

8    BY MS. O'LEARY:

9        Q    Why is it that it's important to know the

10   relative magnitude of uncertainties?

11       A    Right.  Because it refers to the

12   uncertainty on the database.  If there's uncertainty

13   on the database, the model response will give us a

14   range of error bounds.

15       Q    Uh-huh.

16       A    So the model's behavior can be

17   characterized to see whether it's working in --

18   within that model uncertainty band -- band that we

19   have developed in terms of uncertainty analysis.

20       Q    Okay.  You can set aside that exhibit.

21   Thank you.

22                    MS. O'LEARY:  And can we pull 23?

23            (Whereupon, there was a discussion

24            off the record.)

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 82 of 479

1    BY MS. O'LEARY:

2         Q      Actually, we will move on, actually, to

3    some questions, more specifically, about the ATSDR

4    water modeling at Tarawa Terrace.

5         A      Okay.

6         Q      So could you --

7         A      Are we --

8         Q      -- go back --

9         A      -- skipping this?

10        Q      We're skipping that one for right now,

11   yeah.

12        A      Okay.

13        Q      Could you go back to -- could you go back

14   to Exhibit 3, please, Government Exhibit 3?

15               It should be the -- I think it's in that

16   stack, actually --

17        A      Excuse me.

18        Q      -- Professor Aral.

19        A      It's --

20        Q      Oh, it's there?

21        A      Yeah.

22        Q      Okay.  Perfect.  Thank you.

23               MR. DEAN:  Can you tell me what

24               Exhibit 3 was?  Was it A -- chapter A

25               or --

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 83 of 479

```
 1              MS. O'LEARY:  Chapter A for Tarawa
 2         Terrace.
 3              MR. DEAN:  Okay.
 4      A    Yes.
 5 BY MS. O'LEARY:
 6      Q    Okay.  So Professor Aral, can you go to
 7 one of the early pages on this report.  This will be
 8 page iii, so little Roman numeral iii.
 9      A    Three.  Yeah.  Okay.
10           Forward.
11      Q    Yeah.  It should say, "The Forward."
12           And can you read the first paragraph,
13 please?
14      A    "The Agency for Toxic Substances and
15 Disease Registry, ATSDR, an agency of the U.S.
16 Department of Health and Human Services, is
17 conducting an epidemiologic study to evaluate
18 whether the -- whether in utero an infant up to one
19 year of age exposure to volatile organic compounds
20 in contaminated drinking water at U.S. Marine Corps
21 Base Camp -- Base Camp Lejeune, North Carolina, were
22 associated with specific birth defects and childhood
23 cancers.
24           "The study includes births occurring
25 during the period 1968 to 1985 to women who were
```

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 84 of 479

1    pregnant while they resided in family housing at the

2    base.  During 2004 -- or -- at the base.

3            "During 2004, the study protocol received

4    approval from the Centers for Disease Control and

5    Prevention Institutional Review Board and the U.S.

6    Office of Management and Budget."

7        Q    And -- so Professor Aral, when you were

8    working on the Tarawa Terra- -- Terrace water

9    modeling with the ATSDR, were you aware that the

10   ATSDR was conducting an epidemiological study to

11   evaluate whether in utero and infant exposures to

12   VOCs in contaminated drinking water at Camp Lejeune

13   were associated with childhood cancers?

14       A    I heard that in expert panels and so

15   forth.

16       Q    And were you aware of the time frame of

17   that study of 1968 to 1985?

18       A    Yes, I'm aware of that.

19       Q    Okay.  And then the next paragraph says,

20   "Historical exposure data needed for the

21   epidemiological case control study are limited.  To

22   obtain estimates of historical exposure, ATSDR is

23   using water modeling techniques and the process of

24   historical reconstruction.  These methods are used

25   to quantify concentrations of particular

1    contaminants in finished water and to compute the
2    level and duration of human exposure to contaminated
3    drinking water."
4              Did I read that correctly?
5         A    Yeah.  That's correct.
6         Q    When you were working on the Tarawa
7    Terrace water modeling, were you aware that the
8    modeling work you were doing was intended for this
9    epidemiological study?
10        A    Yes.
11        Q    And were you aware that it was not
12   intended for estimating an individual's exposure?
13                  MR. DEAN:  Object to the form of the
14             question.
15        A    I -- I am -- I don't have any idea on
16   that --
17   BY MS. O'LEARY:
18        Q    Okay.
19        A    -- question.
20        Q    When you were working on the Tarawa
21   Terrace water modeling, were you aware that the
22   modeling work you were doing was not intended to be
23   used so that a particular individual could determine
24   whether an estimated exposure from the model caused
25   his or her health condition?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 86 of 479

1          A      I can't --
2                      MR. DEAN:  Object --
3          A      -- answer that.
4                      MR. DEAN:  Let me -- let me object
5               to the form of the question, please.
6     BY MS. O'LEARY:
7          Q      Why can't you answer that?
8          A      Because that's a "epi" topic that I'm
9     familiar with --
10                     (Whereupon, the court reporter
11                      requests clarification.)
12         A      "Epi," epidemiologics.
13    BY MS. O'LEARY:
14         Q      So are you saying you don't know?
15         A      What it is going to be used for --
16         Q      You --
17         A      -- I don't know what the models are going
18    to be used for.  Is -- is it for a public exposure?
19    Individual exposure?  Community exposure?  I have no
20    idea.
21         Q      So when I look at page iii on this
22    Exhibit, the Tarawa Terrace chapter A, it looks like
23    it's saying the historical exposure data were needed
24    for the epidemiological case control study.
25                     MR. DEAN:  Object to the form.

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 87 of 479

1  BY MS. O'LEARY:

2      Q      Am I understanding that correctly?

3                   MR. DEAN:  Object to the form of

4              the question.  Mischaracterizes --

5      A      That's --

6                   MR. DEAN:  You are not reading the

7              paragraph -- the paragrapher correctly.

8      A      Well, that's what ATSDR, as a whole

9  within different units, are going to investigate

10 that, but that has nothing to do with what I'm

11 doing.

12 BY MS. O'LEARY:

13     Q      But you are listed as an author of

14 chapter A; correct?

15     A      I am not an author on the "epi" study.  I

16 am on the -- on the author -- I am the author on the

17 modeling aspects of this.  So this is probably a

18 group of people doing different work, different

19 fields and using each other's inputs, outputs.

20     Q      Okay.  Professor Aral, can we go to your

21 report again?

22     A      Yes.

23     Q      And this is Exhibit 2, Government --

24     A      Yeah.

25     Q      -- Exhibit 2.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 88 of 479

```
1              Give me just a minute while I try to find
2    the page I want you to turn to.
3              All right.  If you could go to pages four
4    to five of your report?
5         A    My expert report?
6         Q    Of your report, yes.
7              MR. DEAN:  Uh-huh.
8         A    Yes.
9              MR. DEAN:  What page?  I'm sorry.
10             MS. O'LEARY:  I had said four to
11             five.
12             MR. DEAN:  Okay.
13             MS. O'LEARY:  But we may be moving.
14             Oh, excuse me.  Page 12.
15             THE WITNESS:  Okay.
16   BY MS. O'LEARY:
17        Q    And, Professor Aral, this is in a section
18   called, "Principles of water modeling and
19   application at Camp Lejeune," and subsection 4.1
20   "Water Modeling."
21             Do you see the sections?
22             And then --
23        A    Yeah.
24        Q    Okay.  There's a -- it says -- in the
25   middle of the page, it says, "My opinions within a
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 89 of 479

1   reasonable degree of scientific and engineering

2   certainty on modeling techniques, their principles

3   and their application to the Camp Lejeune site

4   include the following," and then there's a list

5   of -- a bulleted list.

6          Do you see that?

7   A    Yes.

8   Q    Okay.  So the second to the last bullet

9   from the bottom says, "The models and techniques

10  used by the ATSDR for historical reconstruction,

11  including fundamental equations, input parameters,

12  parameter estimates, calibration uncertainty and

13  sensitivity analyses were and remain reliable,

14  scientifically valid and state of the art procedures

15  that are consistent with standard practices used and

16  are generally accepted in this field."

17         Do you agree with that statement still?

18  A    Yes.

19  Q    Okay.  And -- and then if you go onto

20  page 13, the last bullet, do you see where I'm

21  looking at?

22  A    Yeah.

23  Q    It says, "The analyses published in all

24  ATSDR chapter reports, ATSDR 2007 and ATSDR 2013,

25  and supplemental information regarding Camp Lejeune,

1    see figure two, including the conclusions and

2    monthly concentration data, were all done applying

3    proper scientific and engineering methodologies and

4    remain to this day to be mathematically reliable,

5    statistically, accurate and correct."

6              Did I read that properly?

7        A    Yes.

8        Q    Do you agree with that?

9        A    Yes.

10       Q    Okay.  So if you are saying that the

11   analyses -- analyses published in all ATSDR chapter

12   reports and supplemental information on Camp Lejeune

13   were done applying proper scientific and engineering

14   methodologies and remain to this day to be

15   mathematically reliable, statistically accurate and

16   correct, then if we come back to my questions about

17   the forward in the ATSDR chapter A report --

18              (Whereupon, the court reporter

19               requests clarification.)

20   BY MS. O'LEARY:

21       Q    Yes.

22              -- the chapter A report for Tarawa

23   Terrace --

24              MS. BOLTON:  Exhibit 3.

25              MS. O'LEARY:  Yes, Exhibit 3.

Golkow Technologies,
877-370-3377                  A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 91 of 479

1        A       Uh-huh.

2   BY MS. O'LEARY:

3        Q       -- I mean, aren't you saying that this

4   isn't correct?

5                    MR. DEAN:  Object to the form.  I'm

6                not sure what the question is.

7        A       As far as I understand the question, what

8   I am referring to in my expert report refers to

9   modeling aspects of the environment that we are

10  trying to model, they are accurate, scientifically

11  correct, mathematically correct, statistically

12  correct.

13               But this paragraph that you are referring

14  to is associated with the use of these outcomes in

15  "epi" studies.  That is outside my expertise area.

16               Probably ATSDR is correct in putting that

17  paragraph in there but that's not my expertise area.

18  Is -- I am only a contributor to this chapter, not

19  the author of this chapter.

20  BY MS. O'LEARY:

21       Q       Okay.  So the limit on your statement

22  about the -- that we just read from your report --

23  is -- is limited to the -- the modeling

24  aspects of --

25       A       Exactly.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 92 of 479

1      Q      -- the ATSDR reports?

2             Okay.

3      A      Exactly.

4      Q      If you can stay in the chapter A report

5    and go to page 90 -- A 98, is how it's labeled.

6      A      A 90?

7                  MR. DEAN:  Ninety-eight.

8    BY MS. O'LEARY:

9      Q      Ninety-eight.

10     A      Ninety-eight.

11            Yes.

12     Q      Okay.  So Professor Aral, there are two

13   columns; do you see that?

14     A      Yeah.

15     Q      The column on the left, the bottom

16   question, it starts "ATSDR's historical

17   reconstruction analysis."

18            Do you see that?

19     A      Yeah.

20     Q      All right.  In the paragraph that's to

21   the right of that, so in the other column, do you

22   see where it says "ATSDR's exposure assessment

23   cannot be used to determine whether you or your

24   family suffered any health effects as a result of

25   past exposure to PCE contaminated drinking water at

Golkow Technologies,
877-370-3377                A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 93 of 479

1   Camp Lejeune.  The study will help determine if

2   there is an association between certain birth

3   detects and childhood cancers among children whose

4   mothers used this water during pregnancy.

5   Epidemiological studies such as this help improve

6   scientific knowledge of the health effects of these

7   chemicals."

8           Did I read that correctly?

9       A    Yes.

10      Q    Do you agree?

11      A    It's outside my expertise area.

12      Q    Okay.  And staying in this same report

13  but flipping back to page A67?

14      A    Yes.

15      Q    And there's a -- two columns.  The one on

16  the right says, "Summary and Conclusions."

17      A    Yeah.

18      Q    Do you see that column?

19      A    Yeah.

20      Q    The first paragraph there begins, "Two of

21  the three drinking water systems that served family

22  housing at U.S. Marine Base Camp Lejeune were

23  groundwater with VOCs.  Groundwater was the sole

24  source of drinking water supply.  One system, the

25  Tarawa Terrace drinking water system, was mostly

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 94 of 479

1    contaminated with PCE when water supply wells were

2    contaminated by off-base dry cleaning operations at

3    ABC One-Hour Cleaners."  And then it cites Shriver,

4    1985.

5              Did I read that correctly?

6      A      Yes.

7      Q      Do you agree that the Tarawa Terrace

8    drinking water system was mostly contaminated with

9    PCE?

10     A      That's -- that's correct.

11     Q      And I apologize for jumping around within

12   this exhibit --

13     A      That's okay.

14     Q      -- but can you go back to page A1,

15   please, and going onto page A2, which is farther

16   from the beginning than you might think.  The Roman

17   numerals go on for a little ways.

18     A      Okay.

19     Q      You should be on a page that says

20   "Abstract," on the left.

21             Do you see that?

22     A      A2?

23     Q      A1, going --

24     A      A1.

25     Q      -- into A2.

1          A      Okay.

2                 Yes.

3          Q      Okay.  So the -- the column on the right,

4    the last paragraph that starts, "Models and

5    methods."

6                 Do you see that?

7          A      Yes.

8          Q      So it says, "Models and methods used as

9    part of the historical reconstruction process for

10   Tarawa Terrace and vicinity included one, MODFLOW-6

11   used for simulating steady state, predevelopment,

12   and transient groundwater flow; two, MT3DMS, used

13   for simulating three-dimensional single-specie

14   contaminant fate and transport; three, a materials

15   mass balance model simple mixing used to compute the

16   flow-weighted average concentration of PCE assigned

17   to the finished water at the Tarawa Terrace Water

18   Treatment Plant, WTP; four, TechFlowMP used for

19   simulating three-dimensional multispecies,

20   multiphase mass transport; five, PS Ops used for

21   simulating the impacts of unknown and uncertain

22   historical well operations; six, Monte Carlo

23   simulation and sequential Gaussian simulation used

24   to conduct probabilistic analyses to assess

25   uncertainty and variability of concentrations of

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 96 of 479

1    PCE-contaminated groundwater and drinking water; and

2    seven, EPANET 2, used to conduct extended period

3    hydraulic and water quality simulations on the

4    Tarawa Terrace water distribution system."

5          Did I read that correctly?

6    A    Yes.

7    Q    Am I understanding this correctly that

8    the ATSDR -- that this is describing ATSDR's process

9    for historical reconstruction of contaminants at

10    Tarawa Terrace?

11    A    I think it describes the models used in

12    that process.

13    Q    In that process, okay.

14          Oh, sure distinguished as from, like,

15    data collection or --

16    A    Yeah.

17    Q    -- other aspects?

18    A    Different aspects are different.

19    Q    Yeah.  Okay.  I understand.

20          But in terms of the modeling, am I

21    understanding correctly that at Tarawa Terrace,

22    ATSDR's historical reconstruction process for

23    modeling did not include simulating historical

24    benzene concentrations at Tarawa Terrace?

25    A    TechFlowMP can model PCE -- oh, this is

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 97 of 479

1    in reference to Tarawa Terrace, right?

2         Q     Right.

3         A     Okay.

4         Q     At Tarawa Terrace.

5         A     Right.  Of course.

6               We didn't use -- we didn't analyze

7    benzene at Tarawa Terrace.

8         Q     Okay.  And would you agree that in your

9    report you have not offered opinions about simulated

10   historical benzene concentrations at Tarawa Terrace?

11        A     We did not simulate that.

12        Q     And so you -- is that why you didn't

13   offer any in your report?

14        A     Well, can you repeat that question?

15        Q     Yeah.  Let me rephrase.

16              So your report in this litigation, it

17   also does not offer opinions on historical benzene

18   contamination levels at Tarawa Terrace.

19        A     It --

20        Q     Is that right?

21        A     It -- we did not simulate benzene

22   concentrations at Tarawa Terrace.

23        Q     Okay.  Staying in the Tarawa Terrace

24   chapter A report, could you go to page A17, please?

25        A     Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 98 of 479

1    Q    And in the column on the left, there's a
2    label in the middle that says, "Relation of
3    contamination to water supply production and
4    distribution."
5              Do you see that?
6    A    Yes.
7    Q    Okay.  So within that paragraph, there's
8    a sentence that starts, "The supply of drinking
9    water to Tarawa Terrace."
10             Do you see that?
11   A    Yes.
12   Q    Okay.  So that says, "The supply of
13   drinking water to Tarawa Terrace was composed of two
14   components.  One, the supply of water from
15   groundwater wells to the Tarawa Terrace Water
16   Treatment Plant; and two, the delivery of finished
17   water from the water treatment plant through the
18   network of pipelines and storage tanks of the water
19   distribution system."
20             Did I read that correctly?
21   A    Yes.
22   Q    Does that mean that the Tarawa Terrace
23   drinking water supply, from the period that the
24   ATSDR modeled, consisted of water supplied from
25   groundwater wells that went to the Tarawa Terrace

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 99 of 479

1    Water Treatment Plant and after going through the
2    plant they were delivered as finished water to the
3    housing or other buildings on the Tarawa Terrace
4    water distribution system?
5        A    That's correct.
6        Q    Okay.  And just going onto the next page,
7    so page A18 -- actually, sorry.  If you could go
8    onto page A19?
9             So one more page.
10       A    Okay.
11       Q    And there's a table "A6."  Do you see
12   that?
13       A    Yes.
14       Q    It says, "Historical operations for
15   water-supply wells, 1952 to 1987, Tarawa Terrace and
16   vicinity, U.S. Marine Corps Base Camp Lejeune, North
17   Carolina."
18            Is this table then showing all of the
19   water supply wells that were providing water to the
20   Tarawa Terrace Water Treatment Plant through that
21   1952 to 1987 time span?
22       A    That's the data that ATSDR presented --
23       Q    Okay.
24       A    -- yes.
25       Q    So according to this table then, in the

Golkow Technologies,
877-370-3377                A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 100 of 479

1  column on the left that says "well identification,"
2  do you see the --
3       A    Yeah.
4       Q    -- "TT-23."
5            So "TT-23"?
6       A    Yes.
7       Q    And does -- is this table saying that
8  that well started supplying water in August of 1984?
9       A    Yes, I see that.
10      Q    Okay.  And then it -- it's saying that it
11 was offline in February of 1985; is that right?
12      A    Yes, it says that.
13      Q    And now the same table, looking at well
14 that's "TT-26," so TT-26?
15      A    Yes.
16      Q    Is the table reflecting that that well
17 started supplying water in January of 1952?
18      A    Yes.
19      Q    And was offline in July and August of
20 1980 and January and February of 1983, is that
21 correct?
22      A    Yes.
23      Q    And then the -- its service was
24 terminated in February of 1985?
25      A    Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 101 of 479

1      Q      And sorry, going back up to Tarawa
2  Terrace, TT-23 --
3      A      Yes.
4      Q      -- does the table reflect that service
5  was terminated from TT-23 in May of 1985?
6      A      Yes, it says that.
7      Q      And if you could set aside this exhibit,
8  Exhibit 3, for a moment.
9              MS. O'LEARY:  And if we could get
10             57, this will be Government Exhibit 7.
11             (Whereupon, Government's Exhibit Aral
12             7, ATSDR's Chapter C Report for
13             Tarawa Terrace, was marked for
14             identification.)
15             THE WITNESS:  Thank you.
16  BY MS. O'LEARY:
17     Q      So Professor Aral, on Government -- oops,
18  I think I handed you the wrong one.  I did.  I have
19  the one with the sticker.
20             So let me trade you so you have the --
21     A      Okay.
22     Q      -- one that's marked.
23             So on Government Exhibit 7, do you agree
24  this is -- looks like a copy of the ATSDR's chapter
25  C report for Tarawa Terrace?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 102 of 479

1        A        Yes.

2        Q        Okay.  And if you could go to page C76,

3    please?

4        A        Yes.

5        Q        Okay.  And do you see a table C3.10?

6        A        Yes.

7        Q        And it says, "Capacity and operational

8    history of water supply well TT-23 Tarawa Terrace,

9    U.S. Marine Corps Base Camp Lejeune, North

10   Carolina."

11       A        Yes.

12       Q        Do you agree this is the ATSDR's table

13   showing capacity and operational well history at

14   TT-23, which is a supply well?

15       A        Yes.

16       Q        And do you agree this table shows that

17   ATSDR concluded TT-23 was out of service in February

18   of 1985?

19       A        I am not the author of this report so if

20   it says that here, that's what it should be.

21       Q        Okay.  Do you see on this table in -- the

22   date, it says -- the second to last entry, it says,

23   "Four, 1985, service terminated."

24                Do you see that?

25       A        Table six, three, ten or what?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 103 of 479

```
1              Or what num- --

2        Q     Table C310.  So the same --

3        A     Yeah.

4        Q     -- table we have been looking at --

5        A     Okay.

6        Q     -- that's --

7        A     Uh-huh.

8        Q     -- the entry for -- if -- that starts,

9    "Four --

10                  (Whereupon, the court reporter

11                   requests clarification.)

12   BY MS. O'LEARY:

13       Q     "Four 1985," in the date column.

14                  MR. DEAN:  Four, slash, 1985 --

15                  MS. O'LEARY:  Right.

16                  MR. DEAN:  -- next to last entry on

17            the bottom.

18   BY MS. O'LEARY:

19       Q     So we are looking at the column on the

20   left --

21       A     Okay.

22       Q     -- that says date --

23       A     Okay.

24       Q     Yeah, the entry that starts, "4/1985."

25             Do you see that?
```

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 104 of 479

1      A      I don't see that.

2             Where do you --

3      Q      So on my copy, it's right here.

4      A      Okay.  Right there.

5             Okay.

6      Q      Do you see it?

7      A      Yeah.

8      Q      And then -- so that's April 1985,

9  correct?

10     A      Yeah.

11     Q      And it says, "Service terminated."

12 Correct?

13     A      Yeah.

14     Q      Do you know why this table says TT-23

15 service was terminated in April of 1985, but the

16 last table we just looked at, table A6, says TT-23

17 service was terminated in May of 1985?

18                  MR. DEAN:  Mis- --

19     A      I --

20                  MR. DEAN:  I'm going to object to

21             the form of the question.  It also

22             mischaracterizes the document.

23                  You are also misrepresenting what

24             the table says because in the entry just

25             below -- above that it says, "4/30/1985,"

GolKow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 105 of 479

```
1              which is the end of the month, out of
2              service.
3                   So you are mischaracterizing the
4              chart and I'd ask that you provide the
5              witness with accurate information,
6              please.
7                   MS. O'LEARY:  I don't see where it
8              says "4/30" on this exhibit.
9                   MR. DEAN:  It -- it does.  If you
10             look just above the entry you just read,
11             you didn't --
12                  MS. O'LEARY:  Oh, that one?  Okay.
13                  MR. DEAN:  Oh.  Yeah, that one.
14      A    I'm not the author of this chapter so I
15  have no comment.
16  BY MS. O'LEARY:
17      Q    Okay.  You mean, you don't know?
18      A    I don't know whether it was terminated at
19  this date or the other date or whether the other one
20  was correct.  I think the authors of the chapters
21  should answer that question.
22      Q    Okay.  And Professor Aral, could you go
23  back to the Tarawa Terrace chapter A report, which
24  should be marked as Government Exhibit 3?
25      A    Uh-huh.
```

Golkow Technologies,
877-370-3377         A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 106 of 479

1      Q      And then go to page A27.

2      A      Yes.

3      Q      Okay.  Do you see a table A9 on that

4  page?

5      A      Yes.

6      Q      And it's labeled, "Summary of

7  model-derived values and observed data of

8  tetrachloroethylene at water supply wells Tarawa

9  Terrace, U.S. Marine Base Camp Lejeune, North

10  Carolina."

11             Did I read that correctly?

12      A      Yes.

13      Q      And the -- the data in this table, is

14  this the sort of data you were relying on when you

15  were building the models at Tarawa Terrace?

16      A      Yes.  This must be the data that we

17  relied on.

18      Q      Okay.  And do you agree that table A9

19  purports to summarize observed and model-simulated

20  values of PCE at the Tarawa Terrace water supply

21  wells?

22      A      Can you speak louder, please?

23      Q      Yeah, I'm sorry.

24             Do you agree that table A9 summarizes

25  observed and model-simulated values of PCE at the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 107 of 479

1   Tarawa Terrace water supply wells?

2        A    Unless there's a typo -- typo error, it

3   must be the correct numbers.

4        Q    Okay.  And do you agree that according to

5   this table, between -- between January of 1952, so

6   the earliest date on this table --

7        A    Uh-huh.

8        Q    -- and December of 1987, PCE was detected

9   in only Tarawa Terrace 26.  So TT-26, TT-23 and

10  TT-25.

11            So looking at the column on, "Observed

12  data for PCE concentration."

13       A    Uh-huh.

14       Q    So --

15       A    Yes, I see that.

16       Q    All right.

17            MS. BAUGHMAN:  I'm going to object

18            to the form.  That's not correct.

19  BY MS. O'LEARY:

20       Q    And so if we start with the section on

21  supply well TT-23, you agree there are detections of

22  PCE in TT-23?

23       A    Yes, I saw that.

24       Q    And do you agree that the highest PCE

25  detection on the table was 132 micrograms per liter,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 108 of 479

1    and that's from January 16, 1985.

2              Is that correct?

3         A     That's correct.

4         Q     And do you agree that for TT-23, there

5    were non-detections, meaning no PCE detected, in

6    February of 1985, in April of 1985, and July of

7    1991?

8                   MR. DEAN:  Object to the form.

9         A     Yes, I see that here.

10   BY MS. O'LEARY:

11        Q     Okay.  And looking at the -- the next

12   supply well, so supply well TT-25, the next section.

13        A     Uh-huh.  Yes.

14        Q     Do you agree that the only PCE detection

15   in -- detections in TT-25 were 0.43 micrograms per

16   liter in September of 1985, and 23 micrograms per

17   liter in July of 1991?

18        A     Yes, I see that.

19        Q     Do you know what the "J" means next to

20   the "0.43"?

21        A     "J"?

22        Q     Yeah.  If you look at the entry for

23   September 1985 for supply well TT-25, the PCE

24   concentrations says, "0.43 J."

25        A     I didn't notice that even.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 109 of 479

1    Q    Okay.

2    A    I don't know what it means.

3    Q    Okay.  And do you agree that at supply

4    well TT-25, there were non-detections of PCE in

5    February, in April of 1985, as well as October,

6    November, and December of 1985?

7              MR. DEAN:  Object to the form.

8    A    I see that.

9    BY MS. O'LEARY:

10   Q    Okay.  And at -- if we go down to supply

11   well TT-30, TT-31, TT-52, TT-54, TT-67, and RW1,

12   there are only non-detections of PCE listed.

13             Is that correct?

14   A    I see that, yes.

15   Q    But then for supply well RW2, there is a

16   detection.

17   A    I see that, yes.

18   Q    And that's in 1991?

19   A    Yeah.

20   Q    And then at supply well RW3, only a

21   non-detection.

22   A    Yes.

23   Q    Okay.  Could you go, in the same report,

24   so still Tarawa Terrace chapter eight, to page 40 of

25   this?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 110 of 479

 1                And the page A40, it should say -- the

 2    label should say, "Concentration of

 3    tetrachloroethylene, PCE, in finished water."

 4         A      Yes.

 5         Q      Do you see that?

 6                All right.  In the first paragraph on the

 7    left column that starts, figure A18 -- do you see

 8    where I am?

 9         A      Yes, I see that.

10         Q      All right.  The next sentence -- no, not

11    the next one.

12                About --

13         A      "A monthly listing of..." --

14         Q      Just a second.

15                All right.  Near the bottom of that first

16    paragraph --

17         A      Uh-huh.

18         Q      -- there's a line that starts with a

19    number, "1.3 micrograms per liter."

20                Do you see that?

21         A      Yes.

22         Q      Okay.  Right next to that, there's a

23    sentence that starts, "The PCE concentration of

24    finished water at the Tarawa Terrace Water Treatment

25    Plant is less than the PCE concentration of water

                       Golkow Technologies,
877-370-3377              A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 111 of 479

1    supply well TT-26 because the mixing model uses
2    water supplied to the water treatment plant from all
3    wells, contaminated and uncontaminated."
4              Do you see that?
5        A    That's correct.
6        Q    And do you agree that the PCE
7    concentration in water distributed from the Tarawa
8    Terrace Water Treatment Plant had lower PCE
9    concentrations than in TT-26?
10       A    We can look at the data.  If that's the
11   case, that might be.
12       Q    I mean --
13       A    Yeah.
14       Q    -- do you agree with what the document
15   says?
16       A    That's what the document says, yes.
17       Q    Okay.  Do you have any reason to think
18   that's not true?
19       A    No, I don't have any reason to think
20   that's not true.
21       Q    Okay.  And then in the same paragraph,
22   still on page A40 --
23       A    Yes.
24       Q    -- but a little farther up, there's a
25   line that starts -- it's the one, two, three, four,

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 112 of 479

1  five -- the seventh line down that's -- on the left
2  the first word is, "Period."
3       A    Okay.
4       Q    Okay.  At the end of that row, there's a
5  sentence that says, "PCE contamination of water
6  supply well TT-26 was the primary contributor to
7  contamination in the finished water of the water
8  treatment plant."
9            Do you agree that TT-26 was the primary
10  contributor of PCE contamination to Tarawa Terrace
11  Water Treatment Plant?
12       A    Yes, I do.
13       Q    And do you agree -- looking back at table
14  A6, which is on page A19, that according to the
15  ATSDR --
16            MR. DEAN:  Give him time to get
17         there, if you don't mind?
18            MS. O'LEARY:  Sure.
19  BY MS. O'LEARY:
20       Q    So this was A19.
21       A    Uh-huh.
22       Q    Okay.  Do you agree that this shows that
23  TT-26 had its service terminated in February of
24  1985?
25       A    Which table are we looking at?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 113 of 479

Page 114

```
 1       Q     A6.
 2       A     A6.  Okay.
 3       Q     So in the --
 4       A     Yeah.
 5       Q     Don't --
 6             Service terminated TT-26, February 1985;
 7   you agree?
 8       A     Yup.
 9       Q     Okay.  So if TT-26 was the primary
10   contributor of PCE to the Tarawa Terrace Water
11   Treatment Plant and it shut down in February of
12   1985 --
13       A     Uh-huh.
14       Q     -- do you agree that after that happened,
15   PCE concentrations at Tarawa Terrace Water Treatment
16   Plant would have significantly decreased?
17       A     Would have decreased, yes.  Significantly
18   or not it depends on the contributions of the other
19   wells.
20       Q     Well, if it's the primary contributor --
21       A     Yeah, of course.
22       Q     -- doesn't that make it significant
23   decreases?
24             MR. DEAN:  Object to form.
25       A     I don't think so.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 114 of 479

1   BY MS. O'LEARY:

2        Q     Why not?

3        A     Because the contribution is not only

4   coming from TT-26 --

5        Q     Uh-huh.

6        A     -- but other wells as well.

7              We have to go back and look at all the

8   other contaminant concentrations in all the other

9   wells to see whether it's significant or not.

10       Q     Sure.  So if we go to table A9 again,

11  which was on page A27 --

12       A     Twenty-seven.

13             Okay.

14       Q     And -- and I think we went through this

15  earlier, but the highest detection of PCE at TT-23

16  was 132 micrograms per liter.

17             And at TT-25, the highest detection

18  before 1987 was 0.43 micrograms per liter.  And

19  there were no detections in any other wells before

20  1987 --

21       A     Uh-huh.

22       Q     -- is that correct?

23             And then if we look at --

24             MR. DEAN:  You didn't read, with all

25        due respect, or for the record, that this

GolKow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 115 of 479

1          is "0.43 J."

2                    And 0.43 J, the "J" means estimated.

3                    THE WITNESS:  Okay.

4                    MS. O'LEARY:  I don't -- I don't

5          know that that's accurate.

6     BY MS. O'LEARY:

7          Q     But if we look then at supply well TT-26,

8     the highest concentration there, it looks like it's

9     1,580 micrograms per liter.  So almost -- more than

10    ten times higher than the next highest concentration

11    in a well.

12                    Do you agree?

13         A     Which one are you referring to?

14         Q     I'm on page A27, table A9?

15         A     Yes.

16         Q     All right.  So --

17         A     Okay.

18         Q     So if we look at TT-26 --

19         A     Yes.

20         Q     -- its highest concentration measured is

21    the 1,580 --

22         A     That's correct.

23         Q     -- micrograms per liter, and that's more

24    than ten times higher than the 132 micrograms per

25    liter, that's the highest measured concentration in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 116 of 479

1   another supply well before 1987.

2           Do you see that?

3       A   Which well are you comparing this 1580

4   number with?

5       Q   All of the other wells.

6       A   Can you speak louder, please?

7       Q   Yeah.  All the other wells.

8           But the specific --

9       A   All the other wells?

10      Q   Yeah.

11      A   Combined?

12      Q   No, not combined.

13          Individually.

14      A   Individually, they are less than 1580.

15      Q   I mean, more than ten times less than

16  1580, right?

17      A   Yeah.

18      Q   Okay.  And if you could go to page A18 --

19              MR. DEAN:  For the record, on page

20          A27, at the top in the definitions, under

21          the table A9, in parentheses, it gives a

22          definition of the "J."

23              It says, "Estimated."

24  BY MS. O'LEARY:

25      Q   And Professor Aral, are you on page A18?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 117 of 479

1    A    Yes.

2    Q    Okay.  And there's a large figure that

3  covers most of the page.  The text at the bottom is

4  where --

5    A    Okay.

6    Q    -- I'd like to direct your attention.

7       The column on the left, there's a

8  sentence that begins, "Once a well was put in

9  service."  It's the third line from the bottom.

10      Do you see that?

11   A    Yes.

12   Q    Okay.  So that says, "Once a well was put

13  in service, it was assumed to operate continuously

14  for modeling purposes until it was permanently taken

15  offline, the exception being temporary shutdowns for

16  longterm maintenance.  Breaks in continuous

17  operation, such as those for wells TT-26 and TT-53,

18  are also shown on figure A5 and are based on

19  documented information detailing periods of

20  maintenance for a specific wells."

21      Did I read that correctly?

22   A    You read that correctly.

23   Q    Is it true that in the ATSDR model,

24  Tarawa Terrace supply wells were modeled such that

25  they are assumed to operate continuously unless

1    there was documentation that they had been

2    temporarily shut down for maintenance?

3         A    That's correct.

4         Q    And if you could go onto page A20 of the

5    Tarawa Terrace report?

6              Can you go onto page --

7         A    A what?

8         Q    A20.

9              Just one -- two pages forward.

10        A    Okay.

11             Yes.

12        Q    And there's a figure A6 on the bottom.

13   Do you see that?

14        A    Yes.

15        Q    Okay.  It's labeled, "Total annual

16   groundwater pumpage at water supply wells, 1952 to

17   1987, Tarawa Terrace and vicinity, U.S. Marine Corps

18   Base Camp Lejeune, North Carolina."

19             And --

20        A    You have to speak sl- --

21        Q    Yeah.

22             On this table --

23        A    Yeah.

24        Q    -- A6, is -- is this showing -- I guess

25   my first question is:  What is pumpage of a water

1    supply well?

2        A    The amount of water contributed to water

3    treatment plant.

4        Q    Okay.  So is table A6 showing the amount

5    of water that the -- at the Tarawa Terrace Water

6    Treatment Plant that the ATSDR model had coming from

7    each well at each year?

8        A    At each year at each --

9        Q    For each --

10       A    -- pumping --

11       Q    -- well?

12       A    Yeah, okay.

13            Yes.

14       Q    Okay.  And do you agree that in looking

15   at A6, TT-26 and TT-23 are not modeled as

16   contributing any water to the Tarawa Terrace Water

17   Treatment Plant in 1986 and 1987?

18       A    That's right.

19       Q    Okay.  And so the wells where

20   contamination was detected before 1987, we had

21   TT-26, TT-23, and TT-25.

22            Is that correct?

23       A    Uh-huh.  Yes.

24       Q    Okay.  So according to figure A6, for

25   1986 and 1987, the only well that the ATSDR's Tarawa

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 120 of 479

1    Terrace model of those three that was still pumping
2    was TT-25.
3              Is that right?
4        A    Repeat that question, please?
5        Q    Yeah.  So on figure A6, for just the last
6    two years, 1986 and 1987 --
7        A    Yes.
8        Q    -- of -- of the three wells where
9    contamination was found before 1987, the only one
10   that the ATSDR model had as contributing water to
11   the Tarawa Terrace Water Treatment Plant in '86 and
12   '87, was TT-25.
13             Is that correct?
14       A    TT-25?
15             TT-25, yes.  It's contributing, according
16   to this figure, yes.
17       Q    But TT-26 and TT-23 are not --
18       A    Are not.
19       Q    -- correct?
20       A    Yes.
21       Q    Okay.  And TT-25 was the well that had
22   the only detection before 1987 of PCE was 0.43
23   micrograms per liter with the "J"?
24       A    Yes.
25       Q    Still in Tarawa Terrace chapter A, so the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 121 of 479

1   same exhibit, but could you go to page A93?

2       A    Yes.

3       Q    All right.  So this is -- says it's

4   appendix A2.

5            I'll give you a minute to get to that.

6   All right.

7            So we are looking at appendix A2, where

8   it says, "Simulated tetrachloroethylene and its

9   degradation by-products in finished water, Tarawa

10  Terrace Water Treatment Plant, January 1951 to

11  March 1987, continued."

12           So is this the simulated P- -- or

13  contaminant concentration levels from the ATSDR's

14  Tarawa Terrace model?

15      A    It has -- this -- this table includes the

16  MT3DMS results as -- also, TechFlowMP results.

17      Q    Okay.  But both of those aren't, like --

18  those are the simulated concentrations from the

19  Tarawa Terrace water model; is that correct?

20      A    That's correct.

21      Q    All right.  So if I -- the column on the

22  left is called "Stress periods."  And I want to look

23  at the -- the last two.  So four, 30 -- well,

24  actually, not quite the last -- the last three.  433

25  and 434, that say they are January 1987 and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 122 of 479

1    February 1987.

2              Do you see that?

3        A      Yes.

4        Q      And do you agree on the MT3D model, those

5    show PCE concentrations of 17.85 micrograms per

6    liter and 18.49 micrograms per liter?

7        A      Yes.

8        Q      And on the TechFlowMP version, it shows

9    8.28 micrograms per liter and 8.71 micrograms per

10   liter of PCE.

11       A      Yes.

12       Q      Okay.  And these levels in appendix A2,

13   that's at the water treatment plant; correct?

14   That's all of the wells' contributions, combined?

15       A      Yes.

16       Q      So the only well contributing in this

17   simulation where there was a detection of PCE is

18   TT-25, right?

19       A      According to the earlier pumpage records.

20       Q      Okay.

21       A      TT-25 --

22       Q      Yeah.

23       A      -- is there, TT-28 is there, TT-54 is

24   there --

25       Q      Uh-huh.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 123 of 479

1        A        -- and TT-27 is there.  That's what I

2    see.

3        Q        Okay.  And -- but of those wells, it was

4    only TT-25 that had a detection of PCE?

5        A        In terms of site observations --

6        Q        Right.

7        A        -- or in terms of simulated results?

8        Q        In terms of site observations.

9        A        That's what was on the table, yes.

10       Q        Okay.  We can set aside Tarawa Terrace

11   chapter A for a few minutes.

12       A        Okay.

13                    MS. O'LEARY:  If you can grab seven.

14                    (Whereupon, Government's Exhibit Aral

15                    8, December 2004 Report by AH

16                    Environmental Consultants, Inc., was

17                    marked for identification.)

18   BY MS. O'LEARY:

19       Q        So Professor Aral, Government Exhibit 8

20   should be -- it looks like a report that's labeled,

21   "ATSDR Support Estimation of VOC Removal, Marine

22   Corps Base Camp Lejeune."

23                    And it says the date is December 2004,

24   and it's by AH Environmental Consultants, Inc.

25                    Do you see that?

1      A     Yes.

2      Q     Have you ever seen a report from AH

3   Environmental Consultant, Inc.'s [sic]

4   about estimating VOC removal ATSDR -- for ATSDR

5   before?

6      A     I don't recall that.

7      Q     Okay.  Can you go to -- this one is

8   numbered interestingly -- but page five, dash,

9   one -- you know what might be easiest, do you see

10  the -- there's little numbers at the bottom that

11  all -- right --

12     A     Yeah.

13     Q     -- that start, "CLJA water modeling,"

14  yeah.  Can you go to the page where the last part of

15  that is -71486?

16     A     Yes.

17     Q     Okay.  So this is labeled, "Summary," and

18  it --

19     A     Uh-huh.

20     Q     -- says, "Where MCB Camp Lejeune is

21  currently the subject of an epidemiological study by

22  the ATSDR to ascertain the health impacts of certain

23  VOCs including TCE and PCE, which were present in

24  the Hadnot Point, Tarawa Terrace, and Holcomb

25  Boulevard water supply systems in the early 1980s.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 125 of 479

1    AH assisted in the development of referenced
2    estimates of the VOC removal rates that might have
3    occurred within the treatment units that existed at
4    the three plants during 1968 to 1985."

5            Were you aware that AH Environmental
6    had -- had assisted in the development of referenced
7    estimates of VOC removal rates that might have
8    occurred at the treatment plants?

9        A    No, I have not.

10       Q    Okay.  And the same page, the third
11   paragraph, it says, "The calculations revealed that
12   VOC removal due to volatization -- volatilization
13   from quiescent basins was negligeable at MCB Camp
14   Lejeune.  The only significant VOC removals must
15   have occurred at the spiractor effluent pipe where
16   the falling water undergoes some aeration.
17   Considering the uncertainty in the estimates for the
18   fall height over the weir formed by the pipe, the
19   removal for TC- -- removals -- excuse me -- for TCE
20   and PCE were likely to be less than 15 percent."

21       A    Yes.

22       Q    Do you agree that the date range
23   referenced in this page, the 1968 to 1985, that
24   corresponds to the epidemiological study that the
25   Tarawa Terrace water modeling was supporting?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 126 of 479

1      A     The period of "epi" study -- yes, that's
2   what it was.
3      Q     Okay.  And -- so do you agree that this
4   report is saying that AH Environmental, who authored
5   it, estimated VOC losses of TCE and PCE from
6   spiractors at the water treatment plant would be
7   significant, though they estimated them as less than
8   15 percent?
9                 MR. DEAN:  Object to the form of the
10              question.  Out -- this is not something
11              for which this witness has opined on.
12      A     I haven't seen this report before.  I
13   haven't seen these calculations before so I can't
14   answer that question.
15                 MS. O'LEARY:  Okay.  Can we get --
16              you can set this aside for a minute.  And
17              could we get 60, please?
18                 This will be Government Exhibit 9.
19              (Whereupon, Government's Exhibit Aral
20              9, ATSDR's Chapter F, "Simulation of
21              the Fate and Transport of
22              Tetrachloroethylene, PCE, for Tarawa
23              Terrace," was marked for
24              identification.)
25

                    Golkow Technologies,
877-370-3377              A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 127 of 479

1    BY MS. O'LEARY:

2         Q     So Professor Aral I've handed you

3    Government Exhibit 9, that appears to be the ATSDR's

4    chapter F, "Simulation of the Fate and Transport of

5    Tetrachloroethylene, PCE, for Tarawa Terrace."

6         A     Yes.

7         Q     Do you agree that's what this exhibit --

8         A     Yeah.

9         Q     -- appears to be?

10             Okay.  And can you go to page F42?

11        A     Yes.

12        Q     All right.  Professor, in the column on

13   the left, it says, "Level four calibration."

14             Do you see that?

15        A     Yes.

16        Q     Okay.  After that, it says, "The final

17   stage of model calibration employed a simple mixing

18   flow-weighted average model to compute PCE

19   concentrations delivered to the Tarawa Terrace Water

20   Treatment Plant from all active water supply wells

21   and, subsequently, to the Tarawa Terrace water

22   supply network.  For each stress point month of the

23   simulation period, from January 1951 to

24   December 1994, the PCE concentration simulated at

25   each active water supply well is weighted by the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 128 of 479

1   respective well discharge to compute a

2   weighted-average PCE concentration.  This

3   weighted-average concentration was considered the

4   monthly average PCE concentration delivered to the

5   Tarawa Terrace Water Treatment Plant."

6          A     Yes.

7          Q     One question:  When this mentions "well

8   discharge," does that mean the water coming out of

9   the well and going to the water treatment plant?

10         A     Yes.

11                    MR. DEAN:  Object to the form.

12         A     Yes.

13  BY MS. O'LEARY:

14         Q     And do you agree that a -- a simple

15  mixing flow-weighted average has no calculation

16  where contaminants in the water coming out of a well

17  are lost from the water supply before being

18  distributed?

19         A     Can you repeat that --

20         Q     Sure.

21         A     -- question.

22         Q     Do you agree that a simple mixing

23  flow-weighted average --

24         A     Uh-huh.

25         Q     -- calculation does not have a

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 129 of 479

1    calculation where contaminants in the water from
2    wells is lost in the water treatment plant?
3                    MR. DEAN:  Object to the form.
4        A     Where -- where does the loss come into
5    this calculation --
6                    MR. DEAN:  That's --
7        A     -- in your understanding?  I don't
8    understand that.
9    BY MS. O'LEARY:
10       Q     I don't -- I'm not trying to suggest it
11   does, Professor Aral.  I'm trying to confirm that --
12   I'm understanding correctly that there is no loss
13   calculation of contaminants in a simple mixing
14   flow-weighted average calculation.
15                   MR. DEAN:  Object to the
16               statement --
17       A     At the water treatment plant?
18   BY MS. O'LEARY:
19       Q     At the water treatment plant?
20       A     Yeah.  Yeah.  That's what it means.
21       Q     Okay.  So you would agree that in a
22   simple mixing flow-weighted average calculation,
23   no -- no contaminants that enter the water treatment
24   plant are modeled to be lost in the water treatment
25   plant?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 130 of 479

1          MR. DEAN:  Object to form.

2     A     Well, that's -- what numbers are we using

3 to calibrate the water treatment plant database is

4 important here.  But that equation does not include

5 contaminant losses, definitely.

6 BY MS. O'LEARY:

7     Q     Okay.  Would you agree that a simple

8 mixing flow-weighted average does not have any

9 calculation to simulate physical processes whereby

10 contaminants could be loss in treatment?

11     A     That's correct.

12     Q     Okay.  Professor Aral, do you agree that

13 the ATSDR Tarawa Terrace model simulated PCE

14 concentrations in water coming out of the water

15 treatment plant as the same as the mixture of water

16 entering the water treatment plant?

17     A     It depends on the data available.  If the

18 data we have used or ATSDR has used is the treated

19 water, that's the -- that should include the losses

20 that is happening in the water treatment --

21     Q     Uh-huh.

22     A     -- plant.  If not, it's just the entry

23 concentrations.

24     Q     My question is -- is about how the model

25 function not about which data it was calculated to.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 131 of 479

1        A       The mixing model does not include any

2   loss effects.

3        Q       Okay.  And the mixing model is what was

4   used to simulate the water treatment plant in the

5   ATSDR's model; is that correct?

6        A       That's correct.

7        Q       If we go back to Exhibit 8, which was

8   that report from AH Environmental --

9        A       Yes.

10       Q       -- it's the one that had on page 5-1, but

11  it's -- at the bottom right -- -71486.

12       A       Yes.

13       Q       Okay.  That last paragraph, the last

14  sentence, is where it says, "Considering the

15  uncertainty and the estimates over the fall height

16  from weir formed by the pipe, the removals for TCE

17  and PCE were likely to be less than 15 percent."

18               Now, I understand you, you know,

19  you haven't --

20       A       You have to speak louder, please.

21       Q       Sure.

22               So I understand you didn't -- you haven't

23  seen this report before.  I just have a -- a

24  question about, you know, what could be done on the

25  Tarawa Terrace model.

```
 1            Could you have applied a percentage
 2   reduction to the numbers that come out of the Tarawa
 3   Terrace mixing model?
 4                 MR. DEAN:  Object to the form of
 5            the --
 6        A    Arbitrarily?
 7                 MR. DEAN:  -- question.
 8   BY MS. O'LEARY:
 9        Q    Well, no.  Not arbitrarily --
10        A    I mean --
11        Q    -- but -- but could you -- I mean, just
12   as a calculation, could that have been done?
13        A    Right.
14                 MR. DEAN:  Object to the form.
15        A    We -- we wouldn't do that.
16   BY MS. O'LEARY:
17        Q    What do you mean?
18        A    We wouldn't --
19        Q    Who is "we"?
20        A    We wouldn't apply a certain percentage of
21   loss, in quotes, arbitrarily to any computation of
22   our environment.
23        Q    I -- I understand that.  I don't mean to
24   suggest you would.
25                 My -- my question is though, like, if the
```

1  ATSDR had, you know, told you that they estimated
2  treatment losses at a certain percentage, could you
3  have applied that percentage to reduce the simulated
4  values?

5       A     We wouldn't do that.

6       Q     Why not?

7       A     Because we have to compute something that
8  we use.  It's that -- simple as that.

9       Q     What do you mean you have to compute
10 something you use?

11      A     If there's a certain loss in a process --

12      Q     Uh-huh.

13      A     -- we have to model that, understand that
14 process, and that process gives us a certain
15 percentage of loss.  And then we can use that number
16 as the outcome of treatment at water --

17      Q     Okay.

18      A     -- treatment plant.

19      Q     So if someone else had calc- -- had
20 calculated what that would be, you could have used
21 it?

22      A     In ATSDR calculations on Camp Lejeune, we
23 never relied on somebody else's calculations, we
24 relied on our calculations.

25      Q     Right.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 134 of 479

```
 1        A     You just said --
 2        Q     Well, I'm --
 3        A     -- if somebody else --
 4        Q     Uh-huh.
 5        A     -- has calculated something, wouldn't you
 6   have used it?
 7              My answer is no.
 8        Q     But couldn't someone -- some other part
 9   of ATSDR other than MESL have done that and given it
10   to you to --
11        A     If --
12        Q     -- use?
13        A     If they had done an analysis of that,
14   yes, of course.
15        Q     Okay.  And would you expect to see gains
16   in contaminant concentrations going through a water
17   treatment plant?
18        A     That's very unusual.
19        Q     Why is that very unusual?
20        A     If you treat some chemical through a
21   treatment plant, it's supposed to reduce the
22   concentration.
23        Q     Okay.  And Professor Aral, would you like
24   to take a -- a break or would you like to keep
25   going?
```

```
 1       A     I'm okay.

 2       Q     Okay.

 3                   MS. BAUGHMAN:  I think we are having

 4             lunch at noon so you want to keep going

 5             for 20 minutes?

 6                   MS. O'LEARY:  Sure.

 7                   MS. HORAN:  Can we just take a

 8             two-minute break for water and then can

 9             take a break in 20 minutes for our lunch

10             break?

11                   MS. BAUGHMAN:  Sure.

12                   MS. O'LEARY:  All right.  Can we go

13             off record for -- just briefly.

14                   THE VIDEOGRAPHER:  The time right

15             now is 11:39 a.m.  We are off the record.

16                   (Whereupon, there was a recess taken

17                   from 11:39 a.m. to 11:39 a.m.)

18                   THE VIDEOGRAPHER:  The time right

19             now is 11:39 a.m.  We are back on the

20             record.

21                   MS. O'LEARY:  Thank you.  Professor

22             Aral, we are going to stay in the same

23             exhibit, it's the Tarawa Terrace chapter

24             A report.

25                   Oh, sorry.  I guess that's not the
```

1              same, is it?  It's going back from the
2              environmental report.  It should be -- it
3              should have --
4                   THE WITNESS:  Chapter A?
5                   MS. O'LEARY:  Chapter A.  It
6              should have a sticker that says --
7                   THE WITNESS:  Exhibit 3?
8                   MS. O'LEARY:  -- Government
9              Exhibit -- yes.
10                  THE WITNESS:  Okay.
11                  MS. O'LEARY:  You are ahead of me.
12                  THE WITNESS:  Okay.
13     BY MS. O'LEARY:
14          Q    Okay.  Can you go to page A26 in the --
15     you should see a table A8.
16          A    Yes.
17          Q    Okay.  So this table, it says it's a,
18     "Summary of calibration targets and resulting
19     calibration statistics for simulation models used to
20     reconstruct historical contamination events at
21     Tarawa Terrace and vicinity, U.S. Marine Base Camp
22     Lejeune, North Carolina."
23               And the question I have for you is about
24     the third line.  So the column on the left says
25     there's a "calibration level" and then next to it it

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 137 of 479

1    says "analysis type."

2             So the Calibration Level 3 says it's,

3    "Contaminant fate and transport supply wells."

4             Do you see that?

5        A    Yes.

6        Q    And then is -- is this saying that the

7    calibration target for contaminant fate and

8    transport at the supply wells was one half order of

9    magnitude or model bias ranging from 0.3 to 3?

10       A    That's what it says, yes.

11       Q    Okay.  And is it -- is it saying if you

12   look at number four the calibration level four --

13                (Whereupon, the court reporter

14                requests clarification.)

15   BY MS. O'LEARY:

16       Q    The calibration level four, is it saying

17   the -- for the mixing model treated water at the

18   water treatment plant --

19                (Whereupon, the court reporter

20                requests clarification.)

21   BY MS. O'LEARY:

22       Q    Treated water at the water treatment

23   plant, the calibration target is the same as in

24   contaminate fate and transport at supply wells.  So

25   that plus or minus one half order of magnitude or

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 138 of 479

1    model bias ranging from 0.3 to 3.

2         A     Yes, I see that.

3         Q     Okay.  Is --

4               MR. DEAN:  For the record, the

5               document reflects that there are two

6               footnotes.  Specifically, footnote number

7               two that's applicable to calibration

8               levels three and four and you did not

9               point that out to the witness.

10              MS. O'LEARY:  Okay.  That -- that

11              footnote says there's more details in

12              chapter F report; correct?

13              MR. DEAN:  Correct.

14              MS. O'LEARY:  Yeah.

15   BY MS. O'LEARY:

16        Q     So Professor Aral, you said that's what

17   the table says.  Is that your understanding of what

18   the calibration targets for calibration levels three

19   and four were, the plus or minus one half order

20   magnitude or model bias ranging from 0.3 to 3?

21        A     That's what the table says, yes.

22        Q     But I mean, from your memory, is that

23   what they in fact were, the calibration targets?

24        A     I think we looked at the ensemble of what

25   we see at the water treatment plant as opposed to

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 139 of 479

1    specific numbers being in a certain range.

2        Q     Is that at Hadnot Point or Tarawa

3    Terrace, where you looked at the ensemble?

4        A     I think with respect to mixing model, it

5    was also Tarawa Terrace.

6        Q     Would that be in the Tarawa Terrace

7    reports somewhere?

8        A     I don't recall.

9        Q     If we could go to -- this will be 60,

10   which is Exhibit 9, that you should have.  It's the

11   chapter F report.

12       A     Yes.

13             Okay.

14       Q     Okay.  On page 33 --

15             MR. DEAN:  F33?

16             MS. O'LEARY:  That's right.

17             MR. DEAN:  Okay.

18   BY MS. O'LEARY:

19       Q     And...

20       A     Yes.

21       Q     Okay.  So Professor Aral, on F33, on the

22   left-hand side you should see a table F13.

23             Do you see that?

24       A     Yes.

25       Q     Okay.  And then -- oh, I'm sorry.  I

GolKow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 140 of 479

1   directed you slightly off.

2          Can you go back one page to F32?  So just

3   the previous page.

4          Okay.  Underneath the table there,

5   there's some text.  And in the column on the left

6   there's a paragraph that begins, "Simulated and

7   corresponding observed PCE concentrations at Tarawa

8   Terrace and local water supply wells are listed in

9   table F13 and are portrayed in this report as a

10  scatter diagram, F12, and as time-series graphs at

11  individual wells, figures F13 to F17."

12         Do you see that?

13     A    Yes.

14     Q    And then if we go onto the next page, we

15  have F13, the table.

16         Do you see that?

17     A    Yes.

18     Q    And then there's a figure 12 as well on

19  F33.

20     A    Yes.

21     Q    Do you see that?

22         Okay.  So do you agree that table F13

23  shows all of the supply well observed PCE

24  measurements that were used for calibrating, in

25  level three, the contaminant fate and transport

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 141 of 479

1    model?

2         A     Can you speak louder, please?

3         Q     Yeah.

4               Do you agree that table F13 --

5         A     Yes.

6         Q     -- shows the supply well observed

7    measurements that were used for calibrating the

8    contaminant fate and transport models, so level

9    three?

10        A     I believe so, yeah.

11        Q     Okay.

12        A     I mean, I have to check every one of them

13   separately.  If they have made a typo error, I'm not

14   sure.

15        Q     Okay.  Do you have any reason to think

16   they have made a typographical --

17        A     I don't --

18        Q     -- error?

19        A     -- think so.

20        Q     And as you look at table F13, do you

21   agree that these observed measurements are only from

22   the years 1984, 1985, and 1991?

23        A     Where did you see the '84?  I didn't see

24   the '84.

25        Q     Actually, right.  I don't see the 1984.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 142 of 479

1           So only 1985 and 1991?

2      A     That seems correct.

3      Q     Okay.  So if this table is the observed

4   measurements that were used for calibrating

5   contaminant fate and transport --

6      A     Yes.

7      Q     -- does that mean the Tarawa Terrace fate

8   and transport model was calibrated without observed

9   concentrations from 1953 to 1984?

10     A     That's correct.

11              MS. O'LEARY:  Then can we get 59?

12              (Whereupon, Government's Exhibit Aral

13              10, Document, was marked for

14              identification.)

15              MS. O'LEARY:  There you go.  This

16         will be Government Exhibit 10.

17   BY MS. O'LEARY:

18     Q     And if you could go to page A10, please?

19     A     Yes.

20     Q     So there -- table E5 there says --

21     A     Yes.

22     Q     -- "Summary of selected analyses for

23   tetrachloroethylene, PCE; trichlorethylene, TCE; and

24   total dichloroethylene, DCE; and water samples

25   collected at monitor wells during ABC One-Hour

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 143 of 479

1    Cleaners operable units one and two, and by the
2    North Carolina Department of Natural Resources and
3    Community Development, Tarawa Terrace and vicinity,
4    U.S. Marine Base Camp Lejeune, North Carolina."
5              Do you see that?
6         A    Yeah.
7         Q    Am I correct in understanding that these
8    PCE and TCE measurements from monitor wells around
9    ABC One-Hour Cleaning -- Cleaners, excuse me, were
10   not used in calculating the fate and transport model
11   of Tarawa Terrace?
12        A    If I recall this report, there were 36
13   databases that were used.  And if this is the 36
14   database that -- that existed in that analysis, that
15   must be it.
16        Q    Well, if -- if you go back to Exhibit 9,
17   which was chapter F that we were just looking at, we
18   were just looking at table F13.  So that was on page
19   F33.
20        A    Okay.  I think this table refers to
21   monitoring wells, the other table refers to pumping
22   wells.
23        Q    To supply wells, right?
24        A    Supply wells.
25        Q    Yes.  And so am I correct in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 144 of 479

1    understanding that these monitoring well

2    measurements in table E5 were not used in

3    calibrating the fate and transport model?

4         A    I think you should ask the author of

5    that.

6              As far as I know, the numbers of wells

7    that were used in calibrating this model was 36.

8    And that was the total available database at the

9    site at that time.

10        Q    Right.  So just -- if we go back to table

11   F13, that was on page F33, there are 36 entries --

12        A    Okay.  So --

13        Q    -- in that table?

14        A    Okay.  If that's the case, then that's

15   the 36 number that is coming to my mind.

16        Q    So that's all that was used for

17   calibrating --

18        A    Right.

19        Q    -- the fate and transport model?

20             MR. DEAN:  Object to the form.

21        A    That was reported in chapter F as such,

22   yes.

23   BY MS. O'LEARY:

24        Q    Okay.  And I'm going to go back to Tarawa

25   Terrace chapter A.  And --

1          MR. DEAN:  I feel like I'm playing

2      tennis.

3  BY MS. O'LEARY:

4      Q     -- page A16.

5          So I have some questions for you about

6  mass loading at Tarawa Terrace.

7      A     Yes.

8      Q     Okay.  On page A16, there is a figure,

9  figure A3 that says it's a, "Chronology of events

10  related to supply and contamination of drinking

11  water, Tarawa Terrace and vicinity."

12          Do you see that?

13      A     Yes.

14      Q     Okay.  I see in figure A3 in -- there's

15  an entry for 1953 that says "ABC One-Hour Cleaners

16  begins operations using existing ST-STA" --

17          (Whereupon, there was an

18          interruption.)

19  BY MS. O'LEARY:

20      Q     -- "ST-STA for disposal of wastewater."

21          Do you see that?

22          It's --

23      A     Okay.

24      Q     -- here.

25      A     Yes.

GolkowTechnologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 146 of 479

1      Q      Okay.  Was the start date of ABC Cleaners
2   used as an input in the Tarawa Terrace water models?
3      A      I think it was 1953.
4      Q      Okay.  Was that input as a start of mass
5   loading date in the Tarawa Terrace models?
6      A      Yes.
7      Q      Okay.  Is the start of the mass loading
8   significant to the output of the model?
9                MR. DEAN:  Object to the form.
10     A      It affects the output, yes.
11  BY MS. O'LEARY:
12     Q      Okay.  And did you -- no.
13            If I look again at figure A3, it says, in
14  the -- the third bar down on the left, around
15  1960 --
16     A      Uh-huh.
17     Q      -- the's an entry that says "1960s ABC
18  One-Hour Cleaners installs floor drain to septic
19  system."
20            Do you see that?
21     A      Yes.
22     Q      Okay.  Did ABC -- did the ATSDR model of
23  Tarawa Terrace include changes in the mass loading
24  rate of PCE?
25     A      Mass loading rate in our models were

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 147 of 479

1    calibration parameters.  That's what we did in

2    calibration, used numbers to adjust the mass loading

3    rate to match the water --

4                    (Whereupon, the court reporter

5                    requests clarification.)

6        A      -- match the water treatment plant

7    concentrations.

8    BY MS. O'LEARY:

9        Q      Okay.  But the input that was used in the

10   calibrated TT-model for mass loading of PCE --

11       A      Uh-huh.

12       Q      -- was that constant throughout the

13   Tarawa Terrace model timeframe from when it started

14   to when it stopped?

15       A      That's correct.

16       Q      Okay.  So does that mean the model did

17   not have any change in mass loading that would

18   correspond to this ABC One-Hour Cleaners installing

19   floor drain to septic system?

20       A      That -- that's a internal process where

21   the contaminants gets into the aquifer system.  We

22   are not looking at the internal processes of how

23   contaminants are manipulated in the ABC cleaners.

24   We are interested in what is discharged into the

25   aquifer as a dilute phase contaminant level.

1    Q    So if ABC Cleaners changes where they --
2    where they discharged their -- you know, whatever
3    waste had the PCE, if that changed location,
4    wouldn't that change how the contaminant moved
5    through the aquifer?
6                    MR. DEAN:  Object to the form of the
7              question.
8    A    I mean, if you are talking about acres of
9    land and you are talking about distances of miles,
10   kilometers, discharge points separately discharging
11   into an aquifer, it would affect the groundwater
12   models.  But ABC Cleaners is -- I assume is a point
13   in our modeling idealization.
14   BY MS. O'LEARY:
15   Q    What do you mean, is a point in our
16   modeling idealization?
17   A    In modeling we use mesh -- meshes.  We
18   describe the aquifer in terms of blocks of
19   subsurface environments --
20   Q    Uh-huh.
21   A    -- that we input parameters that we know
22   are coming from the -- either the aquifer database
23   or the source database.  This model is so large that
24   the ABC Cleaners entry point is just a point on that
25   mesh.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 149 of 479

1     Q     And -- and --

2     A     It can't be more than that.

3     Q     So if I understand correctly, then it

4  spreads through the mesh according to the way the

5  model operates?

6     A     That's correct.

7     Q     Okay.  But AB- -- but the model had just

8  constant mass loading?

9     A     Yes, constant mass loading.

10    Q     Okay.

11    A     Whatever the calibrated value was.

12    Q     Uh-huh.  And we are going to go back to

13  chapter F again, which is Exhibit 9.

14    A     Okay.

15    Q     And to page 12.

16    A     F12 --

17    Q     Yes.

18    A     -- did you say?

19    Q     And there's a table on the left, and on

20  the right there's text.

21    A     Okay.

22    Q     Okay.  That column on the right, at the

23  top it says, "ABC One-Hour Cleaners always used PCE

24  in its dry cleaning operations beginning during 1953

25  when the business opened.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 150 of 479

1    "Hoff (phonetic) and" --

2           (Whereupon, there was an

3           interruption.)

4           (Whereupon, the court reporter

5           requests clarification.)

6    BY MS. O'LEARY:

7       Q    Yeah.

8           "...when the business opened.

9           "Hoff and Higley PA (phonetic) deposition

10   of Victor John Milts (phonetic) written

11   communication April 12, 2001.

12          "A primary pathway of contaminants from

13   drive cleaning operations at ABC One-Hour Cleaners

14   to the soil and subsequently to groundwater was

15   apparently through a septic tank soil absorption

16   system to which ABC One-Hour Cleaners discharged

17   waste and wastewater."

18          And it says, "Shriver 1985 reported that

19   an inspection of the PCE storage area at ABC

20   One-Hour Cleaners indicated that PCE releases could

21   and did enter the septic system through a floor

22   drain probably as a result of spillage in the

23   storage area."

24          That's Roy F. Weston Inc. 1994.  In

25   addition -- F. Weston, Inc., 1994.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 151 of 479

1        "In addition, spent PCE was routinely

2   reclaimed using a filtration distillation process

3   that produced dry still bottoms which, until about

4   1982" -- I'm going to skip the parenthetical -- "or

5   1984 and 1985, were disposed of on site generally by

6   filling potholes in a nearby alleyway."

7        So do you agree that on this cat- -- this

8   description in chapter F, the septic soil -- tank

9   soil absorption system around ABC Cleaners was a

10  primary pathway of contaminants from the dry

11  cleaning operations?

12       A    Yeah.  Probably.  Yes.

13       Q    Okay.  And are you aware based on -- you

14  know, does it follow from what this paragraph said

15  that ATSDR knew that ABC One-Hour Cleaners still

16  waste was disposed of outside until 1982 or 1984 or

17  1985?

18       A    In terms of location that doesn't make

19  any difference for us.

20       Q    But that -- that -- that is what ATSDR

21  knew about disposal practices; correct?

22       A    It seems so, yeah.

23            MR. DEAN:  Objection to form.

24  BY MS. O'LEARY:

25       Q    Okay.  If the -- does the time when ABC

1    Cleaners stopped disposing of their solid still
2    waste outside affect how the model performs in terms
3    of accuracy?
4            So what I mean is if -- you know, if the
5    ABC Cleaners stopped disposing of their solid still
6    waste in potholes in 1982, would that be expected to
7    reduce modeled contaminant concentrations?
8                    MR. DEAN:   Object -- object to the
9            form.
10   A     If you are referring to how we model the
11   discharge from the ABC Cleaners, we looked at two
12   different applications.  One of them discharging at
13   a point in the saturated zone --
14   BY MS. O'LEARY:
15   Q     Uh-huh.
16   A     -- that's the MT3DMS model --
17   Q     Uh-huh.
18   A     -- application.  The other one is the
19   discharging of the ABC Cleaners contaminants in
20   the -- in the unsaturated zones of the aquifer.
21   That's the TechFlowMP model.
22           So we looked at two different cases but
23   both of them on a large scale map in a idealization
24   that we have used is just a point.
25   Q     Okay.  And so that's one point.  Is that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 153 of 479

1    on the boundary of one of the 50 by 50-foot, like,

2    squares --

3         A    Yeah.

4         Q    -- in the mesh?

5         A    Yeah.

6         Q    Okay.  I have a question about the

7    calibration process for mass loading at --

8         A    Okay.

9         Q    -- Tarawa Terrace.

10             So this is on page -- to start on page

11   F30 of chapter F, which is Exhibit 9.

12        A    Okay.

13             Okay.

14        Q    All right.  So there's text underneath

15   the figure on that page.

16             Do you see that?

17        A    F11?

18        Q    No, I'm sorry.

19             F30.

20        A    Yeah.  F30, yeah.

21        Q    F30.  Okay.

22             So the text at the bottom of that page --

23        A    Yeah.

24        Q    -- in the column on the right-hand side

25   near, sort of, the middle there's a sentence that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 154 of 479

1  begins, "The initial mass loading rate."

2           Do you see that?

3       A     Yes.

4       Q     Okay.  It says, "The initial mass loading

5  rate applied to the model was 230 grams per day and

6  was adjusted upward during model calibration.  The

7  final calibrated mass loading rate was 1200 grams

8  per day."

9           And I was wondering why did you start

10  with 230 grams per day?

11      A     I think it was estimated the volume of

12  discharge from a cleaner operation.

13      Q     Like, an average cleaner operation or --

14      A     No.  Beginning operation -- beginning

15  value for a calibration application.

16      Q     Specific to a dry cleaner?

17      A     Yeah.

18      Q     Okay.  And how did you end up at

19  1200 grams per day?

20      A     Oh, we -- calibration means that.  You

21  adjust the parameter values to match the field data.

22  So to get to the field data we observed in water

23  treatment plant we had to increase the mass loading

24  rates to that level.

25      Q     Okay.  And staying in chapter F, if you

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 155 of 479

1    can just go back to page F28?

2         A     Okay.

3         Q     And there's a section in the column on

4    the right that's got the heading "Biodegradation."

5               Do you see that?

6         A     F23, did you say?

7         Q     F28?

8         A     Twenty-eight.

9               Yes.  Yes.

10        Q     So under, "Biodegradation," it says,

11   "Reductions of PCE concentration reported at water

12   supply well TT-26 between September 1985 and

13   July 1991, table F2, probably occurred largely by

14   microbial mediated degradation such as reductive

15   dechlorination."

16              And does that mean that biodegradation is

17   called biodegradation because it involves microbes

18   in the processes?

19        A     Yes.

20        Q     Okay.  And does biodegradation rates of

21   PCE depend on anything?

22              What I mean is, is the biodegradation

23   rate of PCE always the same?

24        A     Probably changes by temperature.

25        Q     Okay.  Would it vary by what microbes are

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 156 of 479

1   in the environment where the PCE is?

2        A      I think biodegradation, referred to here,

3   is the biodegradation of the chemical itself.

4        Q      Right.  Of -- of like --

5        A      Right.

6        Q      -- PCE into --

7        A      Right.

8        Q      -- TCE and on?

9        A      Right.

10       Q      Yeah.  So -- so my questions are about

11  the rate that that happens.

12       A      Uh-huh.

13       Q      So, you know, you mentioned temperature

14  might affect that rate.

15       A      Right.

16       Q      What else would affect the biodegradation

17  rate of PCE?

18       A      Microbes are used sometimes to treat the

19  contaminants.  So my understanding is that the

20  microbes in the aquifer affects the concentration

21  values that is out there.

22       Q      That's my last question on that area for

23  a minute.  Moving onto some questions about other

24  parameters that were input into the Tarawa Terrace

25  model.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 157 of 479

1           First, what is bulk density?

2      A    That's the dry density of soil.

3      Q    Okay.  And is bulk density used to

4   calculate a retardation factor for a -- a particular

5   chemical?

6      A    That's correct.

7      Q    If bulk density were calculated

8   incorrectly, would that affect a calculation for a

9   retardation factor?

10     A    Yes, it does.

11     Q    And if a bulk density value were

12  calculated too high, would that cause a retardation

13  factor to be higher or lower?

14     A    If you are not changing any other

15  parameter in that equation, it will be higher.

16     Q    Okay.  So they would vary together, bulk

17  density and retardation factor?

18     A    Yeah.

19     Q    Okay.

20     A    But there are other parameters in that

21  equation.

22     Q    Sure.  Sure.

23     A    Okay.

24     Q    And then what is a distribu- --

25  distribution coefficient or KD?

1     A    Okay.  That describes the amount of soil

2    that may be absorbed or -- a contaminant that may be

3    absorbed on the soil system.

4     Q    Ah.  So it would be removed from a

5    plume --

6     A    Right.

7     Q    -- by the soil?

8     A    That's right.

9     Q    Okay.  And is it calculated by the

10   fraction of organic carbon multiplied by an organic

11   carbon water partition coefficient?

12    A    That's correct.

13    Q    So is fraction organic common -- carbon,

14   excuse me, often called FOC?

15    A    Yes.

16    Q    And is the organic carbon water partition

17   coefficient often called KOC?

18    A    That's correct.

19    Q    And is distribution coefficient often

20   called KD?

21    A    That's correct.

22    Q    If bulk density were calculated

23   incorrectly, would that have an impact on KD?

24    A    No.

25    Q    No.  Okay.

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 159 of 479

1           If FOC were determined incorrectly, would

2    that impact KD?

3      A     Yes, of course.

4      Q     Because it's multiplied by that --

5      A     Right.

6      Q     -- partition coefficient?

7      A     Right.

8      Q     And we'll stay in chapter F, I think

9    right where -- around where we were.

10          Can you go to page F27, that goes to page

11   F28?

12     A     Yes.

13     Q     All right.  In the column on the right,

14   the last paragraph starts, "Estimates of retardation

15   factors."

16          Do you see that?

17     A     Yes.

18     Q     Okay.  It says, "Estimates of retardation

19   factors and distribution coefficients for PCE

20   migration within the Tarawa Terrace aquifer or

21   Castle Hayne aquifer are unknown, and initial

22   estimates applied to the MT3DMS model were based on

23   literature sources.  Roberts, et al., 1986 reported

24   retardation factors determined from a field scale

25   investigation of PCE migration through a sand

1    aquifer that ranged from 2.7 to 5.9 based on the
2    collection of high resolution synoptic data during a
3    period of about two years.
4              "Retardation factors increased directly
5    with increasing time but at a decreasing rate.
6    Hoffmann, 1995, reported highly controlled
7    laboratory column determination of distribution
8    coefficients for PCE migration through gravels,
9    sands, and silt.
10             "Of the approximately 150 samples
11   analyzed the distribution coefficients for sand
12   ranged from 0.25 to 0.76 milliliters per gram, and
13   averaged 0.39 milliliter per gram.  Corresponding
14   values for silts ranged from 0.21 to 0.71
15   milliliters per gram and averaged 0.4 milliliters
16   per gram.
17             And it goes on to say that, "Neither the
18   field scale experiments reported by Roberts, et al.,
19   1986, know that -- nor the laboratory results of
20   Hoffmann 1995 related to Camp Lejeune or even to
21   North Carolina, the solute investigated in both
22   studies was PCE.  And PCE migration was observed
23   through porous media of sands and silt -- sand and
24   sands and silts similar to Camp Lejeune."
25             Did I read that correctly?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 161 of 479

1    A    Yeah.

2    Q    Okay.  So am I understanding correctly

3    that the ATSDR had determined estimates of KD,

4    distribution coefficients and retardation factors

5    within the Tarawa Terrace aquifer and Castle Hayne

6    aquifers, were unknown?

7    A    Yeah.  That the -- from what -- what you

8    just have read, I think it's coming from

9    literature -- literature data.

10    Q    Okay.  So in -- in calibrating the

11    ATSDR's Tarawa Terrace model, did ATSDR select an

12    initial KD value from the literature values that

13    were reported?

14    A    That's what it seems, yes.

15    Q    Okay.  And --

16    A    But there's also data on KD at the site,

17    as far as I recall.

18    Q    Is it KD or FOC data at the site?

19    A    I don't recall completely but I think it

20    was KD.

21    Q    Okay.  So from what we read on F27 to 28,

22    the literature range ATSDR reported for KD averaged

23    0.39 milliliters per gram with a range of 0.25 to

24    0.76 milliliters per gram for sands.

25    Right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 162 of 479

1          A     Uh-huh.  Yeah.

2          Q     And for silts, it was an average 0.4

3     milliliters per gram and a range of 0.21 to 0.71

4     milliliters per gram.

5          A     Uh-huh.

6          Q     Okay.  And that literature range was from

7     laboratory experiments on sands or silts but not

8     related to Camp Lejeune or North Carolina.

9          A     That's right.

10         Q     Okay.

11         A     That's right.

12         Q     And after calibration, am I correct that

13    the ATSDR selected 0.14 milliliters per gram as the

14    KD for the Tarawa Terrace calibrated model?

15                    MR. DEAN:  Object to the form.

16         A     Well, that seems to be the number that --

17    where -- where did you get that number?  I don't --

18    BY MS. O'LEARY:

19         Q     It wasn't in that part but I thought you

20    might know that.  That the --

21         A     No.  Not on the top of my head, no.

22         Q     Okay.  Would you agree that 0.14

23    milliliters per gram is lower that ten literature

24    ranges ATSDR reported for both sands and silts?

25         A     Uh-huh.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 163 of 479

1              MR. DEAN:  Object to form.

2    BY MS. O'LEARY:

3        Q    For calculating KD, you had agreed that

4    that was done by multiplying the fraction of organic

5    carbon by that --

6        A    Yes.

7        Q    -- partition coefficient, KOC; is that

8    right?

9        A    Yes.

10       Q    The KOC, the organic carbon water

11   partition coefficient, is that compound specific or

12   different for PCE than TCE?

13       A    It's compound specific --

14       Q    Yes.

15       A    -- of course.

16       Q    Of course.  Okay.

17            And is --

18       A    Yeah.

19                 (Whereupon, the court reporter

20                 requests clarification.)

21   BY MS. O'LEARY:

22       Q    Sorry.

23            Are values for the organic carbon water

24   partition coefficient for each chemical available in

25   literature?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 164 of 479

1      A      Yeah.

2      Q      Okay.  You said that you had read Alex

3  Spiliotopoulos's report.

4             Did I hear you correctly?

5      A      Yes.

6      Q      And I -- I believe he included tables

7  with fraction of organic carbon measurements from

8  Camp Lejeune.

9      A      Yes.

10     Q      Do you know why the ATSDR didn't use

11  those FOC estimates?

12                  MR. DEAN:  Object to the form.

13     A      I don't know.

14  BY MS. O'LEARY:

15     Q      Like, did -- did the ATSDR use those

16  fraction organic carbon estimates when they were

17  calculating KD for Tarawa Terrace?

18     A      I don't know what they have done to come

19  up with these retardation coefficients.  But if that

20  was available, I'm sure they have used it.

21     Q      Okay.  Do you -- if the fraction organic

22  carbon data from Camp Lejeune were buried

23  significantly --

24     A      It -- it will -- it will vary by soil

25  type, definitely.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 165 of 479

1    Q    Okay.  Would that -- if it varies, would

2    that be a reason not to use it to calculate the --

3    A    I wouldn't know --

4    Q    -- KD?

5    A    -- why they have not used it if they have

6    not used it.

7    Q    But if you had fraction organic carbon

8    data that varied a lot, would that cause you not to

9    use it in determining a KD?

10                  MR. DEAN:  Object to the form of the

11            question.

12    A    It's -- it's a judgment call.  If -- if

13    you know enough information on what is at the site,

14    it may be better to use it.

15    BY MS. O'LEARY:

16    Q    Okay.  And this -- I think you mentioned

17    this phrase but I just wanted to check my

18    understanding of what it is.

19            So you mentioned retardation factor, I

20    believe?

21    A    Yes.

22    Q    What is a retardation factor?

23    A    Due to absorption of chemicals in a soil,

24    it acts as if -- a reduction factor of the velocity

25    of the contaminants in the aquifer.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 166 of 479

```
1         Q      A reduction in velo- -- velocity relative
2    to what?
3         A      To the retardation coefficient of one.
4         Q      Is that for water, the "one"?
5         A      No, it's not a water issue.
6                It's -- it's a issue of density.  It's a
7    function of distribution coefficient and the
8    porosity.
9         Q      Okay.
10        A      You may ignore retardation factor --
11        Q      Uh-huh.
12        A      -- or you may calculate it as ATSDR has
13   done.
14        Q      And if you calculate it, then that's
15   going to be a retardation factor specific to a
16   compound?
17        A      The distribution coefficient is specific
18   to a compound --
19        Q      And --
20        A      -- because KOC is a --
21        Q      Right.
22        A      -- specific to a compound.
23        Q      And so -- and -- and distribution
24   coefficient is used in calculating the retardation
25   factor though; correct?
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 167 of 479

1    A    Can you speak --

2    Q    Yeah.

3    A    -- louder, please?

4    Q    A distribution coefficient is used in

5    calculating a retardation factor; correct?

6    A    That's correct.

7    Q    Okay.  So a particular calculated

8    retardation factor is going to be specific to a

9    compound; correct?

10    A    That's correct.

11    Q    Okay.  And as K- -- KD, distribution

12    coefficient, increases, what happens to retardation

13    factor?

14    A    All the other parameters kept constant --

15    Q    Right.

16    A    -- retardation increases.

17    Q    Okay.  And as retardation factor

18    increases, does that mean the contaminant is moving

19    more slowly relative to the groundwater flow --

20    A    Yes --

21    Q    -- speed?

22    A    -- that's correct.

23    Q    Okay.

24         MS. O'LEARY:  And I want to,

25         actually, turn to -- actually, this would

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 168 of 479

 1              actually be a good place to stop.

 2                    MS. BOLTON:  Yeah.

 3                    MS. O'LEARY:  Do we know if lunch

 4              has arrived?

 5                    MS. BOLTON:  I think it's here.

 6                    MS. BAUGHMAN:  It's here.

 7                    MS. O'LEARY:  Then we'll take a

 8              break now.

 9                    Thank you.

10                    THE WITNESS:  Okay.  Thank you.

11                    THE VIDEOGRAPHER:  The time right

12              now is 12:18 p.m.  We are off the record.

13                    (Whereupon, there was a recess taken

14                    from 12:18 p.m. to 1:00 p.m.)

15                    THE VIDEOGRAPHER:  The time right

16              now is 1:00 p.m.  We are back on the

17              record.

18                    MS. O'LEARY:  Thank you.

19     BY MS. O'LEARY:

20         Q     And Professor Aral, if you could pull

21     back up Government Exhibit 9, the chapter F

22     report --

23         A     Uh-huh.

24         Q     -- for Tarawa Terrace and then go to page

25     F28?

                      Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 169 of 479

1    A    Uh-huh.

2    Q    And in the column on the left, the first

3    paragraph, the bottom of that paragraph, it says,

4    "An initial distribution coefficient."

5         Do you see that?

6    A    Yeah.

7    Q    Okay.  So it says, "An initial

8    distribution coefficient of 0.4 milliliters per gram

9    or 0.000014 cubic feet per gram was applied

10   uniformly to all layers of MT3DMS model for all

11   stress periods.  The final calibrated value was 0.14

12   milliliters per gram" -- skipping the parenthetical

13   -- "similarly applied and the calibrated retardation

14   factor was 2.9."

15        So Professor Aral, having seen now that

16   page, do you agree that in the calibrated model for

17   the Tarawa Terrace, the -- the distribution

18   coefficient was 0.14 milliliters per gram?

19             MR. DEAN:  Objection to the form.

20   A    The retardation coefficient was 2.9.

21   BY MS. O'LEARY:

22   Q    Right.  But do you agree the distribution

23   coefficient was the 0.14 milliliters per gram?

24             MR. DEAN:  Same objection.

25   A    Yeah, but I don't recall that number.  It

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 170 of 479

1    depends on whether it was a number related to the
2    corrected density or earlier density, which was
3    used.
4    BY MS. O'LEARY:
5        Q    What do you mean "corrected density"?
6        A    Well, in MT3DMS, I think there was a
7    problem which was recognized in terms of density
8    values, what density was not used and the other wet
9    density was used.  So it was corrected.
10            So I don't recall this number.  If this
11   is the corrected value, it must be correct.
12       Q    And who corrected the bulk density
13   value in --
14       A    Bob Faye.
15       Q    -- in MT3DMS?
16       A    Bob Faye.
17       Q    Bob Faye.
18            And where would you expect a record of
19   that correction on bulk density to be in the
20   reports?
21       A    Was I aware of that?
22            MR. DEAN:  Object to the form.
23            It's not in the report --
24       A    Was I aware of that or how would I know
25   that or --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 171 of 479

1    BY MS. O'LEARY:

2        Q    Well, you said that --

3        A    What's the question?

4        Q    Yeah.  You said that Bob Faye --

5        A    Uh-huh.

6        Q    -- caught the bulk density error.

7        A    Uh-huh.

8        Q    And I asked where you would expect the

9    fact that Bob Faye corrected bulk density to be in

10   the ATSDR reports?

11                   MR. DEAN:  Object to the form.  It's

12             not in the reports.

13       A    Bob density -- Bob Faye corrected the

14   bulk density value and adjusted the distribution

15   coefficient to the observations that he has in his

16   hand, and the result came out to be the same

17   retardation coefficient that you are reporting here.

18   BY MS. O'LEARY:

19       Q    Retardation coefficient or distribution

20   coefficient?

21       A    Retardation coefficient.

22       Q    Do you mean retardation factor?

23                   MR. DEAN:  Objection to the form.

24       A    Retardation factor.  It's the same

25   terminology.

1    BY MS. O'LEARY:

2        Q    So do you have any reason to think that

3    what's listed in the chapter F report as the final

4    calibration value for distribution coefficient -- so

5    0.14 milliliters per gram --

6        A    I assume --

7        Q    -- is wrong?

8        A    -- this -- this -- I have assumed this is

9    the correct number.

10       Q    The zero -- 0.14 milliliters --

11       A    Yeah.

12       Q    -- per gram?

13            Okay.

14       A    Yeah.

15            MR. DEAN:  Object to the form.  The

16            report --

17            MS. O'LEARY:  And --

18            MR. DEAN:  -- is dated

19            February 2008.

20            MS. O'LEARY:  And I'd like to

21            move -- this will be number 40,

22            supplement six from the Hadnot Point

23            reports.

24            It looks like this will be

25            Government Exhibit 11.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 173 of 479

1                    THE WITNESS:  Okay.

2                    (Whereupon, Government's Exhibit Aral

3                    11, Supplement Six from the Hadnot

4                    Point Reports, was marked for

5                    identification.)

6                    THE WITNESS:  Thank you.

7                    MR. DEAN:  Thank you.

8    BY MS. O'LEARY:

9         Q    And Professor Aral, I'd like to go to

10   page S6.14, so 14.

11        A    Say that number again, please?

12        Q    Yeah.  S6.14.  It will be on the

13   bottom --

14        A    Of which page?

15        Q    -- left of the page.

16        A    Okay.

17        Q    Yeah.  The page numbers start S6 on all

18   of them.

19        A    Yeah.  One, four.

20             Yeah.

21        Q    Okay.  So there's a section labeled

22   "Sorption."  Under that it says, "Sorption in the

23   HP, HB study area is assumed to be similar to

24   sorption in the TT study area of USMCB Camp Lejeune

25   described in Faye 2008."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 174 of 479

1            "Sorption processes, i.e. adsorption and
2    absorption for HPIA and HPLF models were represented
3    in MT3DMS by using a linear isotherm sorption model.
4    The input data required to simulate sorption
5    included porosity, distribution coefficient, and
6    soil bulk density.  Constant values were assigned to
7    the aforementioned model parameters throughout the
8    model owing to the lack of site-specific field data.
9    MT3DMS uses values assigned to porosity,
10   distribution coefficient, and soil bulk density to
11   compute a retardation factor."
12            And then we'll stop there.
13            So Processor Aral, do you agree that data
14   sorption in MT3DMS -- or excuse me.  Let me back
15   that up.
16            Do you agree that MT3DMS was used in both
17   Tarawa Terrace and Hadnot Point/Holcomb Boulevard
18   water models?
19       A    Can you repeat that --
20       Q    Yeah.
21       A    -- question louder, please.
22       Q    Was --
23                MS. BAUGHMAN:  Actually, if you
24            don't mind, I meant to put something on
25            the record about that.

                          Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 175 of 479

```
 1              We -- we talked to Dr. Aral at the
 2         break about the fact that he can't hear
 3         you.  And he's guessing at what you are
 4         asking him often because he feels he
 5         doesn't feel comfortable continuously
 6         asking you to raise your voice.
 7              So you are risking having a record
 8         that is not reliable and I'm -- I'm --
 9         I'm putting you on notice right now:  If
10         you don't raise your voice, he can't hear
11         you.  He doesn't feel comfortable
12         continuously asking you so you need to
13         raise your voice.
14              You are not -- when we ask you to
15         raise your voice, you are just repeating
16         the question and not making it louder.
17    BY MS. O'LEARY:
18         Q    Professor Aral, are you uncomfortable
19    asking me to speak more loudly?
20         A    Yes, I am.
21         Q    Okay.  Why?
22         A    Because I'm a person of certain values
23    and standards.  I cannot keep asking the same
24    question to the person I'm talking to.
25              I expect that person to respond to my
```

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 176 of 479

Page 177

1  question in the first time that they hear the
2  question.
3      Q    Well, if you can't understand me, please
4  ask me to speak louder.
5      A    Well, you may say that but I have a
6  personality that doesn't allow me to do that.
7      Q    So --
8           MS. BAUGHMAN:  So our request is
9           that you continuously raise your voice.
10 BY MS. O'LEARY:
11     Q    Professor Aral, do you agree that the
12 MT3DMS was used in both the Tarawa Terrace and
13 Hadnot Point/Holcomb Boulevard water models?
14     A    That's correct.
15     Q    And do you agree that MT3DMS uses input
16 values related to porosity, distribution
17 coefficient, and soil bulk density?
18     A    Yeah.
19     Q    And do you agree, based on what it says
20 here on page S6.14, that the ATSDR concluded that
21 sorption in the Hadnot Point/Holcomb Boulevard study
22 area was similar to sorption in the Tarawa Terrace
23 study area?
24     A    That's what it says.
25     Q    And do you agree that MT3DMS is a model

Golkow Technologies,

877-370-3377      A Veritext Division      www.veritext.com

Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 177 of 479

1    that is trying to simulate sorption?
2        A    I have not used MT3DMS lately so I don't
3    remember the details of the input parameters on it.
4        Q    I mean, the input parameters of porosity,
5    distribution coefficient, and soil bulk density
6    are -- are in what we just --
7        A    Yeah.  But --
8        Q    -- read.
9        A    -- you are talking about sorption.
10       Q    Right.
11       A    You asked that.
12       Q    But those input parameters relate to
13   sorption, don't they?
14       A    Adsorption and sorption is the same
15   thing?  I don't think so.
16       Q    Well, what is the difference?
17            Aren't they both two examples of
18   sorption?
19       A    No, it's not.
20       Q    How are they different?
21       A    One of it is absorption into the soil --
22       Q    Uh-huh.
23       A    -- particles, the other one is
24   absorption -- sorption onto the surface of soil
25   particles.  There's a big difference.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 178 of 479

1      Q      Okay.  But for -- does MT3DMS model both?

2      A      That's what I said, I have not used

3   MT3DMS lately.  So if there's a distinction between

4   adsorption and sorption --

5      Q      Uh-huh.

6      A      -- whether it addresses that, I don't

7   remember that.

8      Q      But what does that have to do with

9   porosity or distribution coefficients or soil bulk

10  density and whether those would be similar at Tarawa

11  Terrace and Hadnot Point --

12     A      That's correct.

13     Q      -- Holcomb Boulevard?

14     A      But those refer to retardation

15  coefficient evaluation, not sorption.

16     Q      Isn't the retardation factor trying to be

17  a way to account for --

18     A      It --

19     Q      -- sorption?

20     A      No.  It accounts for adsorption.

21     Q      Right.

22     A      Uh-huh.

23     Q      Okay.  Did you -- why would -- or, sorry.

24            Going on -- still on page S6.14 at the

25  top of the column on the right --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 179 of 479

1        A      Okay.

2        Q      -- it says, "Typically, KD values are
3    calculated based on laboratory scale experimental
4    data that quantify partitioning behavior for a
5    chemical in simple systems, e.g. octanol water in
6    field data are estimates, for the amount of organic
7    material present in the soil or aquifer material of
8    interest.

9            "Model specific KD values for benzene,
10   0.11 liter per kilogram; TCE 0.15 liters per
11   kilogram; and PCE, 0.3 liters per kilogram were
12   derived by using partitioning data for each
13   chemical.  An assumed value of 0.002 for the site
14   specific organic carbon fraction of aquifer material
15   and refinement during the model calibration process.
16   Final model-specific KD values are well within the
17   range of values calculated for multiple sources of
18   partitioning data."

19           So do you agree that in the calibrated
20   model for Hadnot Point, the ATSDR used 0.3 liters
21   per kilogram for PCE?

22       A      This is what this report indicates.
23   That's --

24       Q      Do you have any --

25       A      -- correct.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 180 of 479

1      Q      -- reason to think that's incorrect?

2             I'm sorry, I -- I interrupted you.  What

3      were you saying?

4      A      Do I have any -- do I have any reason to

5      believe that these numbers are incorrect?

6      Q      Are not what the ATSDR used in the Hadnot

7      Point model.

8      A      Well, they -- they say that they have

9      used it.  I haven't written this report so they must

10     have used it.

11     Q      Okay.  Is 0.3 liters per kilogram

12     equivalent to 0.3 milliliters per gram?

13     A      I have no idea.

14     Q      You don't know?

15     A      No, not on the top of my head.  I need a

16     calculator, maybe a computer to do -- to evaluate

17     that.

18     Q      Aren't there one thousand milliliters in

19     a liter and one thousand grams in a kilogram?

20     A      I'm so tired.  I can't do that off the

21     top of my head.

22     Q      Okay.  And do you know why the ATSDR

23     decided to use a different distribution coefficient

24     in Hadnot Point than what they had used in Tarawa

25     Terrace, even though they had said they assumed

1    similar sorption?

2                    MR. DEAN:   Object to form.

3        A      Again, you are using sorption instead of

4    adsorption.

5    BY MS. O'LEARY:

6        Q      Uh-huh.

7        A      Sorption is a different process.

8               I don't know what you are referring to in

9    terms of KD values referring to sorption.

10       Q      Well, why did the ATSDR mention in this

11   section on sorption --

12       A      I --

13       Q      -- and KD values that they felt the

14   sorption in the two study areas was similar?

15       A      I have not written this report so I will

16   not be able to answer that.

17       Q      Okay.  Can we go back to the Tarawa

18   Terrace chapter A report which is Government Exhibit

19   3 and go to page A41.

20                    (Whereupon, there was a discussion

21                    off the record.)

22   BY MS. O'LEARY:

23       Q      Okay.  Were you involved in the analysis

24   of degradation by-products in the Tarawa Terrace

25   model?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 182 of 479

1    A    Yes.  I was involved in the use of

2  TechFlowMP model in degradation by-products.

3    Q    Okay.  In page A41, in the column on the

4  right near the top -- this actually starts the

5  fourth line from the top -- there's a sentence that

6  says, "The biodegradation rate was determined from

7  field data and the calibration process."

8         Do you see that?

9    A    Yeah.

10    Q    Does that match your understanding of how

11  the biodegradation rate was determined in Tarawa

12  Terrace?

13    A    It was a calibration parameter,

14  definitely.  Probably we have started with some

15  initial values that we expected to see in the soils

16  of Camp Lejeune as a generic database.

17         So that's the starting point.

18    Q    What do you mean from a "generic

19  database"?

20    A    Well, for example, there's a

21  characterization of the aquifers in the Camp

22  Lejeune.  Different soil types has different values

23  for these parameters.  Probably we used those soil

24  types to come up with the generic values that we

25  started with, then calibration parameter takes

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 183 of 479

1    precedence and adjusts itself.

2        Q    When you say "generic values," do you

3    mean from measurements at the site or from, like,

4    literature reference values?

5        A    Its says here "biodegradation rate was

6    determined from field data."  So there must be some

7    field data that we have used in that.

8        Q    That would mean from Camp Lejeune?

9        A    Yeah.

10       Q    Okay.  And --

11       A    That's what I understand.

12       Q    And then if you could go to the Tarawa

13   Terrace chapter F report, which is Government

14   Exhibit 9, and to page F28?

15       A    Yes.

16       Q    And there's a column on the right, and it

17   says, "Biodegradation."

18            Do you see that?

19            That -- there's a label in the column on

20   the right --

21       A    Uh-huh.

22       Q    -- that says, "Biodegradation."  And then

23   there are some, like, values listed.  And I want

24   to turn --

25       A    Can you show me on that?

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 184 of 479

1    Q    Yeah.

2    A    Oh.

3    Q    So here's biodegradation and then can you

4    look at --

5    A    What did you say, F20 or F28?

6    Q    F28.

7    A    Okay.

8         Yeah.  Okay.

9    Q    Okay.  So in that biodegradation section,

10   the -- the last paragraph.

11   A    Yeah.

12   Q    Okay.  So there it says, "The PCE

13   concentrations at water supply well TT-26 on

14   September 25, 1985, and July 11, 1991, were 1100 and

15   350 micrograms per liter, respectively.  And the

16   elapsed time was 2,151 days.  Applying these data to

17   equation three yields a degradation rate of 0.00053

18   per day."

19        Do you see that section?

20   A    Uh-huh.

21   Q    Okay.  And so trying to relate what we

22   just read in this chapter F to what we just saw in

23   chapter A about field data for biodegradation rate,

24   am I understanding then that these measurements at

25   TT-26, the September 25th, 1985 and July 11th, 1991,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 185 of 479

1    those are the field data where ATSDR started with to

2    calculate biodegradation rate?

3          A       Probably, yeah.

4          Q       Okay.  Do you see anything in here

5    describing a calibration process where that was

6    refined?

7                       MR. DEAN:  Object to the form.

8          A       In reference to this?

9    BY MS. O'LEARY:

10         Q       To the biodegradation rate.

11         A       In reference to the MT3DMS application or

12   TechFlowMP application?

13         Q       Well, as I look at chapter F, page F28, I

14   don't see any dis- -- reference to whether it's

15   MT3DMS or TechFlowMP or both.

16         A       Yes --

17         Q       It's just saying --

18         A       -- exactly.  But this report that you are

19   showing me, chapter F, is PCE analysis coming from

20   MT3DMS.

21         Q       Uh-huh.

22         A       You started your questioning by asking me

23   biodegradation rates of TechFlowMP, now you are

24   showing me chapter F --

25         Q       Yeah.

1    A    -- again, which is MT3DMS analysis.

2         Are you asking me whether we have used

3    these numbers in TechFlowMP, or what is the question

4    here?

5    Q    I mean, that is an eventual question,

6    yes.  Did you --

7    A    Okay.

8    Q    -- use the same --

9    A    Can you repeat that question to me now?

10   Q    Did you also use degradation rate of

11   0.00053 per day in TechFlowMP?

12   A    That --

13              MR. DEAN:  Object to the form.

14   A    -- that could be the starting point but

15   it's a calibration parameter, altogether.

16   BY MS. O'LEARY:

17   Q    Was that the value in the calibrated

18   model of TechFlowMP?

19   A    I remember biodegradation rates.

20   Probably it was, yes.

21   Q    Okay.

22   A    Probably.  I'm not sure.

23   Q    And still on page F28, going -- is it --

24   it spans F28 to F29.

25   A    Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 187 of 479

1      Q     So after the sentence I already read, it
2   says, "Potentiom metric levels shown in figures F7
3   and F8 indicate that while TT-26 is located on a
4   direct advective pathway from ABC One-Hour Cleaners.
5   This PCE mass migrates down gradiant toward and away
6   from well TT-26.  To the extent that migration of
7   PCE mass toward and away from well TT-26 occurred at
8   about equal rates from 1985 to 1991, the computed
9   degradation rate of 0.00053 per day approximates a
10  long term average degradation rate.  On the other
11  hand, if a significant quantity of the PCE degraded
12  in the vicinity of well TT-26 was replaced by
13  advection, then the degradation rate computed using
14  equation three is probably a minimum rate."
15             Do you agree?
16                  MR. DEAN:  Object to the form.
17       A     This --
18                  MR. DEAN:  Does he agree -- hold on
19             a second.
20                  Object to the form.  We agree you
21             read the paragraph correctly but you
22             continue to read to him a -- a report
23             that he did not participate in --
24                  MS. O'LEARY:  Yeah.
25                  THE WITNESS:  Right.

Golkow Technologies,
877-370-3377            A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 188 of 479

1           MS. O'LEARY:  No, I under-

2           MR. DEAN:  -- nor did he author.

3           MS. O'LEARY:  I understand that.

4    BY MS. O'LEARY:

5        Q    My question is, do you agree with what

6    this report says that that biodegradation rate --

7        A    This report --

8        Q    -- would repre- -- would represent a

9    minimum rate if -- if --

10          MR. DEAN:  Objection.

11   BY MS. O'LEARY:

12       Q    -- travel to and from TT-26 aren't the

13   same?

14          MR. DEAN:  Object to form.

15       A    This report talks about what they have

16   done or Bob Faye has done --

17   BY MS. O'LEARY:

18       Q    Okay.

19       A    -- on application of MT3DMS.

20       Q    Right.

21       A    I don't know anything about that.  I

22   wasn't a part of that modeling.  I didn't write this

23   report.

24          I'm on the record for that.

25       Q    I understand that, Professor Aral.  You

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 189 of 479

1   did, however, do the TechFlowMP --

2        A     That's correct.

3        Q     -- analysis and that also involved a

4   biodegradation rate --

5        A     That's correct.

6        Q     -- correct?

7              And you said you think you did use the

8   same biodegradation rate.

9                    MR. DEAN:  Object to form.

10       A     I said it was a calibration parameter, as

11  far as I recollect.

12  BY MS. O'LEARY:

13       Q     Well, what value did you use at

14  TechFlowMP?

15       A     It must be in our reports.  I --

16       Q     Okay.

17       A     -- don't have it here --

18       Q     Right.

19       A     -- on the top of my mind.

20       Q     So --

21       A     Yeah.

22       Q     -- would you agree with the concept

23  that's described in what I just read about flow --

24       A     I --

25       Q     -- towards and away from TT-26

```
 1   affecting --
 2        A    I --
 3        Q    -- whether this biodegradation --
 4        A    I'm going to --
 5        Q    -- rate --
 6                   MR. DEAN:  Objection to form.
 7                   MS. O'LEARY:  Excuse me, can I
 8             finish my question?
 9                   MR. DEAN:  Sure.
10   BY MS. O'LEARY:
11        Q    -- whether that bio- --
12                   MS. BAUGHMAN:  Dr. Aral, make sure
13             you let her finish the question before
14             you answer, okay?
15                   THE WITNESS:  Yeah.
16   BY MS. O'LEARY:
17        Q    Okay.  So to rephrase, do you agree that
18   flow towards and away from TT-26 is not about the
19   same for -- for PCE and its degradation products,
20   then the calculation that was apparently used to
21   come up with 0.00053 would likely represent a
22   minimum rate of biodegradation at TT-26?
23                   MR. DEAN:  Object to form.
24        A    I -- I -- you know, you are making
25   statements, like minimum or maximum, without any
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 191 of 479

1    value -- evaluation of what it is, okay?

2              I will not answer that question whether

3    it was a minimum for this application.  It could

4    have been a different value for the TechFlow --

5    TechFlowMP application.  So I cannot answer

6    questions related to another chapter and refer my

7    answers to a chapter which is written by me on

8    TechFlowMP.

9    BY MS. O'LEARY:

10        Q      Yeah.

11        A      So these two models are totally

12   different.

13        Q      No, I -- I under- --

14        A      You cannot -- you cannot compare the

15   values used, the initial values used, whether it was

16   a calibration outcome at the end or not.  Those are

17   totally different questions.

18              If you ask me what TechFlowMP does, how

19   does it do it, I'm ready to answer it.  But I'm not

20   going to answer somebody else's report, somebody

21   else's model right now.

22        Q      So my question is not about MT3DMS and

23   it's not --

24        A      But you started with that.

25        Q      This is in a chapter about that but

Golkow Technologies,
877-370-3377               A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 192 of 479

1   that's not my question, right?

2       A    Okay.

3       Q    My question is about the science

4   expressed in this sentence, right?

5           This is not about what MT3D- -- -DMS

6   does.  It's a statement about how actual movement

7   would affect biodegradation rate measurement

8   calculation.  That's not MT3DMS.  It's about inputs

9   that go into both MT3DMS and TechFlow.

10          So my question is:  Do you agree with the

11  scientific statement here about how different rates

12  traveling of contaminants towards and away from

13  TT-26 would impact whether the way this describes

14  calculating a biodegradation rate is accurate?

15              MR. DEAN:  Object to the form.

16      A    The moment of contaminants from A to B

17  doesn't imply or doesn't involve the calculation of

18  biodegradation rates.  The --

19  BY MS. O'LEARY:

20      Q    Sure.

21      A    -- biodegradation rates starts the

22  calculation.  The calculation ends up with the

23  moment of the contaminants in the aquifer based on

24  that input data, not vice versa.  The flow doesn't

25  determine the biodegradation rates.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 193 of 479

1          Your question is totally out of
2    scientific base.
3         Q    Why?
4         A    I explained to you.  You are saying
5    moment of contaminants in the aquifer determines the
6    biodegradation rate.  I'm saying --
7         Q    No, that's not what I'm saying.
8                   MR. DEAN:  Object to the form.
9                   Please let him finish his answer.
10                  THE WITNESS:  Okay.
11                  MS. O'LEARY:  Go ahead.
12        A    That's what I understood.
13             And then you are saying the
14   biodegradation rates are determined based on the
15   flow.  That's not correct.
16   BY MS. O'LEARY:
17        Q    No.  What this says on page --
18        A    Can you repeat what --
19        Q    -- on F28 --
20        A    -- it says?
21        Q    Yeah.
22             What it says on F28 --
23        A    Yeah.
24        Q    -- is that, "Potentiom metric levels
25   shown on figures F7 and F8" --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 194 of 479

1           A       Uh-huh.

2           Q       -- "indicate that while TT-26 is located

3     on a direct advective pathway from ABC One-Hour

4     Cleaners" --

5           A       Yeah.

6           Q       -- "thus PCE mass migrates downgradient

7     toward and away from well TT-26.  To the extent that

8     migration of PCE mass toward and away from well

9     TT-26 occurred at about equal rates from 1985 to

10    1991, the computed degradation rate of 0.00053 per

11    day approximates a long term average degradation

12    rate."

13                Do you agree with that?

14                    MR. DEAN:  I'm going to object to

15                the form of the question.  I'm going to

16                instruct the witness -- no, I'm not.

17                    You've asked the same question now

18                five times.  You are getting to the point

19                of badgering the witness, okay?

20                    MS. O'LEARY:  Excuse me.

21                    MR. DEAN:  No.

22                    MS. O'LEARY:  Let me continue.

23                    MR. DEAN:  No.  No.  We are not --

24                    MS. O'LEARY:  No.  You are limited

25                to form and foun- and foundation.  Let's

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 195 of 479

1          continue.
2                MR. DEAN:  No.  But I'm going to
3          protect the witness from -- from you
4          harassing him.  You are reading to him a
5          report he had nothing to do with and you
6          know that --
7                MS. O'LEARY:  Mister --
8                MR. DEAN:  -- and he's already told
9          you --
10               MS. O'LEARY:  Mr. Dean, let's
11         continue --
12               MR. DEAN:  Let me finish.  Let me
13         finish.
14               MS. O'LEARY:  Let's go off the
15         record and we can talk for a few minutes.
16               MR. DEAN:  No, we don't -- I don't
17         want it off the record.  I want this on
18         the record --
19               MS. O'LEARY:  Let's go off the
20         record.
21               MR. DEAN:  -- so the Court can
22         read --
23               MS. O'LEARY:  Thank you.
24               MS. BAUGHMAN:  We are not agree to
25         go off the record.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 196 of 479

```
 1                    MR. DEAN:  I want the Court to read
 2            it.
 3                    MS. O'LEARY:  Well, then please stop
 4            interrupting.
 5                    MR. DEAN:  I'm not interrupting.
 6   BY MS. O'LEARY:
 7        Q    So Professor Aral, did you understand
 8   when I reread?
 9            My question is do you agree --
10                    MR. DEAN:  Asked and answered.  Move
11            on.
12                    MS. O'LEARY:  No.
13   BY MS. O'LEARY:
14        Q    Do you agree?
15        A    Repeat the question --
16        Q    Yeah.
17        A    -- please?
18                    MR. DEAN:  It's the same question
19            she's asked five, six -- eight times now.
20                    MS. O'LEARY:  Evidently, he's not
21            clear on what it is, so --
22   BY MS. O'LEARY:
23        Q    Figures F7 and F8 indicate that, "While
24   TT-26 is located on a direct advective pathway from
25   ABC One-Hour Cleaners" --
```

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 197 of 479

 1                    (Whereupon, the court reporter

 2                    requests clarification.)

 3      BY MS. O'LEARY:

 4           Q      Okay.

 5                  -- "thus PCE" --

 6                        MS. BAUGHMAN:   And you need to speak

 7                  louder.

 8      BY MS. O'LEARY:

 9           Q      -- "thus PCE mass migrates downgradient

10      toward and away from well TT-26."

11           A      That's correct.

12           Q      "To the extent that migration of PCE mass

13      toward and away from well TT-26 occurred at about

14      equal rates from 1995 to 1991, the computed

15      degradation rate of 0.00053 per day approximates a

16      long-term average degradation rate."

17                  Do you agree with that?

18                        MR. DEAN:   Object to the form --

19           A      See the --

20                        MR. DEAN:   -- of the question.

21           A      -- the point that I don't agree is that

22      computed biodegradation rate statement written in

23      that report is not correct..

24                  Biodegradation rate was evaluated

25      first -- I mean, that reads like the water

                        Golkow Technologies,
877-370-3377            A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 198 of 479

1   contaminant moment determines, somehow, the
2   biodegradation rates.  The computed -- computed
3   refers to the modeling computation.
4           If it refers to the computed
5   biodegradation rate first as database and that
6   database being used in the model results in that
7   contaminant plume, that's a correct answer.
8           But that computed implies to me that the
9   biodegradation rate was computed based on what the
10  model results predicted.
11  BY MS. O'LEARY:
12      Q    What if it --
13      A    That --
14               MS. BAUGHMAN:  Wait.
15      A    -- I don't understand.
16  BY MS. O'LEARY:
17      Q    Okay.  What if it's referring to the two
18  measurements at TT-26?
19               MR. DEAN:  Object to --
20  BY MS. O'LEARY:
21      Q    -- in the two points in time.  So we are
22  talking about September 1985 and July 1991.
23           If that's what the computed means, then
24  do you agree?
25               MR. DEAN:  Object to the form of the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 199 of 479

1              yes.  You are asking him to speculate on
2              a report he did not prepare what that
3              intended sentence means.
4      A     Okay.  If the -- if the computed
5  biodegradation rate that was reported in a chapter F
6  report, that I have no contribution to, is used in
7  the MT3DMS model which resulted in the migration of
8  the contaminants from ABC Cleaners towards the TT-26
9  plumping route, that's the correct definition.
10 That's correct.  I agree with that.
11 BY MS. O'LEARY:
12     Q     Okay.  So would you agree then that on
13 the other hand, if a significant quantity of the PCE
14 degraded in the vicinity of well TT-26 was replaced
15 by advection, then that degradation rate computed,
16 using equation three which is on F28, is probably a
17 minimum rate?
18              MR. DEAN:  Object to the form of the
19              question.
20     A     What does -- what does advection got to
21 do with the biodegradation rate?  Can you tell me
22 that?
23 BY MS. O'LEARY:
24     Q     Isn't it talking about how fast the
25 different PCE and its by-products are moving --

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 200 of 479

1       A       But --

2       Q       -- up and downstream?

3       A       But your statements are not

4   scientifically correct.  Please correct your

5   question so that I can answer properly.

6       Q       What doesn't make sense in my question?

7       A       You are associating advection in an

8   aquifer --

9       Q       Uh-huh.

10      A       -- with biodegradation rate.  It has

11  nothing to do with that.

12      Q       I'm not trying to associate

13  biodegradation with an advection rate.  I'm trying

14  to talk about the effect of two data points that

15  were used for calculating a biodegradation point.

16  Do you appreciate the difference?

17      A       That is a totally different application

18  of the equation three that we have seen in this

19  report.

20              If you are trying to calibrate a

21  biodegradation rate based on some observed

22  contaminant migration, not simulation --

23      Q       Right.

24      A       -- then that's fine.

25      Q       Okay.  So that is what I mean.  Not a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 201 of 479

1  simulation --

2       A     Okay.

3       Q     -- I mean calculation from observed data.

4       A     Yeah.  But where is that observed data

5  coming from?

6       Q     Well, it -- it says here in chapter F

7  that there were measurements in September 1985 --

8       A     Okay.

9       Q     -- and --

10      A     So there's --

11      Q     -- "Jaloo" 1991 --

12      A     -- field study --

13      Q     Right.

14      A     -- which looked at -- so your question

15  were not complete for me to answer that.

16            So let's start with the beginning.  They

17 have made -- ATSDR has made field studies --

18      Q     Uh-huh.

19      A     -- is that correct?

20            I mean, I'm not --

21      Q     Well, there --

22      A     -- supposed to start this discussion

23 but --

24      Q     They are -- they are reporting the two

25 values; right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 202 of 479

```
 1              They are reporting September --
 2       A     Is that --
 3       Q     -- 25, 1985 --
 4       A     -- field study?
 5       Q     It is what ATSDR is reporting from the
 6  field.
 7       A     So you don't know what --
 8              MR. DEAN:  Object to the form.
 9       A     -- the chapter F is saying --
10              MR. DEAN:  Mischaracterizes --
11       A     -- I don't know what chapter F is saying,
12  so why are we discussing this?
13  BY MS. O'LEARY:
14       Q     Well, I wanted to see if you agreed with
15  the scientific conclusion they made based on what
16  they reported on data.
17       A     If there's an independent field study
18  that ATSDR has conducted to determine the
19  biodegradation rate, independent of MT3DMS --
20       Q     Sure.
21       A     -- simulations, I accept that.
22       Q     Okay.  So then do you similarly accept
23  what the ATSDR says about if, on the other hand, a
24  significant quantity of the PCE degraded in the
25  vicinity of well TT-26 was replaced by advection,
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 203 of 479

1    then the degradation rate computed using equation
2    three is probably a minimum rate?
3                    MR. DEAN:  Objection to the form of
4               the question.  Asked and answered 50
5               times.
6         A    I -- I have no idea who wrote -- I mean,
7    I know who wrote this report.  I didn't write it so
8    I have no idea what this is all about.
9    BY MS. O'LEARY:
10        Q    Okay.  And do you agree that if you have
11   a higher biodegradation rate, that means PCE is
12   going to degrade into TCE, and on, at a faster rate?
13        A    Right.
14        Q    Do you agree that a higher biodegradation
15   rate used in the -- either MT3DMS or TechFlowMP
16   would result in lower PCE concentrations at TT-26?
17        A    As far as I know, MT3DMS application look
18   at -- looked into single species model.
19        Q    I agree.
20        A    Okay.  So why are we referring to MT3DMS
21   in this question?
22        Q    Because my question is just about how a
23   higher biodegradation rate would affect PCE
24   concentrations at TC -- at TT-26?
25        A    It will reduce -- it will be reduced

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 204 of 479

1  compared to non-biodegraded -- -degraded PCE
2  concentrations.
3      Q    Would it be reduced compared to a --
4  using a lower biodegradation rate or would it be
5  increased?
6      A    If you change the parameters of a model,
7  results will change.
8      Q    Yeah.  So if you put in a higher
9  biodegradation rate --
10     A    Yeah.
11     Q    -- are you going to get lower PCE
12  concentrations --
13     A    That's correct.
14     Q    -- at TT-26?
15     A    That's correct.
16     Q    And do you agree that lower PCE
17  concentrations at TT-26 would result in lower PCE
18  concentrations entering the Tarawa Terrace Water
19  Treatment Plant?
20     A    TT-26 is the main supplier of the
21  contaminants, so if it is lowered, water treatment
22  entry values will be lowered.
23     Q    Okay.
24              MS. O'LEARY:  Can we pull 28?
25              Actually, nevermind.  We'll skip

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 205 of 479

 1            that.
 2     BY MS. O'LEARY:
 3         Q    When you were doing the TechFlowMP model,
 4     did you run it using other biodegradation rates
 5     besides the 0.00053?
 6         A    In different applications we have used
 7     many different parameters.
 8         Q    I mean in the Tarawa Terrace model.
 9         A    We have used what we have reported.
10         Q    Okay.  Thank --
11         A    I don't remember that number out of my
12     mind.
13                  MS. O'LEARY:  Then can we get 20- --
14         A    Besides, remember that it's a calibration
15     parameter.
16     BY MS. O'LEARY:
17         Q    Uh-huh.
18                  MS. BAUGHMAN:  What exhibit number
19             is this?
20                  MS. O'LEARY:  This is Exhibit 12.
21                  (Whereupon, Government's Exhibit Aral
22                  12, E-mail Chain, was marked for
23                  identification.)
24     BY MS. O'LEARY:
25         Q    Okay.  So Professor Aral, I'm handing you

                    Golkow Technologies,
877-370-3377            A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 206 of 479

1    Exhibit 12.  It appears to be an e-mail -- a chain
2    of e-mails.
3              I'd like to start at the one that starts
4    in the middle of the first page where it says, "From
5    Morris Maslia."
6              Do you see that?
7        A    Yeah.
8        Q    Okay.  As you look at the part of this
9    thread that starts at the second half of 12 at --
10   from Morris Maslia and continues onto the second
11   page --
12       A    Uh-huh.
13       Q     It says, To Jason Sauntner (phonetic),
14   Renee Sorresoto (phonetic), Amy Krueger (phonetic),
15   to -- and e-mails, one of which is
16   Mustafa.Aral@ce.gatech.edu?
17       A    Uh-huh.
18       Q    Is that your e-mail address?
19       A    Yes.
20       Q    And do you recall receiving this e-mail?
21       A    Yes.
22       Q    Okay.  And did you discuss this e-mail
23   with Morris Maslia ever?
24       A    Discuss?
25       Q    Yes.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 207 of 479

1       A       Yes.

2       Q       Okay.  Did you ever discuss it with

3   Robert Faye, Rob Faye?

4       A       Uh-huh.  Oh, did I --

5       Q       Did you discuss this --

6       A       No.

7       Q       No?  Other than Morris Maslia, have you

8   disc- -- did you ever discuss this e-mail with

9   anyone else during the --

10      A       No.

11      Q       -- water modeling?

12      A       No.

13      Q       Okay.  And the e-mail says in the first

14  paragraph, "In this particular case, there is

15  apparently a discrepancy on the value of the

16  biodegradation rate for PCE 0.006 per day and 0.004

17  per day."

18      A       Uh-huh.

19      Q       And do you recall that discrepancy in

20  biodegradation rate for PCE?

21      A       This wasn't a discrepancy.  This was a

22  factual -- fact finding.  We are using two different

23  models.

24      Q       Uh-huh.

25      A       One is MT3DMS model and the other one is

GolKow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 208 of 479

1    using TechFlowMP model.

2            It is normal to two different models

3    calibrate to two different constants which is

4    differing from one another in the order of 0.0001

5    per day.

6        Q    Uh-huh.

7        A    And then the issue becomes the leader of

8    the group, which is Morris Maslia --

9        Q    Uh-huh.

10       A    -- who wants to go with a uniform

11   constant to be used in both models.  And since these

12   two numbers are not significantly different --

13       Q    Uh-huh.

14       A    -- from another, he made that decision

15   that a mid-value should be used and I agreed with

16   that.

17           I'm sure what -- I'm sure Bob Faye agreed

18   with that as well.

19       Q    Okay.  So then in the e-mail, the -- in

20   the numbered list number one says, "Fate and

21   transport results provided using the MT3DMS model,

22   we'll use a biodegradation rate of 0.0005 per day."

23           Do you agree that is what happened?

24       A    Which one are you referring to?

25                   MR. DEAN:  He's read- -- she's

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 209 of 479

1            reading number one.

2       A    Okay.  Number one.

3  BY MS. O'LEARY:

4       Q    Yeah.

5       A    MT3DMS, I think it's using -- see, one

6  number is -- ends with a four, the other one with a

7  six, so the average was five.  Could that be a --

8       Q    No, my question is just:  Is 0.0005 what

9  was used in --

10      A    Yeah.

11      Q    -- MT3DMS?

12      A    At the end, yes.

13      Q    Okay.

14      A    Of course.

15      Q    And is that what was used in TechFlowMP

16 as well?

17      A    Exactly.

18      Q    Okay.  And if we are back in the first

19 paragraph --

20      A    Uh-huh.

21      Q    -- of the part from Morris Maslia?

22      A    Yeah.

23      Q    So the part that begins the middle of

24 page --

25      A    Right.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 210 of 479

1      Q     -- one.

2           I think it's the second sentence says,

3    "In this particular case, there is" -- excuse me,

4    the sentence after that.

5           "There are two different levels of

6    sophistication of models used, MT3DMS versus

7    TechFlowMP" -- that's what you just --

8      A     Exactly.

9      Q     -- said basically; right?

10     A     Yeah.

11     Q     "And a lack of definitive data to compare

12   modeling results attack -- against non-detects

13   ranging from 2-micrograms per liter to 10 micrograms

14   per liter in my opinion do not constitute a

15   definitive standard by which to compare modeling

16   results."

17          Do you agree that there was no definitive

18   data on biodegradation rate?

19               MR. DEAN:  Object to the form.

20     A     I think that was a calibration parameter.

21   That's what I said at the beginning.

22   BY MS. O'LEARY:

23     Q     Does that --

24     A     Even if we started with a certain

25   estimate of a beginning point, it changes based on

1  calibration --

2       Q       Okay.

3       A       -- that we are doing.

4       Q       Does that mean you would agree there was

5  no definitive data on the biodegradation rate?

6                    MR. DEAN:  Object to the form of the

7            question.

8       A       As far as I know, whether there is field

9  data existing or not, I cannot remember it right

10 now --

11 BY MS. O'LEARY:

12      Q       Okay.

13      A       -- but probably not.

14      Q       And then in the e-mail, at number

15 three --

16      A       Number three.

17      Q       Yeah.

18              Actually, excuse me, number four.

19              Number four is, "If you wish to compare

20 simulated results with measured samples including

21 ND, you can do so in a table with four columns:

22 sample location, date, measured value, simulated

23 value detection limit.  You are free to discuss in

24 the text any implications you see from the data, but

25 no other quantitative analyses are to be made.  I'm

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 212 of 479

1  abandoning the use of the geometric bias as I have
2  concluded we just do not have the data to justify
3  its use."
4          And then right after it, it says, "Each
5  report analysis will also provide a graphical
6  comparison such -- such as the one I'm attaching as
7  an example.  I'm providing both tiff and jpeg file
8  formats.  In your respective graphs, you can plot
9  simulated PCE versus time for a specific condition,
10  e.g., calibrated early arrival, late arrival, etc.,
11  and overlay that with the measured data only."
12          A    Uh-huh.
13          Q    And what did you understand as the
14  directions that Morris Maslia was giving in this
15  e-mail bout not making quantitative comparisons
16  using non-detects?
17          A    I -- I will think from five, first of
18  all, he's giving instructions to his team as to use
19  a plot to --
20          Q    Uh-huh.
21          A    -- generate a plot to see how the two
22  results are comparing with each other.
23          In terms of number four, what was your
24  question in reference to that?
25          Q    What were the directions --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 213 of 479

1      A     What direction --

2      Q     -- you were receiving from this about

3   using no quantitative comparisons with non-detects?

4      A     I think he -- Morris is referring to some

5   graphical analysis of the results with or without

6   detects.

7            Other than that, I don't remember the

8   content of this number four.

9      Q     Okay.  Did you understand number five in

10  this list as prohibiting graphical displays that

11  overlaid simulated --

12     A     Yeah.

13     Q     -- concentrations using different

14  biodegradation rates?

15     A     Right.  He's asking different

16  biodegradation rates and plotting the results to --

17     Q     Wasn't he --

18     A     -- compare.

19     Q     Isn't he saying everyone is using 0.0005

20  as their biodegradation rate?

21     A     No, before it gets to that stage --

22     Q     Right.

23     A     -- I think he was suggesting that his

24  team to look into this.

25     Q     How -- how is he suggesting that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 214 of 479

1      A      He's suggesting to abandon -- abandon the
2  other way of comparing the results, which is the --
3  I don't remember what that is now -- the -- some
4  graphical geometric bias representation.
5              So he's suggesting to check the graphical
6  comparison of simulated --
7      Q      Uh-huh.
8      A      -- results in chapter -- in item five and
9  asks to see that comparison.
10     Q      Right.  So in five, the second sentence
11 where it says, "In your respective graphs, you can
12 plot simulated PCE versus time for a specific
13 condition, e.g., calibrated early arrival, late
14 arrival, etc." --
15     A      Uh-huh.
16     Q      -- "and overlay that with the measured
17 data only."
18     A      Yeah.
19     Q      So does that mean you couldn't overlay
20 that with, for example, data from runs of the
21 simulation with --
22     A      I --
23     Q      -- two different --
24     A      I --
25     Q      -- biodegradation rates?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 215 of 479

1      A      I wouldn't answer that question because

2  you are referring to what Morris has said in his

3  position of the leader of this group and you are

4  expecting me to interpret that.  I wouldn't answer

5  that question.

6      Q      Did you make any graphical displays in

7  reports you authored where you showed results of two

8  different biodegradation rates --

9      A      No.

10     Q      -- in the simulated model?

11     A      Even if we did, it didn't appear in a

12  report.  We may have looked at it.

13     Q      Okay.  And when you started calibrating

14  the TechFlowMP model, did you start with the

15  calibrated mass loading rate from MT3DMS, what they

16  had used in that?

17     A      Yeah, starting point was the same.

18     Q      And did you use that starting point in

19  both the unsaturated and saturated zones of

20  TechFlow?

21     A      We discharged that into the unsaturated

22  zone, looked at the volatilization effects.

23     Q      Uh-huh.

24     A      We also considered the soil

25  concentrations and the dilution from the soil

GolkowTechnologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 216 of 479

1    concentrations.

2         Q     Uh-huh.

3         A     That was available data for us, so that

4    brought us to the starting point --

5         Q     Uh-huh.

6         A     -- of the calibration.  So two -- two

7    processes are different.

8         Q     Sure.  And when you started calibrating

9    TechFlowMP, did you start with the biodegradation

10   rate that had come from the calibration of the

11   MT3DMS --

12        A     Probably --

13        Q     -- model?

14        A     -- as a starting point, yes.

15        Q     Sure.  And how did the biodegradation

16   rate change as you calibrated TechFlowMP?

17        A     It must be in the tables that we have

18   written in the reports.

19        Q     Okay.

20        A     I don't remember now.

21        Q     You don't remember?

22        A     Yeah.

23        Q     Is biodegradation in the saturated zone

24   anaerobically driven?

25        A     Yeah.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 217 of 479

```
 1        Q     Is biodegradation in the unsaturated zone
 2   aerobically driven?
 3        A     That's correct.
 4        Q     Okay.  How do they compare?  Is anaerobic
 5   biodegradation, for example, bigger or smaller than
 6   aerobic?
 7        A     Aerobic will be bigger --
 8        Q     And --
 9        A     -- volatilization.
10        Q     Oh, I wanted to ask just specifically
11   about biodegradation.
12        A     Biodegradation.
13        Q     So not losses, but -- but just
14   biodegradation.
15        A     Okay.
16        Q     Is anaerobic -- anaerobically-driven or
17   aerobically-driven biodegradation faster?
18        A     You cannot say "driven" because it
19   depends on the length of the unsaturated zone --
20        Q     Uh-huh.
21        A     -- and then the saturated zone.  The --
22   this is a time-dependent process.
23              How long does it stay in the unsaturated
24   zone is the driver actually.  If you put a
25   contaminant in the unsaturated zone, it passes
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 218 of 479

1    through in --

2         Q     Uh-huh.

3         A     -- seconds.  It will be a different

4    driving mechanism than if it stays there for days,

5    months, etc. --

6         Q     Right.

7         A     -- because of the lower rates of

8    migration.  Of course that will be a different

9    driver.

10        Q     But what if it was in the two zones for

11   the same amount of time?  So if we were comparing

12   apples to apples --

13        A     Uh-huh.

14        Q     -- if we were looking at the same amount

15   of time in saturated and the same amount of time in

16   unsaturated, and so we're looking at aerobically and

17   anaerobically driven?

18        A     Yeah.

19        Q     Which one is faster?

20        A     You are trying to speculate -- me to

21   speculate on that.  I --

22        Q     But I'm wondering if you know?

23        A     No, I'm not going to answer that because

24   I have to run it and see it.

25        Q     So you don't know, like, reference --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 219 of 479

1     A     No.

2     Q     -- scale?

3     A     I don't have a reference in my mind.

4              MS. O'LEARY:  Okay.  Can we look at

5           27, please?

6              (Whereupon, there was a discussion

7           off the record.)

8              MS. BAUGHMAN:  He means by that, be

9           careful to let her finish her question

10          before you answer.

11             COURT REPORTER:  And the answer

12          finish.  There's a lot of overlap.

13             MS. O'LEARY:  Yeah.  You know what,

14          we're actually not going to talk about

15          27.

16  BY MS. O'LEARY:

17    Q     So moving on, I have questions --

18             THE WITNESS:  What is 27?

19             MS. O'LEARY:  It's an e-mail.  But

20          I'm not going to ask you anything about

21          it, so I'm not going to introduce it.

22  BY MS. O'LEARY:

23    Q     So I have questions for you now about

24  pumping schedules at Tarawa Terrace, and I have just

25  some questions for you about the -- the way water

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 220 of 479

1 supply wells work and are maintained.

2           So if I say where a well is screened, do

3 you understand what I'm talking about?

4      A    Uh-huh.

5      Q    What is where a well is screened mean to

6 you?

7      A    That's where the water enters into the

8 well hole.

9      Q    Okay.  And are you familiar with the

10 concept of crusting on a screen from mineral

11 deposits?

12     A    It may happen, yes.

13     Q    Okay.  Does that cause blocking then of

14 the screen?

15     A    The capacity of the well reduces by that.

16     Q    Is that, like, just phys- -- you know,

17 basic physics?  You get blocks --

18     A    It's not physics.

19     Q    -- from the minerals?

20     A    It's a natural process.

21     Q    Isn't everything physics in basis?

22     A    Not really.

23     Q    Not really?

24          Do you -- are you familiar with issue

25 with wells being -- blockage of the screen from the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 221 of 479

1    growth of algae or bacteria?

2         A    Yeah.

3         Q    And what -- well, you've already answered

4    for the mineral crusting.

5              You said that that reduces well capacity;

6    is that right?

7         A    Right.

8         Q    Does blockage of a screen from algae or

9    bacteria growth also lessen well capacity?

10        A    Of course, yes.

11        Q    And how -- is it possible to try and fix

12   mineral crusting that has happened on a -- on a well

13   screen?

14        A    You mean reduce that well capacity

15   reduction?

16        Q    Well --

17        A    What --

18        Q    -- reduce the crusting to try and

19   increase capacity?

20        A    I don't think so.  I mean, you can

21   reflush the well just to flush out the accumulated

22   amounts in there and then restart pumping.

23        Q    Okay.

24        A    That's a way of --

25        Q    And is --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 222 of 479

1          A      -- treating the problem.

2          Q      Okay.  So you can treat the problem by,

3    you said, flushing?

4          A      Yeah.

5          Q      Okay.  Can you -- what if you are dealing

6    with -- or can you in- -- inject with, like, an acid

7    to try and remove a mineral crust?

8          A      That's not within my expertise --

9          Q      Okay.

10         A      -- area.  That's a field study

11   application.

12         Q      And what about, like, the algae or

13   bac- -- bacteria that are blocking a screen, can you

14   try and fix that?

15         A      That's also not in my expertise area.

16         Q      Okay.  If -- for the flushing that you

17   mentioned --

18         A      Yeah.

19         Q      -- how long does that take to do?

20         A      That's not in my expertise area.

21         Q      Okay.  How are the pumps in -- in water

22   supply wells, how are they cooled?

23         A      How are they what?

24         Q      Cooled?

25         A      Cooled?

1     Q     Yeah.  The pumps themselves?

2     A     I have no idea.  I mean, that's a field

3  study.

4     Q     Okay.

5           MS. O'LEARY:  Can we pull

6          number one, please?

7          (Whereupon, there was a discussion

8          off the record.)

9           MS. O'LEARY:  All right.  This will

10         be Government Exhibit 13, Professor Aral.

11         (Whereupon, Government's Exhibit Aral

12         13, Excerpt from Expert Panel

13         Transcript from March 28, 2005, was

14         marked for identification.)

15          THE WITNESS:  Uh-huh.

16  BY MS. O'LEARY:

17     Q     And this is an excerpt from an expert

18  panel transcript from March 28th, 2005.

19         Are you familiar with this expert panel?

20     A     Yeah.  I have attended some, too;

21  probably most of them.

22     Q     Okay.  And this panel was reviewing water

23  modeling efforts of ATSDR at Camp Lejeune; right?

24     A     That's what it says, yeah.

25     Q     Okay.  So can you go to -- it will be

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 224 of 479

1    marked as page 140?

2         A     What?

3         Q     It should say 140 in the top right

4    corner.

5         A     I have three pages in mine.

6         Q     But one of them should be 140?

7         A     Oh, okay.

8                    MS. BAUGHMAN:  That --

9         A     Yeah, okay.

10                   MS. O'LEARY:  Yeah.

11        A     Yeah.

12   BY MS. O'LEARY:

13        Q     Okay.  So on that page, starting at

14   line nine, there's something from Dr. Walski.

15              Do you know who Dr. Walski is?

16        A     Yeah, I know him.

17        Q     Was he a member of this expert panel?

18        A     Yes.

19        Q     Okay.  And there's also -- it mentions a

20   Mr. Faye.

21              Is that the same Bob Faye?

22        A     I assume so, yeah.

23        Q     Okay.  So at line nine, it says

24   Dr. Walski said, "The fraction -- the fraction of

25   the time was 26 on.  Is it run, like, 80 percent of

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 225 of 479

1   the time or did it run 70 percent of time on

2   average?"

3             And Mr. Faye said, "That I really don't

4   know, Tom.  All I know that it probably rotated."

5             And Dr. Walski said, "Okay.  So --"

6             And Mr. Faye said, "And so didn't run a

7   hundred percent of the time."

8             And you -- you mentioned that you had

9   been at this panel; is that correct?

10       A     That doesn't mean that I understand what

11  they are talking about.

12       Q     Well, would you -- you don't know what

13  they are talking about?

14       A     No, I don't know what they are talking

15  about.

16       Q     So you don't know if they are talking

17  about how much TT-26 was run?

18       A     No idea.

19       Q     Okay.  I think we looked at this earlier,

20  but do you agree that the ATSDR model showed TT-26

21  as pumping unless there was a documented --

22  documentation that it was out of service?

23       A     You mean actually it was pumping at a

24  lower rate or at a period that it was modeled in the

25  contaminant transport model?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 226 of 479

1    Q    I mean in the model, it was assumed to
2    always be pumping, albeit at --
3    A    Yeah, yeah, yeah.
4    Q    -- varied amounts --
5    A    Yeah, yeah.
6    Q    -- unless it was documented that it
7    wasn't pumping?
8    A    Yeah, I understand what you are referring
9    to.
10         Yes, the -- all the models -- all the
11   pumping wells were assumed when they were running,
12   pumping.  Within a month --
13   Q    Uh-huh.
14   A    -- they were pumping throughout the
15   month.  If they are not -- if they are offline for
16   three, four days --
17   Q    Uh-huh.
18   A    -- we didn't reflect that in the modeling
19   analysis because we have a time period of one month
20   sequentially to run one after the other.
21         We cannot get into a time interval and
22   adjust pumping conditions.  That's not possible.
23   Q    Was it ever considered to try and
24   reconstruct a maintenance schedule at the wells?
25   A    Do I have information on that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 227 of 479

 1        Q     Right.

 2        A     No, I don't.

 3        Q     Okay.  Do you agree that assuming that

 4   TT-26 was pumping, unless documents showed it

 5   wasn't, was a con- -- a more conservative assumption

 6   than, for example, assuming that it had a

 7   maintenance schedule?

 8                  MR. DEAN:  Objection.  Form.

 9             Assumes facts not in evidence.

10                  MS. BAUGHMAN:  Also, I think you

11             need to speak louder.  I don't think he's

12             hearing you.

13                  THE WITNESS:  Yeah.

14   BY MS. O'LEARY:

15        Q     Would you like me to repeat the question?

16        A     Can you repeat the question, please?

17        Q     Sure.  Do you agree that assuming the

18   TT-26 was pumping unless documents show that it

19   wasn't was a more conservative assumption than

20   modeling a maintenance schedule for TT-26?

21        A     Conserv- --

22                  MR. DEAN:  Same objection.

23        A     Conservative in what sense?  Increased

24   contaminant levels will be transferred to the water

25   treatment plant --

                           Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 228 of 479

1    BY MS. O'LEARY:

2         Q      Right.

3         A      -- is that what you are implying?

4         Q      Right.

5         A      Yes, that would be the case.

6         Q      Okay.  Okay.  Can we go to chapter F

7    again for a minute, ATSDR?

8         A      I would like to be on record that I have

9    not written this report, didn't run the simulations,

10   and I'm not ready to answer the questions that may

11   be coming up.

12        Q      Okay.  If we go -- I understand you did

13   not write the chapter F.

14               If we go to page F 33 --

15        A      Yes.

16        Q      There's a table and then there's some

17   text on the bottom right column.  And in that text,

18   it says -- kind of in the middle of the top

19   paragraph, it says, "A geometric bias that

20   compares."

21               Do you see that?

22        A      Yeah.

23        Q      Okay.

24               "A geometric bias that compares simulated

25   and observed concentrations also was computed.  An

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 229 of 479

1  inclusive bias was computed using all 19 paired data

2  at water supply wells and equaled 5.9.  A selected

3  bias also was computed that excluded paired data at

4  water supply well TT-23 and equaled 3.9.  Both

5  results indicate that simulated PCE concentrations

6  moderately to substantially over-predicted observed

7  concentrations at water supply wells."

8           So in reading that, do you understand

9  this to mean that ATSDR calculated geometric bias

10 for Tarawa Terrace in two ways, one that did not

11 include non- -- which did not include non-detects?

12      A    Yes.

13      Q    Is that correct?

14           MR. DEAN:  Object -- object to form.

15      A    Yes.

16 BY MS. O'LEARY:

17      Q    And then it -- they -- in that

18 calculation of geometric bias for the Tarawa Terrace

19 model, they did it in two ways: one where they

20 included TT-23 and one where they did not?

21      A    Uh-huh.  Yes.

22      Q    Do you know why the ATSDR calculated

23 geometric bias with and without water supply well

24 TT-23?

25      A    Is it reported in this chapter F report,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 230 of 479

1    that -- that statement?

2        Q     I --

3        A     Is it coming from this chapter?

4        Q     I mean, I think -- I think I just read

5    it, that it said --

6                    MS. BAUGHMAN:  He can't hear you,

7              that's why.

8                    MS. O'LEARY:  Yeah.

9        A     I -- I think you're looking at the

10   different text than reading from the chapter.

11   That's why I'm having problems.  You are not reading

12   from the chapter.  You are reading from your notes.

13   BY MS. O'LEARY:

14       Q     That's a snip of the same thing.

15       A     Yeah, but I don't know that.  It's --

16   it's your choice.

17       Q     Right.  Do you have F 30- -- page F 33 in

18   front of you?

19       A     Yeah, I do.

20       Q     Okay.  So in there, right, it says, "a

21   selected bias also was computed that excluded paired

22   data at water supply well TT-23"?

23       A     Yes.

24       Q     Okay.  So my question is:  Do you know

25   why the ATSDR calculated a geometric bias with and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 231 of 479

1   without TT-23?

2       A     Probably the TC -- TT-23 was operating at

3   a much shorter period of time.  Whatever the data is

4   coming from that, probably they don't want to

5   include.  I have no idea.

6             I think this report that you are

7   referring to is not written by me.  I have no idea

8   what the -- the author wanted to say at that point

9   in reference to these questions you are asking,

10  so...

11      Q     Okay.  Do you agree that the Tarawa

12  Terrace model moderately to substantially

13  over-predicted observed concentrations at water

14  supply wells?

15      A     I think you should look at the results in

16  an ensemble analysis of statistics rather than

17  looking at point values of a well at a certain time,

18  comparing it with the observations made at a certain

19  time or at a similar time at the site.

20            So the analysis doesn't -- although

21  ATSDR -- -DR provided all kinds of tables, the

22  analysis was based on statistical analysis, not

23  point-wise comparisons.

24      Q     That statistical analysis is the

25  geometric bias; right?

1      A      No, the statistical analysis is based on
2   the uncertainty analysis, whether the model falls
3   into that range, whether the application is
4   consistent with that uncertainty range, whether the
5   sensitivity analysis is associated with that
6   parameter reflects that --
7      Q      Sure.
8      A      -- in the model.
9             I mean, there are so many other aspects
10  of uncertainty or statistical analysis rather than
11  just looking at a scatter diagram that I am seeing
12  here.
13     Q      I understand that.
14            But isn't geometric bias part of that
15  statistical --
16                MR. DEAN:  Objection.
17     A      Not necessarily.
18                MR. DEAN:  Hold on.  Hold on.
19  BY MS. O'LEARY:
20     Q      -- analysis?
21                MR. DEAN:  Hold on.  Object to the
22            form.  Asked and answered.
23                MS. O'LEARY:  Well, it wasn't
24            answered.
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 233 of 479

 1    BY MS. O'LEARY:

 2        Q    Sorry, what were you saying

 3    Professor Aral?

 4                MR. DEAN:  He told you he couldn't

 5            answer it.

 6                MS. O'LEARY:  He did not say that.

 7        A    Okay.  I said it in record.  I said it --

 8    that.

 9            I didn't write this report.  I'm not

10    answering any questions that is coming from somebody

11    else's statements in this report.

12    BY MS. O'LEARY:

13        Q    Yeah.

14        A    And a scatter report -- a diagram like

15    that may be used or may not be used.  I'm not

16    insisting that it should be used.

17    BY MS. O'LEARY:

18        Q    So if we go to Exhibit 3, which is the

19    chapter A report --

20        A    Chapter A report.  Okay.

21        Q    -- to page 25?

22        A    Page?

23        Q    A 25.

24        A    Okay.

25        Q    Oh, actually, we can skip this.  Never

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 234 of 479

1    mind.  We don't have to go through that.

2         A    Okay.

3         Q    Okay.  On -- back to chapter F page 33,

4    so where we were.

5         A    Okay.  Chapter F.

6         Q    Yeah, I want to talk to you --

7         A    I repeat my on-the-record statement on

8    that.

9         Q    I just have questions about the data in

10   this table.  So Table F 13 --

11        A    Page?

12             Page --

13        Q    So we are on F 33.

14        A    Okay.  Okay.

15        Q    So I just want to make sure I'm

16   understanding the data in this table correctly.

17        A    Uh-huh.

18        Q    This is showing simulated -- so from the

19   model -- PCE concentrations at water supply wells

20   and then matching those up with observed

21   concentrations of PCE in the water supply wells in

22   Tarawa Terrace; is that correct?

23        A    That's what it seems so.

24        Q    Okay.  And then it's showing in the

25   column at the right, the calibration target range;

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 235 of 479

1    is that correct?

2         A    Yeah.

3         Q    So if I look at the section on TT-23, am

4    I correct in -- in understanding this is showing

5    that all 11 samples over-predicted PCE

6    concentrations in the simulation versus the observed

7    for TT-23?

8         A    Repeat that question for --

9         Q    Yeah.

10        A    And loud, please?

11        Q    For TT-23 in figure F 13 --

12        A    Yes.

13        Q    -- am I correct in understanding that the

14   simulated PCE concentrations were higher for all 11

15   of the TT-23 entries?

16        A    Yes.  They were all higher, but they were

17   in the calibration range as well.

18        Q    Well, for TT-23, actually, didn't ten of

19   11 of them fail the calibration range?

20        A    If I recall --

21        Q    Not ten of 11, excuse me.

22        A    I mean, the range goes from 11 to 117.

23        Q    Yeah.

24        A    Any way.

25        Q    Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 236 of 479

1      A      Yeah.

2      Q      And if we look at TT-26 --

3      A      Yes.

4      Q      -- and am I correct that five

5  over-predicted the PCE concentrations?  Five of

6  eight?

7      A      Five zero eight?

8      Q      Five of them were over- --

9      A      Oh.

10     Q      -- predictions of a total of eight; is

11  that correct?

12     A      Yeah.

13     Q      And looks like several failed the

14  calibration range --

15                  MR. DEAN:  Object.

16  BY MS. O'LEARY:

17     Q      -- as well; is that correct?

18                  MR. DEAN:  Object to the form of the

19            question.

20     A      I -- I am on record saying that we don't

21  look at calibration conditions based on one well at

22  a time and compare the observed and the simulated

23  values at one point in time.  We look at the overall

24  ensemble analysis --

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 237 of 479

1    BY MS. O'LEARY:

2         Q    Yeah.

3         A    -- of the statistics --

4         Q    Yeah.

5         A    -- of that representation.

6              So what you are doing right now is

7    bringing back to me one data at a time comparison.

8              I would not do that.

9         Q    But Professor Aral, I mean, you've

10   already said -- agreed that -- earlier that this

11   table is --

12        A    That table is --

13        Q    -- all of the values that were used --

14        A    -- correct.

15        Q    -- for calibration?

16        A    That table is for you to look at and see

17   the results.

18        Q    Right.

19        A    Analysis of the results is a total

20   different story.

21        Q    But --

22        A    You do it statistically.  You do it --

23        Q    Yeah.

24        A    -- in a different methodology.

25        Q    Yeah.  So this Table F 13, though, is --

1    is the comparison of all of the values --

2         A    This is not --

3         Q    -- used for calibration?

4         A    It is not the comparison.  It is for you

5    to see what numbers are there.  We are looking at or

6    using in a statistical sense, probably they are

7    going to refer to this table.

8         Q    Uh-huh.

9         A    These numbers or the statistics that we

10   came up with is coming from this table.  That's it.

11             Other than that, this table just for the

12   information to be sent out to the other person to

13   see what it is.

14                  MS. O'LEARY:  Can we go to 26?

15        A    Page 26.

16                  MR. DEAN:  No.

17   BY MS. O'LEARY:

18        Q    No, it's going to be a new exhibit.

19        A    Okay.

20        Q    You don't have it yet.

21        A    Oh, okay.

22        Q    That was for Ms. Horan to grab the right

23   document?

24        A    Okay.

25                  (Whereupon, there was a discussion

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 239 of 479

```
 1              off the record.)
 2                   MR. DEAN:  Yeah, we should have put
 3              this on the record earlier.  But when we
 4              are referring to an exhibit, the number
 5              we are using is the number we call out as
 6              the exhibit number in the deposition --
 7                   MS. O'LEARY:  Yeah.
 8                   MR. DEAN:  -- for the record.
 9                   MS. O'LEARY:  Thank you.
10              (Whereupon, Government's Exhibit Aral
11              14, E-mail from Mustafa Aral to
12              Jerome Ensminger, was marked for
13              identification.)
14   BY MS. O'LEARY:
15        Q    And so I've just handed Professor Aral
16   what's marked as Government Exhibit -- is it 14?
17                   MS. HORAN:  Yup.
18                   MS. O'LEARY:  And then for the
19              record, this is not a Bates-stamped copy,
20              but the Bates is CLJA_ATSDR_ --
21              (Whereupon, the court reporter
22              requests clarification.)
23   BY MS. O'LEARY:
24        Q    Yeah.
25              -- -A_ATSDR_BOVE-0000018710 and then the
```

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 240 of 479

```
 1   next page is -- ends in -11?
 2                   MS. BOLTON:  I hate to do this, but
 3             can you just repeat just the final
 4             numbers --
 5                   MS. O'LEARY:  Just the numbers?
 6                   MS. BOLTON:  Yeah.
 7                   MS. O'LEARY:  -18710 to -11 -- you
 8             know, to -11.
 9                   MS. BOLTON:  Okay.
10                   MS. BAUGHMAN:  There were five zeros
11             first?
12                   MS. O'LEARY:  Yes.
13                   Okay.
14   BY MS. O'LEARY:
15        Q    And Professor Aral, this looks to be an
16   e-mail from you to Jerome Ensminger; is that
17   correct?
18        A    That's correct.
19        Q    Do you recall this e-mail?
20        A    Yeah.  No, it's coming from me,
21   definitely.
22        Q    Okay.  So -- and the subject --
23        A    Okay.
24        Q    -- is --
25        A    Yeah, I remember this.
```

1     Q     You do?  Okay.

2     A     Yeah.

3     Q     It says the subject is testimony from

4  John Nuckholls?

5           Who --

6     A     Yes, yes, yes.

7     Q     Who is John Nuckholls?

8     A     One of the members of the expert panel.

9     Q     The expert panel for 2005 or for --

10    A     I don't --

11    Q     -- 2009?

12    A     One of them.  I'm not sure.

13    Q     Okay.  And who is --

14    A     I -- I think he was on the NRC report

15  panel?  Or did we have a panel?  I'm not sure.

16    Q     Okay.

17    A     Anyway, he was on the NRC report.

18    Q     And who is Jerome Ensminger?

19          Who is Jerome Ensminger?

20    A     I think one of the plaintiffs; right?

21          Yeah.

22    Q     You think he's a plaintiff?  Okay.

23          This e-mail, though, is from -- it looks

24  like it's from October 6th, 2009.

25          Do you have any reason to think that date

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 242 of 479

1    is incorrect?

2         A     The date on it is -- seems to be correct;

3    yeah.

4         Q     Okay.  And -- in October of 2009, how did

5    you know Jerome Ensminger?

6         A     I met him in probably 2005 in one of the

7    ATSDR meetings.  I told you that --

8         Q     Yeah.

9         A     -- at the beginning.

10        Q     And at the beginning here, the first

11   line, it says, "After a quick read, the following

12   points strike me as not coming clean in his overall

13   testimony."

14        A     Yes.

15        Q     Whose testimony are you talking about?

16   Is that John Nuckolls' testimony?

17        A     I think so, yeah.

18        Q     And what was he testifying about?

19        A     I think the expert panel was suggesting

20   that ATSDR should use simpler models rather than

21   complex models --

22        Q     Uh-huh.

23        A     -- to finish up the project and don't

24   spend too much time on calibration.

25                  MR. DEAN:  Why don't you take time

Golkow Technologies,
877-370-3377                A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 243 of 479

1           and take a look at the e-mail.

2                THE WITNESS:  I -- I know this

3           e-mail.

4                MR. DEAN:  Okay.

5      BY MS. O'LEARY:

6      Q     Okay.  So Professor Aral, I have a

7      question for you on the paragraph that's numbered

8      three.

9      A     Yeah.

10     Q     And it says, "His" -- I'm starting at

11     the -- there's a line that says, "Having said that,"

12     kind of in the middle; do you see that?

13     A     Yeah.

14     Q     Okay.  It says, "Having said that, in

15     historical reconstruction methodology verifications

16     are made by extending the historical predictions to

17     the present day timeframe to see if the model that

18     predicts the past ties to the present day conditions

19     smoothly.

20          "In this verification process, the data

21     used are the observed data in the present day.  The

22     verification in this case is the prediction of the

23     present day with the use of the same model.  This

24     verification was done in the TT-modeling study and

25     the results indicate that the models predicted the

1  past -- predicting the past was successfully

2  predicting the present when extended to the present

3  day within certain acceptable bounds of error."

4          And do you agree that in historical

5  reconstruction methodology, verifications are made

6  by -- can be made by extending the historical

7  prediction to the present day timeframe to see if

8  the model that predicts the past ties to the present

9  day conditions smoothly?

10     A    First of all, this modeling sequence that

11  we are working with has four stages.

12     Q    Uh-huh.

13     A    Unstressed conditions in the ground

14  waters, stressed conditions in the ground water.

15          For those two model applications, we have

16  a lot of data.  So those models are -- are

17  calibrated, recalibrated looking at the data and so

18  forth.

19          When we move to the third stage, which is

20  the contaminant --

21     Q    Uh-huh.

22     A    -- transport model, there's no data,

23  okay, at the field during the period of the

24  historical --

25     Q    Uh-huh.

1        A       -- reconstruction.

2                However, having said that, if the first

3    two models like stress/unstressed conditions in the

4    aquifer is properly calibrated, most of the

5    processes in the contaminant transport model is

6    already available to us to run the model.  Whether

7    those -- those are advection conditions, diffusion

8    conditions --

9        Q       Uh-huh.

10       A       -- it comes from the previous two models.

11       Q       Sure, sure.

12       A       In other words, if there's velocity, the

13   velocity field is determined.  If the velocity is

14   determined, the diffusion constants are determined.

15               So what is missing -- what is missing is

16   the retardation coefficients that we would use that

17   we have discussed earlier or biodegradation rates

18   that we have used earlier.

19               And I think there were several databases

20   that was available to us towards the end of the

21   period of the contaminant transport calibration.  We

22   have used that database.  That's the 36 number that

23   we were talking about.  All of it was used to

24   calibrate the contaminant transport analysis.

25               And when we come to the final stage, the

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 246 of 479

1    models one, two, three --

2        Q    Uh-huh.

3        A    -- was verified using the water treatment

4    plant database, which is the present day conditions

5    that I'm referring there in that e-mail.  And that

6    was used to verify the model.

7        Q    Okay.  I just want to make sure I

8    understand which present day conditions.

9            Present day contaminant concentrations

10   or --

11       A    Present day contaminant concentrations,

12   which is coming from in an independent data set,

13   which is the water treatment plant data set which

14   occurred probably after 1987 -- I'm not sure

15   exactly -- but went onto '89 or something like that.

16       Q    So when was this -- I'm not understanding

17   why it's called "present day" if it's the 1980s and

18   this is from 2009.

19       A    Oh, we are predicting -- making

20   predictions until 1987 or '89.  That's all we are

21   doing.  Present day means to us 1987 or '89, not

22   when this --

23       Q    Oh --

24       A    We are not referring to this 2009.

25       Q    Okay.  So do you mean to the -- the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 247 of 479

1    present day is like the time of calibration data?

2         A    Exactly.

3         Q    Okay.  I understand.  Thank you.

4         A    Yeah.

5              There's a -- okay.  Go ahead.

6              (Whereupon, there was a discussion

7              off the record.)

8              MS. O'LEARY:  Do we need to take a

9         break?

10             THE VIDEOGRAPHER:  No.  No.  It's

11        just that you dropped it.

12             MS. O'LEARY:  Oh.  Thanks.

13             And I'd like to move onto -- this

14        will be chapter H, which is 62.

15        You can set aside 14.

16             (Whereupon, Government's Exhibit Aral

17             15, Tarawa Terrace Chapter H Report,

18             was marked for identification.)

19             THE WITNESS:  No, I need the other

20        one.

21             MS. O'LEARY:  You're right.

22   BY MS. O'LEARY:

23        Q    Okay.  So Professor Aral, you have now

24   what's Government Exhibit 15.  It's a copy of the

25   Tarawa Terrace chapter H report.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 248 of 479

1          Am I correct that you -- you did author

2    this report?

3         A    Yes.

4         Q    All right.  Can you go to page H 3?

5         A    Yes.

6         Q    And this is in a section called "A Review

7    of ATSDR's Tarawa Terrace Study Background."

8              And the column on the left, the -- the

9    last paragraph, it starts saying, "Using

10   hydrogeologic data."

11             Do you see that?

12        A    Yes.

13        Q    Okay.  Then about midway through that,

14   there's a sentence that begins, "Due to."

15             Do you see that?

16             "Due to the nature"?

17        A    Yeah.

18        Q    Okay.  So it says, "Due to the nature of

19   historical reconstruction, uncertainties are

20   associated with reconstructed information, which in

21   turn cause uncertainties in resulting exposure

22   analyses.  Uncertainties in the exposure outcome can

23   have a significant effect on the epidemiological

24   study.  In particular, the uncertainty caused by the

25   groundwater pumping schedule used in the simulations

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 249 of 479

1    has been pointed out to be important.  Therefore, in

2    this study there's an evaluation of the variation in

3    PCE concentrations and arrival times of the maximum

4    contaminant level" -- skipping the parentheses --

5    "at water supply wells and the water treatment

6    plant.  The variation could be caused by changes in

7    groundwater pumping rates at water supply wells."

8              So a few questions about that.

9              First, do you still agree with that?

10        A    Yes, I do.

11        Q    Okay.  And who was it who pointed out

12   that uncertainty caused by the groundwater pumping

13   schedule is important?

14        A    Expert panel members.

15        Q    And why did they say it was important?

16        A    Because changes in pumping rates

17   obviously is going to -- going to effect the arrival

18   times of contaminants to pumping wells.

19        Q    Why does changes in pumping rates cause

20   change in contaminant arrival levels?

21        A    Because the driver is the contaminant --

22   pumping well rates for the plume migration.

23        Q    Okay.

24        A    If it changes, the plume will change.

25        Q    Okay.  And did you then do a study to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 250 of 479

1    evaluate variation in PCE concentrations and the

2    arrival times of MCLs at the water supply wells --

3                    (Whereupon, the court reporter

4                     requests clarification.)

5    BY MS. O'LEARY:

6         Q    Agree -- did you do a study to evaluate

7    variation in PCE concentrations and arrival times at

8    the MCL at water supply wells and the water

9    treatment plant at Tarawa Terrace?

10        A    That's right.

11        Q    Okay.  And if you go -- still in -- at

12   the same Exhibit 15, the chapter H report -- can you

13   go to --

14        A    Chapter A?

15        Q    H.

16             No, the same -- the same one, H.

17                 MR. DEAN:  H.

18        A    Okay.

19   BY MS. O'LEARY:

20        Q    Page H 1?

21        A    Page one?

22        Q    Yup.

23        A    Yes.

24        Q    Okay.  So this is in -- labeled the

25   abstract?

```
 1        A     Uh-huh.

 2        Q     And in the column on the right, the

 3   paragraph that starts, "During the historical

 4   reconstruction study."

 5              It's kind of in the middle.

 6              It says, "A major cause for and

 7   contribution to this uncertainty are the pumping

 8   schedules which are discussed in other report

 9   chapters.  The focus of this chapter report,

10   therefore, is on the uncertainty associated with

11   pumping schedules.  The study discussed in this

12   chapter includes the development of a simulation and

13   optimization procedure identified as PS Ops" --

14              Is that how you would say that?

15        A     Yeah.

16        Q     Yeah.

17              -- "which combines simulation models and

18   optimization techniques to optimize pumping

19   schedules for maximum or minimum contaminant

20   concentrations at the water treatment plant.  Based

21   on optimized pumping schedules, variations of PCE

22   concentration and the maximum contaminant level

23   arrival time at water supply wells and the water

24   treatment plant are evaluated.  Results of this

25   study indicate that variation of pumping schedules
```

1  may cause significant changes in the contaminant

2  concentration levels and MCL arrival times at the

3  water treatment plant."

4          Do you agree that a major cause for and

5  contribution to uncertainty is the pumping schedule

6  in Tarawa Terrace?

7                MR. DEAN:  Object to the form.

8      A    We have identified that major statement

9  later in the chapter showing the uncertain --

10  uncertainty band --

11  BY MS. O'LEARY:

12     Q    Uh-huh.

13     A    -- changes when it is -- when the pumping

14  schedules are optimized and different schedules are

15  used in an application.  So won't get stuck on that

16  major word, just look at the statistics at the end.

17     Q    And Professor Aral, we'll get there.  I

18  just -- do you disagree with what you wrote about

19  the major --

20     A    No, I don't --

21     Q    -- cause --

22     A    -- I don't disagree.

23     Q    Okay.  And PS Ops, I want to try and make

24  sure I understand what it did.

25          So it does a simulation and optimization

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 253 of 479

Page 254

for ranking the wells; is that correct?

    A    No, not ranking.

    Q    Well --

    A    It is -- it answers the following
question quite clearly:  How many different ways we
can combine --

    Q    Uh-huh.

    A    -- all these pumping wells to meet the
demand at Camp Lejeune site which will give us a
totally different outcome than the mean --

    Q    Uh-huh.

    A    -- concentrations that we used to get
with a fixed schedule.

    Q    Okay.

    A    That answers that question.

    Q    Yeah.  And does it -- to do that, does it
use a rank and assigned method to maximize or
minimize or more optimize the arrival time of
contaminants at water supply wells?

    A    It's -- it's emphasizing the arrival
times.  Is it going to come to the -- the
contaminant is going to arrive --

    Q    Uh-huh.

    A    -- at a certain date earlier --

    Q    Sure.

877-370-3377                A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 254 of 479

1      A      -- than what was predicted.

2             So it just combines all that -- those

3      conditions in an optimization model.

4      Q      Right.  And is the way it does that

5      with --

6      A      Yeah.

7      Q      -- a rank and assignment of the wells?

8      A      Yeah, a rank and assignment is a solution

9      process for an optimization --

10     Q      Okay.

11     A      -- model.

12     Q      In -- was TT-26 ranked first for

13     optimization among the Tarawa Terrace wells?

14     A      I don't remember.  Probably it --

15                    (Whereupon, the court reporter

16                    requests clarification.)

17     BY MS. O'LEARY:

18     Q      Was TT-26 ranked first for optimization

19     among the Tarawa Terrace wells?

20     A      I don't remember that.

21     Q      Okay.

22     A      It must be in the record of this report.

23     Q      Can you go to H 23?

24             All right.

25             Actually, let's go on to H 29.

```
 1        A      Okay.
 2        Q      Looking at figure H 21.
 3               Do you see figure H 21?
 4        A      Uh-huh.
 5        Q      Okay.  Do you agree that figure H 21
 6   shows the simulated PCE concentrations at the Tarawa
 7   Terrace Water Treatment Plant when the results of
 8   minimum schedule one are run on PS Ops in the dashed
 9   line?
10        A      Uh-huh.
11        Q      And do you agree that the minimum
12   schedule one was to run a late PCE arrival time at
13   the Tarawa Terrace Water Treatment Plant?
14        A      Uh-huh.
15        Q      Okay.  And do you agree that the solid
16   pink line is the calibrated Tarawa Terrace model?
17        A      Yeah.
18        Q      Okay.  And so the -- what has -- sort of
19   being modeled as happening for the dashed pink line
20   is that that pumping of Tarawa Terrace 26, TT-26 was
21   minimized as much as it could be and still meet
22   demand at the water plant?
23        A      Exactly.
24        Q      Is that right?  Okay.
25        A      Exactly.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 256 of 479

1      Q      And so for the dashed line run, other

2  than pumping, were all of the other parameters the

3  same as in the calibrated model?

4      A      Yes.

5      Q      Okay.  So is the difference in magnitude

6  between the dashed pink line and the solid pink line

7  representing the difference in PCE concentration

8  from the calibrated model and what it could

9  theoretically be minimized at?

10     A      Theoretically is the right word.

11     Q      Yeah.

12     A      Okay.

13     Q      Right.  So -- would you -- but that would

14  be theoretically possible?

15     A      Impossible.  Exactly.

16     Q      Okay.  And am I, in looking at

17  figure H 21, understanding correctly that it shows

18  that if TT-26 were minimized as much as were

19  theoretically possible --

20     A      Yes.

21     Q      -- to meet demand, then the ATSDR's model

22  would otherwise not simulate any PCE contamination

23  in the water supplied by the Tarawa Terrace Water

24  Treatment Plant between about January of

25  1960-something and January of 1972?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 257 of 479

1          A       That's correct.

2          Q       Okay.  And --

3          A       But that's not theoretically possible.

4     Because TT-26 is operating.

5          Q       Sure.  And I -- I want to go on next to

6     H 38 --

7          A       Okay.

8          Q       -- and ask about another run that I think

9     is -- is what you are talking about.

10         A       Okay.  That's fine.

11         Q       So if we look at figure H 33 and --

12         A       Figure on what page now?

13         Q       H 38?

14         A       H 38.  Okay.

15         Q       And then figure H 33?

16         A       Okay.

17         Q       And it says that it's the simulated PCE

18    concentrations at the water treatment plant under

19    the original schedule, solid line, minimum schedule

20    one, and minimum schedule two, dashed lines.

21         A       Uh-huh.

22         Q       And so is minimum schedule two, is that

23    where it's optimized to have a late PCE arrival time

24    with the restriction that TT-26 had to pump at least

25    25 percent --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 258 of 479

```
1        A     Yes.
2        Q     -- of its pumping --
3        A     Yes.
4        Q     -- capacity?
5        A     Exactly.
6        Q     And why did you do the minimum schedule
7   two run where TT-26 has to pump at least 25 percent
8   of the time?
9        A     Well, because that was more realistic in
10  reference to what we were observing as how TT-26
11  contributed to water treatment --
12       Q     Okay.
13       A     -- plant.
14       Q     So more realistic in how it was --
15       A     More realistic.
16       Q     -- pumping?
17       A     Yeah.
18       Q     Okay.  And in looking at figure H 33, is
19  the -- the dashed line that has closer together
20  dashes, is that the simulated PCE levels at the
21  water treatment plant when that minimum schedule two
22  is on?  So the one where TT-26 is pumping at --
23  at -- at least 25 percent --
24       A     Right.
25       Q     -- capacity?
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 259 of 479

1      A      If you extend that -- if you can see that

2   dashed line extended to 1985, that will be the water

3   treatment plant.

4      Q      Okay.  And then is it true then that the

5   difference between the tightly dashed line, the

6   minimum schedule two line, and the solid dashed

7   line, that's the difference in PCE concentration

8   from the calibrated model and then the minimum

9   schedule two where --

10     A      TT- --

11     Q      TT-- --

12     A      -- twenty-six.

13     Q      -- twenty-six is minimized but not below

14   25 percent?

15     A      Right.  Exactly.

16     Q      Okay.  So this analysis of these minimum

17   pumping schedules is in chapter H.

18            And my question is:  Why is this pumping

19   uncertainty analysis in chapter H and not chapter I

20   where the other uncertainty analyses are?

21     A      Because we didn't look at the variations

22   of the other parameters in this uncertainty

23   analysis.  We only looked at the pumping schedule

24   uncertain.

25     Q      In chapter I where the --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 260 of 479

 1              MS. O'LEARY:  We can get 63.

 2              We don't have it yet.

 3              THE WITNESS:  Oh, okay.

 4              MS. O'LEARY:  I'm getting it.

 5         Sorry.

 6              THE WITNESS:  Uh-huh.

 7              (Whereupon, Government's Exhibit Aral

 8              16, Chapter I Report, was marked for

 9              identification.)

10    BY MS. O'LEARY:

11         Q    All right.  This will be Exhibit --

12    Government Exhibit 16, so the chapter I report.

13              So in chapter I, I want to go to

14    page I 55?

15         A    Yes.

16         Q    Okay.  There's a figure I 29; is that

17    what you're seeing?

18         A    Yeah.

19         Q    Okay.  So I 29's label says it's the

20    "concentrations of PCE in finished water at the

21    water treatment plant derived from scenario one

22    where pumping uncertainty was excluded and scenario

23    two where pumping uncertainty was included in the

24    probabilistic analysis using Monte Carlo as

25    simulation at Tarawa Terrace."

                    Golkow Technologies,
877-370-3377           A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 261 of 479

1            So the -- the Monte Carlo simulation, was

2    that a probabilistic --

3       A     Yes.

4       Q     -- evaluation of uncertainty?

5       A     Yes.

6       Q     Okay.  And to do that in the Monte Carlo

7    simulations, did that involve model -- varying model

8    input parameters?

9       A     Yeah.

10      Q     Okay.  And so --

11      A     I have a diagram to show which

12   parameters.

13      Q     In your report?

14      A     In the uncertainty analysis in my experts

15   report.

16      Q     Yeah.  And for what figure I 29 shows in

17   terms of the pumping scenario -- from scenario one

18   and two with pumping uncertainty included and not

19   included, that pumping variation, that's different

20   pumping variation than what was in chapter H;

21   correct?

22      A     In what sense?

23      Q     Like in, like, scenario one and scenario

24   two for pumping --

25      A     I think you are seeing the scenario

                    Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 262 of 479

```
 1   two --
 2        Q     Well --
 3        A     No.  No.  No.  That's not correct.
 4              This result now that you are seeing in
 5   this chapter --
 6        Q     In chapter I?
 7        A     In chapter I.
 8              -- includes uncertainty analysis of
 9   pumping schedule variations --
10        Q     Uh-huh.
11        A     -- including uncertainty analysis of
12   pump -- parameter conditions together.
13        Q     Right.  But the pumping variation in
14   chapter I is not the same pumping variation --
15        A     No.
16        Q     -- of chapter H; right?
17        A     No.  No, no, it's not.
18        Q     Okay.
19        A     We are looking at maximum/minimum
20   conditions that we looked at earlier.  This -- this
21   is the pumping uncertainty standard variations with
22   respect to statistical analysis --
23        Q     Okay.
24        A     -- that is reasonably what it is at the
25   site.
```

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 263 of 479

1      Q     And for the -- the variation in pumping
2   that went into chapter I, that range, how was that
3   range of parameters inputs selected?
4      A     Okay.  That's a question.  I have to go
5   back and read that.  I don't have an answer on top
6   of my head.
7            I think we looked at the distributions of
8   possible pumping rate schedule changes.  I mean, I
9   have to read this whole report.
10           I -- I don't have an answer to that --
11     Q     Okay.
12     A     -- right away.
13     Q     But it's different than chapter H?
14     A     It is different, yeah.
15     Q     And were the ranges of parameter inputs
16  for the chapter I Monte Carlo simulations, were
17  those the theoretical limits of parameters?
18     A     As far as we know from the site data, I
19  think they were.
20     Q     In how -- in what way were -- would they
21  be the theoretical limits?
22     A     Not theoretical.  Whatever we have
23  observed at the site in terms of hydraulic
24  conductivities, in terms of other parameters, we
25  came up with that range in uncertainty analysis as

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 264 of 479

```
 1   the range to be used.
 2       Q    Okay.  So does that mean then that for
 3   the Monte Carlo simulations, did the Monte Carlo
 4   simulations explore the theoretical range of
 5   possible solutions --
 6       A    Yes.
 7       Q    -- at Tarawa Terrace?
 8       A    We put probability distribution on a
 9   parameter within the range that it is defined.
10   Monte Carlo analysis picks up data from that
11   probability density function --
12       Q    Sure.
13       A    -- combines it with another parameter for
14   its -- or from its probability density function,
15   combines all that into the model --
16       Q    Uh-huh.
17       A    -- runs the model.  You get one point on
18   the slide.
19       Q    But did the Monte Carlo simulation in- --
20   involve simulating every possible combination of
21   parameters --
22       A    No.
23       Q    -- within the --
24       A    That would have --
25       Q    -- ranges selected?
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 265 of 479

```
 1       A       -- been a hundred years to run.
 2       Q       Okay.  But then how is it -- how is the
 3  Monte Carlo simulation then showing the theoretical
 4  range --
 5       A       Okay.
 6       Q       -- of possible solutions?
 7       A       There's a method for that.  That -- in
 8  hyperacute modeling.
 9               I think we ended up using only 810
10  simulations from the PDFs database.  And then I
11  believe some of them dried out some of the wells.  I
12  believe it was 300 or so.
13               So what is remaining for us to analyze is
14  about 520 or so database to construct this
15  uncertainty analysis.
16       Q       Yeah.  But, I mean, that would mean then
17  you are not looking at the theoretical range of --
18                    MR. DEAN:  Object to the form.
19       A       No.
20  BY MS. O'LEARY:
21       Q       -- possible solutions?
22       A       That -- that doesn't mean that.
23               The question here to ask is how many
24  Monte Carlo simulations --
25       Q       Uh-huh.
```

1      A      -- is required to run a reasonable

2  uncertainty analysis.  In a case like this, the

3  answer is 400.

4      Q      But that's not my question.

5      A      Yeah.

6      Q      Not what's reasonable.

7             My question is whether the Monte Carlo

8  simulation that was run for Tarawa Terrace explored

9  the -- like, the universe of possible solutions?

10     A      The universe of the possible situations

11 that was bound by the database that we chose for

12 each parameter.

13     Q      Okay.  And but that -- those bounds of

14 parameters were not, like, the theoretical limits;

15 those were selected from the site -- available site

16 data?

17     A      Yeah.

18     Q      Okay.

19     A      It is based on site data.

20     Q      And then within the Monte Carlo

21 simulation, it didn't -- it didn't test every

22 possible combination of parameters?

23     A      It wouldn't be a Monte Carlo analysis

24 then.

25     Q      Well, it would be another way of --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 267 of 479

1    A    It would be --

2    Q    -- looking at uncertainty?

3    A    -- running all the direct simulations for

4  all the points on the PDF.  That's an impossible

5  act.

6    Q    And so that's not what was done?

7    A    How can we do it?

8    Q    Okay.  And so in figure I 29 --

9    A    Uh-huh.

10   Q    -- there's --

11   A    Yeah.

12   Q    -- areas between -- both for scenario one

13  and scenario two, the --

14   A    Yeah.

15   Q    -- you know, pumping variation and no

16  pumping variation.

17            There's an area between lines that says

18  it's the range of concentrations representing

19  95 percent of Monte Carlo simulations.

20            Do you agree that that range representing

21  95 percent of Monte Carlo simulations for Tarawa

22  Terrace is not equivalent to the 95 percent range of

23  the universe of possible --

24                    MR. DEAN:  Object.

25

1    BY MS. O'LEARY:

2         Q     -- mean historical contaminant

3    concentrations --

4                   MR. DEAN:  Object --

5                   MS. O'LEARY:  -- at Tarawa Terrace.

6                   MR. DEAN:  Object to the form of the

7         question.

8         A     Okay.  95 percent within the bound of the

9    PDF distribution that we have selected for that

10   parameter is identified or selected by the method

11   itself randomly.  We are not assigning select this,

12   select that, select -- no.

13                   Randomly -- random -- random numbers are

14   generated.  Based on those random numbers, it goes

15   and picks up some number some -- from some PDF

16   distribution --

17   BY MS. O'LEARY:

18        Q     Uh-huh.

19        A     -- for some parameter matches up with

20   another parameter PDF distribution number, puts them

21   into the model, and then --

22        Q     Yeah.

23        A     -- then runs it.

24        Q     Do you agree that the -- the total size

25   of the universe of possible solutions to modeling

1   Tarawa Terrace is unknown?

2       A     What do you mean by "universe"?

3       Q     Like all of the ways that the model could

4   have been set up, that all of the ways that the

5   contaminants could have moved through time, that the

6   size of that range is unknown?

7                   MR. DEAN:  Object to the form.

8       A     So you are referring to that -- that

9   statement to me means, Don't do a statistical

10  analysis and just do all the possible points on a

11  PDF function --

12  BY MS. O'LEARY:

13      Q     Well --

14      A     -- and run it through.

15      Q     I think what I'm more trying to

16  understand is how the Monte Carlo simulation and the

17  confidence interval --

18      A     Okay.

19      Q     -- that's reported relates to the

20  theoretical range --

21      A     Okay.

22      Q     -- of possible outcomes.

23      A     I think the best way to answer is if you

24  have a sample of 500 data point matchings from

25  different PDF functions, the representation of that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 270 of 479

1  outcome is 98.5 percent accurate with respect to the
2  mean value that we have generated as a deterministic
3  result.
4      Q      But that's only within the parameter
5  ranges that you evaluated; right?
6      A      Well, it's the beginning of analysis.
7  You cannot go back and question --
8      Q      Yeah.
9      A      -- what you started with.
10     Q      Well, my question is about how that
11 relates to not within the modeling world, but how
12 that relates to what could have been possible in the
13 real world?
14            MR. DEAN:  Object to the form of the
15            question.
16     A      Okay.  What you are referring to is you
17 have not selected the proper bounds on the
18 parameters that you inputted PDF functions.  That's
19 what you are telling me.
20 BY MS. O'LEARY:
21     Q      Well, no.
22     A      The universe means --
23     Q      I'm asking how they relate?
24     A      -- that to me.
25     Q      No, I mean theoretically in the real

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 271 of 479

1    world, not in the parameter range that you select.
2                    MR. DEAN:  Object to the form of the
3             question.  There's no such thing as
4             theoretically in the real world.
5        A    Look, we decided to statist- -- to do a
6    statistical analysis.  The statistical analysis
7    follows a standard procedure to be used in an
8    application.  And that standard -- standard --
9    standard procedure is very simple, it's not complex.
10   BY MS. O'LEARY:
11       Q    Uh-huh.
12       A    It's very simple.  It says, Give us the
13   bounds of each parameter you think represents the
14   conditions at the site.
15       Q    Uh-huh.
16       A    That's number one.
17            Then fit a probability density function
18   within that range to represent the distribution of
19   that parameter.  That represents the conditions at
20   the site.
21            The third stage.  You go and throw dice
22   or -- or flip a coin, it becomes a random number.
23   It goes back into the PDF function, picks one number
24   out of that and another number out of the other PDF,
25   combines that.  That's the statistical procedure.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 272 of 479

1          You cannot -- once you decide to do this,
2    you cannot divert and ask questions.  What you are
3    doing, is it representing the universe?
4          No, we are modeling the universe.
5               MS. O'LEARY:  And I can go on to 42.
6          This will be a Hadnot Point --
7      A    Okay.
8               MS. O'LEARY:  -- summary.
9               Actually, do you have that already?
10              MS. BAUGHMAN:  You did mark a
11          summary --
12              MS. O'LEARY:  Yeah, I think we
13          marked -- let me find that one.
14              MS. HORAN:  I have it as Exhibit 4.
15              MS. O'LEARY:  Exhibit 4 should be
16          hopefully in this stack here.
17               THE WITNESS:  Okay.
18               Okay.
19   BY MS. O'LEARY:
20      Q    There you go.  It's rather thick.
21      A    Chapter A.
22      Q    Yeah, chapter A and then just to page iii
23    in the forward?
24      A    Four --
25      Q    Iii.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 273 of 479

1    A    Iii.  Okay.

2    Q    Oh, in the forward, yeah.

3    A    Wait a minute.

4         Are there two reports in here or --

5    Q    No, it should be right near the

6    beginning, Professor Aral.

7         I think it might have been before that.

8    A    Iii.  Okay.  I see it.  Forward.

9    Q    Okay.  Yeah.  So it says in the first

10   paragraph, "The Agency for Toxic Substances and

11   Disease Registry, an agency of the U.S. Department

12   of Health and Human Services, is conducting

13   epidemiological studies to evaluate" --

14   A    Yeah, we read this earlier.

15   Q    Well, we read it in Tarawa Terrace.

16   A    Oh, did we?

17   Q    Yeah.

18   A    This is what?

19   Q    This is Hadnot Point.

20   A    Oh, really?  Okay.

21   Q    Yeah.

22   A    Okay.  Good.

23   Q    So -- "was conducting epidemiological

24   studies to evaluate the potential for health effects

25   from exposure to volatile organic compounds such as

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 274 of 479

1  tetrachloroethylene, trichloroethylene, and benzene

2  in drinking finished water at U.S. Marine Corp Base

3  Camp Lejeune, North Carolina.  Historical exposure

4  data needed for the epidemiological studies are

5  limited.  To obtain estimates of historical

6  exposures, ATSDR is using" --

7                  (Whereupon, the court reporter

8                  requests clarification.)

9  BY MS. O'LEARY:

10      Q      -- "ATSDR is using water modeling

11  techniques" --

12                  (Whereupon, the court reporter

13                  requests clarification.)

14  BY MS. O'LEARY:

15              -- "data needed for the epidemiological

16  studies are limited.  To obtain estimates of

17  historical exposures, ATSDR is using water modeling

18  techniques and the process of historical

19  reconstruction to quantify concentrations of

20  particular contaminants in finished water and to

21  compute the level and duration of human exposure to

22  contaminated drinking water."

23              Were you aware when you were working on

24  the Hadnot Point water -- water modeling of this

25  purpose stated in the forward?

1      A      I wasn't aware of the details of this

2    purpose, but I was aware of the fact that this study

3    was going to be followed by an epi study.

4      Q      An epidemiology --

5      A      Yeah.

6      Q      -- study?

7              Okay.  And still in the Hadnot Point

8    chapter A, so Exhibit 4, if you could go to

9    page A 62?

10     A      Okay.

11            Yes.

12     Q      And the top left, the first paragraph of

13   A 62 where it begins, "Using reconstructed"?

14            Do you see that?

15     A      A 6 --

16     Q      I think you're --

17     A      Sixty-two.

18     Q      -- on the right page.

19            A 62, yeah.  On the top left?

20     A      Yeah.

21     Q      Okay.  So it says, "Using reconstructed

22   simulated water supply well concentrations

23   previously discussed, monthly mean concentrations of

24   PCE, TCE, 1,2-TDCE, VC, and benzene were estimated

25   for finished water at the Hadnot Point water

1    treatment plant.  These estimates were computed

2    using a materials mass balance model simple mixing

3    to compute the flow-weighed mean concentrations of

4    VOCs as described earlier in this section on

5    computation of contaminated finished water

6    concentrations."

7              So does -- is it the case that the ATSDR

8    only modeled at Hadnot Point Holcomb Boulevard PCE,

9    TCE, 1,2-TDCE, VC, and benzene?

10       A    What's the last one?

11       Q    Benzene?

12       A    Oh, benzene?  Yes.

13       Q    Okay.  And you aren't offering opinions

14   about historical concentrations of any other

15   compounds at the Hadnot Point or Holcomb Boulevard

16   areas.

17       A    Not --

18       Q    Is that correct?

19            MR. DEAN:  Object to the form.

20   BY MS. O'LEARY:

21       Q    Is that correct?

22       A    Not other than these listed.

23       Q    So --

24       A    Yeah.

25       Q    -- trichloroethylene,

Golkow Technologies,
877-370-3377                  A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 277 of 479

1  tetrachloroethylene --

2       A    Yeah.

3       Q    -- dichloroethylene, vinyl chloride, and

4  benzene?

5       A    Yes.

6       Q    Okay.  And in that same page where it

7  says, "These estimates were" -- so still this is

8  A 62?

9       A    Okay.

10      Q    It said, "These estimates were computed

11 using a materials mass balance model simple mixing."

12           Do you agree that -- that Hadnot Point

13 model also did not include a calculation for loss of

14 contaminants in the water treatment plant?

15      A    As far as our analysis go, no.

16      Q    What do you mean "our analysis"?

17      A    I mean the water -- water modeling

18 analysis --

19      Q    Oh, okay.

20      A    -- that we have done.  Yeah.

21      Q    So water modeling did not involve a

22 calculation for contaminant losses in the water --

23      A    That's --

24      Q    -- treatment plant?

25      A    -- correct.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 278 of 479

```
 1        Q     And we are going to set aside this one
 2   for a bit.
 3                   MS. O'LEARY:  And can we get -- this
 4             will be 39.
 5                   There we go.
 6                   THE WITNESS:  Are we done with this?
 7                   MS. O'LEARY:  We are done with that
 8             one, yes.
 9                   THE WITNESS:  Okay.
10                   (Whereupon, Government's Exhibit Aral
11                   17, Chapter A Supplement Two for
12                   Hadnot Point, was marked for
13                   identification.)
14   BY MS. O'LEARY:
15        Q     Thank you.
16              So Professor Aral, this is Government
17   Exhibit 17?
18        A     Okay.
19        Q     Professor Aral, this looks like a copy of
20   the chapter A supplement two for Hadnot Point.
21              Is that what it looks like to you?
22        A     Yeah.
23        Q     And am I correct in understanding that
24   you are an author on this --
25        A     Yes.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 279 of 479

1      Q      -- chapter?

2             All right.  I have a few quick questions

3      for you --

4      A      Uh-huh.

5      Q      -- on page S2.74?

6      A      Yes.

7      Q      Okay.  And -- I'm on the wrong page.

8      There we go.

9             I want to look at figure S2.99; do you

10     see that figure?

11     A      299, yes.

12     Q      Okay.  It says, "Estimated monthly

13     operating days for well HP-634."

14            Do you agree that figure S2.99 shows the

15     number of days per month that HP-634 was modeled as

16     pumping in the ATSDR's calibrated model for Hadnot

17     Point?

18     A      As a outcome of the modeling sequence

19     that we have used, that seems to be the case.  But

20     it's not daily.  I think it's monthly.

21     Q      Sure.  So --

22     A      Okay.

23     Q      -- so the -- so it -- well, the scale on

24     the left says days?

25     A      Is it?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 280 of 479

1          Oh, day.

2          No, number of days --

3     Q    So then the line would represent total

4   number of days per month.

5          So the time scale would be monthly?

6     A    Yes.

7     Q    And then --

8     A    Yes.

9     Q    -- it's showing its days?

10    A    Yes.

11    Q    Okay.

12    A    Monthly versus days, yeah.

13    Q    And do you agree that figure S 2.99 shows

14  that in the calibrated HP model, HP-634 was not

15  modeled as pumping after January of 1985?

16    A    Yes.

17    Q    Okay.  All right.  That's my only

18  question on that.  But we'll stay in -- well, maybe.

19  We are going to --

20              MR. DEAN:  Can we take a break?

21              MS. O'LEARY:  Sure.

22              MR. DEAN:  Are you okay with that?

23              MS. O'LEARY:  Yeah, that's fine.

24              THE VIDEOGRAPHER:  The time right

25          now is 2:59 p.m.  We are off the record.

GolKow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 281 of 479

```
 1                    (Whereupon, there was a recess taken
 2                    from 2:59 p.m. to 3:12 p.m.)
 3                    THE VIDEOGRAPHER:  Time right now is
 4             3:12 p.m.  We are back on the record.
 5      BY MS. O'LEARY:
 6           Q     Professor Aral, I have a few more
 7      questions for you in the Hadnot Point supplement
 8      two.
 9                 So this is Exhibit 17 -- Government 17?
10           A     Okay.
11           Q     And could you go to page S 2.2.
12                 All right?
13           A     Uh-huh.
14           Q     I think that is one --
15           A     Two.two -- oh, 2.4, I'm sorry.
16                 Yeah.
17           Q     Okay.  So in the data availability data
18      sources section, so the column on the right?
19           A     Uh-huh.
20           Q     It says, "Four types of data sources
21      pertinent to water supply well operational records
22      and water treatment plant raw water records are used
23      in the supplement.  These are: one, daily
24      operational records for January 1998 to
25      June 2008" -- and skipping the parenthesis --
```

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 282 of 479

1    "number two, Camp Lejeune historic drinking water

2    consolidated document repository records; three,

3    Camp Lejeune water documents; and four, U.S.

4    geological survey well inventory documents."

5         A     Uh-huh.

6         Q     "Using these data sources, operational

7    chronologies for 96 wells supplying groundwater, raw

8    water to the Hadnot Point Water Treatment Plant and

9    Holcomb Boulevard Water Treatment Plant were

10   developed."

11            And so Professor Aral, why did

12   operational chronologies for these 96 wells have to

13   be developed?

14        A     I was not involved in data collection, so

15   I have no idea what this is telling us about.

16        Q     Okay.  Then we can go on to page S2.12.

17            And so just to start out, were

18   operational histories reconstructed for the Hadnot

19   Point water supply wells?

20        A     Can you repeat that question, louder

21   please?

22        Q     Sure.  Were operational histories

23   reconstructed for the Hadnot Point water supply

24   wells?

25        A     I don't -- I don't remember that.

1    Q    Okay.  So on S2.12 in that first

2 paragraph on the top left?

3    A    Uh-huh.

4    Q    It says, "Similar to the training" -- or

5 after that, actually, a couple sentences.

6         It says, "Because some wells did not

7 physically exist during the training period,

8 surrogate wells were selected to represent these

9 untrained wells."

10        So do you know what the training period

11 is a reference to?

12   A    I have to read this paragraph here.

13   Q    Sure.

14   A    "Similar to..."

15        Looks like they are trying to come up

16 with a operational well history on the site as to

17 when they were operated, when they were not

18 operating.  That's what this refers to.

19   Q    Okay.

20   A    Yeah.

21   Q    Were you involved in a -- like, a

22 training process for the Hadnot Point wells?

23   A    No.

24   Q    Okay.  And then we can set aside this

25 supplement --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 284 of 479

```
1        A      Okay.
2        Q      -- two from Hadnot Point and go back to
3   Exhibit 4, the Hadnot Point chapter A, to page 80 --
4   80 -- excuse me -- A 84?
5        A      Okay.
6        Q      And so Professor Aral, A 84, this section
7   is titled "Trichloroethylene Source Release Date
8   Sensitivity Analysis."
9               Were you involved in the
10  trichloroethylene source release date sensitivity
11  analysis at Hadnot Point?
12       A      No, I don't think so.
13       Q      You were not?
14       A      I don't remember that.
15              I mean, which area is this on Hadnot
16  Point --
17       Q      Hadnot Point --
18       A      -- industrial area or the landfill area
19  or which one?
20       Q      So the source release date sensitivity
21  analysis --
22       A      Yeah.
23       Q      -- I think it involved both?
24       A      Both?
25       Q      Yeah.
```

Golkow Technologies,
877-370-3377                 A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 285 of 479

1      A      No, I'm -- I don't remember this.

2      Q      Okay.  Can you take a look at the next

3  page, A 85?

4      A      Uh-huh.

5      Q      There's a figure, A 37 -- actually,

6  sorry.  Just a minute.

7            I'll come back to that.  I think we can

8  set aside actually the chapter A for Hadnot Point.

9                  MS. O'LEARY:  And can we get -- it

10            will be 40.  It will be Hadnot Point

11            supplement six.

12                  MS. HORAN:  I believe that's

13            Exhibit 11.

14                  MS. O'LEARY:  That's Exhibit 11.

15            Okay.

16  BY MS. O'LEARY:

17      Q      Professor Aral, could you grab

18  Exhibit 11?

19      A      Exhibit 11?

20                  MS. O'LEARY:  Oh, yes.  There it is.

21                  THE WITNESS:  Yeah.  It's there.

22  BY MS. O'LEARY:

23      Q      Okay.  So on Exhibit 11, page S6.17.

24      A      Again, this is a supplement that I wasn't

25  an author on.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 286 of 479

1      Q     No?

2            Okay.

3      A     Okay.

4      Q     So actually, going one page -- rather

5    than S6.17, S6.16.  So just the page before.

6            Do you see a table S6.5?

7      A     Okay.

8      Q     And it says it's calibrated contaminant

9    fate transport model parameter values used to

10   describe contaminant sources in the Hadnot Point

11   industrial area and Hadnot Point landfill area,

12   Hadnot Point Holcomb Boulevard study area.

13           Were you involved in selecting the

14   calibrated contaminant, like, mass loading rates?

15     A     Which is presented in this report?

16     Q     No.  In general, at Hadnot Point?

17     A     But we are looking at this report.

18           Is that in this report?  That's what I'm

19   asking.  Is that database is in this report?

20           If it is not, I would like to go back to

21   the database that was used later on in another study

22   and see if I was the author on that.

23     Q     Oh, so -- so you're saying you're not

24   sure if you were involved in --

25     A     I'm involved --

1    Q    -- that?

2    A    -- in it.  But I'm looking at a table --

3    Q    Uh-huh.

4    A    -- which I have not prepared.

5         And I'm not ready to answer questions on

6    it, because I was not involved in writing this

7    report.

8    Q    Okay.  So, I -- I mean, I think this is

9    the report where these contaminant mass loading

10   rates are reported in the Hadnot Point reports.

11   A    But some other group did it.  There's a

12   different group in every task, and they write

13   whatever they write.

14        If I have used it in another study

15   related to this industrial area or landfill area,

16   let's go to that report and discuss it there.

17   Q    Well, I guess that's what I'm asking you.

18        Did you use -- in the areas you worked

19   on, did you use the --

20   A    I would --

21   Q    -- the fate --

22   A    -- like to --

23   Q    -- and transport --

24   A    -- go back --

25   Q    -- buckles?

1      A      -- to the report that I wrote, listed
2    these numbers.  Then, I would say, Yes, I have used
3    it.
4             It may be totally "inrelevant" --
5    irrelevant to my application.  I don't know.
6    BY MS. O'LEARY:
7      Q      Okay.
8              MS. O'LEARY:  Can we get -- this
9              will be -- we can set aside 11,
10             Exhibit 11.
11              And can we get 25?
12             THE WITNESS:  Okay.
13             MS. O'LEARY:  You don't have it yet,
14             Professor Aral.
15             THE WITNESS:  Okay.
16             MS. O'LEARY:  It will end up being,
17             I think, Government Exhibit 18.
18             THE WITNESS:  Okay.
19             (Whereupon, Government's Exhibit Aral
20             18, E-mail String Between Robert Faye
21             and Mustafa Mehmet Aral, was marked
22             for identification.)
23              MS. O'LEARY:  Yup.
24              And I have some questions about
25             calibration of Hadnot Point.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 289 of 479

 1                    THE WITNESS:  Okay.

 2                    MS. O'LEARY:  There you go.

 3                    THE WITNESS:  Okay.

 4    BY MS. O'LEARY:

 5        Q      Professor Aral, Government Exhibit 18

 6    appears to be an e-mail from you to Robert Faye from

 7    September 21st of 2011.

 8                Do you recognize this e-mail?

 9        A      Yeah.  It's from me.

10        Q      Do you remember it?

11                    MS. BAUGHMAN:  You should take your

12                time to read it first.

13                    THE WITNESS:  Yeah.  I'm reading it.

14    BY MS. O'LEARY:

15        Q      Professor Aral, are you -- what page are

16    you on reading?

17        A      I'm reading the whole e-mail sequence.

18        Q      Okay.  I thought you had mentioned that

19    you did re- -- you did recognize this e-mail?

20                    MR. DEAN:  He did, but we --

21        A      Yeah.  But this was ten -- how many years

22    ago?

23    BY MS. O'LEARY:

24        Q      Okay.  Would you like --

25        A      I have to read the whole thing to

                            Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 290 of 479

1    answer --

2           Q      Yeah.  Would --

3           A      -- questions.

4           Q      -- you like to go off record so you can

5    read it?

6                  And we can --

7                      MR. DEAN:  No.

8    BY MS. O'LEARY:

9           Q      -- come back on record when you're ready?

10                     MR. DEAN:  No.  Keep the record

11                 rolling.  But --

12                     MS. O'LEARY:  No.  We --

13                     MR. DEAN:  -- if it's --

14                     MS. O'LEARY:  -- can -- we can take

15                 a break --

16                     MR. DEAN:  No.  It's --

17                     MS. O'LEARY:  -- if you need to read

18                 all of the pages.

19                     So let's go off the --

20                     MR. DEAN:  No.  No.

21                     MS. O'LEARY:  -- record, please.

22                     MR. DEAN:  Absolutely do not stop

23                 the videotape rolling.  You can stop

24                 transcribing if you'd like.

25                     But he's going to continue to read

1          it.  You're the one that asked him a- --

2          about the e-mail.  He has a right to read

3          it.

4                  There's nothing that suggests that

5          we have to turn off the record every time

6          you present him with an exhibit, which he

7          has a right --

8                  MS. O'LEARY:  Yes.  But --

9                  MR. DEAN:  -- to read --

10                 MS. O'LEARY:  -- he's -- he's --

11                 MR. DEAN:  -- and stop --

12                 MS. O'LEARY:  -- already said --

13                 MR. DEAN:  -- the transcript.

14                 MS. O'LEARY:  -- he recognized the

15         e-mail.

16                 So Professor Aral, I'm fine to go

17         off record for you to read every word --

18                 MR. DEAN:  No.

19                 MS. O'LEARY:  -- and not on the

20         record.

21                 So are you ready to proceed --

22                 MR. DEAN:  He can --

23                 MS. O'LEARY:  -- or not?

24                 MR. DEAN:  -- keep reading, but

25         we'll keep the record running.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 292 of 479

```
 1       A     Can you tell me which part of this --
 2  BY MS. O'LEARY:
 3       Q     Sure.
 4       A     -- your question --
 5       Q     Yeah?
 6       A     -- is all about?
 7       Q     Sure.
 8       A     I can have a focus on that.
 9       Q     Yeah.  So I have questions for you about
10  page one and page two.
11       A     Okay.  So what is your question?
12       Q     So on page two, there's an e-mail from
13  you to Robert Faye that's dated September 20th --
14       A     Uh-huh.
15       Q     -- 2011.
16             The subject says, Re:  TCE landfill data.
17  And in the paragraph there, it's addressed to Bob.
18             Is that to Robert Faye?
19       A     That's to Bob -- yeah.  Bob Faye.
20       Q     Okay.  So, kind of, in the middle,
21  there's a sentence that begins, Here, I'm not
22  referring to CT application we did two years ago.
23             Do you see that?
24       A     Yeah.
25       Q     And it says, We did -- we did what we had
```

1   to do.  The outcome of our assumption seems to yield
2   pretty good answers, given what we did not know or
3   how little we know at the time and how little we
4   included in our overall analysis to come to that
5   conclusion.  I am interested in hearing your
6   thoughts on the calibration targets for GW fate and
7   transport models.
8              So just background, "CT" is that control
9   theory application?
10      A     Yeah.
11      Q     And when you say "GW," is that
12  groundwater?
13      A     GW, groundwater.
14              MS. BAUGHMAN:  Is -- isn't -- isn't
15          "CT" calibration target?
16              THE WITNESS:  Well, it can be that,
17          too, referring to calibration targets.
18          Yeah.
19              MS. BAUGHMAN:  Because the --
20              THE WITNESS:  That's right.
21              MS. BAUGHMAN:  -- prior e-mail --
22              THE WITNESS:  That's correct.
23              MS. BAUGHMAN:  -- is all about that.
24              THE WITNESS:  It's calibration --
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 294 of 479

1    BY MS. O'LEARY:

2         Q     All right.  This is about tal- --

3    calibration targets?

4         A     Correct.

5         Q     You are not referring to calibration

6    target application you did two years ago?

7         A     Calibration targets -- probably, I'm

8    referring to Tarawa Terrace.

9              MR. DEAN:  Object to the form of the

10             question.

11             MS. BAUGHMAN:  I -- I really think

12             you need to read the prior e-mail on --

13             on -- from Bob Faye to you right before

14             this e-mail, or you might understand the

15             context.

16   BY MS. O'LEARY:

17        Q     Well, Professor, hadn't you already read

18   page three?

19        A     The first e-mail is from me to Bob.

20        Q     Uh-huh.

21        A     Apparently, we had a meeting or a

22   conversation on -- or during which I have asked him

23   some calibration targets that he has or he may not

24   have in his mind.

25             So that's the start of the discussion.

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 295 of 479

```
 1              He answers --
 2                  MS. BAUGHMAN:  Wait.  Wait.  Wait.
 3                  What -- you've got to -- she needs
 4              to ask you a question.  Okay?
 5                  You're just -- you're just
 6              explaining the e-mail.
 7                  Wait for a question.
 8   BY MS. O'LEARY:
 9       Q    Pro- --
10                  MS. BAUGHMAN:  But make sure you've
11              read the whole --
12   BY MS. O'LEARY:
13       Q    So Pro- --
14                  MS. BAUGHMAN:  -- chain first.
15   BY MS. O'LEARY:
16       Q    Professor Aral, let me just ask my
17   specific questions, and this --
18       A    Please.
19       Q    -- might go better.
20            So do you agree that this e-mail --
21       A    And loud --
22       Q    -- thread -- the --
23       A    -- please.
24       Q    -- one -- yeah.
25            Do you agree that that e-mail on
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 296 of 479

1    September 20th, 2011, from you to Robert Faye -- so
2    the one on page two --
3         A    (The witness nods head.)
4         Q    -- that this e-mail is about calibration
5    targets for TCE at HP651?
6         A    In page two?
7         Q    Yes.
8         A    Uh-huh.
9         Q    You agree?
10                  MR. DEAN:  Object to the form of the
11             question.
12        A    Can you repeat that --
13   BY MS. O'LEARY:
14        Q    Yeah.
15        A    -- what are --
16        Q    You agree that e-mail is about -- about
17   calibration targets for TCE at Hadnot -- HP651, the
18   well?
19        A    Okay.  Which page is this that you're --
20        Q    Two.
21        A    -- reading?
22        Q    Right here, in the --
23        A    Second page?
24        Q    Yes.
25        A    From me to Bob?

GolKow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 297 of 479

1    Q    That's right.

2    A    Okay.

3         Okay.  What is your question again?

4    Q    All right.  When you said, We did what we

5    had to do, what did you mean?

6         What is it that you had --

7    A    We change --

8    Q    -- to do?

9    A    -- we chose a proper calibration target,

10   and we went about applying it.

11   Q    Okay.  And you said, The outcome of our

12   assumptions seems to yield pretty good answers given

13   that we did not know or how little we knew at the

14   time and how little we included in our overall

15   analysis to come to that conclusion.

16        What is -- what do you mean by the

17   "outcome of our assumptions"?

18   A    I think we made some assumptions to

19   choose a calibration target, and it worked out in

20   the final analysis in the sense that our modeling

21   application yielded good results.  And I think I'm

22   referring to Tarawa Terrace there.

23   Q    Uh-huh.

24   A    So I'm suggesting, maybe, why don't we

25   use the same approach, come up with a proper

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 298 of 479

1    calibration target, and go at it?

2         Q    And the way you did it at Tarawa --

3         A    Right.

4         Q    -- Terrace, do it at Hadnot Point?

5         A    Right.

6         Q    Okay.  And then, on page one of this

7    e-mail -- so the page one of Exhibit 18 --

8         A    Uh-huh.

9         Q    -- in the e-mail from Robert Faye to you

10   and others that's dated September 20th, 2011, do you

11   see that one?

12        A    Yup.

13        Q    It says, Hi, folks.  First, it seems to

14   me, the overall model calibration strategy has

15   always been and should be to apply defensible

16   methods to simulate field observations.

17             Second, our models only grossly

18   approximate real-world physics, chemistry, and

19   biology.

20             Third, the feed -- field data represent a

21   snapshot in time during one day, whereas our model

22   simulate average monthly conditions.  It seems to me

23   that an effective and a ap- -- appropriate approach

24   to model calibration must integrate these realities

25   into the -- into a practical strategy.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 299 of 479

1          And then, there's one more sentence.

2          But do you agree with what Robert Faye

3   said, that the ATSDR's HP models only grossly

4   approximate real-world physics, chemistry, and

5   biology?

6                MR. DEAN:  Object to the form of the

7          question.

8      A    No.

9          I think what he's trying to do, if I -- I

10  don't recall -- recall this e-mail sequence.  But he

11  may be suggesting different calibration targets than

12  what we have used at Tarawa Terrace.

13         And probably, I'm insisting that what we

14  did at Tara- -- Tarawa Terrace worked for us.  So

15  let's continue with the same approach, same targets,

16  and it will work for this case, as well.

17  BY MS. O'LEARY:

18     Q    Why is it that the models are not grossly

19  approximating real-world physics, chemistry, and

20  biology?

21     A    Well --

22                MR. DEAN:  Object to the form of the

23          question.

24                That's not his e-mail.

25                THE WITNESS:  Yeah.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 300 of 479

```
1                    MR. DEAN:  That's Bob Faye's e-mail.
2                    THE WITNESS:  Yeah.
3                    MS. O'LEARY:  That I -- I understand
4             that.  And --
5                    MR. DEAN:  Okay.  Well --
6                    MS. O'LEARY:  -- I asked --
7                    MR. DEAN:  -- you're implying --
8                    MS. O'LEARY:  -- him if --
9                    MR. DEAN:  -- that he --
10                   MS. O'LEARY:  -- he agreed.
11                   MR. DEAN:  -- said that.  You're
12            implying to him --
13                   MS. BAUGHMAN:  He did -- he did not
14            agree.
15                   MS. O'LEARY:  All right.  And I'm
16            asking him, Why?
17   BY MS. O'LEARY:
18        Q    Why is it that the models don't
19   grossly --
20        A    Well, because --
21        Q    -- approximate real-world --
22        A    -- the -- the --
23        Q    -- physics -- I'm --
24        A    -- models we --
25        Q    -- sorry.  Sorry --
```

```
1        A      -- are using --

2        Q      -- Professor Aral.

3        A      Okay.

4        Q      -- don't grossly approximate real-world

5   physics, chemistry, and biology?

6                    MR. DEAN:  Object to the form.

7        A      I don't agree with that.

8   BY MS. O'LEARY:

9        Q      Right.

10               Why?  Why don't you agree?

11       A      Because our models are good models.

12       Q      But, I mean, can't a model be good and

13   still be only a gross approximation?

14       A      No, it wouldn't be --

15       Q      Why not?

16       A      -- if it is done -- if it is done well,

17   calibrated well, the model represents the

18   assumptions you have initially introduced into it

19   and predicts what those initial assumptions --

20   assumptions you have mathematically correctly.

21       Q      Mathematically correctly, though.

22               But, I mean, we're talking about how it

23   compares to the real world.  Right?

24               The real world isn't in, for example --

25       A      Well, then --
```

1    Q      -- seven layers.

2    A      -- it --

3    Q      And that's what the model had.  Correct?

4    A      Yes.  That they plot --

5    Q      And then, the --

6    A      Yeah.  Go ahead.

7    Q      The real world's not in 50 by 50 squares.

8           But that's what the model had.  Right?

9    A      Right.

10   Q      And the real world has variable

11   biodegradation rates based on changing parameters

12   throughout the distance between a contaminant source

13   and the wells.

14          And the model didn't have that.  Right?

15   A      The model we have worked with is an

16   approximation of the environment we are working

17   in -- with.

18          And we are satisfied with the

19   representation of that environment within that

20   model, and we are trying to go through the

21   discussion of how far should we go further in time

22   spent in calibrating this model --

23   Q      Uh-huh.

24   A      -- to best fit what we have observed at

25   the field?

1              So this is not a question of whether the
2    model represents the field conditions correctly or
3    grossly.  That's not the question.
4              The question is what we have assumed in
5    building this model represents the field -- or -- or
6    the -- the -- the environment approximately, but
7    correctly in terms of our understanding at the
8    beginning.  Okay?
9              So when we start there, we cannot argue
10   whether the results are gross or exact.
11       Q    Because you just don't know?
12       A    No.
13             We know a bound of analysis based on
14   uncertainty, that it should reflect the -- the field
15   conditions within a certain degree of accuracy.
16       Q    But only within the -- the range of
17   parameters you chose to look at for the field --
18                  MR. DEAN:  Object to the form.
19   BY MS. O'LEARY:
20       Q    -- parameters; correct?
21       A    We are modeling.  We cannot use all the
22   range of field parameters that is available to us.
23       Q    Okay.  You can set aside Exhibit 18.  And
24   if you could find Exhibit 4, the Hadnot Point
25   Chapter A?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 304 of 479

1           MR. DEAN:  Supplement two?

2           MS. O'LEARY:  No.  Chapter A.

3           Exhibit four.

4           MS. BAUGHMAN:  That would be

5      Exhibit four.  Yeah.

6           MR. DEAN:  Oh.

7           THE WITNESS:  Uh-huh.

8           MR. DEAN:  Yeah.

9   BY MS. O'LEARY:

10      Q     And could you go to page A46?

11           And so there's a figure there, Figure

12   A18.  And its label says, Reconstructed Simulated

13   and Measured Concentrations of Trichloroethylene and

14   Selected Water Supply Wells Within the Hadnot Point

15   Industrial Area.

16      A     Uh-huh.

17      Q     So --

18      A     That's figure eight, 18 -- A18.

19      Q     A18.  Yes.

20      A     Yeah.

21      Q     Do you agree that this Figure A18 shows

22   the calibrated model values plotted with some

23   measured values at HP well 601, 602, 608, and 634?

24      A     Yeah.  That's what the titles say.

25      Q     Do you agree that the Figure A18 shows

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 305 of 479

1   some of the measured values at those wells, but not
2   the non-detections?
3        A     Uh-huh.
4        Q     Okay.  And so any non-detections are not
5   on these -- on these graphs?
6        A     I have no idea.
7              You are just referring to four figures,
8   four wells, and then, asking a universal question
9   as --
10       Q     No.  I --
11       A     -- to all --
12       Q     -- mean, for --
13       A     -- the wells.
14       Q     -- no.  I mean, for these four wells, the
15   non-detections are not --
16       A     I don't --
17       Q     -- shown?
18       A     -- know.
19       Q     Okay.
20       A     I don't remember that.
21             MS. O'LEARY:  Can we get number 43?
22             And I'm -- I'm going to have you --
23       I'm going to need you to compare.  So if
24       you could keep Exhibit --
25             THE WITNESS:  Okay.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 306 of 479

1                    MS. O'LEARY:  -- 4 nearby.

2                    This will be Government Exhibit 19.

3                    (Whereupon, Government's Exhibit Aral

4                    19, Chapter C at Hadnot Point, was

5                    marked for identification.)

6                    THE WITNESS:  Uh-huh.

7      BY MS. O'LEARY:

8           Q     And can you go to page C95?

9           A     C95?

10          Q     Yup.

11                Okay.  Professor, are you on page C95?

12                And you should be looking at a Table C7?

13          A     Yes.

14          Q     Okay.  So that table says it's a summary

15     of analyses of PCE, TCE, DCE of various kinds and

16     vinyl chloride in samples collected in Hadnot Point

17     water treatment plant water supply wells.

18                So I'd like you to look at HP634, and

19     look at the TCE column.

20          A     Uh-huh.

21          Q     And there are, looks like, four

22     non-detections.

23                Do you see those?

24          A     Yes.

25          Q     Okay.  So there are four non-detections

GolKow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 307 of 479

1    of TCE at HP634, for example.

2           But if we go back to Exhibit 4, which is

3    the Chapter A, at that figure A18 on page A46, for

4    wells 634, there are no non-detections on that

5    chart.  Is that correct?

6         A    634?

7           Non-detects are not shown in here as a

8    data point.

9         Q    Yeah.  Okay.  You can set aside Exhibit

10   19, which was the Chapter C at Hadnot Point.

11        A    Chapter what?

12        Q    You can set aside --

13        A    Okay.

14        Q    -- Exhibit 19.

15        A    Okay.

16        Q    So Chapter -- Exhibit 4 please keep.  And

17   you can set aside --

18        A    Okay.

19        Q    -- Exhibit 19.

20           And can you go in Exhibit 4, Chapter A,

21   to page A51?

22        A    Yes.

23        Q    All right.  So there's a figure A20 that

24   says --

25        A    Yeah.

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 308 of 479

1     Q    -- it's reconstructed, simulated, and

2  measured concentrations of benzene at selected water

3  supply wells at Hadnot Point industrial area, Hadnot

4  Point Holcomb Boulevard study.

5          And it's showing three wells, HP 602, HP

6  603, and HP 608.

7          And were you involved at all -- or are

8  you aware of the data on benzene detections at the

9  Hadnot Point water treatment plant?

10     A    Well, it says "TechFlowMP."  So I must be

11  involved.

12     Q    Okay.  So -- and are you, then, familiar

13  with the benzene detections at the wells in Hadnot

14  Point?

15     A    These are the data points that we had,

16  apparently, on benzene on these wells.

17     Q    Okay.  Do you agree that these figures

18  show calibrated model benzene concentrations at

19  these three wells -- HP 602, 603, and 608, as well

20  as some measured values?

21     A    Yup.

22     Q    Okay.  If I look at well HP 603, I don't

23  see any measured values.

24          Do you know why that is?

25     A    I don't know.

1          There must be no data on that.

2     Q    Why do you think there must be no data on

3    that?

4     A    Well, we didn't put data points on that

5    figure.

6     Q    Okay.  Can you pull back up Exhibit 19,

7    the Chapter C for Hadnot Point?

8     A    Yes.

9     Q    And go to page C98.

10     A    Okay.

11     Q    So if you look at -- now, this -- there's

12    a Table C8.

13     A    Uh-huh.

14     Q    And it says, Summary of Analyses for

15    Benzene, Toluene, Ethylbenzene, and Total Xylene in

16    Water Samples Collected in Hadnot Point Water Supply

17    Wells.

18          And do you see the entries for HP 603 in

19    the column for benzene?

20     A    Uh-huh.

21     Q    All right.  Do you see that there are

22    seven entries for benzene, and they're all

23    non-detections?

24     A    Yes.

25     Q    Okay.  So does that mean that in --

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 310 of 479

```
 1       A       These plots didn't include non-detects.

 2       Q       You didn't include the non-detects --

 3       A       Correct.

 4       Q       -- in well HP 603?

 5       A       Yeah.

 6       Q       Okay.  So I --

 7                    MR. DEAN:  Objection to form.

 8                    They don't show up on log scales

 9               anyway.

10       A       Uh-huh.

11  BY MS. O'LEARY:

12       Q       So if you look at -- back at page A51,

13  that --

14       A       Uh-huh.

15       Q       -- figure A20?

16       A       Uh-huh.

17       Q       For H -- well HP603, what does the red

18  line represent?

19       A       603?

20       Q       603.  I'm sorry.  I might have said

21  something wrong.

22               603?

23       A       Yeah.  Okay.

24       Q       What does the red line represent?

25       A       The simulated benzene concentrations at
```

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 311 of 479

1    this well location.
2         Q    Okay.  And does the -- am I correct in
3    understanding this shows the simulated benzene
4    concentrations at -- at well HP603 at some point
5    exceeded a hundred micrograms per liter?
6         A    It shows that.
7         Q    But then when we looked at the table in
8    chapter C --
9         A    Uh-huh.
10        Q    -- there were only nondetections at well
11   HP603?
12        A    That's correct.
13        Q    Okay.
14        A    But again, you are making the mistake of
15   comparing point values at a point in time and a
16   point in space with the overall calibration of a
17   model.
18        Q    Uh-huh.
19        A    You are confused in that.
20        Q    Can we go to page A81?
21        A    A81?
22        Q    Yup.  So same -- same exhibit.
23        A    Okay.
24              MR. DEAN:  Oh, A.
25              MS. O'LEARY:  A, yeah.

Golkow Technologies,
877-370-3377            A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 312 of 479

```
 1        A     A81?
 2   BY MS. O'LEARY:
 3        Q     Yeah.  And the --
 4                   MR. DEAN:  A81.
 5   BY MS. O'LEARY:
 6        Q     -- column on the left --
 7        A     Yeah.
 8        Q     -- and as I send [sic] this -- the first
 9   sentence starts, "As previously discussed."
10              But, "Simulated results for water supply
11   well HP602 provide reasonable agreement with field
12   data, whereas simulated results for water supply
13   well HP603 are inconsistent with field data.
14   Therefore, sensitivity analyses were conducted to
15   assess the effect of varying contaminant, source,
16   area, size, location, and release date on
17   reconstructed benzene concentrations at water supply
18   well HP603 and at the HP water treatment plant.
19              "Additionally, the sensitivity analysis
20   included assessing the effect of the contribution of
21   benzene contaminated groundwater from well HP603 on
22   benzene concentrations in finished water at the
23   Hadnot Point water treatment plant."
24              Now, were you involved in this
25   sensitivity analysis on HP603?
```

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 313 of 479

```
 1       A      Yes, I was.
 2       Q      Okay.  Am I understanding from what I
 3  just read on A81 that the ATSDR recognized the
 4  simulated results for water supply well HP603 as
 5  inconsistent with field data?
 6       A      That's what it says, yeah.
 7       Q      Okay.  And still on --
 8       A      We established that --
 9       Q      Uh-huh.
10       A      -- in our prior discussion.
11       Q      And if you go onto the next page, just
12  A82, there's a description of a -- of the
13  sensitivity analysis that was done.
14              And am I correct in understanding that in
15  the sensitivity analysis, they determined that
16  varying the source concentrations caused only small
17  improvement at --
18       A      A- --
19       Q      -- while 603 --
20       A      -- -83 is only figures and you are --
21       Q      A --
22       A      -- referring to --
23              (Whereupon, the court reporter
24               requests clarification)
25       A      A -- A83 is only page for figures.  You
```

1    are actually referring to A -- A82.

2    BY MS. O'LEARY:

3         Q    A 82.

4         A    Okay.

5         Q    Yeah.

6         A    Okay.

7         Q    At the top.

8         A    Uh-huh.

9         Q    I can read what it says.

10            It says, "Sensitivity analysis results

11   for varying assigned source concentration value from

12   a calibrated value of 17,000 micrograms per liter,

13   and source release date from the calibrated release

14   date of January 1st, 1964, are listed in table A25.

15   These results indicate a small improvement in

16   reconstructed benzene concentrations while HP603

17   compared to calibrated results."

18            So am I correctly understanding that the

19   sensitivity analysis found only small improvement in

20   HP603 by varying source concentrations?

21        A    The sensitivity analysis looks at the

22   effect of the variations of a certain parameter on

23   the results.  So in this case, actually, we are

24   changing the source concentrations to see if it has

25   an effect on the 603 -- well 603.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 315 of 479

1          And we are concluding that the change in
2    source concentrations does not effect that much.
3          Q     Okay.  And -- and going on after that, it
4    says, "Perhaps more important however, in the
5    context of the overall project, is that the effect
6    of these contaminant source variations on finished
7    water benzene concentrations at the HP water
8    treatment plant is minimal."
9          Do you agree it's more important in the
10   context of the overall water modeling project at
11   Hadnot Point that the contaminant source variations
12   of the sensitivity analys- -- analysis on finished
13   water on benzene concentrations at the Hadnot Point
14   water treatment plant is minimal?
15              MR. DEAN:  Object to the form of the
16              question.
17         A     Yeah.
18   BY MS. O'LEARY:
19         Q     Okay.
20         A     I think it says that, yes.
21         Q     And to -- and then its goes on to say,
22   "To assess the contribution of reconstructed benzene
23   contaminated groundwater from water supply well
24   HP603 to finished water concentrations at the Hadnot
25   Point water treatment plant, the mixing model

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 316 of 479

1    results were derived by removing the flow and

2    contaminant mass contribution from well HP603.

3          And then it says "The reconstructed

4    benzene concentration results shown in figure A36

5    indicate that the contribution from benzene

6    contaminated water supply well HP603 to finished

7    water concentrations at the HP water treatment plant

8    was minimal."

9          And then --

10   A    Yeah.

11   Q    Do you agree?

12   A    What -- yeah.

13        What we are saying is if we change the

14   source date it has also minimal effect.

15   Q    Okay.  And if -- if HP603 does not have a

16   big effect on the water treatment plant calibration,

17   then does that mean that the calibrated model is

18   drawing most of the benzene from different wells?

19   A    Not the calibrated model.  The water

20   treatment plant is receiving contaminants from

21   different wells, yeah.

22   Q    Right.

23   A    Yeah.

24   Q    So if -- if -- so the specific well,

25   HP603, has a changing source loading on that well

Golkow Technologies,
877-370-3377                    A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 317 of 479

1    has a minimal effect on the water treatment plant
2    levels, then does that mean in the model the source
3    of the benzene is primarily other wells, not 603?
4         A    No, that -- that's not what it says.
5              It says changes in the source value
6    doesn't effect the water treatment plant
7    concentrations.  It doesn't say that the source at
8    this well doesn't effect.
9         Q    Well, isn't that what they varied, was
10   the strength of the source at 603?
11        A    No.  There is a source.  Let's --
12        Q    Sure.
13        A    -- say a hundred milligrams per liter,
14   that's going to water treatment plant.
15             Now, if you make it 110 or 90, it doesn't
16   make any change on the water treatment plant.  But
17   there is still hundred milligrams of contaminant in
18   that --
19        Q    Uh-huh.
20        A    -- well.
21             Okay?  I mean, the changing effects is
22   not important but the source is still there,
23   whatever it is.
24        Q    Isn't the uncertainty analysis to see
25   what happens when you vary the source strength?

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 318 of 479

1       A       Yeah.   But you are asking me if you take

2    the 603 out --

3       Q       Yeah.

4       A       -- it's not going to change the water

5    too.   That's not true.

6               What I'm trying to tell you is there's a

7    source which contributes to water treatment plant

8    concentrations.   A hundred milligrams, maybe ten

9    milligrams of it goes to water treatment plant.

10      Q       Uh-huh.

11      A       Now, if you make the source or change the

12   source value to 120 or 80, still ten goes to the

13   water treatment plant.

14              Conclusion is not if you take 603 out,

15   still there's no change in the water treatment

16   plant.   No.

17              Ten milligrams you are taking out now

18   from the water treatment plant by taking out 603

19   totally.

20      Q       Okay.   You can set aside chapter A and we

21   are going to go back to supplement six, which was

22   Exhibit 11.

23      A       Exhibit 11.

24      Q       And to page S645.

25              Actually, to -- yeah.   S645, that's

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 319 of 479

1    correct.

2         A      Okay.

3         Q      Okay.  So in the column on the right, the

4    second paragraph begins, "For contaminant fate and

5    transport modeling reported herein.  However

6    insufficient -- however insufficient water quality

7    data existed to conduct a statistical analysis for

8    assessment of model calibration fit.  In addition,

9    specific data pertinent to the timing of initial

10   deposition of the contaminants in the ground or

11   subsurface chronologies of waste disposal

12   operations, such as dates and times when

13   contaminants were deposited in the HPLF or

14   descriptions of the temporal variation in

15   contaminant concentrations in the subsurface

16   generally are not available.

17             It goes on, "Determining these types of

18   source identification and characterization data

19   became part of the historical reconstruction process

20   whereby the contaminant fate and transport model was

21   used to test source locations, varying

22   concentrations, and beginning and ending dates for

23   leakage and migration of source contaminants to the

24   subsurface and underlying groundwater flow system."

25             Were you involved in that process of

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 320 of 479

1  determining the types of source identification and
2  characterization data?
3       A    No.  I'm not an author on this report so
4  I wouldn't know what is the procedure -- what are
5  the procedures they have used and I don't
6  remember --
7       Q    Okay.
8       A    -- this paragraph.
9       Q    Okay.  And were you involved in the
10  process of testing source locations by varying
11  concentrations and beginning and ending dates?
12       A    That -- this is -- let's see.  In the
13  landfill area.
14            We referred to that earlier in one of the
15  other exhibits that we tested the start and ending
16  dates of the wells.  It didn't have any effect.  We
17  tested the source concentration magnitudes, it
18  didn't effect.
19            So is this the same well or is this a
20  different site?  I -- I have no idea what we are
21  talking about.
22       Q    I mean, this chapter is about all of the
23  wells.
24       A    The previous --
25       Q    At Hadnot Point.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 321 of 479

1      A      -- chapter was on benzene application

2    only?  Is that what we discussed a minute ago?

3      Q      So we were talking about chapter A, which

4    is the summary of findings and chapter C, which is

5    about occurrence of all --

6      A      No -- no.

7      Q      -- contaminants.

8      A      We were looking at some figures that

9    nondetects were used or not used and we were talking

10   about sensitivity analysis we used, just to see if

11   the source concentration changed or if the time of

12   application of the contaminant at the site changes.

13   It didn't change anything.

14             So you ask me the question, if you take

15   this well off will there be any change in the water

16   treatment plant?

17             I answered the question as, "yes."

18             Now we are coming to this supplement --

19     Q      To supplement six.

20     A      -- six.

21             Is this -- I -- I'm not familiar with

22   this chapter.  I haven't authored it.

23             Are these paragraphs referring to what we

24   have discussed a minute ago, which I have

25   summarized?

GolKow Technologies,
877-370-3377                A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 322 of 479

1              Do you know that or --

2      Q      I don't know.

3      A      I don't know it either.

4      Q      Okay.

5      A      So --

6      Q      Are you offering opinions about the

7      calibration assessment of Hadnot Point?

8      A      I'm offering opinions on a paragraph that

9      you wrote or read -- read on this chapter.

10     Q      So supplement six is called,

11     "Characterization and simulation of fate and

12     transport of selected volatile organic compounds in

13     the vicinities of the Hadnot Point industrial area

14     and landfill."

15              Were you involved in any of those

16     processes?

17     A      No.  I'm not an author on this report so

18     I have no idea what's in this report.

19     Q      Okay.  So are you offering no opinions on

20     anything contained in supplement six?

21                   MR. DEAN:  Object to the form.

22     A      If I'm not an author the only thing I

23     did, probably, I reviewed it.

24     BY MS. O'LEARY:

25     Q      Okay.  Are you offering any opinions

Golkow Technologies,
877-370-3377            A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 323 of 479

1    about mass loading at Hadnot Point?

2         A     At certain sites I'm looking at benzene

3    mass loadings that I have described a minute ago

4    that it did effect it didn't effect and so forth.

5    So I have an opinion on that but I don't have an

6    opinion on this supplement six.

7         Q     On benzene, let's start there.  Were you

8    involved in -- are you offering opinions, I mean, on

9    the appropriateness of the calibrated value --

10        A     Yeah.

11        Q     -- for mass loading?

12        A     Yeah.  That study -- benzene study was

13   done with TechFlowMP.

14        Q     Okay.  Are you offering opinions about

15   the quality of the calibrated values of mass loading

16   of the other contaminants at Hadnot Point?

17        A     If my -- if -- if that is a study which I

18   have done and I was involved in writing the report,

19   yes, I'm going to offer an opinion on it.  But the

20   reference, the Exhibit 11 is written by some other

21   group at ATSDR.

22              I'm not the author so I'm not going to

23   offer an opinion on that.

24        Q     If we stay on supplement six and page

25   S645, where we were, still in the column on the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 324 of 479

1   right --
2          A      Six.  Just a moment.
3                 Exhibit six or --
4          Q      No.  It's Exhibit 11.
5          A      Yes.
6          Q      What we were on.
7          A      And you are going back to the --
8          Q      -- to S6.
9          A      -- supplement that I'm not an author, I'm
10  not an involved participant.  Maybe I have just
11  reviewed it and you are going to ask me a
12  question --
13         Q      Yes --
14         A      -- about it again.
15         Q      -- I have questions about it --
16         A      Okay.
17         Q      -- about S640.45.
18                So it said --
19         A      645?
20         Q      Yeah.  The column on the right --
21         A      Yeah.
22         Q      -- the third paragraph says, "Conducting
23  a robust uncertainty analysis using Monte Carlo
24  analysis requires simulating thousands of
25  realizations.  When using available computational

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 325 of 479

1    equipment, the HPIA and HPLF models have a

2    simulation time of about six to eight hours for each

3    simulation.  The lengthy simulation times and the

4    substantial data limitations therefore make a

5    comprehensive uncertainty analysis computationally

6    prohibitive based on available resources and time

7    limitations.  Thus the ranges values presented in

8    the sensitivity analysis section of this report

9    assess a limited number of input and output model

10   parameter.

11             "The results, i.e. range of concentration

12   presented in the sensitivity analysis reported

13   herein should not be considered or interpreted as

14   the results of a robust and comprehensive

15   uncertainty analysis but do provide insight into

16   parameters, sensitivity, and uncertainty in a

17   qualitative sense."

18             Were you involved at all in an

19   uncertainty analysis at Hadnot Point using Monte

20   Carlo analysis?

21       A      Yes.  Not on this supplement though, on

22   other applications, in other locations, in Tarawa

23   Terrace, in benzene analysis.  Yes.

24       Q      But in Hadnot Point were you involved in

25   an uncertainty analysis using Monte Carlo analysis?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 326 of 479

1      A      In other sites, yes.

2      Q      What sites?

3      A      What sites?

4      Q      Yeah.

5      A      Fuel farm, under storage tanks, benzene

6   leakage, modeling of benzene using TechFlowMP.  If I

7   did the modeling I did the uncertainty analysis.

8            And I don't know what this is doing or

9   what is this all about that we are looking at right

10  now.  I don't know that.

11     Q      Can you go back one page --

12     A      Uh-huh.

13     Q      -- to S6.44?

14     A      Yeah.

15     Q      And there's a figure S6.23.

16     A      Yes.

17     Q      It says, "It's variations and

18  reconstructed are simulated finished water

19  concentrations of trichloroethylene derived using

20  Latin hypercube sampling methodology on water supply

21  well monthly operational schedules Hadnot Point

22  water treatment plant, Hadnot Point-Holcomb

23  Boulevard study area."

24            Do you see that?

25     A      Yes, I see that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 327 of 479

1    Q    And were you involved in the --

2    A    I wasn't --

3    Q    -- in this process?

4    A    I wasn't involved in anything that you

5  are showing me in this report, supplement six.

6    Q    So -- so Professor Aral, you've told me

7  that you weren't involved in supplement six but you

8  were involved in Monte Carlo simulations at other

9  areas of Hadnot Point.

10         This is where Monte Carlo simulations of

11  from Hadnot Point are --

12    A    I'm not the only --

13    Q    -- report -- are reported --

14    A    I'm not the only person who can do Monte

15  Carlo analysis.  Other teams within ATSDR can do

16  that too.

17    Q    Right.  But --

18    A    So at different sites we took the tasks

19  onto us to do the simulations and then do the

20  uncertainty analysis.

21         In this task, whatever this is, this is

22  done by some other group.  Anybody can do

23  uncertainty analysis.

24    Q    Sure.

25    A    Yeah.

1      Q     I don't disagree with you.

2            But the ones reported by the ATSDR are

3      here in chapter A, supplement six.  So where are the

4      Monte Carlo simulations that you did on Hadnot

5      Point?  Where are they -- they reported?

6      A     I have not done supplement six

7      uncertainty analysis.  Wherever this site is,

8      whoever was responsible doing this simulation who

9      did the analysis is not my group.

10     Q     No, I understand that.

11           So where are the -- the simulations you

12     did reported?

13     A     Well, we -- we had done the benzene

14     analysis --

15     Q     Sure.

16     A     -- there's a chapter on that.  We did the

17     simulations on underground storage tanks, there's a

18     chapter on that.  If we made the simulation, we are

19     responsible of the sense -- uncertainty analysis

20     associated with that.

21           If you -- if you want to go back to those

22     chapters, I can answer all your questions.

23     Q     Were you involved in the sensitivity or

24     uncertainty analysis other than the benzene and the

25     underground storage tanks?

1      A      If -- I don't remember all the tasks that
2  I was involved with.  But if you find a report which
3  does a simulation analysis at the different site and
4  my name is not on the report, I have not done that
5  study.
6      Q      Okay.  So you can set aside exhibit 11.
7      A      Okay.
8      Q      And I have a few questions about your --
9  the timeline of your involvement in the ATSDR water
10 models and their reviews by various entities.
11     A      Yeah.
12     Q      So we've already talked about how you
13 started working with ATSDR with a cooperative
14 agreement with MESL --
15     A      Right.
16     Q      -- around 2000.
17     A      Right.
18     Q      And then you've already mentioned that
19 there was the expert panel in 2005 that the ATSDR --
20     A      That's correct.
21     Q      -- convened.
22            Is that right?
23                 (Whereupon, the court reporter
24                  requests clarification.)
25

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 330 of 479

1    BY MS. O'LEARY:

2         Q     "Convened."

3               And at that ATSDR panel, did you know any

4    of the panel members before it was convened?

5         A     Can you read the names?

6         Q     Yeah.

7               Barry Johnson (phonetic),  Robert Clark

8    (phonetic), David Dougherty (phonetic), Benjamin

9    Harding (phonetic), Leonard Konikow, Eric Laball

10   (phonetic), Peter Pomerank (phonetic), Vijay Singh

11   (phonetic), James Uber (phonetic), and Thomas

12   Walski.

13        A     I know Vijay Singh.  I know James Uber

14   and I read papers from Konikow.  Probably I read

15   papers from other names that you just read --

16        Q     Okay.

17        A     -- but I don't know them, personally.

18               MS. O'LEARY:  And can we grab 54, if

19             we haven't already?

20             (Whereupon, Government's Exhibit Aral

21             20, Expert Peer Review Panel

22             Evaluating ATSDR's Water Modeling

23             Activities In Support of the Current

24             Study of Childhood Birth Defects and

25             Cancer At U.S. Marine Corps Base Camp

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 331 of 479

```
 1              Lejeune, North Carolina, was marked
 2              for identification.)
 3    BY MS. O'LEARY:
 4         Q    Professor Aral, here's --
 5         A    Uh-huh.
 6         Q    -- Exhibit 20.
 7         A    Yeah.
 8         Q    And this is -- says it's the "Expert peer
 9    review panel evaluating ATSDR's water modeling
10    activities in support of the current study of
11    childhood birth defects and cancer at U.S. Marine
12    Corps Base Camp Lejeune, North Carolina."
13              And have you -- have you seen this
14    development before?
15         A    Most probably, yes.
16         Q    Is this the report that came out after
17    the expert review panel in 2005?
18         A    I presume, yes.
19         Q    Okay.  I'd like to turn your attention
20    first to page 20 -- well, I guess it's page 29.
21         A    Seventy-nine?
22         Q    Twenty-nine.
23         A    Twenty-nine.
24         Q    In section --
25         A    Yes.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 332 of 479

1      Q     -- section --

2      A     Summary of recommendations.

3      Q     Yeah.  In section 6.4.

4      A     Okay.

5      Q     And they -- so 6.4 says, "Data analysis,

6  Hadnot Point area."

7            Oh, sorry.  Can we go back to 20 -- page

8  29, 6.2 chronology of events?

9      A     Okay.

10     Q     Okay.  So in that section it's:  "The

11  panel members recommended that ATSDR focus its next

12  efforts on refining its understanding of

13  chronological events.  These need to include

14  documenting periods of known contamination times

15  when water distribution systems were interconnected

16  and the start of operations at the Holcomb Boulevard

17  water treatment plant."

18            So my understanding, this was a

19  recommendation of the expert panel.

20     A     Yes.

21     Q     And did the ATSDR follow up on this

22  recommendation to refine its understanding of

23  chronological events?

24     A     I think the answer is yes.  And I think

25  we also developed a specific application to look

1    into the interconnectedness of the two water
2    treatment plants or --
3         Q     Uh-huh.
4         A     -- systems.  We used the Markov chain
5    analysis at that time.
6                    MS. O'LEARY:  And you can set this
7              one aside.
8                     Have we used one yet?
9                    (Whereupon, the court reporter
10             requests clarification.)
11                   MS. O'LEARY:  It was just a
12             question, do we have one --
13                    Exhibit 13.  Would you grab Exhibit
14             13?
15                   (Whereupon, there was a discussion
16             off the record.)
17                   THE WITNESS:  Exhibit 13?
18                   MS. O'LEARY:  I guess it's just a
19             few pages.
20    BY MS. O'LEARY:
21         Q     Is that it?
22         A     Uh-huh.
23         Q     Yeah.  There you go.
24         A     Uh-huh.
25         Q     And this is the -- we looked at it

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 334 of 479

1    before -- but this is the transcript of that expert

2    panel.

3        A      Okay.

4        Q      And can we go to page 20 of the

5    transcript?  So not of the document.

6                    MS. BAUGHMAN:  We only have --

7                    MS. O'LEARY:  Not of the document,

8            of the transcript.

9                    So it should say "20" in the top

10           right corner.

11                   THE WITNESS:  Twenty?

12                   I don't see a page 20.

13                   MS. BAUGHMAN:  We don't have 20.

14                   MR. DEAN:  We don't have 20.

15                   MS. O'LEARY:  Oh, you don't have a

16           page 20?

17                   MS. BAUGHMAN:  No.

18                   MS. O'LEARY:  All right.  Then never

19           mind.  We'll skip that one then.

20                   MS. BAUGHMAN:  You want to see?

21           It's the --

22                   MS. HORAN:  No, I believe you.

23                   MS. O'LEARY:  No, we believe you.

24                   MS. BAUGHMAN:  Okay.

25                   MS. O'LEARY:  Can we just --

1                    MR. DEAN:  Let me see that?
2                    MS. HORAN:  We believe you.
3                    MR. DEAN:  Oh, I was just giving
4          back to --
5                    MS. HORAN:  I'll look but we believe
6          you.
7                    MR. DEAN:  I was just giving it back
8          to you in case you wanted to reuse this.
9                    MS. HORAN:  What?
10                    MS. O'LEARY:  Can we go back then to
11          54, which is the one that we had before.
12          It's got this tan cover.
13                    THE WITNESS:  Okay.
14                    MS. BAUGHMAN:  Is that 13?
15                    MS. HORAN:  Yeah.
16                    MR. DEAN:  Okay.
17                    MS. HORAN:  He'll need it back.
18                    MS. BAUGHMAN:  What are we on now?
19          What --
20                    MS. O'LEARY:  Well, we are pulling
21          up this one, which is --
22                    MS. HORAN:  Exhibit 54 --
23          Exhibit 20?
24                    MS. O'LEARY:  -- twenty.
25                    THE WITNESS:  Exhibit 20?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 336 of 479

1            MS. BAUGHMAN:  We are going back to
2      Exhibit 20?
3            MS. HORAN:  Yes.
4            MS. BAUGHMAN:  All right.  The last
5      one?
6            MS. HORAN:  Yes.
7            MS. BAUGHMAN:  What page?
8            MS. O'LEARY:  We'll be heading for
9      page --
10           THE WITNESS:  Oh, my God.
11           MS. O'LEARY:  -- 121.
12           THE WITNESS:  Wait a minute.
13           MS. O'LEARY:  Oh, there it is.
14           THE WITNESS:  Yeah.
15           MS. O'LEARY:  That's it.
16           THE WITNESS:  121?
17           MS. O'LEARY:  Page 121.
18           MS. BAUGHMAN:  Is this Exhibit 20?
19           MS. HORAN:  It should be.
20           THE WITNESS:  Page 121?
21           MS. BAUGHMAN:  Yeah, but there's no
22      page 121.
23           THE WITNESS:  There's no such --
24           MS. BAUGHMAN:  There's no --
25           MS. O'LEARY:  Oh, it's section -- I

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 337 of 479

1          think that's the document number.

2                   So it's section two point -- or

3          4.2.4, which will be --

4                   THE WITNESS:  Four point two point

5          four.

6                   MS. O'LEARY:  There we go.

7                   So that will be page 21.

8                   THE WITNESS:  Page 21.  Okay.

9                   Okay.

10   BY MS. O'LEARY:

11        Q     And this -- so there's a section 4.2.4,

12   suggested modeling approaches, modifications and

13   considerations.

14                   And in the section on groundwater, kind

15   of in the middle there's a paragraph that begins

16   "Dr. Walski."

17                   Do you see that?

18        A     Yup.

19        Q     Can you read that paragraph?

20        A     "Dr. Walski suggested performing an

21   overall classification of the areas where

22   contamination was known to occur and the areas

23   without contamination.  People in the contaminated

24   areas will be considered exposed and those in the

25   uncontaminated areas will be classified as

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 338 of 479

1    unexposed.

2          "He's also recommending -- he also

3    recommended that ATSDR use modeling to concen- --

4    concentrate on the areas where contamination and

5    exposure are known.  As a next step, he recommended

6    ATSDR prepare a matrix to determine a timeframe when

7    contamination did or did not occur."

8          Q     Okay.  So at -- at the time of this

9    expert panel in 2005, was ATSDR working primarily on

10   Tarawa Terrace?

11         A     Yeah.

12         Q     And ATSDR did not ultimately decide on

13   simpler classification systems like Dr. Walski

14   described; is that correct?

15               MR. DEAN:  Objection to the form.

16         A     I think this recommendation on simple

17   models were associated with the next phase which is

18   Hadnot Point and Holcomb Boulevard -- Boulevard

19   areas.

20   BY MS. O'LEARY:

21         Q     Okay.

22         A     Yeah.

23         Q     Well, if we go down, the next line that

24   says "Dr. Walski," so it's the last one on page

25   21 --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 339 of 479

1    A    Yeah.

2    Q    -- Exhibit 20.

3         It says "Dr. Walski considered the

4    historical pattern of contamination at Hadnot Point

5    too complex to model because the numerous sources

6    cannot be correlated to particular wells."

7    A    Yeah.

8    Q    So why was that advice not taken by the

9    ATSDR?

10   A    It was.  It was considered.

11   Q    Well, but they did -- they did model

12   Hadnot Point, didn't they?

13   A    Yeah, they did.  But they didn't model

14   the whole Hadnot Point area as we did the Tarawa

15   Terrace area.  We did --

16   Q    What do you mean --

17   A    We did individual sections of it where

18   there's a contamination of benzene.  We looked at

19   the sources.  We just modeled that source

20   propagation as the main parameter.

21        We looked at the landfill application

22   separately.

23   Q    Uh-huh.

24   A    We used simpler models in there as well.

25   So we -- we followed all these recommendations.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 340 of 479

1      Q    Does that mean in the Hadnot
2 Point-Holcomb Boulevard area water model, the
3 groundwater contaminant fate and transport don't
4 cover the whole area, it's just --
5      A    No.  No.
6      Q    -- localized?
7      A    It covers -- the groundwater flow area is
8 done for the -- done for the whole section of Hadnot
9 Point Holcomb, Boulevard, etc., etc.
10          But when you introduce the contaminant
11 transport over that, overlay it, you just look at
12 the benzene concentrations where the source is, like
13 underground storage wells or spillage that occurred
14 in certain years, so you don't look at the benzene
15 plus the landfill area TCE concentrations at the
16 same time.
17          So different applications at different
18 sections of the model region was considered.
19      Q    Okay.  And then I have questions for you
20 about the natural resource --
21      A    Uh-huh.
22      Q    -- the NRC, the National --
23      A    Right.
24      Q    -- Academy of Sciences --
25      A    Right.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 341 of 479

1       Q       -- National Resource Council --
2       A       Right.
3       Q       -- because they under -- they published a
4   report on the Camp Lejeune water studies; correct?
5       A       That's correct.
6       Q       And you talked about those in your expert
7   report --
8       A       Yes.
9       Q       -- in this case; right?
10      A       Yes, that's correct.
11              MS. O'LEARY:  Let me grab that
12              report.  It's five.
13              (Whereupon, Government's Exhibit Aral
14              21, Report, was marked for
15              identification.)
16  BY MS. O'LEARY:
17      Q       Here is Government Exhibit 21, Professor
18  Aral.
19              (Whereupon, there was a discussion
20              off the record.)
21  BY MS. O'LEARY:
22      Q       And Professor Aral, I'd like to go
23  to what should be called page one.
24              This one starts with some Roman numerals
25  before the main numbers.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 342 of 479

Page 343

1     A    Page one?

2     Q    Yup.  Which is not -- not close to the

3  first page.

4     A    Oh.

5     Q    It's in a little ways.

6          When you get there, it should say "Public

7  summary and context" at the top.

8     A    Yeah.

9          MS. BAUGHMAN:  What page are we on?

10         MS. O'LEARY:  It's page one, but

11         that's quite a ways in.

12         It says, "Public summary and

13         context" at the top.

14         THE WITNESS:  Uh-huh.

15         MS. BOLTON:  What's the ending Bates

16         number?

17         MS. O'LEARY:  Oh, yes.  The ending

18         Bates number is -452.

19  BY MR. DEAN:

20     Q    So those little numbers on the bottom

21  right.

22     A    Yeah.

23     Q    Okay.  So in this page, it says the

24  "Charge to the committee" --

25     A    Uh-huh.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 343 of 479

1    Q    It says, "The National Research Council
2    conducted this review in response to a request from
3    the U.S. Navy, the department under which the Marine
4    Corps operates.  The Navy was mandated by the U.S.
5    Congress to request a review by the NRC to address
6    the evidence on whether adverse health outcomes are
7    associated with past contamination of the water
8    supply at Camp Lejeune.
9              "The NRC developed specific instructions
10   for the scope of the review.  It then rerecruited
11   and appointed a committee of scientists with diverse
12   but pertinent backgrounds and perspectives to carry
13   out the review."
14             Do you have any reason to think that's
15   inaccurate?
16                  MR. DEAN:  Object to the form of the
17             question.
18   A    Can you repeat that?
19   BY MS. O'LEARY:
20   Q    Yeah.
21             Do you have any reason to think that's
22   inaccurate, that opening paragraph?
23                  MR. DEAN:  Object to the form --
24   A    I think it's inaccurate.
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 344 of 479

1   BY MS. O'LEARY:

2       Q     You think it's what?

3       A     Inaccurate.

4       Q     How is it inaccurate?

5       A     It's inaccurate because they were asked

6   to address the evidence on whether adverse health

7   outcomes are associated with past contamination in

8   water supply at Camp Lejeune.  They only -- what

9   they only did, they didn't do a study to address

10  that, they only criticized the ATSDR work.

11      Q     Do you agree that the Navy was mandated

12  to request the review by the NRC?

13      A     It says that.  To request a review by the

14  NRC to address the evidence on whether adverse

15  health outcomes are associated with past

16  contamination of the water supply at Camp Lejeune.

17            So they are asking NRC to do what ATSDR

18  did in that request.

19      Q     Right.  And that was what was mandated by

20  Congress.

21      A     Yeah.  But they didn't do that.

22      Q     Okay.

23      A     They only criticized the ATSDR water

24  modeling work.

25      Q     You don't think a critique is a -- is a

1  review?

2       A    It's -- they are not asking for a -- oh,

3  request a review to me implies that they reviewed

4  the whole analysis, themselves.

5       Q    Okay.  If you -- I want to turn,

6  actually, to your report, which is --

7                 MS. HORAN:  Two.

8  BY MS. O'LEARY:

9       Q    -- two, Exhibit 2.

10      A    Exhibit 2?

11      Q    Yes.

12      A    Exhibit 2, Exhibit 2, Exhibit 2 --

13  Exhibit 8, Exhibit 7, 11, 17...

14      Q    And I want to go to page 12, which we

15  looked at --

16      A    So let me first find this.

17      Q    Oh, sorry.

18      A    The --

19      Q    Is that it there on the right, on that

20  stack?  Oh, no.  It's not -- that's not the marked

21  one.

22           Here it is, Professor Aral --

23      A    Okay.

24      Q    -- it's right here.

25      A    Yup.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 346 of 479

1     Q     So to page 12.

2           Okay.  So this is that bullet-pointed

3     list that we've seen before.

4           And the last bullet point, where you say,

5     "The model results show finished water at" -- excuse

6     me.

7           Not the last bullet point, the second to

8     last bullet point.

9           It says, "The models and techniques used

10    by ATSDR for historical con- -- reconstruction

11    including fundamental equations, input parameters,

12    parameter estimates, calibration uncertainty, and

13    sensitivity analyses were and remain reliable,

14    scientifically valid, and state of the art

15    procedures that are consistent with standard

16    practices used and are generally accepted in this

17    field."

18          What does it mean for the simulated --

19    or -- no.

20          What does it mean for these to be

21    mathematically reliable, statistically accurate, and

22    correct?

23     A     That means the models that we are using

24    or used, like the ones that we have developed at

25    Georgia Tech, are mathematically correct.  Meaning

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 347 of 479

1  the procedures that we define in mathematical terms

2  are correctly transported into a mathematical model

3  application without an error.

4          Statistically correct means the

5  application results provide estimates of uncertainty

6  analysis as well and the deterministic results that

7  we are predicting is within the bounds of that

8  uncertainty analysis.

9      Q    Okay.

10              MS. O'LEARY:  And I just need a few

11          minutes break.  Can we take a break right

12          here?

13              THE WITNESS:  Okay.

14              MS. O'LEARY:  I need about ten

15          minutes.

16              THE VIDEOGRAPHER:  The time right

17          now is 4:30 p.m.  We are off the record.

18              (Whereupon, there was a recess taken

19          from 4:30 p.m. to 4:41 p.m.)

20              THE VIDEOGRAPHER:  The time right

21          now is 4:41 p.m.  We are back on the

22          record.

23              THE WITNESS:  Okay.

24  BY MS. O'LEARY:

25      Q    Thank you, Professor Aral.  So if you can

1    stay looking at your report, which was Exhibit 2 --

2         A    Yes.

3         Q    -- Government Exhibit 2, and go to page

4    13 --

5         A    Yes.

6         Q    -- where that bulleted list continues?

7         A    Uh-huh.

8         Q    So the first item on that -- on page 13

9    says, "The simulated monthly mean concentrations of

10   TCE, PCE, 1,2-TDCE, benzene, and vinyl chloride at

11   Tarawa Terrace, Hadnot Point, and Holcomb Boulevard

12   included tabulated or in figures in ATSDR reports

13   are reliable and represent, within a reasonable

14   degree of scientific and engineering certainty, the

15   contaminant levels in finished water at Camp Lejeune

16   from 1953 to 1987."

17                  MR. DEAN:  Okay.

18   BY MS. O'LEARY:

19        Q    What is that reasonable degree of

20   scientific and engineering certainty for the monthly

21   mean concentrations?

22        A    That's -- that would be probably best

23   described with the deterministic results being in

24   between the uncertainty bounds of the application.

25        Q    How does that relate to their reliability

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 349 of 479

1    to what the actual historical values were?

2         A    Reliability --

3                   MR. DEAN:  Object to form.

4         A    What -- what do you mean by reliability?

5    BY MS. O'LEARY:

6         Q    So the simulated monthly mean

7    concentrations for TCE, PCE, DCE, benzene --

8         A    Uh-huh.

9         Q    -- and vinyl chloride at Tarawa Terrace,

10   Hadnot Point, and Holcomb Boulevard what is -- do

11   you have an opinion on how close those values are to

12   the historical values they are trying to estimate?

13        A    Yeah.

14                  MR. DEAN:  Object.  Object to form.

15        A    Uh-huh.  I looked at the final results

16   on -- on uncertainty analysis and the mean values.

17   I -- we can notice that at the initial phases of the

18   simulation, the mean values are probably at the high

19   side of the uncertainty band but between -- I don't

20   remember exactly, but 1960s onward to 1980s -- '85,

21   I think the mean values are right at the -- in the

22   middle part of that uncertainty -- uncertainty

23   band --

24   BY MS. O'LEARY:

25        Q    Are the --

1        A       -- so --

2        Q       Are the simulated monthly mean

3    concentrations within 10 percent of the unmeasured

4    historical values?

5                    MR. DEAN:  Object to the form.

6        A       Ten percent of historical values --

7    BY MS. O'LEARY:

8        Q       Yeah.

9        A       -- of what?

10       Q       Of the contaminant concentrations.

11               That what the true monthly mean

12   contaminant concentrations were --

13       A       In the --

14       Q       -- are the simulated values within ten

15   percent of those?

16       A       In a --

17                   MR. DEAN:  Object to the form.

18       A       In a statistical sense, if you look at it

19   from a statistical distribution, the results are

20   within less than ten percent of the --

21   BY MS. O'LEARY:

22       Q       Within what statistical sense?

23                   MS. BAUGHMAN:  He's not finished.

24   BY MS. O'LEARY:

25       Q       I'm sorry.  Go ahead.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 351 of 479

1    A    I'm -- I'm looking at the results that we
2  are presenting within the uncertainty band and the
3  mean deterministic results are lying just at the
4  center of that uncertainty band.
5         If you are asking how does the
6  predictions go with the observed water treatment
7  plant concentrations, there's a significant
8  variation on that but statistically they are on
9  target.
10   Q    I'm not asking about either of those.
11 I'm asking about for the unmeasured historical mean
12 concentrations --
13         MR. DEAN:  Object to form.
14 BY MS. O'LEARY:
15   Q    -- how close to those can you say that
16 the simulated monthly mean values are?
17   A    Okay.  What you are asking is, what is
18 the accuracy or model prediction results in
19 reference to historical contamination at the site --
20   Q    That's right.
21   A    -- during which we didn't have any data
22 but we needed the data for the epi study, right?
23   Q    That's right.
24   A    Okay.
25         There's no other way in mathematical

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 352 of 479

1   model done for the Camp Lejeune site which wrongly

2   predicts that range but rightly predicts the water

3   treatment plant.  That cannot be developed.

4        Q    I don't understand what you mean.

5        A    That means the accuracy of the model

6   within the range of the timeline where we don't have

7   data --

8        Q    Uh-huh.

9        A    -- must be accurate so that we are

10  getting to the right water distribution plant

11  concentrations.

12       Q    But don't -- don't you --

13       A    That's -- that's, in a sense, what we

14  call validation issue.

15       Q    But aren't there multiple solutions to

16  what the historical concentrations could have

17  been --

18       A    That's exact --

19       Q    -- that arrive at the same

20  concentrations --

21       A    That --

22       Q    -- that we actually know about in the

23  80s?

24       A    That's exactly what I'm saying.

25            In the overall sense, you cannot develop

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 353 of 479

1    a model which totally shows a different trajectory
2    starting from 1953, all the way to '85, totally
3    different trajectory which matches with the water
4    treatment plant concentrations at the level that we
5    have matched.
6              There's continuity in groundwater flow.
7    There's continuity in contaminant transport plume
8    migration.  If you are able to predict the future or
9    present day concentrations --
10        Q     Uh-huh.
11        A     -- in 1987, all the other predictions
12   dating back to 1953 must be correct or --
13        Q     How correct?
14              MR. DEAN:  Object to the form.
15        A     How correct?
16              Statistically, that's the most rated in
17   the uncertainty ranges associated with the
18   variations that may be included into the model
19   predictions which probably are referring to.  And
20   all of that is within the uncertainty bound.
21   BY MS. O'LEARY:
22        Q     But you said you were not involved in
23   chapter I, which had the analysis of much of the
24   uncertainty in Hadnot Point.
25        A     I'm only referring to the -- not much of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 354 of 479

1    the -- I'm only referring to the work that we have

2    done at Tarawa Terrace, the benzene concentration,

3    landfill application, and the industrial -- not the

4    industrial -- underground storage tanks, which we

5    did.

6              Similar procedures, similar mathematical

7    techniques are used by other groups within ATSDR, so

8    they followed the correct procedures.  And what I

9    say to my work applies to them as well.

10        Q    So you think that the solution that is

11   the calibrated model for Tarawa Terrace is the

12   uniquely best one?

13        A    It is unique in the sense that you cannot

14   produce a totally different trajectory of

15   contaminant movement in the aquifers of Camp Lejeune

16   Tarawa Terrace --

17        Q    Uh-huh.

18        A    -- which ends up consistently with the

19   results that we have predicted.

20        Q    What does totally different mean though?

21   You said totally different.

22        A    Totally mean -- for example, you would

23   like to see the results being less than MCL levels

24   in the Tarawa Terrace area throughout the region of

25   the timeline of the study like an exponential curve

Golkow Technologies,
877-370-3377                 A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 355 of 479

1    going up and reaching, finally, the water treatment

2    plant concentrations.  That's totally different,

3    right?

4         Q    So are you -- you are referring to the

5    overall shape --

6         A    Yup.

7         Q    -- of the curve?

8         A    Overall shape.

9         Q    That the overall shape can't be totally

10   different?

11        A    Cannot be totally different.

12        Q    Okay.  But it could be different just

13   not totally --

14        A    It --

15        Q    -- different?

16        A    -- it will be different within the

17   uncertainty bounds of the set statistical limits and

18   the --

19        Q    But that uncertainty bounds you've --

20   you've acknowledged isn't the whole universe of what

21   could have happened at --

22        A    We are --

23        Q    -- the site.

24        A    -- modeling here.  We are not doing the

25   universe application.  We are just doing a model of

1    the universe that you are having to describe in your
2    mind.
3         Q    Right.  So I -- my question is how to
4    relate the model to the reality it's trying to
5    emulate.  So in that frame --
6         A    All models are approximations to the
7    environment.
8         Q    Uh-huh.
9         A    If you all agree with the assumptions we
10   made in building this model for Camp Lejeune, we
11   have to agree with the results of the model because
12   there are no mathematical errors in there, there are
13   no statistical errors in that analysis.  And if the
14   model assumptions are correct, if they are properly
15   describing the environment approximately --
16        Q    Uh-huh.
17        A    -- then the results are correct.
18        Q    But what if they don't appropriately --
19             MR. DEAN:  Object --
20   BY MS. O'LEARY:
21        Q    -- describe the environment of the model?
22        A    Then you have --
23             MR. DEAN:  Object to the form.
24        A    -- the wrong model --
25

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 357 of 479

1    BY MS. O'LEARY:

2         Q    Then you have the wrong model?

3         A    -- in your hand.

4              Yeah, if you -- if you can prove that to

5    us, we will accept the mistake.

6         Q    Okay.  Moving on from specific modeling

7    questions, just to confirm:  Did you do any water

8    modeling at the rifle range, Camp Geiger, Marine

9    Corps Air Station New River, Montfort Point which is

10   also called Camp Johnson, Courthouse Bay, or Onslow

11   Beach water distribution systems at Camp Lejeune?

12        A    No.

13        Q    Okay.  And your report does not contain

14   opinions about contamination in water coming from

15   those water systems treatment plants; is that

16   correct?

17        A    That's correct.

18        Q    And do you have an understanding of why

19   no water modeling was done at rifle range, Camp

20   Geiger, Marine Corps Air Station, New River,

21   Montfort Point, Camp Johnson, Courthouse Bay, or

22   Onslow Beach?

23        A    I was not involved in that decision.

24        Q    Okay.  And I have another question about

25   your report.  It's on page 12.  So near where we

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 358 of 479

```
 1   were, just one page back, page 12.

 2        A     Page 12?

 3        Q     Yes.

 4        A     Uh-huh.

 5        Q     Right in -- near the top, in the 4.1

 6   water modeling section.

 7        A     Right.

 8        Q     The second sentence says, "The use of

 9   modeling for historical reconstruction is an

10   accepted methodology to predict past exposure or

11   contamination levels as demonstrated both in the

12   scientific literature."  And then there are some

13   citations.  "And in site-specific studies, such as

14   Jacksonville, Florida Naval Air Station, Tucson

15   International Airport/Hughes Aircraft Facility,

16   Oakridge National Lab, Hanford Site, and Toms River

17   Dover Township."

18        A     Yes.

19        Q     I want to explore what you mean by a

20   historical reconstruction being an accepted

21   methodology within -- to predict past exposure to

22   contamination levels and how it compares to what was

23   done at Camp Lejeune.

24              MS. O'LEARY:  So can we look at 52,

25              please?
```

1          This will end up being Government
2     Exhibit 22.
3               (Whereupon, Government's Exhibit Aral
4               22, Independent Reviewer Comments
5               Document, was marked for
6               identification.)
7          MS. O'LEARY:  Here you go.
8          THE WITNESS:  Uh-huh.
9     BY MS. O'LEARY:
10    Q     Twenty-two is a document, it goes onto
11    two pages.  And the label is, "Independent reviewer
12    comments."
13          And this isn't on here but I'll represent
14    to you that the time name of this document within
15    materials from the ATSDR was,
16    "Aral_resp_document_2011-05-05_BallockM.docs"
17    (phonetic).
18    A     Wait.  Wait.  I -- this is the first time
19    I'm seeing this, I think.
20          What is this?
21    Q     Well, that was my question for you.
22          The file name had your name in it.  It
23    said it was, "Aral resp document," and then the date
24    and then "Bollock M."
25    A     Is -- is that name on this paper?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 360 of 479

1      Q      No, it was in the file name --

2      A      Oh, the file name.

3      Q      -- that this document came from.

4             And so I wondered, do you know who

5      "Mansour Ballock ORISE fellow hydrologist" is?

6      That's near the top in the name and title of

7      reviewer.

8      A      "Monsour Ballock," I don't know this

9      name.

10     Q      Okay.

11     A      No.  I --

12     Q      Have you ever seen this document --

13     A      No.

14     Q      -- before?

15     A      No.

16     Q      Okay.  You can --

17     A      No.

18     Q      -- set it aside.

19             MS. O'LEARY:  Then can we get 36.

20             (Whereupon, Government's Exhibit Aral

21             23, Historical Reconstruction of the

22             Water Distribution System Serving the

23             Dover Township Area, New Jersey,

24             January 1962 to December 1996, was

25             marked for identification.)

```
1   BY MS. O'LEARY:
2       Q    Professor, it looks like this will end up
3   as Government 23.
4            There you go.
5            So this document is -- title is
6   "Historical Reconstruction of the Water Distribution
7   System Serving the Dover Township Area, New
8   Jersey" --
9       A    Uh-huh.
10      Q    -- "January 1962 to December 1996."
11      A    Uh-huh.
12      Q    And are you familiar with the document
13  that's in Exhibit --
14      A    Yes.
15      Q    -- 23?
16      A    Yes.
17      Q    What is it?
18      A    Yes.
19           It has my lab's logo on it.
20      Q    Okay.  And as I look at the -- I guess
21  it's the third page, but it doesn't have a number --
22      A    Okay.
23      Q    -- but it -- it appears you are listed as
24  an author.
25      A    Uh-huh.
```

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 362 of 479

1      Q     Is that correct?

2          Did you -- are you one of the authors of

3 this document?

4      A     Yeah.

5      Q     Okay.  And can you go to the page that

6 has the little Roman numeral four?  So little iv?

7      A     Uh-huh.

8      Q     So in the fist paragraph in the column on

9 the left, it -- it starts, in the last sentence,

10 says, "In 1997, ATSDR and NJDHSS determined that an

11 epidemiologic study was warranted and that the study

12 would include assessments of the potential for

13 exposure to specific drinking water sources.  To

14 assist the epidemiologic efforts, ATSDR developed a

15 work plan to reconstruct historical characteristics

16 of the water distribution system serving the Dover

17 township area by using water distribution system

18 modeling techniques.

19        "The numerical model chosen for this

20 effort, EPA net two, is available in the public

21 domain and is described in the scientific

22 literature.  To test the reliability of model

23 simulations, water distribution system data specific

24 to the Dover township area were needed to compare

25 with model results.  Lacking such data, a field data

Golkow Technologies,
A Veritext Division
877-370-3377                                   www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 363 of 479

1    collection effort was initiated to obtain pressure
2    measurements, storage tank water levels, and system
3    operation schedules during winter demand and peak
4    demand operating conditions.
5                "Using these data, the water distribution
6    system was -- model was calibrated to present day
7    conditions.  ATSDR released a report and a technical
8    paper in June 2000 describing the field data
9    collection activities and model calibration
10   results."
11               Okay.  So in looking in this, which is
12   one -- this is one of the studies you cited in your
13   report about --
14        A    Yeah.
15        Q    -- the established use of --
16        A    Yeah.
17        Q    -- of forecasting backwards --
18        A    Yeah.
19        Q    -- in -- in use of water models; is that
20   correct?
21        A    Yeah.
22        Q    Am I understanding that in this study at
23   Dover township area, the model involved was just the
24   water distribution system?
25               Is that correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 364 of 479

```
 1        A      That -- that's correct.
 2        Q      So there was no groundwater model in
 3   this --
 4        A      No.
 5        Q      -- is that correct?
 6        A      No.
 7        Q      And there --
 8        A      We were just using data from pumping
 9   wells.
10        Q      Okay.  And was there any contaminant fate
11   and transport modeling?
12        A      Yes.
13        Q      What was the contaminant fate and --
14        A      EPA --
15        Q      -- transport --
16        A      -- net --
17        Q      -- model?
18        A      -- two.  Contaminant fate and transport
19   in the pipelines, not in the groundwater.
20        Q      Okay.  So was there a contaminant fate
21   and transport model in the groundwater?
22        A      There wasn't any groundwater --
23        Q      There --
24        A      -- contaminant transport.  But there was
25   contaminant transport analysis in the pipelines.
```

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 365 of 479

1      Q     Okay.  So within the distribution system?

2      A     Yes.

3      Q     Okay.  And then the next paragraph, still

4   on iv, it says, "Having established the reliability

5   of the model and the modeling approach, the model

6   was used to examine or reconstruct plausible

7   historical characteristics of the water distribution

8   system.  For this purpose, monthly simulations were

9   conducted between January 1962 through December 1996

10  to estimate the proportionate contribution of water

11  from points of entry well or well fields to various

12  locations throughout the Dover township area."

13     A     Yes.

14     Q     So do you agree that the results from the

15  Dover township model were a proportionate

16  contribution and not a contaminant concentration?

17     A     Oh, as you know, the contaminant loss

18  within a pipeline system is always negligible.  So

19  if you put a concentration of one -- at a certain

20  point -- milligrams per liter, it doesn't matter

21  whether you put 200 milligrams per liter, it's

22  proportionate.  The results can be always extended

23  to another concentration level.

24     Q     But what was reported in the Dover

25  township study --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 366 of 479

1    A    Is a character --

2    Q    -- was the proportionate contribution --

3    A    Yeah.

4    Q    -- right?

5    A    Exactly.

6    Q    Okay.  So the proportionate contribution

7    of a particular well?

8    A    Yeah.  Yeah.

9    Q    Okay.

10   A    Which sites of the water distribution

11   system received contaminants from which well.

12   Q    Okay.  In the Dover township study, am I

13   correct that that did not include any contaminant

14   mass loading modeling?

15   A    No.  No.

16   Q    It --

17   A    Whatever --

18   Q    Meaning it did not include that?

19   A    No, it did not.

20        It just looked at the -- how the water

21   coming from wells are distributed in the water

22   distribution system.

23   Q    Okay.  And did it involve -- it -- sorry.

24        It did not involve contaminant

25   biodegradation --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 367 of 479

```
 1        A     No.

 2        Q     -- modeling.

 3        A     No.  I don't think so.

 4        Q     Okay.  And were there fewer than ten well

 5   fields involved --

 6        A     I -- I --

 7        Q     -- in that model?

 8        A     -- have to read the report to answer that

 9   honestly.

10        Q     Okay.  And did it involve modeling

11   anything outside of the distribution system?

12        A     No.

13        Q     Okay.  That's all I wanted to ask you

14   about this one.

15        A     Okay.

16              MS. O'LEARY:  And can we get 64?

17              (Whereupon, Government's Exhibit Aral

18              24, USGS Water Resources

19              Investigations Report, was marked for

20              identification.)

21   BY MS. O'LEARY:

22        Q     Professor Aral, this will be Government

23   Exhibit 24.

24              And -- so Professor Aral, the document --

25   or Exhibit 24 says it's the "Fate and transport
```

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 368 of 479

1    modeling of selected chlorinated organic compounds

2    at hangar 1,000, U.S. Naval Air Station

3    Jacksonville, Florida."  And it says it's by the

4    USGS Water Resources investigations report and it

5    has its number.

6         A     Uh-huh.

7         Q     Is this the report you were discussing in

8    your --

9         A     Yes.

10        Q     -- report when you said --

11        A     I think so.

12        Q     -- when you mentioned the Jacksonville

13   Naval Air Station?

14        A     That's correct.

15        Q     Okay.  And can you go to page two of this

16   report, which is a few pages in?

17        A     Uh-huh.

18        Q     There's a section called, "Purpose and

19   scope," in the right-hand column.

20        A     Uh-huh.

21        Q     And it says, "A computer model capable of

22   simulating the groundwater flow and the fate and

23   transport of trichloroethylene, dichloroethylene,

24   and vinyl chloride in the groundwater at hanger

25   100 -- 1,000 was needed by the Navy to aid in

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 369 of 479

1    remedial decisions.

2              "The purpose of this report is to

3    document the development of this model which

4    simulates groundwater flow in solute transport and

5    presents the results of the model predictions.  The

6    computer modeling effort consisted of one updating

7    existing large scale groundwater model to simulate

8    groundwater flow in the vicinity of hangar 1,000,

9    establishing boundary conditions for a site specific

10   model with the large scale model, and predicting the

11   movement of contaminants at hangar 1,000 through

12   solute transport simulation using the site specific

13   model."

14             So do you agree that the purpose of this

15   naval air station in Jacksonville modeling was to

16   aid in remediation?

17        A    Yeah.

18        Q    And that is looking to the future?  Like,

19   using the present to look at what to do in the

20   future, is that correct?

21        A    I think it looked at the past

22   contamination and how it spread over the region.

23   If -- I don't recall exactly what it did look -- but

24   it could have looked at the past contamination as

25   well --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 370 of 479

```
 1        Q        Oh.
 2        A        -- but the purpose was remediation.
 3        Q        Yeah.  And I don't disagree about having
 4   looked at the past --
 5        A        Right.
 6        Q        -- but, I mean, the purpose was for --
 7        A        Yeah, yeah, yeah.
 8        Q        -- predicting what would happen --
 9        A        Yeah.
10        Q        -- in the future.
11        A        Exactly.
12        Q        Correct?
13                 That's the purpose on remediation, is --
14        A        That's right.
15        Q        -- where it's going, where should we
16   clean up.
17        A        Uh-huh.  Uh-huh.
18        Q        And still on -- or actually, if we could
19   go to page 49?
20        A        Uh-huh.  Yes.
21        Q        Okay.  There's the column on the left on
22   page 49, the second paragraph, it starts,
23   "Simulation."  "Does a simulated" -- oops, excuse
24   me.  I'm in the wrong spot.  Huh.
25                 Do you know what the time frame for the
```

1    running of the model on Jacksonville, Florida Naval

2    Air Station was?

3        A    I wouldn't know that.

4        Q    Okay.

5              MS. O'LEARY:  And that's all I

6          wanted to ask you about that.  If we

7          could go to --

8              THE WITNESS:  Okay.

9              MS. O'LEARY:  -- thirty-one.

10              (Whereupon, Government's Exhibit Aral

11              25, EPA Superfund Record of Decision,

12              Tucson International Airport Area,

13              Arizona, was marked for

14              identification.)

15    BY MS. O'LEARY:

16        Q    There you go --

17        A    Thank you.

18        Q    -- Professor Aral.

19              MS. O'LEARY:  And what's the exhibit

20          number?  Is this 25?

21              MS. HORAN:  That's right.

22    BY MS. O'LEARY:

23        Q    Okay.

24        A    Yeah.

25        Q    So we've got Exhibit 25.  It says it's

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 372 of 479

1    "EPA superfund record of decision, Tucson
2    International Airport Area" --
3         A     Yeah.
4         Q     -- "Arizona."
5               Is this what you were citing in your
6    report in one of the area -- examples of --
7         A     Uh-huh.
8         Q     -- the use of --
9                    MR. DEAN:  Objection.
10   BY MS. O'LEARY:
11        Q     -- historical water modeling?
12        A     This -- this is -- if I recall this
13   correctly, this is a site where site data was -- was
14   used historically to determine what was going on at
15   the site.
16        Q     Okay.
17        A     This reference, I put it in there
18   implying that site data can be used, modeling can be
19   used, statistical analysis can be used.  So
20   historical construction can be done many different
21   ways.
22        Q     Uh-huh.  Are you familiar with this
23   superfund record of decision?
24        A     I remember reading it but I don't
25   remember right now what it says.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 373 of 479

```
1        Q      Okay.  Can you just go to the second
2   page, the back of the first page?
3        A      Okay.
4        Q      And in the middle, there's a -- there's
5   an abstract and it's box 16.
6        A      Okay.
7        Q      Okay.
8               MS. BAUGHMAN:  Sorry.  What page are
9          you on?
10              MS. O'LEARY:  The back of the first
11         actual page of the document.  It doesn't
12         have a number.  It's --
13              THE WITNESS:  The ab- --
14              MS. O'LEARY:  There are boxes on it.
15         Yeah.
16              THE WITNESS:  The abstract you are
17         referring to?
18              MS. O'LEARY:  Uh-huh.
19              THE WITNESS:  Okay.
20              MR. DEAN:  Can I see it for a
21         second?
22   BY MS. O'LEARY:
23        Q      Okay.  So --
24              MS. BAUGHMAN:  That's -- yeah.
25
```

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 374 of 479

1    BY MS. O'LEARY:

2        Q    So the abstract says that, "The Tucson

3    International Airport area site encompasses sections

4    of southwest Tucson and adjoining land south of the

5    city of Pima County, Arizona -- or the city in Pima

6    County, Arizona.

7             "The site is located in the Tucson basin

8    and includes industrial, commercial, residential and

9    undeveloped areas as well as the Tucson

10   International Airport, the U.S. Air Force Plant

11   number 44, AFP 44, and part of the San Xavier Indian

12   Reservation.  The Santa Cruz River borders the site

13   to the west.

14             "The groundwater system in the Tucson

15   basin has been designated as sole source aquifer.

16   Before the discovery of groundwater contamination in

17   the TAA wells within the site boundaries provided

18   water for over 47,000 people.  At least 20

19   facilities have operated in the TAA since 1942.

20   These include aircraft and electronics facilities

21   which discharged waste liquids directly to surface

22   soil.

23             "Fire drill training areas where

24   uncombusted residual wastes from training operations

25   were left in unlined pits and unlined --

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 375 of 479

1                    (Whereupon, the court reporter

2                        requests clarification.)

3    BY MS. O'LEARY:

4        Q      -- "and unlined landfills which received

5    various wastes from several sources.  The first

6    indications of groundwater contamination in TAA

7    appeared in the early 1950s when elevated levels of

8    chromium were detected in municipal supply well

9    adjacent to AFP44 in the southern portion of the

10   site and residents in another area complained of

11   foul smelling water from private supply wells.  In

12   1976 the well was closed at AFP 44 by the state

13   because of high levels of chromium.

14                    "By 1988, additional sampling by the Air

15   Force and EPA had indicated the presence of VOCs in

16   the groundwater.  Consequently, in 1981, the City of

17   Tucson began closing all municipal wells that

18   exceeded the state action level for the principle

19   contaminant TCE and notified private well users of

20   potential risks.

21                    "The site was divided approximately in

22   half along Los Reales Road with the Air Force" --

23                    (Whereupon, the court reporter

24                        requests clarification.)

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 376 of 479

1    BY MS. O'LEARY:

2         Q      "Los Reales Road with the Air Force

3    addressing contamination to the south and EPA

4    addressing contamination to the north.

5                "In 1987, the Air Force began operating

6    its groundwater pump and treatment system using ion

7    exchange and packed column aeration followed by

8    reinjection into the aquifer.  This rod addresses

9    the groundwater contamination in the northern

10   portion of the site which, together with the Air

11   Force remedial groundwater system, constitutes the

12   overall groundwater remedy for the site.

13               "The northern portion of the site has

14   been divided into two discrete areas, A and B.  Area

15   A lies west of the airport and extends approximately

16   three and a half miles to the northwest in the

17   direction of groundwater flow and is generally less

18   than a mile wide.

19               "Area B consists of two smaller separate

20   areas north of the airport.  It fur -- it further --

21   if further investigations indicate that there is

22   soil contamination and that it is a source of

23   continuing groundwater contamination, a rod will be

24   developed to address soil remediation.  The primary

25   contaminants of concern effecting groundwater are

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 377 of 479

1    VOCs including TCE, benzene, and xylene."
2              So is this project also about
3    remediation?
4                   MR. DEAN:  Object to the form.  The
5              document speaks for itself.
6         A    Yeah, it is about remediation --
7    BY MS. O'LEARY:
8         Q    Okay.
9         A    -- but there is some population --
10   there's a mention of population living in the
11   vicinity of about what, 50 -- 47,000 people.
12        Q    Yeah.
13        A    So I don't know how they would resolve
14   the contaminant distribution, remediation, or they
15   don't want to look at the health effects maybe of
16   whatever --
17        Q    I mean --
18        A    Whatever --
19        Q    Go ahead.
20        A    Whatever the decision is for U.S. EPA or
21   U.S. -- who is doing this?  I remember --
22        Q    So --
23        A    This is the -- this is the record of
24   decision.  Okay.
25              So I think they are looking at

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 378 of 479

1    remediation here.

2         Q    Is there any discussion here of

3    historical reconstruction of a water model?

4         A    Well, I think they -- as I said, the

5    water modeling analysis can be done looking at model

6    outputs, statistical outputs, or site data.

7              The reason I have included this reference

8    is that this reference doesn't use modeling, it just

9    looks at the site data and tries to understand how

10   they can manage the system for remediation without

11   doing a modeling.  As far as I know, that's the

12   purpose I put that in there.

13        Q    Okay.

14             MS. O'LEARY:  All right.  That is

15             it.  I'm all finished.

16             Thank you, Dr. Aral --

17             THE WITNESS:  Okay.

18             MS. O'LEARY:  -- or Professor Aral.

19             THE WITNESS:  Thank you.

20             MR. DEAN:  No questions.

21             MS. O'LEARY:  Okay.

22             MR. DEAN:  Have a good evening.

23             MS. O'LEARY:  Then we are done.

24             THE VIDEOGRAPHER:  The time right

25             now is 5:16 p.m.  We are off the record.

1          (Thereupon, the deposition was

2          concluded at 5:16 p.m. EST.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 380 of 479

1              C E R T I F I C A T E
2          I hereby certify that I am a Notary Public,
3   in and for the State of New York, duly commissioned
4   and qualified to administer oaths.
5          I further certify that the deponent named in
6   the foregoing deposition was by me duly sworn, and
7   thereupon testified as appears in the foregoing
8   deposition; that said deposition was taken by me
9   stenographically in the presence of counsel and
10  reduced to typewriting under my direction, and the
11  foregoing is a true and accurate transcript of the
12  testimony.
13         I further certify that I am neither of
14  counsel nor attorney to any of the parties to said
15  suit, nor am I an employee of any party to said
16  suit, nor of any counsel in said suit, nor am I
17  interested in the outcome of said cause.
18         Witness my hand and seal as Notary Public
19  this 10th day of February, 2025.
20
21         _____
22                    Clifford Edwards
23
    New York Notary ID Number:  01ED6430906
24  Notary commission expires:  3/28/2026
25

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 381 of 479

1                    J U R A T

2

3        I have read the foregoing 381 pages and hereby

4    acknowledge the same to be a true and correct record

5    of the testimony.

6

7

8

9                    _____

10                       MUSTAFA MEHMET ARAL

11

12    Subscribed and sworn to

13    _____.

14    Before me this _____ day of _____,

15    2025.

16

17

18

19

20    _____

21    Notary Public

22    My Commission Expires:

23

24

25

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 382 of 479

1                    DEPOSITION ERRATA SHEET

2

3    Page No._____Line No._____ Change to:_____

4    _____

5    Reason for change:_____

6    Page No._____Line No._____Change to:_____

7    _____

8    Reason for change:_____

9    Page No._____Line No._____ Change to:_____

10   _____

11   Reason for change:_____

12   Page No._____Line No._____Change to:_____

13   _____

14   Reason for change:_____

15   Page No._____Line No._____ Change to:_____

16   _____

17   Reason for change:_____

18   Page No._____Line No._____Change to:_____

19   _____

20   Reason for change:_____

21

22

23   SIGNATURE:_____DATE:_____

24   NAME:  MUSTAFA MEHMET ARAL

25

Golkow Technologies,
877-370-3377                  A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 383 of 479

1              DEPOSITION ERRATA SHEET

2    Page No._____Line No._____ Change to:_____

3    _____

4    Reason for change:_____

5    Page No._____Line No._____Change to:_____

6    _____

7    Reason for change:_____

8    Page No._____Line No._____ Change to:_____

9    _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____ Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20

21

22

23   SIGNATURE:_____DATE:_____

24   NAME:  MUSTAFA MEHMET ARAL

25

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 384 of 479

| & | | | |
| --- | --- | --- | --- |

**&**    1:14 2:9 7:8

**0**

**0.000014**   170:9
**0.0001**   209:4
**0.0005**   209:22
   210:8 214:19
**0.00053**   185:17
   187:11 188:9
   191:21 195:10
   198:15 206:5
**0.002**   180:13
**0.004**   208:16
**0.006**   208:16
**0.11**   180:10
**0.14**   163:13,22
   170:11,18,23
   173:5,10
**0.15**   180:10
**0.21**   161:14
   163:3
**0.25**   161:12
   162:23
**0.3**   138:9 139:1
   139:20 180:11
   180:20 181:11
   181:12
**0.39**   161:13
   162:23
**0.4**   161:15
   163:2 170:8
**0.43**   109:15,20
   109:24 115:18

   116:1,2 121:22
**0.71**   161:14
   163:3
**0.76**   161:12
   162:24
**0000018710**
   240:25
**01ed6430906**
   381:23

**1**

**1**   4:8 14:5,16
   251:20
**1,000**   369:2,25
   370:8,11
**1,2**   276:24
   277:9 349:10
**1,580**   116:9,21
**1.3**   111:19
**10**   4:24 62:23
   143:13,16
   211:13 351:3
**100**   369:25
**10003**   2:10
**102**   4:17
**10:00**   62:25
**10:09**   62:25
**10:10**   63:2
**10th**   381:19
**11**   5:5 173:25
   174:3 185:14
   236:5,14,19,21
   236:22 241:1,7
   241:8 286:13

   286:14,18,19
   286:23 289:9
   289:10 319:22
   319:23 324:20
   325:4 330:6
   346:13
**110**   318:15
**1100**   185:14
**117**   236:22
**11:39**   136:15
   136:17,17,19
**11th**   185:25
**12**   5:7 89:14
   141:18 150:15
   151:11 206:20
   206:22 207:1,9
   346:14 347:1
   358:25 359:1,2
**120**   319:12
**1200**   155:7,19
**121**   337:11,16
   337:17,20,22
**124**   4:19
**127**   4:23
**12:18**   169:12
   169:14
**13**   5:8 90:20
   224:10,12
   235:10 236:11
   238:25 334:13
   334:14,17
   336:14 349:4,8
**132**   108:25
   115:16 116:24

**14**   4:8 5:10
   174:10 240:11
   240:16 248:15
**140**   225:1,3,6
**143**   4:24
**15**   5:12 126:20
   127:8 132:17
   248:17,24
   251:12
**150**   161:10
**1580**   117:3,14
   117:16
**16**   5:13 64:15
   109:1 261:8,12
   374:5
**17**   5:14 64:22
   64:25 279:11
   279:17 282:9,9
   346:13
**17,000**   315:12
**17.85**   123:5
**173**   5:6
**18**   5:16 68:22
   69:2,4 71:23
   289:17,20
   290:5 299:7
   304:23 305:18
**18.49**   123:6
**18710**   241:7
**19**   5:18 73:4
   230:1 307:2,4
   308:10,14,19
   310:6

Golkow Technologies,
A Veritext Division
877-370-3377      www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 385 of 479

| | | | |
|---|---|---|---|
| **1942** 375:19 | **1985** 84:25 | **1990s** 39:24 | **2.9.** 170:14,20 |
| **1950s** 376:7 | 85:17 95:4 | **1991** 109:7,17 | **2.99** 281:13 |
| **1951** 122:10 | 101:11,24 | 110:18 142:22 | **20** 5:19 21:14 |
| 128:23 | 102:5 103:18 | 143:1 156:13 | 136:5,9 206:13 |
| **1952** 100:15,21 | 103:23 104:13 | 185:14,25 | 331:21 332:6 |
| 101:17 108:5 | 104:14 105:8 | 188:8 195:10 | 332:20 333:7 |
| 119:16 | 105:15,17 | 198:14 199:22 | 335:4,9,12,13 |
| **1953** 143:9 | 109:1,6,6,16,23 | 202:11 | 335:14,16 |
| 146:15 147:3 | 110:5,6 113:24 | **1993** 19:24 | 336:23,25 |
| 150:24 349:16 | 114:6,12 126:4 | 21:14 | 337:2,18 340:2 |
| 354:2,12 | 126:23 142:22 | **1994** 128:24 | 375:18 |
| **1960** 147:15 | 143:1 151:18 | 151:24,25 | **200** 366:21 |
| 257:25 | 152:5,17 | **1995** 161:6,20 | **2000** 23:11 |
| **1960s** 147:17 | 156:12 185:14 | 198:14 | 26:16 27:3 |
| 350:20 | 185:25 188:8 | **1996** 6:11 48:3 | 28:8 29:1,9,11 |
| **1962** 6:11 | 195:9 199:22 | 361:24 362:10 | 59:11 330:16 |
| 361:24 362:10 | 202:7 203:3 | 366:9 | 364:8 |
| 366:9 | 260:2 281:15 | **1997** 363:10 | **2001** 151:11 |
| **1964** 315:14 | **1986** 120:17,25 | **1998** 282:24 | **2004** 4:18 85:2 |
| **1968** 84:25 | 121:6 160:23 | **1:00** 169:14,16 | 85:3 124:15,23 |
| 85:17 126:4,23 | 161:19 | **1st** 315:14 | **2005** 5:9 17:10 |
| **1972** 257:25 | **1987** 100:15,21 | | 17:16 18:10 |
| **1976** 376:12 | 108:8 115:18 | **2** | 224:13,18 |
| **1980** 101:20 | 115:20 117:1 | **2** 4:9 25:19 | 242:9 243:6 |
| **1980s** 125:25 | 119:17 120:17 | 26:13 41:18 | 330:19 332:17 |
| 247:17 350:20 | 120:20,25 | 44:8 88:23,25 | 339:9 |
| **1981** 65:4 | 121:6,9,22 | 97:2 211:13 | **2007** 90:24 |
| 376:16 | 122:11,25 | 346:9,10,12,12 | **2008** 173:19 |
| **1982** 152:4,16 | 123:1 247:14 | 346:12 349:1,3 | 174:25 282:25 |
| 153:6 | 247:20,21 | **2,151** 185:16 | **2009** 60:8 |
| **1983** 101:20 | 349:16 354:11 | **2.2.** 282:11 | 242:11,24 |
| **1984** 101:8 | 377:5 | **2.4** 282:15 | 243:4 247:18 |
| 142:22,25 | **1988** 376:14 | **2.7** 161:1 | 247:24 |
| 143:9 152:5,16 | | | |

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 386 of 479

**2011** 290:7 293:15 297:1 299:10
**2011-05-05** 360:16
**2013** 90:24
**2015** 47:14,16
**2016** 60:12
**2018** 19:24 21:14 22:22
**2019** 23:6
**202-514-2000** 2:19
**2020** 23:8
**2022** 16:5
**2024** 11:25 13:7
**2025** 1:16 7:6 381:19 382:15
**20530-0001** 2:18
**206** 5:7
**20976** 381:20
**20th** 293:13 297:1 299:10
**21** 6:5 256:2,3 256:5 257:17 338:7,8 339:25 342:14,17
**212.558.5500** 2:10
**21st** 290:7
**22** 6:6 360:2,4

**224** 5:9
**23** 6:8 82:22 101:4,5 102:2 102:5 103:8,14 103:17 105:14 105:16 108:9 108:21,22 109:4,16 115:15 120:15 120:21 121:17 230:4,20,24 231:22 232:1,2 236:3,7,11,15 236:18 255:23 361:21 362:3 362:15
**230** 155:5,10
**24** 6:12 368:18 368:23,25
**240** 5:11
**248** 5:12
**25** 4:9 6:14 21:16,21 34:11 108:10 109:12 109:15,23 110:4 115:17 120:21 121:2 121:12,14,15 121:21 123:18 123:21 124:4 185:14 203:3 234:21,23 258:25 259:7 259:23 260:14

289:11 372:11 372:20,25
**25th** 185:25
**26** 101:14,14 108:9,9 112:1 112:9 113:6,9 113:23 114:6,9 115:4 116:7,18 118:17 120:15 120:21 121:17 156:12 185:13 185:25 188:3,6 188:7,12 189:12 190:25 191:18,22 193:13 195:2,7 195:9 197:24 198:10,13 199:18 200:8 200:14 203:25 204:16,24 205:14,17,20 225:25 226:17 226:20 228:4 228:18,20 237:2 239:14 239:15 255:12 255:18 256:20 256:20 257:18 258:4,24 259:7 259:10,22
**260** 5:13
**27** 124:1 220:5 220:15,18

**279** 5:15
**28** 2:5 5:9 123:23 162:21 205:24 224:13
**289** 5:17
**28th** 224:18
**29** 255:25 261:16 262:16 268:8 332:20 333:8
**29's** 261:19
**29464** 2:5
**299** 280:11
**2:59** 281:25 282:2

**3**

**3** 4:10 48:17,19 53:2 83:14,14 83:24 91:24,25 102:8 106:24 137:7 138:2,9 139:1,20 182:19 234:18 249:4
**3.9.** 230:4
**3/28/2026** 381:24
**30** 110:11 122:23 231:17
**300** 266:12
**306** 5:18
**31** 110:11

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 387 of 479

**33** 25:12 140:14 229:14 231:17 235:3 235:13 258:11 258:15 259:18

**331** 5:24

**342** 6:5

**350** 185:15

**359** 6:7

**36** 144:12,13 145:7,11,15 246:22 361:19

**361** 6:11

**368** 6:13

**37** 286:5

**372** 6:16

**38** 258:6,13,14

**381** 382:3

**39** 279:4

**3:12** 282:2,4

**4**

**4** 4:11 53:5,7 273:14,15 276:8 285:3 304:24 307:1 308:2,16,20

**4.1** 89:19 359:5

**4.2.4** 338:3,11

**4/1985** 104:24

**4/30** 106:8

**4/30/1985** 105:25

**40** 110:24 173:21 286:10

**400** 267:3

**42** 53:3 273:5

**43** 306:21

**433** 122:24

**434** 122:25

**44** 375:11,11 376:12

**452** 343:18

**47,000** 375:18 378:11

**48** 4:10

**49** 41:19 371:19,22

**4:30** 348:17,19

**4:41** 348:19,21

**5**

**5** 4:12 61:9,11 62:3

**5-1** 132:10

**5.9** 161:1

**5.9.** 230:2

**50** 45:23 46:2 154:1,1 204:4 303:7,7 378:11

**500** 270:24

**52** 110:11 359:24

**520** 266:14

**53** 4:11 118:17

**54** 110:11 123:23 331:18

336:11,22

**55** 261:14

**56** 48:15 80:5

**57** 102:10

**59** 143:11

**5:16** 379:25 380:2

**6**

**6** 1:16 4:14 7:6 63:13,15 64:9 64:22 96:10 276:15

**6.2** 333:8

**6.4** 333:5

**6.4.** 333:3

**60** 21:17 22:4 127:17 140:9

**600** 45:17

**601** 305:23

**602** 305:23 309:5,19

**603** 309:6,19,22 310:18 311:4 311:19,20,22 314:19 315:25 315:25 318:3 318:10 319:2 319:14,18

**608** 305:23 309:6,19

**61** 4:13

**62** 248:14 276:9,13,19

278:8

**63** 4:15 261:1

**634** 280:13,15 281:14 305:23 308:4,6

**64** 368:16

**645** 325:19

**67** 110:11

**6th** 242:24

**7**

**7** 4:16 102:10 102:12,23 346:13

**70** 226:1

**700** 1:14 2:9

**71486** 125:15 132:11

**7:23** 1:4

**8**

**8** 4:18 124:15 124:19 132:7 346:13

**8.28** 123:9

**8.71** 123:9

**80** 225:25 285:3,4 319:12

**80s** 353:23

**810** 266:9

**82** 315:3

**83** 314:20

**84** 142:23,24 285:4,6

**843.216.9152**
2:6
**85** 286:3
350:20 354:2
**86** 121:11
**87** 121:12
**89** 247:15,20,21
**897** 1:4

**9**

**9** 4:3,20 127:18
127:20 128:3
140:10 144:16
150:13 154:11
169:21 184:14
**90** 93:5,6
318:15
**95** 268:19,21,22
269:8
**950** 2:18
**96** 283:7,12
**98** 93:5
**98.5** 271:1
**9:02** 1:16
**9:03** 7:7

**a**

**a.m.** 1:16 7:7
62:23,25,25
63:2 136:15,17
136:17,19
**a1** 53:21 95:14
95:23,24
**a10** 143:18

**a16** 146:4,8
**a17** 98:24
**a18** 100:7
111:7 117:18
117:25 305:12
305:18,19,21
305:25 308:3
**a19** 100:8
113:14,20
**a2** 49:1,5 50:6
50:21 95:15,22
95:25 122:4,7
123:12
**a20** 119:4,8
308:23 311:15
**a25** 315:14
**a26** 137:14
**a27** 107:1
115:11 116:14
117:20
**a3** 146:9,14
147:13
**a36** 317:4
**a4** 53:12,14,15
53:16,20
**a40** 111:1
112:22
**a41** 182:19
183:3
**a46** 305:10
308:3
**a5** 53:21
118:18

**a51** 308:21
311:12
**a6** 48:23
100:11 105:16
113:14 114:1,2
119:12,24
120:4,15,24
121:5
**a67** 94:13
**a8** 137:15
**a81** 312:20,21
313:1,4 314:3
**a82** 314:12
315:1
**a83** 314:25
**a9** 107:3,18,24
115:10 116:14
117:21
**a93** 122:1
**ab** 150:7
374:13
**abandon** 215:1
215:1
**abandoning**
213:1
**abc** 95:3
143:25 144:9
146:15 147:1
147:17,22
148:18,23
149:1,12,24
150:23 151:13
151:16,19
152:9,15,25

153:5,11,19
188:4 195:3
197:25 200:8
**ability** 10:2
**able** 70:21
182:16 354:8
**above** 105:25
106:10
**absolutely**
291:22
**absorbed** 159:2
159:3
**absorption**
151:15 152:9
166:23 175:2
178:21,24
**abstract** 95:20
251:25 374:5
374:16 375:2
**academy**
341:24
**accept** 203:21
203:22 358:5
**acceptable**
69:14 70:15
245:3
**accepted** 69:12
90:16 347:16
359:10,20
**account** 179:17
**accounts**
179:20
**accumulated**
222:21

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 389 of 479

**accuracy** 69:5
69:9,20,21
70:6 74:4,18
75:6 153:3
304:15 352:18
353:5
**accurate** 42:11
42:23 75:24
91:5,15 92:10
106:5 116:5
193:14 271:1
347:21 353:9
381:11
**acid** 223:6
**acknowledge**
382:4
**acknowledged**
356:20
**acquaintances**
41:13
**acres** 149:8
**act** 14:24 15:15
17:6 41:11,15
45:17,21 46:14
58:17 268:5
**action** 376:18
**active** 128:20
128:25
**activities** 5:20
331:23 332:10
364:9
**acts** 63:21,24
166:24

**actual** 193:6
350:1 374:11
**actually** 73:10
83:2,2,16
100:7 122:24
142:25 168:25
168:25 169:1
175:23 183:4
205:25 212:18
218:24 220:14
226:23 234:25
236:18 255:25
273:9 284:5
286:5,8 287:4
315:1,23
319:25 346:6
353:22 371:18
**addition**
151:25 152:1
320:8
**additional** 74:2
376:14
**additionally**
313:19
**address** 207:18
344:5 345:6,9
345:14 377:24
**addressed**
293:17
**addresses**
179:6 377:8
**addressing**
377:3,4

**adjacent** 376:9
**adjoining**
375:4
**adjust** 71:15
148:2 155:21
227:22
**adjusted** 155:6
172:14
**adjusts** 184:1
**administer**
381:4
**adsorption**
175:1 178:14
179:4,20 182:4
**advanced**
70:19
**advection**
188:13 200:15
200:20 201:7
201:13 203:25
246:7
**advective** 67:9
67:13 68:18
188:4 195:3
197:24
**adverse** 43:21
344:6 345:6,14
**advice** 340:8
**aeration**
126:16 377:7
**aerobic** 218:6,7
**aerobically**
218:2,17
219:16

**affect** 149:11
153:2 157:14
157:16 158:8
193:7 204:23
**affecting** 191:1
**affects** 147:10
157:20
**aforemention...**
175:7
**afp** 375:11
376:12
**afp44** 376:9
**age** 84:19
**agency** 26:21
32:14 44:14
84:14,15
274:10,11
**ago** 15:6 58:13
67:24 68:14
290:22 293:22
295:6 322:2,24
324:3
**agree** 43:4 66:8
70:7,10 74:14
75:9 78:24
79:11,25 90:17
91:8 94:10
95:7 98:8
102:23 103:12
103:16 107:18
107:24 108:4
108:21,24
109:4,14 110:3
112:6,14 113:9

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 390 of 479

113:13,22
114:7,14
116:12 120:14
123:4 126:22
127:3 128:7
129:14,22
130:21 131:7
131:12 141:22
142:4,21 152:7
163:22 170:16
170:22 175:13
175:16 177:11
177:15,19,25
180:19 188:15
188:18,20
189:5 190:22
191:17 193:10
195:13 196:24
197:9,14
198:17,21
199:24 200:10
200:12 204:10
204:14,19
205:16 209:23
211:17 212:4
226:20 228:3
228:17 232:11
245:4 250:9
251:6 253:4
256:5,11,15
268:20 269:24
278:12 280:14
281:13 296:20
296:25 297:9

297:16 300:2
301:14 302:7
302:10 305:21
305:25 309:17
316:9 317:11
345:11 357:9
357:11 366:14
370:14
**agreed** 32:7
164:3 203:14
209:15,17
238:10 301:10
**agreement**
26:20 28:8
29:10,11,14,23
30:10 46:20
78:13 313:11
330:14
**agreements**
30:1,5
**ah** 4:18 59:23
124:15,24
125:2 126:1,5
127:4 132:8
159:4
**ahead** 20:6
73:13 81:1
137:11 194:11
248:5 303:6
351:25 378:19
**aid** 369:25
370:16
**air** 69:24 358:9
358:20 359:14

369:2,13
370:15 372:2
375:10 376:14
376:22 377:2,5
377:10
**aircraft** 359:15
375:20
**airport** 6:15
359:15 372:12
373:2 375:3,10
377:15,20
**al** 160:23
161:18
**alana** 7:20
**alanna** 2:16
**albeit** 227:2
**alex** 3:8 8:4
11:13 165:2
**algae** 222:1,8
223:12
**algorithms**
70:22 71:10
**alleyway** 152:6
**allison** 2:16
7:18 9:4
**allocated** 65:8
**allow** 77:4
177:6
**altogether**
187:15
**american** 58:23
**amount** 120:2,4
159:1 180:6
219:11,14,15

**amounts**
222:22 227:4
**amy** 207:14
**anaerobic**
218:4,16
**anaerobically**
217:24 218:16
219:17
**analys** 316:12
**analyses** 90:13
90:23 91:11,11
96:24 143:22
212:25 249:22
260:20 307:15
310:14 313:14
347:13
**analysis** 4:15
23:25 26:7
31:23 52:3
54:15 62:11
63:16,21,24
64:3,4,19
65:24 72:17
75:20 78:4
81:12,13,22
82:19 93:17
135:13 138:1
144:14 182:23
186:19 187:1
190:3 213:5
214:5 227:19
232:16,20,22
232:22,24
233:1,2,5,10,20

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 359-8 Filed 04/29/25 Page 391 of 479

237:24 238:19
246:24 260:16
260:19,23
261:24 262:14
263:8,11,22
264:25 265:10
266:15 267:2
267:23 270:10
271:6 272:6,6
278:15,16,18
285:8,11,21
294:4 298:15
298:20 304:13
313:19,25
314:13,15
315:10,19,21
316:12 318:24
320:7 322:10
325:23,24
326:5,8,12,15
326:19,20,23
326:25,25
327:7 328:15
328:20,23
329:7,9,14,19
329:24 330:3
333:5 334:5
346:4 348:6,8
350:16 354:23
357:13 365:25
373:19 379:5

**analyze** 98:6
266:13

**analyzed**
161:11
**annual** 119:15
**answer** 18:18
31:20 87:3,7
106:21 127:14
135:7 182:16
191:14 192:2,5
192:19,20
194:9 199:7
201:5 202:15
216:1,4 219:23
220:10,11
229:10 234:5
264:5,10 267:3
270:23 288:5
291:1 329:22
333:24 368:8
**answered**
22:11 197:10
204:4 222:3
233:22,24
322:17
**answering**
234:10
**answers** 192:7
254:4,15 294:2
296:1 298:12
**antonucci** 3:15
8:12
**anwar** 3:16
8:12
**anybody**
328:22

**anyway** 61:23
242:17 311:9
**ap** 299:23
**apologize** 95:11
**apparently**
151:15 191:20
208:15 295:21
309:16
**appear** 216:11
**appearances**
7:17
**appeared** 376:7
**appears** 128:3
128:9 207:1
290:6 362:23
381:7
**appendix** 122:4
122:7 123:12
**apples** 219:12
219:12
**applicable**
139:7
**application**
32:6 34:21
36:17 37:15
54:5,8 72:17
80:21 89:19
90:3 153:18
155:15 186:11
186:12 189:19
192:3,5 201:17
204:17 223:11
233:3 253:15
272:8 289:5

293:22 294:9
295:6 298:21
322:1,12
333:25 340:21
348:3,5 349:24
355:3 356:25
**applications**
20:19 34:18
70:19 153:12
206:6 245:15
326:22 341:17
**applied** 34:20
133:1 134:3
155:5 160:22
170:9,13
**applies** 355:9
**apply** 133:20
299:15
**applying** 91:2
91:13 185:16
298:10
**appointed**
344:11
**appreciate**
201:16
**approach** 78:5
298:25 299:23
300:15 366:5
**approached**
14:23
**approaches**
338:12
**appropriate**
81:3 299:23

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 392 of 479

**appropriately**
357:18
**appropriaten...**
324:9
**approval** 85:4
**approve** 32:15
**approximate**
299:18 300:4
301:21 302:4
**approximately**
45:20 161:10
304:6 357:15
376:21 377:15
**approximates**
188:9 195:11
198:15
**approximating**
300:19
**approximation**
66:19 302:13
303:16
**approximatio...**
357:6
**april** 105:8,15
109:6 110:5
151:11
**aquifer** 31:12
31:15 34:4
72:12,13,13,19
148:21,25
149:5,11,18,22
153:20 157:20
160:20,21
161:1 162:5

166:25 180:7
180:14 193:23
194:5 201:8
246:4 375:15
377:8
**aquifers** 162:6
183:21 355:15
**ar** 42:8
**aral** 1:14 4:8,8
4:9,9,10,11,12
4:14,15,16,18
4:20,24 5:5,7,8
5:10,10,12,13
5:14,16,17,18
5:19 6:5,6,8,12
6:14 7:15 8:17
14:4,5,8,15
25:18,19 27:13
29:9 48:18,22
51:13 53:6,11
54:24 61:10,16
62:2 63:6,14
63:16,19,22
64:25 66:3
74:13 75:4
81:5 83:18
84:6 85:7
88:20 89:17
93:12 102:11
102:17 106:22
117:25 124:14
124:19 127:19
128:2 130:11
131:12 135:23

136:22 139:16
140:21 143:12
169:20 170:15
174:2,9 175:13
176:1,18
177:11 189:25
191:12 197:7
206:21,25
224:10,11
234:3 238:9
240:10,11,15
241:15 244:6
248:16,23
253:17 261:7
274:6 279:10
279:16,19
282:6 283:11
285:6 286:17
289:14,19,21
290:5,15
292:16 296:16
302:2 307:3
328:6 331:20
332:4 342:13
342:18,22
346:22 348:25
360:3,16,23
361:20 368:17
368:22,24
372:10,18
379:16,18
382:10 383:24
384:24

**arbitrarily**
133:6,9,21
**area** 6:10,15
11:20 20:16
21:9 29:16
36:12 42:16
43:1,3 53:24
54:14 56:6
60:16 92:15,17
94:11 151:19
151:23 157:22
174:23,24
177:22,23
223:10,15,20
268:17 285:15
285:18,18
287:11,11,12
288:15,15
305:15 309:3
313:16 321:13
323:13 327:23
333:6 340:14
340:15 341:2,4
341:7,15
355:24 361:23
362:7 363:17
363:24 364:23
366:12 372:12
373:2,6 375:3
376:10 377:14
377:19
**areas** 20:20
21:1 24:1,4,5
26:2,25 42:8

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ        Document 359-8        Filed 04/29/25        Page 393 of 479

42:12 56:7
182:14 268:12
277:16 288:18
328:9 338:21
338:22,24,25
339:4,19 375:9
375:23 377:14
377:20
**argue** 304:9
**arizona** 6:16
372:13 373:4
375:5,6
**arrival** 49:16
213:10,10
215:13,14
250:3,17,20
251:2,7 252:23
253:2 254:18
254:20 256:12
258:23
**arrive** 254:22
353:19
**arrived** 169:4
**art** 90:14
347:14
**asce** 59:10,13
60:1
**ascertain**
125:22
**aside** 53:2
57:11 63:10
82:20 102:7
124:10 127:16
248:15 279:1

284:24 286:8
289:9 304:23
308:9,12,17
319:20 330:6
334:7 361:18
**asked** 30:10
34:10,15 45:4
172:8 178:11
195:17 197:10
197:19 204:4
233:22 292:1
295:22 301:6
345:5
**asking** 176:4,6
176:12,19,23
186:22 187:2
200:1 214:15
232:9 271:23
287:19 288:17
301:16 306:8
319:1 345:17
346:2 352:5,10
352:11,17
**asks** 40:22
215:9
**aspects** 26:24
42:5,7 66:21
66:21 69:10
71:2,8 88:17
92:9,24 97:17
97:18 233:9
**assess** 96:24
313:15 316:22
326:9

**assessing**
313:20
**assessment**
93:22 320:8
323:7
**assessments**
363:12
**assigned** 96:16
175:6,9 254:17
315:11
**assigning**
269:11
**assignment**
255:7,8
**assist** 363:14
**assisted** 126:1
126:6
**associate**
201:12
**associated** 42:4
49:14,19 73:25
76:24 80:24
81:7 84:22
85:13 92:14
233:5 249:20
252:10 329:20
339:17 344:7
345:7,15
354:17
**associating**
201:7
**association**
94:2

**assume** 149:12
173:6 225:22
**assumed**
118:13,25
173:8 174:23
180:13 181:25
227:1,11 304:4
**assumes** 228:9
**assuming** 75:16
228:3,6,17
**assumption**
228:5,19 294:1
**assumptions**
298:12,17,18
302:18,19,20
357:9,14
**atlan** 40:1
**atlanta** 24:20
24:21 39:20
40:1,4,9,13,15
58:14
**atsdr** 18:10,21
26:22,24 27:4
28:8 29:10,14
29:23 30:2,9
42:5 45:3,4,9
46:19 47:10
49:1,6 50:4
51:15,18,21
53:21 55:9
57:15 83:3
84:15 85:9,10
85:22 88:8
90:10,24,24,24

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 359-8 Filed 04/29/25 Page 394 of 479

91:11,17 92:16
93:1 97:8
99:24 100:22
103:17 113:15
118:23 120:6
121:10 124:21
125:4,4,22
131:13,18
134:1,22 135:9
147:22 152:15
152:20 162:3
162:11,22
163:13,24
165:10,15
167:12 172:10
177:20 180:20
181:6,22
182:10 186:1
202:17 203:5
203:18,23
224:23 226:20
229:7 230:9,22
231:25 232:21
240:20,25
243:7,20 275:6
275:10,17
277:7 314:3
324:21 328:15
329:2 330:9,13
330:19 331:3
333:11,21
339:3,6,9,12
340:9 345:10
345:17,23

347:10 349:12
355:7 360:15
363:10,14
364:7
**atsdr's**  4:16,20
5:20 27:5
29:15 48:7
59:15 60:8,13
93:16,22 97:8
97:22 102:12
102:24 103:12
120:25 122:13
127:20 128:3
132:5 162:11
249:7 257:21
280:16 300:3
331:22 332:9
**attaching**  213:6
**attack**  211:12
**attended**  16:23
224:20
**attention**  118:6
332:19
**attorney**  9:4
16:18 381:14
**attorneys**  10:9
10:11,14
**audit**  12:19
**august**  16:5
101:8,19
**author**  49:11
50:5,7,9,21
51:5,6 54:3
55:1,4 62:12

64:18 88:13,15
88:16,16 92:19
103:19 106:14
145:4 189:2
232:8 249:1
279:24 286:25
287:22 321:3
323:17,22
324:22 325:9
362:24
**authored**  49:11
50:4 64:10
127:4 216:7
322:22
**authoring**
62:14
**authority**  48:4
**authors**  106:20
363:2
**availability**
69:21 282:17
**available**  44:1
69:15 71:13,19
72:24 75:19
76:8,15,22
131:17 145:8
164:24 165:20
217:3 246:6,20
267:15 304:22
320:16 325:25
326:6 363:20
**avenue**  2:18
**average**  96:16
128:18 129:2,3

129:4,15,23
130:14,22
131:8 155:13
163:2 188:10
195:11 198:16
210:7 226:2
299:22
**averaged**
161:13,15
162:22
**award**  58:21
**aware**  85:9,16
85:18 86:7,11
86:21 126:5
152:13 171:21
171:24 275:23
276:1,2 309:8

**b**

**b**  193:16
377:14,19
**bac**  223:13
**back**  25:22
41:17 63:2
83:8,13,13
91:16 94:13
95:14 102:1
106:23 113:13
115:7 132:7
136:19 137:1
141:2 144:16
145:10,24
150:12 156:1
169:16,21

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 395 of 479

175:14 182:17
210:18 235:3
238:7 264:5
271:7 272:23
282:4 285:2
286:7 287:20
288:24 291:9
308:2 310:6
311:12 319:21
325:7 327:11
329:21 333:7
336:4,7,10,17
337:1 348:21
354:12 359:1
374:2,10
**background**
249:7 294:8
**backgrounds**
344:12
**backwards**
33:6,11,14
34:6 364:17
**bacteria**  222:1
222:9 223:13
**badgering**
195:19
**balance**  65:13
71:1,4,4,7
96:15 277:2
278:11
**ballock**  361:5,8
**ballockm.docs**
360:16

**band**  82:18,18
253:10 350:19
350:23 352:2,4
**bar**  147:14
**barry**  331:7
**base**  5:23 70:20
84:21,21 85:2
85:2 94:22
95:2 100:16
103:9 107:9
119:18 124:22
137:21 144:4
194:2 275:2
331:25 332:12
**based**  118:18
152:13 160:22
161:1 177:19
180:3 193:23
194:14 199:9
201:21 203:15
211:25 232:22
233:1 237:21
252:20 267:19
269:14 303:11
304:13 326:6
**basic**  221:17
**basically**  211:9
**basin**  375:7,15
**basins**  126:13
**basis**  22:19
26:25 30:11,21
221:21
**bates**  240:19,20
343:15,18

**baughman**  2:8
7:24,24 27:17
27:20 38:5,11
38:24 39:2
79:13 108:17
136:3,11 169:6
175:23 177:8
191:12 196:24
198:6 199:14
206:18 220:8
225:8 228:10
231:6 241:10
273:10 290:11
294:14,19,21
294:23 295:11
296:2,10,14
301:13 305:4
335:6,13,17,20
335:24 336:14
336:18 337:1,4
337:7,18,21,24
343:9 351:23
374:8,24
**bay**  358:10,21
**beach**  358:11
358:22
**bear**  65:2
**began**  376:17
377:5
**beginning**  16:8
95:16 150:24
155:14,14
202:16 211:21
211:25 243:9

243:10 271:6
274:6 304:8
320:22 321:11
**begins**  94:20
118:8 141:6
146:16 155:1
210:23 249:14
276:13 293:21
320:4 338:15
**behalf**  2:3,15
7:23
**behaving**  81:17
**behavior**  34:1,1
70:22,23 82:16
180:4
**believe**  11:21
31:13 74:8
77:20 79:23
142:10 165:6
166:20 181:5
266:11,12
286:12 335:22
335:23 336:2,5
**bell**  3:13 8:8,10
8:10 15:25
16:2,9,11,14,17
17:5,18,20
**benefits**  25:6
65:6
**benjamin**
331:8
**benzene**  97:24
98:7,10,17,21
180:9 275:1

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 396 of 479

276:24 277:9
277:11,12
278:4 309:2,8
309:13,16,18
310:15,19,22
311:25 312:3
313:17,21,22
315:16 316:7
316:13,22
317:4,5,18
318:3 322:1
324:2,7,12
326:23 327:5,6
329:13,24
340:18 341:12
341:14 349:10
350:7 355:2
378:1
**best** 65:17
270:23 303:24
349:22 355:12
**better** 69:19
76:9 77:12
166:14 296:19
**bias** 138:9
139:1,20 213:1
215:4 229:19
229:24 230:1,3
230:9,18,23
231:21,25
232:25 233:14
**big** 178:25
317:16

**bigger** 218:5,7
**bill** 3:9 8:4
**billing** 45:22
**bio** 191:11
**biodegradation**
156:4,10,16,17
156:20,22
157:2,3,16
183:6,11 184:5
184:17,22
185:3,9,23
186:2,10,23
187:19 189:6
190:4,8 191:3
191:22 193:7
193:14,18,21
193:25 194:6
194:14 198:22
198:24 199:2,5
199:9 200:5,21
201:10,13,15
201:21 203:19
204:11,14,23
205:4,9 206:4
208:16,20
209:22 211:18
212:5 214:14
214:16,20
215:25 216:8
217:9,15,23
218:1,5,11,12
218:14,17
246:17 303:11
367:25

**biodegraded**
205:1
**biology** 299:19
300:5,20 302:5
**birth** 5:22
84:22 94:2
331:24 332:11
**births** 84:24
**bit** 14:10 24:11
76:15 279:2
**blockage**
221:25 222:8
**blocking**
221:13 223:13
**blocks** 149:18
221:17
**board** 85:5
**bob** 171:14,16
171:17 172:4,9
172:13,13
189:16 209:17
225:21 293:17
293:19,19
295:13,19
297:25 301:1
**bollock** 360:24
**bolton** 2:8 8:1,1
91:24 169:2,5
241:2,6,9
343:15
**borders** 375:12
**bottom** 41:22
48:24 64:24
69:4 90:9

93:15 104:17
111:15 118:3,9
119:12 125:10
132:11 154:22
170:3 174:13
229:17 343:20
**bottoms** 152:3
**boulevard** 2:5
29:16 53:23
54:18,23 55:12
55:17,24 56:7
60:14 125:25
175:17 177:13
177:21 179:13
277:8,15 283:9
287:12 309:4
327:23 333:16
339:18,18
341:2,9 349:11
350:10
**bound** 267:11
269:8 304:13
354:20
**boundaries**
375:17
**boundary**
154:1 370:9
**bounds** 69:13
70:15 82:14
245:3 267:13
271:17 272:13
348:7 349:24
356:17,19

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 397 of 479

**bout** 213:15
**bove** 18:6 19:2
19:3,4,8,13
240:25
**box** 374:5
**boxes** 374:14
**break** 48:11
56:2 62:18
135:24 136:8,9
136:10 169:8
176:2 248:9
281:20 291:15
348:11,11
**breaks** 118:16
**bridgeside** 2:5
**briefly** 136:13
**bringing** 238:7
**broadway** 1:15
2:9
**brought** 52:20
217:4
**buckles** 288:25
**budget** 85:6
**building**
107:15 304:5
357:10
**buildings** 100:3
**bulk** 158:1,3,7
158:11,16
159:22 171:12
171:19 172:6,9
172:14 175:6
175:10 177:17
178:5 179:9

**bullet** 26:16
90:8,20 347:2
347:4,7,8
**bulleted** 90:5
349:6
**buried** 165:22
**business**
150:25 151:8
**byproducts**
49:15

**c**

**c** 2:1 3:1 4:16
5:18 102:12,25
307:4 308:10
310:7 312:8
322:4 381:1,1
**c3.10** 103:5
**c310** 104:2
**c7** 307:12
**c76** 103:2
**c8** 310:12
**c95** 307:8,9,11
**c98** 310:9
**calc** 134:19
**calculate** 30:10
34:10 70:23
158:4 166:2
167:12,14
186:2
**calculated**
131:25 134:20
135:5 158:7,12
159:9,22 168:7

180:3,17 230:9
230:22 231:25
**calculating**
30:20 144:10
164:3 165:17
167:24 168:5
193:14 201:15
**calculation**
129:15,25
130:1,5,13,14
130:22 131:9
133:12 158:8
191:20 193:8
193:17,22,22
202:3 230:18
278:13,22
**calculations**
126:11 127:13
134:22,23,24
**calculator**
181:16
**calibrate** 71:11
72:9,12 73:2
131:3 201:20
209:3 246:24
**calibrated**
33:17 69:15
143:8 148:10
150:11 155:7
163:14 170:11
170:13,16
180:19 187:17
213:10 215:13
216:15 217:16

245:17 246:4
256:16 257:3,8
260:8 280:16
281:14 287:8
287:14 302:17
305:22 309:18
315:12,13,17
317:17,19
324:9,15
355:11 364:6
**calibrating**
72:25 141:24
142:7 143:4
145:3,7,17
162:10 216:13
217:8 303:22
**calibration**
34:2,7,12
71:18 72:21
90:12 128:13
128:17 137:18
137:19,25
138:2,7,12,16
138:23 139:7
139:18,18,23
148:1,2 154:7
155:6,15,20
163:12 173:4
180:15 183:7
183:13,25
186:5 187:15
190:10 192:16
206:14 211:20
212:1 217:6,10

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 359-8 Filed 04/29/25 Page 398 of 479

235:25 236:17
236:19 237:14
237:21 238:15
239:3 243:24
246:21 248:1
289:25 294:6
294:15,17,24
295:3,5,7,23
297:4,17 298:9
298:19 299:1
299:14,24
300:11 312:16
317:16 320:8
323:7 347:12
364:9
**call** 20:4,10
72:16 166:12
240:5 353:14
**called** 64:18
89:18 122:22
156:17 159:14
159:17,20
247:17 249:6
323:10 342:23
358:10 369:18
**camp** 1:7 5:23
7:10 14:24
15:15,17 16:19
17:6,8,22 18:3
18:6 25:9
26:24 30:9,14
30:16,19 34:9
34:14 35:15,15
35:18 37:7

41:10,14 45:17
45:21 46:14,24
47:2,10 52:17
55:9 58:11,16
72:17 79:15
84:21,21 85:12
89:19 90:3,25
91:12 94:1,22
100:16 103:9
107:9 119:18
124:22 125:20
126:13 134:22
137:21 144:4
161:20,24
163:8 165:8,22
174:24 183:16
183:21 184:8
224:23 254:9
275:3 283:1,3
331:25 332:12
342:4 344:8
345:8,16
349:15 353:1
355:15 357:10
358:8,10,11,19
358:21 359:23
**cancer** 5:22
331:25 332:11
**cancers** 84:23
85:13 94:3
**capable** 369:21
**capacity** 103:7
103:13 221:15
222:5,9,14,19

259:4,25
**carbon** 159:10
159:11,13,16
164:5,10,23
165:7,16,22
166:7 180:14
**care** 65:23
**careful** 220:9
**carlo** 96:22
261:24 262:1,6
264:16 265:3,3
265:10,19
266:3,24 267:7
267:20,23
268:19,21
270:16 325:23
326:20,25
328:8,10,15
329:4
**carolina** 1:2 2:5
5:24 7:13
84:21 100:17
103:10 107:10
119:18 137:22
144:2,4 161:21
163:8 275:3
332:1,12
**carry** 344:12
**case** 12:15
39:19 42:15
75:22 85:21
87:24 112:11
145:14 208:14
211:3 229:5

244:22 267:2
277:7 280:19
300:16 315:23
336:8 342:9
**cases** 1:9
153:22
**castle** 160:21
162:5
**cat** 152:7
**caught** 172:6
**causation**
42:25
**cause** 43:5,11
43:15,19
158:12 166:8
221:13 249:21
250:19 252:6
253:1,4,21
381:17
**caused** 86:24
249:24 250:6
250:12 314:16
**cdc** 26:23
**ce.gatech.edu**
207:16
**center** 20:3,14
26:18 31:16
32:12 352:4
**centers** 26:22
85:4
**certain** 43:18
94:2 125:22
133:20 134:2
134:11,14

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 399 of 479

140:1 176:22
211:24 232:17
232:18 245:3
254:24 304:15
315:22 324:2
341:14 366:19
**certainty** 90:2
349:14,20
**certified** 1:15
**certify** 381:2,5
381:13
**chain** 5:7
206:22 207:1
296:14 334:4
**change** 18:18
26:4 148:17
149:4 205:6,7
217:16 250:20
250:24 298:7
316:1 317:13
318:16 319:4
319:11,15
322:13,15
383:3,5,6,8,9
383:11,12,14
383:15,17,18
383:20 384:2,4
384:5,7,8,10,11
384:13,14,16
384:17,19
**changed** 149:3
322:11
**changes** 147:23
149:1 156:24

211:25 250:6
250:16,19,24
253:1,13 264:8
318:5 322:12
**changing**
158:14 303:11
315:24 317:25
318:21
**chapter** 4:10,16
4:20 5:12,13
5:14,18 48:19
49:1,5,11,12,15
49:18 50:1
51:10 52:2,7
52:19,21,24,25
53:18,22 54:3
54:4 83:24
84:1 87:22
88:14 90:24
91:11,17,22
92:18,19 93:4
98:24 102:12
102:24 106:14
106:23 110:24
121:25 124:11
127:20 128:4
136:23 137:4,5
139:12 140:11
144:17 145:21
145:25 150:13
152:8 154:11
155:25 160:8
169:21 173:3
182:18 184:13

185:22,23
186:13,19,24
192:6,7,25
200:5 202:6
203:9,11 215:8
229:6,13
230:25 231:3
231:10,12
234:19,20
235:3,5 248:14
248:17,25
251:12,14
252:9,12 253:9
260:17,19,19
260:25 261:8
261:12,13
262:20 263:5,6
263:7,14,16
264:2,13,16
273:21,22
276:8 279:11
279:20 280:1
285:3 286:8
304:25 305:2
307:4 308:3,10
308:11,16,20
310:7 312:8
319:20 321:22
322:1,3,4,22
323:9 329:3,16
329:18 354:23
**chapters** 50:4
50:20 51:4
54:25 106:20

252:9 329:22
**character**
367:1
**characteristics**
67:25 68:3
363:15 366:7
**characterizati...**
54:11 76:25
183:21 320:18
321:2 323:11
**characterize**
54:6
**characterized**
81:11,15 82:17
**charge** 343:24
**chart** 106:4
308:5
**check** 45:22
142:12 166:17
215:5
**chemical** 43:19
135:20 157:3
158:5 164:24
180:5,13
**chemicals** 94:7
166:23
**chemistry**
299:18 300:4
300:19 302:5
**cherry** 47:25
**chief** 60:6
**childhood** 5:22
84:22 85:13
94:3 331:24

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 400 of 479

332:11
**children** 94:3
**chloride** 278:3
307:16 349:10
350:9 369:24
**chlorinated**
369:1
**choice** 231:16
**choose** 298:19
**chose** 267:11
298:9 304:17
**chosen** 363:19
**chromium**
376:8,13
**chronological**
333:13,23
**chronologies**
283:7,12
320:11
**chronology**
146:9 333:8
**citations**
359:13
**cited** 364:12
**cites** 95:3
**citing** 373:5
**city** 24:22
375:5,5 376:16
**civil** 26:18
58:24
**claims** 41:10,14
**clarification**
22:16 49:23
54:21 87:11

91:19 104:11
138:14,20
148:5 151:5
164:20 198:2
240:22 251:4
255:16 275:8
275:13 314:24
330:24 334:10
376:2,24
**clarify** 9:10
37:1 43:7
**clarifying**
12:12
**clark** 331:7
**classification**
338:21 339:13
**classified**
338:25
**clean** 243:12
371:16
**cleaner** 155:12
155:13,16
**cleaners** 95:3
144:1,9 146:15
147:1,18
148:18,23
149:1,12,24
150:23 151:13
151:16,20
152:9,15 153:1
153:5,11,19
188:4 195:4
197:25 200:8

**cleaning** 95:2
144:9 150:24
151:13 152:11
**clear** 197:21
**clearly** 254:5
**cliff** 8:14
**clifford** 1:15
381:22
**clja** 125:13
240:20
**close** 343:2
350:11 352:15
**closed** 376:12
**closer** 259:19
**closing** 376:17
**coastal** 21:5
31:12,14 32:6
34:4
**coefficient**
158:25 159:11
159:17,19
160:6 164:7,11
164:24 167:3,7
167:17,24
168:4,12 170:4
170:8,18,20,23
172:15,17,19
172:20,21
173:4 175:5,10
177:17 178:5
179:15 181:23
**coefficients**
160:19 161:8
161:11 162:4

165:19 179:9
246:16
**coin** 272:22
**collected** 56:9
56:12,24
143:25 307:16
310:16
**collecting**
55:15 57:6
**collection** 52:9
97:15 161:2
283:14 364:1,9
**column** 93:15
93:21 94:18
96:3 99:1
101:1 104:13
104:19 108:11
111:7 118:7
122:21 128:12
137:24 141:5
150:22 154:24
156:3 160:13
161:7 170:2
179:25 183:3
184:16,19
229:17 235:25
249:8 252:2
282:18 307:19
310:19 313:6
320:3 324:25
325:20 363:8
369:19 371:21
377:7

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 359-8 Filed 04/29/25 Page 401 of 479

**columns** 93:13 94:15 212:21
**combination** 35:19 265:20 267:22
**combine** 254:6
**combined** 117:11,12 123:14
**combines** 252:17 255:2 265:13,15 272:25
**come** 70:21 91:16 130:4 133:2 165:18 183:24 191:21 217:10 246:25 254:21 284:15 286:7 291:9 294:4 298:15 298:25
**comes** 40:22 246:10
**comfortable** 176:5,11
**coming** 35:2 38:22 115:4 120:6 129:8,16 131:14 145:15 149:22 162:8 186:19 202:5 229:11 231:3 232:4 234:10

239:10 241:20 243:12 247:12 322:18 358:14 367:21
**comment** 106:15
**comments** 6:6 42:4 51:4 360:4,12
**commercial** 375:8
**commission** 381:24 382:22
**commissioned** 381:3
**committee** 343:24 344:11
**committees** 58:20
**common** 159:13
**communicate** 17:21
**communicated** 16:9,13,18 17:9,10,17 18:1,5
**communication** 18:12 151:11
**communicati...** 17:7 18:13
**community** 87:19 144:3

**company** 40:22
**compare** 192:14 211:11 211:15 212:19 214:18 218:4 237:22 306:23 363:24
**compared** 205:1,3 315:17
**compares** 229:20,24 302:23 359:22
**comparing** 117:3 213:22 215:2 219:11 232:18 312:15
**comparison** 81:2 213:6 215:6,9 238:7 239:1,4
**comparisons** 213:15 214:3 232:23
**compensation** 46:13
**complained** 376:10
**complete** 27:9 29:16,19 202:15
**completed** 29:20
**completely** 162:19

**complex** 73:20 74:7 75:16 76:21 77:19 78:1,7,14,25 79:9,22 243:21 272:9 340:5
**components** 99:14
**composed** 99:13
**compound** 164:11,13 167:16,18,22 168:9
**compounds** 43:19 84:19 274:25 277:15 323:12 369:1
**comprehensive** 326:5,14
**computation** 69:13 133:21 199:3 277:5
**computational** 71:1,8 325:25
**computationa...** 326:5
**compute** 71:9 86:1 96:15 128:18 129:1 134:7,9 175:11 275:21 277:3
**computed** 188:8,13

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 402 of 479

195:10 198:14
198:22 199:2,2
199:4,8,9,23
200:4,15 204:1
229:25 230:1,3
231:21 277:1
278:10
**computer**
70:18 181:16
369:21 370:6
**computers**
70:18,20
**con** 228:5
347:10
**concen** 339:3
**concentrate**
339:4
**concentration**
91:2 96:16
108:12 111:2
111:23,25
112:7 116:8,10
116:20,25
122:13 128:24
129:2,3,4
135:22 156:11
157:20 252:22
253:2 257:7
260:7 315:11
317:4 321:17
322:11 326:11
355:2 366:16
366:19,23

**concentrations**
54:10 85:25
96:25 97:24
98:10,22
109:24 112:9
114:15 115:8
122:18 123:5
128:19 131:14
131:23 135:16
141:7 143:9
148:7 153:7
185:13 204:16
204:24 205:2
205:12,17,18
214:13 216:25
217:1 229:25
230:5,7 232:13
235:19,21
236:6,14 237:5
247:9,11 250:3
251:1,7 252:20
254:12 256:6
258:18 261:20
268:18 269:3
275:19 276:22
276:23 277:3,6
277:14 305:13
309:2,18
311:25 312:4
313:17,22
314:16 315:16
315:20,24
316:2,7,13,24
317:7 318:7

319:8 320:15
320:22 321:11
327:19 341:12
341:15 349:9
349:21 350:7
351:3,10,12
352:7,12
353:11,16,20
354:4,9 356:2
**concept** 190:22
221:10
**concepts** 66:1
**concern** 66:1
377:25
**concerns** 65:15
65:21
**concluded**
103:17 177:20
213:2 380:2
**concluding**
316:1
**conclusion** 58:4
203:15 294:5
298:15 319:14
**conclusions**
91:1 94:16
**condition** 86:25
213:9 215:13
**conditions**
227:22 237:21
244:18 245:9
245:13,14
246:3,7,8
247:4,8 255:3

263:12,20
272:14,19
299:22 304:2
304:15 364:4,7
370:9
**conduct** 96:24
97:2 320:7
**conducted**
203:18 313:14
344:2 366:9
**conducting**
84:17 85:10
274:12,23
325:22
**conductivities**
264:24
**conference**
21:6
**confidence**
270:17
**confirm** 61:21
130:11 358:7
**confused**
312:19
**congress** 344:5
345:20
**conjunction**
37:12
**consequently**
376:16
**conserv** 228:21
**conservative**
228:5,19,23

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 359-8 Filed 04/29/25 Page 403 of 479

| | | | |
|---|---|---|---|
| **consider** 45:4,6 | **construct** 65:11 | 246:5,21,24 | 275:20 278:14 |
| 52:21 58:5 | 66:20 67:14 | 247:9,11 250:4 | 317:20 320:10 |
| 60:22 61:3 | 71:2 266:14 | 250:20,21 | 320:13,23 |
| **considerations** | **constructing** | 252:19,22 | 322:7 324:16 |
| 338:13 | 65:3,12 | 253:1 254:22 | 367:11 370:11 |
| **considered** | **construction** | 269:2 278:22 | 377:25 |
| 48:4 66:15 | 65:12 373:20 | 287:8,10,14 | **contaminate** |
| 129:3 216:24 | **consultant** | 288:9 303:12 | 32:2 34:10 |
| 227:23 326:13 | 57:24 125:3 | 313:15 316:6 | 138:24 |
| 338:24 340:3 | **consultants** | 316:11 317:2 | **contaminated** |
| 340:10 341:18 | 4:19 124:16,24 | 318:17 320:4 | 37:15 84:20 |
| **considering** | **consulting** | 320:15,20 | 85:12 86:2 |
| 126:17 132:14 | 40:22 41:4 | 322:12 341:3 | 93:25 95:1,2,8 |
| **consisted** 99:24 | 43:10 | 341:10 349:15 | 97:1 112:3 |
| 370:6 | **contain** 358:13 | 351:10,12 | 275:22 277:5 |
| **consistent** | **contained** | 354:7 355:15 | 313:21 316:23 |
| 90:15 233:4 | 323:20 | 365:10,13,18 | 317:6 338:23 |
| 347:15 | **contaminant** | 365:20,24,25 | **contamination** |
| **consistently** | 30:11,21 31:23 | 366:16,17 | 98:18 99:3 |
| 355:18 | 34:16 35:4 | 367:13,24 | 113:5,7,10 |
| **consists** 377:19 | 36:3,19 42:24 | 376:19 378:14 | 120:20 121:9 |
| **consolidated** | 43:1,5,11 44:9 | **contaminants** | 137:20 146:10 |
| 283:2 | 44:13 45:7 | 43:15,17,20 | 257:22 333:14 |
| **constant** | 49:21 54:9 | 64:7 86:1 97:9 | 338:22,23 |
| 148:12 150:8,9 | 96:14 115:8 | 129:16 130:1 | 339:4,7 340:4 |
| 168:14 175:6 | 122:13 131:5 | 130:13,23 | 340:18 344:7 |
| 209:11 | 135:16 138:3,7 | 131:10 148:21 | 345:7,16 |
| **constants** 209:3 | 141:25 142:8 | 148:23 151:12 | 352:19 358:14 |
| 246:14 | 143:5 148:25 | 152:10 153:19 | 359:11,22 |
| **constitute** | 149:4 153:7 | 157:19 166:25 | 370:22,24 |
| 211:14 | 159:2 168:18 | 193:12,16,23 | 375:16 376:6 |
| **constitutes** | 199:1,7 201:22 | 194:5 200:8 | 377:3,4,9,22,23 |
| 377:11 | 218:25 226:25 | 205:21 250:18 | **content** 214:8 |
| | 228:24 245:20 | 254:19 270:5 | |

Golkow Technologies,
877-370-3377               A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 404 of 479

**context** 295:15
316:5,10 343:7
343:13
**contexts** 18:8
**continue**
188:22 195:22
196:1,11
291:25 300:15
**continued** 3:2
5:2 6:2 122:11
**continues**
207:10 349:6
**continuing**
377:23
**continuity**
354:6,7
**continuous**
45:7 118:16
**continuously**
118:13,25
176:5,12 177:9
**contract** 16:1,5
16:8
**contribute** 55:3
**contributed**
50:5,18 55:5
55:13 120:2
259:11
**contributes**
319:7
**contributing**
50:8 120:16
121:10,15
123:16

**contribution**
52:5 115:3
200:6 252:7
253:5 313:20
316:22 317:2,5
366:10,16
367:2,6
**contributions**
114:18 123:14
**contributor**
92:18 113:6,10
114:10,20
**contributors**
67:20
**control** 26:22
42:16 54:8
85:4,21 87:24
294:8
**controlled**
161:6
**convened**
330:21 331:2,4
**conversation**
295:22
**cooled** 223:22
223:24,25
**cooperative**
26:20 29:22,25
30:10 330:13
**copy** 102:24
105:3 240:19
248:24 279:19
**corissa** 3:10 8:5

**corner** 225:4
335:10
**corp** 275:2
**corporate**
46:19
**corps** 5:23
84:20 100:16
103:9 119:17
124:22 331:25
332:12 344:4
358:9,20
**correct** 12:15
13:3 14:20
15:24 19:21,22
19:25 28:12
36:6 37:18,22
37:24 42:13
44:15 45:16,19
47:12 50:3
54:19,24 60:10
86:5 88:14
91:5,16 92:4
92:11,11,12,16
95:10 100:5
101:21 105:9
105:12 106:20
108:3,18 109:2
109:3 110:13
112:5 115:22
116:22 119:3
120:22 121:13
121:19 122:19
122:20 123:13
131:11 132:5,6

139:12,13
143:2,10 144:7
144:25 148:15
150:6 152:21
158:6 159:12
159:18,21
163:12 167:25
168:5,6,9,10,22
171:11 173:9
177:14 179:12
180:25 190:2,5
190:6 194:15
198:11,23
199:7 200:9,10
201:4,4 202:19
205:13,15
218:3 226:9
230:13 235:22
236:1,4,13
237:4,11,17
238:14 241:17
241:18 243:2
249:1 254:1
258:1 262:21
263:3 277:18
277:21 278:25
279:23 294:22
295:4 303:3
304:20 308:5
311:3 312:2,12
314:14 320:1
330:20 339:14
342:4,5,10
347:22,25

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 359-8 Filed 04/29/25 Page 405 of 479

348:4 354:12
354:13,15
355:8 357:14
357:17 358:16
358:17 363:1
364:20,25
365:1,5 367:13
369:14 370:20
371:12 382:4
**corrected** 171:2
171:5,9,11,12
172:9,13
**correction** 51:9
171:19
**correctly** 13:9
14:22 27:1
42:9 49:4 86:4
88:2,7 94:8
95:5 97:5,7,21
99:20 107:11
118:21,22
130:12 150:3
161:25 162:2
165:4 188:21
235:16 257:17
302:20,21
304:2,7 315:18
348:2 373:13
**correlated**
340:6
**correspond**
148:18
**corresponding**
141:7 161:13

**corresponds**
126:24
**council** 342:1
344:1
**counsel** 7:16
381:9,14,16
**country** 26:5
**county** 375:5,6
**couple** 284:5
**coupled** 37:9
**course** 10:17
22:8 29:17
30:3 31:6
36:10 47:8
58:7 62:15
98:5 114:21
135:14 160:3
164:15,16
210:14 219:8
222:10
**court** 1:1 6:18
7:12 8:14,23
9:12,21 22:15
38:16,17,19
49:22 54:20
87:10 91:18
104:10 138:13
138:19 148:4
151:4 164:19
196:21 197:1
198:1 220:11
240:21 251:3
255:15 275:7
275:12 314:23

330:23 334:9
376:1,23
**courthouse**
358:10,21
**cover** 42:6
336:12 341:4
**covers** 26:1
118:3 341:7
**criteria** 45:2
**criticized**
345:10,23
**critique** 345:25
**crude** 73:18,18
**crust** 223:7
**crusting** 221:10
222:4,12,18
**cruz** 375:12
**ct** 293:22 294:8
294:15
**cubic** 170:9
**current** 5:21
25:23 331:23
332:10
**currently** 23:17
23:20 70:2
125:21
**curve** 355:25
356:7
**cv** 1:4

|        d        |
| --- |

**daily** 280:20
282:23

**dash** 125:8
**dashed** 256:8
256:19 257:1,6
258:20 259:19
260:2,5,6
**dashes** 259:20
**data** 42:15 52:3
52:9 54:15
55:15 56:8,12
56:19,21,21,24
56:25 57:6
69:16,22,23
71:13,20,24
72:4,24 80:21
80:22,24 81:3
81:8 85:20
87:23 91:2
97:15 100:22
107:7,13,14,16
108:12 112:10
131:17,18,25
155:21,22
161:2 162:9,16
162:18 165:22
166:8 175:4,8
175:13 180:4,6
180:12,18
183:7 184:6,7
185:16,23
186:1 193:24
201:14 202:3,4
203:16 211:11
211:18 212:5,9
212:24 213:2

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 406 of 479

213:11 215:17
215:20 217:3
230:1,3 231:22
232:3 235:9,16
238:7 244:20
244:21 245:16
245:17,22
247:12,13
248:1 249:10
264:18 265:10
267:16,19
270:24 275:4
275:15 282:17
282:17,20
283:6,14
293:16 299:20
308:8 309:8,15
310:1,2,4
313:12,13
314:5 320:7,9
320:18 321:2
326:4 333:5
352:21,22
353:7 363:23
363:25,25
364:5,8 365:8
373:13,18
379:6,9
**database** 71:16
75:17,18,21,22
76:8,24 81:10
81:11,18 82:12
82:13 131:3
144:14 145:8

149:22,23
183:16,19
199:5,6 246:22
247:4 266:10
266:14 267:11
287:19,21
**databases**
75:19 76:3,12
76:22,23
144:13 246:19
**date** 7:6 103:22
104:13,22
106:19,19
108:6 124:23
126:22 147:1,5
212:22 242:25
243:2 254:24
285:7,10,20
313:16 315:13
315:14 317:14
360:23 383:23
384:23
**dated** 173:18
293:13 299:10
**dates** 320:12,22
321:11,16
**dating** 354:12
**david** 331:8
**davis** 12:18
13:1
**day** 54:6 62:11
91:4,14 155:5
155:8,10,19
185:18 187:11

188:9 195:11
198:15 208:16
208:17 209:5
209:22 244:17
244:18,21,23
245:3,7,9
247:4,8,9,11,17
247:21 248:1
281:1 299:21
354:9 364:6
381:19 382:14
**days** 11:6
185:16 219:4
227:16 280:13
280:15,24
281:2,4,9,12
**dbolton** 2:11
**dc** 2:18
**dce** 143:24
307:15 350:7
**dealing** 223:5
**dean** 2:4 7:22
7:22 8:8 15:3,4
27:7,10 28:9
28:13,15,21
29:1,4 35:22
38:23 41:23
42:17 45:24
46:8 47:20
51:9,23 52:20
52:22 53:15
55:19 59:6
61:16,21 64:11
66:17 67:5

68:24 70:16
74:21 75:10,13
75:15 76:6,17
79:3,12 82:2,6
83:23 84:3
86:13 87:2,4
87:25 88:3,6
89:7,9,12 92:5
93:7 104:14,16
105:18,20
106:9,13 109:8
110:7 113:16
114:24 115:24
117:19 127:9
129:11 130:3,6
130:15 131:1
133:4,7,14
139:4,13
140:15,17
145:20 146:1
147:9 149:6
152:23 153:8
163:15 164:1
165:12 166:10
170:19,24
171:22 172:11
172:23 173:15
173:18 174:7
182:2 186:7
187:13 188:16
188:18 189:2
189:10,14
190:9 191:6,9
191:23 193:15

Golkow Technologies,
877-370-3377　　A Veritext Division　　www.veritext.com
Case 7:23-cv-00897-RJ　Document 359-8　Filed 04/29/25　Page 407 of 479

194:8 195:14
195:21,23
196:2,8,10,12
196:16,21
197:1,5,10,18
198:18,20
199:19,25
200:18 203:8
203:10 204:3
209:25 211:19
212:6 228:8,22
230:14 233:16
233:18,21
234:4 237:15
237:18 239:16
240:2,8 243:25
244:4 251:17
253:7 266:18
268:24 269:4,6
270:7 271:14
272:2 277:19
281:20,22
290:20 291:7
291:10,13,16
291:20,22
292:9,11,13,18
292:22,24
295:9 297:10
300:6,22 301:1
301:5,7,9,11
302:6 304:18
305:1,6,8
311:7 312:24
313:4 316:15

323:21 335:14
336:1,3,7,16
339:15 343:19
344:16,23
349:17 350:3
350:14 351:5
351:17 352:13
354:14 357:19
357:23 373:9
374:20 378:4
379:20,22
**deanna**  3:11
8:5
**december**  4:18
6:11 108:8
110:6 124:15
124:23 128:24
361:24 362:10
366:9
**dechlorination**
156:15
**decide**  15:8,14
273:1 339:12
**decided**  15:20
45:8 181:23
272:5
**decision**  6:14
209:14 358:23
372:11 373:1
373:23 378:20
378:24
**decisions**  370:1
**decreased**
114:16,17

**decreases**
114:23
**decreasing**
161:5
**defects**  5:22
84:22 331:24
332:11
**defensible**
299:15
**define**  73:19,23
348:1
**defined**  67:11
74:3,17 75:5
265:9
**definitely**  131:5
165:25 183:14
241:21
**definition**
73:18,20
117:22 200:9
**definitions**
117:20
**definitive**
211:11,15,17
212:5
**degradation**
49:15 122:9
156:14 182:24
183:2 185:17
187:10 188:9
188:10,13
191:19 195:10
195:11 198:15
198:16 200:15

204:1
**degrade**  204:12
**degraded**
188:11 200:14
203:24 205:1
**degree**  60:19
60:25 61:5
90:1 304:15
349:14,19
**delay**  13:22
**delivered**  100:2
128:19 129:4
**delivery**  99:16
**demand**  254:9
256:22 257:21
364:3,4
**demonstrated**
359:11
**dennis**  3:12 8:6
**density**  158:1,2
158:3,7,11,17
159:22 167:6
171:2,2,5,7,8,9
171:12,19
172:6,9,13,14
175:6,10
177:17 178:5
179:10 265:11
265:14 272:17
**department**
2:15,17 7:19
7:21 9:5 84:16
144:2 274:11
344:3

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 408 of 479

**depend** 156:21
**dependent**
  218:22
**depends** 21:3
  114:18 131:17
  171:1 218:19
**deponent** 7:14
  381:5
**deposed** 8:18
  37:23,25
**deposited**
  320:13
**deposition** 1:14
  7:8 9:17,21
  10:5,22 11:16
  11:23,25 12:3
  12:5 39:12,14
  151:9 240:6
  320:10 380:1
  381:6,8,8
  383:1 384:1
**deposits** 221:11
**derived** 107:7
  180:12 261:21
  317:1 327:19
**describe**
  149:18 287:10
  357:1,21
**described** 67:7
  68:17 174:25
  190:23 277:4
  324:3 339:14
  349:23 363:21

**describes** 97:11
  159:1 193:13
**describing** 97:8
  186:5 357:15
  364:8
**description**
  65:17 152:8
  314:12
**descriptions**
  320:14
**design** 52:15
**designated**
  375:15
**detail** 42:14,24
**detailed** 73:20
**detailing**
  118:19
**details** 139:11
  178:3 276:1
**detected** 108:8
  109:5 120:20
  376:8
**detection**
  108:25 109:14
  110:16,21
  115:15,17
  121:22 123:17
  124:4 212:23
**detections**
  108:21 109:5
  109:15 110:4
  110:12 115:19
  306:2,4,15
  307:22,25

  308:4 309:8,13
  310:23
**detects** 94:3
  211:12 213:16
  214:3,6 230:11
  308:7 311:1,2
**determination**
  161:7
**determine**
  67:17 68:2,6
  68:12 70:14
  77:25 78:6
  86:23 93:23
  94:1 193:25
  203:18 339:6
  373:14
**determined**
  75:20 160:1,24
  162:3 183:6,11
  184:6 194:14
  246:13,14,14
  314:15 363:10
**determines**
  194:5 199:1
**determining**
  166:9 320:17
  321:1
**deterministic**
  271:2 348:6
  349:23 352:3
**develop** 32:5
  353:25
**developed**
  34:19 35:12

  65:23 66:11
  71:16 82:19
  283:10,13
  333:25 344:9
  347:24 353:3
  363:14 377:24
**developing**
  72:7
**development**
  4:12 20:19
  23:25 54:5,8
  61:11 62:7
  66:15 126:1,6
  144:3 252:12
  332:14 370:3
**developments**
  70:4
**develops** 66:18
**devin** 2:8 8:1
**devoted** 65:5
**diagram**
  141:10 233:11
  234:14 262:11
**dialogue** 39:17
**dice** 272:21
**dichloroethyl...**
  143:24 278:3
  369:23
**difference** 50:8
  152:19 178:16
  178:25 201:16
  257:5,7 260:5
  260:7

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 409 of 479

**different** 20:20
24:1,4 30:23
30:23 31:20,20
34:22 35:14
39:16 63:11
81:22,23 88:9
88:18,18 97:18
97:18 153:12
153:22 164:12
178:20 181:23
182:7 183:22
183:22 192:4
192:12,17
193:11 200:25
201:17 206:6,7
208:22 209:2,3
209:12 211:5
214:13,15
215:23 216:8
217:7 219:3,8
231:10 238:20
238:24 253:14
254:5,10
262:19 264:13
264:14 270:25
288:12 300:11
317:18,21
321:20 328:18
330:3 341:17
341:17 354:1,3
355:14,20,21
356:2,10,11,12
356:15,16
373:20

**differing** 209:4
**difficulty** 61:17
**diffusion** 246:7
246:14
**diffusive** 67:10
68:19
**dilute** 148:25
**dilution** 216:25
**dimensional**
49:13 96:13,19
**dimensions**
72:12
**dinner** 58:13
58:15
**direct** 4:3 9:1
118:6 188:4
195:3 197:24
268:3
**directed** 141:1
**direction** 69:16
214:1 377:17
381:10
**directions**
213:14,25
**directly** 161:4
375:21
**director** 19:19
19:24 21:13
22:1
**dis** 186:14
**disagree**
253:18,22
329:1 371:3

**disagreement**
70:2 78:20
**disc** 208:8
**discharge**
129:1,8 149:10
153:11 155:12
**discharged**
148:24 149:2
151:16 216:21
375:21
**discharging**
36:14 149:10
153:12,19
**discovery**
375:16
**discrepancy**
208:15,19,21
**discrete** 377:14
**discuss** 44:25
207:22,24
208:2,5,8
212:23 288:16
**discussed**
246:17 252:8
252:11 276:23
313:9 322:2,24
**discusses** 44:9
**discussing**
203:12 369:7
**discussion** 8:20
14:2 25:16
61:14 80:6
82:23 182:20
202:22 220:6

224:7 239:25
248:6 295:25
303:21 314:10
334:15 342:19
379:2
**disease** 26:21
26:22 43:6,11
43:15 84:15
85:4 274:11
**diseases** 43:19
**displays** 214:10
216:6
**disposal** 146:20
152:21 320:11
**disposed** 152:5
152:16
**disposing** 153:1
153:5
**dispute** 40:17
40:18
**distance** 303:12
**distances** 149:9
**distillation**
152:2
**distinction**
179:3
**distinguished**
97:14
**distribu** 158:24
**distributed**
112:7 129:18
367:21
**distribution**
6:9 49:25 52:4

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 410 of 479

54:15,18,23
55:12,16,24
97:4 99:4,19
100:4 158:25
159:19 160:19
161:7,11 162:4
167:7,17,23
168:4,11 170:4
170:8,17,22
172:14,19
173:4 175:5,10
177:16 178:5
179:9 181:23
265:8 269:9,16
269:20 272:18
333:15 351:19
353:10 358:11
361:22 362:6
363:16,17,23
364:5,24 366:1
366:7 367:10
367:22 368:11
378:14
**distributions**
264:7
**district** 1:1,2,3
7:11,12
**diverse** 344:11
**divert** 273:2
**divided** 376:21
377:14
**dms** 193:5
**document** 1:8
4:11,12,24 6:7

14:17 28:10
53:7 61:11
62:4 105:22
112:14,16
139:5 143:13
239:23 283:2
335:5,7 338:1
360:5,10,14,16
360:23 361:3
361:12 362:5
362:12 363:3
368:24 370:3
374:11 378:5
**documentation**
55:23 56:5
119:1 226:22
**documented**
118:19 226:21
227:6
**documenting**
333:14
**documents**
10:18,25 13:22
228:4,18 283:3
283:4
**doing** 37:9 51:3
57:1 72:16
78:11,12 86:8
86:22 88:11,18
206:3 212:3
238:6 247:21
273:3 327:8
329:8 356:24
356:25 378:21

379:11
**doj** 3:15,16,17
**domain** 363:21
**dominant**
67:25 68:2,15
77:13
**dor** 47:18
**dougherty**
47:14,18,22
331:8
**dover** 6:10
59:16 359:17
361:23 362:7
363:16,24
364:23 366:12
366:15,24
367:12
**downgradient**
195:6 198:9
**downstream**
201:2
**dr** 11:12,13,15
13:10,11 18:6
19:13 61:16
176:1 191:12
225:14,15,24
226:5 232:21
338:16,20
339:13,24
340:3 379:16
**drain** 147:18
148:19 151:22
**drawing**
317:18

**dried** 266:11
**drill** 375:23
**drinking** 49:25
52:4 54:16,17
55:11 84:20
85:12 86:3
93:25 94:21,24
94:25 95:8
97:1 99:8,13
99:23 146:10
275:2,22 283:1
363:13
**drive** 151:13
**driven** 217:24
218:2,16,17,18
219:17
**driver** 218:24
219:9 250:21
**driving** 219:4
**dropped**
248:11
**dry** 95:2
150:24 152:3
152:10 155:16
158:2
**due** 115:25
126:12 166:23
249:14,16,18
**duly** 8:18 381:3
381:6
**duration** 86:2
275:21
**dyer** 17:22,23

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 411 of 479

| e | | | |
|---|---|---|---|
| **e** 2:1,1 3:1,1 5:7 | 263:20 274:14 | 378:15 | **employee** |
| 5:10,16 16:10 | 277:4 321:14 | **effluent** 126:15 | 381:15 |
| 18:13,21 19:7 | **earliest** 108:6 | **effort** 65:5 | **emulate** 357:5 |
| 19:9,10,11,12 | **early** 10:20 | 363:20 364:1 | **encompasses** |
| 19:16 20:10 | 84:7 125:25 | 370:6 | 375:3 |
| 206:22 207:1,2 | 213:10 215:13 | **efforts** 224:23 | **ended** 73:6 |
| 207:15,18,20 | 376:7 | 333:12 363:14 | 266:9 |
| 207:22 208:8 | **easiest** 125:9 | **eight** 13:20 | **ends** 193:22 |
| 208:13 209:19 | **eastern** 1:2 | 54:14 55:6 | 210:6 241:1 |
| 212:14 213:15 | 7:12 | 93:7,9,10 | 355:18 |
| 220:19 240:11 | **ed** 3:13 8:7,8,10 | 110:24 156:8 | **engineering** |
| 241:16,19 | **editor** 60:6 | 197:19 237:6,7 | 26:19 90:1 |
| 242:23 244:1,3 | **education** | 237:10 305:18 | 91:3,13 349:14 |
| 247:5 289:20 | 78:10 | 326:2 | 349:20 |
| 290:6,8,17,19 | **edwards** 1:15 | **eighteen** 68:24 | **engineers** |
| 292:2,15 | 8:14 381:22 | **eighty** 53:13 | 58:24 69:25 |
| 293:12 294:21 | **effect** 49:15 | **either** 16:9 | **ensemble** |
| 295:12,14,19 | 201:14 249:23 | 71:14 149:22 | 139:24 140:3 |
| 296:6,20,25 | 250:17 313:15 | 204:15 323:3 | 232:16 237:24 |
| 297:4,16 299:7 | 313:20 315:22 | 352:10 | **ensminger** 5:11 |
| 299:9 300:10 | 315:25 316:2,5 | **elapsed** 185:16 | 240:12 241:16 |
| 300:24 301:1 | 317:14,16 | **electronics** | 242:18,19 |
| 381:1,1 | 318:1,6,8 | 375:20 | 243:5 |
| **e.g.** 180:5 | 321:16,18 | **elevated** 376:7 | **ensure** 65:24 |
| 213:10 215:13 | 324:4,4 | **else's** 134:23 | **enter** 29:25 |
| **e5** 143:20 145:2 | **effecting** | 192:20,21 | 130:23 151:21 |
| **earlier** 11:4,7 | 377:25 | 234:11 | **entered** 26:20 |
| 77:13 115:15 | **effective** | **emeritus** 22:22 | 28:8 29:10,14 |
| 123:19 171:2 | 299:23 | 22:23,24 23:1 | **entering** |
| 226:19 238:10 | **effects** 43:21 | **emphasis** 54:16 | 131:16 205:18 |
| 240:3 246:17 | 64:5 81:10 | **emphasizing** | **enters** 221:7 |
| 246:18 254:24 | 93:24 94:6 | 254:20 | **entities** 30:1,5 |
| | 132:2 216:22 | **employed** | 330:10 |
| | 274:24 318:21 | 128:17 | |

Golkow Technologies,
877-370-3377                                    A Veritext Division                                    www.veritext.com
Case 7:23-cv-00897-RJ        Document 359-8        Filed 04/29/25        Page 412 of 479

**entries** 145:11
236:15 310:18
310:22
**entry** 103:22
104:8,16,24
105:24 106:10
109:22 131:22
146:15 147:17
149:24 205:22
366:11
**environment**
64:3 66:19,22
66:23 67:20,25
71:8 72:6
77:12 92:9
133:22 157:1
303:16,19
304:6 357:7,15
357:21
**environmental**
2:17 4:13,14
4:19 19:19
20:2 26:17,19
40:24 43:20
44:13 61:12
62:8 63:15,20
63:23 64:2,7
64:19 68:4,7,8
68:11 69:17
77:14 78:4,21
124:16,24
125:3 126:5
127:4 132:8
137:2

**environments**
149:19
**epa** 6:14 44:14
44:20 363:20
365:14 372:11
373:1 376:15
377:3 378:20
**epanet** 97:2
**epi** 87:8,12
88:15 92:15
127:1 276:3
352:22
**epidemiologic**
42:7,11 84:17
363:11,14
**epidemiologi...**
42:15 85:10,21
86:9 87:24
94:5 125:21
126:24 249:23
274:13,23
275:4,15
**epidemiologics**
87:12
**epidemiology**
44:6 276:4
**equal** 188:8
195:9 198:14
**equaled** 230:2
230:4
**equation** 131:4
158:15,21
185:17 188:14
200:16 201:18

204:1
**equations**
90:11 347:11
**equipment**
326:1
**equivalent**
181:12 268:22
**eric** 331:9
**errata** 383:1
384:1
**error** 69:13
70:15 82:14
108:2 142:13
142:18 172:6
245:3 348:3
**errors** 80:13,18
357:12,13
**especially**
24:13 69:23
**esq** 2:4,8,8,16
2:16
**est** 1:16 380:2
**establish** 44:20
**established**
314:8 364:15
366:4
**establishing**
370:9
**estimate** 33:12
211:25 350:12
366:10
**estimated**
86:24 116:2
117:23 127:5,7

134:1 155:11
276:24 280:12
**estimates** 85:22
90:12 126:2,7
126:17 132:15
160:14,18,22
162:3 165:11
165:16 180:6
275:5,16 277:1
278:7,10
347:12 348:5
**estimating**
86:12 125:4
**estimation**
124:21
**et** 160:23
161:18
**ethylbenzene**
310:15
**evaluate** 84:17
85:11 181:16
251:1,6 274:13
274:24
**evaluated**
198:24 252:24
271:5
**evaluating** 5:19
331:22 332:9
**evaluation**
179:15 192:1
250:2 262:4
**evening** 379:22
**events** 137:20
146:9 333:8,13

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 413 of 479

333:23
**eventual** 187:5
**evidence** 228:9
344:6 345:6,14
**evidently**
197:20
**evolved** 62:10
**exact** 304:10
353:18
**exactly** 31:19
39:23 40:14
92:25 93:3
186:18 210:17
211:8 247:15
248:2 256:23
256:25 257:15
259:5 260:15
350:20 353:24
367:5 370:23
371:11
**examination**
4:1,3 9:1
**examine** 366:6
**example** 31:7
35:11 50:11
67:7,8 183:20
213:7 215:20
218:5 228:6
302:24 308:1
355:22
**examples**
178:17 373:6
**exceeded** 312:5
376:18

**exception**
118:15
**excerpt** 5:8
224:12,17
**excerpts** 64:9
64:13
**exchange** 377:7
**exchanged**
16:24
**exchanging**
19:9
**exclude** 67:9
68:15
**excluded** 230:3
231:21 261:22
**excuse** 10:12
21:14 83:17
89:14 126:19
144:9 159:14
175:14 191:7
195:20 211:3
212:18 236:21
285:4 347:5
371:23
**exercise** 24:11
**exhibit** 4:7 5:4
6:4 14:4,16
25:14,18 26:13
41:18,18 44:8
48:17,18 53:2
53:4,5,6 57:12
61:9,10 62:3
63:11,13,14
64:9,21 68:21

73:3 79:8 80:3
82:20 83:14,14
83:24 87:22
88:23,25 91:24
91:25 95:12
102:7,8,10,11
102:23 106:8
106:24 122:1
124:14,19
127:18,19
128:3,7 132:7
136:23 137:7,9
140:10 143:12
143:16 144:16
150:13 154:11
169:21 173:25
174:2 182:18
184:14 206:18
206:20,21
207:1 224:10
224:11 234:18
239:18 240:4,6
240:10,16
248:16,24
251:12 261:7
261:11,12
273:14,15
276:8 279:10
279:17 282:9
285:3 286:13
286:14,18,19
286:23 289:10
289:17,19
290:5 292:6

299:7 304:23
304:24 305:3,5
306:24 307:2,3
308:2,9,14,16
308:19,20
310:6 312:22
319:22,23
324:20 325:3,4
330:6 331:20
332:6 334:13
334:13,17
336:22,23,25
337:2,18 340:2
342:13,17
346:9,10,12,12
346:12,13,13
349:1,3 360:2
360:3 361:20
362:13 368:17
368:23,25
372:10,19,25
**exhibits** 4:5 5:1
6:1,18 321:15
**exist** 66:22
284:7
**existed** 126:3
144:14 320:7
**existing** 146:16
212:9 370:7
**exists** 81:18
**expect** 135:15
171:18 172:8
176:25

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 359-8 Filed 04/29/25 Page 414 of 479

**expected** 65:7
153:6 183:15
**expecting**
216:4
**experience** 78:3
**experimental**
180:3
**experiments**
161:18 163:7
**expert** 5:8,19
11:3,18 12:11
13:8,15 14:23
15:15,20 16:23
17:12,16 18:9
39:18,25 40:11
40:16,19,19,20
41:2 43:5
46:15,18 58:16
85:14 89:5
92:8 224:12,17
224:19 225:17
242:8,9 243:19
250:14 330:19
331:21 332:8
332:17 333:19
335:1 339:9
342:6
**expert's** 11:1
**expertise** 42:8
42:12,16 43:2
92:15,17 94:11
223:8,15,20
**experts** 40:3
262:14

**expires** 381:24
382:22
**explain** 20:16
62:10
**explained**
67:24 194:4
**explaining**
296:6
**explore** 265:4
359:19
**explored** 267:8
**exponential**
355:25
**exposed** 338:24
**exposure** 24:12
42:15,24 43:1
51:16 60:7
84:19 85:20,22
86:2,12,24
87:18,19,19,23
93:22,25
249:21,22
274:25 275:3
275:21 339:5
359:10,21
363:13
**exposures**
85:11 275:6,17
**expressed**
193:4
**extend** 260:1
**extended** 97:2
245:2 260:2
366:22

**extending**
244:16 245:6
**extends** 377:15
**extent** 48:7
188:6 195:7
198:12

**f**

**f** 4:20 127:20
128:4 139:12
140:11 144:17
145:21 150:13
151:24,25
152:8 154:11
155:25 160:8
169:21 173:3
184:13 185:22
186:13,19,24
200:5 202:6
203:9,11 229:6
229:13,14
230:25 231:17
231:17 235:3,5
235:10,13
236:11 238:25
381:1
**f11** 154:17
**f12** 141:10
150:16
**f13** 140:22
141:9,11,15,22
142:4,20
144:18 145:11

**f17** 141:11
**f2** 156:13
**f20** 185:5
**f23** 156:6
**f27** 160:10
162:21
**f28** 156:1,7
160:11 169:25
184:14 185:5,6
186:13 187:23
187:24 194:19
194:22 200:16
**f29** 187:24
**f30** 154:11,19
154:20,21
**f32** 141:2
**f33** 140:15,21
141:19 144:19
145:11
**f42** 128:10
**f7** 188:2 194:25
197:23
**f8** 188:3 194:25
197:23
**face** 39:17,17
39:22,22
**facilitate** 21:6
**facilities**
375:19,20
**facility** 359:15
**fact** 139:23
172:9 176:2
208:22 276:2

Golkow Technologies,
877-370-3377  A Veritext Division  www.veritext.com
Case 7:23-cv-00897-RJ  Document 359-8  Filed 04/29/25  Page 415 of 479

factor  158:4,9
  158:13,17
  166:19,22,24
  167:10,15,25
  168:5,8,13,17
  170:14 172:22
  172:24 175:11
  179:16
factors  160:15
  160:19,24
  161:4 162:4
facts  228:9
factual  208:22
faculty  21:20
  29:22,24
fail  236:19
failed  237:13
failure  65:9
failures  65:7
fair  29:6
fall  13:5 126:18
  132:15
falling  126:16
falls  233:2
familiar  44:19
  44:22 47:13,25
  87:9 221:9,24
  224:19 309:12
  322:21 362:12
  373:22
families  58:8
family  41:9
  85:1 93:24
  94:21

far  16:22 69:20
  92:7 145:6
  162:17 190:11
  204:17 212:8
  264:18 278:15
  303:21 379:11
farm  327:5
farther  56:2
  95:15 112:24
fast  200:24
faster  70:19
  204:12 218:17
  219:19
fate  4:21 34:16
  35:4 49:21
  96:14 127:21
  128:4 138:3,7
  138:24 141:25
  142:8 143:5,7
  144:10 145:3
  145:19 209:20
  287:9 288:21
  294:6 320:4,20
  323:11 341:3
  365:10,13,18
  365:20 368:25
  369:22
faye  5:16
  171:14,16,17
  172:4,9,13
  174:25 189:16
  208:3,3 209:17
  225:20,21
  226:3,6 289:20

290:6 293:13
  293:18,19
  295:13 297:1
  299:9 300:2
faye's  301:1
features  77:14
february  1:16
  7:6 101:11,20
  101:24 103:17
  109:6 110:5
  113:23 114:6
  114:11 123:1
  173:19 381:19
fee  72:5
feed  299:20
feel  146:1 176:5
  176:11
feels  176:4
feet  170:9
fellow  361:5
felt  182:13
fewer  368:4
field  48:4 52:3
  52:15 54:14
  55:7,8,9 69:21
  69:23 70:1,18
  71:24 72:3,6,7
  72:8,24 78:11
  78:13 81:10
  90:16 155:21
  155:22 160:24
  161:18 175:8
  180:6 183:7
  184:6,7 185:23

186:1 202:12
  202:17 203:4,6
  203:17 212:8
  223:10 224:2
  245:23 246:13
  299:16,20
  303:25 304:2,5
  304:14,17,22
  313:11,13
  314:5 347:17
  363:25 364:8
fields  47:19
  88:19 366:11
  368:5
fifty  80:8
figure  80:11
  91:1 111:7
  118:2,18
  119:12 120:24
  121:5,16
  141:18 146:8,9
  146:14 147:13
  154:15 236:11
  256:2,3,5
  257:17 258:11
  258:12,15
  259:18 261:16
  262:16 268:8
  280:9,10,14
  281:13 286:5
  305:11,11,18
  305:21,25
  308:3,23 310:5
  311:15 317:4

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 416 of 479

327:15
**figures** 141:11
188:2 194:25
197:23 306:7
309:17 314:20
314:25 322:8
349:12
**file** 213:7
360:22 361:1,2
**filed** 41:10,14
**filling** 152:6
**filtration** 152:2
**final** 128:16
155:7 170:11
173:3 180:16
241:3 246:25
298:20 350:15
**finally** 356:1
**find** 89:1
273:13 304:24
330:2 346:16
**finding** 208:22
**findings** 49:12
54:3 322:4
**fine** 28:16
201:24 258:10
281:23 292:16
**finish** 27:14
191:8,13 194:9
196:12,13
220:9,12
243:23
**finished** 52:21
86:1 96:17

99:16 100:2
111:3,24 113:7
122:9 261:20
275:2,20
276:25 277:5
313:22 316:6
316:12,24
317:6 327:18
347:5 349:15
351:23 379:15
**fire** 375:23
**firm** 40:8
**first** 8:18 47:23
57:16 65:4
84:12 94:20
111:6,15 113:2
119:25 158:1
170:2 177:1
198:25 199:5
207:4 208:13
210:18 213:17
241:11 243:10
245:10 246:2
250:9 255:12
255:18 274:9
276:12 284:1
290:12 295:19
296:14 299:13
313:8 332:20
343:3 346:16
349:8 360:18
374:2,10 376:5
**fist** 363:8

**fit** 272:17
303:24 320:8
**five** 22:2 54:7
62:18 89:4,11
96:20 113:1
125:8 195:18
197:19 210:7
213:17 214:9
215:8,10 237:4
237:5,7,8
241:10 342:12
**fix** 222:11
223:14
**fixed** 254:13
**flip** 272:22
**flipping** 94:13
**floor** 147:18
148:19 151:21
**florida** 72:14
359:14 369:3
372:1
**floridan** 72:13
72:18
**flow** 34:16 35:4
35:20 49:20
96:12,16
128:18 129:15
129:23 130:14
130:22 131:8
168:19 190:23
191:18 193:24
194:15 277:3
317:1 320:24
341:7 354:6

369:22 370:4,8
377:17
**flush** 222:21
**flushing** 223:3
223:16
**foc** 159:14
160:1 162:18
165:11
**focus** 252:9
293:8 333:11
**focusing** 81:2
**folks** 299:13
**follow** 42:14
152:14 333:21
**followed** 276:3
340:25 355:8
377:7
**following** 90:4
243:11 254:4
**follows** 8:19
272:7
**foot** 154:1
**footnote** 139:6
139:11
**footnotes** 139:6
**force** 375:10
376:15,22
377:2,5,11
**forecasting**
364:17
**foregoing**
381:6,7,11
382:3

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 359-8 Filed 04/29/25 Page 417 of 479

foreign   43:20
form   27:10
  28:9,24 35:22
  42:17 45:24
  46:8 47:20
  51:23 52:22
  55:19 59:6
  64:11 66:17
  67:5 70:16
  74:21 75:10
  76:6,17 77:12
  79:3 82:2
  86:13 87:5,25
  88:3 92:5
  105:21 108:18
  109:8 110:7
  114:24 127:9
  129:11 130:3
  131:1 133:4,14
  145:20 147:9
  149:6 152:23
  153:9 163:15
  164:1 165:12
  166:10 170:19
  171:22 172:11
  172:23 173:15
  182:2 186:7
  187:13 188:16
  188:20 189:14
  190:9 191:6,23
  193:15 194:8
  195:15,25
  198:18 199:25
  200:18 203:8

  204:3 211:19
  212:6 228:8
  230:14 233:22
  237:18 253:7
  266:18 269:6
  270:7 271:14
  272:2 277:19
  295:9 297:10
  300:6,22 302:6
  304:18 311:7
  316:15 323:21
  339:15 344:16
  344:23 350:3
  350:14 351:5
  351:17 352:13
  354:14 357:23
  378:4
formats   213:8
formed   126:18
  132:16
formulation
  80:25 81:8
forth   85:15
  245:18 324:4
forty   41:24
forward   32:19
  80:3 84:10,11
  91:17 119:9
  273:23 274:2,8
  275:25
forwarded   6:19
forwards   33:6
  34:7

foul   376:11
foun   195:25
found   121:9
  315:19
foundation
  195:25
four   28:7 37:23
  53:13 89:3,10
  96:18 103:23
  104:9,13,14
  112:25 122:23
  128:13 138:12
  138:12,16
  139:8,19
  174:19 210:6
  212:18,19,21
  213:23 214:8
  227:16 245:11
  273:24 282:20
  283:3 305:3,5
  306:7,8,14
  307:21,25
  338:4,5 363:6
fourth   26:12
  183:5
fraction   159:10
  159:13 164:4
  165:7,16,21
  166:7 180:14
  225:24,24
frame   31:8
  85:16 357:5
  371:25

frames   30:23
  31:5,10
frank   18:6,24
  19:2,3,4,7,13
free   212:23
friend   58:6
friends   24:20
front   63:19
  231:18
fuel   327:5
function
  131:25 167:7
  265:11,14
  270:11 272:17
  272:23
functions
  270:25 271:18
fund   32:7
  47:10
fundamental
  90:11 347:11
funded   46:19
funding   32:14
fur   377:20
further   70:4
  303:21 377:20
  377:21 381:5
  381:13
future   32:21
  34:1 354:8
  370:18,20
  371:10

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 418 of 479

| g | georgia 19:20 | 83:13 84:6 | 283:16 285:2 |
|---|---|---|---|

**g** 49:12 50:11
**gains** 135:15
**gaps** 81:3
**gas** 39:20 40:1
40:4,9,13,15
**gaussian** 96:23
**geiger** 358:8,20
**general** 10:21
26:1,10 287:16
**generally** 90:16
152:5 320:16
347:16 377:17
**generate**
213:21
**generated**
69:13 269:14
271:2
**generic** 32:6,20
33:3 35:1,11
35:24 43:16
183:16,18,24
184:2
**geohydrology**
24:3
**geological**
283:4
**geometric**
213:1 215:4
229:19,24
230:9,18,23
231:25 232:25
233:14

**georgia** 19:20
20:5,8 21:5
23:14,15 25:6
26:19 29:22
31:17 46:23,25
47:7,8 57:1,21
60:19 72:14
347:25
**geosyntec** 41:5
41:7,8 57:24
57:25 58:3
**getting** 60:19
60:23 61:4
195:18 261:4
353:10
**giovanni** 3:15
8:11
**give** 67:7 82:13
89:1 113:16
122:5 254:9
272:12
**given** 56:25
65:24 135:9
294:2 298:12
**gives** 117:21
134:14
**giving** 213:14
213:18 336:3,7
**go** 9:8 20:6
26:12 33:20
48:22 52:13
53:11 64:21
68:21 73:13
81:1 83:8,13

83:13 84:6
88:20 89:3
90:19 93:5
95:14,17 98:24
100:7 103:2
106:22 107:1
110:10,23
115:7,10
117:18 119:4,6
122:1 125:7,14
128:10 132:7
136:12 137:14
140:9 141:2,14
143:15,18
144:16 145:10
145:24 150:12
156:1 160:10
169:24 174:9
182:17,19
184:12 193:9
194:11 196:14
196:19,25
209:10 224:25
229:6,12,14
234:18 235:1
239:14 248:5
249:4 251:11
251:13 255:23
255:25 258:5
261:13 264:4
271:7 272:21
273:5,20 276:8
278:15 279:5
280:8 282:11

283:16 285:2
287:20 288:16
288:24 290:2
291:4,19
292:16 296:19
299:1 303:6,20
303:21 305:10
307:8 308:2,20
310:9 312:20
314:11 319:21
327:11 329:21
333:7 334:23
335:4 336:10
338:6 339:23
342:22 346:14
349:3 351:25
352:6 360:7
362:4 363:5
369:15 371:19
372:7,16 374:1
378:19
**god** 337:10
**goes** 64:15
160:10 161:17
236:22 269:14
272:23 316:21
319:9,12
320:17 360:10
**going** 25:22
32:19,23 33:14
34:6,6 43:17
48:11 53:3,21
63:10,11 67:19
68:19 75:17

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 419 of 479

80:2 87:15,17
88:9 95:15,23
100:1,6 102:1
105:20 108:17
129:9 135:16
135:25 136:4
136:22 137:1
145:24 150:12
152:4 167:15
168:8 179:24
187:23 191:4
192:20 195:14
195:15 196:2
204:12 205:11
219:23 220:14
220:20,21
239:7,18
250:17,17
254:21,22
276:3 279:1
281:19 287:4
291:25 306:22
306:23 316:3
318:14 319:4
319:21 324:19
324:22 325:7
325:11 337:1
356:1 371:15
373:14
**golkow** 6:19
7:4
**good** 7:22
27:18 47:19
48:5 74:9

77:20 78:1,7
78:15 79:1,9
79:23 169:1
274:22 294:2
298:12,21
302:11,12
379:22
**government**
11:18 14:16
26:13 41:18
44:8 48:16
53:4 61:8 62:3
63:13 64:8,21
83:14 88:23
102:10,17,23
106:24 124:19
127:18 128:3
137:8 143:16
169:21 173:25
182:18 184:13
224:10 240:16
248:24 261:12
279:16 282:9
289:17 290:5
307:2 342:17
349:3 360:1
362:3 368:22
**government's**
4:7 5:4 6:4
14:4 25:18
48:18 53:6
61:10 63:14
102:11 124:14
127:19 143:12

174:2 206:21
224:11 240:10
248:16 261:7
279:10 289:19
307:3 331:20
342:13 360:3
361:20 368:17
372:10
**grab** 124:13
239:22 286:17
331:18 334:13
342:11
**gradiant** 188:5
**graduate** 23:18
50:13 57:20
**gram** 161:12,13
161:15,16
162:23,24
163:3,4,13,23
170:8,9,12,18
170:23 173:5
173:12 181:12
**grams** 155:5,7
155:10,19
181:19
**grandchildren**
24:12
**grandson** 24:17
**grant** 21:6
**graphical**
213:5 214:5,10
215:4,5 216:6
**graphs** 141:10
213:8 215:11

306:5
**gravels** 161:8
**gross** 302:13
304:10
**grossly** 299:17
300:3,18
301:19 302:4
304:3
**ground** 245:13
245:14 320:10
**groundwater**
20:18 21:9
32:11 34:15
35:4,20,25
40:25 49:16,20
56:21 69:24
94:23,23 96:12
97:1 99:15,25
119:16 149:11
151:14 168:19
249:25 250:7
250:12 283:7
294:12,13
313:21 316:23
320:24 338:14
341:3,7 354:6
365:2,19,21,22
369:22,24
370:4,7,8
375:14,16
376:6,16 377:6
377:9,11,12,17
377:23,25

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 420 of 479

**group** 15:25 16:4,9,11,14,18 17:6,18,21 19:10 88:18 209:8 216:3 288:11,12 324:21 328:22 329:9
**groups** 355:7
**growth** 222:1,9
**guarantee** 65:4
**guess** 54:4 119:24 136:25 288:17 332:20 334:18 362:20
**guessing** 176:3
**gw** 294:6,11,13

**h**

**h** 5:12 49:15 248:14,17,25 249:4 251:12 251:15,16,17 251:20 255:23 255:25 256:2,3 256:5 257:17 258:6,11,13,14 258:15 259:18 260:17,19 262:20 263:16 264:13 311:17
**hadnot** 5:5,15 5:18 27:5 29:15 53:23

54:13,17 55:11 55:16,23 56:6 60:13 125:24 140:2 173:22 174:3 175:17 177:13,21 179:11 180:20 181:6,24 273:6 274:19 275:24 276:7,25 277:8 277:15 278:12 279:12,20 280:16 282:7 283:8,18,23 284:22 285:2,3 285:11,15,17 286:8,10 287:10,11,12 287:16 288:10 289:25 297:17 299:4 304:24 305:14 307:4 307:16 308:10 309:3,3,9,13 310:7,16 313:23 316:11 316:13,24 321:25 323:7 323:13 324:1 324:16 326:19 326:24 327:21 327:22 328:9 328:11 329:4 333:6 339:18

340:4,12,14 341:1,8 349:11 350:10 354:24
**half** 138:8,25 139:19 207:9 376:22 377:16
**hand** 63:11 65:1 74:6 77:18 79:21 140:22 154:24 172:16 188:11 200:13 203:23 358:3 369:19 381:18
**handed** 14:8 62:2 102:18 128:2 240:15
**handing** 206:25
**hanford** 359:16
**hangar** 369:2 370:8,11
**hanger** 369:24
**happen** 221:12 371:8
**happened** 14:15 33:12 114:14 209:23 222:12 356:21
**happening** 131:20 256:19
**happens** 157:11 168:12 318:25

**happy** 51:19
**harassing** 196:4
**harding** 331:9
**haroon** 3:16 8:12
**hate** 241:2
**havai** 3:11 8:6
**hayne** 160:21 162:5
**hb** 174:23
**he'll** 336:17
**head** 163:21 181:15,21 264:6 297:3
**heading** 156:4 337:8
**health** 4:14 42:5 43:21 44:23 60:7 63:15,20,24 64:3,4,19 84:16 86:25 93:24 94:6 125:22 274:12 274:24 344:6 345:6,15 378:15
**hear** 24:14 27:21 38:11,12 38:15,18 165:4 176:2,10 177:1 231:6

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 421 of 479

**heard** 85:14
**hearing** 38:25
  61:17 228:12
  294:5
**height** 126:18
  132:15
**held** 7:8
**help** 94:1,5
**hennat's** 11:15
**hesitate** 61:18
**hi** 299:13
**high** 158:12
  161:2 350:18
  376:13
**higher** 45:8,10
  70:3,20 116:10
  116:24 158:13
  158:15 204:11
  204:14,23
  205:8 236:14
  236:16
**highest** 108:24
  115:15,17
  116:8,10,20,25
**highly** 161:6
**higley** 151:9
**hired** 40:8
**historian** 11:18
**historic** 30:11
  30:21 283:1
**historical** 6:8
  11:20 32:10
  34:1 54:6,9
  55:15,22 56:5

85:20,22,24
87:23 90:10
93:16 96:9,22
97:9,22,23
98:10,17
100:14 137:20
244:15,16
245:4,6,24
249:19 252:3
269:2 275:3,5
275:17,18
277:14 320:19
340:4 347:10
350:1,12 351:4
351:6 352:11
352:19 353:16
359:9,20
361:21 362:6
363:15 366:7
373:11,20
379:3
**historically**
  373:14
**histories**
  283:18,22
**history** 103:8
  103:13 284:16
**hobby** 23:24
**hoff** 151:1,9
**hoffmann**
  161:6,20
**holcomb** 29:16
  53:23 54:18,23
  55:12,16,24

56:6 60:14
125:24 175:17
177:13,21
179:13 277:8
277:15 283:9
287:12 309:4
327:22 333:16
339:18 341:2,9
349:11 350:10
**hold** 188:18
  233:18,18,21
**hole** 221:8
**honestly** 58:18
  368:9
**hopefully**
  273:16
**horan** 2:16
  7:20,20 136:7
  239:22 240:17
  273:14 286:12
  335:22 336:2,5
  336:9,15,17,22
  337:3,6,19
  346:7 372:21
**hour** 45:18
  95:3 143:25
  144:9 146:15
  147:18 148:18
  150:23 151:13
  151:16,20
  152:15 188:4
  195:3 197:25
**hours** 45:20
  46:2,7 326:2

**house** 18:2
**housing** 85:1
  94:22 100:3
**hp** 174:23
  280:13,15
  281:14,14
  300:3 305:23
  309:5,5,6,19,22
  310:18 311:4
  313:18 316:7
  317:7
**hp602** 313:11
**hp603** 311:17
  312:4,11
  313:13,18,21
  313:25 314:4
  315:16,20
  316:24 317:2,6
  317:15,25
**hp634** 307:18
  308:1
**hp651** 297:5,17
**hpia** 175:2
  326:1
**hplf** 175:2
  320:13 326:1
**hughes** 359:15
**huh** 25:15
  32:13 33:4
  35:13 36:2,15
  41:1,17 49:2
  50:12 53:9
  56:20,23 57:13
  64:23 73:5

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 422 of 479

77:1 80:4
82:15 89:7
92:1 104:7
106:25 108:7
108:13 109:13
111:17 113:21
114:13 115:5
115:21 120:23
123:25 125:19
129:24 131:21
134:12 135:4
147:16 148:11
149:20 150:12
153:15,17
157:12 163:1,5
163:25 167:11
169:23 170:1
172:5,7 178:22
179:5,22 182:6
184:21 185:20
186:21 195:1
201:9 202:18
206:17 207:12
207:17 208:4
208:18,24
209:6,9,13
210:20 213:12
213:20 215:7
215:15 216:23
217:2,5 218:20
219:2,13 221:4
224:15 227:13
227:17 230:21
235:17 239:8

243:22 245:12
245:21,25
246:9 247:2
252:1 253:12
254:7,11,23
256:4,10,14
258:21 261:6
263:10 265:16
266:25 268:9
269:18 272:11
272:15 280:4
282:13,19
283:5 284:3
286:4 288:3
293:14 295:20
297:8 298:23
299:8 303:23
305:7,16 306:3
307:6,20
310:13,20
311:10,14,16
312:9,18 314:9
315:8 318:19
319:10 327:12
332:5 334:3,22
334:24 340:23
341:21 343:14
343:25 349:7
350:8,15 353:8
354:10 355:17
357:8,16 359:4
360:8 362:9,11
362:25 363:7
369:6,17,20

371:17,17,20
371:24 373:7
373:22 374:18
**human** 43:21
84:16 86:2
274:12 275:21
**hundred** 46:6
226:7 266:1
312:5 318:13
318:17 319:8
**hydraulic** 97:3
264:23
**hydrogeologic**
249:10
**hydrologist**
361:5
**hyperacute**
266:8
**hypercube**
327:20

**i**

**i.e.** 80:20 175:1
326:11
**idea** 32:9 76:9
86:15 87:20
181:13 204:6,8
224:2 226:18
232:5,7 283:15
306:6 321:20
323:18
**idealization**
149:13,16
153:23

**ideas** 16:24
**identification**
14:6 25:20
48:20 53:8
61:13 63:17
101:1 102:14
124:17 127:24
143:14 174:5
206:23 224:14
240:13 248:18
261:9 279:13
289:22 307:5
320:18 321:1
332:2 342:15
360:6 361:25
368:20 372:14
**identified**
252:13 253:8
269:10
**identify** 80:23
81:6
**identifying**
81:25
**ignore** 68:18
167:10
**iii** 84:8,8 87:21
273:22,25
274:1,8
**immigration**
26:5
**impact** 159:23
160:2 193:13
**impacts** 96:21
125:22

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 423 of 479

impeding  10:2
implement
  75:17
implications
  212:24
implies  199:8
  346:3
imply  193:17
implying  229:3
  301:7,12
  373:18
important  42:3
  66:1,21 69:10
  80:23 81:6,19
  82:1,9 131:4
  250:1,13,15
  316:4,9 318:22
impossible
  257:15 268:4
improve  70:6
  94:5
improved
  73:24
improvement
  314:17 315:15
  315:19
improving
  69:19
inaccurate
  77:16 344:15
  344:22,24
  345:3,4,5
inc.'s  125:3

include  66:20
  68:19 90:4
  97:23 131:4,19
  132:1 147:23
  230:11,11
  232:5 278:13
  311:1,2 333:13
  363:12 367:13
  367:18 375:20
included  18:22
  18:23 19:11
  21:8 74:2
  96:10 165:6
  175:5 230:20
  261:23 262:18
  262:19 294:4
  298:14 313:20
  349:12 354:18
  379:7
includes  72:13
  84:24 122:15
  252:12 263:8
  375:8
including  90:11
  91:1 125:23
  212:20 263:11
  347:11 378:1
inclusive  230:1
income  25:1,3,5
  46:22
inconsistent
  313:13 314:5
incorporating
  69:19

incorrect  181:1
  181:5 243:1
incorrectly
  158:8 159:23
  160:1
increase  73:21
  73:22,25
  155:23 222:19
increased
  161:4 205:5
  228:23
increases
  168:12,16,18
increasing
  161:5
independent
  6:6 203:17,19
  247:12 360:4
  360:11
indian  375:11
indicate  188:3
  195:2 197:23
  230:5 244:25
  252:25 315:15
  317:5 377:21
indicated
  151:20 376:15
indicates
  180:22
indicating
  10:10,13
indications
  376:6

individual
  42:24 86:23
  87:19 141:11
  340:17
individual's
  86:12
individually
  35:9 117:13,14
industrial
  54:14 285:18
  287:11 288:15
  305:15 309:3
  323:13 355:3,4
  375:8
infant  84:18
  85:11
information
  43:25 50:2
  53:22 76:15
  77:2 90:25
  91:12 106:5
  118:19 166:13
  227:25 239:12
  249:20
ingenuity  65:11
ingrid  3:5 7:3
initial  155:1,4
  160:21 162:12
  170:4,7 183:15
  192:15 302:19
  320:9 350:17
initially  302:18
initiated  364:1

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 424 of 479

inject 223:6
input 90:11
  147:2,4 148:9
  149:21 157:24
  175:4 177:15
  178:3,4,12
  193:24 262:8
  326:9 347:11
inputs 80:20
  88:19 193:8
  264:3,15
inputted
  271:18
inrelevant
  289:4
insight 326:15
insisting
  234:16 300:13
inspection
  151:19
installing
  148:18
installs 147:18
institute 26:19
institutional
  85:5
instruct 195:16
instructions
  213:18 344:9
insufficient
  320:6,6
integrate
  299:24

integrated
  34:20 36:16
intended 86:8
  86:12,22 200:3
interconnected
  333:15
interconnecte...
  334:1
interest 26:1,8
  180:8
interested
  148:24 294:5
  381:17
interestingly
  125:8
interests 26:2
  26:10
interfere 28:23
intermittent
  54:16 55:10,25
  56:5,13,18
internal 148:20
  148:22
international
  6:15 359:15
  372:12 373:2
  375:3,10
interpret 216:4
interpreted
  326:13
interrupted
  181:2
interrupting
  197:4,5

interruption
  146:18 151:3
interval 227:21
  270:17
intervals 30:23
introduce
  220:21 341:10
introduced
  15:10 302:18
inventory
  283:4
investigate
  88:9
investigated
  161:21
investigation
  160:25
investigations
  6:13 368:19
  369:4 377:21
investigator
  65:16
investigators
  65:10
invoices 45:25
involve 36:5
  193:17 262:7
  265:20 278:21
  367:23,24
  368:10
involved 29:24
  44:16 52:9,12
  52:15 55:7,10
  55:14 56:4

57:5 182:23
  183:1 190:3
  283:14 284:21
  285:9,23
  287:13,24,25
  288:6 309:7,11
  313:24 320:25
  321:9 323:15
  324:8,18
  325:10 326:18
  326:24 328:1,4
  328:7,8 329:23
  330:2 354:22
  358:23 364:23
  368:5
involvement
  48:7 330:9
involves 66:19
  80:22 156:17
ion 377:6
irrelevant
  289:5
isotherm 175:3
issue 21:5
  55:25 167:5,6
  209:7 221:24
  353:14
issued 51:10
  52:24
issues 21:5
istanbul 24:24
  24:25
item 215:8
  349:8

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 425 of 479

**iv** 363:6 366:4

**j**

**j** 2:8 52:2,7
109:19,21,24
116:1,2,2
117:22 121:23
382:1
**jacksonville**
359:14 369:3
369:12 370:15
372:1
**jaloo** 202:11
**james** 331:11
331:13
**january** 6:11
101:17,20
108:5 109:1
122:10,25
128:23 257:24
257:25 281:15
282:24 315:14
361:24 362:10
366:9
**jason** 207:13
**jeffrey** 12:18
12:24
**jerome** 5:11
240:12 241:16
242:18,19
243:5
**jersey** 6:10
361:23 362:8

**john** 151:10
242:4,7 243:16
**johnson** 331:7
358:10,21
**jones** 12:18,24
**journal** 59:11
59:13 60:2,7
60:11
**journals** 58:20
59:3,4
**jpeg** 213:7
**judgment**
166:12
**july** 101:19
109:6,17
156:13 185:14
185:25 199:22
**jump** 80:3
**jumping** 95:11
**june** 282:25
364:8
**justice** 2:15,17
7:19,21 9:5
14:24 15:15
17:6 41:11,14
45:17,21 46:14
58:12,17
**justify** 213:2

**k**

**k** 50:1 51:10
52:19 168:11
**kailey** 3:17
8:12

**kd** 158:25
159:20,23
160:2 162:3,12
162:16,18,20
162:22 163:14
164:3 165:17
166:4,9 168:11
180:2,9,16
182:9,13
**kdean** 2:6
**keep** 38:6 48:11
135:24 136:4
176:23 291:10
292:24,25
306:24 308:16
**kept** 168:14
**kevin** 2:4 7:22
15:1,2,3,4,11
**key** 65:13
**kilogram**
180:10,11,11
180:21 181:11
181:19
**kilometers**
149:10
**kind** 9:7 61:22
229:18 244:12
252:5 293:20
338:14
**kinds** 232:21
307:15
**knew** 152:15,21
298:13

**know** 16:22
31:24 32:23,25
33:10 34:5,8
42:18 43:22
44:2,10 46:12
58:8 61:21
63:23 75:21
76:14 77:9
82:9 87:14,17
105:14 106:17
106:18 109:19
110:2 116:5
125:9 132:18
132:24 134:1
145:6 149:2,21
152:14 153:4
157:13 161:19
163:20 165:10
165:13,18
166:3,13 169:3
171:24 181:14
181:22 182:8
189:21 191:24
196:6 203:7,11
204:7,17 212:8
219:22,25
220:13 221:16
225:15,16
226:4,4,12,14
226:16 230:22
231:15,24
241:8 243:5
244:2 264:18
268:15 284:10

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 359-8 Filed 04/29/25 Page 426 of 479

289:5 294:2,3
298:13 304:11
304:13 306:18
309:24,25
321:4 323:1,2
323:3 327:8,10
331:3,13,13,17
353:22 361:4,8
366:17 371:25
372:3 378:13
379:11
**knowledge**
94:6
**known** 57:19
69:25 333:14
338:22 339:5
**koc** 159:17
164:7,10
167:20
**konikow** 331:9
331:14
**konikow's**
11:12 13:10
**krueger** 207:14

**l**

**l** 20:10
**lab** 359:16
**lab's** 362:19
**laball** 331:9
**label** 99:2
111:2 184:19
261:19 305:12
360:11

**labeled** 93:5
107:6 119:15
124:20 125:17
174:21 251:24
**laboratory**
19:20 20:2
26:17 161:7,19
163:7 180:3
**lack** 175:8
211:11
**lacking** 363:25
**land** 149:9
375:4
**landfill** 285:18
287:11 288:15
293:16 321:13
323:14 340:21
341:15 355:3
**landfills** 376:4
**large** 118:2
149:23 153:23
370:7,10
**largely** 156:13
**late** 39:24
213:10 215:13
256:12 258:23
**lately** 178:2
179:3
**latin** 327:20
**laura** 2:8 7:24
**law** 40:8
**layers** 170:10
303:1

**lbaughman**
2:11
**lead** 51:16
74:18 75:6
76:13
**leader** 209:7
216:3
**leakage** 320:23
327:6
**left** 48:24 93:15
95:20 99:1
101:1 104:20
111:7 113:1
118:7 122:22
128:13 137:24
140:22 141:5
147:14 150:19
170:2 174:15
249:8 276:12
276:19 280:24
284:2 313:6
363:9 371:21
375:25
**legal** 15:25
16:9,11,14,18
17:5,18,21
**lejeune** 1:7
5:24 7:10
14:24 15:15,18
16:19 17:6,8
17:22 18:3,6
25:9 26:24
30:9,14,16,19
34:9,14 35:15

35:15,18 37:7
41:10,14 45:17
45:21 46:14,25
47:2,11 52:17
55:9 58:11,16
72:17 79:15
84:21 85:12
89:19 90:3,25
91:12 94:1,22
100:16 103:9
107:9 119:18
124:22 125:20
126:14 134:22
137:22 144:4
161:20,24
163:8 165:8,22
174:24 183:16
183:22 184:8
224:23 254:9
275:3 283:1,3
332:1,12 342:4
344:8 345:8,16
349:15 353:1
355:15 357:10
358:11 359:23
**length** 218:19
**lengthy** 326:3
**leonard** 331:9
**lessen** 222:9
**lesser** 74:4,18
75:6
**level** 38:25
42:14,23 86:2
128:13 137:25

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 359-8 Filed 04/29/25 Page 427 of 479

138:2,12,16
141:25 142:8
148:25 155:24
250:4 252:22
275:21 354:4
366:23 376:18
**levels** 30:11,21
34:10 44:9,13
45:4,6 56:21
98:18 122:13
123:12 139:8
139:18 188:2
194:24 211:5
228:24 250:20
253:2 259:20
318:2 349:15
355:23 359:11
359:22 364:2
376:7,13
**lies** 377:15
**light** 39:20 40:1
40:4,9,13,15
54:12
**likely** 74:1
126:20 132:17
191:21
**limit** 92:21
212:23
**limitations**
65:19 326:4,7
**limited** 65:8
67:15 85:21
92:23 195:24
275:5,16 326:9

**limits** 69:14
70:15 264:17
264:21 267:14
356:17
**line** 111:18
112:25 113:1
118:9 137:24
183:5 225:14
225:23 243:11
244:11 256:9
256:16,19
257:1,6,6
258:19 259:19
260:2,5,6,7
281:3 311:18
311:24 339:23
383:3,6,9,12,15
383:18 384:2,5
384:8,11,14,17
**linear** 54:8
175:3
**lines** 258:20
268:17
**liquids** 54:13
375:21
**list** 90:4,5
209:20 214:10
347:3 349:6
**listed** 50:7,21
51:5 54:2,25
88:13 110:12
141:8 173:3
184:23 277:22
289:1 315:14

362:23
**listing** 111:13
**lists** 49:5
**liter** 108:25
109:16,17
111:19 115:16
115:18 116:9
116:23,25
121:23 123:6,6
123:9,10
180:10 181:19
185:15 211:13
211:14 312:5
315:12 318:13
366:20,21
**literature**
43:24 44:3
71:20 160:23
162:9,9,12,22
163:6,23
164:25 184:4
359:12 363:22
**liters** 180:10,11
180:20 181:11
**litigation** 1:7
2:17 7:4,11
14:24 15:16
17:6 45:1,21
58:12,17 98:16
**little** 13:21
14:10 24:11
27:18 74:8
77:20 79:22
84:8 95:17

112:24 125:10
294:3,3 298:13
298:14 343:5
343:20 363:6,6
**live** 24:19,20,22
**living** 378:10
**llc** 2:4
**loading** 34:15
35:3,19 146:6
147:5,7,23,25
148:2,10,17
150:8,9 154:7
155:1,4,7,23
216:15 287:14
288:9 317:25
324:1,11,15
367:14
**loadings** 324:3
**local** 72:17
141:8
**localized** 341:6
**locally** 69:15
72:10,25
**located** 188:3
195:2 197:24
375:7
**location** 149:3
152:18 212:22
312:1 313:16
**locations**
320:21 321:10
326:22 366:12
**log** 311:8

Golkow Technologies,
A Veritext Division
877-370-3377                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 428 of 479

**logistics** 9:7
**logo** 362:19
**long** 57:19 59:8
  188:10 195:11
  198:16 218:23
  223:19
**longterm**
  118:16
**look** 32:18,19
  49:10 64:8
  87:21 106:10
  109:22 112:10
  115:7,23 116:7
  116:18 122:22
  138:12 142:20
  147:13 185:4
  186:13 204:17
  207:8 214:24
  220:4 232:15
  236:3 237:2,21
  237:23 238:16
  244:1 253:16
  258:11 260:21
  272:5 280:9
  286:2 304:17
  307:18,19
  309:22 310:11
  311:12 333:25
  336:5 341:11
  341:14 351:18
  359:24 362:20
  370:19,23
  378:15

**looked** 50:22
  50:24 105:16
  139:24 140:3
  153:11,22
  202:14 204:18
  216:12,22
  226:19 260:23
  263:20 264:7
  312:7 334:25
  340:18,21
  346:15 350:15
  367:20 370:21
  370:24 371:4
**looking** 54:1
  90:21 101:13
  104:4,19
  108:11 109:11
  113:13,25
  120:14 122:7
  144:17,18
  148:22 219:14
  219:16 231:9
  232:17 233:11
  239:5 245:17
  256:2 257:16
  259:18 263:19
  266:17 268:2
  287:17 288:2
  307:12 322:8
  324:2 327:9
  349:1 352:1
  364:11 370:18
  378:25 379:5

**looks** 14:18
  49:10 64:9,16
  87:22 102:24
  116:8 124:20
  173:24 237:13
  241:15 242:23
  279:19,21
  284:15 307:21
  315:21 362:2
  379:9
**los** 376:22
  377:2
**loss** 130:4,12
  131:10 132:2
  133:21 134:11
  134:15 278:13
  366:17
**losses** 127:5
  131:5,19 134:2
  218:13 278:22
**lost** 129:17
  130:2,24
**lot** 15:17 24:1
  24:11 26:1
  166:8 220:12
  245:16
**loud** 236:10
  296:21
**louder** 14:12
  27:18 37:20
  38:3,6,21 39:3
  61:1 72:22
  79:5 107:22
  117:6 132:20

  142:2 168:3
  175:21 176:16
  177:4 198:7
  228:11 283:20
**loudly** 176:19
**lower** 45:8,10
  112:8 158:13
  163:23 204:16
  205:4,11,16,17
  219:7 226:24
**lowered** 205:21
  205:22
**lunch** 136:4,9
  169:3
**luxenberg** 1:14
  2:9 7:9
**lying** 352:3

---

### m

**m** 4:15 20:10
  63:16,22
  360:24
**ma'am** 38:13
**made** 44:1
  142:13,16
  202:17,17
  203:15 209:14
  212:25 232:18
  244:16 245:5,6
  298:18 329:18
  357:10
**magnitude**
  82:1,10 138:9
  138:25 139:20

Golkow Technologies,
A Veritext Division
877-370-3377    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 429 of 479

257:5
**magnitudes**
80:23 81:7
321:17
**mail** 5:7,10,16
16:10 19:10,11
19:12,16
206:22 207:1
207:18,20,22
208:8,13
209:19 212:14
213:15 220:19
240:11 241:16
241:19 242:23
244:1,3 247:5
289:20 290:6,8
290:17,19
292:2,15
293:12 294:21
295:12,14,19
296:6,20,25
297:4,16 299:7
299:9 300:10
300:24 301:1
**mails** 18:13,21
19:7,9 207:2
207:15
**main** 67:12
205:20 340:20
342:25
**maintained**
221:1
**maintenance**
118:16,20

119:2 227:24
228:7,20
**major** 67:20
252:6 253:4,8
253:16,19
**make** 28:17
81:19 114:22
152:18 191:12
201:6 216:6
235:15 247:7
253:23 296:10
318:15,16
319:11 326:4
**making** 176:16
191:24 213:15
247:19 312:14
**man** 17:7
**manage** 379:10
**management**
4:13 58:25
59:11,14 60:2
61:12 62:8
85:6
**mandated**
344:4 345:11
345:19
**manipulated**
148:23
**manner** 34:20
70:24
**mansour** 361:5
**manually** 71:14
**map** 153:23

**march** 5:9
122:11 224:13
224:18
**marine** 5:23
84:20 94:22
100:16 103:9
107:9 119:17
124:21 137:21
144:4 275:2
331:25 332:11
344:3 358:8,20
**mark** 273:10
**marked** 13:25
14:6,9,16
25:20 48:20
53:7 61:13
62:3 63:17
102:13,22
106:24 124:17
127:23 143:13
174:4 206:22
224:14 225:1
240:12,16
248:18 261:8
273:13 279:12
289:21 307:5
332:1 342:14
346:20 360:5
361:25 368:19
372:13
**markov** 334:4
**maslia** 3:14
8:13 14:25
15:10,10 57:17

57:19 58:5,11
58:21 207:5,10
207:23 208:7
209:8 210:21
213:14
**maslia's** 11:15
11:16,23 12:5
12:6 51:14
60:18,23 61:4
**mass** 34:15
35:3,19 49:13
96:15,20 146:6
147:4,7,23,25
148:2,10,17
150:8,9 154:7
155:1,4,7,23
188:5,7 195:6
195:8 198:9,12
216:15 277:2
278:11 287:14
288:9 317:2
324:1,3,11,15
367:14
**master** 21:19
60:23
**master's** 21:17
22:4 60:19
61:5
**match** 71:16
148:3,6 155:21
183:10
**matched** 354:5
**matches** 269:19
354:3

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 430 of 479

**matching**
235:20
**matchings**
270:24
**material** 180:7
180:7,14
**materials** 96:14
277:2 278:11
360:15
**mathematical**
26:6 65:17
348:1,2 352:25
355:6 357:12
**mathematically**
91:4,15 92:11
302:20,21
347:21,25
**mathematics**
71:9
**matrix** 339:6
**matter** 7:10
72:11 366:20
**maximize**
254:17
**maximum** 44:9
44:12 191:25
250:3 252:19
252:22 263:19
**mcb** 125:20
126:13
**mcl** 44:17 45:4
45:6,11,12
251:8 253:2
355:23

**mcls** 44:9,20,22
44:25 251:2
**mean** 13:12
16:22 18:15,17
21:22 27:3
29:13 30:14
33:8,10,12,15
33:16 36:7
40:7,20 50:24
59:20,21,23
67:22 71:11
72:9 78:24
92:3 99:22
106:17 112:12
117:15 129:8
133:10,11,17
133:23 134:9
139:22 142:12
143:7 148:16
149:8,15 153:4
156:16,22
168:18 171:5
172:22 178:4
183:18 184:3,8
187:5 198:25
201:25 202:3
202:20 204:6
206:8 212:4
215:19 221:5
222:14,20
224:2 226:10
226:23 227:1
230:9 231:4
233:9 236:22

238:9 247:25
254:10 264:8
265:2 266:16
266:16,22
269:2 270:2
271:2,25
276:23 277:3
278:16,17
285:15 288:8
298:5,16
302:12,22
306:12,14
310:25 317:17
318:2,21
321:22 324:8
340:16 341:1
347:18,20
349:9,21 350:4
350:6,16,18,21
351:2,11 352:3
352:11,16
353:4 355:20
355:22 359:19
371:6 378:17
**meaning** 26:3
29:18 109:5
347:25 367:18
**means** 109:19
110:2 116:2
130:20 155:20
199:23 200:3
204:11 220:8
247:21 270:9
271:22 347:23

348:4 353:5
**meant** 175:24
**measured**
116:20,25
212:20,22
213:11 215:16
305:13,23
306:1 309:2,20
309:23
**measurement**
193:7
**measurements**
141:24 142:7
142:21 143:4
144:8 145:2
165:7 184:3
185:24 199:18
202:7 364:2
**mechanism**
219:4
**media** 161:23
**mediated**
156:14
**meet** 254:8
256:21 257:21
**meeting** 10:6
18:13 295:21
**meetings** 18:9
243:7
**mehmet** 1:14
5:17 8:17
289:21 382:10
383:24 384:24

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 431 of 479

**member** 21:20
58:20 225:17
**members** 18:2
41:10 242:8
250:14 331:4
333:11
**memory** 139:22
**mention** 182:10
378:10
**mentioned**
12:13 15:9
157:13 166:16
166:19 223:17
226:8 290:18
330:18 369:12
**mentions** 129:7
225:19
**mentor** 60:23
61:4
**mesh** 149:17,25
150:4 154:4
**meshes** 149:17
**mesl** 20:10,11
20:12 21:2,11
21:15 22:10,19
26:18 27:4
28:8 29:10,13
29:23,25 30:20
34:19,25 35:6
37:8 46:24
47:5 135:9
330:14
**mesl's** 47:10

**met** 243:6
**method** 65:10
254:17 266:7
269:10
**methodologies**
91:3,14
**methodology**
44:19 54:5,9
238:24 244:15
245:5 327:20
359:10,21
**methods** 85:24
96:5,8 299:16
**metric** 188:2
194:24
**microbes**
156:17,25
157:18,20
**microbial**
156:14
**micrograms**
108:25 109:15
109:16 111:19
115:16,18
116:9,23,24
121:23 123:5,6
123:9,9 185:15
211:13,13
312:5 315:12
**mid** 209:15
**middle** 89:25
99:2 154:25
207:4 210:23
229:18 244:12

252:5 293:20
338:15 350:22
374:4
**midway** 249:13
**migrates** 188:5
195:6 198:9
**migration** 26:5
54:12 160:20
160:25 161:8
161:22 188:6
195:8 198:12
200:7 201:22
219:8 250:22
320:23 354:8
**mike** 17:8,13
17:17 18:20,25
**mile** 377:18
**miles** 149:9
377:16
**milligrams**
318:13,17
319:8,9,17
366:20,21
**milliliter**
161:13
**milliliters**
161:12,15,15
162:23,24
163:3,4,13,23
170:8,12,18,23
173:5,10
181:12,18
**milts** 151:10

**mind** 65:2
73:11 80:16
113:17 145:15
175:24 190:19
206:12 220:3
235:1 295:24
335:19 357:2
**minded** 65:19
**mine** 50:13
225:5
**mineral** 221:10
222:4,12 223:7
**minerals**
221:19
**minimal** 316:8
316:14 317:8
317:14 318:1
**minimize**
254:18
**minimized**
256:21 257:9
257:18 260:13
**minimum**
188:14 189:9
191:22,25
192:3 200:17
204:2 252:19
256:8,11
258:19,20,22
259:6,21 260:6
260:8,16
263:19
**minus** 138:25
139:19

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 359-8 Filed 04/29/25 Page 432 of 479

| | | | |
|---|---|---|---|
| **minute** 25:13 | 131:8 132:1,3 | 92:10 96:15 | 216:10,14 |
| 62:21 67:24 | 133:3 138:17 | 97:25 107:7,19 | 217:13 226:20 |
| 68:14 89:1 | 140:4 277:2 | 107:25 112:1 | 226:25 227:1 |
| 122:5 127:16 | 278:11 316:25 | 118:23 120:6 | 230:19 232:12 |
| 136:8 157:23 | **mixture** 35:21 | 121:1,10 | 233:2,8 235:19 |
| 229:7 274:3 | 131:15 | 122:14,19 | 244:17,23 |
| 286:6 322:2,24 | **model** 20:19 | 123:4 128:17 | 245:8,15,22 |
| 324:3 337:12 | 23:25 31:18,22 | 128:18 131:13 | 246:5,6 247:6 |
| **minutes** 62:18 | 32:5,6,10,11,18 | 131:24 132:1,3 | 255:3,11 |
| 124:11 136:5,9 | 32:20 33:3,16 | 132:5,25 133:3 | 256:16 257:3,8 |
| 196:15 348:11 | 34:12,15,21 | 134:13 138:9 | 257:21 260:8 |
| 348:15 | 35:11,21,24 | 138:17 139:1 | 262:7,7 265:15 |
| **mis** 105:18 | 36:11,14,18 | 139:20 140:4 | 265:17 269:21 |
| **mischaracteri...** | 37:4,10 49:20 | 142:1 143:8 | 270:3 277:2 |
| 75:13 88:4 | 54:8 60:16 | 144:10 145:3,7 | 278:11,13 |
| 105:22 203:10 | 65:3,12,20,22 | 145:19 147:8 | 280:16 281:14 |
| **mischaracteri...** | 65:22,23,25 | 147:22 148:10 | 287:9 299:14 |
| 106:3 | 66:2,10,11,13 | 148:13,16 | 299:21,24 |
| **misrepresenti...** | 66:14,18,20,24 | 149:23 150:5,7 | 302:12,17 |
| 105:23 | 67:3,4,13,14,18 | 153:2,10,16,21 | 303:3,8,14,15 |
| **missing** 246:15 | 67:21,23 68:1 | 155:5,6 157:25 | 303:20,22 |
| 246:15 | 68:13,15,16,20 | 160:22 162:11 | 304:2,5 305:22 |
| **misstates** 75:15 | 69:5,9,11,14 | 163:14 170:10 | 309:18 312:17 |
| **mistake** 312:14 | 70:5,23 71:2 | 170:16 175:3,7 | 316:25 317:17 |
| 358:5 | 71:12,15 72:7 | 175:8 177:25 | 317:19 318:2 |
| **mistaken** 12:10 | 72:10,25 73:2 | 179:1 180:9,15 | 320:8,20 326:9 |
| **mister** 196:7 | 73:2,8,17,20 | 180:16,20 | 340:5,11,13 |
| **mixing** 34:17 | 74:1,3,5,19 | 181:7 182:25 | 341:2,18 347:5 |
| 35:5 36:5,7,8 | 75:7,16,18,23 | 183:2 187:18 | 348:2 352:18 |
| 36:11,19,21 | 76:4,5,14,16,21 | 192:21 199:6 | 353:1,5 354:1 |
| 37:5,10 96:15 | 77:5,10,14 | 199:10 200:7 | 354:18 355:11 |
| 112:1 128:17 | 80:19,21,22,24 | 204:18 205:6 | 356:25 357:4 |
| 129:15,22 | 81:4,8,9,17,21 | 206:3,8 208:25 | 357:10,11,14 |
| 130:13,22 | 82:13,18 86:24 | 209:1,21 | 357:21,24 |

Golkow Technologies,
A Veritext Division
877-370-3377   www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 433 of 479

358:2 363:19
363:22,25
364:6,9,23
365:2,17,21
366:5,5,15
368:7 369:21
370:3,5,7,10,10
370:13 372:1
379:3,5
**model's** 81:20
81:21 82:16
**modeled** 99:24
118:24 120:15
130:24 153:7
226:24 256:19
277:8 280:15
281:15 340:19
**modeling** 4:14
5:20 20:18,19
21:10 30:12
31:9,11,15
34:5 35:19,25
36:4 42:5 45:5
47:3 48:8 49:6
51:14,21 52:10
57:15 59:15
60:9 63:15,20
63:23 64:2,19
65:5,8,14
66:12,21 68:5
68:7,18 69:10
69:18,24 78:4
79:15 83:4
85:9,23 86:7,8

86:21,22 88:17
89:18,20 90:2
92:9,23 97:20
97:23 118:14
125:13 126:25
149:13,16,17
189:22 199:3
208:11 211:12
211:15 224:23
227:18 228:20
244:24 245:10
266:8 269:25
271:11 273:4
275:10,17,24
278:17,21
280:18 298:20
304:21 316:10
320:5 327:6,7
331:22 332:9
338:12 339:3
345:24 356:24
358:6,8,19
359:6,9 363:18
365:11 366:5
367:14 368:2
368:10 369:1
370:6,15
373:11,18
379:5,8,11
**models** 4:13
20:20 24:1,3
27:5 29:15
30:22 34:17,19
34:25 35:1,5

61:12 62:8
64:3 66:2 67:9
69:19,23 73:25
76:11 78:23
87:17 90:9
96:4,8 97:11
107:15 137:19
142:8 147:2,5
147:25 149:12
175:2,18
177:13 192:11
208:23 209:2
209:11 211:6
227:10 243:20
243:21 244:25
245:16 246:3
246:10 247:1
252:17 294:7
299:17 300:3
300:18 301:18
301:24 302:11
302:11 326:1
330:10 339:17
340:24 347:9
347:23 357:6
364:19
**moderately**
230:6 232:12
**modflow** 96:10
**modifications**
338:12
**moment** 53:2
102:8 193:16
193:23 194:5

199:1 325:2
**monitor** 143:25
144:8
**monitoring**
144:21 145:1
**monsour** 361:8
**monte** 96:22
261:24 262:1,6
264:16 265:3,3
265:10,19
266:3,24 267:7
267:20,23
268:19,21
270:16 325:23
326:19,25
328:8,10,14
329:4
**montfort** 358:9
358:21
**month** 11:9,11
106:1 128:22
227:12,15,19
280:15 281:4
**monthly** 30:11
30:21,24 31:2
31:5 91:2
111:13 129:4
276:23 280:12
280:20 281:5
281:12 299:22
327:21 349:9
349:20 350:6
351:2,11
352:16 366:8

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 434 of 479

**months** 219:5
**morning** 7:22
9:6
**morris** 3:14
8:13 11:15,15
11:22 12:5,6
14:24 15:10,10
51:13 57:17,19
58:5,10,21
60:18,22 61:4
207:5,10,23
208:7 209:8
210:21 213:14
214:4 216:2
**mothers** 94:4
**motley** 2:4
16:15
**motleyrice.com**
2:6
**mount** 2:5
**move** 83:2
173:21 197:10
245:19 248:13
**moved** 149:4
270:5
**movement**
36:19 193:6
355:15 370:11
**moving** 89:13
157:23 168:18
200:25 220:17
358:6
**mt3d** 123:4
193:5

**mt3dms** 96:12
122:16 153:16
160:22 170:10
171:6,15 175:3
175:9,14,16
177:12,15,25
178:2 179:1,3
186:11,15,20
187:1 189:19
192:22 193:8,9
200:7 203:19
204:15,17,20
208:25 209:21
210:5,11 211:6
216:15 217:11
**multimedia**
19:19 20:2
26:17
**multiphase**
49:13 96:20
**multiple** 36:8
180:17 353:15
**multiplied**
159:10 160:4
**multiplying**
164:4
**multispecies**
49:13 96:19
**multiwell** 34:17
35:5
**municipal**
376:8,17
**mustafa** 1:14
4:15 5:10,17

7:14 8:17
63:16,21
240:11 289:21
382:10 383:24
384:24
**mustafa.aral**
207:16

**n**

**n** 2:1 3:1
**name** 7:3 11:17
18:22 47:23
62:13 63:21
64:20 330:4
360:14,22,22
360:25 361:1,2
361:6,9 383:24
384:24
**named** 17:7,21
381:5
**names** 50:10,11
331:5,15
**national** 341:22
342:1 344:1
359:16
**natural** 144:2
221:20 341:20
**naturally** 73:24
**nature** 74:8
77:19 79:22
249:16,18
**naval** 359:14
369:2,13
370:15 372:1

**navy** 344:3,4
345:11 369:25
**nd** 212:21
**near** 41:21
111:15 154:25
183:4 274:5
358:25 359:5
361:6
**nearby** 152:6
307:1
**necessarily**
233:17
**need** 39:2 42:19
62:18 73:11
75:17 78:10
81:11,14 82:6
176:12 181:15
198:6 228:11
248:8,19
291:17 295:12
306:23 333:13
336:17 348:10
348:14
**needed** 26:25
42:15,25 76:23
85:20 87:23
275:4,15
352:22 363:24
369:25
**needs** 76:14
296:3
**negligeable**
126:13

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 359-8 Filed 04/29/25 Page 435 of 479

**negligible**
366:18
**neither** 161:17
381:13
**net** 363:20
365:16
**network** 99:18
128:22
**never** 51:10
52:24 134:23
234:25 335:18
**nevermind**
205:25
**new** 1:15,15,16
2:10,10 6:10
7:9,9 24:13,16
239:18 358:9
358:20 361:23
362:7 381:3,23
**nine** 41:24 61:8
225:14,23
332:21,22,23
**ninety** 93:7,9
93:10
**njdhss** 363:10
**nods** 297:3
**non** 109:5
110:4,12,21
205:1 211:12
213:16 214:3
230:11,11
306:2,4,15
307:22,25
308:4,7 310:23

311:1,2
**nonaqueous**
54:12
**nondetections**
312:10
**nondetects**
322:9
**noon** 136:4
**normal** 209:2
**norman** 12:18
12:24
**north** 1:2 5:24
7:12 84:21
100:16 103:9
107:9 119:18
137:22 144:2,4
161:21 163:8
275:3 332:1,12
377:4,20
**northern** 377:9
377:13
**northwest**
377:16
**notary** 1:15
381:2,18,23,24
382:21
**note** 6:18 42:3
**notes** 231:12
**notice** 109:25
176:9 350:17
**notified** 376:19
**november**
110:6

**nrc** 42:6 242:14
242:17 341:22
344:5,9 345:12
345:14,17
**nsf** 21:6
**nuckholls**
242:4,7
**nuckolls**
243:16
**num** 104:1
**number** 13:19
61:8 74:1
111:19 117:4
134:15 138:12
139:6 145:15
163:16,17
170:25 171:1
171:10 173:9
173:21 174:11
206:11,18
209:20 210:1,2
210:6 212:14
212:16,18,19
213:23 214:8,9
224:6 240:4,5
240:6 246:22
269:15,20
272:16,22,23
272:24 280:15
281:2,4 283:1
306:21 326:9
338:1 343:16
343:18 362:21
369:5 372:20

374:12 375:11
381:23
**numbered**
48:23 125:8
209:20 244:7
**numbers** 108:3
125:10 131:2
133:2 140:1
145:6 148:2
174:17 181:5
187:3 209:12
239:5,9 241:4
241:5 269:13
269:14 289:2
342:25 343:20
**numeral** 84:8
363:6
**numerals** 95:17
342:24
**numerical**
69:12,19 70:15
70:22 363:19
**numerous**
340:5
**nw** 2:18

| o |
| --- |

**o'leary** 2:16 4:3
7:18,18 9:3,4
13:19,24 14:7
22:17 25:10,21
27:8,11,23
28:11,14,16,19
28:25 29:3,5,8

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 359-8 Filed 04/29/25 Page 436 of 479

| | | | |
|---|---|---|---|
| 36:1 38:7,9,12 | 136:12,21 | 203:13 204:9 | 289:23 290:2,4 |
| 38:15,18,20 | 137:5,8,11,13 | 205:24 206:2 | 290:14,23 |
| 39:1,4 41:24 | 138:15,21 | 206:13,16,20 | 291:8,12,14,17 |
| 42:1,20 46:1 | 139:10,14,15 | 206:24 210:3 | 291:21 292:8 |
| 46:10 47:24 | 140:16,18 | 211:22 212:11 | 292:10,12,14 |
| 48:14,21 49:24 | 143:11,15,17 | 220:4,13,16,19 | 292:19,23 |
| 51:12 52:1 | 145:23 146:3 | 220:22 224:5,9 | 293:2 295:1,16 |
| 53:1,10,17 | 146:19 147:11 | 224:16 225:10 | 296:8,12,15 |
| 54:22 55:21 | 148:8 149:14 | 225:12 228:14 | 297:13 300:17 |
| 59:9 61:7 62:1 | 151:6 152:24 | 229:1 230:16 | 301:3,6,8,10,15 |
| 62:17,21 63:4 | 153:14 163:18 | 231:8,13 | 301:17 302:8 |
| 63:5,12,18 | 164:2,21 | 233:19,23 | 304:19 305:2,9 |
| 64:17 67:1,16 | 165:14 166:15 | 234:1,6,12,17 | 306:21 307:1,7 |
| 69:1 71:3 75:1 | 168:24 169:3,7 | 237:16 238:1 | 311:11 312:25 |
| 76:1,10,19 | 169:18,19 | 239:14,17 | 313:2,5 315:2 |
| 79:6,16 80:10 | 170:21 171:4 | 240:7,9,14,18 | 316:18 323:24 |
| 82:4,8,22 83:1 | 172:1,18 173:1 | 240:23 241:5,7 | 331:1,18 332:3 |
| 84:1,5 86:17 | 173:17,20 | 241:12,14 | 334:6,11,18,20 |
| 87:6,13 88:1 | 174:8 176:17 | 244:5 248:8,12 | 335:7,15,18,23 |
| 88:12 89:10,13 | 177:10 182:5 | 248:21,22 | 335:25 336:10 |
| 89:16 91:20,25 | 182:22 186:9 | 251:5,19 | 336:20,24 |
| 92:2,20 93:8 | 187:16 188:24 | 253:11 255:17 | 337:8,11,13,15 |
| 102:9,16 | 189:1,3,4,11,17 | 261:1,4,10 | 337:17,25 |
| 104:12,15,18 | 190:12 191:7 | 266:20 269:1,5 | 338:6,10 |
| 106:7,12,16 | 191:10,16 | 269:17 270:12 | 339:20 342:11 |
| 108:19 109:10 | 192:9 193:19 | 271:20 272:10 | 342:16,21 |
| 110:9 113:18 | 194:11,16 | 273:5,8,12,15 | 343:10,17 |
| 113:19 115:1 | 195:20,22,24 | 273:19 275:9 | 344:19 345:1 |
| 116:4,6 117:24 | 196:7,10,14,19 | 275:14 277:20 | 346:8 348:10 |
| 124:13,18 | 196:23 197:3,6 | 279:3,7,14 | 348:14,24 |
| 127:15 128:1 | 197:12,13,20 | 281:21,23 | 349:18 350:5 |
| 129:13 130:9 | 197:22 198:3,8 | 282:5 286:9,14 | 350:24 351:7 |
| 130:18 131:6 | 199:11,16,20 | 286:16,20,22 | 351:21,24 |
| 133:8,16 136:6 | 200:11,23 | 289:6,8,13,16 | 352:14 354:21 |

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 437 of 479

357:20 358:1
359:24 360:7,9
361:19 362:1
368:16,21
372:5,9,15,19
372:22 373:10
374:10,14,18
374:22 375:1
376:3 377:1
378:7 379:14
379:18,21,23
**o'neill** 3:10 8:5
**oakridge**
359:16
**oath** 9:24 63:7
**oaths** 381:4
**object** 27:10
28:9 35:22
42:17 45:24
46:8 47:20
51:23 52:22
55:19 59:6
64:11 66:17
67:5 70:16
74:21 75:10
76:6,17 79:3
79:12,13 82:2
86:13 87:2,4
87:25 88:3
92:5 105:20
108:17 109:8
110:7 114:24
127:9 129:11
130:3,15 131:1

133:4,14
145:20 147:9
149:6 153:8,8
163:15 164:1
165:12 166:10
171:22 172:11
173:15 182:2
186:7 187:13
188:16,20
189:14 190:9
191:23 193:15
194:8 195:14
198:18 199:19
199:25 200:18
203:8 211:19
212:6 230:14
230:14 233:21
237:15,18
253:7 266:18
268:24 269:4,6
270:7 271:14
272:2 277:19
295:9 297:10
300:6,22 302:6
304:18 316:15
323:21 344:16
344:23 350:3
350:14,14
351:5,17
352:13 354:14
357:19,23
378:4
**objecting** 28:24

**objection**
152:23 170:19
170:24 172:23
189:10 191:6
204:3 228:8,22
233:16 311:7
339:15 373:9
**observation**
56:24
**observations**
124:5,8 172:15
232:18 299:16
**observed** 71:16
107:7,19,25
108:11 141:7
141:23 142:6
142:21 143:3,8
155:22 161:22
201:21 202:3,4
229:25 230:6
232:13 235:20
236:6 237:22
244:21 264:23
303:24 352:6
**observing**
259:10
**obtain** 85:22
275:5,16 364:1
**obviously**
250:17
**occasional** 65:7
**occur** 65:7
338:22 339:7

**occurred** 126:3
126:8,15
156:13 188:7
195:9 198:13
247:14 341:13
**occurrence**
322:5
**occurring**
84:24
**octanol** 180:5
**october** 110:5
242:24 243:4
**offer** 40:25
51:4 98:13,17
324:19,23
**offered** 13:16
98:9
**offering** 13:10
277:13 323:6,8
323:19,25
324:8,14
**office** 85:6
**offices** 1:14
**offline** 101:11
101:19 118:15
227:15
**oh** 12:7,19 15:2
15:12 21:25
22:8 24:5,7,18
25:6 35:8
36:21 70:11
72:11 77:11
83:20 89:14
97:14,25

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 438 of 479

| | | | |
|---|---|---|---|
| 106:12,13 | 25:10 26:8,12 | 84:3,6,9 85:19 | 128:16 130:21 |
| 136:25 140:25 | 26:14 28:15 | 86:18 88:20 | 131:7,12 132:3 |
| 155:20 185:2 | 29:7,13,21 | 89:12,15,24 | 132:13 134:17 |
| 208:4 218:10 | 30:4,8,25 | 90:8,19 91:10 | 135:15,23 |
| 225:7 234:25 | 32:10,23 33:2 | 92:21 93:2,12 | 136:1,2 137:10 |
| 237:9 239:21 | 33:18 34:4 | 94:12 95:13,18 | 137:12,14,17 |
| 247:19,23 | 37:1,2,18 | 96:1,3 97:13 | 138:11 139:3 |
| 248:12 261:3 | 38:25 39:22 | 97:19 98:3,8 | 139:10 140:13 |
| 274:2,16,20 | 40:10,15 41:3 | 98:23,25 99:7 | 140:14,17,21 |
| 277:12 278:19 | 42:21 43:4 | 99:12 100:6,10 | 140:25 141:4 |
| 281:1 282:15 | 44:5 45:13 | 100:23 101:10 | 141:22 142:11 |
| 286:20 287:23 | 46:4,11 47:13 | 102:21 103:2,5 | 142:15 143:3 |
| 305:6 312:24 | 47:18 48:6,11 | 103:21 104:5 | 144:20 145:12 |
| 333:7 335:15 | 48:12 49:4,8 | 104:21,23 | 145:14,24 |
| 336:3 337:10 | 50:6,19 51:4,8 | 105:4,5 106:12 | 146:8,14,23 |
| 337:13,25 | 51:19 52:12 | 106:17,22 | 147:1,4,7,12,22 |
| 343:4,17 346:2 | 53:1 54:1 55:6 | 107:3,18 108:4 | 148:9,16 150:7 |
| 346:17,20 | 55:14 56:3,10 | 109:11 110:1,3 | 150:10,14,21 |
| 361:2 366:17 | 56:15 57:10,10 | 110:10,23 | 150:22 152:13 |
| 371:1 | 58:5,15 59:2,4 | 111:22 112:17 | 152:25 153:25 |
| **okay**  8:9 10:1 | 59:10 60:6 | 112:21 113:3,4 | 154:6,8,12,13 |
| 10:10,16 11:5 | 61:20,24 62:9 | 113:22 114:2,9 | 154:21 155:4 |
| 11:10,12,22 | 62:16,20 63:9 | 115:13 116:3 | 155:18,25 |
| 12:9,12,17,20 | 63:10 64:6,24 | 116:17 117:18 | 156:2,20,25 |
| 13:3,9,14,16,23 | 66:10,16 67:2 | 118:2,5,12 | 158:3,16,19,23 |
| 14:1,14,19,22 | 67:17,22 68:10 | 119:10,15 | 159:1,9,25 |
| 15:8,12,13,19 | 69:3 70:14 | 120:4,12,14,19 | 160:18 162:2 |
| 15:23 16:3,7 | 71:11,23 72:9 | 120:24 121:21 | 162:10,15,21 |
| 16:21 17:1 | 72:15,20 73:3 | 122:17 123:12 | 163:6,10,22 |
| 18:11,17 19:5 | 73:12,13,16 | 123:20 124:3 | 164:16 165:2 |
| 19:12,15,18 | 74:12 77:17 | 124:10,12 | 165:21 166:1 |
| 21:13,21 22:9 | 79:19 80:2,9 | 125:7,17 | 166:16 167:9 |
| 22:21 23:1,17 | 81:24 82:20 | 126:10 127:3 | 168:7,11,17,23 |
| 23:22 24:9,18 | 83:5,12,22 | 127:15 128:10 | 169:10 170:7 |

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 439 of 479

| | | | |
|---|---|---|---|
| 173:13 174:1 | 231:20,24 | 276:7,10,21 | 330:6,7 331:16 |
| 174:16,21 | 232:11 234:7 | 277:13 278:6,9 | 332:19 333:4,9 |
| 176:21 179:1 | 234:20,24 | 278:19 279:9 | 333:10 335:3 |
| 179:23 180:1 | 235:2,3,5,14,14 | 279:18 280:7 | 335:24 336:13 |
| 181:11,22 | 235:24 236:25 | 280:12,22 | 336:16 338:8,9 |
| 182:17,23 | 239:19,21,24 | 281:11,17,22 | 339:8,21 |
| 183:3 184:10 | 241:9,13,22,23 | 282:10,17 | 341:19 343:23 |
| 185:7,8,9,12,21 | 242:1,13,16,22 | 283:16 284:1 | 345:22 346:5 |
| 186:4 187:7,21 | 243:4 244:4,6 | 284:19,24 | 346:23 347:2 |
| 187:25 189:18 | 244:14 245:23 | 285:1,5 286:2 | 348:9,13,23 |
| 190:16 191:14 | 247:7,25 248:3 | 286:15,23 | 349:17 352:17 |
| 191:17 192:1 | 248:5,23 | 287:2,3,7 | 352:24 356:12 |
| 193:2 194:10 | 249:13,18 | 288:8 289:7,12 | 358:6,13,24 |
| 195:19 198:4 | 250:11,23,25 | 289:15,18 | 361:10,16 |
| 199:17 200:4 | 251:11,18,24 | 290:1,3,18,24 | 362:20,22 |
| 200:12 201:25 | 253:23 254:14 | 293:11,20 | 363:5 364:11 |
| 202:2,8 203:22 | 255:10,21 | 296:4 297:19 | 365:10,20 |
| 204:10,20 | 256:1,5,15,18 | 298:2,3,11 | 366:1,3 367:6 |
| 205:23 206:10 | 256:24 257:5 | 299:6 301:5 | 367:9,12,23 |
| 206:25 207:8 | 257:12,16 | 302:3 304:8,23 | 368:4,10,13,15 |
| 207:22 208:2 | 258:2,7,10,14 | 306:4,19,25 | 369:15 371:21 |
| 208:13 209:19 | 258:16 259:12 | 307:11,14,25 | 372:4,8,23 |
| 210:2,13,18 | 259:18 260:4 | 308:9,13,15,18 | 373:16 374:1,3 |
| 212:2,12 214:9 | 260:16 261:3 | 309:12,17,22 | 374:6,7,19,23 |
| 216:13 217:19 | 261:16,19 | 310:6,10,25 | 378:8,24 |
| 218:4,15 220:4 | 262:6,10 | 311:6,23 312:2 | 379:13,17,21 |
| 221:9,13 | 263:18,23 | 312:13,23 | **omit**  77:13 |
| 222:23 223:2,5 | 264:4,11 265:2 | 314:2,7 315:4 | **once**  21:24 22:7 |
| 223:9,16,21 | 266:2,5 267:13 | 315:6 316:3,19 | 118:8,12 273:1 |
| 224:4,22,25 | 267:18 268:8 | 317:15 318:21 | **ones**  50:7 329:2 |
| 225:7,9,13,19 | 269:8 270:18 | 319:20 320:2,3 | 347:24 |
| 225:23 226:5 | 270:21 271:16 | 321:7,9 323:4 | **onslow**  358:10 |
| 226:19 228:3 | 273:7,17,18 | 323:19,25 | 358:22 |
| 229:6,6,12,23 | 274:1,8,9,20,22 | 324:14 325:16 | |

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 440 of 479

onward 350:20
oops 80:8
  102:17 371:23
open 65:18
opened 150:25
  151:8
opening 344:22
operable 144:1
operate 118:13
  118:25
operated
  284:17 375:19
operates 150:5
  344:4
operating
  21:11 232:2
  258:4 280:13
  284:18 364:4
  377:5
operation 56:1
  118:17 155:12
  155:13,14
  364:3
operational
  103:7,13
  282:21,24
  283:6,12,18,22
  284:16 327:21
operations 54:7
  55:23 95:2
  96:22 100:14
  146:16 150:24
  151:13 152:11
  320:12 333:16

375:24
opined 127:11
opinion 40:25
  41:2 42:25
  211:14 324:5,6
  324:19,23
  350:11
opinions 13:10
  43:10 89:25
  98:9,17 277:13
  323:6,8,19,25
  324:8,14
  358:14
opposed 71:2
  71:20 139:25
opposing 39:18
ops 96:20
  252:13 253:23
  256:8
optimization
  252:13,18
  253:25 255:3,9
  255:13,18
optimize
  252:18 254:18
optimized
  252:21 253:14
  258:23
order 138:8,25
  139:19 209:4
organic 84:19
  159:10,10,13
  159:16 164:4
  164:10,23

165:7,16,21
  166:7 180:6,14
  274:25 323:12
  369:1
oriented 69:18
original 12:24
  258:19
orise 361:5
outcome
  134:16 192:16
  249:22 254:10
  271:1 280:18
  294:1 298:11
  298:17 381:17
outcomes 92:14
  270:22 344:6
  345:7,15
output 147:8
  147:10 326:9
outputs 88:19
  379:6,6
outside 21:9
  42:8,12 65:22
  66:11,14 92:15
  94:11 152:16
  153:2 368:11
overall 30:13
  237:23 243:12
  294:4 298:14
  299:14 312:16
  316:5,10
  338:21 353:25
  356:5,8,9
  377:12

overlaid 214:11
overlap 220:12
overlay 213:11
  215:16,19
  341:11
overlooked
  69:11
owing 175:8

**p**

p 2:1,1 3:1,1
  122:12
p.m. 169:12,14
  169:14,16
  281:25 282:2,2
  282:4 348:17
  348:19,19,21
  379:25 380:2
pa 151:9
packed 377:7
page 4:2,7 5:4
  6:4 26:13 28:7
  41:18,22,23
  48:23 53:12,21
  63:19 64:15,22
  64:24 68:22,22
  68:23 69:2,2,4
  71:23 73:4
  80:5 84:8
  87:21 89:2,9
  89:14,25 90:20
  93:5 94:13
  95:14,15,19
  98:24 100:6,7

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 441 of 479

100:8,9 103:2
107:1,4 110:24
111:1 112:22
113:14 115:11
116:14 117:18
117:19,25
118:3 119:4,6
122:1 125:8,14
126:10,23
128:10 132:10
137:14 140:14
141:2,3,14
143:18 144:18
145:11 146:4,8
150:15 154:10
154:10,15,22
156:1 160:10
160:10 169:24
170:16 174:10
174:14,15,17
177:20 179:24
182:19 183:3
184:14 186:13
187:23 194:17
207:4,11
210:24 225:1
225:13 229:14
231:17 234:21
234:22 235:3
235:11,12
239:15 241:1
249:4 251:20
251:21 258:12
261:14 273:22

276:9,18 278:6
280:5,7 282:11
283:16 285:3
286:3,23 287:4
287:5 290:15
293:10,10,12
295:18 297:2,6
297:19,23
299:6,7 305:10
307:8,11 308:3
308:21 310:9
311:12 312:20
314:11,25
319:24 324:24
327:11 332:20
332:20 333:7
335:4,12,16
337:7,9,17,20
337:22 338:7,8
339:24 342:23
343:1,3,9,10,23
346:14 347:1
349:3,8 358:25
359:1,1,2
362:21 363:5
369:15 371:19
371:22 374:2,2
374:8,11 383:3
383:6,9,12,15
383:18 384:2,5
384:8,11,14,17
**pages**   59:7 84:7
89:3 119:9
225:5 291:18

334:19 360:11
369:16 382:3
**paid**   25:9 45:17
46:25 47:7,8
**paired**   230:1,3
231:21
**panel**   5:8,19
17:16 224:12
224:18,19,22
225:17 226:9
242:8,9,15,15
243:19 250:14
330:19 331:3,4
331:21 332:9
332:17 333:11
333:19 335:2
339:9
**panels**   16:23
17:12 18:9
85:14
**panko**   47:25
**paper**   60:4
360:25 364:8
**papers**   331:14
331:15
**paragraph**
26:15 41:21
42:2 64:24,25
66:4 67:2 69:4
69:8 70:7 73:6
73:7,9 74:15
75:4 80:11,16
84:12 85:19
88:7 92:13,17

93:20 94:20
96:4 99:7
111:6,16
112:21 126:11
132:13 141:6
152:14 160:14
170:3,3 185:10
188:21 208:14
210:19 229:19
244:7 249:9
252:3 274:10
276:12 284:2
284:12 293:17
320:4 321:8
323:8 325:22
338:15,19
344:22 363:8
366:3 371:22
**paragrapher**
88:7
**paragraphs**
322:23
**parameter**
49:18 67:12
69:22 70:5
71:24 72:3
90:12 155:21
158:15 183:13
183:25 187:15
190:10 206:15
211:20 233:6
263:12 264:15
265:9,13
267:12 269:10

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 442 of 479

269:19,20
271:4 272:1,13
272:19 287:9
315:22 326:10
340:20 347:12
**parameters**
71:15 72:8
73:19,22 74:1
74:2,17 75:5
76:3,12 80:20
90:11 148:1
149:21 157:24
158:20 168:14
175:7 178:3,4
178:12 183:23
205:6 206:7
257:2 260:22
262:8,12 264:3
264:17,24
265:21 267:14
267:22 271:18
303:11 304:17
304:20,22
326:16 347:11
**parametric**
80:20,20
**parentheses**
117:21 250:4
**parenthesis**
282:25
**parenthetical**
152:4 170:12
**part**   22:14,19
24:15 29:22

36:9 55:13
96:9 125:14
135:8 163:19
189:22 207:8
210:21,23
233:14 293:1
320:19 350:22
375:11
**partain**   17:8,13
17:17 18:20,25
**partial**   76:22
**participant**
325:10
**participate**
188:23
**particles**
178:23,25
**particular**
85:25 86:23
158:4 168:7
208:14 211:3
249:24 275:20
340:6 367:7
**parties**   381:14
**partition**
159:11,16
160:6 164:7,11
164:24
**partitioning**
180:4,12,18
**parts**   64:16
**party**   381:15
**passes**   218:25

**past**   32:18,21
32:24 33:13
93:25 244:18
245:1,1,8
344:7 345:7,15
359:10,21
370:21,24
371:4
**pathway**
151:12 152:10
188:4 195:3
197:24
**pattern**   340:4
**pce**   4:22 93:25
95:1,9 96:16
97:1,25 107:20
107:25 108:8
108:12,22,24
109:5,14,23
110:4,12 111:3
111:23,25
112:6,8 113:5
113:10 114:10
114:15 115:15
121:22 123:5
123:10,17
124:4 125:23
126:20 127:5
127:22 128:5
128:18,24
129:2,4 131:13
132:17 141:7
141:23 143:23
144:8 147:24

148:10 149:3
150:23 151:19
151:20 152:1
156:11,21,23
157:1,6,17
160:19,25
161:8,22,22
164:12 180:11
180:21 185:12
186:19 188:5,7
188:11 191:19
195:6,8 198:5
198:9,12
200:13,25
203:24 204:11
204:16,23
205:1,11,16,17
208:16,20
213:9 215:12
230:5 235:19
235:21 236:5
236:14 237:5
250:3 251:1,7
252:21 256:6
256:12 257:7
257:22 258:17
258:23 259:20
260:7 261:20
276:24 277:8
307:15 349:10
350:7
**pdf**   268:4 269:9
269:15,20
270:11,25

Golkow Technologies,
877-370-3377                          A Veritext Division                          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 443 of 479

271:18 272:23 272:24

**pdfs** 266:10

**peak** 364:3

**peer** 5:19 331:21 332:8

**pennsylvania** 2:18

**people** 19:10 21:14 57:16 78:19 88:18 338:23 375:18 378:11

**percent** 126:20 127:8 132:17 225:25 226:1,7 258:25 259:7 259:23 260:14 268:19,21,22 269:8 271:1 351:3,6,15,20

**percentage** 133:1,20 134:2 134:3,15

**perfect** 83:22

**performance** 51:20

**performing** 338:20

**performs** 153:2

**period** 21:4 84:25 97:2 99:23 113:2 127:1 128:23

161:3 226:24 227:19 232:3 245:23 246:21 284:7,10

**periods** 118:19 122:22 170:11 333:14

**permanently** 118:14

**person** 17:21 51:16 176:22 176:24,25 239:12 328:14

**personal** 46:22

**personality** 177:6

**personally** 19:9 19:16 55:22 57:5 331:17

**perspectives** 344:12

**pertinent** 282:21 320:9 344:12

**peter** 331:10

**ph.d.** 21:16,21 22:3

**phase** 54:13 148:25 339:17

**phases** 350:17

**phenomena** 77:19 78:1,7 78:14,25 79:9 79:21

**phenomenon** 74:7

**phonetic** 47:14 48:1 151:1,9 151:10 207:13 207:14,14 331:7,8,8,9,10 331:10,11,11 360:17

**phrase** 166:17

**phys** 221:16

**physical** 73:18 73:21 74:7 77:19 78:1,6 78:14,25 79:8 79:21 131:9

**physically** 284:7

**physics** 221:17 221:18,21 299:18 300:4 300:19 301:23 302:5

**picks** 265:10 269:15 272:23

**pima** 375:5,5

**pink** 256:16,19 257:6,6

**pipe** 126:15,18 132:16

**pipeline** 366:18

**pipelines** 99:18 365:19,25

**pits** 375:25

**place** 169:1

**placed** 70:4

**plaintiff** 242:22

**plaintiffs** 2:3 7:23,25 8:2 10:11,14 242:20

**plan** 363:15

**planning** 58:24

**plant** 36:22 37:5,10,11,13 49:18 56:1,19 96:18 99:16,17 100:1,2,20 111:25 112:2,8 113:8,11 114:11,16 120:3,6,17 121:11 122:10 123:13 127:6 128:20 129:5,9 130:2,17,19,24 130:25 131:3 131:15,16,22 132:4 134:18 135:17,21 138:18,23 139:25 148:6 155:23 205:19 228:25 247:4 247:13 250:6 251:9 252:20 252:24 253:3

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 444 of 479

256:7,13,22
257:24 258:18
259:13,21
260:3 261:21
277:1 278:14
278:24 282:22
283:8,9 307:17
309:9 313:18
313:23 316:8
316:14,25
317:7,16,20
318:1,6,14,16
319:7,9,13,16
319:18 322:16
327:22 333:17
352:7 353:3,10
354:4 356:2
375:10
**plants** 126:4,8
334:2 358:15
**plausible** 366:6
**playing** 146:1
**pleasant** 2:5
**please** 7:16
20:25 37:20
38:3 47:1 61:1
69:8 72:22
75:3 79:2
80:17 83:14
84:13 87:5
95:15 98:24
103:3 106:6
107:22 117:6
121:4 127:17

132:20 142:2
143:18 168:3
174:11 175:21
177:3 194:9
197:3,17 201:4
220:5 224:6
228:16 236:10
283:21 291:21
296:18,23
308:16 359:25
**plot** 213:8,19
213:21 215:12
303:4
**plots** 311:1
**plotted** 305:22
**plotting** 214:16
**plume** 159:5
199:7 250:22
250:24 354:7
**plumping**
200:9
**plus** 138:25
139:19 341:15
**point** 5:6,15,18
19:20 27:6
29:16 36:14,14
53:23 54:13,17
55:11,16,24
56:6 60:14
125:24 128:22
139:9 140:2
149:12,15,24
149:24 153:13
153:24,25

173:22 174:4
175:17 177:13
177:21 179:11
180:20 181:7
181:24 183:17
187:14 195:18
198:21 201:15
211:25 216:17
216:18 217:4
217:14 232:8
232:17,23
237:23 265:17
270:24 273:6
274:19 275:24
276:7,25 277:8
277:15 278:12
279:12,20
280:17 282:7
283:8,19,23
284:22 285:2,3
285:11,16,17
286:8,10
287:10,11,12
287:16 288:10
289:25 299:4
304:24 305:14
307:4,16 308:8
308:10 309:3,4
309:9,14 310:7
310:16 312:4
312:15,15,16
313:23 316:11
316:13,25
321:25 323:7

323:13 324:1
324:16 326:19
326:24 327:21
327:22 328:9
328:11 329:5
333:6 338:2,4
338:4 339:18
340:4,12,14
341:2,9 347:4
347:7,8 349:11
350:10 354:24
358:9,21
366:20
**pointed** 250:1
250:11 347:2
**pointing** 64:14
**points** 9:8
26:16 149:10
199:21 201:14
243:12 268:4
270:10 309:15
310:4 366:11
**pollution** 39:21
40:1,4,24
**pomerank**
331:10
**population**
23:25 24:6
25:23,25 26:3
26:4 378:9,10
**porosity** 167:8
175:5,9 177:16
178:4 179:9

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 445 of 479

**porous** 161:23
**portion** 74:14
  77:17 376:9
  377:10,13
**portrayed**
  141:9
**position** 216:3
**possible** 74:9
  77:21 79:23
  222:11 227:22
  257:14,19
  258:3 264:8
  265:5,20 266:6
  266:21 267:9
  267:10,22
  268:23 269:25
  270:10,22
  271:12
**post** 12:19
**potential**
  274:24 363:12
  376:20
**potentiom**
  188:2 194:24
**potholes** 152:6
  153:6
**practical**
  299:25
**practices** 90:15
  152:21 347:16
**precedence**
  184:1
**precise** 70:24

**precision** 70:20
**predevelopm...**
  96:11
**predict** 33:25
  33:25 70:22
  354:8 359:10
  359:21
**predicted** 45:7
  199:10 230:6
  232:13 236:5
  237:5 244:25
  255:1 355:19
**predicting**
  245:1,2 247:19
  348:7 370:10
  371:8
**prediction** 70:5
  244:22 245:7
  352:18
**predictions**
  32:22,24
  237:10 244:16
  247:20 352:6
  354:11,19
  370:5
**predictive**
  65:22 66:11,14
  67:3,4,6,10,14
  67:18 69:12
**predicts** 244:18
  245:8 302:19
  353:2,2
**prefer** 27:25

**pregnancy** 94:4
**pregnant** 85:1
**prepare** 10:4
  10:19,22 200:2
  339:6
**prepared** 13:4
  288:4
**presence**
  376:15 381:9
**present** 3:4
  54:6 62:11
  125:23 180:7
  244:17,18,21
  244:23 245:2,2
  245:7,8 247:4
  247:8,9,11,17
  247:21 248:1
  292:6 354:9
  364:6 370:19
**presented**
  100:22 287:15
  326:7,12
**presenting**
  352:2
**presents** 370:5
**pressure** 364:1
**presume**
  332:18
**pretty** 294:2
  298:12
**prevention**
  26:23 85:5
**previous** 141:3
  246:10 321:24

**previously**
  276:23 313:9
**primarily**
  318:3 339:9
**primary** 113:6
  113:9 114:9,20
  151:12 152:10
  377:24
**principle**
  376:18
**principles**
  89:18 90:2
**prior** 16:8,13
  16:17 17:5,17
  17:20 294:21
  295:12 314:10
**priority** 70:3
**private** 376:11
  376:19
**pro** 296:9,13
**prob** 16:7
**probabilistic**
  96:24 261:24
  262:2
**probability**
  265:8,11,14
  272:17
**probably** 11:9
  15:6 16:6
  18:10 23:8
  41:5 46:3
  50:10,22 55:8
  59:1 88:17
  92:16 151:22

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 446 of 479

152:12 156:13
156:24 183:14
183:23 186:3
187:20,22
188:14 200:16
204:2 212:13
217:12 224:21
226:4 232:2,4
239:6 243:6
247:14 255:14
295:7 300:13
323:23 331:14
332:15 349:22
350:18 354:19
**problem** 39:21
40:2,4 65:17
66:24 78:23
171:7 223:1,2
**problems**
231:11
**procedural**
64:2,4
**procedure**
252:13 272:7,9
272:25 321:4
**procedures**
90:14 321:5
347:15 348:1
355:6,8
**proceed** 292:21
**proceeding**
69:16
**process** 71:18
73:18,19,21,23

77:14 85:23
96:9 97:8,12
97:13,22
134:11,14,14
148:20 152:2
154:7 180:15
182:7 183:7
186:5 218:22
221:20 244:20
255:9 275:18
284:22 320:19
320:25 321:10
328:3
**processes** 66:22
68:5,7,9,11,13
68:15 78:22
131:9 148:22
156:18 175:1
217:7 246:5
323:16
**processor**
175:13
**produce** 355:14
**produced**
152:3
**production**
6:19 99:3
**products** 122:9
182:24 183:2
191:19 200:25
**professor** 4:8,9
7:14 14:5,8,15
22:22 23:1,2
23:12 25:19

27:12 29:9
48:22 51:13
53:11 54:24
60:18 62:2
63:6,19 64:25
66:3 74:13
75:4 81:5
83:18 84:6
85:7 88:20
89:17 93:12
102:17 106:22
117:25 124:19
128:2,12
130:11 131:12
135:23 136:21
139:16 140:21
169:20 170:15
174:9 176:18
177:11 189:25
197:7 206:25
224:10 234:3
238:9 240:15
241:15 244:6
248:23 253:17
274:6 279:16
279:19 282:6
283:11 285:6
286:17 289:14
290:5,15
292:16 295:17
296:16 302:2
307:11 328:6
332:4 342:17
342:22 346:22

348:25 362:2
368:22,24
372:18 379:18
**professors** 22:9
22:18
**program** 51:17
**programs**
21:19
**prohibiting**
214:10
**prohibitive**
326:6
**project** 21:4
34:5 35:6
37:16,17 51:15
243:23 316:5
316:10 378:2
**projects** 21:3,8
30:20 35:14,17
35:18 37:8
57:22
**propagation**
340:20
**proper** 65:12
91:3,13 271:17
298:9,25
**properly** 78:12
78:22 81:17
91:6 201:5
246:4 357:14
**proportionate**
366:10,15,22
367:2,6

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 447 of 479

| | | | |
|---|---|---|---|
| **proposal** 32:5 | **pulling** 336:20 | **purports** | **quantitative** |
| **proposed** 32:17 | **pump** 258:24 | 107:19 | 212:25 213:15 |
| 65:20 71:10 | 259:7 263:12 | **purpose** 25:24 | 214:3 |
| **proposes** 32:12 | 377:6 | 30:12,15 31:22 | **quantity** |
| **protect** 196:3 | **pumpage** | 33:21 51:1 | 188:11 200:13 |
| **protection** | 119:16,25 | 275:25 276:2 | 203:24 |
| 44:14 | 123:19 | 366:8 369:18 | **question** 9:9 |
| **protocol** 85:3 | **pumping** 34:17 | 370:2,14 371:2 | 25:22 27:12,15 |
| **prove** 358:4 | 35:5,20 49:16 | 371:6,13 | 35:23 37:3 |
| **provide** 26:23 | 56:21 120:10 | 379:12 | 40:8 43:8,16 |
| 106:4 213:5 | 121:1 144:21 | **purposes** | 47:21 52:19,23 |
| 313:11 326:15 | 220:24 222:22 | 118:14 | 61:18 64:12 |
| 348:5 | 226:21,23 | **put** 36:13 118:8 | 74:22 75:11 |
| **provided** | 227:2,7,11,12 | 118:12 175:24 | 76:7 77:25 |
| 209:21 232:21 | 227:14,22 | 205:8 218:24 | 79:4,15,17 |
| 375:17 | 228:4,18 | 240:2 265:8 | 82:3,7 86:14 |
| **providing** 42:4 | 249:25 250:7 | 310:4 366:19 | 86:19 87:5 |
| 100:19 213:7 | 250:12,16,18 | 366:21 373:17 | 88:4 92:6,7 |
| **ps** 96:20 252:13 | 250:19,22 | 379:12 | 93:16 98:14 |
| 253:23 256:8 | 252:7,11,18,21 | **puts** 269:20 | 105:21 106:21 |
| **public** 1:16 | 252:25 253:5 | **putting** 92:16 | 119:25 121:4 |
| 87:18 343:6,12 | 253:13 254:8 | 176:9 | 127:10,14 |
| 363:20 381:2 | 256:20 257:2 | **q** | 129:7,21 |
| 381:18 382:21 | 259:2,16,22 | **qualified** 381:4 | 131:24 132:24 |
| **published** | 260:17,18,23 | **qualitative** | 133:7,25 |
| 51:11 59:15 | 261:22,23 | 74:3,18 75:5 | 137:23 149:7 |
| 60:8,12 90:23 | 262:17,18,19 | 75:20,23 | 154:6 157:22 |
| 91:11 342:3 | 262:20,24 | 326:17 | 166:11 172:3 |
| **pull** 13:22 | 263:9,13,14,21 | **quality** 60:7 | 175:21 176:16 |
| 25:13 53:3 | 264:1,8 268:15 | 69:17,24 97:3 | 176:24 177:1,2 |
| 82:22 169:20 | 268:16 280:16 | 320:6 324:15 | 187:3,5,9 |
| 205:24 224:5 | 281:15 365:8 | **quantify** 85:25 | 189:5 191:8,13 |
| 310:6 | **pumps** 223:21 | 180:4 275:19 | 192:2,22 193:1 |
| | 224:1 | | 193:3,10 194:1 |

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 448 of 479

195:15,17
197:9,15,18
198:20 200:19
201:5,6 202:14
204:4,21,22
210:8 212:7
213:24 216:1,5
220:9 228:15
228:16 231:24
236:8 237:19
244:7 254:5,15
260:18 264:4
266:23 267:4,7
269:7 271:7,10
271:15 272:3
281:18 283:20
293:4,11
295:10 296:4,7
297:11 298:3
300:7,23 304:1
304:3,4 306:8
316:16 322:14
322:17 325:12
334:12 344:17
357:3 358:24
360:21
**questioning**
186:22
**questions** 25:11
31:21 48:6
57:14 83:3
91:16 146:5
157:10,23
192:6,17

220:17,23,25
229:10 232:9
234:10 235:9
250:8 273:2
280:2 282:7
288:5 289:24
291:3 293:9
296:17 325:15
329:22 330:8
341:19 358:7
379:20
**quick** 243:11
280:2
**quiescent**
126:13
**quite** 122:24
254:5 343:11
**quotes** 133:21

**r**

**r** 2:1,4 3:1
381:1 382:1
**raise** 176:6,10
176:13,15
177:9
**random** 269:13
269:13,14
272:22
**randomly**
269:11,13
**range** 23:8
65:22,25 66:11
66:14 67:3,4,6
67:10,13,14,18

67:23 68:12
82:14 126:22
140:1 162:22
162:23 163:3,6
180:17 233:3,4
235:25 236:17
236:19,22
237:14 264:2,3
264:25 265:1,4
265:9 266:4,17
268:18,20,22
270:6,20 272:1
272:18 304:16
304:22 326:11
353:2,6 358:8
358:19
**ranged** 161:1
161:12,14
**ranges** 163:24
264:15 265:25
271:5 326:7
354:17
**ranging** 138:9
139:1,20
211:13
**rank** 254:17
255:7,8
**ranked** 255:12
255:18
**ranking** 254:1
254:2
**rate** 147:24,25
148:3 155:1,5
155:7 156:23

157:11,14,17
161:5 183:6,11
184:5 185:17
185:23 186:2
186:10 187:10
188:9,10,13,14
189:6,9 190:4
190:8 191:5,22
193:7,14 194:6
195:10,12
198:15,16,22
198:24 199:5,9
200:5,15,17,21
201:10,13,21
203:19 204:1,2
204:11,12,15
204:23 205:4,9
208:16,20
209:22 211:18
212:5 214:20
216:15 217:10
217:16 226:24
264:8
**rated** 354:16
**rates** 126:2,7
155:24 156:20
186:23 187:19
188:8 193:11
193:18,21,25
194:14 195:9
198:14 199:2
206:4 214:14
214:16 215:25
216:8 219:7

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 449 of 479

246:17 250:7
250:16,19,22
287:14 288:10
303:11
**rather**  232:16
233:10 243:20
273:20 287:4
**raw**  282:22
283:7
**reaching**  356:1
**read**  12:6,10,23
27:1 28:3 42:9
64:25 66:4
69:8 73:6,9
74:15 77:17
84:12 86:4
91:6 92:22
94:8 95:5 97:5
99:20 106:10
107:11 115:24
118:21,22
161:25 162:8
162:21 165:2
178:8 185:22
188:1,21,22
190:23 196:22
197:1 209:25
231:4 243:11
264:5,9 274:14
274:15 284:12
290:12,25
291:5,17,25
292:2,9,17
295:12,17

296:11 314:3
315:9 323:9,9
331:5,14,14,15
338:19 368:8
382:3
**reading**  44:2
73:14 80:16
88:6 196:4
210:1 230:8
231:10,11,12
290:13,16,17
292:24 297:21
373:24
**reads**  198:25
**ready**  192:19
229:10 288:5
291:9 292:21
**real**  271:13,25
272:4 299:18
300:4,19
301:21 302:4
302:23,24
303:7,10
**reales**  376:22
377:2
**realistic**  259:9
259:14,15
**realities**  299:24
**reality**  65:18
357:4
**realizations**
325:25
**really**  24:4
221:22,23

226:3 274:20
295:11
**reason**  15:9
73:1 74:8
77:20 79:23
112:17,19
142:15 166:2
173:2 181:1,4
242:25 344:14
344:21 379:7
383:5,8,11,14
383:17,20
384:4,7,10,13
384:16,19
**reasonable**
90:1 267:1,6
313:11 349:13
349:19
**reasonably**
263:24
**reasons**  15:19
**rebuttal**  12:6,7
12:23 13:11,12
13:17
**recalibrated**
245:17
**recall**  17:1,4,15
19:17 30:25
31:1,4,19
39:23 41:6
46:5,9,11
47:22 51:7
52:25 58:4,18
62:14 125:6

140:8 144:12
162:17,19
170:25 171:10
207:20 208:19
236:20 241:19
300:10,10
370:23 373:12
**received**  18:21
46:13 85:3
367:11 376:4
**receiving**
207:20 214:2
317:20
**recent**  69:17
**recess**  62:24
136:16 169:13
282:1 348:18
**reclaimed**
152:2
**recognize**
14:17 62:4
290:8,19
**recognized**
171:7 292:14
314:3
**recollect**
190:11
**recommendat...**
333:19,22
339:16
**recommendat...**
333:2 340:25
**recommended**
333:11 339:3,5

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ      Document 359-8      Filed 04/29/25      Page 450 of 479

**recommending**
339:2
**reconstruct**
54:9 137:20
227:24 363:15
366:6
**reconstructed**
249:20 276:13
276:21 283:18
283:23 305:12
309:1 313:17
315:16 316:22
317:3 327:18
**reconstruction**
6:8 51:17,17
85:24 90:10
93:17 96:9
97:9,22 244:15
245:5 246:1
249:19 252:4
275:19 320:19
347:10 359:9
359:20 361:21
362:6 379:3
**record** 6:14 7:2
7:17 8:21 14:3
25:17 51:10
61:15 62:23
63:3 80:7
82:24 115:25
117:19 136:13
136:15,20
139:4 169:12
169:17 171:18

175:25 176:7
182:21 189:24
196:15,17,18
196:20,25
220:7 224:8
229:8 234:7
235:7 237:20
240:1,3,8,19
248:7 255:22
281:25 282:4
291:4,9,10,21
292:5,17,20,25
334:16 342:20
348:17,22
372:11 373:1
373:23 378:23
379:25 382:4
**recording** 9:17
**records** 123:19
282:21,22,24
283:2
**red** 311:17,24
**reduce** 134:3
135:21 153:7
204:25 222:14
222:18
**reduced** 204:25
205:3 381:10
**reduces** 221:15
222:5
**reduction**
133:2 166:24
167:1 222:15

**reductions**
156:11
**reductive**
156:14
**refer** 20:1
179:14 192:6
239:7
**reference** 48:5
71:7,21 72:3
72:18 79:15
81:17 98:1
184:4 186:8,11
186:14 213:24
219:25 220:3
232:9 259:10
284:11 324:20
352:19 373:17
379:7,8
**referenced**
126:1,6,23
**referred** 157:2
321:14
**referring** 10:8
35:10 66:25
92:8,13 116:13
153:10 182:8,9
199:17 204:20
209:24 214:4
216:2 227:8
232:7 240:4
247:5,24 270:8
271:16 293:22
294:17 295:5,8
298:22 306:7

314:22 315:1
322:23 354:19
354:25 355:1
356:4 374:17
**refers** 55:8 67:3
71:9 82:11
92:8 144:20,21
199:3,4 284:18
**refine** 333:22
**refined** 186:6
**refinement**
81:4 180:15
**refining** 333:12
**reflect** 102:4
227:18 304:14
**reflecting**
101:16
**reflects** 139:5
233:6
**reflush** 222:21
**regarding** 4:12
61:11 90:25
**region** 341:18
355:24 370:22
**regional** 72:12
72:20 73:2,2
**regionally**
69:15 71:12
**registry** 26:22
84:15 274:11
**reich** 3:12 8:6
**reinjection**
377:8

Golkow Technologies,
877-370-3377  A Veritext Division  www.veritext.com
Case 7:23-cv-00897-RJ  Document 359-8  Filed 04/29/25  Page 451 of 479

**reject** 32:15
**relate** 178:12
  185:21 271:23
  349:25 357:4
**related** 16:19
  17:8,22 18:3
  21:6 24:3
  40:23 44:23
  46:14 146:10
  161:20 163:8
  171:1 177:16
  192:6 288:15
**relates** 1:8
  270:19 271:11
  271:12
**relation** 99:2
**relative** 74:19
  80:23 81:7,25
  82:10 167:1
  168:19
**relatively** 72:18
  74:4
**relatives** 24:21
**release** 285:7
  285:10,20
  313:16 315:13
  315:13
**released** 364:7
**releases** 151:20
**relevance**
  79:14
**reliability** 69:5
  69:9 81:20,21
  349:25 350:2,4

363:22 366:4
**reliable** 48:4
  69:12 74:5,19
  75:8 76:4,15
  77:9,11 90:13
  91:4,15 176:8
  347:13,21
  349:13
**relied** 107:17
  134:23,24
**relies** 65:10
**relying** 107:14
**remain** 63:7
  90:13 91:4,14
  347:13
**remaining**
  78:20 266:13
**remains** 65:24
**remedial** 370:1
  377:11
**remediation**
  37:16,17
  370:16 371:2
  371:13 377:24
  378:3,6,14
  379:1,10
**remedy** 377:12
**remember**
  11:17 178:3
  179:7 187:19
  206:11,14
  212:9 214:7
  215:3 217:20
  217:21 241:25

255:14,20
  283:25 285:14
  286:1 290:10
  306:20 321:6
  330:1 350:20
  373:24,25
  378:21
**remind** 63:6
**removal** 124:21
  125:4 126:2,7
  126:12,19
**removals**
  126:14,19
  132:16
**remove** 223:7
**removed** 159:4
**removing**
  317:1
**render** 42:25
  43:9
**renee** 207:14
**repeat** 20:23
  47:1 74:23
  98:14 121:4
  129:19 175:19
  187:9 194:18
  197:15 228:15
  228:16 235:7
  236:8 241:3
  283:20 297:12
  344:18
**repeating**
  176:15

**repetitive**
  61:22
**rephrase** 75:2,3
  98:15 191:17
**replaced**
  188:12 200:14
  203:25
**report** 4:9,10
  4:16,18 5:12
  5:13 6:5,13
  11:1,2,13,13,14
  11:15,15 12:6
  12:7,11,14,23
  12:24 13:4,4,8
  13:13,15,17
  25:11,19 26:13
  28:7 42:6 44:8
  44:25 48:19
  50:8 84:7
  88:21 89:4,5,6
  91:17,22 92:8
  92:22 93:4
  94:12 98:9,13
  98:16,24
  102:12,25
  103:19 106:23
  110:23 119:5
  124:15,20
  125:2 127:4,12
  132:8,23
  136:24 137:2
  139:12 140:11
  141:9 144:12
  165:3 169:22

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ Document 359-8 Filed 04/29/25 Page 452 of 479

171:23 173:3
173:16 180:22
181:9 182:15
182:18 184:13
186:18 188:22
189:6,7,15,23
192:20 196:5
198:23 200:2,6
201:19 204:7
213:5 216:12
229:9 230:25
232:6 234:9,11
234:14,19,20
242:14,17
248:17,25
249:2 251:12
252:8,9 255:22
261:8,12
262:13,15
264:9 287:15
287:17,18,19
288:7,9,16
289:1 321:3
323:17,18
324:18 326:8
328:5,13 330:2
330:4 332:16
342:4,7,12,14
346:6 349:1
358:13,25
364:7,13 368:8
368:19 369:4,7
369:10,16
370:2 373:6

**reported**
145:21 151:18
156:11 160:23
161:6,18
162:13,22
163:24 200:5
203:16 206:9
230:25 270:19
288:10 320:5
326:12 328:13
329:2,5,12
366:24
**reporter** 1:15
6:19 8:14,23
9:13 22:15
38:16,17,19
49:22 54:20
87:10 91:18
104:10 138:13
138:19 148:4
151:4 164:19
198:1 220:11
240:21 251:3
255:15 275:7
275:12 314:23
330:23 334:9
376:1,23
**reporter's** 6:18
**reporting**
172:17 202:24
203:1,5
**reports** 5:6
11:3,8,10
12:13,17 13:11

49:1,5,9 50:4
52:6 53:22
90:24 91:12
93:1 140:7
171:20 172:10
172:12 173:23
174:4 190:15
216:7 217:18
274:4 288:10
349:12
**repository**
283:2
**repre** 189:8
**represent** 71:8
72:6 189:8
191:21 272:18
281:3 284:8
299:20 311:18
311:24 349:13
360:13
**representation**
65:18,25 67:23
68:12 215:4
238:5 270:25
303:19
**representations**
74:10 77:22
79:24
**representative**
18:2
**represented**
66:23 68:1
175:2

**representing**
77:12 257:7
268:18,20
273:3
**represents**
272:13,19
302:17 304:2,5
**reputation**
47:19
**request** 177:8
344:2,5 345:12
345:13,18
346:3
**requesting**
31:14
**requests** 22:16
49:23 54:21
87:11 91:19
104:11 138:14
138:20 148:5
151:5 164:20
198:2 240:22
251:4 255:16
275:8,13
314:24 330:24
334:10 376:2
376:24
**required** 175:4
267:1
**requires**
325:24
**reread** 197:8
**rerecruited**
344:10

Golkow Technologies,
877-370-3377  A Veritext Division  www.veritext.com
Case 7:23-cv-00897-RJ  Document 359-8  Filed 04/29/25  Page 453 of 479

**research** 20:3
  20:14,16 23:20
  23:22 24:2
  25:23,24 26:2
  26:3,18 30:6
  31:16 32:11
  34:18 43:25
  344:1
**researchers**
  69:25 70:3
**reser** 20:3
**reservation**
  65:15,21 66:12
  375:12
**reservations**
  65:2
**resided** 85:1
**residential**
  375:8
**residents**
  376:10
**residual** 375:24
**resolution**
  161:2
**resolve** 378:13
**resource**
  341:20 342:1
**resources** 6:12
  59:11,14 60:2
  65:8 81:3
  144:2 326:6
  368:18 369:4
**resp** 360:16,23

**respect** 115:25
  140:4 263:22
  271:1
**respective**
  129:1 213:8
  215:11
**respectively**
  185:15
**respond** 43:17
  176:25
**response** 75:23
  82:13 344:2
**responsible**
  329:8,19
**restart** 222:22
**restriction**
  258:24
**result** 75:23
  93:24 151:22
  172:16 204:16
  205:17 263:4
  271:3
**resulted** 200:7
**resulting**
  137:18 249:21
**results** 65:6,9
  122:16,16
  124:7 161:19
  199:6,10 205:7
  209:21 211:12
  211:16 212:20
  213:22 214:5
  214:16 215:2,8
  216:7 230:5

232:15 238:17
238:19 244:25
252:24 256:7
298:21 304:10
313:10,12
314:4 315:10
315:15,17,23
317:1,4 326:11
326:14 347:5
348:5,6 349:23
350:15 351:19
352:1,3,18
355:19,23
357:11,17
363:25 364:10
366:14,22
370:5
**retained** 6:18
  15:25 16:14,17
  17:5,18,20
  58:16
**retardation**
  158:4,9,12,17
  160:14,18,24
  161:4 162:4
  165:19 166:19
  166:22 167:3
  167:10,15,24
  168:5,8,12,16
  168:17 170:13
  170:20 172:17
  172:19,21,22
  172:24 175:11
  179:14,16

246:16
**retired** 23:2,6
  38:25
**retirement** 25:2
  25:5,6
**return** 65:5
**reuse** 336:8
**revealed**
  126:11
**review** 5:19
  10:18,23 11:3
  11:8,10,19,20
  12:17,22 42:3
  55:22 56:12,17
  59:22,23 60:4
  85:5 249:6
  331:21 332:9
  332:17 344:2,5
  344:10,13
  345:12,13
  346:1,3
**reviewed** 11:1
  11:12,13,14,22
  12:13 43:24
  50:23,25 51:1
  56:8 57:8
  323:23 325:11
  346:3
**reviewer** 6:6
  58:19,23 59:3
  59:5,10,13
  60:1,11 360:4
  360:11 361:7

**reviewing**
  50:20 56:4
  224:22
**reviews** 330:10
**rice** 2:4 16:15
**rifle** 358:8,19
**right** 11:23
  12:8 21:23
  22:22 32:8
  36:23,24,25
  37:7 40:12
  41:9 44:4 45:9
  45:14 47:4,6
  48:3,9,13,25
  50:15 53:20
  62:22 63:1,4
  72:1 77:7
  79:17 82:11
  83:10 89:3
  93:20,21 94:16
  96:3 98:1,2,5
  98:20 101:11
  104:15 105:3,4
  108:16 111:6
  111:10,15,22
  116:16 117:16
  120:18 121:3
  122:3,6,21
  123:18 124:6
  125:11 128:12
  132:11 133:13
  134:25 136:12
  136:14,18
  140:16 142:25

  144:23 145:10
  145:18 150:20
  150:22 154:14
  154:24 156:4
  157:4,5,7,9,15
  159:6,8 160:5
  160:7,9,13,13
  162:25 163:9
  163:11 164:8
  167:21 168:15
  169:11,15
  170:22 176:9
  178:10 179:21
  179:25 183:4
  184:16,20
  188:25 189:20
  190:18 192:21
  193:1,4 201:23
  202:13,25
  204:13 210:25
  211:9 212:9
  213:4 214:15
  214:22 215:10
  219:6 222:6,7
  224:9,23 225:3
  228:1 229:2,4
  229:17 231:17
  231:20 232:25
  235:25 238:6
  238:18 239:22
  242:20 248:21
  249:4 251:10
  252:2 255:4,24
  256:24 257:10

  257:13 259:24
  260:15 261:11
  263:13,16
  264:12 271:5
  274:5 276:18
  280:2 281:17
  281:24 282:3
  282:12,18
  292:2,7 294:20
  295:2,13
  297:22 298:1,4
  299:3,5 301:15
  302:9,23 303:8
  303:9,14
  308:23 310:21
  317:22 320:3
  325:1,20 327:9
  328:17 330:15
  330:17,22
  335:10,18
  337:4 341:23
  341:25 342:2,9
  343:21 345:19
  346:19,24
  348:11,16,20
  350:21 352:20
  352:22,23
  353:10 356:3
  357:3 359:5,7
  367:4 369:19
  371:5,14
  372:21 373:25
  379:14,24

**rightly** 353:2
**risk** 4:15 44:23
  63:16,20,21,24
  63:24 64:3,4
  64:19
**risking** 176:7
**risks** 376:20
**river** 59:18
  358:9,20
  359:16 375:12
**road** 376:22
  377:2
**rob** 208:3
**robert** 5:16
  208:3 289:20
  290:6 293:13
  293:18 297:1
  299:9 300:2
  331:7
**roberts** 160:23
  161:18
**robust** 325:23
  326:14
**rod** 377:8,23
**rodriguez** 3:5
  7:3
**role** 50:19
  51:14 52:2
  57:15
**rolling** 291:11
  291:23
**roman** 84:8
  95:16 342:24
  363:6

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 455 of 479

| | | | |
|---|---|---|---|
| **rotated** 226:4 | **s2.74** 280:5 | **santa** 375:12 | 96:8 99:2,12 |
| **route** 200:9 | **s2.99** 280:9,14 | **satisfactory** | 100:14 101:1 |
| **routinely** 152:1 | **s6** 174:17 325:8 | 65:6 | 101:12 102:6 |
| **row** 113:4 | **s6.14** 174:10 | **satisfied** 303:18 | 103:7,20,22,22 |
| **roy** 151:24 | 177:20 179:24 | **saturated** | 104:22 105:11 |
| **rubinstein** 65:3 | **s6.14.** 174:12 | 153:13 216:19 | 105:14,16,24 |
| 65:4 | **s6.16.** 287:5 | 217:23 218:21 | 105:25 106:8 |
| **run** 33:6 77:4 | **s6.17** 287:5 | 219:15 | 109:24 112:15 |
| 206:4 219:24 | **s6.17.** 286:23 | **sauntner** | 112:16 113:5 |
| 225:25 226:1,6 | **s6.23.** 327:15 | 207:13 | 117:23 118:12 |
| 226:17 227:20 | **s6.44** 327:13 | **savannah** | 122:3,8 124:23 |
| 229:9 246:6 | **s6.5** 287:6 | 31:13,15 | 125:20 126:11 |
| 256:8,12 257:1 | **s640.45.** 325:17 | **saw** 108:23 | 128:13,16 |
| 258:8 259:7 | **s645** 319:24,25 | 185:22 | 132:14 137:6 |
| 266:1 267:1,8 | 324:25 | **saying** 9:13 | 137:17,24 |
| 270:14 | **sabatini's** | 34:24 87:14,23 | 138:1,2,10 |
| **running** 227:11 | 11:13 13:11 | 91:10 92:3 | 139:11,17,21 |
| 268:3 292:25 | **salary** 46:25 | 101:7,10 127:4 | 143:20 146:9 |
| 372:1 | 47:7,8 | 138:6,11,16 | 146:15 147:13 |
| **runs** 215:20 | **sample** 212:22 | 181:3 186:17 | 147:17 150:23 |
| 265:17 269:23 | 270:24 | 194:4,6,7,13 | 151:18 155:4 |
| **rw1** 110:11 | **samples** 143:24 | 203:9,11 | 156:10 160:18 |
| **rw2** 110:15 | 161:10 212:20 | 214:19 234:2 | 170:3,7 174:22 |
| **rw3** 110:20 | 236:5 307:16 | 237:20 249:9 | 177:19,24 |
| **résumé** 4:8 | 310:16 | 287:23 317:13 | 180:2 183:6 |
| 14:5,18,20,20 | **sampling** | 353:24 | 184:5,17,22 |
| 30:7 41:6 59:7 | 327:20 376:14 | **says** 28:7,10,13 | 185:12 188:2 |
| **s** | **san** 375:11 | 29:4 42:3 | 189:6 194:17 |
| **s** 2:1 3:1 20:10 | **sand** 160:25 | 48:25 63:20 | 194:20,22 |
| 281:13 282:11 | 161:11,23 | 70:12 71:23 | 202:6 203:23 |
| **s2.12** 284:1 | **sands** 161:9,23 | 79:8,18,20 | 207:4,13 |
| **s2.12.** 283:16 | 161:24 162:24 | 85:19 89:24,25 | 208:13 209:20 |
| | 163:7,24 | 90:9,23 93:22 | 211:2 213:4 |
| | | 94:16 95:19 | 215:11 224:24 |

225:23 229:18
229:19 231:20
242:3 243:11
244:10,11,14
249:18 252:6
258:17 261:19
268:17 272:12
274:9 276:21
278:7 280:12
280:24 282:20
284:4,6 287:8
293:16,25
299:13 305:12
307:14 308:24
309:10 310:14
314:6 315:9,10
316:4,20 317:3
318:4,5 325:22
327:17 332:8
333:5 339:24
340:3 343:12
343:23 344:1
345:13 347:9
349:9 359:8
363:10 366:4
368:25 369:3
369:21 372:25
373:25 375:2
**scale** 153:23
160:24 161:18
180:3 220:2
280:23 281:5
370:7,10

**scales** 311:8
**scarcity** 69:23
**scatter** 141:10
233:11 234:14
**scenario**
261:21,22
262:17,17,23
262:23,25
268:12,13
**schedule** 49:16
227:24 228:7
228:20 249:25
250:13 253:5
254:13 256:8
256:12 258:19
258:19,20,22
259:6,21 260:6
260:9,23 263:9
264:8
**schedules**
220:24 252:8
252:11,19,21
252:25 253:14
253:14 260:17
327:21 364:3
**school** 26:18
**science** 193:3
**sciences** 341:24
**scientific** 90:1
91:3,13 94:6
193:11 194:2
203:15 349:14
349:20 359:12
363:21

**scientifically**
90:14 92:10
201:4 347:14
**scientists**
344:11
**scope** 30:4
344:10 369:19
**screen** 221:10
221:14,25
222:8,13
223:13
**screened** 221:2
221:5
**seal** 381:18
**second** 65:15
90:8 103:22
111:14 188:19
207:9,10 211:2
215:10 297:23
299:17 320:4
347:7 359:8
371:22 374:1
374:21
**seconds** 219:3
**section** 28:3
79:24 89:17
108:20 109:12
156:3 174:21
182:11 185:9
185:19 236:3
249:6 277:4
282:18 285:6
326:8 332:24
333:1,3,10

337:25 338:2
338:11,14
341:8 359:6
369:18
**sections** 53:23
89:21 340:17
341:18 375:3
**see** 12:1 26:15
42:2 48:10,25
50:6,11 53:20
62:13 69:5
73:16 75:24
80:14 82:17
89:21 90:6,20
91:1 93:13,18
93:22 94:18
95:21 96:6
99:5,10 100:11
101:2,9 103:5
103:21,24
104:25 105:1,6
106:7 107:3
108:15 109:9
109:18 110:8
110:14,17
111:5,7,9,20
112:4 115:9
117:2 118:10
119:13 123:2
124:2,25 125:9
128:14 135:15
137:15 138:4
139:2,25
140:22,23

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 457 of 479

141:12,16,21
142:23,23,25
144:5 146:12
146:14,21
147:20 154:16
155:2 156:5
160:16 170:5
183:8,15
184:18 185:19
186:4,14
198:19 203:14
207:6 210:5
212:24 213:21
215:9 219:24
229:21 238:16
239:5,13
244:12,17
245:7 249:11
249:15 256:3
260:1 274:8
276:14 280:10
287:6,22
293:23 299:11
307:23 309:23
310:18,21
315:24 318:24
321:12 322:10
327:24,25
335:12,20
336:1 338:17
355:23 374:20
**seeing** 233:11
261:17 262:25
263:4 360:19

**seems** 38:21
54:2 143:2
152:22 162:14
163:16 235:23
243:2 280:19
294:1 298:12
299:13,22
**seen** 125:2
127:12,13
132:23 170:15
201:18 332:13
347:3 361:12
**select** 162:11
269:11,12,12
272:1
**selected** 54:10
143:22 163:13
230:2 231:21
264:3 265:25
267:15 269:9
269:10 271:17
284:8 305:14
309:2 323:12
369:1
**selecting**
287:13
**senate** 18:2
**send** 19:10,15
60:4 313:8
**sense** 201:6
228:23 239:6
262:22 298:20
326:17 329:19
351:18,22

353:13,25
355:13
**sensitivity**
49:19 90:13
233:5 285:8,10
285:20 313:14
313:19,25
314:13,15
315:10,19,21
316:12 322:10
326:8,12,16
329:23 347:13
**sent** 239:12
**sentence** 99:8
111:10,23
113:5 118:8
132:14 154:25
183:5 188:1
193:4 200:3
211:2,4 215:10
249:14 293:21
300:1 313:9
359:8 363:9
**sentences** 284:5
**separate**
377:19
**separately**
34:21 142:13
149:10 340:22
**september**
109:16,23
156:12 185:14
185:25 199:22
202:7 203:1

290:7 293:13
297:1 299:10
**septic** 147:18
148:19 151:15
151:21 152:8
**sequence**
245:10 280:18
290:17 300:10
**sequential**
96:23
**sequentially**
227:20
**series** 141:10
**serve** 15:15,20
40:20
**served** 40:16,18
58:19 94:21
**service** 101:23
102:4 103:17
103:23 105:11
105:15,17
106:2 113:23
114:6 118:9,13
226:22
**services** 7:5
84:16 274:12
**serving** 6:9
14:23 361:22
362:7 363:16
**set** 8:23 44:13
45:2 53:1
57:11 63:10
82:20 102:7
124:10 127:16

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 359-8 Filed 04/29/25 Page 458 of 479

247:12,13
248:15 270:4
279:1 284:24
286:8 289:9
304:23 308:9
308:12,17
319:20 330:6
334:6 356:17
361:18
**setting**  39:8,9
39:15 44:17
**seven**  54:11
97:2 115:12
124:13 303:1
310:22
**seventh**  113:1
**seventy**  332:21
**several**  21:8
30:22 34:18
50:10 56:16
58:13 237:13
246:19 376:5
**shape**  356:5,8,9
**sheet**  383:1
384:1
**shorter**  31:4,8
31:10 232:3
**shorthand**  1:15
**show**  54:2
123:5 184:25
228:18 262:11
309:18 311:8
347:5

**showed**  216:7
226:20 228:4
**showing**  100:18
103:13 119:24
120:4 186:19
186:24 235:18
235:24 236:4
253:9 266:3
281:9 309:5
328:5
**shown**  118:18
188:2 194:25
306:17 308:7
317:4
**shows**  103:16
113:22 123:8
141:23 142:6
256:6 257:17
262:16 280:14
281:13 305:21
305:25 312:3,6
354:1
**shriver**  95:3
151:18
**shut**  114:11
119:2
**shutdowns**
118:15
**sic**  125:3 313:8
**side**  10:9 11:19
39:18 40:4,6
140:22 154:24
350:19

**sides**  40:1
**signature**
381:20 383:23
384:23
**significant**
73:21,22
114:22 115:9
126:14 127:7
147:8 188:11
200:13 203:24
249:23 253:1
352:7
**significantly**
114:16,17
165:23 209:12
**silt**  161:9,23
**silts**  161:14,24
163:2,7,24
**silverstein**  3:17
8:13
**similar**  161:24
174:23 177:22
179:10 182:1
182:14 232:19
284:4,14 355:6
355:6
**similarly**  55:3
72:20 170:13
203:22
**simple**  77:15
96:15 128:17
129:14,22
130:13,22
131:7 134:8

180:5 272:9,12
277:2 278:11
339:16
**simpler**  24:1
74:6,20 75:8
76:4,16 78:22
243:20 339:13
340:24
**simplified**  74:9
77:21 79:24
**simplistic**  73:7
73:17
**simulate**  98:11
98:21 131:9
132:4 175:4
178:1 257:22
299:16,22
370:7
**simulated**  98:9
107:19,25
122:8,12,18
124:7 128:24
131:13 134:3
141:6 212:20
212:22 213:9
214:11 215:6
215:12 216:10
229:24 230:5
235:18 236:14
237:22 256:6
258:17 259:20
276:22 305:12
309:1 311:25
312:3 313:10

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ      Document 359-8      Filed 04/29/25      Page 459 of 479

313:12 314:4
327:18 347:18
349:9 350:6
351:2,14
352:16 371:23
**simulates** 370:4
**simulating**
96:11,13,19,21
97:23 265:20
325:24 369:22
**simulation** 4:20
49:12 52:3
54:12,15 78:7
79:1 80:19
96:23,23
123:17 127:20
128:4,23
137:19 201:22
202:1 215:21
236:6 252:12
252:17 253:25
261:25 262:1
265:19 266:3
267:8,21
270:16 323:11
326:2,3,3
329:8,18 330:3
350:18 370:12
371:23
**simulations**
19:19 20:2
26:17 49:20
74:9 77:21
78:2,15 79:9

79:23 97:3
203:21 229:9
249:25 262:7
264:16 265:3,4
266:10,24
268:3,19,21
328:8,10,19
329:4,11,17
363:23 366:8
**singh** 331:10
331:13
**single** 36:17
96:13 204:18
**sitdown** 40:10
**site** 40:9,13,16
52:14 56:11,12
71:14,17,20
76:22,25 77:3
90:3 124:5,8
145:9 152:5
162:16,18
166:13 175:8
180:13 184:3
232:19 254:9
263:25 264:18
264:23 267:15
267:15,19
272:14,20
284:16 321:20
322:12 329:7
330:3 352:19
353:1 356:23
359:13,16
370:9,12

373:13,13,15
373:18 375:3,7
375:12,17
376:10,21
377:10,12,13
379:6,9
**sites** 37:15
324:2 327:1,2
327:3 328:18
367:10
**situations** 75:7
76:2,13 267:10
**six** 5:5 80:8
96:22 103:25
173:22 174:3
197:19 210:7
260:12,13
286:11 319:21
322:19,20
323:10,20
324:6,24 325:2
325:3 326:2
328:5,7 329:3
329:6
**sixty** 276:17
**size** 269:24
270:6 313:16
**skip** 152:4
205:25 234:25
335:19
**skipping** 83:9
83:10 170:12
250:4 282:25

**sl** 119:20
**slash** 104:14
**slide** 265:18
**slightly** 141:1
**slowly** 168:19
**small** 72:18
76:14 314:16
315:15,19
**smaller** 218:5
377:19
**smelling**
376:11
**smoothly**
244:19 245:9
**snapshot**
299:21
**snip** 231:14
**society** 58:24
**soft** 38:10
**softly** 61:19
**soil** 151:14,15
152:8,9 158:2
159:1,3,7
165:24 166:23
175:6,10
177:17 178:5
178:21,24
179:9 180:7
183:22,23
216:24,25
375:22 377:22
377:24
**soils** 183:15

Golkow Technologies,
877-370-3377　　　A Veritext Division　　　www.veritext.com
Case 7:23-cv-00897-RJ　　　Document 359-8　　　Filed 04/29/25　　　Page 460 of 479

sole 94:23
375:15
solid 153:1,5
256:15 257:6
258:19 260:6
solute 161:21
370:4,12
solution 69:20
255:8 355:10
solutions 265:5
266:6,21 267:9
269:25 353:15
somebody
134:23 135:3
192:20,20
234:10
sophisticated
70:21 74:5,19
75:7 76:5,11
76:14 77:5,10
sophistication
70:5 71:5
73:24 211:6
sorption
174:22,22,24
175:1,3,4,14
177:21,22
178:1,9,13,14
178:18,24
179:4,15,19
182:1,3,7,9,11
182:14
sorresoto
207:14

sorry 13:21
14:13 20:6
24:14 33:24
37:21 38:4,17
46:12 81:1
89:9 100:7
102:1 107:23
136:25 140:25
154:18 164:22
179:23 181:2
234:2 261:5
282:15 286:6
301:25,25
311:20 333:7
346:17 351:25
367:23 374:8
sort 40:17 41:4
107:14 154:25
256:18
sorts 18:8 24:5
56:17
source 36:14
46:17 54:11
94:24 149:23
285:7,10,20
303:12 313:15
314:16 315:11
315:13,20,24
316:2,6,11
317:14,25
318:2,5,7,10,11
318:22,25
319:7,11,12
320:18,21,23

321:1,10,17
322:11 340:19
341:12 375:15
377:22
sources 25:1,4
35:2 160:23
180:17 282:18
282:20 283:6
287:10 340:5
340:19 363:13
376:5
south 2:5 375:4
377:3
southern 1:3
376:9
southwest
375:4
space 312:16
span 100:21
spans 187:24
speak 14:10
17:13 27:18
37:20 38:3,6
38:20 39:2
61:1 72:22
79:5 107:22
117:6 119:20
132:20 142:2
168:1 176:19
177:4 198:6
228:11
speaking 38:5
speaks 378:5

specie 96:13
species 204:18
specific 84:22
117:8 118:20
140:1 155:16
164:11,13
167:15,17,22
168:8 175:8
180:9,14,16
213:9 215:12
296:17 317:24
320:9 333:25
344:9 358:6
359:13 363:13
363:23 370:9
370:12
specifically
15:25 17:3
19:12 78:5
83:3 139:6
218:10
speculate 200:1
219:20,21
speed 168:21
spend 24:10
243:24
spent 152:1
303:22
spiliotopoulos
3:8 8:4 11:14
spiliotopoulo...
165:3
spillage 151:22
341:13

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 461 of 479

spiractor 126:15

spiractors 127:6

spoke 17:11 58:10

spot 371:24

spread 370:22

spreads 150:4

squares 154:2 303:7

st 146:16,20

sta 146:16,20

stack 83:16 273:16 346:20

stage 128:17 214:21 245:19 246:25 272:21

stages 245:11

stamped 240:19

standard 71:17 90:15 211:15 263:21 272:7,8 272:8,9 347:15

standards 176:23

start 73:14 108:20 125:13 147:1,4,7 154:10 155:9 174:17 202:16 202:22 207:3 216:14 217:9

283:17 295:25 304:9 321:15 324:7 333:16

started 27:4 101:8,17 148:13 183:14 183:25 186:1 186:22 192:24 211:24 216:13 217:8 271:9 330:13

starting 18:10 33:14,16 53:20 57:17 183:17 187:14 216:17 216:18 217:4 217:14 225:13 244:10 354:2

starts 26:16 35:25 69:5 73:7 80:12 93:16 96:4 99:8 104:8,24 111:7,18,23 112:25 160:14 183:4 193:21 207:3,9 249:9 252:3 313:9 342:24 363:9 371:22

state 1:16 7:16 90:14 96:11 347:14 376:12 376:18 381:3

stated 275:25

statement 90:17 92:21 130:16 193:6 193:11 198:22 231:1 235:7 253:8 270:9

statements 191:25 201:3 234:11

states 1:1 7:11 18:2

station 358:9 358:20 359:14 369:2,13 370:15 372:2

statist 272:5

statistical 232:22,24 233:1,10,15 239:6 263:22 270:9 272:6,6 272:25 320:7 351:18,19,22 356:17 357:13 373:19 379:6

statistically 71:14 91:5,15 92:11 238:22 347:21 348:4 352:8 354:16

statistics 137:19 232:16 238:3 239:9

253:16

stay 93:4 136:22 160:8 218:23 281:18 324:24 349:1

staying 68:21 73:3 94:12 98:23 155:25

stays 219:4

steady 96:11

stenographic... 381:9

step 339:5

sticker 102:19 137:6

stop 73:11,11 73:15 74:11 169:1 175:12 197:3 291:22 291:23 292:11

stopped 148:14 153:1,5

storage 99:18 151:19,23 327:5 329:17 329:25 341:13 355:4 364:2

story 238:20

strategy 299:14 299:25

strength 318:10,25

stress 122:22 128:22 170:11

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 462 of 479

246:3
**stressed** 245:14
**strike** 243:12
**string** 5:16
289:20
**stuck** 253:15
**student** 50:13
57:20
**students** 21:16
21:18,22 22:5
23:18
**studied** 44:5
**studies** 21:7
40:19,21 42:12
55:9 92:15
94:5 161:22
202:17 274:13
274:24 275:4
275:16 342:4
359:13 364:12
**study** 5:21
12:21 26:24,25
42:6,7,16
43:14,18 53:24
59:15,19,20,25
60:8,12 84:17
84:24 85:3,10
85:17,21 86:9
87:24 88:15
94:1 125:21
126:24 127:1
174:23,24
177:21,23
182:14 202:12

203:4,17
223:10 224:3
244:24 249:7
249:24 250:2
250:25 251:6
252:4,11,25
276:2,3,6
287:12,21
288:14 309:4
324:12,12,17
327:23 330:5
331:24 332:10
345:9 352:22
355:25 363:11
363:11 364:22
366:25 367:12
**subject** 81:22
81:23 125:21
241:22 242:3
293:16
**submitted**
59:21
**subscribed**
382:12
**subsection**
89:19
**subsequently**
128:21 151:14
**substances**
26:21 84:14
274:10
**substantial**
326:4

**substantially**
230:6 232:12
**subsurface**
149:19 320:11
320:15,24
**success** 65:13
**successful** 68:1
68:16,20
**successfully**
245:1
**suffered** 93:24
**suggest** 130:10
133:24
**suggested**
338:12,20
**suggesting**
214:23,25
215:1,5 243:19
298:24 300:11
**suggests** 292:4
**suit** 381:15,16
381:16
**summarize**
107:19
**summarized**
30:7 322:25
**summarizes**
107:24
**summary** 49:1
49:12 53:21
54:3 94:16
107:6 125:17
137:18 143:22
273:8,11

307:14 310:14
322:4 333:2
343:7,12
**sup** 54:4
**superfund** 6:14
372:11 373:1
373:23
**supervise** 23:17
**supplement** 5:5
5:14 54:4,7,11
54:14 55:6
173:22 174:3
279:11,20
282:7,23
284:25 286:11
286:24 305:1
319:21 322:18
322:19 323:10
323:20 324:6
324:24 325:9
326:21 328:5,7
329:3,6
**supplemental**
50:1 53:22
90:25 91:12
**supplied** 99:24
112:2 257:23
**supplier** 205:20
**supply** 36:13
49:17 54:6,10
56:22 94:24
95:1 99:3,8,12
99:14,23
100:15,19

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 359-8 Filed 04/29/25 Page 463 of 479

103:8,14 107:8
107:20 108:1
108:21 109:12
109:12,23
110:3,10,15,20
112:1 113:6
116:7 117:1
118:24 119:16
120:1 125:25
128:20,22,25
129:17 138:3,8
138:24 141:8
141:23 142:6
144:23,24
146:10 156:12
185:13 221:1
223:22 230:2,4
230:7,23
231:22 232:14
235:19,21
250:5,7 251:2
251:8 252:23
254:19 276:22
282:21 283:19
283:23 305:14
307:17 309:3
310:16 313:10
313:12,17
314:4 316:23
317:6 327:20
344:8 345:8,16
376:8,11
**supplying**
101:8,17 283:7

**support** 5:21
26:23 124:21
331:23 332:10
**supporting**
126:25
**supposed**
135:21 202:22
**sure** 9:11 15:7
16:25 27:24
34:23 38:19
40:6 47:17
61:2 81:24
92:6 97:14
113:18 115:10
129:20 132:21
136:6,11
142:14 158:22
158:22 165:20
187:22 191:9
191:12 193:20
203:20 209:17
209:17 217:8
217:15 228:17
233:7 235:15
242:12,15
246:11,11
247:7,14
253:24 254:25
258:5 265:12
280:21 281:21
283:22 284:13
287:24 293:3,7
296:10 318:12
328:24 329:15

**surface** 20:18
31:9,11 34:5
67:8,12 68:17
69:24 178:24
375:21
**surpasses**
69:21
**surrogate**
284:8
**survey** 283:4
**swear** 8:15
**sworn** 8:18
381:6 382:12
**synoptic** 161:2
**sys** 54:18
**system** 6:9
55:12,24 72:14
94:24,25 95:8
97:4 99:19
100:4 147:19
148:19,21
151:16,21
152:9 159:3
320:24 361:22
362:7 363:16
363:17,23
364:2,6,24
366:1,8,18
367:11,22
368:11 375:14
377:6,11
379:10
**systems** 55:16
74:6 77:18

79:21 94:21
125:25 180:5
333:15 334:4
339:13 358:11
358:15

**t**

**t** 381:1,1 382:1
**taa** 375:17,19
376:6
**table** 48:25
49:1,5,10 50:6
50:21 51:6
53:21 54:1
100:11,18,25
101:7,13,16
102:4 103:5,12
103:16,21,25
104:2,4 105:14
105:16,16,24
107:3,13,18,24
108:5,6,25
113:13,25
115:10 116:14
117:21 119:22
120:4 122:15
124:9 137:15
137:17 139:17
139:21 140:22
141:4,9,15,22
142:4,20 143:3
143:20 144:18
144:20,21
145:2,10,13

Golkow Technologies,
877-370-3377         A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 464 of 479

150:19 156:13
212:21 229:16
235:10,10,16
238:11,12,16
238:25 239:7
239:10,11
287:6 288:2
307:12,14
310:12 312:7
315:14
**tables** 165:6
217:17 232:21
**tabulated**
349:12
**take** 48:11
62:17 135:24
136:7,9 169:7
223:19 243:25
244:1 248:8
281:20 286:2
290:11 291:14
319:1,14
322:14 348:11
**taken** 1:14
62:24 118:14
136:16 169:13
282:1 340:8
348:18 381:8
**takes** 22:2
183:25
**tal** 295:2
**talk** 196:15
201:14 220:14
235:6

**talked** 17:10
176:1 330:12
342:6
**talking** 36:21
39:19,20 44:10
61:19 75:18
149:8,9 176:24
178:9 199:22
200:24 221:3
226:11,13,14
226:16 243:15
246:23 258:9
302:22 321:21
322:3,9
**talks** 62:7
189:15
**tan** 336:12
**tank** 151:15
152:8 364:2
**tanks** 99:18
327:5 329:17
329:25 355:4
**tara** 300:14
**tarawa** 4:10,16
4:23 5:12 27:5
29:15 48:19
49:6 51:14,20
52:10 60:9
83:4 84:1 85:8
86:6,20 87:22
91:22 94:25
95:7 96:10,17
97:4,10,21,24
98:1,4,7,10,18

98:22,23 99:9
99:13,15,22,25
100:3,15,20
102:1,13,25
103:8 106:23
107:8,15,20
108:1,9 110:24
111:24 112:7
113:10 114:10
114:15 118:24
119:5,17 120:5
120:16,25
121:11,25
122:9,14,19
124:10 125:24
126:25 127:22
128:5,19,21
129:5 131:13
132:25 133:2
136:23 137:21
140:2,5,6
141:7 143:7
144:3,11
145:24 146:6
146:11 147:2,5
147:23 148:13
154:9 157:24
160:20 162:5
162:11 163:14
165:17 169:24
170:17 175:17
177:12,22
179:10 181:24
182:17,24

183:11 184:12
205:18 206:8
220:24 230:10
230:18 232:11
235:22 248:17
248:25 249:7
251:9 253:6
255:13,19
256:6,13,16,20
257:23 261:25
265:7 267:8
268:21 269:5
270:1 274:15
295:8 298:22
299:2 300:12
300:14 326:22
339:10 340:14
349:11 350:9
355:2,11,16,24
**target** 138:7,23
235:25 294:15
295:6 298:9,19
299:1 352:9
**targets** 137:18
139:18,23
294:6,17 295:3
295:7,23 297:5
297:17 300:11
300:15
**task** 25:9
288:12 328:21
**tasks** 328:18
330:1

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 359-8 Filed 04/29/25 Page 465 of 479

**taught** 23:6
**tc** 126:19
  204:24 232:2
**tce** 125:23
  126:19 127:5
  132:16 143:23
  144:8 157:8
  164:12 180:10
  204:12 276:24
  277:9 293:16
  297:5,17
  307:15,19
  308:1 341:15
  349:10 350:7
  376:19 378:1
**tdce** 276:24
  277:9 349:10
**teach** 23:3,5
**team** 51:20
  213:18 214:24
**teams** 328:15
**tech** 19:20 20:8
  23:14,15 25:7
  29:22 46:23,25
  47:7,9 57:1,21
  60:20 347:25
**techflow** 192:4
  193:9 216:20
**techflowmp**
  35:11,19,24
  36:9,11,18
  37:4,9 96:18
  97:25 122:16
  123:8 153:21

183:2 186:12
186:15,23
187:3,11,18
190:1,14 192:5
192:8,18
204:15 206:3
209:1 210:15
211:7 216:14
217:9,16
309:10 324:13
327:6
**technical** 26:23
  364:7
**techniques**
  69:20 78:4,6
  85:23 90:2,9
  252:18 275:11
  275:18 347:9
  355:7 363:18
**technology**
  26:20
**tell** 61:18 83:23
  200:21 293:1
  319:6
**telling** 271:19
  283:15
**temperature**
  156:24 157:13
**temporal**
  320:14
**temporarily**
  119:2
**temporary**
  118:15

**ten** 103:25
  116:10,24
  117:15 163:23
  236:18,21
  290:21 319:8
  319:12,17
  348:14 351:6
  351:14,20
  368:4
**tendency** 65:16
**tennis** 146:2
**term** 64:13
  188:10 195:11
  198:16
**terminated**
  101:24 102:5
  103:23 105:11
  105:15,17
  106:18 113:23
  114:6
**terminology**
  172:25
**terms** 43:23,24
  56:25 71:5
  74:3,18 75:6
  82:19 97:20
  124:5,7,8
  149:18 152:18
  153:2 171:7
  182:9 213:23
  262:17 264:23
  264:24 304:7
  348:1

**terra** 85:8
**terrace** 4:10,17
  4:23 5:12 27:5
  29:15 48:19
  49:6 51:14,21
  52:10 60:9
  83:4 84:2 85:8
  86:7,21 87:22
  91:23 94:25
  95:7 96:10,17
  97:4,10,21,24
  98:1,4,7,10,18
  98:22,23 99:9
  99:13,15,22,25
  100:3,15,20
  102:2,13,25
  103:8 106:23
  107:9,15,20
  108:1,9 110:24
  111:24 112:8
  113:10 114:10
  114:15 118:24
  119:5,17 120:5
  120:16 121:1
  121:11,25
  122:10,14,19
  124:10 125:24
  126:25 127:23
  128:5,19,21
  129:5 131:13
  132:25 133:3
  136:23 137:21
  140:3,5,6
  141:8 143:7

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 466 of 479

144:3,11
145:25 146:6
146:11 147:2,5
147:23 148:13
154:9 157:24
160:20 162:5
162:11 163:14
165:17 169:24
170:17 175:17
177:12,22
179:11 181:25
182:18,24
183:12 184:13
205:18 206:8
220:24 230:10
230:18 232:12
235:22 248:17
248:25 249:7
251:9 253:6
255:13,19
256:7,13,16,20
257:23 261:25
265:7 267:8
268:22 269:5
270:1 274:15
295:8 298:22
299:4 300:12
300:14 326:23
339:10 340:15
349:11 350:9
355:2,11,16,24
**terry** 17:22,23
**test** 52:3,15
54:14 267:21

320:21 363:22
**tested** 37:19
321:15,17
**testified** 8:18
37:22 38:2
39:5,7,15
381:7
**testify** 9:24
10:2
**testifying**
243:18
**testimony** 9:20
242:3 243:13
243:15,16
381:12 382:5
**testing** 321:10
**tests** 55:7,8
**tetrachloreth...**
49:14,17
**tetrachloroet...**
4:22 107:8
111:3 122:8
127:22 128:5
143:23 275:1
278:1
**text** 47:13,15
48:3 64:15
118:3 141:5
150:20 154:14
154:22 212:24
229:17,17
231:10
**textbook** 64:10
64:18 79:18

**textbooks** 48:5
**texts** 47:17
**thank** 8:23 9:5
12:12 15:14
57:4,11 63:4
74:13 81:5
82:21 83:22
102:15 136:21
169:9,10,18
174:6,7 196:23
206:10 240:9
248:3 279:15
348:25 372:17
379:16,19
**thanks** 248:12
**the's** 147:17
**theoretical**
264:17,21,22
265:4 266:3,17
267:14 270:20
**theoretically**
257:9,10,14,19
258:3 271:25
272:4
**theory** 54:7
294:9
**thick** 273:20
**thing** 36:16
55:4 178:15
231:14 272:3
290:25 323:22
**things** 33:12
56:17 58:2

**think** 12:1 15:9
17:9 21:4,5,12
27:14,17,20
31:12 40:23
43:7 45:15,23
46:2,6 52:5
57:4,20,25
60:21 76:18
80:2 83:15
95:16 97:11
102:18 106:20
112:17,19
114:25 115:14
136:3 139:24
140:4 142:15
142:19 144:20
145:4 147:3
155:11 157:2
160:8 162:8,19
166:16 169:5
171:6 173:2
178:15 181:1
190:7 210:5
211:2,20
213:17 214:4
214:23 222:20
226:19 228:10
228:11 231:4,4
231:9 232:6,15
242:14,20,22
242:25 243:17
243:19 246:19
258:8 262:25
264:7,19 266:9

Golkow Technologies,
877-370-3377   A Veritext Division   www.veritext.com
Case 7:23-cv-00897-RJ   Document 359-8   Filed 04/29/25   Page 467 of 479

270:15,23
272:13 273:12
274:7 276:16
280:20 282:14
285:12,23
286:7 288:8
289:17 295:11
298:18,21
300:9 310:2
316:20 333:24
333:24 338:1
339:16 344:14
344:21,24
345:2,25
350:21 355:10
360:19 368:3
369:11 370:21
378:25 379:4
**third** 65:21
118:9 126:10
137:24 147:14
245:19 272:21
299:20 325:22
362:21
**thirty** 372:9
**thomas** 331:11
**thought** 12:4
163:19 290:18
**thoughts** 294:6
**thousand**
181:18,19
**thousands**
325:24

**thread** 207:9
296:22
**three** 10:9
26:25 49:13
65:2 84:9
94:21 96:13,14
96:19 103:25
112:25 121:1,8
122:24 126:4
139:8,18
141:25 142:9
185:17 188:14
200:16 201:18
204:2 212:15
212:16 225:5
227:16 244:8
247:1 283:2
295:18 309:5
309:19 377:16
**throw** 272:21
**thursday** 1:16
**ties** 244:18
245:8
**tiff** 213:7
**tightly** 260:5
**time** 7:7 21:24
22:2,7,8,14,19
24:10,19 30:23
30:23 31:4,8
31:10 32:21
34:2,6,11,25
41:3,6 57:25
58:10 60:3
62:22 63:1

65:5 77:15
85:16 100:21
113:16 136:14
136:18 141:10
145:9 152:25
161:5 169:11
169:15 177:1
185:16 199:21
213:9 215:12
218:22 219:11
219:15,15
225:25 226:1,1
226:7 227:19
227:21 232:3
232:17,19,19
237:22,23
238:7 243:24
243:25 248:1
252:23 254:18
256:12 258:23
259:8 270:5
281:5,24 282:3
290:12 292:5
294:3 298:14
299:21 303:21
312:15 322:11
326:2,6 334:5
339:8 341:16
348:16,20
360:14,18
371:25 379:24
**timeframe**
148:13 244:17
245:7 339:6

**timeline** 330:9
353:6 355:25
**times** 32:18
78:25 116:10
116:24 117:15
195:18 197:19
204:5 250:3,18
251:2,7 253:2
254:21 320:12
326:3 333:14
**timescale** 31:18
**timescales**
31:20
**timing** 320:9
**tired** 181:20
**title** 361:6
362:5
**titled** 285:7
**titles** 305:24
**today** 9:14,18
10:1,19,20
33:14 70:8,12
**today's** 7:6
9:21 10:5,22
**together** 35:6
57:23 158:16
259:19 263:12
377:10
**told** 42:22
134:1 196:8
234:4 243:7
328:6
**toluene** 310:15

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 468 of 479

**tom** 226:4
**toms** 59:18
  359:16
**took** 328:18
**tool** 69:12
**top** 49:3 117:20
  150:23 163:21
  179:25 181:15
  181:21 183:4,5
  190:19 225:3
  229:18 264:5
  276:12,19
  284:2 315:7
  335:9 343:7,13
  359:5 361:6
**topic** 32:12
  87:8
**topics** 24:8
  26:11 30:6
  42:7
**tort** 2:17
**total** 24:12
  119:15 143:24
  145:8 237:10
  238:19 269:24
  281:3 310:15
**totally** 192:11
  192:17 194:1
  201:17 254:10
  289:4 319:19
  354:1,2 355:14
  355:20,21,22
  356:2,9,11,13

**toward** 188:5,7
  195:7,8 198:10
  198:13
**towards** 69:18
  190:25 191:18
  193:12 200:8
  246:20
**township** 6:10
  59:16 359:17
  361:23 362:7
  363:17,24
  364:23 366:12
  366:15,25
  367:12
**toxic** 26:21
  84:14 274:10
**trade** 102:20
**training** 43:14
  284:4,7,10,22
  375:23,24
**trajectory**
  354:1,3 355:14
**transcribing**
  9:13 291:24
**transcript** 5:8
  12:4 224:13,18
  292:13 335:1,5
  335:8 381:11
**transfer** 55:25
**transferred**
  228:24
**transfers** 54:17
  55:11 56:6,13
  56:18

**transient** 96:12
**transition** 26:4
**transport** 4:21
  31:23 32:4
  34:16 35:4
  36:3 45:7
  49:14,21 67:9
  67:10,12 68:18
  68:19 96:14,20
  127:21 128:4
  138:3,8,24
  141:25 142:8
  143:5,8 144:10
  145:3,19
  209:21 226:25
  245:22 246:5
  246:21,24
  287:9 288:23
  294:7 320:5,20
  323:12 341:3
  341:11 354:7
  365:11,15,18
  365:21,24,25
  368:25 369:23
  370:4,12
**transported**
  348:2
**travel** 189:12
**traveling**
  193:12
**treat** 37:15
  65:16 135:20
  157:18 223:2

**treated** 131:18
  138:17,22
**treating** 223:1
**treatment**
  36:22 37:5,10
  37:11,13 49:18
  56:1,19 96:18
  99:16,17 100:1
  100:20 111:24
  112:2,8 113:8
  113:11 114:11
  114:15 120:3,6
  120:17 121:11
  122:10 123:13
  126:3,8 127:6
  128:20 129:5,9
  130:2,17,19,23
  130:24 131:3
  131:10,15,16
  131:20 132:4
  134:2,16,18
  135:17,21
  138:18,22
  139:25 148:6
  155:23 205:19
  205:21 228:25
  247:3,13 250:5
  251:9 252:20
  252:24 253:3
  256:7,13
  257:24 258:18
  259:11,21
  260:3 261:21
  277:1 278:14

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 469 of 479

278:24 282:22
283:8,9 307:17
309:9 313:18
313:23 316:8
316:14,25
317:7,16,20
318:1,6,14,16
319:7,9,13,15
319:18 322:16
327:22 333:17
334:2 352:6
353:3 354:4
356:1 358:15
377:6
**trial** 38:2 39:5
**trichlorethyle...**
143:23
**trichloroethyl...**
275:1 277:25
285:7,10
305:13 327:19
369:23
**tries** 379:9
**true** 29:18,21
79:25 80:1
112:18,20
118:23 260:4
319:5 351:11
381:11 382:4
**truthfully** 9:24
**try** 28:1 38:20
71:14 89:1
222:11,18
223:7,14

227:23 253:23
**trying** 28:23
62:10 67:21
70:17,25 72:5
92:10 130:10
130:11 178:1
179:16 185:21
201:12,13,20
219:20 270:15
284:15 300:9
303:20 319:6
350:12 357:4
**tt** 101:4,5,14,14
102:2,5 103:8
103:14,17
105:14,16
108:9,9,10,21
108:22 109:4
109:12,15,23
110:4,11,11,11
110:11,11
112:1,9 113:6
113:9,23 114:6
114:9 115:4,15
115:17 116:7
116:18 118:17
118:17 120:15
120:15,21,21
120:21 121:2
121:12,14,15
121:17,17,21
123:18,21,23
123:23 124:1,4
148:10 156:12

174:24 185:13
185:25 188:3,6
188:7,12
189:12 190:25
191:18,22
193:13 195:2,7
195:9 197:24
198:10,13
199:18 200:8
200:14 203:25
204:16,24
205:14,17,20
226:17,20
228:4,18,20
230:4,20,24
231:22 232:1,2
236:3,7,11,15
236:18 237:2
244:24 255:12
255:18 256:20
257:18 258:4
258:24 259:7
259:10,22
260:10,11
**tucson** 6:15
359:14 372:12
373:1 375:2,4
375:7,9,14
376:17
**turkey** 23:6,16
24:19,22
**turn** 41:17 89:2
168:25 184:24
249:21 292:5

332:19 346:5
**twenty** 115:12
156:8 260:12
260:13 332:22
332:23 335:11
336:24 360:10
**two** 5:14 11:6
15:6 34:21
54:4 59:7
65:13 69:9
91:1 93:12
94:15,20 96:12
99:13,16
112:25 119:9
121:6 122:23
136:8 139:5,7
144:1 153:11
153:22 161:3
178:17 182:14
192:11 199:17
199:21 201:14
202:24 208:22
209:2,3,12
211:5 213:21
215:23 216:7
217:6,6 219:10
230:10,19
245:15 246:3
246:10 247:1
258:20,22
259:7,21 260:6
260:9 261:23
262:18,24
263:1 268:13

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 359-8 Filed 04/29/25 Page 470 of 479

274:4 276:17
279:11,20
282:8 283:1
285:2 293:10
293:12,22
295:6 297:2,6
297:20 305:1
334:1 338:2,4
346:7,9 360:10
360:11 363:20
365:18 369:15
377:14,19
**two.two** 282:15
**type** 21:3 138:1
165:25
**types** 23:22
34:24 183:22
183:24 282:20
320:17 321:1
**typewriting**
381:10
**typically** 180:2
**typo** 108:2,2
142:13
**typographical**
142:16

**u**

**u** 382:1
**u.s.** 2:15,17
5:23 9:5 84:15
84:20 85:5
94:22 100:16
103:9 107:9

119:17 137:21
144:4 274:11
275:2 283:3
331:25 332:11
344:3,4 369:2
375:10 378:20
378:21
**uber** 331:11,13
**uh** 25:15 32:13
33:4 35:13
36:2,15 41:1
49:2 50:12
53:9 56:20,23
57:13 64:23
73:5 77:1 80:4
82:15 89:7
92:1 104:7
106:25 108:7
108:13 109:13
111:17 113:21
114:13 115:5
115:21 120:23
123:25 125:19
129:24 131:21
134:12 135:4
147:16 148:11
149:20 150:12
153:15,17
157:12 163:1,5
163:25 167:11
169:23 170:1
172:5,7 178:22
179:5,22 182:6
184:21 185:20

186:21 195:1
201:9 202:18
206:17 207:12
207:17 208:4
208:18,24
209:6,9,13
210:20 213:12
213:20 215:7
215:15 216:23
217:2,5 218:20
219:2,13 221:4
224:15 227:13
227:17 230:21
235:17 239:8
243:22 245:12
245:21,25
246:9 247:2
252:1 253:12
254:7,11,23
256:4,10,14
258:21 261:6
263:10 265:16
266:25 268:9
269:18 272:11
272:15 280:4
282:13,19
283:5 284:3
286:4 288:3
293:14 295:20
297:8 298:23
299:8 303:23
305:7,16 306:3
307:6,20
310:13,20

311:10,14,16
312:9,18 314:9
315:8 318:19
319:10 327:12
332:5 334:3,22
334:24 340:23
341:21 343:14
343:25 349:7
350:8,15 353:8
354:10 355:17
357:8,16 359:4
360:8 362:9,11
362:25 363:7
369:6,17,20
371:17,17,20
373:7,22
374:18
**ultimately**
339:12
**uncertain**
77:16 96:21
253:9 260:24
**uncertainties**
80:18,22,24
81:7 82:1,10
249:19,21,22
**uncertainty**
49:19 80:12,19
80:21 81:11,12
81:18,22,25
82:12,12,18,19
90:12 96:25
126:17 132:15
233:2,4,10

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 471 of 479

249:24 250:12
252:7,10 253:5
253:10 260:19
260:20,22
261:22,23
262:4,14,18
263:8,11,21
264:25 266:15
267:2 268:2
304:14 318:24
325:23 326:5
326:15,16,19
326:25 327:7
328:20,23
329:7,19,24
347:12 348:5,8
349:24 350:16
350:19,22,22
352:2,4 354:17
354:20,24
356:17,19
**uncombusted**
375:24
**uncomfortable**
176:18
**uncontaminat...**
112:3 338:25
**under** 9:23
41:10,14 63:7
117:20 156:10
174:22 189:1
192:13 258:18
327:5 342:3
344:3 381:10

**undergoes**
126:16
**underground**
329:17,25
341:13 355:4
**underlying**
320:24
**underneath**
26:15 141:4
154:14
**understand** 9:9
9:12,16,20,23
13:9 14:22
15:12 19:18
22:21 23:13
24:9 27:12
28:22 29:5
34:23 44:12
45:15 57:4
63:8 67:19
68:4,8 74:24
78:11,21 79:14
81:16,24 92:7
97:19 130:8
132:18,22
133:23 134:13
150:3 177:3
184:11 189:3
189:25 197:7
199:15 213:13
214:9 221:3
226:10 227:8
229:12 230:8
233:13 247:8

248:3 253:24
270:16 295:14
301:3 329:10
353:4 379:9
**understanding**
49:4 51:2
65:19 68:10
88:2 97:7,21
130:7,12
139:17 144:7
145:1 157:19
162:2 166:18
183:10 185:24
235:16 236:4
236:13 247:16
257:17 279:23
304:7 312:3
314:2,14
315:18 333:12
333:18,22
358:18 364:22
**understood**
194:12
**undeveloped**
375:9
**unexposed**
339:1
**uniform** 209:10
**uniformly**
170:10
**unique** 355:13
**uniquely**
355:12

**united** 1:1 7:11
18:1
**units** 88:9
126:3 144:1
**universal** 306:8
**universe** 267:9
267:10 268:23
269:25 270:2
271:22 273:3,4
356:20,25
357:1
**university**
31:17 43:14
**unknown** 96:21
160:21 162:6
270:1,6
**unlined** 375:25
375:25 376:4
**unmeasured**
351:3 352:11
**unsaturated**
153:20 216:19
216:21 218:1
218:19,23,25
219:16
**unstressed**
245:13 246:3
**untrained**
284:9
**unusual** 135:18
135:19
**updating** 370:6
**upward** 155:6

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 472 of 479

use   35:1,14
  64:4 65:21
  66:10,13 67:9
  71:13,19 72:8
  72:21,24 73:1
  73:17,20 92:14
  98:6 134:8,10
  134:15 135:12
  149:17 165:10
  165:15 166:2,9
  166:14 181:23
  183:1 187:8,10
  190:7,13
  209:22 213:1,3
  213:18 216:18
  243:20 244:23
  246:16 254:17
  288:18,19
  298:25 304:21
  339:3 359:8
  364:15,19
  373:8 379:8
used   9:21 30:22
  31:10,20 32:21
  32:24,25 33:5
  33:19,25 34:6
  34:8 35:7,15
  35:18 37:12,14
  64:13 69:22
  71:22 73:23
  76:21 85:24
  86:23 87:15,18
  90:10,15 93:23
  94:4 96:8,11

96:12,15,18,20
96:23 97:2,11
131:18,18
132:4 134:20
135:6 137:19
141:24 142:7
143:4 144:10
144:13 145:2,7
145:16 147:2
148:2,9 150:23
153:24 157:18
158:3 165:20
166:5,6 167:24
168:4 171:3,8
171:9 175:16
177:12 178:2
179:2 180:20
181:6,9,10,24
183:23 184:7
187:2 191:20
192:15,15
199:6 200:6
201:15 204:15
206:6,9 209:11
209:15 210:9
210:15 211:6
216:16 234:15
234:15,16
238:13 239:3
244:21 246:18
246:22,23
247:6 249:25
253:15 254:12
265:1 272:7

280:19 282:22
287:9,21
288:14 289:2
300:12 320:21
321:5 322:9,9
322:10 334:4,8
340:24 347:9
347:16,24
355:7 366:6
373:14,18,19
373:19
useful   65:6
  81:2
users   376:19
uses   44:20 81:9
  112:1 175:9
  177:15
usgs   6:12 72:16
  368:18 369:4
using   32:8 37:9
  64:3 65:3
  69:15 70:19,20
  71:24 76:24
  78:22 85:23
  88:19 131:2
  146:16 152:2
  175:3 180:12
  182:3 188:13
  200:16 204:1
  205:4 206:4
  208:22 209:1
  209:21 210:5
  213:16 214:3
  214:13,19

230:1 239:6
240:5 247:3
249:9 261:24
266:9 275:6,10
275:17 276:13
276:21 277:2
278:11 283:6
302:1 325:23
325:25 326:19
326:25 327:6
327:19 347:23
363:17 364:5
365:8 370:12
370:19 377:6
usmcb   174:24
usually   20:1
utero   84:18
  85:11

**v**

valid   65:25
  67:23 68:13
  90:14 347:14
validation
  353:14
value   150:11
  155:15 158:11
  162:12 170:11
  171:11,13
  172:14 173:4
  180:13 187:17
  190:13 192:1,4
  208:15 209:15
  212:22,23

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 473 of 479

271:2 315:11
315:12 318:5
319:12 324:9
**values** 107:7,20
107:25 134:4
155:21 157:21
161:14 162:12
164:23 171:8
175:6,9 176:22
177:16 180:2,9
180:16,17
182:9,13
183:15,22,24
184:2,4,23
192:15,15
202:25 205:22
232:17 237:23
238:13 239:1
287:9 305:22
305:23 306:1
309:20,23
312:15 324:15
326:7 350:1,11
350:12,16,18
350:21 351:4,6
351:14 352:16
**variability**
49:19 96:25
**variable** 34:16
35:5 303:10
**variation** 49:16
250:2,6 251:1
251:7 252:25
262:19,20

263:13,14
264:1 268:15
268:16 320:14
352:8
**variations**
252:21 260:21
263:9,21
315:22 316:6
316:11 327:17
354:18
**varied** 166:8
227:4 318:9
**varies** 166:1
**various** 307:15
330:10 366:11
376:5
**vary** 156:25
158:16 165:24
318:25
**varying** 262:7
313:15 314:16
315:11,20
320:21 321:10
**vc** 276:24 277:9
**velo** 167:1
**velocity** 166:24
167:1 246:12
246:13,13
**verbal** 18:13
**verbally** 16:10
**verification**
244:20,22,24
**verifications**
244:15 245:5

**verified** 247:3
**verify** 247:6
**versa** 193:24
**version** 74:6
123:8
**versus** 81:4
211:6 213:9
215:12 236:6
281:12
**vice** 193:24
**vicinities**
323:13
**vicinity** 54:13
96:10 100:16
119:17 137:21
144:3 146:11
188:12 200:14
203:25 370:8
378:11
**victor** 151:10
**video** 7:7
**videographer**
3:5 7:1,4 8:3,9
8:11 9:17
38:14 62:22
63:1 136:14,18
169:11,15
248:10 281:24
282:3 348:16
348:20 379:24
**videotape**
291:23
**videotaped**
1:14

**vijay** 331:10,13
**vinyl** 278:3
307:16 349:10
350:9 369:24
**visit** 24:12,16
24:20
**voc** 124:21
125:4 126:2,7
126:12,14
127:5
**vocs** 85:12
94:23 125:23
277:4 376:15
378:1
**voice** 38:10,21
176:6,10,13,15
177:9
**volatile** 84:19
274:25 323:12
**volatilization**
126:12 216:22
218:9
**volatization**
126:12
**volume** 155:11

| w |
| --- |

**wait** 199:14
274:3 296:2,2
296:2,7 337:12
360:18,18
**walk** 24:11
**walski** 225:14
225:15,24

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 359-8 Filed 04/29/25 Page 474 of 479

| | | | |
|---|---|---|---|
| 226:5 331:12 | **water** 1:7 5:20 | 119:16,25 | 235:19,21 |
| 338:16,20 | 6:9,12 7:10 | 120:2,2,5,5,16 | 245:14 247:3 |
| 339:13,24 | 20:18 27:5 | 120:16 121:10 | 247:13 250:5,5 |
| 340:3 | 31:9 36:13,22 | 121:11 122:9 | 250:7 251:2,8 |
| **want** 28:21 | 37:5,10,11,13 | 122:10,19 | 251:8 252:20 |
| 31:24 89:2 | 42:5 45:5 47:3 | 123:13 125:13 | 252:23,23 |
| 122:22 136:4 | 48:8 49:6,17 | 125:25 126:16 | 253:3 254:19 |
| 168:24 184:23 | 49:18,25 51:14 | 126:25 127:6 | 256:7,13,22 |
| 196:17,17 | 52:4,10 54:6 | 128:19,20,21 | 257:23,23 |
| 197:1 232:4 | 54:10,16,17,18 | 128:25 129:5,8 | 258:18 259:11 |
| 235:6,15 247:7 | 54:23 55:11,12 | 129:9,16,17 | 259:21 260:2 |
| 253:23 258:5 | 55:15,24 56:1 | 130:1,2,17,19 | 261:20,21 |
| 261:13 280:9 | 56:19 57:15 | 130:23,24 | 275:2,10,17,20 |
| 329:21 335:20 | 58:24 59:11,14 | 131:3,14,14,15 | 275:22,24,24 |
| 346:5,14 | 60:2,7,12 67:8 | 131:16,19,20 | 276:22,25,25 |
| 359:19 378:15 | 67:13 68:17 | 132:4 134:16 | 277:5 278:14 |
| **wanted** 48:10 | 69:24 83:4 | 135:16 136:8 | 278:17,17,21 |
| 166:17 203:14 | 84:20 85:8,12 | 138:17,18,22 | 278:22 282:21 |
| 218:10 232:8 | 85:23 86:1,3,7 | 138:22 139:25 | 282:22,22 |
| 336:8 368:13 | 86:21 89:18,20 | 141:8 143:24 | 283:1,3,8,8,9 |
| 372:6 | 93:25 94:4,21 | 146:11 147:2 | 283:19,23 |
| **wants** 209:10 | 94:24,25 95:1 | 148:3,6 155:22 | 305:14 307:17 |
| **warranted** | 95:8 96:17,17 | 156:11 159:11 | 307:17 309:2,9 |
| 363:11 | 97:1,3,4 99:3,9 | 159:16 164:10 | 310:16,16 |
| **washington** | 99:13,14,15,17 | 164:23 167:4,5 | 313:10,12,17 |
| 2:18 | 99:17,18,23,24 | 175:18 177:13 | 313:18,22,23 |
| **waste** 149:3 | 100:1,2,4,15,19 | 180:5 185:13 | 314:4 316:7,7 |
| 151:17 152:16 | 100:19,20 | 198:25 205:18 | 316:10,13,14 |
| 153:2,6 320:11 | 101:8,17 103:8 | 205:21 208:11 | 316:23,24,25 |
| 375:21 | 107:8,20 108:1 | 220:25 221:7 | 317:6,7,7,16,19 |
| **wastes** 375:24 | 111:3,24,24,25 | 223:21 224:22 | 318:1,6,14,16 |
| 376:5 | 112:2,2,7,8 | 228:24 230:2,4 | 319:4,7,9,13,15 |
| **wastewater** | 113:5,7,7,11 | 230:7,23 | 319:18 320:6 |
| 146:20 151:17 | 114:10,15 | 231:22 232:13 | 322:15 327:18 |

327:20,22
330:9 331:22
332:9 333:15
333:17 334:1
341:2 342:4
344:7 345:8,16
345:23 347:5
349:15 352:6
353:2,10 354:3
356:1 358:7,11
358:14,15,19
359:6 361:22
362:6 363:13
363:16,17,23
364:2,5,19,24
366:7,10
367:10,20,21
368:18 369:4
373:11 375:18
376:11 379:3,5
**waters** 245:14
**way** 33:10 36:3
150:4 179:17
193:13 215:2
220:25 222:24
236:24 255:4
264:20 267:25
270:23 299:2
352:25 354:2
**ways** 34:22
95:17 230:10
230:19 254:5
270:3,4 343:5
343:11 373:21

**we've** 330:12
347:3 372:25
**weighed** 277:3
**weighted** 96:16
128:18,25
129:2,3,15,23
130:14,22
131:8
**weir** 126:18
132:16
**weitz** 1:14 2:9
7:8
**weitzlux.com**
2:11,11
**wells** 36:8,13
36:19,20,22
37:5 49:17
54:10 56:22,24
95:1 99:15,25
100:15,19
107:8,21 108:1
112:3 114:19
115:6,9,19
117:5,7,9
118:17,20,24
119:16 120:19
121:8 123:14
124:3 128:20
130:2 138:3,8
138:24 141:8
141:11 143:25
144:8,21,22,23
144:24 145:6
221:1,25

223:22 227:11
227:24 230:2,7
232:14 235:19
235:21 250:5,7
250:18 251:2,8
252:23 254:1,8
254:19 255:7
255:13,19
266:11 283:7
283:12,19,24
284:6,8,9,22
303:13 305:14
306:1,8,13,14
307:17 308:4
309:3,5,13,16
309:19 310:17
317:18,21
318:3 321:16
321:23 340:6
341:13 365:9
367:21 375:17
376:11,17
**went** 21:18
23:6 99:25
115:14 247:15
264:2 298:10
**west** 375:13
377:15
**weston** 151:24
151:25
**wet** 171:8
**whatsoever**
61:17

**when's** 58:10
**wide** 377:18
**williams** 3:9
8:5
**winter** 364:3
**wise** 232:23
**wish** 212:19
**witness** 8:15
13:23 14:1
25:15 27:19,22
28:18 29:7
38:8,10 46:15
46:18 53:9
61:20,24 62:20
75:14 89:15
102:15 106:5
116:3 127:11
137:4,7,10,12
139:9 169:10
174:1,6 188:25
191:15 194:10
195:16,19
196:3 220:18
224:15 228:13
244:2 248:19
261:3,6 273:17
279:6,9 286:21
289:12,15,18
290:1,3,13
294:16,20,22
294:24 297:3
300:25 301:2
305:7 306:25
307:6 334:17

Golkow Technologies,
A Veritext Division
877-370-3377    www.veritext.com
Case 7:23-cv-00897-RJ    Document 359-8    Filed 04/29/25    Page 476 of 479

335:11 336:13
336:25 337:10
337:12,14,16
337:20,23
338:4,8 343:14
348:13,23
360:8 372:8
374:13,16,19
379:17,19
381:18
**women** 84:25
**wondered**
361:4
**wondering**
155:9 219:22
**word** 113:2
253:16 257:10
292:17
**words** 77:13
246:12
**work** 15:17
22:9,18 30:8
30:20 34:9
40:9 41:5
43:25 45:16
46:15,18 47:10
47:19 58:3,21
59:15 60:9,13
69:17 86:8,22
88:18 221:1
300:16 345:10
345:24 355:1,9
363:15

**worked** 21:15
34:19 45:21
57:16,22,24
288:18 298:19
300:14 303:15
**working** 27:4
46:24 47:2
51:20 57:25
65:23 66:1
67:8 68:9,11
69:25 82:17
85:8 86:6,20
245:11 275:23
303:16 330:13
339:9
**works** 20:17,21
21:2
**world** 271:11
271:13 272:1,4
299:18 300:4
300:19 301:21
302:4,23,24
303:10
**world's** 303:7
**write** 13:12
66:3 189:22
204:7 229:13
234:9 288:12
288:13
**writing** 16:10
50:20 288:6
324:18
**written** 47:17
151:10 181:9

182:15 192:7
198:22 217:18
229:9 232:7
324:20
**wrong** 67:11,14
102:18 173:7
280:7 311:21
357:24 358:2
371:24
**wrongly** 353:1
**wrote** 32:3
50:17 204:6,7
253:18 289:1
323:9
**wtp** 96:18

## x

**x** 1:6,9
**xavier** 375:11
**xylene** 310:15
378:1

## y

**yeah** 10:15,15
10:24 11:24
14:11 15:4
18:18 19:6,9
20:7,9,11,13,24
22:18 23:8
24:2 25:4 27:2
27:19,22,24
28:2,4,6,18,25
29:3,12,20
30:16,17,18,24
31:6 33:7,9,19

33:23 37:14,17
38:7 39:1,17
41:8 44:11
48:2 49:7,9
52:8 55:2
56:16 57:3
60:4,21,21
64:16 66:5
70:11 71:25
72:2 75:14
77:6,8,24 79:7
80:9 83:11,21
84:9,11 86:5
88:24 89:23
90:22 93:14,19
94:17,19 97:16
97:19 98:15
101:3 104:3,24
105:7,10,13
106:13 107:23
109:22 110:19
112:13 114:4
114:21 117:7
117:10,17
119:21,23
120:12 121:5
123:22 125:12
125:14 128:8
130:20,20
139:14 142:3
142:10 144:6
151:7 152:12
152:22 154:3,5
154:20,20,23

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 477 of 479

| | | | |
|---|---|---|---|
| 155:17 157:10 | 238:4,23,25 | 311:23 312:25 | 142:22 161:3 |
| 158:18 162:1,7 | 240:2,7,24 | 313:3,7 314:6 | 266:1 290:21 |
| 163:1 164:18 | 241:6,20,25 | 315:5 316:17 | 293:22 295:6 |
| 165:1 168:2 | 242:2,21 243:3 | 317:10,12,21 | 341:14 |
| 169:2 170:6,25 | 243:8,17 244:9 | 317:23 319:1,3 | **yesterday**   10:6 |
| 172:4 173:11 | 244:13 248:4 | 319:25 324:10 | 10:20 |
| 173:14 174:12 | 249:17 252:15 | 324:12 325:20 | **yield**   294:1 |
| 174:17,19,20 | 252:16 254:16 | 325:21 327:4 | 298:12 |
| 175:20 177:18 | 255:6,8 256:17 | 327:14 328:25 | **yielded**   298:21 |
| 178:7 183:9 | 257:11 259:17 | 330:11 331:6 | **yields**   185:17 |
| 184:9 185:1,8 | 261:18 262:9 | 332:7 333:3 | **york**   1:15,15,16 |
| 185:11 186:3 | 262:16 264:14 | 334:23 336:15 | 2:10,10 7:9,9 |
| 186:25 188:24 | 266:16 267:5 | 337:14,21 | 24:13,16 381:3 |
| 190:21 191:15 | 267:17 268:11 | 339:11,22 | 381:23 |
| 192:10 194:21 | 268:14 269:22 | 340:1,7,13 | **yup**   22:6 34:3 |
| 194:23 195:5 | 271:8 273:12 | 343:8,22 | 53:25 114:8 |
| 197:16 202:4 | 273:22 274:2,9 | 344:20 345:21 | 240:17 251:22 |
| 205:8,10 207:7 | 274:14,17,21 | 350:13 351:8 | 289:23 299:12 |
| 210:4,10,22 | 276:5,19,20 | 358:4 363:4 | 307:10 309:21 |
| 211:10 212:17 | 277:24 278:2 | 364:14,16,18 | 312:22 338:18 |
| 214:12 215:18 | 278:20 279:22 | 364:21 367:3,8 | 343:2 346:25 |
| 216:17 217:22 | 281:12,23 | 367:8 370:17 | 356:6 |
| 217:25 219:18 | 282:16 284:20 | 371:3,7,7,7,9 | |
| 220:13 222:2 | 285:22,25 | 372:24 373:3 | **z** |
| 223:4,18 224:1 | 286:21 290:9 | 374:15,24 | **zero**   173:10 |
| 224:20,24 | 290:13,21 | 378:6,12 | 237:7 |
| 225:9,10,11,16 | 291:2 293:5,9 | **year**   17:10 | **zeros**   241:10 |
| 225:22 227:3,3 | 293:19,24 | 26:16 84:19 | **zone**   153:13 |
| 227:3,5,5,8 | 294:10,18 | 120:7,8 | 216:22 217:23 |
| 228:13 229:22 | 296:24 297:14 | **years**   15:6 | 218:1,19,21,24 |
| 231:8,15,19 | 300:25 301:2 | 19:23 22:2 | 218:25 |
| 234:13 235:6 | 303:6 305:5,8 | 34:11 37:23 | **zones**   153:20 |
| 236:2,9,23 | 305:20,24 | 57:23 58:13 | 216:19 219:10 |
| 237:1,12 238:2 | 308:9,25 311:5 | 62:8 121:6 | |

Golkow Technologies,
877-370-3377                                A Veritext Division                                www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 478 of 479

**zoom**    3:7,8,9,10
    3:11,12,13,14
    3:15,16,17 8:3

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 359-8     Filed 04/29/25     Page 479 of 479