IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: ) | **MOTION TO EXCLUDE** |
| ) | **THE TESTIMONY OF** |
| CAMP LEJEUNE WATER LITIGATION ) | **DR. RODNEY KYLE LONGLEY** |
| ) | **Fed. R. Evid. 702** |
| **This Document Relates To:** ) | |
| **ALL CASES** ) | |

Pursuant to Federal Rule of Evidence 702 and related case law, the United States respectfully moves the Court for an Order to exclude the testimony and opinions of Dr. Rodney Kyle Longley ("Dr. Longley"), Plaintiffs' proffered expert. Dr. Longley's testimony is inadmissible in its entirety because his opinions are based upon an unreliable application of a standard historian's methodology to the facts of this case. In support of this Motion, the United States submits and relies upon its accompanying Memorandum in Support.

*[Signature page to follow.]*

1

Dated: April 29, 2025

Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General
Torts Branch

J. PATRICK GLYNN
Director
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Unit

ADAM BAIN
Special Litigation Counsel

HANLEY GIBBONS
SARA MIRSKY
SHARON SPRAYREGEN
Trial Attorneys

 /s/ Cindy M. Hurt
CINDY M. HURT
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation
1100 L Street, NW
Washington, DC 20005
(202) 307-5788
Fax (202) 616-4473
Cindy.M.Hurt@usdoj.gov
Virginia Bar No. 86826

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

*Attorneys for Defendant,*
*United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2025, I electronically filed the foregoing using the Court's Case Management/Electronic Case Files system, which will send notice to all counsel of record.

*/s/ Cindy M. Hurt*
CINDY M. HURT
