IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: )<br>)<br>CAMP LEJEUNE WATER LITIGATION )<br>)<br>This Document Relates To: )<br>ALL CASES ) | **UNITED STATES' MOTION IN LIMINE TO EXCLUDE VAPOR INTRUSTION EVIDENCE AND TESTIMONY**<br>Fed. R. Evid. 401-403 |

Pursuant to Fed. R. Evid. 401, 402, and 403, the United States respectfully moves the Court in limine for an Order to exclude evidence and testimony about soil or groundwater vapor intrusion and emissions at Camp Lejeune. In support of this Motion, the United States submits and relies upon its accompanying Memorandum in Support.

*[Signature page to follow.]*

1

Dated: April 29, 2025

Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General
Torts Branch

J. PATRICK GLYNN
Director
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Unit

ADAM BAIN
Special Litigation Counsel

ALLISON O'LEARY
GIOVANNI ANTONUCCI
ALANNA HORAN
KAILEY SILVERSTEIN
Trial Attorneys

*/s/ Haroon Anwar*
HAROON ANWAR
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation
1100 L Street, NW
Washington, DC 20005
(202) 305-2661
Fax (202) 616-4473
Haroon.Anwar@usdoj.gov

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Attorneys for Defendant,*
*United States of America*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 29, 2025, I electronically filed the foregoing using the Court's Case Management/Electronic Case Files system, which will send notice to all counsel of record.

                                                        */s/ Haroon Anwar*
                                                        HAROON ANWAR