IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

| IN RE: | ) | |
| --- | --- | --- |
| | ) | **INDEX OF EXHIBITS** |
| **CAMP LEJEUNE WATER LITIGATION** | ) | **MEMORANDUM IN SUPPORT** |
| | ) | **OF THE UNITED STATES'** |
| | ) | **MOTION TO EXCLUDE THE** |
| **This Document Relates To:** | ) | **TESTIMONY OF DR. RODNEY** |
| | ) | **KYLE LONGLEY** |
| **ALL CASES** | ) | **Fed. R. Evid. 702** |

| Exhibit | Description |
| --- | --- |
| 1 | Dec. 7, 2024 Rep. of Dr. Longley. |
| 2 | Jan. 13, 2025 Rep. of Dr. Longley. |
| 3 | Mar. 17, 2025 Rep. of Dr. Longley. |
| 4 | Apr. 3, 2025 Dep. Tr. of Dr. Longley. |
| 5 | Zachary M. Schrag, *The Princeton Guide to Historical Research*, (2021). |
| 6 | Mar. 5, 2024 Dep. Tr. of Gary McElhiney, Sr., Vol. 1. |
| 7 | May 28, 2024 Dep Tr. of Anthony Zinni. |
| 8 | Nov. 13, 2024 Dep. Tr. of Benjamin Urquhart. |
| 9 | Robert Suhosky, *Lejeune Recreation*, Leatherneck, Apr. 1955. |
| 10 | The Globe, Jan. 2, 1970. |
| 11 | Marc Bloch, *The Historian's Craft* (1953). |
| 12 | Donald A. Ritchie, *Doing Oral History* (3d ed. 2014). |
| 13 | Letter from Dep't of Justice to Plaintiffs' Leadership Grp. (Jan. 9, 2025). |
| 14 | Letter from Plaintiffs' Leadership Grp. to Dep't of Justice (Jan. 16, 2025). |

| 15 | Apr. 3, 2025 Longley Dep. Ex. 26, water buffalo image from U.S. Nat'l Guard's website. |
|---|---|
| 16 | Rodney K. Longley, *Grunts: The American Combat Soldier in Vietnam* (2008). |
| 17 | Am. Historical Ass'n, *Statement on Standards of Professional Conduct* (2023). |
| 18 | Apr. 3, 2025 Longley Dep. Ex. 27, "Nixon's Visit to Camp Pendleton." |
| 19 | The Globe, Aug. 10, 1972. |
| 20 | Letter from Plaintiffs' Leadership Grp. to Dep't of Justice (Jan. 21, 2025). |
| 21 | Jan. 7, 2025 Interview with Jerome Ensminger. |
| 22 | Aug. 30, 2024 "Oral History" of Allan Howard. |
| 23 | Jan. 7, 2025 "Oral History" of Mike Partain. |
| 24 | Video of Mar. 10, 2025 "Oral History" of Jerome Ensminger and Mike Partain to be filed manually. |
| 25 | Apr. 3, 2025 Longley Dep. Ex. 28, errata sheet to Dr. Longley's December 7, 2024 report. |