# EXHIBIT 4

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF NORTH CAROLINA

3

     IN RE:                          )
4                                    ) Case No. 7:23-cv-00897
     CAMP LEJEUNE WATER LITIGATION   )
5                                    )
                                     )
6    This Document Relates to:       )
     ALL CASES                       )
7    _____)

8

9

10                        - - -

11                     APRIL 3, 2025

12                        - - -

13

14            Videotaped deposition of RODNEY KYLE

15   LONGLEY, Ph.D. conducted at The U.S. Department of

16

17   Justice, 411 W. Fourth Street, Suite 800, in Santa

18

19   Ana, California, commencing at 9:36 A.M. PST on the

20

21   above date before Pamela Cotten, CSR, RDR, Certified

22

23   Realtime Reporter, Certificate No. 4497.

24

25                        - - -

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 2 of 446

```
 1     A P P E A R A N C E S:
 2

       For the Defense:
 3

                 U.S. DEPARTMENT OF JUSTICE
 4               BY:  HANLEY GIBBONS, ESQ.
                     CINDY HURT, ESQ.
 5               P.O. Box 340, Ben Franklin Station
                 Washington, D.C.  20044
 6               hanley.w.gibbons@usdoj.gov
                 cindy.hurt@usdoj.gov
 7
 8
 9     For the Plaintiffs:
10               WALLACE AND GRAHAM, PA
                 BY:  JOHN S. HUGHES, IV
11               525 North Main Street
                 Salisbury, North Carolina  28144
12               704.633.5244
                 Fax - 704.633.9434
13               jhughes@wallacegraham.com
14
15     ALSO PRESENT:
16               MICHAEL KELLEY, Videographer
                 (714) 904-0891
17
18
19
20
21
22     (Appearances continued on the following page)
23
24
25
```

```
 1      A P P E A R A N C E S (Continued):
 2

 3      ALSO PRESENT REMOTELY VIA ZOOM:
 4                JESSICA ANS, ESQ.
                  U.S. DEPARTMENT OF JUSTICE
 5
                  SARA J. MIRSKY, ESQ.
 6                U.S. DEPARTMENT OF JUSTICE
 7                SHARON SPRAYREGEN, ESQ.
                  U.S. DEPARTMENT OF JUSTICE
 8
                  LESLIE LaMACCHIA, ESQ.
 9                Bell Legal Group
10                WHITNEY WALLACE, ESQ.
                  Wallace & Graham, P.A.
11
                  JAY BRIGHAM, Ph.D.
12                Morgan, Angel, Brigham & Associates, LLC
13                PETER C. JONES, M.A.
                  Senior Research Associate
14                Morgan, Angel, Brigham & Associates, LLC
15                ANNEMARIE MOORE, Ph.D.
                  Senior Research Associate
16                Morgan, Angel, Brigham & Associates, LLC
17                DENNIS REICH, ESQ.
                  PLG
18
19
20
21
22
23
24
25
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 4 of 446

1                        I N D E X

2

3    Witness:  KYLE LONGLEY, Ph.D.

4    Examination:                              Page

5      BY MR. GIBBONS       ---------------------    9

6      BY MR. HUGHES        ---------------------   338

7

8

9

10                       E X H I B I T S

11    Deposition            Description            Page

12   Exhibit 1       Notice of Deposition and      13
                     Request for Production of
13                   Documents to Kyle Longley

14   Exhibit 2       Curriculum Vitae of Kyle      42
                     Longley
15

     Exhibit 3       December 7, 2024, Expert      52
16                   Report of Dr. Kyle Longley

17   Exhibit 4       Camp Lejuene Justice Act      52
                     Litigation Rebuttal Report
18                   of Kyle Longley

19   Exhibit 5       Response to Dr. Brigham and   52
                     Dr. Kelman Reports Dated
20                   2/7/25

21   Exhibit 6       Statement on Standards of     64
                     Professional Conduct
22                   (Updated 2023)

23   Exhibit 7       Chapter 8 from "Going to the  67
                     Sources, A Guide to
24                   Historical Research and
                     Writing" by Anthony Brundage

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 5 of 446

1                    E X H I B I T S
                       (Continued)
2

3    Deposition              Description              Page
4    Exhibit 8       Copy of "Doing Oral              112
                     History," Second Edition, by
5                    Donald Ritchie
6    Exhibit 9       Excerpt from "Grunts: The        148
                     American Combat Soldier in
7                    Vietnam"
8    Exhibit 10      Excerpt of a Review of           151
                     Grunts, Pages 692 & 693
9

     Exhibit 11      Copy of 8/29/1974 Edition of     190
10                   The Globe Newspaper
                     Bates Nos. 00897_PLG_
11                   0000059142 - 0000059153
12   Exhibit 12      Excerpt from the Base Master     193
                     Plan
13                   Bates Nos. CLJA_WATERMODELING
                     01-0000323058 - 0000323062;
14                   01-0000323120 - 0000323125;
                     01-0000323136 - 0000323137;
15                   01-0000323165 - 0000323166;
                     01-000323354 - 0000323355
16

     Exhibit 13      Camp Lejeune Telephone           225
17                   Directories
                     Bates Nos. CLJA_USMCGEN_
18                   0000074318 - 0000074493
19   Exhibit 14      Base Guide Titled "The Coast     237
                     of North Carolina Salutes
20                   Camp Lejeune"
21   Exhibit 15      Photocopy of The Daily News      259
                     Article Titled "U.S.
22                   Presidents Who Visited Camp
                     Lejeune While in Office"
23                   Dated 9/4/2020
24
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 6 of 446

```
 1                    E X H I B I T S
                        (Continued)
 2
 3     Deposition                Description
 4     Page
 5     Exhibit 16      Marine Corps Base Camp          267
                       Lejeune Chronology of
 6                     Significant Events
                       Concerning Contamination of
 7                     the Base Water Supply, Part
                       1 1950 through October 1989
 8                     Bates Nos. CLJA_HEALTHEFFECTS
                       0000053576 - 0000053628
 9
       Exhibit 17      12/9/2024 Expert Report of      273
10                     Jay L. Brigham, Ph.D.
11     Exhibit 18      2/7/2025 Expert Report of       278
                       Jay L. Brigham, Ph.D.
12
       Exhibit 19      Transcript of 3/5/2024          283
13                     Videotaped Deposition of
                       Gary Layne McElhiney, Sr.,
14                     Volume I
15     Exhibit 20      Transcript of the 11/13/2024    286
                       Videotaped Remote Deposition
16                     of Benjamin Lamar Urquhart
17     Exhibit 21      Transcript of the 5/28/2024     288
                       Videotaped Deposition of
18                     Anthony Charles Zinni
19     Exhibit 22      Kyle Longley's Invoices for     298
                       Services Dated
20                     8/1/2024 - 3/1/2025
21     Exhibit 23      Document Titled "Interview      308
                       by the Author with Mst. Sgt.
22                     Jerry Ensminger, 7 January
                       2025"
23                     Bates Nos. CL_PLG_
                       Expert_Longley
24                     0000000012 - 0000000013
25
```

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 7 of 446

```
 1                    E X H I B I T S
                         (Continued)
 2
 3     Deposition              Description
 4     Page
 5   Exhibit 24       Document Titled "Oral          310
                      History of Mike Partain via
 6                    Zoom, 7 January 2025"
                      Bates Nos. CL_PLG_EXPERT_
 7                    LONGLEY_0000000015 -
                      0000000016
 8
     Exhibit 25       1/14/2025 Email to Kyle        312
 9                    Longley and Jerome
                      Ensminger, Subject:
10                    Additional Notes from Jerry
                      for Dr. Longley
11                    Bates No. CL_PLG-EXPERT_
                      LONGLEY_0000000011
12
     Exhibit 26       12/31/2024 Document from       322
13                    Amentum - Web Capture
                      Photographs
14
     Exhibit 27       Printout from Website, "USMC   329
15                    110012: Nixon's Visit to
                      Camp Pendleton," One Page
16
     Exhibit 28       Errata Sheet - 12/7/24         339
17                    Report, One Page
18
19
20
21
22
23
24
25
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 8 of 446

1          SANTA ANA, CALIFORNIA - THURSDAY, APRIL 3, 2025

2                          9:36 A.M. PST

3                VIDEO OPERATOR KELLEY:  We are now on the

4      record.  My name is Michael Kelley.  I'm a

5      videographer for Golkow, a Veritext division.

6                Today's date is April 3rd, 2025, and the

7      time is 9:36 a.m.

8                This video deposition is being held at 411

9      West Fourth Street, Suite 8000, Santa Ana,

10     California, in re Camp Lejeune Water Litigation

11     pending in the United States District Court for the

12     Eastern District of North Carolina.

13               The deponent is Kyle Longley, Ph.D.

14               The court reporter is Pamela Cotten.

15               Will everyone state their appearances

16     starting with the noticing attorney.  Afterwards,

17     the court reporter will swear in the witness.

18               MR. GIBBONS:  Hanley Gibbons for the United

19     States.

20               MS. HURT:  Cindy Hurt for the United

21     States.

22               MR. HUGHES:  John Hughes for the

23     plaintiffs.

24               VIDEO OPERATOR KELLEY:  Will the Zoom

25     participants please state their appearances now.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 9 of 446

1        MR. REICH:  Dennis Reich for the
2    plaintiffs.
3        MS. LaMACCHIA:  Leslie LaMacchia for the
4    plaintiffs.
5        MS. SPRAYREGEN:  Sharon Sprayregen for the
6    United States.
7        MS. HURT:  There's also for the United
8    States Jessica Ans, spelled A-n-s is the last name.
9        THE REPORTER:  My name is Pamela Cotten.  I
10   am a court reporter licensed by the Certified
11   Shorthand Reporters Board of the State of
12   California.  My license number is 4497.
13
14            RODNEY KYLE LONGLEY, Ph.D.,
15   called as a witness, and having been first duly
16   sworn in by the Certified Shorthand Reporter, was
17   examined and testified as follows:
18
19                  EXAMINATION
20   BY MR. GIBBONS:
21       Q    Good morning, Dr. Longley.
22       A    Good morning.
23       Q    My name is Hanley Gibbons.  I represent the
24   United States.
25            Can you please state your full name for the

Golkow Technologies,
877-370-3377                 A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 10 of 446

1    record.

2         A    Rodney Kyle Longley.

3         Q    Thank you.

4              And am I correct that you are performing as

5    a retained expert in history for the plaintiffs in

6    the Camp Lejeune Justice Act Litigation?

7         A    Yes.

8         Q    Dr. Longley, have you ever been deposed

9    before?

10        A    No.

11        Q    I'm going to go through a few ground rules

12   just for purposes of maintaining the record and

13   ensuring everyone is on the same page for today.

14             During today's deposition, the court

15   reporter is going to transcribe everything that we

16   say while we are on the record.  In normal

17   conversation, it is typical that you might

18   understand what I'm about to ask before I finish my

19   question.  I like to ensure everything is properly

20   transcribed.  I'm going to ask that you please wait

21   until I'm done asking my question, pause briefly,

22   and then answer.

23             Do you understand?

24        A    Yes.

25        Q    Okay.  I'm also going to ask that you

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 11 of 446

1     always answer my questions clearly and verbally.

2     For example, if I ask a yes or no question, please

3     affirmatively and verbally respond with a yes or a

4     no.

5               It can also be very difficult for the court

6     reporter to transcribe uh-huhs or huh-uhs, so please

7     make sure that you are always clear using yes or no.

8               Is that fair?

9        A    Understood.

10       Q    Okay.  If you didn't hear my question,

11    please tell me, I'll clarify or I'll rephrase it.

12    If you answer a question, I'm going to assume that

13    you understood it.

14               Is that fair?

15       A    Fair.

16       Q    Okay.  Do you understand that a few minutes

17    ago you took an oath to tell the truth?

18       A    Yes.

19       Q    Okay.  And you understand that this is the

20    same oath that you take in court, subject to the

21    penalties of perjury?

22       A    Understood.

23       Q    Okay.  You can correct your testimony at

24    any time while we are here today.  After a few days,

25    after the deposition is complete, you are going to

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 12 of 446

1    be given a copy of the transcript to review.  Your

2    attorneys will also explain the process for making

3    any corrections to today's transcript, and then you

4    will be asked to sign it.

5         A    Understood.

6         Q    Okay.  I plan to take breaks roughly every

7    hour, but if you need a break at any point, please

8    just let me know.  The only exception would be if I

9    just asked a question, I ask that you please finish

10   responding to the question and then take a break.

11        A    Understood.

12        Q    Is there any reason that you might have

13   difficulty recalling information today?

14        A    No.

15        Q    Okay.  From time to time your counsel may

16   object.  After any objections, I'm going to ask that

17   you please answer the question.  The objections are

18   purely to register for the record.

19             The only exception would be if your counsel

20   instructs you specifically not to answer on the

21   basis of privilege or attorney work product.

22             Is that clear?

23        A    Understood.

24        Q    Okay.

25   ///

1              (The document referenced below

2         was marked Deposition Exhibit 1 for

3         identification and is appended

4         hereto.)

5    BY MR. GIBBONS:

6         Q    To begin, I'm going to show you what's been

7    premarked as Longley Exhibit 1, which is the notice

8    of your deposition today.

9              Dr. Longley, do you recognize this

10   document?

11        A    Yes.

12        Q    And you have seen this notice before today?

13        A    Yes.

14        Q    Can you please turn to Attachment A, which

15   I believe begins on page 5 of the exhibit.  The

16   document states:

17             "Pursuant to Federal Rules of

18        Civil Procedure 30(b)(2) and 45, the

19        United States makes the following

20        requests for production of

21        nonprivileged documents,

22        communications, materials, including

23        but not limited to any electronically

24        stored information, data, technical

25        files, and photographs within your

1          possession, custody, or control."

2              Number one:  "All emails,

3          correspondence text messages,

4          conversations, chats, voicemails,

5          data, technical files, or other

6          communications pertaining to

7          Camp Lejeune sent or received prior to

8          your retention as an expert in this

9          matter, including but not limited to,

10         from, or with:  a. Morris Maslia,

11         b. Robert Faye, c. Jason Sautner,

12         d. David Savitz, e. Rene Suarez-Soto,

13         f. Susan Martel, g. Scott Williams,

14         h. Frank Bove, i. Mike Partain,

15         j. Jerry Ensminger, k. Lori

16         Freshwater, and l. Paul Rosenfeld."

17             Did I read that correctly?

18         A     Yes.

19         Q     Do you have any such documents or

20     correspondence in your possession?

21         A     No.

22         Q     Okay.

23         Number 2:  "All emails, letters,

24         correspondence, text messages,

25         conversations, chats, voicemails, or

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 15 of 446

```
 1        other communications to, from, or with
 2        any individual who has filed a claim
 3        with the Department of the Navy or the
 4        Eastern District of North Carolina
 5        pursuant to the Camp Lejeune Justice
 6        Act of 2022.
 7             Did I read that correctly?
 8        A    Yes.
 9        Q    Do you have any such documents?
10        A    No.
11        Q    Number 3:  "All bills, invoices,
12        or other documents reflecting
13        compensation paid to Kyle Longley,
14        Ph.D., related to the Camp Lejeune
15        Justice Act litigation."
16             Did I read that correctly?
17        A    Yes.
18        Q    Apart from the materials that were provided
19   this morning, do you have any such documents in your
20   possession?
21        A    No.
22        Q    Okay.
23             And Number 4:  "The most
24        recent resume or CV describing the
25        educational and professional
```

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 16 of 446

```
1          background of Kyle Longley, Ph.D."
2              Did I read that correctly?
3      A    Correct.
4      Q    And your CV has been produced already?
5      A    Yes.
6      Q    Okay.
7      A    To my knowledge.
8      Q    Okay.  And Number 5:  "All
9      course names, course syllabi, and
10     other course material for -- course
11     material lists for any classes,
12     courses, or seminars taught by Kyle
13     Longley, Ph.D., within the last ten
14     years."
15             Did I read that correctly?
16     A    Correctly.
17     Q    Okay.  Do you have copies of such
18  materials?
19     A    I -- those are contained within the CV with
20  the exception of the course syllabi.
21     Q    Okay.  Do you still have access to those
22  course syllabi?
23     A    I should.
24     Q    Okay.  Do you know if this course syllabi
25  has been produced?
```

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 17 of 446

1    A    Not to my knowledge.

2    Q    Okay.

3    A    But can be easily done.

4    Q    Okay.

5         MR. GIBBONS:  John, I'm going to ask that

6    those syllabi be produced after today's deposition.

7         MR. HUGHES:  Okay.  Let me do, I guess, an

8    objection that will open up an issue.

9         Number 2, so as to emails, communications

10   with any individual who filed a claim, Dr. Longley

11   has had some communications with -- let me think --

12   he had a communication, an email from Mike Partain

13   that was produced.  Partain and Ensminger occupy a

14   few roles in this case.  They do have their own

15   claims, so in that case they could be viewed as

16   individuals who filed a claim with the Navy or

17   Eastern District, but they also have a role as fact

18   witnesses.  They also have a role as nontestifying

19   consultants.  And so I objected to this request to

20   the extent that it would implicate emails with --

21   involving me as an attorney, Longley as an expert,

22   and nontestifying consultants in that role.

23         So that's what I wanted to say.

24         MR. GIBBONS:  Okay.  That clarifies things.

25   I appreciate that.  We received your objection, but

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 18 of 446

1    we didn't have that level of specificity.  Thank
2    you.
3              MR. HUGHES:  Yes, sir.
4    BY MR. GIBBONS:
5         Q    Dr. Longley, did you do anything to prepare
6    for your deposition today?
7         A    Just reviewed documents.
8         Q    Okay.  Did you speak to anyone before
9    today's deposition about today's deposition?
10        A    Other than John, but not directly related
11   to the deposition.
12        Q    Okay.  How many times did you meet with
13   Mr. Hughes prior to today's deposition?
14        A    Once.
15        Q    Okay.
16        A    As well as picking him up.  That's about
17   it.
18        Q    Okay.  Fair enough.
19             Did you speak to any other attorneys
20   preparing for your deposition today?
21        A    No.
22        Q    Okay.
23        A    Would you prefer it to be Mr. Hughes or
24   John?
25        Q    Whatever is more comfortable with you.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 19 of 446

1      A    Okay.

2      Q    I'm, for professional reasons, going to

3    refer to him as Mr. Hughes when I'm asking a

4    question.  If I address him directly, I'll address

5    him as John.

6      A    Okay.

7      Q    Other than in your reports, did you review

8    any documents preparing for your deposition today?

9      A    No.

10     Q    Okay.  Did reviewing your reports refresh

11   your recollection for today?

12     A    Yes.

13     Q    Do you have any changes to the opinions

14   expressed in any of your reports apart from the

15   errata sheet we signed prior to going on the record?

16     A    Not from -- with the exception of the

17   errata sheet, no.

18     Q    Okay.  Have you reviewed any other

19   depositions taken in this case?

20     A    No.  Well, let me ask you for

21   clarification.  Depositions related to -- I mean,

22   things beyond what I already included in here?

23     Q    Any depositions whatsoever, whether that be

24   expert reports, either from other plaintiff experts,

25   United States experts' reports, or deposition

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 20 of 446

1      testimony of any of the plaintiffs.

2          A     Yes, I have reviewed those.

3          Q     Okay.

4          A     As well as the Kelman and the Brigham

5      reports.

6          Q     Okay.  So have you reviewed the deposition

7      of Dr. Jay Brigham?

8          A     Yes.  Well, no, I have not received the

9      deposition.  I've only received the report.

10         Q     Okay.  The deposition of Dr. Ari Kelman?

11         A     No.

12         Q     Okay.  What about the deposition of

13     Dr. David Sabatini?

14         A     I don't recognize that name, I'm sorry.

15         Q     Regarding witnesses, the deposition of

16     General Anthony Zinni?

17         A     Reviewed.

18         Q     Deposition of Lieutenant Colonel, Retired,

19     William Walters?

20         A     Reviewed.

21         Q     Deposition of Mr. David Greer?

22         A     Reviewed.

23         Q     Allan Howard?

24         A     Reviewed.

25         Q     Gary McElhiney?

1        A     Reviewed.

2        Q     Jacqueline Tukes?

3        A     Reviewed.

4        Q     I'm sorry, I need to go back to

5    Mr. McElhiney for a moment.

6              Did you realize that there were two

7    depositions of Mr. McElhiney?

8        A     Not to my knowledge.  I can't remember.

9        Q     Okay.

10       A     Again, lots of material reviewed on a very

11   short period of time.

12       Q     Okay.  We'll come back to that.

13       A     Okay.

14       Q     Benjamin Urquhart?

15       A     Yes.  Reviewed.

16       Q     Ernest Hunt?

17       A     Don't recognize that name.

18       Q     Mark Cagiano?

19       A     Don't recognize that name.  Again, my

20   memory could be failing me.

21       Q     Okay.  Richard Benz?

22       A     I don't remember that one either.

23       Q     Okay.  Are there any other plaintiff

24   depositions that you are aware of?

25       A     Not off the top of my head.

1      Q     Okay.  Who provided those depositions to

2    you?

3      A     They were provided by the plaintiffs.

4      Q     Okay.  By attorneys --

5      A     Yes.

6      Q     -- or -- okay.

7            Which attorneys provided them to you?

8      A     I don't remember exactly who provided them.

9    I may have also seen them -- I just don't remember

10   on that.

11     Q     Okay.  Did you request those depositions or

12   were they affirmatively offered to you?

13     A     I'm pretty much sure I asked for

14   information on broader issues than they were

15   provided.

16     Q     Okay.  Did you request any other

17   depositions after reviewing those?

18     A     I can't remember any.

19     Q     Okay.

20     A     I think we ran out of time.

21     Q     Did you provide any context for which

22   depositions you would like to review?

23     A     Yes, I did provide information.

24     Q     What types of things were you looking for

25   in depositions?

1          A      Use of water buffaloes, for example.

2    Use -- or descriptions of life on base.

3          Q      Okay.  Apart from the depositions, you

4    interviewed several plaintiffs.  Is that correct?

5          A      That is correct.

6          Q      Which plaintiffs did you interview?

7          A      Allan Howard, Jerry Ensminger, Mike

8    Partain.

9          Q      Okay.  Were there any others?

10         A      Not to my memory.

11         Q      Okay.  Were there any non-plaintiffs that

12   you interviewed?

13         A      I'm trying to think.  Yes.  One.

14         Q      Who was that?

15         A      A Marine officer in my graduate program,

16   Dane Hanson, who had served at Camp Lejeune.  Mainly

17   for background information.

18         Q      Are there any notes from that interview?

19         A      I'd have to look, but I don't think so.  I

20   think it was more informal conversation.

21         Q      Okay.

22         A      It wasn't a formal oral history or

23   anything.

24         Q      Okay.  Did Mr. Hanson know that you were

25   interviewing him for purposes of an expert report on

1    Camp Lejeune?

2       A   Yes.  I should qualify that's Colonel Dane

3    Hanson, retired Marine Corps.

4       Q   Okay.  That's colonel, not lieutenant

5    colonel, correct?

6       A   Colonel, yes, to the best of my knowledge.

7       Q   Let's talk a little bit more about Colonel

8    Dane Hanson.  What kind of information did you

9    discuss during your interview?

10       A   Just what life was like on the base in the

11   early 2000s as a point of comparison to what I had

12   been reading.

13      Q   And what did Colonel Hanson tell you?

14      A   Pretty much what I found in my research

15   about the interactions, where people went, what they

16   did.  His feelings about Jacksonville, you know,

17   things like that.

18      Q   Let's talk about his feelings about

19   Jacksonville.

20      A   Uh-huh.

21      Q   What did he describe about Jacksonville?

22      A   It wasn't for sure Oceanside, Carlsbad, or

23   San Diego.  He said he tried to keep many of his

24   young people out of Jacksonville because it was

25   trouble.

1      Q    Okay.

2      A    But, again, that is in the context of

3   2000s.

4      Q    Right.  You said early 2000s.  Do you have

5   a more precise measurement?

6      A    I don't.  I'd have to ask him for his exact

7   dates.  Again, it was very informal.  Early stages,

8   trying to just get a feel for what Camp Lejeune was.

9      Q    Okay.  You said it was early on.  Roughly

10  when did you speak to Colonel Hansen?

11     A    Probably August to September.

12     Q    Okay.  What was -- if you had to estimate,

13  how long did you spend talking to Colonel Hanson?

14     A    Thirty, 35 minutes.

15     Q    Okay.

16     A    Just a quick phone call.

17     Q    What did Dane Hanson about any movements

18  around the base or actions around the base?

19     A    Much like what I described in my report.

20  Significant movement across the base.

21     Q    Okay.

22     A    No matter where you were stationed -- where

23  your home might have been, you were in constant

24  movement across the base.

25     Q    Okay.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 26 of 446

1      A     There was no sedentary nature to it.

2      Q     Understood.

3             Were there a lot of cars on Camp Lejeune by

4      the early 2000s?

5      A     More so than what we saw in the '50s and

6      '60s, you know, and the enhancement which I've

7      outlined in my report.  By the mid to late '70s you

8      start to see more, and by the '80s they're more

9      present, which I'm in agreement with the government

10     expert, Mr. Brigham, on that, that there was an

11     increase in automobiles over the time.  Although

12     part of the problem is determining how many of those

13     were civilians coming to work on base versus how

14     many were those of people stationed on base.

15     Q     Sure.  We will come back to the car

16     discussion.

17            Did you discuss the bus system on

18     Camp Lejeune with Colonel Hanson?

19     A     No.

20     Q     Okay.  Did he give any indication that

21     there was still an active bus system on

22     Camp Lejeune?

23     A     We didn't go there.  Again, it was early in

24     the research.  I didn't have it formulated.  It was

25     more, like I said, trying to get a feel for the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 27 of 446

```
 1   base.
 2        Q    Okay.
 3        A    Again, one of my graduate students.  It was
 4   an easy person to talk to who I knew had been
 5   stationed at Camp Lejeune.
 6        Q    Just to be sure, was there anyone else that
 7   you had spoken to besides those plaintiffs and
 8   Colonel Hanson about Camp Lejeune?
 9        A    No.
10        Q    Okay.
11        A    Or at least not to my knowledge.
12        Q    Okay.  Dr. Longley, have you ever testified
13   in a trial before?
14        A    Yes.
15        Q    Okay.  Which trials?
16        A    I testified in Portland last May, and, I'm
17   sorry, I don't remember the name off the top of my
18   head, but it was regarding a military base access in
19   South Korea in the early 1970s.  That's the most
20   recent.
21             I've testified in a death-sentencing case
22   of a Vietnam veteran in Tucson, but that's been at
23   least a decade ago.
24        Q    Okay.
25        A    And then the immigration cases, which I've
```

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 28 of 446

1    outlined, but those tend to be less testimony and
2    more writing declarations.
3         Q    Okay.  And we will turn to those in a
4    minute.
5         A    Okay.
6         Q    About this Portland case, can you give me a
7    brief overview of what the case was and what your
8    role was in the case.
9         A    Yes.  It involved a South Korean national
10   claiming to have come on U.S. military bases and
11   gone to PXs where she purchased baby powder.  Baby
12   powder, which has now been linked to cervical cancer
13   and other issues.
14             My role and responsibility was to discuss
15   whether South Korean nationals would have access in
16   the 1970s to the PX and, if they had access, what
17   could they have purchased.
18        Q    Okay.  And was that Lee v. Bi-Mart?
19        A    Yes.
20        Q    And what were your findings and conclusions
21   in that case?
22        A    After interviewing the commanding officer
23   of the camp, which is now not there anymore, in
24   Busan, the argument was this was highly unlikely
25   that a South Korean national would enter a PX and be

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 29 of 446

1    able to make massive purchases, if any purchase.

2         Q    Okay.  And what kinds of research did you

3    do for that case besides interviewing the commanding

4    officer?

5         A    It was -- let me qualify that.  That was

6    commanding officer by the late '70s.

7         Q    Okay.

8         A    But I also interviewed a civilian whose

9    family had lived -- a dependent of a military

10   officer in South Korea at the time.  That was the

11   other interview.  But a lot of it was looking at

12   government documents, studying the history of the

13   base.  Camp Humphrey I believe was the name of the

14   camp.  It is not, again, there any longer.  So

15   government documents.  Newspapers when possible.

16        Q    Got you.

17        A    Unfortunately, in the case of Oregon law,

18   you only get a few weeks to prepare.

19        Q    That is unfortunate.

20        A    Yeah.  So it was a very quick turnaround

21   needless to say.  I think they have a rule regarding

22   speedy trial.

23        Q    When you say "a quick turnaround," can you

24   give an estimate of how long you had to prepare?

25        A    Six weeks.

1      Q    Okay.

2      A    And that's a guess.  I think it might have

3    actually been shorter.

4      Q    Okay.  How does that compare to the amount

5    of time you had to work on the Camp Lejeune

6    litigation?

7      A    I started the Camp Lejeune litigation in

8    July, mid-July.

9      Q    Okay.

10     A    So we're talking a very quick turnaround

11   also in a comparative sense.

12     Q    And that would be July of 2024, correct?

13     A    Yes.

14     Q    Okay.

15     A    Let me qualify it.  A quick turnaround in

16   comparison to my normal research projects.

17     Q    Okay.  When you say "normal research

18   projects," can you elaborate on what kinds you --

19     A    Articles, essays, books.  And of course

20   each having its own length of time.  As I noted I

21   think, in my third report, one of the books I worked

22   on for 13 years.

23     Q    That was Grunts, correct?

24     A    Morenci Marines.

25     Q    Let's talk a little bit more about the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 31 of 446

1    immigration cases.

2         A    Uh-huh.

3         Q    So you said you haven't testified in these

4    immigration cases?

5         A    No.  Typically you don't testify.

6         Q    Typically not.  Okay.

7         A    But if it is done, it is typically done by

8    Zoom or telephonically.

9         Q    Okay.  About how many of those immigration

10   cases did you testify in?

11        A    Probably 20 percent of the ones that I've

12   listed.  Again, I don't have an accurate count

13   because a lot of times that would be called in, have

14   to sit.  In fact, two weeks ago I sat in 5:30 a.m.

15   in the morning out of a New York case and they

16   didn't end up calling me.  The Government stipulated

17   to my expertise.

18        Q    Okay.

19        A    So it depends how you qualify what

20   constitutes testimony.

21        Q    Understood.

22             And I believe you said that most of your

23   work in those immigration cases is usually in the

24   form of completing declarations?

25        A    Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 32 of 446

1          Q     Okay.  What is the content of those
2     declarations generally?
3          A     It will depend upon the individual case.
4          Q     Okay.  Can you give me a few examples?
5          A     Yes.  Convention against torture ones.
6     Typically revolve around violence in the
7     individual's home country, that if they are returned
8     to their home country they will face significant
9     threats to their lives.
10          Others may revolve around issues of with --
11     it is called withholding of removal, which relate
12     to, if they are sent back, the quality of life,
13     which includes violence, and typically those revolve
14     around people who have U.S. citizen children.  So I
15     will look at the education opportunities that will
16     be provided U.S. citizen children, healthcare,
17     quality of life, and the threats of violence.
18          Q     Okay.  Then how do you go about reaching
19     those conclusions for your declaration?  Can you
20     walk me through your research process?
21          A     Thirty years of expertise in the field of
22     Latin American history.
23          Q     Okay.
24          A     Going back to graduate school, which I had
25     a field in modern Latin American.  Two books on

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 33 of 446

 1    modern U.S.-Latin America relations.

 2        Q    Okay.

 3        A    Then continued research and continued -- I

 4    still pay close attention to the region, which is

 5    very close to my heart.  Living in Southern

 6    California, you can't help to do so because it is

 7    such an important component of our life here in the

 8    area.

 9        Q    Okay.

10        A    But the research is typically done --

11    updated research, again, kept up to date over 30

12    years.  It includes things like conversations with

13    former State Department officials, CIA.  I have a

14    pretty deep network now after 30 years.

15        Q    Okay.  So what type of timeline are you

16    typically operating on for these calculations?

17        A    It depends.

18        Q    Okay.

19        A    Some can be months; some can be weeks.

20        Q    Okay.

21        A    Needless to say, they have sped up

22    recently.

23        Q    Understandably.

24        A    Uh-huh.

25        Q    So obviously with 30 years of experience,

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 34 of 446

1    you have a great wealth of knowledge that you are

2    relying upon, and you talk about how you are

3    constantly updating your research.  If you had to

4    ballpark, what percentage of the information in

5    these reports comes from historical knowledge that

6    you have accumulated versus new research that you

7    are conducting on the basis for an individual

8    declaration?

9        A    Probably 50-50.

10       Q    50-50?

11       A    50-50.  Again, each case is different.

12   Each country is different.

13       Q    Okay.  When you are presented the fact

14   pattern or the -- strike that.

15            When you are presented the case that you

16   are asked to offer a declaration in, do you already

17   have a pretty good sense of what the conditions in

18   that country are before you begin your research?

19       A    Yes.

20       Q    And that's just based on your experience

21   and knowledge?

22       A    Accumulated learning, existing knowledge.

23       Q    Okay.  Have you ever been involved in

24   litigation personally?

25       A    No.

1      Q    When did you begin serving as an expert
2   witness in general?
3      A    Probably 15 years ago.
4      Q    Okay.  So that would be approximately 2010?
5      A    Somewhere in there.
6      Q    Okay.
7      A    It started with immigration and then
8   expanded in other ways.  Say, the death-sentencing
9   case sort of dropped in my lap because I was an
10   expert on the Vietnam War.
11      Q    Okay.  And I believe we covered this, but I
12   just want to make sure.
13           You said you began working on the
14   Camp Lejeune litigation as an expert witness in
15   July 2024, correct?
16      A    Correct.
17      Q    Okay.  So that was approximately five
18   months before your first report?
19      A    Correct.
20      Q    Okay.  What is your hourly rate in the
21   Camp Lejeune litigation?
22      A    $350 per hour.
23      Q    Okay.  And, again, I know we just received
24   your invoices this morning, but what is the total
25   amount that you billed to date for the Camp Lejeune

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 36 of 446

1    litigation?

2        A    Approximately 72,000.

3        Q    Okay.

4        A    That includes, I believe, one that is --

5    one invoice that has not been paid yet.

6        Q    Okay.

7        A    But I'll let you guys do the adding.  I'm

8    willing to correct that if we need to.

9        Q    Okay.  If you need to, that can either be

10   corrected today or on the errata sheet, that's fine.

11       A    That's what I came up last night with in

12   terms of approximate.

13       Q    Okay.  So separately, not -- don't ask an

14   attorney to do math on the record, but approximately

15   how many hours have you spent working on this case?

16       A    That would be 200 -- approximately 200

17   hours.  That's what I billed.  That doesn't

18   necessarily reflect all of the time spent.

19       Q    Okay.  If you did have to include all the

20   time spent, just an estimate, how much time do you

21   think you spent on this litigation?

22       A    300, 350 hours.  And that's saying things

23   like driving down the road --

24       Q    Okay.

25       A    -- in your car yesterday on the way here

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 37 of 446

1    thinking about the case and how to organize the
2    narrative and, you know, just the overall.
3         Q    Okay.  That's like including internal
4    thoughts like -- I'm just going to term it like
5    shower thoughts --
6         A    Yeah.
7         Q    -- commuting thoughts?
8         A    Yes, yes.  Again, which you do with all
9    research projects.
10        Q    Right.
11        A    But a lot of hours.
12        Q    Trust me, the litigation lives rent free in
13   my mind as well.
14        A    Yes, you understand.
15        Q    Does your payment at all depend on the
16   outcome of this case?
17        A    No.
18        Q    And how did you first become involved in
19   this litigation?
20        A    I'm trying to remember.  I think it was a
21   group reached out -- I'm trying to remember.  I'm
22   sorry.  I don't exactly remember.  It's been a blur.
23        Q    Okay.
24        A    But I remember ultimately I think it was
25   through a group that pinpointed me and pointed me to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 38 of 446

1    the plaintiffs group and then they reached out.

2        Q    Okay.  So --

3        A    But I can't remember.  I could be confusing

4    that with other litigation --

5        Q    Okay.

6        A    -- because I know that's how I did the one

7    in Portland is Expert Institute reached out to me

8    and then put me in contact with the lawyers

9    regarding the case.  Again, I'm sorry, I don't --

10   it's been a blur.

11       Q    That's fine.

12       So you said the Expert Institute reached

13   out in the Portland case?

14       A    Yes.

15       Q    What is the Expert Institute?

16       A    I -- a headhunter basically for expert

17   witnesses.  I think that's the best way I could

18   characterize it.

19       Q    I'm just trying to piece together how this

20   happened.  So generally the Expert Institute will, I

21   assume, review cases in which a historian might be

22   needed and then contact appropriate historians?

23       A    Yes.

24       Q    And --

25       A    I don't think it went through that in this

Golkow Technologies,
877-370-3377       A Veritext Division       www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 39 of 446

1    group.  I cannot remember.

2         Q    Okay.

3         A    But that's the kind of thing.  A lot of

4    what I found is, like on the immigration and other

5    cases, people just do a search.

6         Q    Okay.

7         A    And when they search and find, for example,

8    myself as the executive director of the Society for

9    military history, that sort of puts -- and who has

10   written on the Marine Corps, I think that was --

11   again, I can't remember per se.

12        Q    Okay.  Do you happen to remember the

13   details of the group that reached out to you?

14        A    I just remember it was Zach Mandell and

15   Leslie Manchock.

16        Q    Okay.

17        A    I'm butchering Leslie's name.

18             MR. HUGHES:  Might be LaMacchia.

19             THE WITNESS:  Like I say, a blur.

20             I believe they reached out and then I had a

21   meeting with the -- some of the leadership to decide

22   on whether I would be retained or not.

23   BY MR. GIBBONS:

24        Q    Okay.  Are you aware that Zach Mandell and

25   Leslie LaMacchia are attorneys?

1          A      Yes.

2          Q      And you are aware that they were part of

3    the plaintiffs' leadership group for Camp Lejeune?

4          A      Absolutely.

5          Q      When we were talking about the start date

6    in July of 2024, is that when you were first

7    contacted or is that when you were retained to be in

8    research?

9          A      I had been contacted earlier.  They had

10   decided not to go a certain route.  And, again, I

11   can't give you any dates or anything like that.  It

12   sort of fell to the wayside.

13         Q      Okay.

14         A      But I can't remember when that first

15   contact was.

16                But when they came back in July, then it

17   was -- the decision was made to retain me, and they

18   put me to work.

19         Q      Okay.  Obviously specific dates I know you

20   said are out.  Was it more than six months before

21   you were retained?

22         A      Yeah.

23         Q      Okay.  Was it more than a year before you

24   were retained?

25         A      Right at.

1      Q    Right at?

2      A    I think.  That's probably the closest.

3      Q    Okay.  So approximately summer of 2023?

4      A    Somewhere in there.

5      Q    Okay.

6      A    But the decision was made not to go that

7    route, and then it came back full circle.

8      Q    Okay.  Were you given any explanation for

9    why they decided not to go that route initially?

10     A    No.

11     Q    Okay.  Okay.  After you were retained as an

12   expert, how frequently did you meet with plaintiffs'

13   counsel?

14     A    I would have to look at my records, but

15   basically if they gave me a research question, just

16   like I would normally approach a research issue with

17   that question in mind, I formulated my research plan

18   and then worked it and periodically checked in with

19   them.

20          I think if you look at my invoices, you

21   will see I did note when I met with leadership.

22     Q    Okay.

23     A    Or with lawyers.

24     Q    Okay.  We will review those later.

25     A    Yeah.

1      Q     But just for a general sense, could you

2    estimate how frequently?  Was that, like, once a

3    month?  Once every two weeks?

4      A     Once probably every two weeks.

5      Q     Okay.

6      A     Early on, and then it might have extended

7    after that.

8      Q     Extended meaning it became less frequent or

9    more frequent?

10     A     Less frequent.

11     Q     Okay.

12     A     Again, I needed to be able to do the

13   research before I could start the narrative.

14     Q     Okay.

15            (The document referenced below

16        was marked Deposition Exhibit 2 for

17        identification and is appended

18        hereto.)

19   BY MR. GIBBONS:

20     Q     Dr. Longley, I just entered your CV as an

21   exhibit.  This is going to be Longley Exhibit 2.

22            Can you please take a minute to review the

23        exhibit.

24            Okay.  Is this a complete and accurate copy

25   of your CV?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 43 of 446

1     A    Yes.

2     Q    Okay.  Is there anything you need to add or

3  change on the CV?

4     A    I don't believe so.

5     Q    If you think of anything during the

6  deposition --

7     A    Right.

8     Q    -- please just let me know and we can

9  correct that.

10         So I just want to go through your

11  educational background really quick.

12         So University of Kentucky Ph.D.,

13  August 1993.  Did you have any particular focus in

14  your Ph.D.?

15     A    U.S. foreign relations --

16     Q    Okay.

17     A    -- which interrelated with U.S. military.

18  Unfortunately, in Latin America they are

19  interrelated -- or integrated -- unfortunately.

20     Q    So when you say U.S. foreign relations, you

21  mean within Latin American or broadly?

22     A    Broadly.  Global.  Hence, why I have a

23  field also in Asia and Latin America.

24     Q    Okay.  Tell you what, it will be easier if

25  we go through just from the beginning.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 44 of 446

1            So let's start with your undergraduate

2     degree.   Angelo State University?

3        A    Uh-huh.

4        Q    Bachelor of Arts in history and

5     mathematics, correct?

6        A    Correct.

7        Q    Okay.  Did you have a particular focus in

8     your history for undergraduate?

9        A    American and Latin American, but also a lot

10    of Europe.

11       Q    Can't get away from Europe with a Latin or

12    American history.

13       A    No.  They are all completely integrated.

14       Q    And you graduated summa cum laude in

15    May 1997, correct?

16       A    Correct.

17       Q    And then your master's was in history and

18    comparative literature from Texas Tech University,

19    correct?

20       A    Correct.

21       Q    Was there a particular field of study for

22    history for your master's?

23       A    U.S. foreign relations, U.S.-Latin American

24    relations.

25       Q    And I assume there was some degree Of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 45 of 446

1    military history involved in that as well.  Can you

2    elaborate a little bit more on that?

3         A    That's a very good question.  Anytime you

4    study Latin America, for example, the history of

5    U.S. military interventions in the region is

6    substantial.  And so there was an overlap in many

7    ways.  Study in the Marine Corps who was usually the

8    point of the sphere in places like the Dominican

9    Republic, Nicaragua, across the board.  So I think

10   there -- you know, that was all interest in things

11   like the Cold War and military.  And, again, U.S.

12   military bases in the region from Guantanamo to the

13   Panama Canal.

14        Q    Okay.  And I'm -- obviously there's a lot

15   of military involvement in those things.

16             Are there any particular types of, like,

17   military history that you are referring to in those

18   things?  Like, is this -- I'm probably using some

19   terms of art incorrectly.  Are there, like,

20   civil/military relationship studies, or can you

21   elaborate just a little bit more on the types of

22   military history you are talking about with those?

23        A    Right.  Civil/military is one because

24   that's oftentimes interrelated to how do you issue

25   control and maintain support in the local areas.

1   Military interventions.  Anti-Americanism, which is
2   fundamental, unfortunately, in the region.
3           Military, again, interventions whether it
4   be the Dominican Republic in 1965.  I mean, I can go
5   through a litany.
6       Q    Okay.
7       A    And then soft power, which is the use of
8   culture relations, social relations, economic
9   relations, things like the Alliance for Progress.
10      Q    Now, during that time, did you begin to
11  study U.S. military bases or their impacts on
12  society at all, or did that generally come later?
13      A    No, it was during this period.  Again, you
14  can't study U.S.-Latin American relations without
15  understanding Panama Canal and the Military School
16  of the Americas or Guantanamo or, you know, the
17  constant efforts at military alliances in the
18  region.
19      Q    Okay.  That sounds generally like a
20  macro-level understanding of the military bases, but
21  that's not the same as like the micro level that you
22  were asked to explore in the Camp Lejeune
23  litigation, correct?
24      A    It would be -- the bibliography would have
25  micro.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 47 of 446

1       Q    Okay.

2       A    Studying the canal zone, for example, 1964,

3    the flag riots where U.S. Americans were attacked as

4    a result of a debate over whether the Panamanian

5    flag should fly to the canal zone.

6            Guantanamo, it has got a long -- very long

7    history, very interesting history.  So I did read

8    extensively on those kind of issues because it is

9    related also to the anti-Americanism and the

10    nationalism that is very prominent in Latin America.

11       Q    Okay.  And then circling back to your

12    doctorate, the University of Kentucky, you said U.S.

13    foreign relations on a global scale.  Is that

14    similar aspects of military history are involved?

15       A    Yes.  The bibliography, if you were to read

16    in U.S. Foreign Relations, will also include issues

17    like Okinawa and the military bases there or those

18    in the Republic of Korea all throughout the region.

19    Subic Bay.  And so, yeah, there's layers.

20       Q    Okay.

21       A    I think that would be the best way to

22    describe it, layers.  And especially post-1945 when

23    the United States expands its global presence

24    significantly.  But beforehand, of course, Guam,

25    Puerto Rico, all the different periods.

Golkow Technologies,
A Veritext Division
877-370-3377           www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 48 of 446

1      Q     Okay.   Now, what was the topic of your
2      dissertation in your doctorate?
3      A     My dissertation, the topic was U.S.
4      Relationship with a guy named Jose Figueres.   He was
5      a Costa Rican nationalist.   Also significant
6      interaction with Nicaragua, Panama.   But it was a
7      focus on his nationalism.   How he manipulated the
8      United States by using not force, not
9      anti-Americanism, but a variety of different levels
10     of soft power to maintain support even in the face
11     of other allies, American allies.
12     Q     Okay.   Interesting.
13           Did you receive any sort of specialized
14     training or concentration throughout your history
15     degrees, things like how to process archivable
16     materials or oral histories?
17     A     Yes.   Each graduate seminar would include
18     elements of that.   Some more than others.   For
19     example, on the dissertation, I did implement and
20     utilize oral histories, some of which were done in
21     Spanish, for the obvious reasons.
22     Q     Okay.   Are you fluent in Spanish?
23     A     Not anymore.
24     Q     Okay.   Un poco?
25     A     Un poquito.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 49 of 446

1      Q    When did you conduct your first oral
2   history as a historian?
3      A    Probably '94.  No.  It would have to be
4   before because it was a dissertation.  Probably '91.
5   '90, '91.
6      Q    Okay.
7      A    During the work on the dissertation.
8      Q    Okay.  So between your master's and your --
9      A    Yes, when I was ABD.  I'm sorry, I should
10  clarify.  All but dissertation.  I finished
11  qualifying exams and I went into dissertation,
12  research, and writing.
13     Q    Okay.
14     A    I'm sorry, I forget not everybody knows all
15  the acronyms.
16     Q    Okay.
17     A    Which I think you as a military officer
18  would understand.
19     Q    Yeah.
20          The oral histories that you took in
21  Spanish, were those ever translated into English?
22     A    No.  They were held in my private
23  repository.
24     Q    Okay.  Do you still have the records of
25  those?

Golkow Technologies,
877-370-3377                    A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 50 of 446

1        A      Probably buried somewhere in the garage.

2        Q      Okay.   But do you have them?

3        A      Yes.

4        Q      You did record them at the time?

5        A      I recorded them at the time.  I probably

6    couldn't even find a machine to put them in right

7    now.

8        Q      So they were recorded in audible form,

9    then?

10       A      Yes.

11       Q      Do you know if they were ever transcribed?

12       A      Some were, but I can't remember which ones

13   and I would have to go back and, like I said, dig

14   through the garage.  Somewhere they are there.

15       Q      Okay.

16       A      Because we don't give anything away.

17       Q      Yeah.

18       A      You know.

19       Q      If they -- if you were able to locate them

20   and you were able to find a device that was able to

21   play them, would you still be able to understand

22   them today, even though you said you are no longer

23   fluent in Spanish?

24       A      Yes.

25       Q      Okay.

1     A     I just need a couple of weeks to get my ear

2     back.

3     Q     Makes sense.

4     A     I'll be in Costa Rica this summer, so by

5     the end I'll be ready.

6     Q     That must be nice.

7     A     Yeah, it is a hard life.

8     Q     Yeah.

9           Dr. Longley, have you ever served in the

10    military yourself?

11    A     No.

12    Q     Okay.

13    A     My father did, but I didn't.

14    Q     What branch of service was your father in?

15    A     Army.

16    Q     Were you alive when he was in the Army?

17    A     No.  He was drafted in the mid-1950s.

18    Q     Okay.  Korean War?

19    A     He got there in the tail end.  He didn't

20    actually serve in the combat zone, but they got shot

21    at enough times that it made an impact.

22    Q     Understandable.

23    A     Yeah.  He said it was the hottest place on

24    earth and the coldest at the same time.

25    ///

1          (The documents referenced below
2      were marked Deposition Exhibits 3, 4,
3      and 5 for identification and are
4      appended hereto.)
5    BY MR. GIBBONS:
6      Q    I'm going to introduce Exhibits 3 through
7    5.
8          Beginning with Exhibit 3, I've premarked
9    your December 7th, 2024, report.  I can -- just go
10   through it and make sure it is a complete and
11   accurate copy.
12     A    Okay.  That does look complete.
13     Q    Okay.
14     A    Again, I can't -- spot-check.
15     Q    That's fine.
16          And then Exhibit 4 should be a copy of your
17   January 13th, 2025, report.
18     A    Right.  The rebuttal.
19     Q    Yeah.  Can you please look through that and
20   make sure that appears to be a complete and accurate
21   copy.
22     A    Yes.
23     Q    Okay.  And then same for Exhibit 5, which
24   should be a copy of your March 17th, 2025, report.
25          Does that appear to be a complete and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 53 of 446

1    accurate copy?

2        A    That does appear correct.

3        Q    Okay.  I know we covered this briefly

4    earlier --

5        A    Uh-huh.

6        Q    -- but sitting here right now, do you still

7    agree with all the statements and opinions and

8    conclusions reached in your December 7th report with

9    the exception of the errata sheet?

10       A    Uh-huh.

11       Q    Okay.

12       A    I would add that I think I said in the

13   third report that I did accept that there were more

14   cars on campus -- on base after the '70s.

15       Q    Okay.

16       A    I think I note that in my first report, but

17   I would say that that seems to have been accentuated

18   and, if anything, maybe strengthened our argument in

19   terms of how people would have access to being able

20   to move across base.

21       Q    Understood.

22       A    But I think that's the only major thing.

23       Q    Okay.  And then you still agree with all

24   the opinions and statements in Exhibit 4, your

25   January 13th report?

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 54 of 446

1        A     Yes.

2        Q     Okay.  Same question, Exhibit 5, your

3    March 17th report.  Is that still complete and

4    accurate?

5        A     Yes.

6        Q     And you stand by all the conclusions and

7    opinions?

8        A     I do.

9        Q     Okay.  Can I assume that these reports

10   contain the sum and substance of your intended

11   testimony in the Camp Lejeune matter?

12       A     Yes.

13       Q     Okay.

14       A     With the exception of, you know, I will

15   continue to research and explore and hope to explore

16   a number of different areas in the future --

17       Q     Okay.

18       A     -- which is the historian's job.  Again,

19   this was not a normal research project in a

20   comparative sense to what I normally do in terms of

21   timeframe.

22       Q     Okay.

23            MR. GIBBONS:  All right.  We're at about an

24   hour.  So why don't we take a ten-minute break right

25   now.  This is a good transition point.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 55 of 446

1                THE WITNESS:  Okay.

2                MR. GIBBONS:  Get up and stretch our legs

3      and we will come back.

4                VIDEO OPERATOR KELLEY:  This is the end of

5      Media File Number 1.  We are now going off the

6      record.  The time is 10:32 a.m.

7                (Recess taken.)

8                VIDEO OPERATOR KELLEY:  This is the

9      beginning of Media File Number 2.  We are now going

10     on the record.  The time is 10:45 a.m.

11     BY MR. GIBBONS:

12        Q    All right.  Dr. Longley, I want to talk to

13     you a bit about the preparation for your reports

14     that we just entered as exhibits.

15                Prior to being retained for the

16     Camp Lejeune litigation as an expert, can you go

17     over the extent of your knowledge of Camp Lejeune?

18        A    A lot of it will relate to comparative

19     analysis of military bases throughout the country.

20     I use this in the classroom, maybe not per se

21     Camp Lejeune, but given our location here, Camp

22     Pendleton, which they are in some ways mirror images

23     of each other.  And so a lot of the time through the

24     research and through the teaching, I would discuss

25     life on the base, especially foreign bases like

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 56 of 446

1    Subic Bay in the Philippines because, again, lots of
2    issues related -- both diplomatically and
3    militarily.
4            I think, you know, this is a 30-year
5    process.  I can't go back and pinpoint each and
6    every time I utilized this, but Camp Lejeune has
7    always been important because, as I've worked on
8    especially Vietnam combat soldiers, both Lejeune and
9    Pendleton, given the Marine Corps' prominent role in
10   Vietnam, were involved.  So I came across that many,
11   many times.  Again, if you were to ask me exactly to
12   pinpoint it or -- you know, I taught at Arizona
13   State for 25 years, and the campus there was
14   populated by large numbers of veterans.  I think at
15   one point we had 8,000 veterans on campus.  Many of
16   them took my military history course, and we discuss
17   their experiences.  Many ex-Marines are -- you are
18   never an ex-Marine.  A retired Marine.  And so, you
19   know, there would be times those kind of things
20   would arise there.  Describe life on base.  Describe
21   what you -- how your training came up.  And the same
22   would go when I was doing research on combat
23   soldiers in Vietnam, looking at these different
24   things.
25           But, again, the Marine Corps was overly

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 57 of 446

1  represented in Vietnam, when you look at the

2  breakdown, versus the Army in terms of

3  proportionality.  So, again, Camp Pendleton,

4  Camp Lejeune will were well represented as well as

5  Parris Island, the Marine recruiting depot in San

6  Diego.

7      Q    Okay.  So I want to be a little more

8  specific.  You obviously have background in the

9  military bases in general.  Did you know anything

10  about the detailed operations at Camp Lejeune?  For

11  instance, would you know the different areas of

12  Camp Lejeune prior to beginning work on this

13  litigation?

14      A    I knew broader strokes.  I knew about, you

15  know, what groups operated out of Lejeune.  For

16  example, I think probably one of the most memorable

17  is remembering the effect of Camp Lejeune on the big

18  bombings, something that happened when I was a

19  teenager.  It was a very vivid memory, but I also

20  remember how Camp Lejeune was affected since the

21  majority of soldiers that came who died in Lebanon

22  during that bomb were from Camp Lejeune.

23      Q    Okay.  But not necessarily the day-to-day

24  lives or activities that were occurring on the base,

25  more just general knowledge of the units that are

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 58 of 446

1    present on the base and how outside events would

2    affect them?

3          A    No.  I would say probably a deeper

4    understanding.

5          Q    Okay.

6          A    Especially, again, studying the Vietnam

7    War, studying the experiences with the combat

8    soldiers because that was my focus was combat

9    soldiers.  Not on the war itself, but on people who

10   fought in Vietnam.  So I think I picked up those

11   kind of things, much like with Pendleton, along the

12   way.  Like what was training like on base.  Because

13   if you read my book Grunts, the American Combat

14   Soldier in Vietnam, you will see an explanation of

15   basic, then you go to AIT, which, again, Advanced

16   Infantry Training, and then being staged in Garrison

17   duty, and then being sent to Vietnam and coming

18   back.

19         Q    Would you have had an understanding of what

20   schools or trainings occurred specifically at

21   Camp Lejeune?

22         A    Yes.  Oftentimes you would see things like

23   where the training forces were for recon and then

24   eventually MARSOC, special forces, of the Marine

25   Corps, which doesn't come until later, but I was

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 59 of 446

1      very familiar with that as well as some of the
2      people who had gone through there.
3          Q     Okay.
4          A     And life on a base and understanding that,
5      again, I hate to say this, but there's not a ton of
6      differences between the military bases.  The Army,
7      of course, I've spent time at Fort Hood down at
8      Huachuca.  Places like that.  And having a general
9      list -- having a general understanding of what life
10     was like on the base, not only for the soldiers
11     themselves but their families.
12         Q     Okay.  So a lot of this seems to have been
13     knowledge that was accrued from interviews or oral
14     histories or discussions with service members.  Did
15     you have any archival documents or books that you
16     had read on Camp Lejeune prior to beginning work on
17     this litigation?
18         A     For example -- I'll just give you one.
19     Some of the general surveys like Allen Millet's
20     Semper Fi, which does talk about life on bases
21     because it is a history of the Marine Corps.
22               I probably could go back and remember more,
23     you know.  They are not that -- I just actually saw
24     Dr. Millett in the elevator about four days ago, and
25     we discussed his work.  He is the recognized expert

Golkow Technologies,
877-370-3377              A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 60 of 446

1    on the Marine Corps in terms of his long history.

2    Also a Marine officer, retired.

3         Q    Okay.  And so do I understand correctly

4    that you read Allen Millett's book Semper or --

5         A    Semper Fi.

6         Q    Yeah, Semper Fi.

7         A    Semper Fidelis.

8         Q    Semper Fidelis, the specific to Camp

9    Lejeune prior to being --

10        A    It wasn't specific to Camp Lejeune, but it

11   has significant segments of the book, much like many

12   of the others.  Because, again, when you really look

13   at it, the major bases are Lejeune, Pendleton,

14   Hawaii, and Okinawa for the Marine Corps, although

15   some of that is evolving now.  Even going back to --

16   where did I see the other day, Peleliu.  Peleliu, it

17   is an island in the Pacific, P-e-l-i-e-u [sic], I

18   believe is.  There was a famous battle there in

19   World War II.

20        Q    Peleliu.

21        A    Peleliu.

22             MR. HUGHES:  Folks, let me ask a question

23   on the record.  Is Dr. Brigham attending this

24   deposition?

25             VIDEO OPERATOR KELLEY:  I see a Jay

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 61 of 446

1    Brigham.

2              MR. HUGHES:  Okay.  I don't think DOJ asked

3    us permission for Dr. Brigham to attend the

4    deposition.  What's been the protocol in the past?

5              MR. GIBBONS:  Well, under CMO3, assistants

6    for either side are allowed to attend the

7    deposition.  One second, I'll provide the specific

8    citation.

9              MR. HUGHES:  I see a Deposition Protocol

10   Number 9 at the end it says, "and any person who is

11   assisting in the litigation."

12             MR. GIBBONS:  Correct.

13             MR. HUGHES:  So are we taking -- as long as

14   it is bilateral.  So we are taking the position that

15   an expert for either side can attend a deposition

16   because they are basically staff assistant.

17             MR. GIBBONS:  Staff assistant in the

18   litigation, correct.

19             MR. HUGHES:  All right.  I'm fine with that

20   as long as it goes both ways.

21             MR. GIBBONS:  Okay.

22             MR. HUGHES:  Keep going.

23             MR. GIBBONS:  Just to clarify, so would you

24   like Dr. Longley to attend the remainder of

25   Dr. Kelman's deposition next week?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 62 of 446

```
 1              MR. HUGHES:  I'm not sure it will be
 2    necessary.
 3              MR. GIBBONS:  Okay.
 4              MR. HUGHES:  But go ahead.  Y'all can keep
 5    going with your questions.
 6              MR. GIBBONS:  Okay.
 7    BY MR. GIBBONS:
 8        Q    Dr. Longley, I would like you to turn to
 9    page 46 of Exhibit 3, which is your December 7th
10    report.
11        A    Okay.
12        Q    I'm sorry, 46.
13        A    Yeah.  I've got it.
14        Q    In the last paragraph it says:
15              "From these secondary readings, I
16        gained a foundational understanding of
17        many topics related to military bases.
18        Once completed, I began intensive
19        research into the primary documents on
20        life at Camp Lejeune in the post-war
21        period.  These include a major
22        research trip to Marine Corps archives
23        at Quantico, Virginia, which houses a
24        vast quantity of materials on all
25        subjects related to the 248-year-long
```

1      history of the Marines.  It has a vast

2      bibliography on Camp Lejeune,

3      especially related to the private

4      collection of people stationed there

5      from World War II through the 1980s.

6      I reviewed 40 different private

7      collections of people with ties to

8      Camp Lejeune, many with multiple

9      folders of materials that included

10     letters, photographs, slides, and

11     other personal materials."

12          Did I read that correctly?

13     A    Yes.

14     Q    Which 40 private collections did you

15  review?

16     A    I'd have to look at my notes on that.

17     Q    Okay.  Were those included in your reliance

18  materials?

19     A    I don't know.

20     Q    Okay.

21     A    Or I can't remember.

22     Q    Okay.

23          MR. GIBBONS:  Counsel, I'm going to request

24  a copy of those notes after the deposition.

25          MR. HUGHES:  What page are we looking at?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 64 of 446

1    BY MR. GIBBONS:

2        Q    Page 46 of the first report.

3        A    Okay.  We will follow up and see what else

4    we got in that regard.

5        Q    Okay.  Dr. Longley, are you familiar with

6    the American Historical Association --

7        A    Yes.

8        Q    -- or AHA?

9             Are you a member?

10       A    Yes.

11       Q    And you were on the program committee from

12   2014 to 2016, correct?

13       A    Correct.

14       Q    Are you familiar with the AHA's standards

15   of professional conduct?

16       A    Yes.

17            (The document referenced below

18       was marked Deposition Exhibit 6 for

19       identification and is appended

20       hereto.)

21   BY MR. GIBBONS:

22       Q    I'm going to hand you Exhibit 6.

23            Dr. Longley, do you recognize what

24   Exhibit 6 is?

25       A    Uh-huh.

1          MR. HUGHES:  Is that a yes?

2          THE WITNESS:  Yes, I'm sorry.  Yes.

3    BY MR. GIBBONS:

4      Q    What is Exhibit 6?

5      A    It is the statement on Standards of

6    Professional Conduct.

7      Q    Okay.  If you will turn to page 3, please.

8    The second paragraph begins:

9          "Honoring the historical record

10         also means leaving a clear trail for

11         subsequent historians to follow.  Any

12         changes to a primary source or

13         published secondary work, whether

14         digital or print, should be noted."

15         Did I read that correctly?

16     A    Yes.

17     Q    "The ease of which digitally

18         preserved records are reproduced and

19         accessed facilitates this practice but

20         makes accurate citation even more

21         vital.  This is why scholarly

22         apparatus in the form of

23         bibliographies and annotations (and

24         associated institutional repositories

25         like libraries, archives and museums)

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 66 of 446

1       is so essential to the professional

2       practice of history.  Such an

3       apparatus is valuable for many

4       reasons.  It enables other historians

5       to retrace the steps in an argument to

6       make sure those steps are justified by

7       the sources."

8            Did I read that correctly?

9       A    Correct.

10      Q    And then skipping down about six lines from

11   the bottom, you see the word "finally"?

12      A    Uh-huh.

13      Q    "Finally, the trail of evidence

14      left by any single work of history

15      becomes a key starting point for

16      subsequent investigations of the same

17      subject, and thus makes a critical

18      contribution to our collective

19      capacity to ask and answer new

20      questions about the past.  For all

21      these reasons, historians pride

22      themselves on the accuracy with which

23      they use and document sources.  The

24      sloppier their apparatus, the harder

25      it is for other historians to trust

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 67 of 446

1          their work."
2                  Did I read that correctly?
3          A    Yes.
4          Q    Do you agree that it is important to
5     properly document and cite all the sources you
6     relied upon?
7          A    As much is available and possible.
8          Q    Are you familiar with Anthony Brundage's
9     "Going to the Sources:  Guide to Historical Resource
10    Writing"?
11         A    No.
12                 (The document referenced below
13         was marked Deposition Exhibit 7 for
14         identification and is appended
15         hereto.)
16    BY MR. GIBBONS:
17         Q    I'm going to introduce Exhibit 7.
18                 Okay.  If you will turn towards page 125.
19    It is about three-quarters of the way through the
20    exhibit.
21                 Do you see where it says "Footnoting"?
22         A    Yes.
23         Q    It reads, beginning of the second sentence:
24                 "In regard to the former, most
25         students are fully aware that all

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 68 of 446

1    quotations must be footnoted; it is
2    the actual footnoting of the other
3    material that raises problems.  Should
4    each fact be footnoted?  To do so
5    would be to encumber your text with
6    thick clusters of numbers and a
7    corresponding long list of notes at
8    the bottom of each page (or at the end
9    of the paper if endnotes are being
10   used.)  The purpose of footnoting is
11   to allow your reader to check the
12   accuracy of your quotations,
13   citations, and assertions.  You should
14   not footnote a major fact that is well
15   known and unchallenged, such as,
16   'President Lincoln was assassinated by
17   John Wilkes Booth' or 'the Normans
18   invaded England in 1066.'  Nor is it
19   necessary to footnote most of these
20   'smaller' facts about the events or
21   details in a person's life that the
22   reader can easily check by consulting
23   some of the works in your
24   bibliography.  But when such a fact is
25   being emphasized or used as evidence,

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 69 of 446

1          and certainly when it is in dispute,

2          it needs to be footnoted.  Also use a

3          footnote when mentioning another work,

4          primary or secondary, in your text,

5          even if you do not quote it from it

6          directly."

7               Did I read that correctly?

8      A     Yes.

9      Q     Okay.  Would you generally agree with that

10     citation practice?

11     A     Generally.

12     Q     Okay.  Do you have any reservations about

13     that footnote practice?

14     A     Well, I did get critiques from one of my

15     books of over-footnoting, so, yeah, I think it

16     depends partly on your discipline as well as on the

17     information itself.

18     Q     Okay.  Which book was criticized for being

19     overly footnoted?

20     A     LBJ's 1968.

21     Q     Okay.

22     A     One of my most recent ones.

23     Q     Okay.  And was that criticized by a

24     publisher or by reviewers?

25     A     One reviewer and then English professors

```
1      seemed to -- two ex-English professors.
2           Q    Probably not a lot of lawyers, though?
3           A    No.
4           Q    Okay.
5           A    But it was for over-footnoting.
6           Q    Okay.  Interesting.
7           A    But, again, that was a project worked on
8      for four years, a different beast than what we were
9      able to work with here.
10          Q    Yeah.  Let's talk about that for a bit.
11               So you said that you began work in
12     July 2024.  Your first report went in December, so
13     approximately five months, right?
14               Given the scale of the assignment that you
15     were given, how long would you have preferred to
16     have to prepare your report, realistically knowing
17     this is litigation and it is on a timeline?
18          A    That's a good question.  If this was a
19     standard book, for example -- article versus a book.
20     Article probably 18 months; a book, probably three
21     to four years.
22          Q    Okay.
23          A    Again, that's one of the things that were
24     sort of odd which I responded to the responses is
25     that --
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 71 of 446

1       Q     Yeah.

2       A     -- and -- I'll wait if you have got a

3     question.

4       Q     I believe you mentioned that in your third

5     report, the March 17th report.

6       A     Yeah.

7       Q     And we can get to that.

8             I just wanted to ask.  So generally when

9     you're engaging in a research project, do you have

10    deadlines that you have to meet for publishers or

11    other works?

12      A     They are very loose.

13      Q     Okay.

14      A     Yes, if it is an article, you know, you

15    tell the journal editor you would like to get it in

16    by this certain time, but they also realize life

17    gets in the say, sick children, you know, health

18    issues.  So they understand.  So, you know, if you

19    get a book in on time, for example, most of the

20    editors almost fall over versus 12 to 24 months

21    afterwards --

22      Q     Okay.

23      A     -- which is more of a norm.  Again, you

24    can't control a lot of different issues.

25      Q     Okay.  Going back to your other litigation,

1    declarations and testimony, we talked about how

2    those were operating on a much shorter, much more

3    compressed time frame, sometimes as little as six

4    weeks?

5         A    Yes.

6         Q    How does your citation practice in your

7    Camp Lejeune report compare to your citation

8    practice in those reports or declarations?

9         A    I tried to follow it as closely as

10   possible.

11        Q    So roughly the same number of footnotes and

12   citations?

13        A    Right.  For a journal article of 30 pages,

14   probably 75, which would be closer to this, than a

15   book where there's hundreds and hundreds of

16   footnotes and -- I won't even say, nobody uses

17   footnotes anymore.  It is always endnotes.

18        Q    Right.

19        A    So as closely as possible within the

20   context of the parameters.

21             Also, I should -- and I think I note this

22   in the third report, my deadline was moved from late

23   January to December 7th.  I can't remember why, but

24   that changed some of the dynamics also.

25        Q    You were initially told that your report

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 73 of 446

1    would be due in January?

2        A    Yes.

3        Q    Interesting.

4            Do you remember when about you were

5    informed that your report would be due in December?

6        A    They gave me still, six to eight weeks

7    advance notice, but the original was we are looking

8    at these -- and I know those dates change as a

9    result of court filings and things of that order.

10   But it was a more compressed time frame than what I

11   anticipated originally.  And I also was doing this

12   on my own without any assistance, outside

13   assistance, in a comparative sense.

14       Q    I understand.

15       A    There was no research assistants employed

16   or anything like that.

17       Q    At any point did you think about requesting

18   to narrow the scope of your reports so that you

19   could have more thorough discussions or citations to

20   a more limited number of topics?

21       A    No.

22       Q    Okay.  Why not?

23       A    I think I had in mind what I wanted to

24   include in the main report, and the discussion of --

25   related to the research question.

1      Q    Okay.  And when did you first form that --
2   like an oral notion?
3      A    It is a good question.  I can't answer.
4      Q    Was it early or late in the --
5      A    Late.  I think one of the things a good
6   historian will do is examine the materials first
7   before they make a -- you know, start their general
8   conclusions.  Political scientists go the other way
9   around and start with a premise and then try to
10  build their research around it, either prove it or
11  disprove it.
12          As a historian, you tend to do the research
13  first and let that direct your story.
14     Q    Okay.
15     A    Once you have a research question.
16     Q    Understood.
17          So I would like to go back to your December
18  9th report -- sorry, December 7th report.
19     A    Okay.
20     Q    Exhibit 3.  Could you go to page 11.
21     A    Okay.
22     Q    So subparagraph B, for instance, is the
23  "All-Encompassing Nature of the Base."  There's an
24  introductory paragraph.  It talks about a large
25  number of civilian workers.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 75 of 446

 1          Then turning the page, the next paragraph
 2     talks about how Marine Corps provided security to
 3     protect the base from occupants and crimes.
 4          The third paragraph talks about Marines'
 5     desire to keep Marines on part of base, prevent
 6     clashes between the rowdy Marines and the locals.
 7          The fourth paragraph then talks about --
 8     sorry, that's the fourth paragraph.
 9          But my point is that there's four
10     paragraphs here and there's a single citation to
11     recordation in the Leatherneck.  Is that correct?
12     A    That is correct.
13     Q    So how would a reader, whether it be
14     another historian or a judge, know which of these
15     four paragraphs this one citation is supporting?
16     A    Part of it is general knowledge, but -- I'm
17     sorry, let me get back over there.
18          I guess that would be the question on
19     general knowledge.  And I think what I was trying to
20     do with this, and had I probably been given more
21     time would have what we call pad the bibliography
22     where you fill in these gaps and put in footnotes
23     that would be broad, general ones.  But, yeah, so if
24     you see the one that I ended up footnoting was the
25     one with the quotations.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 76 of 446

1      Q      Okay.

2      A      Yeah.  But I guess working on the premise

3   there, it could have been possibly more footnotes

4   had I had the time to go back and, again, pad the

5   bibliography.

6      Q      Okay.

7      A      Because I work on the basic premise.  A lot

8   of it is general knowledge.

9      Q      I had some questions of what you consider

10  general knowledge.  Some of these are very detailed

11  things about, you know, for instance the U.S.

12  military directing bases such as the Marines to

13  remain on the base and funnel funds back into the

14  military PX, restaurants, cultural institutes,

15  things like that.

16          Is it your position that that's general

17  knowledge?

18      A      I think it is among military historians.

19      Q      Would that be general knowledge to, say, a

20  court or an attorney?

21      A      That, I don't know.  Again, I think we are

22  working on a premise here.  Again, as a trained

23  military historian, if I took this -- I was in

24  Mobile last week at the Society for Military

25  History -- and I took it to the 500 people there,

Golkow Technologies,
877-370-3377                   A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 77 of 446

1    they would have said this is general knowledge.
2         Q    Right.
3         A    But to take it to a court, no.  So could I
4    go back and fill this in and give you the citations
5    from the pages of the general studies?  Absolutely.
6         Q    Okay.  Would you be willing to supplement
7    your report with those sources?
8         A    Absolutely.
9         Q    Okay.
10        A    I don't have any problem -- if that's what
11   is needed, more than happy to do that.
12        Q    Okay.
13        A    Again, I think, you know, thinking of these
14   in terms of -- your question is very well put, in
15   terms of who is the target audience.
16        Q    Right.  So I mean you would then agree for
17   purposes of informing a court, the citations here
18   and the assumption of general knowledge, would be
19   insufficient?
20        A    For that group, possibly.
21        Q    Okay.
22        A    Again, I don't want to insult the
23   intelligence of the Court also.
24        Q    Of course.
25        A    But that would be easily accessed.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 78 of 446

1      Q    Do you know if all of the assertions in
2    here are supported purely out of the materials that
3    you produced in your reliance list or some of these
4    additional background that you already had prior to
5    working on this litigation?
6      A    That's a hard question to answer about
7    what's, you know, accumulated knowledge and what's
8    memory versus what was read in preparation for this,
9    and I can't answer that.
10     Q    I understand you have an extensive history
11   that you've accumulated.
12     A    Yeah.  And what I would note is, if I
13   could --
14     Q    Of course.
15     A    -- given more time, given, you know -- when
16   you write a book, for example, you go through a
17   whole editing process, and if my editor came back
18   and said we need this, this, this, and this, I would
19   respond accordingly because the editor is the
20   professional.  And it goes through multiple levels
21   of review, including external experts that are
22   military historians for this topic, that would know
23   the information.  They might come at me and say, no,
24   I don't feel like that is necessary.  An editor
25   might have a different opinion, and you adjust

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 79 of 446

1     accordingly.

2              So that's part of the process that you

3     can't necessarily get in something like this where

4     you have got multiple editor -- professional

5     editors, multiple external reviewers, just -- time

6     or -- you know, it is just not set up for that.

7          Q    Okay.  Did anyone review your report while

8     it was in draft format?

9          A    Yes.

10         Q    Okay.  Who reviewed your draft report?

11         A    John did.  You know, but it was not for

12    content.  It was more just for did I miss a period,

13    did I miss a -- you know, you know, did something

14    not make sense.

15         Q    Okay.

16         A    So it was more editing along the lines of

17    editorial advice, not content advice.

18              MR. HUGHES:  And I'll let him answer.  But

19    I think under Rule 26 notes that aren't relied on

20    and drafts of reports aren't discoverable.

21              MR. GIBBONS:  Correct.  Did anybody else

22    review drafts of your report?

23              THE WITNESS:  No, not to my -- I don't

24    remember anybody else.

25    ///

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 80 of 446

1    BY MR. GIBBONS:

2         Q    Okay.  Do you know if Mike Partain ever

3    reviewed a draft of your report?

4         A    He looked at essential sections, but, you

5    know, not the whole draft.

6         Q    What about Jerry Ensminger?

7         A    He may have, I don't remember.  I don't

8    think Jerry feels as comfortable in that role.

9         Q    Okay.  When you said that Michael Partain

10   reviewed sections of it, that was sections of the

11   report before it was finalized?

12        A    Yes.

13        Q    Okay.  Do you know how often you sent

14   sections to Michael Partain?

15        A    It couldn't have been more than once.

16        Q    Okay.

17        A    I mean, again, I don't remember.  I think,

18   what I would say is -- I keep going back, you know,

19   these are structural.  These aren't the substance of

20   the arguments.

21        Q    Okay.

22        A    And I think that's important to note.  Had

23   I had time -- was I taking this and giving it to the

24   American Historical Review for publication, there

25   would have been a longer opportunity and also sort

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 81 of 446

1    of different rules knowing what the target audience

2    was.

3         Q     Okay.

4         A     It is like -- I'll put it this way, it is

5    like writing an opinion piece for the Washington

6    Post or Time or the places -- they don't ever

7    require notes.

8         Q     Right.

9         A     It is a different audience.  They have

10   different expectations.

11        Q     But is the methodology that you use to

12   reach those conclusions the same?

13        A     The same.  The research is.  Should they

14   come back and say could we have a footnote on that,

15   I would have that footnote.

16        Q     Okay.

17        A     The same goes here.

18        Q     Okay.

19        A     If you really want to know where I got

20   it -- and, again, we didn't also include all the --

21   if I'm not mistaken, on the reliance list, but those

22   reliance lists were relied heavily on.  Not every

23   one of them, I don't believe, made it into the

24   footnotes, but I won't swear to that.

25        Q     Okay.

1      A     But, again, if that's the question, that's
2      easy to address.

3      Q     Understood.

4      A     But I would go back and say there was one
5      thing I would point out, Dr. Kelman, for example,
6      critiquing common knowledge about what life was like
7      on -- in terms of physical training and things like
8      that, a military historian would have no doubt that
9      that is common knowledge.  You as a former officer
10     would have no doubt, that is just common knowledge.
11     But, again, I don't think he had an expertise in
12     military history or 20th Century history to be able
13     to understand.  I wouldn't go back and critique him
14     on some of his 19th century choices.

15     Q     That's fair enough.

16     A     Yeah.

17     Q     But would you be able to analyze his
18     historical methodologies for how he arrived at his
19     conclusions?

20     A     I would to a point.  For example, I would
21     question him wholeheartedly on how he determined how
22     I evaluated my oral history and bias and things like
23     that.  Much like I would not question him on that, I
24     would trust him as a professional that he had
25     already made those decisions, and given the long

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 83 of 446

1    track record I have in that area, I would think he
2    would respect that.
3           Again, as I noted in Report 3, nobody has
4    ever came back and questioned my oral histories.
5       Q    Would you say that the sources you relied
6    on, then, were biased in some way?
7       A    All sources are biased.
8       Q    Okay.
9       A    Everything has been used and any -- whether
10   it is Dr. Kelman's work or wherever it may be, you
11   always have to try to ascertain what the bias is.
12   You have to understand the context of something --
13   for example, Dr. Kelman has never interviewed
14   someone that actually was alive for the event.  He
15   interviewed people about their memory of the event.
16   He didn't interview anyone from the massacre in 1864
17   for the obvious reasons.  So that's a different
18   beast than interviewing somebody about memory.
19      Q    Interesting.
20           Did you address the potential biases
21   anywhere in your report?
22      A    No.  You do that in the -- when you are
23   evaluating the sources themselves.  For example, a
24   government report depends on who is writing the
25   report.  Is the Marine Corps writing the report?  Is

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 84 of 446

1     the EPA writing the report?  You try to do that to
2     the best of your ability throughout the process of
3     evaluating your research.  And I think that's
4     something that I, you know -- again, anything can
5     have a bias.  And, again, you got to contextualize
6     it.  You can't put a document that is from the 1960s
7     and then try to use the current context to say that
8     1960s document within -- what is going on in 2025.
9     You wouldn't want to do that with DADT.  "Don't Ask,
10    Don't Tell."  It is a very different discussion in
11    the 1990s than it is in 2025, although it has almost
12    come full circle.
13         Q    So I understand your point.  My question is
14    did you describe that process anywhere in your
15    report?
16         A    No.  You don't do that.  That's not
17    what's -- a description in a book or things of that
18    order.  As a professional historian, it is
19    understood that you are going to be testing your
20    materials, much like I would not question
21    Dr. Kelman's oral history for his book on Sand Creek
22    the oral histories he did with National Park Service
23    because I know he understands that the National Park
24    system person that he interviewed extensively has a
25    bias because she is running the monument.  And she

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 85 of 446

1    is also afraid of what could be interpreted, and so,
2    like with anything, you understand people a lot of
3    times what they say isn't always exactly what
4    they -- they always have that context in mind.
5         Q    Okay.
6              MR. HUGHES:  I'm going to ask that we go
7    off the record for a bit and talk.  I've gotten some
8    texts from co-counsel, and I need to talk to y'all
9    about it off the record.  Is that okay?
10             MS. HURT:  Sure.
11             MR. GIBBONS:  Yeah, can we wait just like
12   five minutes or is this urgent?
13             MR. HUGHES:  They have a concern about
14   people that are showing up on the -- on the
15   attendance and they are highly concerned that this
16   reading of assistance, being on without advance
17   permission is not what leadership agreed to.  So I
18   need to get you on the phone with them as soon as we
19   can.
20             MR. GIBBONS:  Okay.  All right.  Let's take
21   a break.  Give me one second.
22             VIDEO OPERATOR KELLEY:  This is the end of
23   Media File Number 2.  We are now going off the
24   record.  The time is 11:21 a.m.
25             (Recess taken.)

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 86 of 446

1          VIDEO OPERATOR KELLEY:  This is the
2     beginning of Media File Number 3.  We are now going
3     on the record.  The time is 11:36 a.m.
4          MR. HUGHES:  This is John Hughes for the
5     plaintiffs.  I'm putting on the record that from the
6     plaintiffs' point of view, the language in the
7     deposition protocol about attendance and the
8     language about assistance or people assisting the
9     litigation does not mean that automatically parties
10    can have experts attend depositions without advance
11    approval.  We are fine with continuing this
12    deposition today with Dr. Brigham or people on his
13    team on the attendance.  We ask that before the next
14    deposition of an expert that the lead counsel talk
15    to each other and see if they can work out a
16    protocol for that.
17          What we suggest is that the protocol would
18    be that if either side wants to have experts on
19    depositions of other experts, that they give advance
20    notice so there's notice and consent.
21          And so that is my statement for the record.
22    And I understand that Mr. Gibbons' position is that
23    the plaintiffs themselves have had experts on one or
24    more occasions without advance consent and so he is
25    not willing to agree to a protocol right now, but

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 87 of 446

1    I'm hopeful that the folks on DOJ side can agree to
2    a protocol with the folks on our side before the
3    next deposition.
4             MR. GIBBONS:  Thank you, Counsel.
5             For the record, I would like to register
6    the language in question in Case Management Order 3
7    comes from paragraph 9, Attendance, which states:
8             "Unless otherwise agreed to by
9        the parties, deposition may be
10       attended only by the parties, the
11       parties' counsel, the deponent, the
12       deponent's attorney, if one exists, in
13       addition to other counsel, plaintiffs'
14       lead and co-lead counsel, or their
15       designee, court reporters,
16       videographers, interpreters,
17       translators, assistants invited by
18       counsel to assist, and any person who
19       is assisting in the litigation."
20            The United States currently interprets this
21   to include expert witnesses that are retained by
22   each of the parties.  In past practices we have not
23   had to provide advance notice or agreement for
24   opposing experts to attend expert depositions.
25            The United States would note that Morris

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 88 of 446

1    Maslia, a retained expert of the plaintiffs,

2    attended the expert depositions of Remy Hennet and

3    Alex Spiliotopoulos with no prior coordination, and

4    the United States did not object then.  The United

5    States maintains that any person who is assisting in

6    litigation includes experts attending all other

7    expert depositions.

8             MR. HUGHES:  Okay.  Thanks for letting me

9    speak, and I understand what you said.

10            You want to continue with your questioning?

11            MR. GIBBONS:  Sure.

12   BY MR. GIBBONS:

13      Q    Dr. Longley, I apologize for that.  I

14   believe we were talking about bias and sources, oral

15   histories, or other materials.  I would like to go

16   back to that.

17            I believe you said that your position is

18   that a professional historian does not need to

19   explain in detail how they evaluated their sources

20   for bias because it is an inherent part of a

21   historian's practice.  Is that correct?

22      A    That is correct.

23      Q    And as we've already discussed, the

24   targeted readers for this report are not generally

25   other historians but primarily the Court.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 89 of 446

1          Would you agree?

2      A    I would agree.

3      Q    Well, if the primary reader is a court or

4      other attorneys, they are not trained historians,

5      correct?

6      A    Typically not.

7      Q    Okay.  And even if they are assisted by

8      professional historians in their practice, an

9      attorney or a judge would not necessarily know that

10     trained historians interrogate their sources for

11     bias.  Is that correct?

12     A    I'm not sure on that.  I think most people

13     would recognize that.  And, again, given many

14     lawyers are former history majors, I would hope they

15     learned that in their studies.  Same with political

16     scientists, which are probably the biggest majority.

17     So I didn't see that in Dr. Brigham's either where

18     he is explaining his sources to them.  And, again,

19     as someone with a Ph.D. in history, I respect

20     that -- I didn't go into that because I respected

21     that he knew the historical methodology, but I don't

22     see that in his report either.

23     Q    Did Dr. Brigham's report rely on any oral

24     history of individuals?

25     A    No, but he did rely on government sources,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 90 of 446

1   any of the sources should be, you know, challenged
2   in terms of looking for bias, looking for context,
3   looking for all these different things that might
4   affect their -- a government source on a topic like
5   this might have a bias, depending on when they are
6   writing, what they are trying to protect, are they a
7   public relations officer versus an officer who has
8   been affected.  There's a lot of different things
9   that I think, and we test that.  And, again, if
10  that's not clear, then any book that's been picked
11  up by a historian you are not going to see that in a
12  written form.  So I don't think that's an
13  expectation, even within the context here.
14          Q     Okay.  Well, let me ask it this way, then.
15  So if you are using various sources, then wouldn't
16  it be important to acknowledge what positionality is
17  of those sources to the material they are being
18  asked about?
19          A     Right.
20          Q     Okay.
21          A     And I think that is made in people like
22  Jerry Ensminger and others to make the point they
23  have been plaintiffs, they have been advocates,
24  especially in the second report.
25                We did -- I did an extensive explanation of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 91 of 446

1    the website, its development, how far back they go

2    in these, and so I think maybe I'm wrong. Maybe I'm

3    assuming, which we know sometimes is the wrong thing

4    to do, but that if they are a plaintiff, I have

5    tested for that bias. I acknowledge that bias. But

6    that doesn't necessarily mean that the person's

7    perspective is fundamentally not right or not their

8    truth.

9        Q    Well, what you just said makes a lot of

10    sense, but was that explained anywhere in your

11    report?

12        A    I didn't go into that detail because,

13    again, in any form of writing that I have ever done,

14    whether it is a book, whether it is an article, and

15    not only -- or my op-eds for the post or the time or

16    wherever you went, that is not something that is

17    accepted as a common practice. And, again, I didn't

18    see it in the expert report from Dr. Brigham either

19    in terms of him explaining his sources. And I guess

20    neither one of us -- we sort of work on a premise

21    that that is an accepted practice.

22        Q    So do you disagree with Dr. Kelman's

23    assessment that it is important for historians to

24    show their sources and that they have -- show their

25    work, essentially, that they have exhausted their

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 92 of 446

1    sources for interrogation for biases and then
2    explain the potential biases in those sources?
3        A    He doesn't -- well, I would just say in
4    response I've read Dr. Kelman's work.  He doesn't do
5    that either.  He hasn't explained it in his
6    narratives.  We work on the premise, again, accepted
7    premise among historians, and also even to the
8    general public, that that is what we are doing
9    anyway.  That's what makes us professionals.  And so
10   I've read both his book -- I've never seen him
11   explain his oral histories, and -- like the person
12   who was the head of the parks, he didn't highlight
13   her biases.
14       Q    Uh-huh.
15       A    He didn't need to.  I think an intelligent,
16   informed person would already test those premises
17   anyway and would ask those questions.
18            So if we need to further explain that,
19   that's easy to do, to say that we did this.  And if
20   we need to go back and do that, I'm more than happy
21   to do so, but I would expect them to do the same and
22   I would expect Dr. Kelman to be able to do it in his
23   books.  Maybe he calls up -- I think Princeton was
24   the second one's publisher and says, "I need to go
25   back and explain these things."  Because, I mean,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 93 of 446

1    for example, he accuses us of a couple of things
2    that he himself does.  For example, he says, "Well,
3    you only took notes on one of the oral histories
4    rather than recording it and depositing it."  I went
5    into his books and read his footnotes, he's got that
6    too.  He is throwing --
7           I'll give you another one.  On page 3 of
8    the AHA standards, it says:
9           "...accurate citation even more
10       vital.  This is why scholarly
11       apparatus in the form of
12       bibliographies and annotations (and
13       associated institutional repositories
14       like libraries, archives, and museums)
15       is essential to the potential practice
16       of history."
17           One of his books does not have a
18   bibliography.  In fact, it made it very difficult to
19   go through and determine what his sources were
20   because there was an absence of a bibliography,
21   which is not a common practice.
22           So, I mean, you know, if we want to be held
23   to the same standards, let's apply them across the
24   board.
25       Q    Okay.  What book was that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 94 of 446

1      A     I think it was the one on Sand Creek.

2      Q     The Displaced Massacre?

3      A     Yes, the Displaced Massacre.  There is no

4  bibliography.  I could be mistaken.  It may have

5  been the one on New Orleans.  No.  The one on New

6  Orleans had the bibliography because I could track

7  the court cases that he utilized as far as his

8  sources, 25 different court cases.

9            So, again, another thing that was a

10  critique, but turns around and does it himself.

11     Q     Okay.  Just to be clear, though, your

12  position is that a professional historian does not

13  have to overtly explain the biases and how they

14  evaluated their sources in light of those biases

15  when making their conclusions?

16     A     That is done in the process.

17     Q     Okay.  Dr. Kelman [sic], can you in your

18  own words explain what oral history is?

19     A     It is a form of interview which

20  professional historians utilize often.  Now, many of

21  us can't because all the subjects are dead.  But

22  when you can interview people who were there,

23  involved, you try to do so because it gives a human

24  side to the story.

25            How could I write a book on Vietnam where

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 95 of 446

```
 1    all I relied on was government sources.  How could I
 2    write about the combat soldiers' experiences without
 3    oral histories, memoirs, letters maybe they wrote
 4    home.  There's a multitude of things that you can
 5    employ.  And in certain topics it's much easier.
 6              Again, Dr. Kelman couldn't do the
 7    Sand Creek massacre because they are all gone.  For
 8    the most part Mr. -- Dr. Brigham's only book that he
 9    wrote on rural electrification, that was in the '20s
10    and '30s most of the people who would have been
11    affected.
12              (Reporter clarification.)
13              THE WITNESS:  So he wrote on that, but he
14    wasn't going to be able to do oral history.  So the
15    fact that they are critiquing these kind of things
16    when they haven't employed them themselves in terms
17    of the same kind of oral histories is a bit
18    perplexing, I'll just put it that way.
19    BY MR. GIBBONS:
20        Q    Okay.
21        A    But if you need further explanation --
22        Q    Yes.
23        A    -- again, it is taking down a written
24    memory of the event.  And I stress the point memory.
25    Because you have to test and hypothesize too on what
```

Golkow Technologies,
877-370-3377                 A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 96 of 446

1    their biases are, what their -- how their memories

2    may be flawed, how they might be self-censoring and

3    time from event, which is part of the process.

4          Again, I don't explain that in great detail

5    because, again, that's almost an accepted practice.

6       Q    Okay.  Let's talk about that for a little

7    bit more.

8       A    Uh-huh.

9       Q    When you have conducted oral histories,

10   walk me through your general practice of how you

11   conduct an oral history.

12      A    Yeah.  It depends.  For example, when I

13   interview someone like Al Gore, which I've done

14   several times.  He wrote a forward to my book on his

15   father.  Al Gore knew, just like what we have done

16   here, if he wanted to stop and go off the record, he

17   would take your tape recorder away from you and that

18   was a sign, "Stop.  I will discuss something off the

19   record."

20         Now, that is very different from

21   interviewing someone that is maybe not experienced

22   in giving an interview, and that's sometimes one of

23   the things you learn to do is you take notes because

24   shoving a recorder in front of somebody and they are

25   not experienced with it, they are very suspicious of

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 97 of 446

1    that, and they might not be as likely to talk to
2    you, you know, as fully as they might if you do it
3    handwritten notes.
4            So there's multiple ways to do this.
5    Typically, though, my goal is always to have them
6    recorded as we did -- we provided -- I take this we
7    did provide that oral history of Mike and Jerry.
8            MR. HUGHES:  Yes.  We sent a link to the
9    electronic video/audio.
10           THE WITNESS:  Yeah, and that would be the
11   traditional way to do it.  And it is easier actually
12   now with Zoom because it records automatically for
13   you.  And, in fact, it can write notes for you as
14   you are going through it.  So that's optimal.  The
15   optimal would be to get that.  Then have that
16   transcribed.  Then have that put in a repository
17   like Mr. Partain's site.  Or hopefully in the long
18   run because of, you know, opportunities that do more
19   of this, we could create a central repository for
20   people who are at Camp Lejeune to discuss their life
21   at Camp Lejuene, which I would be -- I would like to
22   do.  More, I just didn't have time to do more.  But
23   that's the traditional setup.
24           Again, timing made it a little more
25   difficult.  For example, I did sort of deviate from

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 98 of 446

1      a traditional form with Allan Howard because I had

2      already read his deposition, which, to me, is a form

3      of oral history that is accepted as -- in court

4      documents.  And it is a form of oral history.

5      Actually, it is better because it is under oath.

6      And that actually makes it even, I think, stronger

7      in terms.

8              So the oral history that was done with

9      Mr. Howard, again, because time was running out, was

10     a very short, abbreviated, just taking -- verify

11     some of the notes and some of his stories.  And also

12     I discovered things like he originally said he

13     didn't participate in athletics.  Well, comes to

14     find out he was training for a half marathon.

15     That's athletics and that affected some of the

16     outcomes.

17             So I think that, you know -- there's

18     multiple ways to do this, and I think people who

19     would say an oral history -- for example, if you are

20     doing Native American history or history traditions

21     are different than, how do you take folklore and tie

22     it in.  So there's complexities to this that are not

23     presented by Dr. Kelman or Dr. Brigham in terms of

24     the critiques of understanding -- and, again,

25     understanding they haven't done it, outside of

 1    Dr. Kelman, with people who are just remembering it.
 2    Again, if he could pull off finding a survivor of
 3    Sand Creek, that would be a miracle since that was
 4    1864.
 5    BY MR. GIBBONS:
 6         Q    Right.  So I just want to -- we will come
 7    back to everything else.  I just want to make sure.
 8              So your understanding of Dr. Kelman's book
 9    is that it is an oral -- purported oral history of
10    the massacre itself?
11         A    No.
12         Q    Okay.  What is your --
13         A    It is an oral history of the memory of the
14    massacre itself.
15         Q    Okay.
16         A    He did not interview anyone that
17    participated in the massacre or -- any form of
18    participation.  The closest he got was court
19    documents and memories from people.
20         Q    Okay.
21         A    But he himself has not conducted an oral
22    history of a particular event of a living person who
23    participated in that event.  And there is a distinct
24    difference there.
25         Q    Right.  I understand your point.  But you

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 100 of 446

1    still believe that the point of Dr. Kelman's book is
2    you focus on the massacre itself.  Is that correct?
3         A    No, it's -- my reading of it, and I've read
4    it from front to back, because it is a very good
5    book.  I will not critique Dr. Kelman's credentials
6    as a professional historian.  I will contradict that
7    he is a 19th century historian commenting on
8    military history in the 20th century as a critique,
9    but I will not critique his -- his work is very good
10   work, but it is more about the memory of the event
11   than it is about the event itself.  It is a
12   combination.  It flows in.  But a lot of -- all the
13   oral histories have to do with the memory of the
14   event, not the event itself.
15        Q    So if the point of the book was to elicit
16   oral histories about how the event was memorialized
17   rather than trying to get at the memories of the
18   event itself.
19        A    Yes.
20        Q    Do you understand the distinction?  Would
21   that still be an appropriate use of oral history?
22        A    Absolutely.
23        Q    Okay.
24        A    I don't question that.
25        Q    Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 101 of 446

1     A     If you go and look at a number of my books,
2     a lot of times it is about memory.
3             I talk about this in my Morenci Marines.  I
4     talk about this in Grunts, and I talk about this in
5     the new book The Forever Soldiers.  Memory is an
6     extremely important part of that, but it is
7     different and it has to be critiqued in a different
8     manner also in terms of how you are doing bias.
9             Senator Nighthorse, a member of the tribe
10    itself, if I'm not mistaken, that was affected.  He
11    is going to have a bias, which, again, Dr. Kelman
12    doesn't state outright, but I know that he is -- he
13    understands that.  And I give him credit for that,
14    again, as a professional historian.  Again, it is
15    just a different form of oral history.  Just like I
16    mentioned the others that I just mentioned, there's
17    multiple ways to do it.  There's also multiple ways
18    that it can be utilized.
19    Q     Okay.  Interesting.
20    A     Just like court documents --
21    Q     Uh-huh.
22    A     -- from the trial over Sand Creek or the
23    government documents.  But, again, context matters
24    and, you know, people are going to want to write it
25    a certain way.  Chivington, the perpetrator of the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 102 of 446

1      massacre, a Methodist minister, much to the great

2      chagrin of the Methodist Church, is going to have a

3      particular memory of that massacre as opposed to

4      someone that was a person whose family was

5      slaughtered at Sand Creek.

6              So we do that.  And that's just part of the

7      historical method.

8         Q    Okay.  I want to go back to something you

9      said a little bit before we went off the tangent

10     about the misplaced massacre and Dr. Kelman.  So

11     your position is that oral history is a broad subset

12     of history that includes multiple different means

13     and mechanisms -- correct? -- including both what I

14     would call, you know, recorded interviews or, you

15     know, full-blown oral histories --

16        A    Uh-huh.

17        Q    -- but also unrecorded interviews or notes.

18        A    Which Dr. Kelman uses too.

19        Q    Okay.  Interesting.  And even depositions

20     then --

21        A    Yes.

22        Q    -- would be oral history?

23        A    Again, I think it is actually a fairly

24     effective form of oral history because you are under

25     oath.  Does it still have some of the same issues

                        Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 103 of 446

1     that we talked about in terms -- again, all
2     documents, all materials that you utilize in these
3     have things that you have to test.  Again, if the
4     government is writing something, you always have to
5     be questioning that.  If -- again, a survivor of a
6     massacre, of course you are going to test that.
7          Q     Right.
8          A     And you are working that in your head as
9     you are working through the materials.
10         Q     Would you agree that the power dynamic in a
11    deposition is different than in a more traditional
12    oral history?
13         A     I think it is infinitely more intimidating,
14    speaking from experience, as opposed to an oral
15    history.  But even there, there's a power dynamic.
16    I as -- my favorite book is called the Morenci
17    Marines that I've written and Morenci, Arizona, is a
18    very small mining town in southeastern Arizona, and
19    it is a place where there's not a lot of Ph.D.s that
20    roll into town and start asking a lot of questions.
21    So the power dynamic is my education provides me a
22    position in terms of how these people see me as an
23    educator, as someone with an advanced degree, which
24    can be oftentimes intimidating, and I try to always
25    offset that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 104 of 446

1    When I do these kind of interviews I don't
2    remind them throughout, "Hey, I'm Dr. Longley."  I
3    show up, and I'm new in a small town.  For example,
4    I wore my cowboy boots and my western shirts and
5    jeans.  I didn't show up in a suit.  That would have
6    been a power dynamic that it would seem like I was
7    imposing, which then would have led to a barrier to
8    them telling me their stories.
9    So I think in any kind of setting there's
10   always a power dynamic, which I understand and I try
11   to, you know, put into -- and when I test my
12   hypotheses and I test my sources, I try to keep that
13   in mind.
14   Q    So I want to focus on that for a minute.
15   So when you said that you conducted these
16   interviews, you know, you wear your cowboy boots and
17   jeans, western shirts and everything, why did you do
18   that exactly?
19   A    Because I was raised in West Texas in an
20   oil town.
21   Q    Right.
22   A    This is a copper mining town.  This was
23   something that I understood, one, outsiders are not
24   appreciated.  You're always suspicious of them.
25   Reporters are always -- they are always suspicious

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 105 of 446

1    of reporters.  Again, if they don't know you, you

2    are not part of the family, they are suspicious.  So

3    I tried to break down some barriers.  I joke that

4    the only thing I did wrong was I didn't show up in a

5    Ford or a Chevy pickup, I showed up in a Toyota

6    instead which led to suspicions.

7              So those kind of things -- you are

8    conscious of that when you go.  Again, don't go into

9    an interview with a veteran and start saying, well

10   I'm Dr. So and So, things like that.  You try to

11   remember -- you try to meet them where they are

12   because you want them to tell your -- as well as

13   they remember it and as well as they can sort of

14   construct it for you.

15             So, I mean, we talked about this in great

16   detail, oral history, but very little of my main

17   report is oral history.  It's a very small

18   percentage.  So I understand the focus on it, but in

19   the big reality there was so many other things that

20   were taken.  Nearly 200 different things in there

21   are reliances.

22        Q    Yeah, and I understand that.  We are still,

23   unfortunately, relatively early in this deposition.

24        A    No, no.

25        Q    I just want to get some of these more

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 106 of 446

1    lingering questions out of way.

2         A    Understood.

3         Q    It sounds like what you are trying to do

4    is, you said, break down barriers.  You are trying

5    to put them more at ease in these interviews.  Is

6    that correct?

7         A    Yes.

8         Q    And why is that?

9         A    Because if they have suspicions or if they

10   think that you are out to try to set them up -- for

11   example, in this same story, a lot of the families

12   have been burned by the media in the 1969 when the

13   last person was brought home from Vietnam dead and

14   so they didn't trust media.  And that's not

15   abnormal.  And the media did sometimes take

16   advantage, tried to play their side of the story.

17            So I think that's the thing you have to try

18   to do is, if you note in the hour and a half that I

19   spent with Jerry and Mike Partain, I probably didn't

20   speak for more than three minutes, four minutes,

21   just to ask questions.  Because the goal of the oral

22   history is to have them tell their story.  And you

23   want to ask certain questions related to and then

24   always a challenge in oral history is people are

25   going to go off into their own digressions, but out

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 107 of 446

1      of respect I rarely, unless I'm time constricted,

2      try to pull them back.  I want them to be able to

3      tell their story.

4          Q    Do you see how that is different than, say

5      the dynamic that we currently are in in this

6      deposition where I am asking questions and you are

7      obligated under oath to answer?

8          A    Yes.

9          Q    Okay.

10         A    I -- again, that's why I differentiated

11     between a deposition and an oral history.  The

12     deposition may have more fluidity in some ways

13     because it is under oath.  And I recognize that.  I

14     don't go in and say, all right, you are to speak the

15     truth, the whole truth, and nothing but the truth.

16     That's not how I approach it, but I do evaluate, do

17     I -- because oral history is not taken in a vacuum.

18     They are taken in the idea you want corroboration.

19     Like oral history of a Vietnam veteran, I would

20     oftentimes go to, like, for example, the Marine

21     Corps archive and check the records were they in

22     Vietnam when they said they were, were they in

23     combat when they said they were?

24              There's ways to corroborate with all

25     sources, just like Dr. Kelman's use of memory.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 108 of 446

1    There's ways to corroborate and also see how that
2    maybe it changed over time.  But I bet you a
3    million -- well, I don't have a million dollars, but
4    if I had a million dollars I would bet you
5    Dr. Kelman is sitting there going I know Ben
6    Nighthorse is going to say a thing in a particular
7    way.  I know that the National Park Service
8    representative is going to say it in a different way
9    because it is a memory.  And they all understand the
10   bureaucratic and, again, context.
11           So we do that.  Again, I don't think
12   Dr. Kelman or myself, since we used oral history,
13   even though in a different form, have ever been held
14   to a standard you got to outline.  This is why I
15   think they were biased.  You do that already --
16       Q    Yeah.
17       A    -- in the corroboration element of oral
18   history.
19       Q    I think you just touched on the point that
20   we are confused about because you just referred to a
21   deposition and you differentiated it from an oral
22   history, but then you also said that a deposition is
23   an oral history.  So how can they be separate things
24   but also one falls under the other?
25       A    I don't think they are separate.  I think

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 109 of 446

1    there's overlap.  I don't think they're -- they are

2    not exactly the same because, as you already noted,

3    a power dynamic.  Also under oath.  But it is a

4    form, in its own way, of oral history that can be

5    evaluated for that.  Testimony and a trial, for

6    example, can be evaluated in that way.  And, again,

7    that's what a professional historian will try to do.

8    And, again, try to say, all right, was this given at

9    trial?  Was this given before?  Was this given 20

10    years later?  And so I think overlap.  I don't think

11    they are mutually exclusive.

12          I know you guys don't use the term oral

13    history, but I don't think they are -- but, again,

14    it is just one of the many sources that we can

15    consult.

16    Q    Okay.  Apart from, you know, what we will

17    call formal oral history and depositions, are there

18    other things that you would consider oral history?

19    A    Well, this is one I just pointed out that

20    my friends in Native American history, issues like

21    folklore, how do you evaluate those, you know, and

22    because a lot of the traditions, and Dr. Kelman

23    would know this book very well, is a book on a Camp

24    Grant massacre called Shadows at Dawn by Karl

25    Jacoby.  He had to rely on one group, the Apache,

1    did almost all oral tradition.  They didn't have the

2    written, you know.  They didn't have paper running

3    around and things like that.  One of the other

4    tribes did it through the way they notched poles.

5    So you, you know, there are different things that

6    can come out of that, and then the memories are

7    passed down.  So we understand that, and we

8    differentiate.  I have never used folklore for --

9    for fear of the challenges and lack of corroboration

10   especially.  But for the people doing history in

11   these other ways, for peoples whose stories would be

12   lost without these discussions, I think that's

13   important.

14        Ours, fortunately, we don't have that

15   problem.  We have got government documents.  We have

16   got newspapers.  We have got all these other things

17   in which we can corroborate stories.

18        And these are things we discuss when I

19   teach an oral history class or do an independent

20   study in oral history.  I haven't really taught a

21   formal oral history class.  I've taught independent

22   studies for people who are going to be involved in

23   projects that we're going to need some basis of oral

24   history.

25        Q    That's very helpful, thank you.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 111 of 446

1      A     It is more about oral history than you ever
2   thought you wanted.  The best thing to do is read
3   Dr. Ritchie's book on Doing Oral History.
4      Q     I'm glad you brought that up because I
5   wanted to talk about the things you used in your
6   report.  I think you talked about the various
7   methodologies that you employed in your report and
8   everything, one of which was doing oral history, the
9   other was --
10      A     Which one?
11      Q     -- in the Oral History Manual, I think.
12      A     Yeah.
13      Q     That was in your first report, I believe,
14   correct?
15      A     Yes.  It is under the Methodologies, Part B
16   of the appendix.
17      Q     Hold on a second.  Yeah.  If you go back to
18   Exhibit 3, I believe, December 7th report, page 47.
19      A     Right.
20      Q     Last paragraph.
21      A     Yeah, The Oral History Manual by Quinlan.
22      Q     Uh-huh.  Yeah.  About midway through the
23   paragraph you wrote:
24          "Building on the methodology
25      outlined in books including Don

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 112 of 446

1          Ritchie, former historian of the

2          senate, Doing Oral History, A

3          Practical Guide, and Barbara W. Sommer

4          and Mary Kay Quinlan, The Oral History

5          Manual, along with good examples of

6          oral history collections such as Studs

7          Terkel The Good War:  An Oral History

8          of World War II or Christian Appy's

9          Patriot, the Vietnam War Remembered

10         From All Sides."

11              Did I read that correctly?

12    A     Correctly.

13    Q     You are familiar with Dr. Ritchie?

14    A     Yes.

15    Q     Right?  You are a colleague of his?  You

16  have met him before?

17    A     (Nods head.)

18    Q     And obviously you think highly of his book.

19  That's why you cited it, correct?

20    A     Yes.

21              (The document referenced below

22         was marked Deposition Exhibit 8 for

23         identification and is appended

24         hereto.)

25    ///

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 113 of 446

1    BY MR. GIBBONS:
2        Q    At this point I'm going to introduce --
3    I'll represent to you that this is a copy of the
4    most recent edition of "Doing Oral History" by
5    Dr. Don Ritchie.
6        A    Uh-huh.
7        Q    We will go to page -- I believe it is 19.
8    Yeah.  So there's no page number for 19, but it
9    comes right after 18 and before 20.
10       A    Right.
11       Q    So under the heading "What is oral
12   history?"  First sentence is:
13           "Memory is the core of oral
14       history from which meaning can be
15       extracted and preserved.  Simply put,
16       oral histories collects memories and
17       personal commentaries of historical
18       significance through recorded
19       interviews."
20           Did I read that correctly?
21       A    Yes.
22       Q    Okay.  And that would suggest that oral
23   histories should be recorded in some way, correct?
24       A    That would imply when you have the
25   opportunity and you have the resources to do so.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 114 of 446

1     Q   Okay.  And that is opportunities and

2  resources you didn't have for this project?

3     A   Not to the same degree.

4     Q   Okay.

5     A   I didn't have time.  And it also was

6  different.  Again, I use the deposition and put it

7  alongside a short oral history for -- gosh, I just

8  blanked on -- well, it will come to me in just a

9  moment.

10         But, yeah.

11         MR. HUGHES:  Mr. Howard.

12         THE WITNESS:  Yes, Mr. Howard.

13         You know, that would have been optimal is

14  to be able to sit down and do an interview with him,

15  record it, and get it transcribed and deposited.

16  BY MR. GIBBONS:

17     Q   Okay.

18     A   Timing was of the essence.  And, again, it

19  was working parallel to a deposition.

20     Q   So you do believe it is valid definition of

21  oral history?

22     A   If you have the time and resources,

23  absolutely.

24     Q   Okay.

25     A   I didn't have multiple research assistants,

Golkow Technologies,
877-370-3377       A Veritext Division       www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 115 of 446

1    I didn't have -- you know, again, I was doing this

2    on my own under a very tight deadline.

3        Q    That makes sense.

4        A    Yeah.

5        Q    Earlier you said that, you know, you did

6    this via Zoom -- correct?

7        A    Uh-huh.

8        Q    -- with Mr. Howard.

9            And you talked earlier about how Zoom makes

10   it very easy because you just press the record

11   button and you record, correct?

12       A    You can, but I will go back and say when

13   you try to do that, some people are very

14   uncomfortable with that.

15       Q    Okay.

16       A    If I remember right.  And, again, there's a

17   flurry of things in my head.  He did not seem

18   comfortable with that.  And, again, it was a very

19   short, just sort of tight, tied to the deposition.

20       Q    Okay.

21       A    And same goes with Jerry.  It was on a

22   tight -- I wouldn't have had time or the resources

23   to get it -- the deposition transcribed.  And it was

24   a very short -- because a lot of what I was talking

25   with Mr. Ensminger was reinforcing what he'd already

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 116 of 446

1    told me in other meetings.

2        Q    Well, how many meetings did you have with

3    Jerry Ensminger?

4        A    For example, I had a meeting with him in

5    terms of -- he was my guide when I went to

6    Camp Lejeune to go around the base.

7        Q    Okay.  And we'll come back to that, but

8    before I forget, roughly when was that trip to

9    Camp Lejeune?

10       A    You can tell by my invoices.

11       Q    Okay.

12       A    Because I have my invoice fairly detailed

13    in terms of when I was at Camp Lejeune.

14       Q    Got you.

15       A    I want to say in August, but it could have

16    gone into September.

17       Q    Okay.  So late summer, early fall?

18       A    Yes.

19       Q    Okay.

20       A    Had I had opportunity, the reason we

21    provided the sample to you of how I would have

22    preferred to have done it had I had the time and

23    also, again, maybe not pushback in terms of

24    suspicions of, you know, this is out there in a Zoom

25    form, which is something else we have to battle

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 117 of 446

1   right now, even it is easier, a lot of people are,
2   like, I don't want my stuff in the public domain.
3   And that's something -- because if you know also --
4   this was not brought up by Dr. Kelman or
5   Dr. Brigham, the idea is you have to sign a document
6   that frees you to let this go into the public
7   domain.  For example, when I was at the Johnson
8   Library as the director we had existing oral
9   histories that would not be released until a certain
10  day after the death of a person or the death of all
11  the family members or the people who were involved.
12          So you can put significant restrictions on
13  oral history so that they can be deposited but they
14  may not ever be seen.
15      Q    And the reason for those releases is
16  because, technically, an oral history is a story of
17  the individual being interviewed, correct?
18      A    Exactly.
19      Q    And, therefore, copyright attaches
20  automatically, correct?
21      A    Copyright attaches plus there's sometimes
22  they're a little -- they don't want certain stories
23  out until after they are gone.
24      Q    That makes sense.
25      A    And that is not an uncommon practice.  And

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 118 of 446

1    that's why we in our oral history did get the
2    release form and -- did we provide that, the release
3    form?
4              MR. HUGHES:  We provided a demonstrative
5    release form, which I've also brought copies of.
6              We also -- Mike and Jerry signed an earlier
7    version release form.  I don't remember if I
8    provided those or not.
9              MR. GIBBONS:  You provided -- I'll
10   represent that you provided the releases for Mike
11   Partain and Jerry Ensminger --
12             MR. HUGHES:  Yeah.
13             MR. GIBBONS:  -- as well as the
14   demonstrative.
15             MR. HUGHES:  Okay.  But my note being --
16   and I think I dated the demonstrative to make the
17   point it is a work in progress.  So the current
18   demonstrative form has -- is different from the
19   one -- the ones that Mike and Jerry signed because
20   it was edited subsequently after -- it might have
21   been after we -- as we have been deposing Brigham
22   and Kelman and so forth, we have been learning more,
23   so.
24   BY MR. GIBBONS:
25        Q    Just to be clear, you did not record your

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 119 of 446

1    exchanges with Allan Howard, correct?

2        A    No.

3        Q    Okay.

4        A    Again, he was -- if I remember right, he

5    was fairly resistant to that.  Again, I understand

6    people nowadays not wanting things floating out

7    there in the -- you know, online because then they

8    could be misrepresented or taken and used in a

9    variety of different ways.  So I didn't push that

10   issue.  Especially since it wasn't really one where

11   I was trying to deep-dive on Mr. Howard because of

12   his deposition.

13       Q    Okay.  So but you said the primary thing

14   you discussed with him was his deposition, correct?

15       A    Yes.

16       Q    Were there any other topics that you

17   discussed with Mr. Howard?

18       A    No.  Just coming out of deposition, like

19   you say the only thing that was new was that he had

20   participated in athletics in the form of training

21   for a half marathon.  That was it.  It only went

22   maybe 25 minutes, 30 minutes.

23       Q    Do you think there might have been some

24   resistance to having this oral history recorded

25   since he might have elicited information that ran

1    contrary to his recorded deposition?

2         A    I don't think he thought about that.

3         Q    Okay.

4         A    I don't think -- I don't mean this in a

5    negative sense, but I don't think he is that

6    sophisticated.  He is not in a group with a bunch of

7    lawyers or Ph.D.s where we all are testing our

8    hypotheses and also, you know, for the obvious

9    reasons.  I don't think that that was any kind of

10   question, no more than with Jerry Ensminger that he

11   was trying to put something out there.  I mean, you

12   look at the amount of public documents that he has,

13   it is substantial.  I just rewatched the --

14   Semper Fi, the documentary, so he is pretty much on

15   the record across the board.

16        Q    Okay.

17        A    I was mainly asking for him to verify what

18   we had already discussed.

19        Q    Okay.  But you are talking about Ensminger,

20   now -- correct? -- not Howard?

21        A    Yes.

22        Q    Okay.

23        A    Howard was again mainly just a verification

24   of the deposition materials, which is part of the

25   process of wanting to corroborate, to make sure

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 121 of 446

 1    there isn't a differential.

 2         Q    Okay.

 3         A    Which can happen.

 4         Q    Did you take any notes at the time that you

 5    were interviewing Mr. Howard?

 6         A    Yeah.  I thought we made those available.

 7              MR. HUGHES:  We did.  You had --

 8              THE WITNESS:  I typed them up.

 9              MR. HUGHES:  It was a page of typed notes

10    that we produced.

11              THE WITNESS:  Yeah.  I typed them up.  A

12    lot of times I do that because then I can sustain a

13    record because handwritten things can get lost.

14    BY MR. GIBBONS:

15         Q    Okay.  Are you aware that the United States

16    requested those notes immediately after your

17    December 7th report was --

18         A    I thought we sent them in the form of the

19    typewritten ones.

20         Q    Okay.

21         A    If we don't, I'll be happy to provide them.

22         Q    Okay.  Thank you.

23              Do you understand why it might concern

24    another historian that's trying to retrace the steps

25    that you went through that there were no notes

                    Golkow Technologies,
877-370-3377            A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 122 of 446

1    provided initially about the oral history?

2         A    I can, and I would say the same to

3    Dr. Kelman, let me see the notes, your handwritten

4    transcribed notes, of the one that you did.  Which

5    you did over probably 12 years.  If I looked at the

6    start of his research to when he turned in --

7    published the book, over a 12-year period.

8              So I mean if we really want to -- but I

9    think probably I work on the premise that a

10   professional historian is held and understands the

11   standards and will meet those standards, and if I

12   don't have a reason not to think that, then I

13   wouldn't question it.

14        Q    Okay.  But I believe Dr. Kelman noted in

15   his book that the notes of that conversation you are

16   referencing were on file with the author, meaning

17   Dr. Kelman himself, correct?

18        A    And they are on file with me.

19        Q    Right, but that was a signal that was put

20   into his book to inform the reader that those notes

21   were available, but that they were not going to be

22   produced in the book itself, correct?

23        A    Yes.

24        Q    Okay.

25        A    And, like I say, in a different environment

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 123 of 446

1    with more time, probably would have been able to do
2    that.
3         Q    Okay.
4         A    Allan Howard oral history, again, I
5    probably couldn't locate all of Dr. Kelman's oral
6    histories.  Again, Dr. Brigham doesn't have any, so
7    there's nothing to trace.
8         Q    Right.
9         A    So, you know, if we are going to hold -- if
10   people are going to try to critique a methodology,
11   it would help to actually know the methodology and
12   actually having used it in the same form that they
13   are asking me to use in terms of interviewing people
14   who are alive who lived here during that time.
15             Again, it is a very different beast when
16   you are talking about memory.
17        Q    Then going back to Jerry Ensminger now --
18        A    Uh-huh.
19        Q    -- because I want to talk about that.
20             So you did record the one interview, the
21   joint interview with Jerry Ensminger and Mike
22   Partain, correct?
23        A    To show the methodology and given the time
24   and given the resources, I would have been able to
25   do more, and this would be the traditional form I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 124 of 446

1    would prefer to follow.  But, again, there was
2    context.  And that's what I would say is if you went
3    to anybody else that did oral history, you explain
4    to them the deadlines and the timeline, they would
5    be, like, all right.  Understood.
6         Q    So I guess my question is you didn't record
7    any of the prior interviews with Ensminger or
8    Partain, though, correct?
9         A    I did not record.
10        Q    Was there a reason --
11        A    There was only one with Ensminger.
12        Q    Okay.
13        A    Yeah.
14        Q    What about with Mike Partain?
15        A    No.
16        Q    There's --
17        A    The only thing we had, like I say, he was
18   there when we went -- I went to go to Camp Lejeune
19   and, like you say, I picked up a lot of his stories
20   and things like that, but I didn't use those stories
21   without corroborating them in a different form.
22        Q    Mike Partain was with you when you went to
23   Camp Lejeune?
24        A    Yes.
25        Q    So --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 125 of 446

1    A    Mike and Jerry --

2    Q    Okay.

3    A    -- were the two that were my hosts.  I

4  originally had someone else lined up, but they

5  didn't necessarily feel comfortable doing it because

6  there is still some politics involved and they were

7  still in the Marine Corps and they were afraid that

8  might, you know, not be the best thing.  So we were

9  able to substitute Jerry and Mike, and that was for

10  the better, I think, not to put the other person in

11  harm's way.

12    Q    Okay.  Did you consider asking the United

13  States to allow you to take a tour of the base with

14  a Marine escort?

15    A    I could have.  I did that at Quantico.  I

16  mean, I did that.  I don't think it would have been

17  valuable because I would have had to weigh the whole

18  time what are they showing me and what are they not

19  showing me.  You know, I understand that with Jerry

20  and Mike too.  They showed me things, they gave me

21  their stories.  Did I work hard to corroborate them?

22  Absolutely.

23    Q    Okay.

24    A    You know, and, again, I understand they are

25  plaintiffs.  I understand they have a bias.  And I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 126 of 446

1    weigh that against the corroborating evidence, which

2    is what you should do with all documents, all

3    materials.

4         Q    Okay.  And, broadly speaking, what would

5    you consider to be corroborating evidence for what

6    you spoke to with Jerry Ensminger?

7         A    The Globe.  Command Chronologies.  Other

8    stories from different people, you know.  He wasn't

9    repeating a unique story.

10        Q    Okay.

11        A    But, again, The Globe is probably the best

12   source if you want to understand -- if I had to

13   choose one to say, Judge, read this, or Jury read

14   this, read The Globe.  Read one from '55, '65, '75,

15   and '85 and you will see some changes over time, but

16   they still focus on the same kind of basic

17   principles.  A good local newspaper, just like -- as

18   a historian, if I was writing the history of

19   Roanoke, Virginia.  I'll use your home state.  And

20   Roanoke, Virginia, I would go back and use some

21   newspapers as one of my main sources because,

22   especially in the 19th century, there might not be

23   other sources to the degree.  There's not going to

24   be TV stations.  There's not going to be all these

25   things that maybe we could draw on today.

1          So that newspaper alone is a very valuable
2     primary document.
3          Q    Okay.
4          A    Even though many people will say, well, a
5     newspaper is secondary.  In this case, it is a
6     primary document.  Which Dr. Brigham used also.
7          Q    Obviously, they were in your reliance
8     materials, but estimate how many issues or articles
9     from The Globe did you review during your research?
10         A    Thousands.
11         Q    Okay.
12         A    Because my sons once asked me, they said,
13    "What do you do when you go on a research trip?"
14         I said I sit in that archive, and when I
15    went to Quantico I turned document after document
16    after these were brought out by -- I didn't assign a
17    research assistant to go do it.  I went and did it
18    myself, and I turned document after document.  Out
19    of a thousand documents, maybe five to 10 actually
20    are valuable, but you still have to do it.
21         Same deposition with The Globe.  Don't know
22    how many I read that did not maybe apply to the same
23    degree or I had already had an example and didn't
24    need to beat it to death.  Probably if I had had
25    time, I would have padded the bibliography big time

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 128 of 446

1    with The Globe to say, all right, here is a story on

2    Frank Sinatra, here is a story on whomever it may

3    be, Lou Rawls, which we include, but there were lots

4    of others that we could have included too.  But you

5    don't use them time and time again, then it becomes

6    redundant.  So probably thousands and to use, a

7    hundred.

8        Q    Were all of the copies that you reviewed

9    listed in the reliance materials as materials

10   considered?

11       A    No.  No.  Because if I didn't use them in

12   the footnotes or use them in my narrative, I didn't.

13            Again, maybe if I had six more months, I

14   would have gone back and tried to reinforce some of

15   the things, but they were just -- again, it is

16   redundancy in many ways.  So I think that's -- but

17   thousands and thousands of pages.  Gosh, to read the

18   whole run, though, good luck with that.

19       Q    Right.

20       A    You know, that would have taken years and

21   years to do that.

22       Q    Okay.  Or a large staff?

23       A    Or a large staff, which I had no staff.

24       Q    Correct.

25            Do you understand the difference between

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 129 of 446

1    the citations that are in the report itself versus

2    the reliance materials that are provided after the

3    fact?

4         A    Yeah.  Those are more the form of a

5    bibliography I see.  If you were to ask me to

6    explain it in my world, it would be more the

7    footnotes have their place and the reliance list is

8    more like the bibliography.  That's how I sort of

9    read it.  That may not be how the legal world reads

10   it, but that's how, as a historian, I would read it.

11        Q    Going with that analogy, what would you

12   describe the purpose of the footnotes to be, then?

13        A    To try to give a reader some basic

14   understanding of where these materials came from.

15        Q    Okay.  And then the bibliography?

16        A    To reinforce that, but maybe incorporate

17   some that maybe were not incorporated into the

18   footnotes.

19        Q    Okay.  Would you agree that both of those

20   are a fundamental part of allowing other historians

21   or readers to retrace the historian's steps?

22        A    Absolutely.

23        Q    Okay.  Was there a specific reason that you

24   didn't record your oral histories with Jerry

25   Ensminger before the final one?

1      A      I don't remember.

2      Q      Okay.

3      A      You know, like I say, I just -- I think we

4      were running out of time.  I was trying to take the

5      notes, just trying -- again, it was a compressed

6      time frame.

7      Q      Okay.

8      A      And had I -- again, I think we provided a

9      very good example of what I would have done given

10     the time and resources.  And I would love to do

11     more.  That's the thing I always say.  I would love

12     to do a lot more of these to try to give the human

13     face to it.  I would be willing to sit down and,

14     given the time and resources, go in with Dr. Brigham

15     and sit down and say, all right, let's develop some

16     questions.  Let's go get people, say, from Onslow

17     Beach and let's test our hypotheses and do that

18     together.  I have no problem with that, so that we

19     could frame it and let us further create the story

20     because, as the historian what I want to do is just

21     try to get to the heart of the story as much as

22     possible and I think more would be better.  And I

23     had 30 to 40 planned but ran out of time.

24             Not to use only depositions, not only to

25     use plaintiffs, but let's use people who were there

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 131 of 446

1    but maybe are -- so the argument of bias can be

2    reduced.  So I'm more than willing to go and do

3    that, and I would say to Dr. Brigham let's do it.

4         Q    Well, let's talk about that for a second.

5    So, like, how would you go about identifying

6    nonplaintiff personnel had been at Camp Lejeune

7    during the statutory period?

8         A    There are a couple ways you can do this.

9    This is learning from past experience on my work

10   with combat veterans.  A lot of these places like

11   Camp Lejeune or units have Facebook pages.  They

12   have Instagram posts, and you can post saying, all

13   right, here is sort of what I'm looking for.  We

14   want people from mid-'50s, mid-'60s, mid-'70s,

15   mid-'80s, you know.  I'm just speculating.

16        Q    Right.

17        A    We want housewives.  We want dependents.

18   We want -- you know, you could think of how to do

19   this in a way where you could create a pretty good

20   sample size.

21             Typically what -- if you read Dr. Ritchie

22   and others, if you can get sample sizes of 100 to

23   150, there is not going to be too much of standard

24   deviation over the stories.

25             So that would be what I would say.  There's

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 132 of 446

1  a lot of ways.  When I wanted to find out about the
2  Morenci Marines, I'm like -- I put out a note on one
3  guy's unit, and he came back to me.  The medic who
4  had treated him when he died had kept the record and
5  sent it to me.
6         So there's ways to -- we got DOD records.
7  There's ways that we could -- and, again, if you
8  want to say, well, I want to take out the sampling
9  of the plaintiffs -- which I think would be wrong, I
10 think you need to have a little of both, but -- and
11 we test where they lived on base, there's lots of
12 things that we could do in a variety of different
13 ways in which you could really test the hypotheses.
14    Q    But the primary reason that you weren't
15 able to do so is because of the time constraints,
16 correct?
17    A    Exactly.  Like I said, I remember
18 talking -- I don't even remember -- but it was,
19 like, I would like to do 30 or 40 more, just ran out
20 of time.
21    Q    Okay.
22    A    And I don't have the resources, you know.
23 December 7th should hit many of you, because you
24 guys are very young, you just got out of school, and
25 you know that's finals time.  You think that was

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 133 of 446

1      fun?  I ended up in the doctor's office by January

2      because my left shoulder had frozen because I'd

3      spent so much time at the computer.  And, again, I'm

4      doing it on my own.

5              So, yeah, finals time, that's always a fun

6      time.  You guys are not so far removed.  You

7      remember those days, but on the faculty side it is

8      not a pleasant time to be grading all the papers and

9      grading all the finals so, you know.  Again, I would

10     have loved to have done more.  I would still love to

11     do more.  I would love to track down some of these

12     documents that are missing, you know, that are --

13     you know, that I'm finding out about.  That's the

14     historian.  We are sleuths.  We want to chase down

15     anything and everything, and if it contradicts us,

16     God bless it, you know.  If you are a good, honest

17     historian, if it is a contradiction, you

18     acknowledge.

19             Like I said, I acknowledge Dr. Brigham's

20     bringing up that there were more cars on campus --

21     or on base because -- you see, I've got campus on

22     the brain -- on base so that I can say, all right,

23     maybe I think about that differently, and that's

24     what they are talking about here.  We as a community

25     are creating the information.

1     Q     That's interesting.

2     A     But, yeah, let's do more.

3     Q     Okay.

4     A     I'm always ready to have my hypotheses

5     tested.  I don't claim to be, you know, omnipotent,

6     but, so let's do it together.  Let's work together.

7     He has got a staff.  Let's put them to work,

8     although I want a little balance.  I don't want his

9     people only to be the only ones involved, but, you

10    know, let's put this -- let's test it because,

11    again, I still for the life of me cannot figure out

12    why they wouldn't want these personal stories, even

13    though -- even though I would say you can test their

14    bias.  You can test these things, just like you

15    should test all your materials.

16    Q     Do you agree it would be more difficult to

17    identify nonplaintiff members that -- no?

18    A     No.

19    Q     You believe it would be just as easy to

20    identify individuals who served at Camp Lejeune

21    during the alleged period of contamination that are

22    not plaintiffs?

23    A     I think it would be possible.  I'm not

24    going to say as easy because we know who the list

25    are.

1      Q     Right.

2      A     But, again, utilizing these other methods,

3  we could reach people that are not part of the

4  plaintiffs group.  Again, I don't think that would

5  be fair.  You would want to have a balance, but I

6  think you could reach them, again, through the

7  websites, through -- again, a lot of them do

8  reunions.  That's how I found a lot of times

9  veterans.  They do their own reunions typically

10  every five years for their unit.

11            We could go and look at the -- they produce

12  a lot of times -- no, that's more or boot camp where

13  they produce a graduation photo just like a high

14  school annual.

15            We could look for the kids, you know.  We

16  want children, what they remember, because they

17  remember things sometimes differently than adults.

18            So I just think there's a lot of potential

19  there to really do a very interesting -- again,

20  let's test the hypotheses.  I have no problem with

21  that.  I'm willing to put the time in and put the

22  effort in now that we have a little more time.  To

23  me that's always good.

24      Q     What do you mean "Now we have a little more

25  time"?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 136 of 446

1      A      I mean, you know, I'm not crushed under

2      finals.  I'm not spending the whole time writing.

3      You know, I've written -- I think we factored in the

4      other day in the three different reports, I wrote

5      213 pages double spaced.

6      Q      Right.

7      A      That's a lot of writing over a very short

8      period of time.

9      Q      Understandably.

10     A      Yeah.  Yeah.

11     Q      Did you ever discuss this desire to have

12     more oral histories taken with Mike Partain?

13     A      Not directly with him, no.

14     Q      Okay.  What about indirectly?

15     A      It was more that he had already performed

16     those, and so I know he had done some of this work

17     with his master's thesis.

18     Q      Okay.

19     A      His website.  But no, it wasn't their idea.

20     Q      Okay.

21     A      This is my idea of the whole concept of --

22     again, a historian should never be satisfied.  They

23     should always still be testing as long as they can.

24            Now, am I going to go back and retest my

25     book I published in 1997?  I'm tired.  I don't want

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 137 of 446

1    to deal with something that far back and I don't --
2    and the story hasn't changed.  Nobody has challenged
3    me on my first book of the story changing.  So why
4    do that.  This is more, like I say, when I'm in the
5    middle of a project I want to dive.  And I want to
6    find those sources.  I want to uncover as much as
7    possible to complete as full a story as possible.
8         Q    Got it.
9              MR. GIBBONS:  Where are we at on the
10   record?
11             VIDEO OPERATOR KELLEY:  Time is two hours,
12   34 minutes.
13             MR. GIBBONS:  We have been at this for
14   about an hour since our last break.  Do you want to
15   take another break?
16             THE WITNESS:  I would like one if I could.
17             VIDEO OPERATOR KELLEY:  This is the end of
18   Media Number 3.  We are now going off the record.
19   The time is 12:37 p.m.
20             (Recess taken.)
21             VIDEO OPERATOR KELLEY:  This is the
22   beginning of Media File Number 4.  We are now going
23   on the record.  The time is 12:48 p.m.
24   BY MR. GIBBONS:
25        Q    Dr. Longley, before we took a break, we

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 138 of 446

1     were still talking about oral history and

2     interrogating sources, evaluating bias, things of

3     that nature.  The historian's craft.

4            I'm going to flip back to oral history,

5     Doing Oral History, which I believe was Exhibit 8.

6        A    Yes.

7        Q    Okay.  Flip to page 24 of the text.  All

8     right.  The very last paragraph on 24 begins:

9            "An interview becomes an oral

10           history only when it is recorded,

11           processed in some way, and made

12           available in an archive, library, or

13           other repository, or reproduced in a

14           relatively verbatim form for

15           publication.  Availability for general

16           research, reinterpretation, and

17           verification defines oral history.  By

18           preserving tapes and transcripts of

19           the interviews, oral historians seek

20           to leave as complete, candid, and

21           reliable a record as possible."

22           Did I read that correctly?

23       A    Yes.

24       Q    But it is your position that an oral

25     history does not need to be recorded or that notes

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 139 of 446

1    need to be taken, correct?

2        A    No, it is that notes need to be taken, not

3    necessarily -- because I would disagree with Don on

4    this.  He and I have actually had conversations on

5    this matter.  I think that's way too narrow a

6    definition of oral history.  I would argue

7    journalists do it on a daily basis.  Many of them

8    keep notes, which are then later used as a

9    historical document.  I would not argue Robert Caro,

10   the journalist, who has written extensively on LBJ.

11   Pulitzer Prize winner, I would not tell Bob Caro

12   that he is not good at oral history when he is

13   interviewing and he doesn't follow a particular

14   procedure.

15             Again, a Pulitzer Prize winner, that sort

16   of carries a little weight.  Is it optimal?

17   Absolutely.  Is it required?  I would argue no, and

18   there are debates within the field of what

19   constitutes oral history.  Again, I feel like this

20   is too narrow.

21       Q    Okay.  But we have already established that

22   because of modern technology, recording the

23   interview does not take any more time or resources,

24   it is merely a level of comfort of the interviewee.

25   Is that correct?

                    Golkow Technologies,
877-370-3377            A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 140 of 446

1        A     That is correct.

2        Q     Okay.  And I want to pivot slightly.  So a

3    hypothetical.  If, for instance, you did use the

4    definition of Don Ritchie, of Dr. Kelman,

5    Dr. Brigham of oral history, or of Quinlan for oral

6    history, would you still say that all of the

7    interviews and oral histories that you conducted for

8    this expert report, would those qualify as oral

9    history under those definitions?

10       A     Not under their definitions, but I would

11   still argue that they qualify as oral histories.

12       Q     Okay.

13       A     I don't think you can disqualify them just

14   because they didn't follow A, B, C, D, and E.  This

15   is their definition, and that's fine.  Again, it is

16   an optimal form.  But it isn't just oral history.

17   Again, go ask somebody that does Native American

18   history or ask someone who is heavily on oral

19   history in a different form, and you will get a

20   different answer.

21       Q     Okay.

22       A     So this is not the only definition.

23       Q     Okay.

24       A     It is one that, again, if it can be

25   followed, God bless.  But, again, not everybody can

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 141 of 446

1    follow the same form.

2         Q    Okay.

3         A    We are talking out of the ones that I did,

4    two, Howard and Ensminger, but then we followed up,

5    if you read my notes from Ensminger, you will see a

6    lot of those reinforced in the formal one that I do.

7         Q    Okay.

8         A    And, again, we are only talking a very

9    small portion of my research anyway.

10        Q    Right.  I understand.

11        A    And, again, I understand why they want to

12   slice and dice on this.  Again, given the fact that

13   Dr. Brigham didn't even bother to use it, I'd

14   probably appreciate his critique better if he was

15   actually a practitioner that actually was familiar.

16             Kelman, I'll give him more ground.

17   Dr. Brigham, I don't give any ground.  My

18   fundamental question still to him is why didn't you.

19   It is a viable research.

20        Q    Are you aware of the adversarial nature of

21   our legal system?

22        A    Yes, and that's -- I understand.  I

23   understand this is more of an argumentative essay

24   rather than an -- you know, our standard form where

25   we are trying to create thesis followed by, you

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 142 of 446

1    know, a narrative.

2        Q    Beyond that, I mean, are you aware that

3    attorneys and their agents are governed by rules of

4    professional conduct?

5        A    Yes.

6        Q    Are you aware that one such rule precludes

7    attorneys or their agents from speaking with

8    represented parties about matters that are relevant

9    to the litigation?

10       A    Okay.  Then I would turn that and say,

11    well, go interview people who weren't part of the

12    groups that are involved as litigants.

13       Q    Okay.

14       A    I think that's -- again, I still don't know

15    why -- you know, if I was going to strengthen my

16    argument, that would be something I would have

17    personally tried to do.  It may have proven that I

18    was wrong, but I would have at least tried.

19       Q    Okay.

20       A    But, again, it didn't have to go after

21    litigants.  It could have gone after the hundreds of

22    thousands of others that might have served or been a

23    dependent at Camp Lejeune -- I almost slipped and

24    said Quantico.

25       Q    But, as we discussed, the reason that you

Golkow Technologies,
A Veritext Division
877-370-3377               www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 143 of 446

1     did not do such things is because you were operating
2     on limited time, correct?
3          A     Yes.
4          Q     Do you think that limited time also applied
5     to Dr. Brigham and Dr. Kelman?
6          A     Dr. Kelman didn't do any research, so I
7     don't -- we know it didn't apply to him.  He didn't
8     do any of his own primary research on the topic.  He
9     read reports and looked at methodology.
10          Dr. Brigham, I think he had a five- or
11     six-month head start on me and also a large number
12     of researchers on his staff.  So I think that's an
13     apples and oranges comparison.
14          Q     Fair enough.
15          Does Dr. Brigham ever hold himself out to
16     be an expert on oral histories?
17          A     No, he doesn't.
18          Q     Okay.
19          A     But perhaps if you are going to do subjects
20     like this, you should.
21          Q     Do you believe that being an oral historian
22     requires proper training and ethological rigor?
23          A     It does in practice over time.  So I
24     understand that he hasn't had that.  His topic -- he
25     has not been a practicing member of the historical

Golkow Technologies,
877-370-3377                  A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 144 of 446

1    profession per se in the professional sense that

2    Dr. Kelman or myself over the last 30 years.

3          Q    You don't believe that Dr. Brigham is a

4    professional historian?

5          A    No, he is a professional historian, but he

6    is not a practicing professional historian like

7    Dr. Kelman and myself who go to conferences, who

8    give papers, who continue to direct graduate

9    students and teach undergraduate classes.  There's a

10   difference.  Practicing is the key word.

11         Q    I guess my question is in your definition

12   of practicing historian, you would mean that they

13   must be engaged in academia or writing books or --

14         A    They need to be -- they need to be engaged

15   in research -- I'm sorry, I cut him off.  I'm sorry.

16              Engaged in research, engaged in presenting

17   their materials, engaged in the community.  For

18   example, the Society for Military History, probably

19   25 percent of our membership are not academics, are

20   not working for the government in various forms with

21   Ph.D.s.  They are people who are just interested in

22   the topics.  So, no.

23         Q    I guess I'm trying to understand why you

24   don't consider him a practicing member of history.

25   Practicing member of --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 145 of 446

1      A     I think the standard is if you were to ask

2      someone what a professional practicing historian

3      would be, when is the last time you went to a

4      conference and presented a paper.  When is the last

5      time you wrote a research that was published?  When

6      was the last time -- and he did for a short period

7      of time through about '95.  When have you been

8      active in the profession?  And, again, "the

9      profession" is very broadly defined.  It is not just

10     academics.  It can be in a variety of different

11     ways.  Again, my organization, the Society for

12     Military History, is a prime example of that, where

13     we do have a lot of people, but these are guys who

14     don't have -- many of them don't have Ph.D.s but

15     they are still practicing.

16     Q     Do you believe it is necessary to have a

17     Ph.D. in history in order to be a professional

18     historian?

19     A     No.  Robert Caro is not a professional.  By

20     that standard, Robert Caro wouldn't count.  What's

21     his name, John Meacham wouldn't count.  Doris Kearns

22     Goodwin wouldn't count.  But I consider them

23     historians.

24     Q     Okay.  Then why the focus on parts of

25     Dr. Kelman's staff did not have Ph.D.s?

Golkow Technologies,
877-370-3377                  A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 146 of 446

1        A     I didn't say that.  I don't remember saying
2     that.
3              MR. GIBBONS:  Court Reporter, can you read
4     back --
5              THE WITNESS:  If I did, I didn't mean to
6     say that.
7              (Record read as follows:
8              "Answer:  I think the standard is
9         if you were to ask someone what a
10        professional practicing historian
11        would be, when is the last time you
12        went to a conference and presented a
13        paper.  When?  Is the last time you
14        wrote a research that was published?
15        When was the last time -- and he did
16        for a short period of time through
17        about '95.  When have you been active
18        in the profession.  And, again, 'the
19        profession' is very broadly defined.
20        It is not just academics.  It can be
21        in a variety of different ways.
22        Again, my organization, the Society
23        for Military History, is a prime
24        example of that, where we do have a
25        lot of people, but these are guys who

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 147 of 446

1       don't have -- many of them don't have
2       Ph.D.s but they are still
3       practicing.")
4            THE WITNESS:  So I don't think I made any
5  kind of -- again, Bob Caro does not have a Ph.D. nor
6  does Meacham nor does Doris Kearns Goodwin, but most
7  people would recognize them as -- David McCullough.
8  I can give you a whole litany.  So I wouldn't say
9  they had to have a Ph.D.  You can be a good
10 researcher without a Ph.D. and so that is not a
11 qualification that obviously has to be there.
12 BY MR. GIBBONS:
13      Q    Okay.  I understand.  Sorry.  Maybe I
14 misinterpreted your answer.  I apologize.
15      A    No apologies necessary.  I just didn't
16 think I had said that.  If my membership found out
17 that I had said something like that, they would come
18 find me.
19      Q    You acknowledged in several of your books,
20 I think specifically in Grunts, that bias always
21 enters into the process as we discussed earlier,
22 correct?
23      A    Correct.
24      Q    Okay.
25      A    And, again, you try to test that bias and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 148 of 446

1      again through corroboration, understanding it's
2      there, and cognizant of it, but then weighing that
3      against a variety of factors.
4              (The document referenced below
5          was marked Deposition Exhibit 9 for
6          identification and is appended
7          hereto.)
8      BY MR. GIBBONS:
9          Q      I'm going to enter Exhibit 9.  What is
10     going to be Exhibit 9 is an excerpt from Grunts,
11     American Combat Soldier in Vietnam.
12             You authored this book, correct?
13         A      Yes.
14         Q      Do you recognize this passage from your
15     book?
16         A      Which one?
17         Q      This entire page.  Do you --
18         A      Yes, I recognize the page.  I'm sorry.  I
19     thought you were already referring to something
20     specific.
21         Q      Okay.  Okay.  Beginning on Roman numeral XX
22     of the text toward the end, the last paragraph says:
23             "There are many challenges in the
24         use of materials employed in the
25         study.  Oral histories and memoirs,

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 149 of 446

1          even letters written at the time,

2          reflect a distance of time from an

3          event can lead to errors."

4               Did I read that correctly?

5          A    Yes.

6          Q    And we spoke on that earlier, correct?

7          A    Yes.

8          Q    It continues:

9               "The rapidness of the events and

10         the effects of personal perspective

11         must be considered.  Bias always

12         enters into the process, especially

13         after the fact, when people rarely

14         seek to portray themselves in a

15         negative light.  Despite these

16         challenges, the materials provide

17         insights into the experience, usually

18         corroborated time and time again by

19         other veterans relating to joining,

20         recruit training, combat, or the

21         return home."

22              Did I read that correctly?

23         A    Correctly.

24         Q    Okay.  And as we discussed earlier, you

25    believed that you identified these -- that you don't

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 150 of 446

1   necessarily overtly identify these biases, but it is
2   an inherent part of the historian's craft?
3        A    Right.
4        Q    Okay.
5        A    Much like it would be throughout this book.
6        Q    Okay.
7        A    That's why I acknowledged it up front in
8   this case.
9        Q    Okay.
10       A    Again, if you have time and you have the
11  setting and things like that, you are more likely to
12  be able to do this.
13       Q    Okay.
14       A    I'm sorry.  I keep going back to timing,
15  but it is a very different beast.
16       Q    I understand.
17            You said that, to your knowledge, no one
18  has ever criticized your methodology or use of oral
19  histories; is that correct?
20       A    To my knowledge.
21       Q    Okay.
22       A    Does that mean I've read every review?  No.
23       Q    Okay.  Are you familiar with the Journal of
24  Military History?
25       A    Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 151 of 446

1       Q    Do you often read it?

2       A    I actually am the executive editor -- or

3    executive director of the organization.

4       Q    Okay.  Excellent.

5       A    So yes.

6       Q    I'm going to introduce what is Exhibit 10.

7            (The document referenced below

8       was marked Deposition Exhibit 10 for

9       identification and is appended

10      hereto.)

11   BY MR. GIBBONS:

12      Q    If you will turn to page 2 of the exhibit,

13   which is 692.  This is a review of "Grunts:  The

14   American Combat Soldier in Vietnam."

15           Give you a minute to read through it.

16      A    I recognize this.  I've seen this one.

17      Q    Okay.

18      A    I can give you all kinds of context.  Do

19   you have a particular point you want me to go to?

20      Q    Yes.  So turning the page to 693, the first

21   full paragraph reads:

22           "The author has a solid

23      familiarity with the secondary

24      sources.  Longley acknowledges the

25      challenges inherent in using oral

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 152 of 446

1          histories and memoirs as source

2          materials.  Some stories are hard to

3          believe (a human head kicked until it

4          exploded, a man shot 74 times before

5          being rescued).  Some accounts are

6          erroneous.  (Cam Lo is referred to

7          incorrectly as a coastal area; Chu

8          Lai, on the coast, is referred to as

9          being higher altitude.  It took one

10         month, not months, to expel the enemy

11         from Hue.)"

12         A     Hue.  I'm sorry.  I instinctively say that

13    Hue.

14         Q     Sorry.  Hue.  Close parentheses.

15              "Longley includes the account of

16         one person who is exposed as a liar

17         and phony by B.G. Burkett in Stolen

18         Valor 1998.  The author uses

19         provocative statistics on the number

20         of soldiers who died on their first

21         (997) and last days of service (1,448)

22         in Vietnam.  His source, a website,

23         indicates that statistics are

24         unconfirmed.  In these and other

25         cases, the author seems too willing to

1          uncritically accept the veracity of

2          his sources."

3                Did I read that correctly?

4     A     You read it correctly.

5     Q     With the exception of mispronouncing Hue?

6     A     Only reason I corrected you on that first

7  time I ever said it in graduate school I said "Hugh"

8  also, and I was quickly pointed out I didn't live

9  through the Vietnam War or I would have understood

10 it was Hue.

11    Q     So do you agree that this report is in fact

12 criticizing your use of oral histories and not

13 critically evaluating the veracity of your sources?

14    A     If I'm not mistaken, none of those were

15 oral histories.  They were memoirs, if I'm not

16 mistaken, or a particular choice of statistics.

17 Making a mistake on Chu Lai versus Cam Lo, that

18 tells you I'm not old enough to have known also what

19 the Vietnam War was.  And would I say in a 300-page

20 book I have never made a mistake?  No.  I think any

21 historian that would ever make that claim...

22                Look at Dr. Kelman, had to admit his

23 initial -- he changed the title of his book because

24 he was misinformed in his earliest parts of his book

25 on what the location was and had to change.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 154 of 446

1            Will I state all these?  No.  Again, will I
2     say mistakes can't be made?  Absolutely not.  Any
3     author that claims that is overstepping, but none of
4     these were oral histories that he was critiquing.
5            Q    Okay.
6            A    So I don't think that's as relevant to
7     that.  If you want to talk about it in terms of
8     sources, yes.
9            Q    The account of Individual Exposes a Liar,
10    that was not an oral history?
11           A    No.
12           Q    That was a memoir?
13           A    Memoir.
14           Q    Okay.
15           A    Again, I will also point out this is a
16    master's level student from the University of
17    Kentucky who has some significant issues with PTSD,
18    which I was informed after I asked about who he was.
19    I didn't know who he was.  And that they said he had
20    particular axes to grind as a Vietnam veteran.  And
21    so, you know, there's some context here too.
22           Q    Understood.  So you were aware of that
23    review, then?
24           A    I was aware of that review.
25           Q    Okay.

                        Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 155 of 446

1      A     I would also call out the ones that call it
2      a monument to the Vietnam veteran.
3      Q     Okay.
4      A     So we can even find opposite sides
5      sometimes in book reviews.
6      Q     Absolutely.
7            Okay.  Apart from Mike Partain, Jerry
8      Ensminger, and Allan Howard.  Did you consult with
9      any other individuals to corroborate the assertions
10     in these oral histories?
11     A     Didn't have time to do so.
12     Q     Okay.
13     A     But they are corroborated by Command
14     Chronologies, The Globe, many other sources,
15     including the other -- what do you call it, what we
16     are doing -- depositions.
17     Q     Okay.  And --
18     A     They are not taken on a single source.
19     Q     Right.
20     A     Now, we may use a section of the part that
21     is -- because one thing I always point out to my
22     students first and foremost, this isn't everything
23     that you have reviewed.  There's a lot of things
24     that may not have made the cut, but corroborate the
25     story.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 156 of 446

1      Q     Would those have made the cut in your
2   reliance materials?
3      A     Some would; some wouldn't.
4      Q     How are we supposed to verify the veracity
5   of materials that didn't make it into the reliance
6   materials?
7      A     Well, those wouldn't have made it because I
8   didn't use them, but they corroborated stories.
9   Again, redundancy.  It would have been repeating the
10  same story over and over again.  Much like
11  veterans -- there's the search in the Grunts book,
12  for example, is about commonalities while
13  recognizing anomalies.  And I think the same goes
14  here.
15     Q     Okay.  All right.  I want to move on to a
16  different topic, meaning not oral history.
17     A     Yeah, please.  I've not talked this much
18  oral history since grad school.
19     Q     I want to go back to your trip to
20  Camp Lejeune with Jerry Ensminger and Mike Partain.
21           Obviously, I still haven't reviewed the
22  invoices, I don't know the particular month, but you
23  thought August, September time frame?
24     A     Somewhere in there.
25     Q     Okay.  How long were you on the base?

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 157 of 446

```
 1        A     It is probably for five or six hours.

 2        Q     Okay.

 3        A     We drove all over the base.  They showed me

 4   the main areas.  Showed me Onslow Beach all the way

 5   up to Hadnot Point, up to where the wells originally

 6   were, over to New River.  And someplace off base

 7   where we had a very good fish fry.

 8        Q     Okay.  Do you remember the order in which

 9   you moved through the base?

10        A     I don't.

11        Q     Okay.

12        A     I just remember at the front gate when they

13   saw that it was Sergeant Major Ensminger, you get a

14   special respect, which I know you understand.

15        Q     Did anybody else accompany you?

16        A     No.

17        Q     I'm going to go through a few locations on

18   the base.  I just want you to confirm or deny that

19   you saw them.

20        A     Uh-huh.

21        Q     At Hadnot Point, did you go to the PX?

22        A     Yes.

23        Q     Okay.

24        A     We didn't go inside because I can't get

25   access.
```

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 158 of 446

1    Q    Okay.  Did you go by the commons area?

2    A    Yes.

3    Q    Did go by the water-treatment plant?

4    A    Yes.

5    Q    And you also did not go inside that?

6    A    No.  Again, there's limits on what a

7    civilian -- you know this -- access.

8    Q    Right.  Did you go to any of the old

9    H-style barracks?

10   A    Yes.

11   Q    How many of them?

12   A    We didn't go in, but we passed by them, and

13   I'm very familiar with those kind of facilities.

14   Q    Okay.  Mess halls?

15   A    Didn't go inside, but they pointed them out

16   where they were.

17   Q    Okay.  Goettge Field House?

18   A    Yes, went by it.

19   Q    The main theater?

20   A    Yes.

21   Q    The Old Base Hospital?

22   A    Yes.

23   Q    The chapel?

24   A    Yes.

25   Q    The Harriotte B. Smith Library?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 159 of 446

1       A    Yes.  Didn't go inside, but I know where it

2    was.

3       Q    Any of the motor pools?

4       A    Yes.

5       Q    Okay.

6       A    Went through the industrial part.

7       Q    Did you go to the water buffalo filling

8    station, also known as a standpipe, that was outside

9    of Building 1400?

10      A    Yes.

11      Q    Okay.

12      A    They showed me in.

13      Q    Did you go to any other standpipes at

14   Hadnot Point?

15      A    No.

16      Q    Okay.  Did you --

17      A    Let me qualify that.  I'm thinking back

18   memory-wise.  I don't remember whether we actually

19   went to the standpipe point.  I may be confusing it

20   with the photo.

21      Q    Okay.

22      A    So I just don't remember.

23      Q    Okay.

24      A    I think we did, but don't quote me on that.

25   I don't want you to have to footnote that.

1      Q    Did you go to the family housing areas that
2  are serviced by the Holcomb Boulevard Water
3  Treatment Plant?
4      A    Yes.  Sorry.
5      Q    Generally, do you remember how long it took
6  to get there from Hadnot Point?
7      A    The Holcomb point -- it wasn't very long
8  there.  It was a longer drive over to New River and
9  across the bay --
10     Q    Okay.
11     A    -- up to Camp Geiger, Camp Johnson.
12     Q    Okay.
13     A    We went through that area.
14     Q    Let's stick with Holcomb Boulevard for a
15  minute.  Did you go to the Paradise Point area?
16     A    Yes.
17     Q    Berkeley Manor?
18     A    Yes.
19     Q    Watkins Village?
20     A    That one I don't recognize.
21     Q    Midway Park?
22     A    Yes.
23     Q    Camp Lejeune High School?
24     A    Yes.
25     Q    The water-treatment plant?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 161 of 446

1          A     Yes.  Again, I didn't go into any of these,
2     but --
3          Q     Okay.
4          A     Since September 11th has changed some of
5     the dynamics.
6          Q     Yeah.  Did you go to Tarawa Terrace?
7          A     Yes.
8          Q     How long, roughly, did it take you to get
9     there from Holcomb Boulevard?
10         A     It wasn't very long from what I remember.
11         Q     Okay.
12         A     It was a pretty short drive.
13         Q     Did you have to leave the main base in
14     order to get to the Tarawa Terrace?
15         A     I don't know.
16         Q     Okay.
17         A     I know it is right over off the highway,
18     but I just don't know.
19         Q     Okay.  Did you see the old Tarawa Terrace
20     Water Treatment Plant?
21         A     I believe so.
22         Q     Okay.  Tarawa Terrace Elementary School?
23         A     Yes.  Or at least the existing one.
24         Q     Okay.
25         A     Again, I don't know if we went into detail

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 162 of 446

1     whether these were new builds or they had been
2     relocated.  I don't remember.
3          Q     The PX that's present on Tarawa Terrace?
4          A     I don't remember.
5          Q     Okay.  The former site of Knox Trailer
6     Park?
7          A     Yes.
8          Q     Did you go to the former site of ABC
9     One-Hour Cleaners?
10         A     Yes.  We didn't stop, but they pointed it
11    out.
12         Q     Okay.  Camp Johnson?
13         A     Yes.
14         Q     Or Montford Point?
15         A     Yes.
16         Q     Do you remember if you had to leave the
17    base to get to Camp Johnson?
18         A     I believe we did, but I won't swear to
19    that.
20         Q     Okay.
21         A     Again, I'm more of spectator on this.  I
22    think it is easier when you drive because you know
23    where you are going or where you are supposed to go.
24         Q     Understood.
25               Did you see the Marine Corps Service

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 163 of 446

```
 1    Support Schools?
 2         A    Yes.
 3         Q    Okay.  Did you see their barracks?
 4         A    Yes.
 5         Q    Did you drive by the NCO academy?
 6         A    Yes.
 7         Q    Okay.
 8         A    I believe so.
 9         Q    The recreation center?
10         A    Yes.  I believe so.
11         Q    The water buffalo standpipe?
12         A    Again, the big one, I don't remember.
13         Q    Okay.
14         A    Yeah.  You know, and I noted other
15    water-filling stations.
16         Q    Okay.  Do you recall where the other
17    water-filling stations were that you noted?
18         A    I don't.
19         Q    Okay.  But there were multiple ones beyond
20    the ones at Hadnot Point, correct?
21         A    Yes.
22         Q    Okay.  Do you remember if any of them were
23    on the western side of New River?
24         A    I don't remember.
25         Q    Okay.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 164 of 446

```
1        A     I'm sure there were, but I just don't
2    remember.  Again, 2025 is -- or 2024 is a very
3    different place than earlier.
4        Q     Understood.
5              Did you go to Camp Geiger?
6        A     Yes.
7        Q     Okay.  Do you recall roughly how long it
8    took you to get to Camp Geiger?
9        A     If I remember right, under 15 minutes.
10       Q     Do you recall where you were when you
11   departed to head to Camp Geiger?
12       A     I don't.
13       Q     Okay.
14       A     Jerry would have to explain all that.  He
15   was the driver.  He was the one who spent 20 years
16   there.
17       Q     Okay.
18       A     I was assimilating a lot of information in
19   a short period of time.
20       Q     Understood.
21             Did you drive by the School of Infantry?
22       A     Don't remember.
23       Q     Okay.  Did you drive by barracks on Camp
24   Geiger?
25       A     Yes.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 165 of 446

1      Q     Okay.  Any mess halls?

2      A     We didn't go in any, but I remember them

3   pointing them out.

4      Q     Okay.

5      A     Or I believe.  Again, I may be confusing.

6      Q     Did you go by the PX?

7      A     Don't remember.

8      Q     Did you go by a gas station?

9      A     Don't remember.  I remember gas stations on

10   Hadnot Point, but I don't remember any -- the

11   outlying areas.

12      Q     Okay.  Any motor pools on Camp Geiger?

13      A     Don't remember.

14      Q     Okay.  Marine Corps Air Station New River?

15      A     Yes.

16      Q     Okay.  Did you go to the commissary?

17      A     Passed it.

18      Q     Okay.  Did you pass the Marine Corps

19   Exchange?

20      A     I believe so.  I can't remember for sure.

21      Q     The bowling alley?

22      A     On Hadnot Point or the one on New River?

23      Q     On New River.

24      A     I don't remember that.

25      Q     Okay.  Were you aware there is a bowling

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 166 of 446

1    alley on New River?

2        A    I think, yes, but I think that's been

3    built -- I forget when that was built, but it wasn't

4    the main one.  The main one is at Hadnot Point.

5        Q    Okay.

6        A    The one with, like, 12 or 14 lanes.  And I

7    don't know that from being inside but from the

8    newspaper, The Globe, highlighting that.

9        Q    The MCAS New River movie theater?

10        A    I don't remember.

11        Q    The chapel?

12        A    Don't remember.

13        Q    Any motor pools?

14        A    Don't remember.

15        Q    The airfield?

16        A    Yes.

17        Q    Any water buffalo standpipes?

18        A    Didn't see any.  Or don't remember them.

19        Q    Okay.  I'm going to pause for a second.

20             When you say you don't remember the water

21    buffalo standpipes, can you generally describe a

22    standpipe?

23        A    From my memory of what existed from the

24    photos and things, or in my report as well as

25    Dr. Brigham, we agreed to the same picture, tall --

1    well, the ones at the industry park were created, it

2    looks like, for the big -- not only the water

3    buffaloes but the big water trucks.  So they were

4    probably 12 to 15 feet tall so that they could reach

5    over and go down to more effectively fill the big

6    water trucks, but then those would be used --

7    because they were flexible would be used for the

8    water buffaloes also.

9         Q    Okay.  Are they extremely visible items?

10        A    Probably in the day.  They are not today,

11   because I think there is a different system and

12   things like that in place.

13        Q    Okay.  Did they generally blend in with the

14   background scenery?

15        A    No, they stood out -- from the photos that

16   I've seen.

17        Q    Okay.

18        A    Yeah.  They stood out.

19        Q    Okay.

20        A    Because the ones at Hadnot Point in the

21   industrial center were also a number of them lined

22   up.  And again, the smaller ones would not -- they

23   would reach into the water buffaloes, but they

24   wouldn't reach into, as I understand it, and through

25   the oral histories and other things, they would come

1    up over the top of the trucks because those things

2    are large machines.

3        Q    Okay.  Would they be unique enough to stand

4    out, to your memory, while you were driving through

5    Camp Lejeune?

6        A    I don't remember.

7        Q    Okay.

8        A    I just don't -- like I say, a blur.  A very

9    busy day with a lot of information assimilated.

10       Q    Okay.  Fair enough.

11            Continuing on, did you go to Stone Bay

12   Rifle Range area?

13       A    Yes.

14       Q    Okay.  And that's currently the site of

15   MARSOC, correct?

16       A    Yes.  Let me qualify that.  I don't know

17   that for sure.  I remember MARSOC being on the

18   coast.  I don't remember Stone Hill.  I thought it

19   was more inland.

20       Q    Okay.

21       A    So I could be mistaken on that, and I

22   confused the two.

23       Q    Okay.

24       A    But MARSOC had a bay view.

25       Q    Okay.  Did you go to any of the old

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 169 of 446

1    barracks at Stone Bay Rifle Range?

2        A    No, we couldn't get in.

3        Q    Okay.  Did you go to Courthouse Bay?

4        A    Yes.

5        Q    Do you remember how long it took you to get

6    to Courthouse Bay from Hadnot Point?

7        A    I don't.  And we may not have gone that

8    direction because we went all the way around.  Like

9    I say, we'd go to Onslow Beach and then up -- if I

10   remember Onslow Beach up to where MARSOC was, so we

11   were taking some of the back roads, if I remember

12   right.

13       Q    Okay.

14       A    But we didn't start a trip and then go from

15   Hadnot Point to that.  We were working our way

16   through.  Again, Jerry knows every backwoods place

17   as well as the best places to hunt and all the

18   different things.

19       Q    Did you go by the engineer school at

20   Courthouse Bay?

21       A    I believe so.

22       Q    Okay.  Did you go by the Combat Engineer

23   Battalion?

24       A    I believe so.

25       Q    The Assault Amphibian Base?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 170 of 446

1        A    Don't remember that.

2        Q    Okay.  The area where the large amphibious

3    tractor or AMTRACs are located?

4        A    Probably so.  I may have just thought it

5    was a memorial or something like that.  I don't -- I

6    just don't remember.

7        Q    Okay.  Fair enough.

8             Do you remember any motor pools being

9    present at the Courthouse Bay?

10        A    No.

11        Q    Okay.

12        A    Again, I probably wasn't thinking about it

13    to the degree because Camp Lejeune in 2025 is a very

14    different place than Camp Lejeune in 1965 or '75 or

15    '85.

16        Q    Fair enough.

17        A    Forty years, quite a few things have been

18    built.  Hurricanes have torn things down.

19        Q    Like Hurricane Florence?

20        A    Yeah, yeah.  They told me about the

21    billions of dollars of damage.  The one that stood

22    out to me was the one where they said that nuclear

23    weapons are stored, and I was, like, we don't have

24    to visit that.

25        Q    That would be in the French Creek area?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 171 of 446

1      A    I believe so.  Like I said, I didn't ask
2    them to visit that one.
3      Q    Just to clarify for the record, can you --
4    just to ensure my understanding is correct, the
5    French Creek area is also serviced by the Hadnot
6    Point water-treatment plant, correct?
7      A    That, I don't know.
8      Q    Okay.
9      A    I would be -- I don't want to speak -- I
10   won't lie.  I have not got in to the same degree
11   of -- I think the water experts are the persons with
12   the reference on this.
13     Q    Okay.
14     A    That was not a focus.  I'll put it that
15   way.
16     Q    Let me rephrase.
17     A    Okay.
18     Q    In a more narrow context, the French Creek
19   area abuts the Hadnot Point area, correct?
20     A    Yes.
21     Q    Okay.  It is generally --
22     A    To my memory.
23     Q    It is generally close and to the south of
24   the Hadnot Point District?
25     A    Right.  I remember as we left Hadnot Point,

Golkow Technologies,
877-370-3377                    A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 172 of 446

1    we were going down and they say, "Nuclear weapons

2    off to the right.  Bunkers there."

3         Q    Okay.  Thank you.

4              And I believe you already said this, you

5    went to the Onslow Beach area?

6         A    Yes.

7         Q    Did you see any of the recreational

8    buildings?

9         A    Yes.

10        Q    Okay.  And then did you go to the

11   amphibious landing areas?

12        A    No.  That was not as easily accessible.

13        Q    Understood.

14             Just a few more questions and then we will

15   break for lunch.

16        A    Yeah, I'm starting to fade.  I won't lie.

17        Q    Don't say that.  I might keep going.

18        A    No.

19        Q    Apart from the depositions that you were

20   provided, how did you identify individuals with

21   knowledge of the day-to-day activities on

22   Camp Lejeune?

23        A    I used a lot of times like The Globe and

24   the Command Chronologies and memoirs.  There were a

25   few, not many, but some that, you know -- that sort

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 173 of 446

1    of tied in to that.

2         I found some materials at the Quantico and

3    the Marine Corps archives.  Now, a lot of them

4    didn't make the cut, but there were, like, photos.

5    So, again, a redundancy issue would have been in

6    play.

7         Q    Okay.  How did you first identify Mike

8    Partain as having relevant information?

9         A    I don't remember.

10        Q    Okay.  Do you remember when you first spoke

11   to Mike Partain?

12        A    I don't.

13        Q    Okay.  Do you remember roughly --

14        A    Probably, I can tell you.  Let me go back

15   on that.

16        I remember the first time I ever met Mike

17   Partain was when they took me -- he and Jerry took

18   me around.

19        Q    Okay.

20        A    That was the first personal meeting, and I

21   don't remember anything before that.

22        Q    Okay.  Did you ever have emails or phone

23   calls with him before that?

24        A    No, I don't remember those.

25        Q    Okay.  So?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 174 of 446

1      A      Part -- I was going to say part of my
2      process is, as I explained in my appendix on
3      methodology, is you save oral histories and personal
4      interviews and stuff until last, until you have a
5      better understanding of all the bigger issues.  And
6      because how do you ask questions about something
7      that you don't understand to begin with.  How do you
8      ask about where Onslow Beach is without
9      understanding where it was or how do you ask about,
10     you know, water or whatever it may be.  And so I
11     think most historians would say they save oral
12     histories and interviews and things like that until
13     the end or closer to the end so that you can have
14     some basic -- so you don't ask a question that you
15     don't really understand.
16     Q      Okay.  That makes sense.
17     A      Yeah.
18     Q      But just to be clear, when did you first
19     become aware of Mike Partain in relation to when you
20     met him at Camp Lejeune?
21     A      Reading the book -- what's his name.  I
22     just blanked.  Trust Betrayed.  Reading that book, I
23     remember Mike's story.
24     Q      Okay.
25     A      Just much like that book, Jerry's story is

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 175 of 446

1    featured very prominently.

2         Q    Do you remember whether you read Trust

3    Betrayed?

4         A    It was fairly early in the process.

5         Q    Okay.  So you already knew of Mike

6    Partain's existence and his story, generally, before

7    you met him, correct?

8         A    Generally.

9         Q    Okay.

10        A    Same with Jerry.

11        Q    Okay.

12        A    But for the most part, I will say the

13   lawyers let me go forward on my own.  I really

14   didn't get much input.  I explained to him my

15   methodology, what I would be doing.  And I said, "I

16   need to go to Quantico."  "Go to Quantico."

17             So, again, it was not a heavy influence

18   outside.  They left me alone to do my methodology.

19        Q    Okay.

20        A    They weren't guiding.  They weren't sitting

21   over my shoulder saying ask this question, focus

22   here, focus that.  I will say that.

23        Q    Okay.  Same question of Jerry Ensminger,

24   when did you first identify Jerry Ensminger?

25        A    Same.  Mike Magner's book.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 176 of 446

1           I think that's Mike, is it not?

2           MR. HUGHES:  Mike Magner.

3     BY MR. GIBBONS:

4       Q    Trust Betrayed?

5       A    Yeah.

6       Q    Okay.  Did you have any conversations with

7     Jerry before you went to Camp Lejeune?

8       A    No, not that I remember.

9       Q    Okay.  Who brokered the trip for you to go

10    to Camp Lejeune?

11      A    I'm trying to remember back.  I honestly

12    can't tell you.  I can't remember, now that you ask

13    me.

14      Q    Okay.

15      A    I was just -- I told them I'm going to

16    Quantico first, because I thought I needed to get

17    the information before I went down to Lejeune.  I

18    just remember saying, "I'm going to Lejeune.  I set

19    up a meeting with the Marine major at MARSOC," but

20    then he, like you said, uncomfortable, and so we

21    switched it over, but I can't tell you who brokered

22    that.  I honestly don't remember.

23      Q    But it wasn't Mike Partain or --

24      A    No.

25      Q    -- or Jerry Ensminger?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 177 of 446

1      A     No.  It was one of the lawyers that put me
2   in contact with them.
3      Q     Okay.
4      A     Yeah.  I just can't remember.
5      Q     Did you know that Mike Partain and Jerry
6   Ensminger were plaintiffs at the time that you met
7   them?
8      A     I think they made that point during the
9   time, but, again, I don't really remember the
10  chronology.
11     Q     If you went back to review your notes,
12  would you be able to reconstruct how that happened?
13     A     Probably not --
14     Q     Okay.
15     A     -- because I didn't take notes on that kind
16  of stuff.  Like I say, I set up.  I'm going to
17  Camp Lejeune that particular day, because I had to
18  work around my schedule at the university because I
19  couldn't miss certain classes, things like that.  I
20  had to make arrangements.  So I had a fairly tight
21  window because it was during the semester.  So most
22  likely it was in September.
23     Q     Okay.  Understood.
24           MR. GIBBONS:  All right.  I think we are at
25  a natural breaking point, so why don't we go off the

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 178 of 446

1     record.

2              VIDEO OPERATOR KELLEY:  This is the end of

3     Media File Number 4.  We are now going off the

4     record.  The time is 1:32 p.m.

5              (Lunch recess taken.)

6              VIDEO OPERATOR KELLEY:  This is the

7     beginning of Media File Number 5.  We are now going

8     on the record.  The time is 2:56 p.m.

9     BY MR. GIBBONS:

10        Q    So, Dr. Longley, before we broke for lunch,

11    we had just finished talking about your trip to

12    Camp Lejeune with Mike Partain, Jerry Ensminger and

13    roughly when you met them.

14             I just have a few more questions related to

15    your discussions with them.

16             So you said that you only spoke via direct

17    interviews with Mike Partain one time prior to the

18    rerecording of the oral history.  Is that correct?

19        A    To the best of my memory.

20        Q    Okay.

21        A    Again, I didn't keep a full track record of

22    any of that.

23        Q    Gotcha.

24        A    And sometimes, you know, it would be with

25    John, so if I didn't count that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 179 of 446

1       Q    Well, yeah.  For -- just for purposes of
2    the record --
3       A    Okay.
4       Q    -- we will consider all those attorney work
5    product privileged --
6       A    Right, right.
7       Q    -- materials.  You can disclose you met
8    with them.  Don't disclose the contents of that.
9       A    Right.  And, again, those are probably as
10   good a form of record because I did those at the
11   time, not -- you know, four months now.
12      Q    Those -- just for the record, so you are
13   gesturing to the boxes.  Are you referring to your
14   invoices?
15      A    Yes.
16      Q    Okay.  And same recollection with Jerry
17   Ensminger, you met him at Camp Lejeune, you had one
18   interview with him, and then you conducted a
19   follow-up interview which you then recorded,
20   correct?
21      A    Yes, correct.
22      Q    Okay.  Did Mike Partain provide you with
23   any materials directly?
24      A    Just the links to his website.
25      Q    Okay.  And that's the TFTPTF.org?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 180 of 446

```
1        A     I think so.

2        Q     The Few, The Proud, The Forgotten?

3        A     Yeah.

4        Q     Okay.

5        A     But I don't remember any direct documents

6    or anything like that.

7        Q     Okay.

8        A     Not to my memory.

9        Q     Okay.  Did you ask Mike Partain any

10   questions about what you were seeing when you were

11   at Camp Lejeune?

12       A     That's a good question.  I don't remember.

13       Q     Okay.

14       A     I mean, I'm sure I asked questions of he

15   and Jerry.  I just don't remember specifics on that.

16       Q     Okay.  Would they have been pertinent to

17   the various areas that you were going through at the

18   time?

19       A     I'm sure they were.

20       Q     Okay.

21       A     I'm sure they were, like, tour guides.

22       Q     Okay.

23       A     But I don't remember asking questions.

24       Q     Do you have any notes that you took while

25   you were on that trip?
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 181 of 446

1        A     No.

2        Q     Okay.  How did you keep track of all the

3    information that you --

4        A     Memory and, again, follow-up.  But, you

5    know, this was more just a visualize.

6        Q     Okay.

7        A     As has been said, till you really walk it

8    and get a feel for it, you don't realize the

9    enormity and sort of the organization of it.  You

10   can look at it on a map, but it does no justice.

11       Q     Yeah.  Camp Lejeune was about 110,000 acres

12   during the statutory period, correct?

13       A     Yes.  I don't know that per se.

14       Q     Okay.  And just for clarification, when I

15   say "during the statutory period," I'm speaking from

16   August 1953 to December, I think, 31st of 1987.

17       A     Right.

18       Q     Okay.

19       A     Again, I'd have to look at the specifics.

20       Q     Okay.  That means that Camp Lejeune is

21   roughly the size of the Raleigh metropolitan area,

22   correct?

23       A     Roughly, I believe so.  I've got a section

24   in the first report that talks about that, the size.

25   How it is compared to other cities as well as other

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 182 of 446

1    counties in the state of North Carolina.

2         Q    Okay.

3         A    I don't have that committed to memory.

4         Q    Okay.  I believe you referred to

5    Camp Lejeune similar to a county with multiple

6    smaller towns that surround a county seat, which

7    would be Hadnot Point.  Is that correct?

8         A    That's correct.

9         Q    All right.  Let's talk about your reports

10   themselves for a minute.

11        A    Uh-huh.

12        Q    Can you go back to Exhibit 3, which is your

13   December 7th report.

14        A    Okay.

15        Q    Okay.  Turning to page 2, the introduction.

16   Okay.

17             Towards the bottom you have your listed

18   conclusions beginning with number 1.  Your first

19   opinion is that:

20             "The designers of the base

21        intentionally directed the occupants

22        to stay within the base boundaries.

23        If occupants spent more time on base

24        grounds, all else being equal, they

25        had more time exposed to its water,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 183 of 446

1          versus time spent outside the

2          boundaries where they were not exposed

3          to or using Lejeune water systems.

4                  Did I read that correctly?

5          A     Yes.

6          Q     When you say the designers of the base

7     intentionally directed occupants to stay within the

8     base, what do you mean?

9          A     Most military bases, whether domestic or

10    foreign, the designs oftentimes were in isolated

11    areas.  Jacksonville, for example, was just a little

12    fishing village before Camp Lejeune.  You see this

13    throughout the country.

14               Go to Fort Hood, for example, and there's

15    not much there.  You got to either go to Waco or you

16    got to go to Austin.  So that was part of the

17    design.  One is it was cheap land, easily accessible

18    or purchasable compared to other places.  Even Camp

19    Pendleton at the time in San Diego, there wasn't

20    much there in Oceanside or Carlsbad.  So what they

21    tried to do, and typically what they wanted on

22    military bases, is keep them out of trouble by

23    keeping them on base.  Two, the money they spent at

24    the commissary or the PXs stayed in the system.

25    And, three, they wanted to keep them happy and they

1    wanted to keep sort of this community because it

2    built an esprit de corps.

3         Q    Okay.  That makes sense.

4              I want to focus on the word

5    "intentionally."  So is your assertion that the

6    Marine Corps went out of its way -- or whoever the

7    creators were, the Department of War at the time,

8    the Marine Corps, whatever government entity created

9    Camp Lejeune, that they intentionally designed

10   Camp Lejeune in a way that forced the Marines to

11   stay on Camp Lejeune?

12        A    As much as possible.  Again, choice of

13   locations alone indicates that.

14        Q    Okay.

15        A    Again, find me a military base that is not

16   back to the colonial times that is in a large

17   metropolitan area.  You put Fort Polk, Louisiana, in

18   the middle of a swamp for a purpose.  And it is to,

19   one, keep the focus on what the main goal is, and

20   that is training -- training for combat.  Two,

21   again, usually these places are more -- less

22   accessible, so land is cheaper, and during World War

23   II especially, but it started in World War I

24   especially.  There was a design there, and part of

25   it was cost.

1        Q    Okay.

2        A    Then you have historical places like Fort
3    Huachuca that was created during the wars against
4    the Native Americans.  So there are explanations to
5    a lot of these.  Not all of them fit the same
6    pattern.

7        Q    Interesting.

8             And by the same token, when you say
9    "intentionally directed," focusing on directed you
10   mean in some instances the Marine Corps ordered the
11   Marines to stay on Camp Lejeune?

12       A    No.  They wouldn't order them because there
13   are always leaves and R&Rs, but Jacksonville didn't
14   offer much.  Today in 2025 Jacksonville is -- you
15   have got Walmart, you have got all the different
16   things that were not in place in 1975.

17            So, you know, the goal was not through
18   coercion but through giving them great
19   entertainment, giving them movie theaters, giving
20   them churches on base, giving them all these
21   different things that they want to stay on base.
22   And, again, it relates to keeping the money in the
23   system and the esprit de corps.

24       Q    Would it be fair to say that they
25   incentivized Marines to stay on the base?

                    Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 186 of 446

1    A    That would probably be a better choice of
2    words.

3    Q    Okay.

4    A    Again, thinking of the PX versus -- you
5    know, before Walmart.  You had to go out into the
6    community and then these shops and things like that.
7    But, you know, we especially know overseas those PXs
8    are significantly incentivized --

9    Q    Right.

10    A    -- for lower prices, especially alcohol.

11    Q    I think you touched on something when you
12    were talking about, you know, Jacksonville today was
13    obviously much larger than Jacksonville was when
14    Camp Lejeune was first created, understandably
15    because the government was purchasing lots of land
16    for cheap purposes.

17         In your opinion, when did that begin to
18    change?  When did Jacksonville begin to increase
19    exponentially in size?

20    A    I would have to go back and look at that as
21    far as a census data --

22    Q    Okay.

23    A    -- to figure that out.  I didn't look at
24    that vis-a-vis this report.  I would think -- you
25    know, it is going to ebb and flow.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 187 of 446

1       Q     Okay.

2       A     During the Vietnam War, the number of

3    people at Lejeune is much higher than certain parts

4    of the Cold War.  Other parts.  Korea -- I mean, you

5    can see junctures.

6       Q     Okay.

7       A     And then you would have overpopulation on

8    the base that then some people would live off base.

9    So timing is a lot -- has a lot to do with it and

10   ebb and flow.

11      Q     Understood.

12            You mentioned Marines that lived off base.

13   Do you know roughly how many Marines and their

14   families lived off base?

15      A     It would depend on the time.

16      Q     Okay.  Let's --

17      A     And I don't have a -- I didn't do the -- I

18   didn't have time to do the research on that.

19      Q     Okay.  Would it be fair to say that more

20   Marines lived off base at the end of the statutory

21   period than at the beginning of the statutory

22   period?

23      A     Don't know.  And the reason I say that is

24   because during wartime -- there were a couple of

25   factors that could have influenced that.  One,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 188 of 446

1    wartime.  Two, how much building they were doing on

2    base.  You know, Tarawa 1 came as its own, then they

3    later added Tarawa 2.

4         Q    Right.

5         A    So there was building always ongoing.  Even

6    today, those are the same basic principles, but I

7    don't have that definitive information.

8         Q    Okay.

9         A    I could find it quite easy.

10        Q    Yeah, and I understand that things change.

11   I think it was Dr. Brigham's first report when he

12   was talking about the creation of Camp Lejeune, he

13   talked about originally there was only going to be

14   four regimental areas.  Obviously, with the outbreak

15   of World War II, there's a much larger need to

16   create the fit regimental area.  Is that your

17   understanding?

18        A    Yeah, again, look at Korea.  Then you get a

19   little break.  Then you get to Vietnam.  Then you

20   get a little break.  Then you go to all-volunteer

21   force.  That's why I emphasize that time and time

22   again after the mid-'70s, all-volunteer forces

23   change a lot of nature of the camp.

24        Q    Okay.

25        A    Better pay.  Better housing allowances.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 189 of 446

1    There's a lot of things that are starting to change.
2         Q    I understand.
3         A    Cheaper cars.  Foreign imports.  All these
4    different things start.  That's why I say this is
5    not a static process.
6         Q    Okay.  So go to page, I believe it is 16 in
7    your report, which is Exhibit 3.
8              I believe the only time you referenced
9    Marines living off base in your report, last
10   paragraph:
11             "No matter where a person lived
12        on the base, even for the small number
13        of Marines that sometimes lived in
14        off-base housing, Hadnot Point was the
15        official county seat for Camp Lejeune
16        and people frequented -- frequented it
17        daily in many cases."
18             Did I read that correctly?
19        A    Yes.
20        Q    Okay.  What was the basis for you
21   qualifying it as a small number of Marines that
22   sometimes lived off base?
23        A    Proportionately, the number of housing
24   available to the Marines.  And, again, I don't have
25   those numbers per se.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 190 of 446

1        Q    Okay.

2        A    But I can say, you know, you can go and

3    look in the Command Chronologies and the number of

4    houses that were available.  But, again, it could

5    ebb and flow.

6        Q    Okay.

7        A    Proportionately, it would have been a

8    smaller number than the majority that lived on base.

9        Q    Okay.

10       A    And, again, timing is important.  So we

11   could amend that.

12            (The document referenced below

13       was marked Deposition Exhibit 11 for

14       identification and is appended

15       hereto.)

16   BY MR. GIBBONS:

17       Q    I'm going to introduce Exhibit 11.

18   Dr. Longley, can you tell me what Exhibit 11 is?

19       A    It is a copy of The Globe, but I can't read

20   the date.

21       Q    Okay.  I'll represent to you that this is

22   the August 29th, 1974, version.

23       A    Okay.

24       Q    At the bottom of it it begins with Bates

25   00897_PLG_0000059142.  That Bates number indicates

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 191 of 446

1    that this was produced by plaintiffs.

2         A    Uh-huh.

3         Q    If you can turn to page 5, which ends in

4    Bates 59146.

5         A    Yes.

6         Q    Okay.  In the top article labeled "Base

7    Housing:  Trials and Tribulations," do you see that?

8         A    Yes.

9         Q    I'm going to read the bolded portion, which

10   is the third column.  It says:

11             "Ms. LaGomey, the assistant chief

12        of staff, facilities was contacted

13        about your letter and replied:

14        Department of Defense policy dictates

15        that the civilian community will be

16        the major source for family housing.

17        Housing programmed for FY '75 to

18        provide 200 units for lance corporals

19        and below is in difficulty at

20        Congressional review beginning in FY

21        '76, replacement housing for Tarawa

22        Terrace II and Midway Park is

23        programmed over a five-year period.

24        This will require Congressional

25        approval.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 192 of 446

```
 1              "Only limited housing is
 2        available in the Jacksonville area for
 3        Marines in the lower ranks at
 4        reasonable cost.  Approximately six
 5        months' wait is required for these
 6        Marines for base housing.  Check with
 7        the base housing and rental
 8        assistance.  Get out and vote."
 9             Did I read that correctly?
10        A    Yes.
11        Q    Did you know prior to reading this that the
12   official Department of Defense policy was for
13   civilian communities to be the majority supplier of
14   family housing?
15        A    No.
16        Q    Okay.
17        A    Again, this was the ebb and flow that I was
18   talking about.
19        Q    Right.
20        A    It is also, if you note, 1973 is when we
21   went to the all-volunteer force.
22        Q    Right.
23        A    And that changed a lot of the dynamics that
24   didn't exist before 1973, in terms of pay,
25   off-campus allotments.
```

Golkow Technologies,
877-370-3377         A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 193 of 446

1   Q  In your opinion, does that mean that this

2 would make sense historically for there to be a push

3 for moving more military families into the outlying

4 community rather than on-base itself with the advent

5 of the all-volunteer force?

6   A  Yes.

7   Q  Okay.

8   A  That's what I acknowledge.  That this is a

9 change over time.

10   Q  Okay.

11   A  And I really think that '73 is an important

12 year.

13   Q  Okay.  Great.  Thank you.

14   A  Do we need this still?

15   Q  No.  We are done with it.  Thank you.

16   A  This is one of the things, we'd give it a

17 little bit more time to flush out.

18   Q  Right.

19   A  Just didn't have the time to break down

20 every sentence by every time and find the details.

21   Q  Yeah, I appreciate that.

22   Give me one moment.

23   (The document referenced below

24 was marked Deposition Exhibit 12 for

25 identification and is appended

1          hereto.)

2     BY MR. GIBBONS:

3          Q     I'm going to hand you Exhibit 12.

4          A     Okay.

5          Q     Dr. Longley, did you review any of the base

6     master plans that Dr. Brigham referenced in his

7     report?

8          A     I believe so.  I don't think I actively

9     incorporated them.

10         Q     Okay.

11         A     Again, most of those were for, if I

12    remember right, for World War II and the planning

13    around World War II, which didn't fit within the

14    statutory period.

15         Q     Okay.

16         A     And I will say this, that was one of his

17    best sections.

18         Q     Okay.  Great.

19              I'll represent to you that this is an

20    excerpt from the 1986 Base Master Plan as evidenced

21    by the Bates numbers which appear in the bottom

22    right, which begins with

23    CLJA_Watermodeling_01-0000323058.

24              Can you please turn to page 12, which is

25    Bates 323136.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 195 of 446

1          Bottom paragraph states that:

2          "Occupying the family housing

3     units listed above in June 1984 were

4     4,175 military personnel and 11,360 of

5     their dependents.  At that time, 7,750

6     military and 20,305 dependents resided

7     in off-base housing."

8          Did I read that correctly?

9     A    Yes.

10    Q    Would you agree that in June of 1984 that

11    would imply that nearly twice as many Marine

12    families lived off base as on base?

13    A    By that time, yes.

14    Q    Okay.  Does that comport with your

15    understanding of the number of Marines that lived on

16    and off base?

17    A    Only for this snapshot.

18    Q    Okay.

19    A    Again, things changed significantly as

20    Jacksonville finally starts to build up more private

21    housing.  They realize it is a fairly lucrative, and

22    also not everybody is living in Jacksonville.  They

23    are going further south, even towards Wilmington.

24    Q    Okay.

25    A    So no doubt that this changed over time.

1      Q     Okay.  So you would agree that throughout
2    the statutory period, there's a general trend
3    towards more Marines and families living off base in
4    the surrounding community?
5      A     I can't say yes because I don't have the
6    data.  I've got snapshots.
7      Q     Okay.
8      A     I would have to look at the overall data.
9      Q     Okay.  That's fair.
10      A     I do think it probably increased.  Again,
11    off-base housing became much more prominent after
12    all-volunteer force.
13      Q     Right.
14      A     With better supplements for off-base
15    housing.
16      Q     Right.
17      A     And there was also going to be times some
18    of these units were taken out to be repaired.  If
19    you have driven around right now, you will see
20    there's some, at least several that I remember,
21    falling down on themselves, and they are the older
22    ones, probably dating back to World War II.
23      Q     Right.
24      A     So that could change over time again.  You
25    have Tarawa I and then you get Tarawa II added, so I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 197 of 446

1    think those are all -- but I do think things changed

2    over time.

3         Q    Okay.  Would you agree with Dr. Brigham's

4    premise that there was constantly a housing shortage

5    on Camp Lejeune during most of the statutory period?

6         A    Again, can't speak to that because, one, I

7    don't think that was the case.  I think it ebbed and

8    flowed; again, depending on manpower needs.

9         Q    Okay.

10        A    Because the other thing about 1980 -- was

11   it '83 or '80 --

12        Q    '84.

13        A    '84.  That's also the buildup of the Reagan

14   military, started in '81, '82.  So you are going to

15   see a massive buildup of U.S. military forces during

16   that time.

17        Q    Okay.

18        A    Again, it is related to what's the external

19   pressures.  I would actually think probably right

20   after the all-volunteer, the numbers of volunteers

21   actually went down and the size of the U.S. military

22   from '74 through about '79, '80, with the Russian

23   invasion of Afghanistan and Iranian crisis affected

24   those numbers.

25        Q    In what way?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 198 of 446

1      A    That there's not -- that the military lost

2  a lot of numbers in those periods from '74 to about

3  '79, '80, when Carter started to build up over

4  Russians in Afghanistan and also the Iranian hostage

5  crisis, which Reagan then brought in and went on

6  steroids with.

7      Q    Okay.  Great.

8      A    So, again, context, I think, is extremely

9  important.

10      Q    Okay.  I appreciate that.

11      A    Yeah.

12      Q    But you would agree that the general trend

13  towards accommodating the all-volunteer force, that

14  really began in the early 1970s, likely continued

15  through the 1980s?

16      A    Likely.  I don't, again, without data --

17  because, you know, the trend line could have been --

18  and I'm gesturing up and down, depending on the ebb

19  and flow.  Again, I would think from '73 to '80,

20  probably the numbers were actually dwindling because

21  they were struggling to meet their manpower needs,

22  but '79, '80, definitely has an impact and Reagan's

23  election definitely changes the trajectory.

24      Q    Okay.  Great.

25           If you could please turn to -- look at two

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 199 of 446

1    more pages ending in 323166.

2         A    166?

3         Q    Correct.

4              So this is a water usage table that breaks

5    out Camp Lejeune by the various water supply items.

6              Do you see in the second column from the

7    right it says the "Effective Service Population"?

8         A    I must be looking at the wrong thing.  Oh,

9    okay.  Yes.

10        Q    Okay.  I'm going to read off the water

11   supply systems and then the effective service

12   population, if you can just confirm that I'm reading

13   this correctly.

14        A    Okay.

15        Q    Hadnot Point, effective service population

16   20,673?

17        A    Yes.

18        Q    And Holcomb Boulevard, 6,933?

19        A    Yes.

20        Q    Tarawa Terrace, 5,692?

21        A    Yes.

22        Q    Montford Point, 2,768?

23        A    Yes.

24        Q    Rifle Range, 1,249?

25        A    Yes.

1      Q      Courthouse Bay, 16 -- sorry, 1,657?

2      A      Yes.

3      Q      Onslow Beach, 281.

4      A      Yes.

5      Q      And that totals approximately 39,253,

6   correct?

7      A      Correct.

8      Q      Okay.  And now, this does not include Camp

9   Geiger or MCAS New River; is that correct?

10     A      I don't see those.

11     Q      Okay.  If you would flip forward two more

12  pages to 323355.

13     A      Got it.

14     Q      This is a similar table, but this one does

15  include or is only for MCAS and Camp Geiger,

16  correct?

17     A      Uh-huh.  Yes.

18     Q      And it was MCAS/Camp Geiger effective

19  service population, 11,642?

20     A      Right.

21     Q      Okay.  So all told, that's approximately

22  50,000 people, correct?

23     A      Correct.

24     Q      Does an effective service population of

25  approximately 50,000 people in the 1980s comport

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 201 of 446

1    with your understanding of the size of Camp Lejeune?

2         A    To the best of my knowledge.

3         Q    Okay.

4         A    I don't have the exact numbers.

5         Q    Okay.  Do --

6         A    Let me ask you this.  Do we know if

7    affected service population includes civilians

8    coming on base?  Do you know if that's the case?

9    Because that would seem to be an important question.

10        Q    Yes.  Stand by.

11             If you will turn back three pages to the

12    one ending in 323165.

13        A    Yes.

14        Q    Bottom paragraph says:

15             "The effective service population

16        data shown in Table IV-8 were

17        developed from data indicating where

18        military and civilian employees work

19        and where military personnel and their

20        dependents reside."

21        A    Okay.

22        Q    Did I read that correctly?

23        A    Yes.

24        Q    Okay.

25             "The calculated data for the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 202 of 446

1          affected service population takes into
2          account proportional parts of each day
3          that military and civilian personnel
4          and dependents of the military
5          personnel would be in each service
6          area."
7               Did I read that correctly?
8          A    Yes.
9          Q    Okay.  Given that -- do these numbers
10    comport with your understanding of the relative size
11    of the Camp Lejeune population?
12         A    I guess I'm unclear on how they are doing
13    an average of the civilian and military and
14    dependents.
15              How does that tie to, say, Hadnot Point
16    20,673?
17         Q    That part is not clear to me --
18         A    Okay.
19         Q    -- from this exhibit.
20         A    Yeah.  Because without that, I don't think
21    you can tell exactly how many -- you know, how many
22    of these count as civilian, how many of these count
23    as military.
24         Q    Okay.  Well, setting aside the difference
25    between military and civilian, does that match your

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 203 of 446

1    general understanding of how many personnel would

2    have been present on a daily basis in each of these

3    areas?

4         A    I don't have that information.

5         Q    Okay.

6         A    I didn't -- again, what I would want to see

7    is go back and let's take some snapshots, '55, '65,

8    '75, '85, and then we can see something of a line.

9         Q    Okay.

10        A    But with this data, like I say, until I

11   could get that one question answered, it would seem

12   to be extremely important.

13        Q    Okay.  Let's set aside the absolute numbers

14   for a minute --

15        A    Okay.

16        Q    -- and talk about relative numbers.

17             So obviously you will see that Hadnot Point

18   is larger than all of the other areas.

19        A    Yes.

20        Q    Is that correct?

21             Proportionally, do these numbers seem to

22   make sense with the relative populations of these

23   areas?

24        A    Again, I'm not sure given the -- what their

25   numbers are vis-a-vis the civilians that are being

Golkow Technologies,
877-370-3377                    A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 204 of 446

```
1      averaged into this.

2           Q     Okay.

3           A     Again, I'm -- it is the math nerd in me.

4           Q     Fair enough.

5           A     And I would need to have full information.

6           Q     Okay.

7           A     Are we done with that?

8           Q     Yes, we are done with that.

9           A     Okay.  I'm trying to keep them in order.

10          Q     Okay.  Going back to your report on page 2,

11     your second opinion was:

12                "A substantial part of the

13          overall demographic historically was

14          composed of young male Marines (under

15          the age of 25), and they typically

16          lacked cars during much of the

17          relevant time period.  They relied

18          heavily on the internal bus system and

19          walking to access different services

20          on the base.  It was very different

21          from ordinary American environments

22          today in which cars are ubiquitous.

23          This, again, contributed to the

24          behavior of staying on base."

25                Did I read that correctly?
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 205 of 446

 1      A    You are correct.

 2      Q    As we discussed earlier, you wanted to

 3   amend this specific portion of your report to

 4   acknowledge that there were more cars on the base in

 5   later parts of the statutory period, correct?

 6      A    Correct.

 7      Q    Okay.

 8      A    Which, again, would then speak to the --

 9   not needing to take the bus.  Although the bus

10   systems always were very important, because even

11   with the increase in pay in 1974, to start with the

12   recruiting, a lot of these people were still making

13   a very small -- especially E3s and below which still

14   constitute a large portion of the Marine Corps.

15      Q    Understood.

16           Do you think that the bus system was less

17   convenient for moving around the base than using

18   cars?

19      A    It probably would have been.

20      Q    Okay.  Do you think that had any reducing

21   effect on the amount of mobility that young Marines

22   without cars had on the base?

23      A    Well, I think we have to qualify.  In this

24   case, most of the young Marines would have been at

25   Hadnot Point because that's where the barracks were.

 1    That's where the single people lived.  And that's

 2    where the center of life was, a lot of the training

 3    and everything like that.

 4              So I think that's important to keep as far

 5    as a context.

 6         Q    Okay.  Fair enough.

 7         A    But I do think later cars, you know,

 8    probably in the '50s and '60s, it was more officers

 9    or E6s were more likely to be able to afford a car.

10    But, again, by the mid-'70s it is going to change

11    because of cheaper imports as well as higher pay.

12         Q    Okay.  And just to clarify for the record,

13    E6 is an Enlisted-6 --

14         A    Yes.

15         Q    -- which is a pay grade denoting a staff

16    sergeant in the Army and a gunnery sergeant, I

17    believe, in the Marine Corps?

18         A    I believe so.  You probably know this

19    better than I.

20         Q    It has been a minute.

21         A    No, but I will trust you on that.  But,

22    again, it is a change over time.

23         Q    Understood.

24              But there were Marines that resided in

25    other parts of the base, correct?

1        A    Yes.

2        Q    Okay.  And other parts of the base that

3    Marines would reside in were, say, the Camp Geiger

4    for the School of Infantry, correct?

5        A    Yes.  Correct.  For their first AIT

6    doctrine.

7        Q    Or the cadre that were currently stationed

8    there.

9        A    Exactly.

10       Q    The same applies to Camp Johnson, correct?

11       A    Yes.

12       Q    Including Master Sergeant Ensminger,

13   correct?

14       A    I believe so, but he lived there a number

15   of different places during his time there, if I

16   remember right.  His first duty station, I believe,

17   was Okinawa and then he came back.

18       Q    Okay.

19       A    But I could be wrong on that.

20       Q    Courthouse Bay, same scenario?

21       A    Right.

22       Q    Primarily a school, some small units,

23   correct?

24       A    Right.

25       Q    Okay.

1      A      And I think you can get that from what you

2  raised earlier, in terms of looking at the effective

3  service population, and I think we would probably

4  see some proportionately, although that could have

5  changed over time.

6           But if you look at Courthouse Bay 1657

7  versus 20,673.

8      Q      Okay.

9      A      And, again, I think some of these outlying

10 areas had grown some by the mid-'80s.

11     Q      Okay.

12     A      Because if you're -- '84 or '85?

13     Q      I believe the data was from '84.

14     A      Okay.  And, again, I would need to see data

15 from '55, '65, '75 and see the proportionality.  But

16 a lot of these E2s, 3s, private and corporals, would

17 have been stationed at Hadnot Point.

18     Q      Right.  After they completed their school

19 training?

20     A      Right.  After they completed their school

21 training.

22     Q      Okay.  And those are also the same

23 personnel that would have had the least access to

24 cars early on in the statutory period, correct?

25     A      Exactly.

1    Q    Okay.

2    A    As one explained to me, the idea that, you

3    know, it was a very expensive cab ride over to

4    Jacksonville.  And most of them weren't going except

5    for the strip joints and other things that sometimes

6    populate around military bases.

7    Q    Okay.  Do you remember who told you that?

8    A    I can't right off the top of my head.

9    Q    Okay.  Would it be in your reliance

10   materials?

11   A    I'm sorry?

12   Q    Would that be in your reliance materials?

13   A    I can't remember.  Sorry.

14   Q    Okay.  And MCAS New River, largely in a

15   separate bucket because it is its own military

16   installation, effectively.  The units that are there

17   for the air wing were permanently stationed there,

18   correct?

19   A    Right.

20   Q    And that's why MCAS never had its own

21   full-service commissary in the Marine Corps

22   Exchange, correct?

23   A    They had it, but it grew over time.  It

24   wasn't in '55 the same as it was in '85.

25   Q    Correct.  I mean, that's true of everything

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 210 of 446

1      on Camp Lejeune?

2           A    Exactly.  And, again, by '85 I think it is

3      moving a little bit more towards the peripheries,

4      but that was not the case, per se, in '65.

5           Q    Okay.

6           A    I think, you know, the New River group

7      significantly in the '70s and '80s.

8           Q    Okay.  Fair enough.

9                I want to go back to something.  I think

10     you brought up, very astutely, regarding the

11     affected service populations in these different

12     parts of the base in terms of proportionality.  So

13     the schools that were at Camp Geiger, Camp Johnson,

14     Courthouse Bay, they had more throughput than, say,

15     the permanent units that were stationed at Hadnot

16     Point; is that correct?

17          A    Throughput?  I'm not familiar with that

18     term.

19          Q    So throughput meaning there were smaller

20     numbers of Marines at any given time, but they were

21     usually there for a shorter period of time, correct?

22          A    Are you saying on these outlying areas?

23          Q    Correct.

24          A    Yes.

25          Q    Okay.  Usually for only a few weeks at a

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 211 of 446

1    time before being assigned either to Hadnot Point or
2    another installation?
3         A    Exactly.  Especially, again, advanced
4    infantry training.  I think by -- again, it depends.
5    During the Vietnam era, it was only four to five
6    weeks, for Marines it was three weeks.  Let me
7    qualify that.  Actually I spoke backwards.
8              During Vietnam from '66 to about '68 the
9    average time in AIT was three weeks, and then many
10   ended up being shipped off immediately to Vietnam.
11        Q    Understood.
12             And because of that, a momentary snapshot,
13   as you characterize it, wouldn't necessarily capture
14   the entire population that was in that area over the
15   course of, say, a year, correct?
16        A    It would be difficult to do so because
17   there is going to be movement in and out.
18        Q    Right.
19        A    And, again, during wartime, cycling out in
20   terms of who is going to Vietnam and who is coming
21   back.  You know, it would depend.  We would have to
22   have complete snapshots.
23        Q    So if -- hypothetically or rough numbers,
24   so if, say, to take your example, the AIT was three
25   weeks during the height of the Vietnam, let's say

Golkow Technologies,
877-370-3377                    A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 212 of 446

1    they had back-to-back courses, that there were no

2    overlap between them, that would have been roughly

3    15 classes a year, correct?

4         A    Correct.

5         Q    Assuming that there was -- so the number of

6    Marines that were in, say, Camp Geiger for the AIT,

7    infantry AIT, over the course of a year would be

8    roughly 15 times at any given time, correct?

9         A    Right.  But it would have been a short

10   cycle.

11        Q    Right.

12        A    Again, three weeks versus being assigned to

13   the 2nd Marine division or the 4th, so.

14        Q    Okay.  And that applies both to the school

15   of Infantry, engineer school at Courthouse Bay?

16        A    I think engineering school was a little

17   longer than that.  Some of the schools -- again, it

18   is a snapshot.  Again, during Vietnam the manpower

19   needs were very different than they were in 1961.

20        Q    Right.

21        A    So I think we have to be careful, you know,

22   in terms of over time.

23        Q    Right.  And I'm not talking about the

24   specific numbers --

25        A    Right, no.

1      Q    -- cited in this, but conceptually the same
2      principle applies, that the schools have more
3      Marines passing through them over the course of a
4      year than at any one given time, correct?
5      A    I'd have to think about that.
6      Q    Okay.
7      A    I'm not sure defining one particular
8      time -- because you would be more likely to have
9      been stationed all year long.  So you joined the
10     AIT, then you go into the second regiment.  You are
11     going to be stationed primarily, if you're a -- you
12     know, a single, you are going to be over in the
13     Hadnot Point area.
14     Q    Okay.
15     A    So you would be there, there's three
16     weeks -- there's 52 weeks in a year.  Forty-nine of
17     the weeks of the year would be at Hadnot Point.
18     Q    Okay.
19     A    Again, I would have to do a lot more
20     research on that.
21     Q    That's fair.
22          I'm sorry, can we go back to -- I think you
23     still have it open Exhibit 12 in front of you.
24          If you can turn towards the front, the page
25     ending in Bates 323061.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 214 of 446

1      A    Yes.

2      Q    Okay.  Table 3-1 is the Personnel Loading

3    1983 and Programmed Strength FY 1989 for the

4    Camp Lejeune Complex.  Did I read that correctly?

5      A    I'm sorry, I'm just catching up.  I am

6    slowing down a little bit.

7           Say that one more time.

8      Q    The table is titled "Table III-1 Personnel

9    Loading" --

10     A    Yes.

11     Q    "1983 and Programmed Strength FY 1989" --

12     A    Right.

13     Q    -- "Camp Lejeune Complex;" correct?

14     A    Yes.

15     Q    I'll give you a minute to study this

16   exhibit.

17     A    Okay.

18     Q    Okay.  So for -- it breaks it down by

19   column.  Now, this one is focused on military

20   personnel, correct?

21     A    Yes.

22     Q    Okay.

23     A    Yeah.  Because total civilian projected is

24   totally absent.

25     Q    Right.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 215 of 446

1      A     Even though they give numbers at the
2   bottom.
3      Q     Right.  So in the second column from the
4   right.  "Total Military 1983," it lists permanent
5   units without a location as 2,553; is that correct?
6      A     Under Permanent Units under '83?
7      Q     Correct.
8      A     I'm looking at 212/18.  Which one am I
9   missing -- oh, way over.  Oh.  Total.  Okay.  Sorry.
10     Q     I'm sorry.  I believe you are in the
11  Officers column.
12     A     Yeah.  I was in the Officers and didn't
13  make it far enough.
14     Q     That's okay.
15     A     So 2500 versus 3300.  Again, this makes
16  perfect sense.  This is in the Reagan buildup.
17     Q     Okay.  And then students is listed as
18  2,654, correct?
19     A     Right.
20     Q     Okay.  Versus the 2nd Marine Division
21  20,082, correct?
22     A     Correct.
23     Q     Okay.
24           Then I notice that it's odd but that in
25  1983 to the projected for 1989 the number of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 216 of 446

1       students increases, but the size of 2nd Marine

2       Division decreases; is that correct?

3            A    That appears correct.

4            Q    Okay.  And the 2nd FSSG, which I believe is

5       2nd Force Service Support Group --

6            A    Right.

7            Q    -- is listed as 9,840 for 1983.

8            A    Right.

9            Q    The Force Service Support Group is

10      primarily at French Creek, correct?

11           A    I believe so.  I'd have to double-check

12      that.

13           Q    Okay.

14           A    I won't lie and say I tracked every unit

15      every place for every year.

16           Q    Okay.  Fair enough.

17                And then skipping down to the bottom of

18      that column, there's a subtotal of 35,621.  That

19      includes all those various units, correct?

20           A    I must be missing -- did we stay on the --

21      okay.  I went down one extra line.  Yes.

22           Q    And then below that there's some numbers

23      for Naval Hospital --

24           A    Right.

25           Q    -- Naval Dental and, then another set of

1    numbers for the MCAS, right?

2         A    Right.

3         Q    MCAS is listed as 4,992.

4         A    Correct.

5         Q    Then the total for Camp Lejeune and MCAS

6    was listed at 41,221 military personnel for 1983,

7    correct?

8         A    Right.

9         Q    Okay.  Did those numbers match your general

10   understanding of the size of Camp Lejeune's military

11   personnel during the Reagan buildup?

12        A    I would have to double-check that.

13        Q    Okay.

14        A    I don't have that number off the top of my

15   head.  What I'm doing is comparing numbers over here

16   on the other about the effective service population

17   of both these, and these numbers would add up to

18   about just over 51,000.

19        Q    Uh-huh.

20        A    So let me go back over then to these other

21   numbers.  That might answer our question about how

22   many of these were considered as far as civilians.

23             I'm not used to front and back.

24             So I guess we could sort of guess at the

25   civilian element because the total numbers over on

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 218 of 446

1   the other were 50,000 -- or 51,000 and these are

2   41,000.

3       Q    Okay.  Then going back, broad scale, these

4   various numbers, those wouldn't necessarily all be

5   present on Camp Lejeune at any one given time,

6   correct?

7       A    Correct.

8       Q    There are things to take into account like

9   leave, deployments, things like that?

10      A    Training at Fort Bragg.

11      Q    Training at Fort Bragg.

12      A    You know, we see a number of places where

13  they are training in Norway and training, you

14  know -- in '83 you would have to think this was

15  projected, our '83, because the Marines that were in

16  Beirut were 2nd Marines, if I'm not mistaken, from

17  Camp Lejeune, and they would get -- they will get

18  hit hard.  So those numbers could reflect that too.

19      Q    Okay.  And I just want to clarify for the

20  record, when I said could include Marines that were

21  not present for leave purposes, you were nodding.

22  You meant "yes," correct?

23      A    Yes.

24      Q    And then same for deployments, that would

25  mean that those personnel were also assigned to

1       Camp Lejeune but not physically present at

2       Camp Lejeune during those deployments, correct?

3            A     Correct.

4            Q     Okay.  Okay.  I think I'm done with this

5       exhibit again.

6            A     Okay.  Now you have me curious on the

7       numbers.

8            Q     Okay.  Going back to your report, flipping

9       to page 3.  Your third opinion was that:

10                 "As a related aspect to the base

11           storage being self-contained, there

12           was ample opportunities for social,

13           recreational, and other such events on

14           base, including at facilities

15           geographically located in the Hadnot

16           Point, Tarawa Terrace, and the Holcomb

17           Boulevard areas during the relevant

18           time period as discussed below."

19                 Did I read that correctly?

20           A     Yes.

21           Q     Were there opportunities for social,

22      recreational, and other events on other parts of the

23      base?

24           A     Yes.

25           Q     Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 220 of 446

1      A      Which I acknowledged, I think, in Report 3.

2      Q      Okay.

3      A      This is not a static group.

4      Q      Right.

5      A      There is constant movement on this base

6   through the bus system, through later cars, a

7   variety of things that would carry them to different

8   parts of the base --

9      Q      Okay.

10      A      -- with Hadnot Point still being the

11   centerpiece with the best facilities, the most

12   cultural activities.

13      Q      It has the largest population, so the most

14   facilities are there?

15      A      The most facilities.  The main PX.  And,

16   again, when I asked for numbers on what -- these

17   outlying areas, they may be there to tell me how

18   many people shopped at the PX.  I know how many

19   people shopped at the PX at the -- at Hadnot Point,

20   over 230,000 a month.  So, you know, not 230-,

21   23,000 a month.  So 700 a day, basically.

22      Q      Right.

23      A      And so we never saw the information, it was

24   never produced, how many were using the PX at New

25   River or the swimming pools.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 221 of 446

1      Q     That's an interesting point.

2            So do you remember offhand -- we can go to

3      your report and check -- what year the 23,000

4      shoppers a day at the main PX was?

5      A     It is in here.

6      Q     Or main commissary?

7      A     I'd have to look.  I mean, I can find it.

8      It just may take a little while.

9      Q     That's fine.

10           Did you find it?

11           MR. HUGHES:  It is at page 20 of his second

12     report.

13           MR. GIBBONS:  The second report.

14           THE WITNESS:  Okay.  The January 13th

15     report.

16           MR. GIBBONS:  Okay.

17           MR. HUGHES:  Page 20, and the article is

18     from October 1981.

19           THE WITNESS:  So that's from '81.

20     BY MR. GIBBONS:

21     Q     Okay.  So in close proximity timeline-wise

22     to the 1984 numbers that we talked about then,

23     right?

24     A     Yeah.

25     Q     So 23,000 grocery customers each month

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 222 of 446

1    would it be somewhere between half and 4/5 -- or 2/5

2    of the population of Camp Lejeune based on the

3    effective service that we saw?

4         A    Right.

5         Q    I mean that's less than half the

6    population, right?  So --

7         A    It is half the population, but, again, this

8    is '81 -- or '84 versus '65, '75.

9         Q    Okay.

10        A    There is no doubt by the mid-'80s, they

11   were putting more effort into New River, some of

12   these outlying areas.

13        Q    Okay.  And the city of Jacksonville itself?

14        A    And the city of Jacksonville.

15        Q    Okay.

16        A    So there's no doubt these things were

17   changing.  Again, I think we probably went back and

18   the Command Chronologies would have this information

19   of how many hundreds of thousands -- because that's

20   one other thing that I think we have to point out,

21   is the commissary on -- at Hadnot Point is going to

22   be the equivalent of Walmart where the outlying

23   areas might be the equivalent of a 7-Eleven in some

24   cases or maybe a small grocery store.  So we would

25   have to look and compare and contrast those numbers.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 223 of 446

1      Q    Okay.  Back to the report.

2           So going with that same thought, then,

3      would the Marine Corps have developed recreational

4      facilities in other parts of the base to alleviate

5      the need to go to Hadnot Point to a limited extent?

6      A    Over time.

7      Q    Okay.

8      A    Again, I don't think it's the same in '85

9      that it was in '75 and then going backwards.

10     Q    Okay.  But generally the Marine Corps at

11     the time knew that young service members that lacked

12     cars, it is not particularly convenient for them to

13     have to hop on a bus and go to Hadnot Point to do

14     anything from, like, going to a gym or --

15     A    Well, the majority actually chose to do

16     that --

17     Q    Okay.

18     A    -- from what I can see and what the record

19     says because -- for example, I remember seeing a

20     story on early '70s about the Nautilus machine.  And

21     you guys are way too young, but those of us that are

22     old enough to remember when that was, like, the

23     cutting edge that drew people to the gym, and

24     that's -- and they were primarily at Hadnot Point.

25     Hadnot Point would have the equivalent of -- you

1   guys may not know this -- Lifetime Fitness, which is

2   sort of crème de la crème of gyms, as opposed to --

3   what's the sort of more the -- EOS Fitness.

4       Q    Okay.

5       A    So they would have better facilities,

6   better swimming pools.  A number of things were

7   better.  And, as Mr. Ensminger reminded me, they had

8   something that these outlying areas typically didn't

9   have and that was single women.  Which the

10  majority -- all the -- for the most part through the

11  '80s, the women in the Marine Corps were stationed

12  at Hadnot Point as well as the nurses, and the

13  single -- and I qualify that as single females.

14      Q    Okay.

15      A    And we know there's never been a male in

16  their life that that was a driving factor.

17      Q    Okay.

18          I'm going to introduce Exhibit 13.  Before

19  we delve into this, I just wanted to clarify, it's

20  just stuck in my mind, the single women you were

21  referring to, you are referring to women either with

22  the Marines or Navy nurses, correct?

23      A    Yes.  Single women, Marine Corps members,

24  which only probably even through the '80s

25  constituted about 10 percent.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 225 of 446

1      Q     Okay.

2      A     But when -- 10 percent is better than the

3   90 percent being stuck in and, again, nurses -- in

4   fact, they had a race riot break out because a nurse

5   decided to dance with one guy over the other.

6      Q     Fascinating.

7      A     Yeah.  It was a -- people died in '69 --

8   '69 to '70 because an African American nurse danced

9   with a white guy, and that started a cascading

10  effect.

11     Q     I'm sorry, hold on.

12           MR. GIBBONS:  What are we at on the record

13  right now?

14           VIDEO OPERATOR KELLEY:  Total four hours,

15  16 minutes.

16           MR. GIBBONS:  Okay.

17           (The document referenced below

18        was marked Deposition Exhibit 13 for

19        identification and is appended

20        hereto.)

21  BY MR. GIBBONS:

22     Q     Dr. Longley, I just handed you what is

23  Exhibit 13.

24     A     Uh-huh.

25     Q     Do you recognize this document?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 226 of 446

1      A    I have not looked through the telephone
2    directory.
3      Q    Okay.
4      A    I didn't have access to this.
5      Q    You weren't given access to all the
6    produced documents in this litigation?
7      A    I was, but it didn't get through
8    everything.
9      Q    Okay.
10     A    I didn't have a large group of staff to
11   help me.  This was read everything by myself.
12     Q    Understandable.  But you did have access to
13   everything that I produced?
14     A    I'm sure I did.  This just didn't cross my
15   path.
16     Q    Okay.
17     A    Again, I ran out of time.
18     Q    Fair enough.  We all do.  Hopefully not
19   today.
20     A    Oh, well.  Sooner the better in my opinion,
21   but that's just my opinion.
22     Q    Right.  Okay.
23          So the Bates numbers in the bottom right
24   demonstrate that this was a produced document.
25     A    Uh-huh.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 227 of 446

```
 1        Q    This is the 1959 -- June 1959 telephone
 2   directory for Camp Lejeune, North Carolina, correct?
 3        A    It looks that way.  Again, I can't verify
 4   because I haven't had -- or I haven't looked at it.
 5        Q    Okay.
 6        A    I'm going to take your word on it.
 7        Q    Okay.
 8             If you can turn to the page ending in
 9   74367.  It is about 50 pages in.
10        A    Say that again, please.
11        Q    74367.
12        A    Got it.
13        Q    On the left-hand side, you see where it
14   says "Service Clubs"?
15        A    Uh-huh.
16        Q    Okay.  And then there's a list of
17   locations, and then there's to the right building
18   locations and phone numbers, correct?
19        A    Yes.
20        Q    Okay.  So under Service Clubs, it lists
21   Area 1, Area 2, correct?
22        A    Yes.
23        Q    Area 4, correct?
24        A    Yes.
25        Q    Area 5?
```

GolkowTechnologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 228 of 446

1      A     Yes.

2      Q     Okay.  And those would -- corresponded to

3   the regimental areas at Hadnot Point, correct?

4      A     I believe so.  I don't have -- I can't

5   confirm that.

6      Q     Okay.  Would we be able to confirm that

7   using the building locations?

8      A     I think so.

9      Q     Okay.  Below that it says Camp Geiger 2?

10     A     Yes.

11     Q     And Camp Geiger 3?

12     A     Yes.

13     Q     And Central Area, I assume that's also

14   Hadnot Point?

15     A     Yes.

16     Q     Okay.  Courthouse Bay?

17     A     Yes.

18     Q     Montford Point?

19     A     Yes.

20     Q     Rifle Range.

21     A     Yes.

22     Q     Stone Bay?

23     A     Yes.

24     Q     Would that indicate that there were service

25   clubs in these other areas?

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 229 of 446

1        A    Yes, there were, but the problem is -- and
2    I'm trying to get to the point.  I've got a section
3    there which talks about -- it may be in the last
4    report, sorry.  I don't have the immediate memory on
5    this.
6             I'm looking for a document.  I'm sorry, I
7    don't, again, have immediate recall.
8        Q    That's fine.  It's your report.
9        A    Too many pages.
10            Can you see -- do you remember the one --
11            MR. HUGHES:  What are we looking for?
12            THE WITNESS:  I'm looking for the one that
13   has advertisement for the S -- Senior
14   Noncommissioned Officers Club.  And then right
15   beneath it is listed the others and what activities
16   were available.  And it makes the point that -- I'm
17   sorry, like I said, I'll find it here.  I'll find it
18   probably later, about time I'm leaving -- oh, here
19   it is.  Page 19 on the January report.
20   BY MR. GIBBONS:
21       Q    Okay.
22       A    Page 19.  Just to make the point.  On
23   advertisement in The Globe from January 1956.
24       Q    Okay.
25       A    20th of January.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 230 of 446

1            "Hadnot Point -- Dance Friday

2       from 8:30 to 12:30 a.m. with music by

3       Jimmy West and his Tradewinds Dance

4       Band.  Saturday 8:30 until 12:30.

5       Dance Sunday from 8:30 to 12:30

6       featuring Billie Tillis and the

7       Versi-Tones.  Special steak dinner

8       Sunday for $1.  Sammy Audrain at the

9       piano Sunday afternoon.  Monday,

10      cocktail hours from 7:00 to 9:00.

11      Tuesday features Fun night 8:00 p.m.

12      with free drafts are served Wednesday

13      at 7:00 p.m.  Complete breakfast

14      served every day from 8:00 a.m. until

15      1:00 p.m.

16           "At Geiger - Happy hours on

17      Thursday from 4:30 to 6:30.  Cocktail

18      hours Sunday from 3:00 p.m. to

19      5:00 p.m.

20           "At Montford - Fun night and

21      Happy hours Wednesday night."

22           Just to make the point that there is

23    significant differences in what is provided by -- at

24    different points.

25      Q    Okay.  That's fair enough.  I don't think

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 231 of 446

1    anyone is contesting that.

2        A    Yeah.

3        Q    But it underscores the point that the

4    Marine Corps did try to provide facilities for

5    recreation, even within a limited capacity, at other

6    areas of the base, correct?

7        A    Correct.  I don't deny that.

8        Q    Okay.  In particular at Camp Geiger and

9    Camp Johnson where it is a majority of transient

10   population of trainees?

11       A    I can't testify to that because I -- I

12   didn't see any of that reinforced in the materials

13   that I viewed.

14       Q    Okay.

15       A    So I wouldn't make that assumption, but I

16   also can't deny it.

17       Q    Okay.  That's fair.

18            Okay.  And then same point further down on

19   page 74367.

20       A    I'm sorry, I lost it.

21       Q    That's fine.

22       A    7437?

23       Q    74367.

24       A    Okay.  67.  I'm almost there.

25            Okay.

1      Q    Okay.  Then toward the bottom of the page
2    on the left it says, "Staff NCO Clubs"?
3      A    Uh-huh.
4      Q    Similar to the ones we were just
5    discussing --
6      A    Right.
7      Q    -- in your second report.  It was the Camp
8    Geiger Club, correct?
9      A    Yes.
10     Q    Camp Geiger office, Courthouse Bay Club,
11   correct?
12     A    Yes.  I'm sorry.
13     Q    Hadnot Point Club?
14     A    Yes.
15     Q    And Montford Point Club?
16     A    Hadnot Point Office and then Montford Point
17   Club.
18     Q    Okay.  So, again, there were facilities at
19   these outlying areas?
20     A    Yes.
21     Q    Perhaps not as robust as the ones offered
22   at Hadnot Point, right?
23     A    Right.  I think this one little clip shows
24   that significantly more was done for these areas
25   where the majority of the young enlisted men were.

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 233 of 446

1    And the staff noncoms as opposed to these outlying

2    areas.

3           If I remember right, and I don't know if

4    this is in the report, I don't think it is.  But

5    Jerry made a point about, you know, these outside --

6    outlying areas might have a few tables and, you

7    know, some beer for sale.

8           The problem, again, there's a major theme

9    missing in those outlying areas, and that's women.

10       Q    Understood.

11       A    Yeah.  Whether they, you know, had any

12   interest or not, young men don't always have the

13   most realistic appraisals of what the world is like,

14   including my kids.

15       Q    Okay.  If you will turn to the very next

16   page, 74368.

17       A    Uh-huh.

18       Q    See halfway down the page on the left side,

19   it lists theaters, correct?

20       A    Yes.

21       Q    And there's Camp Drive-In, correct?

22       A    Yes.

23       Q    Camp Theater, which I assuming is the main

24   one at Hadnot Point?

25       A    Yes.

```
 1        Q    Okay.  Camp Geiger Indoor?

 2        A    Yes.

 3        Q    Camp Geiger Outdoor?

 4        A    Yes.

 5        Q    Courthouse Bay Indoor?

 6        A    Yes.

 7        Q    Marine Corps Air Facility?

 8        A    Yes.

 9        Q    The precursor to MCAS New River?

10        A    Right.

11        Q    Montford Point Indoor?

12        A    Yes.

13        Q    Naval Hospital?

14        A    Yes.

15        Q    Paradise Point?

16        A    Yes.

17        Q    Rifle Range?

18        A    Yes.

19        Q    And then there's various theater --

20        A    Right.

21        Q    -- things.

22             So same concept, maybe not as nice as

23   Hadnot Point, but there are other facilities that

24   Marines can use in a pinch?

25        A    Yeah.  As I've heard some of them describe,
```

1    is basically it was like watching the old TV series
2    Mash and how they showed their movies like we used
3    to watch football film, and they just put it up on a
4    thing.  Same goes with the outdoor theaters.  That's
5    what has been described as opposed to the main
6    theater at Hadnot Point which hosted people like
7    Frank Sinatra, Lou Rawls, and the Marine Corps band
8    during Christmas season.
9         Q    Okay.
10        A    So definitely a disproportionate amount of
11   interest and focus on Hadnot Point.
12        Q    Okay.  And the one at Marine Corps Air
13   Facility was probably the second nicest after Hadnot
14   Point?
15        A    I can't testify to that because I don't
16   know when they started putting more emphasis out
17   there.  I would think probably knowing that the air
18   corps, whatever branch it is, gets more emphasis and
19   typically the better facilities and the better food,
20   I would think there's probably a valid point there.
21   But I can't tell you when that would have occurred.
22   Because the Marine Corps air arm was never as
23   prominent, of course, as the Air Force or the Navy.
24   You know, you look in terms of their -- weapons in
25   terms of their aircraft, they never got the same --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 236 of 446

1    they still don't.  I mean, they are still forced to
2    fly those Ospreys, and God knows where those are
3    going to go.
4            You get the joke.
5        Q    I do.  Having ridden in an Osprey, I will
6    never do so again.
7        A    That's the way most of my friends that are
8    Marines say also, but I think it reflects on where
9    the priorities are.
10       Q    Okay.
11       A    Much like the Marines are doing away --
12   they have done away with their tanks.
13           But I think this would have been good if
14   Dr. Brigham had been able to say, all right, let's
15   look at how many people are in this theater a week.
16       Q    Uh-huh.
17       A    If you are going to make that argument that
18   these were out there, compare and contrast.  Tell me
19   how many were, you know, at Camp Geiger on a weekly
20   basis.  Also show me the facilities.
21       Q    Assuming those records exist.
22       A    Assume they do exist, but I would think you
23   might could infer it from some of the Command
24   Chronologies.  But that was not my -- what I focused
25   on because I was focusing on here are the facilities

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 237 of 446

1    at Hadnot Point.  Here is how The Globe covers them.
2    The Globe hardly ever shows the outlying areas.
3         Q    Okay.
4         A    Which is in its own right a statement.
5         Q    Fair enough.
6              Well, rather than waste time with
7    additional exhibits, would you agree that there were
8    similar smaller, but no less present, facilities for
9    the Marine Corps exchange in these outlying areas?
10        A    Yes.
11        Q    As you described, sometimes convenience
12   stores sometimes a little bit larger maybe for MCAS?
13        A    Right.  Yes.
14        Q    Okay.
15             (The document referenced below
16        was marked Deposition Exhibit 14 for
17        identification and is appended
18        hereto.)
19   BY MR. GIBBONS:
20        Q    Introduce Exhibit 14.  Dr. Longley, I've
21   just handed you Exhibit 14.
22        A    Uh-huh.
23        Q    This is what we referred to as base guides.
24   Are you familiar with these?
25        A    Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 238 of 446

1          Q    Okay.  These were documents that

2    Dr. Brigham's team found when they were doing their

3    research at Camp Lejeune.

4          A    I've seen these.

5          Q    Okay.  Now, I apologize, the Bates numbers

6    were supposed to be printed, but they were cut off

7    during the printing process.

8          A    Understood.

9          Q    Luckily, however, they do have regular page

10   numbers at the bottom.

11         A    Uh-huh.

12         Q    If you would turn to page 125.

13         A    I'm missing -- what am I looking for?

14         Q    Hold on.

15         A    Under the Classified Buying Guide?

16         Q    I'm sorry, give me one second.

17         A    Okay.  Page 7 for the buying guide.  I'm

18   trying to anticipate your question.

19         Q    That's a dangerous game.

20         A    Apologies.

21         Q    It appears it is listed as page 26.

22         A    Okay.

23         Q    So this one.

24         A    Got it.

25         Q    Okay.  It says Religious Services.

1          Do you see that?

2     A    Yes.

3     Q    Okay.  And then if you look down below,

4     there's a list of all the various services present

5     throughout the case, correct?

6     A    Yes.  What year was this?

7     Q    This was 1966.

8     A    Okay.  I'm sorry.  I just saw that.

9     Q    Okay.  That's a little more repetitive, but

10    it does break it down by the chapel.  You see where

11    it says Protestant Base Chapel.  Below that, Base

12    Sunday School.  Below that Geiger Chapel.  Correct?

13    A    Correct.

14    Q    There's also an MCAF Chapel, correct?

15    A    Yes.

16    Q    And Midway Park Community Building,

17    correct?

18    A    Yes.

19    Q    And Montford Point Chapel?

20    A    Yes.

21    Q    Tarawa Terrace School?

22    A    Yes.

23    Q    Catholic service in Midway Park?

24    A    Uh-huh.

25    Q    Base Chapel again for St. Francis Xavier

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 240 of 446

1    Chapel?
2         A    Yes.
3         Q    And then additional services, repeats, Camp
4    Geiger Chapel, Courthouse Bay Chapel, MCAF Chapel,
5    Tarawa Terrace Community Building.
6              Is it fair to say that there are chapels --
7         A    Yes.
8         Q    -- spread throughout the various areas of
9    Camp Lejeune?
10        A    Yeah.
11        Q    It appears that they tried to have a mix of
12   services at different chapels throughout the base,
13   correct?
14        A    It does appear that way.  Some of them are
15   not identified, like the LDS --
16        Q    Correct.
17        A    -- where Building 67 is.  They allow for
18   the use of a church or a chapel.
19        Q    Okay.
20        A    But, again, I think being on Camp Lejeune,
21   there's definitely a noticeable difference between
22   the quality of the chapels at Hadnot Point as
23   opposed -- they look like what you would see at an
24   academy.
25        Q    Right.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 241 of 446

1    A    But there's no denying there were outside

2    areas.

3        Again, it would be good to have the numbers

4    on these.

5    Q    Right.

6    A    You know, you could have had a community --

7    Sunday school at Midway Park Community Building for

8    10, 15, versus hundreds.

9        So it is hard to determine, but in terms of

10   facilities, it is pretty easy.  Plus the main

11   chaplains were all stationed at Hadnot Point.

12   Q    Okay.

13   A    As well as the main priest.

14   Q    Moving forward a few pages, you will see

15   this page lists libraries at the top?

16   A    Yes.

17   Q    Page 32 on the bottom.

18   A    Yes.  Got it.

19   Q    I just want to confirm that there are

20   libraries at Montford Point --

21   A    Uh-huh.

22   Q    -- Courthouse Bay, and Rifle Range,

23   correct?

24   A    Right.

25   Q    And that's in addition to the Main Area D

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 242 of 446

1    library that's at Hadnot Point, correct?

2        A    Right.  But if you notice also and look at

3    the number of hours, and compare and contrast.

4        Q    Correct.

5        A    Significantly more.  Plus here would be

6    another good one for a central library, and it is

7    saying it has a collection of over 30,000 titles.

8    It doesn't list that for these others.  And, again,

9    their hours are more limited.

10       Q    Okay.

11       A    I would just point out, compare and

12   contrast the quality of the pools and of the gym

13   which would hold 4,000 and then look at the outlying

14   areas and try to find anything comparable.

15       Q    Uh-huh.

16       A    It is not going to happen.

17       Q    Okay.  Then moving to page 39.

18       A    Got it.

19       Q    I guess it is 38, there's no page number.

20            Under Recreation --

21       A    Uh-huh.

22       Q    -- it lists archery, boating, bowling,

23   camping trailers, correct?

24       A    Yes.

25       Q    Then moving over to 39 it says Recreation

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 243 of 446

```
 1    Centers.
 2         A     I would just go back and point out, just,
 3    for example, under Recreation, if you look under
 4    Bowling, the Bonnyman Bowling Center, located behind
 5    the main exchange in Building 69 -- or 89, I'm
 6    sorry, includes 32 -- I said earlier in the day I
 7    thought it was only like 12 or 15 -- 32 automatic
 8    lanes.
 9         Q     Uh-huh.
10         A     That's a big bowling alley.
11         Q     Right.
12         A     And that's on Hadnot Point.
13         Q     Correct.
14         A     As are the golf courses.
15         Q     And then going to --
16         A     Back to Paradise Point.
17         Q     -- page 39, Recreation Centers, it begins:
18               "There are seven located throughout the
19    base.  Two at Camp Geiger, along with a bowling
20    alley, and one" --
21               It goes on to the next page.
22         A     Uh-huh.
23         Q     -- "at the Industrial Area, Central Area,
24    Montford Point, Rifle Range, and Courthouse Bay."
25               Did I read that correctly?
```

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 244 of 446

1        A    Yes.

2        Q    Obviously, the one at Hadnot Point would be

3    the largest.

4        A    Yeah.  Thirty-two lanes.  I doubt these

5    others were even anywhere close.

6        Q    Okay.

7        A    I mean, the Rifle Range didn't attract that

8    many people.  The Courthouse Bay, if we look in

9    terms of population, is significantly smaller.

10       Q    Continuing on page 40, Youth/Community

11   Activities and Facilities, there's additional ones

12   listed for Marston Pavilion, which is between Hadnot

13   Point and Holcomb Boulevard; the Geiger Trailer Park

14   Community Center; Knox Trailer Park Community

15   Center; Midway Park Community Center, and Tarawa

16   Terrace Community Center, correct?

17       A    Correct.

18       Q    Okay.  I won't belabor the point anymore, I

19   think we made it, but Hadnot Point had probably the

20   largest facilities, but there were facilities

21   scattered --

22       A    Right.

23       Q    -- throughout the base, correct?

24       A    I will not argue that point.

25       Q    Okay.  Great.

1          A     But, again, I think the -- again, 32

2     bowling lanes versus five or six are -- you know,

3     the other thing about, like, the bowling alley, from

4     what I understand, from what I've heard, is, again,

5     that's a place where you could go get beer served.

6     I mean, it was more than just a bowling alley.

7          Q     Right.

8          A     It was the center point of the community to

9     gather.

10               MR. GIBBONS:  Okay.  Let's go ahead and

11     take a break.

12               THE WITNESS:  Okay.

13               MR. GIBBONS:  We have been on the record

14     for an hour and a half.

15               MR. HUGHES:  This is the end of Media File

16     Number 5.  We are now going off the record.  The

17     time is 4:15 p.m.

18               (Recess taken.)

19               VIDEO OPERATOR KELLEY:  This is the

20     beginning of Media File Number 6.  We are now going

21     on the record.  The time is 4:32 p.m.

22     BY MR. GIBBONS:

23          Q     Okay.  Dr. Longley, before we took our

24     break, we were still working through your first

25     report from December 7th.  If you can turn back to

1    page 3 of your report.

2              I think we have exhausted opinion 4.  We

3    will move on to Opinion 5.

4         A    Uh-huh.

5         Q    "Certain particular features,

6         such as shower rooms in the barracks,

7         motor pools and mechanic buildings,

8         and scullery and mess hall facilities,

9         are correlated to considerable

10        anecdotal reported evidence of the

11        presence of steam and copious water

12        use during the historical time period

13        at issue."

14             Did I read that correctly?

15        A    Yes.

16        Q    Okay.  And what facts and data did you

17   consider in forming that opinion?

18        A    Combination of examining, like, building

19   schematics.  Looking at some of the information, if

20   you look here on page 17, the Marine Corps produced

21   its own water conservation analysis and provided

22   some information.

23             Oral history, the depositions from Howard

24   McElhiney, and I may not be -- McElihiney or

25   "hieney" --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 247 of 446

1      Q     McElhiney.

2      A     McElhiney.  So a combination of factors.

3   The Globe providing, you know, pictures of, like,

4   the lining up for serving line.  So it was a variety

5   of factors --

6      Q     Okay.

7      A     -- or a variety of sources.

8      Q     Okay.  Are you a water-modeling expert?

9      A     No.  Do not claim to be.

10      Q     Okay.

11      A     It was just to make the point that there

12   was this access or these people were exposed,

13   depending on their positions, to steam, whether it

14   be in the kitchens, whether it be in the auto areas

15   where they did steam cleaning, those kind of things.

16      Q     Okay.

17      A     No claim to have that kind of specialized

18   training.

19      Q     Okay.  And when you said "oral history"

20   earlier, are you still using the term broadly?

21      A     Right.

22      Q     As depositions --

23      A     Yeah.

24      Q     -- declarations?

25      A     Yeah.

1      Q    I'm sorry, I don't think we covered that

2    earlier.  Do you consider written declarations by

3    the plaintiffs to be oral histories?

4      A    No.

5      Q    Okay.

6      A    Those are more like public statements.

7      Q    Okay.

8      A    Those would be more like a diary entry or a

9    letter, a primary document like that.

10     Q    Okay.

11     A    That's what I would compare them more

12   toward.

13     Q    Okay.  If had to rank them in terms of

14   veracity relative to a full-blown oral history

15   interview -- sorry, I shouldn't be gesturing.

16     A    That's all right.

17     Q    Full-blown oral history, interview,

18   declaration, deposition, how would those stack?

19   Like, how do you rank those in terms of what you

20   consider to be the most accurate or most exhaustive

21   versus the least exhaustive?

22     A    There's many factors to determine there.

23     Q    Okay.

24     A    When they were done.  We know the further

25   we get away from it, the less -- away in time from

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 249 of 446

1    it, there sometimes could be discrepancies there as
2    a result.  So you waive that.
3              You know, for example, if you were going to
4    give me a good choice of materials that I would want
5    to see, I would want to see a letter from
6    Mr. Ensminger to his wife describing something
7    written in a particular time almost immediate.  But
8    even there I would be careful.  Because I've used
9    this in Grunts and Morenci Marines and now The
10   Forever Soldiers, soldiers oftentimes edit
11   themselves depending who their audience is.  So, you
12   know, diaries are oftentimes good.  There's not one
13   that I rank above the others without knowing some
14   other factors too.
15        Q    Okay.  Generally assuming -- I know this is
16   difficult.  All the factors would be equal, all of
17   them under ideal conditions --
18        A    Uh-huh.
19        Q    -- how would you prioritize them or rank
20   them?
21        A    Give them to me again, sorry.  The ones
22   that you wanted ranked.
23        Q    I would say formal oral histories, the
24   recorded transcribed ones.
25        A    Right.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 250 of 446

1      Q     Depositions.  Written declarations.

2    Letters.  Unrecorded statements.  Things of that

3    nature.

4      A     Right.  I think letters would always be at

5    the top.  Again, depending on when it was written

6    and to what audience.

7      Q     Okay.

8      A     You know, for example, in Vietnam we know

9    soldiers would tell their parents -- sanitize it

10   pretty good.  They might tell a brother or they

11   might tell a fellow veteran very different things

12   than what they would tell mom or dad or their

13   girlfriends or their wives.  So letters are

14   always -- if I had to say, that's my first choice,

15   because they are written in the immediate, but,

16   again, I understand there's limitations there.

17          Probably -- court documents and depositions

18   I think are very important because of the -- you are

19   doing it under oath, and I think more people -- now,

20   I'm not asking the questions, so I'm maybe not able

21   to direct it in the -- ask the questions the way I

22   would like to.

23          Then I would put oral history.  Again, when

24   I see oral history, it is a lot of times filling in

25   the gaps.  Humanizing the story.  Because too often

Golkow Technologies,
877-370-3377           A Veritext Division           www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 251 of 446

1    it can get dry and statistical, and history,
2    especially a story like this, has to be humanized.
3         And then finally probably the declarations.
4    But, again, I would have to weigh considerations on
5    who made the declaration, why they made it, and when
6    they made it.
7         Q    That's very interesting.
8         So you would put deposition testimony on a
9    higher tier than the formalized oral recorded
10   history?
11        A    It would be a close battle.
12        Q    Okay.
13        A    But, again, I think coming under oath
14   changes some of the dynamics.  I don't, you know,
15   ask somebody to speak on their oral histories
16   because they could -- so they could exaggerate.
17   They wouldn't even be maybe cognizant of it, but I
18   think the depositions, you are zeroed in because you
19   do fear, you know, the punishment that comes with
20   perjury.  Perjury is like the equivalent of
21   plagiarism in academia.  It is a very different
22   beast than someone just told a big one.
23        Q    Doesn't that contradict your statement
24   earlier when you were describing Mr. Howard as not
25   necessarily sophisticated enough to appreciate

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 252 of 446

1    making inconsistent statements between his

2    deposition and your interview?

3         A    Could you rephrase that?

4         Q    Sure.

5              When we were talking about your interview

6    with Mr. Howard --

7         A    Uh-huh.

8         Q    -- earlier, I said did you think there was

9    a concern about it being recorded because he was

10   worried he would say something inconsistent with his

11   deposition which was under oath --

12        A    Right.

13        Q    -- subject to perjury.

14        A    I think that could have an effect.

15        Q    Okay.

16        A    I do not deny that that could have an

17   effect, I don't think that's probably what was the

18   driving force.  Again, when I've done oral

19   histories, like I say, I've learned that they're --

20   again, if it is someone that's used to be being

21   interviewed, they know how to handle themselves,

22   they are comfortable in many ways.  Someone who has

23   never been interviewed or they don't know you, they

24   don't have necessarily the trust in you yet, then I

25   think there's multiple levels.  I don't think he was

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 253 of 446

1    thinking that.

2         Q    Okay.

3         A    I don't think that was the motivating

4    factor where I was more careful.

5         Q    Okay.

6         A    And that wasn't my intent either.

7         Q    Do you think that people might be more

8    conservative in their statements in depositions

9    because of the penalty of perjury?

10        A    I think so.

11        Q    Okay.  Do you think that has any sort of

12   deleterious effect on the testimony that is elicited

13   in deposition versus an open-ended oral history?

14        A    I think it can be a combination that when

15   you blend the two and see where they cross, I think

16   they can be complementary.

17        Q    Okay.

18        A    Only I don't think they are mutually

19   exclusive.  They are complementary.

20        Q    Okay.  Sorry, I know we went a little far

21   afield with Opinion 5.

22        A    No.

23        Q    Now Opinion 6:

24             "Historical records and

25        recollections of Marines' daily tasks,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 254 of 446

1          activities, and duties reflect the

2          presence of numerous outdoor

3          activities during warm and hot weather

4          periods, the use of canteens and

5          wheeled water tanks known as water

6          buffaloes, and other such facts.

7          Likewise, historical records document

8          daily life and social activities of

9          spouses, children, and civilians that

10         involved, for instance, spending time

11         at base-located schools that used base

12         water systems, using recreational

13         swimming pools that use base water

14         systems, and engaging in activities

15         like socializing at clubs, bowling,

16         going to movies, going to buy

17         necessities at the commissary

18         facilities, using medical facilities,

19         and so forth, which gave rise to

20         opportunities for water use."

21              Did I read that correctly?

22         A    You did.

23         Q    Okay.  But as we talked about earlier, I

24    went slightly out of order, there were facilities

25    that provided all of these opportunities throughout

1   the base, the largest of which -- most sophisticated
2   which were at Hadnot Point?
3       A    Hadnot Point.  If you look at, like, the
4   swimming pool at Tarawa Terrace, it seemed they were
5   almost sort of the order, although that changed over
6   time.  Again, New River ultimately started receiving
7   a lot of the best facilities over time.
8            But, yeah, primarily Hadnot Point is where
9   the gathering place was for a lot of the baseball,
10  you know, T-ball, things like that even.  More
11  likely Little League up into Pony League and there.
12           Yeah, there were outside areas where this
13  could happen, but, again, it is all to scale.
14      Q    Understood.
15      A    Yeah.  Again, you are not going to get a
16  gym for 4,000 people at New River or Courthouse Bay.
17  That's going to be at Hadnot Point.
18      Q    Okay.
19      A    Theaters, same way.
20      Q    There were some activities that couldn't
21  have occurred at Hadnot Point though, correct?
22  Like, say, observing amphibious land use, right?
23      A    Right.
24      Q    That would have had to be at Onslow Beach,
25  right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 256 of 446

1      A    Yeah.  But most likely there would have
2   been a parade before that.  Like when John Kennedy
3   visited in 1962 -- '61, we have got in there most
4   recent.  You would have probably been greeted there.
5   That's where the parade would have occurred, then it
6   would have moved out to Onslow Beach.
7      Q    Gotcha.
8      A    Again, that's where the main administrative
9   buildings were.  That's, again, the center point.
10     Q    The photo of Kennedy that you talked
11  about --
12     A    Uh-huh.
13     Q    -- do you have anything suggesting that
14  there was, like, a parade or anything at Hadnot
15  Point?
16     A    I haven't found that, no.
17     Q    Okay.
18     A    No.  But we know he was on base.
19     Q    Okay.
20     A    Yeah.  Same with Reagan.  Reagan came
21  there.  I don't know what all was planned, but then
22  he went out to the -- I forget where the Lebanon
23  bombing memorial is.
24     Q    Okay.
25     A    But I can't -- I don't have that itinerary.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 257 of 446

 1    I could probably track that down at the Kennedy

 2    Library or the Reagan Library.

 3        Q    Okay.  I forgot because you were the

 4    director of the Johnson Presidential Library, right?

 5        A    Yeah.  And they usually had dated logs,

 6    although I don't know for each individual president.

 7        Q    Okay.

 8        A    I'll just say a high probability that they

 9    had some kind of event to honor the president before

10    they went out to -- and especially since his

11    compatriot was the Shah of Iran.

12        Q    Right.

13             That reminds, me, though, I want to skip

14    ahead to something in your March 17th, 2025, report,

15    which I believe is Exhibit 5.

16        A    Okay.  Got it.

17        Q    Bear with me for one minute.

18             Okay.  It is on page 34 of your report

19    where the photo of Kennedy appears.

20        A    Uh-huh.

21        Q    Can you talk about how in the middle of the

22    paragraph it says:

23             "Further, the mere fact that

24        President Nixon did not visit the base

25        does not diminish the fact that other

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 258 of 446

1       presidents did visit the base,

2       including during the statutory period,

3       including President Kennedy in 1962

4       with the Shah of Iran, (he also

5       visited Camp Bogue and President

6       Reagan in 1983) and later outside of

7       the 1950s to 1980s, Bill Clinton,

8       George W. Bush, Barack Obama, Franklin

9       Roosevelt before and during World War

10      II."

11         Correct?

12    A    Correct.

13    Q    And the photos of President Kennedy came

14  from the Daily News, correct?

15    A    Yes.

16    Q    Okay.  And your position is that these

17  always drew people to Hadnot Point?

18    A    Not necessarily.

19    Q    Okay.

20    A    Highly probable that there was an event

21  there for the presidents.  Again, the main parade

22  ground is there.

23    Q    Okay.

24    A    And Marines love a good parade, you know.

25  Pass and review.

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 259 of 446

1          So, no.  I don't claim to know absolutely
2     sure what the itinerary is.  That could be
3     determined, though, by going to the daily records of
4     the president, which should be available at the
5     Kennedy Library or the Reagan Library.
6          Q    Okay.  But you would agree that it is
7     possible for the president's presence to draw crowds
8     to other areas of Camp Lejeune as well, correct?
9          A    Yes.
10              (The document referenced below
11          was marked Deposition Exhibit 15 for
12          identification and is appended
13          hereto.)
14     BY MR. GIBBONS:
15          Q    For instance, in the Jacksonville Daily
16     News article in which the photos appear -- which
17     I'll introduce as Exhibit 15.
18              If you look under the photo the caption
19     reads:
20              "President John F. Kennedy
21          (center wearing sunglasses), Mohammad
22          Reza Pahlavi" --
23          A    Pahlavi.
24          Q    -- "Pahlavi, Shahanshah of
25          Iran (left of President Kennedy), and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 260 of 446

1          other distinguished guests watch a
2          demonstration of the U.S. Navy and
3          Marine Corps amphibious landing
4          Riseley Pier, Camp Lejeune, North
5          Carolina."
6               Did I read that correctly?
7          A    Yes.
8          Q    So, for instance, in this case, President
9     Kennedy was drawing the crowds to Onslow Beach,
10    which would have been away from Hadnot Point,
11    correct?
12         A    Could possibly be.  I mean, it is in this
13    case.
14         Q    Okay.
15         A    Again, is to witness, and we acknowledge
16    this, that's what he is there is to watch the
17    amphibious landings.
18         Q    Okay.  But did you acknowledge that in your
19    report?
20         A    I thought I did.  If I didn't, it can be
21    easily changed to do so.
22         Q    Because my concern is it gives the context
23    that the presidents drew crowds to Camp Lejeune's
24    Hadnot Point area every time, which I agree the
25    explanation you gave, that they would usually have

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 261 of 446

1      parades ahead of time might have made clear, but I

2      didn't see that here, and it may be a concern.

3           A      Okay.  That's something, again, I can go

4      back and doublecheck.

5           Q      Okay.

6           A      And go to the Kennedy Library, and I'll see

7      if it is open today.  They have been closed several

8      times already due to the government shutdowns and

9      threats of loss of government employees.

10          Q      Okay.  All right.  Put this away for right

11     now.  Okay.  We are going to turn back to Exhibit 4,

12     which is January 13th report.

13                 Could you go to page 25?

14          A      Just a second.  I've got so much in front

15     of me now.  Which report was that?

16          Q      The second report, January 13th, 2025.

17          A      You are saying 5 or 4.

18          Q      25.  Oh, sorry, Exhibit 4.

19          A      Okay.  Page 25?

20          Q      Correct.

21          A      Okay.

22          Q      Okay.  I'm going to give you a minute to

23     review the last two paragraphs on 25.

24          A      I remember these.

25          Q      Okay.

```
 1        A    Okay.
 2        Q    There weren't stated opinions at the
 3   beginning of this report, but did these two
 4   paragraphs basically summarize your conclusions and
 5   opinions that are contained within the January 13th
 6   report?
 7        A    Yes.
 8        Q    Okay.
 9        A    Again, this is one I didn't make a great
10   deal of -- I know the Brigham report spent a lot of
11   time on this.  I didn't see the issue to the same
12   degree I think as Dr. Brigham did.
13        Q    Which issue is that?
14        A    The issue that this was an important issue
15   for when the ABC Cleaners opened, whether it was '53
16   or '54.  I didn't spend one paragraph on them --
17        Q    Understood.
18        A    -- versus his probably 10, 12 pages on it.
19        Q    Understood.
20             In your opinion, does the number of sources
21   that contradict Mr. Melts' deposition testimony give
22   you any reason to question the accuracy of the 1953
23   opening start date?
24        A    I think there's some concern mainly because
25   I don't know who put the direct -- or the
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 263 of 446

1    advertising together.  I don't know.  High school
2    annual, 18-year-olds shouldn't be put in control of
3    anything for the most part, so.  I think -- but,
4    again, this is not a hill I want to try to make a
5    stand on.
6        Q    Okay.
7        A    This is one that I'm going to let the
8    scientists figure this out whether it really matters
9    whether it was '53 or '54.
10       Q    Okay.
11       A    So I'm not -- like I say, this is one that
12   I didn't think -- as you can tell just by the sheer
13   volume, I've written 25 pages and one paragraph on
14   this.
15       Q    Okay.
16       A    So I won't contend one way or the other.
17   And, again, I'm not a scientist to be able to know
18   if it made a difference.
19       Q    Okay.  And I just want to draw your
20   attention down to fifth line down begins:
21            "Second, the researchers like
22       Mike Partain (see The Few, The Proud
23       timeline dated 2012)" --
24            I'm sorry.
25            "Second, the Melts deposition,

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 264 of 446

1          cited in the timeline, reflects that

2          the owner Mr. Melts' testimony that

3          put the opening date in 1953.  This

4          evidence refutes Brigham's arguments

5          for 15954.  More specifically,

6          throughout his deposition, Mr. Melts'

7          testimony confirmed that ABC Cleaners

8          began operation in 1953 at 2127

9          Lejeune Boulevard and operated in the

10         same location ever since he opened it

11         in 1953; that he worked it with his

12         brother, who also worked in the

13         business prior to his death; that he

14         obtained the PCE chemical and used it

15         ever since he began operations in

16         1953; and that, as far as he knew, it

17         was not diluted but 100 percent pure

18         PCE."

19              Did I read that correctly?

20         A    Yes.

21         Q    Okay.  And I just want to make sure I

22    understood.

23              So what you are saying is you're not

24    necessarily inherently disagreeing with Dr. Brigham

25    that there is cause for concern about the 1953 start

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 265 of 446

1    date versus 1954?

2        A    No.

3        Q    Okay.

4        A    Again, my fundamental question is I'll let

5    the scientists determine whether it matters '53 or

6    '54.

7        Q    Okay.

8        A    Yeah, that is not one -- like I say, as I

9    note, I only spent a paragraph on.

10       Q    Okay.

11       A    Even -- in a comparative sense to

12   Dr. Brigham's how much he spends, 24 to 33, excuse

13   me.

14       Q    Okay.

15       A    But I'm not contesting that.  You got

16   Mr. Melts on one side, and then you have got these

17   other materials on the other.

18            If I remember right, this was the Yellow

19   Pages.

20       Q    Correct.

21       A    Yeah.

22       Q    In Dr. Brigham's report.

23       A    Right.

24       Q    Generally speaking, your January 13 report

25   talks a lot about Mike Partain's timeline found on

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 266 of 446

1    "The Few, The Proud, The Forgotten."

2       A    Uh-huh.

3       Q    Correct?

4       A    Yes.

5       Q    Okay.  And on page 5 you wrote, second

6    paragraph:

7          "In short, it appears the Partain

8       website provides a fair representation

9       of the state of the general historical

10       knowledge on the Camp Lejeune water

11       contamination issues as of 2012."

12       A    Uh-huh.

13       Q    Did I read that correctly?

14       A    Yes.

15       Q    Okay.  Skipping ahead to page 9, there's a

16    lot of talk about "The Few, The Proud, The

17    Forgotten" in between.  Top of page 9 begins:

18          "Yet even though the government

19       VA used the Partain website to provide

20       relevant historical background for VA

21       experts, the Brigham report fails to

22       cite it."

23       Did I read that correctly?

24       A    Yes.

25       Q   "The facts regarding Partain website

1    therefore help to highlight how the Brigham report

2    relies on selected information."

3            Did I read that correctly?

4       A    Yes.

5       Q    Okay.

6            (The document referenced below

7       was marked Deposition Exhibit 16 for

8       identification and is appended

9       hereto.)

10   BY MR. GIBBONS:

11      Q    I'm going to introduce Exhibit 16.

12           Doctor Dr. Longley, do you recognize

13   Exhibit 16?

14      A    Yes.  I've seen it on the website.

15      Q    What is it?

16      A    It is from the website.  It is the

17   chronology.

18      Q    Okay.  This is the timeline prepared by

19   Michael Partain, correct?

20      A    Yes.

21      Q    This is the one that you're stating that

22   Dr. Brigham did not rely on, correct?

23      A    To my knowledge, he had not relied on it.

24      Q    Okay.  I'll direct your attention to the

25   Bates number in the bottom right-hand corner,

1    CLJA_Healtheffects-0000053576.

2         A    I'm sorry, I'm missing what you are

3    referencing.

4         Q    I'm sorry, the exhibit number might be

5    covering it.  The Bates number in the bottom

6    right --

7         A    Okay.  All right.

8         Q    -- which would indicate this is a document

9    produced in this litigation, correct?

10        A    Yes.

11        Q    Okay.  Did you review Dr. Brigham's

12   reliance materials for this December 9th report?

13        A    I thought I did, yes.

14        Q    Okay.

15        A    This one.

16        Q    I would represent to you that if you had

17   reviewed his reliance materials, you would have

18   noticed that this Bates number is among the reliance

19   materials that he and his team cited.

20        A    And I can see why it would be easy to miss.

21        Q    Understandably, so.

22        A    Yeah, that's --

23        Q    Does that change your opinion of Brigham's

24   report knowing that he did in fact review "The Few,

25   The Proud, The Forgotten" website?

1        A    No, because I think his overall conclusions
2    would remain the same.
3        Q    Okay.  In what way?
4        A    I give other examples of the incomplete
5    information of skipping some -- you know, if you go
6    back to the -- I think the final page on --
7              "In conclusion, I would say the
8         Brigham report does have some good
9         historical sections such as those
10        regarding the original building of the
11        camp.  However, the majority of the
12        report lacks some of the primary" --
13        or "lacks primary research, especially
14        use of first-person accounts and
15        ignores important sources such as
16        Command Chronologies, The Globe, and
17        back issues of the Leatherneck."
18              Did he use them?  Yes.  Did he use them in
19    the fullest extent?  No.
20        Q    Okay.
21        A    So I don't think this missing the -- you
22    know, the number of CLJA number really has an
23    effect.
24        Q    Okay.  But that would mean that he had
25    reviewed the materials, correct?

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 270 of 446

1      A    According to his reliance list.

2           MR. HUGHES:  Objection.  Vagueness.  I'm

3    not -- what -- Longley's report says the Brigham

4    report fails to cite it, and that might be distinct

5    from -- citing it to me means citing in a footnote

6    or something versus -- sounds like what you are

7    saying it is in his reliance materials.  I'm not

8    sure if that's the same thing as him citing it.

9           MR. GIBBONS:  Okay.  Fair enough.

10          MR. HUGHES:  But I get your point that it

11   is in his reliance.

12          MR. GIBBONS:  I'm going to request you

13   object purely to form --

14          MR. HUGHES:  I understand.

15          MR. GIBBONS:  -- and refrain from further

16   speaking objections.

17          MR. HUGHES:  Yes.

18          MR. GIBBONS:  Thank you.

19   BY MR. GIBBONS:

20      Q    Moving down to the bottom of page 9 you

21   have the map from the ATSDR report which Dr. Brigham

22   used in page 11 of his report, stated:

23          "This image, culled from ATSDR

24      publications, has conspicuously less

25      information than other ATSDR maps and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 271 of 446

1          images that Brigham omits.  This fact

2          is seen by comparing the image above

3          to the more detailed image below."

4               And then there's another map from the

5     ATSDR.

6               Did I read that correctly?

7     A    Yes.

8     Q    Would you agree that the text is more

9     legible in the map that's present on page 9 of your

10    report versus the map that's on page 10 of your

11    report?

12    A    Yes.

13    Q    Do you think that might have factored in to

14    Dr. Brigham's reason for using that map?

15    A    I can't ascertain what his reasoning was.

16    Q    Okay.

17    A    Only he can do that.

18    Q    Okay.  Apart from the contamination plumes,

19    is the map on page 9 an accurate representation of

20    the water systems that Dr. Brigham was discussing in

21    his report?

22    A    I'd have to go back and look at it in

23    greater detail.  Again, I need a little better

24    magnifying glass.

25    Q    Okay.  Would you agree that the map that's

Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 272 of 446

1     present on page 9 of your report is less visually

2     complex than the map that's present on page 10 of

3     your report?

4         A    Much less complex.

5         Q    Okay.  Would you agree that the map that's

6     present on page 9 of your report includes all the

7     wells within the Tarawa Terrace, Hadnot Point, and

8     Holcomb Boulevard locations?

9         A    I would have to go back and compare and

10    contrast.

11        Q    Okay.  I think going to page 2 in your

12    report.

13        A    On this same -- same report?

14        Q    Same report.  The January 13th report.

15          Okay.  Beginning.  Second paragraph, you

16    said:

17          "It is not clear that the Brigham

18        report author spent time aboard the

19        base.  A personal tour of the base

20        helps gain an understanding of issues

21        such as distances between different

22        parts of the base and where the key

23        facilities and landmarks fall."

24          Did I read that correctly?

25        A    Yes.

Golkow Technologies,
877-370-3377         A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 273 of 446

1        Q    Okay.

2             (The document referenced below

3        was marked Deposition Exhibit 17 for

4        identification and is appended

5        hereto.)

6             MR. GIBBONS:  Okay.  I'm going to introduce

7   Exhibit 17.

8   BY MR. GIBBONS:

9        Q    Doctor, do you recognize Exhibit 17?

10       A    Yes.

11       Q    What is it?

12       A    It is the initial report of Brigham.

13       Q    Okay.  And this report was issued

14  December 9th, 2024, correct?

15       A    Yes.

16       Q    This is the report that you are referring

17  to in your January 13th report, correct?

18       A    Yes.

19       Q    Okay.  If you will turn to page 1, which I

20  believe is also the third page in the exhibit.

21            In the second paragraph, approximately

22  seven lines from the bottom, begins, "I also visited

23  the Harriotte B. Smith Library at Marine Corps base

24  Camp Lejeune."

25            Did I read that correctly?

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 274 of 446

1      A     Yes.

2      Q     That would indicate that Dr. Brigham was in

3   fact on Camp Lejeune prior to the August 3rd report,

4   correct?

5      A     Yes.  And also he followed that up with his

6   rebuttal.

7      Q     Okay.

8      A     What I said was, though, it didn't appear.

9      Q     Okay.

10     A     I didn't say he wasn't.  I said it did not

11  appear that he understood or is not clear.

12     Q     Okay.  But you did read this report in its

13  entirety, correct?

14     A     Yes.

15     Q     Okay.  Minor -- or say acknowledge his one

16  sentence?

17     A     Yeah, no.

18     Q     Do you believe that Dr. Brigham's visit to

19  Camp Lejeune would have provided him insight based

20  on the description that appeared in his second

21  report?

22     A     Yes.

23     Q     Okay.

24     A     Again, I acknowledge the second report had

25  more of a definition of that, that he spent time

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 275 of 446

```
 1    there.
 2         Q    Okay.  On page 1 of your January 13 report
 3    second paragraph from the bottom, you said that:
 4              "The report" -- Dr. Brigham's
 5         report -- "also fails to account for
 6         information indicating that water
 7         buffaloes routinely picked up water
 8         from the Hadnot Point industrial area
 9         and took it all over the base, and
10         even off base, and other information
11         on water buffaloes."
12              Did I read that correctly?
13         A    Yes.
14         Q    Then going back to Exhibit 17,
15    Dr. Brigham's report, page 2, Opinion 4.
16         A    What page?
17         Q    Page 2.
18         A    Okay.
19         Q    Opinion 4.  It states:
20              "Extant documentation reveals
21         that the Marine Corps used water
22         trailers to supply water for field
23         training (otherwise known as water
24         buffaloes or water bulls) at
25         Camp Lejeune during the statutory
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 276 of 446

1          period.  All the water treatment

2          plants at Camp Lejeune had the

3          infrastructure to support the

4          installation of standpipes used to

5          fill water trailers in their

6          respective areas.  Travel times

7          between Hadnot Point and other areas,

8          including those west of New River,

9          subject further reason to construct

10         standpipes in those areas."

11              Did I read that correctly?

12         A    Yes.

13         Q    Did anything in that statement preclude the

14    potential of filling of water buffaloes at Hadnot

15    Point?

16         A    No.

17         Q    Okay.  If you will turn to page 104 of his

18    report.

19         A    Got it.

20         Q    Okay.  And there's an image that's labeled

21    "Standpoint at Building 1400 at Hadnot Point.

22    December 12, 1975."

23         A    Uh-huh.

24         Q     It is footnoted for The Globe article,

25    correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 277 of 446

1      A     Yes.

2      Q     Okay.  And below it, it states:

3            "All of the water treatment

4      plants at Camp Lejeune had the

5      infrastructure to support their

6      installation of standpipes in the

7      respective areas including Hadnot

8      Point, Camp Geiger, Camp

9      Johnson/Montford Point, MCAS, Rifle

10     Range, Courthouse Bay, and Onslow

11     Beach."

12            Did I read that correctly, yes or no?

13     A     Yes.

14     Q     "The travel times from

15     Hadnot Point to other places on

16     Camp Lejeune proximate to training

17     activities would present significant

18     problems to be overcome and the

19     permanency of the installation would

20     be further reason to construct

21     standpipes in areas closer to training

22     facilities than Hadnot Point."

23            Did I read that correctly?

24     A     Yes.

25     Q     Did anything in that statement preclude the

1    possibility of filling water buffaloes at Hadnot
2    Point?
3         A    No.
4         Q    Okay.
5         A    I would add the problem is, just like I
6    said earlier, if you are going to make these kind of
7    comments, support them.
8         Q    Okay.
9         A    Show that there were these standpipes,
10    especially the size and the structure built at these
11    outlying areas.  I think that's a point that I would
12    make on that.
13         Q    Okay.  Let's talk about that.
14              We will move to your March 17th report.
15              (The document referenced below
16         was marked Deposition Exhibit 18 for
17         identification and is appended
18         hereto.)
19    BY MR. GIBBONS:
20         Q    I'm going to introduce Exhibit 18.
21              Dr. Longley, do you recognize what
22    Exhibit 18 is?
23         A    Yes.
24         Q    Okay.  What is it?
25         A    It's the rebuttal, if I'm not mistaken.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 279 of 446

1      Q     Okay.  Which rebuttal report?

2      A     To my first report.

3      Q     And this is the rebuttal by Dr. Brigham,

4   correct?

5      A     Yes, correct.

6      Q     Okay.  Sorry for the flip-flop.

7            Back to Exhibit 5, your March 17th, 2025,

8   report.

9      A     Okay.

10     Q     Go to page 30.

11     A     Of my report?

12     Q     Of your report, correct.

13           You stated on the third full paragraph:

14           "Dr. Brigham echoes Dr. Kelman

15        stating, 'I do not consider deposition

16        testimony or depositions to be oral

17        history.  First, this criticism is

18        limited by the fact that where it

19        serves his cause, Dr. Brigham himself

20        cites deposition testimony.  (Brigham

21        February 7th, 2025 report, page 2,

22        citing Zinni McElhiney, Urquhart

23        testimony), 33 to 35 (same); and see

24        Brigham December 9th, 2024, report,

25        page 26 (citing Melts deposition), 28

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 280 of 446

1          number 84 (same.)"

2               Did I read that correctly?

3     A     Yes --

4     Q     Okay.  So Dr. Brigham cited General Zinni

5     McElhiney, and Urquhart's testimony, correct?

6     A     Correct.

7     Q      In their depositions?

8               Do you remember the reason in which he

9     cited those depositions?

10    A      If I'm not mistaken, to contradict my

11    statements.

12    Q     Do you remember the substance of what those

13    contradictions were?

14    A     I don't off the top of my head.

15    Q     Okay.  Okay.

16              We can flip to Exhibit 18 the February 7th

17    report of Dr. Brigham.

18              On page 2 in Opinion 5, towards the

19    bottom -- sorry, towards the middle of the

20    paragraph, it says:

21              "In fact, although Dr. Longley,

22         in other parts of his report, cites

23         certain portions of General Anthony

24         Zinni's deposition... He fails to cite

25         the part of General Zinni's testimony

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 281 of 446

1          that notes there was a water buffalo
2          filling station at Camp Geiger."
3               Did I read that correctly?
4          A    Yes.
5          Q    "And although Dr. Longley
6          cites Plaintiff Gary McElhiney, Sr.'s
7          deposition in his report, he does not
8          reference Mr. McElhiney's statement
9          that a water-filling station was
10         located at Courthouse Bay."
11              Did I read that correctly?
12         A    Yes.
13         Q    "Similarly when Dr. Longley
14         selectively cites to Plaintiff
15         Benjamin Urquhart's deposition, he
16         fails to include Mr. Urquhart's
17         testimony that there were
18         water-buffalo-filling stations in
19         numerous locations on the base."
20              Did I read that correctly?
21         A    Yes.
22         Q    Okay.  Did that refresh your recollection
23    of Dr. Brigham's use of the deposition testimony?
24         A    Yes.
25         Q    Okay.  So I believe you stated that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 282 of 446

```
1        Dr. Brigham did not adequately explain that water
2        buffaloes could be filled at other locations other
3        than Hadnot Point.  Is that correct?
4             A    I don't think that's correct.
5             Q    In his December 9th report.
6             A    Oh, okay.
7             Q    Okay.  But he did acknowledge this in his
8        rebuttal report, correct?
9             A    Yes.
10            Q    But do you believe that he considered any
11       materials that might have not made it into his
12       report?
13            A    I don't know that.
14            Q    Okay.  Is it possible he considered
15       materials that did not make it into the direct
16       citations in his report?
17            A    Only he could answer that.
18            Q    Okay.  Is it possible?
19            A    Again, only he can answer that.
20            Q    Okay.  Did you have sources that you did
21       not directly cite in your reports?
22            A    Yes.
23            Q    Okay.  And additional sources that may not
24       have been in your reliance materials, correct?
25            A    Yes.
```

1      Q    Okay.  Could the same be true of

2   Dr. Brigham?

3      A    It could be same.

4      Q    Okay.

5           (The document referenced below

6           was marked Deposition Exhibit 19 for

7           identification and is appended

8           hereto.)

9   BY MR. GIBBONS:

10     Q    Okay, introduce Exhibit 19.  Dr. Longley,

11  do you recognize this document?

12     A    Yes.

13     Q    Okay.  What is it?

14     A    It is a deposition, part 1, Gary McElhiney,

15  or "liney," of March 5th, 2024.

16     Q    Okay.  Excuse me for one moment.  I believe

17  I mislabeled an exhibit.

18          Okay.  Please turn to page 55 of the

19  deposition.  It is a quad chart, so the page will

20  appear in the upper right corner of the quad chart.

21     A    Got it.

22     Q    Okay.  Beginning on line 6.

23          "Question:  Do you know what type

24          of use these water tanks -- or what

25          these water tanks were used for?

1          "Answer:  Potable water.

2          "Question:  And do you know where

3      they would transport water from and

4      to, generally speaking?

5          "Answer:  Yes.  You'd transport

6      the water from water points to their

7      destinations out in the field for

8      water for the troops, chow halls,

9      showers.

10          "Question:  Okay.  And were these

11      water tanks used at Camp Lejeune?

12          "Answer:  Yes.

13          "Question:  And do you know what

14      the water source was for these tanks?

15          "Answer:  Yes.

16          "Question:  Can you please tell

17      me.

18          "Answer:  I know of two water

19      points.  One was south by Courthouse

20      Bay, and the other one was at the

21      field depot in the industrial area."

22          Did I read that correctly?

23      A    Yes.

24      Q    Okay.  Have you read this document before?

25      A    Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 285 of 446

1     Q   In its entirety?

2     A   I believe so.  Again, I won't swear to

3  anything.

4     Q   Okay.  Were you aware of Mr. McElhiney's

5  reference to water buffalo filling points being at

6  multiple locations on Camp Lejeune?

7     A   Yes.

8     Q   Did you acknowledge that in your report?

9     A   Yes.

10    Q   Okay.

11    A   I acknowledged there were other water

12  points, the main one still being at Industrial

13  Point, which had the biggest and the best.

14    Q   Okay.

15    A   No disagreements, there were multiple ways

16  that you could fill the water buffaloes.

17    Q   Okay.

18    A   Including using fire hydrants if you were,

19  some will say, silly enough to take a fire hose and

20  try to load that.

21    Q   I believe that came from Jerry Ensminger,

22  correct?

23    A   I believe so.

24    Q   Okay.

25    A   But there's no doubt that there are

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 286 of 446

1    different ones, but again, much like what we

2    discussed in terms of facility, the ones at Hadnot

3    Point, where the group that was most responsible for

4    getting water and things like that was at Hadnot

5    Point in the industrial area.  Again, a level of

6    degree.

7        Q    Understood.

8            (The document referenced below

9        was marked Deposition Exhibit 20 for

10       identification and is appended

11       hereto.)

12   BY MR. GIBBONS:

13       Q    Introduce Exhibit 20.

14           MR. GIBBONS:  Did someone just speak?

15           (No response.)

16   BY MR. GIBBONS:

17       Q    Dr. Longley, do you recognize Exhibit 20?

18       A    Yes.

19       Q    Okay.  And what is Exhibit 20?

20       A    Urquhart's deposition.

21       Q    Okay.  Have you seen that document before?

22       A    I've seen the document, yes.

23       Q    Okay.  And did you review Mr. Urquhart's

24   deposition in its entirety?

25       A    I believe so.

1      Q    Okay, please turn to page 74.  Line 5.

2           "Question:  Was there a place

3      where water buffaloes typically got

4      filled?

5           "Answer:  Yes.  Different places.

6      Throughout Camp Lejeune, they had

7      water stations throughout

8      Camp Lejeune.  So wherever your

9      closest water site was, you went and

10     got it filled.  But we always fill --

11     before an operation we always knew how

12     many water buffaloes it was going to

13     take to do that, to supply the

14     operation.  So we would bring enough

15     water buffaloes to supply that

16     operation.  And all those is filled

17     from Second Combat Engineers staging

18     area."

19           Did I read that correctly?

20     A    Yes.

21     Q    The Second Combat Engineers staging area is

22  at Courthouse Bay; is that correct?

23     A    I don't know that.

24     Q    Okay.  Would that be a verifiable fact?

25     A    I'm sure it would be.

1      Q    Okay.  If I represented to you that the
2  second engineer battalion -- second combat engineer
3  battalion was based out of Courthouse Bay, would
4  this imply that water buffaloes for operations were
5  filled at Courthouse Bay?
6      A    It would.
7      Q    Okay.
8      A    Although I've heard others, like Jerry
9  Ensminger, comment to the contrary.
10     Q    Okay.  What did Jerry Ensminger say?
11     A    It was mainly filled at the industrial,
12  which was the second support group, I believe.
13     Q    Okay.  The second service -- Force Service
14  Support Group?
15     A    Yes.
16     Q    Okay.
17          (The document referenced below
18      was marked Deposition Exhibit 21 for
19      identification and is appended
20      hereto.)
21          MR. GIBBONS:  We are going to introduce
22  Exhibit 21.
23  BY MR. GIBBONS:
24     Q    Dr. Longley, do you recognize this exhibit?
25     A    Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 289 of 446

```
 1       Q     Okay.  What is it?
 2       A     The deposition of General Zinni.
 3       Q     Okay.  Have you read this document before?
 4       A     Yes.
 5       Q     Okay.  Did you read it in its entirety?
 6       A     I believe so.
 7       Q     Okay.
 8       A     It has been a while.
 9       Q     Okay.  Please go to page 62, line 11.
10             "Question:  Do you know if the
11       Infantry Training Regiment had its own
12       water buffaloes while you were there?
13             "Answer:  Yes.  Out of Camp
14       Geiger we were supported about the
15       regiment and they had their own
16       facilities out there.
17             "Question:  Okay.  Did those
18       water buffaloes fill up at Hadnot
19       Point or were there fill-up points
20       closer to Camp Geiger?
21             "Answer:  I think there was -- as
22       I remember, there were fill-up points
23       out at Camp Geiger.  Pretty
24       self-contained out there.
25             "Question:  So would it be
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 290 of 446

```
 1          correct to say that there were

 2          multiple places on Camp Lejeune

 3          military installation that had their

 4          own water buffalo fill points?

 5               "Answer:  I think.  Yes.  I think

 6          so.  I don't think there was any one

 7          primary point unless you were main

 8          side and you were supporting the

 9          division."

10               Did I read that correctly?

11     A     Yes.

12     Q     Okay.  For reference, "main side"

13     references the Hadnot Point industrial area,

14     correct?

15     A     Correct.

16     Q     Okay.  Would you agree that this indicates

17     that water buffaloes to support the School of

18     Infantry, or the Infantry Training Regiment, would

19     have been filled at Camp Geiger?

20     A     According to General Zinni, yes.

21     Q     Okay.

22     A     But I would also go back over to page 33

23     and line 17 and point out question -- or line 14:

24               "Do you have personal knowledge

25          of where those water buffaloes would
```

1          come from if they were going to meet
2          you in the field?
3               "Answer:  Normally they came from
4          our logistics command, which in those
5          days was a 4th service support group,
6          members of the division of a wing of
7          the 4th service support group in our
8          organization.  They were located at
9          Hadnot Point, the industrial area."
10     Q     Okay.  Would that indicate conflicting
11   testimony within the same deposition?
12     A     No.
13     Q     No?
14     A     No.  Because he was talking about the
15   larger groups that were going out in the field
16   versus just the one, the regiment working at Camp
17   Geiger.
18     Q     Okay.
19     A     So field exercises would have been
20   supported by the Hadnot Point standpipes.
21     Q     Okay.
22     A     Again, a different smaller group would have
23   been supported by the Camp Geiger one.
24     Q     Okay.  Do you know where the 4th service
25   support group is?

Golkow Technologies,
877-370-3377                A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 292 of 446

1     A    Industrial area, I believe.

2     Q    Okay.

3     A    I would have -- we would have to get a

4 confirmation on that.

5     Q    Okay.  I'll represent to you that there is

6 no 4th service support group.

7     A    Okay.  I think he meant 2nd.

8     Q    Yes.

9     A    If I was guessing, it was 2nd.

10    Q    Would that underscore that there are memory

11 lapses with passage of time that can present in

12 depositions?

13    A    Always.

14    Q    Okay.  And that's something that would be

15 factored into consideration by a historian, correct?

16    A    Yes.

17    Q    Okay.  But not necessarily directly

18 mentioned as a shortcoming of deposition testimony,

19 correct?

20    A    Not necessarily.

21    Q    Okay.

22    A    Then you weigh against all the different

23 factors.

24    Q    Okay.

25    A    Because I think you would see others

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 293 of 446

1    probably say to the order it was the 2nd service

2    group out of Hadnot Point that was providing many of

3    those, including the boat fill.

4              Do we have much longer?  I only ask because

5    I could use a break.

6              MR. GIBBONS:  We can take a break, that's

7    fine.

8              THE WITNESS:  Okay.

9              VIDEO OPERATOR KELLEY:  This is the end of

10   Media File Number 6.  We are now going off the

11   record.  The time is 5:30 p.m.

12             (Recess taken.)

13             VIDEO OPERATOR KELLEY:  This is the

14   beginning of Media File Number 7.  We are now going

15   on the record.  The time is 5:45 p.m.

16   BY MR. GIBBONS:

17      Q    Dr. Longley, I want to turn back to your

18   March 17th report.  This is Exhibit 5.  On page 40,

19   your conclusion.  It says:

20             "In conclusion, I used a normal

21        and acceptable methodology.  I

22        conducted numerous hours of research

23        in different archives, including

24        assembling items that were cited in my

25        reports as well as cataloging ideas

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 294 of 446

1          and stories that corroborated many of
2          my assertions but never made it into
3          the reports."
4               Did I read that correctly?
5          A    Yes.
6          Q    "This is part of the professional
7          practicing historian's process.  I
8          have closely followed standards and
9          methods of reporting information while
10         using a variety of methodological
11         tools including oral histories, but
12         also others."
13              Did I read that correctly?
14         A    Yes.
15         Q    Okay.  I want to talk about that.  So what
16    are some examples of materials that you might have
17    assembled or cataloged but didn't make it into the
18    report?
19         A    Those, such as the ones we discussed early
20    on on Quantico.  A lot of the materials that were
21    very interesting, very informative, but not
22    necessarily directly related to the report.
23         Q    Okay.  We will get to your invoices in a
24    minute because I know that has a little bit of
25    detail about what you did in Quantico.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 295 of 446

1      A    Yeah.

2      Q    But so can you talk to me about, like, what

3   were some examples of these items that didn't make

4   it into your report that were still informative?

5      A    For example, how they did POW training at

6   Camp Lejeune in response to the Korean War.

7      Q    Okay.  That's prisoner-of-war training?

8      A    Prisoner-of-war training because we know in

9   the Korean War a lot of U.S. soldiers,

10  unfortunately, acted very poorly when they were

11  confined in the Chinese and the North Korean camps.

12  So that was very interesting.

13         Again, I did use the one, like, on the race

14  riots, but that was just more of a sentence or so.

15         So, you know, there were photos of the

16  chapels.  A lot of them were redundant.  So, of

17  course, they didn't make it in.  But they were

18  reviewed.

19     Q    Okay.  When you say that there was a

20  sentence or two that you used the race riots you

21  said before, that's a sentence or two in one of your

22  reports?

23     A    In the first report.

24     Q    Was that footnoted or cited?

25     A    Yes.

1     Q    Okay.  Do you recall specifically which
2     one?
3     A    I can give it to you.
4     Q    Okay.
5     A    Just a minute -- just a moment.
6          MR. HUGHES:  Look at --
7          THE WITNESS:  Page 9.
8          MR. HUGHES:  Page 9.
9          THE WITNESS:  Yeah.
10         MR. HUGHES:  Footnote 18.
11         MR. GIBBONS:  Thank you.
12    BY MR. GIBBONS:
13         Q    So that would be an example of a material
14    that you did review that did make it into your
15    report, correct?
16         A    It did.  There were many materials like
17    that.  But then again, some of them were redundant.
18    I would have to go back and review those notes of
19    the -- what I took.  Quantico was one of the first
20    places I went months ago and so I would have to
21    review what I did.  I have them.
22         Q    Okay.  So you didn't necessarily take notes
23    that you would be able to refer to or reference now
24    with all those additional materials that didn't make
25    it into your report, correct?

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 297 of 446

1        A     No.

2        Q     Okay.

3        A     I have a listing of the boxes and things

4    that were examined, but I don't have -- I didn't

5    take notes if they weren't relevant.

6        Q     Okay.

7        A     And it might be different if I went back

8    now and examined those same materials, they might

9    have a different meaning after all the work that

10   I've done to this point.  But it was the first

11   research trip.

12       Q     The list of all the boxes that you kept, do

13   you know if that's been produced in this litigation?

14       A     That, I don't know.

15       Q     Okay.

16       A     It is available.  I'm more than willing to

17   provide it.

18       Q     Okay.

19            MR. GIBBONS:  Counsel, I'm going to request

20   a copy of those records after this deposition.

21            MR. HUGHES:  If he has them, we will get

22   them and produce them.

23            THE WITNESS:  Yeah.  That's not a problem.

24   I'll have to double-check to make sure they are

25   still -- you know, where they are.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 298 of 446

1          MR. GIBBONS:  Okay.  Great.

2          (The document referenced below

3     was marked Deposition Exhibit 22 for

4     identification and is appended

5     hereto.)

6  BY MR. GIBBONS:

7     Q    Let me introduce Exhibit 22.  This is a

8  list of invoices that were produced this morning.

9          Dr. Longley, does this appear to be a

10 complete and accurate list of the invoices you

11 submitted so far in this litigation?

12    A    Just a moment.

13         Yes.

14    Q    Okay.  I just have a question about a few

15 entries here.

16    A    Uh-huh.

17    Q    Beginning with the first one, your August

18 1st invoice for July work.  Thursday, July 11th,

19 2024, "Meeting with research legal group."  Can you

20 describe what that means?

21    A    Meeting with the team that was put in

22 charge -- if I remember right, Zach and Leslie -- to

23 discuss going further.  I can't recall --

24    Q    Okay.

25    A    -- per se what the conversation was or

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 299 of 446

1    anything like that.

2         Q    Okay.  I don't want you to go into attorney

3    work product or privileged communications.

4         A    Right.

5         Q    Did you have follow-up meetings with those

6    attorneys?

7         A    Yes.

8         Q    Okay.  Friday, July 19th, "Zoom meeting

9    with former congressional staffer and RAND expert."

10        A    Uh-huh.

11        Q    Do you recall what that was?

12        A    Yes.

13        Q    What was it?

14        A    It was a discussion with Heather Salazar,

15   who was a former member of a congressional committee

16   that oversaw elements related to PACT ACT and

17   Camp Lejeune.  She now works for the RAND

18   Corporation.  She was explaining to me sort of the

19   long history of legislation.

20        Q    Okay.  Did the notes from that conversation

21   make it into your reliance materials?

22        A    I'd have to look.

23        Q    Okay.  You didn't cite it directly in any

24   of your reports, though?

25        A    No, no.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 300 of 446

1      Q     Okay.

2      A     It didn't prove to be -- since the majority

3   of my work was not about what happened after 1987,

4   it was more for context.

5      Q     Okay.  The context of understanding --

6      A     The case.

7      Q     -- why we got to this point in the

8   litigation?

9      A     Yes.

10     Q     Okay.

11     A     Because when I started, I didn't have a

12   great understanding of it, as you might expect.

13   This particular topic.

14     Q     Okay.

15     A     You know, I knew about Camp Lejeune, I knew

16   about the water cases, but I didn't have the detail

17   that hopefully I possess now.

18     Q     Okay.  Did you find it helpful to know the

19   context of the litigation?

20     A     Yes.

21     Q     Okay.  Why was that relevant for your

22   reports?

23     A     Well, for example, she explained to me that

24   in the original PACT ACT, there had been a --

25   something -- well, the final legislation had a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 301 of 446

1    waiver that said basically the VA could go back and
2    subtract what you'd done in terms of -- which did
3    not exist until the last moment.
4         Q    Okay.
5         A    That was just interesting to me.  Again,
6    when you are starting out, you don't know all the
7    questions to ask.
8         Q    Fair enough.
9              July 26, 2024, "Conversation with Chief
10   Marine Corps Archivist John Lyles.  Reading and
11   taking notes on digital archive project and theses."
12        A    Yes.
13        Q    Sorry, is that two separate entries?
14        A    Yes.
15        Q    Okay.  Focusing on the conversation with
16   Chief Marine Corps Archivist John Lyles, did you
17   take any notes from that --
18        A    No.
19        Q    -- conversation?  Okay.
20        A    We started the finding aid.  He took lead
21   on that matter of saying, all right, here is what we
22   have got on Camp Lejeune.
23        Q    Okay.
24        A    And then reading and taking notes on a
25   digital archive project and thesis.  I'm trying to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 302 of 446

1    remember, is this the one that was at Quantico.  Let
2    me look at the dates on the back.
3        Q    They all appear to have occurred on
4    July 26th, July 28th, July 29th, July 30th.
5        A    Okay.  I traveled to Quantico.
6             So this was -- no, this was separate.  The
7    reading and the notes on the digital archive, what
8    I'm referring to there is the seat -- it is the
9    JP -- the online sources.
10       Q    "The Few, The Proud, The Forgotten"?
11       A    Huh?
12       Q    The Few, The Proud --
13       A    No, no.  The one that we got the JP,
14   whatever, Ls.  You know, where we found these kind
15   of materials.  That was the online provided by
16   the -- that had The Globe, it had some of these
17   other materials.
18       Q    Ahh.  Okay.  Archival materials.
19       A    Yes, archival materials.  Sorry.
20       Q    Got it.
21            You referenced a finding aid, what was
22   that?
23       A    Where is that?
24       Q    You said earlier in one of your answers you
25   said -- you said when you were responding to your

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 303 of 446

1    conversation John Lyles, you said something about a

2    finding aid.

3         A    Yes.

4         Q    What is that?

5         A    A finding aid is what is used in the

6    archives that contains what's available in the

7    archives.

8         Q    Okay.

9         A    So Dr. Lyles was referring me to that.

10        Q    Okay.

11        A    And then he was starting to collect

12   materials to provide me what was available.

13        Q    Okay.

14        A    That I would use when I traveled to

15   Quantico.

16        Q    Okay.  And then I believe you in your

17   March 17th report criticized Dr. Brigham for not

18   producing the reliance material or recording of his

19   conversation with Mr. Lyles as well.

20        A    I think I critiqued not having, like, an

21   oral history, like, he only took notes.

22        Q    Of a conversation with Dr. Brigham and

23   Mr. Lyles, correct?

24        A    Yeah.  He did not record it.  He did not

25   make -- as I remember right.

1      Q    Okay.  Was your -- is it your position that

2   that should have been recorded as an oral history

3   under Dr. Brigham's definition?

4      A    Under their definitions, yeah.  Not under

5   what I would say as required.

6      Q    Okay.  What information would Mr. Lyles

7   have that would necessitate an oral history?

8      A    Just the history of what's available.

9      Q    Okay.

10     A    Yeah.

11     Q    But nothing about the activities on

12  Camp Lejeune itself, not from his personal

13  recollection?

14     A    Not necessarily.

15     Q    Okay.

16     A    I don't think -- I don't remember John's

17  background.

18     Q    Okay.

19     A    I don't think he was in the Corps, but I

20  don't know that for sure.

21     Q    Okay.  Moving to your October 1st invoice.

22     A    Okay.

23     Q    Hold on a second.

24          Tuesday, September 10th, "Tour of base with

25  Mike Partain and Jerry Ensminger."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 305 of 446

1    A    What date was that again?

2    Q    Tuesday, September 10th.

3    A    Okay.  I'm sorry, I thought you jumped over

4    to October.

5    Q    Okay.

6    A    Yes.

7    Q    Okay.  And then on -- sorry.  Jumping back,

8    "Sunday, September 1st, Transcribing notes from an

9    oral history and reading from The Globe."

10        Did I read that correctly?

11   A    Yes.

12   Q    Which oral history was that?

13   A    I believe that was the Howard.

14   Q    Okay.

15   A    But I won't guarantee that.  I would have

16   to go back and look at the notes.

17   Q    Okay.  So you did transcribe notes from the

18   oral history then?

19   A    Yeah.  I typed them out.

20   Q    Okay.  Those were the ones that you

21   provided in early January?

22   A    I believe so.

23   Q    Okay.  Going to your November 1st invoice,

24   Wednesday, October 30th, "Online meeting with

25   membership committee."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 306 of 446

1           What was that?
2      A    I believe that was probably Zach and
3    Leslie, but I won't -- I can't guarantee it.
4      Q    Membership, meaning plaintiffs' membership?
5      A    Right.
6      Q    Okay.
7      A    Given that there are a number of firms
8    represented.
9      Q    Okay.  And then is that -- what is Thursday
10   October 10th, 2024, "Meeting with leadership team"?
11     A    Same kind of thing.
12     Q    Okay.
13     A    I probably just used a different name.
14     Q    January 1st, 2025, invoice.
15     A    Okay.
16     Q    Tuesday December 3rd, 2024, "Meeting with
17   leadership team on rewriting narrative and
18   research."  That's also meeting with the attorneys?
19     A    No.  The meeting with the leadership team
20   should just be -- and then the second part is
21   rewriting narrative and research.
22     Q    Okay.
23     A    So those are two separate things.  They
24   just ran together.
25     Q    Okay.  On Saturday, December 21st, 2024,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 307 of 446

1      "Meeting with research team"?

2          A    Yes.

3          Q    What is that?

4          A    That was a meeting with John, myself, Mike

5      Partain, and Jerry Ensminger to discuss, I think, my

6      report.

7          Q    Okay.  You were already in receipt of

8      Dr. Brigham's report at that time as well?

9          A    I would think so.  Yes.  I'm saying I

10     already reviewed -- starting the 19th and the 20th

11     reviewing the government historian's report.

12         Q    Okay.

13         A    So I was working on preparing a response.

14         Q    Okay.  And then so you were -- did you

15     review the Brigham report with Mike Partain?

16         A    No.

17         Q    Okay.  Did you discuss it with Jerry

18     Ensminger?

19         A    We probably discussed it, but not reviewing

20     it per se.

21         Q    Okay.  Do you know if they have read

22     Dr. Brigham's report?

23         A    I don't know for sure.

24         Q    Okay.

25         A    I would think so, but I don't know for

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 308 of 446

1    sure.

2         Q    Okay.  Then the February 1st invoice, you

3    have got Tuesday, January 7th, doing oral histories,

4    one hour.  Who were those oral histories with?

5         A    Should have been just doing oral history,

6    and I believe that was Jerry Ensminger.

7         Q    Okay.  You did not record or transcribe

8    that interview, correct?

9         A    I think I took notes, but I don't -- I

10   would have to go back and check.

11        Q    Okay.  Were the notes from that oral

12   history produced to your counsel?

13        A    I'd have to check.

14        Q    Okay.

15             MR. HUGHES:  Not to interject, but, Hanley,

16   we produced a couple pages of that, I think.

17             THE WITNESS:  Are we done with this?

18   BY MR. GIBBONS:

19        Q    I think I had a couple more questions.  I

20   just want to make sure I got this right.

21        A    Okay.

22             (The document referenced ` was

23        marked Deposition Exhibit 23 for

24        identification and is appended

25        hereto.)

1          MR. GIBBONS:  Okay.  Introducing

2     Exhibit 23.

3     BY MR. GIBBONS:

4          Q    Dr. Longley, do you recognize this exhibit?

5          A    Yes.

6          Q    Are these the notes you were just referring

7     to?

8          A    Yes.

9          Q    This is the sum total of all the notes and

10    thoughts that you had on the interview?

11         A    Yes.

12         Q    Okay.  Did you take notes during your

13    March 10th oral history with Jerry Ensminger and

14    Mike Partain?

15         A    No.

16         Q    You just recorded it?

17         A    We recorded it.

18         Q    Okay.

19         A    It followed traditional forms.

20         Q    Okay.  Do you not typically take notes in

21    oral histories you are recording?

22         A    No.  I usually try to focus --

23         Q    Okay.

24         A    -- because I know they are going to be

25    transcribed typically.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 310 of 446

1    Q    Okay.

2    A    It is a very different approach.  Different

3  beast.

4    Q    Let me talk about that a little bit more.

5  In what way is there -- do you have a preference

6  between recording versus taking notes during the

7  fact?

8    A    It depends on the person.

9    Q    Okay.

10    A    Yeah.  And whether I think the person that

11  feels comfortable being recorded versus someone that

12  might not feel as much.

13    Q    Okay.  I was wrong, we are done with this

14  exhibit.

15    A    Okay.

16         (The document referenced below

17      was marked Deposition Exhibit 24 for

18      identification and is appended

19      hereto.)

20  BY MR. GIBBONS:

21    Q    Introducing Exhibit 24 to the record.

22  Dr. Longley, do you recognize this document?

23    A    Yes.

24    Q    Okay.  What is it?

25    A    It's the oral history, and I misstated

1    earlier when I said they were separate.  Oral
2    history with Mike Partain.
3        Q    Okay.
4        A    Via Zoom.
5        Q    Okay.  So am I correct in understanding,
6    then, that this oral history was taken concurrent
7    with Jerry Ensminger?
8        A    Yes.
9        Q    So they were both present in the call?
10       A    Yes.
11       Q    Okay.
12       A    I just forgot and misstated earlier.
13       Q    Okay.  And this is the sum total of your
14   notes and lack of recording transcript --
15       A    Right.
16       Q    -- for the oral history --
17       A    Right.
18       Q    -- of Mike Partain?
19       A    Yeah.
20       Q    Okay.
21            I want to talk about Jerry and Mike again.
22   I know we talked about them a lot.
23            So Mike Partain, did he ever email you
24   sources to use for your reports?
25       A    I don't remember.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 312 of 446

1      Q    Okay.

2      A    I don't remember.  He could have and I just

3   don't have a memory of that.  I mean, he probably is

4   the one that informed me about his website.  I just

5   don't remember.

6           (The document referenced below

7      was marked Deposition Exhibit 25 for

8      identification and is appended

9      hereto.)

10          MR. GIBBONS:  Okay.  I'm going to introduce

11   Exhibit 25.

12   BY MR. GIBBONS:

13     Q    Dr. Longley, do you recognize this email?

14     A    Yes, I do now.

15     Q    Okay.  What email is this?

16     A    Just Mike making some recommendations on

17   things to look at.

18     Q    Okay.  Were there any materials that were

19   attached to the email?

20     A    I don't believe so.

21     Q    Okay.

22     A    These were just notes.

23     Q    Okay.

24     A    Yeah.  I don't remember any attachments.

25     Q    Okay.  And this occurred on January 14th,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 313 of 446

1    2025, correct?

2        A    Correct.

3        Q    And that was after your, I believe, second

4    oral histories with Mike Partain and Jerry

5    Ensminger?

6        A    I believe that's what this was a follow-up

7    email to, things that they may have gotten to

8    include.

9        Q    Okay.

10       A    Or I asked them for clarification.

11       Q    Okay.  So when you had the March 10th oral

12   history with Mike Partain and Jerry Ensminger, had

13   they already seen your two reports?

14       A    I believe so, but I don't know for sure.

15       Q    Okay.  Do you know if they had seen any of

16   Dr. Brigham's reports?

17       A    Don't know for sure.

18       Q    Okay.  I'll represent to you that

19   Mr. Ensminger made reference to Dr. Brigham's report

20   and some of the citations in it --

21       A    Okay.

22       Q    -- which would imply that he had, in fact,

23   read the report prior to your interview, correct?

24       A    Yeah.  Again, I don't remember.

25       Q    Okay.  When such a circumstance occurs, how

1    are you able to distinguish between what is a memory
2    that is natural for the interviewee versus what is a
3    learned memory or a false memory that they have
4    gleaned from other information in the meantime?
5        A    Right.  A lot of it is, again, trying to
6    corroborate with other materials.  Not to just rely
7    on the one oral history.  Oral history is not
8    acceptable as an individual one source.
9        Q    Okay.
10       A    It has got to be corroborated.  It has got
11   to be examined.  It has got to be contributing to
12   other elements or have other elements contributing.
13   Rarely would I say oral history can stand alone.
14       Q    Okay.  Stepping away from oral history
15   again.  So Mike Partain's website I believe is
16   actually Jerry Ensminger's website and then Mike
17   Partain took it over and modernized it, correct?
18       A    I have no idea on that.
19       Q    Okay.
20       A    I have not heard.  Again, I know that it
21   was related to a public history thesis, I believe,
22   at Central Florida.
23       Q    Okay.  Is that Mike Partain's thesis?
24       A    I believe so.  Yeah, Jerry has not, I don't
25   think, pursued advanced education.  Mike's got a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 315 of 446

1    master's, I believe.

2         Q    Okay.  When you relied on "The Few, The

3    Proud, The Forgotten," the timeline, did you rely on

4    any of the documents that were linked in the

5    timeline?

6         A    It's been a long time.  I don't remember.

7         Q    Okay.

8         A    Yeah.  I would think I would have examined

9    the documents also.

10         Q    Okay.

11         A    But I don't recall which ones and what

12    order.

13         Q    Okay.  I believe in your January 13th

14    report, you criticized some of Dr. Brigham's sources

15    because you noticed that they weren't present on

16    "The Few, The Proud, The Forgotten."  Is that

17    correct?

18         A    I don't remember on that.

19         Q    Okay.

20         A    If you can bring that up, and I'll look it

21    over.

22         Q    Let's go back to it.  That's Exhibit 4.

23    Page 5.  Third paragraph.

24              "The Partain website timeline

25         would have shown the state of

1      historical knowledge as of 2012 to any
2      government specialist who wanted to
3      know.  The website showed the known
4      facts as of 2012 that public
5      historians on the contamination
6      subject were then aware of.  This
7      raises questions as to whether all of
8      the documents now cited by Brigham in
9      2024 were not made available by the
10     government in years -- in the years
11     past."
12          Did I read that correctly?
13     A    Yes.
14     Q    Okay.
15          "It raises questions as to why
16     all of the information provided by the
17     government to Brigham today was not
18     provided to Partain years ago."
19          Did I read that correctly?
20     A    Yes.
21     Q    Okay.  And, "Again, the government's own VA
22     experts on Lejeune were relying on this very website
23     or factual background."
24          Did I read that correctly?
25     A    Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 317 of 446

1      Q    How did you know the documents weren't on
2    "The Few, The Proud, The Forgotten"?
3      A    I believe I was given that information by
4    Mike himself.
5      Q    Okay.
6      A    He is the repository of the information and
7    knows the timeline on that.
8      Q    Okay.  As a plaintiff, does Mr. Partain
9    have access to all of the documents produced in this
10   litigation?
11     A    Not to my knowledge.
12     Q    Okay.  Did you corroborate that fact at
13   all?
14     A    I wasn't able to corroborate that.
15     Q    Okay.  Would that be a form of oral history
16   then?
17     A    Yes.
18     Q    So an uncorroborated form of oral history?
19     A    Yes.
20     Q    Okay.  To your knowledge, how long has Mike
21   Partain been engaged in the Camp Lejeune water
22   issue?
23     A    I should know this.  I just watched the
24   documentary Semper Fi again.  I think it's at least
25   been a decade, but I don't know the exact number.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 318 of 446

1     Q    Okay.  Well, if his report -- or if his

2    website was accurate as of 2012, it would have had

3    to have been at least 13 years from now presumably

4    before that, right?

5     A    Correct.

6     Q    That's a fairly long period of time, would

7    you agree?

8     A    I would agree.

9     Q    Okay.  And as we discussed many times,

10   Mr. Partain is a plaintiff in this litigation,

11   correct?

12     A    Correct.

13     Q    Do you see why the historian might be

14   concerned with the veracity of documents that are

15   available on a website maintained by someone that

16   has been engaged in the history project for years

17   and is now a plaintiff when the litigation involves

18   the subject that he opined on for so many years?

19     A    Yes.

20     Q    Okay.  Did you acknowledge that in your

21   reports?

22     A    No.  But, as we discussed earlier, it

23   doesn't require acknowledgment in the process of

24   your report.  That is something you try to weigh as

25   you go.

1    Q    Okay.  And that's why you highlighted that

2    Mr. Partain and Mr. Ensminger had testified before

3    congress numerous times, correct?

4    A    Right.

5    Q    Did you ever characterize them as

6    activists?

7    A    I don't think I used that term.

8    Q    Okay.

9    A    I don't think Mr. Brigham did either.

10   Q    I don't recall whether or not he did or

11   not.

12   A    Yeah.

13   Q    I'm just trying to understand what -- your

14   understanding of the potential biases of Mike

15   Partain.

16   A    No, I understand exactly what the potential

17   biases are.  I understand they are plaintiffs.  I

18   understand they have a vested interest.  I

19   understand -- and like you say, typically I would

20   work hard to corroborate on general information.

21   Q    Okay.  But nonetheless, there were

22   assertions in your report from Michael Partain that

23   were uncorroborated but still made it into your

24   report?

25   A    Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 320 of 446

1    Q    Okay.  Is that typical practice in your

2    report history?

3    A    When you are under the gun in terms of

4    meeting deadlines, sometimes you don't have the

5    chance to go back and go line by line to do so.  I

6    also didn't have an army of researchers to help me

7    in this case.

8    Q    Okay.

9    A    What you see is one person's work.

10   Q    Okay.

11   A    Again, time.

12   Q    Would you agree, then, that when time and

13   monetary resources are limited, it is okay to take

14   methodological shortcuts?

15   A    I didn't see it is a methodological

16   shortcut.  I saw it as one where I'm going to put

17   this down.  I had hoped to go back and corroborate

18   it.  Didn't have time to do so because we ran up

19   against a deadline.

20   Q    Okay.

21   A    So, no, normally I don't -- I don't believe

22   in shortcuts.  I don't think you will find that as a

23   pattern in any stretch or form.

24   Q    Okay.  That's fair.

25   A    Uh-huh.

1      Q    Did you footnote or otherwise acknowledge

2    the source for the assertion that Dr. Brigham or the

3    government had not produced all these documents

4    prior to this litigation?

5      A    I don't believe so.

6      Q    Okay.

7      A    Again, up against a deadline, I would

8    prefer -- again, I would love to have more time.

9    And, again, I would love to have an army of

10   researchers to delegate this to.

11      Q    You should consider becoming a full-time

12   professional expert.

13      A    It is more lucrative than my job.  I've

14   already seen the numbers.  I'm like, whoa.  He made

15   the right choice getting out of academia.

16          MR. HUGHES:  Objection.

17          For the sake of your mental sanity, I would

18   not become a full-time expert.

19          THE WITNESS:  Okay.  I'm not qualified to

20   go outside of my areas of expertise.  I have a few,

21   and I try to stay in my lane.

22   BY MR. GIBBONS:

23      Q    Okay.  Let's go back to Exhibit 3, which is

24   your December 9th -- I'm sorry, December 7th, 2024,

25   report.  I'm sorry, wrong exhibit on my end.

1           Okay.  If you go to page 34.  Okay.  In the
2      top left-hand corner, there's a photo of two
3      individuals standing on a, and by a, water buffalo,
4      correct?
5           A    Yes.
6           Q    Okay.  And the caption reads, "Marines fill
7      water buffalo, Hadnot Point," correct?
8           A    Yes.
9           Q    Is there any other citation for the source
10     of that on this page?
11          A    No.
12          Q    Okay.  Was any other source provided in the
13     reliance materials for this report?
14          A    I can't remember on that.
15          Q    Okay.
16          A    It was part of the -- it was in the --
17     because I remember seeing this.  The mistake, of
18     course, was saying it was at Hadnot Point when it
19     wasn't.
20          Let's see.  But it was on the seal --
21     again, I'm blanking right now -- on the seal.
22               MR. GIBBONS:  Introduce Exhibit 26.
23               (The document referenced below
24          was marked Deposition Exhibit 26 for
25          identification and is appended

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 323 of 446

1      hereto.)

2    BY MR. GIBBONS:

3      Q    Dr. Longley, are the individuals in this

4    photograph Marines?

5      A    If I'm not mistaken, Marine Reserves.

6      Q    Okay.

7      A    No, these are Army.

8      Q    Okay.

9      A    I can tell by the uniforms.

10     Q    Okay.

11     A    But it was a water buffalo that -- we were

12   trying to highlight what a water buffalo was to give

13   a visual to readers.

14     Q    Okay.  I'll represent to you the Exhibit 26

15   is a forensic analyst pull of the website pictured,

16   which is a National Guard website.

17          Did you recognize this website?

18     A    No.  I didn't use this website to get the

19   photo.

20     Q    Okay.  Where did you receive the photo

21   from?

22     A    It was in the list of photos that I had

23   access to provided by the lawyers.  There was a list

24   of photographs.

25     Q    Okay.  So this image was provided to you by

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 324 of 446

1    attorneys then?

2         A    Yes.

3         Q    Okay.  Do you recall which attorneys

4    specifically?

5         A    No.

6         Q    Okay.

7         A    I actually think it was part of -- on our

8    list of sources, and I just went through it and

9    found it.

10         Q    Okay.

11         A    And was looking for, again, a sort of

12    last-minute example of what a water buffalo looks

13    like.  Usually the last thing I do in any kind of

14    research project is photos and audiovisual-type

15    things.

16         Q    Okay.

17         A    You write the narrative, then you put the

18    other parts in.

19         Q    Okay.  Did you originally have a photograph

20    of Marines filling a water buffalo at that point?

21         A    I had some in The Globe where actually it

22    did, but there was such a poor quality, I was

23    looking for something cleaner.

24         Q    Okay.  Let's talk a little bit more about

25    the photos list that you were provided.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 325 of 446

1          What kind of photos were in this list?

2      A    They were photos from Camp Lejeune.  And

3  you know, like the chapel, like the theater.  I

4  don't remember all of them.

5      Q    Okay.

6      A    Again, that was a last-minute -- again, if

7  I'm going to do a project, I'm going to write the

8  narrative first then try to pull the audiovisual in.

9      Q    Okay.  Understood.

10      A    And that was just a mistake of -- it would

11  have been probably fine if I'd just say here's an

12  example of a water buffalo.

13      Q    Right.  And I acknowledge that you have an

14  errata sheet now --

15      A    Right.

16      Q    -- where you have acknowledged a mistake in

17  your third report.

18      A    Right.  And mistakes do happen.

19      Q    Mistakes do happen.  I just wanted to

20  clarify for the record the source of this photo and

21  where you received it from.

22      A    Right.

23      Q    But did you ever corroborate the photo?

24      A    No.

25      Q    Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 326 of 446

1        A    Again, I know what a water buffalo looks
2    like.
3        Q    Right.
4        A    You know.
5        Q    But, I mean, you very quickly pointed out
6    that the uniforms on these individuals --
7        A    Once I looked closer.  I mean --
8        Q    -- Army --
9             THE REPORTER:  Gentlemen, gentlemen.
10    You're speaking over each other.
11             THE WITNESS:  Once I looked closely at the
12    photo, you could tell by looking at the person down
13    that it was Army.
14    BY MR. GIBBONS:
15        Q    Okay.  And when did you add this photo into
16    your report relative to when it was disclosed?
17        A    I'm sorry?
18        Q    When did you add this photo and caption
19    into your report relative to when it was disclosed?
20        A    You mean --
21        Q    When the report was entered or disclosed.
22        A    Probably December 6th as I'm putting the
23    finishing touches.
24        Q    Okay.
25        A    Much like the mistake like on the Nixon

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 327 of 446

1    visit to Camp Lejeune.

2         Q    Okay.

3         A    It was just a last-minute, again, no -- you

4    know, not being supported or anything like that.

5         Q    Okay.

6         A    Trying to do it last-minute again.  Again,

7    you guys believe in deadlines, we don't.  Except for

8    our students.

9         Q    Okay.  And Exhibit 3, would you turn to

10   page 13?

11        A    13.

12        Q    Correct.  You reference the Nixon photo

13   from Camp Pendleton, correct?

14        A    I said the one I listed as him being at

15   Camp Lejeune was actually when he was at Camp

16   Pendleton.

17        Q    Okay.  On page 13 of your December 7th

18   report --

19        A    Uh-huh.

20        Q    -- in the lower left-hand corner, you see

21   the photo that we are discussing, the photo of

22   President Nixon.  Correct?

23        A    Yes.

24        Q    And that's a still frame from a video or a

25   film.  Correct?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 328 of 446

1      A      Right.

2      Q      Okay.  Did you find this photo yourself?

3      A      Yes.

4      Q      Okay.

5      A      From the University of South Carolina.

6  There's a Marine Corps film repository.

7      Q      Okay.  So you were able to locate the video

8  yourself --

9      A      Yes.

10      Q      -- and then pull this screenshot?

11      A      Yes.

12      Q      Okay.

13      A      Well, actually, that's the way they had it

14  cataloged.

15      Q      That was the photo that appeared when you

16  first found the film?

17      A      Yes.  I believe.

18      Q      Okay.

19      A      Again, asking -- I'd have to go back to the

20  website.

21      Q      Okay.  When you say catalog, you mean the

22  website itself had cataloged, correct?

23      A      Yes, I believe so.

24      Q      Okay.  All right.

25      ///

1              (The document referenced below
2         was marked Deposition Exhibit 27 for
3         identification and is appended
4         hereto.)
5              MR. GIBBONS:  I introduce Exhibit 27.
6    BY MR. GIBBONS:
7         Q    Dr. Longley, does this appear to be the
8    state of the website when you reviewed it?
9         A    Yes.  Like I said, I just overlooked it.  I
10   guess I had Camp Lejeune on the brain.
11        Q    Okay.
12        A    I should have thought about Camp Pendleton
13   because San Clemente is 15 minutes from Camp
14   Pendleton.
15        Q    Okay.
16        A    I just made a simple mistake.
17        Q    Okay.  I just want to focus on the citation
18   in the report.  So the footnote states, "U.S. Marine
19   Corps Nixon's visit to Camp Lejeune 30 October,
20   1971; U.S. Marine Corps Film Repository Research
21   Collections, University of South Carolina."
22             Did I read that correctly?
23        A    That is.
24        Q    Okay.  Where did the 30 October 1971 date
25   come from?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 330 of 446

1    A    Look at the film date, the note.  Possibly
2    April 30th, 1971.  So I made a mistake on that too.
3    Q    Okay.  That's just a very specific date for
4    a random mistake.
5    A    Yeah.  Well, again, probably just rushing
6    through at the end to get these photos inserted.
7    Q    Okay.
8    A    Which I've acknowledged in the response and
9    now the errata.
10    Q    Okay.  It seems like these are rather
11    larger errors for simple mistakes in a report that's
12    about to go before the Court.  Would you agree?
13    A    No.
14    Q    No?
15    A    I'd say the audiovisual is usually --
16    again, when I think of things, I don't grade my
17    students on their audiovisuals.  I grade them on the
18    substance of their report.
19    Q    Okay.  Then why include photos and the
20    other audiovisual in your report?
21    A    Because it is to give a face to the -- to
22    the narrative.
23    Q    Okay.
24    A    Try to provide a reader -- and as we
25    discussed earlier, the reader in this case is

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 331 of 446

1  someone that is probably not as familiar with the
2  materials as, say, a qualified military historian
3  would be.
4      Q    Okay.  Had we not had Dr. Brigham's team
5  also producing a report in this litigation, what do
6  you think the chances are that you would have caught
7  this error between now and trial?
8      A    I would think pretty good because if I had
9  the time, I would have gotten people to review it
10 that were more trained experts, had I had the time.
11     Q    Okay.
12     A    Again, in a normal publication process, we
13 have multiple editors, multiple copy editors, to
14 help in this process.
15     Q    Okay.  Are you aware that the United States
16 requested the source material to be produced for
17 this photo?
18     A    I don't -- no, I don't.
19     Q    Okay.  Are you aware that plaintiffs'
20 counsel offered to retract the photo once it came to
21 light that there was no valid source for it?
22     A    Yes.
23     Q    Okay.
24     A    Which we have done.  I mean, if I had my
25 way, I would have worked till March and had the

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 332 of 446

1   three reports come together.  That would have given

2   more time to check these things.  Again, I didn't

3   have an army of research assistants to double-check

4   these things.

5       Q    Understandable.  But the fact of the matter

6   is that had Dr. Brigham not pointed this out, this

7   report would have gone to the Court uncorrected.

8       A    Not necessarily.

9       Q    No?

10      A    That's what I'm saying.  I would have --

11  like, after today, I will probably go back and

12  reread and start, you know, thinking again through

13  these things.

14      Q    Okay.

15      A    It doesn't happen in a vacuum.

16      Q    Okay.  So are there potential additional

17  things you would change in these reports and fill

18  out subsequent errata sheets?

19      A    Not to my knowledge right now, but if I

20  were to have something, I would be a person who

21  would own up to it and acknowledge it.

22      Q    Okay.

23      A    Much like what I did in terms of reread the

24  review on Grunts.  Were there a couple of mistakes?

25  Absolutely.  Were they changed in subsequent

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 333 of 446

1    editions?  Absolutely.

2         Q    Okay.

3         A    Because Grunts also was a second edition,

4    and that was -- those mistakes were caught and

5    changed.

6              So given the time and the opportunity, yes.

7    I bet if I went through others' reports and went

8    with a fine-tooth comb, I would probably be able to

9    find some stuff too, even after a good copy

10   editing -- after a good editing, after a good

11   evaluation.  Mistakes happen.

12        Q    Then on page 10 of your December report,

13   middle of the page on the left-hand side, there's a

14   photograph that's labeled "Water Treatment Plant

15   near Holcomb Boulevard, 1960s."  Is that correct?

16        A    That is correct.

17        Q    And there's no citation provided for that

18   photograph, correct?

19        A    I don't believe so.

20        Q    Okay.

21        A    I think it was included in the -- what do

22   you call it, the list.

23        Q    The reliance list?

24        A    Reliance list.

25        Q    Okay.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 334 of 446

1    A    And as we've already acknowledged, that
2    should have read 1972, not the 1960s.
3    Q    Okay.  This is the only time that you
4    referenced the Holcomb Boulevard water-treatment
5    plant in your entire report, correct?
6    A    It is.  I believe.  It was to say, picture
7    to represent what one of the water treatment plants
8    looked like.
9    Q    Okay.  You understand how that could be
10   confusing or misleading to the Court if it was not
11   corrected?
12   A    If not corrected, but it has been
13   corrected.
14   Q    Okay.  After Dr. Brigham pointed it out.
15   A    Yeah.  After his probably research
16   assistants found it and pointed it out.
17   Q    Along with the photo of the water buffalo?
18   A    As -- again, give me 20 research
19   assistants, I bet I could go through with a
20   fine-tooth comb and do the same thing.
21   Q    And photo of Nixon?
22   A    Yes.
23   Q    Okay.
24   A    Again, give me 20 research assistants, it
25   could make a difference.  And a budget as much as he

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 335 of 446

1    received.

2       Q   At any point did you consider telling the

3    attorneys that retained you that you needed to

4    narrow the scope of your report?

5       A   I don't remember, no.

6       Q   Okay.

7       A   Not to my -- not to my memory.

8       Q   Okay. Well, given that the lawyers have to

9    operate on deadlines, would it have been easier to

10   employ more rigorous methodology had you had more

11   time?

12       A   I think so.

13       Q   Okay.

14       A   I think time is always valuable because,

15   for example, normally what I do is I'll write a

16   draft, rewrite it after two weeks, put it aside for

17   a month, come back to it. And it is amazing what

18   you can catch as a result of that.

19       Q   Right. That is just not an option in this

20   litigation, correct?

21       A   In this litigation, it was not an option.

22   I wish it was, but it wasn't. So, again, hard, fast

23   deadlines versus the academic whirlpool we work on,

24   very soft deadlines.

25       Q   Okay. Would you agree that it is better to

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 336 of 446

1    take a more conservative approach, to have a more

2    limited report that you can sufficiently fact check,

3    cite, and corroborate?

4        A    It would be optimal, but not always -- not

5    necessary, but not always an option.

6        Q    Okay.  And as we talked about, other

7    presidents visited Camp Lejeune --

8        A    Uh-huh.

9        Q    -- Kennedy, Reagan, outside of the

10   statutory period, FDR.

11       A    Right.

12       Q    Bill Clinton, Barack Obama.

13            But you didn't use any of those in your

14   first report?

15       A    I didn't use them because they weren't

16   within the statutory and I didn't have time to track

17   it down.

18            Again, when it comes to most research

19   projects, you focus on the narrative, then you worry

20   about the audiovisual.

21       Q    Okay.

22       A    So the mistakes were in the audiovisual,

23   which were done in the latter part of research.

24       Q    Using the photo of a water buffalo that you

25   retrieved from plaintiffs' counsel rather than

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 337 of 446

1    finding yourself, correct?

2        A    In this case, yes, because it was a better

3    photo because I did have others from The Globe that

4    I could have used, but they would have been so dark

5    that you couldn't see hardly anything.

6        Q    Okay.

7        A    The reproductions were not particularly

8    good.

9        Q    Were there any other documents that were

10   provided to you by counsel?

11       A    No, not directly.  I mean, I went through

12   what was made available to me in the CLGA -- JA, you

13   know, database.

14       Q    How many photos were available in this list

15   that was provided to you by counsel?

16       A    Don't know.

17       Q    Ballpark?

18       A    Forty.

19       Q    Forty, okay.

20       A    Maybe.  Again, I don't know.  I didn't use

21   it extensively.

22       Q    But nonetheless, one of those photos did

23   make it into your report?

24       A    Yes.

25       Q    Uncorroborated?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 338 of 446

1      A      In this case, uncorroborated.

2      Q      Okay.

3      A      Or not -- and, again, if I would have

4    been -- had the time to sort of focus on it, I would

5    have said example of a water buffalo.

6      Q      Right.

7      A      I wouldn't have given it the caption that

8    was chosen.

9      Q      Right, but that wasn't what went into your

10   report initially?

11     A      Not into my report initially.

12     Q      Okay.

13     A      Again, mistake.  We all make them.  Own up

14   to them and move on.

15            MR. GIBBONS:  What are we at on the record?

16            VIDEO OPERATOR KELLEY:  Six hours, 31

17   minutes.

18            MR. GIBBONS:  Okay.  Dr. Longley, that

19   concludes my questioning.  I'll turn it over to

20   plaintiff counsel for redirect.

21

22                          EXAMINATION

23   BY MR. HUGHES:

24     Q      Dr. Longley, I'm going to introduce as an

25   exhibit this errata sheet that we had signed this

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 339 of 446

1     morning.
2             (The document referenced above
3         was marked Deposition Exhibit 28 for
4         identification and is appended
5         hereto.)
6             MR. HUGHES:  Thank you.
7     BY MR. HUGHES:
8         Q    And so, Dr. Longley, just briefly, you were
9     asked extensively questions about the photo of
10    Nixon, and in your errata sheet you say that it is
11    incorrect and should be deleted, correct?
12        A    Yes.
13        Q    Then you were asked questions about the
14    Holcomb Boulevard photo which said 1960s, but that's
15    wrong, and the errata sheet modifies the caption,
16    correct?
17        A    Yes.
18        Q    And then the photo of the water buffalo,
19    which should only have been a demonstrative photo,
20    you acknowledge that in your errata sheet as well?
21        A    Yes.
22            MR. HUGHES:  Thank you.  That's all I have.
23            MR. GIBBONS:  Okay.  All right.
24    Dr. Longley, that concludes all the questions I have
25    for today's deposition.  Once it is ready, you will

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 340 of 446

1   be provided with a transcript of today's deposition.

2   We ask that you carefully read and correct any of

3   the spellings or misstatements that you believe were

4   captured in the transcript.

5           Do you understand?

6           THE WITNESS:  Yes.

7           MR. GIBBONS:  Okay.  Thank you for your

8   patience in answering my questions today.

9           THE WITNESS:  All right.

10          MR. GIBBONS:  That concludes today's

11  deposition.  Off the record.

12          VIDEO OPERATOR KELLEY:  This is the end of

13  Media File Number 7 and concludes today's videotaped

14  deposition of Kyle Longley, Ph.D.  We are now going

15  off the record.  The time is 6:41 p.m.           .

16          (Off-the-record discussion.)

17          MS. HURT:  We would like a rough draft.

18          THE REPORTER:  Okay.  Thank you.

19          Mr. Hughes, do you need a rough draft as

20  well?

21          MR. HUGHES:  Don't need a rough.

22     (The proceeding was concluded at 6:41 P.M. PST.)

23                    --ooOoo--

24

25

1

2                          CERTIFICATE

3                               OF

4                CERTIFIED SHORTHAND REPORTER

5

6            The undersigned Certified Shorthand
     Reporter of the State of California does hereby
7    certify:

             That the foregoing oral proceeding was
8    taken before me at the time therein set forth, at
     which time the witness was duly sworn in by me;

9            That the testimony of the witness and all
     objections made at the time of the examination were
10   recorded stenographically by me and were thereafter
     transcribed, said transcript being a true and
11   correct copy of my shorthand notes thereof;

             That the dismantling of the original
12   transcript will void the reporter's certificate.

13

14           In witness thereof, I have subscribed my
15   name this date:_____.

16

17

18   _____

19   PAMELA COTTEN, CSR, RDR
     Certificate No. 4497
20   Certified Realtime Reporter

21

             (The foregoing certification of
22   this transcript does not apply to any
     reproduction of the same by any means,
23   unless under the direct control and/or
     supervision of the certifying
24   reporter.)

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 342 of 446

1                    INSTRUCTIONS TO WITNESS

2

3           Please read your deposition over carefully

4    and make any necessary corrections.  You should

5    state the reason in the appropriate space on the

6    errata sheet for any corrections that are made.

7           After doing so, please sign the errata

8    sheet and date it.

9           You are signing same subject to the changes

10   you have noted on the errata sheet, which will be

11   attached to your deposition.

12          It is imperative that you return the

13   original transcript with errata sheet per the

14   instructions given to you.  If you fail to do so,

15   the deposition transcript may be deemed to be

16   accurate and may be used in court.

17

18

19

20

21

22

23

24

25

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 343 of 446

```
1                    - - - - - -

2                  E R R A T A

3                    - - - - - -

4      PAGE   LINE    CHANGE

5      ____  ____    _____

6          REASON:   _____

7      ____  ____    _____

8          REASON:   _____

9      ____  ____    _____

10         REASON:   _____

11     ____  ____    _____

12         REASON:   _____

13     ____  ____    _____

14         REASON:   _____

15     ____  ____    _____

16         REASON:   _____

17     ____  ____    _____

18         REASON:   _____

19     ____  ____    _____

20         REASON:   _____

21     ____  ____    _____

22         REASON:   _____

23     ____  ____    _____

24         REASON:   _____

25
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 344 of 446

1

2

3

4           DECLARATION UNDER PENALTY OF PERJURY

5

6           I hereby declare under penalty of perjury

7     that the foregoing is my deposition under oath; are

8     the questions asked of me and my answers thereto;

9     that I have read same and have made the necessary

10    corrections, additions, or changes to my answers

11    that I deem necessary.

12          In witness thereof, I hereby subscribe my

13    name this _____day of _____, _____.

14

15

16

17

18                        _____

19                             KYLE LONGLEY, Ph.D.

20

21

22

23

24

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 345 of 446

| & |
|---|
| **&** 3:10,12,14 3:16 5:8 |

| 0 |
|---|
| **0000000011** 7:11 |
| **0000000012** 6:24 |
| **0000000013** 6:24 |
| **0000000015** 7:7 |
| **0000000016** 7:7 |
| **0000053576** 6:8 268:1 |
| **0000053628** 6:8 |
| **0000059142** 5:11 190:25 |
| **0000059153** 5:11 |
| **0000074318** 5:18 |
| **0000074493** 5:18 |
| **0000323062** 5:13 |
| **0000323125** 5:14 |
| **0000323137** 5:14 |
| **0000323166** 5:15 |
| **0000323355** 5:15 |

**00897** 1:4 5:10 190:25
**01-00003230...** 5:13 194:23
**01-00003231...** 5:14
**01-00003231...** 5:14
**01-00003231...** 5:15
**01-00003231...** 5:15
**01-000323354** 5:15

| 1 |
|---|
| **1** 4:12 6:7 13:2 13:7 55:5 182:18 188:2 214:8 227:21 230:8 273:19 275:2 283:14 |
| **1,249** 199:24 |
| **1,448** 152:21 |
| **1,657** 200:1 |
| **1/14/2025** 7:8 |
| **10** 5:8 127:19 151:6,8 224:25 225:2 241:8 262:18 271:10 272:2 333:12 |
| **100** 131:22 264:17 |
| **104** 276:17 |
| **1066** 68:18 |

**10:32** 55:6
**10:45** 55:10
**10th** 304:24 305:2 306:10 309:13 313:11
**11** 5:9 74:20 190:13,17,18 270:22 289:9
**11,360** 195:4
**11,642** 200:19
**11/13/2024** 6:15
**110,000** 181:11
**110012** 7:15
**112** 5:4
**11:21** 85:24
**11:36** 86:3
**11th** 161:4 298:18
**12** 5:12 71:20 122:5,7 166:6 167:4 193:24 194:3,24 213:23 243:7 262:18 276:22
**12/31/2024** 7:12
**12/7/24** 7:16
**12/9/2024** 6:9
**125** 67:18 238:12
**12:37** 137:19
**12:48** 137:23

**13** 4:12 5:16 30:22 224:18 225:18,23 265:24 275:2 318:3 327:10 327:11,17
**13th** 52:17 53:25 221:14 261:12,16 262:5 272:14 273:17 315:13
**14** 5:19 166:6 237:16,20,21 290:23
**1400** 159:9 276:21
**148** 5:6
**14th** 312:25
**15** 5:21 35:3 164:9 167:4 212:3,8 241:8 243:7 259:11 259:17 329:13
**150** 131:23
**151** 5:8
**15954** 264:5
**16** 6:5 189:6 200:1 225:15 267:7,11,13
**1657** 208:6
**166** 199:2
**17** 6:9 246:20 273:3,7,9 275:14 290:23

Golkow Technologies,
A Veritext Division
877-370-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 346 of 446

**17th** 52:24 54:3
71:5 257:14
278:14 279:7
293:18 303:17
**18** 6:11 70:20
113:9 263:2
278:16,20,22
280:16 296:10
**1864** 83:16
99:4
**19** 6:12 113:7,8
229:19,22
283:6,10
**190** 5:9
**193** 5:12
**1945** 47:22
**1950** 6:7
**1950s** 51:17
258:7
**1953** 181:16
262:22 264:3,8
264:11,16,25
**1954** 265:1
**1956** 229:23
**1959** 227:1,1
**1960s** 84:6,8
333:15 334:2
339:14
**1961** 212:19
**1962** 256:3
258:3
**1964** 47:2
**1965** 46:4
170:14

**1966** 239:7
**1968** 69:20
**1969** 106:12
**1970s** 27:19
28:16 198:14
**1971** 329:20,24
330:2
**1972** 334:2
**1973** 192:20,24
**1974** 190:22
205:11
**1975** 185:16
276:22
**1980** 197:10
**1980s** 63:5
198:15 200:25
258:7
**1981** 221:18
**1983** 214:3,11
215:4,25 216:7
217:6 258:6
**1984** 195:3,10
221:22
**1986** 194:20
**1987** 181:16
300:3
**1989** 6:7 214:3
214:11 215:25
**1990s** 84:11
**1993** 43:13
**1997** 44:15
136:25
**1998** 152:18

**19th** 82:14
100:7 126:22
299:8 307:10
**1:00** 230:15
**1:32** 178:4
**1st** 298:18
304:21 305:8
305:23 306:14
308:2

## 2

**2** 4:14 13:18
14:23 17:9
42:16,21 55:9
85:23 151:12
182:15 188:3
204:10 227:21
228:9 272:11
275:15,17
279:21 280:18
**2,553** 215:5
**2,654** 215:18
**2,768** 199:22
**2/5** 222:1
**2/7/2025** 6:11
**2/7/25** 4:20
**20** 6:15 31:11
109:9 113:9
164:15 221:11
221:17 286:9
286:13,17,19
334:18,24
**20,082** 215:21

**20,305** 195:6
**20,673** 199:16
202:16 208:7
**200** 36:16,16
105:20 191:18
**2000s** 24:11
25:3,4 26:4
**20044** 2:5
**2010** 35:4
**2012** 263:23
266:11 316:1,4
318:2
**2014** 64:12
**2016** 64:12
**2022** 15:6
**2023** 4:22 41:3
**2024** 4:15
30:12 35:15
40:6 52:9
70:12 164:2
273:14 279:24
283:15 298:19
301:9 306:10
306:16,25
316:9 321:24
**2025** 1:11 6:22
7:6 8:1,6 52:17
52:24 84:8,11
164:2 170:13
185:14 257:14
261:16 279:7
279:21 306:14
313:1

Golkow Technologies,
A Veritext Division
877-370-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 347 of 446

**20s** 95:9

**20th** 82:12
100:8 229:25
307:10

**21** 6:17 288:18
288:22

**212/18** 215:8

**2127** 264:8

**213** 136:5

**21st** 306:25

**22** 6:19 298:3,7

**225** 5:16

**23** 6:21 308:23
309:2

**23,000** 220:21
221:3,25

**230** 220:20

**230,000** 220:20

**237** 5:19

**24** 7:5 71:20
138:7,8 265:12
310:17,21

**248** 62:25

**25** 7:8 56:13
94:8 119:22
144:19 204:15
261:13,18,19
261:23 263:13
312:7,11

**2500** 215:15

**259** 5:21

**26** 7:12 79:19
238:21 279:25
301:9 322:22

322:24 323:14

**267** 6:5

**26th** 302:4

**27** 7:14 329:2,5

**273** 6:9

**278** 6:11

**28** 7:16 279:25
339:3

**281** 200:3

**28144** 2:11

**283** 6:12

**286** 6:15

**288** 6:17

**28th** 302:4

**298** 6:19

**29th** 190:22
302:4

**2:56** 178:8

**2nd** 212:13
215:20 216:1,4
216:5 218:16
292:7,9 293:1

**3**

**3** 1:11 4:15 8:1
15:11 52:2,6,8
62:9 65:7
74:20 83:3
86:2 87:6 93:7
111:18 137:18
182:12 189:7
219:9 220:1
228:11 246:1
321:23 327:9

**3-1** 214:2

**3/1/2025** 6:20

**3/5/2024** 6:12

**30** 13:18 33:11
33:14,25 56:4
72:13 119:22
130:23 132:19
144:2 279:10
329:19,24

**30,000** 242:7

**300** 36:22
153:19

**308** 6:21

**30s** 95:10

**30th** 302:4
305:24 330:2

**31** 338:16

**310** 7:5

**312** 7:8

**31565** 341:17

**31st** 181:16

**32** 241:17
243:6,7 245:1

**322** 7:12

**323061** 213:25

**323136** 194:25

**323165** 201:12

**323166** 199:1

**323355** 200:12

**329** 7:14

**33** 265:12
279:23 290:22

**3300** 215:15

**338** 4:6

**339** 7:16

**34** 137:12
257:18 322:1

**340** 2:5

**35** 25:14
279:23

**35,621** 216:18

**350** 35:22
36:22

**38** 242:19

**39** 242:17,25
243:17

**39,253** 200:5

**3:00** 230:18

**3rd** 8:6 274:3
306:16

**3s** 208:16

**4**

**4** 4:17 15:23
52:2,16 53:24
137:22 178:3
227:23 246:2
261:11,17,18
275:15,19
315:22

**4,000** 242:13
255:16

**4,175** 195:4

**4,992** 217:3

**4/5** 222:1

**40** 63:6,14
130:23 132:19

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 348 of 446

244:10 293:18
**41,000** 218:2
**41,221** 217:6
**411** 1:17 8:8
**42** 4:14
**4497** 1:23 9:12
341:19
**45** 13:18
**46** 62:9,12 64:2
**47** 111:18
**4:15** 245:17
**4:30** 230:17
**4:32** 245:21
**4th** 212:13
291:5,7,24
292:6

**5**

**5** 4:19 13:15
16:8 52:3,7,23
54:2 178:7
191:3 227:25
245:16 246:3
253:21 257:15
261:17 266:5
279:7 280:18
287:1 293:18
315:23
**5,692** 199:20
**5/28/2024** 6:17
**50** 227:9
**50,000** 200:22
200:25 218:1

**50-50** 34:9,10
34:11
**500** 76:25
**50s** 26:5 131:14
206:8
**51,000** 217:18
218:1
**52** 4:15,17,19
213:16
**525** 2:11
**53** 262:15
263:9 265:5
**54** 262:16
263:9 265:6
**55** 126:14
203:7 208:15
209:24 283:18
**59146** 191:4
**5:00** 230:19
**5:30** 31:14
293:11
**5:45** 293:15
**5th** 283:15

**6**

**6** 4:21 64:18,22
64:24 65:4
206:13 245:20
253:23 283:22
293:10
**6,933** 199:18
**60s** 26:6 131:14
206:8

**61** 256:3
**62** 289:9
**64** 4:21
**65** 126:14
203:7 208:15
210:4 222:8
**66** 211:8
**67** 4:23 231:24
240:17
**68** 211:8
**69** 225:7,8
243:5
**692** 5:8 151:13
**693** 5:8 151:20
**6:30** 230:17
**6:41** 340:15,22
**6th** 326:22

**7**

**7** 4:15,23 6:22
7:6 67:13,17
222:23 238:17
293:14 340:13
**7,750** 195:5
**70** 225:8
**700** 220:21
**704.633.5244**
2:12
**704.633.9434**
2:12
**70s** 26:7 29:6
53:14 131:14
188:22 206:10
210:7 223:20

**714** 2:16
**72,000** 36:2
**73** 193:11
198:19
**74** 152:4
197:22 198:2
287:1
**74367** 227:9,11
231:19,23
**74368** 233:16
**7437** 231:22
**75** 72:14
126:14 170:14
191:17 203:8
208:15 222:8
223:9
**76** 191:21
**79** 197:22
198:3,22
**7:00** 230:10,13
**7:23** 1:4
**7th** 52:9 53:8
62:9 72:23
74:18 111:18
121:17 132:23
182:13 245:25
279:21 280:16
308:3 321:24
327:17

**8**

**8** 4:23 5:4
112:22 138:5
201:16

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 349 of 446

**8,000** 56:15
**8/1/2024** 6:20
**8/29/1974** 5:9
**80** 197:11,22
198:3,19,22
**800** 1:17
**8000** 8:9
**80s** 26:8 131:15
208:10 210:7
222:10 224:11
224:24
**81** 197:14
221:19 222:8
**82** 197:14
**83** 197:11
215:6 218:14
218:15
**84** 197:12,13
208:12,13
222:8 280:1
**85** 126:15
170:15 203:8
208:12 209:24
210:2 223:8
**89** 243:5
**8:00** 230:11,14
**8:30** 230:2,4,5

**9**

**9** 4:5 5:6 61:10
87:7 148:5,9
148:10 266:15
266:17 270:20
271:9,19 272:1

272:6 296:7,8
**9,840** 216:7
**9/4/2020** 5:23
**90** 49:5 225:3
**904-0891** 2:16
**91** 49:4,5
**94** 49:3
**95** 145:7
146:17
**997** 152:21
**9:00** 230:10
**9:36** 1:19 8:2,7
**9th** 74:18
268:12 273:14
279:24 282:5
321:24

**a**

**a.m.** 1:19 8:2,7
31:14 55:6,10
85:24 86:3
230:2,14
**abbreviated**
98:10
**abc** 162:8
262:15 264:7
**abd** 49:9
**ability** 84:2
**able** 29:1 42:12
50:19,20,20,21
53:19 70:9
82:12,17 92:22
95:14 107:2
114:14 123:1

123:24 125:9
132:15 150:12
177:12 206:9
228:6 236:14
250:20 263:17
296:23 314:1
317:14 328:7
333:8
**abnormal**
106:15
**aboard** 272:18
**above** 1:21
195:3 249:13
271:2 339:2
**absence** 93:20
**absent** 214:24
**absolute**
203:13
**absolutely** 40:4
77:5,8 100:22
114:23 125:22
129:22 139:17
154:2 155:6
259:1 332:25
333:1
**abuts** 171:19
**academia**
144:13 251:21
321:15
**academic**
335:23
**academics**
144:19 145:10
146:20

**academy** 163:5
240:24
**accentuated**
53:17
**accept** 53:13
153:1
**acceptable**
293:21 314:8
**accepted** 91:17
91:21 92:6
96:5 98:3
**access** 16:21
27:18 28:15,16
53:19 157:25
158:7 204:19
208:23 226:4,5
226:12 247:12
317:9 323:23
**accessed** 65:19
77:25
**accessible**
172:12 183:17
184:22
**accommodati...**
198:13
**accompany**
157:15
**account** 152:15
154:9 202:2
218:8 275:5
**accounts** 152:5
269:14
**accrued** 59:13

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 350 of 446

**accumulated**
34:6,22 78:7
78:11
**accuracy** 66:22
68:12 262:22
**accurate** 31:12
42:24 52:11,20
53:1 54:4
65:20 93:9
248:20 271:19
298:10 318:2
342:16
**accuses** 93:1
**acknowledge**
90:16 91:5
133:18,19
193:8 205:4
260:15,18
274:15,24
282:7 285:8
318:20 321:1
325:13 332:21
339:20
**acknowledged**
147:19 150:7
220:1 285:11
325:16 330:8
334:1
**acknowledges**
151:24
**acknowledg...**
318:23
**acres** 181:11

**acronyms**
49:15
**act** 4:17 10:6
15:6,15 299:16
300:24
**acted** 295:10
**actions** 25:18
**active** 26:21
145:8 146:17
**actively** 194:8
**activists** 319:6
**activities** 57:24
172:21 220:12
229:15 244:11
254:1,3,8,14
255:20 277:17
304:11
**actual** 68:2
**actually** 30:3
51:20 59:23
83:14 97:11
98:5,6 102:23
123:11,12
127:19 139:4
141:15,15
151:2 159:18
197:19,21
198:20 211:7
223:15 314:16
324:7,21
327:15 328:13
**add** 43:2 53:12
217:17 278:5
326:15,18

**added** 188:3
196:25
**adding** 36:7
**addition** 87:13
241:25
**additional** 7:10
78:4 237:7
240:3 244:11
282:23 296:24
332:16
**additions**
344:10
**address** 19:4,4
82:2 83:20
**adequately**
282:1
**adjust** 78:25
**administrative**
256:8
**admit** 153:22
**adults** 135:17
**advance** 73:7
85:16 86:10,19
86:24 87:23
**advanced**
58:15 103:23
211:3 314:25
**advantage**
106:16
**advent** 193:4
**adversarial**
141:20
**advertisement**
229:13,23

**advertising**
263:1
**advice** 79:17,17
**advocates**
90:23
**affect** 58:2 90:4
**affected** 57:20
90:8 95:11
98:15 101:10
197:23 201:7
202:1 210:11
**affirmatively**
11:3 22:12
**afford** 206:9
**afghanistan**
197:23 198:4
**afield** 253:21
**afraid** 85:1
125:7
**african** 225:8
**afternoon**
230:9
**age** 204:15
**agents** 142:3,7
**ago** 11:17
27:23 31:14
35:3 59:24
296:20 316:18
**agree** 53:7,23
67:4 69:9
77:16 86:25
87:1 89:1,2
103:10 129:19
134:16 153:11

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 351 of 446

195:10 196:1
197:3 198:12
237:7 259:6
260:24 271:8
271:25 272:5
290:16 318:7,8
320:12 330:12
335:25
**agreed** 85:17
87:8 166:25
**agreement** 26:9
87:23
**aha** 64:8 93:8
**aha's** 64:14
**ahead** 62:4
245:10 257:14
261:1 266:15
**ahh** 302:18
**aid** 301:20
302:21 303:2,5
**air** 165:14
209:17 234:7
235:12,17,22
235:23
**aircraft** 235:25
**airfield** 166:15
**ait** 58:15 207:5
211:9,24 212:6
212:7 213:10
**al** 96:13,15
**alcohol** 186:10
**alex** 88:3
**alive** 51:16
83:14 123:14

**allan** 20:23
23:7 98:1
119:1 123:4
155:8
**alleged** 134:21
**allen** 59:19
60:4
**alleviate** 223:4
**alley** 165:21
166:1 243:10
243:20 245:3,6
**alliance** 46:9
**alliances** 46:17
**allies** 48:11,11
**allotments**
192:25
**allow** 68:11
125:13 240:17
**allowances**
188:25
**allowed** 61:6
**allowing**
129:20
**alongside** 114:7
**altitude** 152:9
**amazing**
335:17
**amend** 190:11
205:3
**amentum** 7:13
**america** 33:1
43:18,23 45:4
47:10

**american** 5:6
32:22,25 43:21
44:9,9,12,23
46:14 48:11
58:13 64:6
80:24 98:20
109:20 140:17
148:11 151:14
204:21 225:8
**americanism**
46:1 47:9 48:9
**americans** 47:3
185:4
**americas** 46:16
**amount** 30:4
35:25 120:12
205:21 235:10
**amphibian**
169:25
**amphibious**
170:2 172:11
255:22 260:3
260:17
**ample** 219:12
**amtracs** 170:3
**ana** 1:19 8:1,9
**analogy** 129:11
**analysis** 55:19
246:21
**analyst** 323:15
**analyze** 82:17
**anecdotal**
246:10

**angel** 3:12,14
3:16
**angelo** 44:2
**annemarie** 3:15
**annotations**
65:23 93:12
**annual** 135:14
263:2
**anomalies**
156:13
**ans** 3:4 9:8
**answer** 10:22
11:1,12 12:17
12:20 66:19
74:3 78:6,9
79:18 107:7
140:20 146:8
147:14 217:21
282:17,19
284:1,5,12,15
284:18 287:5
289:13,21
290:5 291:3
**answered**
203:11
**answering**
340:8
**answers** 302:24
344:8,10
**anthony** 4:24
6:18 20:16
67:8 280:23
**anti** 46:1 47:9
48:9

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 352 of 446

**anticipate**
238:18
**anticipated**
73:11
**anybody**  79:21
79:24 124:3
157:15
**anymore**  28:23
48:23 72:17
244:18
**anytime**  45:3
**anyway**  92:9
92:17 141:9
**apache**  109:25
**apart**  15:18
19:14 23:3
109:16 155:7
172:19 271:18
**apologies**
147:15 238:20
**apologize**  88:13
147:14 238:5
**apparatus**
65:22 66:3,24
93:11
**appear**  52:25
53:2 194:21
240:14 259:16
274:8,11
283:20 298:9
302:3 329:7
**appearances**
2:22 8:15,25

**appeared**
274:20 328:15
**appears**  52:20
216:3 238:21
240:11 257:19
266:7
**appended**  13:3
42:17 52:4
64:19 67:14
112:23 148:6
151:9 190:14
193:25 225:19
237:17 259:12
267:8 273:4
278:17 283:7
286:10 288:19
298:4 308:24
310:18 312:8
322:25 329:3
339:4
**appendix**
111:16 174:2
**apples**  143:13
**applied**  143:4
**applies**  207:10
212:14 213:2
**apply**  93:23
127:22 143:7
341:22
**appraisals**
233:13
**appreciate**
17:25 141:14
193:21 198:10

251:25
**appreciated**
104:24
**approach**
41:16 107:16
310:2 336:1
**appropriate**
38:22 100:21
342:5
**approval**  86:11
191:25
**approximate**
36:12
**approximately**
35:4,17 36:2
36:14,16 41:3
70:13 192:4
200:5,21,25
273:21
**appy's**  112:8
**april**  1:11 8:1,6
330:2
**archery**  242:22
**archivable**
48:15
**archival**  59:15
302:18,19
**archive**  107:21
127:14 138:12
301:11,25
302:7
**archives**  62:22
65:25 93:14
173:3 293:23

303:6,7
**archivist**
301:10,16
**area**  33:8 83:1
152:7 158:1
160:13,15
168:12 170:2
170:25 171:5
171:19,19
172:5 181:21
184:17 188:16
192:2 202:6
211:14 213:13
227:21,21,23
227:25 228:13
241:25 243:23
243:23 260:24
275:8 284:21
286:5 287:18
287:21 290:13
291:9 292:1
**areas**  45:25
54:16 57:11
157:4 160:1
165:11 172:11
180:17 183:11
188:14 203:3
203:18,23
208:10 210:22
219:17 220:17
222:12,23
224:8 228:3,25
231:6 232:19
232:24 233:2,6

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 353 of 446

233:9 237:2,9
240:8 241:2
242:14 247:14
255:12 259:8
276:6,7,10
277:7,21
278:11 321:20
**argue** 139:6,9
139:17 140:11
244:24
**argument**
28:24 53:18
66:5 131:1
142:16 236:17
**argumentative**
141:23
**arguments**
80:20 264:4
**ari** 20:10
**arizona** 56:12
103:17,18
**arm** 235:22
**army** 51:15,16
57:2 59:6
206:16 320:6
321:9 323:7
326:8,13 332:3
**arrangements**
177:20
**arrived** 82:18
**art** 45:19
**article** 5:21
70:19,20 71:14
72:13 91:14

191:6 221:17
259:16 276:24
**articles** 30:19
127:8
**arts** 44:4
**ascertain** 83:11
271:15
**asia** 43:23
**aside** 202:24
203:13 335:16
**asked** 12:4,9
22:13 34:16
46:22 61:2
90:18 127:12
154:18 180:14
220:16 313:10
339:9,13 344:8
**asking** 10:21
19:3 103:20
107:6 120:17
123:13 125:12
180:23 250:20
328:19
**aspect** 219:10
**aspects** 47:14
**assassinated**
68:16
**assault** 169:25
**assembled**
294:17
**assembling**
293:24
**assertion** 184:5
321:2

**assertions**
68:13 78:1
155:9 294:2
319:22
**assessment**
91:23
**assign** 127:16
**assigned** 211:1
212:12 218:25
**assignment**
70:14
**assimilated**
168:9
**assimilating**
164:18
**assist** 87:18
**assistance**
73:12,13 85:16
86:8 192:8
**assistant** 61:16
61:17 127:17
191:11
**assistants** 61:5
73:15 87:17
114:25 332:3
334:16,19,24
**assisted** 89:7
**assisting** 61:11
86:8 87:19
88:5
**associate** 3:13
3:15
**associated**
65:24 93:13

**associates** 3:12
3:14,16
**association**
64:6
**assume** 11:12
38:21 44:25
54:9 228:13
236:22
**assuming** 91:3
212:5 233:23
236:21 249:15
**assumption**
77:18 231:15
**astutely** 210:10
**athletics** 98:13
98:15 119:20
**atsdr** 270:21,23
270:25 271:5
**attached**
312:19 342:11
**attaches** 117:19
117:21
**attachment**
13:14
**attachments**
312:24
**attacked** 47:3
**attend** 61:3,6
61:15,24 86:10
87:24
**attendance**
85:15 86:7,13
87:7

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 354 of 446

**attended** 87:10 88:2
**attending** 60:23 88:6
**attention** 33:4 263:20 267:24
**attorney** 8:16 12:21 17:21 36:14 76:20 87:12 89:9 179:4 299:2
**attorneys** 12:2 18:19 22:4,7 39:25 89:4 142:3,7 299:6 306:18 324:1,3 335:3
**attract** 244:7
**audible** 50:8
**audience** 77:15 81:1,9 249:11 250:6
**audio** 97:9
**audiovisual** 324:14 325:8 330:15,20 336:20,22
**audiovisuals** 330:17
**audrain** 230:8
**august** 25:11 43:13 116:15 156:23 181:16 190:22 274:3

298:17
**austin** 183:16
**author** 6:21 122:16 151:22 152:18,25 154:3 272:18
**authored** 148:12
**auto** 247:14
**automatic** 243:7
**automatically** 86:9 97:12 117:20
**automobiles** 26:11
**availability** 138:15
**available** 67:7 121:6 122:21 138:12 189:24 190:4 192:2 229:16 259:4 297:16 303:6 303:12 304:8 316:9 318:15 337:12,14
**average** 202:13 211:9
**averaged** 204:1
**aware** 21:24 39:24 40:2 67:25 121:15 141:20 142:2,6

154:22,24 165:25 174:19 285:4 316:6 331:15,19
**axes** 154:20

**b**

**b** 4:10 5:1 6:1 7:1 13:18 14:11 74:22 111:15 140:14 158:25 273:23
**b.g.** 152:17
**baby** 28:11,11
**bachelor** 44:4
**back** 21:4,12 26:15 32:12,24 40:16 41:7 47:11 50:13 51:2 55:3 56:5 58:18 59:22 60:15 71:25 74:17 75:17 76:4,13 77:4 78:17 80:18 81:14 82:4,13 83:4 88:16 91:1 92:20,25 99:7 100:4 102:8 107:2 111:17 115:12 116:7 123:17 126:20 128:14 132:3 136:24

137:1 138:4 146:4 150:14 156:19 159:17 169:11 173:14 176:11 177:11 182:12 184:16 186:20 196:22 201:11 203:7 204:10 207:17 210:9 211:21 212:1,1 213:22 217:20,23 218:3 219:8 222:17 223:1 243:2,16 245:25 261:4 261:11 269:6 269:17 271:22 272:9 275:14 279:7 290:22 293:17 296:18 297:7 301:1 302:2 305:7,16 308:10 315:22 320:5,17 321:23 328:19 332:11 335:17
**background** 16:1 23:17 43:11 57:8 78:4 167:14 266:20 304:17 316:23

**backwards**
211:7 223:9
**backwoods**
169:16
**balance** 134:8
135:5
**ball** 255:10
**ballpark** 34:4
337:17
**band** 230:4
235:7
**barack** 258:8
336:12
**barbara** 112:3
**barracks** 158:9
163:3 164:23
169:1 205:25
246:6
**barrier** 104:7
**barriers** 105:3
106:4
**base** 5:12,19
6:5,7 23:2
24:10 25:18,18
25:20,24 26:13
26:14 27:1,18
29:13 53:14,20
55:25 56:20
57:24 58:1,12
59:4,10 74:23
75:3,5 76:13
116:6 125:13
132:11 133:21
133:22 156:25

157:3,6,9,18
158:21 161:13
162:17 169:25
182:20,22,23
183:6,8,23
184:15 185:20
185:21,25
187:8,8,12,14
187:20 188:2
189:9,12,14,22
190:8 191:6
192:6,7 193:4
194:5,20 195:7
195:12,12,16
196:3,11,14
201:8 204:20
204:24 205:4
205:17,22
206:25 207:2
210:12 219:10
219:14,23
220:5,8 223:4
231:6 237:23
239:11,11,25
240:12 243:19
244:23 254:11
254:11,13
255:1 256:18
257:24 258:1
272:19,19,22
273:23 275:9
275:10 281:19
304:24

**baseball** 255:9
**based** 34:20
222:2 274:19
288:3
**bases** 28:10
45:12 46:11,20
47:17 55:19,25
57:9 59:6,20
60:13 62:17
76:12 183:9,22
209:6
**basic** 58:15
76:7 126:16
129:13 174:14
188:6
**basically** 38:16
41:15 61:16
220:21 235:1
262:4 301:1
**basis** 12:21
34:7 110:23
139:7 189:20
203:2 236:20
**bates** 5:10,13
5:17 6:8,23 7:6
7:11 190:24,25
191:4 194:21
194:25 213:25
226:23 238:5
267:25 268:5
268:18
**battalion**
169:23 288:2,3

**battle** 60:18
116:25 251:11
**bay** 47:19 56:1
160:9 168:11
168:24 169:1,3
169:6,20 170:9
200:1 207:20
208:6 210:14
212:15 228:16
228:22 232:10
234:5 240:4
241:22 243:24
244:8 255:16
277:10 281:10
284:20 287:22
288:3,5
**beach** 130:17
157:4 169:9,10
172:5 174:8
200:3 255:24
256:6 260:9
277:11
**bear** 257:17
**beast** 70:8
83:18 123:15
150:15 251:22
310:3
**beat** 127:24
**becoming**
321:11
**beer** 233:7
245:5
**began** 35:13
62:18 70:11

Golkow Technologies,
A Veritext Division
877-370-3377                                                   www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 356 of 446

198:14 264:8
264:15
**beginning**
43:25 52:8
55:9 57:12
59:16 67:23
86:2 137:22
148:21 178:7
182:18 187:21
191:20 245:20
262:3 272:15
283:22 293:14
298:17
**begins** 13:15
65:8 138:8
190:24 194:22
243:17 263:20
266:17 273:22
**behavior**
204:24
**beirut** 218:16
**belabor** 244:18
**believe** 13:15
29:13 31:22
35:11 36:4
39:20 43:4
60:18 71:4
81:23 88:14,17
100:1 111:13
111:18 113:7
114:20 122:14
134:19 138:5
143:21 144:3
145:16 152:3

161:21 162:18
163:8,10 165:5
165:20 169:21
169:24 171:1
172:4 181:23
182:4 189:6,8
194:8 206:17
206:18 207:14
207:16 208:13
215:10 216:4
216:11 228:4
257:15 273:20
274:18 281:25
282:10 283:16
285:2,21,23
286:25 288:12
289:6 292:1
303:16 305:13
305:22 306:2
308:6 312:20
313:3,6,14
314:15,21,24
315:1,13 317:3
320:21 321:5
327:7 328:17
328:23 333:19
334:6 340:3
**believed** 149:25
**bell** 3:9
**ben** 2:5 108:5
**beneath** 229:15
**benjamin** 6:16
21:14 281:15

**benz** 21:21
**berkeley**
160:17
**best** 24:6 38:17
47:21 84:2
111:2 125:8
126:11 169:17
178:19 194:17
201:2 220:11
255:7 285:13
**bet** 108:2,4
333:7 334:19
**betrayed**
174:22 175:3
176:4
**better** 98:5
125:10 130:22
141:14 174:5
186:1 188:25
188:25 196:14
206:19 224:5,6
224:7 225:2
226:20 235:19
235:19 271:23
335:25 337:2
**beyond** 19:22
142:2 163:19
**bi** 28:18
**bias** 82:22
83:11 84:5,25
88:14,20 89:11
90:2,5 91:5,5
101:8,11
125:25 131:1

134:14 138:2
147:20,25
149:11
**biased** 83:6,7
108:15
**biases** 83:20
92:1,2,13
94:13,14 96:1
150:1 319:14
319:17
**bibliographies**
65:23 93:12
**bibliography**
46:24 47:15
63:2 68:24
75:21 76:5
93:18,20 94:4
94:6 127:25
129:5,8,15
**big** 57:17
105:19 127:25
163:12 167:2,3
167:5 243:10
251:22
**bigger** 174:5
**biggest** 89:16
285:13
**bilateral** 61:14
**bill** 258:7
336:12
**billed** 35:25
36:17
**billie** 230:6

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 357 of 446

| | | | |
|---|---|---|---|
| **billions** 170:21 | **bombing** 256:23 | **boot** 135:12 | **brain** 133:22 329:10 |
| **bills** 15:11 | **bombings** 57:18 | **booth** 68:17 | **branch** 51:14 235:18 |
| **bit** 24:7 30:25 45:2,21 55:13 70:10 85:7 95:17 96:7 102:9 193:17 210:3 214:6 237:12 294:24 310:4 324:24 | **bonnyman** 243:4 | **boots** 104:4,16 | **break** 12:7,10 54:24 85:21 105:3 106:4 137:14,15,25 172:15 188:19 188:20 193:19 225:4 239:10 245:11,24 293:5,6 |
| **blanked** 114:8 174:22 | **book** 58:13 60:4,11 69:18 70:19,19,20 71:19 72:15 78:16 84:17,21 90:10 91:14 92:10 93:25 94:25 95:8 96:14 99:8 100:1,5,15 101:5 103:16 109:23,23 111:3 112:18 122:7,15,20,22 136:25 137:3 148:12,15 150:5 153:20 153:23,24 155:5 156:11 174:21,22,25 175:25 | **bother** 141:13 | |
| **blanking** 322:21 | | **bottom** 66:11 68:8 182:17 190:24 194:21 195:1 201:14 215:2 216:17 226:23 232:1 238:10 241:17 267:25 268:5 270:20 273:22 275:3 280:19 | **breakdown** 57:2 |
| **blend** 167:13 253:15 | | | **breakfast** 230:13 |
| **bless** 133:16 140:25 | | **boulevard** 160:2,14 161:9 199:18 219:17 244:13 264:9 272:8 333:15 334:4 339:14 | **breaking** 177:25 |
| **blown** 102:15 248:14,17 | | | **breaks** 12:6 199:4 214:18 |
| **blur** 37:22 38:10 39:19 168:8 | | **boundaries** 182:22 183:2 | **brief** 28:7 |
| **board** 9:11 45:9 93:24 120:15 | | **bove** 14:14 | **briefly** 10:21 53:3 339:8 |
| **boat** 293:3 | | **bowling** 165:21 165:25 242:22 243:4,4,10,19 245:2,3,6 254:15 | **brigham** 3:11 3:12,14,16 4:19 6:10,11 20:4,7 26:10 60:23 61:1,3 86:12 91:18 98:23 117:5 118:21 123:6 127:6 130:14 131:3 140:5 |
| **boating** 242:22 | **books** 30:19,21 32:25 59:15 69:15 92:23 93:5,17 101:1 111:25 144:13 147:19 | **box** 2:5 | |
| **bob** 139:11 147:5 | | **boxes** 179:13 297:3,12 | |
| **bogue** 258:5 | | **bragg** 218:10 218:11 | |
| **bolded** 191:9 | | | |
| **bomb** 57:22 | | | |

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 358 of 446

141:13,17
143:5,10,15
144:3 166:25
194:6 236:14
262:10,12
264:24 266:21
267:1,22 269:8
270:3,21 271:1
271:20 272:17
273:12 274:2
279:3,14,19,20
279:24 280:4
280:17 282:1
283:2 303:17
303:22 307:15
316:8,17 319:9
321:2 332:6
334:14

**brigham's**
89:17,23 95:8
133:19 188:11
197:3 238:2
264:4 265:12
265:22 268:11
268:23 271:14
274:18 275:4
275:15 281:23
304:3 307:8,22
313:16,19
315:14 331:4

**bring** 287:14
315:20

**bringing**
133:20

**broad** 75:23
102:11 218:3

**broader** 22:14
57:14

**broadly** 43:21
43:22 126:4
145:9 146:19
247:20

**broke** 178:10

**brokered** 176:9
176:21

**brother** 250:10
264:12

**brought** 106:13
111:4 117:4
118:5 127:16
198:5 210:10

**brundage** 4:24

**brundage's**
67:8

**bucket** 209:15

**budget** 334:25

**buffalo** 159:7
163:11 166:17
166:21 281:1
281:18 285:5
290:4 322:3,7
323:11,12
324:12,20
325:12 326:1
334:17 336:24
338:5 339:18

**buffaloes** 23:1
167:3,8,23

254:6 275:7,11
275:24 276:14
278:1 282:2
285:16 287:3
287:12,15
288:4 289:12
289:18 290:17
290:25

**build** 74:10
195:20 198:3

**building**
111:24 159:9
188:1,5 227:17
228:7 239:16
240:5,17 241:7
243:5 246:18
269:10 276:21

**buildings** 172:8
246:7 256:9

**builds** 162:1

**buildup** 197:13
197:15 215:16
217:11

**built** 166:3,3
170:18 184:2
278:10

**bulls** 275:24

**bunch** 120:6

**bunkers** 172:2

**bureaucratic**
108:10

**buried** 50:1

**burkett** 152:17

**burned** 106:12

**bus** 26:17,21
204:18 205:9,9
205:16 220:6
223:13

**busan** 28:24

**bush** 258:8

**business**
264:13

**busy** 168:9

**butchering**
39:17

**button** 115:11

**buy** 254:16

**buying** 238:15
238:17

## c

**c** 2:1 3:1,13
14:11 140:14

**cab** 209:3

**cadre** 207:7

**cagiano** 21:18

**calculated**
201:25

**calculations**
33:16

**california** 1:19
8:1,10 9:12
33:6 341:6

**call** 25:16
75:21 102:14
109:17 155:1,1
155:15 311:9

Golkow Technologies,
877-370-3377　　A Veritext Division　　www.veritext.com
Case 7:23-cv-00897-RJ　　Document 362-5　　Filed 04/29/25　　Page 359 of 446

333:22
**called** 9:15
31:13 32:11
103:16 109:24
**calling** 31:16
**calls** 92:23
173:23
**cam** 152:6
153:17
**camp** 1:4 4:17
5:16,20,22 6:5
7:15 8:10 10:6
14:7 15:5,14
23:16 24:1
25:8 26:3,18
26:22 27:5,8
28:23 29:13,14
30:5,7 35:14
35:21,25 40:3
46:22 54:11
55:16,17,21,21
56:6 57:3,4,10
57:12,17,20,22
58:21 59:16
60:8,10 62:20
63:2,8 72:7
97:20,21
109:23 116:6,9
116:13 124:18
124:23 131:6
131:11 134:20
135:12 142:23
156:20 160:11
160:11,23

162:12,17
164:5,8,11,23
165:12 168:5
170:13,14
172:22 174:20
176:7,10
177:17 178:12
179:17 180:11
181:11,20
182:5 183:12
183:18 184:9
184:10,11
185:11 186:14
188:12,23
189:15 197:5
199:5 200:8,15
200:18 201:1
202:11 207:3
207:10 210:1
210:13,13
212:6 214:4,13
217:5,10 218:5
218:17 219:1,2
222:2 227:2
228:9,11 231:8
231:9 232:7,10
233:21,23
234:1,3 236:19
238:3 240:3,9
240:20 243:19
258:5 259:8
260:4,23
266:10 269:11
273:24 274:3

274:19 275:25
276:2 277:4,8
277:8,16 281:2
284:11 285:6
287:6,8 289:13
289:20,23
290:2,19
291:16,23
295:6 299:17
300:15 301:22
304:12 317:21
325:2 327:1,13
327:15,15
329:10,12,13
329:19 336:7
**camping**
242:23
**camps** 295:11
**campus** 53:14
56:13,15
133:20,21
192:25
**canal** 45:13
46:15 47:2,5
**cancer** 28:12
**candid** 138:20
**canteens** 254:4
**capacity** 66:19
231:5
**caption** 259:18
322:6 326:18
338:7 339:15
**capture** 7:13
211:13

**captured** 340:4
**car** 26:15 36:25
206:9
**careful** 212:21
249:8 253:4
**carefully** 340:2
342:3
**carlsbad** 24:22
183:20
**caro** 139:9,11
145:19,20
147:5
**carolina** 1:2
2:11 5:19 8:12
15:4 182:1
227:2 260:5
328:5 329:21
**carries** 139:16
**carry** 220:7
**cars** 26:3 53:14
133:20 189:3
204:16,22
205:4,18,22
206:7 208:24
220:6 223:12
**carter** 198:3
**cascading**
225:9
**case** 1:4 17:14
17:15 19:19
27:21 28:6,7,8
28:21 29:3,17
31:15 32:3
34:11,15 35:9

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 360 of 446

36:15 37:1,16
38:9,13 87:6
127:5 150:8
197:7 201:8
205:24 210:4
239:5 260:8,13
300:6 320:7
330:25 337:2
338:1
**cases** 1:6 27:25
31:1,4,10,23
38:21 39:5
94:7,8 152:25
189:17 222:24
300:16
**catalog** 328:21
**cataloged**
294:17 328:14
328:22
**cataloging**
293:25
**catch** 335:18
**catching** 214:5
**catholic** 239:23
**caught** 331:6
333:4
**cause** 264:25
279:19
**censoring** 96:2
**census** 186:21
**center** 163:9
167:21 206:2
243:4 244:14
244:15,15,16

245:8 256:9
259:21
**centerpiece**
220:11
**centers** 243:1
243:17
**central** 97:19
228:13 242:6
243:23 314:22
**century** 82:12
82:14 100:7,8
126:22
**certain** 40:10
71:16 95:5
101:25 106:23
117:9,22
177:19 187:3
246:5 280:23
**certainly** 69:1
**certificate** 1:23
341:2,12,19
**certification**
341:21
**certified** 1:21
9:10,16 341:4
341:6,20
**certify** 341:7
**certifying**
341:23
**cervical** 28:12
**chagrin** 102:2
**challenge**
106:24

**challenged**
90:1 137:2
**challenges**
110:9 148:23
149:16 151:25
**chance** 320:5
**chances** 331:6
**change** 43:3
73:8 153:25
186:18 188:10
188:23 189:1
193:9 196:24
206:10,22
268:23 332:17
343:4
**changed** 72:24
108:2 137:2
153:23 161:4
192:23 195:19
195:25 197:1
208:5 255:5
260:21 332:25
333:5
**changes** 19:13
65:12 126:15
198:23 251:14
342:9 344:10
**changing** 137:3
222:17
**chapel** 158:23
166:11 239:10
239:11,12,14
239:19,25
240:1,4,4,4,18

325:3
**chapels** 240:6
240:12,22
295:16
**chaplains**
241:11
**chapter** 4:23
**characterize**
38:18 211:13
319:5
**charge** 298:22
**charles** 6:18
**chart** 283:19,20
**chase** 133:14
**chats** 14:4,25
**cheap** 183:17
186:16
**cheaper** 184:22
189:3 206:11
**check** 52:14
68:11,22
107:21 192:6
216:11 217:12
221:3 297:24
308:10,13
332:2,3 336:2
**checked** 41:18
**chemical**
264:14
**chevy** 105:5
**chief** 191:11
301:9,16
**children** 32:14
32:16 71:17

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 361 of 446

135:16 254:9
**chinese** 295:11
**chivington**
101:25
**choice** 153:16
184:12 186:1
249:4 250:14
321:15
**choices** 82:14
**choose** 126:13
**chose** 223:15
**chosen** 338:8
**chow** 284:8
**christian** 112:8
**christmas**
235:8
**chronologies**
126:7 155:14
172:24 190:3
222:18 236:24
269:16
**chronology** 6:5
177:10 267:17
**chu** 152:7
153:17
**church** 102:2
240:18
**churches**
185:20
**cia** 33:13
**cindy** 2:4 8:20
**cindy.hurt** 2:6
**circle** 41:7
84:12

**circling** 47:11
**circumstance**
313:25
**citation** 61:8
65:20 69:10
72:6,7 75:10
75:15 93:9
322:9 329:17
333:17
**citations** 68:13
72:12 73:19
77:4,17 129:1
282:16 313:20
**cite** 67:5 266:22
270:4 280:24
282:21 299:23
336:3
**cited** 112:19
213:1 264:1
268:19 280:4,9
293:24 295:24
316:8
**cites** 279:20
280:22 281:6
281:14
**cities** 181:25
**citing** 270:5,5,8
279:22,25
**citizen** 32:14,16
**city** 222:13,14
**civil** 13:18
45:20,23
**civilian** 29:8
74:25 158:7

191:15 192:13
201:18 202:3
202:13,22,25
214:23 217:25
**civilians** 26:13
201:7 203:25
217:22 254:9
**cl** 6:23 7:6,11
**claim** 15:2
17:10,16 134:5
153:21 247:9
247:17 259:1
**claiming** 28:10
**claims** 17:15
154:3
**clarification**
19:21 95:12
181:14 313:10
**clarifies** 17:24
**clarify** 11:11
49:10 61:23
171:3 206:12
218:19 224:19
325:20
**clashes** 75:6
**class** 110:19,21
**classes** 16:11
144:9 177:19
212:3
**classified**
238:15
**classroom**
55:20

**cleaner** 324:23
**cleaners** 162:9
262:15 264:7
**cleaning**
247:15
**clear** 11:7
12:22 65:10
90:10 94:11
118:25 174:18
202:17 261:1
272:17 274:11
**clearly** 11:1
**clemente**
329:13
**clga** 337:12
**clinton** 258:7
336:12
**clip** 232:23
**clja** 5:13,17 6:8
194:23 268:1
269:22
**close** 33:4,5
152:14 171:23
221:21 244:5
251:11
**closed** 261:7
**closely** 72:9,19
294:8 326:11
**closer** 72:14
174:13 277:21
289:20 326:7
**closest** 41:2
99:18 287:9

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 362 of 446

**club** 229:14 232:8,10,13,15 232:17
**clubs** 227:14,20 228:25 232:2 254:15
**clusters** 68:6
**cmo3** 61:5
**coast** 5:19 152:8 168:18
**coastal** 152:7
**cocktail** 230:10 230:17
**coercion** 185:18
**cognizant** 148:2 251:17
**cold** 45:11 187:4
**coldest** 51:24
**colleague** 112:15
**collect** 303:11
**collection** 63:4 242:7
**collections** 63:7 63:14 112:6 329:21
**collective** 66:18
**collects** 113:16
**colonel** 20:18 24:2,4,5,6,7,13 25:10,13 26:18 27:8

**colonial** 184:16
**column** 191:10 199:6 214:19 215:3,11 216:18
**comb** 333:8 334:20
**combat** 5:6 51:20 56:8,22 58:7,8,13 95:2 107:23 131:10 148:11 149:20 151:14 169:22 184:20 287:17 287:21 288:2
**combination** 100:12 246:18 247:2 253:14
**come** 21:12 26:15 28:10 46:12 55:3 58:25 78:23 81:14 84:12 99:6 110:6 114:8 116:7 147:17 167:25 291:1 329:25 332:1 335:17
**comes** 34:5 87:7 98:13 113:9 251:19 336:18
**comfort** 139:24

**comfortable** 18:25 80:8 115:18 125:5 252:22 310:11
**coming** 26:13 58:17 119:18 201:8 211:20 251:13
**command** 126:7 155:13 172:24 190:3 222:18 236:23 269:16 291:4
**commanding** 28:22 29:3,6
**commencing** 1:19
**comment** 288:9
**commentaries** 113:17
**commenting** 100:7
**comments** 278:7
**commissary** 165:16 183:24 209:21 221:6 222:21 254:17
**committed** 182:3
**committee** 64:11 299:15 305:25

**common** 82:6,9 82:10 91:17 93:21
**commonalities** 156:12
**commons** 158:1
**communication** 17:12
**communicati...** 13:22 14:6 15:1 17:9,11 299:3
**communities** 192:13
**community** 133:24 144:17 184:1 186:6 191:15 193:4 196:4 239:16 240:5 241:6,7 244:10,14,14 244:15,16 245:8
**commuting** 37:7
**comparable** 242:14
**comparative** 30:11 44:18 54:20 55:18 73:13 265:11
**compare** 30:4 72:7 222:25 236:18 242:3

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 363 of 446

242:11 248:11
272:9

**compared**
181:25 183:18

**comparing**
217:15 271:2

**comparison**
24:11 30:16
143:13

**compatriot**
257:11

**compensation**
15:13

**complementary**
253:16,19

**complete** 11:25
42:24 52:10,12
52:20,25 54:3
137:7 138:20
211:22 230:13
298:10

**completed**
62:18 208:18
208:20

**completely**
44:13

**completing**
31:24

**complex** 214:4
214:13 272:2,4

**complexities**
98:22

**component**
33:7

**comport**
195:14 200:25
202:10

**composed**
204:14

**compressed**
72:3 73:10
130:5

**computer**
133:3

**concentration**
48:14

**concept** 136:21
234:22

**conceptually**
213:1

**concern** 85:13
121:23 252:9
260:22 261:2
262:24 264:25

**concerned**
85:15 318:14

**concerning** 6:6

**concluded**
340:22

**concludes**
338:19 339:24
340:10,13

**conclusion**
269:7 293:19
293:20

**conclusions**
28:20 32:19
53:8 54:6 74:8

81:12 82:19
94:15 182:18
262:4 269:1

**concurrent**
311:6

**conditions**
34:17 249:17

**conduct** 4:21
49:1 64:15
65:6 96:11
142:4

**conducted** 1:15
96:9 99:21
104:15 140:7
179:18 293:22

**conducting**
34:7

**conference**
145:4 146:12

**conferences**
144:7

**confined**
295:11

**confirm** 157:18
199:12 228:5,6
241:19

**confirmation**
292:4

**confirmed**
264:7

**conflicting**
291:10

**confused**
108:20 168:22

**confusing** 38:3
159:19 165:5
334:10

**congress** 319:3

**congressional**
191:20,24
299:9,15

**conscious**
105:8

**consent** 86:20
86:24

**conservation**
246:21

**conservative**
253:8 336:1

**consider** 76:9
109:18 125:12
126:5 144:24
145:22 179:4
246:17 248:2
248:20 279:15
321:11 335:2

**considerable**
246:9

**consideration**
292:15

**considerations**
251:4

**considered**
128:10 149:11
217:22 282:10
282:14

**conspicuously**
270:24

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 364 of 446

constant 25:23 46:17 220:5

constantly 34:3 197:4

constitute 205:14

constituted 224:25

constitutes 31:20 139:19

constraints 132:15

constricted 107:1

construct 105:14 276:9 277:20

consult 109:15 155:8

consultants 17:19,22

consulting 68:22

contact 38:8,22 40:15 177:2

contacted 40:7 40:9 191:12

contain 54:10

contained 16:19 219:11 262:5 289:24

contains 303:6

contamination 6:6 134:21

266:11 271:18 316:5

contend 263:16

content 32:1 79:12,17

contents 179:8

contesting 231:1 265:15

context 22:21 25:2 72:20 83:12 84:7 85:4 90:2,13 101:23 108:10 124:2 151:18 154:21 171:18 198:8 206:5 260:22 300:4,5 300:19

contextualize 84:5

continue 54:15 88:10 144:8

continued 2:22 3:1 5:1 6:1 7:1 33:3,3 198:14

continues 149:8

continuing 86:11 168:11 244:10

contradict 100:6 251:23 262:21 280:10

contradiction 133:17

contradictions 280:13

contradicts 133:15

contrary 120:1 288:9

contrast 222:25 236:18 242:3 242:12 272:10

contributed 204:23

contributing 314:11,12

contribution 66:18

control 14:1 45:25 71:24 263:2 341:23

convenience 237:11

convenient 205:17 223:12

convention 32:5

conversation 10:17 23:20 122:15 298:25 299:20 301:9 301:15,19 303:1,19,22

conversations 14:4,25 33:12

139:4 176:6

coordination 88:3

copies 16:17 118:5 128:8

copious 246:11

copper 104:22

copy 5:4,9 12:1 42:24 52:11,16 52:21,24 53:1 63:24 113:3 190:19 297:20 331:13 333:9 341:11

copyright 117:19,21

core 113:13

corner 267:25 283:20 322:2 327:20

corporals 191:18 208:16

corporation 299:18

corps 6:5 24:3 39:10 45:7 56:9,25 58:25 59:21 60:1,14 62:22 75:2 83:25 107:21 125:7 162:25 165:14,18 173:3 184:2,6 184:8 185:10

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 365 of 446

| | | | |
|---|---|---|---|
| 185:23 205:14 | 139:1,25 140:1 | 242:1,4,23 | 334:12,13 |
| 206:17 209:21 | 143:2 147:22 | 243:13 244:16 | **corrections** |
| 223:3,10 | 147:23 148:12 | 244:17,23 | 12:3 342:4,6 |
| 224:11,23 | 149:6 150:19 | 255:21 258:11 | 344:10 |
| 231:4 234:7 | 163:20 168:15 | 258:12,14 | **correctly** 14:17 |
| 235:7,12,18,22 | 171:4,6,19 | 259:8 260:11 | 15:7,16 16:2 |
| 237:9 246:20 | 175:7 178:18 | 261:20 265:20 | 16:15,16 60:3 |
| 260:3 273:23 | 179:20,21 | 266:3 267:19 | 63:12 65:15 |
| 275:21 301:10 | 181:12,22 | 267:22 268:9 | 66:8 67:2 69:7 |
| 301:16 304:19 | 182:7,8 199:3 | 269:25 273:14 | 112:11,12 |
| 328:6 329:19 | 200:6,7,9,16,22 | 273:17 274:4 | 113:20 138:22 |
| 329:20 | 200:23 203:20 | 274:13 276:25 | 149:4,22,23 |
| **correct** 10:4 | 205:1,5,6 | 279:4,5,12 | 153:3,4 183:4 |
| 11:23 16:3 | 206:25 207:4,5 | 280:5,6 282:3 | 189:18 192:9 |
| 23:4,5 24:5 | 207:10,13,23 | 282:4,8,24 | 195:8 199:13 |
| 30:12,23 35:15 | 208:24 209:18 | 285:22 287:22 | 201:22 202:7 |
| 35:16,19 36:8 | 209:22,25 | 290:1,14,15 | 204:25 214:4 |
| 43:9 44:5,6,15 | 210:16,21,23 | 292:15,19 | 219:19 243:25 |
| 44:16,19,20 | 211:15 212:3,4 | 296:15,25 | 246:14 254:21 |
| 46:23 53:2 | 212:8 213:4 | 303:23 308:8 | 260:6 264:19 |
| 61:12,18 64:12 | 214:13,20 | 311:5 313:1,2 | 266:13,23 |
| 64:13 66:9 | 215:5,7,18,21 | 313:23 314:17 | 267:3 271:6 |
| 75:11,12 79:21 | 215:22 216:2,3 | 315:17 318:5 | 272:24 273:25 |
| 88:21,22 89:5 | 216:10,19 | 318:11,12 | 275:12 276:11 |
| 89:11 100:2 | 217:4,7 218:6 | 319:3 322:4,7 | 277:12,23 |
| 102:13 106:6 | 218:7,22 219:2 | 327:12,13,22 | 280:2 281:3,11 |
| 111:14 112:19 | 219:3 224:22 | 327:25 328:22 | 281:20 284:22 |
| 113:23 115:6 | 227:2,18,21,23 | 333:15,16,18 | 287:19 290:10 |
| 115:11 117:17 | 228:3 231:6,7 | 334:5 335:20 | 294:4,13 |
| 117:20 119:1 | 232:8,11 | 337:1 339:11 | 305:10 316:12 |
| 119:14 120:20 | 233:19,21 | 339:16 340:2 | 316:19,24 |
| 122:17,22 | 239:5,12,13,14 | 341:11 | 329:22 |
| 123:22 124:8 | 239:17 240:13 | **corrected** 36:10 | **correlated** |
| 128:24 132:16 | 240:16 241:23 | 153:6 334:11 | 246:9 |

Golkow Technologies,
877-370-3377   A Veritext Division   www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 366 of 446

**corresponded**
228:2
**corresponden...**
14:3,20,24
**corresponding**
68:7
**corroborate**
107:24 108:1
110:17 120:25
125:21 155:9
155:24 314:6
317:12,14
319:20 320:17
325:23 336:3
**corroborated**
149:18 155:13
156:8 294:1
314:10
**corroborating**
124:21 126:1,5
**corroboration**
107:18 108:17
110:9 148:1
**cost** 184:25
192:4
**costa** 48:5 51:4
**cotten** 1:21
8:14 9:9
341:19
**counsel** 12:15
12:19 41:13
63:23 85:8
86:14 87:4,11
87:13,14,18

297:19 308:12
331:20 336:25
337:10,15
338:20
**count** 31:12
145:20,21,22
178:25 202:22
202:22
**counties** 182:1
**country** 32:7,8
34:12,18 55:19
183:13
**county** 182:5,6
189:15
**couple** 51:1
93:1 131:8
187:24 308:16
308:19 332:24
**course** 16:9,9
16:10,10,20,22
16:24 30:19
47:24 56:16
59:7 77:24
78:14 103:6
211:15 212:7
213:3 235:23
295:17 322:18
**courses** 16:12
212:1 243:14
**court** 1:1 8:11
8:14,17 9:10
10:14 11:5,20
73:9 76:20
77:3,17,23

87:15 88:25
89:3 94:7,8
98:3 99:18
101:20 146:3
250:17 330:12
332:7 334:10
342:16
**courthouse**
169:3,6,20
170:9 200:1
207:20 208:6
210:14 212:15
228:16 232:10
234:5 240:4
241:22 243:24
244:8 255:16
277:10 281:10
284:19 287:22
288:3,5
**covered** 35:11
53:3 248:1
**covering** 268:5
**covers** 237:1
**cowboy** 104:4
104:16
**craft** 138:3
150:2
**create** 97:19
130:19 131:19
141:25 188:16
**created** 167:1
184:8 185:3
186:14

**creating** 133:25
**creation** 188:12
**creators** 184:7
**credentials**
100:5
**credit** 101:13
**creek** 84:21
94:1 95:7 99:3
101:22 102:5
170:25 171:5
171:18 216:10
**crimes** 75:3
**crisis** 197:23
198:5
**critical** 66:17
**critically**
153:13
**criticism**
279:17
**criticized** 69:18
69:23 150:18
303:17 315:14
**criticizing**
153:12
**critique** 82:13
94:10 100:5,8
100:9 123:10
141:14
**critiqued** 101:7
303:20
**critiques** 69:14
98:24
**critiquing** 82:6
95:15 154:4

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 367 of 446

| cross | d | 329:24 330:1,3 | deal 137:1 |
|---|---|---|---|
| 253:15 | | 341:15 342:8 | 262:10 |

cross 226:14
253:15
crowds 259:7
260:9,23
crushed 136:1
crème 224:2,2
csr 1:21 341:19
culled 270:23
cultural 76:14
220:12
culture 46:8
cum 44:14
curious 219:6
current 84:7
118:17
currently 87:20
107:5 168:14
207:7
curriculum
4:14
custody 14:1
customers
221:25
cut 144:15
155:24 156:1
173:4 238:6
cutting 223:23
cv 1:4 15:24
16:4,19 42:20
42:25 43:3
cycle 212:10
cycling 211:19

**d**

d 4:1 14:12
140:14 241:25
d.c. 2:5
dad 250:12
dadt 84:9
daily 5:21
139:7 189:17
203:2 253:25
254:8 258:14
259:3,15
damage 170:21
dance 225:5
230:1,3,5
danced 225:8
dane 23:16
24:2,8 25:17
dangerous
238:19
dark 337:4
data 13:24 14:5
186:21 196:6,8
198:16 201:16
201:17,25
203:10 208:13
208:14 246:16
database
337:13
date 1:21 8:6
33:11 35:25
40:5 190:20
262:23 264:3
265:1 305:1

329:24 330:1,3
341:15 342:8
dated 4:19 5:23
6:19 118:16
257:5 263:23
dates 25:7
40:11,19 73:8
302:2
dating 196:22
david 14:12
20:13,21 147:7
dawn 109:24
day 57:23,23
60:16 117:10
136:4 167:10
168:9 172:21
172:21 177:17
202:2 220:21
221:4 230:14
243:6 344:13
days 11:24
59:24 133:7
152:21 291:5
de 184:2
185:23 224:2
dead 94:21
106:13
deadline 72:22
115:2 320:19
321:7
deadlines 71:10
124:4 320:4
327:7 335:9,23
335:24

deal 137:1
262:10
death 27:21
35:8 117:10,10
127:24 264:13
debate 47:4
debates 139:18
decade 27:23
317:25
december 4:15
52:9 53:8 62:9
70:12 72:23
73:5 74:17,18
111:18 121:17
132:23 181:16
182:13 245:25
268:12 273:14
276:22 279:24
282:5 306:16
306:25 321:24
321:24 326:22
327:17 333:12
decide 39:21
decided 40:10
41:9 225:5
decision 40:17
41:6
decisions 82:25
declaration
32:19 34:8,16
248:18 251:5
344:4
declarations
28:2 31:24

Golkow Technologies,
A Veritext Division
877-370-3377                                 www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 368 of 446

32:2 72:1,8
247:24 248:2
250:1 251:3
**declare** 344:6
**decreases**
216:2
**deem** 344:11
**deemed** 342:15
**deep** 33:14
119:11
**deeper** 58:3
**defense** 2:2
191:14 192:12
**defined** 145:9
146:19
**defines** 138:17
**defining** 213:7
**definitely**
198:22,23
235:10 240:21
**definition**
114:20 139:6
140:4,15,22
144:11 274:25
304:3
**definitions**
140:9,10 304:4
**definitive** 188:7
**degree** 44:2,25
103:23 114:3
126:23 127:23
170:13 171:10
262:12 286:6

**degrees** 48:15
**delegate** 321:10
**deleted** 339:11
**deleterious**
253:12
**delve** 224:19
**demographic**
204:13
**demonstrate**
226:24
**demonstration**
260:2
**demonstrative**
118:4,14,16,18
339:19
**dennis** 3:17 9:1
**denoting**
206:15
**dental** 216:25
**deny** 157:18
231:7,16
252:16
**denying** 241:1
**departed**
164:11
**department**
1:15 2:3 3:4,6
3:7 15:3 33:13
184:7 191:14
192:12
**depend** 32:3
37:15 187:15
211:21

**dependent** 29:9
142:23
**dependents**
131:17 195:5,6
201:20 202:4
202:14
**depending** 90:5
197:8 198:18
247:13 249:11
250:5
**depends** 31:19
33:17 69:16
83:24 96:12
211:4 310:8
**deployments**
218:9,24 219:2
**deponent** 8:13
87:11
**deponent's**
87:12
**deposed** 10:8
**deposing**
118:21
**deposited**
114:15 117:13
**depositing** 93:4
**deposition** 1:14
4:11,12 5:3 6:3
6:13,15,17 7:3
8:8 10:14
11:25 13:2,8
17:6 18:6,9,9
18:11,13,20
19:8,25 20:6,9

20:10,12,15,18
20:21 42:16
43:6 52:2
60:24 61:4,7,9
61:15,25 63:24
64:18 67:13
86:7,12,14
87:3,9 98:2
103:11 105:23
107:6,11,12
108:21,22
112:22 114:6
114:19 115:19
115:23 119:12
119:14,18
120:1,24
127:21 148:5
151:8 190:13
193:24 225:18
237:16 248:18
251:8 252:2,11
253:13 259:11
262:21 263:25
264:6 267:7
273:3 278:16
279:15,20,25
280:24 281:7
281:15,23
283:6,14,19
286:9,20,24
288:18 289:2
291:11 292:18
297:20 298:3
308:23 310:17

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 369 of 446

312:7 322:24
329:2 339:3,25
340:1,11,14
342:3,11,15
344:7
**depositions**
19:19,21,23
21:7,24 22:1
22:11,17,22,25
23:3 86:10,19
87:24 88:2,7
102:19 109:17
130:24 155:16
172:19 246:23
247:22 250:1
250:17 251:18
253:8 279:16
280:7,9 292:12
**depot** 57:5
284:21
**describe** 24:21
47:22 56:20,20
84:14 129:12
166:21 234:25
298:20
**described**
25:19 235:5
237:11
**describing**
15:24 249:6
251:24
**description**
4:11 5:3 6:3
7:3 84:17

274:20
**descriptions**
23:2
**design** 183:17
184:24
**designed** 184:9
**designee** 87:15
**designers**
182:20 183:6
**designs** 183:10
**desire** 75:5
136:11
**despite** 149:15
**destinations**
284:7
**detail** 88:19
91:12 96:4
105:16 161:25
271:23 294:25
300:16
**detailed** 57:10
76:10 116:12
271:3
**details** 39:13
68:21 193:20
**determine**
93:19 241:9
248:22 265:5
**determined**
82:21 259:3
**determining**
26:12
**develop** 130:15

**developed**
201:17 223:3
**development**
91:1
**deviate** 97:25
**deviation**
131:24
**device** 50:20
**diaries** 249:12
**diary** 248:8
**dice** 141:12
**dictates** 191:14
**died** 57:21
132:4 152:20
225:7
**diego** 24:23
57:6 183:19
**difference**
99:24 128:25
144:10 202:24
240:21 263:18
334:25
**differences**
59:6 230:23
**different** 34:11
34:12 47:25
48:9 54:16
56:23 57:11
63:6 70:8
71:24 78:25
81:1,9,10
83:17 84:10
90:3,8 94:8
96:20 98:21

101:7,7,15
102:12 103:11
105:20 107:4
108:8,13 110:5
114:6 118:18
119:9 122:25
123:15 124:21
126:8 132:12
136:4 140:19
140:20 145:10
146:21 150:15
156:16 164:3
167:11 169:18
170:14 185:15
185:21 189:4
204:19,20
207:15 210:11
212:19 220:7
230:24 240:12
250:11 251:21
272:21 286:1
287:5 291:22
292:22 293:23
297:7,9 306:13
310:2,2
**differential**
121:1
**differentiate**
110:8
**differentiated**
107:10 108:21
**differently**
133:23 135:17

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 370 of 446

**difficult** 11:5
93:18 97:25
134:16 211:16
249:16
**difficulty** 12:13
191:19
**dig** 50:13
**digital** 65:14
301:11,25
302:7
**digitally** 65:17
**digressions**
106:25
**diluted** 264:17
**diminish**
257:25
**dinner** 230:7
**diplomatically**
56:2
**direct** 74:13
144:8 178:16
180:5 250:21
262:25 267:24
282:15 341:23
**directed** 182:21
183:7 185:9,9
**directing** 76:12
**direction** 169:8
**directly** 18:10
19:4 69:6
136:13 179:23
282:21 292:17
294:22 299:23
337:11

**director** 39:8
117:8 151:3
257:4
**directories**
5:17
**directory** 226:2
227:2
**disagree** 91:22
139:3
**disagreeing**
264:24
**disagreements**
285:15
**discipline**
69:16
**disclose** 179:7,8
**disclosed**
326:16,19,21
**discoverable**
79:20
**discovered**
98:12
**discrepancies**
249:1
**discuss** 24:9
26:17 28:14
55:24 56:16
96:18 97:20
110:18 136:11
298:23 307:5
307:17
**discussed** 59:25
88:23 119:14
119:17 120:18

142:25 147:21
149:24 205:2
219:18 286:2
294:19 307:19
318:9,22
330:25
**discussing**
232:5 271:20
327:21
**discussion**
26:16 73:24
84:10 299:14
340:16
**discussions**
59:14 73:19
110:12 178:15
**dismantling**
341:11
**displaced** 94:2
94:3
**disproportion...**
235:10
**disprove** 74:11
**dispute** 69:1
**disqualify**
140:13
**dissertation**
48:2,3,19 49:4
49:7,10,11
**distance** 149:2
**distances**
272:21
**distinct** 99:23
270:4

**distinction**
100:20
**distinguish**
314:1
**distinguished**
260:1
**district** 1:1,2
8:11,12 15:4
17:17 171:24
**dive** 119:11
137:5
**division** 8:5
212:13 215:20
216:2 290:9
291:6
**doctor** 267:12
273:9
**doctor's** 133:1
**doctorate**
47:12 48:2
**doctrine** 207:6
**document** 1:6
6:21 7:5,12
13:1,10,16
42:15 64:17
66:23 67:5,12
84:6,8 112:21
117:5 127:2,6
127:15,15,18
127:18 139:9
148:4 151:7
190:12 193:23
225:17,25
226:24 229:6

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 371 of 446

| | | | |
|---|---|---|---|
| 237:15 248:9 | **dod** 132:6 | 285:25 | 166:25 178:10 |
| 254:7 259:10 | **doing** 5:4 56:22 | **dr** 4:16,19,19 | 188:11 190:18 |
| 267:6 268:8 | 73:11 92:8 | 7:10 9:21 10:8 | 194:5,6 197:3 |
| 273:2 278:15 | 98:20 101:8 | 13:9 17:10 | 225:22 236:14 |
| 283:5,11 | 110:10 111:3,8 | 18:5 20:7,10 | 237:20 238:2 |
| 284:24 286:8 | 112:2 113:4 | 20:13 27:12 | 245:23 262:12 |
| 286:21,22 | 115:1 125:5 | 42:20 51:9 | 264:24 265:12 |
| 288:17 289:3 | 133:4 138:5 | 55:12 59:24 | 265:22 267:12 |
| 298:2 308:22 | 155:16 175:15 | 60:23 61:3,24 | 267:22 268:11 |
| 310:16,22 | 188:1 202:12 | 61:25 62:8 | 270:21 271:14 |
| 312:6 322:23 | 217:15 236:11 | 64:5,23 82:5 | 271:20 274:2 |
| 329:1 339:2 | 238:2 250:19 | 83:10,13 84:21 | 274:18 275:4 |
| **documentary** | 308:3,5 342:7 | 86:12 88:13 | 275:15 278:21 |
| 120:14 317:24 | **doj** 61:2 87:1 | 89:17,23 91:18 | 279:3,14,14,19 |
| **documentation** | **dollars** 108:3,4 | 91:22 92:4,22 | 280:4,17,21 |
| 275:20 | 170:21 | 94:17 95:6,8 | 281:5,13,23 |
| **documents** | **domain** 117:2,7 | 98:23,23 99:1 | 282:1 283:2,10 |
| 4:13 13:21 | **domestic** 183:9 | 99:8 100:1,5 | 286:17 288:24 |
| 14:19 15:9,12 | **dominican** 45:8 | 101:11 102:10 | 293:17 298:9 |
| 15:19 18:7 | 46:4 | 102:18 104:2 | 303:9,17,22 |
| 19:8 29:12,15 | **don** 111:25 | 105:10 107:25 | 304:3 307:8,22 |
| 52:1 59:15 | 113:5 139:3 | 108:5,12 | 309:4 310:22 |
| 62:19 98:4 | 140:4 | 109:22 111:3 | 312:13 313:16 |
| 99:19 101:20 | **donald** 5:5 | 112:13 113:5 | 313:19 315:14 |
| 101:23 103:2 | **doris** 145:21 | 117:4,5 122:3 | 321:2 323:3 |
| 110:15 120:12 | 147:6 | 122:14,17 | 329:7 331:4 |
| 126:2 127:19 | **double** 136:5 | 123:5,6 127:6 | 332:6 334:14 |
| 133:12 180:5 | 216:11 217:12 | 130:14 131:3 | 338:18,24 |
| 226:6 238:1 | 297:24 332:3 | 131:21 133:19 | 339:8,24 |
| 250:17 315:4,9 | **doublecheck** | 137:25 140:4,5 | **draft** 79:8,10 |
| 316:8 317:1,9 | 261:4 | 141:13,17 | 80:3,5 335:16 |
| 318:14 321:3 | **doubt** 82:8,10 | 143:5,5,6,10,15 | 340:17,19 |
| 337:9 | 195:25 222:10 | 144:2,3,7 | **drafted** 51:17 |
| | 222:16 244:4 | 145:25 153:22 | |

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 372 of 446

**drafts** 79:20,22
  230:12
**draw** 126:25
  259:7 263:19
**drawing** 260:9
**drew** 223:23
  258:17 260:23
**drive** 160:8
  161:12 162:22
  163:5 164:21
  164:23 233:21
**driven** 196:19
**driver** 164:15
**driving** 36:23
  168:4 224:16
  252:18
**dropped** 35:9
**drove** 157:3
**dry** 251:1
**due** 73:1,5
  261:8
**duly** 9:15 341:8
**duties** 254:1
**duty** 58:17
  207:16
**dwindling**
  198:20
**dynamic**
  103:10,15,21
  104:6,10 107:5
  109:3
**dynamics**
  72:24 161:5
  192:23 251:14

**e**

**e** 2:1,1 3:1,1 4:1
  4:10 5:1 6:1
  7:1 14:12
  60:17,17
  140:14 343:2
**e2s** 208:16
**e3s** 205:13
**e6** 206:13
**e6s** 206:9
**ear** 51:1
**earlier** 40:9
  53:4 115:5,9
  118:6 147:21
  149:6,24 164:3
  205:2 208:2
  243:6 247:20
  248:2 251:24
  252:8 254:23
  278:6 302:24
  311:1,12
  318:22 330:25
**earliest** 153:24
**early** 24:11
  25:4,7,9 26:4
  26:23 27:19
  42:6 74:4
  105:23 116:17
  175:4 198:14
  208:24 223:20
  294:19 305:21
**earth** 51:24

**ease** 65:17
  106:5
**easier** 43:24
  95:5 97:11
  117:1 162:22
  335:9
**easily** 17:3
  68:22 77:25
  172:12 183:17
  260:21
**eastern** 1:2
  8:12 15:4
  17:17
**easy** 27:4 82:2
  92:19 115:10
  134:19,24
  188:9 241:10
  268:20
**ebb** 186:25
  187:10 190:5
  192:17 198:18
**ebbed** 197:7
**echoes** 279:14
**economic** 46:8
**edge** 223:23
**edit** 249:10
**edited** 118:20
**editing** 78:17
  79:16 333:10
  333:10
**edition** 5:4,9
  113:4 333:3
**editions** 333:1

**editor** 71:15
  78:17,19,24
  79:4 151:2
**editorial** 79:17
**editors** 71:20
  79:5 331:13,13
**eds** 91:15
**education**
  32:15 103:21
  314:25
**educational**
  15:25 43:11
**educator**
  103:23
**effect** 57:17
  205:21 225:10
  252:14,17
  253:12 269:23
**effective**
  102:24 199:7
  199:11,15
  200:18,24
  201:15 208:2
  217:16 222:3
**effectively**
  167:5 209:16
**effects** 149:10
**effort** 135:22
  222:11
**efforts** 46:17
**eight** 73:6
**either** 19:24
  21:22 36:9
  61:6,15 74:10

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 373 of 446

86:18 89:17,22
91:18 92:5
183:15 211:1
224:21 253:6
319:9
**elaborate**  30:18
45:2,21
**election**  198:23
**electrification**
95:9
**electronic**  97:9
**electronically**
13:23
**element**  108:17
217:25
**elementary**
161:22
**elements**  48:18
299:16 314:12
314:12
**elevator**  59:24
**eleven**  222:23
**elicit**  100:15
**elicited**  119:25
253:12
**email**  7:8 17:12
311:23 312:13
312:15,19
313:7
**emails**  14:2,23
17:9,20 173:22
**emphasis**
235:16,18

**emphasize**
188:21
**emphasized**
68:25
**employ**  95:5
335:10
**employed**
73:15 95:16
111:7 148:24
**employees**
201:18 261:9
**enables**  66:4
**encompassing**
74:23
**encumber**  68:5
**ended**  75:24
133:1 211:10
253:13
**endnotes**  68:9
72:17
**ends**  191:3
**enemy**  152:10
**engaged**  144:13
144:14,16,16
144:17 317:21
318:16
**engaging**  71:9
254:14
**engineer**
169:19,22
212:15 288:2,2
**engineering**
212:16

**engineers**
287:17,21
**england**  68:18
**english**  49:21
69:25 70:1
**enhancement**
26:6
**enlisted**  206:13
232:25
**enormity**  181:9
**ensminger**  6:22
7:9 14:15
17:13 23:7
80:6 90:22
115:25 116:3
118:11 120:10
120:19 123:17
123:21 124:7
124:11 126:6
129:25 141:4,5
155:8 156:20
157:13 175:23
175:24 176:25
177:6 178:12
179:17 207:12
224:7 249:6
285:21 288:9
288:10 304:25
307:5,18 308:6
309:13 311:7
313:5,12,19
319:2
**ensminger's**
314:16

**ensure**  10:19
171:4
**ensuring**  10:13
**enter**  28:25
148:9
**entered**  42:20
55:14 326:21
**enters**  147:21
149:12
**entertainment**
185:19
**entire**  148:17
211:14 334:5
**entirety**  274:13
285:1 286:24
289:5
**entity**  184:8
**entries**  298:15
301:13
**entry**  248:8
**environment**
122:25
**environments**
204:21
**eos**  224:3
**epa**  84:1
**equal**  182:24
249:16
**equivalent**
222:22,23
223:25 251:20
**era**  211:5
**ernest**  21:16

Golkow Technologies,
A Veritext Division
877-370-3377                                                   www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 374 of 446

**errata** 7:16
19:15,17 36:10
53:9 325:14
330:9 332:18
338:25 339:10
339:15,20
342:6,7,10,13
**erroneous**
152:6
**error** 331:7
**errors** 149:3
330:11
**escort** 125:14
**especially**
47:22 55:25
56:8 58:6 63:3
90:24 110:10
119:10 126:22
149:12 184:23
184:24 186:7
186:10 205:13
211:3 251:2
257:10 269:13
278:10
**esprit** 184:2
185:23
**esq** 2:4,4 3:4,5
3:7,8,10,17
**essay** 141:23
**essays** 30:19
**essence** 114:18
**essential** 66:1
80:4 93:15

**essentially**
91:25
**established**
139:21
**estimate** 25:12
29:24 36:20
42:2 127:8
**ethological**
143:22
**europe** 44:10
44:11
**evaluate**
107:16 109:21
**evaluated**
82:22 88:19
94:14 109:5,6
**evaluating**
83:23 84:3
138:2 153:13
**evaluation**
333:11
**event** 83:14,15
95:24 96:3
99:22,23
100:10,11,14
100:14,16,18
149:3 257:9
258:20
**events** 6:6 58:1
68:20 149:9
219:13,22
**eventually**
58:24

**everybody**
49:14 140:25
195:22
**evidence** 66:13
68:25 126:1,5
246:10 264:4
**evidenced**
194:20
**evolving** 60:15
**ex** 56:17,18
70:1
**exact** 25:6
201:4 317:25
**exactly** 22:8
37:22 56:11
85:3 104:18
109:2 117:18
132:17 202:21
207:9 208:25
210:2 211:3
319:16
**exaggerate**
251:16
**examination**
4:4 9:19
338:22 341:9
**examine** 74:6
**examined** 9:17
297:4,8 314:11
315:8
**examining**
246:18
**example** 11:2
23:1 39:7 45:4

47:2 48:19
57:16 59:18
70:19 71:19
78:16 82:5,20
83:13,23 93:1
93:2 96:12
97:25 98:19
104:3 106:11
107:20 109:6
116:4 117:7
127:23 130:9
144:18 145:12
146:24 156:12
183:11,14
211:24 223:19
243:3 249:3
250:8 295:5
296:13 300:23
324:12 325:12
335:15 338:5
**examples** 32:4
112:5 269:4
294:16 295:3
**exams** 49:11
**excellent** 151:4
**except** 209:4
327:7
**exception** 12:8
12:19 16:20
19:16 53:9
54:14 153:5
**excerpt** 5:6,8
5:12 148:10
194:20

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 375 of 446

**exchange**
165:19 209:22
237:9 243:5
**exchanges**
119:1
**exclusive**
109:11 253:19
**excuse** 265:12
283:16
**executive** 39:8
151:2,3
**exercises**
291:19
**exhausted**
91:25 246:2
**exhaustive**
248:20,21
**exhibit** 4:12,14
4:15,17,19,21
4:23 5:4,6,8,9
5:12,16,19,21
6:5,9,11,12,15
6:17,19,21 7:5
7:8,12,14,16
13:2,7,15
42:16,21,21,23
52:8,16,23
53:24 54:2
62:9 64:18,22
64:24 65:4
67:13,17,20
74:20 111:18
112:22 138:5
148:5,9,10

151:6,8,12
182:12 189:7
190:13,17,18
193:24 194:3
202:19 213:23
214:16 219:5
224:18 225:18
225:23 237:16
237:20,21
257:15 259:11
259:17 261:11
261:18 267:7
267:11,13
268:4 273:3,7
273:9,20
275:14 278:16
278:20,22
279:7 280:16
283:6,10,17
286:9,13,17,19
288:18,22,24
293:18 298:3,7
308:23 309:2,4
310:14,17,21
312:7,11
315:22 321:23
321:25 322:22
322:24 323:14
327:9 329:2,5
338:25 339:3
**exhibits** 52:2,6
55:14 237:7
**exist** 192:24
236:21,22

301:3
**existed** 166:23
**existence** 175:6
**existing** 34:22
117:8 161:23
**exists** 87:12
**expanded** 35:8
**expands** 47:23
**expect** 92:21,22
300:12
**expectation**
90:13
**expectations**
81:10
**expel** 152:10
**expensive**
209:3
**experience**
33:25 34:20
103:14 131:9
149:17
**experienced**
96:21,25
**experiences**
56:17 58:7
95:2
**expert** 4:15 6:9
6:11,23 7:6,11
10:5 14:8
17:21 19:24
23:25 26:10
35:1,10,14
38:7,12,15,16
38:20 41:12

55:16 59:25
61:15 86:14
87:21,24 88:1
88:2,7 91:18
140:8 143:16
247:8 299:9
321:12,18
**expertise** 31:17
32:21 82:11
321:20
**experts** 19:24
19:25 78:21
86:10,18,19,23
87:24 88:6
171:11 266:21
316:22 331:10
**explain** 12:2
88:19 92:2,11
92:18,25 94:13
94:18 96:4
124:3 129:6
164:14 282:1
**explained**
91:10 92:5
174:2 175:14
209:2 300:23
**explaining**
89:18 91:19
299:18
**explanation**
41:8 58:14
90:25 95:21
260:25

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 376 of 446

**explanations** 185:4

**exploded** 152:4

**explore** 46:22 54:15,15

**exponentially** 186:19

**exposed** 152:16 182:25 183:2 247:12

**exposes** 154:9

**expressed** 19:14

**extant** 275:20

**extended** 42:6 42:8

**extensive** 78:10 90:25

**extensively** 47:8 84:24 139:10 337:21 339:9

**extent** 17:20 55:17 223:5 269:19

**external** 78:21 79:5 197:18

**extra** 216:21

**extracted** 113:15

**extremely** 101:6 167:9 198:8 203:12

**f**

**f** 14:13 259:20

**face** 32:8 48:10 130:13 330:21

**facebook** 131:11

**facilitates** 65:19

**facilities** 158:13 191:12 219:14 220:11 220:14,15 223:4 224:5 231:4 232:18 234:23 235:19 236:20,25 237:8 241:10 244:11,20,20 246:8 254:18 254:18,24 255:7 272:23 277:22 289:16

**facility** 234:7 235:13 286:2

**fact** 17:17 31:14 34:13 68:4,14,24 93:18 95:15 97:13 129:3 141:12 149:13 153:11 225:4 257:23,25 268:24 271:1

274:3 279:18 280:21 287:24 310:7 313:22 317:12 332:5 336:2

**factor** 224:16 253:4

**factored** 136:3 271:13 292:15

**factors** 148:3 187:25 247:2,5 248:22 249:14 249:16 292:23

**facts** 68:20 246:16 254:6 266:25 316:4

**factual** 316:23

**faculty** 133:7

**fade** 172:16

**fail** 342:14

**failing** 21:20

**fails** 266:21 270:4 275:5 280:24 281:16

**fair** 11:8,14,15 18:18 82:15 135:5 143:14 168:10 170:7 170:16 185:24 187:19 196:9 204:4 206:6 210:8 213:21 216:16 226:18 230:25 231:17

237:5 240:6 266:8 270:9 301:8 320:24

**fairly** 102:23 116:12 119:5 175:4 177:20 195:21 318:6

**fall** 71:20 116:17 272:23

**falling** 196:21

**falls** 108:24

**false** 314:3

**familiar** 59:1 64:5,14 67:8 112:13 141:15 150:23 158:13 210:17 237:24 331:1

**familiarity** 151:23

**families** 59:11 106:11 187:14 193:3 195:12 196:3

**family** 29:9 102:4 105:2 117:11 160:1 191:16 192:14 195:2

**famous** 60:18

**far** 91:1 94:7 133:6 137:1 186:21 206:4 215:13 217:22

Golkow Technologies,
877-370-3377                 A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 377 of 446

253:20 264:16
298:11
**fascinating**
225:6
**fast** 335:22
**father** 51:13,14
96:15
**favorite** 103:16
**fax** 2:12
**faye** 14:11
**fdr** 336:10
**fear** 110:9
251:19
**featured** 175:1
**features** 230:11
246:5
**featuring** 230:6
**february**
279:21 280:16
308:2
**federal** 13:17
**feel** 25:8 26:25
78:24 125:5
139:19 181:8
310:12
**feelings** 24:16
24:18
**feels** 80:8
310:11
**feet** 167:4
**fell** 40:12
**fellow** 250:11
**females** 224:13

**fi** 59:20 60:5,6
120:14 317:24
**fidelis** 60:7,8
**field** 32:21,25
43:23 44:21
139:18 158:17
275:22 284:7
284:21 291:2
291:15,19
**fifth** 263:20
**figueres** 48:4
**figure** 134:11
186:23 263:8
**file** 55:5,9
85:23 86:2
122:16,18
137:22 178:3,7
245:15,20
293:10,14
340:13
**filed** 15:2 17:10
17:16
**files** 13:25 14:5
**filings** 73:9
**fill** 75:22 77:4
167:5 276:5
285:16 287:10
289:18,19,22
290:4 293:3
322:6 332:17
**filled** 282:2
287:4,10,16
288:5,11
290:19

**filling** 159:7
163:15,17
250:24 276:14
278:1 281:2,9
281:18 285:5
324:20
**film** 235:3
327:25 328:6
328:16 329:20
330:1
**final** 129:25
269:6 300:25
**finalized** 80:11
**finally** 66:11,13
195:20 251:3
**finals** 132:25
133:5,9 136:2
**find** 39:7 50:6
50:20 98:14
132:1 137:6
147:18 155:4
184:15 188:9
193:20 221:7
221:10 229:17
229:17 242:14
300:18 320:22
328:2 333:9
**finding** 99:2
133:13 301:20
302:21 303:2,5
337:1
**findings** 28:20
**fine** 36:10
38:11 52:15

61:19 86:11
140:15 221:9
229:8 231:21
293:7 325:11
333:8 334:20
**finish** 10:18
12:9
**finished** 49:10
178:11
**finishing**
326:23
**fire** 285:18,19
**firms** 306:7
**first** 9:15 35:18
37:18 40:6,14
49:1 53:16
64:2 70:12
74:1,6,13
111:13 113:12
137:3 151:20
152:20 153:6
155:22 173:7
173:10,16,20
174:18 175:24
176:16 181:24
182:18 186:14
188:11 207:5
207:16 245:24
250:14 269:14
279:2,17
295:23 296:19
297:10 298:17
325:8 328:16
336:14

Golkow Technologies,
877-370-3377 · A Veritext Division · www.veritext.com
Case 7:23-cv-00897-RJ · Document 362-5 · Filed 04/29/25 · Page 378 of 446

fish   157:7
fishing   183:12
fit   185:5 188:16
   194:13
fitness   224:1,3
five   35:17
   70:13 85:12
   127:19 135:10
   143:10 157:1
   191:23 211:5
   245:2
flag   47:3,5
flawed   96:2
flexible   167:7
flip   138:4,7
   200:11 279:6
   280:16
flipping   219:8
floating   119:6
flop   279:6
florence   170:19
florida   314:22
flow   186:25
   187:10 190:5
   192:17 198:19
flowed   197:8
flows   100:12
fluent   48:22
   50:23
fluidity   107:12
flurry   115:17
flush   193:17
fly   47:5 236:2

focus   43:13
   44:7 48:7 58:8
   100:2 104:14
   105:18 126:16
   145:24 171:14
   175:21,22
   184:4,19
   235:11 309:22
   329:17 336:19
   338:4
focused   214:19
   236:24
focusing   185:9
   236:25 301:15
folders   63:9
folklore   98:21
   109:21 110:8
folks   60:22
   87:1,2
follow   64:3
   65:11 72:9
   124:1 139:13
   140:14 141:1
   179:19 181:4
   299:5 313:6
followed
   140:25 141:4
   141:25 274:5
   294:8 309:19
following   2:22
   13:19
follows   9:17
   146:7

food   235:19
football   235:3
footnote   68:14
   68:19 69:3,13
   81:14,15
   159:25 270:5
   296:10 321:1
   329:18
footnoted   68:1
   68:4 69:2,19
   276:24 295:24
footnotes   72:11
   72:16,17 75:22
   76:3 81:24
   93:5 128:12
   129:7,12,18
footnoting
   67:21 68:2,10
   69:15 70:5
   75:24
force   48:8
   188:21 192:21
   193:5 196:12
   198:13 216:5,9
   235:23 252:18
   288:13
forced   184:10
   236:1
forces   58:23,24
   188:22 197:15
ford   105:5
foregoing
   341:7,21 344:7

foreign   43:15
   43:20 44:23
   47:13,16 55:25
   183:10 189:3
foremost
   155:22
forensic   323:15
forever   101:5
   249:10
forget   49:14
   116:8 166:3
   256:22
forgot   257:3
   311:12
forgotten   180:2
   266:1,17
   268:25 302:10
   315:3,16 317:2
form   31:24
   50:8 65:22
   74:1 90:12
   91:13 93:11
   94:19 98:1,2,4
   99:17 101:15
   102:24 108:13
   109:4 116:25
   118:2,3,5,7,18
   119:20 121:18
   123:12,25
   124:21 129:4
   138:14 140:16
   140:19 141:1
   141:24 179:10
   270:13 317:15

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 379 of 446

317:18 320:23
**formal** 23:22
109:17 110:21
141:6 249:23
**formalized**
251:9
**format** 79:8
**former** 33:13
67:24 82:9
89:14 112:1
162:5,8 299:9
299:15
**forming** 246:17
**forms** 144:20
309:19
**formulated**
26:24 41:17
**fort** 59:7
183:14 184:17
185:2 218:10
218:11
**forth** 118:22
254:19 341:8
**fortunately**
110:14
**forty** 170:17
213:16 337:18
337:19
**forward** 96:14
175:13 200:11
241:14
**fought** 58:10
**found** 24:14
39:4 135:8

147:16 173:2
238:2 256:16
265:25 302:14
324:9 328:16
334:16
**foundational**
62:16
**four** 59:24 70:8
70:21 75:9,15
106:20 179:11
188:14 211:5
225:14
**fourth** 1:17 8:9
75:7,8
**frame** 72:3
73:10 130:6,19
156:23 327:24
**francis** 239:25
**frank** 14:14
128:2 235:7
**franklin** 2:5
258:8
**free** 37:12
230:12
**frees** 117:6
**french** 170:25
171:5,18
216:10
**frequent** 42:8,9
42:10
**frequented**
189:16,16
**frequently**
41:12 42:2

**freshwater**
14:16
**friday** 230:1
299:8
**friends** 109:20
236:7
**front** 96:24
100:4 150:7
157:12 213:23
213:24 217:23
261:14
**frozen** 133:2
**fry** 157:7
**fssg** 216:4
**full** 9:25 41:7
84:12 102:15
137:7 151:21
178:21 204:5
209:21 248:14
248:17 279:13
321:11,18
**fullest** 269:19
**fully** 67:25 97:2
**fun** 133:1,5
230:11,20
**fundamental**
46:2 129:20
141:18 265:4
**fundamentally**
91:7
**funds** 76:13
**funnel** 76:13
**further** 92:18
95:21 130:19

195:23 231:18
248:24 257:23
270:15 276:9
277:20 298:23
**future** 54:16
**fy** 191:17,20
214:3,11

**g**

**g** 14:13
**gain** 272:20
**gained** 62:16
**game** 238:19
**gaps** 75:22
250:25
**garage** 50:1,14
**garrison** 58:16
**gary** 6:13 20:25
281:6 283:14
**gas** 165:8,9
**gate** 157:12
**gather** 245:9
**gathering**
255:9
**geiger** 160:11
164:5,8,11,24
165:12 200:9
200:15,18
207:3 210:13
212:6 228:9,11
230:16 231:8
232:8,10 234:1
234:3 236:19
239:12 240:4

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 380 of 446

243:19 244:13
277:8 281:2
289:14,20,23
290:19 291:17
291:23
**general** 20:16
35:2 42:1 57:9
57:25 59:8,9
59:19 74:7
75:16,19,23
76:8,10,16,19
77:1,5,18 92:8
96:10 138:15
196:2 198:12
203:1 217:9
266:9 280:4,23
280:25 289:2
290:20 319:20
**generally** 32:2
38:20 46:12,19
69:9,11 71:8
88:24 160:5
166:21 167:13
171:21,23
175:6,8 223:10
249:15 265:24
284:4
**gentlemen**
326:9,9
**geographically**
219:15
**george** 258:8
**gesturing**
179:13 198:18

248:15
**getting** 286:4
321:15
**gibbons** 2:4 4:5
8:18,18 9:20
9:23 13:5 17:5
17:24 18:4
39:23 42:19
52:5 54:23
55:2,11 61:5
61:12,17,21,23
62:3,6,7 63:23
64:1,21 65:3
67:16 79:21
80:1 85:11,20
86:22 87:4
88:11,12 95:19
99:5 113:1
114:16 118:9
118:13,24
121:14 137:9
137:13,24
146:3 147:12
148:8 151:11
176:3 177:24
178:9 190:16
194:2 221:13
221:16,20
225:12,16,21
229:20 237:19
245:10,13,22
259:14 267:10
270:9,12,15,18
270:19 273:6,8

278:19 283:9
286:12,14,16
288:21,23
293:6,16
296:11,12
297:19 298:1,6
308:18 309:1,3
310:20 312:10
312:12 321:22
322:22 323:2
326:14 329:5,6
338:15,18
339:23 340:7
340:10
**girlfriends**
250:13
**give** 26:20 28:6
29:24 32:4
40:11 50:16
59:18 77:4
85:21 86:19
93:7 101:13
129:13 130:12
141:16,17
144:8 147:8
151:15,18
193:16,22
214:15 215:1
238:16 249:4
249:21 261:22
262:21 269:4
296:3 323:12
330:21 334:18
334:24

**given** 12:1 41:8
55:21 56:9
70:14,15 75:20
78:15,15 82:25
89:13 109:8,9
109:9 123:23
123:24 130:9
130:14 141:12
202:9 203:24
210:20 212:8
213:4 218:5
226:5 306:7
317:3 332:1
333:6 335:8
338:7 342:14
**gives** 94:23
260:22
**giving** 80:23
96:22 185:18
185:19,19,20
**glad** 111:4
**glass** 271:24
**gleaned** 314:4
**global** 43:22
47:13,23
**globe** 5:10
126:7,11,14
127:9,21 128:1
155:14 166:8
172:23 190:19
229:23 237:1,2
247:3 269:16
276:24 302:16
305:9 324:21

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 381 of 446

337:3
**go** 10:11 21:4
26:23 32:18
40:10 41:6,9
43:10,25 46:4
50:13 52:9
55:16 56:5,22
58:15 59:22
62:4 74:8,17
74:20 76:4
77:4 78:16
82:4,13 85:6
88:15 89:20
91:1,12 92:20
92:24 93:19
96:16 101:1
102:8 105:8,8
106:25 107:14
107:20 111:17
113:7 115:12
116:6 117:6
124:18 126:20
127:13,17
130:14,16
131:2,5 135:11
136:24 140:17
142:11,20
144:7 151:19
156:19 157:17
157:21,24
158:1,3,5,8,12
158:15 159:1,7
159:13 160:1
160:15 161:1,6

162:8,23 164:5
165:2,6,8,16
167:5 168:11
168:25 169:3,9
169:14,19,22
172:10 173:14
175:13,16,16
176:9 177:25
182:12 183:14
183:15,16
186:5,20
188:20 189:6
190:2 203:7
210:9 213:10
213:22 217:20
221:2 223:5,13
236:3 243:2
245:5,10 261:3
261:6,13 269:5
271:22 272:9
279:10 289:9
290:22 296:18
299:2 301:1
305:16 308:10
315:22 318:25
320:5,5,17
321:20,23
322:1 328:19
330:12 332:11
334:19
**goal** 97:5
106:21 184:19
185:17

**god** 133:16
140:25 236:2
**goes** 61:20
78:20 81:17
115:21 156:13
235:4 243:21
**goettge** 158:17
**going** 4:23
10:11,15,20,25
11:12,25 12:16
13:6 17:5 19:2
19:15 32:24
37:4 42:21
52:6 55:5,9
60:15 61:22
62:5 63:23
64:22 67:9,17
71:25 80:18
84:8,19 85:6
85:23 86:2
90:11 95:14
97:14 101:11
101:24 102:2
103:6 106:25
108:5,6,8
110:22,23
113:2 122:21
123:9,10,17
126:23,24
129:11 131:23
134:24 136:24
137:18,22
138:4 142:15
143:19 148:9

148:10 150:14
151:6 157:17
162:23 166:19
172:1,17 174:1
176:15,18
177:16 178:3,7
180:17 186:25
188:13 190:17
191:9 194:3
195:23 196:17
197:14 199:10
204:10 206:10
209:4 211:17
211:20 213:11
213:12 218:3
219:8 222:21
223:2,9,14
224:18 227:6
236:3,17
242:16 243:15
245:16,20
249:3 254:16
254:16 255:15
255:17 259:3
261:11,22
263:7 267:11
270:12 272:11
273:6 275:14
278:6,20
287:12 288:21
291:1,15
293:10,14
297:19 298:23
305:23 309:24

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 382 of 446

312:10 320:16
325:7,7 338:24
340:14
**golf** 243:14
**golkow** 8:5
**good** 9:21,22
34:17 45:3
54:25 70:18
74:3,5 100:4,9
112:5,7 126:17
128:18 130:9
131:19 133:16
135:23 139:12
147:9 157:7
179:10 180:12
236:13 241:3
242:6 249:4,12
250:10 258:24
269:8 331:8
333:9,10,10
337:8
**goodwin**
145:22 147:6
**gore** 96:13,15
**gosh** 114:7
128:17
**gotcha** 178:23
256:7
**gotten** 85:7
313:7 331:9
**governed** 142:3
**government**
26:9 29:12,15
31:16 83:24

89:25 90:4
95:1 101:23
103:4 110:15
144:20 184:8
186:15 261:8,9
266:18 307:11
316:2,10,17
321:3
**government's**
316:21
**grad** 156:18
**grade** 206:15
330:16,17
**grading** 133:8
133:9
**graduate** 23:15
27:3 32:24
48:17 144:8
153:7
**graduated**
44:14
**graduation**
135:13
**graham** 2:10
3:10
**grant** 109:24
**great** 34:1 96:4
102:1 105:15
185:18 193:13
194:18 198:7
198:24 244:25
262:9 298:1
300:12

**greater** 271:23
**greer** 20:21
**greeted** 256:4
**grew** 209:23
**grind** 154:20
**grocery** 221:25
222:24
**ground** 10:11
141:16,17
258:22
**grounds** 182:24
**group** 3:9
37:21,25 38:1
39:1,13 40:3
77:20 109:25
120:6 135:4
210:6 216:5,9
220:3 226:10
286:3 288:12
288:14 291:5,7
291:22,25
292:6 293:2
298:19
**groups** 57:15
142:12 291:15
**grown** 208:10
**grunts** 5:6,8
30:23 58:13
101:4 147:20
148:10 151:13
156:11 249:9
332:24 333:3
**guam** 47:24

**guantanamo**
45:12 46:16
47:6
**guarantee**
305:15 306:3
**guard** 323:16
**guess** 17:7 30:2
75:18 76:2
91:19 124:6
144:11,23
202:12 217:24
217:24 242:19
329:10
**guessing** 292:9
**guests** 260:1
**guide** 4:23 5:19
67:9 112:3
116:5 238:15
238:17
**guides** 180:21
237:23
**guiding** 175:20
**gun** 320:3
**gunnery**
206:16
**guy** 48:4 225:5
225:9
**guy's** 132:3
**guys** 36:7
109:12 132:24
133:6 145:13
146:25 223:21
224:1 327:7

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 383 of 446

**gym** 223:14,23
242:12 255:16
**gyms** 224:2

**h**

**h** 4:10 5:1 6:1
7:1 14:14
158:9
**hadnot** 157:5
157:21 159:14
160:6 163:20
165:10,22
166:4 167:20
169:6,15 171:5
171:19,24,25
182:7 189:14
199:15 202:15
203:17 205:25
208:17 210:15
211:1 213:13
213:17 219:15
220:10,19
222:21 223:5
223:13,24,25
224:12 228:3
228:14 230:1
232:13,16,22
233:24 234:23
235:6,11,13
237:1 240:22
241:11 242:1
243:12 244:2
244:12,19
255:2,3,8,17,21

256:14 258:17
260:10,24
272:7 275:8
276:7,14,21
277:7,15,22
278:1 282:3
286:2,4 289:18
290:13 291:9
291:20 293:2
322:7,18
**half** 98:14
106:18 119:21
222:1,5,7
245:14
**halfway** 233:18
**hall** 246:8
**halls** 158:14
165:1 284:8
**hand** 64:22
194:3 227:13
267:25 322:2
327:20 333:13
**handed** 225:22
237:21
**handle** 252:21
**handwritten**
97:3 121:13
122:3
**hanley** 2:4 8:18
9:23 308:15
**hanley.w.gib...**
2:6
**hansen** 25:10

**hanson** 23:16
23:24 24:3,8
24:13 25:13,17
26:18 27:8
**happen** 39:12
121:3 242:16
255:13 325:18
325:19 332:15
333:11
**happened**
38:20 57:18
177:12 300:3
**happy** 77:11
92:20 121:21
183:25 230:16
230:21
**hard** 51:7 78:6
125:21 152:2
218:18 241:9
319:20 335:22
**harder** 66:24
**harm's** 125:11
**harriotte**
158:25 273:23
**hate** 59:5
**hawaii** 60:14
**head** 21:25
27:18 92:12
103:8 112:17
115:17 143:11
152:3 164:11
209:8 217:15
280:14

**headhunter**
38:16
**heading** 113:11
**health** 71:17
**healthcare**
32:16
**healtheffects**
6:8 268:1
**hear** 11:10
**heard** 234:25
245:4 288:8
314:20
**heart** 33:5
130:21
**heather** 299:14
**heavily** 81:22
140:18 204:18
**heavy** 175:17
**height** 211:25
**held** 8:8 49:22
93:22 108:13
122:10
**help** 33:6
123:11 226:11
267:1 320:6
331:14
**helpful** 110:25
300:18
**helps** 272:20
**hennet** 88:2
**hereto** 13:4
42:18 52:4
64:20 67:15
112:24 148:7

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 384 of 446

151:10 190:15
194:1 225:20
237:18 259:13
267:9 273:5
278:18 283:8
286:11 288:20
298:5 308:25
310:19 312:9
323:1 329:4
339:5
**hey** 104:2
**hieney** 246:25
**high** 135:13
160:23 257:8
263:1
**higher** 152:9
187:3 206:11
251:9
**highlight** 92:12
267:1 323:12
**highlighted**
319:1
**highlighting**
166:8
**highly** 28:24
85:15 112:18
258:20
**highway**
161:17
**hill** 168:18
263:4
**historian** 38:21
49:2 74:6,12
75:14 76:23

82:8 84:18
88:18 90:11
94:12 100:6,7
101:14 109:7
112:1 121:24
122:10 126:18
129:10 130:20
133:14,17
136:22 143:21
144:4,5,6,12
145:2,18
146:10 153:21
292:15 318:13
331:2
**historian's**
54:18 88:21
129:21 138:3
150:2 294:7
307:11
**historians**
38:22 65:11
66:4,21,25
76:18 78:22
88:25 89:4,8
89:10 91:23
92:7 94:20
129:20 138:19
145:23 174:11
316:5
**historical** 4:24
34:5 64:6 65:9
67:9 80:24
82:18 89:21
102:7 113:17

139:9 143:25
185:2 246:12
253:24 254:7
266:9,20 269:9
316:1
**historically**
193:2 204:13
**histories** 48:16
48:20 49:20
59:14 83:4
84:22 88:15
92:11 93:3
95:3,17 96:9
100:13,16
102:15 113:16
113:23 117:9
123:6 129:24
136:12 140:7
140:11 143:16
148:25 150:19
152:1 153:12
153:15 154:4
155:10 167:25
174:3,12 248:3
249:23 251:15
252:19 294:11
308:3,4 309:21
313:4
**history** 5:4 7:5
10:5 23:22
29:12 32:22
39:9 44:4,8,12
44:17,22 45:1
45:4,17,22

47:7,7,14
48:14 49:2
56:16 59:21
60:1 63:1 66:2
66:14 76:25
78:10 82:12,12
82:22 84:21
89:14,19,24
93:16 94:18
95:14 96:11
97:7 98:3,4,8
98:19,20,20
99:9,13,22
100:8,21
101:15 102:11
102:12,22,24
103:12,15
105:16,17
106:22,24
107:11,17,19
108:12,18,22
108:23 109:4
109:13,17,18
109:20 110:10
110:19,20,21
110:24 111:1,3
111:8,11,21
112:2,4,6,7
113:4,12,14
114:7,21
117:13,16
118:1 119:24
122:1 123:4
124:3 126:18

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 385 of 446

138:1,4,5,10,17
138:25 139:6
139:12,19
140:5,6,9,16,18
140:19 144:18
144:24 145:12
145:17 146:23
150:24 154:10
156:16,18
178:18 246:23
247:19 248:14
248:17 250:23
250:24 251:1
251:10 253:13
279:17 299:19
303:21 304:2,7
304:8 305:9,12
305:18 308:5
308:12 309:13
310:25 311:2,6
311:16 313:12
314:7,7,13,14
314:21 317:15
317:18 318:16
320:2
**hit** 132:23
218:18
**holcomb** 160:2
160:7,14 161:9
199:18 219:16
244:13 272:8
333:15 334:4
339:14

**hold** 111:17
123:9 143:15
225:11 238:14
242:13 304:23
**home** 25:23
32:7,8 95:4
106:13 126:19
149:21
**honest** 133:16
**honestly**
176:11,22
**honor** 257:9
**honoring** 65:9
**hood** 59:7
183:14
**hop** 223:13
**hope** 54:15
89:14
**hoped** 320:17
**hopeful** 87:1
**hopefully** 97:17
226:18 300:17
**hose** 285:19
**hospital** 158:21
216:23 234:13
**hostage** 198:4
**hosted** 235:6
**hosts** 125:3
**hot** 254:3
**hottest** 51:23
**hour** 12:7
35:22 54:24
106:18 137:14
162:9 245:14

308:4
**hourly** 35:20
**hours** 36:15,17
36:22 37:11
137:11 157:1
225:14 230:10
230:16,18,21
242:3,9 293:22
338:16
**house** 158:17
**houses** 62:23
190:4
**housewives**
131:17
**housing** 160:1
188:25 189:14
189:23 191:7
191:16,17,21
192:1,6,7,14
195:2,7,21
196:11,15
197:4
**howard** 20:23
23:7 98:1,9
114:11,12
115:8 119:1,11
119:17 120:20
120:23 121:5
123:4 141:4
155:8 246:23
251:24 252:6
305:13
**huachuca** 59:8
185:3

**hue** 152:11,12
152:13,14
153:5,10
**hugh** 153:7
**hughes** 2:10
4:6 8:22,22
17:7 18:3,13
18:23 19:3
39:18 60:22
61:2,9,13,19,22
62:1,4 63:25
65:1 79:18
85:6,13 86:4,4
88:8 97:8
114:11 118:4
118:12,15
121:7,9 176:2
221:11,17
229:11 245:15
270:2,10,14,17
296:6,8,10
297:21 308:15
321:16 338:23
339:6,7,22
340:19,21
**huh** 11:6 24:20
31:2 33:24
44:3 53:5,10
64:25 66:12
92:14 96:8
101:21 102:16
111:22 113:6
115:7 123:18
157:20 182:11

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 386 of 446

191:2 200:17
217:19 225:24
226:25 227:15
232:3 233:17
236:16 237:22
238:11 239:24
241:21 242:15
242:21 243:9
243:22 246:4
249:18 252:7
256:12 257:20
266:2,12
276:23 298:16
299:10 302:11
320:25 327:19
336:8
**huhs** 11:6
**human** 94:23
130:12 152:3
**humanized**
251:2
**humanizing**
250:25
**humphrey**
29:13
**hundred** 128:7
**hundreds**
72:15,15
142:21 222:19
241:8
**hunt** 21:16
169:17
**hurricane**
170:19

**hurricanes**
170:18
**hurt** 2:4 8:20
8:20 9:7 85:10
340:17
**hydrants**
285:18
**hypotheses**
104:12 120:8
130:17 132:13
134:4 135:20
**hypothesize**
95:25
**hypothetical**
140:3
**hypothetically**
211:23

**i**

**idea** 107:18
117:5 136:19
136:21 209:2
314:18
**ideal** 249:17
**ideas** 293:25
**identification**
13:3 42:17
52:3 64:19
67:14 112:23
148:6 151:9
190:14 193:25
225:19 237:17
259:12 267:8
273:4 278:17

283:7 286:10
288:19 298:4
308:24 310:18
312:8 322:25
329:3 339:4
**identified**
149:25 240:15
**identify** 134:17
134:20 150:1
172:20 173:7
175:24
**identifying**
131:5
**ignores** 269:15
**ii** 60:19 63:5
112:8 184:23
188:15 191:22
194:12,13
196:22,25
258:10
**iii** 214:8
**image** 270:23
271:2,3 276:20
323:25
**images** 55:22
271:1
**immediate**
229:4,7 249:7
250:15
**immediately**
121:16 211:10
**immigration**
27:25 31:1,4,9
31:23 35:7

39:4
**impact** 51:21
198:22
**impacts** 46:11
**imperative**
342:12
**implement**
48:19
**implicate** 17:20
**imply** 113:24
195:11 288:4
313:22
**important** 33:7
56:7 67:4
80:22 90:16
91:23 101:6
110:13 190:10
193:11 198:9
201:9 203:12
205:10 206:4
250:18 262:14
269:15
**imports** 189:3
206:11
**imposing** 104:7
**incentivized**
185:25 186:8
**include** 36:19
47:16 48:17
62:21 73:24
81:20 87:21
128:3 200:8,15
218:20 281:16
313:8 330:19

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 387 of 446

included   19:22
  63:9,17 128:4
  333:21
includes   32:13
  33:12 36:4
  88:6 102:12
  152:15 201:7
  216:19 243:6
  272:6
including   13:22
  14:9 37:3
  78:21 102:13
  111:25 155:15
  207:12 219:14
  233:14 258:2,3
  276:8 277:7
  285:18 293:3
  293:23 294:11
incomplete
  269:4
inconsistent
  252:1,10
incorporate
  129:16
incorporated
  129:17 194:9
incorrect
  339:11
incorrectly
  45:19 152:7
increase   26:11
  186:18 205:11
increased
  196:10

increases   216:1
independent
  110:19,21
indicate   228:24
  268:8 274:2
  291:10
indicates
  152:23 184:13
  190:25 290:16
indicating
  201:17 275:6
indication
  26:20
indirectly
  136:14
individual   15:2
  17:10 32:3
  34:7 117:17
  154:9 257:6
  314:8
individual's
  32:7
individuals
  17:16 89:24
  134:20 155:9
  172:20 322:3
  323:3 326:6
indoor   234:1,5
  234:11
industrial
  159:6 167:21
  243:23 275:8
  284:21 285:12
  286:5 288:11

  290:13 291:9
  292:1
industry   167:1
infantry   58:16
  164:21 207:4
  211:4 212:7,15
  289:11 290:18
  290:18
infer   236:23
infinitely
  103:13
influence
  175:17
influenced
  187:25
inform   122:20
informal   23:20
  25:7
information
  12:13 13:24
  22:14,23 23:17
  24:8 34:4
  69:17 78:23
  119:25 133:25
  164:18 168:9
  173:8 176:17
  181:3 188:7
  203:4 204:5
  220:23 222:18
  246:19,22
  267:2 269:5
  270:25 275:6
  275:10 294:9
  304:6 314:4

  316:16 317:3,6
  319:20
informative
  294:21 295:4
informed   73:5
  92:16 154:18
  312:4
informing
  77:17
infrastructure
  276:3 277:5
inherent   88:20
  150:2 151:25
inherently
  264:24
initial   153:23
  273:12
initially   41:9
  72:25 122:1
  338:10,11
inland   168:19
input   175:14
inserted   330:6
inside   157:24
  158:5,15 159:1
  166:7
insight   274:19
insights   149:17
instagram
  131:12
installation
  209:16 211:2
  276:4 277:6,19
  290:3

Golkow Technologies,
A Veritext Division
877-370-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 388 of 446

**instance** 57:11
74:22 76:11
140:3 254:10
259:15 260:8
**instances**
185:10
**instinctively**
152:12
**institute** 38:7
38:12,15,20
**institutes** 76:14
**institutional**
65:24 93:13
**instructions**
342:1,14
**instructs** 12:20
**insufficient**
77:19
**insult** 77:22
**integrated**
43:19 44:13
**intelligence**
77:23
**intelligent**
92:15
**intended** 54:10
**intensive** 62:18
**intent** 253:6
**intentionally**
182:21 183:7
184:5,9 185:9
**interaction**
48:6

**interactions**
24:15
**interest** 45:10
233:12 235:11
319:18
**interested**
144:21
**interesting**
47:7 48:12
70:6 73:3
83:19 101:19
102:19 134:1
135:19 185:7
221:1 251:7
294:21 295:12
301:5
**interject**
308:15
**internal** 37:3
204:18
**interpreted**
85:1
**interpreters**
87:16
**interprets**
87:20
**interrelated**
43:17,19 45:24
**interrogate**
89:10
**interrogating**
138:2
**interrogation**
92:1

**interventions**
45:5 46:1,3
**interview** 6:21
23:6,18 24:9
29:11 83:16
94:19,22 96:13
96:22 99:16
105:9 114:14
123:20,21
138:9 139:23
142:11 179:18
179:19 248:15
248:17 252:2,5
308:8 309:10
313:23
**interviewed**
23:4,12 29:8
83:13,15 84:24
117:17 252:21
252:23
**interviewee**
139:24 314:2
**interviewing**
23:25 28:22
29:3 83:18
96:21 121:5
123:13 139:13
**interviews**
59:13 102:14
102:17 104:1
104:16 106:5
113:19 124:7
138:19 140:7
174:4,12

178:17
**intimidating**
103:13,24
**introduce** 52:6
67:17 113:2
151:6 190:17
224:18 237:20
259:17 267:11
273:6 278:20
283:10 286:13
288:21 298:7
312:10 322:22
329:5 338:24
**introducing**
309:1 310:21
**introduction**
182:15
**introductory**
74:24
**invaded** 68:18
**invasion**
197:23
**investigations**
66:16
**invited** 87:17
**invoice** 36:5
116:12 298:18
304:21 305:23
306:14 308:2
**invoices** 6:19
15:11 35:24
41:20 116:10
156:22 179:14
294:23 298:8

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 389 of 446

298:10
**involved** 28:9
34:23 37:18
45:1 47:14
56:10 94:23
110:22 117:11
125:6 134:9
142:12 254:10
**involvement**
45:15
**involves** 318:17
**involving** 17:21
**iran** 257:11
258:4 259:25
**iranian** 197:23
198:4
**island** 57:5
60:17
**isolated** 183:10
**issue** 17:8
41:16 45:24
119:10 173:5
246:13 262:11
262:13,14,14
317:22
**issued** 273:13
**issues** 22:14
28:13 32:10
47:8,16 56:2
71:18,24
102:25 109:20
127:8 154:17
174:5 266:11
269:17 272:20

**items** 167:9
199:5 293:24
295:3
**itinerary**
256:25 259:2
**iv** 2:10 201:16

**j**

**j** 3:5 14:15
**ja** 337:12
**jacksonville**
24:16,19,21,24
183:11 185:13
185:14 186:12
186:13,18
192:2 195:20
195:22 209:4
222:13,14
259:15
**jacoby** 109:25
**jacqueline** 21:2
**january** 6:22
7:6 52:17
53:25 72:23
73:1 133:1
221:14 229:19
229:23,25
261:12,16
262:5 265:24
272:14 273:17
275:2 305:21
306:14 308:3
312:25 315:13

**jason** 14:11
**jay** 3:11 6:10
6:11 20:7
60:25
**jeans** 104:5,17
**jerome** 7:9
**jerry** 6:22 7:10
14:15 23:7
80:6,8 90:22
97:7 106:19
115:21 116:3
118:6,11,19
120:10 123:17
123:21 125:1,9
125:19 126:6
129:24 155:7
156:20 164:14
169:16 173:17
175:10,23,24
176:7,25 177:5
178:12 179:16
180:15 233:5
285:21 288:8
288:10 304:25
307:5,17 308:6
309:13 311:7
311:21 313:4
313:12 314:16
314:24
**jerry's** 174:25
**jessica** 3:4 9:8
**jhughes** 2:13
**jimmy** 230:3

**job** 54:18
321:13
**john** 2:10 8:22
17:5 18:10,24
19:5 68:17
79:11 86:4
145:21 178:25
256:2 259:20
301:10,16
303:1 307:4
**john's** 304:16
**johnson** 117:7
160:11 162:12
162:17 207:10
210:13 231:9
257:4 277:9
**joined** 213:9
**joining** 149:19
**joint** 123:21
**joints** 209:5
**joke** 105:3
236:4
**jones** 3:13
**jose** 48:4
**journal** 71:15
72:13 150:23
**journalist**
139:10
**journalists**
139:7
**jp** 302:9,13
**judge** 75:14
89:9 126:13

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 390 of 446

**july** 30:8,8,12
35:15 40:6,16
70:12 298:18
298:18 299:8
301:9 302:4,4
302:4,4
**jumped** 305:3
**jumping** 305:7
**junctures**
187:5
**june** 195:3,10
227:1
**jury** 126:13
**justice** 1:17 2:3
3:4,6,7 4:17
10:6 15:5,15
181:10
**justified** 66:6

**k**

**k** 14:15
**karl** 109:24
**kay** 112:4
**kearns** 145:21
147:6
**keep** 24:23
61:22 62:4
75:5 80:18
104:12 139:8
150:14 172:17
178:21 181:2
183:22,25
184:1,19 204:9
206:4

**keeping** 183:23
185:22
**kelley** 2:16 8:3
8:4,24 55:4,8
60:25 85:22
86:1 137:11,17
137:21 178:2,6
225:14 245:19
293:9,13
338:16 340:12
**kelman** 4:19
20:4,10 82:5
83:13 92:22
94:17 95:6
98:23 99:1
101:11 102:10
102:18 108:5
108:12 109:22
117:4 118:22
122:3,14,17
140:4 141:16
143:5,6 144:2
144:7 153:22
279:14
**kelman's** 61:25
83:10 84:21
91:22 92:4
99:8 100:1,5
107:25 123:5
145:25
**kennedy** 256:2
256:10 257:1
257:19 258:3
258:13 259:5

259:20,25
260:9 261:6
336:9
**kentucky** 43:12
47:12 154:17
**kept** 33:11
132:4 297:12
**key** 66:15
144:10 272:22
**kicked** 152:3
**kids** 135:15
233:14
**kind** 24:8 39:3
47:8 56:19
58:11 95:15,17
104:1,9 105:7
120:9 126:16
147:5 158:13
177:15 247:15
247:17 257:9
278:6 302:14
306:11 324:13
325:1
**kinds** 29:2
30:18 151:18
**kitchens**
247:14
**knew** 27:4
57:14,14 89:21
96:15 175:5
223:11 264:16
287:11 300:15
300:15

**know** 12:8
16:24 23:24
24:16 26:6
35:23 37:2
38:6 40:19
43:8 45:10
46:16 50:11,18
53:3 54:14
56:4,12,19
57:9,11,15
59:23 63:19
71:14,17,18
73:8 74:7
75:14 76:11,21
77:13 78:1,7
78:15,22 79:6
79:11,13,13
80:2,5,13,18
81:19 84:4,23
89:9 90:1 91:3
93:22 97:2,18
98:17 101:12
101:24 102:14
102:15 104:11
104:16 105:1
108:5,7 109:12
109:16,21,23
110:2,5 114:13
115:1,5 116:24
117:3 119:7
120:8 123:9,11
125:8,19,24
126:8 127:21
128:20 130:3

Golkow Technologies,
877-370-3377  A Veritext Division  www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 391 of 446

| | | | **l** |
|---|---|---|---|
| 131:15,18 | 248:24 249:3 | 34:1,5,21,22 | **l** 6:10,11 14:16 |
| 132:22,25 | 249:12,15 | 55:17 57:25 | 60:17 |
| 133:9,12,13,16 | 250:8,8 251:14 | 59:13 75:16,19 | **la** 224:2 |
| 134:5,10,24 | 251:19 252:21 | 76:8,10,17,19 | **labeled** 191:6 |
| 135:15 136:1,3 | 252:23 253:20 | 77:1,18 78:7 | 276:20 333:14 |
| 136:16 141:24 | 255:10 256:18 | 82:6,9,10 | **lack** 110:9 |
| 142:1,14,15 | 256:21 257:6 | 150:17,20 | 311:14 |
| 143:7 154:19 | 258:24 259:1 | 172:21 201:2 | **lacked** 204:16 |
| 154:21 156:22 | 262:10,25 | 266:10 267:23 | 223:11 |
| 157:14 158:7 | 263:1,17 269:5 | 290:24 316:1 | **lacks** 269:12,13 |
| 159:1 161:15 | 269:22 282:13 | 317:11,20 | **lagomey** |
| 161:17,18,25 | 283:23 284:2 | 332:19 | 191:11 |
| 162:22 163:14 | 284:13,18 | **known** 68:15 | **lai** 152:8 |
| 166:7 168:16 | 287:23 289:10 | 153:18 159:8 | 153:17 |
| 171:7 172:25 | 291:24 294:24 | 254:5 275:23 | **lamacchia** 3:8 |
| 174:10 177:5 | 295:8,15 | 316:3 | 9:3,3 39:18,25 |
| 178:24 179:11 | 297:13,14,25 | **knows** 49:14 | **lamar** 6:16 |
| 181:5,13 | 300:15,18 | 169:16 236:2 | **lance** 191:18 |
| 185:17 186:5,7 | 301:6 302:14 | 317:7 | **land** 183:17 |
| 186:7,12,25 | 304:20 307:21 | **knox** 162:5 | 184:22 186:15 |
| 187:13,23 | 307:23,25 | 244:14 | 255:22 |
| 188:2 190:2 | 309:24 311:22 | **korea** 27:19 | **landing** 172:11 |
| 192:11 198:17 | 313:14,15,17 | 29:10 47:18 | 260:3 |
| 201:6,8 202:21 | 314:20 316:3 | 187:4 188:18 | **landings** |
| 206:7,18 209:3 | 317:1,23,25 | **korean** 28:9,15 | 260:17 |
| 210:6 211:21 | 325:3 326:1,4 | 28:25 51:18 | **landmarks** |
| 212:21 213:12 | 327:4 332:12 | 295:6,9,11 | 272:23 |
| 218:12,14 | 337:13,16,20 | **kyle** 1:14 4:3 | **lane** 321:21 |
| 220:18,20 | **knowing** 70:16 | 4:13,14,16,18 | **lanes** 166:6 |
| 224:1,15 233:3 | 81:1 235:17 | 6:19 7:8 8:13 | 243:8 244:4 |
| 233:5,7,11 | 249:13 268:24 | 9:14 10:2 | 245:2 |
| 235:16,24 | **knowledge** | 15:13 16:1,12 | |
| 236:19 241:6 | 16:7 17:1 21:8 | 340:14 344:19 | |
| 245:2 247:3 | 24:6 27:11 | | |

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 392 of 446

**language** 86:6
  86:8 87:6
**lap** 35:9
**lapses** 292:11
**large** 56:14
  74:24 128:22
  128:23 143:11
  168:2 170:2
  184:16 205:14
  226:10
**largely** 209:14
**larger** 186:13
  188:15 203:18
  237:12 291:15
  330:11
**largest** 220:13
  244:3,20 255:1
**late** 26:7 29:6
  72:22 74:4,5
  116:17
**latin** 32:22,25
  33:1 43:18,21
  43:23 44:9,11
  44:23 45:4
  46:14 47:10
**laude** 44:14
**law** 29:17
**lawyers** 38:8
  41:23 70:2
  89:14 120:7
  175:13 177:1
  323:23 335:8
**layers** 47:19,22

**layne** 6:13
**lbj** 139:10
**lbj's** 69:20
**lds** 240:15
**lead** 86:14
  87:14,14 149:3
  301:20
**leadership**
  39:21 40:3
  41:21 85:17
  306:10,17,19
**league** 255:11
  255:11
**learn** 96:23
**learned** 89:15
  252:19 314:3
**learning** 34:22
  118:22 131:9
**leatherneck**
  75:11 269:17
**leave** 138:20
  161:13 162:16
  218:9,21
**leaves** 185:13
**leaving** 65:10
  229:18
**lebanon** 57:21
  256:22
**led** 104:7 105:6
**lee** 28:18
**left** 66:14 133:2
  171:25 175:18
  227:13 232:2
  233:18 259:25

  322:2 327:20
  333:13
**legal** 3:9 129:9
  141:21 298:19
**legible** 271:9
**legislation**
  299:19 300:25
**legs** 55:2
**lejeune** 1:4
  5:16,20,22 6:5
  8:10 10:6 14:7
  15:5,14 23:16
  24:1 25:8 26:3
  26:18,22 27:5
  27:8 30:5,7
  35:14,21,25
  40:3 46:22
  54:11 55:16,17
  55:21 56:6,8
  57:4,10,12,15
  57:17,20,22
  58:21 59:16
  60:10,13 62:20
  63:2,8 72:7
  97:20 116:6,9
  116:13 124:18
  124:23 131:6
  131:11 134:20
  142:23 156:20
  160:23 168:5
  170:13,14
  172:22 174:20
  176:7,10,17,18
  177:17 178:12

  179:17 180:11
  181:11,20
  182:5 183:3,12
  184:9,10,11
  185:11 186:14
  187:3 188:12
  189:15 197:5
  199:5 201:1
  202:11 210:1
  214:4,13 217:5
  218:5,17 219:1
  219:2 222:2
  227:2 238:3
  240:9,20 259:8
  260:4 264:9
  266:10 273:24
  274:3,19
  275:25 276:2
  277:4,16
  284:11 285:6
  287:6,8 290:2
  295:6 299:17
  300:15 301:22
  304:12 316:22
  317:21 325:2
  327:1,15
  329:10,19
  336:7
**lejeune's**
  217:10 260:23
**lejuene** 4:17
  60:9 97:21
**length** 30:20

Golkow Technologies,
877-370-3377                 A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 393 of 446

leslie   3:8 9:3
    39:15,25
    298:22 306:3
leslie's   39:17
letter   191:13
    248:9 249:5
letters   14:23
    63:10 95:3
    149:1 250:2,4
    250:13
letting   88:8
level   18:1 46:20
    46:21 139:24
    154:16 286:5
levels   48:9
    78:20 252:25
liar   152:16
    154:9
libraries   65:25
    93:14 241:15
    241:20
library   117:8
    138:12 158:25
    242:1,6 257:2
    257:2,4 259:5
    259:5 261:6
    273:23
license   9:12
licensed   9:10
lie   171:10
    172:16 216:14
lieutenant
    20:18 24:4

life   23:2 24:10
    32:12,17 33:7
    51:7 55:25
    56:20 59:4,9
    59:20 62:20
    68:21 71:16
    82:6 97:20
    134:11 206:2
    224:16 254:8
lifetime   224:1
light   94:14
    149:15 331:21
likely   97:1
    150:11 177:22
    198:14,16
    206:9 213:8
    255:11 256:1
likewise   254:7
limitations
    250:16
limited   13:23
    14:9 73:20
    143:2,4 192:1
    223:5 231:5
    242:9 279:18
    320:13 336:2
limits   158:6
lincoln   68:16
line   198:17
    203:8 216:21
    247:4 263:20
    283:22 287:1
    289:9 290:23
    290:23 320:5,5

    343:4
lined   125:4
    167:21
lines   66:10
    79:16 273:22
liney   283:15
lingering   106:1
lining   247:4
link   97:8
linked   28:12
    315:4
links   179:24
list   59:9 68:7
    78:3 81:21
    129:7 134:24
    227:16 239:4
    242:8 270:1
    297:12 298:8
    298:10 323:22
    323:23 324:8
    324:25 325:1
    333:22,23,24
    337:14
listed   31:12
    128:9 182:17
    195:3 215:17
    216:7 217:3,6
    229:15 238:21
    244:12 327:14
listing   297:3
lists   16:11
    81:22 215:4
    227:20 233:19
    241:15 242:22

litany   46:5
    147:8
literature
    44:18
litigants   142:12
    142:21
litigation   1:4
    4:17 8:10 10:6
    15:15 30:6,7
    34:24 35:14,21
    36:1,21 37:12
    37:19 38:4
    46:23 55:16
    57:13 59:17
    61:11,18 70:17
    71:25 78:5
    86:9 87:19
    88:6 142:9
    226:6 268:9
    297:13 298:11
    300:8,19
    317:10 318:10
    318:17 321:4
    331:5 335:20
    335:21
little   24:7 30:25
    45:2,21 57:7
    72:3 96:6
    97:24 102:9
    105:16 117:22
    132:10 134:8
    135:22,24
    139:16 183:11
    188:19,20

Golkow Technologies,
877-370-3377               A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 394 of 446

193:17 210:3
212:16 214:6
221:8 232:23
237:12 239:9
253:20 255:11
271:23 294:24
310:4 324:24
**live** 153:8
187:8
**lived** 29:9
123:14 132:11
187:12,14,20
189:11,13,22
190:8 195:12
195:15 206:1
207:14
**lives** 32:9 37:12
57:24
**living** 33:5
99:22 189:9
195:22 196:3
**llc** 3:12,14,16
**lo** 152:6 153:17
**load** 285:20
**loading** 214:2,9
**local** 45:25
126:17
**locals** 75:6
**locate** 50:19
123:5 328:7
**located** 170:3
219:15 243:4
243:18 254:11
281:10 291:8

**location** 55:21
153:25 215:5
264:10
**locations**
157:17 184:13
227:17,18
228:7 272:8
281:19 282:2
285:6
**logistics** 291:4
**logs** 257:5
**long** 25:13
29:24 47:6,6
60:1 61:13,20
62:25 68:7
70:15 82:25
97:17 136:23
156:25 160:5,7
161:8,10 164:7
169:5 213:9
299:19 315:6
317:20 318:6
**longer** 29:14
50:22 80:25
160:8 212:17
293:4
**longley** 1:15
4:3,13,14,16,18
6:23 7:7,9,10
7:11 8:13 9:14
9:21 10:2,8
13:7,9 15:13
16:1,13 17:10
17:21 18:5

27:12 42:20,21
51:9 55:12
61:24 62:8
64:5,23 88:13
104:2 137:25
151:24 152:15
178:10 190:18
194:5 225:22
237:20 245:23
267:12 278:21
280:21 281:5
281:13 283:10
286:17 288:24
293:17 298:9
309:4 310:22
312:13 323:3
329:7 338:18
338:24 339:8
339:24 340:14
344:19
**longley's** 6:19
270:3
**look** 23:19
32:15 41:14,20
52:12,19 57:1
60:12 63:16
101:1 120:12
135:11,15
153:22 181:10
181:19 186:20
186:23 188:18
190:3 196:8
198:25 208:6
221:7 222:25

235:24 236:15
239:3 240:23
242:2,13 243:3
244:8 246:20
255:3 259:18
271:22 296:6
299:22 302:2
305:16 312:17
315:20 330:1
**looked** 80:4
122:5 143:9
226:1 227:4
326:7,11 334:8
**looking** 22:24
29:11 56:23
63:25 73:7
90:2,2,3
131:13 199:8
208:2 215:8
229:6,11,12
238:13 246:19
324:11,23
326:12
**looks** 167:2
227:3 324:12
326:1
**loose** 71:12
**lori** 14:15
**loss** 261:9
**lost** 110:12
121:13 198:1
231:20
**lot** 26:3 29:11
31:13 37:11

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 395 of 446

39:3 44:9
45:14 55:18,23
59:12 70:2
71:24 76:7
85:2 90:8 91:9
100:12 101:2
103:19,20
106:11 109:22
115:24 117:1
121:12 124:19
130:12 131:10
132:1 135:7,8
135:12,18
136:7 141:6
145:13 146:25
155:23 164:18
168:9 172:23
173:3 185:5
187:9,9 188:23
189:1 192:23
198:2 205:12
206:2 208:16
213:19 250:24
255:7,9 262:10
265:25 266:16
294:20 295:9
295:16 311:22
314:5
**lots** 21:10 56:1
128:3 132:11
186:15
**lou** 128:3 235:7
**louisiana**
184:17

**love** 130:10,11
133:10,11
258:24 321:8,9
**loved** 133:10
**lower** 186:10
192:3 327:20
**ls** 302:14
**luck** 128:18
**luckily** 238:9
**lucrative**
195:21 321:13
**lunch** 172:15
178:5,10
**lyles** 301:10,16
303:1,9,19,23
304:6

**m**

**m.a.** 3:13
**machine** 50:6
223:20
**machines** 168:2
**macro** 46:20
**made** 40:17
41:6 51:21
81:23 82:25
90:21 93:18
97:24 121:6
138:11 147:4
153:20 154:2
155:24 156:1,7
177:8 233:5
244:19 251:5,5
251:6 261:1

263:18 282:11
294:2 313:19
316:9 319:23
321:14 329:16
330:2 337:12
341:9 342:6
344:9
**magner** 176:2
**magner's**
175:25
**magnifying**
271:24
**main** 2:11
73:24 105:16
126:21 157:4
158:19 161:13
166:4,4 184:19
220:15 221:4,6
233:23 235:5
241:10,13,25
243:5 256:8
258:21 285:12
290:7,12
**maintain** 45:25
48:10
**maintained**
318:15
**maintaining**
10:12
**maintains** 88:5
**major** 53:22
60:13 62:21
68:14 157:13
176:19 191:16

233:8
**majority** 57:21
89:16 190:8
192:13 223:15
224:10 231:9
232:25 269:11
300:2
**majors** 89:14
**make** 11:7 29:1
35:12 52:10,20
66:6 74:7
79:14 90:22
99:7 118:16
120:25 153:21
156:5 173:4
177:20 193:2
203:22 215:13
229:22 230:22
231:15 236:17
247:11 262:9
263:4 264:21
278:6,12
282:15 294:17
295:3,17
296:14,24
297:24 299:21
303:25 308:20
334:25 337:23
338:13 342:4
**makes** 13:19
51:3 65:20
66:17 91:9
92:9 98:6
115:3,9 117:24

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 396 of 446

174:16 184:3
215:15 229:16
**making** 12:2
94:15 153:17
205:12 252:1
312:16
**male** 204:14
224:15
**man** 152:4
**management**
87:6
**manchock**
39:15
**mandell** 39:14
39:24
**manipulated**
48:7
**manner** 101:8
**manor** 160:17
**manpower**
197:8 198:21
212:18
**manual** 111:11
111:21 112:5
**map** 181:10
270:21 271:4,9
271:10,14,19
271:25 272:2,5
**maps** 270:25
**marathon**
98:14 119:21
**march** 52:24
54:3 71:5
257:14 278:14

279:7 283:15
293:18 303:17
309:13 313:11
331:25
**marine** 6:5
23:15 24:3
39:10 45:7
56:9,18,18,25
57:5 58:24
59:21 60:1,2
60:14 62:22
75:2 83:25
107:20 125:7
125:14 162:25
165:14,18
173:3 176:19
184:6,8 185:10
195:11 205:14
206:17 209:21
212:13 215:20
216:1 223:3,10
224:11,23
231:4 234:7
235:7,12,22
237:9 246:20
260:3 273:23
275:21 301:10
301:16 323:5
328:6 329:18
329:20
**marines** 30:24
56:17 63:1
75:4,5,6 76:12
101:3 103:17

132:2 184:10
185:11,25
187:12,13,20
189:9,13,21,24
192:3,6 195:15
196:3 204:14
205:21,24
206:24 207:3
210:20 211:6
212:6 213:3
218:15,16,20
224:22 234:24
236:8,11 249:9
253:25 258:24
322:6 323:4
324:20
**mark** 21:18
**marked** 13:2
42:16 52:2
64:18 67:13
112:22 148:5
151:8 190:13
193:24 225:18
237:16 259:11
267:7 273:3
278:16 283:6
286:9 288:18
298:3 308:23
310:17 312:7
322:24 329:2
339:3
**marsoc** 58:24
168:15,17,24
169:10 176:19

**marston**
244:12
**mart** 28:18
**martel** 14:13
**mary** 112:4
**mash** 235:2
**maslia** 14:10
88:1
**massacre** 83:16
94:2,3 95:7
99:10,14,17
100:2 102:1,3
102:10 103:6
109:24
**massive** 29:1
197:15
**master** 5:12
194:6,20
207:12
**master's** 44:17
44:22 49:8
136:17 154:16
315:1
**match** 202:25
217:9
**material** 16:10
16:11 21:10
68:3 90:17
296:13 303:18
331:16
**materials** 13:22
15:18 16:18
48:16 62:24
63:9,11,18

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 397 of 446

74:6 78:2
84:20 88:15
103:2,9 120:24
126:3 127:8
128:9,9 129:2
129:14 134:15
144:17 148:24
149:16 152:2
156:2,5,6
173:2 179:7,23
209:10,12
231:12 249:4
265:17 268:12
268:17,19
269:25 270:7
282:11,15,24
294:16,20
296:16,24
297:8 299:21
302:15,17,18
302:19 303:12
312:18 314:6
322:13 331:2
**math** 36:14
204:3
**mathematics**
44:5
**matter** 14:9
25:22 54:11
139:5 189:11
301:21 332:5
**matters** 101:23
142:8 263:8
265:5

**mcaf** 239:14
240:4
**mcas** 166:9
200:9,15,18
209:14,20
217:1,3,5
234:9 237:12
277:9
**mccullough**
147:7
**mcelhiney** 6:13
20:25 21:5,7
246:24 247:1,2
279:22 280:5
281:6 283:14
**mcelhiney's**
281:8 285:4
**mcelihiney**
246:24
**meacham**
145:21 147:6
**mean** 19:21
43:21 46:4
77:16 80:17
86:9 91:6
92:25 93:22
105:15 120:4
120:11 122:8
125:16 135:24
136:1 142:2
144:12 146:5
150:22 180:14
183:8 185:10
187:4 193:1

209:25 218:25
221:7 222:5
236:1 244:7
245:6 260:12
269:24 312:3
326:5,7,20
328:21 331:24
337:11
**meaning** 42:8
113:14 122:16
156:16 210:19
297:9 306:4
**means** 65:10
102:12 181:20
270:5 298:20
341:22
**meant** 218:22
292:7
**measurement**
25:5
**mechanic** 246:7
**mechanisms**
102:13
**media** 55:5,9
85:23 86:2
106:12,14,15
137:18,22
178:3,7 245:15
245:20 293:10
293:14 340:13
**medic** 132:3
**medical** 254:18
**meet** 18:12
41:12 71:10

105:11 122:11
198:21 291:1
**meeting** 39:21
116:4 173:20
176:19 298:19
298:21 299:8
305:24 306:10
306:16,18,19
307:1,4 320:4
**meetings** 116:1
116:2 299:5
**melts** 262:21
263:25 264:2,6
265:16 279:25
**member** 64:9
101:9 143:25
144:24,25
299:15
**members** 59:14
117:11 134:17
223:11 224:23
291:6
**membership**
144:19 147:16
305:25 306:4,4
**memoir** 154:12
154:13
**memoirs** 95:3
148:25 152:1
153:15 172:24
**memorable**
57:16
**memorial**
170:5 256:23

Golkow Technologies,
877-370-3377                          A Veritext Division                          www.veritext.com
Case 7:23-cv-00897-RJ      Document 362-5      Filed 04/29/25      Page 398 of 446

**memorialized**
  100:16
**memories** 96:1
  99:19 100:17
  110:6 113:16
**memory** 21:20
  23:10 57:19
  78:8 83:15,18
  95:24,24 99:13
  100:10,13
  101:2,5 102:3
  107:25 108:9
  113:13 123:16
  159:18 166:23
  168:4 171:22
  178:19 180:8
  181:4 182:3
  229:4 292:10
  312:3 314:1,3
  314:3 335:7
**men** 232:25
  233:12
**mental** 321:17
**mentioned** 71:4
  101:16,16
  187:12 292:18
**mentioning**
  69:3
**mere** 257:23
**merely** 139:24
**mess** 158:14
  165:1 246:8
**messages** 14:3
  14:24

**met** 41:21
  112:16 173:16
  174:20 175:7
  177:6 178:13
  179:7,17
**method** 102:7
**methodist**
  102:1,2
**methodologi...**
  294:10 320:14
  320:15
**methodologies**
  82:18 111:7,15
**methodology**
  81:11 89:21
  111:24 123:10
  123:11,23
  143:9 150:18
  174:3 175:15
  175:18 293:21
  335:10
**methods** 135:2
  294:9
**metropolitan**
  181:21 184:17
**michael** 2:16
  8:4 80:9,14
  267:19 319:22
**micro** 46:21,25
**mid** 26:7 30:8
  51:17 131:14
  131:14,14,15
  188:22 206:10
  208:10 222:10

**middle** 137:5
  184:18 257:21
  280:19 333:13
**midway** 111:22
  160:21 191:22
  239:16,23
  241:7 244:15
**mike** 7:5 14:14
  17:12 23:7
  80:2 97:7
  106:19 118:6
  118:10,19
  123:21 124:14
  124:22 125:1,9
  125:20 136:12
  155:7 156:20
  173:7,11,16
  174:19 175:5
  175:25 176:1,2
  176:23 177:5
  178:12,17
  179:22 180:9
  263:22 265:25
  304:25 307:4
  307:15 309:14
  311:2,18,21,23
  312:16 313:4
  313:12 314:15
  314:16,23
  317:4,20
  319:14
**mike's** 174:23
  314:25

**militarily** 56:3
**military** 27:18
  28:10 29:9
  39:9 43:17
  45:1,5,11,12,15
  45:17,20,22,23
  46:1,3,11,15,17
  46:20 47:14,17
  49:17 51:10
  55:19 56:16
  57:9 59:6
  62:17 76:12,14
  76:18,23,24
  78:22 82:8,12
  100:8 144:18
  145:12 146:23
  150:24 183:9
  183:22 184:15
  193:3 195:4,6
  197:14,15,21
  198:1 201:18
  201:19 202:3,4
  202:13,23,25
  209:6,15
  214:19 215:4
  217:6,10 290:3
  331:2
**millet's** 59:19
**millett** 59:24
**millett's** 60:4
**million** 108:3,3
  108:4
**mind** 37:13
  41:17 73:23

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ      Document 362-5      Filed 04/29/25      Page 399 of 446

85:4 104:13
224:20
**mining** 103:18
104:22
**minister** 102:1
**minor** 274:15
**minute** 28:4
42:22 54:24
104:14 151:15
160:15 182:10
203:14 206:20
214:15 257:17
261:22 294:24
296:5 324:12
325:6 327:3,6
**minutes** 11:16
25:14 85:12
106:20,20
119:22,22
137:12 164:9
225:15 329:13
338:17
**miracle** 99:3
**mirror** 55:22
**mirsky** 3:5
**misinformed**
153:24
**misinterpreted**
147:14
**mislabeled**
283:17
**misleading**
334:10

**misplaced**
102:10
**mispronounc...**
153:5
**misrepresented**
119:8
**missing** 133:12
215:9 216:20
233:9 238:13
268:2 269:21
**misstated**
310:25 311:12
**misstatements**
340:3
**mistake** 153:17
153:20 322:17
325:10,16
326:25 329:16
330:2,4 338:13
**mistaken** 81:21
94:4 101:10
153:14,16
168:21 218:16
278:25 280:10
323:5
**mistakes** 154:2
325:18,19
330:11 332:24
333:4,11
336:22
**mix** 240:11
**mobile** 76:24
**mobility**
205:21

**modeling** 247:8
**modern** 32:25
33:1 139:22
**modernized**
314:17
**modifies**
339:15
**mohammad**
259:21
**mom** 250:12
**moment** 21:5
114:9 193:22
283:16 296:5
298:12 301:3
**momentary**
211:12
**monday** 230:9
**monetary**
320:13
**money** 183:23
185:22
**montford**
162:14 199:22
228:18 230:20
232:15,16
234:11 239:19
241:20 243:24
277:9
**month** 42:3
143:11 152:10
156:22 220:20
220:21 221:25
335:17

**months** 33:19
35:18 40:20
70:13,20 71:20
128:13 152:10
179:11 192:5
296:20
**monument**
84:25 155:2
**moore** 3:15
**morenci** 30:24
101:3 103:16
103:17 132:2
249:9
**morgan** 3:12
3:14,16
**morning** 9:21
9:22 15:19
31:15 35:24
298:8 339:1
**morris** 14:10
87:25
**motivating**
253:3
**motor** 159:3
165:12 166:13
170:8 246:7
**move** 53:20
156:15 246:3
278:14 338:14
**moved** 72:22
157:9 256:6
**movement**
25:20,24
211:17 220:5

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 400 of 446

movements
  25:17
movie   166:9
  185:19
movies   235:2
  254:16
moving   193:3
  205:17 210:3
  241:14 242:17
  242:25 270:20
  304:21
mst   6:21
multiple   63:8
  78:20 79:4,5
  97:4 98:18
  101:17,17
  102:12 114:25
  163:19 182:5
  252:25 285:6
  285:15 290:2
  331:13,13
multitude   95:4
museums   65:25
  93:14
music   230:2
mutually
  109:11 253:18

**n**

n   2:1 3:1 4:1
  9:8
name   8:4 9:8,9
  9:23,25 20:14
  21:17,19 27:17

29:13 39:17
  145:21 174:21
  306:13 341:15
  344:13
named   48:4
names   16:9
narrative   37:2
  42:13 128:12
  142:1 306:17
  306:21 324:17
  325:8 330:22
  336:19
narratives   92:6
narrow   73:18
  139:5,20
  171:18 335:4
national   28:9
  28:25 84:22,23
  108:7 323:16
nationalism
  47:10 48:7
nationalist   48:5
nationals   28:15
native   98:20
  109:20 140:17
  185:4
natural   177:25
  314:2
nature   26:1
  74:23 138:3
  141:20 188:23
  250:3
nautilus   223:20

naval   216:23
  216:25 234:13
navy   15:3
  17:16 224:22
  235:23 260:2
nco   163:5
  232:2
near   333:15
nearly   105:20
  195:11
necessarily
  36:18 57:23
  79:3 89:9 91:6
  125:5 139:3
  150:1 211:13
  218:4 251:25
  252:24 258:18
  264:24 292:17
  292:20 294:22
  296:22 304:14
  332:8
necessary   62:2
  68:19 78:24
  145:16 147:15
  336:5 342:4
  344:9,11
necessitate
  304:7
necessities
  254:17
need   12:7 21:4
  36:8,9 43:2
  51:1 78:18
  85:8,18 88:18

92:15,18,20,24
  95:21 110:23
  127:24 132:10
  138:25 139:1,2
  144:14,14
  175:16 188:15
  193:14 204:5
  208:14 223:5
  271:23 340:19
  340:21
needed   38:22
  42:12 77:11
  176:16 335:3
needing   205:9
needless   29:21
  33:21
needs   69:2
  197:8 198:21
  212:19
negative   120:5
  149:15
neither   91:20
nerd   204:3
network   33:14
never   56:18
  83:13 92:10
  110:8 136:22
  153:20 209:20
  220:23,24
  224:15 235:22
  235:25 236:6
  252:23 294:2
new   31:15 34:6
  66:19 94:5,5

Golkow Technologies,
A Veritext Division
877-370-3377                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 401 of 446

101:5 104:3
119:19 157:6
160:8 162:1
163:23 165:14
165:22,23
166:1,9 200:9
209:14 210:6
220:24 222:11
234:9 255:6,16
276:8
**news** 5:21
258:14 259:16
**newspaper**
5:10 126:17
127:1,5 166:8
**newspapers**
29:15 110:16
126:21
**nicaragua** 45:9
48:6
**nice** 51:6
234:22
**nicest** 235:13
**night** 36:11
230:11,20,21
**nighthorse**
101:9 108:6
**nine** 213:16
**nixon** 257:24
326:25 327:12
327:22 334:21
339:10
**nixon's** 7:15
329:19

**nodding** 218:21
**nods** 112:17
**non** 23:11
**noncommissi...**
229:14
**noncoms** 233:1
**nonplaintiff**
131:6 134:17
**nonprivileged**
13:21
**nontestifying**
17:18,22
**norm** 71:23
**normal** 10:16
30:16,17 54:19
293:20 331:12
**normally** 41:16
54:20 291:3
320:21 335:15
**normans** 68:17
**north** 1:2 2:11
2:11 5:19 8:12
15:4 182:1
227:2 260:4
295:11
**norway** 218:13
**nos** 5:10,13,17
6:8,23 7:6
**notched** 110:4
**note** 41:21
53:16 72:21
78:12 80:22
87:25 106:18
118:15 132:2

192:20 265:9
330:1
**noted** 30:20
65:14 83:3
109:2 122:14
163:14,17
342:10
**notes** 7:10
23:18 63:16,24
68:7 79:19
81:7 93:3
96:23 97:3,13
98:11 102:17
121:4,9,16,25
122:3,4,15,20
130:5 138:25
139:2,8 141:5
177:11,15
180:24 281:1
296:18,22
297:5 299:20
301:11,17,24
302:7 303:21
305:8,16,17
308:9,11 309:6
309:9,12,20
310:6 311:14
312:22 341:11
**notice** 4:12
13:7,12 73:7
86:20,20 87:23
215:24 242:2
**noticeable**
240:21

**noticed** 268:18
315:15
**noticing** 8:16
**notion** 74:2
**november**
305:23
**nowadays**
119:6
**nuclear** 170:22
172:1
**number** 9:12
14:2,23 15:11
15:23 16:8
17:9 54:16
55:5,9 61:10
72:11 73:20
74:25 85:23
86:2 101:1
113:8 137:18
137:22 143:11
152:19 167:21
178:3,7 182:18
187:2 189:12
189:21,23
190:3,8,25
195:15 207:14
212:5 215:25
217:14 218:12
224:6 242:3,19
245:16,20
262:20 267:25
268:4,5,18
269:22,22
280:1 293:10

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 402 of 446

293:14 306:7
317:25 340:13
**numbers** 56:14
68:6 189:25
194:21 197:20
197:24 198:2
198:20 201:4
202:9 203:13
203:16,21,25
210:20 211:23
212:24 215:1
216:22 217:1,9
217:15,17,21
217:25 218:4
218:18 219:7
220:16 221:22
222:25 226:23
227:18 238:5
238:10 241:3
321:14
**numeral**
148:21
**numerous**
254:2 281:19
293:22 319:3
**nurse** 225:4,8
**nurses** 224:12
224:22 225:3

**o**

**oath** 11:17,20
98:5 102:25
107:7,13 109:3
250:19 251:13

252:11 344:7
**obama** 258:8
336:12
**object** 12:16
88:4 270:13
**objected** 17:19
**objection** 17:8
17:25 270:2
321:16
**objections**
12:16,17
270:16 341:9
**obligated** 107:7
**observing**
255:22
**obtained**
264:14
**obvious** 48:21
83:17 120:8
**obviously**
33:25 40:19
45:14 57:8
112:18 127:7
147:11 156:21
186:13 188:14
203:17 244:2
**occasions** 86:24
**occupants** 75:3
182:21,23
183:7
**occupy** 17:13
**occupying**
195:2

**occurred** 58:20
235:21 255:21
256:5 302:3
312:25
**occurring**
57:24
**occurs** 313:25
**oceanside**
24:22 183:20
**october** 6:7
221:18 304:21
305:4,24
306:10 329:19
329:24
**odd** 70:24
215:24
**offer** 34:16
185:14
**offered** 22:12
232:21 331:20
**offhand** 221:2
**office** 5:22
133:1 232:10
232:16
**officer** 23:15
28:22 29:4,6
29:10 49:17
60:2 82:9 90:7
90:7
**officers** 206:8
215:11,12
229:14
**official** 189:15
192:12

**officials** 33:13
**offset** 103:25
**oftentimes**
45:24 58:22
103:24 107:20
183:10 249:10
249:12
**oh** 199:8 215:9
215:9 226:20
229:18 261:18
282:6
**oil** 104:20
**okay** 10:25
11:10,16,19,23
12:6,15,24
14:22 15:22
16:6,8,17,21,24
17:2,4,7,24
18:8,12,15,18
18:22 19:1,6
19:10,18 20:3
20:6,10,12
21:9,12,13,21
21:23 22:1,4,6
22:11,16,19
23:3,9,11,21,24
24:4 25:1,9,12
25:15,21,25
26:20 27:2,10
27:12,15,24
28:3,5,18 29:2
29:7 30:1,4,9
30:14,17 31:6
31:9,18 32:1,4

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 403 of 446

| | | | |
|---|---|---|---|
| 32:18,23 33:2 | 74:19,21 76:1 | 142:13,19 | 175:5,9,11,19 |
| 33:9,15,18,20 | 76:6 77:6,9,12 | 143:18 145:24 | 175:23 176:6,9 |
| 34:13,23 35:4 | 77:21 79:7,10 | 147:13,24 | 176:14 177:3 |
| 35:6,11,17,20 | 79:15 80:2,9 | 148:21,21 | 177:14,23 |
| 35:23 36:3,6,9 | 80:13,16,21 | 149:24 150:4,6 | 178:20 179:3 |
| 36:13,19,24 | 81:3,16,18,25 | 150:9,13,21,23 | 179:16,22,25 |
| 37:3,23 38:2,5 | 83:8 85:5,9,20 | 151:4,17 154:5 | 180:4,7,9,13,16 |
| 39:2,6,12,16,24 | 88:8 89:7 | 154:14,25 | 180:20,22 |
| 40:13,19,23 | 90:14,20 93:25 | 155:3,7,12,17 | 181:2,6,14,18 |
| 41:3,5,8,11,11 | 94:11,17 95:20 | 156:15,25 | 181:20 182:2,4 |
| 41:22,24 42:5 | 96:6 99:12,15 | 157:2,8,11,23 | 182:14,15,16 |
| 42:11,14,24 | 99:20 100:23 | 158:1,14,17 | 184:3,14 185:1 |
| 43:2,16,24 | 100:25 101:19 | 159:5,11,16,21 | 186:3,22 187:1 |
| 44:7 45:14 | 102:8,19 107:9 | 159:23 160:10 | 187:6,16,19 |
| 46:6,19 47:1 | 109:16 113:22 | 160:12 161:3 | 188:8,24 189:6 |
| 47:11,20 48:1 | 114:1,4,17,24 | 161:11,16,19 | 189:20 190:1,6 |
| 48:12,22,24 | 115:15,20 | 161:22,24 | 190:9,21,23 |
| 49:6,8,13,16,24 | 116:7,11,17,19 | 162:5,12,20 | 191:6 192:16 |
| 50:2,15,25 | 118:15 119:3 | 163:3,7,13,16 | 193:7,10,13 |
| 51:12,18 52:12 | 119:13 120:3 | 163:19,22,25 | 194:4,10,15,18 |
| 52:13,23 53:3 | 120:16,19,22 | 164:7,13,17,23 | 195:14,18,24 |
| 53:11,15,23 | 121:2,15,20,22 | 165:1,4,12,14 | 196:1,7,9 |
| 54:2,9,13,17,22 | 122:14,24 | 165:16,18,25 | 197:3,9,17 |
| 55:1 57:7,23 | 123:3 124:12 | 166:5,19 167:9 | 198:7,10,24 |
| 58:5 59:3,12 | 125:2,12,23 | 167:13,17,19 | 199:9,10,14 |
| 60:3 61:2,21 | 126:4,10 127:3 | 168:3,7,10,14 | 200:8,11,21 |
| 62:3,6,11 | 127:11 128:22 | 168:20,23,25 | 201:3,5,21,24 |
| 63:17,20,22 | 129:15,19,23 | 169:3,13,22 | 202:9,18,24 |
| 64:3,5 65:7 | 130:2,7 132:21 | 170:2,7,11 | 203:5,9,13,15 |
| 67:18 69:9,12 | 134:3 136:14 | 171:8,13,17,21 | 204:2,6,9,10 |
| 69:18,21,23 | 136:18,20 | 172:3,10 173:7 | 205:7,20 206:6 |
| 70:4,6,22 | 138:7 139:21 | 173:10,13,19 | 206:12 207:2 |
| 71:13,22,25 | 140:2,12,21,23 | 173:22,25 | 207:18,25 |
| 73:22 74:1,14 | 141:2,7 142:10 | 174:16,24 | 208:8,11,14,22 |

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-5   Filed 04/29/25   Page 404 of 446

| | | | |
|---|---|---|---|
| 209:1,7,9,14 | 245:10,12,23 | 280:4,15,15 | 306:6,9,12,15 |
| 210:5,8,25 | 246:16 247:6,8 | 281:22,25 | 306:22,25 |
| 212:14 213:6 | 247:10,16,19 | 282:6,7,14,18 | 307:7,12,14,17 |
| 213:14,18 | 248:5,7,10,13 | 282:20,23 | 307:21,24 |
| 214:2,17,18,22 | 248:23 249:15 | 283:1,4,10,13 | 308:2,7,11,14 |
| 215:9,14,17,20 | 250:7 251:12 | 283:16,18,22 | 308:21 309:1 |
| 215:23 216:4 | 252:15 253:2,5 | 284:10,24 | 309:12,18,20 |
| 216:13,16,21 | 253:11,17,20 | 285:4,10,14,17 | 309:23 310:1,9 |
| 217:9,13 218:3 | 254:23 255:18 | 285:24 286:19 | 310:13,15,24 |
| 218:19 219:4,4 | 256:17,19,24 | 286:21,23 | 311:3,5,11,13 |
| 219:6,8,25 | 257:3,7,16,18 | 287:1,24 288:1 | 311:20 312:1 |
| 220:2,9 221:14 | 258:16,19,23 | 288:7,10,13,16 | 312:10,15,18 |
| 221:16,21 | 259:6 260:14 | 289:1,3,5,7,9 | 312:21,23,25 |
| 222:9,13,15 | 260:18 261:3,5 | 289:17 290:12 | 313:9,11,15,18 |
| 223:1,7,10,17 | 261:10,11,19 | 290:16,21 | 313:21,25 |
| 224:4,14,17 | 261:21,22,25 | 291:10,18,21 | 314:9,14,19,23 |
| 225:1,16 226:3 | 262:1,8 263:6 | 291:24 292:2,5 | 315:2,7,10,13 |
| 226:9,16,22 | 263:10,15,19 | 292:7,14,17,21 | 315:19 316:14 |
| 227:5,7,16,20 | 264:21 265:3,7 | 292:24 293:8 | 316:21 317:5,8 |
| 228:2,6,9,16 | 265:10,14 | 294:15,23 | 317:12,15,20 |
| 229:21,24 | 266:5,15 267:5 | 295:7,19 296:1 | 318:1,9,20 |
| 230:25 231:8 | 267:18,24 | 296:4,22 297:2 | 319:1,8,21 |
| 231:14,17,18 | 268:7,11,14 | 297:6,15,18 | 320:1,8,10,13 |
| 231:24,25 | 269:3,20,24 | 298:1,14,24 | 320:20,24 |
| 232:1,18 | 270:9 271:16 | 299:2,8,20,23 | 321:6,19,23 |
| 233:15 234:1 | 271:18,25 | 300:1,5,10,14 | 322:1,1,6,12,15 |
| 235:9,12 | 272:5,11,15 | 300:18,21 | 323:6,8,10,14 |
| 236:10 237:3 | 273:1,6,13,19 | 301:4,15,19,23 | 323:20,25 |
| 237:14 238:1,5 | 274:7,9,12,15 | 302:5,18 303:8 | 324:3,6,10,16 |
| 238:17,22,25 | 274:23 275:2 | 303:10,13,16 | 324:19,24 |
| 239:3,8,9 | 275:18 276:17 | 304:1,6,9,15,18 | 325:5,9,25 |
| 240:19 241:12 | 276:20 277:2 | 304:21,22 | 326:15,24 |
| 242:10,17 | 278:4,8,13,24 | 305:3,5,7,14,17 | 327:2,5,9,17 |
| 244:6,18,25 | 279:1,6,9 | 305:20,23 | 328:2,4,7,12,18 |

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 405 of 446

328:21,24
329:11,15,17
329:24 330:3,7
330:10,19,23
331:4,11,15,19
331:23 332:14
332:16,22
333:2,20,25
334:3,9,14,23
335:6,8,13,25
336:6,21 337:6
337:19 338:2
338:12,18
339:23 340:7
340:18
**okinawa** 47:17
60:14 207:17
**old** 153:18
158:8,21
161:19 168:25
223:22 235:1
**older** 196:21
**olds** 263:2
**omits** 271:1
**omnipotent**
134:5
**once** 18:14 42:2
42:3,4 62:18
74:15 80:15
127:12 326:7
326:11 331:20
339:25
**one's** 92:24

**ones** 31:11 32:5
50:12 69:22
75:23 118:19
121:19 134:9
141:3 155:1
163:19,20
167:1,20,22
196:22 232:4
232:21 244:11
249:21,24
286:1,2 294:19
305:20 315:11
**ongoing** 188:5
**online** 119:7
302:9,15
305:24
**onslow** 130:16
157:4 169:9,10
172:5 174:8
200:3 255:24
256:6 260:9
277:10
**ooooo** 340:23
**op** 91:15
**open** 17:8
213:23 253:13
261:7
**opened** 262:15
264:10
**opening** 262:23
264:3
**operate** 335:9
**operated** 57:15
264:9

**operating**
33:16 72:2
143:1
**operation**
264:8 287:11
287:14,16
**operations**
57:10 264:15
288:4
**operator** 8:3,24
55:4,8 60:25
85:22 86:1
137:11,17,21
178:2,6 225:14
245:19 293:9
293:13 338:16
340:12
**opined** 318:18
**opinion** 78:25
81:5 182:19
186:17 193:1
204:11 219:9
226:20,21
246:2,3,17
253:21,23
262:20 268:23
275:15,19
280:18
**opinions** 19:13
53:7,24 54:7
262:2,5
**opportunities**
32:15 97:18
114:1 219:12

219:21 254:20
254:25
**opportunity**
80:25 113:25
116:20 333:6
**opposed** 102:3
103:14 224:2
233:1 235:5
240:23
**opposing** 87:24
**opposite** 155:4
**optimal** 97:14
97:15 114:13
139:16 140:16
336:4
**option** 335:19
335:21 336:5
**oral** 5:4 7:5
23:22 48:16,20
49:1,20 59:13
74:2 82:22
83:4 84:21,22
88:14 89:23
92:11 93:3
94:18 95:3,14
95:17 96:9,11
97:7 98:3,4,8
98:19 99:9,9
99:13,21
100:13,16,21
101:15 102:11
102:15,22,24
103:12,14
105:16,17

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 406 of 446

106:21,24
107:11,17,19
108:12,17,21
108:23 109:4
109:12,17,18
110:1,19,20,21
110:23 111:1,3
111:8,11,21
112:2,4,6,7
113:4,11,13,16
113:22 114:7
114:21 117:8
117:13,16
118:1 119:24
122:1 123:4,5
124:3 129:24
136:12 138:1,4
138:5,9,17,19
138:24 139:6
139:12,19
140:5,5,7,8,11
140:16,18
143:16,21
148:25 150:18
151:25 153:12
153:15 154:4
154:10 155:10
156:16,18
167:25 174:3
174:11 178:18
246:23 247:19
248:3,14,17
249:23 250:23
250:24 251:9

251:15 252:18
253:13 279:16
294:11 303:21
304:2,7 305:9
305:12,18
308:3,4,5,11
309:13,21
310:25 311:1,6
311:16 313:4
313:11 314:7,7
314:13,14
317:15,18
341:7
**oranges** 143:13
**order** 73:9
84:18 87:6
145:17 157:8
161:14 185:12
204:9 254:24
255:5 293:1
315:12
**ordered** 185:10
**ordinary**
204:21
**oregon** 29:17
**organization**
145:11 146:22
151:3 181:9
291:8
**organize** 37:1
**original** 73:7
269:10 300:24
341:11 342:13

**originally**
73:11 98:12
125:4 157:5
188:13 324:19
**orleans** 94:5,6
**osprey** 236:5
**ospreys** 236:2
**outbreak**
188:14
**outcome** 37:16
**outcomes** 98:16
**outdoor** 234:3
235:4 254:2
**outline** 108:14
**outlined** 26:7
28:1 111:25
**outlying** 165:11
193:3 208:9
210:22 220:17
222:12,22
224:8 232:19
233:1,6,9
237:2,9 242:13
278:11
**outright** 101:12
**outside** 58:1
73:12 98:25
159:8 175:18
183:1 233:5
241:1 255:12
258:6 321:20
336:9
**outsiders**
104:23

**overall** 37:2
196:8 204:13
269:1
**overcome**
277:18
**overlap** 45:6
109:1,10 212:2
**overlooked**
329:9
**overly** 56:25
69:19
**overpopulation**
187:7
**oversaw** 299:16
**overseas** 186:7
**overstepping**
154:3
**overtly** 94:13
150:1
**overview** 28:7
**own** 17:14
30:20 73:12
94:18 106:25
109:4 115:2
133:4 135:9
143:8 175:13
188:2 209:15
209:20 237:4
246:21 289:11
289:15 290:4
316:21 332:21
338:13
**owner** 264:2

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 407 of 446

| p | | | |
|---|---|---|---|
| **p** 2:1,1 3:1,1 60:17 | 204:10 213:24 219:9 221:11 221:17 227:8 229:19,22 231:19 232:1 | 201:11 227:9 229:9 241:14 262:18 263:13 265:19 308:16 | 257:22 262:16 263:13 265:9 266:6 272:15 273:21 275:3 |

**p** 2:1,1 3:1,1
  60:17
**p.a.** 3:10
**p.m.** 137:19,23
  178:4,8 230:11
  230:13,15,18
  230:19 245:17
  245:21 293:11
  293:15 340:15
  340:22
**p.o.** 2:5
**pa** 2:10
**pacific** 60:17
**pact** 299:16
  300:24
**pad** 75:21 76:4
**padded** 127:25
**page** 2:22 4:4
  4:11 5:3 6:4
  7:4,15,17
  10:13 13:15
  62:9 63:25
  64:2 65:7
  67:18 68:8
  74:20 75:1
  93:7 111:18
  113:7,8 121:9
  138:7 148:17
  148:18 151:12
  151:20 153:19
  182:15 189:6
  191:3 194:24

204:10 213:24
219:9 221:11
221:17 227:8
229:19,22
231:19 232:1
233:16,18
238:9,12,17,21
241:15,17
242:17,19
243:17,21
244:10 246:1
246:20 257:18
261:13,19
266:5,15,17
269:6 270:20
270:22 271:9
271:10,19
272:1,2,6,11
273:19,20
275:2,15,16,17
276:17 279:10
279:21,25
280:18 283:18
283:19 287:1
289:9 290:22
293:18 296:7,8
315:23 322:1
322:10 327:10
327:17 333:12
333:13 343:4
**pages** 5:8 72:13
  77:5 128:17
  131:11 136:5
  199:1 200:12

201:11 227:9
229:9 241:14
262:18 263:13
265:19 308:16
**pahlavi** 259:22
  259:23,24
**paid** 15:13 36:5
**pamela** 1:21
  8:14 9:9
  341:19
**panama** 45:13
  46:15 48:6
**panamanian** 47:4
**paper** 68:9
  110:2 145:4
  146:13
**papers** 133:8
  144:8
**parade** 256:2,5
  256:14 258:21
  258:24
**parades** 261:1
**paradise** 160:15 234:15
  243:16
**paragraph** 62:14 65:8
  74:24 75:1,4,7
  75:8 87:7
  111:20,23
  138:8 148:22
  151:21 189:10
  195:1 201:14

257:22 262:16
263:13 265:9
266:6 272:15
273:21 275:3
279:13 280:20
315:23
**paragraphs** 75:10,15
  261:23 262:4
**parallel** 114:19
**parameters** 72:20
**parentheses** 152:14
**parents** 250:9
**park** 84:22,23
  108:7 160:21
  162:6 167:1
  191:22 239:16
  239:23 241:7
  244:13,14,15
**parks** 92:12
**parris** 57:5
**part** 6:7 26:12
  40:2 75:5,16
  79:2 88:20
  95:8 96:3
  101:6 102:6
  105:2 111:15
  120:24 129:20
  135:3 142:11
  150:2 155:20
  159:6 174:1,1
  175:12 183:16

Golkow Technologies,
A Veritext Division
877-370-3377    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 408 of 446

184:24 202:17
204:12 224:10
263:3 280:25
283:14 294:6
306:20 322:16
324:7 336:23
**partain** 7:5
14:14 17:12,13
23:8 80:2,9,14
106:19 118:11
123:22 124:8
124:14,22
136:12 155:7
156:20 173:8
173:11,17
174:19 176:23
177:5 178:12
178:17 179:22
180:9 263:22
266:7,19,25
267:19 304:25
307:5,15
309:14 311:2
311:18,23
313:4,12
314:17 315:24
316:18 317:8
317:21 318:10
319:2,15,22
**partain's** 97:17
175:6 265:25
314:15,23
**participants**
8:25

**participate**
98:13
**participated**
99:17,23
119:20
**participation**
99:18
**particular**
43:13 44:7,21
45:16 99:22
102:3 108:6
139:13 151:19
153:16 154:20
156:22 177:17
213:7 231:8
246:5 249:7
300:13
**particularly**
223:12 337:7
**parties** 86:9
87:9,10,11,22
142:8
**partly** 69:16
**parts** 145:24
153:24 187:3,4
202:2 205:5
206:25 207:2
210:12 219:22
220:8 223:4
272:22 280:22
324:18
**pass** 165:18
258:25

**passage** 148:14
292:11
**passed** 110:7
158:12 165:17
**passing** 213:3
**past** 61:4 66:20
87:22 131:9
316:11
**path** 226:15
**patience** 340:8
**patriot** 112:9
**pattern** 34:14
185:6 320:23
**paul** 14:16
**pause** 10:21
166:19
**pavilion** 244:12
**pay** 33:4
188:25 192:24
205:11 206:11
206:15
**payment** 37:15
**pce** 264:14,18
**peleliu** 60:16
60:16,20,21
**penalties** 11:21
**penalty** 253:9
344:4,6
**pending** 8:11
**pendleton** 7:15
55:22 56:9
57:3 58:11
60:13 183:19
327:13,16

329:12,14
**people** 24:15,24
26:14 32:14
39:5 53:19
58:9 59:2 63:4
63:7 76:25
83:15 85:2,14
86:8,12 89:12
90:21 94:22
95:10 97:20
98:18 99:1,19
101:24 103:22
106:24 110:10
110:22 115:13
117:1,11 119:6
123:10,13
126:8 127:4
130:16,25
131:14 134:9
135:3 142:11
144:21 145:13
146:25 147:7
149:13 187:3,8
189:16 200:22
200:25 205:12
206:1 220:18
220:19 223:23
225:7 235:6
236:15 244:8
247:12 250:19
253:7 255:16
258:17 331:9
**peoples** 110:11

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 409 of 446

**percent** 31:11
    144:19 224:25
    225:2,3 264:17
**percentage**
    34:4 105:18
**perfect** 215:16
**performed**
    136:15
**performing**
    10:4
**period** 21:11
    46:13 62:21
    79:12 122:7
    131:7 134:21
    136:8 145:6
    146:16 164:19
    181:12,15
    187:21,22
    191:23 194:14
    196:2 197:5
    204:17 205:5
    208:24 210:21
    219:18 246:12
    258:2 276:1
    318:6 336:10
**periodically**
    41:18
**periods** 47:25
    198:2 254:4
**peripheries**
    210:3
**perjury** 11:21
    251:20,20
    252:13 253:9

    344:4,6
**permanency**
    277:19
**permanent**
    210:15 215:4,6
**permanently**
    209:17
**permission**
    61:3 85:17
**perpetrator**
    101:25
**perplexing**
    95:18
**person** 27:4
    61:10 84:24
    87:18 88:5
    92:11,16 99:22
    102:4 106:13
    117:10 125:10
    152:16 189:11
    269:14 310:8
    310:10 326:12
    332:20
**person's** 68:21
    91:6 320:9
**personal** 63:11
    113:17 134:12
    149:10 173:20
    174:3 272:19
    290:24 304:12
**personally**
    34:24 142:17
**personnel**
    131:6 195:4

    201:19 202:3,5
    203:1 208:23
    214:2,8,20
    217:6,11
    218:25
**persons** 171:11
**perspective**
    91:7 149:10
**pertaining** 14:6
**pertinent**
    180:16
**peter** 3:13
**ph.d.** 1:15 3:11
    3:15 4:3 6:10
    6:11 8:13 9:14
    15:14 16:1,13
    43:12,14 89:19
    145:17 147:5,9
    147:10 340:14
    344:19
**ph.d.s** 103:19
    120:7 145:14
    145:25 147:2
**ph.d.s.** 144:21
**philippines**
    56:1
**phone** 25:16
    85:18 173:22
    227:18
**phony** 152:17
**photo** 135:13
    159:20 256:10
    257:19 259:18
    322:2 323:19

    323:20 325:20
    325:23 326:12
    326:15,18
    327:12,21,21
    328:2,15
    331:17,20
    334:17,21
    336:24 337:3
    339:9,14,18,19
**photocopy** 5:21
**photograph**
    323:4 324:19
    333:14,18
**photographs**
    7:13 13:25
    63:10 323:24
**photos** 166:24
    167:15 173:4
    258:13 259:16
    295:15 323:22
    324:14,25
    325:1,2 330:6
    330:19 337:14
    337:22
**physical** 82:7
**physically**
    219:1
**piano** 230:9
**picked** 58:10
    90:10 124:19
    275:7
**picking** 18:16
**pickup** 105:5

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 410 of 446

picture 166:25
334:6
pictured
323:15
pictures 247:3
piece 38:19
81:5
pier 260:4
pinch 234:24
pinpoint 56:5
56:12
pinpointed
37:25
pivot 140:2
place 51:23
103:19 129:7
164:3 167:12
169:16 170:14
185:16 216:15
245:5 255:9
287:2
places 45:8
59:8 81:6
131:10 169:17
183:18 184:21
185:2 207:15
218:12 277:15
287:5 290:2
296:20
plagiarism
251:21
plaintiff 19:24
21:23 91:4
281:6,14 317:8

318:10,17
338:20
plaintiffs 2:9
8:23 9:2,4 10:5
20:1 22:3 23:4
23:6,11 27:7
38:1 40:3
41:12 86:5,6
86:23 87:13
88:1 90:23
125:25 130:25
132:9 134:22
135:4 177:6
191:1 248:3
306:4 319:17
331:19 336:25
plan 5:12 12:6
41:17 194:20
planned 130:23
256:21
planning
194:12
plans 194:6
plant 158:3
160:3,25
161:20 171:6
333:14 334:5
plants 276:2
277:4 334:7
play 50:21
106:16 173:6
pleasant 133:8
please 8:25
9:25 10:20

11:2,6,11 12:7
12:9,17 13:14
42:22 43:8
52:19 65:7
156:17 194:24
198:25 227:10
283:18 284:16
287:1 289:9
342:3,7
plg 3:17 5:10
6:23 7:6,11
190:25
plumes 271:18
plus 117:21
241:10 242:5
poco 48:24
point 12:7
24:11 45:8
54:25 56:15
66:15 73:17
75:9 82:5,20
84:13 86:6
90:22 95:24
99:25 100:1,15
108:19 113:2
118:17 151:19
154:15 155:21
157:5,21
159:14,19
160:6,7,15
162:14 163:20
165:10,22
166:4 167:20
169:6,15 171:6

171:19,24,25
177:8,25 182:7
189:14 199:15
199:22 202:15
203:17 205:25
208:17 210:16
211:1 213:13
213:17 219:16
220:10,19
221:1 222:20
222:21 223:5
223:13,24,25
224:12 228:3
228:14,18
229:2,16,22
230:1,22 231:3
231:18 232:13
232:15,16,16
232:22 233:5
233:24 234:11
234:15,23
235:6,11,14,20
237:1 239:19
240:22 241:11
241:20 242:1
242:11 243:2
243:12,16,24
244:2,13,18,19
244:24 245:8
247:11 255:2,3
255:8,17,21
256:9,15
258:17 260:10
260:24 270:10

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 411 of 446

272:7 275:8
276:7,15,21
277:8,9,15,22
278:2,11 282:3
285:13 286:3,5
289:19 290:7
290:13,23
291:9,20 293:2
297:10 300:7
322:7,18
324:20 335:2
**pointed** 37:25
109:19 153:8
158:15 162:10
326:5 332:6
334:14,16
**pointing** 165:3
**points** 230:24
284:6,19 285:5
285:12 289:19
289:22 290:4
**poles** 110:4
**policy** 191:14
192:12
**political** 74:8
89:15
**politics** 125:6
**polk** 184:17
**pony** 255:11
**pool** 255:4
**pools** 159:3
165:12 166:13
170:8 220:25
224:6 242:12

246:7 254:13
**poor** 324:22
**poorly** 295:10
**populate** 209:6
**populated**
56:14
**population**
199:7,12,15
200:19,24
201:7,15 202:1
202:11 208:3
211:14 217:16
220:13 222:2,6
222:7 231:10
244:9
**populations**
203:22 210:11
**poquito** 48:25
**portion** 141:9
191:9 205:3,14
**portions**
280:23
**portland** 27:16
28:6 38:7,13
**portray** 149:14
**position** 61:14
76:16 86:22
88:17 94:12
102:11 103:22
138:24 258:16
304:1
**positionality**
90:16

**positions**
247:13
**possess** 300:17
**possession** 14:1
14:20 15:20
**possibility**
278:1
**possible** 29:15
67:7 72:10,19
130:22 134:23
137:7,7 138:21
184:12 259:7
282:14,18
**possibly** 76:3
77:20 260:12
330:1
**post** 47:22
62:20 81:6
91:15 131:12
**posts** 131:12
**potable** 284:1
**potential** 83:20
92:2 93:15
135:18 276:14
319:14,16
332:16
**pow** 295:5
**powder** 28:11
28:12
**power** 46:7
48:10 103:10
103:15,21
104:6,10 109:3

**practical** 112:3
**practice** 65:19
66:2 69:10,13
72:6,8 88:21
89:8 91:17,21
93:15,21 96:5
96:10 117:25
143:23 320:1
**practices** 87:22
**practicing**
143:25 144:6
144:10,12,24
144:25 145:2
145:15 146:10
147:3 294:7
**practitioner**
141:15
**precise** 25:5
**preclude**
276:13 277:25
**precludes**
142:6
**precursor**
234:9
**prefer** 18:23
124:1 321:8
**preference**
310:5
**preferred**
70:15 116:22
**premarked**
13:7 52:8
**premise** 74:9
76:2,7,22

Golkow Technologies,
A Veritext Division
877-370-3377    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 412 of 446

91:20 92:6,7
122:9 197:4
**premises** 92:16
**preparation**
55:13 78:8
**prepare** 18:5
29:18,24 70:16
**prepared**
267:18
**preparing**
18:20 19:8
307:13
**presence** 47:23
246:11 254:2
259:7
**present** 2:15
3:3 26:9 58:1
162:3 170:9
203:2 218:5,21
219:1 237:8
239:4 271:9
272:1,2,6
277:17 292:11
311:9 315:15
**presented**
34:13,15 98:23
145:4 146:12
**presenting**
144:16
**preserved**
65:18 113:15
**preserving**
138:18

**president** 68:16
257:6,9,24
258:3,5,13
259:4,20,25
260:8 327:22
**president's**
259:7
**presidential**
257:4
**presidents** 5:22
258:1,21
260:23 336:7
**press** 115:10
**pressures**
197:19
**presumably**
318:3
**pretty** 22:13
24:14 33:14
34:17 120:14
131:19 161:12
241:10 250:10
289:23 331:8
**prevent** 75:5
**prices** 186:10
**pride** 66:21
**priest** 241:13
**primarily**
88:25 207:22
213:11 216:10
223:24 255:8
**primary** 62:19
65:12 69:4
89:3 119:13

127:2,6 132:14
143:8 248:9
269:12,13
290:7
**prime** 145:12
146:23
**princeton**
92:23
**principle** 213:2
**principles**
126:17 188:6
**print** 65:14
**printed** 238:6
**printing** 238:7
**printout** 7:14
**prior** 14:7
18:13 19:15
55:15 57:12
59:16 60:9
78:4 88:3
124:7 178:17
192:11 264:13
274:3 313:23
321:4
**priorities** 236:9
**prioritize**
249:19
**prisoner** 295:7
295:8
**private** 49:22
63:3,6,14
195:20 208:16
**privilege** 12:21

**privileged**
179:5 299:3
**prize** 139:11,15
**probability**
257:8
**probable**
258:20
**probably** 25:11
31:11 34:9
35:3 41:2 42:4
45:18 49:3,4
50:1,5 57:16
58:3 59:22
70:2,20,20
72:14 75:20
89:16 106:19
122:5,9 123:1
123:5 126:11
127:24 128:6
141:14 144:18
157:1 167:4,10
170:4,12
173:14 177:13
179:9 186:1
196:10,22
197:19 198:20
205:19 206:8
206:18 208:3
222:17 224:24
229:18 235:13
235:17,20
244:19 250:17
251:3 252:17
256:4 257:1

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 413 of 446

262:18 293:1
306:2,13
307:19 312:3
325:11 326:22
330:5 331:1
332:11 333:8
334:15
**problem** 26:12
77:10 110:15
130:18 135:20
229:1 233:8
278:5 297:23
**problems** 68:3
277:18
**procedure**
13:18 139:14
**proceeding**
340:22 341:7
**process** 12:2
32:20 48:15
56:5 78:17
79:2 84:2,14
94:16 96:3
120:25 147:21
149:12 174:2
175:4 189:5
238:7 294:7
318:23 331:12
331:14
**processed**
138:11
**produce** 135:11
135:13 297:22

**produced** 16:4
16:25 17:6,13
78:3 121:10
122:22 191:1
220:24 226:6
226:13,24
246:20 268:9
297:13 298:8
308:12,16
317:9 321:3
331:16
**producing**
303:18 331:5
**product** 12:21
179:5 299:3
**production**
4:12 13:20
**profession**
144:1 145:8,9
146:18,19
**professional**
4:21 15:25
19:2 64:15
65:6 66:1
78:20 79:4
82:24 84:18
88:18 89:8
94:12,20 100:6
101:14 109:7
122:10 142:4
144:1,4,5,6
145:2,17,19
146:10 294:6
321:12

**professionals**
92:9
**professors**
69:25 70:1
**program** 23:15
64:11
**programmed**
191:17,23
214:3,11
**progress** 46:9
118:17
**project** 54:19
70:7 71:9
114:2 137:5
301:11,25
318:16 324:14
325:7
**projected**
214:23 215:25
218:15
**projects** 30:16
30:18 37:9
110:23 336:19
**prominent**
47:10 56:9
196:11 235:23
**prominently**
175:1
**proper** 143:22
**properly** 10:19
67:5
**proportional**
202:2

**proportionality**
57:3 208:15
210:12
**proportionally**
203:21
**proportionately**
189:23 190:7
208:4
**protect** 75:3
90:6
**protestant**
239:11
**protocol** 61:4,9
86:7,16,17,25
87:2
**proud** 180:2
263:22 266:1
266:16 268:25
302:10,12
315:3,16 317:2
**prove** 74:10
300:2
**proven** 142:17
**provide** 22:21
22:23 61:7
87:23 97:7
118:2 121:21
149:16 179:22
191:18 231:4
266:19 297:17
303:12 330:24
**provided** 15:18
22:1,3,7,8,15
32:16 75:2

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 414 of 446

97:6 116:21
118:4,8,9,10
122:1 129:2
130:8 172:20
230:23 246:21
254:25 274:19
302:15 305:21
316:16,18
322:12 323:23
323:25 324:25
333:17 337:10
337:15 340:1
**provides**
103:21 266:8
**providing**
247:3 293:2
**provocative**
152:19
**proximate**
277:16
**proximity**
221:21
**pst**  1:19 8:2
340:22
**ptsd**  154:17
**public**  90:7
92:8 117:2,6
120:12 248:6
314:21 316:4
**publication**
80:24 138:15
331:12
**publications**
270:24

**published**
65:13 122:7
136:25 145:5
146:14
**publisher**
69:24 92:24
**publishers**
71:10
**puerto**  47:25
**pulitzer**  139:11
139:15
**pull**  99:2 107:2
323:15 325:8
328:10
**punishment**
251:19
**purchasable**
183:18
**purchase**  29:1
**purchased**
28:11,17
**purchases**  29:1
**purchasing**
186:15
**pure**  264:17
**purely**  12:18
78:2 270:13
**purported**  99:9
**purpose**  68:10
129:12 184:18
**purposes**  10:12
23:25 77:17
179:1 186:16
218:21

**pursuant**  13:17
15:5
**pursued**  314:25
**push**  119:9
193:2
**pushback**
116:23
**put**  38:8 40:18
50:6 75:22
77:14 81:4
84:6 95:18
97:16 104:11
106:5 113:15
114:6 117:12
120:11 122:19
125:10 132:2
134:7,10
135:21,21
171:14 177:1
184:17 235:3
250:23 251:8
261:10 262:25
263:2 264:3
298:21 320:16
324:17 335:16
**puts**  39:9
**putting**  86:5
222:11 235:16
326:22
**px**  28:16,25
76:14 157:21
162:3 165:6
186:4 220:15
220:18,19,24

221:4
**pxs**  28:11
183:24 186:7

**q**

**quad**  283:19,20
**qualification**
147:11
**qualified**
321:19 331:2
**qualify**  24:2
29:5 30:15
31:19 140:8,11
159:17 168:16
205:23 211:7
224:13
**qualifying**
49:11 189:21
**quality**  32:12
32:17 240:22
242:12 324:22
**quantico**  62:23
125:15 127:15
142:24 173:2
175:16,16
176:16 294:20
294:25 296:19
302:1,5 303:15
**quantity**  62:24
**quarters**  67:19
**question**  10:19
10:21 11:2,10
11:12 12:9,10
12:17 19:4

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 415 of 446

41:15,17 45:3
54:2 60:22
70:18 71:3
73:25 74:3,15
75:18 77:14
78:6 82:1,21
82:23 84:13,20
87:6 100:24
120:10 122:13
124:6 141:18
144:11 174:14
175:21,23
180:12 201:9
203:11 217:21
238:18 262:22
265:4 283:23
284:2,10,13,16
287:2 289:10
289:17,25
290:23 298:14
**questioned**
83:4
**questioning**
88:10 103:5
338:19
**questions** 11:1
62:5 66:20
76:9 92:17
103:20 106:1
106:21,23
107:6 130:16
172:14 174:6
178:14 180:10
180:14,23

250:20,21
301:7 308:19
316:7,15 339:9
339:13,24
340:8 344:8
**quick** 25:16
29:20,23 30:10
30:15 43:11
**quickly** 153:8
326:5
**quinlan** 111:21
112:4 140:5
**quite** 170:17
188:9
**quotations** 68:1
68:12 75:25
**quote** 69:5
159:24

**r**

**r** 2:1 3:1 343:2
343:2
**r&rs** 185:13
**race** 225:4
295:13,20
**raised** 104:19
208:2
**raises** 68:3
316:7,15
**raleigh** 181:21
**ran** 22:20
119:25 130:23
132:19 226:17
306:24 320:18

**rand** 299:9,17
**random** 330:4
**range** 168:12
169:1 199:24
228:20 234:17
241:22 243:24
244:7 277:10
**rank** 248:13,19
249:13,19
**ranked** 249:22
**ranks** 192:3
**rapidness**
149:9
**rarely** 107:1
149:13 314:13
**rate** 35:20
**rather** 93:4
100:17 141:24
193:4 237:6
330:10 336:25
**rawls** 128:3
235:7
**rdr** 1:21 341:19
**reach** 81:12
135:3,6 167:4
167:23,24
**reached** 37:21
38:1,7,12
39:13,20 53:8
**reaching** 32:18
**read** 14:17 15:7
15:16 16:2,15
47:7,15 58:13
59:16 60:4

63:12 65:15
66:8 67:2 69:7
78:8 92:4,10
93:5 98:2
100:3 111:2
112:11 113:20
126:13,13,14
126:14 127:22
128:17 129:9
129:10 131:21
138:22 141:5
143:9 146:3,7
149:4,22
150:22 151:1
151:15 153:3,4
175:2 183:4
189:18 190:19
191:9 192:9
195:8 199:10
201:22 202:7
204:25 214:4
219:19 226:11
243:25 246:14
254:21 260:6
264:19 266:13
266:23 267:3
271:6 272:24
273:25 274:12
275:12 276:11
277:12,23
280:2 281:3,11
281:20 284:22
284:24 287:19
289:3,5 290:10

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 416 of 446

294:4,13
305:10 307:21
313:23 316:12
316:19,24
329:22 334:2
340:2 342:3
344:9
**reader** 68:11
68:22 75:13
89:3 122:20
129:13 330:24
330:25
**readers** 88:24
129:21 323:13
**reading** 24:12
85:16 100:3
174:21,22
192:11 199:12
301:10,24
302:7 305:9
**readings** 62:15
**reads** 67:23
129:9 151:21
259:19 322:6
**ready** 51:5
134:4 339:25
**reagan** 197:13
198:5 215:16
217:11 256:20
256:20 257:2
258:6 259:5
336:9
**reagan's**
198:22

**realistic** 233:13
**realistically**
70:16
**reality** 105:19
**realize** 21:6
71:16 181:8
195:21
**really** 43:11
60:12 81:19
110:20 119:10
122:8 132:13
135:19 174:15
175:13 177:9
181:7 193:11
198:14 263:8
269:22
**realtime** 1:23
341:20
**reason** 12:12
116:20 117:15
122:12 124:10
129:23 132:14
142:25 153:6
187:23 262:22
271:14 276:9
277:20 280:8
342:5 343:6,8
343:10,12,14
343:16,18,20
343:22,24
**reasonable**
192:4
**reasoning**
271:15

**reasons** 19:2
48:21 66:4,21
83:17 120:9
**rebuttal** 4:17
52:18 274:6
278:25 279:1,3
282:8
**recall** 163:16
164:7,10 229:7
296:1 298:23
299:11 315:11
319:10 324:3
**recalling** 12:13
**receipt** 307:7
**receive** 48:13
323:20
**received** 14:7
17:25 20:8,9
35:23 325:21
335:1
**receiving** 255:6
**recent** 15:24
27:20 69:22
113:4 256:4
**recently** 33:22
**recess** 55:7
85:25 137:20
178:5 245:18
293:12
**recognize** 13:9
20:14 21:17,19
64:23 89:13
107:13 147:7
148:14,18

151:16 160:20
225:25 267:12
273:9 278:21
283:11 286:17
288:24 309:4
310:22 312:13
323:17
**recognized**
59:25
**recognizing**
156:13
**recollection**
19:11 179:16
281:22 304:13
**recollections**
253:25
**recommendat...**
312:16
**recon** 58:23
**reconstruct**
177:12
**record** 8:4 10:1
10:12,16 12:18
19:15 36:14
50:4 55:6,10
60:23 65:9
83:1 85:7,9,24
86:3,5,21 87:5
96:16,19
114:15 115:10
115:11 118:25
120:15 121:13
123:20 124:6,9
129:24 132:4

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 417 of 446

137:10,18,23
138:21 146:7
171:3 178:1,4
178:8,21 179:2
179:10,12
206:12 218:20
223:18 225:12
245:13,16,21
293:11,15
303:24 308:7
310:21 325:20
338:15 340:11
340:15,16
**recordation**
75:11
**recorded** 50:5
50:8 97:6
102:14 113:18
113:23 119:24
120:1 138:10
138:25 179:19
249:24 251:9
252:9 304:2
309:16,17
310:11 341:10
**recorder** 96:17
96:24
**recording** 93:4
139:22 303:18
309:21 310:6
311:14
**records** 41:14
49:24 65:18
97:12 107:21

132:6 236:21
253:24 254:7
259:3 297:20
**recreation**
163:9 231:5
242:20,25
243:3,17
**recreational**
172:7 219:13
219:22 223:3
254:12
**recruit** 149:20
**recruiting** 57:5
205:12
**redirect** 338:20
**reduced** 131:2
**reducing**
205:20
**redundancy**
128:16 156:9
173:5
**redundant**
128:6 295:16
296:17
**refer** 19:3
296:23
**reference**
171:12 281:8
285:5 290:12
296:23 313:19
327:12
**referenced** 13:1
42:15 52:1
64:17 67:12

112:21 148:4
151:7 189:8
190:12 193:23
194:6 225:17
237:15 259:10
267:6 273:2
278:15 283:5
286:8 288:17
298:2 302:21
308:22 310:16
312:6 322:23
329:1 334:4
339:2
**references**
290:13
**referencing**
122:16 268:3
**referred** 108:20
152:6,8 182:4
237:23
**referring** 45:17
148:19 179:13
224:21,21
273:16 302:8
303:9 309:6
**reflect** 36:18
149:2 218:18
254:1
**reflecting**
15:12
**reflects** 236:8
264:1
**refrain** 270:15

**refresh** 19:10
281:22
**refutes** 264:4
**regard** 64:4
67:24
**regarding**
20:15 27:18
29:21 38:9
210:10 266:25
269:10
**regiment**
213:10 289:11
289:15 290:18
291:16
**regimental**
188:14,16
228:3
**region** 33:4
45:5,12 46:2
46:18 47:18
**register** 12:18
87:5
**regular** 238:9
**reich** 3:17 9:1,1
**reinforce**
128:14 129:16
**reinforced**
141:6 231:12
**reinforcing**
115:25
**reinterpretation**
138:16
**relate** 32:11
55:18

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 418 of 446

**related** 15:14 18:10 19:21 47:9 56:2 62:17,25 63:3 73:25 106:23 178:14 197:18 219:10 294:22 299:16 314:21
**relates** 1:6 185:22
**relating** 149:19
**relation** 174:19
**relations** 33:1 43:15,20 44:23 44:24 46:8,8,9 46:14 47:13,16 90:7
**relationship** 45:20 48:4
**relative** 202:10 203:16,22 248:14 326:16 326:19
**relatively** 105:23 138:14
**release** 118:2,2 118:5,7
**released** 117:9
**releases** 117:15 118:10
**relevant** 142:8 154:6 173:8 204:17 219:17 266:20 297:5

300:21
**reliable** 138:21
**reliance** 63:17 78:3 81:21,22 127:7 128:9 129:2,7 156:2 156:5 209:9,12 268:12,17,18 270:1,7,11 282:24 299:21 303:18 322:13 333:23,24
**reliances** 105:21
**relied** 67:6 79:19 81:22 83:5 95:1 204:17 267:23 315:2
**relies** 267:2
**religious** 238:25
**relocated** 162:2
**rely** 89:23,25 109:25 267:22 314:6 315:3
**relying** 34:2 316:22
**remain** 76:13 269:2
**remainder** 61:24
**remember** 21:8 21:22 22:8,9

22:18 27:17 37:20,21,22,24 38:3 39:1,11 39:12,14 40:14 50:12 57:20 59:22 63:21 72:23 73:4 79:24 80:7,17 105:11,13 115:16 118:7 119:4 130:1 132:17,18 133:7 135:16 135:17 146:1 157:8,12 159:18,22 160:5 161:10 162:2,4,16 163:12,22,24 164:2,9,22 165:2,7,9,9,10 165:13,20,24 166:10,12,14 166:18,20 168:6,17,18 169:5,10,11 170:1,6,8 171:25 173:9 173:10,13,16 173:21,24 174:23 175:2 176:8,11,12,18 176:22 177:4,9 180:5,12,15,23

194:12 196:20 207:16 209:7 209:13 221:2 223:19,22 229:10 233:3 261:24 265:18 280:8,12 289:22 298:22 302:1 303:25 304:16 311:25 312:2,5,24 313:24 315:6 315:18 322:14 322:17 325:4 335:5
**remembered** 112:9
**remembering** 57:17 99:1
**remind** 104:2
**reminded** 224:7
**reminds** 257:13
**remote** 6:15
**remotely** 3:3
**removal** 32:11
**removed** 133:6
**remy** 88:2
**rene** 14:12
**rent** 37:12
**rental** 192:7
**repaired** 196:18

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 419 of 446

**repeating**
  126:9 156:9
**repeats** 240:3
**repetitive**
  239:9
**rephrase** 11:11
  171:16 252:3
**replacement**
  191:21
**replied** 191:13
**report** 4:16,17
  6:9,11 7:17
  20:9 23:25
  25:19 26:7
  30:21 35:18
  52:9,17,24
  53:8,13,16,25
  54:3 62:10
  64:2 70:12,16
  71:5,5 72:7,22
  72:25 73:5,24
  74:18,18 77:7
  79:7,10,22
  80:3,11 83:3
  83:21,24,25,25
  84:1,15 88:24
  89:22,23 90:24
  91:11,18
  105:17 111:6,7
  111:13,18
  121:17 129:1
  140:8 153:11
  166:24 181:24
  182:13 186:24

188:11 189:7,9
194:7 204:10
205:3 219:8
220:1 221:3,12
221:13,15
223:1 229:4,8
229:19 232:7
233:4 245:25
246:1 257:14
257:18 260:19
261:12,15,16
262:3,6,10
265:22,24
266:21 267:1
268:12,24
269:8,12 270:3
270:4,21,22
271:10,11,21
272:1,3,6,12,13
272:14,14,18
273:12,13,16
273:17 274:3
274:12,21,24
275:2,4,5,15
276:18 278:14
279:1,2,8,11,12
279:21,24
280:17,22
281:7 282:5,8
282:12,16
285:8 293:18
294:18,22
295:4,23
296:15,25

303:17 307:6,8
307:11,15,22
313:19,23
315:14 318:1
318:24 319:22
319:24 320:2
321:25 322:13
325:17 326:16
326:19,21
327:18 329:18
330:11,18,20
331:5 332:7
333:12 334:5
335:4 336:2,14
337:23 338:10
338:11
**reported**
  246:10
**reporter** 1:23
  8:14,17 9:9,10
  9:16 10:15
  11:6 95:12
  146:3 326:9
  340:18 341:4,6
  341:20,24
**reporter's**
  341:12
**reporters** 9:11
  87:15 104:25
  105:1
**reporting**
  294:9
**reports** 4:19
  19:7,10,14,24

19:25 20:5
34:5 54:9
55:13 72:8
73:18 79:20
136:4 143:9
182:9 282:21
293:25 294:3
295:22 299:24
300:22 311:24
313:13,16
318:21 332:1
332:17 333:7
**repositories**
  65:24 93:13
**repository**
  49:23 97:16,19
  138:13 317:6
  328:6 329:20
**represent** 9:23
  113:3 118:10
  190:21 194:19
  268:16 292:5
  313:18 323:14
  334:7
**representation**
  266:8 271:19
**representative**
  108:8
**represented**
  57:1,4 142:8
  288:1 306:8
**reproduced**
  65:18 138:13

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 420 of 446

**reproduction**
341:22
**reproductions**
337:7
**republic**  45:9
46:4 47:18
**request**  4:12
17:19 22:11,16
63:23 270:12
297:19
**requested**
121:16 331:16
**requesting**
73:17
**requests**  13:20
**require**  81:7
191:24 318:23
**required**
139:17 192:5
304:5
**requires**
143:22
**reread**  332:12
332:23
**rerecording**
178:18
**rescued**  152:5
**research**  3:13
3:15 4:24
24:14 26:24
29:2 30:16,17
32:20 33:3,10
33:11 34:3,6
34:18 37:9

40:8 41:15,16
41:17 42:13
49:12 54:15,19
55:24 56:22
62:19,22 71:9
73:15,25 74:10
74:12,15 81:13
84:3 114:25
122:6 127:9,13
127:17 138:16
141:9,19 143:6
143:8 144:15
144:16 145:5
146:14 187:18
213:20 238:3
269:13 293:22
297:11 298:19
306:18,21
307:1 324:14
329:20 332:3
334:15,18,24
336:18,23
**researcher**
147:10
**researchers**
143:12 263:21
320:6 321:10
**reservations**
69:12
**reserves**  323:5
**reside**  201:20
207:3
**resided**  195:6
206:24

**resistance**
119:24
**resistant**  119:5
**resource**  67:9
**resources**
113:25 114:2
114:22 115:22
123:24 130:10
130:14 132:22
139:23 320:13
**respect**  83:2
89:19 107:1
157:14
**respected**
89:20
**respective**
276:6 277:7
**respond**  11:3
78:19
**responded**
70:24
**responding**
12:10 302:25
**response**  4:19
92:4 286:15
295:6 307:13
330:8
**responses**
70:24
**responsibility**
28:14
**responsible**
286:3

**restaurants**
76:14
**restrictions**
117:12
**result**  47:4 73:9
249:2 335:18
**resume**  15:24
**retain**  40:17
**retained**  10:5
39:22 40:7,21
40:24 41:11
55:15 87:21
88:1 335:3
**retention**  14:8
**retest**  136:24
**retired**  20:18
24:3 56:18
60:2
**retrace**  66:5
121:24 129:21
**retract**  331:20
**retrieved**
336:25
**return**  149:21
342:12
**returned**  32:7
**reunions**  135:8
135:9
**reveals**  275:20
**review**  5:8 12:1
19:7 22:22
38:21 41:24
42:22 63:15
78:21 79:7,22

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 421 of 446

80:24 127:9
150:22 151:13
154:23,24
177:11 191:20
194:5 258:25
261:23 268:11
268:24 286:23
296:14,18,21
307:15 331:9
332:24
**reviewed** 18:7
19:18 20:2,6
20:17,20,22,24
21:1,3,10,15
63:6 79:10
80:3,10 128:8
155:23 156:21
268:17 269:25
295:18 307:10
329:8
**reviewer** 69:25
**reviewers**
69:24 79:5
**reviewing**
19:10 22:17
307:11,19
**reviews** 155:5
**revolve** 32:6,10
32:13
**rewatched**
120:13
**rewrite** 335:16
**rewriting**
306:17,21

**reza** 259:22
**rica** 51:4
**rican** 48:5
**richard** 21:21
**rico** 47:25
**ridden** 236:5
**ride** 209:3
**rifle** 168:12
169:1 199:24
228:20 234:17
241:22 243:24
244:7 277:9
**right** 25:4
37:10 40:25
41:1 43:7
45:23 50:6
52:18 53:6
54:23,24 55:12
61:19 70:13
72:13,18 77:2
77:16 81:8
85:20 86:25
90:19 91:7
99:6,25 103:7
104:21 107:14
109:8 111:19
112:15 113:9
113:10 115:16
117:1 119:4
122:19 123:8
124:5 128:1,19
130:15 131:13
131:16 133:22
135:1 136:6

138:8 141:10
150:3 155:19
156:15 158:8
161:17 164:9
169:12 171:25
172:2 177:24
179:6,6,9
181:17 182:9
186:9 188:4
192:19,22
193:18 194:12
194:22 196:13
196:16,19,23
197:19 199:7
200:20 207:16
207:21,24
208:18,20
209:8,19
211:18 212:9
212:11,20,23
212:25 214:12
214:25 215:3,4
215:19 216:6,8
216:24 217:1,2
217:8 220:4,22
221:23 222:4,6
225:13 226:22
226:23 227:17
229:14 232:6
232:22,23
233:3 234:10
234:20 236:14
237:4,13
240:25 241:5

241:24 242:2
243:11 244:22
245:7 247:21
248:16 249:25
250:4 252:12
255:22,23,25
257:4,12
261:10,10
265:18,23
267:25 268:6,7
283:20 298:22
299:4 301:21
303:25 306:5
308:20 311:15
311:17 314:5
318:4 319:4
321:15 322:21
325:13,15,18
325:22 326:3
328:1,24
332:19 335:19
336:11 338:6,9
339:23 340:9
**rigor** 143:22
**rigorous**
335:10
**riot** 225:4
**riots** 47:3
295:14,20
**rise** 254:19
**riseley** 260:4
**ritchie** 5:5
112:1,13 113:5
131:21 140:4

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ      Document 362-5      Filed 04/29/25      Page 422 of 446

**ritchie's** 111:3
**river** 157:6
  160:8 163:23
  165:14,22,23
  166:1,9 200:9
  209:14 210:6
  220:25 222:11
  234:9 255:6,16
  276:8
**road** 36:23
**roads** 169:11
**roanoke** 126:19
  126:20
**robert** 14:11
  139:9 145:19
  145:20
**robust** 232:21
**rodney** 1:14
  9:14 10:2
**role** 17:17,18
  17:22 28:8,14
  56:9 80:8
**roles** 17:14
**roll** 103:20
**roman** 148:21
**rooms** 246:6
**roosevelt** 258:9
**rosenfeld** 14:16
**rough** 211:23
  340:17,19,21
**roughly** 12:6
  25:9 72:11
  116:8 161:8
  164:7 173:13

  178:13 181:21
  181:23 187:13
  212:2,8
**route** 40:10
  41:7,9
**routinely** 275:7
**rowdy** 75:6
**rule** 29:21
  79:19 142:6
**rules** 10:11
  13:17 81:1
  142:3
**run** 97:18
  128:18
**running** 84:25
  98:9 110:2
  130:4
**rural** 95:9
**rushing** 330:5
**russian** 197:22
**russians** 198:4

**s**

**s** 2:1,10 3:1
  4:10 5:1 6:1
  7:1 9:8 229:13
**sabatini** 20:13
**sake** 321:17
**salazar** 299:14
**sale** 233:7
**salisbury** 2:11
**salutes** 5:19
**sammy** 230:8

**sample** 116:21
  131:20,22
**sampling** 132:8
**san** 24:23 57:5
  183:19 329:13
**sand** 84:21
  94:1 95:7 99:3
  101:22 102:5
**sanitize** 250:9
**sanity** 321:17
**santa** 1:17 8:1
  8:9
**sara** 3:5
**sat** 31:14
**satisfied** 136:22
**saturday** 230:4
  306:25
**sautner** 14:11
**save** 174:3,11
**savitz** 14:12
**saw** 26:5 59:23
  157:13,19
  220:23 222:3
  239:8 320:16
**saying** 36:22
  105:9 131:12
  146:1 175:21
  176:18 210:22
  242:7 261:17
  264:23 270:7
  301:21 307:9
  322:18 332:10
**says** 61:10
  62:14 67:21

  92:24 93:2,8
  148:22 191:10
  199:7 201:14
  223:19 227:14
  228:9 232:2
  238:25 239:11
  242:25 257:22
  270:3 280:20
  293:19
**scale** 47:13
  70:14 218:3
  255:13
**scattered**
  244:21
**scenario**
  207:20
**scenery** 167:14
**schedule**
  177:18
**schematics**
  246:19
**scholarly** 65:21
  93:10
**school** 32:24
  46:15 132:24
  135:14 153:7
  156:18 160:23
  161:22 164:21
  169:19 207:4
  207:22 208:18
  208:20 212:14
  212:15,16
  239:12,21
  241:7 263:1

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 423 of 446

290:17
**schools**  58:20
  163:1 210:13
  212:17 213:2
  254:11
**scientist**  263:17
**scientists**  74:8
  89:16 263:8
  265:5
**scope**  73:18
  335:4
**scott**  14:13
**screenshot**
  328:10
**scullery**  246:8
**se**  39:11 55:20
  144:1 181:13
  189:25 210:4
  298:25 307:20
**seal**  322:20,21
**search**  39:5,7
  156:11
**season**  235:8
**seat**  182:6
  189:15 302:8
**second**  5:4 61:7
  65:8 67:23
  85:21 90:24
  92:24 111:17
  131:4 166:19
  199:6 204:11
  213:10 215:3
  221:11,13
  232:7 235:13

238:16 261:14
261:16 263:21
263:25 266:5
272:15 273:21
274:20,24
275:3 287:17
287:21 288:2,2
288:12,13
304:23 306:20
313:3 333:3
**secondary**
  62:15 65:13
  69:4 127:5
  151:23
**section**  155:20
  181:23 229:2
**sections**  80:4
  80:10,10,14
  194:17 269:9
**security**  75:2
**sedentary**  26:1
**see**  26:8 41:21
  58:14,22 60:16
  60:25 61:9
  64:3 66:11
  67:21 75:24
  86:15 89:17,22
  90:11 91:18
  103:22 107:4
  108:1 122:3
  126:15 129:5
  133:21 141:5
  161:19 162:25
  163:3 166:18

172:7 183:12
187:5 191:7
196:19 197:15
199:6 200:10
203:6,8,17
208:4,14,15
218:12 223:18
227:13 229:10
231:12 233:18
239:1,10
240:23 241:14
249:5,5 250:24
253:15 261:2,6
262:11 263:22
268:20 279:23
292:25 318:13
320:9,15
322:20 327:20
337:5
**seeing**  180:10
  223:19 322:17
**seek**  138:19
  149:14
**seem**  104:6
  115:17 201:9
  203:11,21
**seemed**  70:1
  255:4
**seems**  53:17
  59:12 152:25
  330:10
**seen**  13:12 22:9
  92:10 117:14
  151:16 167:16

238:4 267:14
271:2 286:21
286:22 313:13
313:15 321:14
**segments**  60:11
**selected**  267:2
**selectively**
  281:14
**self**  96:2 219:11
  289:24
**semester**
  177:21
**seminar**  48:17
**seminars**  16:12
**semper**  59:20
  60:4,5,6,7,8
  120:14 317:24
**senate**  112:2
**senator**  101:9
**senior**  3:13,15
  229:13
**sense**  30:11
  34:17 42:1
  51:3 54:20
  73:13 79:14
  91:10 115:3
  117:24 120:5
  144:1 174:16
  184:3 193:2
  203:22 215:16
  265:11
**sent**  14:7 32:12
  58:17 80:13
  97:8 121:18

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 424 of 446

132:5
**sentence**  67:23
  113:12 193:20
  274:16 295:14
  295:20,21
**sentencing**
  27:21 35:8
**separate**
  108:23,25
  209:15 301:13
  302:6 306:23
  311:1
**separately**
  36:13
**september**
  25:11 116:16
  156:23 161:4
  177:22 304:24
  305:2,8
**sergeant**
  157:13 206:16
  206:16 207:12
**series**  235:1
**serve**  51:20
**served**  23:16
  51:9 134:20
  142:22 230:12
  230:14 245:5
**serves**  279:19
**service**  51:14
  59:14 84:22
  108:7 152:21
  162:25 199:7
  199:11,15

200:19,24
201:7,15 202:1
202:5 208:3
209:21 210:11
216:5,9 217:16
222:3 223:11
227:14,20
228:24 239:23
288:13,13
291:5,7,24
292:6 293:1
**serviced**  160:2
  171:5
**services**  6:19
  204:19 238:25
  239:4 240:3,12
**serving**  35:1
  247:4
**set**  79:6 106:10
  176:18 177:16
  203:13 216:25
  341:8
**setting**  104:9
  150:11 202:24
**setup**  97:23
**seven**  243:18
  273:22
**several**  23:4
  96:14 147:19
  196:20 261:7
**sgt**  6:21
**shadows**
  109:24

**shah**  257:11
  258:4
**shahanshah**
  259:24
**sharon**  3:7 9:5
**sheer**  263:12
**sheet**  7:16
  19:15,17 36:10
  53:9 325:14
  338:25 339:10
  339:15,20
  342:6,8,10,13
**sheets**  332:18
**shipped**  211:10
**shirts**  104:4,17
**shopped**
  220:18,19
**shoppers**  221:4
**shops**  186:6
**short**  21:11
  98:10 114:7
  115:19,24
  136:7 145:6
  146:16 161:12
  164:19 212:9
  266:7
**shortage**  197:4
**shortcoming**
  292:18
**shortcut**
  320:16
**shortcuts**
  320:14,22

**shorter**  30:3
  72:2 210:21
**shorthand**  9:11
  9:16 341:4,6
  341:11
**shot**  51:20
  152:4
**shoulder**  133:2
  175:21
**shoving**  96:24
**show**  13:6
  91:24,24 104:3
  104:5 105:4
  123:23 236:20
  278:9
**showed**  105:5
  125:20 157:3,4
  159:12 235:2
  316:3
**shower**  37:5
  246:6
**showers**  284:9
**showing**  85:14
  125:18,19
**shown**  201:16
  315:25
**shows**  232:23
  237:2
**shutdowns**
  261:8
**sic**  60:17 94:17
**sick**  71:17
**side**  61:6,15
  86:18 87:1,2

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 425 of 446

94:24 106:16
133:7 163:23
227:13 233:18
265:16 290:8
290:12 333:13
**sides** 112:10
155:4
**sign** 12:4 96:18
117:5 342:7
**signal** 122:19
**signature**
341:17
**signed** 19:15
118:6,19
338:25
**significance**
113:18
**significant** 6:6
25:20 32:8
48:5 60:11
117:12 154:17
230:23 277:17
**significantly**
47:24 186:8
195:19 210:7
232:24 242:5
244:9
**signing** 342:9
**silly** 285:19
**similar** 47:14
182:5 200:14
232:4 237:8
**similarly**
281:13

**simple** 329:16
330:11
**simply** 113:15
**sinatra** 128:2
235:7
**single** 66:14
75:10 155:18
206:1 213:12
224:9,13,13,20
224:23
**sir** 18:3
**sit** 31:14
114:14 127:14
130:13,15
**site** 97:17 162:5
162:8 168:14
287:9
**sitting** 53:6
108:5 175:20
**six** 29:25 40:20
66:10 72:3
73:6 128:13
143:11 157:1
192:4 245:2
338:16
**size** 131:20
181:21,24
186:19 197:21
201:1 202:10
216:1 217:10
278:10
**sizes** 131:22
**skip** 257:13

**skipping** 66:10
216:17 266:15
269:5
**slaughtered**
102:5
**sleuths** 133:14
**slice** 141:12
**slides** 63:10
**slightly** 140:2
254:24
**slipped** 142:23
**sloppier** 66:24
**slowing** 214:6
**small** 103:18
104:3 105:17
141:9 189:12
189:21 205:13
207:22 222:24
**smaller** 68:20
167:22 182:6
190:8 210:19
237:8 244:9
291:22
**smith** 158:25
273:23
**snapshot**
195:17 211:12
212:18
**snapshots**
196:6 203:7
211:22
**social** 46:8
219:12,21
254:8

**socializing**
254:15
**society** 39:8
46:12 76:24
144:18 145:11
146:22
**soft** 46:7 48:10
335:24
**soldier** 5:6
58:14 148:11
151:14
**soldiers** 56:8,23
57:21 58:8,9
59:10 95:2
101:5 152:20
249:10,10
250:9 295:9
**solid** 151:22
**somebody**
83:18 96:24
140:17 251:15
**someplace**
157:6
**sommer** 112:3
**sons** 127:12
**soon** 85:18
**sooner** 226:20
**sophisticated**
120:6 251:25
255:1
**sorry** 20:14
21:4 27:17
37:22 38:9
49:9,14 62:12

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 426 of 446

65:2 74:18
75:8,17 144:15
144:15 147:13
148:18 150:14
152:12,14
160:4 200:1
209:11,13
213:22 214:5
215:9,10
225:11 229:4,6
229:17 231:20
232:12 238:16
239:8 243:6
248:1,15
249:21 253:20
261:18 263:24
268:2,4 279:6
280:19 301:13
302:19 305:3,7
321:24,25
326:17
**sort** 35:9 39:9
40:12 48:13
70:24 80:25
91:20 97:25
105:13 115:19
129:8 131:13
139:15 172:25
181:9 184:1
217:24 224:2,3
253:11 255:5
299:18 324:11
338:4

**soto** 14:12
**sounds** 46:19
106:3 270:6
**source** 65:12
90:4 126:12
152:1,22
155:18 191:16
284:14 314:8
321:2 322:9,12
325:20 331:16
331:21
**sources** 4:23
66:7,23 67:5,9
77:7 83:5,7,23
88:14,19 89:10
89:18,25 90:1
90:15,17 91:19
91:24 92:1,2
93:19 94:8,14
95:1 104:12
107:25 109:14
126:21,23
137:6 138:2
151:24 153:2
153:13 154:8
155:14 247:7
262:20 269:15
282:20,23
302:9 311:24
315:14 324:8
**south** 27:19
28:9,15,25
29:10 171:23
195:23 284:19

328:5 329:21
**southeastern**
103:18
**southern** 33:5
**space** 342:5
**spaced** 136:5
**spanish** 48:21
48:22 49:21
50:23
**speak** 18:8,19
25:10 88:9
106:20 107:14
171:9 197:6
205:8 251:15
286:14
**speaking**
103:14 126:4
142:7 181:15
265:24 270:16
284:4 326:10
**special** 58:24
157:14 230:7
**specialist** 316:2
**specialized**
48:13 247:17
**specific** 40:19
57:8 60:8,10
61:7 129:23
148:20 205:3
212:24 330:3
**specifically**
12:20 58:20
147:20 264:5
296:1 324:4

**specificity** 18:1
**specifics**
180:15 181:19
**spectator**
162:21
**speculating**
131:15
**sped** 33:21
**speedy** 29:22
**spelled** 9:8
**spellings** 340:3
**spend** 25:13
262:16
**spending** 136:2
254:10
**spends** 265:12
**spent** 36:15,18
36:20,21 59:7
106:19 133:3
164:15 182:23
183:1,23
262:10 265:9
272:18 274:25
**sphere** 45:8
**spiliotopoulos**
88:3
**spoke** 126:6
149:6 173:10
178:16 211:7
**spoken** 27:7
**spot** 52:14
**spouses** 254:9
**sprayregen** 3:7
9:5,5

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 427 of 446

spread   240:8
sr   6:13
sr.'s   281:6
st   239:25
stack   248:18
staff   61:16,17
128:22,23,23
134:7 143:12
145:25 191:12
206:15 226:10
232:2 233:1
staffer   299:9
staged   58:16
stages   25:7
staging   287:17
287:21
stand   54:6
168:3 201:10
263:5 314:13
standard   70:19
108:14 131:23
141:24 145:1
145:20 146:8
standards   4:21
64:14 65:5
93:8,23 122:11
122:11 294:8
standing   322:3
standpipe
159:8,19
163:11 166:22
standpipes
159:13 166:17
166:21 276:4

276:10 277:6
277:21 278:9
291:20
standpoint
276:21
start   26:8 40:5
42:13 44:1
74:7,9 103:20
105:9 122:6
143:11 169:14
189:4 205:11
262:23 264:25
332:12
started   30:7
35:7 184:23
197:14 198:3
225:9 235:16
255:6 300:11
301:20
starting   8:16
66:15 172:16
189:1 301:6
303:11 307:10
starts   195:20
state   8:15,25
9:11,25 33:13
44:2 56:13
101:12 126:19
154:1 182:1
266:9 315:25
329:8 341:6
342:5
stated   262:2
270:22 279:13

281:25
statement   4:21
65:5 86:21
237:4 251:23
276:13 277:25
281:8
statements
53:7,24 248:6
250:2 252:1
253:8 280:11
states   1:1 8:11
8:19,21 9:6,8
9:24 13:16,19
19:25 47:23
48:8 87:7,20
87:25 88:4,5
121:15 125:13
195:1 275:19
277:2 329:18
331:15
static   189:5
220:3
stating   267:21
279:15
station   2:5
159:8 165:8,14
207:16 281:2,9
stationed   25:22
26:14 27:5
63:4 207:7
208:17 209:17
210:15 213:9
213:11 224:11
241:11

stations   126:24
163:15,17
165:9 281:18
287:7
statistical
251:1
statistics
152:19,23
153:16
statutory   131:7
181:12,15
187:20,21
194:14 196:2
197:5 205:5
208:24 258:2
275:25 336:10
336:16
stay   182:22
183:7 184:11
185:11,21,25
216:20 321:21
stayed   183:24
staying   204:24
steak   230:7
steam   246:11
247:13,15
stenographic...
341:10
stepping
314:14
steps   66:5,6
121:24 129:21
steroids   198:6

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 428 of 446

**stick** 160:14
**stipulated**
 31:16
**stolen** 152:17
**stone** 168:11,18
 169:1 228:22
**stood** 167:15
 167:18 170:21
**stop** 96:16,18
 162:10
**storage** 219:11
**store** 222:24
**stored** 13:24
 170:23
**stores** 237:12
**stories** 98:11
 104:8 110:11
 110:17 117:22
 124:19,20
 125:21 126:8
 131:24 134:12
 152:2 156:8
 294:1
**story** 74:13
 94:24 106:11
 106:16,22
 107:3 117:16
 126:9 128:1,2
 130:19,21
 137:2,3,7
 155:25 156:10
 174:23,25
 175:6 223:20
 250:25 251:2

**street** 1:17 2:11
 8:9
**strength** 214:3
 214:11
**strengthen**
 142:15
**strengthened**
 53:18
**stress** 95:24
**stretch** 55:2
 320:23
**strike** 34:14
**strip** 209:5
**strokes** 57:14
**stronger** 98:6
**structural**
 80:19
**structure**
 278:10
**struggling**
 198:21
**stuck** 224:20
 225:3
**student** 154:16
**students** 27:3
 67:25 144:9
 155:22 215:17
 216:1 327:8
 330:17
**studies** 45:20
 77:5 89:15
 110:22
**studs** 112:6

**study** 44:21
 45:4,7 46:11
 46:14 110:20
 148:25 214:15
**studying** 29:12
 47:2 58:6,7
**stuff** 117:2
 174:4 177:16
 333:9
**style** 158:9
**suarez** 14:12
**subic** 47:19
 56:1
**subject** 7:9
 11:20 66:17
 252:13 276:9
 316:6 318:18
 342:9
**subjects** 62:25
 94:21 143:19
**submitted**
 298:11
**subparagraph**
 74:22
**subscribe**
 344:12
**subscribed**
 341:14
**subsequent**
 65:11 66:16
 332:18,25
**subsequently**
 118:20

**subset** 102:11
**substance**
 54:10 80:19
 280:12 330:18
**substantial**
 45:6 120:13
 204:12
**substitute**
 125:9
**subtotal** 216:18
**subtract** 301:2
**sufficiently**
 336:2
**suggest** 86:17
 113:22
**suggesting**
 256:13
**suit** 104:5
**suite** 1:17 8:9
**sum** 54:10
 309:9 311:13
**summa** 44:14
**summarize**
 262:4
**summer** 41:3
 51:4 116:17
**sunday** 230:5,8
 230:9,18
 239:12 241:7
 305:8
**sunglasses**
 259:21
**supervision**
 341:23

Golkow Technologies,
877-370-3377                   A Veritext Division                   www.veritext.com
Case 7:23-cv-00897-RJ      Document 362-5      Filed 04/29/25      Page 429 of 446

**supplement**
77:6
**supplements**
196:14
**supplier** 192:13
**supply** 6:7
199:5,11
275:22 287:13
287:15
**support** 45:25
48:10 163:1
216:5,9 276:3
277:5 278:7
288:12,14
290:17 291:5,7
291:25 292:6
**supported** 78:2
289:14 291:20
291:23 327:4
**supporting**
75:15 290:8
**supposed** 156:4
162:23 238:6
**sure** 11:7 22:13
24:22 26:15
27:6 35:12
52:10,20 62:1
66:6 85:10
88:11 89:12
99:7 120:25
164:1 165:20
168:17 180:14
180:19,21
203:24 213:7

226:14 252:4
259:2 264:21
270:8 287:25
297:24 304:20
307:23 308:1
308:20 313:14
313:17
**surround** 182:6
**surrounding**
196:4
**surveys** 59:19
**survivor** 99:2
103:5
**susan** 14:13
**suspicions**
105:6 106:9
116:24
**suspicious**
96:25 104:24
104:25 105:2
**sustain** 121:12
**swamp** 184:18
**swear** 8:17
81:24 162:18
285:2
**swimming**
220:25 224:6
254:13 255:4
**switched**
176:21
**sworn** 9:16
341:8
**syllabi** 16:9,20
16:22,24 17:6

**system** 26:17
26:21 84:24
141:21 167:11
183:24 185:23
204:18 205:16
220:6
**systems** 183:3
199:11 205:10
254:12,14
271:20

**t**

**t** 4:10 5:1 6:1
7:1 255:10
343:2
**table** 199:4
200:14 201:16
214:2,8,8
**tables** 233:6
**tail** 51:19
**take** 11:20 12:6
12:10 42:22
54:24 77:3
85:20 96:17,23
97:6 98:21
106:15 121:4
125:13 130:4
132:8 137:15
139:23 161:8
177:15 203:7
205:9 211:24
218:8 221:8
227:6 245:11
285:19 287:13

293:6 296:22
297:5 301:17
309:12,20
320:13 336:1
**taken** 19:19
55:7 85:25
105:20 107:17
107:18 119:8
128:20 136:12
137:20 139:1,2
155:18 178:5
196:18 245:18
293:12 311:6
341:8
**takes** 202:1
**talk** 24:7,18
27:4 30:25
34:2 55:12
59:20 70:10
85:7,8 86:14
96:6 97:1
101:3,4,4
111:5 123:19
131:4 154:7
182:9 203:16
257:21 266:16
278:13 294:15
295:2 310:4
311:21 324:24
**talked** 72:1
103:1 105:15
111:6 115:9
156:17 188:13
221:22 254:23

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 430 of 446

256:10 311:22
336:6
**talking** 25:13
30:10 40:5
45:22 88:14
115:24 120:19
123:16 132:18
133:24 138:1
141:3,8 178:11
186:12 188:12
192:18 212:23
252:5 291:14
**talks** 74:24
75:2,4,7
181:24 229:3
265:25
**tall** 166:25
167:4
**tangent** 102:9
**tanks** 236:12
254:5 283:24
283:25 284:11
284:14
**tape** 96:17
**tapes** 138:18
**tarawa** 161:6
161:14,19,22
162:3 188:2,3
191:21 196:25
196:25 199:20
219:16 239:21
240:5 244:15
255:4 272:7

**target** 77:15
81:1
**targeted** 88:24
**tasks** 253:25
**taught** 16:12
56:12 110:20
110:21
**teach** 110:19
144:9
**teaching** 55:24
**team** 86:13
238:2 268:19
298:21 306:10
306:17,19
307:1 331:4
**tech** 44:18
**technical** 13:24
14:5
**technically**
117:16
**technology**
139:22
**teenager** 57:19
**telephone** 5:16
226:1 227:1
**telephonically**
31:8
**tell** 11:11,17
24:13 43:24
71:15 84:10
105:12 106:22
107:3 116:10
139:11 173:14
176:12,21

190:18 202:21
220:17 235:21
236:18 250:9
250:10,11,12
263:12 284:16
323:9 326:12
**telling** 104:8
335:2
**tells** 153:18
**ten** 16:13 54:24
**tend** 28:1 74:12
**terkel** 112:7
**term** 37:4
109:12 210:18
247:20 319:7
**terms** 36:12
45:19 53:19
54:20 57:2
60:1 77:14,15
82:7 90:2
91:19 95:16
98:7,23 101:8
103:1,22 116:5
116:13,23
123:13 154:7
192:24 208:2
210:12 211:20
212:22 235:24
235:25 241:9
244:9 248:13
248:19 286:2
301:2 320:3
332:23

**terrace** 161:6
161:14,19,22
162:3 191:22
199:20 219:16
239:21 240:5
244:16 255:4
272:7
**test** 90:9 92:16
95:25 103:3,6
104:11,12
130:17 132:11
132:13 134:10
134:13,14,15
135:20 147:25
**tested** 91:5
134:5
**testified** 9:17
27:12,16,21
31:3 319:2
**testify** 31:5,10
231:11 235:15
**testimony**
11:23 20:1
28:1 31:20
54:11 72:1
109:5 251:8
253:12 262:21
264:2,7 279:16
279:20,23
280:5,25
281:17,23
291:11 292:18
341:9

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 431 of 446

| | | | |
|---|---|---|---|
| **testing** 84:19 | **thick** 68:6 | 126:25 128:15 | 61:2 69:15 |
| 120:7 136:23 | **thing** 39:3 | 132:12 134:14 | 72:21 73:17,23 |
| **texas** 44:18 | 53:22 82:5 | 135:17 138:2 | 74:5 75:19 |
| 104:19 | 91:3 94:9 | 143:1 150:11 | 76:18,21 77:13 |
| **text** 14:3,24 | 105:4 106:17 | 155:23 166:24 | 79:19 80:8,17 |
| 68:5 69:4 | 108:6 111:2 | 167:12,25 | 80:22 82:11 |
| 138:7 148:22 | 119:13,19 | 168:1 169:18 | 83:1 84:3 |
| 271:8 | 124:17 125:8 | 170:17,18 | 89:12 90:9,12 |
| **texts** 85:8 | 130:11 155:21 | 174:12 177:19 | 90:21 91:2 |
| **tftptf.org** | 197:10 199:8 | 185:16,21 | 92:15,23 94:1 |
| 179:25 | 222:20 235:4 | 186:6 188:10 | 98:6,17,18 |
| **thank** 10:3 18:1 | 245:3 270:8 | 189:1,4 193:16 | 102:23 103:13 |
| 87:4 110:25 | 306:11 324:13 | 195:19 197:1 | 104:9 106:10 |
| 121:22 172:3 | 334:20 | 209:5 218:8,9 | 106:17 108:11 |
| 193:13,15 | **things** 17:24 | 220:7 222:16 | 108:15,19,25 |
| 270:18 296:11 | 19:22 22:24 | 224:6 234:21 | 108:25 109:1 |
| 339:6,22 340:7 | 24:17 33:12 | 247:15 250:2 | 109:10,10,13 |
| 340:18 | 36:22 45:10,15 | 250:11 255:10 | 110:12 111:6 |
| **thanks** 88:8 | 45:18 46:9 | 286:4 297:3 | 111:11 112:18 |
| **theater** 158:19 | 48:15 56:19,24 | 306:23 312:17 | 118:16 119:23 |
| 166:9 233:23 | 58:11,22 70:23 | 313:7 324:15 | 120:2,4,5,9 |
| 234:19 235:6 | 73:9 74:5 | 330:16 332:2,4 | 122:9,12 |
| 236:15 325:3 | 76:11,15 82:7 | 332:13,17 | 125:10,16 |
| **theaters** 185:19 | 82:22 84:17 | **think** 17:11 | 128:16 130:3,8 |
| 233:19 235:4 | 90:3,8 92:25 | 22:20 23:13,19 | 130:22 131:18 |
| 255:19 | 93:1 95:4,15 | 23:20 29:21 | 132:9,10,25 |
| **theme** 233:8 | 96:23 98:12 | 30:2,21 36:21 | 133:23 134:23 |
| **thereof** 341:11 | 103:3 105:7,10 | 37:20,24 38:17 | 135:4,6,18 |
| 341:14 344:12 | 105:19,20 | 38:25 39:10 | 136:3 139:5 |
| **thereto** 344:8 | 108:23 109:18 | 41:2,20 43:5 | 140:13 142:14 |
| **theses** 301:11 | 110:3,5,16,18 | 45:9 47:21 | 143:4,10,12 |
| **thesis** 136:17 | 111:5 115:17 | 49:17 53:12,16 | 145:1 146:8 |
| 141:25 301:25 | 119:6 121:13 | 53:22 56:4,14 | 147:4,16,20 |
| 314:21,23 | 124:20 125:20 | 57:16 58:10 | 153:20 154:6 |

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 432 of 446

156:13 159:24
162:22 166:2,2
167:11 171:11
174:11 176:1
177:8,24 180:1
181:16 186:11
186:24 188:11
193:11 194:8
196:10 197:1,1
197:7,7,19
198:8,19
202:20 205:16
205:20,23
206:4,7 208:1
208:3,9 210:2
210:6,9 211:4
212:16,21
213:5,22
218:14 219:4
220:1 222:17
222:20 223:8
228:8 230:25
232:23 233:4
235:17,20
236:8,13,22
240:20 244:19
245:1 246:2
248:1 250:4,18
250:19 251:13
251:18 252:8
252:14,17,25
252:25 253:3,7
253:10,11,14
253:15,18

262:12,24
263:3,12 269:1
269:6,21
271:13 272:11
278:11 282:4
289:21 290:5,5
290:6 292:7,25
303:20 304:16
304:19 307:5,9
307:25 308:9
308:16,19
310:10 314:25
315:8 317:24
319:7,9 320:22
324:7 330:16
331:6,8 333:21
335:12,14
**thinking**   37:1
77:13 159:17
170:12 186:4
253:1 332:12
**third**   30:21
53:13 71:4
72:22 75:4
191:10 219:9
273:20 279:13
315:23 325:17
**thirty**   25:14
32:21 244:4
**thorough**   73:19
**thought**   111:2
120:2 121:6,18
148:19 156:23
168:18 170:4

176:16 223:2
243:7 260:20
268:13 305:3
329:12
**thoughts**   37:4,5
37:7 309:10
**thousand**
127:19
**thousands**
127:10 128:6
128:17,17
142:22 222:19
**threats**   32:9,17
261:9
**three**   67:19
70:20 106:20
136:4 183:25
201:11 211:6,9
211:24 212:12
213:15 332:1
**throughput**
210:14,17,19
**throwing**   93:6
**thursday**   8:1
230:17 298:18
306:9
**tie**   98:21
202:15
**tied**   115:19
173:1
**tier**   251:9
**ties**   63:7
**tight**   115:2,19
115:22 177:20

**till**   181:7
331:25
**tillis**   230:6
**time**   8:7 11:24
12:15,15 21:11
22:20 26:11
29:10 30:5,20
36:18,20,20
46:10 50:4,5
51:24 55:6,10
55:23 56:6
59:7 71:16,19
72:3 73:10
75:21 76:4
78:15 79:5
80:23 81:6
85:24 86:3
91:15 96:3
97:22 98:9
107:1 108:2
114:5,22
115:22 116:22
121:4 123:1,14
123:23 125:18
126:15 127:25
127:25 128:5,5
130:4,6,10,14
130:23 132:15
132:20,25
133:3,5,6,8
135:21,22,25
136:2,8 137:11
137:19,23
139:23 143:2,4

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ      Document 362-5      Filed 04/29/25      Page 433 of 446

143:23 145:3,5
145:6,7 146:11
146:13,15,16
149:1,2,18,18
150:10 153:7
155:11 156:23
164:19 173:16
177:6,9 178:4
178:8,17
179:11 180:18
182:23,25
183:1,19 184:7
187:15,18
188:21,21
189:8 193:9,17
193:19,20
195:5,13,25
196:24 197:2
197:16 204:17
206:22 207:15
208:5 209:23
210:20,21
211:1,9 212:8
212:22 213:4,8
214:7 218:5
219:18 223:6
223:11 226:17
229:18 237:6
245:17,21
246:12 248:25
249:7 254:10
255:6,7 260:24
261:1 262:11
272:18 274:25

292:11 293:11
293:15 307:8
315:6 318:6
320:11,12,18
321:8,11,18
331:9,10 332:2
333:6 334:3
335:11,14
336:16 338:4
340:15 341:8,8
341:9
**timeframe**
54:21
**timeline** 33:15
70:17 124:4
221:21 263:23
264:1 265:25
267:18 315:3,5
315:24 317:7
**times** 18:12
31:13 51:21
56:11,19 85:3
96:14 101:2
121:12 135:8
135:12 152:4
172:23 184:16
196:17 212:8
250:24 261:8
276:6 277:14
318:9 319:3
**timing** 97:24
114:18 150:14
187:9 190:10

**tired** 136:25
**title** 153:23
**titled** 5:19,21
6:21 7:5 214:8
**titles** 242:7
**today** 10:13
11:24 12:13
13:8,12 18:6
18:20 19:8,11
36:10 50:22
86:12 126:25
167:10 185:14
186:12 188:6
204:22 226:19
261:7 316:17
332:11 340:8
**today's** 8:6
10:14 12:3
17:6 18:9,9,13
339:25 340:1
340:10,13
**together** 38:19
130:18 134:6,6
263:1 306:24
332:1
**token** 185:8
**told** 72:25
116:1 170:20
176:15 200:21
209:7 251:22
**ton** 59:5
**tones** 230:7
**took** 11:17
49:20 56:16

76:23,25 93:3
137:25 152:9
160:5 164:8
169:5 173:17
173:17 180:24
245:23 275:9
296:19 301:20
303:21 308:9
314:17
**tools** 294:11
**tooth** 333:8
334:20
**top** 21:25 27:17
168:1 191:6
209:8 217:14
241:15 250:5
266:17 280:14
322:2
**topic** 48:1,3
78:22 90:4
143:8,24
156:16 300:13
**topics** 62:17
73:20 95:5
119:16 144:22
**torn** 170:18
**torture** 32:5
**total** 35:24
214:23 215:4,9
217:5,25
225:14 309:9
311:13
**totally** 214:24

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 434 of 446

| | | | |
|---|---|---|---|
| **totals**  200:5 | **trail**  65:10 | 341:10 | **trials**  27:15 |
| **touched**  108:19 | 66:13 | **transcribing** | 191:7 |
| 186:11 | **trailer**  162:5 | 305:8 | **tribe**  101:9 |
| **touches**  326:23 | 244:13,14 | **transcript**  6:12 | **tribes**  110:4 |
| **tour**  125:13 | **trailers**  242:23 | 6:15,17 12:1,3 | **tribulations** |
| 180:21 272:19 | 275:22 276:5 | 311:14 340:1,4 | 191:7 |
| 304:24 | **trained**  76:22 | 341:10,12,22 | **tried**  24:23 |
| **toward**  148:22 | 89:4,10 331:10 | 342:13,15 | 72:9 105:3 |
| 232:1 248:12 | **trainees**  231:10 | **transcripts** | 106:16 128:14 |
| **towards**  67:18 | **training**  48:14 | 138:18 | 142:17,18 |
| 182:17 195:23 | 56:21 58:12,16 | **transient**  231:9 | 183:21 240:11 |
| 196:3 198:13 | 58:23 82:7 | **transition** | **trip**  62:22 |
| 210:3 213:24 | 98:14 119:20 | 54:25 | 116:8 127:13 |
| 280:18,19 | 143:22 149:20 | **translated** | 156:19 169:14 |
| **town**  103:18,20 | 184:20,20 | 49:21 | 176:9 178:11 |
| 104:3,20,22 | 206:2 208:19 | **translators** | 180:25 297:11 |
| **towns**  182:6 | 208:21 211:4 | 87:17 | **troops**  284:8 |
| **toyota**  105:5 | 218:10,11,13 | **transport** | **trouble**  24:25 |
| **trace**  123:7 | 218:13 247:18 | 284:3,5 | 183:22 |
| **track**  83:1 94:6 | 275:23 277:16 | **travel**  276:6 | **trucks**  167:3,6 |
| 133:11 178:21 | 277:21 289:11 | 277:14 | 168:1 |
| 181:2 257:1 | 290:18 295:5,7 | **traveled**  302:5 | **true**  209:25 |
| 336:16 | 295:8 | 303:14 | 283:1 341:10 |
| **tracked**  216:14 | **trainings**  58:20 | **treated**  132:4 | **trust**  37:12 |
| **tractor**  170:3 | **trajectory** | **treatment** | 66:25 82:24 |
| **tradewinds** | 198:23 | 158:3 160:3,25 | 106:14 174:22 |
| 230:3 | **transcribe** | 161:20 171:6 | 175:2 176:4 |
| **tradition**  110:1 | 10:15 11:6 | 276:1 277:3 | 206:21 252:24 |
| **traditional** | 305:17 308:7 | 333:14 334:4,7 | **truth**  11:17 |
| 97:11,23 98:1 | **transcribed** | **trend**  196:2 | 91:8 107:15,15 |
| 103:11 123:25 | 10:20 50:11 | 198:12,17 | 107:15 |
| 309:19 | 97:16 114:15 | **trial**  27:13 | **try**  74:9 83:11 |
| **traditions** | 115:23 122:4 | 29:22 101:22 | 84:1,7 94:23 |
| 98:20 109:22 | 249:24 309:25 | 109:5,9 331:7 | 103:24 104:10 |

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ      Document 362-5      Filed 04/29/25      Page 435 of 446

104:12 105:10
105:11 106:10
106:17 107:2
109:7,8 115:13
123:10 129:13
130:12,21
147:25 231:4
242:14 263:4
285:20 309:22
318:24 321:21
325:8 330:24
**trying** 23:13
25:8 26:25
37:20,21 38:19
75:19 90:6
100:17 106:3,4
119:11 120:11
121:24 130:4,5
141:25 144:23
176:11 204:9
229:2 238:18
301:25 314:5
319:13 323:12
327:6
**tucson** 27:22
**tuesday** 230:11
304:24 305:2
306:16 308:3
**tukes** 21:2
**turn** 13:14 28:3
62:8 65:7
67:18 142:10
151:12 191:3
194:24 198:25

201:11 213:24
227:8 233:15
238:12 245:25
261:11 273:19
276:17 283:18
287:1 293:17
327:9 338:19
**turnaround**
29:20,23 30:10
30:15
**turned** 122:6
127:15,18
**turning** 75:1
151:20 182:15
**turns** 94:10
**tv** 126:24 235:1
**twice** 195:11
**two** 21:6 31:14
32:25 42:3,4
70:1 125:3
137:11 141:4
168:22 183:23
184:20 188:1
198:25 200:11
243:19 244:4
253:15 261:23
262:3 284:18
295:20,21
301:13 306:23
313:13 322:2
335:16
**type** 33:15
283:23 324:14

**typed** 121:8,9
121:11 305:19
**types** 22:24
45:16,21
**typewritten**
121:19
**typical** 10:17
320:1
**typically** 31:5,6
31:7 32:6,13
33:10,16 89:6
97:5 131:21
135:9 183:21
204:15 224:8
235:19 287:3
309:20,25
319:19

**u**

**u** 60:17
**u.s.** 1:15 2:3 3:4
3:6,7 5:21
28:10 32:14,16
33:1 43:15,17
43:20 44:23,23
45:5,11 46:11
46:14 47:3,12
47:16 48:3
76:11 197:15
197:21 260:2
295:9 329:18
329:20
**ubiquitous**
204:22

**uh** 11:6 24:20
31:2 33:24
44:3 53:5,10
64:25 66:12
92:14 96:8
101:21 102:16
111:22 113:6
115:7 123:18
157:20 182:11
191:2 200:17
217:19 225:24
226:25 227:15
232:3 233:17
236:16 237:22
238:11 239:24
241:21 242:15
242:21 243:9
243:22 246:4
249:18 252:7
256:12 257:20
266:2,12
276:23 298:16
299:10 320:25
327:19 336:8
**uhs** 11:6
**ultimately**
37:24 255:6
**un** 48:24,25
**unchallenged**
68:15
**unclear** 202:12
**uncomfortable**
115:14 176:20

Golkow Technologies,
A Veritext Division
877-370-3377    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 436 of 446

| | | | |
|---|---|---|---|
| **uncommon** | **undersigned** | 186:14 268:21 | **unfortunate** |
| 117:25 | 341:6 | **understanding** | 29:19 |
| **unconfirmed** | **understand** | 46:15,20 58:4 | **unfortunately** |
| 152:24 | 10:18,23 11:16 | 58:19 59:4,9 | 29:17 43:18,19 |
| **uncorrected** | 11:19 37:14 | 62:16 98:24,25 | 46:2 105:23 |
| 332:7 | 49:18 50:21 | 99:8 129:14 | 295:10 |
| **uncorroborated** | 60:3 71:18 | 148:1 171:4 | **uniforms** 323:9 |
| 317:18 319:23 | 73:14 78:10 | 174:5,9 188:17 | 326:6 |
| 337:25 338:1 | 82:13 83:12 | 195:15 201:1 | **unique** 126:9 |
| **uncover** 137:6 | 84:13 85:2 | 202:10 203:1 | 168:3 |
| **uncritically** | 86:22 88:9 | 217:10 272:20 | **unit** 132:3 |
| 153:1 | 99:25 100:20 | 300:5,12 311:5 | 135:10 216:14 |
| **under** 61:5 | 104:10 105:18 | 319:14 | **united** 1:1 8:11 |
| 79:19 98:5 | 105:22 108:9 | **understands** | 8:18,20 9:6,7 |
| 102:24 107:7 | 110:7 119:5 | 84:23 101:13 | 9:24 13:19 |
| 107:13 108:24 | 121:23 125:19 | 122:10 | 19:25 47:23 |
| 109:3 111:15 | 125:24,25 | **understood** | 48:8 87:20,25 |
| 113:11 115:2 | 126:12 128:25 | 11:9,13,22 | 88:4,4 121:15 |
| 136:1 140:9,10 | 141:10,11,22 | 12:5,11,23 | 125:12 331:15 |
| 164:9 204:14 | 141:23 143:24 | 26:2 31:21 | **units** 57:25 |
| 215:6,6 227:20 | 144:23 147:13 | 53:21 74:16 | 131:11 191:18 |
| 238:15 242:20 | 150:16 157:14 | 82:3 84:19 | 195:3 196:18 |
| 243:3,3 249:17 | 167:24 174:7 | 104:23 106:2 | 207:22 209:16 |
| 250:19 251:13 | 174:15 188:10 | 124:5 153:9 | 210:15 215:5,6 |
| 252:11 259:18 | 189:2 245:4 | 154:22 162:24 | 216:19 |
| 304:3,4,4 | 250:16 270:14 | 164:4,20 | **university** |
| 320:3 341:23 | 319:13,16,17 | 172:13 177:23 | 43:12 44:2,18 |
| 344:4,6,7 | 319:18,19 | 187:11 205:15 | 47:12 154:16 |
| **undergraduate** | 334:9 340:5 | 206:23 211:11 | 177:18 328:5 |
| 44:1,8 144:9 | **understandable** | 233:10 238:8 | 329:21 |
| **underscore** | 51:22 226:12 | 255:14 262:17 | **unrecorded** |
| 292:10 | 332:5 | 262:19 264:22 | 102:17 250:2 |
| **underscores** | **understandably** | 274:11 286:7 | **updated** 4:22 |
| 231:3 | 33:23 136:9 | 325:9 | 33:11 |

Golkow Technologies,
877-370-3377                     A Veritext Division                     www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 437 of 446

**updating** 34:3
**upper** 283:20
**urgent** 85:12
**urquhart** 6:16
  21:14 279:22
**urquhart's**
  280:5 281:15
  281:16 286:20
  286:23
**usage** 199:4
**usdoj.gov** 2:6,6
**use** 23:1,2 46:7
  55:20 66:23
  69:2 81:11
  84:7 100:21
  107:25 109:12
  114:6 123:13
  124:20 126:19
  126:20 128:5,6
  128:11,12
  130:24,25,25
  140:3 141:13
  148:24 150:18
  153:12 155:20
  156:8 234:24
  240:18 246:12
  254:4,13,20
  255:22 269:14
  269:18,18
  281:23 283:24
  293:5 295:13
  303:14 311:24
  323:18 336:13
  336:15 337:20

**used** 68:10,25
  83:9 108:12
  110:8 111:5
  119:8 123:12
  127:6 139:8
  167:6,7 172:23
  217:23 235:2
  249:8 252:20
  254:11 264:14
  266:19 270:22
  275:21 276:4
  283:25 284:11
  293:20 295:20
  303:5 306:13
  319:7 337:4
  342:16
**uses** 72:16
  102:18 152:18
**using** 11:7
  45:18 48:8
  90:15 151:25
  183:3 205:17
  220:24 228:7
  247:20 254:12
  254:18 271:14
  285:18 294:10
  336:24
**usmc** 7:14
**usmcgen** 5:17
**usually** 31:23
  45:7 149:17
  184:21 210:21
  210:25 257:5
  260:25 309:22

  324:13 330:15
**utilize** 48:20
  94:20 103:2
**utilized** 56:6
  94:7 101:18
**utilizing** 135:2

**v**

**v** 28:18
**va** 266:19,20
  301:1 316:21
**vacuum** 107:17
  332:15
**vagueness**
  270:2
**valid** 114:20
  235:20 331:21
**valor** 152:18
**valuable** 66:3
  125:17 127:1
  127:20 335:14
**variety** 48:9
  119:9 132:12
  145:10 146:21
  148:3 220:7
  247:4,7 294:10
**various** 90:15
  111:6 144:20
  180:17 199:5
  216:19 218:4
  234:19 239:4
  240:8
**vast** 62:24 63:1

**veracity** 153:1
  153:13 156:4
  248:14 318:14
**verbally** 11:1,3
**verbatim**
  138:14
**verifiable**
  287:24
**verification**
  120:23 138:17
**verify** 98:10
  120:17 156:4
  227:3
**veritext** 8:5
**versi** 230:7
**version** 118:7
  190:22
**versus** 26:13
  34:6 57:2
  70:19 71:20
  78:8 90:7
  129:1 153:17
  183:1 186:4
  208:7 212:12
  215:15,20
  222:8 241:8
  245:2 248:21
  253:13 262:18
  265:1 270:6
  271:10 291:16
  310:6,11 314:2
  335:23
**vested** 319:18

Golkow Technologies,
877-370-3377                   A Veritext Division                   www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 438 of 446

**veteran** 27:22
  105:9 107:19
  154:20 155:2
  250:11
**veterans** 56:14
  56:15 131:10
  135:9 149:19
  156:11
**viable** 141:19
**video** 8:3,8,24
  55:4,8 60:25
  85:22 86:1
  97:9 137:11,17
  137:21 178:2,6
  225:14 245:19
  293:9,13
  327:24 328:7
  338:16 340:12
**videographer**
  2:16 8:5
**videographers**
  87:16
**videotaped**
  1:14 6:13,15
  6:17 340:13
**vietnam** 5:7
  27:22 35:10
  56:8,10,23
  57:1 58:6,10
  58:14,17 94:25
  106:13 107:19
  107:22 112:9
  148:11 151:14
  152:22 153:9

153:19 154:20
  155:2 187:2
  188:19 211:5,8
  211:10,20,25
  212:18 250:8
**view** 86:6
  168:24
**viewed** 17:15
  231:13
**village** 160:19
  183:12
**violence** 32:6
  32:13,17
**virginia** 62:23
  126:19,20
**vis** 186:24,24
  203:25,25
**visible** 167:9
**visit** 7:15
  170:24 171:2
  257:24 258:1
  274:18 327:1
  329:19
**visited** 5:22
  256:3 258:5
  273:22 336:7
**visual** 323:13
**visualize** 181:5
**visually** 272:1
**vitae** 4:14
**vital** 65:21
  93:10
**vivid** 57:19

**voicemails** 14:4
  14:25
**void** 341:12
**volume** 6:14
  263:13
**volunteer**
  188:20,22
  192:21 193:5
  196:12 197:20
  198:13
**volunteers**
  197:20
**vote** 192:8

| **w** |
|---|

**w** 1:17 112:3
  258:8
**waco** 183:15
**wait** 10:20 71:2
  85:11 192:5
**waive** 249:2
**waiver** 301:1
**walk** 32:20
  96:10 181:7
**walking** 204:19
**wallace** 2:10
  3:10,10
**wallacegraha...**
  2:13
**walmart**
  185:15 186:5
  222:22
**walters** 20:19

**want** 35:12
  43:10 55:12
  57:7 77:22
  81:19 84:9
  88:10 93:22
  99:6,7 101:24
  102:8 104:14
  105:12,25
  106:23 107:2
  107:18 116:15
  117:2,22 122:8
  123:19 126:12
  130:20 131:14
  131:17,17,18
  132:8,8 133:14
  134:8,8,12
  135:5,16
  136:25 137:5,5
  137:6,14 140:2
  141:11 151:19
  154:7 156:15
  156:19 157:18
  159:25 171:9
  184:4 185:21
  203:6 210:9
  218:19 241:19
  249:4,5 257:13
  263:4,19
  264:21 293:17
  294:15 299:2
  308:20 311:21
  329:17
**wanted** 17:23
  71:8 73:23

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 439 of 446

96:16 111:2,5
132:1 183:21
183:25 184:1
205:2 224:19
249:22 316:2
325:19
**wanting** 119:6
120:25
**wants** 86:18
**war** 35:10
45:11 51:18
58:7,9 60:19
62:20 63:5
112:7,8,9
153:9,19 184:7
184:22,23
187:2,4 188:15
194:12,13
196:22 258:9
295:6,7,8,9
**warm** 254:3
**wars** 185:3
**wartime**
187:24 188:1
211:19
**washington** 2:5
81:5
**waste** 237:6
**watch** 235:3
260:1,16
**watched**
317:23
**watching** 235:1

**water** 1:4 6:7
8:10 23:1
158:3 159:7
160:2,25
161:20 163:11
163:15,17
166:17,20
167:2,3,6,8,23
171:6,11
174:10 182:25
183:3 199:4,5
199:10 246:11
246:21 247:8
254:5,5,12,13
254:20 266:10
271:20 275:6,7
275:11,21,22
275:23,24
276:1,5,14
277:3 278:1
281:1,9,18
282:1 283:24
283:25 284:1,3
284:6,6,8,11,14
284:18 285:5
285:11,16
286:4 287:3,7
287:9,12,15
288:4 289:12
289:18 290:4
290:17,25
300:16 317:21
322:3,7 323:11
323:12 324:12

324:20 325:12
326:1 333:14
334:4,7,17
336:24 338:5
339:18
**watermodeling**
5:13 194:23
**watkins** 160:19
**way** 36:25
38:17 47:21
58:12 67:19
74:8 81:4 83:6
90:14 95:18
97:11 101:25
106:1 108:7,8
109:4,6 110:4
113:23 125:11
131:19 138:11
139:5 157:4
169:8,15
171:15 184:6
184:10 197:25
215:9 223:21
227:3 236:7
240:14 250:21
255:19 263:16
269:3 310:5
328:13 331:25
**ways** 35:8 45:7
55:22 61:20
97:4 98:18
101:17,17
107:12,24
108:1 110:11

119:9 128:16
131:8 132:1,6
132:7,13
145:11 146:21
252:22 285:15
**wayside** 40:12
**we've** 88:23
334:1
**wealth** 34:1
**weapons**
170:23 172:1
235:24
**wear** 104:16
**wearing** 259:21
**weather** 254:3
**web** 7:13
**website** 7:14
91:1 136:19
152:22 179:24
266:8,19,25
267:14,16
268:25 312:4
314:15,16
315:24 316:3
316:22 318:2
318:15 323:15
323:16,17,18
328:20,22
329:8
**websites** 135:7
**wednesday**
230:12,21
305:24

Golkow Technologies,
A Veritext Division
877-370-3377    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 440 of 446

**week** 61:25
76:24 236:15
**weekly** 236:19
**weeks** 29:18,25
31:14 33:19
42:3,4 51:1
72:4 73:6
210:25 211:6,6
211:9,25
212:12 213:16
213:16,17
335:16
**weigh** 125:17
126:1 251:4
292:22 318:24
**weighing** 148:2
**weight** 139:16
**wells** 157:5
272:7
**went** 24:15
38:25 49:11
70:12 91:16
93:4 102:9
116:5 119:21
121:25 124:2
124:18,18,22
127:15,17
145:3 146:12
158:18 159:6
159:19 160:13
161:25 169:8
172:5 176:7,17
177:11 184:6
192:21 197:21

198:5 216:21
222:17 253:20
254:24 256:22
257:10 287:9
296:20 297:7
324:8 333:7,7
337:11 338:9
**west** 8:9 104:19
230:3 276:8
**western** 104:4
104:17 163:23
**whatsoever**
19:23
**wheeled** 254:5
**whirlpool**
335:23
**white** 225:9
**whitney** 3:10
**whoa** 321:14
**wholeheartedly**
82:21
**wife** 249:6
**wilkes** 68:17
**william** 20:19
**williams** 14:13
**willing** 36:8
77:6 86:25
130:13 131:2
135:21 152:25
297:16
**wilmington**
195:23
**window** 177:21

**wing** 209:17
291:6
**winner** 139:11
139:15
**wise** 159:18
221:21
**wish** 335:22
**withholding**
32:11
**witness** 4:3
8:17 9:15 35:2
35:14 39:19
55:1 65:2
79:23 95:13
97:10 114:12
121:8,11
137:16 146:5
147:4 221:14
221:19 229:12
245:12 260:15
293:8 296:7,9
297:23 308:17
321:19 326:11
340:6,9 341:8
341:9,14 342:1
344:12
**witnesses** 17:18
20:15 38:17
87:21
**wives** 250:13
**women** 224:9
224:11,20,21
224:23 233:9

**word** 66:11
144:10 184:4
227:6
**words** 94:18
186:2
**wore** 104:4
**work** 12:21
26:13 30:5
31:23 40:18
49:7 57:12
59:16,25 65:13
66:14 67:1
69:3 70:9,11
76:7 83:10
86:15 91:20,25
92:4,6 100:9
100:10 118:17
122:9 125:21
131:9 134:6,7
136:16 177:18
179:4 201:18
297:9 298:18
299:3 300:3
319:20 320:9
335:23
**worked** 30:21
41:18 56:7
70:7 264:11,12
331:25
**workers** 74:25
**working** 35:13
36:15 76:2,22
78:5 103:8,9
114:19 144:20

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-5    Filed 04/29/25    Page 441 of 446

169:15 245:24
291:16 307:13
**works** 68:23
71:11 299:17
**world** 60:19
63:5 112:8
129:6,9 184:22
184:23 188:15
194:12,13
196:22 233:13
258:9
**worried** 252:10
**worry** 336:19
**write** 78:16
94:25 95:2
97:13 101:24
324:17 325:7
335:15
**writing** 4:24
28:2 49:12
67:10 81:5
83:24,25 84:1
90:6 91:13
103:4 126:18
136:2,7 144:13
**written** 39:10
90:12 95:23
103:17 110:2
136:3 139:10
149:1 248:2
249:7 250:1,5
250:15 263:13
**wrong** 91:2,3
105:4 132:9

142:18 199:8
207:19 310:13
321:25 339:15
**wrote** 95:3,9,13
96:14 111:23
136:4 145:5
146:14 266:5

---

**x**

**x** 4:1,10 5:1 6:1
7:1
**xavier** 239:25
**xx** 148:21

---

**y**

**y'all** 62:4 85:8
**yeah** 29:20
37:6 40:22
41:25 47:19
49:19 50:17
51:7,8,23
52:19 60:6
62:13 69:15
70:10 71:1,6
75:23 76:2
78:12 82:16
85:11 96:12
97:10 105:22
108:16 111:12
111:17,21,22
113:8 114:10
115:4 118:12
121:6,11
124:13 129:4
133:5 134:2

136:10,10
156:17 161:6
163:14 167:18
170:20,20
172:16 174:17
176:5 177:4
179:1 180:3
181:11 188:10
188:18 193:21
198:11 202:20
214:23 215:12
221:24 225:7
231:2 233:11
234:25 240:10
244:4 247:23
247:25 255:8
255:12,15
256:1,20 257:5
265:8,21
268:22 274:17
295:1 296:9
297:23 303:24
304:4,10
305:19 310:10
311:19 312:24
313:24 314:24
315:8 319:12
330:5 334:15
**year** 40:23 56:4
62:25 122:7
191:23 193:12
211:15 212:3,7
213:4,9,16,17
216:15 221:3

239:6 263:2
**years** 16:14
30:22 32:21
33:12,14,25
35:3 56:13
70:8,21 109:10
122:5 128:20
128:21 135:10
144:2 164:15
170:17 316:10
316:10,18
318:3,16,18
**yellow** 265:18
**yesterday**
36:25
**york** 31:15
**young** 24:24
132:24 204:14
205:21,24
223:11,21
232:25 233:12
**youth** 244:10

---

**z**

**zach** 39:14,24
298:22 306:2
**zeroed** 251:18
**zinni** 6:18
20:16 279:22
280:4 289:2
290:20
**zinni's** 280:24
280:25

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 362-5 Filed 04/29/25 Page 442 of 446

**zone**   47:2,5
   51:20
**zoom**   3:3 7:6
   8:24 31:8
   97:12 115:6,9
   116:24 299:8
   311:4

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 362-5     Filed 04/29/25     Page 443 of 446

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# VERITEXT LEGAL SOLUTIONS

## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.