# EXHIBIT 5

# The Princeton Guide to Historical Research

Zachary M. Schrag

PRINCETON UNIVERSITY PRESS
PRINCETON & OXFORD

Case 7:23-cv-00897-RJ    Document 362-6    Filed 04/29/25    Page 2 of 5
This content downloaded from 129.174.21.5 on Tue, 15 Apr 2025 17:04:01 UTC
All use subject to https://about.jstor.org/terms

on primary sources, then compare it to previous accounts to see if there is anything you missed or misunderstood. With luck, these will be few enough that you can happily cite the secondary source for the gaps and still feel you have done something original. Secondary sources can be particularly useful for information that is adjacent to your topic. If I am writing about Pennsylvania, I want most of my information about Pennsylvania to come from primary sources. But I may need a sense of what was going on in New York, Canada, and the United Kingdom, and I am happy to rely on secondary sources for that.

You will need to evaluate the merit of each secondary source on which you rely. Finding works published by a reputable press or journal is a good start, but some valuable works appear elsewhere, while some of the best publishers occasionally publish junk. Finding reviews and citations to works can give you a sense if other researchers trust them.

### *Sets of Sources*

Any important event may leave traces in records scattered across the globe. Consider again Hodes's history of reactions to the assassination of Abraham Lincoln in 1865. Along with the accounts left by those who witnessed the shooting and Lincoln's death, we have accounts of the hunt for the assassin, his coconspirators, and their trials and execution. And even beyond that, we have the reactions of untold numbers of contemporaries in the United States and in other countries, just a sample of which Hodes tapped.[16] To try to gather every possible source would take more than a lifetime.

To make their job manageable, most historians focus their efforts by identifying *sets* of sources that can be found and read relatively quickly (and even this can mean years). A set might be an archival collection, a run of a periodical, published government documents, or any other group of sources that can all be found in the same place. For seminar papers or even journal articles, a single set of sources may be enough. Collections of letters sent to a mayor or a prominent prisoner, though addressed to the same recipient,

16. Hodes, *Mourning Lincoln*.

This content downloaded from 129.174.21.5 on Tue, 15 Apr 2025 16:32:51 UTC
All use subject to https://about.jstor.org/terms

may express a range of views.[17] A set of children's books—written and illustrated by various authors and illustrated but published around the same time and sharing similar themes—can help us understand the "definition of masculine courage, chivalry, and self-sacrifice" that shaped the American boys who became soldiers in World War I.[18]

A truly rich set of sources may fuel a whole book. Theodore Rosengarten won the National Book Award for *All God's Dangers: The Life of Nate Shaw*, based on his remarkable interviews with a remarkable man.[19] He followed up with *Tombee: Portrait of a Cotton Planter*, the core of which was the plantation journal kept by Thomas B. Chaplin between 1845 and 1858. For the latter book, Rosengarten and his research assistant, Susan Walker, "stalked Chaplin in public and private archives, reconstructing the world he took for granted, filling in the gaps in his story."[20] Still, the journal is central to the story, and Rosengarten includes it as the second part of his book.

More commonly, historians seek multiple source sets to view events from more than one perspective. "I have assumed that each document might reflect a particular agenda and have taken certain precautions as a result," writes Kathleen Belew. "When possible. I use multiple sources to corroborate information. If, say, a fact appears in a redacted FBI file, an undercover reporter's interview with a white power activist, and a mainstream press report, it probably can be relied upon."[21]

It can be helpful to juxtapose sources reflecting the views of one set of actors against those reflecting the views of their antagonists.

---

17. Michael Willrich, "'Close That Place of Hell': Poor Women and the Cultural Politics of Prohibition," *Journal of Urban History* 29 (2003): 555–74; Jon Shelton, "Letters to the Essex County Penitentiary: David Selden and the Fracturing of America," *Journal of Social History* 48 (2014): 135–55.

18. Vanessa Meikle Schulman, "'The Books We All Read': The Golden Age of Children's Book Illustration and American Soldiers in the Great War," *Lion and the Unicorn* 41 (2017): 206.

19. Nate Shaw and Theodore Rosengarten, *All God's Dangers: The Life of Nate Shaw* (New York: Knopf, 1974).

20. Theodore Rosengarten, Thomas Benjamin Chaplin, and Susan W. Walker, *Tombee: Portrait of a Cotton Planter* (New York: Morrow, 1986), 11.

21. Kathleen Belew, *Bring the War Home: The White Power Movement and Paramilitary America* (Cambridge, MA: Harvard University Press, 2018), 14.

This content downloaded from 129.174.21.5 on Tue, 15 Apr 2025 16:32:51 UTC
All use subject to https://about.jstor.org/terms

For instance, in *The Dead Will Arise*, Jeffrey Peires uses correspondence between two British officers to understand the point of view of the colonizers, while he uses articles by a Xhosa historian of the nineteenth century and journals of a British clergyman to understand events from the perspective of the colonized.[22] Alternatively, a historian might use one set of sources to document an actor's public statements while others reveal more private thoughts. Rachel Shelden, for example, contrasts the theatrical speeches that congressmen bellowed in order to please constituents back home with personal correspondence suggesting that fellow representatives discounted the bombast.[23]

Where records are scarce, a historian may need to move from one type of source to another, like a traveler who rides an electric scooter to the nearest bus stop, takes a bus to the subway to the airport, gets on a plane, and takes a cab to their final destination. Scott Heerman's *Alchemy of Slavery* covers nearly two centuries, and no one set of observers recorded that entire sweep. For the earliest period, Heerman relied on European diplomatic records, then moved on to local legal records, and, toward the end of his story, to local newspapers as they were founded. "Each set of sources offers its own window on the contours of slavery and freedom in Illinois," Heerman explains, "and each has its own set of limitations." But taken together, the sets get him from start to finish.[24] For her history of disability, spanning a century, Sarah Rose needed to tap a new set of sources for almost every chapter.[25] Despite discouraging advice from other labor historians, Seth Rockman was able to use multiple sets of sources to tell the story of unskilled workers of the early nineteenth century. "The archive *is* there," he concludes,

---

22. Jeffrey B. Peires, *The Dead Will Arise: Nongqawuse and the Great Xhosa Cattle-Killing Movement of 1856–7* (Bloomington: Indiana University Press, 1989), x–xi.

23. Rachel A. Shelden, *Washington Brotherhood: Politics, Social Life, and the Coming of the Civil War* (Chapel Hill: University of North Carolina Press, 2013), 39–40.

24. M. Scott Heerman, *The Alchemy of Slavery: Human Bondage and Emancipation in the Illinois Country, 1730–1865* (Philadelphia: University of Pennsylvania Press, 2018), 15.

25. Sarah F. Rose, *No Right to Be Idle: The Invention of Disability, 1840s–1930s* (Chapel Hill: University of North Carolina Press, 2017), Appendix A: Note on Sources.

This content downloaded from 129.174.21.5 on Tue, 15 Apr 2025 16:32:51 UTC
All use subject to https://about.jstor.org/terms