# EXHIBIT 6

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE EASTERN DISTRICT OF NORTH CAROLINA
3  Case No. 7:23-CV-01368-BO
4
5  GARY LAYNE MCELHINEY, SR.,
6      Plaintiff,
7  v.
8  UNITED STATES OF AMERICA,
9      Defendant.
   _____
10
11      **********************************
12  VIDEOTAPED DEPOSITION OF GARY LAYNE MCELHINEY, SR.
13                  VOLUME I
14                March 5, 2024
15      **********************************
16
17        VIDEOTAPED DEPOSITION OF GARY LAYNE MCELHINEY,
18  SR. taken in the above-styled and numbered cause at the
19  offices of Butler Snow, LLP, 150 3rd Avenue South, Suite
20  1600, Nashville, Tennessee on March 5, 2024 commencing at
21  8:59 a.m. before Gina Williams, Registered Professional
22  Reporter, Certified Realtime Reporter, and Certified
23  Realtime Captioner.
24
25

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-7    Filed 04/29/25    Page 2 of 5

1  lights, make sure that the vehicle was operational.
2          Q    And approximately how large were the water
3  tanks that you worked on?
4          A    4,000-gallon, 400-gallon, even had
5  1,200 gallons.
6          Q    Do you know what type of use these water
7  tanks -- or what these water tanks were used for?
8          A    Potable water.
9          Q    And do you know where they would transport
10 water from and to, generally speaking?
11         A    Yes.
12              You'd transport the water from water points to
13 their destinations out in the field for water for the
14 troops, chow halls, showers.
15         Q    Okay.  And were these water tanks used at
16 Camp Lejeune?
17         A    Yes.
18         Q    And do you know what the water source was
19 for these tanks?
20         A    Yes.
21         Q    Can you please tell me?
22         A    I know of two water points.  One was south
23 by Courthouse Bay, and the other one was at the fuel depo in
24 the industrial area.
25         Q    And --

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-7   Filed 04/29/25   Page 3 of 5

```
 1                A    It was across the street from the fuel
 2    depo.
 3                Q    Okay.  And do you know where within Camp
 4    Lejeune these water tanks would go?
 5                A    Yes.
 6                     We would take them out to the different LZs,
 7    landing zones, where the men would be out training.
 8                     MS. MIRSKY:  And before we continue --
 9                     Strike that.
10                     To help with this discussion, I have Exhibit 5,
11           which I pulled from a website.
12                     (Exhibit 5 was marked for identification.)
13                     MR. BARR:  Where does this come from?
14                     MS. MIRSKY:  A Marine website.
15                     MR. BARR:  Do you know which one?
16                     MS. MIRSKY:  No, I'm sorry.  I can provide it to
17           you after.
18                     And then Exhibit 6 --
19                     And I apologize.  I could not get this to print
20           with the Bates number, but I can provide it to you
21           afterwards.
22                     MR. BARR:  Okay.
23                     (Exhibit 6 was marked for identification.)
24    BY MS. MIRSKY:
25                Q    So can I borrow this?  I'll give you a pen.
```

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-7   Filed 04/29/25   Page 4 of 5

```
 1                     CERTIFICATE
 2            I, Gina Williams, Registered Professional Court
 3   Reporter, do certify that the above deposition was reported
 4   by me and that the foregoing transcript is a true and
 5   accurate record to the best of my knowledge, skills, and
 6   ability.
 7            I further certify that I am not an employee of
 8   counsel or any of the parties, nor a relative or employee of
 9   any attorney or counsel connected with the action, nor
10   financially interested in the action.
11            Subscribed and sworn to before me when taken this
12   5th day of March, 2024.
13
                                   <%3138,Signature%>
14                                 _____
15                                 GINA WILLIAMS, LCR #730
                                   Expiration Date:  6/30/2025
16
17
18
19
20
21
22
23
24
25
```