# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

*******************************************************

IN RE: )
CAMP LEJEUNE WATER ) NO. 7:23-CV-897
LITIGATION )
This Document Relates to: )
ALL CASES )

*******************************************************

The complete videotaped deposition testimony upon oral examination of ANTHONY CHARLES ZINNI, taken on behalf of the Plaintiff, in Williamsburg, Virginia, on May 28, 2024.

HALASZ REPORTING & VIDEO
1011 East Main Street, Suite 100
Richmond, Virginia 23219
(804) 708-0025

REPORTED BY: REBECCA L. BRALEY, RMR, CRR

be assigned there then to 2nd Marine Division or later.

Q. These are the -- you mean the individual Marines that were in Infantry Training Regiment --

A. Yes. Yes.

Q. -- could be subsequently assigned to 2nd Division --

A. Yes.

Q. -- after they complete their training?

A. Yes.

Q. Do you know if the Infantry Training Regiment had its own water Buffalos while you were there?

A. Yes. Out of Camp Geiger, we were supported by the regiment and they had their own facilities out there.

Q. Okay. Did those water Buffalos fill up at Hadnot Point or were there fill-up points closer to Camp Geiger?

A. I think there were -- as I remember, there were fill-up points out at Camp Geiger. Pretty self-contained out there.

Q. So would it be correct to say that there were multiple places on the Camp Lejeune military installation that had their own water Buffalo fill

points?

A. I think. Yes. I think so. I don't think there was any one primary point unless you were main side and you were supporting the division.

Q. General Zinni, did you ever personally see one of these water Buffalo fill points?

A. I don't recall. No.

Q. I am going to hand you what is going to be marked as Zinni Exhibit 8.

(Exhibit No. 8 was marked.)

BY MR. GIBBONS:

Q. General Zinni, have you ever -- do you recognize the object in this picture?

A. I recognize it but I don't recall seeing it at Camp Lejeune.

Q. Okay. In your own words, can you describe what this is a photograph of?

A. It is described as a potable water point obviously used to fill potentially water Buffalos, water cans, that sort of thing, canteens.

Q. Okay. Would you agree that a structure this small could be located in several locations on Camp Lejeune?

A. Yes.

Q. To your knowledge, were there any water

COMMONWEALTH OF VIRGINIA AT LARGE, to wit:

I, Rebecca L. Braley, RMR, CRR, a Notary Public for the Commonwealth of Virginia at Large, of qualification in the Circuit Court of the City of Virginia Beach, Virginia, and whose commission expires April 30, 2027, do hereby certify that the within deponent, ANTHONY CHARLES ZINNI, appeared before me at Williamsburg, Virginia, as hereinbefore set forth; and after being first duly sworn by me, was thereupon examined upon his oath by counsel; that his examination was recorded in Stenotype by me and reduced to typescript under my direction; and that the foregoing transcript constitutes a true, accurate, and complete transcript.

I further certify that I am not related to nor otherwise associated with any party or counsel to this proceeding, nor otherwise interested in the event thereof.

Given under my hand and notarial seal at Virginia Beach, Virginia, this 13th day of June, 2024.

___________________________

Rebecca L. Braley, RMR, CRR

Notary Public, 7097551