# EXHIBIT 8

```
              IN THE UNITED STATES DISTRICT
         FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                     SOUTHERN DIVISION


   BENJAMIN L. URQUHART,          )
                                  )
                                  )
                       Plaintiff, )
                                  )
   v.                             ) Case No. 7:23-cv-00104
                                  )
   UNITED STATES OF AMERICA,      )
                                  )
                       Defendant. )
   _____)




                VIDEOTAPED REMOTE DEPOSITION
                           OF
                  BENJAMIN LAMAR URQUHART
                Wednesday, November 13, 2024




      Reported by:


      Christine A. Taylor, RPR


      Job No. 7010115
```

1      On November 13, 2024, commencing at
2  9:08 a.m., the videotaped deposition of BANJAMIN
3  LAMAR URQUHART was taken remotely via Zoom
4  pursuant to notice and pursuant to the Federal
5  Rules of Civil Procedure, on behalf of the
6  Plaintiff.
7                    * * *

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-9   Filed 04/29/25   Page 3 of 5

1  to set a water buffalo upright if it was
2  different -- different applications. But most of
3  them was trailer-mounted and they stayed on the
4  trailer. You never took them off the trailer.
5       Q.   Was there a place where water
6  buffaloes typically got filled?
7       A.   Yeah. Different places. Throughout
8  Camp Lejeune, they had water stations throughout
9  Camp Lejeune. So wherever your closest water
10 site was where you went and got it filled. But
11 we always fill -- before an operation we knew how
12 many water buffaloes it was going to take to do
13 that, to supply that operation.
14           So we would bring enough water
15 buffaloes to supply that operation. And all
16 those is filled from Second Combat Engineers
17 staging area. We had --
18      Q.   Is that right side -- sorry, is that
19 right there at Mainside?
20      A.   Yes, sir.
21           MR. ORTIZ: Object to form.
22 BY MR. DOBY:
23      Q.   How do you know it was right there at
24 Mainside?
25      A.   If you don't mind, I won't stop

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 362-9    Filed 04/29/25    Page 4 of 5

```
 1                    CERTIFICATE

 2

 3        I, CHRISTINE A. TAYLOR, Registered

 4   Professional Reporter, Certified Court Reporter,

 5   do hereby certify:

 6        That BENJAMIN LAMAR URQUHART, the witness

 7   whose deposition is hereinbefore set forth, was

 8   duly sworn by me, and that such deposition is a

 9   true record of the testimony given by such

10   witness taken stenographically by me to the best

11   of my ability.

12        I further certify that I am not

13   financially interested in the outcome of this

14   action, a relative, employee, attorney or counsel

15   of any of the parties, nor am I a relative or

16   employee of such attorney or counsel.

17        IN WITNESS WHEREOF, I have hereunto set my

18   hand this 24th day of November, 2024.

19                    [signature: Christine A. Taylor]

20        _____

21             CHRISTINE A. TAYLOR
               Registered Professional Reporter
22             Certified Court Reporter #4736

23

24

25
```

Golkow Technologies,
A Veritext Division
877-370-3377  www.veritext.com
Case 7:23-cv-00897-RJ   Document 362-9   Filed 04/29/25   Page 5 of 5