# EXHIBIT 9

# LEJEUNE



24

Case 7:23-cv-00897-RJ Document 362-10 Filed 04/29/25 Page 2 of 5
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

# RECREATION

by TSgt. Robert A. Suhosky
Leatherneck Staff Writer

Photos by
MSgt. H. B. Wells
Leatherneck Staff Photographer

IT'S DOUBTFUL whether those hardy troopers who pitched their tents in the mud on the Verona road and fought the first battle of the chiggers in 1941 remember Camp Lejeune as a veritable vacation paradise. Nor would any of the War II chargers who campaigned along the infamous Second Front be likely to praise the camp's abundance of recreation and entertainment aids. At the time, they had more serious employment to occupy their time—and Lejeune offered nothing unusual in the way of skylarking, although the founding generals had not overlooked the need for enough recreational gadgets to relax almost everyone. Whether it was the "all work, no play" adage, or the camp's out-of-civilization's-way location, or both, which influenced their strategy, is not known, but plenty of off-duty diversions were built right into the blueprints.

Fourteen years later, the off-duty merriment raised from these blueprints has been expanded until Camp Lejeune, already the world's most complete amphibious training base, and—during the hurricane season—the world's most amphibious parking lot, might well be the world's most complete amphibious playground.

Some of Lejeune's recreational facilities were carved by the construction firm of M. Nature, Inc., who did the job on the smooth stretch of bleached sand known as Onslow Beach, the camp's eastern boundary. Others, like the 500-car capacity drive-in theater; **TURN PAGE**



Water-skiing, a newcomer to Lejeune's waters, is becoming a major sport for Marines. Skis and boats are drawn from Special Services

**From the eastern boundary of Onslow Beach to the hunting areas farther inland, Camp Lejeune's 173 square miles give Marines an opportunity to use Special Services' recreation gear to the umpteenth degree**

Case 7:23-cv-00897-RJ   Document 362-10   Filed 04/29/25   Page 3 of 5
Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

huge Goettge memorial field house and the new concrete baseball stadium, are the work of mortals.

And those Marines whose only trip to Onslow Beach has been from the ramp of a landing craft are missing the boat. The sandy strip is among the finest on the Atlantic seacoast and attracts many of the vacationists who visit the base each summer. Beach pavilions for enlisted, staff and officers cater to the sun'n'surf enthusiasts. The predominant color of bathing trunks worn in the neighborhood of the enlisted beach generally reflects the latest in boot camp bucket fashions.

While the idea of anyone in a proper presence of mind spending a vacation at Camp Lejeune might sound like a deep snowfall to men who have slushed through the swamps, the parents, relatives and friends of Marines stationed there *do* come to visit. Accommodations at the comfortable Hadnot Point Hostess House are available for out-of-towners who are guests of barracks bachelors, although the traffic often requires a reservation. Motels, like the Circle Court Drive in Jacksonville, are slightly higher but reasonable.

Aside from beaching it, there's plenty to keep the folks in awe, unless their host is the type who stands on the front lawn of the hostess house and says, "This," with a broad sweep of the arm, "is it." Then, back into the lobby they go.

At last count, the Wallace Creek boathouse had 65 rowboats, 31 outboards of three horse caliber, 37 aluminum canoes, 20 Lightning class sailboats and three twin-hulled catamarans in the water for the use of military personnel, their dependents and their house guests. Water-skiing, a relative newcomer to the area, is cutting a wide wake with the Marines.

The 42-foot *Corsair*, docked at Swansboro, will carry only Marines, due to an insurance restriction. The deep sea fishing boat shoves off at 0700 daily except Saturday and Sunday; the bins are usually filled with salt water fish when she returns at sunset. Fishermen who don't mind getting their feet wet cast for bass, blues, drum, croakers and flounders in the Atlantic surf. All year around, plain and fancy fresh water anglers hook perch, large mouth bass, blue gills and bream, a fresh water cyprinoid fish with a compressed, deep body.

Although the Camp Special Services office turned down one Marine's request for a flame-throwing tank to hunt roast pheasant (there are no pheasants at



Weather permitting, these twin-hulled catamarans get a brisk workout on weekends. Rowboats and outboards are also available for personnel



Camp Lejeune has two 18-hole golf courses in operation almost year 'round. Divot diggers can draw clubs from Special Services' locker

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.





Add salt and fresh water fishing and this North Carolina base can easily be called a haven for the Marine who hankers for outdoor life

Lejeune), bear, deer, squirrel, wild turkey and duck keep hunters happy. The skeet range at Hadnot Point has sharpened many an eye.

When the camp was built, it was built big, which may account for the fact that Lejeune has two (one for beginners) golf courses. Both are 18 holes long. There are no greens fees but a caddy cart costs two-bits for all day. An estimated 256 players traverse the links per day, weather permitting, and sometimes cause a two-hour wait at the first tee.

Service Clubs, nee Slopchutes, dot every area on the station and house snack bars, bowling alleys, pool, card, game and ping-pong tables and branches of the big central library. The Hadnot Point Staff NCO Club's Mirror Room is one of the plushest niteries in the Corps. Camp Geiger and Montford Point also boast spas for the top three paygraders. Sergeants and below entertain at Marston Pavilion, on the banks of Wallace Creek. It's got two (beginners may use either) ballrooms, soda fountain, screened veranda and television. Name bands play one-night stands every four weeks; local combos, once a week.

Camp Lejeune's supper beanery is the Chinese Room, hidden behind the camp cafeteria in the Industrial Area. The menu naturally announces Oriental dishes but American food is also served.

When it comes to movies, Lejeune's bill of fare is equal to that of a fair-sized city. Which Lejeune is. Fourteen theaters each show a different film every night. It's a quaint American custom to top a good movie with a bite of chow; if the camp is "closed," the Camp Lejeune Highway is lighted with the neon facades of drive-in restaurants.

Athletes have no gripes. Special Services maintains 14 baseball fields, 14 softball fields, 10 tennis courts, nine football fields, six basketball courts, six badminton courts, three handball courts and three indoor swimming pools.

There are hobby shops. If they don't suit, look around. There must be something within Camp Lejeune's 173 square miles to make you happy after a long day in the boondocks. **END**

27

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.