# EXHIBIT 10

## Action On Bill May Come In January
# Possible Pay Hike Stalled



**Camp Lejeune Globe**

Vol. 26 No. 1　Camp Lejeune, N.C.　Friday, January 2, 1970

Congressional action on a proposal that would mean a military pay hike got sidetracked in the end-of-the-year logjam and the measure is stalled at least until late January.

The House of Representatives and the Senate failed in attempts to get together on a version of a civil service pay raise and this disagreement blocked immediate action on a military pay boost.

Military pay is automatically raised every time civil service employees receive an increase.

The House passed a raise first and the Senate followed with a more conservative version. The differences meant a compromise and the legislators could not solve the problem prior to the Christmas recess.

President Richard Nixon has insisted that any employee bill must include a provision establishing a postal corporation or he will exercise his veto powers. The chief executive has also said any "inflationary" measures would not get his stamp of approval.

The chairmen of both the House and Senate Civil Service committees have announced that their plans do not call for incorporating a pay raise and the postal corporation in the same bill.

The Senate-passed measure, which calls for a smaller pay hike, would mean a 4.3 per cent raise--if it stays in its present form on the long trip through legislative channels.

Navy Times predicts the final version will come closer to resembling the Senate measure because of Nixon's anti-inflation campaign. However, lobby groups for the postal unions are exerting pressure that supports the House-passed bill.

The Senate bill loads the big raises in the lower end of the pay scale and averages out to 3.2 per cent. The Department of Defense formula would translate this figure into a 4.3 per cent across-the-board increase.

Even though the present law would make the raise automatically effective for the
## Reports On Cut 'Exaggerated'

A Marine Corps spokesman has called reports that the Corps will reduce in strength by 100,000 in fiscal year 1971 "vastly exaggerated."

Col. C. B. Armstrong, Jr., who heads the Corps' personnel plans and programs, told Navy Times that "We have not discussed a number anywhere near that amount for FY-71."

The figure first appeared in a Washington newspaper, which said "manpower will be cut by 100,000 men under the 1971 budget to be sent to Congress next month."

Col. Armstrong, although not denying the possibility of some manpower cuts, said he wasn't free to disclose any of the budget figures until Congress receives them.

"But if there's a continued withdrawal from WesPac,
(See CUTS, Page 12, Col. 1)



REFLECTION ON CHRISTMAS—A Marine rifleman from Force Logistic Command reflects on the Christmas past and the Christmas to come as he stands his post in Vietnam. His present Christmas is reflected on an ornament hanging on a Christmas tree near his bunker. (Photo By Cpl. Nick Myers)

(See PAY, Page 12, Col. 3)

## Kim Training At Montford Point
# Student-Lieutenant Calls Vietnam Home

**By LCPL. DON ABOOD**

Many student Marines at the Motor Transport School will be going to Vietnam after completion of training, but only one who considers the country his home.

He is 1stLt. Nguyen Xuan Kim, a member of the Vietnamese Marine Corps, currently enrolled in the officers' course at the Montford Point School.

Kim came to the U.S. a year ago for training following his enlistment in the Vietnamese Marines, a potent force of over 10,000 men which is playing a major role in Vietnamization of the war.

He spent his first 16 weeks in language school at Lackland Air Force Base, San Antonio, Texas, mastering the English language. From there, he went to Marine Corps Base, Quantico, to receive the same training every Marine officer gets prior to his commissioning.

Following graduation from Basic School came more training — on-the-job with the 2d Motor Transport Battalion, 2d Marine Division at Camp Lejeune. Kim's present schooling is designed to familiarize him completely with all facets of Motor Transport operation — an operation not entirely strange to the 27-year-old lieutenant.

While a second lieutenant in the Army of the Republic of Vietnam, Kim served as executive officer of an infantry company and also as a motor transport officer leading truck convoys along enemy infested highways.

He received his first military schooling at the National Academy Army School in South Vietnam and served seven years (five in motor transport) with the ARVN prior to joining the

(See LT., Page 12, Col. 1)



WHERE THE ACTION IS — Vietnamese Marine 1stLt. Nguyen Xuan Kim shows Colonel L.V. Corbett, 2d Marine Division Chief of Staff, where he operated against Viet Cong forces prior to assignment in the U.S. (Photo by LCpl. Don Abood)



LEARNING THE SECRETS — 1stLt. Nguyen Xuan Kim and 2dLt. Gary Lapier study component of a truck motor during class. (Photo by LCpl. Don Abood)

Case 7:23-cv-00897-RJ　Document 362-11　Filed 04/29/25　Page 2 of 13

00897_PLG_0000043392

# New Year Song

Solved every problem with beginnings
Of projects in general, correction
On drawing boards, low-cal diet for thinnings —
All in a better direction.

Shut up the windows when winter came burly,
Spread wide the full-length of curtain
To let in a picturesque downdraft of early
Snow outside the pane glass, and flirtin' . . .

Slammed lightly screen door continues an hour
And shrills up the spine but twice,
Then action inside dismisses the cower
With tales of quick laughter and spice.

By PFC GORDON MAYFIELD
H&S Co, Base Materiel Bn.
MCB, Camp Lejeune

## Freedom Calls For Education

Traditionally, New Year's eve is the time for resolutions. And just as traditionally, New Year's day is the time for forgetting them.

It would seem a silly practice—making promises to ourselves only to break them— but perhaps the ritual serves to prove that we know "there's room for improvement."

Let us suppose, just for the sake of argument, that this is the year we decide to begin work on that degree, take out that USAFI course or look into educational benefits in general.

These are fine resolutions, each recognizing a need for improvement and each directed at doing something about it.

This particular New Year is perhaps more appropriate than most for making such pervasive, long-range resolutions. We are, after all, about to embark upon not just a new year but a new decade. And if the decade past is any guide to the future, education will be of increasing importance in the '70s.

It has become trite to say "education is the key to the future," yet the axiom is so true that it warrants repeating. It cannot be said often enough if only because time and technology make it increasingly meaningful and increasingly true.

Each individual owes it to himself to keep pace with the tremendous advances in technology and human goals. This is particularly true of those who serve in defense of democracy's birthplace, because freedom depends on education.

As Thomas Jefferson put it, "If you expect a nation to be ignorant and free, you expect what never was and never will be."



### Camp Lejeune Globe

**MAJGEN. R. McC. TOMPKINS**
Commanding General, Marine Corps Base

JPAO . . . . . . . . . . . . . . . . . . . . . . . Capt. L. J. Le Page
OIC . . . . . . . . . . . . . . . . . . . . . . . 2d Lt. J. A. Hart
Editor . . . . . . . . . . . . . . . . . . . . . . . Cpl. Bob Spear
Features Editor . . . . . . . . . . . . . . . . . . . . . . . Cpl. Tom Hinkle
Sports Editor . . . . . . . . . . . . . . . . . . . . . . . Cpl. Andy Byrnes
Reporter . . . . . . . . . . . . . . . . . . . . . . . Cpl. Lee Salter

The Globe is published weekly under the supervision of the Joint Public Affairs Office, Camp Lejeune, N.C. The Globe is printed by the Jacksonville, N.C., Daily News by offset process and is paid for through the Base Recreation Fund at no expense to the government.

Published in compliance with Marine Corps Order P5600.31, The Globe is distributed free to service personnel of this Base each Friday.

CIRCULATION THIS ISSUE 21,000

The Globe can accept no advertising. The yearly subscription rate is $3.15, payable to Custodian, Base Recreation Fund, Marine Corps Base, Camp Lejeune, N.C., 28542.

The Globe subscribes to Armed Forces Press Service (AFPS). All photographs are Official U.S. Marine Corps Photographs unless otherwise credited.

Views and opinions expressed in The Globe are not necessarily those of the Marine Corps. This paper is published for informative purposes only and material herein is not to be construed as directive in nature.

# Individuality Survives Age After Age After Age

We make a lot of the end of a year or the end of a decade. I'm sure the end of the century will be a big thing. These are artificial divisions--helpful for dating memoranda and filing taxes, but, still, arbitrary divisions in our continuing living.

We are going to have to come up with answers to problems in '70 as we did in '69. Many of the questions will carry over.

What is happening in the city? What is America doing? Where do I fit in as a citizen of the United States? What is my role as a man, or a woman, or a child? Where am I going, and where are we all going?

Just as the cells in the body change, some ending and some beginning, so the units of life and civilization change. I may have a lot of replacements of cells before I die; and this age of man may have been altered completely before we realize that one age has been replaced by another.

Ages are named by empires and trends and emphasis-- Roman, Iron, Industrial, Space. People go on living all through them.

It is this "on-living" that is important, for while each age has its label, people are still individuals and persons. They live from birth to death with the same basic needs and possibilities age after age after age.

If we pretend that all of the people are a part of the big label we recognize these basic needs, but we forget about taste and ambition and all of the wonderful components of personality.

Don't knock the age. The age is a field in which personality is cultivated; it is a test tube in which the culture is examined closely and carefully. The past is grand, and the present is exciting, and the future is our chance to make good.

There is nothing new about the great generation gap–it's just that we realize it or talk about it now. The gap would be more comfortable if two generations would look at each other and listen to each other.

Probably because we only had one phonograph per family we used to listen to each other's music. Now, we turn off what we've never tried to understand.

