# EXHIBIT 15

EXHIBIT 26
WIT: Longley
DATE: 4/3/2025
Pamela Cotten, CSR, RDR



**WO-23876**

Case ID: 6708007910672029888

December 31, 2024

**Amentum**

Investigator Information

████████████

Forensic Analyst

████████████@Amentum.com

Deliverable Summary

## Web Capture Items

**Examiner Account Summary**

Web Snapshot
SummerFlounder                                    2

                        Total Items:              2



| Field Name | Value |
|---|---|
| URI | ws://SummerFlounder/1 |
| Source | WebSnapshot |
| Ingesting Scanner Version | 7.9.0.0 |
| MD5 hash | 43759B7AD19AF67238D104C11392F56D |
| MD5 hash version | v6 |



https://media.defense.gov/2013/Sep/05/2000709524/-1/-1/0/261012-A-YG824-045.JPG | 12/21/2024 3:21 AM (UTC)

| Field Name | Value |
| --- | --- |
| URI | ws://SummerFlounder/2 |
| Source | WebSnapshot |
| Ingesting Scanner Version | 7.9.0.0 |
| MD5 hash | 98B00FE5006B7204C019E3FA60EDDEFB |
| MD5 hash version | v6 |