# EXHIBIT 18

# USMC 110012: ""Nixon's visit to Camp Pendleton""



1:51 / 20:35

## Short Description

| | |
|---|---|
| Title: | USMC 110012: ""Nixon's visit to Camp Pendleton"" |
| Description: | President Nixon visits Camp Pendleton. The President shakes hands with Marine Officers, waves to Marine and civilian spectators from the back of a civilian automobile, and departs via VH3A. Marine Corps musicians perform songs throughout. |
| Running Time: | 20:35 |
| Location(s): | Camp Pendleton (CA) |

Contribute Info

Request Footage

## Item Description

| | |
|---|---|
| Title | USMC 110012: ""Nixon's visit to Camp Pendleton"" |
| Citation information | USMC 110012: ""Nixon's visit to Camp Pendleton"". United States Marine Corps Film Repository. Moving Image Research Collections. University of South Carolina. |
| USMC History Division inventory no | 10/3134/1 |
| Marine Corps Library Number | 0000-16 |
| MIRC inventory no. | USMC 110012 |
| Decade | 1970 |
| Date | 1971 |
| Description | President Nixon visits Camp Pendleton. The President shakes hands with Marine Officers, waves to Marine and civilian spectators from the back of a civilian automobile, and departs via VH3A. Marine Corps musicians perform songs throughout. |
| Location(s) | Camp Pendleton (CA) |
| Genre | Informational |
| Film date (note) | Possibly April 30, 1971 |
| Item collection | United States Marine Corps Film Repository |
| Original color | B&W |
| Original audio | Sound |
| Original gauge | Film: 16mm |
| Original generation | Postive |
| Original physical length | 720 |
| Original aspect ratio | 1.37:1 (Academy) |
| Original media type | Motion pictures (visual works) |
| Language | English |
| Contributing organization | University of South Carolina. Moving Image Research Collections |
| Digital collection name | United States Marine Corps Films |
| Rights information | Public domain. |
| Digital media type | Moving Image |
| Date digital file created | 04/19/2023 |
| Digitization information | High definition access copy derived from a scan of a film original on a Lasergraphics ScanStation 6.5K |
| Digital runtime | 20:35 |
| Digital file type | video/H264 |



EXHIBIT 27
WIT: Longley
DATE: 4/3/2025
Pamela Cotten, CSR, RDR