# EXHIBIT 19

Case 7:23-cv-00897-RJ     Document 362-20     Filed 04/29/25     Page 1 of 13



Camp Lejeune Globe

Thursday, August 10, 1972
Volume 28, Number 32

Case 7:23-cv-00897-RJ     Document 362-20     Filed 04/29/25     Page 2 of 13

# Bedbugs ... a costly fiction

**Opening Round**

Sergeant: Where is the balance of your rifle?

Recruit: I don't know. This is all they gave me.

———

There are lots of mighty fine motels around the country where one can enjoy a good night's rest and then go peacefully on his way if he leaves that little postcard alone. You know the one. It's always on the dresser or a table, inviting comments about the service.

I had a friend who filled out the card. I still shudder to think of the consequences of his rash act. He had spent a pleasant night at one of the nicer national chain motels and had enjoyed a delicious breakfast. His baggage was all packed when he noticed the card beside the TV set.

He did it just for a joke. He wrote "Everything fine except that about 2 a.m. something started biting me." On the card and left it in the room.

Two weeks later he received a letter at his home which read:

By
Capt.
Robert
H.
Russell

Dear Sir:

As regional manager of ————, I was aghast at the information which you wrote recently on one of our comment cards, but I hasten to thank you for doing so. I am sure you realize how swiftly our national image could suffer under such circumstances.

"Our Mr. Twombly left national headquarters immediately after the postcard was received and within six hours took charge of the infested unit. He closed the motel facilities down upon his arrival. The manager of the unit was transferred to our school for remedial training. His assistant and four maids were terminated. The entire unit, including the restaurant, was fumigated and all bedding and linen was replaced from the regional warehouse.

"Service was restored after five days at a total cost of $11,725.80, which we do not count as too high a price to restore your good will and confidence in our integrity and dependability. Once again, thank you for your forthright remarks and the opportunity you have afforded us to overcome the grievous conditions."

Sincerely,
————————

Well, my friend's toes began to curl a bit as he read this letter, and waves of remorse, self-recrimination, and heart-sick uneasiness swept over him as he read. He would have felt exceedingly uncomfortable about the aftermath of his card if he had been eaten up during his stay, so that under actual circumstances he felt 10 times as bad. The only thing that saved him from a nervous collapse on the spot was that his original card fell out of the envelope. Across it was written, "Send this nut the bug letter."

**Parting Shot:**

Did you hear the latest pollution story? I shot an arrow into the air and it stuck.

## Reservists home–bound

Timing was the key last weekend as 5,000 Marine Reservists dispersed to their training centers in one of 23 states. Saturday and Sunday found highways filled with convoys of Marine Corps Reservists in military vehicle, commercial bus, or private auto -- some on the way to waiting aircraft at one of the area airports or MCAS, Cherry Point.

Their two-weeks completed, the Reservists go home to families and jobs -- to week-end drills -- and to other interests while remaining a part of the Marine Corps team.

Citing their participation in Exercise High Boot which ended here Aug. 2, MajGen. Leo J. Dulacki, CG, 4th MarDiv. said, "They worked long and hard planning for the exercise and, down to the lowest unit level, they executed the many tasks assigned like true professionals. The Reserves can be proud of their accomplishments."

As they departed, another 500 Reservists were arriving for their Annual Training Duty.

## LtGen. Chaisson retires

WASHINGTON — LtGen. John R. Chaisson, Chief of Staff, Headquarters, Marine Corps, retired from active duty July 31.

He began work the next day as the Assistant Director of Regulations for the U.S. Atomic Energy Commission.

At the retirement ceremony, LtGen. Chaisson received the Distinguished Service Medal, his second, for his exceptionally meritorious service to the Government of the United States from July 1968 to July 1972.

LtGen. Chaisson was also commended by Gen. Robert E. Cushman Jr., CMC, for his aggressive leadership and untiring spirit through his 31 years of service.


LtGen. John R. Chaisson

# Bronze Star awarded

Pvt. James E. Turner of Hq. Btry., 2d Bn., 10th Marines, rounded out a four-year tour of active duty by receiving the Bronze Star Medal with Combat "V" for heroism during a Division parade here last week.

MajGen. Fred Haynes, Division CG, awarded the decoration to the 21-year-old Nashville Marine at Division Headquarters.

On Oct. 27, 1970, Turner was serving as a scout observer with Hq. Btry., 11th Marines, in Vietnam, directing artillery fire from a one man position in the Que Son Valley.

When he observed a medical evacuation helicopter shot down by enemy fire near his position, "Pvt. Turner left his covered position and maneuvered across the rough fire-swept terrain to the site of the crash. Although the helicopter was burning, and in danger of exploding, he repeatedly entered the wreckage and assisted in removing the injured passengers."

"The bird was on its side," Turner recalls, "with the loading door in the side open. I crawled in and pulled the men out that way."

According to Turner, a four man crew and four casualties were in the chopper at the time.

"With complete disregard for his own safety," the citation continues, "he continued his efforts until all the crash victims had been removed to covered positions. Then, despite the danger from enemy fire and great discomfort from smoke inhalation, Turner rendered first aid to the casualties and remained with them until they were evacuated.

"His heroic and selfless actions . . . were instrumental in saving the lives of eight Marines."

Turner, serving as police sergeant for his unit, served in Vietnam from February, 1970, to January, 1971, and also served a tour at Guantanamo Bay Navy Base, Cuba.


Pvt. James E. Turner

## Something new

**NEW LEJEUNE PHONES** — A new type coin telephone instrument is now being installed at Camp Lejeune by Carolina Telephone and Telegraph Company. These instruments are referred to as single-slot coin telephones and will eventually replace three-slot telephones. Some features are: modern appearance, a two-part instruction card, a single slot for depositing coins, no sounds heard by the person depositing money, and a front mounted handset. Improved customer service is anticipated.

# Law students get OJT

By Sgt. Dave Conway

Four civilian law students are currently getting a taste of military law here through the Marine Corps' new Summer Law Clerk Program.

The program is designed to provide a receptive base for future recruitment of law students, including minority groups, to participate in the administration of military justice as well as provide them with an indoctrination to military law to take back to their colleges.

The four, Naomi White of Texas Southern University, Victor L. Hanson from Golden Gate Law School, Michael Meehan of Georgetown University, and William Jackson from DuPaul University began arriving early in June.

Jackson is working the Force Troops legal office, while the other three work in Base Legal.

"The students are mainly working in research and preparation of trial briefs for the trial and defense councils," said Capt. E. Randall Ricketts, Chief Trial Council and supervisor of the Camp Lejeune Summer Law Clerk Program.

"Naturally, they are not allowed to work as military lawyers in court while here. However, they do observe court proceedings. We feel this training has given them a fair working knowledge of the military justice system."

Victor Hanson, formerly a Marine captain assigned to the legal field, commented, "The Summer Law Clerk Program hasn't convinced me to 'reenlist' in the Marine Corps after graduation from law school.

"I've still got another year of school to worry about, but it has made me aware of the opportunity and a different option available."

Naomi White added, "I didn't know what to expect when I arrived. Military justice is a totally different bag from civilian. It's given me a good awareness of the differences."

The students will begin leaving Camp Lejeune in mid-August.

Some 20 positions were filled this summer at several Marine bases by the Summer Law Clerk Program.



War hath no fury like a non-combatant.
—Charles Edward Montague

Camp Lejeune **Globe**

Commanding General — Brig.Gen. H.L. Wilkerson
Executive Editor — LtCol. Lee Preble
Managing Editor — MSgt. Tom Kerr
Editorial Staff — Sgt. Dave Conway, LCpl. Dave Sellers and PFC Bob Teeling
Sports Editor — LCpl. Barb Majewski

The Globe is published weekly in compliance with Department of the Navy and Marine Corps Publications and Printing Regulations under the supervision of the Joint Public Affairs Office, Marine Corps Base, Camp Lejeune, N.C., 28542. Printing is contracted through the DAILY NEWS, Jacksonville, N.C., with nonappropriated funds at no cost to the government. The Globe does not accept advertising. Subscriptions are $4 per year, available through the Custodian, Base Recreation Fund, Marine Corps Base, Camp Lejeune, N.C. 28542. Views and opinions expressed are not necessarily those of the Marine Corps. The Globe is published for informational purposes only and should not be interpreted as directive in nature. Mention of products, personalities and services in the Globe does not constitute endorsement.

Case 7:23-cv-00897-RJ   Document 362-20   Filed 04/29/25   Page 3 of 13

# New assignments for 26

New assignments for 26 general officers and general officer selectees, and the retirement plans of another, were announced Friday by HQMC.

Col. Arthur J. Poillon (BrigGen. selectee) has been assigned here as Assistant Division Commander, 2d Division. He is being transferred from HQMC and will arrive during September.

BrigGen. Herbert L. Beckington (MajGen. selectee), currently ADC, 2d Division, has been reassigned as Assistant Deputy Chief of Staff, Plans., HQMC.

Not affected by the moves is BrigGen. Herbert L. Wilkerson, Base CG, who will remain in his present billet.

BrigGen. Andrew W. O'Donnell, Assistant Wing Commander for the 1st MAW, will become the Assistant Wing Commander of the 2d MAW effective in September.

Col. Clarence H. Schmid (BrigGen. selectee) will transfer next month from HqFM-FLant to become the Commanding General for the Marine Corps Supply Center, Barstow.

MajGen. Homer S. Hill, Deputy Chief of Staff, HQMC, will take over duties as Commanding General for the 3d MAW in September.

MajGen. Carl W. Hoffman, CG, MCRD, Parris Island, will become Deputy Director of Personnel in November.

MajGen. Harry C. Olson, CG, MCSC, Barstow, will move to HQMC as Quarter Master General, in October.

MajGen. Ross T. Dwyer Jr., CG, 1st MarDiv, has been reassigned as the Deputy Director Joint Staff, HQMC, effective this month.

MajGen. Edwin B. Wheeler, Assistant Chief of Staff, G-1, HQMC, will retire Sept. 1.

BrigGen. Samuel Jaskilka (MajGen. selectee), MCDEC, Quantico, will assume duties this month as Assistant Chief of Staff, G-1, HQMC.

BrigGen. Edward S. Fris (MajGen. selectee), CG, MCAS, El Toro, will assume duties in September as the Deputy Chief of Staff, Air, HQMC.

BrigGen. Robert H. Barrow (MajGen. selectee), CG, MCB, Camp Butler, Okinawa, will become Commanding General, MCRD, Parris Island, in October.

BrigGen. Frank C. Lang, CG, 3d MAW, will assume new duties this month as CG, MCAS El Toro-COMCABWEST.

BrigGen. Victor A. Armstrong, CG, 1st Marine Brigade, will assume command as Deputy CG and Chief of Staff, FMFPac in September.

BrigGen. Leonard E. Fribourg, Director, DivRes, HQMC, will assume duties in September as Commanding General, MCB, Camp Butler, Okinawa.

BrigGen. Wilbur F. Simlik, Deputy, Assistant Chief of Staff, G-4, HQMC, was assigned to DepEduc-DirEduc Ctr, MCDEC, Quantico, this month.

