# EXHIBIT 20



January 21, 2025

**VIA EMAIL -- Hanley.W.Gibbons@usdoj.gov**

Hanley W. Gibbons
Trial Attorney
U.S. Department of Justice
Environmental Torts Litigation

*Re: In re Camp Lejeune – Expert Reliance Materials – Dr. Kyle Longley*

Counsel,

This letter is both an amendment to PLG's deficiency response letter dated January 16, 2025, and a supplement to Dr. Kyle Longley's reliance materials for his January 13, 2025 rebuttal report.

As you know, Dr. Longley issued two reports; his initial expert historian report dated December 7, 2024; and his rebuttal report dated January 13, 2025 (which addressed the report by Defendant's expert historian Dr. Brigham).

PLG provided a reliance list with 198 items for his December 7, 2024 report and a second reliance list with 36 items for his January 13, 2025 rebuttal report. PLG has also produced information and materials listed in those reliance lists such as the "water babies" video footage. (*See* Item 154 on first reliance list, BATES CL_PLG-EXPERT_LONGLEY_0000000009 - 10).

Over the weekend, Dr. Longley did locate some notes from his call with Allan Howard dated August 30, 2024, which amends item 127 on the reliance list for the December 7, 2024 report. In that regard, item 127 in Table 1 that was sent on January 16, 2025 is hereby amended and attached to this letter as Amended Tab 1. (*See* CL_PLG-EXPERT_LONGLEY_0000000014).

Also being produced are Dr. Longley's call notes from conversations with Mike Partain and Jerry Ensminger dated January 7, 2025, and an email to Dr. Longley dated January 14, 2025, previously listed as items 2 and 3 in the reliance list for Dr. Longley's January 13, 2025 rebuttal report. (*See* CL_PLG-EXPERT_LONGLEY_0000000011 – 13 and CL_PLG-EXPERT_LONGLEY_0000000015 -16).

The aforementioned files have been uploaded to the Parties' shared CL - Plaintiffs' Productions folder on JEFS.

Respectfully,
Bell Legal Group

*J Edward Bell*

Ed Bell

Attachment: As stated (Amended Table 1)

**Amended TAB 1 -- Notes on Longley Reliance Materials, 12/7/24 Report**

| Reliance List No. | Document | Deficiency / Solution |
|---|---|---|
| 2 | "Average Price of a Car in 1965," Worldmetrics, July 24, 2024, https://worldmetrics.org/average-cost-of-a-car-in-1965/. | Deficiency: The link no longer works for Worldmetrics.<br>Solution: Original cite was to: "Average Price of a Car in 1965," *Worldmetrics*, July 24, 2024, https://worldmetrics.org/average-cost-of-a-car-in-1965/ [accessed 27 September 2024]. Cite was to support this sentence: "The average price of a car in the 1960s was $2,650 with additional costs, including $50/month for insurance, maintenance, and gasoline." A check on the Internet Wayback Machine reflects the Worldmetrics site went offline at the end of 2024.[1] Accordingly, please see these substitute sources: Micheline Maynard, 'Mad Men' And The Glory Of Mid-1960s Cars, Forbes, March 22, 2012 (in 1960s "[t]he average new vehicle cost $2,650").[2] *See also* US Department of Energy, Fact #741: August 20, 2012 Historical Gasoline Prices, 1929-2011 (stating that Average Annual Retail Price of Gasoline for 1965 was 30 cents/gallon).[3] |
| 9 | The Camp Lejeune Globe, Camp Lejeune, N.C., 2 Aug. 1944. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[4] |
| 11 | The Camp Lejeune Globe, Camp Lejeune, N.C., 24 April 1952. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[5] |
| 12 | The Camp Lejeune Globe, Camp Lejeune, N.C., 26 June 1952. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[6] |
| 14 | The Camp Lejeune Globe, Camp Lejeune, N.C., 8 Oct. 1953. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[7] |
| 15 | The Camp Lejeune Globe, Camp Lejeune, N.C., 3 May 1957. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[8] |

---

[1] https://web.archive.org/web/20241015000000*/https://worldmetrics.org.
[2] https://www.forbes.com/sites/michelinemaynard/2012/03/22/mad-men-and-the-glory-of-mid-1960s-cars/#:~:text=The%20average%20new%20vehicle%20cost,assembly%20line%20in%20the%20afternoon.
[3] https://www.energy.gov/eere/vehicles/fact-741-august-20-2012-historical-gasoline-prices-1929-2011.
[4] https://digital.ncdcr.gov/documents/detail/463294?item=463303.
[5] https://www.dvidshub.net/publication/issues/62695.
[6] https://www.dvidshub.net/publication/issues/62686.
[7] https://www.dvidshub.net/publication/issues/62598.
[8] https://www.dvidshub.net/publication/issues/62383.

