# EXHIBIT 21

# Proposed Sealed Document