# EXHIBIT 22

# Proposed Sealed Document