# EXHIBIT 23

# Proposed Sealed Document