# EXHIBIT 24

# PLACEHOLDER
# Manual Filing Requested