# EXHIBIT 25

ERRATA SHEET – 12/7/24 REPORT.

With regard to my expert report dated 12/7/24, I make the following corrections:

1. The citation to President Nixon visiting Lejeune is incorrect and should be deleted. Report p. 13 & n. 26, and reliance list number 143.

2. At page 10, the photo caption reading "Water Treatment Plant near Holcomb Boulevard, 1960s" should read "Water Treatment Plant near Holcomb Boulevard."

3. At page 34, the photo caption reading "Marines fill water buffalo, Hadnot Point" should read "Demonstrative photo of water buffalo."

Dated: 4/3/25

_____
Kyle Longley, Ph.D.

EXHIBIT 28
WIT: Longley
DATE: 4/3/2025
Pamela Cotten, CSR, RDR