IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

| | |
|---|---|
| IN RE: | |
| CAMP LEJEUNE WATER LITIGATION | NOTICE OF FILING—PURSUANT TO LOCAL RULE 79.2 AND ELECTRONIC CASE FILING ADMINISTRATIVE POLICIES AND PROCEDURES MANUAL (V)(G)(1)(E) |
| This Document Relates To: | |
| ALL CASES | |

    The United States files this Notice of Filing pursuant to Local Rule 79.2 and Electronic Case Filing Administrative Policies and Procedures Manual (V)(G)(1)(e) and states that the documents filed at D.E. 362, **Exhibit 21**, Jan. 7, 2025 Interview with Jerome Ensminger, **Exhibit 22**, Aug. 30, 2024 "Oral History" of Allan Howard, and **Exhibit 23**, Jan. 7, 2025 "Oral History" of Mike Partain, have been designated as "confidential" by Plaintiffs' Leadership Group ("PLG") pursuant to the Second Amended Stipulated Protective Order (Case Management Order No. 15), (D.E. 266), and thus presumably contain confidential and/or sensitive information.

[*Signature page to follow.*]

Dated: April 29, 2025                Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General,
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General,
Torts Branch

J. PATRICK GLYNN
Director,
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Unit

ADAM BAIN
Special Litigation Counsel

HANLEY GIBBONS
SARA MIRSKY
SHARON SPRAYREGEN
Trial Attorneys

*/s/ Cindy M. Hurt*
CINDY M. HURT
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation
1100 L Street, NW
Washington, DC 20005
(202) 307-5788
Fax (202) 616-4473
Cindy.M.Hurt@usdoj.gov
Virginia Bar No. 86826

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Attorneys for Defendant,*
*United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2025, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

*/s/ Cindy M. Hurt*
CINDY M. HURT