IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:23-CV-897

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | MOTION FOR LEAVE TO FILE |
| CAMP LEJEUNE WATER LITIGATION | ) | MANUALLY—PURSUANT TO |
| | ) | LOCAL RULE 5.1(F)(1) AND |
| | ) | ELECTRONIC CASE FILING |
| This Document Relates To: | ) | ADMINISTRATIVE POLICIES |
| ALL CASES | ) | AND PROCEDURES MANUAL |
| | ) | (V)(A)(2)(B) |

Pursuant to Local Rule 5.1(f)(1) and Electronic Case Filing Administrative Policies and Procedure Manual (V)(A)(2)(B), the United States respectfully seeks permission to file manually an exhibit to D.E. 362. **Exhibit 24**, Video of Mar. 10, 2025 "Oral History" of Jerome Ensminger and Mike Partain, is not capable of being filed electronically because it contains a video file. In accordance with the Federal Information Security Modernization Act of 2014, the Department of Justice would like to provide this file to the Court on an encrypted DVD or drive. *See* Pub. L. No. 113–283; §§ 3551–3558, 128 Stat. 3073, 3073-3088. The United States' Proposed Order is attached as Exhibit 1.

[*Signature page to follow.*]

Dated: April 29, 2025

Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General,
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General,
Torts Branch

J. PATRICK GLYNN
Director,
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Unit

ADAM BAIN
Special Litigation Counsel

HANLEY GIBBONS
SARA MIRSKY
SHARON SPRAYREGEN
Trial Attorneys

*/s/ Cindy M. Hurt*
CINDY M. HURT
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation
1100 L Street, NW
Washington, DC 20005
(202) 307-5788
Fax (202) 616-4473
Cindy.M.Hurt@usdoj.gov
Virginia Bar No. 86826

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Attorneys for Defendant,*
*United States of America*

# CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2025, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

*/s/ Cindy M. Hurt*
CINDY M. HURT