# EXHIBIT 4

# General Causation Expert Report of Steven B. Bird, MD

# Bladder Cancer

**Prepared by:**

_____

Steven B. Bird, MD
6 Laurel Ridge Ln
Shrewsbury MA 01545

December 9, 2024

# Contents

I. Qualifications ................................................................................................................ 5
II. Methodology ................................................................................................................ 6
III. "As Likely as Not" Standard ....................................................................................... 7
IV. Summary of Opinions .................................................................................................. 8
V. The Chemicals Found at Camp Lejeune That CAN Cause Cancer ..................................... 12
   A. The chemicals at Camp Lejeune Generally ................................................................ 12
      1. Chlorinated ethylene organic solvents (TCE, PCE, vinyl chloride, and their relatives) 13
   B. The particular carcinogens present at camp Lejeune ..................................................... 14
      1. Perchloroethylene (PCE) ........................................................................................ 14
      2. Trichloroethylene (TCE) ........................................................................................ 15
      3. Benzene ............................................................................................................... 15
      4. Vinyl Chloride ...................................................................................................... 16
   C. Mechanisms of toxicity ............................................................................................. 17
      1. PCE and bladder cancer ......................................................................................... 17
      2. TCE and bladder cancer ......................................................................................... 17
      3. Benzene and bladder cancer ................................................................................... 18
      4. Vinyl chloride and bladder cancer .......................................................................... 19
VI. Chemical Contamination in the Water at Camp Lejeune Spanned Decades ......................... 20
   A. Hadnot Point: TCE Contamination ............................................................................ 20
   B. Hadnot Point: Benzene Contamination ...................................................................... 21
   C. Hadnot Point: PCE CONTAMINATION ................................................................... 21
   D. Tarawa Terrace: TCE Contamination ........................................................................ 22
   E. Tarawa Terrace: PCE Contamination ........................................................................ 22
   F. Holcomb Boulevard .................................................................................................. 23
   G. Risk Assessments ..................................................................................................... 23
      1. Risks based on CREG limits underrepresent actual cancer risk ................................. 23
      2. Theoretical risks are grounded in conservative assumptions ..................................... 24
      3. Human epidemiology provides superior evidence .................................................... 24
      4. The limited relevant data from risk assessment in this case supports the conclusion that the toxins at Camp Lejeune are hazardous to human generally and can cause bladder cancer 25

| | | |
|---|---|---|
| VII. | Routes of Exposure to These Chemicals | 26 |
| | A. In general | 26 |
| | B. Absorption via ingestion | 28 |
| |    1. TCE | 28 |
| |    2. PCE | 29 |
| |    3. Benzene | 30 |
| |    4. Vinyl chloride | 30 |
| | C. Absorption via inhalation | 31 |
| |    1. TCE | 31 |
| |    2. PCE | 31 |
| |    3. Benzene | 32 |
| |    4. Vinyl chloride | 32 |
| | D. Absorption via dermal exposure. | 33 |
| |    1. TCE | 33 |
| |    2. PCE | 33 |
| |    3. Benzene. | 34 |
| |    4. Vinyl chloride. | 34 |
| VIII. | Literature Review | 34 |
| | A. Occupational Studies | 34 |
| | B. Water-Contamination Studies | 35 |
| |    1. Aschengrau et al., 1993, Cancer risk and tetrachloroethylene-contaminated drinking water in Massachusetts | 35 |
| | C. Evidence from Camp Lejeune studies Confirms That These Chemicals Cause Bladder Cancer at Detected Concentrations | 37 |
| |    1. ATSDR 2018 Study: Morbidity Study of Former Marines, Employees, and Dependents Potentially Exposed to Contaminated Drinking Water at U.S. Marine Corps Base Camp Lejeune | 38 |
| |    2. Bove 2024b Study: *Cancer Incidence Among Individuals Exposed to Contaminated Drinking Water at Camp Lejeune* | 39 |
| |    3. Rosenfeld 2024 Study: *Camp Lejeune Marine Cancer Risk Assessment for Exposure to Contaminated Drinking Water From 1955 to 1987* | 40 |
| IX. | Other Relevant Considerations | 41 |
| | A. Carcinogenic Latency | 41 |
| | B. Additive and Synergistic Effects of Solvents and Toxins | 41 |

X.   Bradford Hill Analysis ........................................................................................................ 44
     A.   TCE ............................................................................................................................ 44
     B.   PCE ............................................................................................................................ 46
     C.   Benzene ...................................................................................................................... 48
     D.   Vinyl Chloride ........................................................................................................... 50
     E.   TVOC ......................................................................................................................... 52
XI.  Conclusion ........................................................................................................................ 54

known to cause bladder cancer.

In my opinion, the water at Camp Lejeune more likely than not causes bladder cancer—comfortably exceeding the at least as likely standard set forth by Congress. Furthermore, I believe that the quantitative risk of bladder cancer from exposure to the combination of TCE, PCE, vinyl chloride, and benzene is more likely than not additive or even higher.

## V. THE CHEMICALS FOUND AT CAMP LEJEUNE THAT CAN CAUSE CANCER

The major drinking-water contaminants of interest at Camp Lejeune are volatile organic chemicals (VOCs): mainly trichloroethylene (TCE) and tetrachloroethylene (also known as perchloroethylene or PCE), but also benzene and vinyl chloride (as well as other chemicals that I will not address in this report). All those except benzene are halogenated, short-chain aliphatic hydrocarbons (halocarbons) - benzene is an aromatic hydrocarbon.

### A. THE CHEMICALS AT CAMP LEJEUNE GENERALLY

To understand how exposure to the contaminated water at Camp Lejeune can cause bladder cancer, it's useful to consider how the underlying chemicals present can affect human health generally. TCE, PCE, benzene, and vinyl chloride are all organic solvents.

A solvent is a substance that dissolves another substance. While water is the most common solvent, a number of substances (especially those with oils as part of their make-up), do not dissolve well in water. Organic solvents are a class of solvents made up of chemical compounds - primarily carbon and hydrogen (hence the term "hydrocarbon") - sometimes combined with other elements (e.g., chlorine), are often used to aid this process. These solvents dissolve fat and oil easily. In turn, organic solvents are also able to dissolve in fat.

As a result of their ability to dissolve in fat (known as lipophilicity), organic solvents can permeate the human body. For example, organic solvents are uniquely able to affect the brain and nervous system by easily crossing the "blood brain barrier." This natural protective barrier separates circulating blood from the fluid from the brain, isolating the central nervous system from the rest of the body. Because of the substantial fatty component in skin, organic solvents are also easily absorbed through the skin.

Many organic solvents are volatile (easily evaporated), leading to possible exposure through inhalation. Where these solvents are present in the water supply, they can easily move into the air under conditions such as showering, dishwashing, or toilet flushing. They can also enter homes through groundwater in a process known as vapor intrusion.

Because TCE, PCE, benzene, and vinyl chloride are organic solvents, their presence in a primary water source, like at Camp Lejeune, can result in exposure through ingestion of food and water,