IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE:<br><br>CAMP LEJEUNE WATER LITIGATION<br><br>This Document Relates To:<br>ALL CASES | UNITED STATES' MOTION TO EXCLUDE PLAINTIFFS' PHASE I EXPERT TESTIMONY IN SUPPORT OF USING ATSDR'S WATER MODELS TO DETERMINE EXPOSURE LEVELS FOR INDVIDIUAL PLAINTIFFS<br>Fed. R. Evid. 702 |

Pursuant to Fed. R. Evid. 702, the United States respectfully moves the Court for an Order to exclude the opinions of Plaintiffs' five water modeling experts about the correctness, accuracy, reliability, and soundness of ATSDR's water models and to preclude use of ATSDR's water models for individual exposure determinations in this litigation. In support of this Motion, the United States submits and relies upon its accompanying Memorandum in Support.

*[Signature page to follow.]*

1

Dated: April 29, 2025                    Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General
Torts Branch

J. PATRICK GLYNN
Director
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Unit

ADAM BAIN
Special Litigation Counsel

ALLISON O'LEARY
GIOVANNI ANTONUCCI
ALANNA HORAN
KAILEY SILVERSTEIN
Trial Attorneys

*/s/ Haroon Anwar*
HAROON ANWAR
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation
1100 L Street, NW
Washington, DC 20005
(202) 305-2661
Fax (202) 616-4473
Haroon.Anwar@usdoj.gov

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Attorneys for Defendant,*
*United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2025, I electronically filed the foregoing using the Court's Case Management/Electronic Case Files system, which will send notice to all counsel of record.

*/s/ Haroon Anwar*
HAROON ANWAR
