**Exhibit Index**

| Exhibit | Description |
|---|---|
| 1 | Mary P. Anderson & William W. Woessner, *Applied Groundwater Modeling: Simulation of Flow and Advective Transport* (2d ed. 2015) |
| 2 | Feb. 13, 2025, Deposition Transcript of R. Jeffrey Davis |
| 3 | Jan. 16, 2013, Letter from ATSDR to Veterans Affairs |
| 4 | Aug. 3, 2015, Veteran Affairs Press Release |
| 5 | Expert Report of Morris Maslia |
| 6 | Rebuttal Report of Morris Maslia |
| 7 | March 28, 2005, ATSDR Expert Panel Transcript (Day 1) |
| 8 | March 29, 2005, ATSDR Expert Panel Transcript (Day 2) |
| 9 | April 29, 2009, ATSDR Expert Panel Transcript (Day 1) |
| 10 | April 30, 2009, ATSDR Expert Panel Transcript (Day 2) |
| 11 | Expert Report of Mustafa Aral |
| 12 | Feb. 25, 2025, Deposition Transcript of Leonard F. Konikow |
| 13 | Feb. 14. 2025, Deposition Transcript of Norman L. Jones |
| 14 | Mar. 13, 2025, Deposition Transcript of Morris Maslia |
| 15 | Rebuttal Report of Leonard F. Konikow |
| 16 | Expert Report of R. Jeffrey Davis and Norman L. Jones |
| 17 | Rebuttal Report of R. Jeffrey Davis and Norman L. Jones |
| 18 | *The Handbook of Groundwater Engineering*, Chapter 20 on Groundwater Modeling by Leonard F. Konikow & Thomas E. Reilly |
| 19 | ATSDR "Chapter A: Summary of Findings" Report for Tarawa Terrace Model |
| 20 | Frank Bove, Morris Maslia et al., *Evaluation of exposure to contaminated drinking water and specific birth defects and childhood cancers at Marine Corps Base Camp Lejeune, North Carolina: a case–control study* 12 Env't Health 104 (2013) |
| 21 | Jun. 19, 2008, Navy Letter to ATSDR |
| 22 | June 30, 2010, Deposition Transcript of Morris Maslia |
| 23 | March 10, 2009, ATSDR Response to Navy Letter |
| 24 | ATSDR Disclaimer for Tarawa Terrace Water Modeling |
| 25 | ATSDR "Chapter A: Summary of Findings" Report for Hadnot Point/Holcomb Boulevard Modeling |
| 26 | U.S. Government Accountability Office Report on Camp Lejeune (May 2007) |
| 27 | 2009 ATSDR Expert Panel Summary Report |
| 28 | ATSDR Chapter A– Supplement. 6 Report for Hadnot Point/Holcomb Boulevard Model |
| 29 | 2009 National Research Council Report on Camp Lejeune |
| 30 | 2011 T. Prabhakar Clement Issue Paper |
| 31 | 2012 ATSDR Response to T. Prabhakar Clement Issue Paper |
| 32 | Feb. 6, 2025 Deposition Transcript of Mustafa Aral |
| 33 | Feb. 21, 2007, ATSDR/Robert Faye Comments to Leonard L. Konikow |
| 34 | ATSDR Chapter H Report for Tarawa Terrace Model |
| 35 | Sept. 26, 2024, Deposition Transcript of Morris Maslia |
| 36 | Jan. 12, 2007, Email from Morris Maslia |
| 37 | Jan. 13, 2007, Email from Robert Faye |

| Exhibit | Description |
|---|---|
| 38 | Sept. 26, 2011 Email from Barbara Anderson |