# EXHIBIT 9

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

**THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**AGENCY FOR TOXIC SUBSTANCES AND DISEASE REGISTRY**

convenes the

**EXPERT PANEL MEETING**

**Analysis and Historical Reconstruction of
Groundwater Resources and Distribution of
Drinking Water at Hadnot Point, Holcomb
Boulevard and Vicinity, U.S. Marine Corps
Base, Camp Lejeune, North Carolina**

APRIL 29, 2009

The verbatim transcript of the Expert Panel Meeting

held at the ATSDR, Chamblee Building 106,

Conference Room A, Atlanta, Georgia, on Apr. 29,

2009.



STEVEN RAY GREEN AND ASSOCIATES
NATIONALLY CERTIFIED COURT REPORTING
404/733-6070

CLJA_WATERMODELING_01-0000011258

# C O N T E N T S

April 29, 2009

HOUSEKEEPING RULES                                      11
MORRIS L. MASLIA

OPENING REMARKS AND INTRODUCTION OF CHAIR              14
TOM SINKS, DEPUTY DIRECTOR, NCEH/ATSDR

OPENING STATEMENT AND PRESENTATION OF CHARGE          22
PANEL CHAIR, DR. ROBERT M. CLARK,
ENVIRONMENTAL ENGINEERING AND PUBLIC HEALTH CONSULTANT

INTRODUCTION OF PANEL MEMBERS, AFFILIATIONS, AND
RELATED EXPERIENCES                                    25

INTRODUCTION OF CAMP LEJEUNE
EPIDEMIOLOGICAL STUDY TEAM                             33
FRANK BOVE

INTRODUCTION OF WATER MODELING TEAM                   33
MORRIS L. MASLIA

INTRODUCTION OF STAKEHOLDERS                          33
FRANK BOVE AND MORRIS MASLIA

SUMMARY OF CURRENT HEALTH STUDY                       35
FRANK BOVE AND PERRI RUCKART

USE OF WATER-MODELING RESULTS IN THE
EPIDEMIOLOGICAL STUDY                                  42
PANEL MEMBERS, FRANK BOVE, AND PERRI RUCKART

SUMMARY OF WATER-MODELING ACTIVITIES                  66
MORRIS MASLIA
     (a)  TARAWA TERRACE EXPERT PANEL RECOMMENDATIONS
     (b)  TARAWA TERRACE WATER-MODELING RESULTS
     (c)  HADNOT POINT AND HOLCOMB BOULEVARD
          ACTIVITIES AND ANALYSES

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

HADNOT POINT/HOLCOMB BOULEVARD PRESENTATIONS
AND PANEL DISCUSSION:                          109
DATA ANALYSES -- GROUNDWATER
   (a)   DATA SUMMARY AND AVAILABILITY:  ROBERT FAYE 129
   (b)   WELL CAPACITY AND USE HISTORY: JASON SAUTNER 173
   (c)   MASS COMPUTATIONS:  BARBARA ANDERSON        183

STRATEGIES FOR RECONSTRUCTING CONCENTRATIONS:
PRESENTATIONS AND PANEL DISCUSSION              207
   (a)   SCREENING-LEVEL METHOD:
         DR. MUSTAFA ARAL, GA. TECH                208
   (b)   NUMERICAL METHODS:  RENE SUAREZ-SOTO        249

STRATEGIES FOR RECONSTRUCTING CONCENTRATIONS:
PANEL DISCUSSION -- CONTINUED

PANEL CHAIR ACCEPTS STATEMENTS AND QUESTIONS
FROM PUBLIC
(REPEAT STATEMENT OF PURPOSE OF PANEL)          285
DR. ROBERT M. CLARK

REPRESENTATIVE OF CAMP LEJEUNE COMMUNITY ASSISTANCE
PANEL (CAP)                                     287
JEROME ENSMINGER

REPRESENTATIVE OF DEPARTMENT OF NAVY            325
DR. DAN WADDILL

COURT REPORTER'S CERTIFICATE                    343

CLJA_WATERMODELING_01-0000011260

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

## TRANSCRIPT LEGEND

The following transcript contains quoted material.  Such material is reproduced as read or spoken.

In the following transcript:  a dash (--) indicates an unintentional or purposeful interruption of a sentence.  An ellipsis (...) indicates halting speech or an unfinished sentence in dialogue or omission(s) of word(s) when reading written material.

-- (sic) denotes an incorrect usage or pronunciation of a word which is transcribed in its original form as reported.

-- (phonetically) indicates a phonetic spelling of the word if no confirmation of the correct spelling is available.

-- "uh-huh" represents an affirmative response, and "uh-uh" represents a negative response.

-- "*" denotes a spelling based on phonetics, without reference available.

-- "^" represents inaudible or unintelligible speech or speaker failure, usually failure to use a microphone or multiple speakers speaking simultaneously; also telephonic failure.

CLJA_WATERMODELING_01-0000011261

5

-- "[     -ed.]" represents a correction made by the editor

## EXPERT PANEL

Analysis and Historical Reconstruction of Groundwater Resources and Distribution of Drinking Water at Hadnot Point and Holcomb Boulevard and Vicinity, U.S. Marine Corps Base, Camp Lejeune, North Carolina.

## PANEL MEMBERS

**Robert M. Clark**, PhD, MS, DEE, PE

Panel Chair, Environmental Engineering & Public Health Consultant

Cincinnati, Ohio

**Ann Aschengrau, ScD, MS**

Associate Chairman and Professor, Department of Epidemiology, Boston University School of Public Health

Boston, Massachusetts

**E. Scott Bair, PhD, MS**

Professor and Chair, Department of Geological Sciences, The Ohio State University

Columbus, Ohio

**Richard Clapp, DSc, MPH**

Professor, Department of Environmental Health, Boston

CLJA_WATERMODELING_01-0000011262

6

University School of Public Health

Boston, Massachusetts

**David E. Dougherty, PhD, MA, MSCE**

 Principal, Subterranean Research, Inc.

Duxbury, Massachusetts

**Rao S. Govindaraju, PhD, MS**

 Christopher B. and Susan S. Burke Professor of Civil

Engineering, School of Civil Engineering, Purdue

University

West Lafayette, Indiana

**Walter M. Grayman, PhD, PE, DWRE**

 Consulting Engineer

Cincinnati, Ohio

**Benjamin L. Harding, PE**

 Principal Engineer, AMEC Earth & Environmental

Boulder, Colorado

**Mary C. Hill, PhD, MSE**

 Research Hydrologist, U.S. Geological Survey

Boulder, Colorado

**Leonard F. Konikow, PhD, MS, PG**

 Research Hydrologist, U.S. Geological Survey

Reston, Virginia

CLJA_WATERMODELING_01-0000011263

**Peter Pommerenk, PhD, MS, PE**

  Consultant, Water System Engineering & Consulting, Inc.

Virginia Beach, Virginia

**Randall R. Ross, PhD, MS**

  Hydrologist, Ground Water and Ecosystems Restoration

Division, Applied Research and Technical Support Branch,

U.S. Environmental Protection Agency

Ada, Oklahoma

**Daniel Wartenberg, PhD, MPH**

  Professor, Department of Epidemiology, The University

of Medicine & Dentistry of New Jersey School of Public

Health

Piscataway, New Jersey

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

# P A R T I C I P A N T S

(alphabetically)

ANDERSON, BARBARA, ATSDR
ARAL, M., GT
ASCHENGRAU, ANN, BOSTON UNIV.
ASHTON, BRYNN, USMC
BAIR, EDWIN, S., OHIO STATE U.
~~BELGIN~~, [BELJIN -ed.] MILOVAN, SHAW, INC.
BURTON, THOMAS, USMC
CIBULAS, WILLIAM, ATSDR
CLAPP, RICHARD, BUSPH
CLARK, ROBERT, INDEPENDENT CONSULTANT
CLARK, MAJ. VERN, SELF
DOUGHERTY, DAVE, SUBTERRANEAN RESEARCH
ENSMINGER, JERRY, CAP
FAYE, ROBERT E., CONSULTANT
GAMACHE, C., USMC
GOVINDARAJU, RAO S., PURDUE UNIV.
GRAYMAN, WALTER M., GRAYMAN CONSULTING
GREEN, STEVEN RAY, SRG & ASSCS.
HARDING, BEN, AMEC
HARTSOE, JOEL, USMC
HILL, MARY C., USGS
KONIKOW, LEONARD, USGS
MASLIA, MORRIS, ATSDR/DHAC
PARTAIN, MIKE, CAMP LEJEUNE CAP
POMMERENK, PETER, INDEPENDENT CONSULTANT
ROSS, RANDALL, USEPA
RUCKART, PERRI, ATSDR
SAUTNER, JASON, ATSDR
SCOTT, CHERYL, EPA
SIMMONS, MARY ANN, NAVY
~~SUAVEZ~~ [SUÁREZ-SOTO -ed.], ~~RENE~~ [RENÉ -ed.] J.,
ATSDR/DHAC WADDILL, DAN, NAVFAC
WARTENBERG, DAN, UMDNJ
WILLIAMS, SCOTT, USMC

1

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

## Glossary of Acronyms and Abbreviations

| | |
|---|---|
| ASCE | American Society of Civil Engineers |
| AST | above ground storage tank |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| AWWA | American Water Works Association |
| BTEX | benzene, toluene, ethylbenzene, and xylenes |
| CAP | community assistance panel |
| CD-ROM | compact disc, read-only-memory |
| CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act |
| CI | cast iron |
| DCE | DCE: dichloroethylene |
| 1,1-DCE: | 1,1-dichloroethylene or 1,1-dichloroethene |
| 1,2-DCE: | 1,2-dichloroethylene or 1,2-dichloroethene |
| 1,2-cDCE: | *cis*-1,2-dichloroethylene or *cis*-1,2-dichloroethene |
| 1,2-tDCE: | *trans*-1,2-dichloroethylene or *trans*-1,2-dichloroethene |
| DHAC | Division of Health Assessment and Consultation, ATSDR |
| DOD | U.S. Department of Defense |
| DON | U.S. Department of Navy |
| EPANET or EPANET 2 | a water-distribution system model developed by the EPA |
| ERG | Eastern Research Group, Inc. |
| gal | gallons |
| gpm | gallons per minute |
| HPIA | Hadnot Point Industrial Area |
| HUF | hydrologic unit flow |
| IRP | installation restoration program |
| LGR | local-grid refinement |
| MESL | Multimedia Environmental Simulations Laboratory, Georgia Institute of Technology |
| MGD | million gallons per day |
| $\mu$g/L | micrograms per liter |
| MODFLOW | a three-dimensional groundwater flow model developed by the U.S. Geological Survey |
| MODPATH | a particle-tracking model developed by the U.S. Geological Survey that computes three-dimensional pathlines and particle arrival times at pumping wells based on the advective flow output of MODFLOW |
| MT3DMS | a three-dimensional mass transport, multispecies model developed by C. Zheng and P. Wang on behalf of the |

CLJA_WATERMODELING_01-0000011266

|  |  |
|---|---|
|  | U.S. Army Engineer Research and Development Center, Vicksburg, Mississippi |
| NAVFAC | Naval Facilities Engineering Command |
| NCEH | National Center for Environmental Health, U.S. Centers for Disease Control and Prevention |
| NTD | neural tube defect |
| PCE | tetrachloroethylene, tetrachlorethene, PERC® or PERK® |
| PEST | a model-independent parameter estimation and uncertainty analysis tool developed by Watermark Numerical Computing |
| ppb | parts per billion |
| PVC | polyvinyl chloride |
| SGA | small for gestational age |
| Surfer® | a software program used for mapping contaminant plumes in groundwater |
| TCE | trichloroethylene, 1,1,2-trichloroethene, or 1,1,2-trichloroethylene |
| TechFlowMP | a three-dimensional multiphase multispecies contaminant fate and transport analysis software for subsurface systems developed at the Multimedia Environmental Simulations Laboratory (MESL) Research Center at Georgia Tech |
| TTHM | total trihalomethane |
| USEPA | U.S. Environmental Protection Agency |
| USMC | U.S. Marine Corps |
| USGS | U.S. Geological Survey |
| USPHS | U.S. Public Health Service |
| UST | underground storage tank |
| VC | vinyl chloride |
| VOC | volatile organic compound |
| WTP | water treatment plant |

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1                **P R O C E E D I N G S**

                        (8:15 a.m.)


**HOUSEKEEPING RULES**

2              **MR. MASLIA:**  I'd like to welcome everybody and
3              thank especially the experts on the panel for
4              coming to this two-day panel meeting and
5              providing input to the Agency and to those
6              working on the Camp Lejeune Health Study.  It
7              means a lot of us for you to provide us with
8              your time and input and appreciate your pre-
9              meeting comments.
10                     And I'll just go over some house
11             rules.  You came in at the Visitor's Center.
12             This is for lack of a better word an official
13             federal facility or compound.  So you are
14             prisoners of Building 106, and my name I think
15             is on all of your visitors' badges.  I'm not
16             sure if you want to claim that or not, but if
17             you walk outside the building I'm sure I'll
18             hear about it.  So with that we'd like to ask
19             that all of your activities remain in Building
20             106 if at all possible.
21                     There is a cafeteria.  Some of you
22             passed in front of it as you came in, and

CLJA_WATERMODELING_01-0000011268

12

1        there's lunch there.  While we don't

2        officially have reserved tables, we have set

3        aside a row of about 25 or 30 seats that have

4        reserved signs for the expert panel at the end

5        of the cafeteria by the outside atrium as you

6        walk past the cashiers all the way to the end.

7        So if y'all want to sit together, that's fine.

8        We'll make that possible.

9             And also, there are vending machines

10       to my right outside the room here.  Also, as I

11       said, due to security it's advisable not to

12       leave the building.  We can't do it without

13       one of us or ATSDR person and but for this

14       evening or whatever, there's all sorts of fast

15       food, ethnic restaurants up and down Buford

16       Highway, which is a strip you came down, the

17       seven-lane strip you came down this morning if

18       you were awake to watch much of the scenery.

19       Snack rooms as I said.  The restrooms are to

20       my left a couple of doors down.

21            We've got a number of people helping

22       us.  I just want to -- I'm sure I've left

23       somebody off, so just let me know.  But Liz

24       ~~Burlsen~~ [Bertelsen -ed.], who is from ERG,

25       and has been in contact with most of our

1    expert panel members.  Jerome Cater*, Chris

2    Fletcher*, Cathy Hemphill* in the back who

3    brought us some coffee, Rachel Rogers* and

4    Jane Tsu*.  I don't think she's here.

5         Miscellaneous items:  This is a sensor

6    mike system, so you push the red button twice,

7    and the red ring will come on around the top

8    of the mike, and please speak into the mike.

9    On the long tables here we've got four for

10   five people, so share.  You on the short

11   table, y'all each have your own mike.

12         Please state your name for the first

13   time -- we've got a court reporter -- when you

14   speak into the mike or during the public

15   session, when people come up, please state

16   your name and affiliation.

17         This meeting is being audio taped,

18   streamed live to the web and videotaped.  It

19   is a public meeting.  As I said there's a

20   court reporter recording everything, and

21   that'll be part of the meeting report just

22   like -- for those of you who were in the first

23   expert panel meeting in 2005, the report that

24   came out had two CDs with the verbatim

25   transcripts.  The same thing will happen here.

1      You'll, of course, get an opportunity to
2      correct that or see a draft report obviously
3      before it goes final to correct any
4      information.
5           Turn off your cell phones to silence
6      or vibrate and please no sidebars because it's
7      difficult for the court reporter to record
8      what you're speaking about on the side, and it
9      may prove very important to us at ATSDR for
10     those comments.  So we'd like to hear it in
11     public.
12          And that is it for housekeeping rules.
13     Any questions?
14       (no response)
15       **MR. MASLIA:**  At this time I'll bring up Dr.
16     Sinks.
17   **OPENING REMARKS AND INTRODUCTION OF CHAIR**
18       **DR. SINKS:**  Good morning everybody.  My name
19     is Tom Sinks.  I'm the Deputy Director for
20     both the National Center for Environmental
21     Health and the Agency for Toxic Substances and
22     Disease Registries, a long title.  And I just
23     wanted to welcome you here today.  I am not an
24     engineer.  I am not an engineer.  I'm an
25     epidemiologist.

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    I have two of my mentors during my

2    graduate school were actually converted

3    engineers into epidemiologists of all things,

4    and it may be why I got into the Environmental

5    Health area.  Because a lot of epidemiology is

6    focused on physicians who become

7    epidemiologists, the people from the health

8    side who then go on to look at health issues.

9    And it's very important, at least in

10   Environmental Epidemiology, for people on the

11   exposure side to become involved in

12   epidemiology because of an appreciation of how

13   important it is to get exposure right.  And if

14   you have any appreciation for epidemiology,

15   misclassification of either exposure or

16   disease, is critical to the quality of your

17   work.

18   And in general, if it's unbiased

19   misclassification, it will always drive you

20   towards not finding associations.  So we are

21   very, very concerned in Environmental

22   Epidemiology that we get exposure right;

23   hence, this is why we have you.

24   It's not unusual in situations where

25   you have Environmental Epidemiology you're

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1     trying to look back over time that you have

2     precious little information about exposure.

3     And somehow you have to go back and try to

4     figure out as accurately as possible what

5     people were exposed to when you really don't

6     have the information you would like to have,

7     which is, gee, I wish I had some monitors on

8     the tap water -- in this case, Hadnot Point

9     from 1950 until 1985 -- so I knew exactly what

10    these people were, and, gee, I wish I knew

11    exactly how much they were drinking and how

12    often they were showering, da-da-da da-da.

13         We don't have that information.  We'd

14    love to have it, but what we're going to do is

15    use fairly sophisticated techniques to try to

16    get back to the best information we can so we

17    can do a good job with our epidemiology.

18         A couple things I want to say to you.

19    First of all, I always appreciate Morris

20    because he does such a great job.  He wrote my

21    opening remarks, and I'll pass these around

22    for you if you'd like to see them because I

23    don't plan to use them, but thank you, Morris.

24    I'm sure they would have come out much more

25    gracious than I will in person.

17

1          I want to make a couple of comments to
2     you.  For us, Monday -- no, Tuesday through
3     Thursday is of all things a Camp Lejeune
4     marathon.  Yesterday we had our community
5     advisory committee -- no, Community Assistance
6     Panel, thank you, our CAP.  Some of those
7     members are here today.  And the next two days
8     we have this panel.
9          And one thing that I am very pleased
10    with in terms of this project is the amount of
11    openness and transparency that we're trying to
12    put into this project.  I think we can always
13    try to do more, and if there are ways we can
14    do more, we're interested in hearing that.
15    But that's something that I think is somewhat
16    unique about ATSDR.  I'm very proud of it, and
17    I think we are trying to do the best job
18    possible on that.
19          Also, on this project and many of our
20    projects we're very interested in not doing
21    these solely intramurally.  We're very
22    interested in critical comment.  Not just
23    comment that says, hey, that's fine.  Keep
24    going.  But a critical comment that says this
25    is where I think you could do better.

18

1       Now in terms of being a scientist in
2  this program and a supervisor, our job is to
3  do exactly that with our staff.  And we're not
4  doing that if our staff are not being critical
5  of ourselves all of the time.  We should be
6  doing that.  We're hoping you will be doing
7  that.  You don't have to be too critical, but
8  that's an important role for us.
9       And in Camp Lejeune, at least since
10 I've been involved with this project, this is
11 the third expert panel that we've held on Camp
12 Lejeune.  The first one had to do with seeking
13 some advice from outside experts on additional
14 epidemiologic studies.  We had one similar to
15 this on Tarawa Terrace, and this one today on
16 Hadnot Point on exposure modeling.
17      And of all things, the National
18 Academy of Sciences is writing a very large
19 report we heard on Camp Lejeune.  And we heard
20 yesterday that the report that was scheduled
21 to come out next week is now delayed again.
22 So that's another piece of this.
23      So we're getting quite a lot of that.
24 We will continue to get that.  When we issue
25 our reports, we'll put them out as public

CLJA_WATERMODELING_01-0000011275

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1          comment.  We will get more comment then, but

2          that's part of the process.

3                  In terms of this project, I think

4          you're probably very well aware of the charge.

5          And I'll just say maybe simply we want to get

6          the best information we can.  Now, at the same

7          time I really don't want to spend five years

8          trying to figure out the best information we

9          can.  I really want to make sure we're getting

10         the best information we can; we're doing it in

11         a timely way, and we're proceeding along to

12         get these projects finished.

13                 Because, frankly, when I retire when

14         I'm 70 -- because my youngest is six years old

15         now -- when I retire when I'm 70, I hope I'm

16         no longer in the business of Camp Lejeune.  I

17         know it will be something that has great

18         interest to many people, but I hope we can get

19         our projects finished, get the information out

20         that needs to get out and get things done that

21         need to be done at Camp Lejeune.

22                 And so while you're looking at this,

23         and you're scrutinizing this, I hope you

24         recognize that this is not just an exercise in

25         excellence.  It's an exercise in an applied

CLJA_WATERMODELING_01-0000011276

20

1    public health approach to an applied problem
2    that people need answers to, and we really
3    want to move ahead and get the best job we can
4    done.
5        So with that I'll just close, and I
6    hope you liked my opening comments whatever
7    they were. And with that, Morris.
8    **MR. MASLIA:** Introduction of panel members.
9    **DR. SINKS:** I didn't realize you wanted me
10   to do that, but you did give me this so I will
11   introduce this. Most importantly, Bob Clark
12   is from Cincinnati, Ohio, where I spent six
13   years working for the National Institute of
14   Occupational Safety and Health. I lived in
15   Hyde Park right next to Graeter's Ice Cream.
16   I could walk down there every afternoon, and I
17   gained five to ten pounds.
18       Bob is a registered engineer and, I
19   believe, a friend to epidemiologists.
20   Currently, an independent environmental
21   engineering and public health consultant. He
22   retired from EPA in 2001. He's worked as
23   environmental engineer at the --
24       You were a commissioned officer?
25   **DR. CLARK:** Right.

CLJA_WATERMODELING_01-0000011277

21

1       **DR. SINKS:**  He was a commissioned officer
2       working in U.S. EPA, which is actually a
3       fairly rare thing.  He was Director of the
4       Water Supply and Water Resources Division at
5       EPA from '85 to '99, and was appointed to a
6       senior expert position at the EPA.  He's
7       authored or co-authored more than 350 papers
8       and published five books.  And I guess I'm
9       going to turn this over to you.
10      **MR. MASLIA:**  I was remiss in not stating,
11      and I apologize to the experts and the
12      audience.  Those who have been in...  We
13      originally had James Blumenstock as our Panel
14      Chair, which was on the original, and James,
15      working for ~~ASTO~~ [ASTHO -ed.], got called up
16      Monday morning to head their federal task
17      force on the swine flu.
18              And so on short notice, Bob Clark has
19      done a number of these panels, and I just want
20      to assure for the record, that neither ATSDR,
21      NCEH or CDC have any financial obligations or
22      association with Bob Clark, and there is no
23      conflict of interest, and we're appreciative
24      of Bob's effort to step in at a moment's
25      notice.

CLJA_WATERMODELING_01-0000011278

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    **OPENING STATEMENT AND PRESENTATION OF CHARGE**

2         **DR. CLARK:**  Thank you, Morris, and thank

3    you, Tom.

4              When James couldn't do it, well, they

5    visually scraped the bottom of the barrel and

6    came up with what they could find, and so

7    that's me.  So I will be the chairman this

8    morning.

9              As all of you have been with the

10   government or are with the government or

11   affiliated with the government, you know

12   there's a certain amount of bureaucracy that

13   goes on.  And one of the things we have to do,

14   I have to read the charge so that we establish

15   the fact that this is an official government

16   meeting, so I'm going to do that.

17             This is the expert panel assessing

18   ATSDR's methods and analysis for historical

19   reconstruction of groundwater resources and

20   distribution of drinking water at Hadnot

21   Point, Holcomb Boulevard and vicinity, U.S.

22   Marine Corps Base, Camp Lejeune, North

23   Carolina.  The purpose and scope of this

24   expert panel is to assess ATSDR's efforts to

25   model groundwater and water distribution

CLJA_WATERMODELING_01-0000011279

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1       systems at the U.S. Marine Corps Base, Camp

2       Lejeune, North Carolina.

3              This work includes data discovery,

4       collection and analysis as well as water

5       modeling activities.  To assist the panel

6       members with their assessment, they have been

7       provided with the methods used and results

8       obtained from ATSDR's previous modeling

9       efforts at Camp Lejeune which focus on the

10      area of Tarawa Terrace and vicinity.  This

11      panel is specifically charged with considering

12      the appropriateness of ATSDR's approach,

13      methods and time requirements related to water

14      modeling activities.

15             It is important to understand that the

16      water modeling activities for Hadnot Point,

17      Holcomb Boulevard and vicinity are in the

18      early stages of analysis; hence, the data

19      interpretations and modeling methodology are

20      subject to modifications partly based on input

21      provided by members of this panel.

22             ATSDR expresses a commitment to weigh

23      questions from the public and to respond to

24      public comments and suggestions in a timely

25      fashion.  However, in order for this panel to

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    complete its work, it must focus exclusively

2    on data discovery and analysis and water

3    modeling issues.  Therefore, the panel will

4    only address questions or comments that

5    pertain to data discovery and analysis and

6    water modeling efforts.

7          For all non-water modeling questions

8    or statements, the public can contact the

9    ATSDR Camp Lejeune Information Hotline at

10   telephone 7-7-0-4-8-8-3-5-1-0 [770-488-3510 –

11   ed.] or e-mail atsdrcamplej@cdc.gov.  So

12   that's the obligatory business that we have to

13   take care of this morning.

14         One thing I want to be sure is we have

15   a fair and open discussion.  I certainly don't

16   want to cut off any discussions or the

17   opportunities for the experts to express their

18   opinions, especially this panel.  But we do

19   have a very tight and specific agenda that

20   we're going to have to try to complete.  And

21   so I'm going [to –ed.] hold fairly tightly to

22   this so I want to warn you now that if I

23   request that you terminate your discussion or

24   your questions, it's not because I don't want

25   to hear them; it's because we need to meet the

25

1    tightness of our deadline.  So I'm going to
2    try to hold tightly to the agenda.
3         If there's additional comments, for
4    example, if the web people, web-streaming
5    people have comments, they can send e-mails
6    into ATSDR to get their questions answered.
7    Anybody here who has questions or feel like
8    there's an issue that has not been well
9    addressed can submit those questions or
10   comments in writing.  I think Morris can give
11   you a contact point for that.  We want to be
12   sure that we have the maximum input, but we
13   particularly, of course, want to hear from
14   this excellent expert panel.
15   **INTRODUCTION OF PANEL MEMBERS, AFFILIATIONS, AND**
16   **RELATED EXPERIENCES**
17        Just to give you a little more
18   background on my background, we'll go around
19   the table and introduce ourselves.  I spent 41
20   years with the U.S. Public Health Service and
21   the U.S. EPA, 30 of those years were as a U.S.
22   Public Health Service commissioned officer.
23   So I'm very familiar with some of the uniforms
24   that I see in the room today.
25        I was detailed to the EPA when it was

CLJA_WATERMODELING_01-0000011282

1    created and ~~was,~~ [-ed.]for 14 years of that
2    time, I was Director of the Water Supply and
3    Water Resources Division in Cincinnati.  I was
4    actively involved in helping set the standards
5    and develop the technologies that are utilized
6    under the Safe Drinking Water Act for treating
7    the kinds of chemicals we're going to be
8    talking about today, so I'm very interested in
9    this area.  I spent three years as a senior
10   scientist and since that time, I retired in
11   2002, I've been an independent consultant.
12       So let's go around the room.  Randall.
13   DR. ROSS:  My name is Randall Ross.  I'm a
14   hydrogeologist at the Robert S. Kerr
15   Environmental Research Center, Ada, Oklahoma,
16   for the U.S. EPA.  I've been with EPA 22
17   years, I guess, at Kerr Lab working for the,
18   what's now called the Applied Research and
19   Technical Support Branch, providing technical
20   assistance to EPA regional offices and
21   hazardous waste sites in all ten regions over
22   that time, mostly in hydrogeology, drilling
23   and groundwater modeling-related activities.
24   DR. KONIKOW:  My name is Lenny Konikow.  I'm
25   a research hydrologist, hydrogeologist with

1       the U.S. Geological Survey in Reston,

2       Virginia.  I've been with the USGS for about

3       37 years, mostly in the research program and

4       have been involved in developing groundwater

5       flow and ~~solutransport~~ [solute-transport -ed.]

6       models and applying them to groundwater

7       contamination problems as well as water supply

8       problems.

9         **DR. GOVINDARAJU:**  Hello, I am Rao

10      Govindaraju.  I'm a professor in the School of

11      Civil Engineering at Purdue University.  My

12      area of expertise is in surface and sub-

13      surface flows and contaminant transport.  I've

14      been at Purdue for about 12 years now, and

15      before that I was a faculty member in Kansas

16      for five years.

17        **MR. HARDING:**  I'm Ben Harding.  I'm a civil

18      engineer with AMEC Earth and Environmental in

19      Boulder, Colorado, originally trained as what

20      was then called a sanitary engineer, worked in

21      advanced waste treatment for a number of years

22      and then started to practice warm water

23      resources and done a number of reconstructions

24      of fate and transport of contaminants in water

25      distribution systems.  And I'm interested in

CLJA_WATERMODELING_01-0000011284

28

1       risk assessment and treatment of uncertainty.

2           **DR. CLAPP:**  My name is Dick Clapp.  I'm an

3       epidemiologist now at Boston University School

4       of Public Health where I've been on the

5       faculty for the last 18 years.  Prior to that

6       I worked as Director of the Massachusetts

7       Cancer Registry and was deeply involved with

8       the Woburn Childhood Leukemia Cluster and the

9       water model that was created by a geologist at

10      the University of Massachusetts in Amherst,

11      named Peter Murphy.

12              And subsequently to that I worked in

13      the consulting company and was hired as a

14      consultant to the Ocean County Health

15      Department in New Jersey where they were

16      concerned about the Toms River exposures from

17      hazardous waste sites that may have affected

18      childhood cancer.

19              I'm currently a member of the CAP, and

20      I, as a result of that, get paid per diem by

21      ATSDR.  I was here yesterday for the CAP

22      meeting, and I've been for the last three

23      years.

24          **DR. POMMERENK:**  My name is Peter Pommerenk.

25      I'm an environmental engineer.  I am currently

1    an independent consultant and used to consult
2    on various Marine Corps and Navy contracts
3    with Camp Lejeune, working on water treatment
4    projects and water distribution projects.
5        DR. WARTENBERG:  I'm Dan Wartenberg, a
6    professor and Chief of the Division of
7    Environmental Epidemiology at Robert Wood
8    Johnson Medical School.  And most of my
9    research is on spatial epidemiology and GIS
10   applications in epidemiology and also on
11   disease clusters.  And in 2000 I wrote the
12   epidemiology section of EPA's reassessment of
13   TCE, which I guess is still to move forward in
14   terms of regulation.
15       DR. BAIR:  My name is Edwin Scott Bair.  I
16   go by Scott.  I'm a faculty member at Ohio
17   State University in the Department of Earth
18   Sciences.  I have experienced six years with
19   Stone and Webster Engineering Corporation.  I
20   worked with the USGS 16 years as a part-time
21   employee.
22           And if I have a distinction at this
23   table, it's being the only one who's lived at
24   Camp Lejeune in 1952 when my father was called
25   back into the Marines.  My interests are in

1    ground water hydrology, fate transport

2    modeling.  And one of my Ph.D. students, Maura

3    Metheny, several years ago did a lot of work

4    on the cancer cluster up at Woburn,

5    Massachusetts.

6         DR. ASCHENGRAU:  My name is Ann Aschengrau.

7    I'm an environmental epidemiologist at Boston

8    University School of Public Health.  I'm a

9    classically trained epidemiologist, and the

10   area of research that I've been investigating

11   for probably about 15 years now is solvent-

12   contaminated drinking water.  The research has

13   been done primarily in the Cape Cod area of

14   Massachusetts, which experienced exposure to

15   tetrachloroethylene through the drinking water

16   supply.  I've also been investigating the

17   spatial epidemiology of cancer and other

18   diseases in the Cape Cod area, and happy to be

19   here today.

20        DR. DOUGHERTY:  My name is Dave Dougherty.

21   I'm a consultant ~~on subterranean research~~ [at

22   Subterranean Research -ed.] in Duxbury,

23   Massachusetts.  I'm trained as an engineer and

24   my expertise is in groundwater.  My career arc

25   has gone from consulting to academia and back

1    to consulting.  I was a faculty member at the

2    University of California Irvine and the

3    University of Vermont.  Back to Toms River, my

4    first consulting gig was putting together a 3-

5    D flow and transport at Toms River 25 years

6    ago and has moved on to optimization perimeter

7    estimation and long-term monitoring.

8        **DR. HILL:**  Hi, my name's Mary Hill.  I am a

9    Research Hydrologist with the U.S. Geological

10   Survey and have my educational background is

11   geology and civil engineering.  And I have

12   specialized in with groundwater models,

13   specifically integrating data and models,

14   essentially how to do that best, what the

15   uncertainty is, calibration methods,

16   sensitivity analysis methods.  And my book,

17   actually a copy of my book is over there.  It

18   came out a couple of years ago.  And I also,

19   as part of that book, developed a set of

20   guidelines for model calibration.  There's a

21   lot of talk about guidelines in this and what

22   to use.  Also, some years ago for a

23   Proceedings article, I did a review of

24   existing guidelines for groundwater model

25   development and had submitted those.  I don't

1    know if they're around, but there were some
2    questions about what guidelines might be
3    available so that might be useful.  Thank you.
4        DR. GRAYMAN:  Good morning.  I'm Walter
5    Grayman.  I'm an independent consulting
6    engineer in Cincinnati and have been for the
7    past 25 and-a-half years.  My background is in
8    civil and environmental engineering, but for
9    the past, again, about 25 years I've been
10   working in modeling of water distribution
11   systems, hydraulic modeling and working with
12   Bob Clark early in terms of developing water
13   distribution system, water quality models.  I
14   did serve as a consultant for ATSDR on the
15   Camp Lejeune work for a few years back when
16   they were first starting it in terms of the
17   field analysis modeling.
18       DR. CLARK:  Well, thank you everybody.  I'm
19   sure we have a very highly qualified panel,
20   and I'm looking forward to hearing everybody's
21   comments.  I'm sure they're going to be quite
22   pertinent; it's going to be an interesting
23   session, I think.
24           Morris, you're up next with your
25   staff.

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

**INTRODUCTION OF CAMP LEJEUNE**

1     **EPIDEMIOLOGICAL STUDY TEAM**

2     **INTRODUCTION OF STAKEHOLDERS**

3               **MR. MASLIA:**  At this point Frank and I will

4               introduce the ATSDR Health Studies staff and

5               stakeholders as well.

6                   Frank, I think you're up first so --

7               **DR. BOVE:**  My name is Frank Bove.  I'm a

8               Senior Epidemiologist in the Division of

9               Health Studies at ATSDR, been at ATSDR since

10              1991, before that with the New Jersey Health

11              Department.  And I'm co-PI on this work.

12                   Perri Ruckart is back there.  She's

13              also co-PI, and she's an Epidemiologist in the

14              Division of Health Studies.  And Carolyn

15              Harris, who's sick today, she's a Public

16              Health Analyst who works on our budgets and

17              contracts with contractors and so on.  So

18              that's the epi side of the picture.

19    **INTRODUCTION OF WATER MODELING TEAM**

20              **MR. MASLIA:**  From the water modeling side,

21              the study -- of course, I'm Morris Maslia.

22              I'm a Research Environmental Engineer, and

23              I've been with ATSDR and CDC since 1992, and I

24              also spent almost ten years with the U.S.

25              Geological Survey back in the days when we had

CLJA_WATERMODELING_01-0000011290

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1      money to do lansa^ [RASA (Regional Aquifer
2      System Analysis) -ed.] studies and water
3      resource we talked about.
4              Since the first panel, is interesting.
5      We have the Agency has put resources in
6      obtaining additional full-time staff.  For
7      those who were on the first panel, remember
8      Jason Sautner was the only other full-time
9      person with me, back there.  Since then we've
10     added Barbara Anderson in the back row, and
11     Rene Suarez.  And we also have Bob Faye, who's
12     with Eastern Research Group, who was also with
13     us for the first panel.  And Dr. Mustafa Aral
14     from the Multi-media Environmental Simulations
15     Lab at Georgia Tech.
16             And at this point Frank and I would
17     also like to introduce stakeholders, and if we
18     miss anybody, please, if you want to stand up
19     and introduce yourselves, but we have from
20     Camp Lejeune and Marine Corps Headquarters, I
21     see Scott Williams, who has been our point of
22     contact both previously at Camp Lejeune and
23     now at Headquarters.  We've got Dan Waddill
24     from the Navy.  I see Joel Hartsoe from Camp
25     Lejeune and Brynn Ashton, also, Thomas Burton.

1          And are there other people from the --

2              MR. **GAMACHE**:  Chris Gamache.

3              MR. **MASLIA**:  Chris Gamache, I know I'd miss

4          somebody, welcome.

5              Then on the CAP -- oh, I'm sorry, I

6          forgot Mary Ann Simmons, forgive me.

7              DR. **BOVE**:  Mary Ann's also the DOD

8          representative on the Community Assistance

9          Panel.  And Mike Partain, back there, is also

10         a community member on the Community Assistance

11         Panel.  And Jerry Ensminger walked out just

12         now, but he'll be back, is also on the

13         Community Assistance Panel.

14             MR. **MASLIA**:  Is there anybody else who -- I

15         know we have a representative from EPA from

16         Cincinnati.

17             MR. ~~**BELGIN**~~ [Beljin -ed.]:  Milovan ~~Belgin~~

18         [Beljin -ed.] ^ ~~geologist~~ [hydrogeologist -

19         ed.].

20             MR. **MASLIA**:  And I've corresponded with him

21         along with Dr. Ross for the expert panel.  So

22         welcome everybody.  And at this point we're a

23         little ahead of schedule which is good.

24     SUMMARY OF CURRENT HEALTH STUDY

25             Frank, let me pull up your and Perri's

36

1       presentation, and we'll proceed with the

2       current health study, big picture, from Frank

3       and Perri.

4           MS. RUCKART:  Good morning, Perri Ruckart,

5       ATSDR.  Frank and I are just going to briefly

6       describe our current health study at Camp

7       Lejeune for you.  We already introduced the

8       project team.

9           Now, ATSDR has conducted or is in the

10      process of conducting several health studies

11      at the base, and we started by looking at the

12      health effects on children or fetuses because

13      they were seen to be the most vulnerable

14      population on chemical exposures.  In 1998 we

15      published a study on adverse pregnancy

16      outcomes.  We evaluated potential maternal

17      exposure to drinking water contaminants and

18      the following outcomes:  pre-term births,

19      small for gestational age and mean birth

20      weight deficit.

21          At that time we were only able to use

22      available databases.  There was no water

23      modeling.  We used electronic birth

24      certificates beginning in 1968, and during

25      1968 to 1985, when most of the contamination

37

1        ended, there were 12,493 singleton live births
2        on the base.
3              And to assign the exposure we looked
4        at base family housing records and linked
5        those to the mother's address at delivery and
6        usually the father's name.  But we could not
7        evaluate birth defects and childhood cancers
8        because we're just relying on information from
9        the birth certificates.
10             The results of this study showed that
11       exposure to Tarawa Terrace water, which was
12       contaminated with PCE, there was an elevated
13       risk for small for gestational age among
14       infants born to mothers greater than 35 years
15       and mothers with two or more previous fetal
16       losses.  As far as the exposure to Hadnot
17       Point water and TCE, there was an elevated
18       risk for SGA only among male infants.
19             However, going through this water
20       modeling process we discovered new data -- I'm
21       sorry, we discovered that there was exposure
22       misclassification because an area that was
23       previously categorized as unexposed is going
24       to be exposed.  So once we have the water
25       modeling results, we're going to go back and

CLJA_WATERMODELING_01-0000011294

38

1        re-analyze the results from the 1998 study.

2                Now we also have a current case-

3        control study, and I want to point out to you

4        that here at ATSDR we do have peer review of

5        our study protocols and the final study

6        reports.  I just want to mention that all of

7        our work here has been peer reviewed.

8                So the current study is exposure to

9        VOCs in drinking water and specific birth

10       defects and childhood outcomes.  This was a

11       multi-step process.  It involved reviewing the

12       scientific literature to identify which

13       defects and childhood cancers were potentially

14       associated with the contaminants and that we

15       could possibly pursue.

16               Because at that time period that we're

17       looking at there were no registries, we

18       conducted a telephone survey to ascertain the

19       potential cases.  It was very important to us

20       to verify the diagnoses because we were using

21       self reports.  We did want to obtain medical

22       records to verify what was self reported.  And

23       then using that information we're in the

24       process of conducting a case-control study.

25               So this slide shows the outcomes that

39

1    we chose to further study in the telephone
2    survey.  We were asking about neural tube
3    defects, oral cleft defects, the following
4    conotruncal heart defects, choanal atresia,
5    childhood leukemia and non-Hodgkin's lymphoma.
6         So through the telephone survey to
7    identify potential cases of those outcomes
8    among the births occurring during 1968 to 1985
9    to mothers who resided on base at any time
10   during their pregnancies, that would be they
11   delivered on base or they delivered off base
12   but the pregnancy was carried on base, we
13   identified about -- we estimated, I'm sorry,
14   about 16 to 17,000 births, and the parents of
15   12,598 eligible children were surveyed.
16        That's an overall participation rate
17   of 74-to-80 percent depending on which range
18   you use for the estimated births.  Because
19   there is not a really clear handle on the
20   births that were delivered off base, we have
21   some best guess from the Naval hospital.
22   That's why it's an estimate of how many
23   pregnancies there were on base.
24        So through our telephone survey we
25   were able to capture a sufficient number of

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    neural tube defects, oral clefts and childhood

2    cancers to proceed further with the study of

3    those outcomes.  There were 106 reported cases

4    broken down as 35 neural tube defects, 42 oral

5    cleft defects and 29 childhood hematopoietic

6    cancers.  And as I mentioned before, it's very

7    important for us to verify, get medical

8    confirmation of those cases.  And that process

9    has been completed.

10   So the way that shaped up was 52

11   confirmed cases out of the 106 we were able to

12   get medical records confirmation for 52 of

13   them, and 51 of those parents were

14   interviewed.  That's 15 neural tube defects,

15   24 oral clefts, and 13 hematopoietic cancers.

16   Thirty-two of those 106 were confirmed not to

17   have the reported condition.  Eight refused to

18   participate.  We could not get, one way or the

19   other, whether they have ^ [the reported

20   condition -ed.] or not, they refused.  Seven

21   could not be verified or there was no medical

22   record.

23   And believe me we tried.  We took

24   extensive measures.  For those cases that were

25   reported to have an oral cleft or a neural

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1          tube defect we offered them a visit with a
2          doctor today for an oral cleft dentist so they
3          could say with their evidence of an oral cleft
4          if there was no medical record for the time or
5          the same thing for the neural tube defect.
6          But still, unfortunately, seven cases could
7          not be verified one way or the other, and
8          seven were determined to be ineligible.  That
9          could be because it turns out that the
10         pregnancy did not actually occur on base or
11         they were born outside of the timeframe and
12         things like that.
13              So, as I mentioned, we conducted
14         parental interviews and also included
15         interviews of 548 controls.  These interviews
16         were conducted in the spring of 2005, and we
17         wanted to get information on the maternal
18         water consumption habits, the residential
19         history on the base and up through the first
20         year of life, maternal exposures during
21         pregnancy and other parental risk factors.
22              And we conducted an extensive review
23         of the base family housing records to verify
24         the dates and location of where the mother was
25         reported to have lived on base.  We also used

42

1    birth certificates and other information
2    that's available to try to determine where
3    exactly the mother was on base.
4         And Frank's going to discuss the data
5    analysis.

6
**USE OF WATER-MODELING RESULTS IN THE**
7    **EPIDEMIOLOGICAL STUDY**
8         DR. BOVE:  I'm going to present what we
9    propose for the data analysis.  First of all,
10   we're going to do separate analyses of each of
11   these birth defects and so we'll focus on
12   neural tube defects separately, oral clefts
13   separately, and then we'll split it up between
14   cleft lip and cleft palate and then look at
15   childhood leukemia and non-Hodgkin's lymphoma
16   together because of the small numbers of non-
17   Hodgkin's lymphoma.
18        It may be difficult to also split
19   cleft lip and cleft palate because there are
20   11 cleft palates roughly, and I think there's
21   13 or so cleft lips.  So we're talking about
22   small numbers throughout.  So this is going to
23   be the difficulty of this study because these
24   are rare events, and doing a survey, phone
25   survey, is not the best way to ascertain birth

CLJA_WATERMODELING_01-0000011299

1    defects or childhood cancer, but it was the

2    only way to do it at Camp Lejeune.

3          So next we'll evaluate the ~~contaminate~~

4    [contaminant -ed.] levels both as continuous

5    variables and as categorical variables.  We'll

6    attempt to use smoothing methods to give us

7    cut points for the categorical variables;

8    however, again, because of the small numbers

9    of cases, we may end up with ^, no medium and

10   high for the categorical variable cut points.

11         Each contaminant will be analyzed

12   separately.  That assumes that there's one

13   contaminant that's causing the problem, not a

14   mixture that's causing the problem, and then

15   we'll look at joint effects of mixtures.

16         So for neural tube defects first we'll

17   focus on the confirmed cases and look at

18   average and maximum contaminant level over the

19   first trimester, over the period three months

20   prior to conception to conception -- so that

21   period as well -- and the average level in the

22   first month of pregnancy since that's when the

23   neural tube is closing.

24         For clefts we'll again be looking at

25   average and maximum contaminant level in the

CLJA_WATERMODELING_01-0000011300

44

1       first trimester.  Again, looking at the period

2       three months prior to conception to

3       conception.  Again, some of these are

4       difficult to precisely or accurately define

5       because we know when the birth occurs.  We

6       have some idea what the gestational age is and

7       so on.

8           And then we're going to look at the

9       second month of pregnancy because that's when

10      the cleft lip and cleft palate are forming and

11      are vulnerable to exposures.  Although it may

12      shade into the early part of the third month,

13      so we may combine the second and third month

14      as well.

15          And then for childhood leukemia and

16      non-Hodgkin's lymphoma we'll look at each

17      trimester separately.  Then we'll look at the

18      entire pregnancy.  That's not on the slide.

19      We'll look at the entire pregnancy, look at

20      the average and maximum of the entire

21      pregnancy.

22          Then we'll look at the first year of

23      child's life.  We only got information of the

24      first year of child's life on residents, so we

25      don't have information beyond the first year

1       of the child's life although it may be

2       possible to reconstruct that from housing

3       records and not from the survey information if

4       that is a recommendation.  But we only have

5       information on the first year of the child's

6       life from the interviews of the cases of

7       controls.

8            And we'll also look at, again, the

9       three months prior to the date of conception

10      to conception.  Again, we're not sure when

11      during pregnancy before the first year of life

12      when the child is most vulnerable to these

13      exposures that might cause leukemia or non-

14      Hodgkin's lymphoma.  And then finally, we'll

15      look at the cumulative exposure over the

16      pregnancy and first year of the child's life.

17           I thought you might like to see some

18      real data.  This is, we don't have Hadnot

19      Point data, but this is Tarawa Terrace, those

20      exposed who lived in the Tarawa Terrace

21      housing areas.  And you can see why we need

22      monthly estimates because there is

23      variability, quite a bit.

24           Some people move in and out.

25      Sometimes the wells are shut, the main well at

1    Tarawa Terrace is shut down so that these
2    months there's very little exposure to these
3    months, very high exposure and so on.  So I
4    want to reemphasize why we need monthly
5    exposure levels.
6          Now, we're planning two future
7    studies, one on mortality, one a health
8    survey.  And for that monthly levels of
9    exposure contaminant levels aren't as
10   important as for this study.  And we can talk
11   about this future ~~studies~~ [study -ed.] if you
12   want.
13         Data analysis, the typical way to
14   analyze these data is using logistic
15   regression.  Again, I'll emphasize that the
16   data is sparse for the cases so we may explore
17   using conditional or exact methods.  But
18   again, with sparse data no matter what you do,
19   you're limited by the sparseness of the data.
20         For confounders we'll use the ten
21   percent rule including confounders in the
22   model if they affect the ^dration by more than
23   ten percent.  And we're trying to keep the
24   models as simple as possible given the sparse
25   data.  And then we'll explore the information

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1          we got from the survey on water consumption.

2                  Now, I've never found this information

3          that useful especially when people have to

4          remember many, many years in the past, but

5          we'll look at it anyway and see if it sheds

6          any light on the situation.

7                  Last slide we're going to talk, we're

8          going to conduct sensitivity analyses to look

9          at exposure misclassification varying

10         sensitivity and specificity of our

11         classification of exposure to see how that

12         might affect the results especially with

13         sparse data.  They probably were affected

14         quite a bit so we have to examine that.

15                 Additional analyses, we have some

16         cases and controls with a very poor

17         residential history.  This is another problem

18         with the survey, people trying to remember

19         their residences 20-, 30-some years ago or

20         whatever.  They forget.  They're inaccurate.

21         We have housing records that help to confirm

22         some of that, but some people may have crashed

23         with other people.

24                 There are all kinds of housing

25         arrangements that may have occurred on base,

48

1          and so the housing records only go so far.

2          They tell you where the sponsor lived, but not

3          necessarily where the spouse and the rest of

4          the family might have lived.  And so we'll try

5          to work with residential histories just to

6          make sure all the cases that we interviewed

7          and confirmed get into the analysis.

8               But we might also include some that

9          haven't been confirmed yet and probably never

10         will be confirmed because we just can't get

11         the medical records for them.  There's about

12         seven of those pending that will never

13         probably just determine whether they had the

14         disease or not.  We did an extensive effort to

15         do that.

16              For clefts, for example, we actually

17         paid for people to go to the dentist to get a

18         confirmation that they had surgery for a

19         cleft.  And we tried everything to get the

20         records for anencephaly, which is difficult,

21         and spina bifida and for childhood leukemia

22         we, again, made a big effort to confirm them.

23         But again, seven cases that were reported in

24         the survey we couldn't confirm yet.  So we may

25         include them in a secondary analysis.

1           Finally, we don't base our
2      interpretations on P values.  That's my
3      thinking.  We use these kinds of criteria.  We
4      can have a discussion of that if you want, but
5      that's how we analyzed it and interpreted it.
6      So, any questions for Perri and myself?
7         **MR. HARDING:**  Ben Harding.  If we go back to
8      the table of the real data example for Tarawa
9      Terrace, I'm not an epidemiologist, and I'm
10     afraid that this might cause you a headache.
11     But a question I have is, how could you use a
12     table like this instead of having, for
13     example, for child number one, I guess that's
14     minus three months.
15        **DR. BOVE:**  Yes, minus three months from date
16     of conception all the way to the third month
17     of gestation.
18        **MR. HARDING:**  If those cells were, instead
19     of having a single number in there, had either
20     a range or an empirical CDF of values that
21     were generated by a more probabilistic
22     analysis of an exposure, how would that, would
23     that make your analysis impractical,
24     impossible, what?
25        **DR. BOVE:**  Yeah, the relative position of

50

1       each case and control wouldn't change with

2       that so in one sense, no.  The difference

3       would be if we tried to make an inference as

4       to at what level we see effect and what level

5       we don't.  And I think that this data is not

6       good enough both on the water side or the epi

7       side to make that assessment.  Right now in

8       this situation with environmental epidemiology

9       and drinking water epidemiology, we still are

10      not sure about the effects of these

11      contaminants on these outcomes.

12              We have one New Jersey study looking

13      at birth defects and we have a few studies

14      looking at childhood leukemia like Woburn, for

15      example, and then that New Jersey study that

16      was looking at all ages but found an effect

17      with childhood leukemia with TCE.  So we're

18      still in the early stages of trying to make

19      the associations, not trying to define exactly

20      what level of TCE or PCE we might see an

21      effect.

22              So in other words, yes, we can plug

23      almost anything in there, and it won't change

24      the relative position of the cases and

25      controls, and it will still be able to

51

1         determine whether relatively higher levels

2         seems to be associated versus relatively lower

3         levels.  Does that answer?

4            MR. HARDING:  Yeah, thanks.

5            DR. HILL:  Two things.  I'm kind of

6         uncomfortable with having numbers like this

7         reported with three significant digits.

8            DR. BOVE:  Right, I'm sorry.

9            DR. HILL:  So just a general comment there.

10            DR. BOVE:  Actually -- Morris, correct me if

11         I'm wrong -- but I think we have more than

12         three significant digits in the table and on

13         the website, don't we?  Right.  So I actually

14         reduced the number of digits.

15               But, yeah, I mean, again, it doesn't

16         affect the relative positions.

17            DR. HILL:  Right, it just affects the

18         appearance of ~~decision~~ [precision -ed.].

19            DR. BOVE:  Well, for 118, what would you

20         put, 120 or...

21            DR. HILL:  I would tend to round.

22            DR. BOVE:  Round?  Okay.

23            DR. HILL:  I would tend to round.  Mostly,

24         it's conveying to people the precision of the

25         number to my mind.

CLJA_WATERMODELING_01-0000011308

52

1          Okay, and then I had a question
2     earlier on when Perri was talking.  I thought
3     what I understood was that in your initial
4     assessment, you didn't have the results of the
5     groundwater model so you were using some other
6     estimate of concentrations at the wells to
7     get, and then you used the groundwater model
8     to refine that?  Is that --
9        **MS. RUCKART:**  You're talking about the 1998
10    study?
11       **DR. HILL:**  Yes.
12       **MS. RUCKART:**  Well, that was actually just
13    based on crude exposure, whether they lived in
14    an exposed area or not so at that time it was
15    believed that one area was unexposed, and we
16    got some new information that that area was
17    exposed.  So it was just based on yes, no, you
18    were in an exposed area or not to take into
19    account the water modeling at all.
20          So now, first of all, we found out
21    about this error and then we are going to have
22    more specific information from the water
23    modeling.  So it seems like a good idea just
24    to redo that analysis.
25       **DR. BOVE:**  For example, I think that there

53

1    were 31 births we thought were exposed to

2    trichloroethylene at Hadnot Point because

3    that's the only area we thought.  And that was

4    because we thought that Holcomb Boulevard

5    treatment plant was online before June '72.

6    In fact, we thought it was online at the start

7    of the study, which is '68.  Of course, that

8    wasn't the case.

9         So if you now understand that Hadnot

10   Point served that housing up until June of

11   '72, there's more than a thousand births and

12   that changes things quite drastically for that

13   study.  And we didn't have this kind of data

14   or the Hadnot Point data that we will have.

15   So we want to go back and reanalyze it.

16      DR. HILL:  And was the problem that you were

17   using Holcomb Boulevard as your --

18      DR. BOVE:  Unexposed group.

19      DR. HILL:  -- as an unexposed group and now

20   it's exposed.  So, you could now -- I don't

21   know if you can.  I don't know how to do this

22   exactly.  But I assume you need to identify

23   some other group as your unexposed group

24   because you need a control group in your

25   experiment?

CLJA_WATERMODELING_01-0000011310

1     DR. BOVE:  No, the problem --

2     MS. RUCKART:  Well, first of all, there's

3     still going to be unexposed because people

4     would have been exposed at different time

5     periods, and there'll still be unexposed --

6     DR. BOVE:  ^

7     MS. RUCKART:  There are still unexposed.

8     They'll just be less than there was like

9     before there was 5,000 unexposed.  There'll

10    just be less, but there still will be

11    unexposed from that study.  But we don't have

12    to collect any more data.  We still have it.

13    DR. HILL:  But the unexposed are amongst the

14    housing units in the same area, but they're --

15    DR. BOVE:  From '68 to '72, June '72, any

16    part of the pregnancy that's within that area,

17    all we have are people exposed to either

18    Tarawa Terrace or Hadnot Point.  Now, Hadnot

19    Point, so for that period of time will have

20    different levels of contamination but no

21    births that are totally unexposed.

22         From '72 on Holcomb Boulevard is free

23    of contamination except -- and we'll discuss

24    this later -- for an interconnection that's

25    used during the summer months.  But we can

55

1    take that into account.  We'll take that into
2    account in the current study, too.  So from
3    '72 onwards we'll certainly have unexposed to
4    work from.
5         It's the before '72 that will be a
6    little bit difficult unless part of -- but
7    still, part of the pregnancy may have been off
8    base.  These people move in and move out.  For
9    that study they had to be born on base, but
10   they could have moved on base in the seventh
11   month of pregnancy, eighth month of pregnancy,
12   so they're unexposed before that.  So there'll
13   still be some unexposed people even for the
14   '68 to '72 time period, just not as many as
15   before.  Follow me?
16       DR. HILL:  Yeah.
17       DR. BOVE:  Let me take each period, '68 to
18   '72 you have two water supplies, Hadnot Point
19   and Tarawa Terrace, right?
20       DR. HILL:  I understand that.
21       DR. BOVE:  We don't know what the Hadnot
22   Point levels are from '68 to '72.  An
23   important well comes online, what, '71, right?
24       DR. HILL:  But the exposures are just based
25   on where the people had residence, right?

CLJA_WATERMODELING_01-0000011312

56

1        DR. BOVE:  Right.

2        DR. HILL:  But they live in this community.

3    They don't stay home all the time.

4        DR. BOVE:  That's right.  That's right.  So

5    we're looking at, we're emphasizing

6    residential exposures.  We don't have much

7    information.  I mean, people may wander all

8    over base, that's true.  We don't have an

9    outside comparison group, outside of Camp

10   Lejeune.

11       DR. HILL:  And that's what I was curious

12   about.

13       DR. BOVE:  We will.  We will for the

14   mortality study and the health survey that

15   we're doing next.  And the reason -- well, two

16   reasons why we didn't do it before.  We

17   thought there was a clean, unexposed group.

18   So that study, but we can't really redo that

19   study other than take into account we could

20   take into account secondary exposure on base

21   and call the people who were completely

22   unexposed, those people who don't live on base

23   until they -- during the period when they

24   don't live on base.

25           For the future studies we're including

1     a comparison population from Camp Pendleton.
2     Now, Camp Pendleton is similar in many ways to
3     Camp Lejeune and unsimilar in other ways, but
4     they both have hazardous waste sites on base,
5     and the main difference is they don't have
6     contaminated drinking water, at least as far
7     as we know at Camp Pendleton.  So that will be
8     an outside comparison group for the future
9     studies.
10         DR. HILL:  Thank you.
11         DR. ASCHENGRAU:  I just wanted to ask some
12    more questions about the residential history.
13    So did the people have to remember like a
14    street address?  What did they have to
15    remember?
16         MS. RUCKART:  Well, for the current case-
17    control study, we had some information from
18    this previous 1998 study as well as the
19    housing records.  So we would like give them a
20    trigger.  According to our records you lived
21    at whatever, and we would just say the housing
22    area.  You lived at Tarawa Terrace during this
23    time.  Is this correct?  And then they could
24    say yes or no.  And then that usually did not
25    cover the entire period that we're interested

58

1    in, three months prior to conception to first
2    year of life.  So then we would use that as
3    our starting point and then ask them, well,
4    what about before that.  Where did you live,
5    and then go back as far as we needed to and
6    then up in time.  And so, as Frank was saying,
7    it's pretty hard to remember where you lived
8    20, 30, 40 years ago so then we did cross-
9    reference that with the housing records, and
10   then made adjustments.  And then also with
11   birth certificates or just any other
12   information that we were able to process.
13      DR. ASCHENGRAU:  So it's not like I lived at
14   371 --
15      MS. RUCKART:  No, no, there's some --
16      DR. ASCHENGRAU:  -- they don't have to
17   remember that.
18      MS. RUCKART:  No, the housing records would
19   have information that was that specific, but
20   we were just asking about the broad housing
21   area.  Our records show you lived at Tarawa
22   Terrace or Hadnot Point or Hospital Point.
23      DR. ASCHENGRAU:  So everyone living in that
24   area gets assigned, or in a particular month,
25   gets assigned the same value for their

CLJA_WATERMODELING_01-0000011315

1    exposure?

2        **MS. RUCKART:**  Yeah, we're not getting it

3    down to the street level or anything like

4    that.

5        **DR. BOVE:**  But we did get, I mean, during

6    the survey we did get the street name and

7    sometimes street number from people.  And from

8    that we realized that there was another part

9    of Jacksonville, North Carolina, that was

10   called Midway Park.  Midway Park is a housing

11   area at Camp Lejeune, but actually, there's a

12   housing area outside the base that's also

13   called Midway Park.

14        And we found out that some of the

15   people we thought were eligible, were actually

16   living at the wrong Midway Park.  So the

17   survey helped, and they weren't in the housing

18   records.  That's why that triggered it to some

19   extent.  I mean, we had no record of these

20   people living on base.  So that was helpful

21   because the survey clarified that.

22        **DR. ASCHENGRAU:**  And then the last menstrual

23   period, is that from like the birth records to

24   estimate the conception or do you use the

25   birth date and gestation to estimate the

1    conception?

2        MS. RUCKART:  We don't have information as

3    part of the survey on ~~OMP~~ [LMP -ed.], or we

4    don't have birth certificates for everybody.

5    So that is why it's kind of, we don't exactly

6    know the three months before.  That's why we

7    have those several different time periods

8    we're going to look at, you know, minus three,

9    date of conception to date of ~~conception~~

10   [conception -ed.], and it's not exact.  We

11   really just have when they're born.

12       DR. ASCHENGRAU:  So you're estimating it

13   when they're born, and then you're subtracting

14   --

15       MS. RUCKART:  Yeah, we can't figure it out

16   gestationally or ^ [date of last menstrual

17   period -ed.].

18       DR. GRAYMAN:  Walter Grayman.  Just to

19   clarify, you seem to indicate that you weren't

20   looking at the addresses within the areas.  Is

21   that correct?

22       MS. RUCKART:  Yes, when we assign the

23   exposure, we're just going to do it on the

24   broad level, Tarawa Terrace, Hadnot Point, the

25   various places they lived on base.  However,

61

1     as Frank was saying, as part of the survey
2     they could report a specific address and then
3     we can cross-reference that street to get the
4     housing area.  But we're not expecting people
5     to be able to tell us the exact street.  They
6     could just say, oh, yeah, I lived in Midway
7     Park or I lived in Knox Trailer Park.
8         **DR. GRAYMAN:**  My concern really comes when
9     you go onto the Holcomb Boulevard where we
10    probably are talking about variation in terms
11    of the concentration of the contaminants
12    within Holcomb Boulevard which is different
13    from the other two areas.
14        **MS. RUCKART:**  Yeah, there is still different
15    complexes or different housing areas within
16    Holcomb Boulevard like Berkeley Manor or
17    something like that.  So we're not asking them
18    were you served by Holcomb Boulevard.  We'll
19    be asking them for the specific, did you live
20    in Berkeley Manor.  Did you live in Hospital
21    Point?  Did you live in, you know, other areas
22    served by Holcomb Boulevard.
23        **DR. GRAYMAN:**  Thank you.
24        **DR. BOVE:**  Yeah, we can distinguish the
25    different housing.

62

1      **DR. GRAYMAN:** One other quick question on

2      that. You brought up other activities besides

3      residence. Did you look into work activities

4      or is this not a very big issue back at that

5      time?

6        **MS. RUCKART:** We did ask about that and can

7      factor it in if we have enough information.

8      And as Frank was mentioning, you know, the ten

9      percent rule for affecting the model under

10     estimate.

11       **DR. BOVE:** But very, very, very few of cases

12     work controls had a job that involved

13     solvents.

14       **DR. BAIR:** I guess my question follows with

15     --

16       **DR. HILL:** What's the ten percent rule?

17       **MS. RUCKART:** Well, it's just kind of a rule

18     of thumb, I guess, that epidemiologists use.

19     So you have your crude model which would just

20     be your outcome and your exposure. And you

21     get a, let's say it just gives an odds ratio

22     or a risk ratio. And let's say you get 1.5

23     just crudely looking at exposure and your

24     outcome. Are these associated?

25             Then as you start adding in some other

CLJA_WATERMODELING_01-0000011319

variables like did you work with solvents or something like that, then if you add that variable also in with your exposures, you just would have let's say in this case three variables: your outcome, your exposure and your potential confounder, did you work with this chemical.

And if you just run that model, and you were to get an estimate that differed from, in my example 1.5, of more than ten percent, you would include it. But if not, you'd say, well, it's not really impacting our measure here so we're not going to add that. Because when you start getting too many variables it can make your model not run if you have sparse data. It doesn't really help you.

**DR. BOVE:** But some people use P values to determine whether you include a variable or not, and that would be really problematic in this study with low statistical power. So we try to make sure we capture as much of the confounding bias that we can given that there is also mis-measurement out of these factors as well most likely because of recall

1    problems.  But still we would have a better

2    chance of including the confounder in the

3    model that uses ten percent than if we use P

4    values or some other rule.

5        DR. BAIR:  I guess the question I have

6    follows on one of Walter's earlier ones.  Was

7    there any assessment of exposure at mess halls

8    or at daycare centers?  Were all the residents

9    cooking in their own residence or were there

10   communal meals at some locations?

11       MS. RUCKART:  All these things you mentioned

12   could affect exposures, but we just don't have

13   information on that.  I guess we're going to

14   assume like non-differential --

15       DR. BAIR:  Well, did the mess halls have

16   different water supplies than some of the

17   residences?

18       DR. BOVE:  Okay, the mess halls, we're

19   talking now about the barracks then if you're

20   talking about the mess halls, and you're

21   talking about -- correct me if I'm wrong --

22   and so you're talking about bachelors'

23   quarters, not family housing.

24       DR. BAIR:  So families all ate in the

25   individual residences because knowing my

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1     mother that would not be the case.
2        DR. BOVE:  I can't say that they didn't go
3     out and get a McDonald's or something during -
4     - I don't think McDonald's was around back
5     then -- but we're assuming that the major part
6     of their exposure is in the home from
7     consuming the drinking water and showering,
8     which gives you an important exposure and a
9     dermal exposure.  So we're going to assume
10    that.
11           I mean, there's not that much
12    variability.  We've looked at the data for
13    showering and consumption of water.  There
14    really isn't much variability and they can't
15    remember anyway, but I think that we're in
16    good shape doing it this way.  This is what
17    we'd normally do in these studies.  We really
18    can't, I mean, you'd have to have a diary in
19    order to determine all those different ways of
20    exposure, and we just didn't do that.
21       DR. WARTENBERG:  I assume you also do some
22    sensitivity analyses so that if there, if
23    there was an exposure estimates, you'll see
24    what the impact would be on the --
25       DR. BOVE:  That's right, we talked, yeah,

1    yeah.

2         DR. CLARK:  Any more questions from the

3    panel?

4         (no response)

5         DR. CLARK:  Any questions from the audience?

6         (no response)

7         DR. CLARK:  Morris, do you want to go ahead

8    with the program?

9    SUMMARY OF WATER-MODELING ACTIVITIES

10        MR. MASLIA:  Our schedule, which is good,

11   which will leave lots of room for discussion

12   and questions.  And just back to a couple of

13   housekeeping notes.  I assume all the panel

14   members see the booklet of slides that we

15   prepared.  I forgot to mention that.  We do

16   have some extra ones if people in the audience

17   want to peruse them.  We've got them in the

18   cart here.

19        We also have the notebook that we gave

20   out to the panel members if anyone in the

21   audience would like to just peruse a copy.  We

22   do ask that you return it and keep it here

23   because it is draft material, but Barbara may

24   pass out a couple of copies if the audience

25   would like to see it.

1          What I'm going to do is just give a
2     general overview of the entire water modeling
3     activities.  I'm going to start very briefly
4     on what we've done with Tarawa Terrace just so
5     we're all on the same page for those who,
6     panel members and members of the audience, who
7     have not been with us since then.  And then go
8     into Hadnot Point very briefly.  We have
9     subsequent presentations and staff that will
10    actually present very detailed information on
11    Hadnot Point.
12          Throughout the water modeling
13    activities, the epidemiological study came to
14    us and gave us four goals and objectives to
15    meet.  And this is by order of preference, if
16    you will.  If all we could do was give them
17    certain information, and at least wanted to
18    know the dates of the contaminants that
19    arrived at the wells.
20          If we were able to provide that
21    information, then they would like to have the
22    distribution of contaminants by housing
23    location.  That is, was it served by the
24    Tarawa Terrace water treatment plant?  Was it
25    served by the Hadnot Point water treatment

1      plant or the Holcomb Boulevard water treatment

2      plant?  Having that distribution they would

3      like to have monthly mean concentrations, and

4      I believe that's the numbers that Frank and

5      Perri showed up on that table.

6              Is that correct, Frank?  Those were

7      the mean values.  We obviously, if you see any

8      of the reports we have ranges associated with

9      those.  I think Frank just showed mean values

10     for an illustrated example.

11             And then, of course, we get into the

12     subject of reliability, confidence, how

13     confident are we, that is on the water

14     modeling side, and the values that we are

15     giving the epidemiologists.  And just as an

16     example, if you look at some of the supply

17     well data from Tarawa Terrace of the wells, it

18     may range from non-detect all the way up to

19     1500 parts micrograms per liter.  And so the

20     question is how reliable, when we give them a

21     number, does it range that much or does it not

22     range that much.

23             So getting back to this, and this will

24     help, I think, clear up a little.  We've got

25     three housing areas, Tarawa Terrace and Knox

1   Trailer Park someone mentioned, served by both

2   Camp Johnson and Tarawa Terrace.  What's

3   referred to as Holcomb Boulevard, and there's

4   the Holcomb Boulevard water treatment plant,

5   and the Hadnot Point area right here.

6         Initially, we assumed that Tarawa

7   Terrace was completely exposed or continuously

8   exposed I should say for the study period.

9   And we assumed that the Hadnot Point area was

10   continuously exposed for the study period.  We

11   also then assumed -- and I say we, that was

12   the information that the epi study talked

13   about, that Holcomb Boulevard was completely

14   unexposed.

15         Based on some information and digging

16   around, newspaper articles, some transfer of

17   property documents that were provided by the

18   Marine Corps, we estimated actually that

19   Holcomb Boulevard really did not come online

20   until June of 1972.  Just for your edification

21   that's based on one nice big picture in a

22   newspaper showing a grand opening of the plant

23   in August '72, and also U.S. government

24   property transfer to the tune of $700,000

25   occurring in June of '72 which would be the

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1       treatment plant, meaning it was completed and

2       online.

3               So that's our best estimate as to when

4       Holcomb Boulevard, so that's the difference in

5       time from '68 to '72.  Obviously, Hadnot Point

6       did supply contaminated water or water with

7       varying concentrations of contaminants to

8       Holcomb Boulevard.

9         DR. GRAYMAN:  Morris, what is French's

10      Creek?  Why is that designated differently?

11        MR. MASLIA:  It's just an area that's

12      referred to at Camp Lejeune as French's Creek.

13      It's on the same water distribution system.

14        DR. GRAYMAN:  As Hadnot Point?

15        MR. MASLIA:  Hadnot Point, but it's referred

16      to as French's Creek, and we just, but it's

17      the same distribution system.

18              We also have, and we met this past

19      November, I believe, with former and current

20      operators.  You have a question?

21        MR. PARTAIN:  Just [to -ed.] elaborate on

22      Dr. Bair's question about the housing.  My

23      parents -- I'm one of the [Lejeune babies -

24      ed].  I was born in January of '68.  My

25      parents lived in Tarawa Terrace, and the

CLJA_WATERMODELING_01-0000011327

1          housing units there are self contained.  It's
2          like a neighborhood.  You've got your kitchen,
3          everything you need is there.  The base is a
4          self-contained unit.
5                  My mother is French-Canadian, and at
6          the time English was her second language.  She
7          didn't leave the base.  Everything she needed
8          was on the base, PX.  The PX was located at
9          Hadnot Point, the main side.  All of her
10         OB/GYN appointments were on the main side at
11         the Naval hospital.  The O Club, where my
12         parents would go for their recreation, was on
13         main side.
14                 So we were exposed to both Tarawa
15         Terrace water, which provided our family
16         housing, and also Hadnot Point water, which
17         provided the water for the O Club, the Naval
18         hospital where I was born, and any activities
19         they did on there.  So these houses are just
20         like you would go drive through a subdivision.
21         It's not like a barrack or anything like that
22         but family housing.  Of course, when you're
23         dealing with barracks, it's a totally
24         different issue.  I hope I clarified your
25         question there.

72

1        **DR. BAIR:**  Thank you.

2        **MR. MASLIA:**  There's an interconnection

3        valve here and a booster pump right here.  And

4        when Frank mentioned previously about

5        intermittent mixing or interconnection, we had

6        a meeting with former and current operators,

7        ATSDR did, I think last November, and we also

8        have some logbooks that have some entries into

9        them.

10               And what it turns out as a general

11       rule of thumb is that during the spring, which

12       is dry in April, May, June, everybody's

13       filling up the kiddy pools, sprinkling a golf

14       course up here, and someone, they may need

15       some additional water at Holcomb Boulevard.

16       So they would turn on a 700-gallon-per-minute

17       pump.  At some point they switched that out to

18       a 300-gallon-per-minute pump, and there's

19       entries into the logbooks when they did that.

20               At the same time if this did not

21       provide sufficient water, then they could go

22       and open up this interconnection, which is

23       referred to as the Wallace Creek valve, and

24       water would flow that way as well into that

25       site.  So that's how you would get mixing of

73

1     water, contaminated water, even after '72 in
2     this area during April, May or June in that
3     time period.  And Jason Sautner will speak
4     more about this on the second day about that.
5          And so that's a big difference than
6     Tarawa Terrace for the question that we have
7     posed because at Tarawa Terrace the last panel
8     recommended -- and rightfully so because we
9     didn't the testing because all the supply
10     wells fed into a central water treatment
11     plant, we could use a simple mixing model and
12     mix, and assume, which we did, that the
13     finished water concentration at the treatment
14     plant was the same water that residents
15     received from the treatment plant.  So that's
16     what's different about this situation.
17        **MR. HARDING:**  Morris?
18        **MR. MASLIA:**  Yes.
19        **MR. HARDING:**  Ben Harding.  If you go back
20     to that slide, it doesn't make complete sense
21     that you'd be able to do both things in a
22     water distribution system, open the valve and
23     use the booster pump.  The use of the booster
24     pump implies that the Holcomb Boulevard system
25     was running at a higher grade level than the

1    Hadnot Point.  And if you open the valve, if

2    that were the case, then you'd expect water

3    just to flow back into Hadnot Point.  So I

4    just want to put that question on the table,

5    and maybe Jason or somebody later can address

6    that.

7        **MR. MASLIA:**  There's also ~~Joe~~ [Joel -ed.]

8    Hartsoe here who probably has more expertise

9    since he operated the system there that could

10   answer us.  Our understanding was -- and, Joe,

11   please correct me.  As I stated if there was

12   insufficient supply from the booster pump,

13   they would turn on, open up the valve.

14       **MR. HARTSOE:**  The valve you're talking about

15   ^ [is Marston Pavilion. -ed.] I don't ever

16   remember opening that valve because of the

17   watering of the golf course.  It was always

18   the booster pump.  Then interconnections would

19   only be opened if, that interconnection would

20   only be opened if there was a major water

21   break or anything like that.  I don't ever

22   remember opening that valve just to furnish

23   water for the golf course area.

24       **MR. MASLIA:**  There's also a two-week period

25   in January of '85 when there was a fuel line

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1           break at the water treatment plant here, and

2           BTEX compounds got into the supply here.  So

3           then they used the Hadnot Point water supply

4           for about a two-week period.  And there's

5           actually some fairly detailed measurement,

6           concentration data throughout the distribution

7           system that we have.  That's the other point

8           to remember.  Did that answer the question?

9              MR. HARDING:  Yeah, it sounds like that

10          valve was only opened under very rare

11          circumstances.

12             MR. MASLIA:  It is noted in the logbooks

13          that we have when it, at least on there is

14          notation that they opened up the valve, the

15          Wallace Creek valve.

16             DR. HILL:  So are you saying that the

17          records you're seeing contradict what was

18          said?

19             MR. MASLIA:  No, not at all.  I'm just

20          saying when we have information or data, we

21          prefer to refer to the logbooks.  The logbooks

22          specifically provide an incident that the

23          Wallace Creek valve was open.

24             DR. HILL:  And as far as you know, is that

25          because some major main break or you just

76

1    don't know?

2       **MR. MASLIA:** Oh, we don't know. It does not

3    necessarily give those other details. We've

4    actually transcribed the logbooks. Actually,

5    the logbooks are on the DVDs for Chapter A,

6    that three DVD set. They actually, if you're

7    interested, we can point you to which files so

8    you don't have to look through 20 gigabytes to

9    find it.

10       But that's what we have gone through

11    those, and that's one of the purposes when we

12    had the meeting with the former operators so

13    we could understand clearly because we did see

14    entries mentioning a booster pump. We saw

15    another entry mentioning a valve. And for

16    awhile there we were not quite clear on the

17    understanding of that. So I believe we're on

18    the same page now, and we understand the

19    operations we have seen.

20       **DR. GRAYMAN:** It would be interesting to

21    maybe have a chart which would show on a

22    month-by-month basis the number of hours that

23    the booster pump was on and the number of

24    hours that the valve was open on Wallace

25    Creek.

CLJA_WATERMODELING_01-0000011333

1    **MR. MASLIA:**  Jason does in his presentation
2    tomorrow have a chart showing from the pump
3    side the hours and so on, and he will present
4    that.
5    **DR. HILL:**  So there was this period of time
6    where along Holcomb Boulevard there was this
7    spill, and so they shut that water off.  They
8    brought water in from Holcomb Point, and
9    during that time they did detailed monitoring
10   of the quality of the water being delivered?
11   **MR. MASLIA:**  Yes.  I believe the state came
12   in also and took some samples.
13           Is that right, Scott?
14           Yes, the State of North Carolina came
15   in and there's actually sampling throughout
16   the distribution system.
17   **DR. HILL:**  I hadn't heard of that occurring,
18   and it seems like that's a really nice
19   opportunity.
20   **MR. FAYE:**  That's discussed in detail in
21   your three-ring binder report there.  I think
22   it's actually Table 12 or 13 of the
23   Contaminant Data Report shows the analyses,
24   the time of analyses, the location of the
25   analyses.  And there was the actual what we

1    would call detailed sampling only occurred for
2    probably a couple days, but then there was
3    periodic sampling at a smaller number of
4    locations for actually about two weeks.
5         And all of the data that we have
6    regarding that incident and the sampling and
7    et cetera, is on, like I said, Table 12 or
8    Table 13, and actually may not have been
9    printed out, but it's on the CD that was
10   provided with the binder.
11       MR. MASLIA:  I can pull that up.  If you'd
12   like me to pull that up right now, I can.
13       DR. HILL:  Oh, no.  I would suggest going on
14   with your presentation.  I went through most
15   of those tables and marked them so let me look
16   at those, but I didn't understand the
17   significance of them.
18       DR. KONIKOW:  Just one question on those
19   ~~detail~~ [detailed –ed.] datasets.  Could that
20   provide an opportunity to test or calibrate
21   your water distribution model?
22       MR. MASLIA:  Absolutely.
23       DR. KONIKOW:  Okay, absolutely.
24       MR. MASLIA:  Yes, that's at least one
25   thought that we have, but that kind of data we

1    don't have otherwise.  So, yes, Lenny, that's

2    the lines, at least right now, that we're

3    thinking along.

4        MR. PARTAIN:  One important thing to note, I

5    don't know if you pulled that dataset for the

6    North Carolina testing in January of '85.

7        MR. MASLIA:  Let's see if I can.

8        MR. FAYE:  If you go to my hard drive --

9        MR. MASLIA:  What table was that, Bob?

10       MR. FAYE:  There you go.  Go down to the

11   tables.

12       MR. MASLIA:  What table?

13       MR. FAYE:  I think it's 12 or 13.

14       DR. HILL:  It's 13.

15       MR. MASLIA:  You want Figure 13?

16       MR. PARTAIN:  Okay, that's it.  Now, what I

17   want to point out, these are different sample

18   points along Holcomb Boulevard and Hadnot

19   Point.  The January leak that they're

20   referring to that this dataset came from was

21   the result, was taken after the Holcomb

22   Boulevard plant had supposedly been cleaned

23   because of a fuel spill.

24           Now, at this point in time, there was

25   only one contaminated well operating that

80

1    produced these results.  The other ten, I
2    believe it was ten contaminated wells had
3    already been taken offline at the time of this
4    reading.  So you have one well producing those
5    results all along different points of the
6    distribution system within Holcomb Boulevard.
7        MR. FAYE:  That's all discussed I think
8    pretty thoroughly in the text of that report
9    that discusses this incident and that was Well
10   HP-651 that the gentleman was referring to.
11       DR. GRAYMAN:  And that time period was when
12   it was being supplied from Hadnot Point still?
13       MR. FAYE:  Yes.  And the issue there was
14   that earlier during December of '84, I believe
15   it was December 16th of '84, Camp Lejeune did a
16   major effort of sampling all of their active
17   supply wells because of their alert that they
18   had, that there was several of the wells had
19   been contaminated.  And obviously, they were
20   on a mission to find out which ones.
21            Unfortunately, part of that sampling
22   effort, I believe, there were four of the
23   bottles that were broken at the time.  And one
24   of those bottles was 651, so it was never
25   recognized by anyone that that particular well

CLJA_WATERMODELING_01-0000011337

81

1    was contaminated until these data came along.

2    And then that was the last contaminated well

3    that they removed from service.

4       **MR. MASLIA:**  Yes.

5       **DR. ASCHENGRAU:**  We just noticed that one of

6    the sampling sites was the Berkeley Manor

7    School, and that the TCE concentration's very

8    high there.  So I'm just wondering is it

9    possible that some of the children in the

10   study went to school there?  1985.

11      **MR. MASLIA:**  Frank says that's a future

12   study.  The study goes from '68 to '85.

13      **MS. RUCKART:**  The children in our study

14   report, they're carried in utero, so they

15   would not be at school.  I suppose if the

16   mother was a teacher at the school.

17      **DR. ASCHENGRAU:**  What year was it?  Aren't

18   you going back to '68?

19      **MS. RUCKART:**  Well, if the births occurred

20   during '68 to '85, it's possible that the

21   children did attend the school, but that would

22   not be included in our study because we're

23   just looking at exposures up to the first year

24   of life.  We are doing some future studies,

25   and that will include as part of our health

82

1     survey, dependents.

2       **DR. ASCHENGRAU:** Okay, but maybe we'll

3     recommend that you go beyond the first year of

4     life for the cancer outcomes.

5       **MR. PARTAIN:** You'll notice, too, that the

6     hospital is in that dataset. I think it's 900

7     parts per billion or something like that.

8       **MR. FAYE:** And I think the relevance of this

9     is that, as the gentleman pointed out, this

10     was just one well that was pumping at the

11     time. There were many other wells that were

12     providing water to Hadnot Point by WTP at the

13     time, and so the actual concentrations from

14     651 were substantially diluted, and you still

15     got these concentrations.

16         And the point is -- I think I pointed

17     that out as well in the text there of the

18     report -- that you have as long as these

19     contaminated wells were operated routinely,

20     you obviously had contaminants routinely

21     delivered to the WTP and this just happens to

22     be the best example of that that we have.

23       **DR. BOVE:** One other point about this is

24     that, yeah, the high reading at the school,

25     but this was a two-week period. The school

83

1    was free of contamination most of the rest of

2    the time.  But there are schools in Tarawa

3    Terrace, and they got contaminated water as

4    well so the child would have residential and

5    school exposure.  And we're going to be trying

6    to capture this in the health survey, the

7    diseases that developed after as they got

8    older.

9        DR. HILL:  But the school would also have

10    been contaminated perhaps during those April

11    through June time periods?

12        DR. BOVE:  Right, we don't know.  It depends

13    on, yeah, this is Berkeley, yeah.  We're not

14    sure yet what parts of Holcomb Boulevard

15    housing got the full brunt of that when they

16    turned on the valve, and what parts didn't get

17    the full brunt if they're going to be diluted

18    of course.  So these are questions we'll have

19    to resolve.

20        MR. MASLIA:  Scott.

21        MR. WILLIAMS:  You may have to present to

22    the panel that you have the well-cycling chart

23    for that time period, so there's a lot of

24    unknowns there.  Morris has a well-cycling

25    chart when all that sampling was going on, so

CLJA_WATERMODELING_01-0000011340

84

1    you can actually see exactly which wells were

2    on what days.  We don't have the resolution

3    for ^(off microphone).

4        MR. FAYE:  Morris, I think this highlights

5    the, probably the principal challenge from the

6    ground up on this is to understand this may

7    affect the groundwater as well, how these

8    wells were operated.  This is the same thing

9    with Tarawa Terrace.  This is a huge challenge

10   in reconstructing that, and I think we ought

11   to spend some time talking about how that was

12   done for Tarawa Terrace.  How it might be done

13   for Hadnot Point.

14       MR. MASLIA:  And I've actually got some

15   Tarawa Terrace slides so maybe I should

16   proceed to those and maybe we can --

17       MR. FAYE:  Can I address that, Morris?

18       MR. MASLIA:  Yes.

19       MR. FAYE:  First of all at Tarawa Terrace

20   our main, we didn't have a lot of specialized

21   data in terms of the operations of the wells

22   at Tarawa Terrace.  We do have those kind of

23   data for this particular aspect of the study

24   for this study, and I'll detail that in my

25   talk.  But the point to be made a Tarawa

85

1    Terrace was our main approach was to make sure
2    that we removed an appropriate volume of water
3    from the aquifer at a particular time and for
4    a particular time.

5        And the well capacities were just used
6    to distribute that volume of water.  We can
7    actually do various tests and Peter Pommerenk
8    has come up with a, described a whole series
9    of concerns and tests that he would recommend
10   for this particular study.  And we actually
11   have the data that we can accomplish that, and
12   I'll talk about that in my presentation
13   specifically related to well operations.

14     MR. MASLIA:  So for overview, again, wanted
15   to just make sure we were all on the same page
16   and understanding that exposure, exposed, non-
17   exposed and the time frame of each in which
18   you have the valve and booster pump.

19       I thought it would be interesting just
20   to give a generalized timeline so, again,
21   everybody understands the relationship of
22   different, the study, different occurrences of
23   treatment plants or supplies coming online.
24   And, of course, here's our current health
25   study going from '68 to '85.  Hadnot Point was

86

1    the original water supply system on base.  The
2    base started around 1941, and it's presently
3    still operating.
4         Tarawa Terrace based on information in
5    the work details of the Tarawa Terrace
6    reports, online from '52 to '87, and, of
7    course, that was shut off after February of
8    '87 due to contamination.  And Holcomb
9    Boulevard, as we said, came online in June of
10   '72 and it's currently still operating.
11        It's interesting that the documented
12   VOC contamination, that's where we have
13   sampled data strictly from '82 through '87.
14   That's all to our knowledge that exists in
15   terms of specific contaminants such as TCE,
16   PCE, degradation products.  And so that is
17   now, there's post-remediation or remediation
18   data as they were doing RIFS reports.
19        But in terms of the water supply,
20   that's what I'm referring to here, that's all
21   we have.  The historical reconstruction for
22   Tarawa Terrace indicated that concentrations
23   above the MCL, which is five parts per
24   billion, for PCE in November of '57.  And, of
25   course, the water treatment plant was shut

1    down during February of '87.

2         And at Hadnot Point, which is why

3    we're all here today, again, this is what this

4    meeting is all about, but again, the

5    contaminated wells were shut down by '87.  So,

6    obviously, sometimes in this time frame it

7    became contaminated.  Lenny?

8      **DR. KONIKOW:**  With the documented VOC

9    contamination, was that in all three, from all

10    three water treatment plants and all three

11    supply systems?

12      **MR. MASLIA:**  In '82 they not necessarily

13    went to the treatment plants, probably in late

14    '84, early '85 is when they actually started

15    going to the wells and the treatment plant

16    getting half singles, if you will.  There's

17    actually some inferences because of THM

18    readings being affected by VOCs or chlorinated

19    solvents in '81 and '80, but that is from '85

20    forward that that's at the treatment plants.

21    I don't believe we have any supply wells prior

22    to '84.

23         Is that correct, Bob?

24      **MR. FAYE:**  Well, the question was related

25    first to the WTPs.  There's two tables in the

1     report, I think six or seven or something like

2     that, that actually show the, actually list

3     the contaminant information that we have for

4     both WTPs.

5          And I think to answer you question

6     directly, Lenny, I'm not really positive there

7     was VOC contamination noted through samplings

8     at the Holcomb Boulevard plant during this

9     time.

10          And, Morris, what was the question

11     about the wells, the supply wells?  What was

12     that about?

13     **MR. MASLIA:**  During this period, the

14     sampling.

15     **MR. FAYE:**  Yeah, that's all in the report as

16     well.  There's a large table in there showing

17     the BTEX contamination and the PCE, TCE and

18     derivative contamination at the supply wells

19     and it covers this period.  And I think that

20     might be, I don't know.  You'll have to look

21     at the list of tables, somewhere between six

22     and ten, something like that.

23     **DR. HILL:**  The earliest year is '84.

24     **MR. MASLIA:**  Yeah, the earliest year is '84.

25     **MR. FAYE:**  For the supply wells, yeah,

1    absolutely, yeah. The earliest is July,

2    actually of '84, July 7th of '84, I think is

3    the earliest data that we have and then

4    there's the '82 data relate to sampling

5    locations within the Hadnot Point distribution

6    system.

7        DR. KONIKOW: The Tarawa Terrace with the

8    first arrival in November '57, if that was

9    actually several years later, maybe even four

10   or five years later, would that have any

11   effect on the health study since the health

12   study is '68 to '85? In other words would any

13   inaccuracy in that first arrival --

14       MR. MASLIA: We actually did, Mustafa Aral

15   did some well scheduling optimization and did

16   different scenarios with different wells other

17   than the ones that we calibrated for the

18   model. And you could shift the time from '57

19   to '60, but during the course of the study it

20   did not significantly affect at all the higher

21   concentrations.

22           They all tended towards that level of

23   that chart, the graph that shows in the

24   finished water that all it shifted was, other

25   than if you shut down, for example, TT-26. If

1    you shut down TT-26, both the data and the

2    model would show that your finished water went

3    down to practically no contamination at Tarawa

4    Terrace.  But if you shifted the cycling so

5    that it didn't hit or arrive or pass the MCL,

6    say, as you said, 59, 60, 61, whatever, did

7    not significantly affect the higher

8    concentrations in the finished water.

9        **DR. DOUGHERTY:**  Just to continue on that,

10    was there sensitivity to the contaminant mass

11    loading date as opposed to the water

12    production schedule?

13        **MR. MASLIA:**  The actual date of the

14    introduction of the contaminant to the system

15    at Tarawa Terrace?

16        **DR. DOUGHERTY:**  Yes.

17        **MR. MASLIA:**  No, there was not.  That was --

18    and I guess I'll refer to Bob, but that was

19    derived based on the deposition of the owners

20    as to when they began operating the dry

21    cleaner.

22            But, Bob, if you want to follow up on

23    that.

24        **MR. FAYE:**  Yeah, there was a legal, a

25    deposition obtained from the owners, the Metts

91

1          (ph), the Metts family I believe is the name

2          that owned ABC Cleaners at the time.  They

3          described the onset of their operations.  They

4          indicated that they used PCE from the

5          beginning of their operations and so we had a

6          date, I think, of 1953 or '54, something like

7          that, when the PCE was initially loaded to the

8          subsurface as far as the modeling is

9          concerned.

10        **MR. MASLIA:**  We also had information just to

11        bracket the actual value as to how much the

12        Metts estimated they used during their

13        process.

14        **MR. FAYE:**  Yeah, they indicated that they

15        continuously for the years of interest to this

16        study anyway, continuously used between two

17        and three 55-gallon drums of PCE every month.

18        **DR. HILL:**  Mary Hill.  So I understand how

19        that the rest of the modeling concentrations

20        would change as that beginning date changed,

21        but in terms of the epidemiology study, and

22        their efforts to try to get time connections,

23        are their results impacted by that?

24        **MR. MASLIA:**  No.

25        **DR. HILL:**  I thought not.  I just wanted to

CLJA_WATERMODELING_01-0000011348

1          verify that.

2             **MR. MASLIA:**  No, they would not be.

3             **MR. FAYE:**  There's another question.

4             **DR. BAIR:**  Yeah, it might be more

5          appropriate for later on, but in terms of

6          amount of contaminants going to the water

7          treatment plants coming from the wells.  The

8          wells are constructed in a manner that

9          commingles water between different aquifers?

10            **MR. FAYE:**  Correct.

11            **DR. BAIR:**  And I'm wondering in the Tarawa

12         Terrace as well as the future modeling being

13         done at Hadnot, how the quantity coming from

14         each aquifer is apportioned relative to the

15         total pump from the well because that makes a

16         huge difference as to what's going to go to

17         the water treatment plant.  I mean, if you

18         brought up 651, which was the worst well,

19         that's open to three aquifers and there are

20         screen blanks across two confining beds.  So

21         in terms, let's say it pumped 100 gallons a

22         minute just for sake of discussion, did 70

23         percent come from one zone based on its

24         permeability and thickness and 20 percent from

25         another and ten from another?  Because that's

1         really going to impact what goes to the

2         loading to the water treatment plant.  So if

3         that's in the mix, you know, I'll wait to hear

4         it then.

5           MR. FAYE:  Well, the concentration at the

6         well is a concentration of the mass of the

7         water and the mass of the contaminant from all

8         of the contributing units.  So it's a, we

9         could break out the individual contributions

10        from the individual aquifers, but I fail to

11        see how useful that information that would be

12        --

13          DR. BAIR:  Well, you have to assign a

14        pumping rate to each zone in the well, don't

15        you?

16          MR. FAYE:  ^ is the concentration ^(off

17        microphone).

18          DR. BAIR:  But in the flow model, the flow

19        and transport model, if those are not

20        apportioned properly, then you're going to get

21        a different velocity distribution coming to

22        one zone and another.  And the velocity

23        distribution affects the concentration.

24          MR. FAYE:  Well, like I said, we could break

25        out the individual contributions, but it's

CLJA_WATERMODELING_01-0000011350

1    entirely mixed compute with the end
2    concentration that the well delivers to the
3    WTP, so I fail to see, yeah, we can do it just
4    for academic purposes.
5        DR. BAIR:  No, this is not an academic.
6        DR. KONIKOW:  This is, you're using the
7    models to compute the concentration coming out
8    of the wells, and how you treat the wells in
9    the model makes a difference is what Scott's
10   saying.  So the question is, how did you
11   represent the pumpage in the model?  Did you
12   use the well package of ~~mod flow~~ [MODFLOW -
13   ed.]?
14       MR. FAYE:  I see.
15       DR. KONIKOW:  In other words you have data
16   that you used to estimate the monthly pumpage
17   --
18       MR. FAYE:  Right.
19       DR. KONIKOW:  -- from each well.  Some of
20   that comes from the shallow system.  Some
21   comes from the deeper system.  The
22   concentration of those two units are not the
23   same.
24       MR. FAYE:  Where the well was in two
25   aquifers in Tarawa Terrace which was basically

1    what we had to deal with there was just two

2    aquifers, I'm trying to recall.  I think for

3    the most part I just subdivided the assigned

4    pumpage equally.  I had no basis for doing it

5    any differently.

6    　　DR. KONIKOW:  What are you going to do in

7    the new models for Holcomb Boulevard and

8    Hadnot Point?

9    　　MR. FAYE:  We would have to look at it in

10   terms of the, like the Trans-Pacific

11   [transmissivity -ed.]and American [word

12   incorrect, correct word unknown -ed.] are

13   different units, and try to apportion it as

14   appropriately as we can.  I, frankly, haven't

15   thought about it a whole lot.

16   　　DR. KONIKOW:  Because this, as Scott says

17   and I agree with Scott, this could make a big

18   difference in how you, how much pumpage you --

19   　　MR. FAYE:  I agree if contaminant is

20   isolated to one unit, and that unit is poorly

21   pumped or vigorously pumped obviously, yeah,

22   it's going to make a big difference.  I agree.

23   　　DR. KONIKOW:  Have you thought of using the

24   multi-node well ~~passage~~ [package -ed.] because

25   that will do a lot of that automatically for

96

1      you.

2          MR. FAYE:  Yeah, we have thought of that,

3      and I think that's registered somewhere in the

4      text there.

5          DR. GOVINDARAJU:  Well, I just wanted to

6      follow up on that but some of this was brought

7      up at the discussion.  Eventually, whatever

8      the model does, what is ^ established in the

9      well.  So in the well water when it comes in

10     from whichever aquifer, it gets mixed up.  So

11     the measured concentration is always a

12     particularly average value.

13         MR. MASLIA:  But basically, we've hit on

14     Tarawa Terrace back and forth, which is fine.

15     I thought I would just get back to the expert

16     panel, the previous expert panel's, most

17     people here were on there, and go over.  There

18     were five generalized recommendations.  Some

19     had sub-recommendations obviously for

20     obtaining the groundwater modeling and sub-

21     recommendations of doing sensitivity analyses,

22     and dispersion fate and transport and so on.

23             But what I put together is just a

24     table in Chapter A, which I believe was sent

25     to you and it's on line and all that where we

97

1       applied the recommendation and wrote the

2       report in the manner so that anyone could

3       pull, go to the expert panel report and see

4       what the recommendation was and find a section

5       in the report.  If anyone wants a hard copy of

6       this table, I could make that available.

7               But that's basically the approach, and

8       hopefully, the approach coming out of this

9       meeting is we'll have similar recommendations.

10      When I say similar, probably more, but of that

11      type that we can go down, and then the agency

12      will implement as needed appropriately.

13              I thought I'd summarize the Tarawa

14      Terrace -- and feel free to ask more detailed

15      questions -- but in three major categories

16      that the Agency feels that we achieved.  And

17      one was the understanding that the calibrated

18      models for Tarawa Terrace are useful for the

19      epidemiological study.  Second, the

20      concentrations that were measured in the

21      1980s, represent the high concentrations.

22      There are no higher concentrations based on

23      data and that was experienced over many years.

24              And finally, that using the models we

25      would not be able to conclude when the

CLJA_WATERMODELING_01-0000011354

98

1    contaminated water reached certain values,

2    such as arriving at the MCL, arriving at the

3    water treatment plant and water concentrations

4    people were exposed to on a monthly basis for

5    use with the epidemiological study.

6        DR. HILL:  I agree with this, but one thing

7    I've thought about is the fact that the

8    concentrations are not higher in previous

9    years.  Isn't that partly because of how the

10   source is represented in the model?  And are

11   there situations such as high recharge events

12   or something, was it ever investigated as to

13   whether there might be circumstances that

14   weren't represented explicitly in the model

15   because it's an averaged, kind of a long-term

16   thing but that might be more smaller scale

17   events that could increase concentration?

18       MR. MASLIA:  We did assume for the

19   deterministic approach that we had a

20   concentration.  I believe it was 1,200 --

21       MR. FAYE:  Mass loading ranges.

22       MR. MASLIA:  -- mass loading ranges --

23       MR. FAYE:  -- concentration varied over

24   time.

25       MR. MASLIA:  -- yeah, mass loading range was

1,200 --

MR. FAYE: But to address Mary's question I
think, yeah, they have ⌐ [massive -ed.]
hurricanes there so you would get a dilution
for a short period of time, but on the flip
side, you get droughts that would increase
concentrations for a relatively short period
of time. So I don't know that we ever tried
to address those kinds of cause and effect
relationships in any of our modeling.

DR. HILL: And the one I was thinking of was
that hurricanes might produce greater transfer
of contaminants from the unsaturated zone into
the saturated zone and which might show a ^
[relationship -ed.] of such.

MR. MASLIA: We did not address events such
as those.

MR. FAYE: There was no continuous data to
see if there were pulses or anything like
that. We just didn't have that.

DR. HILL: I understand.

DR. KONIKOW: Just to follow up on that.
Those high, rare, let's say, uncommon high
recharge events might not lead to dilution,
might actually lead to peak concentrations

1    because it would have the opposite effect of

2    what you would want.  Because some of the

3    contaminant is hung up as a separate phase in

4    some of it, and so the faster it flowed

5    through a water during high recharge events

6    could dissolve a lot more, just bring a lot

7    more solute.

8         Because one of the things that I

9    noticed in the analysis of it is that the

10   problem with mass loading rate is when you

11   match that with the fluid recharge rate that

12   you use, you wind up with source

13   concentrations in the liquid phase that would

14   be perhaps ten times above the solubility

15   limit.  So there's an inconsistency there the

16   way the contaminant is loaded into the model

17   at least by using the mass loading.  Or maybe

18   that's too much detail.

19       **DR. CLARK:**  ~~Over here~~ [Dr. Bair. -ed.].

20       **DR. BAIR:**  Yes, I was going to ask if in the

21   future model you're going to put together

22   that's transient, would there be spatial and

23   temporal changes in recharge that can account

24   for droughts and flood events and was that

25   used in the Tarawa Terrace model, transient

1    recharge, accounting for droughts?

2         **MR. FAYE:**  We varied recharge only on an

3    annual basis.  That was our estimate.  But to

4    determine -- and we couldn't compute monthly

5    hydrologic budgets.  We just did not have raw

6    data or examine the transporation date or

7    anything like that.  But what we did do was,

8    we computed what we call a quasi or a gross

9    hydrologic budget on a monthly basis for the

10   period of interest using the climatological

11   data that we had.

12        For example, we had pan evaporation

13   data.  We had rainfall data.  So to estimate a

14   month, this was an experiment just to test the

15   sensitivity of the model to recharge.  So what

16   we would do, we would subtract the evaporation

17   from rainfall and the difference we would

18   assign as effective recharge.  If it was

19   negative, we would say recharge was zero for

20   that month.  Then we ran the model for all 528

21   stress periods with an array like that.

22        And then we compared the end-of-year

23   changes in water levels using that approach

24   versus the approach that was used in the

25   calibrated model.  And we found, and we did

1      that in the western part of the domain where

2      there was very little or no influence of

3      pumping so it would be just a natural

4      ~~relationships~~ [relationship -ed.].  And we

5      found that there was very little difference in

6      the year-to-year changes using one method

7      versus the other.  And that's described in

8      Chapter C in detail, the whole approach.

9          **DR. BAIR:**  Did you look at changes in

10     velocities?  Because there's a difference

11     between focusing on water level changes during

12     that and looking at velocities during that.

13     And it's the velocities that are going to

14     drive the contaminants whether they slow up

15     during a drought, but during a drought you're

16     probably pumping more water, groundwater or

17     during a flood or hurricane event or a really

18     wet year.

19         **MR. FAYE:**  The pumping rates didn't change

20     using the [recharge rates -ed.]~~,~~ from the

21     calibrated model.  Pumping rates didn't change

22     using the quasi recharge rates, and we did

23     look at velocities throughout the model.  But

24     basically that was just an effort to find out

25     where we possibly were violating the ^

CLJA_WATERMODELING_01-0000011359

1    [Courant –ed.] condition, not for the

2    possibility you were talking about.

3        **DR. ROSS:**  I've got a quick question that

4    has to do, I guess, with recharge as well.

5    ABC Systems or ABC Cleaners discharged via

6    septic system.  This answer may be in the

7    documentation, but was the base plumbed on a

8    waste water treatment system or was there a

9    septic system associated with each house at

10   any period of time or how did they treat their

11   waste water?

12       **MR. FAYE:**  How did ABC specifically treat --

13       **DR. ROSS:**  Not ABC, but the base.

14       **MR. FAYE:**  Oh, the Tarawa Terrace.  That was

15   a sewerage system.  Yes, septic tanks as an

16   issue of recharge, I don't think that that was

17   anything to deal with.

18       **MR. MASLIA:**  We're about five minutes from a

19   break.  And as I told Bob, the reason the

20   breaks are so ^ [critical –ed.] and they might

21   want to have one is because of the video

22   streaming.  They have pre-programmed certain

23   breaks in.  So if we can go another few

24   minutes and take a break and then just pick

25   up, we can continue.

1    But while we're talking on it, this,
2    of course, appeared in the Chapter A report.
3    This is from the deterministic calibration
4    that we did at TT-26, the primary.  And as you
5    see, as we have noted, when that shut down for
6    maintenance here, of course, the finished
7    water concentration, the water coming from the
8    WTP, mixed with the WTP, also dropped.
9    And, of course, this was the
10   probabilistic, we had two probabilistic
11   analyses.  The blue line here represents the
12   calibrated finished water.  This is just
13   finished water concentration that I just
14   showed you previously.
15   We ran one scenario where we used the
16   calibrated pumping schedule that Bob talked
17   about in the calibrated model unadjusted but
18   then assigned probability distributions to all
19   the other parameters as noted in the Chapter
20   I, hydraulic conductivity and infiltration and
21   there's contaminant parameters as well and
22   that's the yellow band from here to here.
23   And then the pink band we tried to
24   assign a statistical or an uncertainty
25   property to the pumping so that it varied

1 continuously, and that's detailed in the

2 Chapter I report, Uncertainty, and that's the

3 band, the pink band.

4 And I suppose what we observed is that

5 the data, the measured data that we have,

6 which obviously is in the late '80s, did fall

7 in the confidence bands and was in the, for

8 the water treatment plant, was in the

9 calibration target, so I'm sure we'll talk a

10 lot about calibration targets. There've been

11 some good discussions in the pre-meeting notes

12 about that.

13 But what I'd like to do --

14 And, Barbara, if you can get, I think

15 it's the third or fourth poster. What I did I

16 took this to the water treatment plant for

17 both scenarios. And rather than calibration

18 targets, I plotted it in terms of the 95

19 percent of the Monte Carlo simulations. So

20 that's your confidence, the pink line going

21 down there.

22 That's all the data that we have.

23 This is all the data that's above non-detect.

24 All these are detect measurements below

25 detection limit either indicated as non-

1    detects with no symbol or in this case for

2    example, we've got a below detection limit

3    with a value of I think about six micrograms

4    per liter.

5         And here the actual measured data --

6    well, that's the 95 percent of the Monte Carlo

7    simulation for those particular runs with

8    scenario one where pumping was not varied from

9    the calibrated and scenario two where pumping

10   was varied from calibrated value assigned a

11   statistical value properties.

12        **MR. HARDING:**  Morris, if you could go back.

13        **MR. MASLIA:**  Okay, let me back up here.

14        **MR. HARDING:**  I just want to give you an

15   impression.  And my impression in looking at

16   this was these seem too narrow.  I would

17   expect to see a lot more uncertainty.  That's

18   just, I want to give you my impression.  I

19   have some specific questions related to the

20   sensitivity analyses, and they're things we

21   can talk about later, but just...

22        **DR. HILL:**  Mary Hill.  They do look a little

23   more reasonable on an ~~arid landscape~~

24   [arithmetic scale - ed.].

25        **MR. HARDING:**  Yeah, but looking at just the

CLJA_WATERMODELING_01-0000011363

1       arrival times, for example, very narrow.

2           DR. KONIKOW:  Well, I think these are

3       confidence bands assessed with a given

4       conceptual model, with a given numerical model

5       to look at the effects of uncertainty in just

6       a few selected parameters.  I agree.  They're

7       way too narrow in terms of what real

8       uncertainty is.

9           DR. CLARK:  I'm going to use my prerogative

10      here as Chairman to say that we're going to

11      take a break.

12          (Whereupon, a break was taken between 10:15

13      a.m. and 10:30 a.m.)

14          MR. MASLIA:  Y'all get an A-plus for using a

15      microphone except the people in the audience,

16      the court reporter cannot hear you sometimes.

17      So wait until you get the mike in your hand

18      before speaking.

19              Bob, are we ready to begin?

20          DR. CLARK:  Let's roll.

21          MR. MASLIA:  We'll pick up where we left

22      off, and I think just two comments I got

23      cleared up.  I guess the first one is there

24      appeared to be some confusion about the valve

25      and the booster pump.  Let me bring the slide

1    up.  The booster pump is right here.  That's

2    the 700-gallon-per-minute or 300-gallon-per-

3    minute pump that I said was noted in the logs.

4    And it ran intermittently April, May or June.

5    And Jason will also have some information on

6    that when he makes his presentation from

7    hourly information.

8        The shut-off valve, and I believe we

9    refer so there's less confusion, as Marston

10    Pavilion that's close to Wallace Creek 'cause

11    this is all Wallace Creek.  And that's where

12    they had to actually go in by hand -- if you

13    can travel the bridge here, you'll see it's

14    down below -- and actually open it up by hand.

15    So there are two different hydraulic devices

16    so to speak.  And that's where Joel said he

17    did not remember opening it up once.

18        I think we've seen -- correct me --

19    once or twice in the logbooks, Jason, that

20    they said they opened up the valve?

21    **MR. SAUTNER:**  It really depends if you want

22    to count the period in January to February of

23    '85.  It was open for a nine- or ten-day

24    period there.  Besides that it was opened

25    maybe five times between 1978 and 1986.

1    **MR. MASLIA:**  So just wanted to make sure we

2    were all, understood that if there was any

3    confusion.  And then during the discussion as

4    to apportioning over at Tarawa Terrace where

5    wells may have been open to different zones at

6    Tarawa Terrace as Bob Faye pointed out, were

7    only open to two aquifers, and ~~tran-posivities~~

8    [transmissivities –ed.] were approximately the

9    same for each.  Obviously, that will be

10   different for Hadnot Point.  That will be

11   taken into account.  We do have the multi-node

12   well package to use.

13       And then finally, Lenny, for my own

14   edification, when we get here to make it clear

15   that we did use the same conceptual model in

16   running the two uncertainty analyses.  In

17   other words we did not change the conceptual

18   model or change boundary conditions or

19   anything of that nature or change how the

20   contaminant source was applied to the model, a

21   constant source versus a injection-type

22   source.  Just wanted to clarify, just make

23   sure.  I think that was Lenny's point.

     **HADNOT POINT/HOLCOMB BOULEVARD PRESENTATIONS**

24   **AND PANEL DISCUSSION**

25       So we will continue on over at Hadnot

110

1      Point.  I'm, again, very briefly just going to

2      show where we currently are from a project

3      standpoint, and then we have follow-up

4      presentations and discussions.

5              We're basically 95 percent complete

6      with data analyses, the data that we have.

7      That was the data that was presented in the

8      notebook.

9              We're not 95 percent complete?

10     MR. FAYE:  Yeah, for the IRP sites.

11     MR. MASLIA:  Good, that's what I'm reporting

12     on.

13     MR. FAYE:  Good, say the IRP sites.

14     MR. MASLIA:  The IRP sites.

15     DR. GRAYMAN:  What are IRP and what are UST?

16     MR. MASLIA:  The UST are underground storage

17     tanks.

18     DR. GRAYMAN:  And the IRP?

19     MR. MASLIA:  IRP are the --

20     MR. FAYE:  Installation Restoration Program

21     sites and that terminology may not be exactly

22     correct.  Perhaps the folks from Camp Lejeune

23     or the Navy can clarify that.  But just for

24     our own purposes of organization, that's how

25     we've subdivided up the general data that we

1     find.

2     **MR. MASLIA:** The data report, again, the

3     draft is what we provided you. When I say 95

4     percent complete, it's not going through

5     review or anything like that, but in terms of

6     compiling the tables, things like that, state

7     properties, statistical analyses 95 percent

8     complete.

9     Groundwater flow and transport

10    modeling, obviously, we have not gone very far

11    on there for a number of reasons. One is we

12    want feedback from this panel. We have to

13    provide you with some guidance as to the

14    direction we were heading, and we tried to do

15    that, but not yet commit a whole lot of time

16    and resource.

17    Number one, we needed the data

18    analyses to be complete. And then also,

19    again, obviously, we need input from this

20    panel. And the water distribution system

21    modeling, we do have calibrated all pipes

22    modeled for both Hadnot Point and Holcomb

23    Boulevard that is based on field work that we

24    did in 2004.

25    We conducted some initial simulations,

1    what were referred to as interconnection

2    scenarios.  That's where we turned that

3    booster pump on and off, the 700-gallon-per-

4    minute, and Jason will report on that tomorrow

5    and that.

6            As Bob indicated, this refers to the

7    IRP sites.  We have since March, we know we

8    have at least 100 more reports containing some

9    form of information, and we can discuss that.

10   We have a session on the second day to deal

11   specifically with the concept of, I guess,

12   more information.  You have an expanding

13   universe or a universe with no bounds with

14   information.  Some of it's usable; some of

15   it's not.

16           And the question is, is where do you

17   put the bounds on that to complete, as Dr.

18   Sinks said, to complete the study in some

19   amount of time frame.  Perhaps there's an

20   opportunity to use the data from here, what

21   data is there as a second set of data,

22   calibrate or get some initial estimates from a

23   model, and then test it against the second set

24   of information.

25           This is an opportunity we did not have

1    at Tarawa Terrace, so that may lend itself to

2    addressing some of the issues as far as

3    testing the model against a second set of

4    information.  And we have allotted some time

5    tomorrow, but we can obviously discuss it now.

6        DR. BAIR:  Hi, Morris, with respect to the

7    data you have here, this doesn't include the

8    well packets.  The three-ring notebook makes a

9    point of showing, I think it's an example of

10   Well 663, HP-663?

11       MR. MASLIA:  No, I know what you're talking

12   about.  We received ten years of, the most

13   recent ten years of, we refer to them as well

14   packets.  Those are handwritten notes that

15   have been scanned in.  And we are, this summer

16   I've got a --

17       DR. BAIR:  Intern.

18       MR. MASLIA:  Yeah, with the last name of

19   Maslia that's not busy for a month or two

20   during the summer who will be putting them in

21   into Excel.  We've got the Excel templates set

22   up and they go from '98 to 2008.

23       DR. BAIR:  I mean, one of the things I was

24   scrambling to find in all the information and

25   on the CD was the depth of the well screens,

114

1    the length of the well screens, the pumping
2    rates of the well.  Is there a central
3    database that has that in it?  That shows what
4    formation each screen is in? the diameter? the
5    length?
6        **MR. FAYE:**  Well, I guess you just didn't
7    scramble enough because there's definitely a
8    lengthy table in the, on the CD.  I don't know
9    whether it was printed out in hard copy or
10   not, but was it Table 5 that gives a complete
11   description of the well, the well
12   construction, the contributing aquifers, land
13   surface elevation, the names, the a/k/a names.
14   I think it's a fairly complete listing of the
15   supply wells, the irrigation wells at Camp
16   Lejeune.
17       **DR. BAIR:**  I found that.  What I couldn't
18   find to tie into that was the pumping rate of
19   that well or the pump capacity.
20       **MR. FAYE:**  That's the capacity history
21   information and that is in a separate package.
22   I'm not sure if that was on the CD or not.
23   But all the well screens and the other
24   parameters that you mentioned were in that
25   table.

115

1      MR. MASLIA:  We can provide, as a member of
2      the expert panel, a draft copy of that for you
3      if that assists you with doing that.
4          DR. BAIR:  I mean, so one of the questions I
5      have, and I guess I'm just lumping it under
6      data analysis, is there was, taking HP-651 as
7      an example, they in another part listed a
8      sampling depth in that well as minus 98 feet,
9      and then listed TCE concentrations of 3,200,
10     17,006, 18,009.  Was that a packed off
11     interval so it just measured the UCHRBU unit
12     or was that a vertically integrated sample?
13         MR. FAYE:  No, all the samples were
14     vertically integrated.  I'm not sure where you
15     -- we'll have to talk about that.  That minus
16     98, that intrigues me.  I'm not sure where
17     that came from.
18         DR. BAIR:  It's the middle of the upper
19     screen of the three screens so it gets back to
20     my comments about this vertical mixing and
21     assigning appropriate pumping rates to each
22     one of those in the model, but we can come
23     back.
24         MR. MASLIA:  Dave.
25         DR. DOUGHERTY:  The one thing that was

CLJA_WATERMODELING_01-0000011372

1    missing in the well construction table, which
2    is C-3, are the details of it.  Is it sand
3    pack all the way up?  Are there ~~detnite*~~
4    [bentonite -ed.] seals or a similar type of
5    seals at certain depths?  Or are these just
6    conduits from shallow depth to the screens?
7         The other related thing was the cross-
8    sections that were shown in the same Chapter C
9    from the IRP investigations show much
10   shallower depths than the screens.  Are we
11   going to see some information that shows
12   additional geology for particularly the 651
13   area?  That was the one that caught my
14   attention.
15     **MR. FAYE:**  Of the approximately 100 supply
16   wells, I would say upwards of 90 percent of
17   those we probably have the detailed
18   construction information that you're talking
19   about in terms of the gravel packing, the sand
20   packing intervals, depth to ground, stub
21   index, the whole thing.
22        We have that information.  It was just
23   a matter of, in terms of creating a table
24   picking the, what I thought was the most
25   salient information and including that.  We

1    can generate all of that information.  That's
2    not an issue at all.  And if it turns out that
3    that's critical, we can just add another table
4    to include.
5         DR. DOUGHERTY:  But the ~~ground~~ [grout –ed.]
6    interval I think is a significant one because
7    that [^ – ed.transmission zone, if you will,
8    we don't know whether they're isolated by
9    zones or if there's connectivity --
10        MR. FAYE:  Almost all of those wells are
11   constructed in terms of transecting the
12   individual confined units.  If they're deep
13   enough, they're probably gravel packed across
14   the confining unit.  The confining unit is
15   breached, and they're gravel packed across
16   that or sand packed.
17        DR. DOUGHERTY:  And the grouting was this
18   ~~official~~ [surficial –ed.] --
19        MR. FAYE:  Yes, this just on the supply
20   wells, typical 30 feet, 50 feet, whatever.
21        DR. DOUGHERTY:  So they are open, basically,
22   gravel tubes all the way from 30 to 50 feet of
23   depth down to the bottom of the hole?
24        MR. FAYE:  That's right, and even at Tarawa
25   Terrace, I think there were two wells, two of

118

1    the older wells, where the bore hole was

2    actually drilled substantially deeper than the

3    finished well.  And they filled the bore hole

4    with pea gravel, the uncompleted bore hole

5    with pea gravel.  So, yeah, there are those

6    construction issues.  Like I say, we can

7    generate all that.

8        DR. DOUGHERTY:  That's the one that's

9    pertinent to this and needs to be there.

10       MR. MASLIA:  That's not a problem.  That's a

11   good question.

12           I think I've just got one more slide.

13   This is just to give you really a sense of the

14   magnitude and I think complexity.  When we

15   compare it side-by-side to Tarawa Terrace in

16   terms of data availability -- we'll get into

17   the model.  The model is 25 times bigger --

18   but it's on the order of a magnitude more in

19   terms of amount of data.

20           And right here I think the interesting

21   is we've had our discussion, and as Bob has

22   pointed out, we actually have supply well

23   tests for Hadnot Point.  We had none for

24   Tarawa Terrace.  So that just lists to give

25   you sort of an idea of the volume of

1       information that we've gone through thus far

2       and gathered as well as some of the

3       complicating issues up here with a model that

4       large.  Rene will be getting into that.  And

5       that's it.

6              The follow-up presentations, and

7       actually I think we start with Bob, actually

8       provide much more detail.  If y'all want to

9       proceed with that.  I think we're just about

10      right on schedule or I can answer some

11      additional questions.

12         DR. CLARK:  Morris, I have a question that

13      has to do with the distribution system

14      modeling the, you know, we discussed this

15      issue of potential contamination of TTHM

16      samples by VOCs.  And it struck me that where

17      you had that interconnection problem, where

18      you actually had measured samples in the

19      Holcomb Boulevard area from the Hadnot Point

20      area, if you had comparable THM values, we

21      could compare against those.  Then you get a

22      good comparison to see whether that

23      relationship if valid or not.

24         MR. MASLIA:  That's a good point.  I

25      mentioned that also if we could do that, then

1      we could go back to the Tarawa Terrace early

2      times where we have no VOC readings but we've

3      got the THMs.  And we see the THMs

4      dramatically rising for a couple of years and

5      at least give some additional confidence about

6      that bound.

7          DR. CLARK:  It should be possible to do

8      that.

9          MR. FAYE:  That might be very useful in the

10      early parts of the period when we began

11      actually to obtain data in the early '80s, so

12      that might be a surrogate for that period.

13          DR. CLARK:  And you should see the THM

14      levels then go back down again as they take

15      those wells offline so it would give a pretty

16      good, it might track.  It might or might not,

17      but it might track pretty well.

18          MR. FAYE:  The good part about that is that

19      those data are fairly numerous, and they do

20      span 1980 to well into the upper '80s period

21      in time.

22          DR. CLARK:  Well, they probably started

23      collecting, I assume, on the base maybe about

24      1976?  That's when the break, I think the

25      requirements went into effect.

1          DR. DOUGHERTY:  Nineteen eighty.

2          DR. CLARK:  Thank you, Dave.

3          MR. MASLIA:  That's something I think we

4     want to go back and do not only at TT but also

5     for Hadnot Point where, again, actual measured

6     samples that we see are --

7          DR. HILL:  Can I ask you a question?  Are

8     there any records, what are the records on the

9     population of the base over the, from the

10    '40s?  How variable is that?

11         MR. FAYE:  Table 2.  Table 2 in the report.

12         DR. HILL:  I'm sorry?

13         MR. FAYE:  Table 2, Table 3, Table 4,

14    something like that in the report.  It gives

15    the --

16         DR. HILL:  The electronic table?

17         MR. FAYE:  Yeah.

18         DR. HILL:  Not this one.  This one's --

19         MR. FAYE:  It's one of the early tables in

20    the, in your report there.  It was probably on

21    the CD, but it --

22         DR. HILL:  Table 2 is Average Annual Rate of

23    Treated Potable Water --

24         DR. CLARK:  That's a different chapter.

25         MR. FAYE:  No, it's in the background

1       section.  It's in the housing area where I
2       discuss the population over, there's several
3       intervals of time there that I discuss the
4       population at the different base housing
5       units.
6           DR. HILL:  If you can't remember, we can't
7       either.
8           MR. FAYE:  It is the report that's in the
9       three-ring binder.  It's the Contaminant Data
10      report.
11          DR. HILL:  I was saying I was interested in
12      dates, the table reference provides the
13      resident population of the different housing
14      areas, but I was interested in base population
15      because some of the contaminant sources we're
16      talking about, the activity level at those
17      sources I would think would be proportional to
18      base population.  And in this site like the
19      industrial area, for example, or some of the
20      carpal areas in Tarawa Terrace, they are
21      clean.  But here there are different things
22      that you would expect the activity level to be
23      proportional, I would think, to base
24      population.  So just if that seems --
25          MR. MASLIA:  Frank, was not the base

1       population the assumption for the epi study

2       that was constant over most of the time?

3         DR. **BOVE**:  For Tarawa Terrace we have

4       housing records and we can make some estimates

5       as to the population there based on that.

6       Now, the units, we don't ^ [know the number of

7       -ed.] people in those units.  The same with

8       Holcomb Boulevard.  We know when the housing

9       units are built, so we can do that.  But the

10      problem is main side ^ Hadnot Point.  We have

11      barracks, and we don't know how many people

12      went in and out ^ barracks ^ [during -ed.]

13      ~~Viet Nam~~ [Vietnam -ed.].  We do have ^

14      [information -ed.] from the '70s on based on

15      computerized data, but before that we just

16      don't know.  And the barracks are --

17        DR. **HILL**:  But you don't have sort of

18      population values for --

19        DR. **BOVE**:  The health assessment that we

20      just went through has estimates of what the

21      population ^ is today and the recent past.  We

22      don't know how many people went through those

23      barracks during the ~~Viet Nam~~ [Vietnam -ed.]

24      era and before.

25              We have computerized data -- and

1    Scott, correct me if I'm wrong --  We have

2    computerized data from '71 on although from

3    '71 to '75 we don't have their unit code so

4    we're not sure who was at the base even then.

5    From '75 onward we know how many people were

6    at the base but we have family housing.  So we

7    have some information for -- we have Tarawa

8    Terrace and Holcomb Boulevard were pretty, we

9    can have good estimates.  It's the barracks.

10   It's the barracks that have trouble before

11   '75.

12      **MR. WILLIAMS:**  There are certain ways we can

13   estimate it, but, no, we don't, we didn't do

14   base ^ [census –ed.] or anything like that.

15   There was a base master plan that came out

16   like '87 that has 1983 data.  Morris has all

17   those where they actually did go to each water

18   system to estimate how many people were served

19   by that water system.  It was very, they don't

20   reveal the method they used, but you can tell

21   by ^ [? –ed.]22,223 [? –ed.] people on this

22   water system, and you can use that to

23   estimate.  You can say if there was this many

24   people on these water systems and project that

25   before '87 back to '57, you can get a crude

125

1      estimate of how many people were served.  And
2      then you can assume the military persons would
3      have had a two-year residency on average.
4      Sometimes it was higher than that; sometimes
5      it was lower than that.  You can really get a
6      crude estimate of the population.  And that's
7      how we came up with approximately 500,000, and
8      that's probably conservatively high.
9           DR. CLARK:  Let's move on at this point.
10     I've got two more questions and then I want to
11     move on to Bob's presentation.
12          DR. KONIKOW:  Morris, on your last slide, on
13     the availability of data I have two comments
14     and/or questions or one comment and one
15     question.  One is that you're showing there's
16     a lot more data available for the Hadnot Point
17     area.
18          MR. MASLIA:  We've got a hundred ~~USD~~ [UST -
19     ed.] reports.
20          DR. KONIKOW:  Well, you show there's more
21     wells, more water levels.
22          MR. MASLIA:  Oh, yes, yes.
23          DR. KONIKOW:  So in terms of the, let's say,
24     practicality of doing the detailed,
25     deterministic models, I wanted to point out

1    that if you look at the density of the data,

2    it's actually much better in the Tarawa

3    Terrace.  It's about 105 wells per square mile

4    in that area.  Whereas, if you go to the

5    Hadnot Point, it's only about 17 wells per

6    square mile.  So even though there's more

7    data, it's more spread out, and that just

8    makes it much more difficult to do the

9    modeling and get the resolution that you need.

10    **MR. MASLIA:**  Are you speaking from a

11    deterministic standpoint?

12    **DR. KONIKOW:**  From the deterministic

13    groundwater model.

14    **MR. MASLIA:**  Right, we'll address that.

15    Rene will, but I would say probably 90-to-95

16    percent before we made up our minds to go with

17    ^.

18    **DR. KONIKOW:**  The other comment I have is

19    that you're showing quite a few well tests,

20    pump tests in the Hadnot Point area, and I'm

21    assuming that these give estimates of

22    transmissivity or something that correlates

23    with transmissivity.  And yet in the model, at

24    least in the first steady state model, you're

25    assuming each aquifer is homogeneous.

127

1          Can these data and all these tests be
2     used to look at spatial variations in
3     transmissvity and try to incorporate that
4     information into the model to get better
5     resolution and better matches on the head
6     distributions?
7        **MR. MASLIA:** Yes.
8        **MR. FAYE:** Do you want me to answer that?
9        **MR. MASLIA:** Yes, go right ahead.
10       **MR. FAYE:** Yes, but the vast majority of
11    those aquifer tests, Lenny, are for the
12    Brewster Boulevard aquifer. So, yeah, which
13    was obviously the, that's the aquifer that
14    receives the contamination. So for that
15    particular layer, probably for the layer
16    representing layers, the layer representing
17    the Tarawa Terrace aquifer, there may be
18    enough data out there to provide some kind of
19    gross detail resolution of the hydraulic
20    characteristics.
21       **DR. KONIKOW:** Are you planning to do that?
22       **MR. FAYE:** Yeah.
23       **DR. CLARK:** One more question right here.
24       **DR. ROSS:** This relates to, I guess,
25    variability in source streams. Perhaps it

CLJA_WATERMODELING_01-0000011384

1     also relates to population changes over time.

2     I expect during the ramp up to the ~~Viet Nam~~

3     [Vietnam -ed.] War there'd be more Marines

4     passing through the base; therefore, ABC

5     Cleaners would be cranking through probably

6     more than two or three drums of perc

7     [perchlorothylene or PCE-ed.] per month.  Was

8     there any consideration about that?

9     **MR. FAYE:**  That doesn't seem to be the case.

10     I mean, that was specifically addressed in the

11     interrogatories during the interviews of the

12     family and the owners.  They had hands-on.  I

13     mean, that was their business.  And you have

14     to remember, too, now that there was a

15     laundry, a major laundry, at the base itself.

16     So they were possibly or probably dividing up

17     the available work between them.  So, but Mr.

18     Metts was very specific, and he was asked that

19     question specifically, and it was two-to-three

20     55-gallon drums of perc every month.

21     **DR. ROSS:**  Did the base want them to use

22     perc and what did they do with that?

23     **MR. FAYE:**  They used barsaf* [Varsol -ed.]

24     up to the early 1970s and then they used perc.

25     And we do not have any records of their rate

129

1    of use.  At least we don't at the present

2    time.

3         **MR. PARTAIN:**  ^ [Where is the base laundry?

4    -ed.] (off microphone).

5         **MR. FAYE:**  Site 88, Building 25.

6         **MR. PARTAIN:**  And there is a PCE ^ [plume -

7    ed.] there.

8         **MR. FAYE:**  Yeah, oh, big time plume.

**DATA ANALYSES -- GROUNDWATER**

9  **DATA SUMMARY AND AVAILABILITY**

10        My name's Robert Faye.  I work for the

11   Eastern Research Group and I support the Camp

12   Lejeune Project here.  For the Hadnot Point

13   and vicinity project my basic responsibilities

14   have been locating data, recognizing data that

15   will be useful to the project, processing that

16   data, creating databases, writing one of the

17   reports that was in the three-ring binder

18   there that you all received, The Soil and

19   Groundwater Contamination Report.  I apologize

20   it wasn't completed, but it was 95 percent

21   completed and there's only so many hours in a

22   day.

23        This is a summary of available pumpage

24   data that we have, daily operation schedules

25   for Hadnot Point WTP individual supply wells.

CLJA_WATERMODELING_01-0000011386

130

1       We have daily operation schedules from
2       November 28th, 1984, to February 4th, '85.
3       Scott alluded to those data earlier when we
4       were talking about the BTEX spill at Holcomb
5       Boulevard.
6              As far as our corresponding pumping
7       rates for both the Hadnot Point and the
8       Holcomb Boulevard WTP individual supply wells,
9       we have that data for a several month period
10      here, from October of '88 to March of '89.
11      Total gallons pumped, average pumping rate,
12      average daily withdrawal and percent of time
13      inactive for HP and HB WTP.  The supply wells
14      1993, we have that data from that year.  And
15      as Morris was alluding to earlier, we have
16      daily logs for wells pumped indicating
17      operational status on and off for individual
18      supply wells at both Hadnot Point and Holcomb
19      Boulevard from January 1998 to June of 2000.
20             And these data to a large degree will
21      allow us to address a number of the questions
22      in terms of accommodating actual well
23      operation scheduling in the HP/HB model that
24      we're contemplating that you folks are
25      commenting on here today.  Peter Pommerenk in

131

1    his notes address those issues in good detail,

2    and I think these data will allow us to

3    accommodate a lot of that, a lot of his

4    concerns.

5         These are data that we have relative

6    to either supply of water, water delivered or

7    both for the WTPs.  The first two lines there,

8    Annual Delivery Rates, those are tables in the

9    three-ring binder and the Soil and Groundwater

10   Contamination Report that I wrote in Tables 3

11   and 4.  I can't remember the names now, but

12   they're all listed in there.  Delivery rates

13   from Hadnot Point, '42 to '98; Holcomb

14   Boulevard, '75 to '98.

15        And then we have monthly rates of well

16   water supplied or and/or treated by the WTPs,

17   September '55-January '57.  January '80 to

18   December of '84, we have some overlap here;

19   January of '82 to December of '93; January of

20   '87 -- and these data do not all agree for the

21   same months so we have to reconcile that.

22        And then we actually have daily rates

23   of well water supply treated by the WTPs for

24   this period, January '95 to May '99; January

25   2000 to December 2005.  So you can see we

1          have, at least as far as an annual situation,

2          we're in pretty good shape.  And through the

3          whole period of interest that we would want to

4          accommodate.  And as far as the monthly rates

5          not too bad either.  And daily rates strictly

6          for more modern times.

7               DR. KONIKOW:  Bob, on the previous slide I'm

8          still not sure.  In your model you probably

9          are going to go with a monthly stress period,

10         right?

11              MR. FAYE:  Yeah.

12              DR. KONIKOW:  But with this kind of annual

13         data how are you going to reconstruct monthly

14         withdrawals from the wells to plug into the

15         model?

16              MR. FAYE:  Well, we actually have monthly

17         rates of, we actually have several periods of

18         time here, Lenny, where we have hours pumped,

19         corresponding pumping rates --

20              DR. KONIKOW:  That's all pretty recent.

21         What about prior to 1984?

22              MR. FAYE:  We'll probably use the same

23         approach we did there in Tarawa Terrace where

24         we apportioned a monthly rate according to the

25         percentage of total well capacity.  And that's

133

1    exactly what we did at Tarawa Terrace.

2         The objective there, as it should be

3    here, is to remove a specified volume of water

4    from the system.  So in that case the actual

5    capacity, the actual pumping rate becomes just

6    a surrogate for apportioning based on a total

7    percentage basis.  But we can also, using

8    these data, address a lot of the operational

9    concerns and interests that several folks have

10   addressed in your notes including Peter, who

11   really got into it in detail.

12        We can actually run tests and change

13   our stress periods to 12 hours and run for

14   specified periods of time where we actually

15   have data to allow us to do that, to tell us

16   to do that, and check the differences in water

17   levels over a month to see what those effects

18   would be.  And by extension also into the fate

19   and transport models, see how it affects the

20   simulated concentrations.

21      DR. GRAYMAN:  But if you go to the next

22   slide, I mean, it looks like there's that 23-

23   year period where you have absolutely nothing

24   finer than annual, and that's the major era,

25   major period.

1    **MR. FAYE:** Yes, and that was similar to the
2    same situation we had at Tarawa Terrace. We
3    didn't really pick up on monthly WTP
4    deliveries or supply water until 1975, I
5    believe. So we went from '52, '53 to '75.
6    And what we did, we took like a ten-year
7    period where we had, where we actually had
8    those data, took an average, and then assigned
9    that as a monthly rate back in time. We
10   considered that was the best average that we
11   had.
12        **DR. GRAYMAN:** Was there, I mean, to go back
13   to Mary's question if there was any kind of a
14   population or census data at least you could
15   use that as a surrogate for water --
16        **MR. FAYE:** Well, we did. We, in an
17   anecdotal way we did because it was Tarawa
18   Terrace. There was a finite number of houses,
19   and we understood that that housing was full
20   almost all the time. There was a demand for
21   that housing almost all the time for our
22   period of interest. And it was subdivided
23   into two bedroom, four bedroom, whatever they
24   were, and that was a consistent thing for the
25   period of time.

135

1    DR. DOUGHERTY: So one way of apportioning

2    the stress is based on their portion of the

3    capacity, but is there a portion of the record

4    that's sufficient where you could look at the

5    behavior of the operators in terms of how they

6    operated the system rather than how the well

7    screens had the capacity and use that as a

8    surrogate rather than --

9    MR. FAYE: Yes, as Peter pointed out most of

10   these wells were probably operated, well, he

11   says 12-to-16 hours a day, which is fine. We

12   can simulate that kind of a condition, not for

13   our whole 1942-to-2005 period of interest or

14   anything like that. But once we have a model

15   that we have confidence in in terms of close

16   calibration, quasi calibration, however you

17   want to term, however you want to categorize

18   it, we can run then these tests.

19        We actually have data that can assist

20   us in understanding how the system was working

21   operationally for individual wells. We can

22   run specific wells for specific periods of

23   time based on the data that we do have. We

24   can turn other wells on, turn other wells off,

25   that kind of thing, and actually test on an

1    end-of-month basis how it affects, what

2    differences there would be just using a

3    monthly stress period or a 12-hour stress

4    period, et cetera, et cetera.  And that's

5    fully reasonable, and we intend to do that.

6       DR. GRAYMAN:  Bob, could you put up a figure

7    if you have it, a figure of what the annual

8    delivery rates were over those periods?  Is

9    there one?

10      MR. FAYE:  I'm sorry, Walter, there is not,

11   but there is in the -- I keep alluding to that

12   report.  There is a, there are two tables in

13   that report, one for the Holcomb Boulevard

14   plant and one for the Hadnot Point plant that

15   shows the annual delivery rates for those

16   periods that are up there.

17      DR. HILL:  That's not one of the tables on

18   the -- is it a table or a figure?

19      MR. FAYE:  It's a table.

20      DR. HILL:  And it's not the table on the --

21      MR. FAYE:  It's like C-2 or C-3 or something

22   like that.

23      MR. HARDING:  They're Table C-2 and C-4.

24      MR. FAYE:  Okay, there you go.

25      DR. HILL:  A lot of years say N/A.

137

1        **MR. FAYE:**  No, that's not true.  There's

2     only a couple years that say N/A.

3        **DR. HILL:**  In the C-2 there's one, two,

4     three, four, five, six, seven, eight, nine,

5     ten, 11, 12, 13.  And then 69 and 70.

6        **DR. DOUGHERTY:**  You can ^ [estimate -ed.]

7     from the neighbors unless there was some

8     significant population change, you can ^

9     [estimate -ed.] because it's ^ [stable -ed.].

10     In the study period it's the first, before the

11     first five years.

12        **MR. FAYE:**  Okay.

13        **MR. HARDING:**  If you look, it's reasonably

14     stable and reflects the change that was made

15     in, what was it, 1972, when Holcomb Boulevard

16     came on line.

17        **MR. FAYE:**  That's right.

18        **MR. HARDING:**  If you take that into account

19     it's really fairly stable.

20        **DR. BAIR:**  And I think the first two years

21     of Holcomb Boulevard we don't have any of

22     that.

23        **MR. HARDING:**  Just as a placeholder because

24     it's way more important -- well, maybe I

25     shouldn't say that.  I'll leave the

CLJA_WATERMODELING_01-0000011394

1      groundwater people to say how important the

2      allocation of pumping to the different wells

3      is.  But I think when you start looking at the

4      concentrations in the finished water, this

5      becomes critically important on a fairly short

6      time frame because we have a precision that's

7      required here, the trimester, for some of this

8      causation or whatever the epidemiologist calls

9      this.

10      I'm trying to think of it.

11      Association, there you go.  And how the

12      operators ran these wells is going to become

13      really important.  And so I'd like to have

14      more discussion about that when we get to the

15      water -- I think it's appropriate in the water

16      distribution side of this discussion.

17      **DR. BAIR:**  And that in turn is dependent on

18      how the pumping rate is apportioned to each

19      one of the lenses or layers that the well

20      screens are across from, which in turn, is

21      dependent on the confining beds in between

22      them that are all given the same value of

23      hydraulic conductivity ^ [in feet -ed.] per

24      day.

25      **MR. HARDING:**  Well, that will be physics

1   down in the well hole, and then above the well
2   hole there's a guy that flips a switch that
3   turns on a particular well.  And the way they
4   make that decision is what, once we've figured
5   out the physics of what brings us to an
6   average concentration at the well head, it's
7   that flipping of the switch that's going to
8   determine what the concentration is
9   essentially for the most part that gets to
10  people's homes, and that's the part I'm
11  talking about.
12      DR. BAIR:  It's defining the relative
13  permeabilities in the sediments that
14  determines which plume, whether it's at this
15  level or this level or this level contributes
16  what rate and what concentration to the well
17  bore.
18      MR. HARDING:  I understand, and the
19  interface between the water distribution
20  modeler and the groundwater modeler, we just
21  refer to wellhead concentrations in the above
22  ground part of it.  So once you guys have
23  figured out the wellhead concentrations which
24  relates to all the physics that takes place in
25  the bore hole, there's another question which

1    is when did the operator turn on the well and
2    for how long?  That's my issue.
3       **MR. FAYE:**  Actually, it's even more
4    complicated than that because there's --
5       **DR. BAIR:**  Mary mentioned the three
6    significant digits on that table earlier, too.
7       **MR. FAYE:**  There's a routine operation that
8    Peter constantly refers to, and correctly so.
9    And then there's sort of an exceptional type
10    of operation, and that's, and one example of
11    that is this period of time in late January
12    and early February of 1985 when a lot of the
13    wells that were contaminated were taken off
14    line.  All of a sudden Holcomb Boulevard
15    couldn't be used any more.
16           All of the water supply to that part
17    of the base had to come from Hadnot Point, and
18    they just turned those wells on and let them
19    fly.  So you have -- and so you have a
20    situation where these wells were being pumped
21    24 hours a day, day after day.  I don't know
22    how frequently that kind of a situation
23    occurred, probably not a lot.
24           But ancillary to that situation is for
25    whatever reason most of these supply wells end

141

1        up on somewhat removed from the center of mass
2        of the plumes that were recognized in the
3        middle '80s, middle '90s, whatever at a lot of
4        these sites.  So what happens is if you turn
5        the well on for 12 hours and sample it, you'll
6        get one concentration of a contaminant.  If
7        you turn the well on for 24 hours for eight
8        days and sample it, you've moved a lot more of
9        that mass from the center, mass of contaminant
10       from the center of the plume toward the well,
11       and you'll get a much higher concentration.
12            And, indeed, we see that in the data,
13       and that's exactly what happens.  So there's a
14       matter of routine operation, and then there's
15       a matter of exceptional operation so that adds
16       another level of complexity to the argument.
17         DR. POMMERENK:  I want to chime in on this.
18       Just like you said, it makes a big difference
19       for the contaminant movement of whether you
20       operate a well like for a month continuously
21       at a reduced flow rate or whether you operate
22       it at a designed rate for 12 hours a day.
23         MR. FAYE:  Right.
24         DR. POMMERENK:  I think that the uncertainty
25       associated with this needs to be worked out

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    somehow and ^ [reflected in -ed.] the results.
2      **MR. FAYE:**  Well, we have probably, what, two
3    or three individual cases where we can
4    actually test, use the model at some point
5    when we have confidence in the calibration.
6    At some point we can actually test that
7    against actual field data for several wells
8    which will give us some insight how the
9    model's actually responding to that kind of
10   condition.  Right now that kind of a test and
11   maybe some hypothetical tests would be
12   perfectly feasible as far as I'm concerned.
13     **DR. POMMERENK:**  I think at this point, I
14   think in the near future you would have to
15   develop at least some, a pilot study to just
16   demonstrate what the potential uncertainties
17   are, you know, operating in an idealized
18   fashion versus what I perceive is more the
19   realistic way of things, how things were done.
20        Another complicating factor is, of
21   course, the fact that the total well capacity
22   ^ [of the -ed.] well fields exceeded the
23   required capacity for water demands that were
24   at times 100 percent or even larger.  So there
25   were many more wells available than needed for

143

1    day-to-day average operation.  In fact, the

2    State of North Carolina currently requires

3    your water demand can be met with 12 hours of

4    pumping, and I don't know how far back this

5    regulation goes.

6         But so the result of this is that the

7    operator has twice as many wells available as

8    actually needed.  So given the right

9    permutation for those times, we don't know

10   which wells were actually being used to meet

11   the demands introducing additional

12   uncertainty.  Because you could have, you

13   know, on any random day or even if you go into

14   further larger periods, a set of wells that

15   were less contaminated than in other weeks a

16   set of wells was used that were more

17   contaminated.  So I don't know how you're

18   going to address this kind of uncertainty.

19      **MR. FAYE:**  I think we can get a large

20   handle, our arms around that issue, not

21   perhaps easily, but I think we have the

22   information to do that, Peter, right here with

23   this set of data.  We have actually daily

24   operations on and off for dozens and dozens of

25   the supply wells that were active at this time

1    during January '98 to ^ [2008 for -ed.] ten
2    years.  So there's a lot of statistical
3    inferences in terms of operations.  This
4    10,000 pages of data so that we can, there's a
5    lot of statistical inferences that we can
6    glean from that data.
7         And the good thing about this in
8    addition, is that a lot of the wells that were
9    active at this time replaced previously active
10   wells going back 20, 25 years.  So the
11   inferences that we glean from this set of
12   information, we can actually extend back in
13   time to the early '70s, perhaps even late '60s
14   and then maybe even beyond that if it turns
15   out that there's some degree of consistency
16   that we find to the way wells were operated
17   back in the '50s or whatever with the other
18   data that we have.  So I think we can get our
19   arms around that anyway from about 1970 up to
20   the present time without a whole lot of
21   trouble.  I shouldn't say that.  We can get
22   our arms around that.  It'll be a pain in the
23   rear, but we'll get our arms around it.
24        DR. KONIKOW:  Can you briefly describe how
25   the well capacity data were derived?  In other

145

1    words you, basically, you assumed that the

2    pumping rate was the well capacity

3    information.  And what I remember from one of

4    the tables is that for an individual well for

5    month to month it looked like the indicated

6    well capacity could vary 20, 25 percent.

7        **MR. FAYE:**  Yeah, and particularly over time

8    because these wells, well, some of these wells

9    were used for three and four decades.  Now

10   they were periodically reconditioned and

11   whatever, you know, pumps repaired, bearings

12   replaced, et cetera, et cetera, of course.

13   But you do have a deterioration in, expected

14   deterioration in the well capacity over a

15   period of time.

16          And we have a lot of data indicating

17   what that is.  What that deterioration was and

18   then as some operational thing occurred, what

19   pump replaced, whatever, and the capacity goes

20   up.  To answer your question more specifically

21   with respect to the well capacity test,

22   typically, what you and I would call these

23   tests would be a crude step drawdown test.

24          And basically they vary the head that

25   the well is pumping against by discharge and

146

1    check that pressure just to make sure that the
2    well can meet its expected operational ranges.
3    And that's essentially what they are.
4         They're step drawdown tests, and then
5    typically, after the test there'll be a little
6    note at the bottom of the test page that'll
7    say left pressure at 100 psi or whatever it
8    is.  And that 100 psi then refers directly to
9    a discharge that was used during the test, and
10   that's the discharge that would show up in the
11   Capacity Use Table that you're referring to at
12   a particular, you know, October of 1978 or
13   whatever it happened to be.
14        **DR. DOUGHERTY:**  Just to go back to the
15   operational uncertainty and how to reconstruct
16   that, there's a marked change in data density
17   in '98.  And I assume a bunch of sensors went
18   into the system.  Was there a change in the
19   operations going through a programmable
20   controller or anything at that point which
21   would suggest a difference in operation prior
22   to those data?
23        **MR. FAYE:**  I don't think so.  They've been
24   using a SCADA system over there for many years
25   for better or for worse, but I don't know of

1       anything that demark -- delimited 1998 in
2       particular as an effort.
3           DR. CLARK:  We're going to have to move on.
4       We've got a lot of other material to present,
5       so...
6           MR. MASLIA:  Bob, can I just answer that?
7           DR. CLARK:  Okay.
8           MR. MASLIA:  The reason there appears, I say
9       there appears to be more data density is
10      because after ten years or ten years worth of
11      records, the records are destroyed.  So in
12      other words '98 to 2008 represents the most
13      recent ten years of records that are kept.
14          MR. WILLIAMS:  The State of North Carolina
15      requires you to maintain ten years of the
16      data, and so I don't know that they're
17      necessarily destroyed.  They're just not kept
18      after, when it turns into the eleventh year.
19      So that's why we have --
20          MR. FAYE:  That's your answer.  Is that
21      good?  Okay, let's go on.
22              This is the slide that Morris stole
23      from me, and I'll try to make him regret that.
24      He's wrong here in terms of the slide, and
25      where supply well tests at Tarawa Terrace.

148

1        And, Lenny, most of these were just
2    exactly what I was talking about.  These
3    represent those step drawdown efforts that
4    were made during the capacity use tests.
5        Let's see, what else do we have?
6    Well, this is just, as Morris pointed out,
7    this points out the great difference in the
8    numbers of data that are available in this
9    study.  And as we just briefly discussed
10   earlier, this represents what we call IRP
11   data.  This slide sort of resembles a credit
12   card application.  There's little, fine print
13   down here talking about these LUST reports
14   that have just recently come to light.
15       Timing was good on that because we
16   were just about finishing up the IRP data.  We
17   couldn't have dealt with any more data if we
18   tried.  But anyway these represent the numbers
19   of data that we have for the Hadnot Point and
20   Vicinity Study.
21       And, Lenny, I would quibble a little
22   bit with your density numbers.  What you
23   should really do is pick out two or four
24   square mile areas where we have data, where
25   the data actually occur at Hadnot Point, and

149

1    you'll see tremendous differences in density

2    in the areas that count.  And I'll talk about

3    that in a minute relative to Tarawa Terrace.

4        **DR. BAIR:**  Bob, could you keep that on for

5    just a second?

6        **MR. FAYE:**  Sure.

7        **DR. BAIR:**  Thank you.  You mentioned that

8    most of the 69 supply wells and 132 pump and

9    aquifer tests are really these step drawdown-

10   type tests?

11       **MR. FAYE:**  No, not for these.

12       **DR. BAIR:**  Not for the 132?

13       **MR. FAYE:**  No, those probably represent

14   completion tests by [the driller —ed.]^.  It

15   would still be, to a large degree they would

16   still be step drawdown tests, but they would

17   be a lot more detailed than a capacity use

18   test.

19       **DR. BAIR:**  So my question is are there or

20   how many tests are there that are a bona fide

21   aquifer test where you have an observation

22   well, and we can extract from it a horizontal

23   hydraulic conductivity from a specific zone, a

24   ratio, perhaps an antisotropy within that zone

25   so that it gives you some guidance for what to

CLJA_WATERMODELING_01-0000011406

1     use as hydraulic conductivity distributions at

2     each one of the layers.  And where did you get

3     values for the confining beds?  Are those part

4     of that set, too?

5     **MR. FAYE:**  No, no, these would all be the

6     permeable units.  These would all be what we

7     would call the aquifer layers in the model,

8     virtually no data.  We have a little bit of

9     data at one site at Tarawa Terrace that we

10    could refer possibly to, a confining unit, and

11    I think that was like a half a foot per day or

12    something like that horizontal.

13          But let me see.  As far as the supply

14    wells, you can forget antisotropy.  Maybe ten

15    percent of those had a single observation well

16    so you can compute storativity from that,

17    maybe ten percent of those.  Now, the monitor

18    well tests are a lot different.  There are

19    multiple, multiple observation wells for the

20    most part, but the pumping rates are so low

21    because it's contaminated water, and they're

22    trying to deal with it as a disposal issue.

23          So the pumping rates are so low that

24    the best information you can get from most of

25    the monitor well data would be like a distance

CLJA_WATERMODELING_01-0000011407

1    drawdown [curve -ed.]^.  You don't get a lot
2    of intervening time result at the observation
3    wells.
4         Now, to flip that around there's
5    probably several sites, I would say two or
6    three where I was actually able to apply a
7    ^[aquifer-test ed.] analyses, and actually
8    compute a leakage for the intervening
9    confining units.  Also, there's quite a bit,
10   in the supply wells there's a fair number of
11   analyses that would lend themselves to like a
12   Cooper-Jacob analyses, so it wouldn't be
13   strictly a step drawdown.
14     DR. BAIR:  Are those values, the variants
15   there, put into the steady state model?  Or is
16   it still kind of a layered system with uniform
17   values going across all the layers?
18     MR. FAYE:  I didn't construct, I wasn't
19   directly involved in the steady state model.
20   Rene is going to address that.  But I do
21   believe that he interpolated the point data to
22   the layer for that domain.  The confining
23   units are a whole 'nother story.  They're sort
24   of an arbitrary assignment right now.  And
25   one-tenth of the standard kind of heuristic

152

1          type approach and one-tenth of the permeable
2          unit value.  But I think that'll be refined
3          later on.
4             DR. BAIR:  I'm feeling really confident
5          about those three significant digits the more
6          we talk.  It's getting --
7             MR. FAYE:  All right, I'm glad of that.
8             DR. BAIR:  How about slug tests?  Did they
9          do slug tests in any well?
10            MR. FAYE:  Ton, tons of slug tests.  And --
11            DR. BAIR:  Have those been processed?
12            MR. FAYE:  -- here, you can see.
13            DR. BAIR:  Sixty slug tests.
14            MR. FAYE:  Sixty slug tests, yeah.  We have
15         processed those now.  This probably means that
16         there were originally somewhere between 150
17         and 180 slug tests.
18            DR. BAIR:  You didn't believe?
19            MR. FAYE:  I didn't believe them so I got it
20         down.  Sixty I can believe.
21            DR. BAIR:  Thank you.
22            DR. DOUGHERTY:  Bob, one quick question on
23         the confining units.  Are there data from the
24         IRP program whether direct sampling of the
25         fine grain materials or grain size analysis?

153

1          **MR. FAYE:** Lots of grain size analysis,
2      yeah, many, many. And a lot of those were
3      converted into a hydraulic conductivity value,
4      but I didn't use those.
5          **DR. DOUGHERTY:** For fine grain materials --
6          **MR. FAYE:** For whatever that permeable unit
7      happened to be.
8          **DR. DOUGHERTY:** Got it. Thank you.
9          **MR. FAYE:** But I'm very dubious of those, of
10     that methodology, and I didn't use any of that
11     here.
12         **DR. HILL:** You may not have used the values,
13     but did you use the trends? Are there any
14     trends evident?
15         **MR. FAYE:** I didn't look at trends in terms
16     of percent fines at a particular point,
17     percent coarse at a particular point. Haven't
18     got to that point yet, but we can easily do
19     that. My hunch is that on a macro scale it's
20     probably not going to be much.
21             The trends are, these aquifers in
22     terms of their hydraulic characteristics and
23     in terms of their lithologies appear to be
24     highly consistent until you get down to the
25     what I call the middle Castle Hayne aquifer.

154

1      And then the lower Castle Hayne aquifer is a

2      big jump downward in terms of the horizontal

3      hydraulic conductivity.  It's much smaller

4      than the younger units.

5          DR. HILL:  This is a report that I'm sure

6      you've seen.  It's the Cardinale.

7          MR. FAYE:  Cardinale Report, yeah.

8          DR. HILL:  One of the figures would suggest

9      some trends.  I mean, if you take out the

10     highs and lows and kind of look at the trends

11     so I was surprised to hear you say not.

12         MR. FAYE:  I didn't say there weren't any

13     trends.  I'm just saying I haven't gotten to a

14     point where I could investigate that situation

15     yet.  There may be a trend out there.  I have

16     to say though that I'm surprised that there

17     would be based on what I know about the

18     lithologies, but it easily could be.  It could

19     be.

20         DR. HILL:  Well, okay, now, I'm surprised to

21     hear you say that because one would think that

22     there would be archaic channels that came

23     through and that you would expect to see --

24         MR. FAYE:  Are you saying trans-vertically

25     or within a layer?

1    **DR. HILL:**  It could be either, but I was

2    thinking horizontally at the moment, but it

3    could be both.

4       **MR. FAYE:**  Yeah, there are, these layers,

5    many of them have been, they were erosional

6    surfaces.  They were transgressed by streams.

7    And then those channels were later infilled

8    with channel sands.

9          But those streams from what I've seen

10    in the Cardinale Report and from other reports

11    that address that, these streams are not

12    particularly large and so if you're, and so

13    it's sort of a shot in the dark whether a

14    particular sample was collected in an infilled

15    channel or in a, for that particular horizon,

16    a relatively undisturbed area.  So that's just

17    not something I can fully address in a

18    meaningful way.

19       **DR. CLARK:**  Robert, I think I'm going to

20    have to move on.

21       **MR. FAYE:**  Okay, you're the boss.

22       **DR. CLARK:**  I don't know about that.  I

23    doubt that.

24       **MR. FAYE:**  This, again, relates almost

25    exclusively to the IRP sites that we talked

1    about, and these are the sites that are

2    addressed in the Soil and Groundwork

3    Contamination Report that's in your three-ring

4    binder.  Again, don't ask me what tab because

5    I don't know.

6            This shows basically the site names

7    and the area of exposure based on the monitor

8    well distributions at the particular sites.

9            And this is what I was talking about,

10   Lenny.  If you wanted to actually look at data

11   density, this is what you ought to be looking

12   at in terms of the areas of interest.

13           And this is what we call the landfill

14   area, the northern part, Site 88, and the

15   Hadnot Point Industrial Area.  Those are the

16   three major areas of groundwater contamination

17   or at least the contamination of interest to

18   us from the IRP sites.

19           This shows the density of the sampling

20   points where we have samples for, that were

21   analyzed for PCE, TCE and their degradation

22   products.  And that's pretty much exclusive.

23   I mean, if they analyzed for PCE, they go

24   through the whole enchilada of degradation

25   products.

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    **DR. BAIR:**  Excuse me, Bob.  That map is

2    showing wells, not aquifers.

3    **MR. FAYE:**  Exactly.

4    **DR. BAIR:**  Okay.

5    **MR. FAYE:**  We'll get to the aquifer part in

6    a minute.  Bear with me.

7    **DR. HILL:**  I'm sorry, also that's just PCE.

8    **MR. FAYE:**  That's PCE.

9    **DR. HILL:**  But there was, I thought at

10   Building 820 in the Hadnot Boulevard area,

11   just a little cluster on the bottom.

12   **MR. FAYE:**  Right, it's right here.

13   **DR. HILL:**  There was BTEX-free product

14   there.

15   **MR. FAYE:**  Just give me a chance, Mary.

16   Give me a chance.

17          This is TCE, same idea.  Those are the

18   wells where we sampled for TCE.  Here you go,

19   Mary, that's where we show benzene.  This is

20   the site that Mary was talking about, 820.  Of

21   course, all of these concentrations I should

22   have pointed out use a concentration range

23   based on the size of the point that was used

24   on the map.

25          And if Mr. Clark will bear with me

158

1    here, I'll go back and point that out.  I'll
2    point out Site 88 here, which is a site of
3    major PCE contamination and also PCE
4    contamination here and PCE/TCE contamination
5    here as well as a lot of TCE contamination in
6    the HPIA and major BTEX contamination within
7    the HPIA as well.
8         This might address what you're talking
9    about, Dr. Bair.  This is our PCE
10   concentrations, our PCE sampling points at
11   depth along a section line -- this is very
12   gross -- that runs basically from the New
13   River over toward the landfill area, New River
14   Site 88, Industrial Area West, Industrial Area
15   East, and the landfill area.  This gives you a
16   notion of the depths that were sampled.  So
17   you're looking at, in terms of our identified
18   aquifers and confining units, you're looking
19   at that sampling that was actually all the way
20   down to the middle Castle Hayne aquifer here.
21       DR. BAIR:  Yes, I had a couple questions
22   about that if you don't mind.
23       MR. FAYE:  No, I don't mind at all.
24       DR. BAIR:  Is the geology along A Prime
25   consistent enough to draw some of the

159

1       formation tops and bottoms and label that?

2       **MR. FAYE:** Oh, yeah, we actually have for

3       each one of the units that's listed in, what,

4       Table 14?

5       **DR. BAIR:** Yeah, that ^ [report -ed.]is

6       really hard for me to digest.

7       **MR. FAYE:** Yeah, the data report?

8       **DR. BAIR:** It really helped me because I'm

9       just getting used to this.  If you would add

10      some of the geology on.

11      **MR. FAYE:** Well, I apologize.  We actually

12      have contour maps of the top and the thickness

13      of every one of those units that ^ [are in -

14      ed.] the model.

15      **DR. BAIR:** And then the question I had is

16      probably going to come up on this one, and I'm

17      going to anticipate your next slide and your

18      next slide.  That is you have a lot of hits of

19      PCE/TCE very deep.

20      **MR. FAYE:** Well, let's look at that for a

21      second.

22      **DR. BAIR:** And does that go back to --

23      **MR. FAYE:** Those are the samples where we

24      actually had a hit above detection limits.

25      That's TCE at the same sites that are here,

160

1    okay?  And these are the places where we

2    actually had a hit above detection limits.

3    These are the samples.

4         See, you can see there's actually a

5    fairly decent reduction from the total number

6    of samples to the samples where we actually

7    have a defined concentration.  But the

8    distribution with depth is pretty much the

9    same, but these are the hit sites.

10    **DR. BAIR:**  Can you go back one?  I'm even

11   more confused now.  So the yellow-colored

12   pluses and dots within the circles, those are

13   --

14    **MR. FAYE:**  The yellow crosses.

15    **DR. BAIR:**  -- below your detection limit.

16    **MR. FAYE:**  Those are below detection limits,

17   right.

18    **DR. HILL:**  Could we draw a distinction

19   between reporting limit and detection limit?

20   Because you've got a measurement at those

21   pluses, it's just below, I mean, detection

22   limit sort of implies that you couldn't even

23   measure it.  You have a value there.

24    **MR. FAYE:**  No, that's not what it implies at

25   all.  That's the way it's reported.  If you

161

1          look on the tables again in -- god, I've got

2          to repeat this a lot -- if you look on the

3          tables again in the Soil and Contaminant

4          report that's in your three-ring binder that I

5          wrote, you will see that the analyses will say

6          something like, there'll be like less than 0.5

7          whatever it is.  Well, that 0.5 indicates the

8          reported detection limit for that particular

9          sample, for that particular analysis, and it

10         means less than.

11        **DR. DOUGHERTY:**  No, no, there's great

12         variety from laboratory to laboratory on

13         whether that means a method detection limit, a

14         sample quantitation limit, which is a sample-

15         adjusted method detection limit for media and

16         interferences, or whether it's a reporting

17         limit, which is a laboratory^ arrangement

18         between a client and laboratory, where do I

19         report.  And the point is not to say that we

20         know which of those it is.

21        **MR. FAYE:**  Well, I do know which of those it

22         is.  I've looked at dozens of these reports,

23         and I'm telling you that that is defined as a

24         detection limit.  Now, there is also a few

25         quantitation limits.  Now if the person who

1    wrote the report didn't understand the

2    distinction that you just made, then I can't

3    address it.  But those are reported as

4    detection limits.

5        **DR. DOUGHERTY:**  Are these laboratory reports

6    or engineering reports?

7        **MR. FAYE:**  They're what I would call site

8    assessment reports written by consultants and

9    they include the laboratory, they actually

10   include, most of the reports actually include

11   the raw data output from the laboratory.  And

12   that has a whole bunch of abbreviations that

13   qualify the various concentrations and they

14   say detection limit, and that's what I say

15   here.

16       **DR. BAIR:**  Bob, if you don't mind, I'd like

17   to pursue this a little bit.  If you were to

18   add the geology on there, one of my questions

19   in getting to, say, some of the yellow pluses

20   and other things is, does that sample

21   represent a 50-foot screen, a 20-foot screen,

22   a ten-foot screen?  Does the screen go across

23   multiple aquifers?

24          And, if so, this could be telling you

25   which are poor calibration targets for your

1     model and which are strong calibration targets

2     because you don't want the sample from a

3     commingled well.  You want to limit it to the

4     shortest screens that correspond to your

5     layering in your model.

6        **MR. FAYE:**  That's right.

7        **DR. BAIR:**  And then that gets back to Dave's

8     question about the construction of the wells

9     and whether there was grout in there or

10    whether the ~~titecs~~ [detects -ed.] or whatever

11    small notations are, deep, whether that's just

12    coming down the well bore.  And I think that's

13    critical to your setting up calibration

14    targets.

15       **MR. FAYE:**  Well, almost all of these wells

16    that you see here that are represented, are

17    monitor wells.  I would say that the vast

18    majority of them have a screen interval of

19    between ten and 20 feet.  That doesn't worry

20    me a whole lot in terms of identifying a

21    particular contributing unit except, it

22    doesn't worry me too much for PCE because of

23    the -- and the sampling procedures are

24    generally well described, particularly after

25    about 1990.  So we know that they evacuated

1     five casing volumes et cetera, et cetera, et
2     cetera.
3           What it does bother me though is with
4     the BTEX analyses because these are monitoring
5     wells.  The BTEX that's there is sitting in a,
6     probably in that most upper cylinder, actually
7     has ~~three-phase~~ [free phase -ed.] in a lot of
8     cases in that upper cylinder.  So rather than
9     sampling a four- or five-foot interval,
10    they're sampling the whole ten-foot or 15-foot
11    interval.  So, yeah, you have to qualify that
12    somehow.  I'm not sure.
13          Later on about 1998, 2000, they
14    actually started to recognize that problem
15    with BTEX, and they shortened up their screen
16    intervals to about five feet.  So those
17    analyses are a little more reliable in terms
18    of what was actually there.
19       **DR. DOUGHERTY:**  Quick question on that.  Do
20    you know if their protocol was if they found
21    ~~three-phase~~ [free phase -ed.] in the
22    monitoring well, they did not sample?
23       **MR. FAYE:**  No, no, what they did if they
24    found ~~three-phase~~ [free phase -ed.], they
25    adjusted their water level measurement and --

1    you know, I don't know.  I know there's a --

2        DR. DOUGHERTY:  'Cause it may be censoring

3    some of your data.

4        MR. FAYE:  I think...

5        DR. DOUGHERTY:  And at a number of sites

6    where if they find ~~three phase~~ [free phase -

7    ed.], they're not going to sample part five.

8        MR. FAYE:  You know, just looking at it,

9    they had a lot of sensitivity with respect to

10    the water level measurement, but I believe

11    you're right.  I don't recall a lot of

12    analyses at the sites where they actually

13    found significant ~~three phase~~ free phase -

14    ed.].  I think you're right.  Yeah, that was

15    part of their protocol.

16        MR. HARDING:  So high concentrations are

17    going to be underrepresented in some sense?

18        MR. FAYE:  Yes, right.  But the saving grace

19    at those sites is we do know the thickness of

20    the ~~three phase~~ [free phase -ed.] so we're in

21    shape there.

22        DR. BAIR:  Bob, before you move on, there's

23    a high correlation between where you looked

24    and where you found TCE, which isn't too

25    surprising, but if we look at those deep

1    occurrences there, and if you just go look at
2    the section, it does go fairly close to two of
3    the water supply wells there.  There are ^ --
4       **MR. FAYE:**  Oh, more than two.
5       **DR. BAIR:**  Okay, and so the question is,
6    maybe you can answer this, but I've thought we
7    were talking about the monitoring wells.  But
8    the question is does the proximity to one of
9    the supply wells lead to a --
10      **MR. FAYE:**  Oh yeah.  I think I addressed
11   that in the report as well.  And in particular
12   with respect to the BTEX, which my
13   understanding of the situation is if the BTEX
14   is left to its own devices, it's just happy
15   just floating up on the water table.
16         And when you find it 150, 200 feet in
17   the subsurface near a relatively, in relative
18   close proximity to a pumping well, why, you've
19   got the vertical gradient -- now the vertical
20   gradient's caused by that pumping.  You've got
21   advection, and that's what's forcing the BTEX
22   way down into the subsurface.
23         And I do -- of course, the PCE being a
24   D-NAPL [DNAPL -ed.], it wants to migrate
25   vertically downward.  But when you look at

CLJA_WATERMODELING_01-0000011423

167

1    these depths, particularly in the landfill

2    area, I think you're looking at a lot of

3    influence from HP-651, which we talked about

4    earlier.

5        DR. BAIR:  And I was actually, I probably

6    inferred it too much.  If the supply wells are

7    as Dave indicated, that you can get water

8    moving along the outside of the annular space,

9    and this supply well is off and 651 over there

10   is on, you could be pulling contamination from

11   shallow to deep through the annular borehole

12   in one supply well going to another just

13   because it can communicate hydraulically

14   across that.

15       MR. FAYE:  I think that happens and also as

16   well -- no pun intended -- you get like 651 is

17   right in here.  I think, what is this, 653,

18   610.  Six-ten is down here.  You have these

19   wells.  They may not be pumping in a, at the

20   same time, but they're moving that mass around

21   at depth between each other all the time every

22   time they're operating.

23          This goes back to, I think, what Peter

24   was talking about in terms of how these

25   operations affect the simulated concentrations

168

1     that we would actually find, the actual

2     operation 12, 16 hours a day versus some

3     stress for a whole month, that type of thing.

4     And we can test that.

5        DR. DOUGHERTY:  Just a quick thing on this

6     section since I can't put together the nearby

7     supply wells with this cross-section.

8        MR. FAYE:  Well, I can tell you there's a

9     lot of supply wells here that surround the

10    perimeter of the HPIA, and I'm saying at least

11    a half a dozen or more that were active over

12    time.  And in the landfill area the most

13    direct influence would have been HB-651, but

14    there's probably three or four other wells in

15    that general area or even immediate area that

16    perhaps affected the vertical distribution.

17       DR. DOUGHERTY:  Was this a cross-section

18    showing all of those projected?

19       MR. FAYE:  All of those what?

20       DR. DOUGHERTY:  So all of the landfill area

21    wells are projected onto this thing?

22       MR. FAYE:  Yes, they are.  You can see, you

23    know, it's a gross, it's an informational

24    slide.

25       DR. DOUGHERTY:  That's fair once I

169

1        understand it.  And again, just for
2        information, what is the screen of these water
3        supply wells?
4            MR. FAYE:  HB-651 would have been and
5        screened in at least two intervals below land
6        surface.
7            DR. BAIR:  I've got it right here.
8            MR. FAYE:  Okay, there you go.  I just hated
9        to say you could look on table so-and-so.
10           DR. BAIR:  No, I've got it.  It's minus 93
11       to minus 103; minus 108 to minus 155 and minus
12       157 to minus 19 --
13           MR. FAYE:  And those are intervals from land
14       surface.
15           DR. DOUGHERTY:  I have a different number
16       from Table C-3 for 651.  It's 125, 135, 140,
17       155 ^[, 189, 194 -ed].
18           MR. FAYE:  In the table it's depth below
19       land surface.
20           DR. BAIR:  My only point was to demonstrate
21       for others who are not so ground-watery (sic),
22       roughly where the screens are in this cross-
23       section tend to be 150 feet down so they're
24       down below where we're seeing the hot spots,
25       yet those are providing high concentration

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    water to the treatment plants.  So there's got

2    to be some way to get from those hot spots

3    down to there to the wellhead.

4        **MR. FAYE:**  That's just the vertical

5    gradient's caused by -- in my opinion, that's

6    largely due to the vertical gradients caused

7    by pumping at the supply wells and within the

8    radius of influence of that pumping.

9        **DR. HILL:**  You have five measurements at

10   depth and of those two are hits.  And if you

11   think proportionately to what's above in terms

12   of the proportion of hits you have two non-

13   detects, it's actually pretty similar or

14   perhaps a greater proportional concentration

15   at depth.  So the fact that you're not getting

16   that many hits might just be because you

17   didn't look.  There's no indication in that

18   data that the water in general at that stratum

19   is any less polluted than what's above.

20       **MR. FAYE:**  Well, that's exactly right.

21   There's a lot fewer sampling points down here

22   than there is up here, maybe by as much as a

23   ratio of five to ten to one.

24       **DR. HILL:**  Right, the ratio of hits is

25   actually as high.

1    **MR. FAYE:**  Well, yeah, okay, okay.  And the

2    obvious reason is they were looking for

3    contamination at shallow depths, later on got

4    kind of surprised they found it at a deeper

5    depth, but they had a much greater density of

6    shallow monitoring wells versus their deep

7    monitoring wells.

8    **DR. HILL:**  I just wanted to make the point

9    that there's no indication on this data that

10   it isn't as polluted at depth as it is --

11   **MR. FAYE:**  That's exactly right.  I would

12   totally agree with that.

13   **DR. ROSS:**  Were there no deep hits below

14   the, what I call the DNAPL site, Site 88, or

15   is the key just covering up what might be

16   there?

17   **MR. FAYE:**  I think, Dr. Ross, the key there

18   is that there just were no deeper wells.

19   **DR. CLARK:**  Can we wrap it up?

20   **MR. FAYE:**  A few more to go, and that's why

21   we're here, right?  There's the PCE now.

22   Those are the hits.  Now, as Dr. Bair alluded,

23   he anticipated what we were going to see here.

24   You have the PCE contamination.  This is every

25   sample including the non-detects, and then

172

1    here's the detects, and it shows the maximum

2    and minimum concentrations that we found.  And

3    all of these questions that related to the

4    previous two slides relate to this.  Here's

5    benzene.

6         There's the whole enchilada, and

7    there's our hits again at depth.  And here

8    you're seeing that the HPIA where there was a

9    massive benzene spill, a lot of surface

10   contamination.  Actually, now from the LUST

11   reports we know that this contamination

12   actually goes a little deeper down, around 150

13   feet.  So there you see that.

14        There's our major plume systems that

15   we've identified.  Now this will change when

16   and if we get into the LUST reports there's

17   going to be a major plume of BTEX up here,

18   probably another one right in here, definitely

19   a big mess in here in the HPIA.  So that will,

20   we'll accrue a few more plumes when we look at

21   the LUST data in detail.

22        Hopefully, this next slide says

23   questions.

24       **DR. CLARK:**  Jason, are you ready to go?

25       (no audible response)

1    **DR. CLARK:** Okay, Jason's up next.
**DATA ANALYSES -- GROUNDWATER**

2    **WELL CAPACITY AND USE HISTORY**

3    **MR. SAUTNER:** I'm just going to give a brief

4    description of how we constructed the well

5    capacity histories and I want to thank Bob

6    ahead of time because I think a lot of the

7    questions the panel will have ^ asked them in

8    the ^. Louder? Okay.

9    Basically, just the well capacity

10   history is essentially a timeline without

11   lulls operated at the capacities from when

12   they were put in service to the time when they

13   were terminated or permanently taken out of

14   service. Information we have for well

15   capacity histories, we had over 100 supply

16   wells that we were dealing with at the Hadnot

17   Point-Holcomb Boulevard large distribution

18   system areas.

19   Basically, we obtained a well packet

20   of information for each supply well that

21   contained driller logs, well capacity tests,

22   well construction drawings, operation records,

23   various other miscellaneous sources of

24   information. We also had several other

25   documentation sources examined.

1        We had well data lists, raw water

2   supply lists, building dimension lists,

3   operational records, water level tables,

4   transmittal and correspondence letters,

5   numerous CLW documents and various published

6   reports.  And on top of that we also obtained

7   the daily logs for well pumps, which

8   everyone's been discussing, as the 1998

9   through 2008 daily status of how wells were

10   operated on or off.

11        This is just a figure of where the

12   well locations are throughout both systems,

13   throughout both areas.  Now, here's an example

14   of well capacity history.  This is for HP-633.

15   This is constructed for each of 100 or more

16   than 100 wells basically just gives a date,

17   capacity and operational status and a data

18   source.

19        So for the date that we have, the date

20   when it was put in service.  We have the

21   capacity at certain dates throughout when it

22   was in service; the operational status and

23   whether it was in service, out of service or

24   when service was terminated, and then the data

25   source of where that information came from.

175

1        And you can see where all these blanks
2     are in capacities; we just simply didn't have
3     a capacity given for that source of
4     information.  So that would be carried down in
5     time, so that'll be carried down to the
6     following empty block.  This one here will be
7     carried down to the bottom, too, and so forth.
8        The daily log for well pumps, simply
9     just a scanned sheet for each month, for each
10    well from 1998 through 2008.  So it's a lot of
11    information.  There's I believe over 10,000
12    sheets.  And the main two columns we're
13    interested in are when the pump was on and
14    when the pump was off.  And as you can see
15    for, this was just for January 1999 for HP-
16    633, it was only on for the first seven days,
17    and it was off the rest of the month.
18        And what we did was we used the ^
19    determine well capacity on monthly adjusted
20    capacities.  So from using these where we
21    obtained the number of days it was operating
22    each month along with the well capacity at
23    certain times from the well capacity history,
24    we created these tables.
25        This is just for all of 1999 so let's

1    focus on the first column or first row here

2    first.  This is January of '99.  We know from

3    seven days right here, add up the total number

4    of days.  We have a capacity of 205, which

5    came from down here, the well capacity

6    history.

7         From that we computed the gallons

8    pumped per month.  We know the total number of

9    days in the month, from that we can get the

10   adjusted capacity.  So assuming that this well

11   was pumped 31 days a month, instead of pumping

12   at 205 gallons per minute, it would be pumping

13   at 46.3 gallons per minute.  And this could be

14   computed for each well from 1998 all the way

15   through 2008.

16        This is just an example of the number

17   of days it was operated.  The reason the time

18   period is from '98 through 2000 is because the

19   well was taken out of service or service was

20   terminated in October of 2000.  For several of

21   the other wells we will have a full ten years

22   of data on the number days that it was

23   operated.

24        One thing that we're considering

25   exploring doing is actually -- and this was

177

1    discussed during Bob's presentation -- is
2    actually taking our known number of days for a
3    certain period of time and trying to sort
4    historical trend back in time for a study
5    period from '68 through '85.
6            There's different ways we're going to
7    look into doing this, and we'll be using this
8    trend, also using, we know our total average,
9    our total annual rates from '68 through '78,
10   '68 through '85 as well.  This is a slide that
11   Bob also showed showing you the available
12   pumpage data.  So basically, by using this '98
13   through 2008 daily data, we're going to try to
14   back track and try and fill in the gaps
15   between all these type of data time frames,
16   taking '84 all the way back through '68.
17           And just to summarize it we had more
18   than 100 supply wells.  There's a lot of
19   information to review in order to create a
20   well capacity history for each supply well.
21   And information for the past ten-to-15 years
22   is more detailed than information for 50-to-60
23   years ago, obviously.  And again, we're going
24   to explore ways to find historical trends of
25   how that well was pumping on a monthly basis

178

1       using the detailed daily information as well
2       as the annual information that we have.
3           With that I will give up to questions.
4       **DR. GRAYMAN:** Can you go back to slide
5       number three? That variation in capacity, do
6       you think this represents some changes in the,
7       intrinsically in the wells or do you think
8       there's some of that significant uncertainty
9       between the tests?
10      **MR. SAUTNER:** I guess it would be really
11      depending on, well, most of this information
12      came from well capacity tests. They were
13      fairly consistent in the way they conducted
14      them. I'm not really sure as to what
15      variation, what would be the cause of the
16      variation.
17      **DR. GRAYMAN:** Without looking at the dates I
18      mean you see a change from 221 down to 159,
19      but that's an eight year period so that makes
20      some sense.
21      **MR. SAUTNER:** Nineteen sixty-nine to '77.
22      **DR. GRAYMAN:** Can you go to the next slide?
23      And there's a column over near the right where
24      it says time checked. Do you know anything
25      about the operation where they operated, they

CLJA_WATERMODELING_01-0000011435

179

1     tend to be operated on a daily basis or was

2     there a particular time when they checked it

3     to see whether it was on or off?

4     **MR. SAUTNER:** I believe they -- this slide

5     came from Camp Lejeune here -- I think they

6     had a certain time of the day where they would

7     send a [well -ed.]person out, and they would

8     check the wells and report back. I'm not --

9     **DR. GRAYMAN:** When you say check, would they

10    turn them on or off? I mean, did the wells

11    tend to stay on for 24 hours?

12    **MR. SAUTNER:** I don't believe -- oh, yeah,

13    that's, we did ask that question. If the pump

14    was on, it was on one day. And if it was on

15    the next day, it was on the complete time. So

16    for day one to day two it was on for that

17    whole 24 hours, yes.

18    **MR. HARDING:** I think this may, it raises

19    this point. I know I've flogged this horse a

20    lot, but there's a difference here between

21    what you're going to do for the groundwater

22    modeling and what you'll have to do for the

23    water distribution modeling. Because while

24    your stress period's a month in the

25    groundwater model, the way that contaminants

1    behave in the water distribution system during

2    these interconnection events is going to be

3    very dramatically affected by what pumps you

4    assume are operating and the hourly, you know,

5    flow rates.

6         In other words a pump can't run at an

7    average of whatever it was.  I can't remember

8    the numbers but the average amount.  It either

9    runs on or it runs off.  And if the

10   contaminated well is on, it's on all the way,

11   and then the contaminants can move out into

12   the system during times of low demand or

13   perversely in this situation, when the high

14   demand comes on the golf course, that's when

15   that interconnection opens up and that tends

16   to have it move further in the system.  So you

17   can't use the same approach, I just want to

18   caution, for both water distribution and

19   groundwater modeling.

20     **MR. SAUTNER:**  Right, and just to clarify,

21   all of these supply wells pump directly to the

22   water treatment plant.  So we are going to be

23   --

24     **DR. GRAYMAN:**  They all pump directly to the

25   treatment plant.

1  **MR. SAUTNER:** They don't pump into the

2  system.

3  **DR. POMMERENK:** I think the wells that pump

4  into a manifold collection system, there's a

5  difference. They don't all pump against the

6  same head. So depending on what combination

7  of wells is on, the actual flow rate that is

8  delivered by the well pump may vary as well.

9  So it's just some added complication. I think

10  one of the earlier figures you clearly saw

11  that the wells had essentially streamed on a

12  large water collection main. And depending on

13  the size of the thing, I guess somebody would

14  do a hydraulic calculation to see how well

15  operation would affect the head ~~at each pump~~

16  ~~as it pumped~~ that each pump pumped -ed.]

17  against, so just as an additional caution.

18  **MR. HARDING:** So another clarification, is

19  there a booster pump, is there a storage tank

20  and then a booster pump at the water treatment

21  plant that then sets the grade line for the

22  water distribution system?

23  **MR. SAUTNER:** Yes.

24  **MR. HARDING:** So there, and there's an

25  unpressurized storage tank then at the water

1     treatment plant and -- okay.

2     **DR. KONIKOW:**  So if you go back to the

3     previous slide, again, I agree.  There are

4     many sources that there are uncertainty in

5     this, but what I want to look at here is

6     filling in the gaps.  Between your data points

7     you had implicated that like from '69 we have

8     221 to 1977 we have 159.  You would use a 221

9     the whole time.

10    **MR. SAUTNER:**  Yeah, or one way to do it

11    would be maybe to do a trend and step it down.

12    **DR. KONIKOW:**  Which did you do?  What are

13    you doing or what should be done?

14    **MR. SAUTNER:**  This is the information going

15    to the generator and it hasn't been used as

16    input.

17    **DR. KONIKOW:**  So that's not in the

18    groundwater.

19    **MR. SAUTNER:**  Correct.

20    **DR. CLARK:**  We have a swift comment from the

21    audience.

22    **MR. WILLIAMS:**  Yeah, I just wanted to

23    clarify that the 24-hour pumping, which would

24    only be indicative of the Hadnot Point wells,

25    not at Holcomb Boulevard.

1        DR. CLARK:  We're going to have to move on

2        to the next presentation.

3        DR. GRAYMAN:  Can he just clarify?  Well,

4        the Holcomb wells, how were they operated?

5        MR. WILLIAMS:  Something less than 24 hours.

6        MR. SAUTNER:  I think they were automatic,

7        correct?

8        MR. HARDING:  Did the Holcomb wells pump,

9        did they pressurize the system or was it a

10       similar situation where they pumped into an

11       unpressurized storage tank and then were

12       boosted into the --

13       MR. SAUTNER:  It's the same situation.

**DATA ANALYSES -- GROUNDWATER**

14  **MASS COMPUTATIONS**

15       DR. CLARK:  Okay, Mass Computation.

16       MS. ANDERSON:  I'm going to talk at you

17       about the subsurface mass computation and make

18       it very brief hopefully.  This is a quick

19       overview.  I'm going to recap the site

20       locations.  I'm going to highlight some

21       groundwater contaminant statistics and outline

22       the purpose, scope and proposed methods for a

23       mass computation and then finish with an

24       illustration of a mass computation for TCE.

25            So you've seen this map a couple of

184

1     times already.  I just wanted to recap again
2     the IRP sites, the Installation Restoration
3     Program sites are outlined in the dark red.
4     The orange outline shows scenarios that we
5     talk about a lot, Site 88, the landfill area
6     and the Hadnot Point Industrial Area or the
7     HPIA.  That's where we're finding a lot of
8     contamination, particularly the PCE and TCE
9     contamination.
10          So I wanted to emphasize some relevant
11    numbers for the groundwater contaminant
12    datasets.  Our available contaminant data span
13    about 20 years from 1984 to 2004.  We have
14    over 2,400 groundwater sample analyses for
15    PCE, TCE and their degradation products.  We
16    have over 2,600 groundwater sample analyses
17    for benzene and related compounds.
18          And I've listed some maximum detected
19    concentrations in groundwater there in
20    micrograms per liter.  Of course, the PCE
21    level at 170,000 micrograms per liter, that's
22    at or above the solubility limit depending on
23    what reference you use.  That detection was at
24    Site 88 where we know there was some pre-phase
25    product in the past.

185

1          So our primary purpose for contaminant
2     mass computation is to provide really a
3     starting point and a lower limit for a mass
4     loading parameter when you do the fate
5     transport modeling.  The mass estimates will
6     also be helpful in assessing plume stability
7     over time, and we can look at those numbers to
8     compare to other similar sites as well, but
9     our primary purpose is for the mass loading
10    parameter for the fate transport model.
11         For this work we're going to focus on
12    PCE, TCE and benzene for mass computations.
13    We're going to primarily compute the dissolved
14    phase contaminant mass.  We do have some data
15    for some areas for the unsaturated zone and
16    free product areas that we may address with
17    some computation but primarily the dissolve
18    phase contaminants.  And we will be looking at
19    multiple areas across the study site.
20         So this slide kind of outlines our
21    general methodology, proposed methodology
22    starting from the left there to select and
23    prepare the contaminant datasets from the
24    point data that we have.  We're going to
25    develop two-dimensional horizontal

1    concentration grids that represent the

2    horizontal distribution of contaminants using

3    interpolation techniques to generate those.

4         And then we'll calculate the average

5    contaminant concentration across these

6    horizontal plumes.  And finally, we'll

7    calculate contaminant mass by combining that

8    average contaminant concentration in a

9    horizontal distribution with information we

10   have about the aquifer porosity and the

11   vertical extent of the aquifer where these

12   contaminants occur.  That's kind of a general

13   depiction of our methodology.

14      **DR. KONIKOW:**  So is the goal to estimate the

15   mass in the system at one point in time or as

16   an initial condition?  Because contaminants

17   are released over some long period of time.

18   And so I'm wondering how does this relate to

19   what you're going to put into the model?

20      **MS. ANDERSON:**  Sure.  I think that's part of

21   the data exploration that we have to do.

22   Obviously, there's a sort of a temporal

23   distribution to the data that we have to look

24   at and kind of slice it in different ways and

25   look at what makes sense, and then look at

CLJA_WATERMODELING_01-0000011443

1  those calculations and decide what makes sense

2  to put into the model.  So it's kind of a

3  number of steps there that will be involved in

4  the whole mass computation and then entering

5  into the model.  Maybe the next slide or two

6  will explain that better.

7      **DR. BAIR:**  I have a question, too.  You're

8  looking at aquifer thickness and the

9  concentration in each one of the aquifers and

10  then summing them for a grid block looking

11  down?

12      **MS. ANDERSON:**  There may be some other

13  slides that explain that a little better, but

14  yes, this process, I mean, essentially when we

15  had the contaminant data -- and you saw in

16  some of Bob's slides the vertical distribution

17  -- obviously, when we derive horizontal

18  representation of the distribution, we've got

19  to look at a single aquifer and just only

20  collect the data points for that aquifer, do

21  an estimation, extend 3-D the calculation over

22  that aquifer, and that would be a mass for

23  that aquifer.  Another aquifer would be a

24  whole 'nother of that process repeated and

25  then add --

188

1      **DR. BAIR:**  Right, well, my question is that
2      are you doing this just for the aquifers?
3      Because the confining layers have mass in
4      them, too.
5          **MS. ANDERSON:**  I think, yes, that's a valid
6      point, and we can look at --
7          **DR. BAIR:**  And they are as thick as the
8      aquifers in some places, and their porosity
9      probably is not too different.  So my question
10     actually gets at porosity.  Are you using a
11     uniform porosity across everything?
12         **MS. ANDERSON:**  Right now, the illustration I
13     have here, I'm just talking about the porosity
14     for one aquifer that we're looking at.  But I
15     think we do need to refine that and kind of
16     look at different aquifers, different
17     porosities if we have the data.  Clay units,
18     we have some data based on Site 88
19     investigations for porosity there.
20             So I think that's a valid question,
21     and that's something -- it's really going to
22     be data driven.  Where we have the data and
23     then what can we extrapolate from there and
24     how can we extend that knowledge.
25         **DR. BAIR:**  It also should be put into the

1    sensitivity analysis, and that's the
2    sensitivity of the source term and the release
3    of the source term, the concentration and
4    timing of the release of the source term.
5        **MS. ANDERSON:** Yeah, and I think as we
6    explore the data and kind of do some of those
7    vertical plots that Bob has shown in his
8    presentation, we can get a better sense of
9    where we have to go with the other steps, the
10   other sensitivity analysis.
11       **DR. BAIR:** But that's my point is the plots
12   that Bob showed are all biased towards the
13   permeable intervals where they've done
14   monitoring wells, and the contaminants exist
15   in between sampled intervals, otherwise they
16   wouldn't get down to the deeper parts.
17       **MS. ANDERSON:** Actually, I do have one slide
18   where we can maybe explore that a little bit
19   more and kind of talk about what you're
20   getting at I think, but we're welcoming the
21   input and how we should approach that.
22       **DR. HILL:** In step two considering the
23   thickness you're using as the whole aquifer
24   thickness that you're not making slices
25   through it, it seems odd to me in step two not

190

1    to do a 3-D interpolation of the data.  I

2    mean, there'd be no reason not to at that

3    point, and then integrate, I mean.

4        MS. ANDERSON:  Again, it's kind of data

5    driven.  There's a slide --

6        DR. DOUGHERTY:  It's Surfer driven.

7        MS. ANDERSON:  Surfer driven?  We actually

8    did look at some 3-D interpolation with GMS,

9    and I think -- I haven't explored it yet --

10   but ^ with Surfer does some 3-D interpolation.

11   And I think that it will be good to kind of

12   run this method and then do some other

13   comparisons with other tools to look at those

14   types of interpolations.

15       DR. HILL:  So when you do step two,

16   obviously when we saw before, we had high

17   concentrations and then low concentrations.

18   What do you use as your point value in 2-D

19   space given that you've had all this variation

20   vertically?

21       MS. ANDERSON:  Give me a slide or two.

22       DR. HILL:  Sorry.

23       MS. ANDERSON:   As Bob said, Mary, hang

24   with me for a second.  We'll get there.

25           So I just wanted to present a few

CLJA_WATERMODELING_01-0000011447

1    details about the data preparation and
2    interpolation, which obviously we're talking
3    about.  We need to select the datasets and
4    sort of group them based on some
5    considerations.  The horizontal distribution,
6    and that's kind of picking areas across the
7    study site that will isolate and do
8    calculations.
9         The vertical distribution, which we
10   discuss a lot.  The sample altitudes and what
11   we're going to consider as datasets for doing
12   those horizontal distributions.  And then the
13   temporal distribution we need to isolate sort
14   of or aggregate some datasets based on the
15   temporal characteristics of the data.
16        When we do the interpolations, we'll
17   have to look at multiple detections at the
18   same location and kind of generate a single
19   value.  I think it makes sense, typically
20   we'll be using the average value, but there
21   may be some occasions where maximum values are
22   appropriate for that.
23        The non-detects and the censored non-
24   detects for the calculations I'm showing you
25   here, I set those to zero.  Now, we can

1    consider different schemes for that if

2    necessary, but by censored non-detects I mean

3    the data that are less than whatever stated

4    reported value, less than five, less than ten.

5         Non-detects, literally there are

6    reported values that are just ND, and we have

7    no reporting or quantitation limits to go off

8    of on that data.  So that's what I'm talking

9    about, those non-detects and censored non-

10   detects.

11   **DR. DOUGHERTY:**  Just for those if you have a

12   non-detect and a nearby close detect, do you

13   somehow take into account that the non-detect

14   may not be representative?  I'm thinking about

15   from the regulator side, of course, and from

16   the other side you want to say well the other

17   one's an outlier and it's a laboratory

18   problem.

19   **MS. ANDERSON:**  I think we're not to that

20   point yet, but that's certainly a refinement

21   that could be made.  Initially, we're dealing

22   with a very large dataset even when we isolate

23   it to one location or area of the base.  So

24   that's certainly something we can consider and

25   kind of refine that non-detects and censored

CLJA_WATERMODELING_01-0000011449

193

1    non-detects to assign some values or discard

2    data that we don't feel are appropriate.

3        DR. POMMERENK:  Actually, with setting them

4    to zero you would, you know, whatever your

5    statistic is that you would use to represent

6    the total mass and then you would

7    underestimate the, that statistic was set down

8    to zero so you may want to consider using some

9    type of robust regression to -- you don't

10   actually assign values to the non-detects, but

11   you compute your statistic on distribution of

12   values based on that there are values.  We

13   just don't know the numbers.  And --

14       MS. ANDERSON:  We have the ~~HASL*~~ [Helsel -

15   ed.] text, and I think that that is something

16   --

17       DR. POMMERENK:  Yes, the ~~HASL~~ [Helsel -ed.]

18   text will help you --

19       MS. ANDERSON:  -- yeah, that we can consider

20   after we do some baseline using this

21   methodology.  I think it would be good to sort

22   of try to incorporate the non-detects in non-

23   parametric methods and sort of try to do some

24   analyses that way.

25           For the interpolation schemes kind of

194

1    looking at, we've explored some different
2    options for that as well, but I think we'll
3    probably just use the ordinary pre-game using
4    standard default assumptions in Surfer
5    Software.  We did explore a little bit the
6    autofit ^ [semivariogram -ed.] ~~gram~~, compared
7    that to standard default assumptions in
8    Surfer, and they seem to come out very similar
9    for the mass computations, but that's
10   something we can continue testing as we move
11   forward.  For the calculations that I'm
12   showing here -- in our initial runs through
13   this we're using ten foot-by-ten foot grid
14   cell size.
15        So I kind of want to go through just a
16   quick illustration, and it is just a slice,
17   just a subset kind of illustrating the
18   approach of the mass computation method.  This
19   is for TCE.  This is the map that Bob showed
20   as well showing the distribution of TCE across
21   the study site.  It's concentrated in a couple
22   of different areas there.
23        We're going to focus for this
24   illustration just on the landfill area.  And
25   this is the temporal distribution of data that

1    we have for the landfill area.  You can see in

2    the middle there, there's the extraction well

3    start up in October 1996.  We have some data

4    before that, a good bit of data after that.

5         For this illustration again I'm going

6    to kind of look at this pre-extraction well

7    start up database 1984 to 1993 and do some

8    calculations with that.  Certainly, we can run

9    calculations with the first few years after

10   extraction well set up or start up because

11   there's very low flow with those extraction

12   wells, and we may be able to use some of that

13   contaminant data in a more extensive

14   monitoring well network that was in place to

15   do some mass calculations there.

16        DR. DOUGHERTY:  Just to clarify, this is a

17   remediation extraction well as opposed to a

18   water supply --

19        MS. ANDERSON:  Correct.

20        DR. DOUGHERTY:  -- extraction well.

21        MS. ANDERSON:  Yes.  That's one, the

22   remediation wells, the extraction wells were

23   put in place in October 1996, when they

24   started cleaning up the site.

25        So I'm going to focus on that earlier

196

1   data range there.  And this is the vertical
2   distribution of TCE in the landfill area just
3   for that selected time frame that we're
4   looking at, 1984 to 1993, so it's a little
5   bit, it's like the slide Bob was showing, but
6   it's a little more refined just to include the
7   selected dataset.
8          I have included off to the left there
9   just some general kinds of boundaries for the
10  different aquifer systems:  the Brewster
11  Boulevard, the Tarawa Terrace aquifer and
12  Castle Hayne aquifer system.  And these are
13  very general.  They're kind of averages of top
14  elevations and thicknesses across just the
15  landfill area.  So I haven't extended it
16  across because there obviously are local
17  variations.  We're still dealing with a pretty
18  large area so I just kind of added that
19  guideline on the left-hand side there.
20         So you can see with this vertical
21  distribution that we have data, contaminant
22  data, just for two different aquifer systems,
23  the Brewster Boulevard, the upper aquifer
24  system Brewster Boulevard and then the Castle
25  Hayne aquifer system.

197

1    There's really no data except for that
2    one non-detect off to the left there for the
3    Tarawa Terrace, intervening Tarawa Terrace
4    aquifer system.  So it's a constraint of the
5    data for this time period.  I think for later
6    time periods we do have some data for Tarawa
7    Terrace, that aquifer system.
8    But again, to illustrate mass
9    computation, I'm just going to pick this one
10   slice, this one horizontal slice of data in
11   the upper Castle Hayne aquifer, the River Bend
12   unit, and kind of run the calculation with
13   that because I think that's how we'll have to
14   proceed.  Looking at grouping the data
15   vertically, doing separate calculations for
16   each and then kind of summing them, stacking
17   them up.
18   So this is again, as I outlined in the
19   general approach, we'll take that contaminant
20   dataset, the data points, and interpolate them
21   into a concentration grid, a two-dimensional
22   horizontal grid, and that's what is shown
23   there on the left, a traditional contour map,
24   planar view.  On the right I'm showing a 3-D
25   wire mesh representation of the contaminant

198

1    concentrations with the Z axis being TCE

2    concentration in micrograms per liter.

3         So once we've established this

4    concentration grid, we can use Surfer's grid

5    volume utility to obtain both the planar area

6    of the plume and also the grid, quote, volume,

7    which I think this 3-D wire frame grid kind of

8    illustrates the volume that I'm talking about;

9    it's kind of these strange units of micrograms

10   per liter multiplied by base area of each

11   cell.  It's essentially an area weighted

12   concentration for each cell grid summed up to

13   represent the volume of that concentration

14   grid.

15       DR. HILL:  Can I just ask a question?

16       MS. ANDERSON:  Sure.

17       DR. HILL:  I don't know that you can do this

18   now, but it's really kind of critical where

19   the points are that you're contouring, and

20   they're not clear in that figure.

21       MS. ANDERSON:  Yeah, the post points are not

22   big enough there, are they?  But that's

23   something obviously we're, with our

24   interpolation techniques kind of running

25   interpolations and checking the post map to

CLJA_WATERMODELING_01-0000011455

1          try and make sure it's a good representation

2          of the data that we have.

3              DR. HILL:  If those ^ aren't supported.

4          It's just ^.

5              DR. DOUGHERTY:  Clearly, they're supported

6          by over-fitting, I suggest.

7              DR. CLARK:  Scott, go ahead.

8              DR. BAIR:  Barbara, my question would be if

9          you look at the fishnet plot on the lower

10         right, that would be one, two, three, four

11         units that you're representing there?

12             MS. ANDERSON:  Aquifer units?

13             DR. BAIR:  No, just four horizontal units.

14         There's a horizontal line going down from the

15         peak and then there's a shoulder off to the

16         left, and then there's another -- those are

17         concentrations?

18             MS. ANDERSON:  Yeah, that corresponds to the

19         legend over there on the left --

20             DR. BAIR:  Okay, so how many aquifer units

21         are within that then?  One?

22             MS. ANDERSON:  Yeah.

23             DR. BAIR:  Got you.

24             MS. ANDERSON:  We're just taking that one

25         slice of the upper Castle Hayne River Bend

CLJA_WATERMODELING_01-0000011456

1        unit and looking at that.

2        **DR. CLARK:** Rao was next.

3        **DR. GOVINDARAJU:** I think I want to follow

4        up on that next question. That is, this is

5        going from 1984 to 1993, so this one unit you

6        are computing is somehow over time, and time

7        does not seem to factor in.

8        **MS. ANDERSON:** Right. I don't have a, we

9        aggregated or I aggregated this data before

10       the extraction well started up in 1996 because

11       really if I plotted -- I have another plot and

12       I didn't overlay it on here, but these

13       numbers, the bar graph showed the total

14       analyses we have, but the detections for each

15       of these are the lower number, obviously. So

16       if we want to just aggregate just 1984 to 1987

17       as one unit. There really aren't sufficient

18       detections there to do an accurate

19       interpolation. It would make more sense I

20       think to use smaller time frames. But in this

21       case there just weren't enough detections to

22       really do a good interpolation so it's

23       aggregated across that whole time frame. Is

24       that --

25       **DR. CLARK:** In order to meet our streaming

1    video guidelines we're going to have to wrap
2    this up.  So let's take just one more question
3    and then, Barbara, can you wrap it up?
4        MS. ANDERSON:  Sure.  But maybe not, it's
5    Lenny's question so I don't know.
6        DR. KONIKOW:  So then the question is how do
7    you go, you'll calculate a mass, but then how
8    do you go back in time and use that to
9    estimate what the mass loading rate is over
10   the duration of the model?  The Tarawa Terrace
11   situation you had essentially a point source
12   with a known location and a fairly constant
13   over time disposal rate.  Here I'm not sure
14   how you're going to reconstruct the history of
15   mass loading.
16       MS. ANDERSON:  Yeah, I think that's going to
17   be a challenge.  I will say -- and Bob can
18   chime in where he sees fit, but I think that
19   for the landfill area I think Bob has, from
20   his expert analysis of all the data that he's
21   looked at, has determined that at Site 88
22   there was a dry cleaner, same as ABC Cleaners
23   there was a base dry cleaner.  And this
24   landfill contamination is probably tied to
25   disposal of filters from the, spent filters

1   from the dry cleaning operation at Site 88,
2   and there may be other sources.  There may be
3   buried drums, what have you, at the landfill
4   area, but --

5   **MR. FAYE:**  The issue, Lenny is basically,
6   you know, you take what you get.  We want to
7   have a computation of mass prior to the onset
8   of extraction.  Yeah, and the data are over a
9   particular period of time so, yeah, you had
10  some concentration reductions because of
11  degradation over that period of time, et
12  cetera, et cetera, et cetera.

13          But I won't say the time is relatively
14  immaterial here, but if we have this mass at
15  this time, it basically gives us a minimum
16  mass that we can work from.  And what it is, I
17  mean, it's basically, you know, you've got a
18  flawed starting point or you've got no
19  starting point.  So, I mean, that's really
20  what it comes down to.  Of course, it's better
21  to have a flawed starting point in my opinion.

22  **DR. KONIKOW:**  You've had extraction wells
23  over the whole duration of the system, but
24  they were called water supply wells.

25  **MR. FAYE:**  There again, sure there was mass

CLJA_WATERMODELING_01-0000011459

1    removed from the system, but still we don't

2    know what that mass was or we have a couple of

3    concentrations that we could maybe make some

4    estimates, but you'd have so much uncertainty

5    you wouldn't assign a lot of reliability to

6    that.  But here again, I mean, it's not a

7    perfect system.  It's not a perfect analysis.

8    But it gives us a starting point which is what

9    we're after.

10        **DR. CLARK:**  Let's give Barbara a chance to

11    wrap up her presentation.

12        **MS. ANDERSON:**  Sure, really after this I'm

13    just illustrating how we can use, there's a

14    Surfer utility to obtain both planar area and

15    this grid volume and we can use that to easily

16    obtain the average TCE concentration across

17    this horizontal plume that was generated.

18    There's a Journal article, Joseph Ricker*

19    published in 2008 in "Groundwater Monitoring

20    and Remediation" that kind of illustrates this

21    if you want more information.  But that's kind

22    of what we were following with this approach.

23    And then I just was showing the general

24    equation there at the top and the parameters

25    and values that I used for this illustration.

1     The first couple of values, the planar area,
2     the average TCE concentration.  Obviously, as
3     I said, obtained from Surfer utility.  Aquifer
4     thickness.  Here we're just using an average
5     estimated thickness for the particular aquifer
6     that we're looking at.  And aquifer porosity
7     we can look at effective or total porosity.
8     We have some, I think, good values for that,
9     20 percent that was used in the Tarawa Terrace
10    work and discussed extensively in one of the
11    chapters in the Tarawa Terrace reports.  The
12    40 percent total porosity just for this upper
13    Castle Hayne River Bend unit, again, is from
14    some site-specific data from Site 88
15    investigations.  And we can refine this
16    hopefully for each aquifer and each area that
17    we're doing these calculations.
18        DR. KONIKOW:  What did you use -- a couple
19    more -- why did you use 22 feet for this
20    system here when your earlier slide shows a
21    box around it that looked like it was at least
22    35 feet thick where you encapsulated the data?
23    And then the second question is why not
24    account for the spatial variations, the
25    elevations at the tops and bottoms?  Why don't

1    you use Surfer to get, why don't you consider

2    multiplying all those concentrations?  And why

3    an average thickness?  Why don't you use a

4    thickness at each grid point?

5        **MS. ANDERSON:**  I think we can do that as a

6    refinement.  We can import the extrapolation

7    we've done with the model and GMS and kind of

8    get actual cell-based aquifer thickness.  And

9    the other about the average that we've used

10   here, I think -- and I noticed this in your

11   comments you were referring to the Tarawa

12   Terrace report which I think are a bit north

13   of our location.

14       **DR. KONIKOW:**  Just go back a few slides for

15   this location.  There, that looks like a

16   vertical interval of 30 to 35 feet that you

17   encapsulated the data yet you're using 22

18   feet.  That's a pretty big percent difference.

19       **MS. ANDERSON:**  That's the contaminant data.

20   When you look at the actual extrapolation of

21   any boring location or boring data that we

22   have, and you look at the encapsulating

23   aquifer system, we actually have a more

24   refined sort of estimate of the thickness

25   based on other data.

206

1      **DR. KONIKOW:** Are you saying that the data

2      points here are --

3      **MS. ANDERSON:** Right, right. I think some

4      of these data's a question of local variation.

5      **DR. CLARK:** Let's draw this to a conclusion

6      so we can meet our deadline. So we'll pick it

7      up at 1:30 this afternoon.

8      (Whereupon, a lunch break was taken between

9      12:37 p.m. and 1:30 p.m.)

10     **DR. CLARK:** Okay, we're ready to start up

11     again. Video streaming is going to be online

12     in a few seconds. Morris has got a few things

13     he wants to do, wants to introduce Dr. Aral.

14     **MR. MASLIA:** Thank you for that morning

15     session. This is the type of feedback we're

16     looking for. We had some very interesting and

17     informative and probing questions so we're

18     going to continue this afternoon. Just a

19     couple of housekeeping things before I

20     introduce Dr. Aral.

21              If people would like to go out to

22     dinner other than the hotel, there's a couple

23     of restaurants in the area. One's a little

24     bit more expensive, a nice French restaurant.

25     I can see if they have room. We can talk at

CLJA_WATERMODELING_01-0000011463

1   the next break and just see.  Or if everybody

2   just wants to do their own plans and maybe get

3   together that's fine with me.  Y'all may not

4   want to eat with me, dinner.  Actually, my

5   wife would like to see me at home one day

6   during the past two weeks for dinner.  But at

7   the next break maybe we can sort of formulate

8   plans.

**STRATEGIES FOR RECONSTRUCTING CONCENTRATIONS:**

9   **PRESENTATIONS AND PANEL DISCUSSION**

10   With that said, as we saw from this

11   morning, a lot of data, a lot of information

12   and how exactly to analyze it, how to make

13   sense of what it is and how should we put it

14   together so we can, if we want to, try to do a

15   numerical model like we did with Tarawa

16   Terrace.  Questions you asked, Lenny, and

17   pointed out, there is not a single source so

18   where do we begin in that temporal

19   distribution?

20   So after we had completed Tarawa

21   Terrace and just looking at the surface of

22   this, I asked our cooperator at Georgia Tech

23   perhaps there might be a method either

24   available or maybe we could look into

25   developing one where we might be able to use

1    some of the data that's captured, the

2    contaminant data that's captured in either our

3    supply wells or observation wells.

4    And would there be from a screening

5    level a way to avoid or minimize having to

6    transfer the data that we have in reports and

7    analyses to then trying to categorize it for a

8    numerical model.  Just some of the issues on

9    assigning supply well pumpages from the

10   scheduling that we've got versus actually

11   putting it into the model.

12   And so Georgia Tech and Dr. Aral have

13   come up with a screening-level method.  It was

14   described in the notes, but Dr. Aral's going

15   to describe it in more detail, and again, it

16   is meant as a screening level, but it may be

17   something very useful for us to either proceed

18   with that initially or provide more

19   information from that standpoint.  So I'm

20   going to turn it over to Dr. Aral, and let him

21   proceed.

22   **SCREENING-LEVEL METHOD**

23   **DR. ARAL:**  Thank you, Morris, and welcome

24   back.  When I heard this task from Morris, I

25   said this is a difficult task.  This is not

1    easy to do.  But then I'm sitting there and

2    listening all of the critique that you guys

3    are giving to the other approach, and I said

4    my task is very simple because none of those

5    critiques apply to what I am doing.

6         Our task is if we know what we know

7    today, can we predict what has happened in the

8    past?  And then we are thinking about this at

9    Georgia Tech where I work, and we thought,

10   well, we do the opposite all the time as

11   engineers.  If we know what we know today, can

12   we predict what is going to happen tomorrow?

13   So let's look at that approach, and let's see

14   whether we can get some insight and make some

15   use of that analysis in predicting what has

16   happened in the past.

17        So predicting the future and using the

18   information from the future events is based on

19   some control theory analysis.  And I'm going

20   to give you three simple examples where we use

21   this approach and then try to extract some

22   insight from this analysis to use to answer

23   the question that we are trying to answer in

24   this case.

25        For example, everybody has a car.

210

1    Everybody has a cruise control.  You are

2    driving down the highway, and you don't want

3    to worry about the gas pedal.  You just want

4    to enjoy the scenery.  What you do is you set

5    your cruise control to a given speed, and you

6    would like to watch the scenery after that.

7    You assume that something in your car is going

8    to adjust everything such that the system

9    output is going to be that speed.

10    That's a custom control mechanism that

11    is installed in your car.  What it does it

12    looks at the speed of the car, senses it, and

13    then based on a computer program or a chip

14    installed in your car, controls the system

15    which happens to be in your case in the car,

16    an engine, adjusts the carburetor, adjusts the

17    system input which is the gas, so it maintains

18    the speed.  This is the simplest application

19    of a control based analysis in our daily life.

20    Other applications are a little bit

21    more complex.  For example, we do, as

22    engineers, reservoir management.  We try to

23    maintain a certain volume of water to supply

24    the demand at all times by controlling the

25    spillway gates.  It is based on the same

CLJA_WATERMODELING_01-0000011467

211

1    principle.  In that case, of course, we have
2    to predict the future.
3         We have to predict that there will be
4    some drought season in the future or rainy
5    season in the future, et cetera, such that
6    based on that prediction we adjust the
7    spillway gates.  We release or retain water to
8    keep the supply meet the demand.  That's
9    another application.
10        Another application is in power
11   systems.  We cannot store energy so we have to
12   generate power at the time of use.  We have to
13   predict how many million people is going to
14   turn off the switch in their homes and predict
15   how many million are going to turn on and then
16   estimate the demand at that time and then
17   produce the energy required at that time.
18        All of those analysis is a time
19   series-based analysis, and it's a control
20   theory-based analysis.  We have different ways
21   of looking at this.  We have intelligent
22   control systems, optimal control systems, et
23   cetera, et cetera, et cetera.  This field is
24   well established in engineering analysis.
25        Now what are the characteristics of

212

1      this system?  In the examples that I have
2      given the system information is known.  We
3      know how engine works.  We know how to
4      calculate the volume of a reservoir, et
5      cetera.
6             What we don't know is how to maintain
7      the system output.  System input is fixed.
8      It's today's information or yesterday's
9      information.  So what the controller does
10      given this information on the system it
11      adjusts the system behavior a little bit so
12      that the output becomes what we want.  So
13      this is the basic idea of control theory based
14      analysis.
15             Now, what we have here is the same
16      system but in a reversed order in the sense
17      that we know the system output.  As you have
18      seen this morning, there are numerous
19      monitoring wells which are located at
20      different locations in the site, which has
21      been monitoring the site for the past 15
22      years.  So the system output is known.
23             We don't know the aquifer properties;
24      that's what we heard again this morning.  We
25      are trying to characterize the aquifer system.

1    Now, the question here is this yellow is the
2    same yellow here, the system input.  What
3    should be the system input such that as it
4    passes through the aquifer gives us what we
5    have observed for the past 15 years.  So this
6    is a control theory-based analysis similarly,
7    but the question is we are not going to
8    predict the system output, we are going to
9    predict the system input.  That's the whole
10   idea, and that's the only difference.
11         And there's one other difference and
12   that's the following.  We don't know the
13   aquifer properties as well.  We don't know how
14   the system behaves.  So this is a basic
15   introduction to the idea, but I will go into
16   details of the algorithm in a little bit more
17   detail later on.
18         We are still in Camp Lejeune.  We are
19   looking at contamination sites at Hadnot Point
20   or landfill area or other regions of the
21   Holcomb Boulevard.  And what we have done in
22   the past is one of those sites, which happens
23   to be the Tarawa Terrace area.  The model that
24   is used in this area is well calibrated,
25   tested, applied, et cetera, and we have some

214

1          existing models that we can implement in this

2          study.

3                 Now let's understand how the

4          traditional way of looking at this problem

5          goes.  It goes as follows, and you have heard

6          this all morning.  Collect the data, develop

7          groundwater flow and contaminant fate and

8          transport modeling.  That will hopefully give

9          you some concentration profiles in certain

10         water supply wells in the aquifer, create a

11         mixing model, put it into water distribution

12         system eventually giving you the exposure

13         pattern at the site.  So this is the

14         traditional way of looking at this problem:

15         data, to model, to mixing model, to water

16         distribution system analysis.

17                Now, the purpose of the current study

18         is a little bit different.  All these steps

19         that we have discussed this morning, and I

20         have summarized here, takes a lot of time, a

21         lot of energy.  There's a lot of uncertainty

22         as you have heard.

23                And the question we were asked to

24         answer is if we know the field data, and this

25         happens to be the Tarawa Terrace Area PCE

1    Contamination Database, can we skip all that
2    intermediate steps or modeling of fate and
3    transport analysis and jump to the final step
4    of estimating the contaminant levels in the
5    wells without using models or the models that
6    we use traditionally?  So that's the purpose
7    of this study.
8         First of all we have to immediately
9    identify what our limitations are.  How we are
10   going to overcome those limitations.  So let's
11   describe that.  As Morris has said, this is
12   going to be a screening-level procedure.  We
13   are not claiming that we will get exactly the
14   same accuracy level -- and some of you are
15   questioning that already -- exactly the same
16   accuracy level going through the process of
17   modeling.  We accept that.
18        The other important difference is that
19   the proposed method is not going to be applied
20   to the whole area that you see here, which is
21   Holcomb Boulevard and the Hadnot Point, but it
22   is going to be applied locally in the
23   following sense.  We have talked about data
24   clusters, density, data density this morning.
25   So we are going to make use of that density

216

1        and apply this method locally, to landfill
2        area maybe, just look at that region.
3            Or apply it at some other source
4        contamination where there's data, where
5        there's monitoring stations, where there's
6        monitoring data for 15 years, which we can
7        use.  That's the idea.  So we can pick this
8        method and apply it to different places.  And
9        as I have demonstrated in my report, we have
10       also applied to Tarawa Terrace area creating a
11       synthetic data to see how it works, and I'm
12       going to discuss that today.
13           Other limitations, of course, quality
14       and quantity of the data is extremely
15       important.  If we feel that at a certain site
16       we don't have enough data, we will not apply
17       this method.  It's that simple.  It doesn't
18       work.  So we have to wait for the site data
19       analysis to be complete for us to implement
20       this method at Hadnot Point or Holcomb
21       Boulevard areas.
22           The other advantage of this is we can
23       use this method at any of these small regions
24       where we have some data to characterize
25       different chemicals whether it be PCE, whether

1       it be benzene or TCE, et cetera.  If we have a
2       fingerprint, we can use the method.  If we
3       don't have a fingerprint, we cannot use the
4       method.  So this is the starting point in our
5       expectations in this method.
6              Let's also look at the technical
7       details a little bit.  I have to go back to
8       the same procedures that we use in our
9       traditional approach.  What do we do?  Well,
10      we use groundwater flow modeling.  This is the
11      basic governing differential equation for that
12      system.  From this we get the ^ [velocity –
13      ed.] ~~the~~ field in a multi-layer system.
14             We put that information into
15      contaminant fate and transport, and then
16      whichever method you use, finite difference,
17      finite elements, ~~metal~~ [method –ed.] of
18      characteristics, et cetera, this procedure
19      lends itself to a matrix system to solve for
20      the concentrations at the points of interest.
21             Time rate of concentration multiplied
22      by some matrix M usually called in finite
23      element terminology mass matrix, concentration
24      times another matrix S, usually called the
25      stiffness matrix, and then some loading

218

1          functions whatever they may be.

2                   So I would like you to remember this

3          final outcome.  If you go through this process

4          properly, calibrate the model, and this and

5          that, you end up at this stage which is not

6          going to change after that point.  This is

7          your solution system.

8                   This matrix equation represents the

9          system itself after the procedures are

10         properly implemented and the models are

11         properly calibrated.  So I would like you to

12         remember this because I'm going to refer to

13         this later on.

14                  Let's also remember or look at the

15         data that we may have at Hadnot Point.  This

16         is the general trend in the databases that we

17         have seen so far in Hadnot Point area.

18         Contamination starts at a zero and between T-

19         zero and T-A, there is no monitoring of the

20         site.  There is no monitoring data, but during

21         this period from T-zero to T-A, there is water

22         supply wells operating at the different

23         locations at different schedules at the site.

24                  And then at time T-A the contamination

25         events are discovered, water supply wells are

219

1    shut down and the sites are being monitored.
2    So we enter a period of no pumping of water
3    supply wells and a period of observation.
4    This is traditionally about three or four
5    years from T-zero to T-A, and this is about 15
6    years from T-A to T-F, on that range.
7         And at certain sites we also have some
8    internal points which is going to be very
9    important for us in our analysis.  Not at all
10   points these internal observation points are
11   available, but at certain sites there is some
12   internal data points during pumping period.
13   So keep that data structure in mind as well.
14        So what are we going to do?  Well, as
15   I have proposed, we are just going to skip all
16   that modeling.  We are going to look at the
17   aquifer system as a black-box model, and we
18   are looking at observation well concentrations
19   or monitoring well concentrations, which are
20   characterized in director X of T and X1, X2,
21   X3, et cetera, are different monitoring
22   stations which are recording concentrations
23   over time.  So X of T at the forward time,
24   that is, after T-A is known at several
25   monitoring locations.  And we are interested

220

1    in this time series change of this monitoring
2    database as it happens over time.  We are
3    trying to understand that or trying to solve
4    that.
5         Now, what does our aquifer system
6    include, this black-box that I have drawn?
7    It's not black but golden box in this case.
8    Well, it includes everything.  ^[Hydraulic -
9    ed.] conductivities, different aquifers,
10   advection, dispersion, diffusion, reaction,
11   contaminant sources.
12        We don't know where they are, but we
13   don't care because we are only looking at the
14   monitoring locations.  We are trying to solve
15   everything at the monitoring locations.  We
16   are not trying to bring the contaminant from
17   the source to the monitoring location.
18        What is an external forcing function
19   that characterizes the behavior of this
20   aquifer system that is the pumping rates at
21   water supply wells which occurred between T-
22   zero and T-A time period?  And after T-A time
23   period UFT is equal to zero.  So those
24   schedules we know, and actually so being
25   characterized as you have heard this morning.

CLJA_WATERMODELING_01-0000011477

1    So our control theory based system is
2    based on this black-box model, and we are
3    trying to predict the time series evaluation
4    of this XFT which is the concentration values
5    at different monitoring stations at the site
6    and not the whole Holcomb Boulevard, not the
7    whole Hadnot Point, just landfill area, just
8    another contamination site somewhere else in
9    the site.
10   Now, this is the same matrix that I
11   have shown you earlier.  If you multiply the
12   earlier matrix by M inverse, you get a matrix
13   $M$ instead of S and then as a load vector you
14   get a matrix $\Theta$, which is in front of this
15   forcing function, UFT.  So what is the size of
16   this matrix $M$?  It's an N-by-N matrix, N being
17   the number of observation points.  If we have
18   five observation points, it's just five-by-
19   five matrix.
20   What is the size of this $\Theta$ matrix?
21   It's N-by-N.  It's the number of observations
22   times the number of pumping wells that we have
23   at the site.  UFT is the pumping schedules.
24   X-dot is the rate of change of the
25   concentrations at the observation points.  X-

222

1    zero is the initial value of the concentration

2    at the observation point.

3         It's our assumption that if we look at

4    the start time of contamination, whatever the

5    contamination was, it's not going to be

6    immediately observed at the monitoring

7    station, so X-zero is always zero to start the

8    solution.  It will take some time for the

9    contaminant to reach the monitoring well.

10   That's my assumption.

11        So if we solve this matrix equation

12   using our forward time integration -- and just

13   using some symbolism here which is standard --

14   we can write the resulting matrix in the

15   squared parentheses here as A and )-T times Θ

16   as B, and our step-by-step solution becomes

17   this.  So starting from time zero at K is

18   equal to zero, we can incrementally go forward

19   in time to solve for the concentration

20   profiles in five, ten, 20, 50 monitoring

21   stations, however many we have if we know the

22   matrices A and B.

23        But we don't know that.  And that is

24   the system matrices that we identify as A, and

25   this is the forcing function matrix that we

223

1      identify as B.  So our task to solve this
2      problem is very simple now.  Can we determine,
3      can we find a method to determine the matrix A
4      and the matrix B?  Well, actually, I'm
5      introducing this as well, we can use a
6      backward time integration process as well and
7      look at the development of the matrices.
8           The outcome is basically the same.  It
9      goes backward in time from K-plus-one to K,
10     but there are still two unknown matrices, A of
11     B and B of B to subscript indicates that it's
12     a backward system matrix.  So backward,
13     forward, the procedure is not going to change,
14     and we can handle both of them.
15          Now, so our task now is to determine
16     the matrix A and B.  But let's look at this
17     database.  This period from T-A to T-F where
18     we have all kinds of monitoring data is a
19     period of no pumping.  So if you look at our
20     forward time integration scheme, U of K in
21     that period is zero, no pumping.  So our
22     matrix becomes much simpler for that period.
23          If we have a time series of X of K, we
24     should be able to determine the matrix A very
25     easily.  It's a least squares application,

1    very straightforward.  And this matrix A
2    characterizes the aquifer properties at the
3    monitoring location not in a region, at the
4    monitoring location neighborhood.  That's all
5    we care.  So we have determined the matrix A
6    using a least squares method.
7           Now the next task is a little bit more
8    difficult.  We would like to determine the
9    matrix B.  A is already there.  It will be
10   always there because it's already solved.  To
11   determine the matrix B we use an optimization
12   method in the following sense, that we
13   describe the objective function first.
14          This objective function says that the
15   difference between the simulated
16   concentrations at observation wells at time T-
17   A or the difference between the simulated
18   values and the observed values should be
19   minimized.  This is our procedure, objective
20   function of our solution for matrix B.
21          If we're going to minimize this
22   difference in a least square sense again
23   subject to the conditions that this is the
24   time series solution of this monitoring well
25   behavior, and if we know A already, then the

225

1    only unknown is B.  So this objective function
2    through a minimization process determines the
3    coefficients of B such that this task is
4    accomplished as best as it can be
5    accomplished.
6         So this is the optimization analysis
7    that we use to determine the matrix B.
8    Basically, we have used genetic algorithms to
9    solve this optimization problem which
10   incrementally adjusts the coefficients of the
11   matrix B such that when we start from T-zero
12   and start predicting the monitoring station
13   concentrations, we end up as close as possible
14   to the values of observation, observed values
15   of concentrations at the monitoring stations
16   at time T-A.  That's the constraint here.
17        This method is that simple.  We do
18   these types of analyses as engineers
19   routinely.  This optimization method is not
20   any different than what I have used earlier in
21   other applications.  Now, let's try to apply
22   this to our Tarawa Terrace site and see how
23   good we are.
24        So what we have done is we have used
25   the calibrated models that we have at the

226

1          site, Tarawa Terrace, input the same mass

2          loading at ABC Cleaners, selected a smaller

3          region -- as I said, this applies to a smaller

4          region -- and generated a plume based on

5          certain pumping schedules which we knew at the

6          Tarawa Terrace area.

7               We used the pumping schedules at TT-

8          26, TT-53 and TT-67.  And this is the plume

9          that we have generated over about 40 years

10         starting from the contamination event that has

11         occurred at time T-zero at ABC Cleaners.  Then

12         we have selected in our finite element match

13         or if it's a finite difference, it's a center

14         point as well, certain points where we have

15         recorded the data.  This is going to be our

16         observation points.

17              So we know what this observation

18         point, this observation point, et cetera,

19         recorded.  We have information on the pumping

20         schedules of these three pumps with one

21         difference.  We have stopped the pumping

22         schedule of these three pumping wells.  This

23         is the pumping schedule for the wells that we

24         have selected at stress period, that is month

25         408, and let the simulation continue after

1    that without any pumping at the site.

2            This is going to generate exactly what

3    we expect to have data at Hadnot Point, a

4    pumping period and no pumping period, and we

5    will see what has happened to our

6    concentrations.  This is what has happened.

7            Contaminants start at time-zero and

8    increase at these five nodes that we have

9    selected as our observation period or as our

10   pumping period.  And then when we stop pumping

11   at 408 stress period, some of the nodes are

12   showing as a decrease in concentration like

13   these, and the others are showing increase

14   because the plume is moving.  The downstream

15   observation points are seeing more

16   concentration over time as the plume moves

17   downstream even if we have stopped pumping.

18            So this is our initial database.  What

19   we are going to do is we are going to blank

20   that out.  We don't know what has happened

21   there.  We are going to predict that part.  We

22   are going to predict that part using what,

23   only the data points on this side.  And also,

24   we are going to predict that part using the

25   concentrations at time T-A.  Those are the

1      values that we have used in our optimization
2      model.  We try to reach to that point.  And I
3      think I'm going to show you some of the
4      results that we have next.
5           After we determine the matrix A using
6      the data after the pumping has stopped, we
7      wanted to see whether our matrix A behaves
8      nicely.  For these five locations, obviously,
9      the least squares method works.  We expected
10      that anyway.  So the simulated and the
11      reconstructed profiles after the stoppage of
12      the pumping works very well, and the matrix A
13      is well-defined for this region of five
14      observation points.
15           So that side is fine, but when we go
16      back now we have to predict 40 years of system
17      behavior when there is pumping.  And initially
18      I am showing you here the zero internal points
19      case.  That is, there is no internal points
20      that we have used in this application.
21      Obviously, this is not that good but the trend
22      is there.
23           If we add some internal points, and in
24      this case we are adding only eight internal
25      points out of 34 years of database, and not

1      eight data points on each line.  It's just

2      eight data points randomly placed, and here

3      they are.  As you can see, the objective

4      function performs well.  It just matches the

5      internal data points between predicted and

6      observed values very nicely.

7           So as you can see the data gets

8      better, the predicted concentration profiles

9      gets better in the pumping period.  If we add

10     just 15 points, this is what we have.  So I'm

11     very happy with this in the sense that there

12     is such a method that we can utilize, and

13     obviously, the accuracy of the procedure is

14     improving as we include some internal points.

15          And I can do that over the weekend in

16     terms of time associated with the task, and

17     this is the 15 points that I have used in this

18     case.  I can look at the backward process.

19     I'm just going to go through the slides very

20     quickly.  This is the verification of the

21     matrix A sub B, and then, of course, this is

22     the zero internal point backward solution.

23          And backward solution by that we mean

24     we start from here and move backwards in

25     solution to time zero, and then eight internal

230

1    points and then 15 internal points.  As you
2    have noticed now, we have two procedures,
3    going forward, going backward.  These are
4    independent procedures.
5        Then we said can we link them.
6    Obviously, if we link them this method is
7    going to use some information from one
8    another, and it becomes an intuitive process.
9    And if the process converges, then we have a
10   very good method in our hands to apply at our
11   site.
12       The way we are going to use the
13   backward/forward solutions iteratively is as
14   follows:  We know internal points improve the
15   solution, and we know from our experience so
16   far the forward method works better closer to
17   the time T-A.  Backward method works better
18   towards times zero.
19       So what we are going to do is we are
20   going to assign some random solution points
21   obtained from the forward solution close to
22   the T-A time frame as data points in the
23   backward solution.  And then use the backward
24   solution, get some random points from the
25   backward solution closer to time T-zero, use

1    it as internal data points in the forward

2    solution.  And if this converges, then we have

3    a very good method in our hands.

4    So in summary, our next step is the

5    use of forward/backward procedures iteratively

6    to improve the solution, and we know also how

7    to add confidence bands to the solution.  We

8    can give you plus or minus ten percent error,

9    and we can propagate the field measurement

10   error as well as computational error that we

11   may have in our analysis and provide a band of

12   accuracy interpretation over these databases.

13   And finally, if all goes well, we are going to

14   apply this to Hadnot Point area.

15   With that I will stop and answer any

16   questions if you have any.

17   **MR. HARDING:**  Yeah, I have some questions.

18   This looks very interesting.  It seems like

19   this method will lump a discontinuous,

20   inhomogeneous system into something more

21   homogeneous that can make, you know, can help

22   simplify, accelerate computational effort and

23   things like that.

24   Two questions:  A, you still will need

25   pumping schedule if I understand this

CLJA_WATERMODELING_01-0000011488

232

1    correctly.  Secondly, where do the internal
2    points come from?  And this also seems to rely
3    heavily on the initial condition that you
4    applied here, that X at T-zero is zero.  How
5    do we know what T-zero is?
6        DR. HILL:  Can I add one condition onto that
7    so you can do it all at once?  Also, your
8    calibration in the non-pumping period require
9    you to, you did it to simulated results from
10   the original model, and so also comment on
11   when you don't, obviously, you're trying to
12   replace the model, and you wouldn't have
13   simulated values.  You would have the noisy
14   measured values at that point.  And it seems
15   to me that's a problem, too.
16       DR. ARAL:  The first question, this aquifer
17   here is extremely heterogeneous, non-
18   homogeneous and all that.  But this aquifer
19   here, which is the landfill area, we can very
20   easily make the assumption that everything is
21   homogeneous there.  So that's not a big deal.
22           We are not proposing to apply this
23   method to the whole region.  We're applying it
24   to a smaller area where we have monitoring
25   data, and that is what we are trying to

233

1    characterize.  And we are going to apply this

2    at different locations separately.  So the

3    matrix A is going to change.  Every time we

4    use this at a different site, based on the

5    fingerprint that we have, the matrix A will

6    change.

7          The natrix A will also change based on

8    the characteristics of the contaminant as

9    well.  It's fate and transport.  That's also

10   included in the system behavior.  If we have a

11   PCE at this location, the matrix A is

12   different than if we have a TCE at this

13   location because degradation rates are

14   different.  The behavior of the observation

15   points are different.

16          The other question was how do we

17   synthesize the data?  We are going to exclude

18   obviously any data which we cannot predict a

19   trend.  The data that we can use in this

20   analysis should give us a profile of some

21   concentration over time.  If it is an

22   oscillating database, we will simply discard

23   that monitoring database.  We will not use, we

24   will not model or we will not predict the

25   concentration at that location.  We will use

234

1          another place where we have a better data.  If

2          we have none, we will not use this method.

3               The other question was --

4          **MR. MASLIA:**  The observation internal points

5          --

6          **DR. ARAL:**  Okay, the internal points, we

7          discussed this with ATSDR or ATSDR group.

8          There are some sites at Hadnot Point and

9          Holcomb Boulevard where there is some internal

10         data which is available.  And that doesn't

11         have to be a time series data like the one

12         that we discussed a minute ago, after the

13         stoppage of pumping has to be a time, a one-

14         time observation, which is fine.  So we can

15         use that internal data if available as a

16         database to improve our solution as I have

17         demonstrated in the case of Tarawa Terrace

18         application.

19         **MR. SAUTNER:**  Also T sub zero, Dr. Aral.

20         **DR. ARAL:**  What did you say?

21         **DR. DOUGHERTY:**  Also T sub zero.

22         **DR. ARAL:**  Oh, T sub zero, okay.  Remember,

23         we are looking at the monitoring locations.

24         The T sub zero is associated with the

25         beginning of time somewhere out there which

CLJA_WATERMODELING_01-0000011491

1    starts looking at the conditions of the
2    monitoring well data.  What we are assuming at
3    that point is -- and that only appears in the
4    forward time solution -- we are going to start
5    this solution at a time where there was no
6    contamination at the monitoring well.
7         That is our initial assumption.  We
8    are not saying year 1952 is the start of
9    contamination.  All we are saying is at 1952
10   there was no contamination observed.  Let's
11   start from there forward, move forward.  Now,
12   having said that, I want to point out one of
13   my slides here, the backward solution.
14        Look what happens.  We start from here
15   and move backwards, and we end up with a zero
16   concentration at this known point at a given
17   time.  The backward solution also interprets
18   us the beginning of contamination, expected
19   beginning of contamination at this monitoring
20   location.  That's an added information.  I
21   haven't even discussed that.
22        So we are not saying that we are
23   starting at time zero as zero, but it's all
24   zero from zero to 80 stress periods according
25   to this analysis.  So the use of backward

1          solution has that advantage as well.

2                 Yes.

3             DR. BAIR:  I may be missing the obvious,

4          which happens a lot, in the bigger picture

5          this is giving you concentrations at

6          monitoring wells.  How does that help with the

7          water distribution model?  Can you make that

8          link?

9             DR. ARAL:  Of course.  If we have

10         concentrations at the water supply wells

11         measured after time T-A, which we do have, we

12         can include those as our monitoring locations

13         in our database.  So the matrix A is going to

14         characterize the water supply well locations

15         as well.

16                 And then when we predict, one of these

17         lines that you see here is going to be

18         associated with the water supply well

19         position.  So now we know the contaminant

20         profile at the water supply well, and then we

21         can take it to the water distribution system

22         after that.  So the monitoring locations that

23         I'm referring to always doesn't have to be

24         monitoring locations, but it can be water

25         supply well locations where we have data on

CLJA_WATERMODELING_01-0000011493

1    concentrations between stress free period 408

2    all the way to, I don't know what, 600.

3         So that's a good question, but the

4    information is in there if we have -- in other

5    words, let me put it this way.  We have to

6    have concentration profiles observed at the

7    water supply well locations to predict the

8    concentration profiles before T-A.  There are

9    other ways to answer that question, but I

10   don't want to go into that.

11       DR. BAIR:  Okay, let's do it.

12       DR. GOVINDARAJU:  Just a couple of points.

13   In your last slide you said you were

14   introducing Kalman filtering?

15       DR. ARAL:  Yes.

16       DR. GOVINDARAJU:  And so that is to

17   basically take into account both error in

18   observations and perhaps model error also.  Is

19   that correct?

20       DR. ARAL:  No.  We have a, it's again, when

21   I use control theory-based analysis, we

22   exactly didn't use the control based theory

23   analysis.  We have adopted some computational

24   procedures to propagate random errors in data

25   collection and errors in computation into our

238

1       matrix analysis system to create bands of
2       confidence levels.  It's not exactly like you
3       and I know in Kalman filtering analysis.  Uses
4       the similar concept, and we are using the name
5       there, but we are not using the Kalman
6       filtering approach.
7           DR. DOUGHERTY:  So you're propagating a
8       noise vector rather than using the system
9       matrices so you're estimating the effect?
10          DR. ARAL:  We are propagating a noise vector
11      in the observation database into the system.
12          DR. DOUGHERTY:  And then presumably for
13      dealing with the system noise, you're applying
14      the same sort of thing.  You jiggle the
15      matrix.  You get an estimate for how much it
16      impacts the vector and create a vector and
17      drive the original system back.
18          DR. ARAL:  Exactly.
19          DR. DOUGHERTY:  I have a couple, I have lots
20      of questions, but I'll try keep it focused.
21      One was in the presentation you talk about the
22      source strength as one of the input factors to
23      the gold-box system, yet the source strength
24      doesn't appear in the matrix equations, at
25      least explicitly.  So the question was, are

CLJA_WATERMODELING_01-0000011495

239

1    there circumstances in which it needs to
2    appear explicitly?
3        DR. ARAL:  No, because the source is not at
4    the monitoring locations.  The source is
5    somewhere else.
6        DR. DOUGHERTY:  I understand that.
7        DR. ARAL:  Right, so it is turning into the
8    aquifer.  It is moving down, and we are
9    looking at what is happening at the monitoring
10   locations.  We don't know how much source
11   there was, what the total mass is.
12       DR. DOUGHERTY:  I understand, but in the
13   same way you're using three pumping wells
14   which are not the monitoring wells, so those
15   things that are exogenous to monitoring are
16   important to the system.  So the question is
17   still why does the source strength factor not
18   appear in some way?
19           U is located spatially.  It's not co-
20   located with your monitoring wells, yet it's a
21   factor in a linear system.  So in the same way
22   just because the source is some place else, it
23   could still appear in the system.
24       DR. ARAL:  It is.  It is characterized in
25   this matrix A.  Wherever the source is,

however it was, how long it discharged is
being observed in the monitoring station, A or
B or C, which is characterized by this matrix
A.  As I said from the beginning,
concentration sources, aquifer parameters,
diffusion, dispersion, reaction is a black-box
in here.

DR. DOUGHERTY:  I understand it's a black
box.  They don't appear in the stiffness
matrix.  They appeared in forcing function,
which is what you reduced to be U.  So I
didn't want to get into that level of detail
here.  I don't think it's appropriate.

DR. ARAL:  The only forcing function that we
think is going to influence the profile of
appearance of a contaminant at a monitoring
station is the pumping that was going on
nearby that -- we are not going --

Okay, let me back up a little bit.
Here, when we use this method in this landfill
area, we're only going to use the water supply
wells in this little box.  We are not going to
use the --

DR. DOUGHERTY:  I understand.

DR. ARAL:  Right.  So we are only going to

241

1      look at the water supply wells near the

2      monitoring stations, which influences the

3      velocity field of the aquifer, which I think

4      is important to characterize based on T-zero

5      to T-A time frame.

6          DR. GOVINDARAJU:  I think two points perhaps

7      for clarification.  What you are doing is you

8      are using present data to predict past

9      behavior.  And let's say you focus on the

10     landfill, and you only look at data in the

11     landfill region.  So there is an assumption

12     that whatever let's say was happening in

13     Hadnot Point before, the same pattern is

14     occurring now also.

15         DR. ARAL:  Okay.

16         DR. GOVINDARAJU:  Because otherwise right

17     now the analysis the way it's doing is not

18     being influenced by what is happening at

19     Hadnot Point.  We're assuming that whatever

20     concentration behavior we are observing, that

21     is capturing everything.  So that relationship

22     changed over time, then it's going --

23         DR. ARAL:  The answer is in this matrix.

24     Once you calibrate the groundwater flow model

25     and calibrate your contaminant transport

242

1      model, you get your matrix system like this.

2      Do you change that?

3          DR. DOUGHERTY:  Yes.

4          DR. ARAL:  How?

5          DR. DOUGHERTY:  Because S depends on Q which

6      depends on the pressure which is time-

7      dependent.

8          DR. ARAL:  It depends on q.

9          DR. DOUGHERTY:  Little q meaning specific

10     discharge.  Sorry, I want to make sure I get

11     it right.

12         DR. ARAL:  But that happens to be in our

13     system already in the matrix A, but the

14     overall system that you have here, are you

15     going to change aquifer parameters?  Are you

16     going to change the foundation coefficients?

17     Are you going to -- you know, all of that is

18     in there.

19         DR. DOUGHERTY:  So it's a big linearization

20     step to get from A to B.

21         DR. ARAL:  My model is as linear as this

22     one.

23         DR. HILL:  It's not only a linearization

24     step, it's a very strong lumping step.  You're

25     putting a lot in there.  What that produces is

243

1          a system that can't be cross-checked.

2            **DR. DOUGHERTY:**  Well, there's nothing else

3          to cross-check because he's using all the

4          data.

5            **DR. HILL:**  Yeah, you can't cross-check

6          anything.  You can't cross-check whether the

7          hydraulic conductivities make sense.  You

8          can't cross-check whether the source strength

9          makes sense.  You can't cross-check anything.

10         And also, the data you put in there, all the

11         fits you showed, fit the data points

12         perfectly, which always makes me nervous.  So

13         how do you deal with data noise as well?

14           **DR. ARAL:**  First of all, cross-checking

15         hydraulic conductors, it doesn't interest me

16         in this case because I'm not using this

17         differential equation to generate matrix A.

18         I'm not using this differential equation to

19         generate the matrix M or S.  That's

20         irrelevant.  I really am looking at ten

21         observation points characteristics for their

22         behavior based on a database.

23               Now how am I going to propagate the

24         error that I have in those observation points?

25         The bands that I have described earlier is

1        going to give us information.  If we have
2        field data error it will propagate in our
3        solution.  We will have computational error.
4        It will propagate in our solution.
5           **DR. DOUGHERTY:**  Even though your interests
6        may not lie in matching conductivity values,
7        the consistency between a data-driven system
8        and a physics-based system are going to
9        provide some measure of comfort to a lot of
10       people.
11              So one possibility that might be
12       considered is to take local scale flow and
13       transport models, and so your original
14       differential equation system, apply it to a
15       measurement matrix so you basically are
16       condensing the system down to the number of
17       monitoring locations.  And then comparing the
18       condensed matrix coefficients to the
19       coefficients that are derived out of this
20       linear control system.
21              And I understand, I understand, but
22       because you've got, they aren't going to be
23       the same because to get to a linear control
24       system you have to do, you do have to do some
25       linearization.  It's true, but it may help

1  with some comfort to look at those, to look at
2  a static condensation of the finite element
3  matrix, you want to think of it that way,
4  versus a control matrix.
5     **DR. ARAL:**  The way you come up with the
6  matrix A in a finite difference or a finite
7  element method is completely different.
8     **DR. DOUGHERTY:**  I understand.
9     **DR. ARAL:**  But you should also ask the
10  question to the person who's doing or choosing
11  that path to give the comfort level of
12  predicting the assimilated or observed values,
13  right?  And that's what you do.  That's what
14  you do.  And in this case that's what we have
15  done.  We have totally used a different method
16  to generate the matrix A or B, and we have
17  confirmed the outcome that we have observed at
18  the site are a match.
19     **DR. CLARK:**  Richard is the next one in line,
20  and [then –ed.] we're going to have to move on
21  again I think.  This is something that we may
22  want to come back to if we have time this
23  afternoon.
24     But go ahead.
25     **DR. CLAPP:**  Yeah, this actually might be a

246

1    question that jumps the gun.  I'm actually

2    wondering about at the bottom of the, at the

3    end of this process how does this advance

4    identifying finished water at a location where

5    a child with a birth defect lived?  What their

6    consequence was or at least what their

7    categorization was.

8       DR. ARAL:  We have discussed that partially.

9    We can use this method to determine the

10   concentrations at water supply wells as a

11   profile as well if we have information on

12   concentrations.  So once we have generated our

13   profiles as solution, for example, if this is

14   our water supply well data, if we are

15   predicting this, our predictions will be used

16   after this point the same way the other

17   procedures would have used it going through

18   groundwater flow, contaminant transport

19   modeling.

20      DR. BAIR:  It's a follow up.  So if you do

21   this at those three locations that are the

22   local locations you indicated on the one map

23   where the spots came out?

24      DR. ARAL:  Any.  Any location.  Not three.

25      DR. BAIR:  I thought you said you were using

1     at the three where you had the most data and
2     it couldn't be applied at areas --
3        **DR. ARAL:**  We have not, we have not decided
4     where we will use this yet.  We are going to
5     be totally data driven in that aspect.  I am
6     just giving you here some characteristic small
7     locations that we may use.
8        **DR. BAIR:**  Okay, so you could take that gold
9     spot and move it all the way out along the
10    line of wells that extends to the west where
11    there's not much data at all?
12       **DR. ARAL:**  The answer to that question is
13    here.  If there is no data, we will not use
14    this.
15       **DR. BAIR:**  Okay, so there will be water
16    supply wells in the area we've talked about
17    today where you can't apply this method.
18       **DR. ARAL:**  Right.  If that is the case --
19       **DR. BAIR:**  So then what is used for the
20    exposure assessment if this method doesn't
21    apply?  You still need a deterministic flow
22    and transport model?
23       **DR. ARAL:**  That's a good point.  If we don't
24    have, if there are water supply wells around
25    here which we are using to contribute to the

1       whole system supply or add to the system

2       supply, then using water supply concentration

3       profiles here is not going to add as much

4       information for the whole picture.

5          DR. BAIR:  So my question was how many water

6       supply wells will be left out?

7          DR. ARAL:  I have not looked into that yet.

8       I don't know what the data structure is.  We

9       are just working on the method.

10         DR. BAIR:  So it does mean that there will

11      be two approaches to the same problem running

12      in parallel?

13         DR. ARAL:  Uh-huh.

14         DR. BAIR:  Is that right?

15         DR. ARAL:  That's correct.

16         DR. CLARK:  Why don't we move on.

17            Morris.

18         MR. MASLIA:  I may not have shown it, but

19      somewhere in the notebook there was a

20      flowchart, and it gave a double path.  One was

21      the traditional fate transport model, whether

22      we use deterministic, probabilistic or

23      grabber* estimation.  The other approach was

24      using this screening level model, and that

25      would, depending on the data that you have

1 available, would determine the approach.

**STRATEGIES FOR RECONSTRUCTING CONCENTRATIONS:**
**PRESENTATIONS AND PANEL DISCUSSION   NUMERICAL METHODS**

2 At this point I think we're going back

3 to the traditional method that we had a lot of

4 questions about this morning, but then the

5 purpose of this is to at least generate some

6 alternatives or get more input from you.  So

7 Rene Suarez started halfway as we completed

8 the Tarawa Terrace modeling or as part of

9 that, and we'll move into Rene's presentation.

10 **MR. SUAREZ:**  Good afternoon.  My name is

11 Rene Suarez as Morris said.  I am with ATSDR

12 on the Exposure Dose Reconstruction Team and

13 during the next few minutes I will be talking

14 about the proposed approach to numerical

15 groundwater flow and contaminant fate and

16 transport modeling for the Hadnot Point and

17 Holcomb Boulevard study.

18 The outline of this approach and kind

19 of this presentation is groundwater flow

20 modeling on the regional scale.  Here we are

21 going to develop and ^ [calibrate ed.] a

22 steady-state model.  We as well ~~we~~ [-ed.]are

23 going to develop and calibrate a transient

24 model for the groundwater flow.  Then we will

250

1    have to develop and calibrate groundwater

2    flows for the local scale where we have the

3    contaminants ~~of~~ [in -ed.] the areas of

4    concern.  And ^ [calibrate -ed.] contaminant

5    fate and transport models for those ~~local~~ ^

6    [locally refined -ed.] models.

7            First of all I'll describe a little

8    the Tarawa Terrace model.  I know some of you

9    were involved in the expert panel on this.

10   The approach is very similar so I will just

11   briefly describe the approach that was used

12   for Tarawa Terrace.

13           In the yellow box we have Tarawa

14   Terrace and what was used there was, [-- -ed}

15   we developed and calibrated a groundwater flow

16   model in MODFLOW.  It was a steady-state

17   model.  Then a transient model was developed.

18   From that we developed and calibrated a

19   contaminant fate and transport model using

20   MT3DMS, which gave us the concentration over

21   time for the area of the model.

22           Then we used a simple mixing model to

23   estimate the exposure concentration using the

24   flow data of the supply wells and the

25   concentrations from the model.  And finally,

1    we verified ~~those~~ [the -ed.] estimated
2    exposure concentrations in ~~that~~ [the -ed.]
3    water distribution model that was ~~building~~
4    [built in -ed.] EPANET.
5         In this slide I'm showing the proposed
6    Hadnot Point/Holcomb Boulevard model.  And
7    first I would like to point out the difference
8    in areas of the Tarawa Terrace model that we
9    have here in the yellow box and Hadnot Point
10   and Holcomb Boulevard.
11        The area is five square miles for
12   Tarawa Terrace, and I think Morris in one of
13   the slides had 50, but the proposed [area is
14   84 square miles -ed.], I think that was like
15   [, ed.] this is a more updated area.  It's
16   about 17 times larger for this model.  The
17   size of the total domain is 51,000 feet in the
18   Y direction and 45,000 feet in the horizontal
19   direction.
20        Some of the features of this model we
21   have [are -ed.] a specified head in ~~data~~
22   [layer -ed.] number one of this model.  That
23   is representing New River here in this dark
24   blue.  On the right side, or the west side of
25   this model, we have a no-flow boundary that

1    mostly represents a topographic divide.

2         **MR. MASLIA:**  Excuse me, Rene, can you speak

3    up a little?

4         **MR. SUAREZ:**  Yeah, sure.

5              We have a no-flow boundary on the ~~west~~

6    [east -ed.] side [which -ed.] is represented

7    by a topographic divide.  In some areas we

8    have some general head boundaries where we

9    have supply wells.  We also have about eight

10   small creeks that are represented by drains

11   here in the model in green, and we have 100

12   supply wells in the area of Hadnot

13   Point/Holcomb Boulevard.

14             In terms of the grid design that we

15   are proposing, the model has been subdivided

16   into 343 rows, 303 columns.  This gave us

17   square cells of about 150 feet per side.  The

18   model had been subdivided vertically into ten

19   layers.

20             On the right side of this slide we

21   have a table where we have the geohydrologic

22   units on the left-hand side and the

23   corresponding model layers on the right side.

24   We have seven aquifers and seven confining

25   units.  The confining units are underlined in

CLJA_WATERMODELING_01-0000011509

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    red.  And please notice that the Brewster
2    Boulevard is lumped into one model layer.
3            Horizontal hydraulic conductivity for
4    the different aquifer was obtained from
5    aquifer test analysis [. -ed.] ~~for~~ [For -ed.]
6    the confining units~~.~~ [-ed.]  ~~It~~ [it -ed.] was
7    assigned a constant value of one ~~fit~~ [feet -
8    ed.] per day.  Effective ^ [recharge or
9    infiltration -ed.] was obtained from
10   precipitation data, kind of the same approach
11   that Bob described earlier that was used in
12   Tarawa Terrace.
13           And elevation of the different layers,
14   elevation for the, for layer one, the top
15   layer, was obtained from ^ [digital -ed.]
16   elevation model [and -ed.] topographic
17   information and ~~for~~ [-ed.] the elevation for
18   the other layers was obtained from borehole
19   log data and geophysical data.
20           From here we proceeded to -- and
21   please understand.  This is the proposed
22   approach, so it's not really like in the step
23   of being calibrated or being completely built.
24   So just keep that in mind while you're
25   thinking there.

Case 7:23-cv-00897-RJ    Document 369-5    Filed 04/29/25    Page 254 of 344

CLJA_WATERMODELING_01-0000011510

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1          So the model was calibrated using ~~that~~

2     [kind of a -ed.] trial and error approach

3     first~~, kind of a code approach~~ [-ed.].  And

4     then the PEST optimization is going to be or

5     was run under this model, this steady-state

6     model.  Over here in the center we have

7     horizontal hydraulic conductivity.

8          The layers that are currently missing

9     are the confining units that were not included

10    in the PEST optimization at this step.

11    ~~Research [? -ed.], two ^ [parameters -ed.]~~

12    [Two recharge zones -ed.] were identified

13    during the calibration process~~,~~ [. -ed.] ~~and~~

14    [And -ed.] basically what we're doing is

15    trying to review this ~~subjective~~ [objective -

16    ed.] function in the PEST optimization.  The

17    objective function is just the sum of squared

18    error.  This is the observed heads, and this

19    is the simulated heads.  This simulation~~,~~—[-

20    ed.]the PEST optimization~~,~~—[- ed.]took 78

21    MODFLOW simulations, and it took about two

22    hours to perform that.

23       **MR. HARDING:**  Can I ask you a question?

24       **MR. SUAREZ:**  Sure, sure.

25       **MR. HARDING:**  I guess I'm not a groundwater

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    modeler.  Why are you calibrating the recharge

2    when you can make a reasonably good estimate

3    of it and it's a time series?

4        **MR. SUAREZ:**  Well, we're going to use both

5    like we have in some starting points some

6    precipitation data, weather data, but we still

7    don't have, we only have like one weather

8    station for that whole area and recharge

9    definitely should vary in that area.  So it's

10   still going to be a parameter that we want to

11   include in the calibration process.

12       **MR. HARDING:**  You could get gridded precip.

13       **MR. SUAREZ:**  You can get what, sir?

14       **MR. HARDING:**  You can get gridded

15   temperature and precip from the PRISM database

16   on a four-kilometer grid, which is not super

17   fine, but it's better than your weather

18   station probably.  Anyway, I disagree.

19       **DR. DOUGHERTY:**  This is the net of what

20   actually gets in the ground.

21       **MR. HARDING:**  Yeah, you'd have to make that

22   calculation, but you've got all the data to do

23   it.

24       **DR. HILL:**  But you don't.  It's not

25   something --

256

1     **MR. HARDING:**  No, you don't.

2     **DR. DOUGHERTY:**  Changes in soil moisture.

3     **DR. BAIR:**  On a monthly basis, how much does

4     that -- is that a problem?  It's a pretty well

5     drained area.

6     **MR. FAYE:**  The only thing you've got are

7     regional estimates of Blaney-Criddle stuff.

8     You don't really have anything that you can

9     pinpoint down to an area like this.

10    **MR. HARDING:**  It's a starting point.  That's

11    where you start, but --

12    **DR. DOUGHERTY:**  You've got the

13    precipitation.  These are pretty good

14    estimates.  They're interpolated from point

15    [data -ed.]^.  You've got temperature and dew

16    point, you can use that in a physical-based

17    equation to calculate ET.  So then what am I

18    missing about the rest of it?  If the rain

19    falls on the ground, where does it go?

20    **DR. BAIR:**  Some's into ET, some's into

21    plants, some's into runoff and some continues

22    downward into groundwater.

23    **DR. DOUGHERTY:**  And some stays in storage.

24    **DR. BAIR:**  And some stays in storage until

25    something happens to it, maybe in your 18

257

1     model.

2     **MR. HARDING:** Stays in storage in the

3     surficial layers?

4     **MR. FAYE:** In the soil moistures.

5     **MR. HARDING:** Doesn't it make sense to use

6     this information to inform this somehow?

7     Because, I mean --

8     **DR. DOUGHERTY:** Usually something like that

9     would be a starting point. You get a rough

10    number and use a starting point.

11    **MR. HARDING:** Rather than just calibrating

12    it. It seems to me you know a lot about it

13    from the precipitation --

14    **DR. HILL:** So you'd expect it to be that

15    value maybe, plus or minus a factor of maybe

16    up to two, probably not more than two.

17    **MR. HARDING:** I'd be surprised if it was

18    anything close to there.

19    Okay, go on, I'm sorry.

20    **DR. BAIR:** Rene, I have a question. Can you

21    go back one slide?

22    **MR. SUAREZ:** Sure.

23    **DR. BAIR:** So if you look at iteration six,

24    those are your best fit, right, the row going

25    across from iteration six?

258

1          MR. SUAREZ:  Yeah, well, I will call this it

2     was the best fit without considering any

3     specific information about the different

4     layers and that, but, yeah.

5          DR. BAIR:  So then if you look at model

6     layer four, that's an aquifer.

7          MR. SUAREZ:  Uh-huh.

8          DR. BAIR:  And model layer three is a

9     confining layer and five is a confining layer?

10         DR. DOUGHERTY:  No, no, he said he didn't

11    include any confining --

12         DR. HILL:  He said estimated --

13         DR. BAIR:  No, no, they're there.  They're

14    there in the model.  Right, so my question is

15    if model layer three has a hydraulic

16    conductivity of one, and model layer four has

17    a hydraulic conductivity of 1.2, and model

18    layer five has a hydraulic conductivity of

19    one, who's confining whom?

20         MR. SUAREZ:  Well, these values were not

21    really bounded like very specifically during

22    the optimization process.  That's why I'm

23    presenting the approach.  If we go to the

24    green row, these values are more based on the

25    aquifer test data.  So, yeah, I expect these

259

1   values to be higher during the optimization
2   process.
3       DR. BAIR:  And I apologize.  It's just hard
4   for me as a member of the panel to tell what's
5   final and what's preliminary, so if I ask too
6   many questions it's because my impression is
7   this is the final stuff that you're presenting
8   and not some preliminary work.
9       MR. MASLIA:  Now, let me just again clarify.
10  I tried to find a nice fit between giving
11  enough information so we could provide the
12  methodology that we want to use and not
13  committing too many resources that we've gone
14  down the path of trying to calibrate a model
15  and then receiving feedback from the panel
16  that's not going to work or you need to make
17  some major changes because then in terms of
18  resources and efforts we need to back track.
19          I didn't want to not show or present
20  anything so again, especially on the numerical
21  modeling part more so than the data analysis
22  because it's really --
23      DR. CLARK:  I think they're going to be
24  depending on you to recommend --
25      MR. MASLIA:  -- just an approach.

1      DR. CLARK:  -- forward.

2      DR. HILL:  Can I make one comment on this?

3  Just that when, in regression when you have

4  parameters that go to unreasonable values,

5  generally that's indicating that there's some

6  conceptual problem with the model.  So instead

7  of just putting limits on that to keep it

8  reasonable, I would suggest re-evaluating your

9  conceptual model.

10      MR. SUAREZ:  Sure, sure.

11      DR. KONIKOW:  Well, another related issue is

12  why not, if you want to assume all the

13  confining layers have the same hydraulic

14  conductivity, why not at least treat it as one

15  parameter?  Then why not estimate that?  Just

16  make it part of the whole system.

17      Well, on a conceptual basis maybe this

18  is a good time to discuss it, but maybe go

19  back to the previous slide.  And one of my

20  major conceptual concerns is for the flow and

21  transport model lumping those four upper units

22  into one model layer.  This seems like a major

23  conceptual flaw.

24      Somewhere in your report it said that

25  you had field evidence that that upper clay

261

1            unit was very substantial in retarding the

2            movement of the DNAPLs and had a significant

3            effect on the contaminant ~~transporting~~

4            [transport -ed.], yet here you're lumping two

5            aquifers and two confining units into one

6            model layer, which means you're going to

7            smooth out all the influence of the

8            heterogeneity, and a very significant

9            heterogeneity, in layering on contaminant

10           transport.

11                And this is the unit into which the

12           contaminants are introduced and you're losing

13           all the controls by this lumping.  I just

14           don't see conceptually how this can be

15           justified.

16         **MR. SUAREZ:**  Well, one of the plans is to

17           subdivide that when we go to the more

18           localized model because this is --

19         **DR. KONIKOW:**  Well, you -- I don't think

20           when you go to the localized -- if you're

21           using MODFLOW, maybe Mary could say something

22           about this.  I don't think in the localized

23           models you could change the vertical, the

24           model layering, can you?

25         **DR. HILL:**  Yeah, you can.

CLJA_WATERMODELING_01-0000011518

1              Are you doing this to avoid dry cells?

2         **MR. SUAREZ:**  Yes.

3         **DR. HILL:**  Yeah, don't.

4         **MR. SUAREZ:**  Well, it's one of the reasons -

5         - let me explain.  We don't have to the extent

6         that we're proposing this model the, basically

7         the interpolation scheme that we're using to

8         interpolate those layers.  Now you get a lot

9         of layers that kind of like kind of disappear,

10        appear and disappear, and it's kind of

11        difficult to at this moment I'm not presenting

12        at this moment just to have a structure that

13        makes sense.

14        **DR. HILL:**  Use the Huff* [HUF (hydrologic

15        unit flow) -ed.] package and assigned, and use

16        defined thickness layers using your contoured

17        water table for those layers.  And get in the

18        ballpark in terms of hydraulic conductivity.

19        **DR. CLARK:**  Rao had a comment he would like

20        to make and then I think we need to let Rene

21        continue his presentation.

22        **DR. GOVINDARAJU:**  This is Rao from Purdue.

23        I think along the same lines my feeling is

24        even if you get the conceptual model

25        correctly, and you just let the optimization

263

1       run its course, it may give disparate value

2       the confining layers which are less than the

3       aquifer conductivities.

4              I think once you think a conceptual

5       model is correct, you must do a constraint

6       optimization.  If the assumption or the belief

7       is that the confining layers are about one-

8       tenth of the conductivity of the main layers,

9       then you should, I suppose, impart that

10      knowledge to the optimization routine.

11         DR. KONIKOW:  But is that knowledge or is

12      that just an assumption?

13         DR. GOVINDARAJU:  That's an assumption.

14         DR. HILL:  Well, I would say it's knowledge.

15      It just depends on how you want to use that

16      knowledge.  And one way to use it is to apply

17      it as constraints so that you constrain what

18      values your parameters can take.  Another way

19      to use that knowledge is to say, okay, I'm not

20      going to apply this as a constraint.  I'm

21      going to see what fits my data best and if

22      those values are unreasonable, I'm going to

23      sit back and say, okay, if I have enough

24      sensitivity, if I have enough, if my targets

25      or observations --

264

1    DR. CLARK: Let's let Rao go on and, ~~I mean~~
2    [then -ed.], let's let Rene go on and present
3    his --
4    DR. HILL: I was almost done.
5    DR. CLARK: Okay.
6    DR. HILL: -- then go ahead and if my
7    observations provide enough information to
8    estimate those things, and they provide a lot
9    of information, if my estimated value is
10   wrong, it implies a problem with the
11   conceptual model. So it's just how you use
12   that information.
13   DR. CLARK: Let's let Rene go on and finish
14   his presentation.
15   MR. SUAREZ: I will point out something
16   maybe related to that. So just to show [how -
17   ed.] the calibration was from that preliminary
18   model as we mentioned we were using, we used
19   PEST. One of the things we also are
20   considering [is -ed.] UCODE. The root mean
21   square for this model was 5.46, and on the
22   right side we have a plot of the simulated
23   versus observed water level values. The
24   values in red are monitor well data, and the
25   values in blue are supply well data.

265

1          And please notice [in -ed.] this

2      slide, overestimation of the supply well data

3      because this was just to kind of like try the

4      method.  Because this includes all the data,

5      one thing that when you go and check on case-

6      by-case of the observed data, some of the

7      observed data that I include I shouldn't have

8      included in because it was being subjected to

9      draw-down effect, and at this time we're not

10     concerned with pumping.  So there's a lot of

11     refinement that I have to go and select what

12     data I will include into the optimization

13     process.

14     **DR. DOUGHERTY:**  Quick question, and all

15     these are equal weights?

16     **MR. SUAREZ:**  What?

17     **DR. DOUGHERTY:**  You're using equal weights

18     on all of the data?

19     **MR. SUAREZ:**  Yes, right now, yes.

20     **DR. DOUGHERTY:**  So you're not using the

21     measurement error differences?

22     **MR. SUAREZ:**  No, at this moment, no.

23          So this just showed the results from

24     that preliminary model, and we have a head

25     difference of about four feet from east to

266

1     west.  This plot also showed the head
2     residuals.  We have in blue less than minus
3     five feet, in green minus five feet to five
4     feet, and in red, larger than five feet.  One
5     of the common ^ [comments -ed.] about data
6     density that we're [we were ed.] talking
7     before, although this model is really large,
8     actually the area is very concentrated, and
9     it's hardly difficult to calibrate the models
10     in some areas that we don't have data, and at
11     this step we're just trying to build a
12     regional model and then we'll have to
13     calibrate that model.  But then we'll have [,
14     ed.] I will say[, -ed.] plenty of data to
15     calibrate those local models.
16          Just comparing the Hadnot
17     Point/Holcomb Boulevard and the Tarawa Terrace
18     model side-by-side I just want to point out
19     what I would think is the two major difference
20     in terms of building these two models.  We
21     have fairly [large -ed.] difference in [the -
22     ed.] size of the model.  That will include
23     steps that were not contemplated, were not in
24     Tarawa Terrace.  Like here we will have to
25     build a regional model and go to more refined

1       local models.

2               Also, we have a lot more data that is

3       good for calibration, but it will also make it

4       more complex.  So we will need to ~~do,~~ [-ed.]

5       use optimization process for this model.  And

6       that will include a lot of effort in

7       calibrating the steady state transient models

8       for each one of the regional/local models and

9       the contaminant fate and transport.

10          **DR. HILL:**  Excuse me.  Those observed the

11      concentrations that you have listed there, do

12      they include the non-detects?

13          **MR. SUAREZ:**  No, these are locations.  If

14      you look at this I may not have made the

15      difference.  Locations where we have data in

16      terms of contaminant --

17          **DR. HILL:**  It is important to use the non-

18      detects as well, and UCODE provides a formal

19      mechanism for using non-detects.

20          **MR. SUAREZ:**  Sure, sure.  I saw that in your

21      notes.  And definitely that's something that

22      we'll contemplate.

23              So we can proceed with the discussion.

24      What I want to do is summarize ~~like~~ [-ed.] the

25      approach, so you can see in perspective of the

1        amount of data that we have at this moment and
2        amount of data that we may need to check
3        within the documents that we still haven't
4        really realized that we have.
5              We are going to build our numerical
6        model, and we gave some information of a
7        preliminary numerical model that we have
8        built.  We are going to run a steady state
9        model.  We also gave some preliminary
10       information on that.  We are going to run this
11       model using MODFLOW-2000 and PEST for
12       calibration.  We're going to do that as well
13       with the transient model, same situation.
14       Then that's for the regional model.
15             From there we're going to go to a more
16       localized model where we're going to choose
17       some areas where we need refinement.  And when
18       I said refinement or local areas, the bulk of
19       our contamination is located, for example, in
20       this picture, the landfill area and the HPIA
21       area, Site 88, we'll need to build local
22       models for them.
23             We will have to evaluate the effects
24       of pumping on those because we have a lot of
25       supply wells and not all of them are pumping

269

1    on the same times.  So we'll have to evaluate
2    the effect of pumping on those boundaries.
3    And from there we'll have to run our transport
4    models in those local grid refined models ~~or~~ ^
5    ~~models~~ [-ed.] using MT3DMS, the same approach
6    that was used in Tarawa Terrace and PEST or
7    UCODE for calibration.
8         From here we can start the discussion.
9         DR. BAIR:  Rene, with respect to the
10    calibration, is there any time, money --
11    they're kind of both the same anymore -- to
12    get a velocity data that you could use to help
13    calibrate?  You have a lot of head data, but
14    it would be nice to get, and I know it's not
15    easy here, stream flow gain or loss so you can
16    get some discharge data, a flux out of your
17    system.  Or some tritium/helium age dates so
18    you can do some backward particle tracking to
19    check to see if the physics of your model
20    matches the chemistry of the tritium/helium to
21    give you confidence in some of the velocities.
22         MR. SUAREZ:  I'm sorry, you're combining
23    something about money or I was just thinking -
24    -
25         DR. BAIR:  No, the money was just a comment

CLJA_WATERMODELING_01-0000011526

270

1           for the people way up there.  That's for the
2           people in the corner.  You're on a time frame
3           and time costs money and this would be getting
4           more field data.  So can you put in a couple
5           monitoring wells out in that area where you
6           don't have a lot of data?
7              **MR. MASLIA:**  Let me address that
8           specifically because that's what I picked up
9           on the field data.  Can we gather more field
10          information, which we could gather in a
11          shorter span of time compared to the effort of
12          doing a full-blown calibration here.  And that
13          would really depend on discussions from our
14          agency management and the Navy or the funding
15          party.  And could it either meet our existing
16          time schedule or extend it less longer in
17          time.
18              And that was one of -- I'm glad you
19          asked that question because it fits right
20          into, and maybe it was not clear why we went
21          to Dr. Aral and his group at Georgia Tech to
22          try to come up with an alternative method.
23          After we finished Tarawa Terrace we saw the
24          effort that went into it.  And regardless of
25          if you think the confidence is not large

CLJA_WATERMODELING_01-0000011527

271

1    enough or narrow enough, you have a model that
2    produces reasonable results.
3         And we saw the effort that went into
4    it.  Looking at what we had, just looking at
5    the data that we have, it became apparent
6    right away is what can we do to come up with
7    some initial answers, not throwing out the
8    baby with the baby carriage at the same time,
9    but either using it as a starting point to
10   help augment or help us jump start that or as
11   a check.
12        As somebody said if we're going to
13   spend another year or two years, you still
14   have the question of how confident are you in
15   those hydraulic conductivities or how
16   confident are you in a much, much larger
17   model.  And so I made the decision to see if
18   we could come up at least with a screening-
19   level model, you know, something to put our
20   teeth in.
21        I think your suggestion we need to
22   talk about and think about could that Dr.
23   Aral's method then also be combined in
24   conjunction with maybe a small field effort to
25   give us a method and some information to more

CLJA_WATERMODELING_01-0000011528

272

1    rapidly get to the point of where we now want

2    to distribute the --

3         **DR. BAIR:**  I mean, I guess what I was

4    getting at, Morris, is there a couple obvious

5    areas where you need data?  In the north part

6    of your model area where you don't have many

7    water levels, there aren't many pumping wells

8    up there so a current water level would

9    actually give you some guidance for applying

10   backwards in time.

11        I also think you need to look at some

12   of the confining layers in more detail, not

13   only their lateral continuity but their

14   permeability because they're restricting the

15   contaminants flowing downward.  And assuming

16   one foot when the aquifers are ten feet per

17   day, you know, a difference of a factor of ten

18   isn't much of a confining layer.  It's just

19   the heterogeneity within most aquifers.

20        So I just thought it would be your

21   time, Rene -- and I didn't mean to scare you

22   with that and somebody else's money, but I

23   just thought if there's an opportunity to

24   discuss that, that there are some -- I don't

25   think it's expensive.  It's time that I got

CLJA_WATERMODELING_01-0000011529

273

1        the impression that's pushing you.

2              And I personally would much rather you

3        see take the extra year to get the answer

4        right or closer.  And it reminds me of that

5        Jack Nicholson film with Tom Cruise where they

6        were in the Marines and there was that -- what

7        was the name of the movie?  A Few Good Men,

8        yeah.

9              And I show that, a clip in my class,

10       and Cruise is on the stand and Nicholson says,

11       "You can't handle the truth."  Well, I turn

12       that around and say, "You can't afford the

13       truth."  How much of the truth do you want to

14       pay?  And in the bottom line when you're done

15       would have spending 25,000, 50,000, 100,000

16       more dollars to get more of the truth and lose

17       a year, is that going to be beneficial.  And

18       that's not a decision for the panel.  That's a

19       decision up there.  So that's my two bits.

20            **MR.   FAYE:**       Dr.   Bair,   how   much

21       differentiation in time can you get from the

22       age-dating analyses that you're talking about?

23       What was it, a helium/tritium type?

24            **DR. BAIR:**  Well, I use this with one of my

25       Ph.D. Students up at Woburn, and we used the

274

1         tritium/helium dates to help calibrate our

2         flow model. So we, too, were forecasting

3         backwards in time, and what we were interested

4         in is if our steady-state model or our

5         transient model prior to turning on the wells,

6         wells G and H.

7             Now that the wells were off in 2002,

8         when we did the sampling, could we replicate

9         those velocities in our model that we measured

10        in terms of the groundwater ages in 2002. So

11        they're two different times, but neither of

12        them are transient at that moment because

13        neither of the wells were on. And that gave

14        us a comparison of physics-based travel times

15        and chemical-based travel times. And it

16        turned out to make us feel comfortable.

17             So I think what everybody's looking

18        for here is for your models to demonstrate a

19        level of professional comfort among all the

20        different professionals in the whole room.

21        And if tritium/helium helps you or some other

22        technique helps you --

23       **MR. FAYE:** But what is your tolerance on

24        those ages? I mean, is it like of you get an

25        age of 1950, does that mean it was somewhere

275

1    between 1940 and 1960 or, I mean, what's the
2    tolerance there on that?
3        DR. BAIR:  I have my Woburn presentation in
4    here.  Kip Solomon* did those for us at the
5    University of Utah, and he puts an error bar
6    on every one of those.  So the error bars
7    there are less than a year, slightly more than
8    a year.  And then we compared it to the error
9    bars on our reverse particle tracking, which
10   accumulates a conservative age.

11       And our error bars there were putting
12   particles all over the well screens and
13   tracking them backwards to the water tables.
14   So we were looking for our variation in
15   backwards travel times to be within Kip's plus
16   or minus.  And we did it pretty well except
17   for the deepest wells that were closest to the
18   metamorphic bedrock where they get a helium
19   signature from the decay of some of the
20   minerals in the granite.

21       So that's esoteric, but I think you
22   need a little more field work.
23       DR. CLAPP:  I was just going to ask Dr.
24   Bair, actually, my impression is that that
25   additional work in Woburn hasn't changed the

276

1    results of the case-control study.  And in
2    terms of how it's implied or applied in
3    epidemiologic study it may be been --
4        DR. BAIR:  It's done subsequent to the case-
5    control.
6        DR. CLAPP:  Right, I understand, but would
7    it have mattered in terms of the case-control
8    study as an outcome?
9        DR. BAIR:  I've shown our results to the
10   Massachusetts Department of Health people, and
11   they wished, they told me they wished they had
12   had this when they had done their work.  What
13   my student was able to do is what you're
14   asking yourselves to do is to come up with a
15   month-by-month exposure concentration for each
16   one of the water districts in Woburn.
17           Woburn has a very mixed system so the
18   water distribution model was much different.
19   And we're able to come up with bands of what
20   the concentration would have been during
21   gestation, during the first year, seven years,
22   et cetera.  And they didn't have that.  I
23   don't think most epidemiologists are used to
24   getting that type of information.  So it's
25   something groundwater people haven't been able

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    to provide with much confidence until the last

2    many years.  But, no, it didn't change them.

3    They had already published it so Costace* and

4    Condon*...

5    **UNIDENTIFIED SPEAKER:**  (Inaudible).

6    **DR. BAIR:**  I don't know.  They would have

7    had to have different approach because I, we

8    can give exposures.  I don't know if in terms

9    of parts per million, micrograms per liter.

10    **DR. CLAPP:**  They were looking at ranks and I

11    doubt that the ranks would have changed much

12    to be honest.

13    **DR. WARTENBERG:**  Why didn't they re-do it if

14    your data were available?

15    **DR. BAIR:**  What's that?

16    **DR. WARTENBERG:**  Why didn't they re-do it,

17    their analysis?

18    **DR. BAIR:**  I don't know, budgets.

19    **MR. BOVE:**  I'll tell you one thing, if they

20    have all the data it can't cost that much.

21    **DR. BAIR:**  One of the problems we had there

22    was statistics of really small populations so

23    there are 28 children who developed leukemia

24    in Woburn over that period of time, '68 to

25    '84.  Seven of them were involved in a

CLJA_WATERMODELING_01-0000011534

278

1    lawsuit.

2          It's the lawsuit testimony that gave

3    us the birth dates and the gestation periods.

4    The other 21 sets of data are sealed by the

5    State of Massachusetts under a nondisclosure

6    agreement.  So I have seven.  I wish, you

7    know, I tried bribery.  I tried lunches,

8    tickets to the Ohio State-Michigan game,

9    everything and couldn't get those released.

10       **MR. FAYE:**  Dr. Bair, let me ask another

11   question.  Most of the wells that were

12   contaminated are destroyed now.  They're not

13   available for sampling, so what would an

14   alternative be if we're lucky enough to have

15   like a monitor well along the flow path or --

16       **DR. BAIR:**  Yeah, you would want to use

17   monitor wells along a flow path, and that's

18   what we used more as a pre-pumping wells, G

19   and H, potentiometric surface and particle

20   tracking for was to determine a long flow path

21   and then sample wells at distance along that

22   flow path and then at depth.

23       **DR. CLARK:**  Morris had a question.

24       **MR. MASLIA:**  Yeah, a question.  Combining

25   two thoughts here, wells G and H at Woburn,

279

1     I'm thinking they may, assuming you've got the
2     data, there may be an opportune moment here to
3     test out Dr. Aral's method on some real data.
4          **DR. KONIKOW:**   I have a couple things, but
5     one, you know, I think there can be some value
6     to doing age dating, but I do think you have
7     to be careful.   This system has been so
8     heavily pumped.   Things have been mixed up so
9     much in this system.
10         You have boreholes that are open to
11    multi-aquifers.   You have flow down the
12    annulus.   Getting an undisturbed, natural, a
13    sample that reflects an actual travel time
14    through the system under natural conditions.
15    It may be difficult.   It may be impossible.   I
16    don't know.   I'm not saying don't do it.   I
17    think there is value of getting those age
18    dates.   But the band of uncertainty about your
19    ages may be wider than the geochemists will
20    tell you on the basis of the lab analyses.
21         Another point if we jump to the
22    transport modeling -- well, let me go back one
23    step.   Again, on the age, the point I was
24    trying to make there, whether or not you do
25    the age dating and get the samples, I want to

CLJA_WATERMODELING_01-0000011536

1    follow up on something that Scott suggested
2    and reinforce that the use of MODPATH to
3    simulate advective transport.
4    Even though it doesn't give you
5    concentrations, can give you for such a low
6    computational effort and low computational
7    cost a lot of insight into how fast things are
8    moving, where they're going, what the effects
9    of transient flow are. Extremely valuable to
10   improve your conceptual understanding at
11   almost no cost. I mean, this is really
12   relatively easy to do once you've developed a
13   reasonably good transient flow model. And
14   it's just a logical step to do before you go
15   to the, all the headaches of transport
16   modeling. And so I would really encourage you
17   to add a few days or a few weeks to the
18   timeline to get a lot of insight from the
19   MODPATH.
20       **MR. MASLIA:** That's what we added. People
21   would love it.
22       **DR. CLARK:** Mary and then Walter and then we
23   need to get back on our video streaming again.
24       **DR. HILL:** Two things. One is you also
25   mentioned stream flow data, and Cudgels'

1    [Codgels -ed.] Creek -- I don't know if I'm

2    pronouncing that correctly -- is entirely

3    within the model and there's, actually, you

4    have several streams that are entirely within

5    the model and many of them go under roads

6    which provides perhaps when the road was

7    constructed, they might have done some kind of

8    analysis about stream flow that you can use to

9    get a low flow measurement. You might have a

10   fairly large, a small weight, a large variance

11   on that. But it's extremely important to have

12   some kind of flow data to compare your model

13   against.

14        **MR. FAYE:** The USGS in North Carolina does

15   have their standard regression equations with

16   soils and drainage area and whatever for

17   estimating average flow conditions and things

18   like that. Probably in the upstream reaches

19   of these streams that would be a possibility.

20   The downstream reaches are all tidally

21   affected, and Wallace Creek is tidally

22   affected big time. So we could definitely

23   take some shots at estimating a long-term

24   average, low flow or average flow, whatever.

25        **DR. CLARK:** Walter, go ahead.

282

1    **DR. GRAYMAN:** Just briefly, just actually
2    going back to what Ben was saying. I wasn't
3    quite satisfied with the closure on the
4    recharge issue. Within PEST do you set bounds
5    on the, do you give it an initial recharge
6    value and then set bounds on it and allow it
7    to --
8    **MR. SUAREZ:** Yes, an initial value and you
9    can set your bounds --
10   **DR. GRAYMAN:** I think we may be getting a
11   little bit into an interface issue. And I'm
12   talking about here an interface issue in terms
13   of professions between surface water
14   hydrologists and groundwater hydrologists.
15   And then I think Ben is probably the only one
16   here who's probably kind of the official
17   surface water hydrologist.
18   **MR. HARDING:** ^.
19   **DR. GRAYMAN:** Well, but we're all
20   hydrologists. I'm not sure that we really
21   explored that as much as possible because I
22   tend to agree with Ben. At least surface
23   water hydrologists feel they can fairly well
24   accurately estimate what the amount of water,
25   at least entering the upper zones of the soil

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1         than maybe what groundwater hydrologists feel
2         surface water hydrologists can do.  I'll leave
3         it at that.
4             DR. CLARK:  Let's wrap it up then.  We have,
5         it's our break time, and we reconvene at 3:30
6         at which time we'll hear questions from the
7         public.
8             (Whereupon, a break was taken between 3:15
9         p.m. and 3:30 p.m.)
10            MR. MASLIA:  Panel members here because
11        there's a decision or a thumbs up or thumbs
12        down approach for the panel to -- because it's
13        really your decision as panel members.  So
14        I'll just wait 'til all our panel members are
15        here.
16                According to the schedule, we're
17        supposed to have another half hour of
18        discussion and then go into the public
19        presentation part.  We have allotted two
20        hours.  Right now there's a 30-minute
21        presentation by a member of the CAP, Jerry, as
22        well as a presentation-slash-statement by a
23        member of the Department of the Navy, Dr. Dan
24        Waddill.
25                What we're proposing was brought to my

284

1          attention by Scott Bair is he's got a prepared

2          presentation for other purposes about Woburn

3          that may have some important information for

4          us in terms of what we're doing here at Camp

5          Lejeune and I would be interested in it from a

6          professional standpoint if nothing else, and

7          it may, in fact, generate more questions.

8               So what I'm proposing is that we move

9          the public presentation to start now.  Do the

10         public presentations and then we should have

11         sufficient time for Scott to make his

12         presentation and then we can follow that with

13         additional questions.  Is there any issue?

14         Does anybody on the panel have an issue with

15         that adjustment to the schedule?

16              Walter?

17            DR. GRAYMAN:  Can we move Scott's to right

18         at the end, the last thing?

19            MR. MASLIA:  That's after the public

20         presentations.

21            DR. GRAYMAN:  Okay so the stuff you were

22         talking about --

23            MR. MASLIA:  Well, no, not his but it may

24         add more information that we want to take into

25         account to, and so we would basically end the

285

1    day with maybe a longer discussion period than

2    that.  So is there any, is that okay with

3    everybody?

4         DR. CLARK:  Is that a problem with the, Dr.

5    Waddill and Mr. Ensminger?

6         MR. ENSMINGER:  No.

7         MR. MASLIA:  So if that's the case we're

8    into public presentations.

**PANEL CHAIR ACCEPTS STATEMENTS AND QUESTIONS
FROM PUBLIC
(REPEAT STATEMENT OF PURPOSE OF PANEL)**

9         DR. CLARK:  According to protocol I'm

10   supposed to read the charge again to the panel

11   so that everybody will know that this is a

12   public meeting and what it's supposed to

13   accomplish.  So in order to follow protocol

14   I'm going to do that if you'll bear with me.

15        This is an expert panel assessing

16   ATSDR's methods and analysis for historical

17   reconstruction of groundwater resources and

18   distribution of drinking water at Hadnot

19   Point, Holcomb Boulevard and vicinity, U.S.

20   Marine Corps Base, Camp Lejeune, North

21   Carolina.  The purpose and scope of this

22   expert panel is to assess ATSDR's efforts to

23   model groundwater and water distribution

24   systems at the U.S. Marine Corps Base, Camp

286

1      Lejeune, North Carolina.

2           This work includes data discovery,

3      collection and analysis as well as water

4      modeling activities.  To assist the panel

5      members with their assessment, they have been

6      provided with the methods used and the results

7      obtained from ATSDR's previous modeling

8      efforts at Camp Lejeune which focus on the

9      area of Tarawa Terrace and vicinity.  The

10     panel is specifically charged with considering

11     the appropriateness of ATSDR's approach,

12     methods and time requirements related to water

13     modeling activities.

14          It is important to understand that the

15     water modeling activities for Hadnot Point,

16     Holcomb Boulevard and vicinity are in the

17     early stages of analysis; hence, the data

18     interpretations and modeling methodology are

19     subject to modifications partly based on input

20     provided by members of this panel.

21          ATSDR expresses a commitment to weigh

22     questions from the public and to respond to

23     public comments and suggestions in a timely

24     fashion.  However, in order for this panel to

25     complete its work, it must focus exclusively

287

1        on data discovery and analysis and water

2        modeling issues.  Therefore, the panel will

3        only address questions or comments that

4        pertain to data discovery and analysis and

5        water modeling efforts.

6              For all non-modeling water questions

7        or statements, the public can contact the

8        ATSDR Camp Lejeune Information Hotline at

9        telephone 7-7-0-4-8-8-3-5-1-0 [770-488-3510 –

10       ed.] or e-mail atsdrcamplej@cdc.gov.

**REPRESENTATIVE OF CAMP LEJEUNE COMMUNITY ASSISTANCE**

11   **PANEL (CAP)**

12             And with that, why, we can begin the

13       public presentations and we're going to hear

14       from Jerome Ensminger first.

15         **MR. ENSMINGER:**  Good afternoon.  My name is

16       Jerry Ensminger.  I am a member of the ATSDR's

17       Camp Lejeune Community Assistance Panel, and

18       I've been involved in this incident since

19       August of 1997.  Over these past 12 years I

20       have viewed thousands of documents related to

21       this situation and what I have discovered is

22       both disheartening and disgusting.

23             Department of the Navy and United

24       States Marine Corps officials and

25       representatives have in the past and continue

288

1          right up to the present to misrepresent and

2          deny the facts.  They have done this by making

3          false and misleading statements, providing

4          incomplete or false data and by withholding

5          key data that is crucial to the findings of

6          truth in this situation.

7               I don't expect any one of you to take

8          my word as proof of these serious allegations

9          I'm making against these supposed honorable

10         government entities.  That's why I've provided

11         all of you with some of the actual historical

12         documents which came directly from their files

13         so you can witness the deception with your own

14         eyes.

15              Now, I want to take you through some

16         of these documents, and you have them in a

17         binder there in front of you, and I've picked

18         out some key documents.  And these are only a

19         few examples of what went on here.

20              But the first document is a letter

21         dated 3 February from 1986 from the United

22         States Environmental Protection Agency Region

23         Four.  And it states, "Dear Sir:  On November

24         1st, 1985, Messrs. Mathis and Holdaway of this

25         Agency met with Facilities Engineering Staff

289

1        at Marine Corps Base Camp Le Jeune."

2            Okay, I want to skip down to the

3        second paragraph, what's highlighted on your

4        document.  "Both Messrs. Holdaway and Mathis

5        became aware that there was evidence from

6        sampling as early as 1983 or 1984 of diffuse

7        contamination of the groundwater with

8        unspecified organic substances, and that as a

9        result of detection of unspecified volatile

10       organic compounds in raw potable water

11       samples, certain potable wells at Hadnot Point

12       were taken out of service.  In consideration

13       of the fact that the major portion of the

14       resident population of Camp Le Jeune is

15       dependent on Hadnot Point well field as its

16       potable water supply, the parties in the

17       meeting agreed that any potential

18       contamination of this resource should be

19       investigated as expeditiously as practical.

20       It was also established that there was no

21       contamination detected in treated potable

22       water..."

23           Let me say that again.  "It was also

24       established that there was no contamination

25       detected in treated potable water distributed

CLJA_WATERMODELING_01-0000011546

1    at Camp Le Jeune, however the extent and

2    sensitivity of analytical procedures for

3    specific organic substances was not fully

4    discussed."

5         This was 1986.  They found

6    contamination in the potable water at the tap

7    in Camp Lejeune as early as 1980.  Let's go

8    down to the second page of that letter.

9         It says, "This Agency is concerned

10   that a potential for human exposure to

11   hazardous substances and hazardous wastes via

12   the Camp Le Jeune water supply may exist due

13   to the presence of such materials in the

14   groundwater in the general vicinity of the

15   potable well field.  The existence of such a

16   potential exposure would warrant consideration

17   of this area for inclusion on the National

18   Priority List, with an attendant increase in

19   the expediency of investigation and

20   remediation."  Now, the EPA didn't believe

21   them and that's why they recommended this to

22   go on.

23        Now, this next document comes from a

24   technical working committee which was the

25   predecessor to the Restoration Advisory Boards

1       for the EPA.  And they had members from the

2       EPA.  They had members from the state

3       environmental regulatory agency there.  They

4       had members from the local community there.

5       They had members from the ~~LANDIV*~~ [LANTDIV –

6       ed.].  And this is a court-recorded document,

7       and the gentleman by the name of Bittner was

8       the City Manager for Jacksonville.  And they

9       were discussing the contamination in the

10      Hadnot Point system at this point.

11           And Mr. Bittner asked the question,

12      "What kind of tests were you getting when you

13      were running those contaminated wells in terms

14      of water quality?"  He says, "I imagine it

15      would be pretty much diluted but you were

16      still probably getting some readings if you

17      ever took a scan."

18           Mr. Bob Alexander who was the

19      environmental engineer for Camp Lejeune

20      answered his question.  He said, "We had very

21      little, if any data, before we realized our

22      ground water was contaminated."  I mean that

23      is an out-and-out lie.

24           So Mr. Bittner follows up.  "So

25      there's no record of it in terms of what you

292

1    were pumping." Alexander, "We had some tests-
2    -like at the Tarawa Terrace area--before we
3    realized that ABC Cleaners was polluting our
4    wells there. We had some tests and ended up
5    with some measurable concentrations. But they
6    were almost at the detectable level. When
7    you're taking out of the Hadnot Point area 35
8    wells that had been servicing that system,
9    probably a well would only run for about two
10    days. It would only be about five or six
11    wells running, so we had a rotating cycle of
12    operating on those wells. It would be
13    practically impossible to say what wells
14    contributed what compounds on any given day.
15    You'd have to backtrack from the residence
16    time in the reservoir and all that to see what
17    wells were going two days ago."
18           So Bittner says, "And, basically, Bob,
19    there's no record of that." And he says, "It
20    would be practically impossible to track that
21    down."
22           And then Ms. Cheryl Barnett, who was a
23    representative from ~~LANDIV~~ [LANTDIV -ed.] up
24    in Norfolk, Department of the Navy, who is by
25    the way now a high ranking official up there

293

1       with their environmental branch, Barnett pipes
2       in and says, "There were no requirements, you
3       know, the requirements to test your finished
4       water for VOCs; it's a new requirement.  It's
5       a new EPA drinking water requirement, so there
6       was no prior testing program before.  It is
7       just purely in the course of this
8       investigation that we discovered that problem
9       to begin with and since that time they've been
10      monitoring the finished water effluents, but
11      it was never a requirement."
12              Now, that statement, "it was just
13      purely in the course of this investigation
14      that we discovered that problem to begin
15      with..."  This is a person that was trusted
16      with our environmental health.  She is a high-
17      ranking official now in the Department of the
18      Navy's environmental program.  I want you take
19      a look, and she was talking about the
20      confirmation study when they discovered this
21      contamination.
22              This letter was written on 10 August,
23      1982, by Grainger Analytical Laboratories out
24      of Raleigh, North Carolina.  The chemist up
25      there and the part-owner of the laboratory saw

1    these samples, saw the interferences in the

2    TTHM testing that they were doing, and they

3    took it upon themselves to isolate the

4    interfering chemicals and quantify them.  And

5    they wrote this letter to the Commanding

6    General of Camp Lejeune.

7         Previously all samples from site TT

8    and HP, which is Tarawa Terrace and Hadnot

9    Point, "presented difficulties in performing

10   the monthly Trihalomethane analyses.  These

11   appeared to be at high levels and hence more

12   important from a health standpoint than the

13   total Trihalomethane content.  For these

14   reasons we called the situation to the

15   attention of Camp Lejuene personnel.  Results:

16   The identity of the contaminant in the well

17   field represented by samples 206 and 207 was

18   suspected to be Tetrachloroethylene.

19         And at Hadnot Point it was

20   Trichloroethylene.  If you'll go to the second

21   page of that letter, there's where they broke

22   it down.  Those were the results that they got

23   from those samples.  Sample 120 was Hadnot

24   Point tap water, 1,400 parts per billion.

25         Whenever the fuel leak took place at

295

1      the Holcomb Boulevard water system in January
2      of 1985, they called the state in to do split
3      samples because they thought they had all
4      their contaminated wells offline already
5      anyhow.  Guess what?  They still had one, one
6      contaminated well online, Well 651 at Hadnot
7      Point.  They had shut the Holcomb Boulevard
8      plant down and opened the valves up and put
9      them back on Hadnot Point water to flush the
10     system out, to flush the fuel that had leaked
11     out of a backup generator line into their
12     treated water storage tank.
13          These were the samples, these were the
14     results of the samples that the state took.
15     Now, this was dated, well, you can see the
16     date of the analysis, February of '85.  Now
17     these people sat in these meetings subsequent
18     to these tests, these analytical results and
19     those initial letters that I read to you, and
20     lied.  I mean, this was one contaminated well
21     that was creating these results in February of
22     '85, 1,148.4 parts per billion at the
23     elementary school in Berkeley Manor housing
24     area.
25          If you'll go down to your next

296

1    document which is a TTHM test.  When the TTHM

2    regulation was coming into effect, the

3    Department of the Navy contracted with the

4    Department of the Army to have their

5    environmental hygiene team come to Camp

6    Lejeune and other Naval facilities and do,

7    start doing TTHM tests for their water

8    systems.  You can see this one was dated 29

9    December, 1980.  The first test that they did

10    was in October of '80.  You can see what they

11    wrote down here at the bottom, heavy organic

12    interference.  You need to analyze for

13    chlorinated organics by the GC/MS method.

14         Go to the next one, January of '81.

15    You need to analyze for chlorinated organics

16    by GC/MS.  February of '81, water highly

17    contaminated with other chlorinated

18    hydrocarbons, in parentheses, solvents.  Yet

19    these people sit in meetings and say they

20    didn't know?

21         ATSDR, you know, while they've had

22    their own faults throughout this process, has

23    had one devil of a time trying to get

24    information from these people.  There has been

25    stonewalling, you name it.  This is a letter

297

1       written on September 2nd, of 1994 from ATSDR to
2       what was known as the Navy Environmental
3       Health Center then, complaining about Camp
4       Lejeune, about the Marine Corps and Department
5       of the Navy, about getting documents and data.
6               ATSDR identifies and obtains documents
7       needed for evaluation to develop the public
8       health assessment by discussing the public
9       health issues with the installation and having
10      them send us documents where the information
11      can be found.  As you are aware, we have had
12      much difficulty getting the needed documents
13      from Marine Corps Base Camp Lejeune.  We have
14      sent Marine Corps Base Camp Lejeune several
15      requests for information and, in most cases,
16      the responses were inadequate and no
17      supporting documentation was forwarded.  That
18      was September 2nd of 1994.
19              Go down to these e-mails.  Ms. Kelly
20      Dreyer, who worked at Headquarters Marine
21      Corps, was put in charge of the Camp Lejeune
22      water contamination issue.  ATSDR had been
23      provided incorrect water system data for not
24      only the public health assessment, but for a
25      study that was being done on small for

298

1    gestational age in adverse pregnancy outcomes.

2    They never told ATSDR that the Holcomb

3    Boulevard water system wasn't constructed

4    until 1972.

5         ATSDR went through this entire process

6    thinking that those, all those housing areas

7    on the other side of Wallace Creek on the main

8    part of the base, three major housing areas:

9    Midway Park, Berkeley Manor and Paradise Point

10   were always on that clean Holcomb Boulevard

11   system.  Well, the study period for ATSDR was

12   1968 through 1985.  Well, the Holcomb

13   Boulevard plant wasn't built 'til '72.

14        When I first saw that study, and it

15   came out -- well, it came out a long time ago,

16   but the first time I really looked at it in

17   depth, I said what the devil's going on here.

18   They only had 31 babies identified in that

19   study as being long-term exposed in utero to

20   trichloroethylene, TCE.  I said that can't be

21   right.

22        I called Dr. Bove up -- I didn't call

23   him.  I sent him an e-mail.  And he sends me

24   an e-mail back and he goes what the hell are

25   you talking about.  So I picked the phone up

1     and I called him, and I said you had I don't
2     know how many thousand housing units over
3     there, I said, that was, I said, the Hadnot
4     Point water system wasn't constructed 'til
5     '72.  I said you only identified 31 babies in
6     this study as being exposed to
7     trichloroethylene, and I said, all those
8     housing areas were on Hadnot Point water all
9     those years.  He goes oh my god.
10          Now when the Marine Corps was asked
11    why they didn't provide the correct data
12    whenever this e-mail was sent to them by Kelly
13    Dreyer, who was the project manager for this
14    thing, Tom Townsend, who is a retired major
15    and lives in a cave out in Idaho -- he doesn't
16    really live in a cave, but he likes to say
17    that.  He's like a hermit.
18          But he wrote over a thousand FOIAs.
19    He lost a son and also his wife, and he was
20    very diligent in writing Freedom of
21    Information Act requests.  And Tom Townsend
22    identified this.  And Tom Townsend you've got
23    to understand, everything he writes, he does
24    it by hand on a yellow legal pad, and that's
25    his official correspondence.  He don't type.

300

1        He doesn't use a computer, and that's how he
2        sends his stuff out.
3            The Marine Corps said they used, they
4        saw that he had copied ATSDR on his initial
5        letter pointing out this incorrect data.  So
6        they surmised that ATSDR was going to use his
7        letter pointing out the wrong, the incorrect
8        water system data as their notification.  They
9        said this in a press interview with Dan Rather
10       and an AP article.
11           Well, you saw what kind of trouble
12       ATSDR had on 2 September in 1994.  Here's a
13       letter from December 9th of 2005.  "ATSDR has
14       experienced delays in obtaining requested
15       information and data pertaining to historical
16       water-quality sampling data and site remedial
17       investigation reports."  And they were told.
18           "ATSDR staff is attempting to meet the
19       project completion timelines discussed with
20       Marine Corps staff in August.  To do so, we
21       must be provided all documents that relate to
22       base-wide water issues immediately.  The
23       Marine Corps is responsible for the
24       identification and timely sharing of all
25       relevant documents relating to the base-wide

1   drinking water system.  This includes
2   documents that ATSDR may not be aware of as
3   well as documents that are in possession of
4   DOD but may no longer be located at the Camp
5   Lejeune base.  Discovery of this documentation
6   must not rely on specific requests from our
7   staff, but on our shared goal of ensuring
8   scientific accuracy of our study and DOD's
9   responsibility to provide the information.
10  ATSDR staff can coordinate with the United
11  States Marine Corps staff to determine the
12  appropriateness of any document as it relates
13  to our study.  We request that your staff
14  verify and confirm the existence of the
15  documents listed in the attachment.  We also
16  request that your staff identify for us any
17  other documents that may be useful to ATSDR
18  for its water modeling analyses," and it goes
19  on and on.
20          Yesterday we find out, we had our
21  Community Assistance Panel meeting, that
22  there's another whole file of documents
23  related to underground and aboveground storage
24  tanks, some electronic portal from a
25  contractor.  I mean, this never ends.

302

1          These are a few examples of the
2     misinformation, disinformation, half-truths
3     and outright lies that have been told by
4     representatives of the Department of the Navy
5     and the United States Marine Corps.  There are
6     many, many more.  They have provided
7     inaccurate data to the ATSDR, they have
8     misrepresented the levels and the extent of
9     the contamination to the media and to the
10    public at large.  They have, and they continue
11    to misrepresent their negligent behavior which
12    created the conditions that led to the
13    drinking water contamination aboard the base.
14          Their negligent behavior was they just
15    ignored it.  They had warning after warning
16    after warning.  They were told by I don't know
17    how many different analytical laboratories in
18    I don't know how many analytical samples and
19    results that they had a problem with these
20    contaminants, and they never tested their
21    wells.  They never tested the individual
22    drinking water wells until they started in
23    July of 1984 knowing full-well they had a
24    problem.
25          The Marine Corps' representative, who

303

1  did the interview for Dan Rather's story last

2  October, was a Lieutenant Colonel Mike Tencate

3  from Headquarters Marine Corps.  He's a

4  lawyer.  He sat right there and told Mr.

5  Rather that whenever they discovered that they

6  had a problem with their wells, they took them

7  offline.  Mr. Rather asked him, he said where

8  do you get your water?  He said from wells.

9  But you never tested them?  You knew you had

10  this stuff in your tap water, you never tested

11  them?  He repeated his answer again.  Whenever

12  we discovered that it was in the wells, we

13  took them offline.

14         They tried to make the excuse that

15  they thought they had AC-coated pipes that was

16  creating this stuff in the water.  Trouble is

17  they never went back and even checked what the

18  construction materials of their own water

19  system was to verify or deny that claim.

20  Morris, in his water modeling, has shown that

21  there was only AC-coated pipes in one water

22  system, and that was Holcomb Boulevard.  The

23  two highest contaminated systems had none in

24  it, Tarawa Terrace and Hadnot Point.

25         And in my statement here it says in a

1      recent interview with Dan -- I already went
2      over that.  As soon as they discovered he said
3      they took the wells offline.  Well, the sole
4      source for drinking water at Camp Lejeune are
5      deep ground water wells.  Exactly where did
6      the authorities at Camp Lejeune think this
7      contamination was coming from or emitting
8      from.  It wasn't coming from the supply wells.
9      Perhaps they had some rogue water treatment
10     plant operator at the treatment plant pumping
11     these chemicals into their treated water,
12     right?
13              The truth is that base officials knew
14     about it by August of 1982 that the well
15     fields for Tarawa Terrace and Hadnot Point
16     were the source of the contamination aboard
17     the base's water supply system.  Instead of
18     decisive action, excuses were made, the base
19     supervisory chemist offered a suggestion that
20     some of the contamination could be coming from
21     asbestos coated pipes in the systems.  Well,
22     the only instances where any contamination was
23     discovered in that system was when the base
24     operators were opening in the clean Holcomb
25     Boulevard system, was when the operators were

1    opening and closing the isolation valves which

2    interconnected the Holcomb and Hadnot Point

3    systems.

4            And, you know, there are some very

5    pertinent questions which need to be asked

6    here.  Why didn't the Department of the Navy

7    and USMC officials research the construction

8    materials of the contaminated system back in

9    the early 1980s?  The main question would be

10   why did it take more than four years to sample

11   the supply wells?  In that, that question has

12   been asked multiple times and no one can get a

13   straight answer from the Department of the

14   Navy or the Marine Corps.

15           It was my understanding that this

16   expert panel was requested by the Department

17   of the Navy.  It is my opinion that they are

18   hoping that this forum will kill the Hadnot

19   Point water system modeling.  In fact, I

20   believe they would like nothing more.  If

21   science is ever going to have a better

22   understanding of the effects of these

23   chemicals have on human beings, it is

24   imperative that this effort continue.  If the

25   victims of this tragedy are ever going to

1    fully understand what they were exposed to or
2    what caused the death of their loved ones or
3    their illnesses, this water modeling effort
4    must be seen through to its completion.
5            And my involvement in this is my
6    daughter, Janie, was the only child of mine
7    that was conceived while her mother and I
8    lived at Camp Lejeune in one of the
9    contaminated housing areas.  When Janie was
10   six years old, she was diagnosed with acute
11   lymphocytic leukemia.  I watched Janie go
12   through hell for two and a half years before
13   her ultimate death.
14           And from the date of her diagnosis
15   until the date that I found out about the
16   contamination, I did what any normal parent
17   that had a child, who lost a child to a
18   catastrophic long-term illness would do.  I
19   wondered why.  And it was fourteen and a half
20   years until I was walking in the living room
21   with a plate of spaghetti to watch the evening
22   news and the Public Health Assessment had come
23   out.  And one of the local TV stations picked
24   up on the story and did a blurb on the evening
25   news.

1          And I was -- I just walked into my

2     chair.  I was standing there and the reporter

3     said the contaminants that have been found in

4     Camp Lejeune's drinking water from 19 -- they

5     erroneously said from 1968 through 1985 at

6     that point -- were linked to childhood cancer,

7     primarily leukemia.  I dropped my plate of

8     spaghetti on the living room floor, and it was

9     like God had opened the sky up and said,

10     Jerry, that nagging question that has been

11     with you for fourteen and a half years, here

12     is a possible answer to it, not a confirmed

13     but a possible one.

14          And I started making phone calls and

15     started digging.  Here I am.  That was August

16     of 1997, and I've been asked when I'm going to

17     give this up.  And I've made the statement to

18     the press and I made a statement indirectly to

19     the Commandant of the Marine Corps.  I said

20     I'll give this up when you do what's right by

21     our people or when you pat me in the face with

22     a damn shovel and blow Taps over me, that's

23     when I'm going to quit.  And I mean it.  Thank

24     you.

25          **DR. CLARK:**  Mr. Ensminger, we thank you for

1    your statement.  Would you be willing to take

2    some questions?

3         **MR. ENSMINGER:**  Certainly.

4         **DR. CLARK:**  Does the panel or anyone in the

5    audience have any questions or comments?

6         **MR. HARDING:**  Bob, I have some for Mr.

7    Ensminger.  I suspect I know the answer to

8    this, but I'd like you to address it directly

9    because one of the charges that we have is to

10   ask if the timeline of this study is

11   sufficient.  And you've heard, you've been

12   here the whole time.  You've heard all of the

13   discussions about the technical difficulties

14   and the complexities of this and some

15   discussion about whether it can be done by,

16   what is it, December.  And I wanted to know

17   what you and also your sense of the rest of

18   the stakeholders you're associated with think

19   of a longer time to get an answer if the

20   answer could be better.

21        **MR. ENSMINGER:**  I, personally, and I know

22   some people that said, you know, that there's

23   been enough time spent.  Those people aren't

24   really as deeply involved in this, but anyone

25   who is deeply involved -- and Mike Partain is

309

1      another victim back there.

2           He was born at Camp Lejeune.  His

3      father and mother lived there, and he was

4      conceived there and born there.  He ended up

5      with being diagnosed with male breast cancer

6      two years ago.  We've also identified ten

7      other cases of people at Camp Lejeune, either

8      dependents or male Marines who had breast

9      cancer.

10           But to answer your question, I know

11      science takes time; good science does take

12      time.  And I have no qualms at all with taking

13      more time to ensure a good product, and that's

14      my answer.

15        **DR. HILL:**  Just a quick question, the

16      excerpt from CERCLA 47, do you have a year for

17      that?

18        **MR. ENSMINGER:**  A year?  Yeah, it was May --

19      no, I'm sorry, August of 1988.

20        **DR. HILL:**  Nineteen eighty-eight.  Thank

21      you.

22        **DR. CLARK:**  Any more questions or comments

23      from panel or audience?

24        (no response)

25        **MR. ENSMINGER:**  Now, to go back to that

310

1    other question about how much time it's going
2    to take.  What I do take exception to is the
3    dragging this thing out by the trickle of
4    documents.  And every time something new comes
5    out it kicks this thing to the can further
6    down the road, and that pisses me off.  I
7    mean, I should say it frustrates me.  Dr.
8    Sinks does not like some of my mannerisms.
9    I'm me.  I'm a retired former Marine.  I was a
10   drill instructor and I am what I am and you
11   get what you see.
12   **DR. CLARK:**  Anyone else have comments or
13   thoughts, questions they'd like to raise for
14   Mr. Ensminger?
15   **MR. HARDING:**  I just have a comment to the
16   panel.  Just many of you may be aware of this,
17   but there was a, if you will, an epidemic of
18   TCE contamination events discovered in the
19   fall of 1980, and I guess Bob might know this.
20   I think it was a regulatory requirement at EPA
21   that this testing for THMs be done.
22        And I've seen other documents just
23   like this.  And it, literally with the GC
24   trace on it with an arrow saying, you know,
25   possible TCE contamination.  And this is how,

1        I know it was true in Phoenix.  I think it was
2        true in Redlands, California.  I can't
3        remember, a number of the cases that I've seen
4        where this October of 1980, there's a lot of
5        this that went on.
6            DR. CLARK:  It turned out that when we were
7        working on the THM methods that they were very
8        good for capturing VOCs at the same time.  And
9        it was kind of a confounding and puzzling
10       effect.  But the point that Mr. Ensminger
11       makes is absolutely valid.  And I do have a
12       question.
13            First, Mr. Ensminger, you identified
14       correctly, I think, the fact that the THM
15       samples had VOCs in them.  Did you look at
16       anything other than just the three samples
17       that you --
18           MR. ENSMINGER:  Oh, yeah, there's many more.
19       I mean, there's, we've got a whole file of the
20       TTHMs from the Army Environmental Hygiene team
21       and then the Grainger Laboratory that wrote
22       the letter.  We understand that they were told
23       by the Department of Navy to quit quantifying
24       the amount of chemicals, the interfering
25       chemicals, they were finding.

1           So they put on there by it with an
2     asterisk that this chemical was still being
3     found in that water system and
4     tetrachloroethylene was still being found in
5     the Tarawa Terrace system.  They quite
6     quantifying it, but the actual analytical
7     results, there's many of them, and they're in
8     the files.
9        DR. CLARK:  Did you do any looking at
10     samples at a given location over time, for
11     example, after those wells had been taken
12     offline to see if there'd been changes in the
13     THM values?
14        MR. ENSMINGER:  I really didn't see that
15     many TTHM samples after the fact.  I don't
16     know.  I haven't seen them.  I'm sure they're
17     somewhere.
18        DR. CLARK:  They would be required to submit
19     them to the state, but that's something --
20        MR. ENSMINGER:  The State of North Carolina
21     is like, you know.
22        MR. PARTAIN:  Jerry, that had that TTHM
23     problem, too, at the air station.
24        MR. ENSMINGER:  Yeah, they had a problem
25     over at the air station with TTHMs.  They

CLJA_WATERMODELING_01-0000011569

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    exceeded the MCLs at the air station.  And

2    they had salt water intrusion over there.

3         **DR. CLARK:**  Probably brominated compound.

4    It's probably getting brominated compound.

5         **MR. ENSMINGER:**  Yeah, that's what it was.

6         **DR. ASCHENGRAU:**  I just want to follow up

7    with you or the ATSDR folks about that file

8    that you said was, came to light yesterday.

9         **MR. ENSMINGER:**  Yeah, Morris had that on one

10   of his slides this morning.

11        **DR. ASCHENGRAU:**  So has it been given to

12   ATSDR for review to see if there's any useful

13   information in it?

14        **MR. FAYE:**  That's your call, Morris.

15        **MR. MASLIA:**  Bob's punting to me.  Actually,

16   in a series of e-mail communications between

17   Bob, myself and the Marine Corps we became

18   aware of it the beginning week of March of

19   this year.  And we did ask, it's, as Jerry

20   pointed out correctly, it's housed at a

21   website, web portal, by a consultant to

22   NAVFAC, Katlan Associates, Katlan Engineers.

23        We have been given a password and

24   access to that.  Bob initially downloaded over

25   100 documents.  We have -- not pages,

1    documents some of which are hundreds of pages
2    long -- and that's why I referred to it as
3    information because we've done an initial
4    catalogue of that.  We've got that on an Excel
5    file.
6         And that's when I was discussing
7    earlier today that perhaps one way to use this
8    in the most efficient manner as the universe
9    of information is expanding and trying to
10   stick on some timeline, whatever that may be
11   or the panel recommends, would be to view this
12   as a second, quote, independent set of data
13   that we might cull from those documents.
14   Develop a model, calibrate to a set that's
15   already been described here that Rene and Bob
16   and Barbara have described, and then perhaps
17   be able to test or give ourselves more
18   confidence on running the model with this
19   second set.
20        That would do two things.  One, it
21   would not completely ignore this other data.
22   It would keep us going down the path, but it
23   would also answer questions that we, as people
24   have pointed out that with Tarawa Terrace we
25   did not have the opportunity to because the

1    data just weren't there as a second set of

2    information.  So that's thrown out.

3        Consider in your recommendations, if

4    you would, for the panel members.  But that's

5    our thinking right now is that is a

6    possibility.  Obviously, you have do nothing

7    with it, which I don't want to go down that

8    road, or incorporate it with our current data,

9    which we know how long we've been, what, since

10   June of 2007, Bob?

11        MR. FAYE:  Probably a year and a half.

12        MR. MASLIA:  A year and a half already on

13   data analysis and going through these

14   documents and stuff like that.  So if the

15   panel would, I think we would appreciate some

16   feedback on that.

17        DR. ASCHENGRAU:  And then there's really no

18   way of knowing right now if there are still

19   yet other undiscovered sources of information?

20        MR. ENSMINGER:  Well, we know that there's

21   some key stuff that's missing from the files.

22   I don't know if -- one thing I forgot to

23   mention was that there's an Associated Press

24   article out today, ATSDR withdrew the entire

25   Camp Lejeune Public Health Assessment

316

1          yesterday.

2              **DR. HILL:**  What does that mean?

3              **MR. ENSMINGER:**  It's invalid.  Benzene was

4          left off of it.  And we found, Mike Partain,

5          who's my brain back there, he's been a godsend

6          to me.  We've been going through all these

7          CERCLA documents and putting two-and-two

8          together, and we discovered that the

9          contractor that was doing the confirmation

10         study at Camp Lejeune in 1984, in their plan

11         of work and safety, work and safety plan for

12         their contract in early 1984, agreed to a

13         monthly progress report on their efforts to,

14         on the confirmation study on all the

15         contamination sites on the base to start in

16         1984.

17             We found the progress report for May,

18         June and July.  And in July the first samples

19         were taken of monitoring wells and water

20         supply wells that were close to the

21         contamination sites.  Oddly enough, we don't

22         have any more progress reports for that

23         confirmation study.  They ended at July.  So

24         when they would have got started getting the

25         results back, the August, September, October,

1    November reports, they're missing from the

2    files.

3           But we did find a report of the

4    analytical data.  We can't even find the

5    confirmation study report.  The Marine Corps

6    absolutely refused, they disagreed with the

7    conclusions.  I've got this in writing.  And

8    absolutely refused to release that report to

9    any outside agency, but they did agree to

10    release the analytical data.

11           We found the results from the July

12    sample from Well 602, which was right by the

13    Hadnot Point fuel farm, and it had high levels

14    of benzene in it in July.  Do you know when

15    the well was taken offline?  30 November.  You

16    can't tell me this company didn't alert them

17    that they had high levels of benzene in that

18    well when they found it in that analytical

19    result.  That's why we can't find the progress

20    reports for August, September, October, and

21    November.

22      DR. ASCHENGRAU:  So I do think it does fall

23    within our purview to make a recommendation

24    that all of the relevant information should be

25    given to the research group and that would

318

1    affect our other recommendations for the
2    modeling, et cetera.
3        MR. ENSMINGER:  That would be appreciated.
4        DR. CLARK:  Morris wants to say something.
5        MR. MASLIA:  Yeah, I want to clarify for
6    those who are on the panel who are not really
7    familiar with the Health Assessment process.
8    What Jerry just mentioned that the Health
9    Assessment for Camp Lejeune, it's the 1997
10   Health Assessment, was pulled.
11        In a series of discussions, as Jerry
12   said, one of the factors were -- and this is
13   in one of the tables, I think Table 8 or C-8,
14   C-10 in Bob's report -- you'll see benzene
15   levels 720, 380 and so forth.  That was
16   completely omitted from the Health Assessment.
17   That's point one.  Yet, a year later, the 1998
18   Health Study coming out of Frank's division,
19   mentioned benzene contamination of 700.  So
20   obviously, the data was not put into the
21   Health Assessment.
22        Other issues, as have been pointed out
23   previously, was the start-up date with the
24   Holcomb Boulevard plant was incorrect.  There
25   have also been issues of, I guess when ATSDR

CLJA_WATERMODELING_01-0000011575

319

1    was moving offices, some of the original
2    references to support the Health Assessment
3    cannot be located.
4        MR. ENSMINGER:  Not some, all.  They can't
5    even provide the supporting documentation for
6    the thing that created the document.  How in
7    the hell can you make a stand, stand on a
8    document and stand behind it when you don't
9    have the supporting documents that it was
10   created from?  It's worthless.
11       MR. MASLIA:  As a consequence, yesterday our
12   Division Director and Tom Sinks told the CAP
13   that the Health Assessment, the 1997 Health
14   Assessment, was being removed from the
15   website.  It's still, as any document would
16   be, in hard copy if someone requests it.  But
17   if they request it there'll be a caveat or
18   some letter with it explaining that.
19           And, of course, then they would wait
20   until we finish the current study
21   investigation for Tarawa Terrace and then also
22   the Hadnot, Holcomb Bridge area to do whatever
23   Agency management decides what approach they
24   want to take.  So I just wanted to clarify
25   that for those who are not familiar or with

320

1       the Health Assessment itself.

2          DR. CLARK:  Walter, you wanted to make a

3       comment?

4          DR. GRAYMAN:  Yeah, this morning there was

5       at some point, there was a graph shown in

6       which it showed that there's a lot more data

7       available from 1998 to the present time.  And

8       the explanation was that, and I can't remember

9       whether it was federal or state law

10      regulations that the utility hold onto the

11      records for ten years.  Is there something

12      that can be done to ensure that that period is

13      extended so we don't start losing data that

14      becomes ten years old and then is lost?

15         DR. CLARK:  I'm assuming that that's

16      probably a state agreement in conjunction with

17      EPA, but I don't know that.

18         MR. ENSMINGER:  It's a CERCLA requirement.

19      And it's required to be maintained for 50

20      years on any site that's declared a ~~super fund~~

21      [Superfund -ed.] site.  And there's all kinds

22      of stuff from Camp Lejeune missing.  Now they

23      keep saying they have this seven year, in-

24      house requirement to purge their files.  I

25      hate to tell them, but they're in violation of

CLJA_WATERMODELING_01-0000011577

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1          the CERCLA laws.

2                    And, you know, Morris and Bob Faye had

3          an experience up at the State of North

4          Carolina's archives when they were trying to

5          find all the operating permits for the water

6          system at Camp Lejeune.  And they went in

7          there, and they found everything from the

8          beginning of the base, to the opening up of

9          all the different water treatment plants, the

10         water distribution systems, and it went from

11         1941 to all the way up to, what, 1968, or no,

12         '68?  And then from '68 all the way to 1990 or

13         '91, the file folder was there.  Everything

14         was gone.  And then from that point to present

15         everything was there.  You tell me.

16           DR. CLARK:  Any more questions of Mr.

17         Ensminger?

18           (no response)

19           DR. CLARK:  Comments?

20           (no response)

21           DR. CLARK:  Well, thank you very much for

22         your presentation.  I think --

23           DR. CLAPP:  I was just going to say the same

24         thing the Chair just said.  I'd like to thank

25         Jerry for his service and his presentation.

1      **DR. CLARK:**  Well, I think he reminds us that

2      there's a human dimension to this study that

3      we have to keep in mind.  I think we, it's

4      very easy, as you can, if you remember from

5      the previous discussions today, to get lost in

6      the science and the wonders of that aspect of

7      what we're doing.  And we'll have more of that

8      tomorrow, but there's a human, real tragedy in

9      some sense, involved in this situation.

10      **MR. ENSMINGER:**  We have a website we created

11      for the victims of this thing, and it's

12      www.TFTPTF, that's the abbreviations for The

13      Few, The Proud, The Forgotten-dot-com.  And

14      I'm going to tell you, people contact me all

15      the time.  You would not believe the cases of

16      non-Hodgkins lymphoma, the cases of leukemia,

17      liver cancer, kidney cancer, bladder cancers

18      of former Marines and sailors and their family

19      members that are coming to our website.

20           It's horrible, and I'm fearful, when

21      we finally do find out the truth in this

22      thing, when we uncover it, we're going to be

23      uncovering one grave at a time.  I hope not,

24      but I believe that's what's coming.  And I

25      have one more thing to say.  You saw the

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    examples of the lies.  You've got them right

2    there in your hands.  There's only one reason

3    to lie, and that's because you're guilty.

4        MR. PARTAIN:  I'd also like to invite the

5    members of the panel, on the website there is

6    a historical timeline of events that's

7    referenced with actual documents.  Most of

8    them are available on the website.  We can

9    pull a document up and read that.  It's under

10   the historical document section.

11        It's rather long boring reading, but

12   it at least gives you an idea of what

13   happened.  And that goes from basically 1950

14   to 1989, and I'm currently working on the

15   second half of that project, 1990 to the

16   present day.  And there's also on the

17   discussion board on the website there is a

18   discussion called Betrayal of Trust and Honor,

19   which is an historical discussion.

20        My degree's in history -- I'm a former

21   teacher -- you'll see I can read the stuff.

22   And it's all referenced to historical

23   documents, too, and that will give you an idea

24   of what was going on.  Jerry mentioned in his

25   presentation about Cheryl Barnett saying that

324

1            we didn't know until this study.  Well, the
2            study she's referring to is the confirmation
3            study of 1984.
4                 DR. CLARK:  Thank you very much.
5                 DR. GOVINDARAJU:  Actually, could you please
6            repeat that website again?  I wrote it down.
7                 MR. PARTAIN:  It's The Few, The Proud, The
8            Forgotten.  If you take the initials, Tango,
9            Frank, Tango, Peter, Tango, Frank-dot-com,
10           TFTPTF.com.
11                DR. CLARK:  Mary.
12                DR. HILL:  So there's been mention of health
13           effects that are further along in life than
14           some of the ones that are formally being
15           considered here.  And I assume there was some
16           investigation into those and there wasn't
17           enough data to support that, but I just wanted
18           to –
19                DR. BOVE:  No, no, no, no.  That's our
20           future studies, which we can talk about at
21           some point if we –
22                DR. CLARK:  I suspect we'll end up
23           discussing that further on as we get further
24           into the discussion.  I have the same reaction
25           that you do.

CLJA_WATERMODELING_01-0000011581

325

1            Any more comments, questions on this
2       particular, on Mr. Ensminger's presentation?
3          (no response)
4          **DR. CLARK:**  Okay, to continue on --
5          **MR. HARDING:**  Bob, just a comment on what
6       Frank said and Mr. Ensminger, I wasn't
7       completely clear that there were going to be
8       follow-on studies, but it just raises the
9       point again that this, that the key to all of
10      that is going to be the exposure information.
11      And so it's important that that be done as
12      well as it can be.  And I want to encourage,
13      and this will be something I advocate in the
14      panel, that ATSDR really focus its efforts on
15      the things and maybe we can help them do that,
16      that are most important to getting that
17      information.
18          **DR. CLARK:**  Very good comment.
19            Anything else?
20          (no response)
21  **REPRESENTATIVE OF DEPARTMENT OF NAVY**
22          **DR. CLARK:**  We'll let Mr. Dan Waddill from
23      the Department of the Navy ~~to~~ [-ed.]continue
24      and I guess conclude our public discussion.
25          **DR. WADDILL:**  Well, my name is Dan Waddill

CLJA_WATERMODELING_01-0000011582

326

1    and I'd like to thank you all and ATSDR for
2    this opportunity to address this expert panel.
3    I work in the Navy's environmental clean up
4    program as the head of the Engineering Support
5    Section at NAVFAC Atlantic.  My group provides
6    technical support for Navy and Marine Corps
7    sites across the continental United States and
8    Alaska.
9           My educational background is in
10   modeling of groundwater flow and contaminant
11   transport, and I've been involved in numerous
12   applications of these models at sites, Navy
13   and Marine Corps sites.  Last year I
14   contributed to Navy comments on the ATSDR
15   water modeling report for Tarawa Terrace, and
16   I believe you have copies of those comments
17   and responses.
18          I would like to say that the Navy and
19   Marine Corps fully support the scientific
20   effort to determine exposure concentrations
21   and their effects at Camp Lejeune, and in
22   particular, we support the work of this expert
23   panel, and we do thank you for your efforts.
24   As you move forward with your discussions
25   today and tomorrow, I'd like to ask you to

327

1    consider three issues related to the

2    groundwater modeling efforts.

3         But before I do that I'd like to

4    explain how I'll use the words accuracy and

5    precision in my comments because I think that

6    will help clarify what I'm talking about.  In

7    the way that I'll use it accuracy is the

8    extent of agreement between model output and

9    measured data, and accuracy would be estimated

10   by comparing the model to the real world.

11        For example, at Tarawa Terrace we

12   would compare model-simulated PCE

13   concentrations with measured PCE

14   concentrations and that would give us a sense

15   of model accuracy.  Precision is the extent of

16   agreement among various model runs, so

17   precision would be estimated by comparing one

18   model run to another as we do, for example,

19   during Monte Carlo analysis.

20        So to get to the first issue in the

21   existing charge to the expert panel, Section

22   2B asks which modeling methods do panel

23   members recommend ATSDR use in providing

24   reliable monthly mean concentration results

25   for exposure calculations.  And we certainly

1    think that is a good question for you to

2    consider.

3         In addition to that I'd like you to

4    consider a more preliminary question which is,

5    or issue, which is whether or not modeling at

6    Hadnot Point is capable of providing reliable

7    average concentrations on a month-by-month

8    basis.  And in other words can we expect the

9    model to distinguish concentrations from one

10   month to the next with a degree of accuracy

11   that would be useful for the epidemiological

12   study or is monthly simply too fine a

13   resolution for the model to achieve.

14        And why do I ask you to consider this

15   issue?  Well, we know that the modeling

16   efforts at Tarawa Terrace and Hadnot Point

17   both face a fundamental difficulty caused by

18   the limited availability of real-world

19   concentrations.  The models are being asked to

20   reconstruct historical concentrations back to

21   the '40s or '50s, but prior to the 1980s there

22   are no measured concentrations of PCE, TCE and

23   the other contaminants.

24        For Tarawa Terrace ATSDR determined,

25   and the Navy concurs, that there is not enough

1          measured PCE data for a meaningful model
2          verification step.  And since measured PCE
3          concentrations are available only in the
4          1980s, model output from the late '70s or
5          early '80s back to the 1950s cannot be
6          compared to actual PCE data.
7                  And we know that we have to ask the
8          model to fill in data gaps.  If we had enough
9          measured data, we wouldn't need to model at
10         all.  We'd just use the measured data.  But
11         the question is, is 30 years, is that too big
12         of a gap to be filled in by a model on a
13         month-by-month basis.
14                 To evaluate model uncertainty
15         probabilistic analysis was used at Tarawa
16         Terrace, numerous model runs compared against
17         each other.  So that gives an idea of model
18         precision and the uncertainty based on model
19         precision.  And this is good information.
20         It's a standard modeling technique, standard
21         approach.  And it gives us a sense of how
22         tightly clustered that model output is.  But
23         it doesn't necessarily tell us if that cluster
24         of output is centered around the real result.
25         Is it hitting the real-world target?

1        For Hadnot Point the situation is
2    similar in that the model would need to
3    extrapolate concentrations back in time over
4    roughly 30-to-40 years.  As we've discussed
5    already, the overall situation at Hadnot Point
6    is that it's significantly larger and more
7    complicated than Tarawa Terrace was.
8        So the second issue I'd like to look
9    more closely at model uncertainty, as I
10    mentioned before at Tarawa Terrace,
11    probabilistic analysis was used to examine
12    uncertainty with respect to model precision.
13    And this work occurs in the model world.  I
14    would also like to examine how the model
15    compares to the real world and that would help
16    us better understand uncertainty with respect
17    to model accuracy.
18        And obviously there are long stretches
19    of time without real-world concentrations, you
20    know, they're just not available for
21    comparison.  But we do have those in the
22    1980s, and those comparisons were made for the
23    Tarawa Terrace model during calibration.  So
24    that degree of fit that was attained during
25    the model calibration gives us a sense of the

1    uncertainty that we might expect with respect
2    to accuracy of the model.
3          For the earlier decades when we can't
4    compare the model to real-world concentrations
5    that accuracy is somewhat unknown, and I guess
6    I would ask you to consider whether we would
7    think the model would be more accurate in
8    those earlier years than it was in the '80s or
9    might it be similar.
10         And so just to sum up, I think it's
11   important to consider the model precision,
12   model accuracy, and to consider how the
13   uncertainty in the accuracy can be assessed
14   and conveyed to the model users.  That would
15   include the public as well as the
16   epidemiologists.
17         Just as an example, you know, this
18   morning when Dr. Bove showed the table of
19   monthly model-derived exposures, the panel,
20   you all asked, commented on the three
21   significant figures.  And there's a comment
22   that it might be appropriate to show a range
23   of values instead of a single value.  And I
24   certainly think that these are good
25   suggestions, and it would be helpful to know

332

1    what that range would be as we move forward.

2           And just as an illustration, and I'm

3    picking these numbers out of the air, if we

4    have a value of 90 micrograms per liter, does

5    that fall within a range of 60 to 150 or is

6    the range more like 30 to 300 or is it 10 to

7    1,000.  It would just be useful to have this

8    kind of information passed along to the users

9    of the model.

10          And the third issue is related to the

11   second one.  I'd like to look more closely at

12   model calibration.  The existing charge to the

13   panel asks whether there are established

14   guidelines for applying calibration targets

15   and what the calibration targets ought to be,

16   and again, I think this is very useful and

17   appropriate.

18          Given that approach though I'd like to

19   ask the panel to consider also how the model

20   results ought to be interpreted when the

21   calibration targets aren't met.  And maybe

22   that's not a good way of asking that question.

23          I thought perhaps a better way and a

24   more general and useful way to ask that

25   question would be simply how do we assess and

1     convey to model users the performance of the

2     model during the calibration process.  And I

3     think this is important because it will shed

4     light on model accuracy and the uncertainty

5     associated with accuracy.

6     So just to sum up I'm asking the panel

7     to consider three issues.  First, given the

8     limited availability of measured

9     concentrations and the site-related

10     difficulties and uncertainties that we've

11     talked about, would modeling at Hadnot Point

12     be capable of providing reliable average

13     concentrations on a month-by-month basis?

14     And second, in addition to considering

15     uncertainty with respect to model precision,

16     how should uncertainty with respect to model

17     accuracy be assessed and conveyed to the model

18     users?

19     And third, how do we assess and convey

20     the performance of the model during

21     calibration?  And issues really two and three

22     could really be lumped together into one main

23     concern that would be that model users be

24     given a clear understanding of the model

25     uncertainty.

334

1             And, you know, I've been working with
2       Camp Lejeune for a year and a half or two
3       maybe, so I certainly don't understand all the
4       issues associated with it.  But I can say that
5       the Navy goal for this expert panel is simply
6       to get your best recommendations for the best
7       science that could come out of this result.
8       And I know that you have a difficult job.
9       This is a difficult site, and we certainly
10      thank you for your efforts.
11         **DR. CLARK:**  Dr. Waddill, would you be
12      willing to take a few questions?
13         **DR. WADDILL:**  Yes.
14         **DR. CLARK:**  Do we have questions from the
15      panel for Dr. Waddill?
16         **DR. GRAYMAN:**  It's more a comment than a
17      question.  One danger when you talk about
18      ranges for values is if the perception is that
19      that range, that every point within that range
20      is equally likely, and I would suggest maybe
21      rather than a range of values, a likely
22      distribution of what the values are going to
23      be so the points at the end are probably less
24      likely than the ones nearer the middle.
25         **DR. WADDILL:**  I would agree with that and

335

1       really, I'm not asking you to, I'm just asking
2       you what sort of recommendations might you
3       have.  I'm not trying to endorse a range.
4          **DR. CLARK:**  Do we have any more?  Mary.
5          **DR. HILL:**  Just one thing.  In talking about
6       model fit, it's not true that just a really,
7       if I was given, if I gave you a model that fit
8       the data exactly, I would expect you to be
9       suspicious.
10         **DR. WADDILL:**  Right.
11         **DR. HILL:**  So there's a balance there that's
12      not always easy to deal with ~~and certainly~~
13      [uncertainty -ed.] from your position.
14         **DR. WADDILL:**  I agree.  I agree with you
15      completely.
16         **DR. CLARK:**  Do we have any more comments
17      from the panel or –
18         **MR. HARDING:**  Yeah, sort of along those
19      lines it's common to view analytical results
20      as the truth, as the true value.  But in fact,
21      they are only an estimate of the true value,
22      and what that value is depends on the question
23      that's asked.  And the model's being asked a
24      slightly different question because we're
25      dealing with a month-long stress period.

CLJA_WATERMODELING_01-0000011592

336

1      Somebody walks out with a sample

2   bottle and takes a sample out of a well.  And

3   as I think Mr. Faye, Dr. Faye talked about the

4   fact that things can change pretty fast under

5   pumping regimes.  We've seen cases where

6   they'll change two orders of magnitude over a

7   period of a couple of weeks of pumping.

8      And so I think it's really important

9   as you think about that if you have a value

10   that doesn't agree, so it affects your

11   definition of accuracy, you really have to

12   look at that in a much more, in a much richer

13   way, a much deeper before you decide whether

14   that's really saying the model isn't

15   performing the way it should.

16   **DR. WADDILL:**  Yeah, I agree, and I really

17   just, you know, there are all kinds of issues

18   associated with sampling and analysis, and

19   there are inaccuracies associated with that,

20   too.  I just think that what I'm asking is

21   that you consider the comparisons to the real-

22   world samples that we have and to address

23   among yourselves what's the best way to assess

24   uncertainty.  And I didn't mean to imply that

25   I have an answer for that.  That's a tough

337

1    one, and I'm just asking you to consider it.

2         DR. CLARK:  Do we have any more -

3         DR. GRAYMAN:  Bob, just an add-on to what

4    Ben says is that when you start going into

5    distribution systems and look at water

6    quality, you can have changes literally within

7    minutes because of the dynamics.  I could very

8    much see this being the case in Holcomb

9    Boulevard where you take the sample, and it

10   reads something.  And ten minutes later you

11   took another sample, and it may be absolutely,

12   totally different.  So you have to be very

13   careful in distribution systems.

14        DR. CLARK:  Do we have any more?  Richard.

15        DR. CLAPP:  Just one more time.  Dr. Bove

16   said this morning I think the National Academy

17   of Sciences Report, which has been delayed,

18   will say the same thing, which is that we're

19   not actually looking for numerical values for

20   each individual subject.  We're looking for a

21   ranking of those, and just to make that point

22   again.

23        DR. HILL:  I have a question.  Oh, go ahead.

24        DR. ROSS:  Along those lines and for

25   clarification of folks like me without much

CLJA_WATERMODELING_01-0000011594

1      epi background, there's a response to the

2      Don's comments that reads if I could just

3      humor me for a second.  I'll bore you.

4           A successful epidemiological study

5      places little emphasis on the actual-

6      parentheses-absolute estimate of

7      concentration, and rather emphasizes the

8      relative level of exposure.  Can you enlighten

9      me?  And this speaks to the objectives of the

10     model.  What the objectives are.

11     **DR. CLAPP:**  Well, I don't know how to say it

12     more clearly than that actually.  It is, for

13     each individual subject, and that's like I

14     said, for example, a child with a birth defect

15     or a control in that study or later on in a

16     person who died of kidney cancer versus a

17     person who was at the base but didn't die of

18     that.

19          We're looking to see whether in a

20     relative scale, the exposed people were more

21     likely to have gotten the disease, and so it

22     can be -- for example in Woburn, in my own

23     work on Woburn, we were looking at categories

24     highly exposed, moderately exposed and either

25     not exposed at all or unexposed.  And we saw

1      it.  We actually saw that result that the

2      highly exposed were much more likely, in my

3      first study ten times more likely, to have

4      been diagnosed with childhood leukemia than

5      the controls, so in that stratum of highly

6      exposed.

7              So it's really not about that you have

8      to have had a cumulative lifetime exposure of

9      500 parts per billion or 531 parts per billion

10     versus 497 parts per billion.  It's are you in

11     the high exposed, the medium exposed or low

12     exposed.  And that's how most of these studies

13     are done.  And especially in a situation like

14     this where the data are either going to be

15     uncertain or sparse.  That's the best we can

16     do.

17        DR. WARTENBERG:  Just to follow up on that,

18     the methodology that's used for those, the

19     analysis Dick's talking about, look at if one

20     goes up is that associated with a greater

21     likelihood of disease.  So it doesn't really

22     use the numbers.  You can back out of some of

23     the numbers to try and have a handle to talk

24     about it.  But, in fact, the analysis doesn't

25     care if the numbers are from one to ten or

1     from one to a thousand.  It still looks for
2     that association.  And that's why the comment
3     is don't worry about the numbers.  That's not
4     the point of the analysis.
5        DR. WADDILL:  I guess as long as the model
6     is accurate enough to get the trend right and
7     the ranking right, that would be my
8     understanding.
9        DR. WARTENBERG:  Where it becomes trickier
10    is when you start grouping the data, I mean,
11    what Dick was saying about having different
12    categories, then that also becomes sort of
13    tricky in terms of either making clear what
14    the association is, but if it's done some
15    ways, it can also make it more obscure.
16       DR. CLAPP:  And luckily we have an expert on
17    how to do those cut points sitting right here.
18       DR. HILL:  So if I consider a first order
19    analysis to be take the existing data I have
20    at these different wells, and just assume,
21    from that get some average concentration for
22    those wells over time, and then apply the
23    pumping schedule, I would get exposure rates
24    for different communities, and they could be
25    fit into these different categories.  That

1        would just be a first order.
2               Okay, so the question becomes in what
3        ways can we use a groundwater model to improve
4        on that first order estimate.  Is that a
5        rational --
6          DR. CLAPP:  That's what I think we're doing
7        here, yes.
8          DR. HILL:  Has that first order analysis
9        ever been done?
10         DR. CLAPP:  Not yet, but I mean for example
11       for Tarawa Terrace, that is now available to
12       do that.  It needs to be --
13         DR. HILL:  Right, for either the numerical
14       modeling or this first order analysis, you
15       have to figure out some pumping schedule, but
16       that's a step that's in common to both of
17       them.
18         DR. CLAPP:  Yeah.
19         DR. HILL:  So it's just, it seems to me like
20       that's the framework I'm thinking of in terms
21       of --
22         DR. CLARK:  Frank, did you have a comment?
23         DR. BOVE:  No.
24         DR. CLARK:  Do we have any more comments or
25       thoughts for Dr. Waddill while we have him

1    here?

2       (no response)

3       **DR. CLARK:**  Thank you very much.  We

4    appreciate your coming in, sir, very relevant,

5    very important and good advice to the panel.

6    Thank you.

7       **MR. MASLIA:**  We can hook Scott up.  We'll

8    take a ten minute break?

9       **DR. BAIR:**  I'm a lot more nervous about this

10   than I was an hour ago.

11      **MR. MASLIA:**  Take a minute break while we

12   hook you up.  So if we can start back at five

13   o'clock.

14            (Whereupon, a break was taken between

15   4:50 p.m. and 5:00 p.m.)

16      **DR. CLARK:**  I guess they've been live video

17   streaming all through this break so time to

18   get back on board and get going.  Scott's

19   going to talk about some of his studies at

20   Woburn, which I think would be very

21   informative and useful for our discussion.

22   (Whereupon, a presentation was made by Dr.

23   Scott Bair from 5:00 p.m. to 6:00 p.m.  The

24   meeting concluded for the day at 6:00 p.m.)

25

26

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1

**CERTIFICATE OF COURT REPORTER**

**STATE OF GEORGIA**
**COUNTY OF FULTON**

I, Steven Ray Green, Certified Merit Court
Reporter, do hereby certify that I reported the
above and foregoing on the day of April 29,
2009; and it is a true and accurate transcript
of the testimony captioned herein.

I further certify that I am neither kin
nor counsel to any of the parties herein, nor
have any interest in the cause named herein.

WITNESS my hand and official seal this the
19th day of June, 2009.


*Steven Ray Green, CCR*

STEVEN RAY GREEN, CCR, CVR-CM, PNSC
CERTIFIED MERIT COURT REPORTER
CERTIFICATE NUMBER: A-2102

2

CLJA_WATERMODELING_01-0000011600