This is living–this day and tomorrow and next year and the century after. The end of a unit of time is no big thing. Persons are big. You and I and he and she are relevant and important and special. The presence of God in each human being is sufficient in itself to demand our attention.

The fact that God gave us individuality is most important. This and every age is God's Generation. If you are going to make a resolution let it be simple- -LISTEN. The last sounds you hear tonight may be very important the first thing tomorrow morning.

CHAPLAIN D. L. KIRKBRIDE,
Force Troops Chaplain

## Safety Still Major Disadvantage

The year 1969 is history now and a new year lies ahead. As the pace of scientific technology accelerates, we will be blessed by the advantages of the new year and plagued by the disadvantages.

Naturally, we are as concerned with the disadvantages as we are thankful for the advantages.

Health and safety have become major issues in recent years— in some cases they are major disadvantages of advancing technology. Polluted air, smog, polluted water, waste of natural resources and over population— these are but a few of the problems we face today.

On the other hand, there are a great many inventive people in the Armed Forces who produce substantial savings each year by applying what is generally known as "good old American ingenuity."



Within each of the services, there are men and women whose technical skill and imagination have met formidable challenges. What is to say this tremendous potential cannot be applied to national issues—such as health and safety?

Rewards for suggestions that are accepted are given on an individual basis. Those that represent the greatest savings receive the most personal and monetary recognition.

Individuals can receive up to $25,000 for a suggestion and the Government will patent an invention for the inventor without cost to him. In such cases, royalties can result in many more dollars to the individual inventor.

So, use some of that good old American ingenuity. The next time you work on your car engine, or jet-engine, or drink a glass of water, or go fishing, or see smoke rising from an incinerator—think of a way to help—and submit your suggestion.

## Transition Key To Future

This is it! You are about to find out how the Marine Corps, through Project Transition, can help you develop your vocational goals.

The basic goal of Transition is to provide an opportunity for you to learn a skill, or upgrade a skill during the period six months prior to your termination from the service once you have determined that you do not desire to remain in the service.

Your introduction to Project Transition will come six months from your EAS when you fill out a Project Transition questionaire.

All personnel, whether or not you are sure of leaving the service and whether or not you desire Transition, will fill out this questionnaire at your unit.

From this questionnaire, higher headquarters will schedule a counselling session for you if you desire transition training. The counselling session is designed to give you a detailed description of transition courses available and help you decide whether you would like to pursue one of the courses offered.

Although the counselling session will give you the first details of courses offered, the below courses are given now so that you may get an idea of the program:

AUTOMOBILE MECHANIC: 3 months at Onslow Technical Institute.
ELECTRICIAN: 3 months at Onslow Technical Institute.
TV REPAIR: 3 months at Onslow Technical Institute.

Formal Course Available Through Transition:
POSTAL CLERK-CARRIER: One week on base.
NCR BUSINESS MACHINES: Four weeks, evenings on base.
FORD AUTOMOTIVE MECHANIC COURSE: Six weeks on base.
GOODYEAR STORE CREDIT MANAGER: Four weeks on base.

Thirty Days On-The Job Training Available Through Transition: Heavy Equipment operator-mechanic, forestry, plumber, telephone repair, retail sales-accounting, carpentry, bakery.

Case 7:23-cv-00897-RJ    Document 362-11    Filed 04/29/25    Page 3 of 13

00897_PLG_0000043393

*Lejeune Honor Roll*

# Nine Decorated With Bronze Star Medals

First Lieutenant John W. Mann has been awarded the Bronze Star for heroic actions in Vietnam.

Mann, who served with the 1st Reconnaissance Battalion, 1st Marine Division, was cited for his actions on Jan. 11, 1969.

MGen. M.P. Ryan, commanding general, 2d Marine Division, presented the award at the 2d Reconnaissance Battalion where Mann now serves.

### Bronze Star

First Lieutenant James C. Crockett has won the Bronze Star Medal for meritorious service with the 7th Marines, 1st Marine Division in Vietnam.

He was one of several Marines of the 2d Reconnaissance Battalion to be awarded medals by MGen M.P. Ryan, commanding general, 2d Marine Division, during recent ceremonies.

First Lieutenant Stephen E. Robbins was awarded the Navy Commendation Medal and Vietnamese Cross and Gallantry for his service with the 3rd Marine Division.

Navy Achievement Medals were presented to 1st Sgt. George McEachern, Cpl. William M. Snyder and LCpl. Joseph Seymour for service in Vietnam.

### Bronze Star

The Bronze Star Medal has been awarded to 1stLt. Daniel V. Urban for his actions while serving in various capacities with 2d Battalion, 1st Marine Regiment, 1st Marine Division, in Vietnam.

The medal was presented by BGen. Robert D. Bohn, Assistant 2d Division Commander, at Headquarters, 2d Marine Regiment.

Lt. Urban is presently serving with Headquarters Company, 2d Marines.

### Bronze Star

A Marine lieutenant who, although seriously wounded, rallied to repel a North Vietnamese Sapper force attempting to overrun a fire support base has been awarded the Bronze Star Medal for heroism.

First Lieutenant Peter S. Morosoff, executive officer, 2d Battalion, 10th Marines was cited for his actions on February 25, 1969 while serving as Fire Direction Officer, "H" Battery, 3d Battalion, 12th Marines, 3d Marine Division.

MGen. M.P. Ryan, commanding general, 2d Marine Division, presented the award.

### Bronze Star

A Marine officer who led his men in an assault on the enemy despite his painful wounds has been awarded the Bronze Star Medal for heroism in Vietnam.

First Lieutenant William J. Tehan was cited for heroism with the 2d Battalion, 3rd Marines, 3rd Marine Division.

MGen. M.P. Ryan, commanding general, 2d Marine Division, presented the award during ceremonies held at 2d Reconnaissance Battalion where Tehan now serves.

### Bronze Star

Cpl. Harlem F. Bomberry, H&S Co., 3-2, 2d Mar. Div. has been awarded the Bronze Star Medal for his heroic actions while saving two wounded Marines in the face of enemy fire.

Bomberry was serving as a mortar man with H&S Co., 1-9 in Vietnam when the action accured.

MGen. M.P. Ryan, commanding general, 2d Marine Division presented the award.

### Bronze Star

LCpl. Robert M. Petrovich has been awarded the Bronze Star Medal for heroism while serving with Battery "E", 2d Battalion, 12th Marines, 3rd Marine Division in Vietnam.

BGen. Robert D. Bohn, Assistant 2d Marine Division



MARINE OF THE MONTH — Sgt. James Boyd, career planning NCO, 1st Bn., 2d Marines, 2d Marine Division, displays the Certificate of Commendation presented to him by MGen. M.P. Ryan, division commander. Sgt. Boyd, accompanied at the ceremonies by his wife Ellen, was cited for his achievements during recent weeks. He won eight individual awards for his prowess with both rifle and pistol, competing on winning teams in Division and Fleet Marine Force matches, and obtained 100 per cent of his first-term reenlistment quota for November.

Commander, presented the medal at Headquarters, 2d Marine Regiment.

### Bronze Stars

More than 138 collective years of active service to the Marine Corps and Navy ended in a recent retirement and awards ceremony.

Sergeant Harry H. Mundorff was awarded a Bronze Star Medal for meritorious service with the 9th Marine Amphibious Brigade and the 1st Marine Division in Vietnam from July 2, 1967 to February 21, 1969.

Corporal Richard R. Cerniejewski also received a Bronze Star for meritorious service with 3d Battalion, 7th Marines, 1st Marine Division in Vietnam from August 21, 1968 to September 8, 1969.

Lieutenant Commander H.E. McNail (USN), and Chief Warrant Officer (CWO-4) J.R. Kanavel, 2d Medical Battalion, retired. Commander McNail served 20 years active duty, and CWO-4 Kmanavel marked the close of 30 years active duty.

Captain E.D. Dawkins and Master Sergeant T.J. Moore, Headquarters Battalion, 2d Marine Division, retired after completing 20 years service each.

First Sergeants A.R. Rock, 4th Battalion, 10th Marines, and J.M. Ferrell, 1st Battalion, 2d Marines, retired after 21 and 22 years of service respectively.

Major General M.P. Ryan, commanding general of the 2d Marine Division, officiated at the ceremony.

### Navy Comm

The third award of the Navy Commendation Medal to one Marine highlighted an awards ceremony at 2d Shore Party Battalion Tuesday.

GySgt. James E. Brown was presented a Gold Star in lieu of his third award of the Navy Commendation Medal for "conspicuous gallantry" while serving with "B" Company, 3d Shore Party Battalion, 3d Marine Division, in Vietnam.

At the same ceremony, the Navy Commendation Medal was awarded to 1st Lts. Donald D. Garrido and Melvin C. Gaylord, and Cpl. Charles W. Northcutt for meritorious service in Vietnam.

The Navy Achievement Medal was awarded to LCpl Larry W. Acery for meritorious service in Vietnam.

### Navy Comm

Dental Technician First Class Richard G. Myers was recently presented the Navy Commendation Medal with Combat "V" by Capt. Wade H. Hagerman Jr., USN, commanding officer of 4th Force Dental Company, Force Troops.

DT 1 Myers' citation commended him for his devoted professional duty while serving as the dental advisor to the province hospital at Soc Trang, Vietnam, from June 1968, to June, 1969.