BrigGen. James H. Berge Jr., Assistant Deputy, Chief of Staff, Air, HQMC, will assume command as Commanding General, 4th MAW, in October.

BrigGen. Norman W. Gourley, Deputy J-3 USEUCOM, will be assigned to MCDEC, Quantico, in September.

BrigGen. Paul G. Graham, CG, ForTrpsPac-MCB, Twentynine Palms, will be assigned as ADC, 3d MarDiv, in October.

BrigGen. Robert W. Taylor, Marine Corps Laision Officer to CNO, will assume duties as Assistant Wing Commander, 1st MAW, this month.

BrigGen. William H. Lanagan Jr., Asst. Dir. Pers, HQMC, will take over as Director, DivRes, HQMC, this month.

Col. Edward A. Wilcox (BrigGen. selectee), HQMC, will assume duties as Sec. Joint Chiefs of Staff this month.

Col. William L. Smith (BrigGen. selectee), HQMC, will take command of the 1st Marine Brigade in September.

Col. Kenneth McLennan (BrigGen. selectee), HqFMF-Pac, will transfer to Marine Corps Laision Officer to CNO in September.

Col. Joseph Koler Jr., (BrigGen. selectee), HqFM-FLant, will assume duties as Deputy, J-3, U.S. European Command in September.

Col. George R. Brier, HQMC, will become the Assistant Deputy, Chief of Staff, Air, HQMC, in September.

BrigGen. Kenneth J. Houghton, Chief of Staff, FMFPac, will assume command of ForTrps Pac- MCB, Twentynine Palms, in October.

## SHRIMP FESTIVAL
# Dancing in the street

The Sneads Ferry Shrimp Festival will be held Saturday starting early in the morning.

The first major event of the day will be a parade which will have entries from the Marine Corps, including the Mounted Color Guard, 2d Division Band and a platoon of men from the 2d Field Artillery Group. The parade will also feature 10 beauty queens from throughout North Carolina including the Shrimp Festival Queen from Sneads Ferry, Rachel Piner.

Immediately following the parade and lasting throughout the afternoon will be A Shrimp-A-Roo with heaps of shrimp at a nominal cost.

Many events are planned for the day with sky diving, free boat rides on the shrimp boats and many more.

A street dance is slated after the sun goes down until midnight.

# Career planners lauded

Five Force Troops career planning NCOs were awarded letters of appreciation from the Commandant of the Marine Corps in recognition of their meritorious service as career planners during the last quarter Fiscal Year 1972.

BrigGen. Robert L. Nichols, CG, Force Troops, presented the letters to GySgt. James R. Hostilo, HqCo., GySgt. Maxie R. Johnson, 8th Engineer Bn., SSgt. Francis E. Vining, 2d Force Recon Co., SSgt. David L. Bearden, 8th Motor Transport Bn., and Sgt. James G. Maples, 2d Bridge Co.

Together the five career planners were responsible for reenlisting 64 first-term Marines during the quarter April-June 1972, and contributed to Force Troops being first in the Marine Corps in first-term reenlistments during May and June.

In addition to the letter of appreciation, GySgt. Hostilo was also awarded the Force Troops Commanding General's career planning rotating achievement award for the fourth quarter.

Eighth Motor Transport Bn., was awarded the Commanding General's rotating trophy for Career Planning achievement at the battalion level for the fourth quarter Fiscal Year 1972, while 2d Force Recon Co., received a similar trophy for career planning achievement at the company level.

# Changes in training announced

WASHINGTON — Changes in Marine enlisted training -- expected to develop each Marine to his fullest potential -- have been ordered by Headquarters training officials.

Lesson guides and tests for 11 of 12 "essential subjects training" have been prepared by Headquarters, endeavoring to bring Marine Corps-wide uniformity while making each Marine proficient in the different categories.

The current training policies, outlined in the recently released MCO 1510.2G, are a modification of the original 1970 Individual Training of Enlisted Marines (ITEM) order. After two years of refinement, policies on individual and career training will now be standardized.

Previously local commanders determined their lessons plans and tests. Now lesson guides will be provided so that instructors may develop classroom formats along the same lines. Still, much of the material will have to come through the research and knowledge of the instructor.

Marines, regardless of occupational field or unit, are expected to achieve and maintain proficiency in the essential military subjects -- subjects considered paramount if an individual is to attain professional characteristics necessary for him to assume a greater responsibility.

Most of the training will be conducted at the unit level supplemented by formal schools, correspondence courses, and higher level unit schools. Performance testing will determine whether an individual has achieved the desired level of proficiency.

Until the modification, there were only 11 essential training areas -- drill, first aid and field sanitation, NBC defense, rifle, uniforms and equipment, Marine Corps history, individual tactics, interior guard, map reading, code of conduct, and counter-measures against mines and boobytraps. Now the 12th -- physical fitness -- directs Marines to abide by current physical training rules and testing.

The addition of physical fitness extends formal recognition to the subject as a daily training concern.

Water survival training and swimming is not listed as an essential subject, but rather under related training. This portion of the order asks that all Marines be able to stay afloat for an hour -- with gear that includes a rifle and boots -- although Headquarters officials realize that not all Marines can and that not all commands have facilities or instructors. The order adds Red Cross swimming, including swimmer classifications, as an alternative.

Commanders are not forced to replace their locally-generated training lessons or tests, but the Inspector General on his visits will use HQMC lesson and testing evaluations.

In the future, written exams may possibly be supplemented with performance testing since it and ITEM are the primary means of determining individual proficiency. Yet even more far-reaching plans call for paralleling the essential subjects portion of ITEM with boot camp training since the ultimate aim is to train all enlisted Marines in such a fashion that they can go from recruit training to retirement; or base-to-base, and still know exactly how they will be graded.

# NEWS BRIEFS

## BUS STOP CHANGES

The bus stop located at 5225 Arizona St. has moved to 5244 Colorado Ave., Berkeley Manor. All bus schedules have been modified.

## PI RECRUITERS SCHOOL CLOSES

After 25 years of service the Recruiter's School at Parris Island graduated its final class Aug. 4. The responsibilities were shifted to MCRD, San Diego, where a Recruiter's School was established in November 1971. The move to the west coast was necessitated by a requirement for enlarged student capacity and billeting spaces.

## ABOUT PAGE ONE...
# Time marches on



The main gate at the world's largest and most complete amphibious training base has undergone numerous changes since its inception. And it faces an ever greater change in the future as depicted on page one by Globe's chief line drawer, LCpl. Dave Sellers.

When the widening of highway 24 is completed, it is expected that a cloverleaf, not quite as elaborate as the work of art on page one, will ease the flow of traffic to and from Camp Lejeune. But this is some time in the future.

Much more modernization is taking place on base right now. GySgt. Jack Holsomback grabbed his Instamatic and note pad last week to bring Globe readers up to date on all of the construction in the mill here. His report appears on pages B and C, section II.

Case 7:23-cv-00897-RJ    Document 362-20    Filed 04/29/25    Page 4 of 13

## DOLLARS & SENSE

# CHANStandardPUS warns about misinterpretation

DENVER — "I hope that expectant mothers recognize the limitations of the CHAMPUS program for dental care," LtCol. (Dr.) W. E. Landefeld, Jr., D.D.S., Civilian Health and Medical Program of the Uniformed Services (CHAMPUS) Director of Dental Affairs, warns. "We are receiving many requests for reimbursement for care which is not authorized under the program," he continues. "Dental care under the CHAMPUS Basic Program is really quite limited."

There are some instances when dental care is authorized on a cost sharing basis during pregnancy. Care is authorized to eliminate the centers of infection which might prove harmful to the health of the mother or the unborn child. If such care is necessary, it may include the removal of teeth, root canal work, periodontics (caring for the tissues supporting the teeth), restoration of decayed teeth, oral hygiene treatment and diagnosis necessary for this care.

"Certain dental procedures are

not authorized, however," Dr. Landefeld warns. "For example, the replacement of teeth missing prior to pregnancy is seldom authorized." For such care to be authorized, he explains, there must be "compelling medical evidence" that the pregnancy is being seriously endangered because of nutritional deficiencies developing as a result of the lack of ability to chew food.

He also warns that CHAMPUS may not authorize gold restorations if a tooth may be "adequately" restored with another dental material, such as amalgam.

The agency that authorizes payment of dental bills is CHAMPUS in Denver. CHAMPUS Advisors and Health Benefits Counselors located at military installations have additional information for beneficiaries.

Even when some dental care is authorized during a woman's pregnancy, Dr. Landefeld warns that all claims for dental care must be accompanied by a statement from the woman's obstetrician verifying the pregnancy and indicating the estimated delivery date or actual date of the termination of pregnancy. "If the patient forgets to send in that medical statement," Dr. Landefeld explains, "we must return the claim, and of course, payment will be delayed."

**OTHER CHAMPUS SCOOP**
CHAMPUS will pay for the authorized services of physical therapists, psychologists, speech therapists, speech pathologists, audiologists, social workers, occupational therapists and nurses.

**It's as clear as black & white**



CHAMPUS means medical care for the serviceman's family from hospitals and doctors around the country and around the world.

---



## TEEN TOPICS

# *Back to school*

### By James Redman

School begins Aug. 28. What can I say? The Summer of '72 will soon be a thing of the past and the Fall will soon be a reality.

This year, however, there will be some new faces in the front office, particularly in the office of the principal. For those of you who have not heard, Mr. Sloan has left LHS to go back to school. Taking his place will be the former principal of Brewster Junior High, Mr. Linker. There will also be a new face in the guidance office as Mr. Tisdale also left to return to gain his law degree. It could turn out to be a wild year with a new administration.

In honor of the fact that school is opening, the Teen Club is going to have a dance Aug. 23. Nantucket Sleighride (formerly the Stax of Gold) will provide the music. Well, the Teen Club has lived up to its promise that it would paint the inside of Marston Pavilion. Instead of being a dull brown it is now a hot pink. Hot pink? The Teen Club has also lived up to its promise of returning the trampoline, and from what I understand things are really jumping.

And now for all you girls who want to support your school yext year. The LHS Drill team will hold a week-long workshop from Aug. 21-25. The first meeting will be held at 1 p.m. in the lobby of the high school and will last for about two hours. All girls who will be attending LHS next year are eligible to participate. Any old members that are still around are asked to please attend.

This is to be my last article and I would just like to thank all the people involved with the Globe for letting me have the opportunity to write for them. It has been an experience I won't soon forget. But the greatest thrill I received while writing was getting my one and only fan letter, and I would like to share it with you.

"After reading your column for several weeks now, with its vast fund of misinformation, I felt compelled to comment. Perhaps 13 years of school is the answer, then you might learn to spell debatable."

I would just like to thank my anonymous friend and fan, and tell him to keep those cards and letters coming in.

# VA benefits are many

WASHINGTON — A serviceman or woman on active duty can become a part of the largest class of graduates in the world.

The class consists of more than 13 million men and women – veterans all -- who have gone through high schools, vocational schools, and colleges under the "GI Bill."

Actually, there have been three GI Bills since the first went into effect for the men and women who fought in World War II. The second GI Bill covered servicemen and women of the Korean Conflict, and in March 1966 the Congress enacted into law the Veterans Readjustment Benefits Act. This one covers everyone who served since Jan. 31, 1955.