| | | |
|---|---|---|
| 16 | The Camp Lejeune Globe, Camp Lejeune, N.C., 10 May 1957. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[9] |
| 17 | The Camp Lejeune Globe, Camp Lejeune, N.C., 19 May 1960. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[10] |
| 19 | The Camp Lejeune Globe, Camp Lejeune, N.C., Photo, Tarawa Terrace II Track Meet, 8 Feb. 1962. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[11] |
| 20 | The Camp Lejeune Globe, Camp Lejeune, N.C., 14 Feb. 1963. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[12] |
| 21 | The Camp Lejeune Globe, Camp Lejeune, N.C., 11 July 1963. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[13] |
| 23 | The Camp Lejeune Globe, Camp Lejeune, N.C., 6 Jan. 1966. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[14] |
| 24 | The Camp Lejeune Globe, Camp Lejeune, N.C., 19 May 1966. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[15] |
| 25 | The Camp Lejeune Globe, Camp Lejeune, N.C., 25 Aug. 1966. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[16] |
| 26 | The Camp Lejeune Globe, Camp Lejeune, N.C., 9 March 1967. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[17] |
| 27 | The Camp Lejeune Globe, Camp Lejeune, N.C., 28 July 1967. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[18] |
| 28 | The Camp Lejeune Globe, Camp Lejeune, N.C., 31 Jan. 1969. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[19] |

---

[9] https://www.dvidshub.net/publication/issues/62384.
[10] https://www.dvidshub.net/publication/issues/61960.
[11] https://www.dvidshub.net/publication/issues/61701.
[12] https://www.dvidshub.net/publication/issues/61568.
[13] https://www.dvidshub.net/publication/issues/61497.
[14] https://www.dvidshub.net/publication/issues/61213.
[15] https://www.dvidshub.net/publication/issues/61193.
[16] https://www.dvidshub.net/publication/issues/61180.
[17] https://www.dvidshub.net/publication/issues/61119.
[18] https://www.dvidshub.net/publication/issues/61098.
[19] https://www.dvidshub.net/publication/issues/60926.

| | | |
|---|---|---|
| 29 | The Camp Lejeune Globe, Camp Lejeune, N.C., 2 Jan. 1970. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[20] |
| 30 | The Camp Lejeune Globe, Camp Lejeune, N.C., 6 Feb. 1970. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[21] |
| 31 | The Camp Lejeune Globe, Camp Lejeune, N.C., 2 July 1970. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[22] |
| 35 | The Camp Lejeune Globe, Camp Lejeune, N.C., 18 July 1974. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[23] |
| 37 | The Camp Lejeune Globe, Camp Lejeune, N.C., 4 May 1977. | Deficiency: No bates number provided.<br>Solution: It appears this citation in the reliance list was mistaken. |
| 38 | The Camp Lejeune Globe, Camp Lejeune, N.C., 9 June 1977. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[24] |
| 39 | The Camp Lejeune Globe, Camp Lejeune, N.C., 16 June 1977. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[25] |
| 40 | The Camp Lejeune Globe, Camp Lejeune, N.C., 30 June 1977. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[26] |
| 41 | The Camp Lejeune Globe, Camp Lejeune, N.C., 8 Sept. 1977. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[27] |
| 42 | The Camp Lejeune Globe, Camp Lejeune, N.C., 15 Sept. 1977. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[28] |
| 43 | The Camp Lejeune Globe, Camp Lejeune, N.C., 29 Sept. 1977. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[29] |
| 44 | The Camp Lejeune Globe, Camp Lejeune, N.C., 6 Oct. 1977. | Deficiency: No bates number provided. |

---

[20] https://www.dvidshub.net/publication/issues/60811.
[21] https://www.dvidshub.net/publication/issues/60806.
[22] https://www.dvidshub.net/publication/issues/60785.
[23] https://www.dvidshub.net/publication/issues/60294.
[24] https://www.dvidshub.net/publication/issues/60113.
[25] https://www.dvidshub.net/publication/issues/60112.
[26] https://www.dvidshub.net/publication/issues/60110.
[27] https://www.dvidshub.net/publication/issues/60100.
[28] https://www.dvidshub.net/publication/issues/60099.
[29] https://www.dvidshub.net/publication/issues/60097.

|  |  | Solution: Document is publicly available online.[30] |
|---|---|---|
| 45 | The Camp Lejeune Globe, Camp Lejeune, N.C., 27 Oct. 1977. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[31] |
| 46 | The Camp Lejeune Globe, Camp Lejeune, N.C., 11 May 1978. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[32] |
| 49 | The Camp Lejeune Globe, Camp Lejeune, N.C., 10 July 1980. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[33] |
| 50 | The Camp Lejeune Globe, Camp Lejeune, N.C., 18 June 1981. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[34] |
| 51 | The Camp Lejeune Globe, Camp Lejeune, N.C., 1 July 1981. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online. However the cite should be corrected to 7/9/81 not 7/1/81. See report p. 28.[35] |
| 52 | The Camp Lejeune Globe, Camp Lejeune, N.C., 2 July 1981. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[36] |
| 53 | The Camp Lejeune Globe, Camp Lejeune, N.C., 24 June 1982. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[37] |
| 54 | The Camp Lejeune Globe, Camp Lejeune, N.C., 5 May 1983. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[38] |