### Navy Comm

Four members of Headquarters and Service Battalion, Marine Corps Base, received awards at ceremonies last week.

Receiving a Navy Commendation Medal was 1st Lt. Raymond Fraley, Jr. for his actions while serving with the First Marine Aircraft Wing.

A Certificate of Commendation went to 2d Lt. Henry F. Walker, Headquarters Company, for his achievements while attached to the Enlisted Assignment Section, Assignment and Classification Branch, Personnel Department.

Also receiving a Certificate of Commendation was LCpl. Edmond J. Kirby, Motor Transport Company, for his exceptional performance of duty while serving in Vietnam.

SSgt. James L. Powell, Jr. was presented with a Meritorious Mast for service with Marine Corps Base Special Services as the Athletic Chief.

### Navy Comm

Two artillerymen from the 2d Battalion, 10th Marines were awarded Navy Commendation Medals with Combat "V" for actions in Vietnam during ceremonies Monday.

PFC Berry J. Haywood was cited for heroic achievement while serving as a supply man with "H" Battery, 3d Battalion, 11th Marines, 1st Marine Division.

Sgt. Willie R. Tucker was commended for his service as a battery section chief with the 4th Battalion, 12th Marines, 3d Marine Division in Vietnam from Dec. 23, 1967 to Aug. 1, 1969. Tucker participated in 30 major combat operations.

### Navy Comm

For combat action as a platoon sergeant with Company "D", 1st Battalion, 26th Marines, in Vietnam, Sergeant Ferman D. Sherrod recently received a Navy Commendation Medal.

Spotting a North Vietnamese Army patrol on Feb. 14, 1969, Sgt. Sherrod directed an ambush against the hostile force which

See HONOR, Page 10, Col. 4)



NEW COMMANDING OFFICER — LtCol. R.W. Bolves (R) is congratulated by Col. P.B. Haigwood, commanding officer, 6th Marines during ceremonies in which Bolves assumed command of the 2d Battalion, 10th Marines. The battalion's former commander, Maj. C.A. Austin (C) is now assigned to regimental headquarters. (Photo by Cpl. R.W. Hathaway)



BRONZE STAR — LCpl. Robert M. Petrovich is presented the Bronze Star Medal for heroism in Vietnam by BGen. Robert D. Bohn, assistant 2d Marine Division Commander. (Photo by Cpl. Don Ballard)

Case 7:23-cv-00897-RJ   Document 362-11   Filed 04/29/25   Page 4 of 13

00897_PLG_0000043394

*By American Dental Association*

# Caution Urged In Using 'Tooth Whiteners'

(Editor's note: The 22nd annual National Children's Dental Health Week falls in early February this year. As a part of the observance, the Globe today begins a series of six articles on facts that you should know about dental health.)

Can you recommend a good toothpaste? I am confused as to whether I should buy a toothpaste for my family that will whiten their teeth, prevent decay or kill germs.

A dentifrice's role in oral hygiene is to act as an aid to the toothbrush in cleaning teeth. In addition, certain dentifrices have proven decay-preventive qualities. These toothpastes are recommended for use—especially by children—by the American Dental Association.

The ADA classifies and evaluates therapeutic dentifrices; that is, those toothpastes which claim to improve oral health. Since 1960, when the Association first recognized one dentifrice as "an effective decay preventive," only a handful of toothpastes have been approved. All approved dentifrices carry the ADA statement.

These dentifrices are effective but the extent of their effectiveness depends upon the user. To obtain maximum protection against decay, you should brush your teeth as soon as possible after eating, even after snacks.

However, even approved dentifrices are not cure-alls. They are designed only as aids in combating decay and will not substitute for fluoridation of community water supplies and regular visits to the dentist.

Some of the newer additions to the dentifrice market are the so-called tooth whiteners. The ADA has commented on these toothpastes as follows:

"There has been a recent tendency to promote dentifrices on the basis of their ability to whiten or brighten teeth. Such claims appear to relate almost exclusively to the incorporation in the dentifrices of harsher abrasive agents. Depending on the level of abrasive present, dentifrices can be prepared which may be excessively harsh for regular use by the general public."

The ADA especially warns against use of such dentifrices by dental patients with exposed dentin or cementum or by patients who have tooth restorations constructed of soft synthetic materials. Dentin is the calcified tissue beneath the enamel of the tooth, and cementum is the relatively thin tissue covering the roots of teeth.

Before using the tooth whitening pastes, the ADA suggests asking advice of a dentist.

One other comment on types of dentifrices: The so-called "bacteria killer" dentifrices have not been found effective either in reducing the number of decay-causing bacteria in the mouth or in combating decay.

It is advisable to provide an approved fluoride dentifrice, especially for children. Everyone should brush immediately after eating and should see a dentist for regular checkups.

# FT Marines Become 'Foster Fathers' To Georgia Orphans

**By LCPL. DON ABOOD**

Force Troops' 2d Tank Battalion is a father.

A foster father, that is, to 35 youngsters of Boys Estate, Ga.

Father and "sons" first met on Thanksgiving while the battalion was at Ft. Stewart, Ga., conducting a field-firing operation.

The Marines, located at a base camp 35 miles deep in the wilderness, had counted on spending a lonely Thanksgiving away from home, but CWO Richard Plunkett's idea changed that.

Plunkett suggested bringing some orphans to the base to share a turkey dinner with the Marines. Assisted by chaplains and other Marines, Plunkett located Boys Estate and arranged to have the youngsters brought to the base camp.

There, the boys were treated to Thanksgiving dinner, rides on equipment and a tour of the Leatherneck facilities. They were also given something more important — companionship.

"These boys are lonely," said SgtMaj. O.P. Shea. "They asked every man to write them. If we don't give them something, they don't have a future."

To help solve some of the youngster's immediate problems the battalion and members of "A" Company, 2d Anti-Tank Battalion, 2d Marine Division, who were also at Ft. Stewart, donated $351.60 worth of clothes to Boys Estate. Each youngster was given new shoes, socks, a shirt, and a sweater.

The tankers intend to make the Christmas gifts an annual affair and have already collected over $23 for the 1970 Yuletide season.

Nor will the boys be forgotten on their birthdays. Shea has a list of all the youngsters' birthdays and the battalion will mail cards to each to let the kids know that they're not abandoned.

Marines, said Shea, have a habit of helping unfortunate children around the world. Now, added the Sergeant Major, "we'll do it at home."

Shea and many of the tankers have established a very personal relationship with their "sons."

"I wouldn't mind having Mike (one of the boys) around the house all the time," said Sgt. Francis Vining, 29 and married.

Asked what the Marines could really do to help the kids at Boys Estate become part of the future, Vining, without hesitation, answered: "We can keep them in shoes and clothes and we'd gladly do it any day of the week. Those kids have two strikes against them and we're trying to keep them from getting that third strike."



FOR A CHILD'S FUTURE — LCpl. Raymond Appleby (L) contributes to a fund sponsored by 2d Tank Battalion, Force Troops, to help orphans at Boys Estate. Bottle, held by Sergeant Richard Rupp, contains over $30 collected for Christmas 1970. (Photo by LCpl. Don Abood)



## Bundles of Joy

The following is a list of recent births as reported by the Naval Hospital.

12-8-69
TYRONE ANTHONY to CPL and MRS Cecil David RICHMOND, USMC
12-9-69
SOLOMON, JR to SGT and MRS Solomon JOHNSON, USMC
12-11-69
DWAYNE ANDREW to GYSGT and MRS Billy Fryar GRAY, USMC
THERESA ANNE to MAJ. and MRS Thomas Patrick KIRKLAND, USMC
12-12-69
PATRICIA LYNN to SSGT and MRS Charles Wesley CLAYTON, III, USMC
BRITT ANTHONY to SGT and MRS Maryland CONNOR, USMC
SHANNAN EMILY to PFC and MRS James Raymond DUDLA, USMC
DANIEL LEE to 1ST LT and MRS James Edward HELMICK, USMC
JOHNELLE KELLY to SSGT and MRS James Alexander BROWNING, SR., USMC
THOMAS FRANK, III to SGT and MRS Thomas Frank MAZZEI, JR., USMC
GREGORY WAYNE to LCPL and MRS Thomas Wayne SADLER, USMC
12-14-69
RAYMOND LEON to SGT and MRS Willie Frank DURHAM, JR., USMC
SAUNDRA KAY to CPL and MRS Terry Alvin PRERICKS, USMC
CAROLINE ANN to CPL and MRS Michael Lee STUDEY, USMC
12-17-69
ERIC SCOTT to SGT and MRS Sidney Allen BEAN, USMC
MELISSA KATHLEEN to SGT and MRS Charles Alvin GAHAGAN, USMC
LATISHA VAUGHN to LCPL and MRS Bobby Lee KEOWN, USMC
SHANE ROBERT to LCPL and MRS Robert William McKENZIE, USMC
JEFFREY BRADFORD to 1ST LT and MRS John William LOUDON, USMC
ELIZABETH MERRILL to LTCOL and MRS William Emerson MCKINSTRY, USMC
12-13-69
ROGER DALE, JR to CPL and MRS Roger Dale GARNER, USMC
HENNRY, III to SGT and MRS Hennry JAY, JR., USMC
LISA LYNN to CPL and MRS Richard PITOCCO, USMC
12-14-69
LISA LYNN to SGT and MRS George Milton HATCH, USMC
CHRISTOPHER MICHAEL to LT and MRS Michael Louis MILFORD, USN
GLADYS ELIZABETH to LCPL and MRS Bruce Edward OILER, USMC
GREGORY JOHN to CPL and MRS Joseph Donald PRINCE, USMC

### Internal Revenue

Internal Revenue Service withholding statements, W-2 forms, will be distributed to personnel of Marine Corps Base no earlier than January 12, and no later than January 20. Anyone being transferred, released from active duty or discharged prior to that date, will be given their forms on the day of detachment.