Educational benefits cover men and women on active duty, or those who have bid the Armed Forces goodbye, and even the dependents of such individuals.

Education is only one part of the Veterans Administration's program.

For instance, more than 8 million veterans own their own homes through loans guaranteed by the Veterans Administration.

Insurance is another good example of the type of program the VA handles. Approximately $37 billion worth of Government life insurance is administered by the VA for veterans; in addition, $52 billion worth of Servicemen's Group Life Insurance is handled by the VA for men and women on active duty in the Armed Forces today.

A veteran who becomes disabled may be eligible for disability payments. His children may be eligible for educational assistance should he die while in the Armed Forces or become totally disabled after discharge.

There are hundreds of other benefits which a man or woman on active duty, are eligible to receive. None come automatically. They must apply for the aid and assistance their family can get, but it's as easy as visiting the nearest VA office.

The 166 Veterans Administration hospitals may be available and the VA is deeply involved in aiding veterans who have drug dependency problems.

For immediate and full information, visit or write the nearest Veterans Administration office.

## Dog's best friend is...

Sgt. Ken Toney and his family recently reversed the old saying and proved that a dog's best friend is man.

Sgt. Toney, Transport Co., 8th MT Bn., his wife Peggy and daughter Casonya, were out for a Sunday drive in the Blue Ridge Mountains when they found a 40 lb. Bassett Hound limping along the highway. They stopped and discovered that he had been wounded in the side, apparently from an unknown archer's arrow.

Prompted by pity as well as admiration for the dog's determination to servive, Sgt. Toney first took the dog to a veterinarian and then home as the family pet. They named their pet "Boy."

"We've been wanting a dog for some time and Boy is just what the doctor ordered," said Toney.



---

## FRISBEES ON A ROOFTOP

# Football registration Saturday

### By Anne Ulses

**TT WIVES' CLUB** — TT Wives will meet Monday for their regular Business Meeting. Members and guests, and all dependent wives interested in joining the Terrace group are invited to attend the meeting at the TT Community Center, Bldg. 41, 11 a.m. to 1 p.m. For further information regarding membership, call 353-7065.

**FOOTBALL REGISTRATION** — The second session of registrations for Dependents Football will be held on Saturday, 9 a.m. - noon, at Marston Pavilion. Boys, 9 through 14 years of age, are eligible to participate. Registration forms will be available at Goettge Field House after Saturday. Boys, age 10 and older, must have a dependent I.D. card to register. The drawing for teams will be held at the Field House, Aug. 15, 7 p.m.

**SHIPS AHOY** — Group IX begins its OWC season with the popular 'Shrimp-a-Peel' dinner. Mrs. C.R. Casey and the Group IX Executive Board will sponsor the event for all Force Troops member units. It will be held Friday, August 18, at the COM(Open) with the social hour beginning at 6:30 p.m. The menu will feature jumbo shrimp, cole slaw and hush puppies. Reservations will be accepted until Wednesday, cancellations Thursday, call 353-1517.

**'WELCOME ABOARD'** — Mrs. K.L. Morgan and

the Executive Board of OWC Group I will host a 'Welcome Aboard' evening, Aug. 26, on the Paradise Point Officers' Club patio. Social hour at 6:30 p.m. will be followed by dinner, featuring Bar-b-que spareribs, Chicken Hawaiian, baked beans, cole slaw, hot rolls and beverage. Contact Mrs. W. M. Mills, 455-0857, for reservations. Retired and associate members are asked to call Senior Hostess, Mrs. S.R. Jones, at 346-3230.

Group I welcomes officers wives whose husbands belong to Hq. Staff and H&S Bn., MCN, ITR, Base Dispensary and Dental, Naval Field Medical Research Lab, and Retired and Associate members.

**LEJEUNE ECOLOGY** — With school time just around the corner, the Lejeune Ecology Club recommends the use of lunch boxes instead of paper bags, plastic containers instead of sandwich bags.

**NEW OFFICERS ELECTED** — The newly elected officers of the Staff NCO Wives Club for the months of July through December are as follows: president, Mary Jane Steele; vice-president, Barbara Sharp; treasurer, Eileen Wroble; recording secretary, Pat Sawyer; corresponding secretary, Jane Mayr; sgt.-at-arms, Bobbie Elmore; member-at-large, Carol Stansbury; and Thrift Shop chairwoman, Bernie Bender.

4

August...

Globe FAMILY
Mrs., Miss, Ms., Mr., Mrs., Miss

## OPEN LINE

# A little help for flood victims



Camp Lejeune Globe

SECTION II

Thursday, August 10, 1972

**Open Line,**

In a recent issue I saw a short article about flood disaster donations, but I can't locate the copy. Could you run the article again or maybe just answer a couple of questions.

Some of my friends and I have collected a small sum of money and we would like to donate it to where it is needed the most (worst). Also, could you tell me if the Red Cross will accept small donations and assure the donor that it goes where he wants it to go.

Just one more question, is there any base club or organization such as girl-boy scouts, ecology club, etc. that has a current project to help the flood disaster areas.

MSgt. A. W. Hargrove



**ROAD TO NOWHERE** — A highway somewhere near Wilkes-Barre, Penn. abruptly ends, a victim of Tropical Storm Agnes. Because so many roads were washed out, everything from small boats to helicopters were used to carry the evacuation of stranded people. (U.S. Coast Guard Photo)

**MSgt. Hargrove,**

The article you refer to appeared in the July 13 issue of the Globe and was updated in last week's paper. Information for both stories was taken from SecNav BASEGRAM (DTG 111917Z July).

Here is the BASEGRAM in its entirety.

The recent flash floods in the Rapid City-Black Hills area of South Dakota and the floods on the east coast following tropical storm Agnes have affected thousands of families with substancial loss of life and destruction to property. The American National Red Cross has once again mobilized its full resources to assist the many families affected by the disaster. The Red Cross is the primary agency to meet the immediate human needs of flood stricken individuals and families. Disaster action teams are on the scene working with local volunteers.

Because this emergency comes at a time when Red Cross Disaster Funds have been seriously depleted, the Red Cross has asked its local chapters to raise a minimum of $10 million to augment the many millions of dollars necessary to assist victims of these floods and other recent catastrophies. Since Jan. 2, 1971, nearly $12 million has already been spent to assist victims of such disasters as the recent floods in Texas, Kentucky, Washington, West Virginia and Pennsylvania.

As citizens we all want to assist in every way we can to aid those stricken by floods. The best way we can do this as individuals is by a contribution to the American Red Cross. In many communities special campaigns to provide additional funds for the Red Cross will be undertaken. While the need for an on-the-job fund-raising campaign in Federal Agencies is not indicated, it would be helpful if you would encourage your military and civilian employees to participate in such community drives as are underway. Donations may be sent to local chapters of the American Red Cross, or mailed to Headquarters, American National Red Cross (Flood Disaster Relief), 17th and D St. NW. Washington, D. C. 20006.

At this time, to the best of our knowledge, there are no projects underway by any local clubs.

James Kirkland, representative from the Camp Lejeune Chapter of the American Red Cross, located in Bldg. 41, ext. 2173, said "that any donations of $20 or more can and will be earmarked for a specific area." However, to simplify the bookkeeping and associated paper work, a bank money order or cashiers check can be made out to: "Flood Disaster Relief" Fund (Red Cross).

Randolph Mills, Vice-President of the First Citizens Bank, here, will process money orders or cashiers check requests at no cost (charge).

Editor

## MORE ON VOTING

# August important month for many

August can be a very important month for members of Camp Lejeune interested in voting in the November General Election.

In August, absentee ballots can be applied for from the following states: Colorado, after Aug. 9; Georgia, after Aug. 9; Illinois, after July 30; Iowa, after Aug. 9; Michigan, after Aug. 24; Nebraska, after Aug. 9; and Tennessee, after Aug. 9.

If absentee ballots have not been applied for from those States and areas listed in the July calendar, they may be applied for this month. They include: Alaska, California, Connecticut, Delaware, Dist. of Columbia, Kentucky, Maine, Maryland, Massachusetts, Minnesota, Missouri, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, South Dakota, Texas, Vermont, Washington, Wisconsin and Wyoming.

There is still time to register in the States listed in the July calendar. They include: Alabama, Alaska, Delaware, Florida, Georgia, Louisiana, Maine, Mississippi, Nevada, South Carolina and South Dakota.

A resume of the absentee registration - voting procedure for each of the States listed in the first paragraph follows.

**COLORADO** — Uses the Federal Post Card Application (FPCA) for registration, so be sure to have it witnessed by a commissioned officer. Address the FPCA to the County Clerk, county of residence (in Denver, to the Election Commission), to arrive after Aug. 9 and before Oct. 6, if not registered. The voting ballot must reach election officials no later than 5 p.m. on election day.

**ILLINOIS** — Waives registration for servicemen and their dependents. Address the FPCA ballot request to the Board of Election Commissioners or the County Clerk, county of residence, to arrive after July 30. Voted ballot must reach election officials no later than day of election.

**GEORGIA** — Published in July calendar.

**IOWA** — Uses executed affidavit on ballot-return envelope for registration. Address the FPCA ballot request to the County Auditor or City-Town Clerk, place of residence, to arrive after Aug. 9. Voted ballot must reach election officials before date of election.

**MICHIGAN** — Uses special State registration form, sent with the absentee ballot for registration. FPCA may be witnessed by a commissioned, warrant, or non-commissioned officer. Address the FPCA to the City-Township Clerk, place of residence, to arrive after Aug. 24. Completed registration form and voted ballot must be returned to election officials in separate envelopes before the closing of polls on election day.

**NEBRASKA** — Uses special State registration form sent with the absentee ballot for registration. Unregistered voters should write "Please send registration forms" on the FPCA. Address the FPCA to the County Clerk, county of residence (to the Election Commission in the counties of Douglas, Lancaster and Sarpy), to arrive after Aug. 9. Completed registration forms should be returned with the voted absentee ballot. Voted ballot must be postmarked no later than midnight of the day preceding the election and must reach election officials no later than 10 a.m. on Nov. 9.

**TENNESSEE** — Uses FPCA for registration, so be sure it is witnessed. Address the FPCA to the Election Commission, county of residence, to arrive after Aug. 9. Voted ballot must reach election officials before 10 a.m. on election day.





Photo feature by GySgt. Jack Holsomback

Military construction at Camp Lejeune is big business. During the past year some $15 million was spent in the area of military construction in order to make Camp Lejeune a better place for the training of Marines. Those in charge hope that — with congressional approval — the building budget will increase during the next year.

Many of the future projects, like a number of those recently completed and under construction, are for the comfort and convenience of Marines and their families assigned to this base. Other projects are designed with an eye toward increased efficiency and more complete training capabilities for the 2d Marine Division, Force Troops and Marine Corps Base commands.

The man ultimately responsible for the military construction program in the Camp Lejeune — New River area is Capt. Robert E. Daggett, Civil Engineer Corps, U.S. Navy. His official title is Public Works Officer.

His command relationship, however, is somewhat complex. He has the additional title of Officer in Charge of Construction when administering to projects under the cognizance of Marine Corps Base. But his title changes to Resident Officer in Charge of Construction when handling those projects which fall under the purview of the Naval Facilities Command in Norfolk.