---

[30] https://www.dvidshub.net/publication/issues/60096.
[31] https://www.dvidshub.net/publication/issues/60047.
[32] https://www.dvidshub.net/publication/issues/59993.
[33] https://www.dvidshub.net/publication/issues/59691.
[34] https://www.dvidshub.net/publication/issues/59564.
[35] https://www.dvidshub.net/publication/issues/59562.
[36] https://www.dvidshub.net/publication/issues/59560.
[37] https://www.dvidshub.net/publication/issues/59412.
[38] https://www.dvidshub.net/publication/issues/64474.

| | | |
|---|---|---|
| 55 | The Camp Lejeune Globe, Camp Lejeune, N.C., 25 Aug. 1983. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[39] |
| 56 | The Camp Lejeune Globe, Camp Lejeune, N.C., 16 Aug. 1984. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[40] |
| 57 | The Camp Lejeune Globe, Camp Lejeune, N.C., 10 April 1986. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[41] |
| 58 | The Camp Lejeune Globe, Camp Lejeune, N.C., 8 May 1986. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[42] |
| 60 | The Camp Lejeune Globe, Camp Lejeune, N.C., 15 Oct. 1987. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[43] |
| 61 | The Camp Lejeune Globe, Camp Lejeune, N.C., 4 Aug. 1988. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[44] |
| 62 | The Camp Lejeune Globe, Camp Lejeune, N.C., 19 July 1990. | Deficiency: No bates number provided.<br>Solution: Document is publicly available online.[45] |
| 107 | Email from Charity Delaney to Jason Saunter, 20 Aug. 2014. | Deficiency: No bates number provided.<br>Solution: We have this supplemental information: Document: Aug 20 2014 reference FW ATSDR requests for CL voc exposure pathways (ATSDR info_req_062514-1).msg. Bates: CLJA_ATSDR_8RFP_0000000029-30. |
| 108 | Email from Charity Delaney to Jason Sautner (ATSDR), 24 July 2014. | Deficiency: No bates number provided.<br>Solution: Document: 23-01054 Item 8.pdf. Bates: CLJA_ATSDR_8RFP_0000000003. |

---

[39] https://www.dvidshub.net/publication/issues/59309.
[40] https://www.dvidshub.net/publication/issues/59243.
[41] https://www.dvidshub.net/publication/issues/58868.
[42] https://www.dvidshub.net/publication/issues/58864.
[43] https://www.dvidshub.net/publication/issues/58564.
[44] https://www.dvidshub.net/publication/issues/63699.
[45] https://www.dvidshub.net/publication/issues/58041.

| | | |
|---|---|---|
| 112 | U.S. Marine Corps, Black Marines Reference Collection, 5958, A/33/K/3/3 Box 3 of 6. | Deficiency: Not produced, unable to identify source.<br>Solution: The author states that John Lyles, head of the reference center, can provide more information as these are readily available vis-à-vis the finding aid and in the archives themselves. Further, it is noted that the sentence that this cited reference is supporting states: "It was a period of challenges and unrest on bases including Camp Lejeune, as race riots swept the base in July 1969, reflecting divisions in society boiling over during that historical period." For that we suggest the following substitute cites if accessing the primary document proves too difficult: *E.g., see* Wikipedia entry: "The Camp Lejeune incident refers to the outbreak of hostilities between black and white enlisted Marines at an NCO Club near the United States Marine Corps' Camp Lejeune in North Carolina, on the evening of July 20, 1969. It left a total of 15 Marines injured, and one, Corporal Edward E. Blankston, dead. It was subsequently investigated by the military and led to widespread changes in military race relations and policy." Available online at https://en.wikipedia.org/wiki/Camp_Lejeune_incident (last accessed Jan. 14, 2025). |
| 119 | U.S. Marine Corps, "Master Plan for the Development and Utilization of the Camp Lejeune Area," 24 March 1970 [CLJ0257940]. | Deficiency: Not a valid bates number.<br>Solution: Document: M67001_000367.pdf. Bates: CLJA_LANTDIV-0000041587-41657. |
| 124 | U.S. Marine Corps, "United States Marine Guidebook of Essential Subjects," U.S. Marine Corps Institute, 1983. | Deficiency: Not produced, unable to locate in public domain.<br>Solution: The citation was to support the following text: "A Marine manual emphasized something similar: 'A program of regular, vigorous and progressive physical training results in an increase in work efficiency, self-confidence, and personal as well as unit pride.' The manual argued that cardiovascular training, with a focus on stamina for 'prolonged activity of a moderate tempo,' combined with strength work to manipulate, at the minimum, the weight of the individual ensured longer lives and the 'ability to march long distances with heavy loads or to work long hours and still maintain the reserve to carry on in an emergency.'" To the extent the 1983 document is not available, the facts can be corroborated by oral historians e.g. Ensminger and Partain. The book is available at Amazon with a cover as follows: |