## Prenatal Classes Will Begin

Prenatal Classes will begin Thursday, Jan. 8, in the Naval Hospital Theater. They will be held each Thursday for four weeks from 1 to 3 p.m.

Subjects will include layettes, care of the expectant mother, labor and delivery, hospital routine and methods of infant feeding. Classes will be supplemented with slides, demonstrations and literature.

The instructor will be a registered nurse and the Camp Lejeune Auxiliary, Navy Relief Society will provide the course free of charge to Navy and Marine dependents.

## Happier Christmas

For the past several weeks, members of Girl Scout Troop 193 feverishly worked to give other, less fortunate children, a happier Christmas.

The 32 girls, assisted by scout leaders Adell Taylor and Pam Zimmerman, made rag dolls for Christmas gifts for children of the Foster Care Center in Jacksonville.

## Vallee Takes First Prize In Photo Contest

"Rice Paddy Water," a color slide depicting a Vietnamese farmer irrigating his rice paddy, has won first place in the All-Marine Photography Contest for Sgt. Michael J. Vallee.

Sgt. Vallee received his trophy from MGen. M.P. Ryan, commanding general of the 2d Marine Division.

The All-Marine trophy came after a first place trophy for the Camp Lejeune contest. Vallee captured the scene while serving with 3d Combined Action Group, 3d Marine Amphibious Force, in Vietnam. He currently serves with Headquarters Company, 8th Marines.

Case 7:23-cv-00897-RJ    Document 362-11    Filed 04/29/25    Page 5 of 13

00897_PLG_0000043395

Takes Year Of Paperwork

# Captain Cuts Red Tape To Adopt Asian Girl

By SGT. GEORGE BROADLEY

DA NANG, Vietnam—Capt. Frank D. Strong, Headquarters, 5th Communication Bn. (rein), has started his own "People to People" program. He has adopted Hua Thi Kim-Thanh, a two-year-old Vietnamese orphan.

Nancy Kim Strong, Hua's new adopted name, now has three American sisters and a brother.

Ironically, the four children named their new sister Nancy Kim, even before they knew that Kim was already a part of Nancy's Vietnamese name.

"This fact in itself was enough to convince me that this adoption was meant to be," the captain said.

Just after he arrived in Vietnam, he decided to see what his wife would think about an addition to their family. His answer came back in the form of five individual letters. Each of his children and his wife wrote back saying, "Yes!"

With the family at home already making decisions like where Nancy was going to sleep and where she was going to sit at the table, Capt. Strong started to fill out the paperwork involved in an American adopting a Vietnamese child.

This sorting out of red tape, took almost Capt. Strong's complete tour to legally change Hua Thi's name to Nancy Kim.

Not only must Vietnamese law be satisfied with the parents worth and stability, but the American authorities also make investigation to assure that the prospective family also meets American adoption regulations.

Nancy is currently at the Angel of St. Paul Orphanage on the outskirts of Da Nang. The nuns in charge of the orphanage belong to the Order called the Sisters of St. Paul de Chartres, which has been in Vietnam since 1906, and the orphanage has been open since May 1947. Here Nancy will stay until Capt. Strong's tour is completed.

He said that it takes almost a year to complete all the required paperwork. The visa for Nancy's entrance into the U.S. will be the last document. The visa will be issued in the captain's last month in Vietnam.

"Anyone who has adopted a child in the States can appreciate the huge amounts of paperwork involved, but over here that paperwork load is at least doubled," Strong said.

At least two peculiarities in Vietnamese adoption laws are that both parents must be more than 30-years-old and that they have been married, to each other, for at least 10 years.

With the "Red Tape" at last cut through, Capt. Frank Strong is eagerly looking towards the near future, when he and little Nancy Kim board their "Freedom Bird" and wing their way home to Santa Rosa, Calif.

## Politics Still Appeal To 24-Year-Old PFC

By SGT. JOHNNY QUAGLIA

DA NANG, Vietnam–Politics has an image of glamour and excitement for PFC Skip Roberts who is currently serving with Force Logistic Command.

The 24-year-old Marine knows that the essential business of politics is done "behind the scenes." It is the store fronts, campaign headquarters, the hotel suites that the effort to ensure success is made.

Roberts is familiar with all aspects of politics since first getting involved with Youth for Kennedy in 1960.

He went on to major in International Affairs at Washington D.C.'s Georgetown University, where he became a participant in national politics.

Working for his then Connecticut Congressman Don Irwin, he was also involved on campus as College Young Democrat President. Then taking up a fellowship at Brazil's Universidade De Sao Paulo em Assis, Skip spent 1966 studying Portuguese and Brazilian history, while teaching English to Brazilian high school students.

Returning to the states, he spent four months as a VISTA recruiter, then returned to finish school in 1967-68.

With strong convictions on the issues facing the nation, Skip went to work from the very beginning in Senator Eugene J. McCarthy's 1968 presidential campaign.

"I logged quite a few miles and hours in his quest 'before New Hampshire', to the bitter after-hours of the Chicago convention," Skip said.

Roberts spent two months in Ohio in former U.S. Representative John Gilligan's U.S. Senate campaign before returning to the New York area, where he signed up as an aide to U.S. Representative Jim Scheuer (D.-Bronx, N.Y.) and commuted between New York and Washington, D.C.

Skip was inducted into the Marine Corps in February 1969 and is presently working as an issuing clerk for FLC Special Services. His job is to see that all units get their quotas of everything from air conditioners and Christmas cards to pool tables and exercise weights.

It's a long and tedious job, but an essential one in the campaign to keep up the morale of all FLC's Marines scattered throughout I Corps.

And after the Marines? Skip hedges a bit... "maybe law school, I'm really not sure yet." And how about being a candidate himself someday? "It's a possibility. If enough support was there for me and my stand on the issues, I just might take the plunge."

The excitement and the glamour of a political life are still with Roberts, but his experiences in the Marine Corps will also linger on... and on... and on...



THINKING AHEAD—Nancy Kim Strong seems to ponder future as her new father Capt. Frank Strong holds her. (Photo By Sgt. George Broadley)

## 69-Pound 'King' Is Quick Ruler

By CPL. JULIUS BROWN

TAM KY, Vietnam — The word "king" is usually associated with a male ruler of a major territory. There is a "king" here, known to Marines from Tam Ky to Quang Ngai as one who rules any area he travels.

This king is a black and tan, 69-pound German Shepherd sentry dog that has trampled Vietnam's jungles and rice paddies for nearly four years with Marines. He has been trained to detect and attack. His diligence has reaped a ransom in saved Marine lives.

King is currently sniffing out enemy activity for the CAP. (Combined Action Platoon) Marines and Vietnamese Popular Force militia near here. His present handler, Cpl. Walter Rebacz, 3d Military Police Battalion, has worked with King for seven months now and insists that he owes his life to the alterness of his canine comrade.

"I have had plenty of combat experiences with King," said Rebacz, "and he has always come through for me.

"One night, while on an ambush patrol with CAP 1-4-5, King alerted and tipped us off to an ambush that the enemy were about to spring. The Viet Cong (VC) were occupying three positions in the ambush site and King alerted on all three.

"We opened fire first, wounding one enemy and scattering the others. They headed for the hills and we resumed our patrol. King had saved the night for us."

King's German Shepherd ancestry may have been mixed with Pointer or Irish Setter, because his alert to his handler is the classic bird dog stance.

"When King gets a wiff of the enemy, he goes tense all over," explained Rebacz. "He freezes in place, raises a front paw, and turns his head in the direction of the enemy.

"If there is enemy equipment around, he holds fast. But if there are any enemy personnel, he lowers his body close to the ground and becomes anxious for me to turn him loose. I usually keep him on leash if a fire fight ensues."

### Luncheon Scheduled

Members of the International Wives' Club will entertain their husbands with a dinner and program on Holland, Friday evening, January 16, in the Lejeune Room of the COM (open).

Ross Tipton, assistant superintendent of dependent's schools, will be the guest speaker. Slides and souvenirs will be on display.

Reservations or cancellations must be made by noon, January 9, with Betty Simms, 353-5098, Ruth Livingston, 347-1350, or Jean Clements, 353-4868.

### MCAS Auction

Jeeps and pickup trucks are but two of the many items to be auctioned at Marine Corps Air Station, Cherry Point, January 22, at 10 a.m.

Registration begins at 8 a.m., January 22, at the property may be inspected every day until the sale.