A staff of about 40 carries out the Public Works mission here. Their office in located in the Industrial Area in Bldg. 1005.

Capt. Daggett said the single Marine here will be the benefactor of many of the projects awaiting legislative action. Meanwhile, several large projects have recently been finished and others are nearing completion. The Division Dental Clinic on River Road and the Division Maintenance complex in the Industrial Area have been turned over to their respective organizations and should be open for business in the near future.

The new Base Post Office or scheduled to be completed in ea Moneywise, the $491,000 Po overshadowed by the newly com treatment plant located near the ficially turned over to the Base furnishing the much needed add

The confinees at the Correction from a newly constructed buildin behind the complex, will house woodworking and furniture refin provide training in practical skill officials say that plans call for t refinishing and repairing furni areas on base.

Another new building, comp finishing touches to the interior, service building, located next to t estimated that these offices will

Closest to home among militar started Hostess House, going u Exchange area and bank. Contain will especially benefit those peopl Lejeune and in need of temporar building should be completed in

With so much money at stake Lejeune, infinite care must be dollar and insuring that the tax worth. Capt. Daggett explained scale is done by civilian contra construction cost. "If they bid too job, yet if they bid too low, they lo

Locally, when a decision is ma barracks, his office announces They then publish information o with the time and place that the b "When we open the bids, we'l



**WALKING THE PLANK** — Harry Lee Norman, a carpenter with the Marine Exchange, carries a piece of lumber to install on the walls of the Exchange Service building located next to the Main Exchange. Plans call for the exchange personnel to move into the new building this week.



**READY FOR OCCUPANCY** — The new Marine Exchange service building located next to the Main Exchange will be ready for use this week. Built by the Dixie General Construction Company of Wallace, N.C., the building was officially accepted by Base officials this month.



**DOUBLE CHECK** — Conway J. Powell (L), Director of the De Department, and Jim Gavin, architect, carefully check the blue prin slated for Camp Lejeune.



CONTRACT NO. N62470-70-C-0939
WATER TREATMENT PLANT, WELL & DISTRIBUTION SYSTEM
CONSTRUCTION BY
ATLANTIC DIVISION-NAVAL FACILITIES
ENGINEERING COMMAND
ENGINEER HENRY VON OLSEN-ASSOCIATES WILMINGTON, N.C.
CONSTRUCTION CONTRACTOR CORBIN CONSTRUCTION CO. INC. PO BOX 471 DUNN N.C.

**WATER WORKS** — The new Water Treatment Plant, well and distribution system here was recently accepted by the base and is now in full operation. The plant, located near the Main Gate off Holcomb Blvd., was built at a cost of $1.8 million.



**POST OFFICE** — David Russell, a motor grader op struction Co., Jacksonville, checks over his machine prio driveways and parking lots at the new Post Office here. $491,000, is scheduled to be completed this Fall.

Case 7:23-cv-00897-RJ    Document 362-20    Filed 04/29/25    Page 7 of 13

done in a certain way according to law," he said. At least three government representatives are present in the conference room of the Public Works Department when the sealed envelopes are opened.

"When a company submits a bid, it must also have a bond to cover the entire construction cost of that bid and must also furnish a 20 percent bid bond that would cover our expenses if they decide to withdraw. The general public is invited to attend these affairs and can watch as each bid is opened, examined and recorded to insure that it meets the military construction regulations."

He went on to say that the last envelope to be opened is one prepared by their office to show what the government feels the cost should be. "We then wait up to 10 days," he continued, "and carefully check each bid. Only then do we let the company know who will build that barracks."

He said that their contract specialists go over each bid with a fine tooth comb to insure that Uncle Sam is getting his money's worth.

He mentioned that there is one exception to the bidding system and it works, in effect, in reverse. "When we ask for bids on timber harvesting on Base, the company who gives us the largest bid and who will comply with regulations concerning ecological preservation will get the job. In fact, the money that we get in this case, goes directly to the Treasury of the United States and is not spent, in any way, by the military or the Department of Defense."

Capt. Daggett sees a bright future for the building trades in the Camp Lejeune area and said that every effort is being made to get much needed structures and repairs done as soon as appropriations and contracts are made available.

Whatever the case, at the grass roots level where it counts, the young Marine eating in a new dining facility, can look forward to more and better facilities because someone is looking out for his best interest — better training, living and recreational areas at this "World's Most Complete Amphibious Training Base."



THREE FOR ONE — A triple image of a bull dozer cuts into the topsoil of the area where the new 90 unit Hostess House will be built. The new facility, designed for transients coming to and leaving Camp Lejeune, will be completed in late spring at a cost of $967,000. The triple image was created by a special device attached to the photographer's camera.



DENTAL BUILDING — The 2d Dental Company, 2d Marine Division, has been presented the new Dental Building located on River Road. Patients will soon be treated in early September in the new facility as soon as furniture and supplies are moved in and installed.



FIRST STEP — An empty field is all one sees of the new Hostess House which will be built next to the bank on Holcomb Blvd. Members of Danlee Construction Company, Jacksonville, Fla., have moved on the property with a trailer-office and have begun constructing work sheds while earth grading equipment strips the top soil for work preparation.



FINISHING TOUCHES — Workmen put the finishing touches on the interior of the new Post Office building on the Main Service Road here.



BIG BOSS — Captain Robert E. Daggett, (CEC, USN) is the officer in charge of all construction in the New River - Camp Lejeune Area. Wearing two large hats as both officer in charge and resident officer in charge, he is responsible for the handling of bids and construction money that originate both locally and from higher offices in Norfolk and Washington, D.C.

Case 7:23-cv-00897-RJ     Document 362-20     Filed 04/29/25     Page 8 of 13

# Flicks in ...

## F O C U S

| | | Today | Fri. | Sat. | Sun. | Mon. | Tue. | Wed. | Thur. |
|---|---|---|---|---|---|---|---|---|---|
| Midway Park 7 p.m. | | N | O | P | Q | R | S | T | U |
| Courthouse Bay 7 p.m. | | M | N | O | P | Q | R | S | T |
| Naval Hospital 7 p.m. | | L | M | N | O | P | Q | R | S |
| Rifle Range 7 p.m. | | K | L | M | N | O | P | Q | R |
| Montford Point Outdoor 9 p.m. | | J | K | L | M | M | O | P | Q |
| Geiger Indoor 7 p.m. † | | I | J | K | L | M | N | O | P |
| Camp Theater 2, 6 & 8.30 p.m. | | G | H | I | J | K | L | M | N |
| Montford Point Indoor (Closed) | | | | | | | | | |
| Camp Geiger Outdoor (Closed) | | | | | | | | | |
| Air Station 6 & 8 p.m. | | D | E | ★F | G | H | I | J | K |
| Drive In 9 p.m. | | C | D | E | F | G | G | H | J |
| Onslow Beach 7 p.m. | | B | C | D | E | F | G | H | I |
| French Creek Outdoor 9 p.m. | | A | B | C | D | E | F | G | H |

6:30 p.m. on Saturdays and Sundays)
† (Times of second showing are approximate)       Aug. 10-17
★ (One showing only beginning at 7 p.m.)

**A — SABATA (RT 107 PG)** Stars Lee Van Cleef and William Berger in an action packed western. The man with gunsight eyes, comes to kill!

**B — A HOUSE OF DARK SHADOWS (RT 90 PG)** Come see how the vampires do it with Jonathan Frid and Grayson Hall. A story of blood relations.

**C — BOATNIKS (RT 85 G)** Man the lifeboats! Here comes those madcaps who go down to the sea in ships every weekend. Phil Silvers, Robert Morse and Stefanie Powers star in the Walt Disney movie.

**D — FLARE-UP (RT 95 PG)** Most men want to love her — one man wants to kill her. Raquel Welch stars.

**E — BLACK BEAUTY (RT 106 G)** The blazing black stallion that carried a boy to manhood, a love to its destiny and a country to victory!

**★F — GRAND PRIX (RT 170 PG)** James Garner stars in a movie with all the glamour and greatness of the world's most exciting drama of speed and spectacle.

**G — GYPSY MOTH (RT 95 PG)** When you turn on by falling free, when jumping is not only a way to live but a way to die, you're a Gypsy Moth.

**H — MILLION DOLLAR DUCK (RT 92 G)** It's all about a webfoot wonder, Charlie, who lays a 24-karat omelet in the tax assessors lap. Stars Dean Jones and Sandy Duncan.

**I — WALKABOUT (RT 95 R)** A boy and girl face the challenge of the world's last frontier. Jenny Agutter, Lucien John and David Gumpilil star in this exciting and exotic adventure.

**J — THE BOY FRIEND (RT 110 G)** A glittering, super colossal, heart warming, toe-taping, continuously delightful musical extravaganza starring Twiggy in a Ken Russell Production.

**K — Z-P-G (RT 95 PG)** Smog covers the earth. The oxygen is depleted. Love is encouraged. But the penalty for birth is death in Z P G which stars Oliver Reed and Geraldine Chaplin.

**L — SKI BUM (RT 96 R)** He thinks the system stinks . . . the feeling is mutual. Zalman King and Charlotte Rampling star.

**M — SITTING TARGET (RT 93 R)** You are looking at an animal. A woman is his target. No cage can hold his lust for revenge. Stars Oliver Reed, Jill St. John and Ian McShane.

**N — STAR SPANGLED GIRL (RT 93 G)** A patriotic, chaotic comedy with Sandy Duncan and Tony Roberts.

**O — SUNFLOWER (RT 101 G)** Sophia Loren and Marcello Mastroianni are caught in a timeless moment in a world gone mad. Filmed in Russia from the Kremlin to the Ukraine.

**P — TICK TICK TICK (RT 100 G)** A black sheriff in a Southern town has his hands full keeping law and order. With Jim Brown, George Kennedy and Fredric March.

**Q — GOLDFINGER (RT 108 PG)** Sean Connery as James Bond in an action packed movie as Goldfinger plans to rob Fort Knox.

**R — EVEL KNIEVEL (RT 90 PG)** George Hamilton portrays the last of the daredevils. He does it for fame, fortune and broken bones.

**S — VAMPIRE LOVERS (RT 90 R)** No information available.

**T — THE TROJAN WOMEN (RT 105 PG)** Katharine Hepburn is Hecuba, Queen of Troy, she reaches moments of simple magnificence. Vanessa Redgrave is Andromache, she creates excitement. Genevieve Bujold is Cassandra and Irene Papas is Helen as they try to show that the strength of mankind has always been its women.

**U — THE DIRTY DOZEN (RT 140 PG)** Candidates from a group of court-martialed GIs may win a pardon by participating in a dangerous mission behind German lines during World War II. Lee Marvin, Ernest Borgnine, Charles Bronson and Jim Brown star.