| | | |
|---|---|---|
| | | <br>Available via amazon.com |
| 125 | U.S. War Department, "FM 21-10: War Department Field Manual: Military Sanitation." U.S. War Department, 1945. | Deficiency: Not produced, unable to locate in public domain.<br>Solution: Document: FM21_10_1945.pdf. Bates: CLJA_ARMYFH_0000000579-832. The document is also available online and has this appearance: |

| | | |
|---|---|---|
| | | Available via amazon.com |
| 126 | Wilber, Kendrick, Workman & Warren, Inc., "Fast Food Conceptual Study for Enlisted Dining Facilities: Marine Corps Base, Camp Lejeune, North Carolina," 3 June 1985, 13. | Deficiency: Not produced, unable to locate in public domain.<br>Solution: Document: 5066_0001101-071-001.pdf. Bates: CLJA_WATERMODELING_07-0001287808-1288076. |
| 127 | Howard, Allan. Oral History by author via Zoom, 30 Aug. 2024. | Deficiency: Not produced<br>Solution:. CL_PLG-EXPERT_LONGLEY_0000000014. In addition to writing information directly into his report, Dr. Longley did locate some notes from his Zoom with Mr. Howard. |
| 143 | U.S. Marine Corps, "Nixon's Visit to Camp Lejeune," 30 October 1971, U.S. Marine Corps Film Repository, Research Collections, Univ. of South Carolina. | Deficiency: Not found within specified source.<br>Solution: If the media related to the Nixon visit are not readily available, we can withdraw any reference to the Nixon visit. We note that other documented presidential visits to the base included: "Franklin D. Roosevelt - Dec. 18, 1944. Franklin D. Roosevelt became the first U.S. president to visit Marine Corps Base Camp Lejeune just months before his death from a cerebral hemorrhage at the age of 63… John F. Kennedy - April 14, 1962. John F. Kennedy became the second U.S. president to visit Camp Lejeune when in 1962 he observed units of 2nd Marine Division, 2nd Marine Aircraft Wing and additional troops conduct an amphibious landing demonstration at Onslow Beach. Ronald Reagan - Nov. 4, 1983. On a somber, dreary fall day in 1983, President Reagan attended a memorial service remembering the lives lost in the Oct. 23, 1983 bombing of Marine Corps barracks in Beirut, Lebanon. Calvin Shomaker, U.S. Presidents who visited Camp Lejeune while in office, The Daily News, Sept. 4, 2020, available at https://www.jdnews.com/news/u-s-presidents-who-visited-camp-lejeune-while-in-office/article_38787c91-67f4-5dfc-8ed4-366617b67731.html (last accessed Jan. 14, 2025). |

| | | |
|---|---|---|
| 145 | U.S. Marine Corps, Photographs of POW Training, P&S: Camp Lejeune, NC-CLNC/POW School, U.S. Marines Archive, Quantico, VA. | Deficiency: Not produced, unable to identify source.<br>Solution: The citation was for this sentence: "Many received training on how to behave if captured, a problem dating back to the Korean War." We hereby withdraw the sentence, as in any event it is not necessary to the report. |
| 148 | Oral history, Retired Master Sergeant Jerry Ensminger. | Deficiency: Not produced.<br>Solution: Dr. Longley spoke with Retired Master Sergeant Jerry Ensminger and wrote the information directly into his report. |
| 154 | Water babies videos. | Deficiency: Not produced, unable to identify source.<br>Solution: BATES CL_PLG-EXPERT_LONGLEY_0000000009 – 10. PLG provided to DOJ a copy of the "water babies" video footage on January 16, 2025.<br>. |

**Amended TAB 1 -- Notes on Longley Reliance Materials, 12/7/24 Report**

| [155] Not Identified | Medic Treating Marine with Foot Blisters on page 36 of the Report. | Deficiency: No source or bates provided.<br>Solution: The blisters image is on page 6 of this Globe issue: The Globe, Camp Lejeune, N.C., Vol. 17, No. 42, Oct. 19, 1961, Bates 00897_PLG_0000048348 to 48359. Available also at https://www.dvidshub.net/publication/issues/61746 (last accessed Jan. 14, 2025). |
|---|---|---|