START SAVING TODAY
ALLOTMENTS
BUY U.S. SAVINGS BONDS

ASTRONAUT MEETING?—LCpl. Gary Ruisinger, disguised in a self-styled astronaut costume, greets Apollo 12 astronaut Frank Borman during Borman's visit to Marine All-Weather Attack Squadron 225 in Vietnam. (Photo By Cpl. J.D. Moody)

Case 7:23-cv-00897-RJ  Document 362-11  Filed 04/29/25  Page 6 of 13

00897_PLG_0000043396

## MGen. Tompkins



CHANGE OF COMMAND — General R. McC. Tompkins assumed the base helm in January.

## Force Day



FORCE DAY CEREMONIES — Men and machines file by during Force Day celebration.

## Commandant In Vietnam



GENERAL LEONARD F. CHAPMAN Jr. speaks with a radioman in Vietnam.

## Detroit Heroics



EXPLAINING ROBBERY ATTEMPT

## New SgtMaj.



SERGEANT MAJOR J.W. DAILEY

## ★★ 19

The year of 1969 will [ ]ne in whi[ ] technology enabled our o[ ] steps need[ ] formerly unreachable g[ ]

The United States M[ ] Lejeune, today's wealth of knowled[ ]le advanc[ ] matched the nationwide [ ] for stride[ ]

In the first month of t[ ]l R. McC[ ] became the Base Comm[ ]l Tompki[ ] from Vietnam and assum[ ] Major G[ ] Wheeler.

In March three tough [ ] Marines [ ] mended by the Detroit F[ ] failing a [ ] tempt in the city.

April was the month for [ ]sit to Leje[ ] time that SPEX-69, an imp[ ]bined stri[ ] was staged for the crowd[ ]

In May Major General [ ]ame the n[ ] Commanding General. Th[ ]onary [ ] carried out Exotic Dance[ ]th.

During August a new S[ ] Marine C[ ] pointed, Brigadier Gener[ ]ecame the [ ] Troops CG, and thousand[ ]s passed [ ] the last time during imp[ ] ceremoni[ ] Lieutenant General Richa[ ]ement.

In September the remai[ ] Division a[ ] of the 1st Marine Air Win[ ]t of Presi[ ] projected troop cutback.

The month of October [ ]W. Walt, [ ] Commandant of the Mar[ ] 1st Infan[ ] Regiment at Camp Geig[ ]ietnam s[ ] student Marines in traini[ ]

In November the 10th M[ ]kills at th[ ] ranges during FIREX. Au[ ]ks and a[ ] in the true fashion durin[ ]ities.

It's been a significant ye[ ]nificant f[ ] States and also the United [ ]at Camp L[ ]

## BGe[ ]gar[ ]



CHANGE OF COMMAND [ ]eral J.C.[ ] became Force Troops CG[ ]

## MGen. Ryan

## Four Star Visit



CHANGE OF COMMAND — Major General Michael P. Ryan took over as the Division CG in May.

DISCUSSED VIETNAM SITUATION — General Lewis W. Walt spoke about Vietnam at ITR.

## Reservists At ITR



AT COMBAT TOWN — Combat Artist Sgt. Henry Casselli sketched his impressions of the reservists' training at ITR.

## Exotic Dancer II



PREPARING FOR ASSAULT





[Left column — partially obscured by binding]

19 ★★

...ne in which modern
...steps needed to reach
... Lejeune, sharing in
... advancements and
... for stride.

...R. McC. Tompkins
... Tompkins returned
... Major General E.B.

... Marines were com-
... foiling a robbery at-

...sit to Lejeune and the
...bined striking power,

...me the new Division
...itionary Brigade also
Dance...

...Marine Corps was ap-
...came the new Force
...passed in review for
...ceremonies honoring
...Rich...ment.
...Division and elements
...Win... of President Nixon's

...W. Walt, the Assistant
...1st Infantry Training
...Vietnam situation with

...ills at the Fort Bragg
...s and ages celebrated
...ities.
...nificant for the United
...at Camp Lejeune.

...egan

...ral J.C. Fegan Jr.

# 1969—It Was A Very Good Year—1969

★ ★ ★ ★ ★ ★

## Lejeune Athletes Enjoy Success During 1969

The year 1969 was a good one for Lejeune athletes. Over the past year, these pages have recorded a great many things. The thrill of victory and the agony of defeat were both very much a part of Camp Lejeune's own wide world of sports.

Our boxing team was perhaps the most successful. The advent of the year saw an All-Marine boxing squad composed entirely of Lejeune Marines.

Ray Russell went on to win the Inter-Service lightheavyweight crown, and Larry Carlisle pounded his way to a thrilling victory in the National AAU Tournament. James Parks very recently won a silver medal in the Grecian CISM Games, an International event.

Eighth Marines - Anti-Tank Bn. won this year's FMFLant Football Tournament, giving Lejeune its first FMFLant trophy in five years.

Three members of the Base Skeet Team, LtCol. Larry Drennan, Capt. Rick Wilson and MSgt. Don Korsak were part of the Marine team which won the World Military Skeet Championship in August.

The Lejeune High Devilpups won the Coastal Plains 2-A Football Championship, repeating last year's performance, and last but not least, on September 9, GySgt. Guadalupe Saldivar Jr. became the first Camp Lejeune Marine to run 500 miles.



SPORTS
Joint Public Affairs Office
(5680)



ON THE TRACK — Gunnery Sergeant Guadalupe Saldivar Jr. breaks the tape August 9 and becomes the first Camp Lejeune Marine to run 500 miles.



IN THE AIR — Nat Lewis goes up for a pass and a touchdown, helping the 8th Marines-Anti-Tank Bn. football team to win the first annual Birthday Bowl November 10.



IN THE RING — Larry Carlisle (2d from right) poses with (l-r) trainer Pete Browner, Maj. J. E. Hannan and GySgt. Rocky Winstead, team coach, after winning the National AAU light-middleweight title in April.



ON THE GRIDIRON — Lieutenant Arthur Bausch runs the ball for the 8th Marines against Cherry Point to help garner Lejeune's first FMFLant trophy in five years.



UNDER THE WATER — 1969 saw the beginning of a scuba diving club aboard base.



PUNCH FOR PUNCH — Lejeune's James Parks squares off against Atlanta's Jim Fretwell enroute to a unanimous decision. The Marines defeated AAU champs from three states that night.



ON THE COURT — There w... ...e Troops C(... during the intramural baske...

Case 7:23-cv-00897-RJ   Document 362-11   Filed 04/29/25   Page 9 of 13

00897_PLG_0000043399

*Take Only Four Of Ten Bouts*

# Fighters Drop Rematch With Fort Bragg

**By CPL. ANDY BYRNES**

The Fort Bragg Boxing Team evened the score with the Lejeune fighters December 19 by virtue of a 6-4 victory on their home grounds. Earlier in the month, the Marine sluggers scored an impressive 8-3 victory over the Army team at Goettge Memorial Field House.

Frank Santore and Jimmy Ham turned in Lejeune's most pressive performances of the night, scoring unanimous decisions over Clyde Winston and Tommy Roland respectively.

Santore, although only in his first year with the team, has become one of the most consistent fighters on the squad. The win marks his third straight since suffering a split decision loss against the Raleigh inmates at Raleigh.

Ham is no stranger to Roland, this latest bout being their fourth joust. Ham dropped the first two by split decisions, but won the third by virtue of a split verdict.

"Sweet" Jimmy removed all doubts of his prowess by defeating Roland soundly on his home grounds.

Flyweight Paschel Waldo continued his winning ways with a unanimous decision over Salvador Delgado.

Lejeune's Pedro Guerrero scored a split decision over Paulo Mikaele. The win was Guerrero's second over the Army fighter.

Lamont Marshall, fighting in the middleweight class, dropped a split decision to Bragg's Donald Powell. It was Marshall's first loss in three trips into the ring.

Newcomer George Hill lost a split decision to Leonido Wehbe. The fight was Hill's first bout as a Marine.

Lejeune's Chris Kibbe and Charles Johnston both lost unanimous decisions.

Kibbe dropped his second in a row to Jacob Mathews and Johnston succumbed to James Allen.

Welterweight Julius Spell and heavyweight Wallace Moore dropped unanimous decisions to Henry Perez and Loutenant Davis respectively.

Moore had previously beaten Davis by virtue of a split decision during a home match.



CHAMP RECEIVES TROPHY — WO-3 W.A. Schultz (right) 2nd Marine Division, Camp Lejeune, N.C., the singles champion in the 1969 FMFLant Handball Tournament receives his winners trophy from Colonel John G. Babashanian, Comanding Officer, Headquarters and Service Battalion, Fleet Marine Force, Atlantic, during ceremonies at H&S Battalion December 4. The tournament was held in Norfolk December 1-4. Personnel from the 2nd Marine Aircraft Wing, Cherry Point, N.C.; 2nd Marine Division, Camp Lejeune, N.C.; Force Troops, Camp Lejeune and H&S Battalion participated in the tournament.

RUNNER-UP — Captain C.L. Smith (right) Force Troops, Camp Lejeune, N.C., receives the team runner-up trophy for the 1969 FMFLant Handball Tournament from Colonel John G. Babashanian, Commanding Officer, Headquarters and Service Battalion, Fleet Marine Force, Atlantic, during awards ceremonies at H&S Battalion December 4. The tournament, an annual event, was hosted by H&S Battalion December 1-4.



## Div. Tournies Scheduled

The 1970 2d Marine Division Intramural Volleyball League will be formed on January 29. Each Battalion and each Regimental Headquarters Company-Battery may enter one team in the league.