## 2 PM MATINEES

**MIDWAY PARK**
Saturday — KENNER (RT 92)
Sunday — IMPOSSIBLE YEARS (RT 92)
**GEIGER INDOOR**
Saturday — KIDNAPPED (RT 102)
Sunday — KENNER (RT 92)
**NAVAL HOSPITAL**
Saturday — A TIME TO SING (RT 82)
**AIR STATION**
Saturday — IMPOSSIBLE YEARS (RT 92)
Sunday — A TIME TO SING (RT 82)
**COURTHOUSE BAY**
Saturday — SIX BLACK HORSES (RT 80)
Sunday — LIVE A LITTLE LOVE A LITTLE (RT 90)
**CAMP THEATER**
Saturday — LIVE A LITTLE LOVE A LITTLE (RT 90)
Sunday — SIX BLACK HORSES (RT 80)

---

## CHOW TIME

Aug. 10-16

| | DINNER | SUPPER |
|---|---|---|
| Today | Frankfurters | Beef Steaks |
| Fri | Seafood Platter | Meat Loaf |
| Sat | Fried Liver | Veal Cutlets |
| Sun | Brunch | Roast Beef |
| Mon | Chili Con Carne | Rolled Turkey |
| Tues | Hamburgers | Baked Chicken |
| Wed | Poor Boy | Beef Steaks |

Short order meals will be served in dining facilities No. 211 and No. 508 for Division Marines who miss supper. Late meal hours will be nightly from 7 to 9:30.



## Church Call

**PROTESTANT** — Bldg. 16 — Sunday, Holy Communion, 8 a.m.; Worship Service 9:15, 11 a.m., Bible Study 6:30 p.m.; Evening Fellowship 7:30 p.m. (All of the following services are on Sunday morning.) Camp Geiger Chapel, Worship Service 10. 10th Marines, Worship Service 10. Courthouse Bay, Worship Service 10:45. Midway Park, Worship Service 11. Montford Point Chapel, Worship Service 11. Naval Hospital, Worship Service 9:15. Stone Street School, Worship Service 9:15; Sunday School 9:15. Tarawa Terrace Chapel (Elementary School II), Sunday School 10; Worship Service 9.

**SEVENTH DAY ADVENTIST** — Montford Point Chapel, Saturday, Worship Service 11 a.m.

**CATHOLIC** — Bldg. 17 — Saturday, Confession 5 p.m.; Mass 6 p.m. Sunday, Mass 8:30, 10, 11:30 a.m. and 5 p.m. (All of the following services are on Sunday morning.) Camp Geiger Chapel, Mass 8:30. Courthouse Bay, Mass 9:30. Midway Park, Mass 9. Montford Point Chapel, Mass 10. Naval Hospital, Mass 10. Tarawa Terrace Chapel (Elementary School II) Mass 8:30.

**CHRISTIAN SCIENCE** — Bldg. 67 — Sunday, Worship Service 11:45 a.m.; Tuesday, Worship Service 6:30 p.m.

**GREEK ORTHODOX** — Bldg. 67 — Sunday, Divine Liturgy 9:45 a.m.

**JEWISH SERVICES** — Bldg. 67 — Friday, Regular Service, 8 p.m.

---

## GET IT TOGETHER WITH EDUCATION
### Montreat-Anderson College interviews prospects

Montreat-Anderson College in Montreat, NC, is offering employment opportunities and a $500 scholarship this year to a veteran applying to the college for the first time.

Phillip Ramsey, Director of Admissions will be in the Base Education Office Aug. 16, to interview anyone interested in attending Montreat-Anderson as well as to discuss job opportunities in local industries near the college.

Montreat-Anderson is a small co-educational two year institution located in the mountains of North Carolina near Asheville.

In addition to the scholarships the college offers a special Academic Enrichment Program to assist students needing special help with study habits and problem subjects. Students in this program take a full time academic load and are taught by a group of selected faculty who provide individual instruction. The faculty is also organized to provide tutorial assistance for veterans who request additional help.

An off campus employment program worked out by the college will aid veterans financially. Textile, woodworking, aerospace and electronics firms in the area surrounding the college have made special arrangements to hire veterans for four hours a day making it possible for the veterans to earn up to $170 per month. They will also have the opportunity of up to four months summer employment with these firms.

Prospective students should contact the Base Education Office by calling 451-5512 or 451-5572 to schedule an Aug. 16 interview.

---

## WHAT'S HAPPENING
# Busy week planned

### By PFC Bob Teeling

There's a full week of entertainment and fun at the Clubs this week. Various sounds of all sorts will be flowing through the club halls.

The following columns tell who's doing what and where.

### COM

**FRIDAY** — Happy Hour is from 5 to 7 p.m. Main dining room hours are from 6:30 to 10 p.m. Music will be furnished by Phase I from 9 p.m. until 1 a.m.

**SATURDAY** — Main dining room hours are from 6:30 to 10 p.m. The music will be provided by the Velvet Touch from 9 p.m. until 1 a.m.

**SUNDAY** — Brunch will be served from 8 a.m. until 1:30 p.m. Smorgasbord hours are from 6 to 9 p.m.

**TUESDAY** — Sing Along from 8 to 11 p.m. All regular bar drinks are 40 cents and draft beer is 15 cents per glass throughout the entire evening.

**WEDNESDAY** — The Beefeaters Buffet will be in the main dining room from 6 to 9 p.m. The Brotherhood will be back to furnish the music from 9 p.m. until midnight.

**THURSDAY** — The Dinner Theater will be from 7 p.m. until ? Dinner is to be served from 7 until 9 p.m. with the theater starting at 9 p.m. in the main dining room. The dinner theater is a Coastal Play House's, Cabaret Theater production entitled, "The Last of the Red Hot Lovers." Cost for the dinner theater will be $10 per person or $15 per couple. Advanced tickets only.



No mam, we aren't featuring leftover liver on the menu -- it's "Last of the Red Hot Lovers" on stage.

### SNCO

**TODAY** — The Rhythm Rangers will play the sounds at Camp Geiger from [?] p.m. until midnight.

**FRIDAY** — There will be a change in the calendar of events at Hadnot Point tonight. Johnny Horne with his trumpet also with a fine group of musicians and singers which includes two female vocalists will replace Jimmy Sasser and the Sounds of Country as stated on the monthly calendar. The Rhythm Rangers will begin regular Friday night performances starting tonight at Montford Point from 9 p.m. until 1 a.m.

**SATURDAY** — The Swing Masters with Charlie Albertson will entertain at Hadnot Point while The Pacesetters perform at Courthouse Bay. Both performances are from 9 p.m. until 1 a.m.

**SUNDAY** — The Sunday Buffet will be served at Hadnot Point from 3 to 6 p.m. while Ronnie Griffin plays the organ and piano.

### NCO

**FRIDAY** — The Human Dynamo will be around from 9 to 10 p.m. The Eastern Seaboard Band will perform from 8 p.m. until midnight.

**SATURDAY** — The Blue Mist will be around with some of the now sounds from [?] p.m. until midnight.

**SUNDAY** — Another rock group, The South, will be here from 7:30 until 11:30 p.m.

**MONDAY** — It's Happy Hour from 5:30 to 7:30 p.m. with a discount on drinks and free snacks provided.

**TUESDAY** — The Fox will lay out the sounds from 7:30 to 11:30 p.m.

**WEDNESDAY** — It will be the rock sounds of the Velvet Touch from the hours of 7:30 to 11:30 p.m.

### USO

This week's free movies include VANISHING POINT and SONS OF KATIE ELDER.

There will be a live show Sunday beginning at 1 p.m. with Johnny Horne and the Freedoms.



**Johnny Horne**

**AT STAFF CLUB** — A change in the entertainment will occur tomorrow night at the Hadnot Point SNCO Club. Johnny Horne with his trumpet along with a fine group of musicians and singers, which include two attractive female vocalists, will replace Jimmy Sasser and the Sounds of Country. If you enjoy the trumpet of Al Hirt and Harry James, then you will enjoy the trumpet styling of Johnny Horne and his musicians. Not only do Johnny and his group play all of the current tunes including the top forty, but he also brings back memories with some of the old standard favorites. (Photo courtesy of Staff NCO Club)

Case 7:23-cv-00897-RJ     Document 362-20     Filed 04/29/25     Page 9 of 13

## Names make news at Force Troops

**H&S BN., 2d FSR** — GySgts. Robert S. Madden and John W. Robin were promoted to their present rank July 28. LCpl. Joseph Ramos was promoted to his present rank July 28. PFCs Chester V. Sparks and Richard M. Walker were promoted to their present rank July 25.

**SECOND FIELD ARTILLERY GROUP** — PFCs Libby A. Cooper, Roland G. Thorton and Wayne D. Marbury were promoted to their present rank July 26. Cpl. David L. Strasburg reenlisted for six years July 11.

**SECOND RADIO** — MSgt. Frank English reenlistted for two years. Sgt. Freddie L. Stuck was awarded a meritorious mast July 1.

**SUPPLY BN., 2d FSR** — Sgt. Michael G. Rawls was promoted to his present rank July 20.

**SECOND TANK** — Sgts. Alan E. Kent, Ricky E. Brown and Roger L. O'Conner were promoted to their present rank July 31. Cpl. Melvin E. Lorden was promoted to his present rank July 31. LCpl. Bruce N. Linden was promoted to his present rank July 31.

**SECOND HOSPITAL CO.** — Sgt. Malcolm H. McLean was promoted to his present rank July 1.

**EIGHTH MOTOR TRANPORT** — First Lts. William H. Holloues and Ralph S. Marstron were promoted to their present rank July 31. Cpl. Neldon Davis was promoted to his present rank July 31. PFCs Joseph A. Lyons, and Jerry L. Yonkers were promoted to their present rank July 28.

# EXERCISE SARDINIA '72
# 32d MAU hits the beach





WITH THE U.S. SIXTH FLEET IN THE MEDITERRANEAN — Marines of the 32d Marine Amphibious Unit conducted their second Sardinian fire exercise with Italian forces at Porto Scudo during EXERCISE SARDINIA'72, last month. Above an amtrac rests upon the crest of a hill at the end of the first day's action. Below, LCdr. J.D. Cox, Chaplain Corps, USN, conducts Prostestant services in the field. Right, BLT 2-2 Marines are humpin' a hill during the exercise. (Photos by Sgt. Steve Powell)



## FOR LATERAL MOVEMENT
# MOS imbalances released

WASHINGTON — The list of grade and occupational field imbalances which will govern the lateral movement program through September has been released.

The program is intended to balance the number of career Marines in occupational fields

and better chances for promotion. Those serving in overpopulated fields generally must switch when it becomes time to reenlist. Individuals are encouraged to change from "over" fields at anytime.

Headquarters issues the list quarterly showing the status of

all occupational fields. It also lists deficient MOSs from which there can be no lateral movement regardless of the condition of the occupational field.

The following, by grade are the deficient MOSs:

MGySgt: 0294, 0491, 0493, 2192, 3495, 4093, 5994, 5997, 6292 and 6759.

MSgt: 0251, 2149, 2874, 3093, 3381, 4063, 4069, 4691, 5821, 5949, 5974, 5978, 6019, 6079, 6119, 6251, 6533, 6724 and 7011.