Each unit desiring to participate must submit a letter of entry to the Division Athletic Officer no later than January 26.

Letters must include the name and rank of each team member.

A meeting of all team captains and coaches will be held January 29 at 10 a.m. at Building No. 337.

* * *

Division Special Services is now organizing an Intramural Table Tennis Tournament for Division personnel.

The tourney will run from Januray 26 to February 5. Each unit desiring to participate may enter two single players and two doubles teams. Entries must be submitted to the Division Athletic Office by January 19.

A meeting of all participants will be held at 10 a.m. January 22 at Building No. 337 and again January 23 at the same time.

A 2d Division Chess Tournament is scheduled to begin January 27. Competition will be held until February 6.

Each unit desiring to participate may enter two players, and Entries must be turned in to the Division Athletic Office no later than January 19.

A meeting of all participants will be held at Building No. 337 January 23 at 10 a.m.,

### Rod & Gun Club

The Camp Lejeune Rifle and Pistol Club will hold a regular monthly meeting January 14 at the civilian cafeteria at 7 p.m.

The meeting is restricted to members only, and those attending will enjoy a steak dinner.

Those members planning ---nd should contact ---ead at 3882 ---ary 12.

## Fighters Needed

Several months ago, a plea went out to the personnel aboard Camp Lejeune. The plea was for men to fight on the Marine Corps Boxing Team.

As always, there were Marines answering the call, but not as many as needed.

Now, with the All-Marine trials and the Inter-Service Tournament coming up in the near future, the team is again in need of fighters.

The team needs men with experience, whether it be experience in Golden Gloves, the amateur ranks, or the neighborhood boxing gym.

The offer should not be taken lightly. It doesn't look good when Marines lose in the ring, especially to another service team, and perhaps you could make the difference. Don't sell yourself short.

Battalion and Company commanding officers are urged to contact any man under his command with boxing experience, and recommend that he try out for the team.

If fighting as a Marine can't be considered a privilege, if one possesses the ability it should be considered a duty.

Trials will be held in the boxing room at the field house January 26-31 anytime between 9 a.m. and 4:30. Interested personnel should contact GySgt. Rocky Winstead.

## the 11th Frame

**By GERRY FURGASON**

The Camp LeJeune Bowlers Club provides the finishing touches for the winter vacation as the Junior bowlers get started on their Holiday No-Tap Tournament, tomorrow morning at 9 a.m. Pinfall will be based on the bowler's average—Example: a bowler with an average of 50 and below needs only 6 pins for a No-Tap Strike, So encourage your junior bowler to sign up tomorrow morning.

In the Bitsy Bantam league Karen Blumenthal led the girls with her 117 game totaling a 307 series. Marking with his 137 game, Gordon Pirie topped the boys with a 327. Debra Lealofi's 151 scored her leading series of 398 with the Mitey Mite girls while Steve Tangjian angled in his 164 for a 453 set.

Ladies Scratch Trio telescores rate Fran O'Meara's 213 game with a match of 584 the highest. The Officers' Wives' league credits Helen Worley with a 533 series and Jo Ann Mathews with high morning game—211.

Bill Whaley held his mark for a 237,602 with the Hits and Misses as Helen Allen's 211 framed a series of 561.

That Staff NCO bowler, Bill Matson, used his 236 to boost his total to 638.

Officers' League scores highlight D. Clelland's 223 game, 576 series.

Yolanda Hughes hit the 200 mark with the Bowling Belles with Virginia Warner turning in high morning series—504.

Earlybird scores point out Ron Millar for his 215 game and Lee Rose for a series of 578. For the ladies, Faye Hinnant's 257, 210 gave her evening series high—593.

Lucky Striker, C.W. Moore rolled in 184 for a 496 as Sharron Curlee brought in her 188 for morning high of 531.

We hope all have enjoyed happy holidays! Now, if all those bowlers keep their New Years' Resolutions........

Case 7:23-cv-00897-RJ    Document 362-11    Filed 04/29/25    Page 10 of 13

00897_PLG_0000043400

# Engineers Demonstrate Combat Effectiveness

**By PFC ANDY SMITH**

The 8th Engineers Battalion, Force Troops, demonstrated its combat effectiveness in a training exercise which pitted a platoon of guerrillas against two platoons of "government" troops who were heli-lifted to suppress guerrilla activity and protect a nearby city.

With the first helicopter landing, the friendly troops found the landing zone buzzing with enemy activity and received sniper fire from a treeline which bordered the area.

Under the command of Capt. R.L. Capeci, the engineers quickly set up a perimeter defense and returned fire into the treeline. Suspecting a large guerrilla concentration nearby, Capt. Capeci radioed for reinforcements, and 15 minutes later, a Sea Knight helicopter set down, unloading another squad of fresh troops.

With the perimeter reinforced, the volume of small arms fire from both sides increased and Capt. Capeci directed his radioman to call in artillery fire.

After the artillery rounds began pounding the treeline, the enemy fire quickly diminished.

Later the enemy launched a human-wave assault on the perimeter, but, with the aid of well-positioned M-60 machine guns, the attack was repelled and the enemy escaped down an isolated trail.

Capt. Capeci gave the order to pursue the enemy.

Familiar with guerrilla tactics, he ordered a mine-sweeping team to check out the trail. His suspicions were confirmed and the engineers put their technical know-how to good use in finding and disarming several anti-tank and anti-personnel mines.

A recon team was sent to check out a well-used side trail and returned with information that a large number of guerrillas were hurriedly breaking camp. An envelopment platoon circled the rear of the enemy camp, while the remainder of the engineers prepared for an assault.

Gaining the advantage of surprise over the fleeing guerrillas, the engineers won an overwhelming victory and concluded "successful exercise" for the guerrilla platoon, said Capt. Capeci.

"It did what I intended it to do," Capt. Capeci said. "I thought the mine sweeping procedure was the best part, as it proved the ability of engineers in the field to deal with tactics being employed by the Viet Cong in Vietnam."



RUNNING FOR COVER — A Marine from 8th Engineers Battalion dashes for cover from enemy sniper fire. (Photo by PFC Andy Smith)



CLEARING THE PATH — A mine-sweeping team from 8th Engineer Battalion prepares to disarm a mine. (Photo By PFC Andy Smith)

# Corporal Discovers Corps' Family Affair

When Cpl. Michael Campbell joined the Marine Corps 21 months ago, he had no idea it would become a family affair.

McCampbell, who is serving with Maintenance Battalion, 2nd Force Service Regiment, was soon followed into the Marine Corps by both his brother and sister.

"I really didn't know what to think about it when I found out", he said, "I guess they just wanted to do their part and decided to join."

Pvt. Patricia McCampbell, a Woman Marine presently attending Supply School at Montford Point, said, "I didn't want to do what everyone else was doing. I had a scholarship to school, but I decided to join the Marine Corps because my two brothers were in."

Cpl. McCampbell said he was very happy to see his sister here at Camp Lejeune, because, since both stayed aboard the base during Christmas, they spent it together.

Their brother Terry, a lance corporal, was in Vietnam with the 3rd Battalion, 12th Marines, 3rd Marine Division at Dong Ha, but his unit is presently stationed at Okinawa.

## Nine Units Receive NUC

The Navy Unit Commendation has been awarded to nine Marine Corps units for service in Vietnam. All personnel attached to these units during the specified time are entitled to the commendation. The units are as follows:

7th Motor Transport Battalion; 3d Military Police Battalion; 1st Military Police Battalion; H&S Battalion, 1st Force Service Regiment (FSR); Maintenance Battalion, 1st FSR; Supply Battalion, 1st FSR; Force Logistic Support Group - Alpha, 3d Service Battalion / Force Logistic Support Group - Bravo, 1st Service Battalion; Supply Company, Force Logistic Group - Bravo.

These Force Logistic Command units were cited for the period of March 16, 1967 through May 31, 1968.

## Thrift Shop Opens

The Base Thrift Shop, Building 1403, reopened for normal business December 31, after a break for the holidays. The shop is open Wednesdays and Fridays from 9 a.m. until 2 p.m.

## Articles Requested By Author

Professor Lucian J. Ciletti, Colby Junior College, is currently writing a book to commemorate the 200th anniversary of the founding of the United States of America.

He feels that servicemen who have served in World War II, Korea and Vietnam should be recognized in this book, and is requesting volunteers to write articles.

All contributions should be in the form of a 2,000 or 3,000 word article. This article can be a topic of your own choice which in any way reflects the life, hopes, or the heritage of America.

All personnel interested in contributing to Professor Ciletti's book are requested to contact the Joint Public Affairs Office, Building 302.

# Honor Roll

(Continued From Page 3)

resulted in five enemy killed and the capture of weapons and documents. Sgt. Sherrod presently serves with Military Police and Guard Company, H&S Bn.

### Combat Awards

Six awards for service in Vietnam have been presented to members of the 2d Amphibian Tractor Battalion.

1st Lt. John H. Benz, Jr., was awarded the Navy Achievement Medal for his actions while a platoon commander with the 5th Amphibian Tractor Battalion, 9th Marine Amphibious Brigade.

GySgt. Bernice L. D. Benefield won the Navy Achievement Medal for his service with the 1st Amphibian Tractor Battalion, 3rd Marine Division.