GySgt: 0193, 0251, 0861, 1381, 2131, 2149, 2549, 2575, 2811, 2819, 2827, 2862, 2866, 2872, 3042, 3381, 3461, 4014, 4036, 4063, 4421, 4921, 5521, 5534, 5821, 5822, 5934, 5949, 5959, 5974, 5978, 6012, 6013, 6014, 6025, 6042, 6052, 6055, 6068, 6076, 6077,, 6078, 6082, 6123, 6125, 6214, 6218, 6223, 6239, 6251, 6531, 6541, 6724, 6757, 6758, 6786 and 7011.

SSgt: 0151, 0182, 0431, 0846, 0848, 1142, 1381, 1811, 2141, 2144, 2161, 2549, 2570, 2574, 2575, 2576, 2577, 2579, 2811, 2814, 2818, 2819, 2822, 2827, 2828, 2829, 2866, 2871, 2872, 2873, 2881, 3042, 3061, 3081, 3141, 3211, 3441, 3461, 3471, 4014, 4019, 4033, 4058, 4063, 4111, 4312, 4313, 4421, 4911, 4921, 4941, 5541, 5711, 5821, 5832, 5924, 5926, 5927, 5932, 5949, 5959, 5981, 6012, 6013, 6014, 6015, 6026, 6032, 6033, 6038, 6042, 6044, 6052, 6055, 6068, 6076, 6077, 6078, 6082, 6114, 6123, 6125, 6132, 6214, 6218, 6223, 6224, 6235, 6239, 6244, 6245, 6251, 6531, 6541, 6712, 6724, 6757, 6758, 6786 and 7011.

Sgt-LCpl: 0151, 0182, 0211, 0231, 0251, 0431, 0846, 0848, 1142, 1421, 1811, 2131, 2157, 2161, 2532, 2542, 2570, 2574, 2576, 2577, 2579, 2811, 2814, 2818, 2819, 2822, 2826, 2827, 2828, 2829, 2853, 2862, 2866, 2871, 2873, 2881, 3042, 3061, 3081, 3121, 3141, 3211, 3373, 3441, 3461, 3471, 3518, 4014, 4019, 4026, 4033, 4059, 4069, 4111, 4312, 4313, 4911, 4921, 4941, 5536, 5546, 5711, 5812, 5813, 5821, 5922, 5923, 5926, 5934, 5949, 5952, 5953, 5961, 5971, 5972, 5974, 5977, 6014, 6315, 6026, 6032, 6033, 6036, 6038, 6052, 6073, 6074, 6077, 6078, 6114, 6123, 6125, 6218, 6223, 6235, 6239, 6244, 6245, 6251, 6267, 6272, 6521, 6531, 6541, 6712, 6752, 6757, 6758, 6821 and 7011.

# Dateline Division

**HEADQUARTERS BN.** — Sgt. Irvin R. Jamison was awarded the Bronze Star Medal for meritorious action during in Vietnam. SSgt. Gary M. Durham received a Meritorious Mast on July 18. Sgt. Dennis J. Kaylor and Cpl. Thomas E. Montgomery were promoted to their present ranks.

**SECOND SHORE PARTY** — GySgt. Jimmie R. Strawbridge

was promoted to his present rank July 28.

**FIRST BN., 6TH MARINES** — LCpl. Thomas H. Shepard was promoted to his present rank July 28.

**SECOND ENGINEER BN.** — Cpl. Johann A. Wiseman and PFC Kenneth D. Werner were promoted to their present ranks July 28.

# Promo to corporal announced

WASHINGTON — Headquarters has announced that 6,319 lance corporals will be promoted to corporal during August.

Date of rank for seniority and pay purposes will be Aug. 1. Composite scores needed for the advancement is 100 for all occupational fields except OF 62, where a minimum of 128 is needed.

Eligible for this promotion period were all fully qualified lance corporals, recommended by their commanders, whose date of rank was Nov. 30, 1971 or earlier.

## 2d Recon changes command

Maj. K.R. Wakefield assumed command of the 2d Reconnaissance Bn., 2d Marine Division, here July 28 from LtCol. G.E. Strickland.

LtCol. Strickland has orders to Quantico, to attend the Marine Corps Staff College.

Maj. Wakefield was commissioned in the Air Force in 1959 and in 1965 transferred his commission to the Marine Corps. After his transfer, he was assigned to the 10th Marines and later attended the Field Artillery Career Course at Fort Sill, Okla., and shortly afterwards returned to Camp Lejeune. He attended jump school at Fort Benning, Ga., in 1970 and then served as the executive officer of 2d Recon Bn.

His personal decorations include the Purple Heart medal, 13 Air medals, the Combat Action Ribbon and the Vietnamese Cross of Gallantry with the Silver Star.

# Reservists pray for POWs

Reservists of the 2d Bn., 25th Marines took time from their liberty hours after a day of field training here to attend a prayer service for the return of prisoners-of-war and missing-in-action from Vietnam.

The service was led by LtCmdr. Donald Beers, Bn. Chaplain. During the service he reinded the Marines that, "prayer is a two-way street. You don't have to stop helping the families of American POWs. You can pray for their release and plan rehabilitation for them."

The reservists of 2d Bn., 25th Marines have units from Garden City, New Rochelle and Albany, N.Y., Dover, N.J. and Folsom, Pa.

Case 7:23-cv-00897-RJ     Document 362-20     Filed 04/29/25     Page 10 of 13

# Guadalcanal remembered

Only a handful are still on the active rolls of the Corps who remember wading onto the shoreline of a small island in the Solomons 30 years ago this week.

To the American high command, Guadalcanal was an objective which would ensure open lines of communication to Australia and New Zealand. It had been a British protectorate until the summer of '42 when the Japanese had seized it with the intention of building airfields from which they could strike at Australia and allied shipping.

To the wet-to-the-knees, rear-rank, rifle-toting Marine who landed that tepid August morning with his cartridge belt stuffed full of well-oiled rounds for his Springfield and a freshly-honed glittering edge on his bayonet, Guadalcanal was an unheard of place: one full of mystery, adventure and the lurking shadow of death waiting to claim the unwary and unfortunate from among friend and foe.

But when the riflemen of the 1st Marine Division, led by MajGen. Alexander A. Vandegrift, left their Navy landing craft Aug. 7, 1942, to wade the last few yards to Guadalcanal, they had come to stay.

Not even the unyielding combination of the body-rotting, disease-infested jungle and no-quarter tactics of the heroically fanatical Japanese could shove the spearhead of America's first counter-offensive of World War II into the placid waters of the South Pacific.

When those grim-faced Leathernecks hit the shore, many knew some of their buddies would not leave the island . . . ever. Others, suspected, were earmarked for glory. The Corps' unofficial "Hall of Fame" was to inscribe names like Puller, Basilone, Diamond, Cates, Arnold and scores of others on its hallowed scrolls.

## School begins Aug. 28

Camp Lejeune Dependent Schools will begin classes Aug. 28.

Only dependent children living in Government quarters here are eligible to attend Camp Lejeune schools.

Children five years of age before Oct. 16 are eligible to enroll in kindergarten. Children who do not meet the age requirements, but were enrolled in kindergarten in another state, will be eligible to enroll. The same rule applies to first graders who will not be six years of age by Oct. 16.

Students entering kindergarten may register now through Aug. 18 from 8 a.m. to noon and 1 to 3:30 p.m., Monday through Friday. Students from the Air Station and Gieger Trailer Park will register at DeLalio School and students from all other areas will register at Tarawa Terrace No. 1.

Students entering grades one through six may register from 8 a.m. to noon and 1 to 3:30 p.m. now through Aug. 18. Students from the Berkeley Manor area should report to the Berkeley Manor Grade School. Students from the Air Station and Geiger Trailer Park may register at DeLalio. Those from Paradise Point, the Rifle Range, Hospital Point, and Courthouse Bay should register at Stone Street School. Students from Tarawa Terrace No. 1 and No. 2 and Knox Trailer Park should report to Tarawa Terrace No. 2 grade school.

Students in grades seven and eight, from all areas, may register now through Aug. 18 from 8 a.m. to noon and 1-4 p.m., Monday through Friday. Students should report to Brewster Junior High School.

Students in grades nine through twelve, from all areas, may register at the same times as above but should report to Lejeune High School.

A birth certificate will be required of children entering kindergarten or first grade. However, a report card may be used for children who were enrolled in the Camp Lejeune Kindergarten Program during the 1971-1972 school year.

Children entering kindergarten, and those entering first grade who did not attend kindergarten, must have a physical examination and written medical certification of proper immunization. The standard military international card or North Carolina State Board of Health Card certifying immunizations will suffice.

Workbook and activity fees are as follows: Grades one through six - $3, grades seven through eight - $4, grades nine through ten - $6, grades eleven and twelve - $8. Kindergarten fees will be $9 per semester to cover the cost of milk, fruit, cookies, and other foods.

## WASHINGTON WIRE

WASHINGTON — Headquarters has announced that 30 Marines will be advanced to first sergeant and 40 to master sergeant during August. This will complete the Fiscal Year 1972 selection lists for both ranks.

Additionally, gunnery sergeant chevrons will go to 213 staff sergeants, while 298 will advance to staff sergeant.

Sergeant major and master gunnery sergeant promotions were completed earlier.

## New CO USNH

Capt. Earl R. Peters, USN, assumed command of the U.S. Naval Hospital here Friday.

Capt. Peters succeeded RAdm. Philip O. Geib, who has been reassigned to Washington to become Assistant to the Chief, Bureau of Medicine Surgery for Research and Special Projects,

U.S. Naval Department.

The change of command ceremony, which coincided with the 25th Anniversary of the Navy Medical Service Corps, was held on the front lawn of the U.S. Naval Hospital. RAdm. W. P. Arentzen, former CO of the Naval Hospital, represented the Surgeon General of the Navy.

## Fridell assumes command

LtCol. J. R. Fridell assumed command of 3d Bn, 10th Marines, Aug. 3, from Maj. J.P. Crowley.

Maj. Crowley is now serving as battalion executive officer.

LtCol. Fridell was commissioned a second lieutenant in March, 1953. He has served with various field artillery units and at Quantico, as the Communications Officer. LtCol. Fridell also was assigned as the executive officer of Marine Barracks, Lake Mead, in Las Vegas. He later served in

Vietnam as the Deputy G-1, III MAF.

Upon his return to the states, he attended the Armed Forces Staff College and remained to serve on the staff after his graduation until his present assignment with 3-10.

His decorations include the Legion of Merit with combat V, the Joint Services Commendation Medal and the Presidential and Navy Unit Citations.

## RLT-2 plans desert operations

Approximately 1,250 Marines of RLT-2 will arrive in Southern California Aug. 19-20 for three weeks of desert training.

RLT-2 is commanded by Col. A.M. Gray Jr. It is composed of 1st Bn., 2d Marines, elements of 2d Marine Aircraft Wing and Force Troops and personnel of Hq., FMFLant.

They will be among selected Marine Corps units participating in Operation Alkali Canyon, in

the hi-desert country of Marine Corps Base, Twentynine Palms.

Advance parties arrived this week with the first major units reporting Aug. 19.

Twentynine Palms will support the operation with its Force Troops, Pacific units. Aggressor units and other support troops will be provided by the 1st Marine Division based at Camp Pendleton.

The operation will be conducted in two phases. Aug. 21 through Sept. 2, units will become acclimatized, undergo individual and unit combat training and practice support.