SSgt. James B. Withrow, who served with Maintenance Battalion, Force Logistic Command, and Cpl. Gary A. Pope, who was with 1st Amphibian Tractor Battalion, 9th Marine Amphibious Brigade also received Navy Achievement Medals.

Marines LCpl. Robert Wood and PFC James L. Baker were presented Purple Heart Medals.

### Navy Comm

For heroic achievement while serving as an ammunition technician in Vietnam, SSgt. Charles C. Fulton, Jr., of Ammo Company, Supply Battalion, 3d Force Service Regiment, was presented the Navy Commendation Medal in recent ceremonies.

### Navy Achievement

MSgt. William R. Arrington was recently awarded the Navy Achievement Medal by LtCol. C.L. Booth, Maintenance Battalion Commander, at a company formation.

Arrington, who is presently the operations chief for Engineer Maintenance Company, Maintenance Battalion, 2d Force Service Regiment, won the medal for his service with 1st Engineer Battalion, 1st Marine Division, Vietnam.

### Navy Comm

The Navy Commendation Medal has been awarded to GySgt. Paul Ciampaglia, Jr. of H&S Bn., 2d Force Service Regiment, for his service in Vietnam with the Force Logistic Command.

### Navy Achievement

Cpl. Peter C. Cunningham, Headquarters, 1st Infantry Training Regiment, recently received a Navy Achievement Medal from Col. J.F. McMahon, Regimental Commander. The presentation was made for service with Company "G", 2d Battalion, 1st Marines, 1st Marine Division in Vietnam.

### Navy Achievement

Sgt. Paul J. Blaney Jr., 2d Anti-Tank Battalion, has been awarded a Navy Achievement Medal for heroic achievement while serving as a fire team leader with Company "D", 1st Battalion, 4th Marines, 3d Marine Division in Vietnam.

### Navy Achievement

Cpl. Richard J. McDonald, Headquarters, 1st Infantry Training Regiment, has been awarded a Navy Achievement Medal. McDonald served with Company "H", 2d Battalion, 5th Marines, 1st Marine Division in Vietnam.

### Navy Comm

GySgt. Daniel Alvarado, Headquarters and Service Battalion, Marine Corps Base, has been awarded a Gold Star in lieu of a second Navy Commendation Medal with Combat "V" for meritorious service in Vietnam.

Case 7:23-cv-00897-RJ   Document 362-11   Filed 04/29/25   Page 11 of 13

00897_PLG_0000043401

# Movie Schedule

| January 2-9 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|
| dway Park | x7:00 | | M | N | O | P | Q | R | S |
| rthouse Bay | x7:00 | L | M | N | O | P | Q | R | S |
| val Hospital | x7:00 | K | L | M | N | O | P | Q | R |
| le Range | 7:00 | J | K | L | M | N | O | P | Q |
| ntford Point (Outdoor) | 7:00 | I | J | K | L | M | N | O | P |
| iger Indoor | x7:00 | H | I | J | K | L | M | N | O |
| ustrial Area | 7:00 | G | H | I | J | K | L | M | N |
| mp Theater | x6:30&8:30 | F | G | H | I | J | K | L | M |
| ntford Point (Indoor) | 7:00 | E | F | G | H | I | J | K | L |
| iger Outdoor | 7:00 | D | E | F | G | H | I | J | K |
| r Station | x6&8:15 | C | D | E | F | G | H | I | J |
| ive In | 7:00 | B | C | D | E | F | G | H | I |
| slow Beach | 7:00 | A | B | C | D | E | F | G | H |

x-One showing only at 7 p.m.

- A-Dr. Dolittle (G)
- B-Gone With The Wind (G)
- C-The Girl Who Knew Too ch (R)
- D-Hello Down There (G)
- E-Angel In My Pocket (G)
- F-Charly (G)
- G-Stranger In Town (M)
- H-The Stranger Returns (M)
- I-Cycle Savages (M)
- J-A Place For Lovers (R)
- 80-K-A Face Of War (M)
- 165-L-Once Upon A Time In The West (G)
- 88-M-Black Veil For Lisa (R)
- 130-N-Those Daring Young Men (G)
- 114-O-Baby Doll (M)
- 125-P-Winning (M)
- 90-Q-Mission Batangas (G)
- 90-R-Tiger By The Tail (M)
- 89-S-Some Kind Of Nut (M)

## Staff NCO Wives' Club Elects Officers

he Staff NCO Wives' Club has cted officers for the coming ar. They are: Evelyn Fitch, sident; Grace Oliver, vice sident; June Cunningham, cording secretary; Pam Hundley, treasurer; Skip Harris, corresponding secretary; and Pearl Fowler, sergeant at arms.

New officers were installed recently at the Montford Point Staff NCO Club.

## Doerner Show Comes To Lejeune

A special treat is in store for mp Lejeune this month, as eorge Doerner brings his orestra and show to Lejeune's tertainment circuit for a five-y engagement.

Featured with the show is the io of Barry Dale and Jo-anna ore. Dale, a clarinetist, comnes his talents with those of his nging partner.

Their show will open January 8 6 p.m. at the Camp Geiger heater, and at 8 p.m. at the ontford Point Service Club.

Friday, January 9, at 9 p.m., the Hadnot Point Staff NCO Club will host the act.

Saturday's show will be given at the Commissioned Officers' Mess (Open) at 8 p.m. Sunday also hosts a double performance, first at the Jacksonville USO Club at 1 p.m., and then the NCO Club of Hadnot Point at 7:30 p.m. Tuesday, January 13, Courthouse Bay Service Club, and the Central Area Service Club will host the show at 6 and 8 p.m., respectively.



George Doerner

# Activities Calendar

### Matinees

**MIDWAY PARK**
Saturday at 2 p.m. "Bandolero" RT. 106.
Sunday at 2 p.m. "Ambush Bay" RT. 109.
**GEIGER INDOOR**
Saturday at 2 p.m. "Devil's Brigade" RT. 130.
Sunday at 2 p.m. "Bandolero"
**NAVAL HOSPITAL**
Saturday at 2 p.m. "North To Alaska" RT. 122.
**AIR STATION**
Saturday at 2 p.m. "Ambush Bay"
Sunday at 2 p.m. "North To Alaska"
**CAMP THEATER**
Saturday at 2 p.m. "More Dead Than Alive" RT. 101.
Sunday at 2 p.m. "Snow White and the Three Stooges"
**COURTHOUSE BAY**
Saturday at 2 p.m. "Snow White and the Three Stooges"
Sunday at 2 p.m. "More Dead Than Alive".

### USO

"The Naked Prey," "Halls Of Montezuma," and "Suns Of Katie Elder" will be shown continuously at the Jacksonville USO Club this weekend.

Groups I and II of the Officers' Wives' Club of Camp Lejeune will host this week's Hospitality Hour.

### NCO Club

FRIDAY — The Melody Makers.
SATURDAY — The Nightworkers.
SUNDAY — The Melody Makers.



You'll Love our MENU Jan. 3-9

| | LUNCH | DINNER |
|---|---|---|
| SATURDAY | Hamburgers | Ham Steaks |
| SUNDAY | Brunch | Roast Turkey |
| MONDAY | Franfurters | Roast Beef |
| TUESDAY | Meat Loaf | Breaded Pork Chops |
| WEDNESDAY | Glazed Ham | Pepper Steaks |
| THURSDAY | Hamburgers | Fried Chicken |
| FRIDAY | Seafood Platter | Roast Beef |

## MOVIE REVIEWS

**WINNING**
The marriage of a racing car champion, Paul Newman, competing in the Indianapolis 500, is almost wrecked in his concentration on winning the big race.
**HELLO DOWN THERE**
The experimental month spent in an undersea home by engineer Tony Randall and his family makes a cheerful little farce with entertaining marine settings. Tony Randall and Janet Leigh star.
**A PLACE FOR LOVERS**
Faye Duraway, of Bonnie And Clyde fame, and Marcello Mastroianni carry this sentimental drama, almost unaided by other characters. The setting is northern Italy.
**A BLACK VEIL FOR LISA**
An aging detective, John Mills, and his young wife, Luciana Paluzzi, become emeshed in a twisted triangle, complicated by narcotics smuggling, murder and marital infidelity.
**SOME KIND OF NUT**
Dick Van Dyke, a New York bank teller, acquires a bee sting on the cheek while picnicking with his fiancee, Rosemary Forsyth, in Central Park. A resulting beard, which Van Dyke refused to shave off, causes a loss of job, and brings respect and support from his co-workers, and saves his marriage.

## Officers' Wives' Club

Group 1, OWC will present a luncheon and program on drug abuse at the Commissioned Officers' Mess January 8. The social hour will begin at 11 a.m. and the luncheon at noon.

The lecture will be followed by a question and answer period conducted by the Criminal Investigation Unit.

Reservations may be made by calling Mrs. R. J. Fisher, 353-0757, or Mrs. K. P. Scott, 346-3317. Reservations or cancellations must be made by noon Monday.

A free coffee will be held for Group VIII in the Lejeune Room Jan. 6 at the COM. Reservations and cancellations must be made with Marianne Platt 353-2679 before noon January 5.

"Personality Portraits" will be the theme of the Jan. 7 luncheon for members of Group VII OWC in the Lejeune Room of the Paradise Point Officers' Club. Reservations must be made with Mrs. M.T. Mallick (353-4096) by noon Friday, Jan. 2. Cancellations by noon Monday, Jan. 5. Sitter service reservations should be made 24 hours in advance (353-4788).