During the second half, a combined command post and firing exercise will be conducted. Alkali Canyon is scheduled to conclude Sept. 10 with units departing for their home bases.



AT MONTFORD POINT — Sgt. G.H. "Hashmark" Johnson with troops at Montford Point during World War II. (Photo courtesy Montford Point Marine Assn.)

## 'Hashmark'

(Reprinted with permission from the Jacksonville Daily News.)

As long as the United States Marine Corps continues to procure "a few good men" like Sgt. Major G.H. "Hashmark" Johnson, the security of the United States is in good hands.

Sgt. Johnson earned his name "Hashmark" through service in the Marine Corps, and after his retirement he added many more "hashmarks" through service to the civilian community of Jacksonville and Onslow County.

He was a prime mover in the organization of the Montford Point Marine Association and his remarks on the Montford Point Marines were a highlight of the annual meetings here.

Sgt. Johnson died here Saturday night, in the middle of his address at the annual meeting at the Western Steak House.

He died the way he lived, erect and with dignity. He paused in the middle of his address and apologized to his audience.

"Ladies and Gentlemen, you will have to excuse me, I can't go on . . . ."

He stood erect long enough for the packed banquet hall to give him a standing ovation.

His final remarks on the purpose and motivation of the Montford Point Association were never uttered, but they signify the quality and the biding human traits of Sgt. Johnson.

Here they are:

"The purpose of the Montford Point Association is to render and coordinate efforts with other civic organizations in an effort to maintain stability in place of instability and doing our share in helping to remove some of the causes for frustration and disorders which have beseiged our society and community, drawing the alienation from one side and the alienated from the other. And believe me ladies and gentlemen this we must do for the salvation of the segment of our youth which has so distorted the values of the American heritage.

"The lessons which we learned on the drill field at Montford Point and in the steaming jungles of the central Pacific have proved our ideals and concepts, let it be forever your pledge and mine fellow Montford Pointers to bear them high . . . .

"...Like a beacon, till our strong years, be sped and sinews weaken; til others in our stead take from our loosening hand, the torch full streaming which we passed on Infinite Command."

A good Marine and a good citizen, "Hashmark" Johnson has passed the torch.

(Editor's note) — SgtMaj. Gilbert H. (Hashmark) Johnson, one of the first five black men to serve in the Marine Corps, had a military career that spanned 30 years and three services.

His career began in 1923 when he entered the Army (25th U.S. Infantry). He remained in the Army until 1929. In 1933, he joined the Navy and in 1942 he made the shift from the Navy to the Marine Corps.

One of the original Montford Point Marines, "Hashmark Johnson" became Sergeant Major of the Recruit Depot Bn., at Montford Point.

Transferring to the Fleet Marine Corps Reserve in 1957 and retiring in 1959, did not end "Hashmark's" service to his country. From 1958 through 1959 he worked with the U.S. Dept. of Justice, Penal Div. From 1959 until his death, he worked here with the U.S. Civil Service, Supply Dept.

Gilbert H. Johnson was born Oct. 30, 1905 in the town of Mt. Hebron, Ala. and died Saturday.

Case 7:23-cv-00897-RJ    Document 362-20    Filed 04/29/25    Page 11 of 13



**RAY RUSSELL**



**REGGIE JONES**

## CAPTURE OLYMPIC BERTHS

# *Jones, Russell win*

Camp Lejeune has two boxers representing the United States in the 1972 Olympic Games to be held in Munich, Germany next month.

Reggie Jones, champion in the 156 lb. class, and Ray Russell, who stole an Olympic berth in the 178 lb. class, have earned the right to compete in the matches.

Jones was already a member of the primary team after having defeated Larry Davis of the Air Force in the preliminary bouts held at Fort Worth, Tex., July 22. This gave him the chance to travel to Bear Mountain, New York, where he again met and defeated Davis and gained a permanent spot on the Olympic team.

Russell, on the other hand, lost his match at the Fort Worth trials and was placed on the alternate team. This meant that in order to fight on the primary team, he had to defeat his weight champion, Louis Slaughter of the Army in two fights, while Slaughter had only to win one more.

It was a hard fight Saturday, with Pan-Am Gold Medalist Russell coming out on top in the match. Following the fight, Slaughter withdrew from the Olympic bouts and the slot went to Russell.

The boxers will now continue training until the time comes for them to travel to the Olympics. It is there that the important bouts will be fought and, hopefully, two Marines will return from the competition with Gold Medals.

# New look for Special Services

By LCpl. Howard R. Woolley

When someone mentions Special Services, most people automatically think of the big time sports, softball, football, and basketball — and even then only in terms of participating rather than spectating.

Special Services sponsors many clubs, organizations, sports, intramural activities, hobby shops, etc., that are available to military personnel and their dependents. Unfortunately, many of these activities are not taken advantage of because personnel do not know they exist. The big events, such as the "Four Tops Concert" really overshadows clubs and organizations which function on a regular basis.

Division Special Services, in an effort to better publicize their many activities has created a new billet. A Public Affairs person has been assigned to help get the word out." Not only does Division Special Services promise more complete reporting, but a slide presentation and lecture on their facilities is in the organizational stage. This composite of Special Services will enable new personnel and those who have been here for some time to understand the many ways they can enjoy themselves in their off-duty hours at a minimal cost.

Anyone who has slides or pictures that would enhance this presentation is asked to call Division Special Services at ext. 3533 or 3636.

More sports coverage on the "Camp Lejeune Report" has started and additional action stories for the "Globe" are planned.

Articles on a regular basis are planned to inform personnel of the many programs that Special Services plays a part in. The initial article is expected to be on the Division Boxing Center which has just started their fall program. The weekly boxing smokers will begin Aug. 16 at 8 p.m. The public is invited to attend.

## Jumpers set for festival

The John A. Lejeune Sport Parachute Club held its first annual meeting to elect officers for the coming year and set other club activities.

A unanimous show of hands elected MajGen. Fred Haynes, CG, 2d Marine Division, as the honorary club president. Following that, the following officers were elected: Dick Mason, president; Larry Hawk, vice-president; Dolly Mason, secretary; Debbie Simmons, assistant secretary; Bob Crocker, equipment custodian; Roy Minor, training officer; Ken Edgell, operations officer; and Tom Bland and Bill Schrider, public relations officers.

Other business resolved at the meeting was the approval of the use of a multi-jump ticket to pay for jumps and tentative plans for forming a constitutional committee.

The next meeting of the club will be held at the John A. Lejeune Flying Club classroom at 7 p.m. Sept. 1. All interested personnel are invited to attend.

Also coming up for the parachute club is an appearance at the Sneads Ferry Shrimp Festival Saturday. A five-man team of parachutists will make a demonstration jump at Swan Point at noon.

Those participating in the jump will be: Dick Mason; Larry Hawk; Ken Edgell; Roy Minor; and Paul Clifton. They will jump from an altitude of 5,400 feet and free fall for 20 seconds before opening their chutes. They will be attempting to land on a small island about 75 feet by 50 feet. The public is invited to attend.

## Squash season starts soon

The Camp Lejeune Squash Club is readying itself for a new season and is interested in attracting new members.

All active and prospective members are encouraged to contact Lt. Eugene Gilin (USN), secretary - treasurer of the club at ext. 3302 in order to complete the 1972-73 roster.

Dues are $1.50 per month and since the addition of air-conditioning, the court is now available for year-round play.

# SPORTS' BARBS



By LCpl. Barb Majewski

It's happening again! The life of a harried sports editor is starting to get to me.

I've been running around in a daze lately trying to keep straight all the events that are going on. This week is the East Coast Slow Pitch Softball, All-Camp Golf and All-Marine Fast Pitch Softball Tournament (which fortunately for me is in Camp Pendleton) and next week is the All Marine Slow Pitch Softball Tournament.

Then, of course, the Base flag football season is underway. And the handball season is coming up -- and I can't forget the horseshoe tourneys that will begin soon.

One of my most trying problems at the moment is the fact that when I go out on a job, I'm having an increasingly hard time trying to remember what I'm going to be watching.

I've got it down to a system now -- when the men are hitting a ball with a stick, it's softball; when they run stealing ribbons from each other, it's flag football; and when they hit a ball with a stick but the ball is on the ground, then it's golf.

But no matter what else happens to be going on, the big thing right now at Camp Lejeune is Slow Pitch Softball. I hope a lot more people turn out to watch the games now that the stakes are getting a little higher, because the games are really fun to watch.

Next week at the All-Marine Tourney, the games will be at 1:30 and 6 p.m. Monday, 6 and 8 p.m. Tuesday, 6 p.m. Wednesday and 6 p.m. Thursday. Thursday's game will be followed by the contest between the California Cuties and the Camp Lejeune All-Stars.

I hope to see a lot of you sports fans out there -- and even if you're not a sports fan, you can still come out to root for the Lejeune teams.

## ⬛⬛⬛⬛⬛ By GySgt. Mel Miller ⬛⬛⬛⬛⬛
# From Tee to Green

Results from the Ladies Golf Association show Dottie Givens as the "A" Flight winner and Edna Maxwell edging Sybil Patterson for "B" Flight honors. Bea Tutor won over Joanne Sulik in "C" Flight and Susan Hill took first place in "D" Flight. The July "Ace of the Month" award goes to Sue Mancari.

On Tuesday, the WGA will hold an Ace of Aces Tournament. All monthly winners since last April will be competing for the top prize. An election of officers for the next year was held and the following new officials will head the WGA: president, Shirley Ward; vice-president, Juanita David; tournament chairman, Pat Day; secretary, Sue Mancari; treasurer, Peg Davies; and publicity, Mary Cornwall.

The All-Camp Golf Tournament started yesterday and final results will be reported next week. According to reports from the MCB team, they should be favored to win, but there is still at least one other team that should give them a battle for first place.

First round pairings for the NCO Golf Association's two-man team match play event are posted on the bulletin board at the golf course. All participating players are urged to play their matches as quickly as possible. First round matches should be played by Aug. 19.

Request of the Week: The golf professional has asked that players using riding carts pay more attention to the trash receptacles on each tee. Most people using the carss assume that the rear of the carts are to be used as trash cans. The paper and cans that are left in the carts somehow find their way everywhere on the course except in the cans that are on every tee. Let's keep our course clear of all trash and cans.

## Teams tangle in Regionals

The East Coast Regional Slow Pitch Softball Tournament being hosted here began Tuesday evening and involved teams representing 2d Marine Division and Marine Corps Base.

The tourney was a best of three series with one game being played each night until completion. Next week's Globe will carry complete results of the tourney as well as an up-to-press-time report on the All-Marine Tournament which starts Monday at 1:30 p.m.

Representing Division in the East Coast Regionals were: W. E. Barker, player coach; M.W. Sperry; O.L. Thompson; J.N. Keene; S. P. Moscinski; J. W. Smythe; M. Kennedy; D. L. Wetzel; M. H. Boozer; J. Knapp; T. P. Truelove; P. Tullier; G. Singleton; T. N. Cason; and A. C. Zini, trainer coach.