## SNCO Club

FRIDAY — Dance Night, Squirrel, Queens and Aces (Hadnot Point, 9-1). The Fugitives (Montford Point, 9-1).
SATURDAY — The return of Dan Dionis (Hadnot Point).
SUNDAY — Dance Night, The Fugitives (Camp Geiger).
MONDAY — Dining Room Special, Italian Plate (Hadnot Point).
TUESDAY — Dining Room Special, Flounder Delight (Hadnot Point).
WEDNESDAY — Happy Hour, all clubs from 4:30 to 6 p.m.
FRIDAY — Buffet (Hadnot Point).

## Officers' Club

SATURDAY — The T-Tones.
SUNDAY — Mavis at the Organ.

## SNCO Wives' Club

Staff NCO Wives Club will meet for luncheon Jan. 8 at the Riverview Oyster Bar in Sneads Ferry. The car pool will depart from Bonneyman Bowling Alley at 11 a.m. and the event will begin at 11:30 a.m.

Reservations or cancellations must be made by noon Jan. 5. For further information contact either 353-5979 or 347-6189.

## TV Show

Major P.B. Troy of the British Royal Marine Corps is this week's featured guest on "Eagle, Globe and Anchor."

Major Troy is serving as executive officer with 2d Marines, 2d Marine Division, as part of the officer exchange program at Camp Lejeune.

"Eagle, Globe and Anchor is shown at 6 p.m., each Sunday on Channel 12.

## CROSSWORD PUZZLE

**ACROSS**
1-Brick-carrying device
4-Golf cry
8-Priest's vestment
11-Female sheep
12-Later
13-Vehicle
15-Fall back
17-Speck
19-Three-toed sloth
20-Anger
21-Marsh
22-Piece out
23-Communists
25-Stitch
26-Baker's products
27-Mature
28-Nothing
29-Through
30-Proceed
31-Dealers
33-Initials of 26th President
35-Condensed moisture
36-Native metal
37-Edible seed
38-Barracuda
40-Possess
41-Juncture
42-Metal fastener
43-Possesses
44-Bishopric
45-Indefinite article
46-Ethiopian title
47-Extras
50-Roman tyrant
52-Mental image
54-Guido's high note
55-Transgress
56-Classify
57-Obscure

**DOWN**
1-Pronoun
2-Be in debt
3-Determine
4-Diminish
5-Unit
6-Artificial language
7-Furnish with money for support
8-Perform
9-Note of scale
10-Stopping device
14-Cravats
16-Bitter vetch
18-King of Bashan
21-Shouts
22-Goddess of healing
23-Tattered cloth
24-The self
25-Yellow ocher
26-Footlike part
28-Recent
29-Prefix: before
31-Place
32-Sea eagle
33-Afternoon party
34-Male sheep
35-Lair
37-Looked at intently
38-Reach across
39-Longs for
40-Fertile spot in desert
41-Ocean
43-Exclamation
44-Quarrel
46-King Arthur's lance
47-Weight of India
48-Man's name
49-Everybody's uncle
51-A state (abbr.)
53-Note of scale

Answer to Puzzle No. 5

Distr. by United Feature Syndicate, Inc.

Case 7:23-cv-00897-RJ    Document 362-11    Filed 04/29/25    Page 12 of 13

00897_PLG_0000043402



SHARP SAVINGS — "One good way to start the New Year," says Suzanne Benton, "is to put a little bundle away for a cold or rainy day." Have you looked into the Savings Bond program yet? (20th Century Fox)

## Cuts 'Possible'

(Continued From Page 1)

then of course we'll have a reduction of forces," the colonel told Navy Times. At this time, however, he said "we have no idea of the numbers or percentages involved."

The current Marine Corps strength is in the vicinity of 310,000 and is expected to be reduced to approximately 294,000 by June 30 under a 20,300-man cut ordered in September.

## Lt. Kim Praises Training

(Continued From Page 1) Vietnamese Marines in 1967. His stay in the U.S. has been an education for Americans lucky enough to know him.

Second Lieutenant Gary Lapier, also a student at the school, said, "He's really concerned for his future and that of his country. During one ten-minute break following a class quiz, he went over his exam to see what questions he missed and why. It's a small thing, but it gives you an insight into the man.

"He's not trying to build an image. He's just showing you exactly who he is — another human being — and he puts out totally."

"I would like to see more Vietnamese trained in the United States," said Kim. "Especially in motor transport and artillery. If the United States keeps training the Vietnamese, then we can be better equipped to take over following President Nixon's withdrawal of troops.

"This is a very good school. It has a lot of training aids and good instructors. I expect to gain a lot of experience here."

## Inquiring Photographer

The Inquiring Photographer visited the Central Exchange Monday afternoon and asked the following question:

"With 1969 on its way out and 1970 just around the corner, what do you have in mind for a New Year's Resolution?"

**Pvt. Ronald Rojas, Echo, Co., 2-2:** "This year I'm going to think twice before jumping into things. I'm also going to keep a closer watch on my spending."

**LCpl. Frank McArthur, Echo Co., 2-2:** "My resolution will be to try and help the people in this country who are living in poverty. I want to help them fight their war, too."

**Sgt. Thomas Manuel "I" Co., 3-6:** "My resolution is to go back to school. As a result of being in the service for the last three years, I haven't had the opportunity to increase my knowledge or educational level."

**PFC Jerome Catchings, "C" Co., 1-2:** "My resolution for the coming year is to be nicer to the Women Marines."

**Sgt. Pete Crosby, H&S Co., 2d Service Bn.:** "The things that I liked about last year I'll attempt to do again in the coming year. The things that I didn't like, I'll try to eliminate."



Manuel

# Congress Fails To Agree On Increases For GI Bill

Congress adjourned for its Christmas recess last week without completing its work on legislation that would boost veterans' educational allowances under the GI Bill.

The House of Representatives attempted to compromise on the measure, but the Senate turned down the proposal, sticking to its 46 per cent increase.

The House, which originally passed a bill calling for a 27 per cent increase, offered a 32 per cent figure for a compromise, but the upper chamber voted to continue the push for its version and requested a conference committee to further examine the proposals.

However, time did not permit conference meetings and the committee won't get together until after Congress returns to work this month. Thus, there is no chance for an increase for the next school semester.

President Richard Nixon had told the Senate that he considered the 46 per cent figure inflationary and hinted that he would veto the measure should it pass Congress.

Rep. Olin Teague, chairman of the House Veterans Affairs committee, noted the veto possibility in presenting his committee's compromise measure to the House and said he was "more interested in gaining passage of a bill that can be signed into law than in passing a bill with higher rates which would involve a veto and a lengthy delay in final enactment."



GUESS WHO'S HUNGRY? — This little pooch isn't exactly subtle when it comes to telling his master it's chow time. Smudgy, a frisky bulldog, is owned by SSgt. Ed Grantham of the Joint Public Affairs Office.

## Tri-Command Pay Schedule

The following list is a schedule of pay days for Tri-Command units during 1970:

| 2d MARINE DIVISION | MARINE CORPS BASE | FORCE TROOPS |
|---|---|---|
| Jan. 15 | Jan. 5 | Jan. 5 |
| Jan. 30 | Jan. 20 | Jan. 20 |
| Feb. 13 | Feb. 5 | Feb. 5 |
| Feb. 27 | Feb. 20 | Feb. 20 |
| Mar. 13 | Mar. 5 | Mar. 5 |
| Mar. 30 | Mar. 20 | Mar. 20 |
| Apr. 15 | Apr. 3 | Apr. 6 |
| Apr. 30 | Apr. 20 | Apr. 20 |
| May 15 | May 5 | May 5 |
| May 28 | May 20 | May 20 |
| Jun. 15 | Jun. 5 | Jun. 5 |
| Jun. 30 | Jun. 19 | Jun. 19 |
| Jul. 15 | Jul. 2 | Jul. 6 |
| Jul. 30 | Jul. 20 | Jul. 20 |
| Aug. 14 | Aug. 5 | Aug. 5 |
| Aug. 28 | Aug. 20 | Aug. 20 |
| Sep. 15 | Sep. 4 | Sep. 4 |
| Sep. 30 | Sep. 18 | Sep. 21 |
| Oct. 15 | Oct. 5 | Oct. 5 |
| Oct. 30 | Oct. 20 | Oct. 20 |
| Nov. 13 | Nov. 5 | Nov. 5 |
| Nov. 30 | Nov. 20 | Nov. 20 |
| Dec. 15 | Dec. 4 | Dec. 4 |
| Dec. 30 | Dec. 18 | Dec. 18 |
| | Jan. 5 | Jan. 5 |

## Pay Bill Considered

(Continued From Page 1) military, Navy Times reports that the Defense Department has another choice which it considers more desirable.

Assistant Secretary of Defense Roger Kelley has pointed out that servicemen with less than two years in the military lag farther behind civilian contemporaries than men in higher grades.

Thus, Defense may employ the Senate thinking (bigger raises for lower grade workers) and request Congress to make the military increase selective.

Case 7:23-cv-00897-RJ   Document 362-11   Filed 04/29/25   Page 13 of 13

00897_PLG_0000043403