Base representatives in the tourney were: T. A. Kersten; G. A. Owens; M. J. Calwell; J. M. Scott; G. A. Vossikul; T. F. Goreman; S. A. Anderson; J. J. Miller; S. A. Wiseman; G. L. McCourt; L. M. Johnson; A. L. Phynon; R.C. Petit; and L.K. Cook.

# Hospital stops H&S Bn., 12-0

In a penalty filled game Thursday afternoon, Naval Hospital overcame a determined second half attack by H&S Bn. to defeat them 12-0 in Base intramural flag football action.

Naval Hospital took the opening kick-off, but after two completed passes were unable to move the ball and were forced to punt.

On the first play from scrimmage for H&S Bn., Harold Critchfield of the Hospital intercepted a Steve Bailey pass to put the Naval Hospital in excellent scoring position.

About half-way through the first half of play, Dee Reed took a Critchfield pass and scored the touchdown. The extra point attempt was no good and the score stood 6-0.

With H&S Bn. back in control of the ball, a series of penalties forced a turnover. Naval Hospital couldn't move it either and the ball went back to H&S Bn.

With less than two minutes left to play in the game, Terry Hoffman intercepted another Bailey pass for Naval Hospital and the clock ran out before any more scoring took place.

In the second half of the game, H&S Bn. took the kick-off and a new quarterback, Marshall Morton led the attack. After moving the ball well for several downs, with pass completions to Charles Fisher and Joseph Cooke, the drive bogged down. H&S Bn. was forced to give up the ball after failing to make a fourth down play.

Neither Naval Hospital nor H&S Bn. could move the ball in the next series. H&S Bn. punted to Naval Hospital after recovering their own fumble.

In the last series, Naval Hospital began moving the ball well, and with less than a minute left to play, a Critchfield pass scored the second and final touchdown of the game. The final score was Naval Hospital, 12, H&S Bn., 0.

**August 10, 1972**      **Globe**      7

Case 7:23-cv-00897-RJ     Document 362-20     Filed 04/29/25     Page 12 of 13

# 1/8 crushes Slow Pitch foes

In Division Slow Pitch Softball Action last week, 1-8 trounced 10th Marines by a 12-2 score Friday morning for the Division title in prelude to the East Coast Regionals being held this week.

In semi-final action Thursday, 10th Marines squeaked by Hq. Bn. 5-4 for a spot in the finals while 1-8 walloped 2d Shore Party Bn. 30-4 in their game.

In the first game, 10th Marines withstood a last inning rally by Hq. Bn to remain in contention. They scored four of their five runs in the third inning on five hits.

John Gray, 10th Marines pitcher, lined a single to right and Walter Shupe, shortstop, added another single to center. Sandwiched between those hits were back-to-back home runs by Larry Jones, center fielder, and Jerry Singleton, third baseman.

It wasn't until the seventh inning that Hq. Bn. came alive and exploded for four runs to tie the game. Two singles to center, by Paul Tullier, first baseman, and Dave Beckley, third baseman, started off the inning. Walter Richardson, followed with a double and an error allowed the runs to score. Two more errors and a single by catcher, Tony Valentinoe added the final run.

Not to be outdone, 10th Marines scored the winning run in their half of the seventh, on singles by Joe Snyder, left fielder, and Larry Jones and one error on Hq. Bn.

That win enabled 10th Marines to advance to the championship game which was played last Friday.

In the second game of the day, 1-8 faced 2d Shore party Bn. for a berth in the finals.

It was 1-8's game from the first inning,when they exploded for five runs and an early lead. There were four doubles involved in the scoring by Mark Kennedy, right fielder, John Smythe, shortstop, Buddy Tillett, short fielder, and Steve Moscinski, third baseman.

In the second inning, 1-8 added two more runs to their total on singles by Mike Boozer, pitcher and Smythe and an error.

The third inning showed more of the same as hits and errors abounded and 1-8 tallied nine more runs. Oliver Thompson, center fielder, and Smythe lined triples into the outfield, while Kennedy contributed to the cause with a single. Seven errors by Shore Party were also helpful to the 1-8 inning.

In the top of the fourth inning, 2d Shore Party Bn. scored one of their two runs on an error and a single by Moore, the pitcher.

The fourth inning for 1-8 was more of what they had been doing before. Singles by Smythe and Moscinski, a double by Tillett and a triple by Ted Cason, catcher, were responsible for seven more 1-8 runs.

Bill Barker, center fielder, hit a home run in the fifth inning to highlight a four run inning for 1-8. A double by Kennedy, triple by Dave Wetzel, first baseman, and single by Smythe also figured in the scoring.

The final scoring for 1-8 came in the sixth inning on singles by Kennedy and Smythe and a double by Wetzel.

Shore Party scored their final three runs in the seventh inning on singles by Moore, John Westrich, short fielder, and Jim Meyer, right fielder and an error.

The championship game of the series matched 1-8 and 10th Marines, with 1-8 overrunning the 10th Marines team by a 12-2 margin.

The game started out with 10th Marines drawing first blood in the first inning on singles by Joe Snyder, short fielder, Bill Fritsch, first baseman, and Walter Shupe, shortstop.

In the second inning, 1-8 came alive and scored four runs to begin their rout. Singles by Tillett, Oliver Thompson, right fielder, and Boozer, plus an error figured in the scoring.

Tenth Marines came back with another run in the third inning a double by Larry Jones, center fielder and two sacrifices.

It wasn't enough however as 1-8 came back with another run in the third on singles by Barker and Tillett.

The fifth inning really broke the game open though, as 1-8 exploded for six more runs on singles by Wetzel, Smythe, Tillett and John Herndon, second baseman, and four errors.

The final run of the game came in the sixth inning on a single by Smythe and an error.

Division then selected an All Star team to compete in the East Coast Regionals now going on.



## GLOBE SPORTS

Thursday, August 10, 1972

## Swimmers place in tourneys

Camp Lejeune's two qualifiers in the Region III Junior Olympic Swimming Championships made the finals in all events entered. Dale Floyd, 12, took a silver medal in the Junior Women's 100 Meter Fly and an eighth in the 200 Meter Individual Medley, while Linda Hayes earned a Gold Medal in the Senior Women's Freestyle Relay, a fifth place in the 100 Meter Freestyle, a sixth place in the Senior Women's 100 Meter Fly, and sixth in the Senior Women's 200 Meter Individual Medley.

The two Devilfish swam against champions from six Southern states, with Dale qualifying as alternate for the Junior Women's Butterfly position on the Region III Junior Olympic Swimming team. Gold medalists in the individual events at the Asheville Region III meet will go on to the National Junior Olympic Championship in Spokane, Wash.

In a field of 15 teams Virginia and North Carolina, including entries from N.C. State University, Camp Lejeune's Devilfish Swim Team placed 5th overall in the Seymour Johnson AFB Invitational, held last weekend.

For two days a field of 400 swimmers battled for the top six positions in each event. Lejeune's Dale Floyd, 12, tallied up an individual score of 28 points. Linda Hayes, 15, tallied up 12 points, Nina Richards, 8, scored 10 points, with Karen Hampton, 8, and Robin Floyd, 14, both adding points to the team totals.

Of 20 Devilfish Relay Teams entered, half placed in the coveted top six to tally up 52 points: Boys 10 and under - 5th - Alan Abraham, John Fleming, Kevin House, Willie Richards; Boys 11-12 - 4th - Louie Abraham, Mike Hayes, Pat Richards, Andre Leerdam; Girls 11-12 - 4th and 5th - Lisa Widener, Barbara Cone, Anne Leva, Dale Floyd; Boys 13-14 - 5th Vince Abraham, Tom Richards, Jim McNeive, Mike Leva; Girls 13-14 - 3d and 4th - Kathy Hayes, Kathy Widener, Robin Floyd, Nancy Widener; Boys 15-17 - 3rd and 4th - Mark Stotka, Fred Wilkerson, Scott Eriksen, Steve Eriksen.

Anyone interested in AAU Competitive Swimming, whether it be Age - Group, Senior Circuit, or the New Master's Program for swimmers aged 25 - 34, 35 - 44, and 45 and over, should contact the coaches at the Area 5 pool, 1630 - 1830 hrs. The Devilfish compete in a 12 month program.

## SPORTS SHORTS

### GREEN FEES SET

A reciprocal agreement for golf greens fees between Cherry Point and Quantico with Camp Lejeune has been established. Anyone having a valid monthly greens fee ticket is entitled to play on that pass at either Quantico or Cherry Point.

### CAMPERS HOLD CONVENTION

The Stragglers Camping Club recently returned from Indiana where they met with 35,000 other members of the National Campers and Hikers Association in a week long annual convention. The Club members met families from all 50 States, plus Canada and Europe. The next camp-out is planned for Aug. 18-20 when the club members will travel to Myrtle Beach, S.C. Anyone interested in joining the club may do so by contacting GySgt. H.R. Arthur at 353-0221 or by attending the next meeting of the club at 7:30 p.m. Aug. 17 at Marston Pavilion.

### FOOTBALL STARTS SOON

Any Base unit desiring to enter a tackle football team in the 1972 Base Intramural Tackle Football League is advised that a letter of entry including names of team members must be submitted to the Athletic Director, Base Special Services no later than Aug. 28. A negative reply is requested from all units not wanting to participate.

### BOWLING LEAGUE OPENS

The Wednesday night Officers Bowling League has announced that it has openings for three, five-man teams. For more information, contact Lt Col. R. Kargol at ext. 2119-3161 by Wednesday.

### KARATE MEETING SET

The Camp Lejeune Karate Association will hold its monthly meeting Wednesday evening at 7 p.m. at the Force Troops Gym. All club members and those interested in joining are invited to attend the meeting. Both Issenryu and Shorenryu forms of karate are involved.

### SHOOTERS HIT TARGETS

LCpl. G.G. Rzvard, K Co., 3-8, topped shooters on the Rifle Range last week with a score of 239-250. On the Pistol Range, the leader was PFC J.D. Lowry, Hq. Bn., 2d Division, firing a 372-400.



## Boatmen meet in weekend race

An inaugural regatta was held at the Wallace Creek Boathouse July 22-23 when three classes were involved in 18 races.

In the most competitive race, the Lightning class, there were six boats and six races with the competitors trading boats after each race.

Winner in the event was Bob Hempel with Mike Parker coming in second and Dick Anderson rounding out the winner at third place.

The second race saw the Rebel class competition involving eight boats and six races with the boats being selectively rotated.

Tom MacDermant topped the field of competitors with Lonnie Neal in second place and Brad Belkonen finishing third.

The final race pitted the Sunfish class boats against each other with six boats and six races with no rotation.

Placing first in the competition was Darris Kanavel while Tony Farguson took second and Gerry Mellon finished in third place.

## Anglers due for renewal

Fishing licenses for the 1972-73 season went on sale recently for those anglers who wish to hook the big ones aboard the Base.

The licenses can be picked up at the Base Game Warden's Office, Bldg. 4002, in Midway Park, Monday through Friday from 7:30 a.m. to 1:30 p.m. Cost of the license is $1 for the fishing license and $2 for the combined fishing and hunting license.

For fishing board the base, a State or County fishing license is also required.

Case 7:23-cv-00897-RJ    Document 362-20    Filed 04/29/25    Page 13 of 13