# EXHIBIT 10

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

**THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**AGENCY FOR TOXIC SUBSTANCES AND DISEASE REGISTRY**

convenes the

**EXPERT PANEL MEETING**

**Analysis and Historical Reconstruction of
Groundwater Resources and Distribution of
Drinking Water at Hadnot Point, Holcomb
Boulevard and Vicinity, U.S. Marine Corps
Base, Camp Lejeune, North Carolina**

APRIL 30, 2009

The verbatim transcript of the Expert Panel Meeting

held at the ATSDR, Chamblee Building 106,

Conference Room A, Atlanta, Georgia, on Apr. 30,

2009.



STEVEN RAY GREEN AND ASSOCIATES
NATIONALLY CERTIFIED COURT REPORTING
404/733-6070

CLJA_WATERMODELING_01-0000011601

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

# C O N T E N T S

April 30, 2009

HOUSEKEEPING RULES                                    10
MORRIS L. MASLIA

RE-INTRODUCTION OF PANEL AND SUMMARY OF DAY 1
ISSUES AND DISCUSSION                                 13
PANEL CHAIR, DR. ROBERT M. CLARK

WATER-DISTRIBUTION SYSTEM MODELING                    14
JASON SAUTNER
     (a)   REVIEW AND OVERVIEW OF MODELS FOR HADNOT POINT
           AND HOLCOMB BOULEVARD
     (b)   INTERCONNECTION OF HADNOT POINT AND HOLCOMB
           BOULEVARD SYSTEMS

PANEL DISCUSSION:  WATER-DISTRIBUTION SYSTEM
MODELING                                              44

PANEL DISCUSSION:  WATER-DISTRIBUTION SYSTEM
MODELING (RECOMMENDATIONS FROM THE PANEL)             113

DATA DISCOVERY – ADDITIONAL INFORMATION AND DATA      167
MORRIS MASLIA AND FRANK BOVE

PANEL DISCUSSION:  INCORPORATING AND USING ADDITIONAL
INFORMATION AND DATA                                  192

CHAIR SOLICITS RESPONSE TO CHARGE FROM EACH
PANEL MEMBER                                          223
PANEL CHAIR AND MEMBERS

COURT REPORTER'S CERTIFICATE                          277

CLJA_WATERMODELING_01-0000011602

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

## TRANSCRIPT LEGEND

The following transcript contains quoted material. Such material is reproduced as read or spoken.

In the following transcript: a dash (--) indicates an unintentional or purposeful interruption of a sentence. An ellipsis (...) indicates halting speech or an unfinished sentence in dialogue or omission(s) of word(s) when reading written material.

-- (sic) denotes an incorrect usage or pronunciation of a word which is transcribed in its original form as reported.

-- (phonetically) indicates a phonetic spelling of the word if no confirmation of the correct spelling is available.

-- "uh-huh" represents an affirmative response, and "uh-uh" represents a negative response.

-- "*" denotes a spelling based on phonetics, without reference available.

-- "^" represents inaudible or unintelligible speech or speaker failure, usually failure to use a microphone or multiple speakers speaking simultaneously; also telephonic failure.

CLJA_WATERMODELING_01-0000011603

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

-- "[    -ed.]" represents a correction made by the editor

## EXPERT PANEL

Analysis and Historical Reconstruction of Groundwater Resources and Distribution of Drinking Water at Hadnot Point and Holcomb Boulevard and Vicinity, U.S. Marine Corps Base, Camp Lejeune, North Carolina.

**PANEL MEMBERS**

**Robert M. Clark**, PhD, MS, DEE, PE

  Panel Chair, Environmental Engineering & Public Health Consultant

Cincinnati, Ohio

**Ann Aschengrau, ScD, MS**

  Associate Chairman and Professor, Department of Epidemiology, Boston University School of Public Health

Boston, Massachusetts

**E. Scott Bair, PhD, MS**

  Professor and Chair, Department of Geological Sciences, The Ohio State University

Columbus, Ohio

**Richard Clapp, DSc, MPH**

5

Professor, Department of Environmental Health, Boston
University School of Public Health

Boston, Massachusetts

**David E. Dougherty, PhD, MA, MSCE**

Principal, Subterranean Research, Inc.

Duxbury, Massachusetts

**Rao S. Govindaraju, PhD, MS**

Christopher B. and Susan S. Burke Professor of Civil
Engineering, School of Civil Engineering, Purdue
University

West Lafayette, Indiana

**Walter M. Grayman, PhD, PE, DWRE**

Consulting Engineer

Cincinnati, Ohio

**Benjamin L. Harding, PE**

Principal Engineer, AMEC Earth & Environmental

Boulder, Colorado

**Mary C. Hill, PhD, MSE**

Research Hydrologist, U.S. Geological Survey

Boulder, Colorado

**Leonard F. Konikow, PhD, MS, PG**

Research Hydrologist, U.S. Geological Survey

6

Reston, Virginia

**Peter Pommerenk, PhD, MS, PE**

  Consultant, Water System Engineering & Consulting, Inc.

Virginia Beach, Virginia

**Randall R. Ross, PhD, MS**

  Hydrologist, Ground Water and Ecosystems Restoration

Division, Applied Research and Technical Support Branch,

U.S. Environmental Protection Agency

Ada, Oklahoma

**Daniel Wartenberg, PhD, MPH**

  Professor, Department of Epidemiology, The University

of Medicine & Dentistry of New Jersey School of Public

Health

Piscataway, New Jersey

7

# P A R T I C I P A N T S

### (alphabetically)

ANDERSON, BARBARA, ATSDR
ARAL, M., GT
ASCHENGRAU, ANN, BOSTON UNIV.
ASHTON, BRYNN, USMC
BAIR, EDWIN, S., OHIO STATE U.
~~BELGIN~~, [BELJIN -ed.] MILOVAN, SHAW, INC.
BURTON, THOMAS, USMC
CIBULAS, WILLIAM, ATSDR
CLAPP, RICHARD, BUSPH
CLARK, ROBERT, INDEPENDENT CONSULTANT
CLARK, MAJ. VERN, SELF
DOUGHERTY, DAVE, SUBTERRANEAN RESEARCH
ENSMINGER, JERRY, CAP
FAYE, ROBERT E., CONSULTANT
GAMACHE, C., USMC
GOVINDARAJU, RAO S., PURDUE UNIV.
GRAYMAN, WALTER M., GRAYMAN CONSULTING
GREEN, STEVEN RAY, SRG & ASSCS.
HARDING, BEN, AMEC
HARTSOE, JOEL, USMC
HILL, MARY C., USGS
KONIKOW, LEONARD, USGS
MASLIA, MORRIS, ATSDR/DHAC
PARTAIN, MIKE, CAMP LEJEUNE CAP
POMMERENK, PETER, INDEPENDENT CONSULTANT
ROSS, RANDALL, USEPA
RUCKART, PERRI, ATSDR
SAUTNER, JASON, ATSDR
SCOTT, CHERYL, EPA
SIMMONS, MARY ANN, NAVY
~~SUAVEZ~~ [SUÁREZ-SOTO -ed.], ~~RENE~~ [RENÉ -ed.] J.,
ATSDR/DHAC
WADDILL, DAN, NAVFAC
WARTENBERG, DAN, UMDNJ
WILLIAMS, SCOTT, USMC

1

8

## Glossary of Acronyms and Abbreviations

| | |
|---|---|
| ASCE | American Society of Civil Engineers |
| AST | above ground storage tank |
| ATSDR | Agency for Toxic Substances and Disease Registry |
| AWWA | American Water Works Association |
| BTEX | benzene, toluene, ethylbenzene, and xylenes |
| CAP | community assistance panel |
| CD-ROM | compact disc, read-only-memory |
| CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act |
| CI | cast iron |
| DCE | DCE: dichloroethylene |
| 1,1-DCE: | 1,1-dichloroethylene or 1,1-dichloroethene |
| 1,2-DCE: | 1,2-dichloroethylene or 1,2-dichloroethene |
| 1,2-cDCE: | *cis*-1,2-dichloroethylene or *cis*-1,2-dichloroethene |
| 1,2-tDCE: | *trans*-1,2-dichloroethylene or *trans*-1,2-dichloroethene |
| DHAC | Division of Health Assessment and Consultation, ATSDR |
| DOD | U.S. Department of Defense |
| DON | U.S. Department of Navy |
| EPANET or EPANET 2 | a water-distribution system model developed by the EPA |
| ERG | Eastern Research Group, Inc. |
| gal | gallons |
| gpm | gallons per minute |
| HPIA | Hadnot Point Industrial Area |
| HUF | hydrologic unit flow |
| IRP | installation restoration program |
| LGR | local-grid refinement |
| MESL | Multimedia Environmental Simulations Laboratory, Georgia Institute of Technology |
| MGD | million gallons per day |
| $\mu g/L$ | micrograms per liter |
| MODFLOW | a three-dimensional groundwater flow model developed by the U.S. Geological Survey |
| MODPATH | a particle-tracking model developed by the U.S. Geological Survey that computes three-dimensional pathlines and particle arrival times at pumping wells based on the advective flow output of MODFLOW |
| MT3DMS | a three-dimensional mass transport, multispecies model developed by C. Zheng and P. Wang on behalf of the |

CLJA_WATERMODELING_01-0000011608

9

| | | |
|---|---|---|
| 1 | | U.S. Army Engineer Research and Development Center, |
| 2 | | Vicksburg, Mississippi |
| 3 | NAVFAC | Naval Facilities Engineering Command |
| 4 | NCEH | National Center for Environmental Health, U.S. Centers |
| 5 | | for Disease Control and Prevention |
| 6 | NTD | neural tube defect |
| 7 | PCE | tetrachloroethylene, tetrachlorethene, PERC® or PERK® |
| 8 | PEST | a model-independent parameter estimation and |
| 9 | | uncertainty analysis tool developed by Watermark |
| 10 | | Numerical Computing |
| 11 | ppb | parts per billion |
| 12 | PVC | polyvinyl chloride |
| 13 | SGA | small for gestational age |
| 14 | Surfer® | a software program used for mapping contaminant |
| 15 | plumes in groundwater | |
| 16 | TCE | trichloroethylene, 1,1,2-trichloroethene, or 1,1,2- |
| 17 | trichloroethylene | |
| 18 | TechFlowMP | a three-dimensional multiphase multispecies contaminant |
| 19 | | fate and transport analysis software for subsurface |
| 20 | | systems developed at the Multimedia Environmental |
| 21 | | Simulations Laboratory (MESL) Research Center at |
| 22 | | Georgia Tech |
| 23 | TTHM | total trihalomethane |
| 24 | USEPA | U.S. Environmental Protection Agency |
| 25 | USMC | U.S. Marine Corps |
| 26 | USGS | U.S. Geological Survey |
| 27 | USPHS | U.S. Public Health Service |
| 28 | UST | underground storage tank |
| 29 | VC | vinyl chloride |
| 30 | VOC | volatile organic compound |
| 31 | WTP | water treatment plant |
| 32 | | |
| 33 | | |

CLJA_WATERMODELING_01-0000011609

# P R O C E E D I N G S

(8:15 a.m.)

## HOUSEKEEPING RULES

**DR. CLARK:** Morris has got a couple of things that he wanted to go over, sort of general issues. One thing that we had talked about is ~~if I don't know~~ [-ed.] whether Scott can finish his presentation perhaps during lunchtime if that would be possible.

How long would it take? About 15 minutes or so to --

**DR. BAIR:** Ten or 12.

**DR. CLARK:** Okay, we'll try to work that out because I think you were right at the point, sort of the punch line, and we sort of missed that, very interesting.

Morris, you have a couple things you want to say?

**MR. MASLIA:** First of all I wanted to thank Barbara for bringing in the biscuits and all that this morning. That was a welcome treat, and Rene, ~~and Rene,~~ [-ed.] and also our staff, Kathy Hemphill, Rachel Rogers and Liz for administrative help in getting things going.

11

1            Second of all, for those who are
2       turning in or traveling on ERG's money, you
3       can mail in your receipts to Liz when you get
4       back or e-mail them or however you want to do
5       that.  Then thirdly, and perhaps this was a
6       misunderstanding but hopefully we can clear it
7       up to this morning.  I wanted to make sure
8       everyone understood that the notebooks and the
9       materials that were sent to you were not
10      intended to imply they were anywhere near
11      completion.
12            I think that impression may have been
13      observed because we gave a time schedule and
14      it showed we were planning originally to be
15      finished by December of 2009.  So that was not
16      the intent.  I apologize if that message sort
17      of came about to appear and to sort of
18      demonstrate we talked a lot about Table C-7
19      through C-13 yesterday so I printed them out
20      for you.
21            And if you go to any one of the
22      tables, even the last table, you'll see that
23      it takes seven, eight, nine, ten, 12, a dozen,
24      couple dozen files just to compile the data
25      for one table.  So the files are massive to go

CLJA_WATERMODELING_01-0000011611

12

1    through, and so this was sort of our

2    compilation of data that we had completed.

3    And it was not intended to imply that

4    we are ready to send this thing out for

5    clearance or peer review or anything like

6    that.  It was really to get your feedback, and

7    in fact, feedback in terms of the timeline and

8    everything else.  So hopefully, that clears

9    that up, and I think that is about all.

10   We really want to try to stick to the

11   schedule.  We did pretty good yesterday.

12   Today, because I know some people have some

13   near five o'clock or six o'clock flights, so

14   we do want to do the final round of input from

15   the panel, which we're looking forward to the

16   recommendations to the Agency that, I believe

17   is scheduled to begin at 2:30.

18   So with that, that's all I have to

19   say, and Mr. Chair, I will -- oh, and they

20   have asked us, we are having audio problems if

21   you're watching it on streaming, and they've

22   asked that you clip the remote onto your belt

23   and the lapel up here, not hang this in a

24   shirt or in your pocket or anything like that.

25   So with that, we're up, is Jason ready?

1

**RE-INTRODUCTION OF PANEL AND SUMMARY OF DAY 1**

2   **ISSUES AND DISCUSSION**

3               **DR. CLARK:** One thing I want to do just for

4           the record is go around the room and have

5           everybody give their name so we know who's in

6           attendance officially. So I'll start with

7           Randall.

8           **DR. ROSS:** Randall Ross, U.S. EPA.

9           **DR. KONIKOW:** Lenny Konikow, U.S. Geological

10          Survey.

11          **DR. GOVINDARAJU:** Rao Govindaraju, Purdue

12          University.

13          **MR. HARDING:** Ben Harding, AMEC Earth and

14          Environmental.

15          **DR. CLAPP:** Dick Clapp, Boston University.

16          **DR. POMMERENK:** Peter Pommerenk.

17          **DR. WARTENBERG:** Dan Wartenberg, Robert Wood

18          Johnson Medical School.

19          **DR. BAIR:** Scott Bair, Ohio State

20          University.

21          **DR. ASCHENGRAU:** Ann Aschengrau, Boston

22          University.

23          **DR. DOUGHERTY:** Dave Dougherty, Subterranean

24          Research.

25          **DR. HILL:** Mary Hill, U.S. Geological

1    Survey.

2        **DR. GRAYMAN:**  Walter Grayman, Consulting

3    Engineer, Cincinnati.

4        **DR. CLARK:**  And I'm Bob Clark.

5            We're going to start off this morning

6    with a discussion of water distribution system

7    modeling.  Heard a lot about groundwater

8    yesterday.

9            Jason, you're up.

10   <u>**WATER-DISTRIBUTION SYSTEM MODELING**</u>

11       **MR. SAUTNER:**  Can everyone hear me?  Is this

12   on?  Is that better?

13           Today I'm going to talk about the

14   historical reconstruction of the water

15   distribution systems, and just as an overview

16   I'll go over some background.  I think many of

17   you have a good idea about the background from

18   discussions yesterday, and then I'll go into

19   more of the water distribution system

20   modeling.  It's going to be an all-pipes

21   calibration.  I'll go into the

22   interconnection, which is going to be a big

23   topic, of transfer of water between systems.

24   And then I'll go into some historical

25   reconstruction and talk about some preliminary

1    scenario results.

2            Overall, the water treatment plant

3    service areas, we have Hadnot Point, which

4    everyone knows about.  It's 74 miles of

5    pipelines.  Approximately 71 percent of it is

6    PVC.  There's four elevated tanks.  The

7    controlling tank is SFC-314, which is right

8    down in here in this area.  All of the

9    elevated tanks are 300,000 gallons.  Delivered

10   water is approximately 2.3 million gallons per

11   day in 2004.

12           And then we have the Holcomb Boulevard

13   system up here.  It's about 73 miles of

14   pipelines, approximately 67 percent cast iron.

15   There's three elevated tanks.  The controlling

16   tank is right up here.  It's Paradise Point

17   S2323.  It's a 200,000 gallon tank.  And the

18   delivered water in Holcomb Boulevard was

19   approximately one million gallons per day in

20   2004.  And there's two interconnections which

21   we talked about.  The Wallace Creek, which I

22   guess now we're going to call the Marston

23   Pavilion to avoid confusion.  And that's the

24   bypass valve located right here.  And then we

25   also have booster pump 742, which is a 700

CLJA_WATERMODELING_01-0000011615

1          gallon per minute booster pump.

2                 Some significant events that occurred

3          between 1941 through 1987:  In 1941, the

4          Hadnot Point water treatment plant comes

5          online, which is located right here.  In 1952,

6          the Tarawa Terrace treatment plant came

7          online.  I don't have the Tarawa Terrace water

8          distribution system model on here, but it's

9          located right up here.  And in '72, the

10         Holcomb Boulevard water treatment plant,

11         located right here, came online in June of

12         '72.

13                From November of '84 through February

14         of '85 is when most of the several supply

15         wells were shut down due to VOC contamination.

16         And January 27th through February 4th of '85,

17         there was about a nine-day period where the

18         Marston Pavilion bypass valve was open

19         continuously.  In 1987, the Holcomb Boulevard

20         water treatment plant was expanded to provide

21         water to the Tarawa Terrace and Camp Johnson

22         areas.  And in 1987, the Tarawa Terrace water

23         treatment plant was taken out of service.

24                As for the Hadnot Point water

25         distribution model, it's an all-pipes model.

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1        We used EPANET.  I think many of you are aware
2        with EPANET and its capabilities.  It
3        simulates spatially distributed contaminant
4        concentrations throughout the network, and it
5        can perform extended period simulations of
6        hydraulic and water quality behavior within
7        the network.
8              The Hadnot Point model consists of
9        about 3,900 junctions, about 4,000 pipes.  And
10       what we did was we conducted a hydraulic and
11       water quality field test May 24th through 27th
12       of 2004.  During this test we collected and
13       recorded hydraulic data, such as pressure and
14       flow.  And we also injected a calcium chloride
15       and sodium fluoride at the water treatment
16       plant, which was our source location.  And we
17       measured this continuously throughout
18       locations in the distribution system.
19             Here are some calibration results.
20       The Hadnot Point, the model was initially run
21       using a single demand pattern.  And this was
22       obtained from a water balance on the
23       distribution system.  Eventually what we did
24       was we used the PEST model to estimate eight
25       different well, we aggregated eight different

CLJA_WATERMODELING_01-0000011617

1   demand patterns throughout using the Water
2   Conservation Analysis Report from 1999 in
3   which they estimated water usage in different
4   zones, and we allocated eight different
5   groups.  And by using PEST we estimated
6   different 24-hour demand patterns.
7         The blue dots on this graph show the
8   SCADA data, which is what we recorded in the
9   field.  It's actual water level data at SFC-
10  314, which is the controlling tank at Hadnot
11  Point.  The red line is simulated data from
12  the water balance, and the green line, which
13  is a little difficult to see here, is the PEST
14  water level simulation data.  And you can see
15  that the fit got much better by using PEST.
16        Over here we have some concentration
17  graphs.
18     DR. HILL:  With PEST what was it you were
19  estimating?  What values were you changing to
20  create that fit?
21     MR. SAUTNER:  The 24-hour demand patterns,
22  and it was actually a colleague of ours,
23  Claudia Valenzuela that did the PEST modeling.
24  So we have a full report on it and details of
25  how she conducted it.

CLJA_WATERMODELING_01-0000011618

1          Here is fluoride concentration just at
2     a random logger that I chose in the system.
3     You can see the blue line is what our
4     continuous monitor recorded, and the red line
5     is what we're simulating.  And the same down
6     here with the chloride concentration.  The
7     blue line still is field data from what we
8     recorded on the continuous monitor, and the
9     red line is the simulation.
10       **MR. HARDING:**  Jason, can I ask you a
11    question?
12       **MR. SAUTNER:**  Yes.
13       **MR. HARDING:**  On that, was that a four- or
14    five-day period that you, yeah.  Did you, if I
15    recall what you said, you said you had eight
16    different classifications for water demand --
17       **MR. SAUTNER:**  Correct.
18       **MR. HARDING:**  -- diurnal patterns, right?
19    Did you use the same pattern?  Did you
20    calibrate one pattern that was used on the
21    24th, 25th, 26th or did you calibrate a five-day
22    pattern that -- you see what I'm saying?
23       **MR. SAUTNER:**  Yeah, that's what Claudia did.
24    I'm not exactly sure of how she did the
25    calibrations for the PEST.

1    **MR. HARDING:**  What I'm getting at is if you
2    calibrate an exact pattern for these five
3    days, that's the best fit for those five days,
4    you're not going to be able to extrapolate
5    that to other periods of time when you don't
6    have calibration data.  You're going to have
7    to have a pattern that you can use going back
8    in time, and typically you have one 24-hour
9    pattern for each category of use.
10   **MR. SAUTNER:**  Right, and I'll get into this
11   a little later.  We assume that generally
12   throughout both the distribution systems that
13   the demand patterns didn't really change much.
14   There was, I mean, historically.  While there
15   were significant changes that I showed you in
16   that list of significant changes throughout
17   the systems, overall demand in the systems
18   didn't change much.
19   **MR. HARDING:**  Yeah, that's fine, but I guess
20   what I'm getting at is, is that if you are
21   going to take a single 24-hour pattern for
22   each of eight categories of use, then that's
23   the way the calibration results ought to be
24   shown.  In other words the same pattern should
25   be used on the 24th, 25th, 26th, so on and so

21

1    forth.

2        **MR. SAUTNER:** Okay, you're saying a 24-hour

3    average of this.

4        **MR. HARDING:** Well, I don't know. You said

5    you didn't know how she did it. Because you

6    could fit it both ways. You could fit it to

7    look at the, what is it, the five days -- I

8    haven't done the math -- yeah, five days

9    altogether or you could fit it to a single 24-

10   hour period and then replicate that period.

11   And that's what you're going to have to do --

12       **MR. SAUTNER:** Right, for historical extended

13   simulations.

14       **MR. HARDING:** Right, so you just need to --

15   I don't know how you did it, and it sounds

16   like you don't know, but the way you should do

17   it is to do your calibration exactly the way

18   you're going to do your extrapolated

19   simulations.

20       **MR. MASLIA:** (off microphone) But the way

21   the PEST model was run, because we've got all

22   the files and stuff like that is we ran it for

23   the entire period of the test. We put in what

24   we thought were the initial ^ [diurnal

25   patterns -ed.], and we did that based on five

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    ^ [days -ed.].  Then we ran a test based on

2    continuous water levels throughout the entire

3    test period to go in and adjust ^ [the diurnal

4    -ed.] patterns and we got a five-day length of

5    time ^.

6        MR. HARDING:  Yeah, and the problem with

7    this is it violates Mary's first law, which is

8    it looks scary.  And it's too good a fit,

9    right?  And the reason is, is that you've

10   fitted every hour of the water demand to the,

11   and so what you should do, because you're not

12   going to be able to do that in 1969 and '70.

13   So what you should do, at least this is my

14   recommendation -- Walter can weigh in -- but

15   you should fit a 24-hour pattern for each

16   category of use just like you started out

17   with.  But you're going to get one that's

18   fitted, and then replicate that over the five

19   days and see how your calibration works.

20   That's what I suggest.

21       MR. MASLIA:  But you have your data that

22   you're measuring will vary over, during the

23   test.

24       MR. HARDING:  Right, it's going to vary.  I

25   mean, people don't behave exactly the same way

CLJA_WATERMODELING_01-0000011622

1    each day, and when you look at, when you

2    compare your idealized pattern to the actual

3    pattern, it's not going to be the same in

4    life.  But this five-day pattern isn't going

5    to be the same five-day pattern you see on May

6    24th of 1972, for example.

7         **DR. GRAYMAN:**  Yeah, I agree with you, though

8    what I'd like to see is that graph and then do

9    the next step which take what would be the

10   best repeating 24-hour pattern and see how

11   that works.  And I guess the other question on

12   it is what does, the resulting best-fit demand

13   patterns, do they look reasonable or are they,

14   in effect, just --

15        **MR. SAUTNER:**  Do you mean the demand

16   patterns in terms of diurnal demand patterns?

17        **DR. GRAYMAN:**  Yeah.

18        **MR. SAUTNER:**  Yeah, they're all reasonable.

19        **DR. GRAYMAN:**  But in the end you do want to

20   come up with a repeating 24-hour pattern,

21   which you can then use for future or past

22   modeling.

23        **DR. HILL:**  So on these other years when you

24   don't have so much data, what data do you

25   have?

1    **MR. SAUTNER:**  Well, I'll get into the

2    historical reconstruction later in the

3    discussion --

4    **DR. HILL:**  Okay, as you go.  And just one

5    thought about, you might do instead of a daily

6    pattern repeated, you might do a weekly

7    pattern.

8    **MR. SAUTNER:**  That's one thing I also

9    thought of because for the Holcomb Boulevard,

10   which I'll show you next, we have a longer

11   period of time.

12           So the Holcomb Boulevard system has

13   about 4,800 junctions, 4,900 pipes, and we did

14   a field test in which we just shut off the

15   fluoride feed at the water treatment plant, at

16   the Holcomb Boulevard water treatment plant.

17   We shut it off and watched it drop down to

18   background levels to about 0.2 micrograms per

19   liter, and then we turned it back on and

20   watched it go back up.

21           This test was, we did about a 21-day

22   test with continuous monitors out there.  You

23   can see the date here is about September 23rd,

24   2004 through -- oh, I only have four days

25   showing here, but the test did go from

CLJA_WATERMODELING_01-0000011624

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    September 23rd 'til October 11th or 12th.  On
2    this graph I just represented four days of
3    data.  And similarly, the blue dots are the
4    SCADA data, which is what the operation rooms
5    recorded.  The red line was simulated from the
6    water balance, and the green line was
7    simulated from PEST.
8        **DR. HILL:**  I'm sorry.  I may have missed it.
9    But how do you get the water -- what --
10        **MR. SAUTNER:**  Water balance?
11        **DR. HILL:**  The water balance, where does
12    that come from?
13        **MR. SAUTNER:**  That's just, it's taking
14    what's stored in the tanks, how much water's
15    delivered to the system, what the demand is on
16    the system and during, you know, adding,
17    subtracting and determining how much water was
18    used in the system basically.
19            Is that an easy way to describe it,
20    Walter?
21        **DR. GRAYMAN:**  (off microphone) And then use
22    a single common pattern, ^ [diurnal -.ed]
23    pattern for all ^[days -ed.].
24        **MR. HARDING:**  Yeah, that's the difference,
25    Mary.  They have one pattern, and then they're

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    going to break it down to different categories

2    of use.

3        **MR. SAUTNER:**  Right.

4        **MR. MASLIA:**  Jason, I think it's important

5    to point out, and Mary, initially, where the

6    patterns were derived from is each military

7    installation had a water use survey done.

8    They used a, a program was developed to really

9    see how they could conserve, it was a

10   conservation study.  And the conservation

11   study basically provides a gross amount on the

12   average daily usage, what showers are being

13   used, what swimming pools are being used.  And

14   so to start this effort off we derived initial

15   estimates from those values to get the model

16   going.

17       **MR. SAUTNER:**  Thank you, Morris.

18           I know again it looks like this file

19   lacks Mary's first law; however, I guess I

20   should have chosen a different graph.  This

21   one is located close to the source so you're

22   going to get better results right near the

23   source.

24           You can see the, so now we have the

25   date here from September 23rd through October

27

1      11th around.  And you can see the fluoride
2      concentration's starting out around one
3      microgram per liter dropping down to about 0.2
4      and then going back up to one.
5            Here's some, I guess this is a little
6      misleading.  It says PEST-derived demand
7      factors is actually the allocations, the
8      different categories that we used.  The red is
9      bachelor housing.  There's a gray, which is
10     the cooling system.  The light blue is family
11     housing.  There's a heating plant, vehicle
12     washing, office and work areas.  And
13     unfortunately, I don't think this is in the
14     packet that you have of my slides.  I added
15     this one.
16            Now I'll get into some
17     interconnections discussions.
18       MR. HARDING:  Jason, so how did you then
19     allocate spatially to the nodes, the base
20     demand that you varied with your diurnal
21     pattern?  How did you allocate across the
22     categories?  Did you do a separate demand
23     pattern for each node?
24       MR. SAUTNER:  No, no, no.  There's eight
25     different patterns, so depending on what

CLJA_WATERMODELING_01-0000011627

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1          location, you know, each node was identified

2          as, it would get a certain pattern.

3              MR. HARDING:  Those were in actual use.  I

4          see what you're saying.

5              MR. SAUTNER:  So now interconnections, which

6          I guess is going to be a big discussion.  As

7          you know there are two interconnections, the

8          Wallace Creek, which we're calling Marston

9          Pavilion now, and the booster pump 742.

10             It was originally thought that Marston

11         Pavilion bypass valve and the booster pump 742

12         were operated only on very rare occasions and

13         solely for emergency situations.  However,

14         additional data discovery and discussions with

15         both former and current water utility staff

16         have led us to believe that historically water

17         was transferred from Hadnot Point to Holcomb

18         Boulevard more frequently than originally

19         thought.

20             As previously mentioned, the Marston

21         Pavilion bypass valve was not easily accessed

22         so it was not typically open long enough to be

23         considered a significant source of water

24         transfer.  Basically, the historical scenarios

25         that I've constructed, I don't open the bypass

CLJA_WATERMODELING_01-0000011628

29

1       valve; however, through suggestions we can

2       open it and run different scenarios just to

3       see how the water reacts going through there.

4               As Ben pointed out, I think he alluded

5       to yesterday, if you were to turn on the 700

6       gallon booster pump, and you had that bypass

7       valve open, water is simply just going to go

8       right back down. And I saw that. I ran a

9       scenario. Exactly what you said happened.

10              However, there was that about a nine-

11      day period from January 27th through February

12      4th where that Marston Pavilion bypass valve

13      was open for about nine consecutive straight

14      days, and from the logbooks and discussions

15      with the water utility staff, we determined

16      that booster pump 742 was generally used

17      during late spring and early summer months to

18      account for irrigating the Scarlet Golf

19      Course.

20              There was actually two golf courses

21      loaded up, located in Holcomb Boulevard, and

22      that created such a demand on the Holcomb

23      Boulevard system that water needed to be sent

24      from Hadnot Point to Holcomb Boulevard.

25          **DR. GRAYMAN:** Jason, can I ask a question?

1    During that long period, what was it, nine
2    days?
3        **MR. SAUTNER:** Uh-huh.
4        **DR. GRAYMAN:** Was the booster pump running,
5    too?
6        **MR. SAUTNER:** That's another thing, I'm not
7    sure of. Logbooks, we were told that whenever
8    the bypass valve was open, the booster pump
9    was always running first. If the booster pump
10    couldn't supply enough water, they would open
11    the bypass valve. I don't understand, as what
12    I just discussed your scenario of if you have
13    the booster pump pumping and you open the
14    valve, water's simply going to go back down.
15        **MR. HARDING:** Well, nobody could see the way
16    the water's flowing. There's no
17    instrumentation or anything to reveal this, so
18    people misunderstood the value of opening the
19    valve, and it actually was a counterproductive
20    action. So it would cause the penetration of
21    the water from the booster pump to happen much
22    faster. Right, Walter?
23        **DR. GRAYMAN:** Well, I think we need to
24    establish, I assume there are pumps at each of
25    the treatment plants essentially that are

1    pumping the water from the treatment plant up

2    to the tanks, which is the gray line in those

3    two.  And I'm guessing that the gray line is

4    probably fairly similar between the two or the

5    normal water levels in the tanks are they the

6    same in Hadnot Point as they are in Holcomb

7    Boulevard?

8    **MR. SAUTNER:**  I believe they're fairly the

9    same.

10    **DR. GRAYMAN:**  And so then they'll put the

11    booster pump on just essentially it's

12    dedicated to moving the water from the

13    treatment plant in Hadnot Point into the

14    Holcomb system.  And so whether the direction

15    the water's going to be going if they open the

16    bypass is really going to depend on what the

17    water levels are in the two tanks and what the

18    demands are.  So you may not necessarily get a

19    circulating system.

20    **MR. SAUTNER:**  Right, if you had lower levels

21    in the Holcomb Boulevard, you would have

22    higher levels, and higher levels in the Hadnot

23    Point tanks, you would have water pressure --

24    **MR. HARDING:**  For any sustained operation

25    eventually you'll get to the point where the

CLJA_WATERMODELING_01-0000011631

1      flow is coming back through the valve.  I

2      can't imagine any other --

3          **DR. GRAYMAN:**  Except when they turned off

4      the Holcomb Boulevard treatment plant which is

5      what they did right there in this case.

6          **MR. HARDING:**  If there was an enormous

7      demand, that's right.  But your model will

8      tell you this.  The model will answer this

9      question pretty well.

10         **MR. SAUTNER:**  And to answer your initial

11     question, logbooks indicate that the bypass

12     valve was open.  They never mention anything

13     about the booster pump during this nine-day

14     period.  Typically, logbooks were pretty

15     consistent and had good information on what

16     was open and what was closed.  However, during

17     this nine-day period it does not indicate

18     whether the booster pump's on.  I can run

19     different scenarios for both open, just the

20     bypass valve open, you know, see how it

21     reacts.

22         **MR. HARDING:**  It should be fairly clear

23     because if your tanks are really, if your

24     heads are going down, if your grade's really

25     low, it would probably not be tolerated and so

1       they were probably running the booster pump,

2       and that seemed like that was their normal

3       mode of operation.

4               And where's the second, I found one of

5       the golf courses.  Where are the two golf

6       courses?  One was in Hospital Point --

7         MR. ENSMINGER:  Both of them are there.

8         MR. SAUTNER:  Both located in there.

9         MR. HARDING:  Oh, okay.

10        MR. ENSMINGER:  One's on one side of the

11      street, and the other one's on the other side.

12        MR. HARDING:  Okay, I didn't count the

13      holes.

14        MR. SAUTNER:  So as far as the

15      interconnections, from the Camp Lejeune

16      logbooks.  We have information from 1978

17      through 1986.  There are a few data gaps.  You

18      can see here in '79 we have no information, in

19      '81, '82 we have no information.

20              The booster pump 742 operations, it's

21      a 700 gallon per minute rated capacity during

22      the study timeframe.  That was later replaced

23      with a 300 gallon-per-minute pump, and it's

24      currently out of service.  It was operated

25      mostly in late spring to early summer, April,

1    May, June, July, and it was operated more

2    frequently in the mid-'80s as you can see here

3    than it was in the early '70s.

4         I'm sorry, this is the number of days

5    that it was operated for each month.  You can

6    see in the early '70s it was operated seven

7    days, one day, three days in 1980.  And then

8    towards the middle '80s you can see it

9    operating a lot more.

10   **MR. ENSMINGER:**  I have a question.  What is

11   the, we understand that there was a valve

12   right there at Building 670, the Holcomb

13   Boulevard plant, that could be opened right

14   into the treated water in the water treatment

15   plant that was inter-tied to the Hadnot Point

16   system.  And from the discussion I had with a

17   former water treatment plant operator, he said

18   they could transfer water from the Hadnot

19   Point system without running the booster pump

20   from the elevated tanks, just gravity flow.

21   **MR. SAUTNER:**  I don't believe that there's a

22   --

23        Joe, you might be able to help me

24   answer this question.

25        -- I don't believe that there was an

1   interconnection directly to the Holcomb

2   Boulevard treated tank.

3      MR. HARTSOE:  There's check valves in the ^

4   [Holcomb Boulevard -ed.] pump room that would

5   prevent it from going back to the treated

6   water reservoir.  The only connection I know

7   that he's talking about would be the 12-inch

8   line coming from the booster pump.  There was

9   a bypass --

10     MR. SAUTNER:  But that doesn't run directly

11  to the treatment plant.  It runs to the

12  intersection but not to the treatment plant.

13  It runs into the distribution system and not

14  directly to the treatment plant.

15     MR. ENSMINGER:  Where was that valve that

16  opened and closed that 12-inch line?

17     MR. HARTSOE:  Well, you had cut-off valves

18  between the booster pump and Holcomb

19  Boulevard, but if you have the valve shut off

20  in the booster pump itself, then the pump was

21  off.  So there was no way to go back.

22  Somebody had to either go in there and open up

23  a valve inside the building itself and cut the

24  ^ [valve to -ed.] booster pump ^ [742 -ed.].

25     MR. ENSMINGER:  Well, would it be possible

1       for somebody to take a short cut and leave

2       that valve open at the booster pump and just

3       shut the valve up at the plant off at the

4       intersection there?

5          MR. HARTSOE:  We never messed with that

6       valve.  I don't know of anybody messing with a

7       valve there.  It would still have to go

8       through the pump, some way it would have to

9       gradually feed through the pump and --

10          UNIDENTIFIED SPEAKER:  And the flow would be

11      so low that it probably wouldn't really make a

12      big difference ^, because that's the reason

13      why you have a booster pump that's to transfer

14      a large amount of water.

15          MR. HARTSOE:  I don't know who would have

16      cut the valve, ^[on -ed.].

17          MR. SAUTNER:  So the next graph is going to

18      be occurrences of the bypass valve openings,

19      the number of days.  As far as the logbooks

20      are concerned, there's no openings all the way

21      until a first occurrence which was the nine-

22      day continuous opening on January of '85.  And

23      then beyond that nine-day period it's opened

24      only a handful of times.  One day here, four,

25      three and one day here.

CLJA_WATERMODELING_01-0000011636

37

1           This is kind of just an overall
2     summary graph of the hourly operation of
3     booster pump.  It's a little difficult to see
4     on this scale since it goes from '78 all the
5     way through '87.  It's zero hours to 24 hours,
6     and this is just simply when it was turned on
7     or when it was turned off.  To zoom in and get
8     a little bit better of a picture this graph
9     right here to the right is May of '86, and you
10    can see this is the one that was used most
11    frequently.  I think it was used about half
12    the amount of days of the month.  And we
13    averaged, it was used from about nineteen
14    hundred hours to twenty-four hundred hours.
15          So we came up with some different
16    scenarios.  As I said, it was operated most
17    frequently in May of '86.  The hours of
18    operation according to the logbook are
19    nineteen hundred to 24 hours, and it operated
20    about half the days during the month, and that
21    was in May of '86.  Then we also came up with
22    just a typical May of 1980 case.  The average
23    hours that it was operated was seventeen
24    thirty through twenty-three forty-five, which
25    is about 5:30 p.m. to 11:45 p.m.  And it

CLJA_WATERMODELING_01-0000011637

1    operated about three days during the month.
2    And we confirmed with Camp Lejeune former and
3    current water utility staff that they would
4    typically shut the valve off at twenty-four
5    hundred hours when the operator's shift was
6    over.
7        MR. ENSMINGER:  You mean the pump.
8        MR. SAUTNER:  What did I say?
9        MR. ENSMINGER:  Valve.
10       MR. SAUTNER:  Valve, yeah, sorry.  Booster
11   pump 742.  Sorry about that.
12       Just to refresh your memory on the
13   water distribution systems now.  On the Hadnot
14   Point system, the treatment plant's right
15   here, the controlling tank down here.  And
16   then we have the Holcomb Boulevard system with
17   the water treatment plant right here, the
18   controlling tank over here.  Golf courses.  We
19   have Berkeley Manor, which will become
20   important in terms of the historical
21   reconstruction simulations.  Berkeley Manor is
22   right here with an elevated tank right here.
23       And another important thing is to know
24   that the golf courses during this timeframe
25   were irrigated with potable water which is

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    what created the big demand on the water
2    distribution system.  And we also have our two
3    interconnections, which is the Marston
4    Pavilion bypass valve, and the booster pump
5    742.  So again, remember these are all
6    preliminary results, nothing's finalized.
7         We have our first scenario which is no
8    interconnection.  This was done as the May
9    2004 extended period simulation so there'll be
10   no water transfer between Hadnot Point and
11   Holcomb Boulevard.  This is controlling tank
12   S-2323, which is the Holcomb Boulevard
13   controlling tank.  And you can just see
14   extended period simulation simply fluctuates
15   all the way out 744 hours, which is 31 days.
16        Now, we did some interconnection
17   scenarios.  This is May of '86 where it's open
18   every other day.  The booster pump was pumping
19   every other day, nineteen hundred to twenty-
20   four hundred hours, and you can see it cycling
21   every other day.  And we also have our third
22   scenario which is May of 1980 which is the
23   green line.  And you can see fluctuation three
24   days in the middle of the month which is when
25   we planned it to operate.

40

1          So now our concentrations in the
2    controlling tank for Holcomb Boulevard, no
3    interconnection, there's obviously no transfer
4    of water from Hadnot Point to Holcomb
5    Boulevard.  But it was open every other day in
6    May of 1986, there was still no transfer of
7    water to the controlling tank.  And then
8    obviously if it was only three days, there was
9    no transfer of water.  So no concentration was
10   making it to the controlling tank in Holcomb
11   Boulevard from the Hadnot Point water
12   distribution system.
13          Now however, if you look at Berkeley
14   Manor tank with no interconnections you can
15   see the water level fluctuating.  With the
16   interconnection open every other day in May of
17   '86 you can see it fluctuate every other day.
18   And when it was open three days in the middle
19   of the month, similarly just three days of
20   fluctuation right here.
21          When we look at the concentrations,
22   and this is assuming just 100 micrograms per
23   liter or 100, I guess it would be considered
24   units, just to get a percentage-wise, to get a
25   feel for how much water from Hadnot Point went

41

1          into Holcomb Boulevard, with no
2          interconnection no water transfer, zero
3          concentration.
4              With the interconnection every other
5          day you can see concentrations build up in the
6          tank at Berkeley Manor.  When it was open
7          three days in the middle of the month, the
8          green line, you can see the three steps in the
9          very middle of the month, and then there's no
10         more water transfer so the tank has
11         concentration in it and then you just see it
12         start to dilute out.
13             Interesting thing is, is that this is
14         for May of 1980.  If you were to do, go ahead
15         and simulate June of 1980, you would have to
16         put this concentration in as a starting point.
17             Overall this is just a figure to look
18         at the distribution of the concentrations
19         throughout the systems.  With no
20         interconnection all the water stays down in
21         Holcomb Boulevard -- I'm sorry, in Hadnot
22         Point.  And there's zero water transferred
23         into the Holcomb Boulevard system.  With the
24         interconnection -- again, these are all just
25         averaged out.  So instead of running, well,

CLJA_WATERMODELING_01-0000011641

42

1    with running the extended period simulation,
2    instead of looking at over time, every value
3    was just averaged.
4         So with water connection in May of
5    1986 conditions, you can see no water in these
6    areas.  Again, the yellow dots are zero-to-
7    five percent and the orange dots are five-to-
8    20 percent.  So you can see on average in the
9    Berkeley Manor about, it actually comes to
10   about 22 percent water, well, 22 percent was
11   averaged in the tank.  Overall the system it's
12   about 20 percent around these nodes.
13        And then with the three days in the
14   middle of the month when it was open in May of
15   1980, you see no water transferred in this
16   area.  You see a few areas in here where
17   you're going to get between five and 20
18   percent of water from the Hadnot Point system.
19        So future considerations that we have
20   for this are to try and develop some
21   historical trends, explore using climatic data
22   which is directly related to when the golf
23   courses were irrigated along with the known
24   booster pump 742 operating conditions from
25   1978 to 1986 to try to estimate historical

1    booster pump operations from 1973 to 1977.
2    Remember, we don't need operations from '68 to
3    '72 because Holcomb Boulevard received all of
4    its water from Hadnot Point.  So it was really
5    only a five-year period that we're missing
6    data right here on booster pump operations.
7         Some other considerations for
8    historical reconstructions, we have actual
9    data so instead of maybe doing an average
10   condition for May of '86 and saying that the
11   booster pump opened at nineteen hundred hours
12   and closed at twenty-four hundred hours, we
13   have the actual data on a daily basis and an
14   hourly basis of when the booster pump was open
15   and when it was closed.  We could actually put
16   this into the model and still run it as an
17   extended period simulation.
18        We also want to run some scenarios
19   where I include Marston Pavilion bypass valve
20   opening into the historical reconstruction.
21   As I was discussing with Ben, I've run some
22   preliminary simulations.  It appears that
23   there's little influence in the Holcomb
24   Boulevard area when the bypass valve is open.
25        And that's mainly because there's, I

guess it would be more influence in the Hadnot Point area. Water kind of goes from Holcomb Boulevard to Hadnot Point rather than going from Hadnot Point to Holcomb Boulevard. This can be changed also as we discussed with varying tank levels to create different pressure variants.

And also want to run the scenario where the nine-day event from January 27th through February 4th of 1985 with the bypass valve open continuously. And with that I'll leave it open to questions.

**PANEL DISCUSSION: WATER-DISTRIBUTION SYSTEM MODELING**

**DR. DOUGHERTY:** Remind me about 1972 and why there's no consideration in the second half of 1972.

**MR. SAUTNER:** In 1972 that is when -- correct me if I'm wrong -- isn't that when Holcomb Boulevard, in June of '72, Morris?

**MR. MASLIA:** June of '72 is our best estimate of when the Holcomb Boulevard water treatment plant came online.

**DR. DOUGHERTY:** So the assumption is that --

**MR. SAUTNER:** Prior to '72 it was receiving all of its water from Hadnot Point.

1    **DR. DOUGHERTY:**  I understand, but there was
2    no interconnection you had to worry about
3    between the start up, which probably would be
4    ~~pre-transferred~~ [pre-transfer -ed.] to the
5    Department of Defense, and --
6    **MR. SAUTNER:**  And so you're speaking the
7    actual June of 1972, July of '72.  Yeah, I
8    suppose I could change that figure to be '72
9    through '77 and use, there would be no
10   transfer, well, it would be all Hadnot Point
11   water for April, May of '72.  June/July we
12   might want to also find historical --
13   **DR. DOUGHERTY:**  Right because it does
14   generate an additional exposure potential.
15   **MR. SAUTNER:**  Correct.
16   **DR. POMMERENK:**  Jason, for these very short-
17   term interconnections in your illustrations
18   here, you used 100 micrograms per liter as the
19   mass and as coming across the interconnection.
20   What are you planning on using for the
21   historical reconstruction?  Are you going to
22   use the monthly mean that you get from your
23   groundwater model or, because, you know,
24   obviously these concentrations can change on a
25   daily basis in the system.

1      **MR. SAUTNER:**  You're talking about

2      concentration input for the model?

3          **DR. POMMERENK:**  Yes.

4      **MR. SAUTNER:**  Well, we're not at that point

5      yet, but one way to do it is to whatever

6      number they get from the groundwater model,

7      whatever number they give me, I put it in as a

8      simple, we have a start, you know, they will

9      give me a date, a time when the concentration

10     was like that, and that will go into the model

11     as is.

12         **DR. POMMERENK:**  Okay, but I want to caution

13     because we're going to have a monthly average

14     concentration.  In reality, of course, the

15     concentrations can change on a daily basis.

16     And if you look at Table C-13, it nicely

17     illustrates how Building 20, which is the

18     Hadnot Point plant is 900 micrograms per liter

19     TCE, another day several days later 430 and

20     then another day later non-detect which means

21     within the distribution system there will be

22     also considerable fluctuation.

23             Now, I guess from an epi standpoint,

24     if you're using the mean that's fine for

25     Hadnot Point.  But for the short-term

1    interconnection, you need to have some idea of

2    how much is going, how much mass is across

3    going across that interconnection during the

4    six hours or whatever that pump was on in

5    order to determine what the exposure will be

6    downstream.  Because you cannot simply assume

7    it was mean concentration because it may have

8    been zero or may have been a thousand ^

9    [micrograms per liter during -ed.]

10   interconnection.

11       **MR. SAUTNER:**  I don't think that there's any

12   way we can tell that though.  I mean.

13       **DR. POMMERENK:**  That's my point.

14       **MR. SAUTNER:**  Well, it's going to end up

15   being an average.  I understand that you're

16   talking about a short period interconnection.

17   We have what information we have.  So I can

18   run different scenarios and --

19       **DR. POMMERENK:**  Yeah, I mean, I think it's

20   going to be a stochastic problem though.  Of

21   course, you don't know but that's my question.

22   How are you going to approach this in terms of

23   uncertainty which is again what, I guess, the

24   epi study's looking for since you don't know

25   but you need to provide some kind of measure

1      of how certain is your, of your exposure
2      modeling results.  How are you going to
3      account for the fact that it could have been
4      during the six hours of interconnection that
5      the source could have had non-detect or 2,000,
6      that's what I'm --
7          MR. SAUTNER:  Yeah, I guess we'll cross that
8      bridge when we get to it and discuss more
9      later.  That's probably a discussion for the
10     panel to help determine.  Maybe we could run
11     some Monte Carlo simulations or --
12         DR. GRAYMAN:  You're right in terms of
13     there's both stochasticity due to the source
14     term at the treatment plant plus a great deal
15     in terms of when the booster pumps were on.
16     And I think you do have to consider both of
17     them.  But it's, I mean, the amount of
18     information you have in terms of exactly what
19     the source concentrations are going to be at
20     any given time, how they're varying around the
21     mean and also when the actual booster pump was
22     turned on and off, especially in this three
23     year period where you have no information.
24     You're really going to have to do it in a
25     probabilistic manner.

49

1    **DR. CLARK:** We had a question from the

2    audience back here I think.

3       **MR. HARTSOE:** Let me clarify something. I

4    may have to get back with you on some of it.

5    I was thinking about what Jerry said about a

6    valve. I was thinking about what Jerry was

7    saying about a valve at 670 cut on. And

8    during that timeframe when the reservoir was

9    contaminated with the gas leak, 670 was shut

10   down, but water was still supplied through

11   that 12-inch line.

12          Jerry is talking about to 670. I

13   mean, it was being delivered water to 670, but

14   670 was not pushing any water out because the

15   reservoir was cut off. The water would not go

16   back to the reservoir because of the check

17   valves on the high-lift pumps, and I'm

18   wondering if what they were talking about when

19   they say a valve, during that time when we put

20   the, when we were putting the reservoir back

21   online and having to fill it up and took all

22   sorts of tests after that to make sure the

23   water was good enough to drink before we sent

24   it out.

25          We did have times when they probably

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1        had to backwash a filter.  And there is a

2        valve on the outside of the reservoir that you

3        had to, you could cut on, and that would be

4        coming from Building 20.  So that may be what

5        valve -- I'm not sure and I'll have to get

6        back with you.  I could see where they would

7        open that valve just to backwash the filters.

8        **UNIDENTIFIED:**  And that's what I recall as

9        well.

10       **MR. HARTSOE:**  I mean, I can get back with

11       you --

12       **MR. SAUTNER:**  We'll get together in the

13       future and discuss the --

14       **MR. HARTSOE:**  And, Jerry, that may be, I

15       don't know of any other valve they could cut

16       on but that one.  So I'll be glad to get back

17       with Jason on that.

18       **MR. ENSMINGER:**  And this other question

19       about the contaminant levels when the booster

20       pump was running and whether what the

21       contaminant, the idea that you didn't really

22       know what the levels were of the

23       contamination.  Well, we only have one test

24       that shows what those levels were, and that

25       was the split samples taken by the state which

CLJA_WATERMODELING_01-0000011650

1    I gave all of you in your packet of documents
2    there.  The analytical results showed the
3    levels in the Holcomb Boulevard system.
4       DR. CLARK:  Dave, you had a comment.
5       MR. ENSMINGER:  And that was one of them
6    that showed 1,148 parts per billion of TCE at
7    the Berkeley Manor housing area's elementary
8    school.
9       DR. CLARK:  Dave, you had a comment?
10      DR. DOUGHERTY:  It was just a question on,
11   and I'll reference Table C-13 kind of as an
12   example.  Do we know the sampling protocol for
13   this 1985 data?  These, just to get it right.
14      MR. FAYE:  What was that question again?
15   I'm sorry.
16      DR. DOUGHERTY:  Do we have a sample protocol
17   for the 1985 data from taps and those sorts of
18   things?  In other words are these --
19      MR. FAYE:  Protocol as to what?
20      DR. DOUGHERTY:  The sampling protocols, how
21   the samples are actually taken.
22      MR. FAYE:  No, but I suspect from earlier
23   information that in terms of the sampling,
24   which is not really that definitive, in late
25   1984 samples were collected in glass bottles,

52

1    iced and shipped to the laboratory.

2       DR. DOUGHERTY:  How were they transmitted

3    into the bottle?

4       MR. FAYE:  I think it was just you open up

5    the tap.  You fill up the bottle.

6       DR. CLARK:  You're thinking of the

7    volatilization issue I presume and the loss of

8    contaminant because of that sampling.

9       MR. FAYE:  Oh, yeah.

10      DR. DOUGHERTY:  I'm thinking of that and

11   then in terms of for using these as part of

12   the calibration targets that these may be

13   considered somewhat less than an actual --

14      MR. FAYE:  Sure, and also I think the issue

15   that, the main issue is determining at the

16   beginning of this process, when Hadnot Point

17   was actually turned on to supply all of

18   Holcomb Boulevard, we don't really know what

19   the concentrations of the various, TCE for

20   example here, were at Hadnot Point at that

21   time.

22          But we know, number one -- well, first

23   of all, we know all the wells that were

24   pumping at this time.  We know all but one of

25   the contaminated wells was turned off at this

1       time.  And we do have concentrations in the

2       contaminated well at this time at the

3       beginning, which would be 651.  So actually,

4       you could just do a simple mass balance.  And

5       we know the pumping rates.

6            So we could just do a simple mass

7       balance and estimate what that source

8       concentration was at the beginning of this

9       intervention.  So I don't really think that's

10      an insurmountable problem.

11        **DR. CLARK:**  But I think you're correct.  As

12      I recall at that time sampling was an issue

13      particularly for inexperienced utilities who

14      were just beginning to learn how to take

15      volatile samples of THMs and the VOCs as well.

16      It's a good point.

17        **MR. HARDING:**  What's absolutely critical

18      about understanding the sample is the time of

19      day and the, really what's important, it's 100

20      feet from one of the tanks.  I can't remember

21      the number, I think.  Looking at it on Google

22      maps.  Whether that tank's filling or emptying

23      has a profound impact on how you interpret the

24      sample.

25            If you remember Scott's little diagram

54

1           of how the plumes move, well, it happens the
2           same way in a water distribution system.  I
3           mean, water flows downhill or down gradient,
4           however you want to think about it, but it
5           happens much faster.  Your divide shifts can
6           happen in a matter of minutes, you know, the
7           switch from flow direction can change in a
8           matter of moments.
9                And so the exact moment you took this,
10          the snapshot of conditions at that moment
11          matters a lot.  And we can't ever get that
12          exactly right, so you have to keep that in
13          mind when you're trying to calibrate a water -
14          - you have way more measurements out in the
15          system than I have ever had.  I've got the
16          luxury of maybe two or three samples out in
17          the system most of the time.  You've got this
18          wonderful fluoride calibration stuff.
19               I mean, you should be able to do a
20          pretty good job of getting a model that's
21          reasonable.  You shouldn't try to fit it
22          perfectly because -- I'm going to talk about
23          this a little bit later -- you're over-fitting
24          your water demands right now, and we have to
25          back off from that.

55

1          But what I wanted to do was address

2     Peter's comments about the variability, and in

3     part it's this how incredibly dynamic a water

4     distribution system is, and how you could have

5     a sample at 8:00 a.m. and a sample at 2:00

6     p.m., and they could be completely different

7     depending on which source happened to be

8     supplying that node.

9          But just thinking out loud

10    conceptually what you need to do is you need

11    to have a, you're going to have a groundwater

12    model that gives you wellhead concentrations.

13    This is a term I use.  This is that average,

14    vertically average, concentration on a monthly

15    basis.  And then you have to have a model of

16    your well dispatch -- I've talked about this

17    several times -- that will bring the water

18    together into your unpressurized tank that

19    then is at the water treatment plant.  And

20    this may or may not require a hydraulic model

21    because of the differences in head at the

22    different wells and the pump curves.  You have

23    to decide that.

24          And then you're going to have the rest

25    of your water distribution model which you've

56

1    seen.  And you're going to have to model this

2    concentration all the way through.  You're

3    going to have one model that's integrated

4    together and it'll have to be stochastic

5    because you don't know how they operated the

6    wells absolutely, and you're going to have to

7    make a model.

8         But you can inform that model with

9    standard operating procedures or human

10   tendencies.  And we've done the same sort of

11   thing before, you just have to do your best,

12   but you have to recognize the uncertainty and

13   quantify it.  So I don't know, Walter may want

14   to add to that.

15       **MR. MASLIA:**  Ben, can I just clarify

16   something because what you've said is

17   absolutely correct, but we're not going to be

18   getting that complex.  From the start we made

19   a decision not to model the actual transfers

20   of water within the distribution system or

21   from the different wells in other words.  If

22   the wells mixed in a single tank we would get

23   that single concentration.  If not, we would

24   take the concentration on the finished water

25   side of the treatment plant.  Now, in this

1  particular, a case like in Table C-13, and I
2  agree with you, I mean, throughout all the
3  data we have, except for the data that we
4  collected, we have no time data.  This is, if
5  you put that together with the fluoride data
6  that we gathered, I think we've got a very
7  rich set to calibrate and test to.  In other
8  words so you've only got one well pumping
9  during this period, and that's 651.
10  **UNIDENTIFIED:**  Only one contaminated well.
11  **MR. MASLIA:**  Only one contaminated well
12  pumping.  To me it would seem to be, to use
13  this if you want to either verify the
14  calibration that we already have based on our
15  current field data and then try to model this
16  and see what it would take in terms of either
17  well combinations or opening-closing valves to
18  try to duplicate this.
19  **MR. HARDING:**  Just as a general comment, you
20  guys focus too much on calibration and not
21  enough on the practical question of how you're
22  going to go back and extrapolate out the
23  periods when you don't have enough
24  information.  It's wonderful to get your model
25  to fit and then you violate Mary's first law.

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    But you have to think about how you're going
2    to get a realistic model, a reliable model
3    that goes back in time to 1972 and 1976 when
4    you're not going to have any information.
5         And that's why I'm saying, and which
6    well is on.  I mean, obviously -- I can't
7    remember all the numbers, but 651 was the real
8    bad boy here, right?  If 651 isn't on, no
9    problem, right?  Well, let me step back and
10   say something about that in a second.  But if
11   it's on, then you've got big problems.
12        Now, one of the things that Jason
13   illustrated up here is the reason why you have
14   to do really long-term, extended-period
15   simulation because that trace went off the end
16   of the month.  And typically what we would do
17   is we would run a year at a time, continuous
18   simulations, and then we would initialize the
19   next year with our tank concentrations and
20   even our pipe volume, the mass that was in the
21   pipes, because the pipes can store a
22   substantial amount of water and contaminant.
23        And so you'll have a memory in those
24   tanks.  It is the memory of the system, and
25   you really have to respect that.  If the tank

CLJA_WATERMODELING_01-0000011658

59

1    at the school there was discharging at the

2    time you took that measurement, that means

3    your tank had a milligram per liter in it.  If

4    it was filling it, and it was getting

5    initialized with a milligram per liter.  So I

6    just want to make that point.

7          But you really have to think about how

8    you're going to go back and not worry so much

9    about getting a trace that looks really,

10   really nice.  But figuring out how you're

11   going to get a realistic and reliable model

12   and go back.

13     DR. HILL:  In order to do that, and in order

14   to get an analysis of uncertainty it would be

15   really nice to use the dataset you do have and

16   do cross-validation where you'd leave off the,

17   use your different, but instead of leave one

18   out, leave a whole period out.  And then go

19   ahead and calibrate however you want to to

20   your one set, and then look to see how well

21   you do when you come back to the set that's

22   not included in your calibration.

23          And you're going to want to use, for

24   those periods you don't have information,

25   you're going to want to use the method that

1    gives you the best power in that cross-

2    validation test.  And that cross-validation

3    test will give you a measure of how well you

4    do when you don't have data.

5         And that's your uncertainty analysis

6    so you don't go back and do Monte Carlo, you

7    actually have an evaluation of how well you do

8    when you don't have data for the period of

9    interest.  So it'll probably be faster than

10   what you're doing now in terms of an

11   uncertainty analysis, and it will have a

12   better statistical background.

13      DR. GRAYMAN:  I just had a comment on what

14   Ben said.  First of all, I'd turn it around a

15   little bit.  What I'd say is you're probably

16   in a much more fortunate situation in terms of

17   having a better intrinsic model of the

18   distribution system than is normally the case

19   in any of these.  So what it's done is it's

20   reduced the uncertainty in that part of the

21   model, so that's good.

22        But then carrying on that's a starting

23   point.  We still have all of this

24   probabilistic analysis has to be done for the

25   source concentration for the operations.  In

1    terms of what Mary said, I'm a little

2    concerned, and I guess I don't fully

3    understand what information you have, what

4    water quality information you have in the

5    distribution system.  It just seems to be very

6    anecdotal still.

7          And so anything where you did an

8    analysis, where you tried to calibrate the

9    model and match this, and I'm not talking

10    about today's --

11    **DR. HILL:**  I wasn't talking about the

12    concentration data.  I was talking about the

13    pumping schedules.  In terms of your

14    concentration data, I mean, what was done at

15    Tarawa Terrace is to just throw all this raw

16    data at the groundwater model and say fit it,

17    when, if you looked at the data, there was

18    absolutely no, you weren't providing a

19    function that was consistent with the data.

20          Now, what the inconsistency was there

21    I don't know, but you need to think about the

22    concentration data in the context of some of

23    the things people have brought up.  Because

24    it's pretty clear, I mean, things change so

25    much day-to-day, there's something going on

62

1     with the collection activity or, and I don't

2     know those processes enough, but this data

3     needs to be evaluated with that in mind first

4     and altered.

5            So if these are all biased low because

6     of processes you know occurred, there has to

7     be some adjustment to those.  If you throw

8     this into the regression, it just tries, I

9     mean, the models just try to match it, so you

10    have to, that was one aspect that was

11    presented by Professor Aral yesterday is that

12    you need to really look at your data and try

13    to develop, figure out what trends, your

14    underlying trends, are involved there, not

15    just throw the raw data at the model.

16       **MR. HARDING:**  Let's be very clear --

17       **DR. GRAYMAN:**  When you say this data, let's

18    be very clear which data we're talking about.

19       **DR. HILL:**  That was the concentration data I

20    was talking about.

21       **DR. GRAYMAN:**  The concentration data in the

22    distribution system or from the sources?

23       **DR. HILL:**  Well, I mean, you can calibrate

24    the groundwater model on both of those.  I

25    think individual well data has been dealt with

63

1      more frequently, and in either period -- I

2      can't remember -- are there periods of time

3      when we have distribution, we have finished

4      water concentrations, and we don't have

5      individual well concentrations?

6        MR. FAYE:  I can answer that.  The data to

7      the best of my knowledge that we collected at

8      several intervals, May of '84 was one where we

9      were all out there, these were when we were

10     injecting various --

11          Go ahead, Walter.

12       DR. GRAYMAN:  Two thousand and four.

13       MR. FAYE:  I'm sorry, 2004, yeah.  We were

14     all injecting the fluoride and some other,

15     calcium chloride, into the distribution

16     system.  That was strictly an effort to

17     calibrate the distribution system models.  And

18     then similar things were done for Holcomb

19     Boulevard and Tarawa Terrace.

20          Now, there was no interest in

21     collecting any well data at that time.  There

22     was, to the best of our knowledge, there were

23     no contaminated wells active at that time.  So

24     this was strictly an effort to collect data to

25     calibrate the water distribution system

CLJA_WATERMODELING_01-0000011663

64

1      models, EPANET 2.

2           Now, to the only data that we have

3      where a contaminated well or wells were

4      operating and where contaminant concentration

5      data were actually collected within the

6      distribution system.  Those data are all

7      presented with respect to the distribution

8      system on Table C-13, which you have in front

9      of you now.  The --

10          Excuse me, Mary, go ahead.

11     DR. HILL:  I think that the issue is that if

12     you have concentration -- I was going to say,

13     if you have concentration data into the

14     individual wells, I would think it would be

15     better to use that even if at the same time

16     you have finished water concentrations.  But

17     then I was thinking, well, maybe that's not

18     the case because of the, there are so many

19     contentious problems with the samples.  Maybe

20     it's not a bad thing to have duplication.

21     MR. FAYE:  Let me just finish my thought,

22     and then we can address what you're trying to

23     say I think.

24          The only time that we actually have

25     data coincident in time where contaminant

65

1    concentration data were collected within the

2    distribution system and when we have knowledge

3    of the contaminated well or a well or wells

4    being pumped, was for this nine- or ten-day

5    period in late January and early February of

6    1985.

7         And those data in terms of the

8    distribution system are presented on Table C-

9    13.  And the contaminant data at the

10   individual wells are also in tables, well,

11   it'd be Table C-7, basically, just Table C-7.

12   And in terms of the actual WTP, that would be

13   on Table -- help me here, folks, if you looked

14   at it.  That would be on Table C-11.

15        And we also have daily records of

16   which wells were being pumped during this time

17   and which were not so we can actually, but

18   there was only one contaminated well at the

19   time and that was HP-651.  So whatever was

20   going on, the other wells that were pumping

21   were actually diluting HP-651.  I mean,

22   whichever ones they were, they were not

23   contaminated or were very minimally

24   contaminated, you know, as far as detection

25   limits were concerned.

CLJA_WATERMODELING_01-0000011665

66

1        So those are the only data that we

2   have where well data and distribution data

3   were collected relatively simultaneously.

4      **DR. HILL:**  And you don't have the pumping

5   schedule.  They destroyed those records,

6   right?

7      **MR. FAYE:**  Well, we know which wells were

8   pumped on a daily basis, and because of the

9   extreme conditions that existed at that time,

10  it wouldn't be unreasonable to assume that

11  those wells were just pumping 24 hours a day.

12  They had to get the water into the system to

13  maintain, to supply demand.  So if those

14  wells, you know, I think that would be a

15  reasonable assumption.

16     **DR. HILL:**  If you really, I mean, given that

17  two-week period of time where you have this,

18  you have measured concentrations at the wells,

19  delivered concentrations, pretty good

20  knowledge of the flow system, so you could use

21  that as a test period, a really good test

22  period for your entire system of modeling.

23     **MR. FAYE:**  Yeah, to demonstrate the validity

24  of the accuracy, precision, all the other

25  terms that were used, we could demonstrate it

1     as a test for that particular period of time.

2     **MR. SAUTNER:** And, Bob, also just to note.

3     We have pumping schedules not just for that

4     ten-day period. We have, I believe it's for

5     two months, right around there, isn't it?

6     December, January and February.

7     **MR. FAYE:** Right. So the whole process, I

8     want to make a point again, the whole process

9     is highly simplified because of the

10     extraordinary condition that existed, that the

11     wells were going full bore, full out to meet

12     demand. We know the pumping rates at the

13     wells, and there was only one contaminated

14     well at the time that was pumping.

15     And that turned out to be one that was

16     a real mess in terms of contamination. So it

17     is sort of a fortunate situation where all

18     this information happened to be -- and it was

19     totally accidental as far as I can tell -- but

20     it just turned out that that was the case.

21     **UNIDENTIFIED:** What were those days?

22     **MR. FAYE:** Basically from about January 27

23     or so of 1985 to February 11th, 12th, 13th,

24     1985. Something along those lines.

25     **DR. GRAYMAN:** I think it would be extremely

68

1    useful to take that period and it's almost --
2    I'll call it an exercise, but that's a little
3    bit pejorative -- but that you go through the
4    exercise of seeing that the model can
5    realistically match what happened during that
6    one-month period.  But unfortunately, it's
7    such an unusual period that I'm not sure
8    you're going to be able to gain much in terms
9    of using that to simulate the other periods.
10        So it's almost going to be, it's going
11   to be necessary that you be able to reasonably
12   match it, but I'm not sure that that's going
13   to be that useful in extending it for the rest
14   of the 15-year period or 12-year period.
15      DR. HILL:  You could use it as a test
16   period, as a check period.  Don't use it as
17   calibration and do daily time steps.
18      DR. CLARK:  We have a question back here in
19   the audience.
20      MR. PARTAIN:  Just an observation, on the
21   May 1982 Grainger Lab report, actually, not
22   the report is going to have that, but there
23   was a sample taken from a point within the
24   Hadnot Point distribution system.  I believe
25   it was Hospital Point and came with a reading

1       of 1,400 parts per billion within the system.

2       Can that not be a snapshot of what was going

3       on in that system so you can compare it to

4       what you got in 1985?

5             So you've got two different points

6       separated by three years.  One with a 1,400

7       parts per billion reading at the hospital and

8       then later on the January '85 testing within

9       Holcomb Boulevard, and you've got the school

10      at 1,100 parts per -- 1,148?

11      **DR. HILL:**  You can.  The thing about this

12      other situation is you have a pretty good

13      handle on every piece.  You have the pumping,

14      the -- and that's what makes it so unusual.

15      So the one you're talking about I'm not sure

16      that it's a similar set of circumstances or

17      not.  I mean, maybe there is.  I don't know.

18      **MR. PARTAIN:**  That was a ^ [water-quality –

19      ed.] sample that they were doing and the lab

20      technician took it upon himself to actually

21      quantify the levels, and he came up with a

22      1,400 part per billion reading for ^[TCE –

23      ed.].

24      **MR. ENSMINGER:**  Yeah, and three years later

25      you get 1,148 parts per billion of TCE in

CLJA_WATERMODELING_01-0000011669

1      another sample, and it's about 300 parts per

2      billion less than the '82 sample.  Well, you

3      had some other contributing wells that had

4      been already taken offline, but you still had

5      that one hot one online, 651.

6      **MR. PARTAIN:**  And that same technician also

7      noted that they had, they did that sample,

8      went looking again, and it dropped off, and

9      then several months later the technician has a

10      conversation with the base supervisor chemist

11      and says, hey, the peaks are back and they're

12      high again, but it doesn't quantify ^.

13      **DR. CLARK:**  We'll let Morris get a point in

14      here.

15      **MR. MASLIA:**  No, I've got a question

16      actually for both the epi people and the water

17      modelers.

18      Since the case or the set of data as

19      has been pointed out for the January '85 date

20      seems to be our most complete in terms of all

21      parts of the supply and delivery system or

22      distribution system that we've got information

23      on, and we know one contaminated well, 651,

24      was pumping being diluted by other wells,

25      which we know were pumping going in there,

1      could we not use that from the epi side, would

2      you not consider that potentially a worst case

3      scenario?

4          **MR. HARDING:**  How could that be the worst?

5      Oh, for Holcomb Boulevard.

6          **MR. MASLIA:**  Did they pump all the

7      contaminated wells at the same time?

8          **MR. HARDING:**  I couldn't even --

9          **MR. FAYE:**  No, you wouldn't consider that in

10     terms of the groundwater pumping.  You

11     wouldn't even come close to considering that

12     as a worst case scenario.  Because you could

13     have a situation easily where 651 prior to

14     1984, 651 -- or July '84, actually -- 651,

15     602, 608, 634 -- what others, could all be

16     pumping at the same time, and they'd be

17     dumping contaminants into the Hadnot Point WTP

18     like there's no tomorrow, so that would be

19     more of a worst case than just one

20     contaminated well pumping.

21         **DR. DOUGHERTY:**  The entire 1968 through '72

22     period which --

23         **MR. FAYE:**  Yeah, from 19, yeah, and prior

24     to, actually, 651 came online in I think 1970,

25     but prior to that you certainly had a good

72

1    number of contaminated wells that existed,

2    pumping into Hadnot Point WTP and being

3    distributed through the Holcomb Boulevard pipe

4    system.  So, no, I wouldn't --

5       MR. ENSMINGER:  If you use just the January

6    samples that would not be, another reason it

7    wouldn't be your worst case is because all

8    your benzene contaminated wells were offline

9    by that point.

10      MR. FAYE:  Oh, yeah, I mean, considering

11   your individual constituents, yeah.  You can

12   go right down the line and be indicative of

13   that.  I'd say this 1982 sample that was

14   brought up that's on Table C-11 at the

15   hospital, 5/27/82, 1,400 micrograms per liter

16   TCE, that -- I'm just kind of blowing smoke

17   here -- but probably 651 was pumping then.

18         We don't really know, but that

19   concentration is comparable to some of the

20   January '85 concentrations.  So there might

21   have been a similar situation going on.  But,

22   yeah, in terms of worst case we really don't

23   know, but I wouldn't say January of '85 was

24   the worst case, just my thought.

25      MR. HARDING:  You need to know to be able to

CLJA_WATERMODELING_01-0000011672

73

1      make a statement like that, you need to know a
2      lot, and you'd need to know where the water
3      was coming from that was at -- I can't think
4      of the name of the point, but the school.
5          MR. FAYE:  Berkeley Manor.
6          MR. HARDING:  You'd have to know, and it
7      could be coming out of the tank.  It could be
8      a blend.  And it's really hard to know.  At
9      Hospital Point it's going to be a little more
10     stable I would think because it's sort of out
11     on the --
12         MR. FAYE:  Out at the end of the
13     distribution system.
14         MR. HARDING:  And I can't see well enough to
15     see if there's a tank between it and the water
16     treatment plant.
17         MR. SAUTNER:  There is because here's
18     Berkeley tank right here.
19         MR. HARDING:  I'm color blind too so I can't
20     see the pointer.  So anyway, you can't make a
21     blanket statement like that.  This is why you
22     build the model is to make this evaluation.
23     And you have to  -- I want to make a little
24     editorial comment here -- you have to
25     comfortable going out on a limb and making

CLJA_WATERMODELING_01-0000011673

74

1       some subjective judgments about whether this

2       is a reasonable model or not.  You're going to

3       have to do that because you just can't do

4       everything based on data analysis, as Mary

5       said.  You're just going to have to test and

6       come out with, it's a great tool I think, but

7       you're just going to come out with something

8       that's over-fitted.

9          DR. DOUGHERTY:  Just a quick question on

10      this early '85 data.  So they have the

11      measurements at the treatment plant, and we

12      have measurements at wells, and we have

13      pumping rates.

14         MR. FAYE:  Right.

15         DR. DOUGHERTY:  Have you just done the

16      mixing calculation to see if the well

17      concentration and the treatment plant

18      concentration match?

19         MR. FAYE:  No, as Morris hopefully clarified

20      earlier this morning, I mean, this work that

21      you all have in your notebooks here is very,

22      very preliminary work, very early in the

23      process of the project in terms of getting

24      some definitive results.  So we just haven't

25      got to that point yet.

1      **DR. CLARK:**  So there is a point, I think

2      Ben's got a good point.  You could use the one

3      scenario to validate and calibrate the model

4      and then add in other wells as you think they

5      might have occurred during some of these

6      maximum contaminant mixing scenarios.  You can

7      get a pretty good picture, I think, of what

8      might be going on within the system.

9      **MR. FAYE:**  Absolutely.  And whether we want

10     to use it as a sort of a test as Mary

11     suggested or as part of a full-blown

12     calibration, I mean, I think those points of

13     view just need to be worked out in a dialogue

14     amongst the staff and you folks and whatever.

15     But, yeah, it is the only time, it is the only

16     time where we actually can integrate the

17     complete system, pumping wells and their

18     respective models, the distribution system and

19     their respective models and then look at the

20     results.

21     **DR. DOUGHERTY:**  I really encourage you to

22     take the ten minutes and do the calculation to

23     see if the mixing of the well data to the

24     treatment plant in that period of time is

25     self-consistent, and if not, it may give you

76

1   some sense of some response error and hence a
2   measurement error.
3       **MR. FAYE:**  I agree, and it's neat because it
4   is a fairly simple thing to do.
5       **DR. CLARK:**  But one thing I haven't heard
6   discussed is the potential for degradation.
7   Has any of that been factored into the
8   calculations at this point?  We haven't really
9   done those simulations either, I know, but it
10  seems to me some of that could be important.
11      **MR. FAYE:**  Absolutely.  We know from Tarawa
12  Terrace as far as the groundwater's concerned
13  that probably degradation is a major issue.
14  Within the distribution system, that I don't
15  know.
16      **DR. CLARK:**  Well, there's some pretty long
17  residence time in some of those tanks.  I
18  haven't done the calculations, but if you're
19  given vinyl chloride as an endpoint then you
20  have a very serious issue.
21      **MR. FAYE:**  Right, right.
22      **MR. HARDING:**  I think the residence times
23  are ^[important –ed.].
24      **DR. CLARK:**  It could be degradation also.
25  Well, like also, well, some of it may be

1    degradation within the system, but I don't

2    know.  The times might be sufficient for

3    degradation.

4        **DR. KONIKOW:**  Well worth looking at it, but

5    the residence time in the groundwater much,

6    much, much longer than the residence time in

7    the tank.

8        **MR. HARDING:**  If this is a matter of triage

9    I wouldn't spend very much time on worrying

10   about degradation in the water treatment

11   system.  You've got lots of other good stuff

12   you could spend time on here that's way more

13   important than that.  Don't focus on the

14   details, focus on the big picture.

15        I want to ask some more questions

16   about water use, because water use, you have

17   continuity, and you have energy that balance

18   in these models, and some of us think in terms

19   of continuity, and some of us think in terms

20   of energy, and the systems are different,

21   sensitive in different ways.  But in this

22   particular case where you've got this big old

23   golf course out there, and that's what's

24   driving some of these interconnections.  You

25   know, understanding the pattern of water use

78

1         is going to be important.

2               And I'm concerned that I haven't heard

3         enough, I don't quite understand exactly what

4         you've done during your calibration period,

5         but more than that I don't understand your

6         plan for going back and modeling this during

7         the periods for which there are no data.  And

8         the way I've approached it, and I think

9         Walter's done it the same way.

10              We first sort of load the nodes with a

11        kind of a fraction of the water use on a daily

12        basis.  And then apply a unit-less pattern of

13        diurnal water use.  I'm sort of getting the

14        sense that what you've done is you've fitted

15        both the total daily water demand and the

16        diurnal pattern, using PEST, and again, it

17        makes a beautiful chart, but it isn't going to

18        help you when you go back in time.  I don't

19        know if you have daily records of water

20        production at the water treatment plant, do

21        you?

22           MR. SAUTNER:  Daily?  Daily records?

23           MR. FAYE:  Yeah, we do have daily records I

24        think in terms of production.  That was on one

25        of my slides the other day, yesterday.

CLJA_WATERMODELING_01-0000011678

1               What is it, Jason, 2004 to 2008 and

2          then there's '95 through --

3          **MR. HARDING:**  No, I meant back in the time

4          that matters.

5          **MR. FAYE:**  No.

6          **MR. HARDING:**  So you're going to have to

7          come up with a pattern of use on a total

8          system use and then you're going to have to

9          disaggregate that to the nodes spatially.  And

10         then you have to disaggregate it with your

11         diurnal pattern.  And so those are some of the

12         conceptual steps.  I mean, you can throw up

13         your hands and say we can't do it, but I've

14         done it.  Walter's done it.  You have to do

15         it.

16         **DR. GRAYMAN:**  I'm not clear.  I think you

17         weren't sure either in terms of when PEST was

18         done.  Was it done just to give you these

19         representative eight diurnal, say, normalized

20         patterns?  Or was it also to try to determine

21         the quantity of water that was used, say, over

22         that period?

23         **MR. SAUTNER:**  No, I believe it was just done

24         for the diurnal.

25         **DR. GRAYMAN:**  Yeah, that was my

80

1    understanding.

2        MR. SAUTNER:  The quality, we used the water

3    conservation analysis study.

4        MR. HARDING:  How does that get water to the

5    individual nodes?  How do you know how much

6    water was used at or near the school in

7    Berkeley Manor, for example, just as an

8    example?  How did you understand that from the

9    water balance?

10       MR. SAUTNER:  Well, from the water

11   conservation study we had different categories

12   of demand, whether they were bachelor

13   housings, family housings, so we know Berkeley

14   Manor is a family housing area.  Most of the

15   demand nodes in that area were assigned.

16       DR. GRAYMAN:  Okay, so the equivalent of

17   having a meter, an annual meter.

18       MR. HARDING:  That's good.  That's good.

19       DR. BAIR:  That's great, and I misunderstood

20   that because I thought you were fitting --

21       MR. SAUTNER:  I'm sorry.  I wasn't clear, I

22   guess.

23       DR. BAIR:  No, that's the way, that's

24   conceptually the way it should be done.  And

25   then but you're going to have to come up with

1        a set of patterns that are either constant or

2        respond to certain rules.  For example, Mary

3        suggested doing it every day of the week.

4        It's probably not going to help you much, but

5        you definitely want to take into account

6        weekend days, for example.

7            On your golf course you know they're

8        not going to water the golf course at two

9        o'clock in the afternoon, right?  You know

10       they're going to water it at night --

11       **MR. MASLIA:**  Actually, that's not correct.

12       Ben, seriously, they water it when the general

13       calls up and says he wants to have a tee-time,

14       and then they turn it on.

15       **MR. SAUTNER:**  We were told anywhere from

16       early morning to afternoon to late at night it

17       could have been watered.

18       **MR. ENSMINGER:**  Having lived there I have

19       some resident knowledge of the water usage on

20       that base.  Wallace Creek separates those two

21       areas right there.  The Hadnot Point and

22       Holcomb Boulevard system -- that's Wallace

23       Creek.  It separates, this is Hadnot Point.

24       This is the Holcomb Boulevard system.  At

25       eighteen hundred every evening, the water

82

1    demand down in here where all the troops are
2    at would drop off dramatically.
3        **MR. PARTAIN:**  The Officer's Club?
4        **MR. ENSMINGER:**  No, no, the Officer's Club
5    was up here.  It was up in here, right in
6    here.  All these housing areas, Midway Park,
7    Berkeley Manor, Paradise Point, those demands
8    in the evenings would go up because the people
9    were coming home.
10        Now the troops, after we got off work
11    we had PT, and then we'd secure the troops.
12    They'd go back to the barracks and they'd
13    either, well, they'd get their showers, and
14    then they would put their civvies on and go to
15    chow hall or head out to town to the bars.  So
16    the water demand over here would drop off.
17    Then in the morning about 0500, the water
18    demand here would start picking up again and
19    level out.  You know you had morning PT,
20    showers, chow hall, formation, back to work,
21    and then you had that same cycle.
22        On the weekends, the weekends the
23    water demand here was low.  On Hadnot Point
24    the water demand here would be high because
25    everybody would be home.

83

1      **DR. CLARK:**  What about light industrial use

2      or lawn watering in residential areas?

3      **MR. ENSMINGER:**  You didn't have many people

4      watering their lawns in base housing unless

5      you had a few people that were trying to get

6      yard of the month or something.  I never did.

7      But industrial, most of your industrial, all

8      of your industrial use water would have been

9      at Hadnot Point.

10     **DR. GRAYMAN:**  Right.  I think one step you

11     want to take is take a look at those patterns

12     as you develop from a PEST modeling and really

13     to check them for being reasonable based on

14     what he was saying.

15     **MR. MASLIA:**  We actually, if you go back

16     when we were, when we tested like the Hadnot

17     Point system and injected the calcium

18     chloride, you actually saw that exact diurnal

19     pattern.  It jumped up at 5:00 or 6:00 a.m. in

20     the morning and then leveled off and then

21     Hadnot Point went down around four or six or

22     whatever.  That we saw when we did the test.

23     And so I mean from that standpoint, the PEST

24     just confirmed that.  It was just trying to

25     optimize the tank water level

CLJA_WATERMODELING_01-0000011683

1      **UNIDENTIFIED:**  And the different patterns

2      for the different types of units.

3         **MR. MASLIA:**  Yes, yes, that's correct.

4         **DR. HILL:**  One thing on the, just thinking

5      about those patterns and looking at like one

6      of the figures -- it's Figure 8 in the text --

7      but this is, it's May 24th through May 28th.

8      That's a Monday through Friday.  And if you

9      look at the different days, there's not,

10     Monday and Tuesday it looks like they're kind

11     of similar in pattern.  But then the other

12     days look, Thursday and Friday look similar.

13     But to my mind there's not a lot of diurnal

14     similar patterns in this.

15        **MR. HARDING:**  This is real life.

16        **DR. HILL:**  Well, yeah, so I guess any

17     patterns we think about could be compared

18     against this data and that could be part of

19     what goes into the model testing.

20        **MR. HARDING:**  Let me make a comment here

21     that you can't expect under normal sort of

22     modeling extrapolation conditions to be able

23     to predict what happened at 2:00 p.m. on

24     Tuesday, June 12th.  You can't do that so you

25     have to average things after, you've got to

1   run these models on an hourly or shorter time

2   step because you don't get the dynamics of the

3   system.  But then you've got to average things

4   up.

5           And your goal is to get good

6   statistics that support the epidemiology study

7   over these sort of windows of three months,

8   right?  So you probably have a rolling average

9   of over three months because that's your

10   resolution need.

11          For these case studies where you've

12   got a critical case, like this case we're

13   talking about here at Berkeley Manor and maybe

14   the Hospital Point, yeah, that would be great

15   diagnostics to go down and just really detail

16   this down and lock everything down and see if

17   it's all consistent, but I wouldn't put too

18   much stock in it.  You've got to set your

19   error bars.  You've got to be comfortable with

20   the fact that you're going to have some error

21   bars in this.

22       **MR. SAUTNER:**  I just want to add one thing

23   also for the calibration procedures.  We had

24   other hydraulic information and we put some

25   water meters out to record flows.  So we have

CLJA_WATERMODELING_01-0000011685

86

1    that as another calibration measure.  We had -
2    - Walter was in with us when we conducted some
3    fire flow tests.  So we do have shorter period
4    of times that we can go in and look at more
5    specifically for our calibration.
6        **MR. PARTAIN:**  When we were talking about the
7    golf course, I did want to show you all this
8    memo here, and this is, if you look at the
9    date, July 1985.  So this is post -- I'll put
10   quotes around it -- post discovery of the
11   contamination.  And this is a memo from the
12   Base Maintenance Officer to the Assistant
13   Chief of Staff Facilities.  If you look on
14   here, let's see, they currently have two 250
15   GPM booster pumps to provide pressure for the
16   pump and sprinklers on the north course.  It's
17   one course.
18       **MR. ENSMINGER:**  The whole course.
19       **MR. PARTAIN:**  One course, which when
20   operating do draw a considerable amount of
21   water.  We really need to pursue this.  And
22   looking at the rounding slip, let's proceed
23   with vigor -- I can't read from here.
24       **MR. ENSMINGER:**  Info from PWO.
25       **MR. PARTAIN:**  Public Works Officer.  Can you

1    read that for me, Jerry?  I can't see that

2    from this side.

3        MR. ENSMINGER:  When do you think we'll have

4    -- incorporated?

5        MR. PARTAIN:  Information, and that's Mr.

6    Price, his comments.

7        MR. ENSMINGER:  He was the head ^.

8        MR. PARTAIN:  And then on the back, "Yeah,

9    thanks, Bill, this is good idea.  We should

10   push hard."  So the golf course is an issue

11   here.  I mean, they're, yeah, this is

12   priority.  They realize they've got to drain

13   the system.  And keep in mind now we've got

14   wells offline.  There's water problems.

15        We have documentation that there's

16   water issues at this point, and there's a

17   concern here.  So the golf course evidently is

18   drawing a lot of water somewhere.  And one

19   course, we've got two, basically, two 250

20   gallon pumps -- I'm sorry, two 250 gallon per

21   minute pumps pumping out and what kind of draw

22   is that going to put on the system.

23        MR. ENSMINGER:  And this plan was actually

24   realized and initiated in 1987.  They drilled

25   separate wells alongside of some of the water

88

1      hazards on the golf course.  They were pulling

2      the water from the water hazard and

3      replenishing the water hazard with water from

4      the wells.

5          DR. KONIKOW:  Would the recharge rate onto

6      the golf course be higher than everywhere

7      else?  Was that in the groundwater flow model?

8          MR. FAYE:  No, except for a couple of

9      isolated areas out there, Lenny, what we call

10      the Brewster Boulevard aquifer system is

11      essentially a sand pile with some disconnected

12      clays and lenzoidal clays in that system,

13      which we call the confining units, respective

14      confining units, but it's basically a sand

15      pile.  So what you basically got is whatever

16      there's left over after ET goes, is

17      infiltrated probably.  And the water table's

18      ten, 15-to-20 feet depending on the contours,

19      the land contours.  So that's essentially

20      conceptually what I think is going on there.

21          DR. BAIR:  Aren't you surcharging it with

22      the golf course irrigation water in addition

23      to the rainfall?

24          MR. FAYE:  Yeah, that was the question that

25      he asked.

1    **DR. BAIR:** So is that area given more
2    recharge than other areas in the model?
3      **MR. FAYE:** Sure, well, like I said, there is
4    no model right now. The work that Jason
5    talked about yesterday is very preliminary,
6    and so that represents, what he was doing
7    represents a long-term, average condition.
8    For the transient model, yes, there would have
9    to be some higher rates of recharge for that
10   area.
11     **DR. DOUGHERTY:** (Off microphone;
12   indiscernible).
13     **MR. FAYE:** Yeah, yeah, and as somebody
14   mentioned yesterday, it actually might even be
15   what they call a SWAG, which is a Scientific
16   Wild Ass Guess.
17     **DR. BAIR:** I guess I have a bad idea that
18   I'd like to pass along. As we talk about golf
19   courses, I'm a golfer. I hate the trees, but
20   I think the trees might provide you with a
21   surrogate for some information you're looking
22   at on a longer average than what we've been
23   talking about on the water distribution
24   system.
25         But some types of trees take up TCE,

90

1          and if you were to core some of the trees on
2          the golf course in Berkeley Manor and other
3          places, I suspect you can find a laboratory
4          that could analyze the annual growth rings for
5          the amounts of TCE. Now, it won't tell you a
6          microgram per liter, but it will tell you a
7          high, low, none. And you could use that
8          timeframe as a surrogate for what's being
9          distributed across the base by looking at
10         different trees across the base. So that's my
11         bad idea.
12            **DR. GRAYMAN:** I was just going to comment
13         it's either brilliant or totally off the wall.
14            **DR. KONIKOW:** I'll go for off the wall.
15            **DR. GRAYMAN:** I think it's a good idea,
16         Scott. At least look at it.
17            **MR. ENSMINGER:** I saw that capability. I
18         saw exactly what he's talking about. They do
19         test and they can help.
20            **DR. GRAYMAN:** So what are the trees like on
21         the course.
22            **DR. BAIR:** Are there trees on the course?
23            **MR. ENSMINGER:** Oh, yeah.
24            **UNIDENTIFIED:** But they're not watering the
25         trees. They're watering the --

CLJA_WATERMODELING_01-0000011690

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1          MR. ENSMINGER:  Yeah, but those roots go way

2     down.

3          DR. BAIR:  They're watering the fairways,

4     too, aren't they?  They have to be.

5          MR. FAYE:  Well, that's probably what we

6     need to do (off microphone).

7          DR. BAIR:  Right, and then you could go to

8     the yard of the month and get tree rings from

9     that.

10          MR. ENSMINGER:  Don't be cutting all the

11     trees down, Scott.

12          DR. HILL:  You don't have to cut the tree

13     down.  You just core it.

14          DR. BOVE:  This is an interesting idea, but

15     aren't we talking about from '72 to '85, we're

16     talking about a few days a month during the

17     summer months.  That's what we're talking

18     about.  We're not talking -- and before '72,

19     yes, Hadnot Point is serving this area.  But

20     after '72 we're talking about a few days in a

21     few months during the summer so I don't see

22     the point.  Am I missing something?

23          DR. HILL:  You're getting data for the

24     period you don't have any information on.

25          MR. HARDING:  Yeah, I think the button is on

1         the golf course. I'm sorry, but I thought it

2         was a good idea for Hadnot Point in general,

3         and I forgot that the golf course was outside

4         of Hadnot Point probably because it was such a

5         small event it may not show up. But other,

6         it's an interesting idea for Hadnot Point.

7         The thing is is that sort of the anecdotal

8         evidence indicates there was a lot of TCE a

9         lot of times there probably in Hadnot Point

10        itself.

11      DR. BAIR: Anywhere there's an irrigation

12        system on the base. Are they keeping the

13        Headquarters' petunias nice?

14      MR. PARTAIN: There are sources of TCE

15        within Hadnot Point, too.

16      MR. ENSMINGER: I don't know that would find

17        anything that was a confounding factor.

18      DR. BAIR: It was just an idea. I mean, as

19        an academic it's my job to come up with

20        something that uses my time and other people

21        pay for it.

22      MR. ENSMINGER: But in the Hadnot Point

23        system I don't think you'd find anything that

24        had a constant irrigation in it.

25      DR. GOVINDARAJU: I just wanted to go back

1    to this question of calibration.  So the test

2    that was conducted in 2004, was the purpose of

3    that test to back calculate the demand

4    pattern?  Because that means there's an

5    expectation that that demand pattern is going

6    to be repetitive of what happened in '84.

7        MR. SAUTNER:  I'm sorry.  So this test right

8    here?

9        DR. GOVINDARAJU:  Yes.

10       MR. SAUTNER:  This was a test we did --

11   let's do this test here.  We actually injected

12   fluoride and chloride into the systems.  This

13   was to help us calibrate the model, and we

14   gathered different hydraulics on the system

15   and pressures and water levels, flows.

16       DR. GOVINDARAJU:  True, but when you are

17   fitting, you are saying I will ~~assimilate~~

18   [simulate -ed.] by fitting let's say the

19   demand patterns or demand factors from test.

20   So it looks like the purpose of this test was

21   to basically get the demand patterns out.  Was

22   that the goal of the test then?

23       MR. SAUTNER:  Yeah, well, we did not have

24   demand patterns except for a water balance, so

25   we used the water conservation analysis to get

CLJA_WATERMODELING_01-0000011693

1    a general demand allocation.
2       **DR. DOUGHERTY:**  So did you fit only the
3    water patterns or other parameters, too?
4       **MR. SAUTNER:**  Well, we did other sensitivity
5    analysis.  We tried to change pipe frictions
6    and stuff like that.
7       **DR. DOUGHERTY:**  Tank mixing?
8       **MR. SAUTNER:**  Tank mixing, yeah.
9       **DR. GOVINDARAJU:**  So basically, my feeling
10   is that system parameters ^[including -ed.]
11   perhaps tank mixing and all, those have been
12   ~~formatted~~ [fitted -ed.] because with that you
13   can perhaps get an estimate of what the
14   friction factors were back in '84.  The demand
15   pattern is going to be, even if you prepare it
16   very correctly with this, the chances of being
17   able to reproduce it for '84 are very
18   difficult.  Already I think we have heard
19   about what you are going to get are monthly
20   averages which you have to somehow fractionate
21   or disaggregate into much smaller intervals.
22      **MR. MASLIA:**  Can I make a couple of comments
23   to maybe hopefully clarify what we have and
24   what we did and why we did it?  We came in
25   there in 2003 and there was, from a model

1    standpoint, a description of the distribution
2    system.  There was no information available as
3    to daily demand patterns and things like that.
4         What we had, as I said previously, as
5    most military bases have done, they've got a
6    conservation study that was done.  Not only
7    for Lejeune, the Air Force has done it.  The
8    Army's done it at all their military bases.
9    The purpose of that really was to study on an
10   average basis the water use and see how they
11   might reduce or conserve water.
12        And so it identified different water
13   outlets, swimming pools, showers, latrines and
14   so on and so forth.  That was really our --
15   and then we knew the volumes of the tanks
16   obviously.  That was the only real, you know,
17   that type of information that we needed.  And
18   when we summed up the water balance from the
19   conservation study, we were off -- I mean, I
20   say we, I mean taking the numbers from the
21   study, off by about 30 percent from if you
22   added up the storage in the tanks and the
23   stuff the wells were pumping and all that sort
24   of stuff.  So there was a discrepancy in
25   information there.

1          So one of the purposes in conducting

2     the distribution system test was to see if, in

3     fact, we could account for this discrepancy

4     because we knew we would have to have a more

5     robust -- I won't use the word accurate --

6     description of the distribution system.

7          We also made the assumption, and I

8     believe it's still a correct assumption, is

9     that the distribution system, with the

10    exception of obviously separating off Holcomb

11    Boulevard from Hadnot Point, but the activity

12    patterns would have been the same whether the

13    troops were there when we were doing the test

14    or the troops were there in 1968 or whatever.

15    And as Jerry correctly pointed out and we did

16    in the test, they get up, run the shower at

17    6:00 a.m. or whatever and then it goes on in

18    the Hadnot Point area.

19          In doing the test or gathering the

20    data, we then were able to, as we had

21    suspected, were able to, through using PEST,

22    determine that the friction factors were

23    insensitive.  The system, the changes to that

24    were basically insensitive.  That left a

25    demand pattern and water levels that were

1       measured in the tanks through the SCADA
2       available.  And so we adjusted the demand
3       patterns.  In fact, we were able to match what
4       actually was flowing through the system based
5       on our measured data.
6              What was interesting also was at the
7       end of the test, and I believe, was that, that
8       may have been a Thursday or a Friday, as
9       troops left for the weekend or whatever,
10      because we got folks at the Hadnot Point to
11      flow the system, I think it was, what, 2,100
12      gallons per minute, something like that.  They
13      came to us and asked if they'd cut that back
14      because they were spilling water out of the
15      controlling tank, French Creek tank was
16      spilling water because they were pumping it at
17      an average rate of what we had gone through
18      the data and figured that the average flow
19      was.
20             So he's correct.  Over the weekend it
21      drops.  But our entire concept was that from
22      average operational sense what we saw when we
23      were doing the field test, which is what our
24      goal was, that we could use that at any
25      typical period historically to provide input

1      to the epidemiological study.  And hopefully,

2      that clears where we got initial information

3      from.

4          **DR. CLARK:**  Was the pipe material ~~the same,~~

5      ~~had been~~ [-ed.] pretty much the same over the

6      years or was there a switch from, say, cast

7      iron to vinyl chloride at some point?

8          **MR. MASLIA:**  Joe can probably give you a

9      better idea, but at least now when they

10     replace it they use PVC, don't you -- right,

11     when they replace it presently, they're

12     replacing it with PVC.  But to give you an

13     example, Tarawa Terrace was basically the same

14     as it was, and it's got a mix of cast iron and

15     PVC currently.

16          And even though C factor was not very

17     sensitive, it was much more sensitive to PVC

18     than it was to cast iron.  And I've got those

19     plots in Chapter I report under the water

20     distribution part or the sensitivity of the

21     water distribution system.  It really was the

22     purpose of the test or our concept going in is

23     that there was, in terms of where the pipes

24     went and all that, it would be no significant

25     changes from the historical system.

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1           And that's why we felt or why we

2     justified that we could go out and get some

3     field data.  But it was basically what the

4     primary driving factor was this big

5     discrepancy of 30 percent between what the

6     water conservation study said summing it up

7     and what we knew presently was the volume that

8     they were, you know, having.

9        **MR. HARDING:**  The water conservation claim

10    was summing it up from estimates of individual

11    either categories of use or -- I'm not alarmed

12    by a 30 percent difference then.  Those are

13    the same number.  You've got to think in

14    astronomical terms sometimes.

15           Yeah, I mean, if you had measurements

16    coming out of the water treatment plant, those

17    obviously would be your best piece of

18    information which you don't have.

19       **DR. KONIKOW:**  You're talking about

20    historically, right?

21       **MR. HARDING:**  Yeah, if you had the flow

22    meter and you had the daily records, those,

23    I've had cases like that, then that's great.

24    We've had situations where all we had were

25    monthly data.  You don't even have that, but

1　　　　　you're going to make an assumption about your

2　　　　　stress periods, right?

3　　　　　　　And the assumptions you make should be

4　　　　　the best you can make.  Then they should be

5　　　　　consistent with the water distribution model,

6　　　　　and then you're going to have to disaggregate

7　　　　　that down to a daily pattern.  There's a

8　　　　　variety of ways to do that.  You know, you

9　　　　　have to understand and be comfortable with

10　　　　　this, it's going to be wrong.  But as Locke

11　　　　　said it will be useful.  And that's the

12　　　　　comfort you have to have.  You have to be

13　　　　　willing to be wrong but provide a useful piece

14　　　　　of information.

15　　　　**MR. FAYE:**  We do have monthly data back to,

16　　　　　into the 1950s and also into the '70s and '80s

17　　　　　and '90s.  So we do have a lot of monthly data

18　　　　　to deal with.

19　　　　**DR. GRAYMAN:**  Can I broaden this a little

20　　　　　bit?  We can bring it back, but looking at the

21　　　　　schedule where we're scheduled to talk about

22　　　　　distribution system really for the rest of the

23　　　　　morning, I think at some point the group

24　　　　　should be looking at a little more broadly and

25　　　　　that we really have by my count at least five

1    different areas we're trying to simulate what

2    we're going to be giving to the

3    epidemiologists.

4         We have to be looking at wellhead

5    concentrations, which we talked a lot about

6    yesterday in terms of the groundwater flow

7    models.  We have to look at the well operation

8    scenarios.  How were the various wells

9    combined at any given time.  The

10   interconnection scenarios, how was the booster

11   pump operated and the Wallace Creek valve.

12   The water use demand scenarios, which we have

13   ideas from the present study, but these are

14   still a lot of unknown.  And then there's a

15   system operation scenario and that's primarily

16   how did they operate the system not from the

17   wells but once from the treatment, when would

18   the treatment plant pumps come on, how were

19   the tanks operated.

20        And I think it would be useful as a

21   group to try to discuss how are we going to

22   bring all these together.  I've heard the idea

23   of using Monte Carlo simulation or some kind

24   of partition hypercube, but we're talking

25   about a large number of scenarios in all these

1       different dimensions.  And I hope we can at
2       least start addressing that at some point.
3          DR. KONIKOW:  Well, I don't think the
4       epidemiologists want all of that information.
5       They want -- correct me if I'm wrong -- they
6       don't want to know the details of the
7       groundwater flow model or the details of the
8       groundwater transport model or even the
9       wellhead concentrations.  They want to know
10      the outcome.  What went through the
11      distribution system.
12         DR. GRAYMAN:  No, exactly what gets
13      delivered to the customer.
14         DR. KONIKOW:  Exactly.
15         DR. GRAYMAN:  But all of those things bear
16      upon making that vital decision.
17         DR. KONIKOW:  Exactly, yeah.
18         DR. ASCHENGRAU:  Just to add to that, I
19      mean, to me there were lots of issues that
20      came up yesterday that are similar of this
21      sort, right, on the groundwater modeling.  So
22      it has to go even further than that, and it's
23      just to me we would consider all those
24      sensitivity analyses.  And so we would want to
25      know sort of the bounds of the estimates, the

103

1    monthly estimates, that we are trying to get.

2        DR. KONIKOW:  Let me add that there were

3    quite a few, I think, important issues causing

4    uncertainty and error in what predictions

5    could be made that we didn't get to discuss

6    yesterday.  I mean, it's really much more

7    complicated and uncertain than we even, we

8    just began to scratch the surface.

9        DR. GRAYMAN:  Right, and what's complicated

10   here, when we were dealing with Tarawa

11   Terrace, we were at the point where we really

12   weren't that interested in the distribution

13   system because it wasn't one of the factors or

14   wasn't a primary factor or even a major factor

15   in contributing how much was delivered to the

16   customers.  Here we're now having to,

17   everything that was said about Tarawa Terrace

18   and complicating it by the fact that Hadnot

19   Point and Holcomb Boulevard appear to be

20   significantly more complex situations.  We

21   then have to overlay that with the water being

22   delivered to the customers primarily in this

23   interconnection phase.

24       DR. HILL:  This is actually just going back

25   to something that Bob mentioned earlier, and

1    it's coming back to the groundwater model
2    study.  I apologize for that.  But the idea of
3    this is just a pile of sand, I would like to
4    back off from that a little bit.
5        From the Castle Hayne downward it's
6    been there for 20 million years, and it's a
7    deposit that has some structure to it and some
8    information that we can take advantage of.
9    And the idea of representing, thinking of it
10   as just a pile of sand, I'd kind of like to
11   back off, thanks.
12     DR. KONIKOW:  Maybe it was mentioned, it
13   probably was and I just forgot, but what is
14   the present situation at Camp Lejeune?  Where
15   is the present water supply coming from?  And
16   on a related issue, were the wells that were
17   shut off and abandoned, how were those
18   plugged?  How were those sealed?  Did we, was
19   the annulus ~~crowded~~ [grouted -ed.]?  So really
20   two separate questions:  one, what's going on
21   there today for the water supply?  And second,
22   what was done with the abandoned wells?
23     MR. FAYE:  There are some slides showing the
24   well locations, the historical wells and the
25   modern wells.  I'm not sure if Jason has any

1        handy there or we can flip something up.  But

2        the well, the modern wells, the modern, active

3        wells, Lenny, have been distributed along

4        Brewster Boulevard and then through the, sort

5        of the eastern extension of Brewster Boulevard

6        and down North Carolina Highway 24.  So

7        they're well north of -- we'll see here

8        hopefully in a minute.  You can look on the

9        posters as well.  Just a second.  And down

10       Sneeds Ferry Road, and these are all well away

11       from points of known contamination and indeed

12       the sampling indicates that there's no

13       additional contamination happening.  Here we

14       go.

15       **MR. ENSMINGER:**  Unless it's munitions.

16       **MR. FAYE:**  There you go.  Lenny, these are

17       the modern wells right through here in this

18       area and then down here, down Sneeds Ferry

19       Road down in this area.  These are the modern

20       wells.

21       **DR. KONIKOW:**  Aren't those down gradient?

22       If you look at the head distribution, isn't

23       that down gradient from the contamination?

24       **MR. FAYE:**  Sure, but you're looking at a

25       relatively small radius of influence here for

106

1    most of these modern wells out here.  There's
2    not any influence in terms of contamination
3    unless there's an unknown source out there.
4        DR. KONIKOW:  Well, what's the slope
5    direction?
6        MR. FAYE:  Pardon me?
7        MR. HARDING:  Yeah, I'd like to see a head
8    map, I guess for the side gradient.
9        MR. ENSMINGER:  It flows toward the New
10    River.
11        MR. FAYE:  What's your question in terms of
12    the regional flow patterns?  They would be
13    toward the streams, Wallace Creek and then
14    toward the New River.
15        DR. KONIKOW:  Well, it certainly isn't
16    shallow, but as you go deeper is there -- in
17    the upper Castle Hayne, is the flow direction
18    the same as in the shallow system?
19        MR. FAYE:  Pretty much, yeah, left
20    undisturbed by pumping wells, yeah, it would
21    be very, very similar, very similar, just like
22    Tarawa Terrace actually.  That goes back to my
23    comment that Mary objected to that it's kind
24    of a big sand pile out there.  You see very
25    little head difference.

1        Actually, there's some -- and this is
2    discussed in one of the Tarawa, I think
3    Chapter C, Tarawa Terrace report.  There's an
4    excellent set of observation wells out here
5    from the lower Castle Hayne aquifer all the
6    way up to the Brewster Boulevard aquifer.
7    This is observation well clusters by the North
8    Carolina folks, the State folks.
9        I think there's maybe like a three-
10    foot head difference between -- and this is
11    undisturbed -- three-foot head difference or
12    four-foot head difference between the lower
13    Castle Hayne aquifer and Tarawa Terrace
14    aquifer.
15        DR. BAIR:  That's huge.  That's enormous.
16        DR. HILL:  That's up or down?
17        MR. FAYE:  Well, of course, it's upward
18    because it's right next to Wallace Creek.  You
19    have an upward flow pattern.  So we have about
20    a four-foot head difference here.
21        DR. BAIR:  Yeah, but that's an enormous head
22    difference.  For a pile of sand you shouldn't
23    have any head difference.
24        MR. FAYE:  I beg to differ.  If you're by a
25    regional drain, I don't care whether you've

1    got a pile of sand or not.  If you've got 300

2    feet of sediments or so, you're going to have

3    a vertical upward --

4        **DR. BAIR:**  You won't have a vertical drain

5    without a head difference.

6        **MR. FAYE:**  Pardon me?

7        **DR. BAIR:**  If won't flow vertically unless

8    there is a head difference.

9        **MR. FAYE:**  Well, if you have a highland area

10   here where you have recharge, and then you

11   have discharge down to your main drains, which

12   is the New River, Wallace Creek or whatever,

13   you're going to have a diffuse upward leakage

14   in the vicinity of the drains, and that's

15   going to be vertical.

16       **DR. DOUGHERTY:**  It means that the best

17   technical data's a turning point.

18       **MR. FAYE:**  Yeah, I mean, all you have to do

19   is look at what ~~Hubbard~~ [Hubbert –ed.] did

20   back in the middle '40s.  You can look at what

21   ~~Tote~~ [Toth –ed.] said in '55.  And you've got,

22   that's typical regional flow patterns.

23       **DR. HILL:**  You've got three head maps in the

24   material that I have.  One is in Report

25   Chapter B.  It's on page B-30 and it's

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    estimated pre-development, and so this is
2    contour measured.  But the points aren't on
3    here so I can't say what's controlling the
4    contours, but these are these contours.
5           Okay, then you have one in the
6    material we were sent in the notebooks.  It's
7    Figure 1, page 8 under Tab 6 after the, in the
8    second section of that.  And that's also
9    contoured measured.  And then you also have
10   the contoured simulated values later in that
11   section if I can find it.  And that's Figure
12   3.
13          In every one of these maps, the
14   contours next to the streams imply a
15   completely different hydraulic connection
16   between the groundwater system and the stream.
17   And that's true for the Northeast Creek and
18   the Wallace Creek.  So I mean, you're talking
19   now about that the three-foot head difference
20   and what that means in terms of
21   interconnection with the stream.
22          And really, without the groundwater
23   flow model, I don't know.  I don't know if
24   what you're saying is correct or not.  But I
25   can say that your potentiometric surfaces in

1    these three figures imply, each of them

2    implies, I mean, there are some similarities,

3    but there's some drastic differences.

4         And I don't know if you have these in

5    front of you.  We haven't seen them in any of

6    the slides, but the one from B-30, the Tarawa

7    Terrace report, but that figure goes down into

8    part of Holcomb Point.

9    **MR. FAYE:**  If you look in Chapter C of the

10   Tarawa Terrace reports, there's a discussion

11   in there of the simulated potentiometric

12   surfaces, and you can't quite see the upland

13   areas of Tarawa Terrace here, but they would

14   be here.  Where you have recharge in the

15   upland areas in layer one.

16   **DR. HILL:**  I'm not talking about that.

17   These are really dramatic differences.  I

18   mean, it didn't come up yesterday and I don't

19   have slides, but in Chapter B the Northeast

20   Creek shows that it's highly gaining like

21   this.  The contours look like this indicating

22   water coming into the stream.

23   **MR. FAYE:**  Right.

24   **DR. HILL:**  But the contours on Figure 1 that

25   we were given show the contour is going

111

1          directly across the stream like this as if the

2          water was really just going --

3              MR. FAYE:  No, that's a boundary for --

4          well, it may be true, but what I'm saying --

5              DR. CLARK:  Is this something we might want

6          to take up after the break?

7              DR. HILL:  Yeah, that's fine.

8              MR. WILLIAMS:  The wells, there's a State

9          standard for ^ [abandoning –ed.] wells [; -ed]

10         fill them with generally with bentonite and so

11         that there won't be an interconnection between

12         the possible transportation of contaminants

13         between layers.  So we did abandon those wells

14         according to the State standards.

15             DR. DOUGHERTY:  That's really not very

16         definitive because it doesn't say that you,

17         because there are various stages of

18         abandonment.  One of them is simply pulling

19         the pump and leaving it in reserve.  Another

20         one is filling the existing casing with

21         bentonite cement, and another one is yanking

22         the casing and actually making sure you've

23         grouted the entire annulus because we had, I

24         think we have well water records that say that

25         the annulus is open.  So if you just filled up

1        the casing, which I don't know North Carolina

2        State standards so please tell me.  Did y'all

3        yank the casing or --

4        **MR. ASHTON:**  No, we did not yank the casing.

5        And typically these are gravel-pack type

6        wells.  And, no, we did not yank the casings.

7        Typically, how these wells are constructed is

8        about a 50-foot grout to prevent surface

9        influence.  Then, of course, they go down

10       between 150 to, in some cases, we have some

11       wells that are 250, some that are even deeper

12       --

13       **DR. DOUGHERTY:**  (Off microphone)

14       **MR. ASHTON:**  Pardon me?

15       **DR. DOUGHERTY:**  How were they installed

16       here?

17       **MR. WILLIAMS:**  Oh, those were all rotary.

18       **MR. ASHTON:**  Yes.

19       **DR. CLARK:**  Why don't we take this up after

20       the break and give you a chance to get

21       together and talk about it?

22       **MR. WILLIAMS:**  Yeah, and the other question

23       that was unanswered is what's the state of the

24       water system now.  And we can take that up

25       whenever you want.

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1       **DR. CLARK:**  Why don't we address all this

2       after the break?

3          (Whereupon, a break was taken between 10:20

4       a.m. and 10:33 a.m.)

5       **DR. CLARK:**  We're going to change the format

6       just a little bit and change the order a

7       little bit.  I think that maybe we're not

8       giving ATSDR the kind of advice that they need

9       to continue on with their work.

10              So what I've asked Morris to do and

11      Frank to talk a little bit about what they

12      think they would do for the future and what

13      kind of advice and input they would like to

14      have from the panel.  We've got you guys here,

15      an expert panel, tremendous input, tremendous

16      help, but I'm not sure they're getting the

17      kind of advice that ATSDR really needs to

18      continue on with their work.

19              So, Morris, why don't you go ahead?

**PANEL DISCUSSION:  WATER-DISTRIBUTION SYSTEM**

20      **MODELING (RECOMMENDATIONS FROM THE PANEL)**

21      **MR. MASLIA:**  What we would like to focus

22      really on is, and at the end of the day when

23      you make your recommendations, besides the

24      details is the big picture.  Because what we

25      have to be able to do is go back, or if any of

114

1          our management is here, and also go back to
2          the Navy and say, yes, we're going to finish
3          in this timeframe or, no, here are the steps
4          we need to take to accomplish to provide the
5          epidemiologists with an estimate of exposure.
6               And to be able to do that I think we
7          need to step back or go back to the bigger
8          picture recognizing that the details are
9          important; however, what I've noticed is we
10         were, I thought, getting down to so much
11         detail that we lost sight of the big picture
12         in terms of the distribution of water
13         historically at Hadnot Point and Holcomb
14         Boulevard.
15              So I just put up, just real quickly
16         here, from 1941 when the system came online,
17         Hadnot Point supplied everything until Holcomb
18         Boulevard came online approximately in June of
19         '72.  During that period you have one system,
20         and you have all the wells contaminated, non-
21         contaminated going into a water treatment
22         plant so we can go back to what we did at
23         Tarawa Terrace and use a simple mixing model.
24         So that takes the distribution system water
25         dynamics and water quality dynamics of a

115

1    distribution system out of the picture
2    completely, and we just have to concentrate
3    on, yes, important factors, but the well
4    cycling and from a groundwater standpoint.
5              From 6/72 when Holcomb Boulevard came
6    online to '87, from August through March
7    there's no indication that there are any
8    interconnection, the booster pump or the
9    Marston Pavilion valve was turned on.  So
10   again, we still have simple mixing because the
11   wells are feeding into storage tanks,
12   combining into storage tanks.  So again, that
13   takes the detailed water quality dynamics of a
14   distribution system out of the picture.
15             So that leaves us basically this time
16   period in here for April, May, June and July
17   with an interconnection issue a couple of days
18   during the month.  So the question or the idea
19   would be can we use, can we come up with a
20   typical day, a typical day that we could say
21   during a typical day -- with bounds on it.
22             I mean, I'm not throwing out the
23   uncertainty, but with bounds on it that we
24   could then say during a typical day to the
25   epidemiologists, this is what the exposure

1    would be at different locations in the

2    distribution system given what data we have,

3    given that we have a two-week period where

4    we've got test data or sample data or whatever

5    when the line broke, given that we also have

6    field data that we collected in terms of

7    calibration or seeing that the system operated

8    realistically from a diurnal pattern.  And

9    that's --

10            I guess, Frank, is that stating I

11   guess the big picture?

12            And that's what I'd like to throw out

13   to the panel here to see if we could focus the

14   discussion really on that so we can get,

15   hopefully, some direction as to how we should

16   proceed on that.

17            Frank.

18      DR. BOVE:  The other big picture is can we

19   get monthly averages?  Does that make sense

20   given the complexity of the situation?  Can we

21   get quarterly, should we move to a quarterly

22   situation where we get just quarterly data

23   averages?  So that's another question that the

24   epidemiologists, I would like to know.

25      DR. KONIKOW:  Doesn't that hinge also on how

1    well we do in predicting what the wellhead

2    concentrations were?

3        **MR. MASLIA:**  Yes, absolutely, absolutely.

4        **MR. HARDING:**  You can't model at those

5    longer time steps in the water distribution

6    system.  You have to do it on an hourly basis

7    or a sub-hourly basis.  The model will choose

8    the time period that it needs.  But what you

9    can do then -- I'm thinking out loud here, but

10   Walter and I had a discussion in the hall

11   here.

12        What we've done in the past, because

13   as the water distribution people are always

14   the tail of the dog, and the groundwater

15   people deliver their stuff to us at the last

16   second, and then we have to make our

17   calculations.  And so we adopted as a matter

18   of convenience, but it happens to be good in

19   other ways though, using the method of super-

20   position to provide a fast way to make the

21   calculations of nodal concentrations to the

22   concentrations of the source in use.

23        And we have -- my brain isn't

24   completely functioning here, so correct me if

25   I'm wrong.  But we have two sources of water

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    at Holcomb Boulevard during the
2    interconnections.  We have the Holcomb
3    Boulevard water treatment plan, and we have
4    one, possibly two, interconnections.  I think
5    the second one is when the booster pump is
6    running is going to prove to be a drain, but
7    you could do the modeling during those actual
8    interconnection periods.
9         The hydraulic modeling will calculate,
10   just like Jason did up there, and use a
11   hundred part per billion or use the source of
12   water function in EPANET and calculate the
13   percentage of water from each source and each
14   node, average that over a rolling three-month
15   period, which is your resolution that you
16   needed, and will help avoid overconfidence in
17   what you're predicting because you're going to
18   be wrong on any particular day.  You know
19   that.
20        But over an average of a period of
21   three months, and that's usually what I felt I
22   had some confidence in, you should be getting
23   close.  And then keep those coefficients
24   there, and then you can do whatever you want.
25   You can load them however you want with what

119

1    comes out of the Hadnot Point mixing model.

2      MR. MASLIA:  I'm in absolute agreement with

3    you.  In fact, we took a similar approach, not

4    contaminant-specific, but in Toms River.  In

5    other words put a hundred units in and did it

6    that way as well.  And that's I think what I

7    was trying to hopefully get to here is to try

8    to simplify that in that --

9      MR. HARDING:  And in the Hadnot Point system

10   the memory in the tanks is going to be

11   important if the wells, if the contamination's

12   going on and off.  If it's more smooth ^ but

13   if you've got contamination going on and off,

14   then the memory of the wells becomes

15   significant.

16         But you can use the same approach.

17   You can use the, what we call transfer

18   coefficient super-position approach to run it

19   once, and then use it to force it with a Monte

20   Carlo or whatever you come out of a resampling

21   from your groundwater results, just thinking

22   out loud.  Walter had some thoughts as well.

23      DR. GRAYMAN:  You were talking about

24   temporal averaging period.  Spatially, under

25   most circumstances we'll be able to say, well,

1      we can treat Hadnot Point as a single unit

2      just as we did Tarawa Terrace.  Holcomb

3      Boulevard, hopefully, we may be able to just

4      do it by ~~assume~~ [assuming -ed.] Berkeley Manor

5      is homogeneous.  And that can be tested in the

6      water distribution system model to see if

7      that's the case.

8          DR. WARTENBERG:  I have a question about

9      this temporal averaging.  One of the things

10     that would be helpful for an epidemiologic

11     analysis is to know the variability of your

12     predictions.  And I don't know where in the

13     process you're doing the averaging and whether

14     or not it's possible to give us more fine

15     scale data that epidemiologists would average

16     using rolling averages or some other approach

17     or finally give us some sense of that.

18         DR. GRAYMAN:  Finer scale temporally or --

19         DR. WARTENBERG:  Temporally.

20         DR. GRAYMAN:  -- probabilistically?

21         MR. HARDING:  You can do it, but you have to

22     then use it in a longer timeframe because

23     you're going to be wrong.  You're not going to

24     have it exactly the right time.  But if you

25     want to calculate frequency information, I

121

1       think you could do it.

2          DR. WARTENBERG:  Well, all I'm saying is if

3       you asked me what's the right temporal

4       increment?  Should it be one month, three

5       months?  I don't know the answer.  But if you

6       gave me the data, say, daily data, then I can

7       average it different ways and look at it.

8          MR. HARDING:  It scares me if you're going

9       to use it and on a daily basis.

10         DR. WARTENBERG:  No, I wouldn't use it on a

11      daily basis, but I could look at how it

12      changes and aggregate it weekly, monthly.

13      Otherwise I don't see that variability.

14      That's what I'm saying.

15         DR. KONIKOW:  Look at the first page of

16      Table C-7 that they handed out this morning

17      and look at the wellhead concentration in the

18      first well, 602, over a two-week period.  It

19      hit a high of 1,600.  The next sample is 540

20      and the next was 300.

21         DR. WARTENBERG:  Those are still going to be

22      the data, right?  Those are the data, and

23      you're going to have to --

24         DR. KONIKOW:  You want to know what the

25      variability is on a less than a mean monthly,

122

1          well, there's the information we have.
2          Whatever we reconstruct in the model to feed
3          into the water treatment plant isn't going to
4          be any better than this.  And this is your
5          sample, and you know, you say, well, there's
6          three samples in two weeks.  What's the odds
7          of actually hitting a peak?  Well, pretty
8          small.  Somewhere close to this time it was
9          probably much higher than 1,600.  There you
10         have an example of the range in a contaminated
11         well, and if you go to the really bad well,
12         651, you see similar things over basically a
13         two and a half week period it went from 3,200
14         to 18,000.  Well, there's your sample of a
15         local area --
16            DR. HILL:  And I really agree with that, but
17         the model's going to give you a very smooth
18         representation of what that system was doing.
19         The actual variability is just what Lenny
20         said.  You've got it there, and that's the
21         best information you're going to get.
22            MR. HARDING:  It won't be smooth in the
23         water distribution model.  It will be step
24         functions.  It'll be on and off.  It won't be
25         smooth.  But when you average it, you -- but

123

1          it will be wrong on Tuesday, or Wednesday.

2        **DR. DOUGHERTY:** Right, but if we do a

3        multiplicity of scenarios and then provide

4        those averages across the scenarios on a sub-

5        daily basis, which way do you want to, it just

6        becomes risky.

7        **DR. KONIKOW:** Well, there's no way in terms

8        of the wellhead concentration according to the

9        plan modeling scenarios, there is no way that

10       you could possibly reproduce the observed

11       variance in what gets fed to the water

12       treatment plant.

13       **MR. HARDING:** I can't even speak to what

14       gets fed to the water treatment plant. That's

15       your business not mine, but I'm saying that

16       what happens in the water distribution systems

17       is going to be way more dynamic. That's the

18       point I'm making. And let me just ask this

19       question about objectives here.

20           All the work that I've done in the

21       past, we've been looking at chronic effects,

22       and we haven't been looking at acute impacts.

23       And so what we looked at was what we called

24       either whole body dose or intake of a

25       particular contaminant, typically TCE, vinyl

CLJA_WATERMODELING_01-0000011723

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    chloride or chloride sometimes.  And so you

2    would be looking at the accumulation by on an

3    annual basis.

4         And the reason that you looked at it

5    on a shorter basis was because people moved in

6    and out and things like that.  Now, in this

7    case we've got to look at it on a shorter

8    basis because somebody, because we're worried

9    about these trimesters.  But is it really

10    necessary to know that, or even useful to

11    know, that that occurred in the first month or

12    the third month?  See what I'm saying?

13         Because I'm very, I think you're going

14    too far if you break this down more than a

15    quarterly basis, but you could do a rolling

16    three month summarization.  And I'll leave it

17    to the statisticians to figure out just how

18    much structure you could put into that

19    summarization.  Typically, we've used the

20    mean.

21    **DR. GRAYMAN:**  Let me ask you a couple [of -

22    ed.] questions and interpret how you'd use the

23    information.  Would it be different if you

24    were to get the information, let's say, on a

25    monthly basis or on a three-month basis that

CLJA_WATERMODELING_01-0000011724

1       the average concentration in the water was 300
2       micrograms per liter.  If you had that
3       information, but if we were to tell you that
4       during that same period, the concentration
5       varied between zero and 1,500, would you use
6       that information?  But on average it was 300.
7       Would that impact your study?
8          DR. WARTENBERG:  I guess I don't know enough
9       about what people think the mechanism might be
10      in terms of how the causation works, but
11      there's certainly been studies where people
12      looked at maximum exposure levels or percent
13      of time above some level.  In other words how
14      many days were they exposed above, and I don't
15      think there's good theory behind it.
16          What I was trying to get a sense of if
17      you're telling me the data are, I don't care
18      if they're not reliable for that day, but are
19      they really representative of the variability,
20      then that's useful.  If they're not, then
21      obviously it's not useful.
22          But for things which people can
23      actually measure over time, sometimes people
24      have taken these daily numbers and then looked
25      at different ways of summarizing the exposure

1       not assuming that the average is what makes

2       sense.

3           **MR. HARDING:**  I think that's okay.  There's

4       some technical or mechanical issues that have

5       to be resolved.  I mean, this is not going to

6       fall right out of EPANET as it comes off the

7       shelf and you pull the shrink wrap off it.  So

8       there's some mechanical difficulties, but

9       that's why we pay Morris the big bucks and

10      Jason the big bucks, right?  I'd be happy to

11      describe the way we've modified it, but, yes,

12      you can do that.

13           And you can basically -- leave to the

14      statisticians to figure out just which of

15      these things would be valid.  But I would

16      think that days above a threshold would be

17      valid and a mean.  The problem is that if you

18      don't do this right, you're going to have to

19      go back and re-run the model to get it again

20      with a different threshold.

21           So I would suggest figuring out a way

22      that you can run it on these short timeframes

23      and store your transfer coefficients on a

24      short period and then be able to run it

25      through a subsequent processing step to --

127

1    these are technical details, but I think it

2    can be done.

3         DR. WARTENBERG:  Yeah, but I don't know if

4    Frank's thought about this at all.  Just

5    listening to you talk about the different

6    timeframes just occurred to me.

7         DR. BOVE:  When it comes to, say, neural

8    tube defects, we're talking about a time

9    window here of vulnerability of a few days

10   during the fourth week of gestation.  We

11   can't, of course, know when those four days

12   occurred based on what the birth date of the

13   child or even if we have LMP, last menstrual

14   period, where a clinician decides on

15   gestational age.  I'm not sure we could

16   pinpoint those four days anyway, or five days.

17   But that's how tiny the window is for neural

18   tube defects.

19        For clefts we're talking more of a

20   week or two, a two-week period for each of the

21   clefts, cleft lip and cleft palate.  So we're

22   talking small timeframes of window of

23   vulnerability, but there's also uncertainty as

24   to when those two weeks occurred given what we

25   know about the child's birth and the mother's

128

1    LMP.  So those are issues.

2       **MR. HARDING:**  Well, I think the best you can

3    hope for would be this percentage of time

4    above certain thresholds, and I think that

5    would be a valid statistic to calculate.  I'm

6    looking for support here from somebody that

7    knows more about this, but I think you can get

8    that, and then from that you could probably

9    make some inferences about what the odds would

10    be that this particular causative factor was a

11    factor in that particular.

12       **DR. BOVE:**  Where are these thresholds coming

13    from?

14       **MR. HARDING:**  Well, let's say that you'd say

15    that during this particular three-month period

16    the concentration was above 300 parts per

17    billion for sixty percent of the time or

18    something like that.  And if your threshold

19    for impacts a hundred, I mean, we could do a

20    hundred, too.  Maybe it's 100 percent of the

21    time.  And so you've got a clear answer there.

22    It's going to be diceyer [dicier -ed.] if your

23    threshold is, say, 200 and the percent of time

24    above 200 is 30 percent.  I don't know.

25            I can't answer that question for you,

129

1    but I think you need to step back.  I wanted
2    to go back to Walter's point here.  You need
3    to just climb up to about 20,000 feet for a
4    minute and look at this, and you guys need to
5    look and ask for your endpoint what you need,
6    and then talk about how you're going to try to
7    get the best estimates of those things you can
8    from the models.
9        **DR. GOVINDARAJU:**  I'm seeing two kinds of
10   variability right now.  First is if you have a
11   model run which has all these behavior
12   fluctuations and ^ [temporal -ed.]
13   fluctuations, if you want to average them or
14   do the moving window of let's say one week or
15   ten days or three months, then you'll get
16   fluctuations within one single model run.
17       But if you want to incorporate the
18   variability you're getting from wellhead
19   concentrations and so on, then you're talking
20   about doing many of these model runs to try
21   and capture that variability as well.  So
22   there is almost like an internal, intra-model
23   variability, and somehow we have to combine
24   all this information to answer questions like
25   what is the likelihood that you will exceed a

CLJA_WATERMODELING_01-0000011729

1    certain value over a continuous ten-day
2    period.
3            Or what would be -- and so some of
4    those we can, I think those could be done, and
5    we could perhaps attach some probability of
6    what is the likelihood, what is the
7    probability of this kind of event happening.
8       **MR. HARDING:**  In fact, what you're dealing
9    with in the water distribution system is
10   variability.  And what Rao's talking about is
11   uncertainty, I think.  And I would suggest
12   bringing Owen Hoffman who's a guy we've worked
13   with before on the, to help frame this team.
14   He's a really excellent person on risk out in
15   Oak Ridge.  But, yeah, that's the issue.
16           You've got variability in the water
17   distribution system, which is more profound
18   than in the groundwater system, but just
19   happens faster a little bit.  There's still
20   variability in the water distribution system,
21   and then there's a profound imperfection in
22   our state of knowledge about this, which is
23   the uncertainty we face.  And that's going to
24   be represented by different iterations of a
25   Monte Carlo, for example.

1    **DR. HILL:** So we have this range of things

2    that epidemiologists might want. We have just

3    give me bulk, high, low, medium exposure or

4    no, medium and high exposure. And then we're

5    getting into these ideas of, well, if I had

6    more detail, this is how I would use it so

7    that I could use it.

8         And we've talked about different

9    strategies for creating more accurate

10   concentrations at the wellheads and whether or

11   not those are worth it and maybe they're not

12   worth it if you're just trying to get

13   rankings. But maybe they're well worth it if

14   you're trying to dig any deeper.

15        So it seems to me like there's a goal

16   of this groundwater model that's a bit of a

17   moving target as of these last couple of days.

18   And I'd be interested in, and I don't know

19   what you think about this, but it seems to me

20   like the design and effort in the groundwater

21   model depends very much on these priorities.

22   **DR. GOVINDARAJU:** The answer is yes, but

23   just to bring the discussion back, I think

24   we're talking about just the water

25   distribution system right now. Is that

1    correct?

2       **MR. HARDING:**  I don't want to limit it to

3    that.

4       **DR. HILL:**  It seems like the, it may be that

5    the water distribution system impact

6    dominates.  I don't know, but I wouldn't think

7    entirely.

8       **DR. GRAYMAN:**  I think it's time to broaden

9    this discussion back.

10      **MR. HARDING:**  But certainly it only

11   dominates for, it may not even dominate, but

12   it's ^ [important –ed.] in this relatively

13   small piece of a relatively small piece

14   probably of Holcomb Boulevard.  Unless the

15   wells are going on and off and there's big

16   step functions in the forcings [? –ed.] from

17   the contaminants, which I think is probably

18   unlikely, then the tank memory in Hadnot Point

19   will become important.  But if it's not, it's

20   not important.

21      **DR. CLAPP:**  I'd like to just respond to

22   Mary's laying out of the range of opinion

23   that's been made by us epidemiologists.  I

24   sort of staked out the three-category thing

25   yesterday.  But it's definitely true that the

133

1       more, especially for Frank's birth outcome

2       studies, the more detail the better.

3               I guess what I'm worried about is that

4       we're getting to a point where we publish an

5       effect estimate that has so much uncertainty

6       bound or bundled up in it that the confidence

7       bounds go off the page, and you're left with

8       just a big fuzz ball.  So if we can narrow the

9       bounds of uncertainty to the point where it's

10      useful on a monthly basis, fabulous, and not

11      just a guessing game.

12          **MR. HARDING:**  Don't expect -- I keep saying

13      this.  Think in log space.  Think in terms of

14      astronomical framework.  I mean, when I've

15      done this before, the medical causation people

16      think that way.  I mean, if the exponent

17      doesn't change, we don't have a significant

18      difference.  I mean, you've got to be to that

19      point.  I mean, you're talking -- we never did

20      get to the calibration standards, but you're

21      talking about a half an order of magnitude

22      plus or minus, so you've got an order of

23      magnitude range just in your calibration

24      standards.  So how can you expect to be

25      conceptually better than that in --

1    **DR. HILL:** And that was heads.

2    **MR. HARDING:** Yeah.  But I just think if you

3    can't use it for an epi study in the log

4    space, maybe you can't answer the

5    epidemiological question.  But there's a lot

6    of other questions certainly that can be

7    answered or be thought about.

8    **DR. WARTENBERG:** I don't know if the ^ will

9    fix that or not but I mean, some epidemiology

10   has really ^ [had -ed.] horrible exposure data

11   and worked.  There are countless occupational

12   studies where if you worked in a given

13   profession versus not, there are really clear

14   associations with disease.

15           And then it goes off in the other

16   extreme where people have very fine-scale,

17   accurate estimates of exposures and can show

18   associations.  So in something like this where

19   I think it's less, there's less data to say

20   what the association is, it's a little hard to

21   say what we really need to show an association

22   if one exists.

23   **MR. HARDING:** But if I've learned anything

24   here, the one thing you want to avoid is

25   misclassification, right?  So if we can get

135

1    that right, then we've made a step forward.

2        DR. WARTENBERG:  Right, misclassification

3    will just blur the whole thing.

4        DR. HILL:  So let me go back to -- it seemed

5    to me yesterday there were three ways to deal

6    with the wellhead, developing wellhead

7    estimates of concentration.  One was just to

8    take the measured concentrations that we

9    already have.  Say, okay, I'm going to project

10   back in space or in time that this really

11   contaminated well had some kind of average

12   value back, almost a step function or

13   exponential or something.

14        And just say, okay, based on

15   measurements here, I'm just going to project

16   it back.  No physics, no nothing, just a

17   direct, and then feed it through the mixing

18   system of the well distribution system and get

19   exposed node, high-level node, whatever in

20   three categories.

21        That would be like level one.  Level

22   two or level three, whatever, the other two

23   options that were discussed were doing some

24   linearization of the system and doing what

25   Professor Aral said.  And then the third one

1    is to go through the whole groundwater model.

2         And so if this is level one, it seems

3    to me that then you want to think really

4    closely about, okay, if I can start with this

5    level, what do I want to get out of those next

6    two levels, and very specifically.  Because I

7    think if you have very specific objectives on

8    what you want to attain from those given the

9    data you have and given what you have a hope

10   to, then you can make some progress.

11        But I'm a little concerned that the

12   charge being given for the groundwater model

13   isn't focused and defined enough, and it's

14   just like, well, just represent the system

15   accurately.  Well, given this data what does

16   that mean?  So I'd be interested in a

17   discussion that kind of address those three

18   things and what to get out of it.

19       **DR. ASCHENGRAU:**  So I think with going

20   further would be to get a more accurate

21   ranking of those study subjects, that that's

22   what all of that effort would do would be to

23   boost at that accuracy and get a more accurate

24   ranking that would be possible with the first

25   method.  So and it just seems as though

137

1    there's a huge amount of effort that needs to

2    take place in order to do that.

3        DR. BOVE:  I think Mustafa's approach does

4    not take a whole lot of effort and may still

5    give us some of what we got for Tarawa

6    Terrace, if I'm not mistaken.  So I think

7    that's the approach we've been thinking about

8    all along.  That that approach might give us a

9    good answer, a good answer for the epi study.

10        And then if we need to move beyond

11   that, we could use that part, step two, to

12   help us with step three if we wanted to go to

13   step three.  But we could try step two to try

14   to get the monthly averages like Tarawa

15   Terrace.  And then if that was sufficient, we

16   could stop.  Does that make any sense?

17       MR. HARDING:  How do you know it's

18   sufficient?

19       DR. BOVE:  We make a judgment.  I mean, --

20       MR. HARDING:  That's fair, but the concern I

21   have -- and I'm not a groundwater --

22       DR. BOVE:  Not by -- we make a judgment

23   without looking at the outcome, blinded by the

24   outcome, of course.

25       MR. HARDING:  Coming out of the world of

1       litigation I know there's a huge weight put on

2       trying to acceptance and I think that it's a

3       novel idea, and it seems to conform to Clark's

4       law about a sufficiently developed technology.

5       It really is cool what it does though I have a

6       problem thinking that people are going to

7       accept this very much when they can't get in

8       and dig around and look at the physical

9       underpinnings and say that these make sense.

10              Do the constraining layers, you know,

11      we've gone into all these details, and that's

12      a real pain for the modelers.  And some people

13      focus on little details that are their

14      specialty, but on the other hand that's the

15      way you're going to develop confidence with

16      this is that does it look reasonable.  And

17      unfortunately, you can't do that with a matrix

18      that's got 16 elements in it or 25 elements.

19         **DR. GRAYMAN:**  Yeah, building on that, again

20      from the legal standpoint or at least my

21      observation of it, is a lot of reliance is on

22      has this model been used before.  So if you go

23      in and you say I've used MODFLOW.  MODFLOW's

24      been used for 25 years all over the world.  It

25      develops a certain confidence.  If you use

CLJA_WATERMODELING_01-0000011738

1    something else that's new and innovative, then

2    you, the burden of proof is on you that that

3    is valid.  It's a tough thing to prove.

4        DR. KONIKOW:  Well, in this case if you get

5    to the point of trying to develop a history of

6    wellhead concentrations using this full-blown

7    modeling approach, deterministic approach,

8    it's really going to be difficult to defend it

9    in a litigation requirement.  I mean, there

10   are just so many weaknesses in assumptions and

11   uncertainties in it that it really will be

12   very difficult.  I mean, you get very open to

13   attack.

14       MR. HARDING:  It is, but it's been done many

15   times.

16       DR. GRAYMAN:  Is it more so than other

17   situations?  Is it more --

18       DR. KONIKOW:  In this case more so than

19   other situations.

20       MR. HARDING:  I've seen some really messy

21   situations with not nearly as much data.

22       DR. DOUGHERTY:  But is it more than the

23   linear control approach?

24       DR. KONIKOW:  Well, no, I think they both

25   hinge on what do we know.  And what we know is

1    very limited.  And so whichever, it's a
2    question of how do you want to extrapolate
3    back.  For the wellhead what we really need to
4    know are two things.  One is the pumping
5    history of each well.  That's important to
6    know if the modeling will not give us a clue
7    about that.  We have to tell the model what
8    that is, not the other way around.  So that's
9    one thing that's needed.
10        The other thing is the concentration
11   in the well or in the well discharge, the
12   history of that.  Now that we could try to get
13   that starting from a very deterministic
14   approach.  And I'm not saying it's not worth
15   doing, but I'm saying we better have something
16   to compare it against such as Mary's level one
17   and just see how they compare.  I think we
18   could do a little bit better and still keep it
19   very conceptually simple but key into the
20   history that we have even though as limited as
21   it is, those are the knowns.
22        And then there were all kinds of
23   questions about what causes this variability.
24   Look at the contaminated wells.  It shows a
25   peak.  You know, you've got five data points,

1     it goes up and then down.  Well, is that
2     variance, is that just representative of a
3     saw-tooth pattern or was this the real peak in
4     the whole full-blown history.
5          But what I would say, and you will
6     have to reconstruct something about the mass
7     loading history to do the transport model, so
8     you will have some estimate of that
9     information.  Well, take that information, use
10    your flow model in MODPATH analyses from each
11    well to each source and reconstruct the
12    distribution of travel times.
13         Use that then to lock in the starting
14    points in growth history of a concentration
15    curve, and then just bring it, just use a
16    thick pencil and bring it up, if you want to
17    work on a log scale exponentially or on an
18    arithmetic scale, try them both, then just
19    bring it up, use your MODPATH to get you a
20    starting point, an initial curve, and then
21    bring it up to your known history.  And then
22    feed that into your mixing.  Do that for each
23    well.
24         You still need as good a groundwater
25    flow model as possible, but you use MODPATH

142

1        instead of -- but then you'll still have other
2        complications.  Do you want to retard the
3        movement field or retardation factor to catch,
4        but at least you have a starting point, and
5        it'll be much simpler and more defensible and
6        easier to explain conceptually than the full-
7        blown transport model.  Do the transport model
8        also, but I think have this simple, I'll call
9        it level 1.5, as a way to get at the numbers
10       you really need and --
11           DR. CLARK:  What about linear control?
12           DR. KONIKOW:  I don't understand that well
13       enough to know that it's any different from
14       the drawing with a thick pencil.
15           DR. CLARK:  Dr. Aral.
16           DR. ARAL:  I think Mary wanted to say
17       something before I --
18           DR. HILL:  Oh, no, all I had just wanted our
19       discussion to progress further before Dr. Aral
20       talked, but if this is the appropriate time
21       for that, that's fine.
22           DR. CLARK:  That's an issue, I gather, is
23       how appropriate the use of linear control
24       theory would be.
25           DR. KONIKOW:  If the linear control theory

143

1    is as good as it looked, then fine.  Do it for

2    the wells where there's enough data to do

3    that, then great, but I don't understand about

4    the ^.

5         DR. BAIR:  To me the shortcoming of it is

6    not in where it can be applied, it's where it

7    can't be applied.  And do you go forward with

8    something that is an incomplete picture of the

9    whole thing from 20,000 feet, which would be

10   the linear control model at three or four

11   places, where you have sufficient data to go

12   forward with it.

13        Can you ignore -- I don't know -- 70

14   percent of the area or 60 percent of the other

15   production wells?  And how do you enter that

16   missing 60, 50, 40 percent into the water

17   distribution model?  And if you're missing 40

18   percent, how do you analyze that in an

19   epidemiological way when you're missing 40

20   percent of the possible source terms because

21   you didn't address all the wells in the flow

22   system?

23        DR. KONIKOW:  Yeah, one of the things that

24   the transport model could do for you that the

25   data don't is that at least within the

144

1    framework of the conceptual understanding of
2    things, it may show you some surprises.  It
3    may show you a pulse of contamination going by
4    one water supply well where you have no
5    records of contamination because it came and
6    went before the period of observation.  So
7    things like this could be gleaned from this.
8    You just don't know whether to believe it or
9    not.  You don't know what to do except to say,
10   well, there's a possibility.
11       **MR. FAYE:**  Let me just say that Lenny has
12   pretty well articulated what we have discussed
13   in our planning conversations amongst the
14   staff.  And in terms of the deterministic
15   model about the approach, the methods and how
16   to do it.  And somewhere I hope there's a
17   verbatim transcript of that because it lays
18   out very well, as I said, what we have looked
19   forward to doing.
20           The issues with the linear model, the
21   difficulty there is what Dr. Bair talked about
22   is that you need concentration data at the
23   supply wells, and there's very little
24   concentration data for all of the abandoned
25   supply wells through time, and there is none.

1    And unless you have something going on at that
2    well that represents in the linear model,
3    there's no way to construct anything from that
4    in terms of a monthly concentration, quarterly
5    concentration, whatever.
6        DR. HILL:  Okay, now I'm confused.  Because
7    it seems to me that you have been advocating
8    the use of that approach, and now it seemed to
9    me that that was a very clear explanation of
10   why it was really pretty limited and so now
11   I'm confused.
12       MR. FAYE:  Why are you confused?  Because it
13   was totally presented yesterday as a screening
14   tool.  I mean, well, it was, as I heard --
15       DR. BAIR:  Twenty minutes ago it wasn't.
16       MR. FAYE:  -- as I heard it was to be used
17   as a screening tool, as an adjunct to
18   developing our deterministic model.
19       DR. HILL:  I have definitely been getting
20   mixed signals about how it would be used
21   exactly.
22           So, and Frank, some of your comments,
23   particularly made me think you were thinking
24   of it in a more, in a broader perspective.  So
25   maybe you can --

1    **MR. MASLIA:**  Let me clarify because we've

2    got some objectives here that need to be

3    mutually compatible.  And that is that we need

4    to give the epidemiologists results that they

5    have some confidence in.  And at the same time

6    we do not have an infinite amount of time or

7    resources.  So what we need to try to do --

8    and I'm not necessarily talking about the

9    December date that we had thrown out.  I'm

10   just saying in realistic, you know, we can't

11   go on for another five years like that.

12        With that said we were looking to

13   develop a screening-level method that could

14   initially give us some rough cut or estimate

15   to give us some handle on what the

16   concentrations would be back in time, and at

17   the same time, as Lenny and Bob said, perhaps

18   help us avoid from going to the full,

19   dispersive fate and transport approach and

20   using a much smaller sized advective transport

21   model.

22    **DR. GOVINDARAJU:**  Well, I think one of the

23   things that we could consider is from what

24   Professor Aral explained yesterday, his method

25   is allowing us at least to have an idea of

1    what happened in the past for the wells that
2    we have observation.  For wells that we have
3    observations recently, it can also reconstruct
4    some of the stuff in the past.
5         So we could use that information and
6    then have that also constrain the full-blown
7    groundwater model.  Because the groundwater
8    model as it is has too many unknowns, too many
9    things that we aren't able to pin.  So having
10   some other guidance to perhaps pin it at these
11   locations and for wells which have no data,
12   you're right, we have no data, let the
13   groundwater model, full-blown model, do its
14   best.
15        It'll already have a lot to do just
16   trying to capture that.  So if it is outcome
17   guided in some other way with some other
18   information, I think we should use it.
19        **DR. DOUGHERTY:**  Okay, I'm an engineer so I'm
20   trained to be conservative and have big safety
21   factors on things.  So with that as a preface,
22   I'd like to move on.  I'm in agreement with
23   Lenny in many respects here.  I like the idea,
24   the linear control, the black-box model,
25   whatever you want to call it, I think it's

148

1    intriguing, and I think it should be explored

2    in parallel.

3         I think hanging your hat on it is

4    inappropriate because you're going get too

5    many hits once the first document goes out the

6    door.  I do think it's very intriguing, and I

7    think it should be explored in parallel in

8    those locations where they are appropriate.

9         But I think we need to move past it

10   and get on with the other significant things

11   to deal with, which are the sources of

12   uncertainty that drive it, pumping schedules,

13   source locations and release times and mass

14   loadings and all the other things that we've

15   talked about.

16       DR. HILL:  One thing that I'd be interested

17   in talking about is what groundwater transport

18   model to use.  Because there's -- and I

19   brought this up in my comments as well --

20   there are widely used transport models that I

21   believe simulate the processes that are being

22   simulated, that are of concern for this model

23   and instead of a relatively, new untested

24   model that's being used.  In this highly

25   political situation, I really wonder about

149

1          that decision.

2              **MR. MASLIA:** We used MODFLOW and MT3DMS.

3              **DR. HILL:** Yes, but for the reactive

4          transport.

5              **MR. MASLIA:** For the degradation, one of the

6          reasons we went there is we thought we might

7          need to get into the unsaturated zone.

8              **DR. DOUGHERTY:** So the plan here moving

9          forward is to stick with MT3DMS --

10          **MR. MASLIA:** Or MODFLOW/MODPATH.

11          **DR. DOUGHERTY:** Or MODFLOW/MODPATH.

12          **MR. MASLIA:** Yes, that is correct.

13          **DR. DOUGHERTY:** So we don't foresee the

14         unsaturated issue showing up here? I mean,

15         this because I have a hard time --

16         **MR. FAYE:** Actually, it could because

17         there's issues with vapor from PCE, BTEX into

18         the buildings, particularly at the HPIA. We

19         didn't really even anticipate a problem of

20         that nature with Tarawa Terrace. It did show

21         up with respect to one of the schools there,

22         and we had, it was a good thing that we had

23         the unsaturated zone model. So all I can say

24         is we just don't know, but it would be handy

25         to have because there are issues out there

150

1     where it would be useful.

2        **DR. DOUGHERTY:** So do you see that in this

3     particular study or other studies that are in

4     planning --

5        **MR. FAYE:** Well, as it happened in Tarawa

6     Terrace, it turned out to be a secondary

7     thing, a post-modeling thing, but it did

8     happen, and we did have the model there to

9     attempt to deal with it. And so who knows?

10     If the very same, as Mary said, this could be

11     a highly litigious situation, and it could

12     come up just right out of the blue as it did

13     at Tarawa Terrace.

14        **DR. KONIKOW:** Well, in terms of informing

15     the calculated wellhead concentrations, I'm

16     not sure I see the connection.

17        **MR. FAYE:** No, there is none. It would just

18     be an ability to simulate the unsaturated

19     condition.

20        **DR. KONIKOW:** So in terms of the objective

21     maybe that's going a bit astray then.

22        **MR. FAYE:** In terms of the objective as it's

23     stated now, yeah. I would agree with that.

24     But like I said, at Tarawa Terrace it was the

25     same issue. I mean, it was a kind of a

1    research thing to do.  It worked out nicely,

2    and we did the whole degradation scheme with

3    it.

4           It happened to have an unsaturated

5    zone component.  And from the point of view

6    though of doing the degradation, the complete

7    degradation pathways, Lenny, that was a model

8    that we used.  It just happened to have an

9    unsaturated zone component that came in handy

10   later on.

11      DR. KONIKOW:  Yesterday when we were talking

12   about the models we, I mean, we're kind of at

13   a disadvantage here projecting where the

14   transient flow model and MODPATH and the

15   MT3DMS will get us, we really never talked

16   about them, but you were having some

17   experience with Tarawa Terrace.  And looking

18   at some of the documents in the three-ring

19   binder, there are still many -- maybe we need

20   a day or two, you know, eight months from now

21   to talk about this.

22           But I'm really particularly concerned

23   about projections of degradating calculations

24   of degradation rates or decay rates in there.

25   Because I saw preliminary estimates using

1     observed concentrations assuming that there's

2     no advection, no dispersion, no nothing else

3     going on and ignoring the fact that there were

4     remediation efforts going on, just using the

5     best fit to get a decay rate.  And then saying

6     --

7        MR. FAYE:  It wasn't even a best fit.  It

8     was just two points at a time.

9        DR. KONIKOW:  And then saying that that's

10    the rate you should use in the transport

11    model, and this is circular reasoning that I

12    think will be difficult to defend.  So I mean,

13    there are many issues on the transport

14    modeling, and that's just one example that

15    really will leave the whole thing open to

16    severe criticism.  I don't see any easier way

17    around it.

18       DR. DOUGHERTY:  Those particular pages I,

19    those should be red-lined right now.  Throw

20    them out.  I'll be direct.  They're terrible.

21       MR. FAYE:  Which ones are you talking about?

22       DR. DOUGHERTY:  The biodegradation reaction

23    section in -- I forget which tab it was under

24    -- there are two pages ^, and they're not

25    biodegradation or reaction fittings.

153

1          DR. ARAL:  Morris, they have to log on.

2          MR. FAYE:  All I can say is with respect to

3      that, Lenny, you're right.  There's all kinds

4      of limitations.  We have on the one hand, we

5      have a lot more opportunity because of data to

6      compute degradation rates in this study from

7      field data.  But they're still limited by the

8      same caveats that you describe regardless.

9              And then the other choice is

10     literature data.  All I can say is you know

11     we'll do the computation so we'll take the

12     field data out.  We'll take the literature

13     data and look at it and make our best judgment

14     and defend it as well as we can.  We know

15     that.  We're aware of the limitations of using

16     those field data, for sure.

17         DR. HILL:  Just coming back to the transport

18     model, having the capability to deal with the

19     unsaturated zone is fine, but usually to deal

20     with the unsaturated zone you need a fairly

21     fine grid.  So you might consider using a very

22     fine grid, a much finer grid usually than you

23     need for the saturated zone.  So you might

24     consider using the more sort of tested and

25     accepted model for some of your simulations

CLJA_WATERMODELING_01-0000011753

154

1    and bring in the model with the unsaturated

2    zone for those simulations that have that

3    requirement.

4    **MR. FAYE:** Yeah, I think that the point's

5    well taken. The application of that model

6    would only be with respect to what Rene was

7    talking about yesterday was the child models,

8    you know, where the --

9    **DR. HILL:** Right, I understand.

10    **MR. FAYE:** And that would be a very high

11    grid resolution.

12    **DR. HILL:** Let me just finish. I just

13    wanted to mention that the name of that model

14    is RT3D, which you know I'm sure.

15    **DR. CLARK:** Right.

16    **DR. ARAL:** I'm not going to defend any model

17    or any procedure. I'm just going to summarize

18    probably what has been said in this group this

19    morning.

20    As a technician in this field in

21    developing models and as a technician in this

22    field in applying models, we all know that the

23    model sophistication can be put forward in

24    terms of its ability to model this and that

25    and other things in the field that we observe

155

1    in any which way we want.

2         In other words technically we are

3    capable of developing a mathematical

4    representation of a physical system and then

5    computationally discretizing it and solving

6    it.  We are technically capable of doing that.

7    And I'm summarizing that in this slide here.

8    This is one sophistication level that we can

9    look at.  We can go beyond this.  We can go

10   backwards from this.  So model sophistication

11   from a technical point of view can go forward

12   from that in any direction that we would like

13   to go.

14         However, in an application the model

15   to be used should be a function of

16   availability of data in the field.  We cannot

17   go to a more sophisticated model than that if

18   we don't have available data for the

19   parameters that we introduce at that

20   sophistication level because as we go forward

21   in sophistication, we are adding additional

22   parameters.  If we don't know the parameters

23   then the uncertainty that we introduce into

24   the outcome is going to be greater than the

25   capability of the model to represent the

CLJA_WATERMODELING_01-0000011755

156

1    physical system.

2         So this is what has been discussed in

3    this group all morning.  I mean, basically, we

4    have limited data.  We have to accept that.

5    Can we go to a daily pattern in a water

6    distribution system?  Yes, I have worked in

7    that.  Yeah, I can put a daily pattern in.

8    But do we have that data?  No.  So the

9    discussion has to concentrate and focus on

10   what we have and what the model can do in that

11   arena.

12        The other aspect of all this in my

13   opinion, what is the outcome that we are

14   after?  Yes, the data is limitation.  The

15   model can be of any sophistication level, but

16   what do we want as an outcome?  That is the

17   other consideration which is also discussed in

18   this group that we need to address.  The

19   outcome is what the epi people want.  Do they

20   want monthly data output of concentrations?

21   Do they want daily output or quarterly output?

22   So that needs to be a driver.  All of this I

23   think has been discussed, and all I'm saying

24   is let's summarize that, and let's look at it

25   from that perspective.

157

1          The other concept that has been

2     discussed here is in litigation we should use

3     established models.  Well, if you put me to a

4     litigation desk, I can always criticize

5     MODFLOW.  I can always criticize MT3D because

6     they are not sophisticated enough for certain

7     applications.  And we have discussed why they

8     are not because vapor exposure.  They don't

9     address that.

10          So if there's a model which does an

11     additional analysis over what other models can

12     do, if it is available, why not use it?  If it

13     is available in terms of duplicating what

14     MODFLOW does, why not use it?  Just because

15     MODFLOW has an earlier history doesn't make it

16     better.

17          So I just want to leave it at that.  I

18     think the summary here is we have to look at

19     the data.  We have to look at the output

20     required.  The models are just tools.  We can

21     choose A, B or C if it helps us getting from A

22     to Z, then that's okay.  That's all I have to

23     say.

24        **DR. ASCHENGRAU:**  Dr. Aral, have you

25     validated your methods against the other

1    methods or against data --

2       **DR. ARAL:**  The new method that I have talked

3    to you today or yesterday?  No, that's a

4    totally new method.  The only validation that

5    you have seen is on the Tarawa Terrace

6    application.  That's a totally new

7    application.

8       **DR. ASCHENGRAU:**  But this third thing, the

9    matrix, it may be --

10       **DR. ARAL:**  Oh, yes, this solution that we

11    have, I think it's the name was not mentioned

12    but ^[TechFlowMP -ed.] ~~FLOW MP~~ is a new 3D

13    model -- not new, started in the '90s we are

14    working on it -- does solve these equations

15    similar to the way MODFLOW and MT3D solves.

16    On top of what they do in MT3D, it looks at

17    the unsaturated zone and the vapor transport.

18       **DR. DOUGHERTY:**  I think there's some

19    confusion about which model's being discussed

20    in terms of questions and answers.  So I think

21    Ann was asking about the linear control where

22    it has been validated against other methods in

23    any particular way.  A majority of your

24    comments, I believe, are on the multi-phase,

25    multi-media.

1    **DR. ARAL:**  My comments were referring to
2    groundwater flow, contaminant transport
3    analysis aspects.  Those models can get to be
4    as complicated as we want.  But in application
5    we are limited, as we are hearing all day
6    yesterday and today, we are limited by the
7    data.  So the complicated nature of the model
8    doesn't make it better in terms of an outcome
9    if the data is not available to use that
10   complicated nature of the model.  We have to
11   accept that.
12       **DR. ASCHENGRAU:**  But it's just people who
13   have been expressing their discomfort with
14   some, with what I perceive as some new method
15   that other people haven't used yet.  And so
16   I'm just trying to figure out is if we can be
17   more comfortable with it because that new
18   method has somehow been compared to the
19   existing methods.  And so they shouldn't be as
20   comfortable about it.  That's all I'm --
21       **DR. ARAL:**  That's a very good point.  We are
22   not proposing this black-box model to be used
23   which was developed three months ago.  We
24   accept that.  We developed this three months
25   ago.  And we are not proposing to use this

160

1    without extensively validating it in other
2    areas, in other databases, so that it
3    establishes a footing in the field.  We are
4    not proposing that.  We have to test this
5    model over and over again to have confidence
6    on its outcome.
7        DR. GRAYMAN:  Getting back to your comment
8    when you referred to when you were in court
9    testifying.  I think we'd all agree as
10   scientists we want to use the best, most
11   appropriate method, and that sometimes is not
12   totally in line with what you see if you're in
13   a court case, and it just isn't.  I mean,
14   court cases aren't necessarily about the best
15   science.  They're about whatever they're
16   about.
17        But it would almost be like if you
18   were doing climate modeling and you'd
19   developed some new climate model that had some
20   additional processes.  And you felt that this
21   was definitely much better than what the
22   established methods were that were tested by
23   the IPCC and had gotten the Nobel Prize for
24   it.
25        And you're in court and you're trying

1    to say, well, my model is better because --

2    and they ask you, well, has this been

3    validated.  Has it been used other places.

4    And you say, no.  You're going to be probably

5    a lot better off in convincing the court by

6    using one of the established models.  And then

7    so we are in a situation of science versus a

8    legal situation, and I don't know where this

9    whole thing is going to go to.

10        DR. ARAL:  Well, I fully appreciate that,

11   but --

12        DR. BAIR:  There's a huge change in the law

13   for expert testimony in the mid-'90s between

14   the Frye Rule and then the Merrill-Dow

15   Pharmaceutical lawsuit where the judge now

16   sits as the gatekeeper of what is acceptable

17   science.  And it is up to the scientist prior

18   to the trial and the expert witnesses or the

19   engineers to convince the judge, who's the

20   gatekeeper, that what they're doing is not

21   junk science that just appeared, but it has

22   foundations and validations in the steps that

23   people have been talking about.

24        So I just, I don't know where this is

25   headed one way or the other for lawsuits.  It

CLJA_WATERMODELING_01-0000011761

162

1          seems like everybody's walking around the hat

2          without ever putting it on.  But I think that

3          effort that you've talked about has to be way

4          up front before you put any of the effort into

5          looking at a Camp Lejeune.

6             DR. ARAL:  Oh, I agree with that.

7             DR. CLARK:  Morris, you wanted to make a

8          comment.

9             MR. MASLIA:  Yeah, I wanted to make the

10         point again after we completed, essentially

11         completed the Tarawa Terrace -- and you need

12         to, I guess, put your administrative

13         organizational hat on --

14            DR. CLARK:  Doesn't fit.

15            MR. MASLIA:  -- I know, that's a problem for

16         us.  We saw the effort that it took -- and

17         there's still a question about it, I mean,

18         looking at all sides and all questions, the

19         effort that it took to get the answers that we

20         got to give to the epidemiologists.

21              And we were looking for an approach to

22         speed us up to get some initial results.  And

23         we wanted an alternative because you know the

24         amount of effort and multiply it by ten for

25         Hadnot Point.  That's at least by ten if not

163

1    by a hundred.  And if we do that, December

2    2009 is not even in the question.  Probably

3    December 2012 is not in the question given the

4    discussion here.

5         So we have to, I think, look at some

6    alternative ways.  One way, as they said,

7    let's cut out for the time being the

8    dispersive transport and all that and look at

9    a flow path approach to get some indication.

10   Another approach is where we have the

11   information and see if we can reconstruct the

12   concentrations from that.  It does not in my

13   opinion invalidate the use of either one.  It

14   actually may add some additional insight for

15   us to maybe enhance the more sophisticated

16   modeling.

17        And that's what I asked Georgia Tech

18   to do because I only had one tool in my

19   toolbox, and we knew it was too heavy at this

20   point to pick up and try to fix the second

21   part of the problem.  So that's really our

22   objective is to see what results, does that

23   give us some additional insight while not

24   expending as much effort and resources.

25        **DR. CLARK:**  To get back to Ann's point, are

164

1    you thinking in terms of using Tarawa Terrace

2    as a validation tool?  Because you've done

3    traditional groundwater modeling in Tarawa

4    Terrace.  Could you use that example as a

5    validation tool for the linear control theory

6    model?

7        MR. MASLIA:  Well, Dr. Aral's used that

8    already.  In other words he's tested the

9    method out on Tarawa Terrace, but again, that

10   is assuming that the simulation mean values or

11   whatever are, in fact, quote, surrogates for

12   real data.  Now what needs to be done, and we

13   can go to other sites, do a literature search

14   or go to other sites, let's test it out on

15   some other site data, not necessarily Camp

16   Lejeune, and see if we get similar results or

17   results that build further confidence in it.

18   The fact is that this approach does not take a

19   lot of effort to run on subsequent datasets.

20       DR. CLARK:  Do you have some datasets that

21   you can [use to -ed.] perform those validation

22   tests?

23       MR. MASLIA:  I can't.  I don't have them in

24   hand or know of them at this point.

25       DR. ARAL:  Just a few comments on what I

1     have heard just now.  Obviously, the judge is
2     the gatekeeper and established models have to
3     be used in court cases because they are
4     established.  That's the only reason.  But
5     that shouldn't hinder the science.
6         In other words science has to go
7     forward in bringing new ideas, new models, new
8     concepts into the field.  And in the next 50,
9     60 years maybe they will be the accepted
10     models to be used in the court cases.  Can you
11     imagine a world which is stuck to MODFLOW?
12     And a hundred years from now that will be
13     extremely limited because the science is
14     advancing.  We have to bring that new science
15     into MODFLOW.
16     **DR. WARTENBERG:**  But it seems to me that
17     they're two different issues here.  There's no
18     question that science needs to go forward, but
19     that doesn't necessarily address why we're
20     here and what we're looking at.  And it seems
21     that's that's --
22     **DR. ARAL:**  I know.  I'm looking from a, to
23     this problem from two perspectives.  I will
24     continue with this method.  I will publish
25     technical papers, and then it will be applied

1     or not at Hadnot Point is a different story.

2       DR. CLARK:  I'm going to suggest that we go

3     ahead with our lunch break.  I do have a

4     question.

5          Scott was in the process of giving a

6     presentation, and we cut him off due to

7     ~~technological~~ [technical -ed.] error problems.

8     Do you want to try to do it during the lunch

9     period, [or -ed.] at the end of the lunch

10    period?

11      DR. BAIR:  I'd rather do it later than now.

12    I just think the demeanor in the room will

13    refresh itself over lunch.

14      MR. MASLIA:  Bob, if he wants to, just

15    before the end of the lunch break, because I

16    am concerned --

17      DR. CLARK:  Yeah, after you have the lunch

18    break.

19      MR. MASLIA:  -- because we have to meet our

20    2:30 to start summarizing because some people

21    have planes.

22      DR. CLARK:  Does 12:15 work?

23      MR. MASLIA:  That's fine.

24      DR. BAIR:  So I can be here at 12:15?  Yeah,

25    and I think what you're going to see are some

1    of the comments that Ben made about what the
2    step functions are going to look like when you
3    get to the end of this.
4        (Whereupon, a lunch break was taken between
5    11:40 a.m. and 12:30 p.m.)
6    **DATA DISCOVERY – ADDITIONAL INFORMATION AND DATA**
7        **DR. CLARK:**  We're reconvening.  We're going
8    to modify the agenda again just a little bit.
9    From about 12:30 to 1:30 Morris and I guess
10   Frank are going to talk about data discovery
11   issues and new [, -ed.] additional
12   informational data.
13       **MR. MASLIA:**  And I'm basically just opening
14   it up and let the panel also obviously join in
15   and all that.  But as you see the data that we
16   have gone through, and there's a lot of it to
17   consider.  And we mentioned yesterday this
18   data that are in the notebook represents the
19   IRP Program on the base.  And there is about
20   another 100-plus documents that represent the
21   above and underground storage tank data.
22           And what our proposal is or our
23   approach to do with that is to actually
24   separate this report that you have or the
25   collection of, the draft report that you have,

168

1     and have two sets of reports, one strictly

2     with the IRP data, and then pull out any UST

3     data from that report.  And then have a

4     separate report with the UST data.  That's

5     the, I think, straightforward approach to

6     dealing with that.

7            As far as from a modeling or use of

8     data in whatever form of modeling we want,

9     whether it's calibration, verification or

10    whatever, our thoughts at this time are

11    probably to try to use that second set of data

12    as almost a verification stage.  In other

13    words sort of treat it as if we don't know

14    about it right now.  Use what we have.

15           And then if we get to the point of

16    where we have some confidence in model

17    simulation in terms of concentrations or

18    whatever, see how it compares to this other

19    set of data.  I say that because to add, put

20    this into, quote, a calibration set or

21    whatever, still does not get us over this

22    hurdle of uncertainty, variability or anything

23    else.

24           So I think it's maybe limiting the use

25    of some data that could maybe even help

1   improve our confidence in the model.  That's

2   just my thoughts right now.  And I think that

3   also helps us in terms of resources expended,

4   people, time, money and stuff like that.

5        And it'll help us learn with the model

6   what the models may be doing or may not be

7   doing with an existing dataset that we've gone

8   through pretty thoroughly at this point.  And

9   save that other dataset in terms of modeling

10  that may, as I said, help improve our

11  confidence which may be more of an advantage

12  for us and then lumping it all together.

13       And I'll just throw it out and see

14  what the panel thinks about that approach or

15  any other approach you may have.  But that's

16  our thoughts right now as to how to handle

17  that.

18       So anything else, Frank?

19       **DR. POMMERENK:**  Morris, let me get started

20  on a couple comments.  And I also appeal to

21  those panel members who were here in 2005.

22  You know, there were several recommendations

23  made in 2005, and if I recall it correctly,

24  and I tried to focus the discussion back on

25  this, was the whole uncertainty analysis and

1           you addressed with Tarawa Terrace some of

2           those issues where you acknowledge the model

3           results and so on.

4                   We saw this was at least piece-wise

5           brought up by panel members, you know, the

6           overly optimistic narrow band in the Tarawa

7           Terrace concentrations that we need to address

8           also uncertainty in other things which will be

9           for Hadnot Point no doubt be greater.  We saw

10          it with the mass computations.  So I just

11          would like to recall from the 2005 panel

12          meeting that one of those key recommendations

13          was, if I recall correctly, the focus should

14          not be on so much on the little details in the

15          groundwater model and hydraulic model versus

16          trying to quantify uncertainty because in all

17          the little errors that we may make in a non-

18          representative model or whatever, may be

19          swamped out by uncertainties upstream.  For

20          example, in this case the mass was disposed in

21          the first place.  So I think I should throw

22          out this just to refocus the discussion.  I

23          hope that the other --

24              **MR. MASLIA:**  I think that your point is very

25          well taken to incorporate what the previous

1   panel said.  And that was I think impacted two
2   things.  One, why a lot of effort and emphasis
3   both the Marine Corps and Navy in going out
4   and hiring a company to go through their
5   records.  And we spent an additional amount of
6   time going through data and information.  And
7   then the second thing is, and this brings us
8   back to this morning's discussion, is why --
9   I'll say I -- I asked Georgia Tech to try to
10  come up with a simpler method because that was
11  one of the recommendations out of the panel in
12  2005 is to look maybe at the bigger picture,
13  but a simpler representation because of all
14  these factors.  So your point is very well
15  taken, very well taken.
16      DR. POMMERENK:  Yeah, just as an aside on
17  that.  You know that linear control theorem,
18  we may not care about what the individual
19  coefficients of that matrix or the matrices
20  represents because we may have sources of
21  uncertainty elsewhere that would swap [swamp -
22  ed.] out any little issues that we may have
23  with the groundwater flow model or the
24  hydraulic model or when interconnection was
25  there or not.

172

1          And that's why the panel and again in

2     my recollection, recommended the increased

3     efforts in data discovery where they have

4     actually hired a company to go through all the

5     records on base.  That just is a reminder.

6     And I believe that is all documented

7     recommendations of the expert panel.

8          **MR. MASLIA**:  Yes, it's in the yellow-color

9     folder report there that's available both --

10    yeah, that one.  It's in Section 6 of the

11    report.  That summarizes it, and then if you

12    want the detailed actual final recommendations

13    you can pull out the verbatim transcript

14    that's included on the CD there.  But the

15    report just summarizes that in

16    generalizations.  But that is correct.

17         And I know we focused, I mean, as an

18    Agency we did.  We hired more people and

19    obviously tried to go through more, and I

20    think that's how some of this discussion on

21    the interconnection came about as well.

22    Because if you recall at that meeting or the

23    generalization was made that, well, if there's

24    no very limited interconnection, well, simple

25    mixing will do the trick.  And that worked

173

1    correctly for Tarawa Terrace.

2         That was, we looked, and we could not

3    find any instances of, I used a rule of thumb

4    of a two-week period just at Tarawa Terrace,

5    and that was correct.  But in looking further

6    and actually understanding what was written in

7    the logbooks, which takes some doing, you

8    know, how they make notations and what it

9    really means.  And in discussing with the

10   present and former operators, we came across

11   the short intervals but pretty much

12   consistent, but that they would turn it on in

13   dry late spring or early summer months.

14        So again, I think what we do in your

15   recommendations here are adding to the

16   recommendations of the 2005 panel.  But we do

17   have a much more complex issue, and that's

18   hopefully y'all can put some recommendations

19   down that we can take to both our management

20   and the Navy and tell them what our plan is

21   for concluding the study.  I think that's

22   really what Frank's looking at is an exit

23   strategy that's satisfying.

24        DR. BOVE:  Maybe not as quickly as some.

25        MR. MASLIA:  Well, not as quickly as some.

1    I didn't mean to imply that we're walking out
2    the door today and that's our exit strategy.
3    But, no, and that's why I think it's
4    motivating me to say with the additional data
5    that we have, let's not be quick to just use
6    it or throw it in for model calibration right
7    away.  Let's see what we can understand about
8    it first, and then maybe help us improve or
9    reduce maybe some of what we perceive to be as
10   uncertainty or build confidence in whatever
11   model or modeling approach we take for Hadnot
12   Point.
13      **DR. HILL:**  And just one comment on that.  In
14   terms of a simpler modeling approach, it can
15   be a simpler physical-based model.  That's an
16   option instead of, so there's a lot of ways to
17   ^.
18      **DR. GOVINDARAJU:**  I just wanted to, you know
19   before lunch we were talking about what if it
20   were to do a court case and so on.  And when
21   you're given this charge and when I started
22   looking at the document, I was not preparing
23   myself by trying to advise people by what one
24   should do in case of litigation.  And maybe if
25   that is the case our objective functions

175

1    should be somewhat different.  I thought we
2    were going to be doing this to see how we can
3    reduce uncertainty and stuff like that.  So I
4    just want us to be able to explain that if we
5    should be thinking in terms of what would fly
6    in a court of law or see what we can do --
7        MR. MASLIA:  Well, the answer is anyone can
8    sue or sue anyone at any time of the day, but
9    for anything, so no, we're not gearing our
10    study for that.  What we're gearing our study
11    for is for to be able to provide the
12    epidemiologists and the epidemiologists to be
13    able to assess epi results.
14        DR. BOVE:  Maybe I should say this.  There
15    is not much in the literature about the health
16    effects of these chemicals from drinking water
17    exposures.  But there's even less about birth
18    outcomes in these.  So the main reason we
19    embarked on these studies was to add to the
20    scientific literature.  I mean, that was the
21    primary goal here.  People want to know what
22    the effects are of these chemicals.  Well, we
23    have occupational data, but we have very
24    little drinking water data.  We have a birth
25    defects, one study in New Jersey looked at

176

1       birth defects that so far has been published.

2       We have a few studies looking at cancers and

3       these chemicals.  And so that's what we have

4       that are published, a few studies out there,

5       and some of them may not even agree with each

6       other or they do to some extent with very

7       little good exposure information as well.  So

8       that's what the literature is out there.  We

9       want to add, make a major contribution if we

10      could to that literature.  That's the primary

11      goal here.  It's not litigation.  It has

12      nothing to do with litigation.

13          **DR. CLARK:**  Dick, you have a comment.

14          **DR. CLAPP:**  I was just pointing at Dr.

15      Aschengrau, who's done some of the studies.

16          **DR. DOUGHERTY:**  I have two things.  One is I

17      took the litigation court of law as a metaphor

18      for other courts of opinion that bear on

19      reliability and judgments of reliability.

20              Second was a question.  In the data

21      that we're talking about, do we know the

22      contents of these tanks?

23          **MR. MASLIA:**  You mean the contents of the

24      database?

25          **DR. DOUGHERTY:**  No, what materials were in

1    these, what chemicals are we talking about?

2    **DR. CLARK:**  In the new information.

3    **MR. MASLIA:**  Oh, in the new information.

4    **DR. DOUGHERTY:**  Yes.

5    **MR. MASLIA:**  Bob, I haven't looked at it.  I

6    just catalogued the information, but Bob can

7    generally describe what's there.

8    **MR. FAYE:**  Some of the tanks were just pure

9    gasoline, diesel fuel, heating fuel, waste

10   oils, that's pretty much the gamut of the

11   contents.

12   **DR. BAIR:**  What else could you wish for?

13   **DR. WADDILL:**  Would you like me to clarify

14   that?

15   **MR. MASLIA:**  Yes, please.

16   **DR. WADDILL:**  In regards to the new

17   documentation, this is all leaking underground

18   storage tank program studies, records of

19   decision.  Clean up information related to the

20   leaking underground storage tank program per

21   NCD nuregs*.  So it's all POL contamination.

22   Any solvent contamination falls under the IR

23   Program per ~~CIRCLA~~ [CERCLA -ed.].

24   **DR. DOUGHERTY:**  What about the waste oil?

25   **DR. WADDILL:**  Waste oil if it's solely

1    benzene or BTEX or POL falls under the [UST

2    program -ed.].  If it has solvent co-

3    contamination it usually goes into the IR

4    Program.

5         **DR. DOUGHERTY:**  Thank you.

6         **DR. ROSS:**  I have a comment that that

7    information may be useful because of all of

8    the compounds, the BTEX compounds are going to

9    serve as good fruit for the bugs for one thing

10   to break down the solvents over time.

11        **DR. POMMERENK:**  Okay, since nobody else is

12   saying anything, I just want to make one

13   comment so it's in the record.  Because we've

14   been talking all day today and yesterday about

15   the groundwater flow model and then the water

16   distribution system model, and the one thing

17   that I would like -- that's why I want it in

18   the record -- there's a big five ~~entity~~ [MGD -

19   ed.] treatment plant in between, between the

20   groundwater collection system and the

21   distribution system.

22             It consists -- and correct me if I'm

23   wrong -- of a ^ [ground storage -ed.] tank.  I

24   don't remember what the size is, but it's

25   probably a million gallon or larger.  The

179

1    Hadnot Point plant has a pump station that
2    pumps water from that water collection tank
3    into what are called catalytic softening units
4    or ~~spiracteristic (ph)~~ [spiractor -ed.] cones
5    to which ^ ~~line~~ [lime -ed.] is injected to
6    facilitate softening and it overflows into a
7    central pipe.
8         It goes from there through ~~a currently~~
9    ~~still through~~ [-ed.] a rectangular basin that
10   used to be a re-carbonation base, and I'll get
11   back to that.  And from there into gravity
12   filters and you know after chlorination and
13   fluorination into a finished water clear well.
14        Obviously, in this facility there's
15   several quiescent or not so quiescent surfaces
16   from which ^ [volatile -ed.] organic compounds
17   can escape.  And that kind of depends on the
18   physical properties of these compounds, PCE
19   more so than TCE and so on.  We made an
20   estimate a few years ago, a rough estimate,
21   that probably PCE and TCE, we didn't look at
22   BTEX, removal would be incidental, minor,
23   probably.  The tanks are covered so there's no
24   way effluents could stir up things.
25        However, what was not looked at that

CLJA_WATERMODELING_01-0000011779

180

1    was, because of lack of information is the re-
2    carbonation basin.  The re-carbonation basin
3    serves to, it's typically a small, flow-though
4    basin to which you inject carbon dioxide that
5    is generated from a propane generator or from
6    gas bottles.  And carbon dioxide is an ~~asset~~
7    [acid -ed.] in water and ~~increases~~ [decreases
8    -ed.] the pH which has been pretty high prior
9    to, because of lime addition.
10        So that's how this whole softening
11   process works.  You bring the pH up you're
12   still going to have calcium carbonate.  Bring
13   the pH back down within the allowable limits.
14   So as far as I know, and as far as I can
15   recall, I've never seen this basin in
16   operation.  It was just water flowing through.
17        However, it was put in for a purpose
18   originally some time in the '40s, and nobody
19   can tell me exactly if it ever has been
20   operated and how long it has been operated.
21   Because if it has been operated, it could have
22   ~~been~~ [caused -ed.] substantial removal of PCE
23   and TCE.  It would have been in the 90 percent
24   removal.
25        And it kind of depends on the gas flow

CLJA_WATERMODELING_01-0000011780

1    rates.  It kind of depends on the turbulence

2    that got generated.  So there's a variety of

3    factors that would have presented.  But it

4    could have affected removal of these compounds

5    in the plant.  And again, we just looked at

6    PCE and TCE as from volatilization from the

7    basins that are there, not ~~re-carbonization~~

8    [re-carbonation –ed.] because we didn't have

9    any additional information.

10           But it might be worth looking into

11   BTEX volatilization from the basins, you know,

12   whether that as a source is uncertainty again.

13   And I'm not trying to get exact numbers or

14   anything, but it's another source of

15   uncertainty for the exposure calculations for

16   what could potentially be the removal of these

17   compounds from the plant, A.  And B, finding

18   out whether this has ever been online, this

19   re-carbonization basin.

20       **MR. MASLIA:**  Hopefully, we're sending five,

21   six people up to Lejeune this month, sometime

22   this month, because in the BAH when they

23   indexed the records that were there, we looked

24   at the Tarawa Terrace stuff knowing that we

25   would be back to look at Hadnot Point.  And so

182

1       there may be some information on that in those
2       records.  I don't know in other words.  So we
3       have not gone through the ~~BAX~~ [BAH -ed.]
4       information index and then told, you know,
5       requested that those documents be pulled, if
6       in fact, there are documents in that index
7       that would be useful.
8           DR. POMMERENK:  You may want to look first
9       in any purchasing records of propane or
10      whatever they used.  You may want to start
11      talking to Bernash* [sic -ed.] when you get
12      down next time with him.  I can't imagine it
13      has never been used because it's still
14      comparable, softening plants operated by the
15      Navy or Marine Corps.  Kings Bay, Georgia,
16      they still use re-carbonation basin.
17      Guantanamo Bay has recarb basins, you know,
18      it's not uncommon.  So if you look for these
19      kind of records.  I always find these kind of
20      things.
21          DR. DOUGHERTY:  So, Peter, when you were
22      there and there was not ^, were they not
23      dropping the ~~TH~~ [pH -ed.] or was there some
24      other procedure that they were doing?
25          DR. POMMERENK:  As far as in dealing with

CLJA_WATERMODELING_01-0000011782

1    that plant, they've always softened just below
2    -- well, this is the secondary MCL anyway.
3    The TH [pH -ed.] leaving the plant should be
4    below nine, and they're always, eight-eight,
5    eight-nine, fluctuating.  Of course, you know,
6    you have a certain goal treatment [treatment
7    goal -ed.], the soft pH, its hardness, and if
8    they get within their 60-to-80 milligrams per
9    liter ^ carbonated range with that pH, that's
10    -- in fact, Holcomb Boulevard is operating in
11    the exact same manner and so is New River
12    across the river when it was still operational
13    as a lime softening plant.  So it's not
14    uncommon with that type of water that you
15    would soften at a somewhat lower pH and not
16    adjust it finally.  So that's not uncommon to
17    do that.
18        **DR. DOUGHERTY:**  I just wanted to know if
19    there was a different process that they had
20    temporarily used or if it was just as he's
21    described, and they just bumped it up just
22    enough and left it there.
23        **MR. MASLIA:**  The pH throughout the system
24    was fairly high.  It was higher than I've seen
25    in other distribution systems.  Because when

184

1    Jason and I were there, we were doing the
2    field test, we first thought the instruments
3    were out of calibration because it was always
4    well over eight, 8.5, 8.8, I mean.
5         And that's why we thought there was
6    something, you know, we had to go back and
7    recalibrate the instruments or whatever to
8    make sure.  But then we checked with them
9    inside, so it's a pretty high pH.
10        DR. POMMERENK:  With a gain in
11   precipitation.
12        DR. ROSS:  Downstream?
13        DR. POMMERENK:  I can't say.  I mean, you
14   know they have had problems.  I have pictures,
15   in fact, one of my memos that I sent to you a
16   while ago ~~it picks up~~ [depicts -ed.] the
17   ~~spiroactors*~~ [spiractors -ed.], so they get
18   pretty badly encrusted downstream.  So all the
19   softening is not done in the ~~spiroactor~~
20   [spiractor -ed.].  Softening's going to go on
21   throughout.  That's been one of the hassles
22   that they've always, ^ has been complaining
23   about.  Now, I cannot say for sure what, how
24   much precipitation's going on in the
25   distribution system, but, yeah, it will

1    happen.  And now to bring up a point here.

2    How does that affect ~~POCs~~ [VOCs -ed.].

3      **DR. CLARK:**  Is it possible that they had

4    cast iron pipe in the system at one time?

5      **DR. POMMERENK:**  Yeah, you should be able to

6    see.  We inventoried that system.

7      **MR. MASLIA:**  No, the system is cast iron,

8    and then when they would replace them, now

9    presently when they replace them, they

10   presently replace them with PVC.  They've got

11   a few lines of ductile iron and very little AC

12   pipe at all.  So it's mostly cast iron and PVC

13   now.  And one would think it was historically

14   then cast iron.

15     **DR. POMMERENK:**  Two years ago we had

16   excavated some pipe, four-inch pipe, in New

17   River which is across the river on the other

18   side where they also until 2007 operated a

19   lime softening plant in a similar manner.  And

20   they got water from wells in what is called

21   the ≙ [Verona Loop -ed.] area which is, you

22   know, you can see it west of New River, you

23   know the left, top corner.  Left top, left,

24   left, left, left, left.  All the way on the

25   left is --

1      DR. DOUGHERTY:  The N̶[M -ed.]-C-A-S, Morris.

2      MR. MASLIA:  Oh, here, okay.

3      DR. POMMERENK:  Right down there, ^ wells

4      from a hardness standpoint a similar

5      composition as the wells at Hadnot Point.  And

6      again coming back to those pipes that we

7      excavated, I don't know exactly where they

8      came from in the system, but they didn't show

9      any large amount of scale.  There was

10     t̶u̶b̶e̶r̶c̶u̶l̶a̶t̶i̶o̶n̶ [precipitation -ed.] and you

11     could clearly see on there t̶u̶b̶e̶r̶c̶u̶l̶a̶t̶i̶o̶n̶

12     [precipitation -ed.], various layers of all

13     the different iron oxides and ^ mixtures of

14     that.  But there was not a distinct calcium

15     carbonate layer.

16     DR. DOUGHERTY:  Do we know the frequency of

17     well rehabilitation just as another indicator

18     of this?

19     MR. FAYE:  We have some records of actually

20     a lot of records in the early '50s and perhaps

21     up to '65, '66, '67.  Then there's a gap, and

22     then beginning in '78 up through '85, '86, '87

23     we have records of gross rehabilitation.  On

24     the one hand the records may indicate things

25     like notes in the margins, well down May,

1        bearings replaced in pump.  Or well down in

2        October, air line replaced.  Things like that.

3        So you have to make a judgment.  Was it down

4        for three days or three weeks?  So that's kind

5        of the extent of that kind of information.

6           DR. DOUGHERTY:  So there's no direct

7        information that the well was acidized or ^

8        [cleaned -ed.] up or something?

9           MR. FAYE:  In some of the records that are

10       quite detailed, I've never seen those kinds of

11       activities take place or have no indication

12       that those activities took place.

13          DR. KONIKOW:  I wonder if some of the local

14       well drillers would have that information more

15       readily available than the Marine Corps base,

16       maybe foot work there might.

17          MR. FAYE:  Well, that's a good question,

18       Lenny, and it's a possibility based on my

19       experiences with drillers, some of them do

20       keep really good records.  On the other hand a

21       lot of folks that work for government, and

22       particularly the military, I think they took

23       their training from squirrels.  They take care

24       of everything.  They hide everything, and so I

25       got a strong hunch if those records were

1    available, we'd know it.

2        DR. CLARK:  Anybody else have any more

3    comments at this point?

4        (no response)

5        DR. CLARK:  Well, one thing that occurred to

6    me, [and -ed.] I think Frank maybe alluded to

7    it at one point, is the possible extension of

8    the study to include something other than

9    birth issues.  Some of the levels that were

10   being distributed in the finished water almost

11   ~~looks~~ [look -ed.] like occupational exposure

12   levels and could [have -ed.]  inhalation and

13   dermal effects.

14        And I think you've mentioned that

15   you're giving some consideration to extending

16   the study to include that, but I didn't know

17   whether you wanted to talk about it now or

18   not.

19       DR. BOVE:  Just briefly, we have two studies

20   that we're going to embark on this summer.

21   One is a mortality study of adults obviously

22   which will take into account hundreds of

23   thousands of Marines at the base plus a

24   comparison group at Camp Pendleton population.

25   And with that, monthly data, of course, isn't

1    as relevant in that kind of a study as it is

2    with a birth outcome study, the small for

3    gestational age study or the case-control

4    study we were talking about all day.

5         The other study is a health survey

6    which is going to ask people about their, any

7    cancers they may have had and other diseases

8    that we think are related to solvent exposure

9    that we see in the occupational literature as

10   well as any information from the drinking

11   water literature, which I already said was

12   very sparse.  And then we'll confirm those

13   diseases as well as we'll confirm the deaths

14   and find out the cause of death.

15        So that's roughly, without going into

16   too much detail, what we plan to use this data

17   for as well as the current case-control study

18   and the re-analysis of the small for

19   gestational age study.  So any questions about

20   those two studies I can answer them, but just

21   so you know that what we produce here in the

22   water modeling will be used for additional

23   studies.

24        DR. CLAPP:  I don't think he's talking about

25   dermal or inhalation exposure as part of the

190

1    extension.  He's talking about different study
2    types.
3        DR. BOVE:  Right, what we assume -- well, in
4    the health survey as well as the case-control
5    study, we do ask about people's consumption
6    habits, how long they shower, for example.  So
7    that we start getting at some of those routes
8    that way.  But really, we assume that
9    everyone's pretty much getting the same kind
10   of exposure.  They're showering roughly about
11   the same amount.  They're getting the same
12   kind of dermal exposure, and they're ingesting
13   roughly about the same amount of water.
14       MS. RUCKART:  Frank, we don't ask about that
15   on the health survey.
16       DR. BOVE:  We don't ask about their
17   consumption at all?
18       MS. RUCKART:  Just the case-control.
19       DR. BOVE:  Okay, I'm getting confused
20   between studies.  That's right.  For the case-
21   control study we ask that question.  Actually,
22   as I said yesterday, the usefulness of that
23   information is not that good.
24           There are also civilian employees who
25   were exposed and there we're going to take

191

1    into account their occupational exposures as

2    well as -- and also the military have

3    occupational exposures, too, and also where

4    they drank water at their occupational sites,

5    workplaces.  So these are things that we're

6    going to take into account in the future

7    studies.

8         So does anyone have any questions

9    about that?  I don't want to get into that

10   because we have so much to discuss about the

11   modeling and wanting to get advice.  We had an

12   epi panel actually a year ago discuss these

13   two studies and the issues there.

14   **DR. CLARK:**  Any reaction to ~~your~~ [the -ed.]

15   comments or thoughts on that?

16   (no response)

17   **DR. CLARK:**  I know when we were ~~doing,~~ [-

18   ed.] setting a radon standard ~~in~~ [for -ed.]

19   drinking water, we looked at some of those

20   kinds of issues.  So there is some literature

21   in terms of --I think it's the University of

22   Pittsburgh that actually has a physical shower

23   where you can go and measure the transfer of

24   water of the radon from the water into the

25   air.  And I would assume that [at -ed.] some

192

1      of those levels [, –ed.] that eventually the
2      household would be basically saturated with, [
3      –ed.] volatilized ~~with~~ solvents [BELJIN –ed.],
4      which would apply not only to the Marines, but
5      also their dependents and children.
6          DR. BOVE:  Right, and then there's also some
7      concern, for example, cooks at the, in the
8      Hadnot Point area getting heavily exposed.
9          DR. CLARK:  Yes.
10         DR. HILL:  Laundry workers?
11         DR. BOVE:  Laundry workers, yeah.  So we'll
12     be looking at them in the future studies.
13         DR. CLARK:  I ~~gathered~~ [gather –ed.] from
14     what Mr. Ensminger was saying, that he has had
15     contacts from people who'd been on the base
16     and adults who've had follow-up health issues
17     that kind of were linked to that sort of
18     exposure.
19         DR. BOVE:  That's why we have to do these
20     studies.
21         DR. CLARK:  This is the quietest I've ever
22     seen this particular group.
23     PANEL DISCUSSION:  INCORPORATING AND USING ADDITIONAL
24     INFORMATION AND DATA
25         DR. HILL:  I don't know if we want to get

CLJA_WATERMODELING_01-0000011792

1          into this now, but Lenny and I were talking at
2          lunch about looking at the model fit, and
3          methods to do that and some of the results.
4                  Lenny, am I interpreting our
5          discussion correctly and did you want to start
6          with that?  So it was model fit and the use of
7          the sort of preconceived criteria for
8          measuring whether or not the future model fit
9          was going to be good enough.  And I'm not
10         quite sure, this is a discussion that's sort
11         of better done with a bunch of maps on a table
12         and pointing at this and this and saying why
13         is this ^.
14                 So I'm not exactly sure how much of
15         this can be done in this kind of format, but a
16         couple of general things I'll start with was
17         there's -- and I'll start with the head data
18         just as a beginning -- and essentially what
19         head data gives you is sort of the pipes of
20         the groundwater system, kind of what are the
21         directions of flow.  It's sort of similar to
22         topography on a land surface, but it's fully
23         3D, and you can't see it.  And it's hard to
24         figure out.
25                 And so the heads and the geology are

194

1    essentially what we have to constrain that and
2    also where concentrations go.  And so in this
3    model there were two kinds of head data.  The
4    data in pumping wells essentially taken with
5    air lines, which are known to be extremely
6    problematic.
7        And so one of my concerns was even
8    that they were put on the same graph with the
9    other kinds of head data.  It seemed like it
10   should be analyzed separately.  And one of the
11   things that allows you to do better, too, is
12   to look for patterns within the, so the
13   residuals are the observed minus simulated.
14   And ideally, they will be random spatially in
15   the system, and any distinct non-randomness
16   suggests bias in the model.
17       And when you had observations like
18   those air line observations that have so many
19   known problems, it's really unclear whether,
20   what they represent and how much you can
21   depend on them.  And it could be that some of
22   them should not be considered at all and
23   others have good information.
24       But we have to look at where they are
25   in the system and what trends they might have.

195

1         Does it make sense?  If the pumping from the

2         well is greater, do they actually -- you know,

3         do they make sense?  And a thorough analysis

4         of that was perhaps outside the realm of some

5         of these reports, but really, without that

6         analysis, my feeling was there was just a lot

7         of data kind of thrown in, and it didn't fit

8         very well, and there were some patterns in

9         that set of data.

10             In particular, if I looked at the

11        graph, there's a band that goes through a

12        certain, I think it's observed versus

13        simulated, and I think the simulated range is

14        13 to 15 or something like that.  So you have

15        a band that goes through.  So there's issues

16        related to that.  Maybe I'll stop there.  You

17        were looking like you wanted to say something.

18      **MR. FAYE:**  No, actually, I agreed with

19        almost everything you say.  And also, I don't

20        take exception at all to your comment that we

21        threw everything in there but the kitchen

22        sink.  You're exactly right.  And it just came

23        down to a choice of on the one hand we felt

24        that we would be severely criticized if we

25        didn't try to deal with the data, and on the

1  other hand we felt we would be severely
2  criticized if we did deal with the data.  So
3  we came down on the side of inclusiveness and
4  did our best.  In fact, I appreciate your
5  comments very much about the air line
6  measurements because, frankly, there are some
7  people that just don't believe you and me that
8  those measurements are totally perfect, but be
9  that as it may.
10       DR. BAIR:  Who are those people?
11       MR. FAYE:  Well, I can mention a few that
12  I'd rather ~~now~~ [not -ed.] ~~of~~ [have -ed.] met,
13  but I won't.  But anyway, your thoughts, I've
14  read your notes about the residuals and the
15  variability of the accuracy of the data.  Very
16  well taken, and we definitely have already
17  decided to do some major analysis of the data
18  before we try to use it in this next model,
19  and so I accept that.
20       The only point I would take exception
21  to is the, I think it's your notions about the
22  graph and the boundary lines on there.  I
23  thought I was doing a good thing when I copied
24  that directly out of the USGS report, but so
25  be that as it may, it is what it is and I

1    appreciate your comments very much.

2      **DR. HILL:**  In other studies I've been

3    involved in if you don't have every data point

4    somewhere, someone will come and say did you

5    pay attention?  Did you do this?  Did you do

6    that?  But my thought is that it could be,

7    that some of those points, I think this is

8    consistent with what you're saying.  Some of

9    those points can appear in graphs that are

10   used to determine a trend, and then the trend

11   is used in the model calibration so it appears

12   in the report just not as a verbatim --

13     **MR. FAYE:**  Yeah, in the report obviously we

14   tried to have our cake and eat it too.  We did

15   not deliberately, explicitly attempt to weight

16   the data, weight the head data.  The real

17   accurate data was fine, but what do you weight

18   the other data as?  Is it a 1:2, 1:1, we just

19   didn't know.

20        So we didn't deliberately, explicitly

21   attempt to weight the data from a formal

22   analysis point of view.  But then on the other

23   hand we did spend a lot of time explaining why

24   one set of data was better than the other.  We

25   tried to have our cake and eat it too, and,

CLJA_WATERMODELING_01-0000011797

1    yeah, I'll take that.  I'll take a hit for

2    that.

3         **DR. HILL:**  That's all right.  I don't mean

4    to hit.

5         Let's see.  Another aspect of that is

6    the idea of sort of pre-processing the data,

7    thinking about it spatially and stuff and

8    getting trends.  It could be that there are

9    situations where, for example, that vertical

10   thing we were talking about where there's a

11   three-foot decline at head.  It might be

12   better to use that difference it had and have

13   some observations that are changes with depth,

14   changes at head with depth.

15        And specifically, and basically take

16   your data and -- on the one hand that's three

17   feet.  On the other hand you are saying you

18   think your variability is plus or minus three

19   feet.  Okay, so then that begs the question do

20   you have faith in that three-foot change.

21        Is the situation such that because of

22   where the well is or blah-blah-blah-blah-blah,

23   that you really think it is pretty close to a

24   three-foot decline which means when you take

25   that difference, you're getting a small,

1      you're getting rid of errors that might be
2      constant in some manner and actually the
3      difference, you have more faith in the
4      difference than the actual values.
5           **MR. FAYE:**  No, actually, those are very
6      accurate measurements.  So, yeah, I can answer
7      both because that's a bona fide well cluster
8      for the State of California.  So it's good
9      data.  I mean State of North Carolina.  My
10     dreams have overtaken reality there for a
11     second.  But we really didn't have data like
12     that to that detail, Mary, at Tarawa Terrace.
13          But we've got gobs of data in the
14     Hadnot Point-Holcomb Boulevard area where we
15     have well clusters, vertical gradients and
16     both at substantial depths even.  So we can
17     really identify those issues in some pretty
18     good detail using actual field data.  And it
19     would be typically like you would suspect.
20          In the Berkeley Manor area they're
21     sort of in the center of Holcomb Boulevard,
22     which is a highland area, your vertical
23     gradients are downward.  You're close to the
24     Wallace Creek and other major drainages.
25     You've got your heads coming up.  HPIA is a

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1        similar area.  It's in a highland area.  You

2        know, your vertical gradients are downward, et

3        cetera, et cetera.  So it all fits a pretty

4        good conceptual ~~Hubbard~~ [Hubbert- -ed.] type

5        model of the flow system, so it works pretty

6        well.

7            DR. HILL:  Yeah, it's the graphs ^.

8            DR. BAIR:  I was just going to say I think

9        that that's a really worthwhile calibration

10       target under a transient flow because you're

11       going to have certain pumping conditions that

12       either exacerbate or mitigate that vertical

13       gradient.  And if you incorporate that as a

14       calibration target, that in turn, helps you

15       pin down the hydraulic conductivity to the

16       confining layers which so far one foot per day

17       because it's the confining nature that's going

18       to give you that large gradient, only a small

19       grade.

20           MR. FAYE:  Absolutely, and also from a

21       limited number of aquifer tests, and again you

22       have the scale issues that you have to deal

23       with in terms of point data versus

24       extrapolating it out to a large model cell and

25       all that.  But we do have some fairly decent

1          data, ~~Noyman~~ [Neumann- -ed.] Witherspoon* and

2          where we've been able to apply some nice

3          aquifer test analyses and determine ~~leak-ins~~

4          [leakance -ed.] of confining unit.  So for

5          whatever it's worth on a scale issue or a

6          scale-dependent value, we do have some of

7          those data.

8          **DR. KONIKOW:**  Well, this also gets to, I

9          mean this first modeling phase, which

10         developed a steady state, full model

11         representative of pre-development conditions.

12         And that's part of our concern, I think, on

13         the data that you use in the calibrations is

14         that much of the data is so influenced by

15         transient conditions that it just probably

16         shouldn't have been in there.

17         **MR. FAYE:**  That's really not true.  And that

18         wasn't true at Tarawa Terrace either although

19         I think one of you gentlemen might have,

20         someone might --

21         **DR. KONIKOW:**  I thought you were saying that

22         some of these, some of the data used from all

23         those measurements were influenced by --

24         **MR. FAYE:**  They are.  They are.  But those

25         data were not used, to the best of my

202

1       knowledge, in determining the pre-development
2       surface.  And also at Tarawa Terrace I think
3       there were like 50 or 60 measurements that I
4       listed in the report that I said, okay, these
5       were estimates of pre-development heads.  And
6       someone did mention that they were possibly
7       influenced by pumping, and that is correct.
8       Six of those 60 were perhaps influenced by
9       pumping, but I --
10          DR. KONIKOW:  I'm talking about the 5,000 or
11      so observations that were --
12          MR. FAYE:  A number of those, Lenny, if
13      you've got ten years of data, and you can see
14      how it varies over time and the data are near
15      a pumping well, and you can see -- or a supply
16      well, and you can see some or infer that they
17      are being, that the heads are being influenced
18      even though the screens in the supply well are
19      rather deep, and you're looking at shallow, et
20      cetera, et cetera.
21              But you have ten years of data to look
22      at.  So you can either select a data point
23      that seems to be the highest point or the one
24      that isn't influenced if you really, really,
25      really want to use that point as a control

1          point or you can disregard it.

2               But obviously 5,000 measurements,

3          hundreds of sites distributed throughout the

4          study area, you have an opportunity to filter

5          your data pretty readily.  And at most of the

6          sites there was no, virtually no influence

7          except seasonal influences.  And if you got

8          20, 30, 40 measurements over ten years, you

9          take an average, et cetera.

10              So that's pretty much the way those

11         control points were developed.  There was a

12         pretty serious effort to filter out influences

13         from anything other than seasonal variations.

14    **DR. KONIKOW:**  Okay, I didn't gather that

15         there was, but okay.

16    **DR. DOUGHERTY:**  In the ~~permutation~~

17         [presentation –ed.] it said that there were

18         some obvious ones to pull.

19    **MR. FAYE:**  Pardon me?  Oh, Rene said

20         yesterday that he needed to look at some of

21         the data in addition.  If he said it, I

22         believe it, but it wasn't a pervasive issue

23         with respect to the representation of the

24         potentiometric surface that he's showing.  I'm

25         pretty sure of that, that he showed.

204

1       **DR. KONIKOW:**  Now, when you go from the
2       steady state model ultimately you'll be going
3       to a transient model.  I think you have to be
4       open to the idea that your boundaries and
5       boundary conditions and discretization,
6       particularly the vertical discretization, that
7       may be adequate for a steady state model,
8       might prove inadequate for a transient model.
9       And you may have to go back and revisit.
10      **MR. FAYE:**  Absolutely.  Those are, that's
11      good advice, and I believe that we've got our
12      arms around that issue pretty well.
13      **DR. KONIKOW:**  On a more philosophical level
14      perhaps, I'm not sure I saw the value of
15      setting, you know, pre-determining calibration
16      targets in terms of accuracy and fitting.  I'm
17      not sure I saw any outcome.
18              In other words it's just something to
19      measure against and one of the values of doing
20      that is you're assessing the accuracy of the
21      observations.  But beyond that saying that
22      your goal is to come within plus or minus
23      three feet or 12 feet, I don't see the value
24      of that if you don't meet the target and then
25      don't do anything about it.

205

1       **MR. FAYE:**  Well, that's not true because

2       it's a target that you meet as well as you

3       can.  So what you see as far as Tarawa Terrace

4       is concerned is our best effort to meet the

5       target.  So you don't know what the worst --

6       **DR. KONIKOW:**  You're always making your best

7       effort to do the best that you could.

8       **MR. FAYE:**  That's right.  But before I get

9       to the issue though of calibration standards,

10      good or bad, though, you didn't see what our

11      worst effort was.  So we progressively got

12      better and better and better.  So you saw our

13      best effort in terms of the calibration

14      standard.

15              And, frankly, I agree with you a lot,

16      and I agree with what Mary's comments were and

17      her notes as well.  From a practical point of

18      view I think having some explicit standards up

19      front at the initiation of calibration are

20      kind of a good idea.  It gives you sort of a

21      target to shoot for based on your best

22      judgment about the quality of data, et cetera,

23      et cetera, et cetera, but at the end if you,

24      whether you really represent it as such or

25      don't, I don't really see it as a major issue.

206

1          **DR. KONIKOW:**  Well, I mean, I'm just getting
2          at what does it mean.
3          **MR. FAYE:**  It was more of a tactical tool to
4          provide some guidance perhaps I could say
5          during the calibration process rather than
6          something that we, and I think Mary made the
7          point that you might focus too much on
8          appeasing the standard rather than on the
9          conceptualizations and all the other things
10         that relate to a good calibration process.
11         But I don't think --
12         **DR. KONIKOW:**  I mean, my concern is it's not
13         a standard.  There's no standard approach for
14         doing that and picking a number ahead of time
15         really is rather on the arbitrary and
16         subjective side and doesn't lead to any action
17         afterwards when, I think, in the steady state
18         there were, if I recall, 55 percent of the
19         wells or the observations fell outside the
20         pre-determined calibration limits.  And so
21         that's not a very good, you didn't meet the
22         target.
23         **MR. FAYE:**  Well, I would also say that that
24         effort is, as Morris said this morning, that
25         that effort is somewhat to substantially

1         incomplete right now.  I mean, it was just a

2         point in time that the staff said, okay, this

3         is as best as we're going to do up to this

4         time to get a notebook ready to send out to

5         the peer review panel.

6              Your point's well taken.  I'm not

7         really arguing with you at all.  I'm just

8         saying that in terms of what I did, what I

9         personally did and what I personally used it

10         for was, like I said, sort of a tactical tool

11         to make me feel warm and fuzzy if I got close

12         to it during calibration.

13       **DR. BAIR:**  I guess what I'm hearing is the

14         panel people saying that philosophically that

15         they don't really care for that type of

16         criterion.  And we would recommend that you

17         kind of drop it.  I'd much rather not meet a

18         really stringent requirement than barely meet

19         a very loose one myself.  And I think a more

20         accepted calibration target might be the mean

21         absolute error over the total relief in the

22         water table surface.  So if you're at 100 feet

23         of relief and your mean absolute error is ten,

24         you've got about a ten foot error over that

25         distance.  If you're in a mountainous terrain,

1    you have 1,000 feet of relief, a 100 foot
2    error is ten percent. You're in a very flat
3    terrain --
4        MR. FAYE:  Well, we have -- if you look at
5    our good data, you know, the what we call the
6    monitor well data, I think our mean absolute
7    error for almost 300 of those data points was
8    less than two feet. And we have a total
9    topographic, i.e., water table drop of about
10   30 feet. On the other hand if you look at the
11   air line data --
12       DR. BAIR:  Yeah, dump the air line data.
13   They're ruining you.
14       MR. FAYE:  Your notion of being ruined might
15   be my notion of saving my ass, so that's kind
16   of a relative thing. But it is what it is,
17   and I accept the philosophical, it's really
18   not a philosophical difference of opinion. As
19   I said, I agree. And how we apply that, and
20   how we use it will hopefully be more pleasing
21   to y'all the next time around.
22       DR. HILL:  I think, just one thing I want to
23   say is when you publish a standard, when you,
24   I don't mind you having that in the back of
25   your head and feeling warm and fuzzy when you

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

209

1    make it, but when you put it out front in the
2    beginning, you set an expectation up.  And I
3    think it's that disappointment of expectation
4    that you're having trouble with.
5        MR. FAYE:  I agree, no problem.
6        DR. CLARK:  We have a comment.  Randall has
7    a comment.
8        DR. ROSS:  Just a question.  Out of the
9    5,000 or so historical measurements you had,
10   it seems like you said a minute ago you took
11   the average, but I seem to recall you tried to
12   take the highest elevation.  And in a
13   situation where you have precipitation ranging
14   from less than 40 inches to 80 inches between
15   years, would the high measurements kind of
16   bias?
17       MR. FAYE:  Yeah, there's no question about
18   that.  And if you're referring to the Tarawa
19   Terrace, we only had less than a hundred
20   compared to the 5,000 or so there.  So we
21   really didn't have an opportunity to select
22   through a lot of data for Tarawa Terrace.  I
23   can't even recall now.  I think there was
24   something like 60 measurements that we
25   actually ended up using to estimate a pre-

CLJA_WATERMODELING_01-0000011809

1     development surface.  Some of those were

2     earliest in time, and some of those where we

3     might have had two or three multiple

4     measurements at the most other than the air

5     line data.  Again, let's not deal with that.

6       **DR. ROSS:**  I'm with Scott.  Bag the air line

7     data.

8       **MR. FAYE:**  Yeah, bag the air line data.  But

9     the good data, and those were all what I would

10    call high quality data that we used there for

11    that potentiometric surface.  Where there were

12    two or three measurements that we actually did

13    have at the same point, I might have used

14    again the highest there, not necessarily the

15    earliest in time but the highest.  It was a --

16      **DR. ROSS:**  And something that we see at

17    sites all over the place is the lack of good

18    survey data for the wells.  It's, for god's

19    sake given the cost of surveying the

20    monitoring points is nothing compared to the

21    other efforts that are going on at the site.

22      **MR. FAYE:**  Again, most of those data that

23    are in that table for that use, those points

24    were surveyed in.  And I don't know whether

25    it's actually explicitly noted in the report

1       or not, but it's true with all the tables in
2       Chapter C, if you happen to see head data
3       reported to the tenth of a foot, those were
4       all surveyed-in points.  If you happen to see
5       data published to the nearest foot, those were
6       estimated from topographic maps or something
7       like that.  I don't know that it's explicitly
8       said in that report, but that was the protocol
9       that was used.
10          MR. HARDING:  Dr. Faye, let me ask a
11      question on that because I thought I saw in
12      there -- I'm poaching on the groundwater folks
13      -- a plus or minus two and a half foot
14      standard for those ground surfaces that were
15      taken from the topographic maps.  Why can't
16      that be refined at low cost nowadays?  I'm
17      just curious.  Is that worth the effort to go
18      refine that since you've got this N-square
19      error of two feet?  It seems like it's a
20      pretty big chunk of it.
21          MR. FAYE:  I think it might be mixing some
22      apples and oranges there.
23          MR. HARDING:  It could easily be.
24          MR. FAYE:  To answer your first question,
25      no, I don't think it would be worth the cost

1          of refining those data at all.  Second of all,

2          most of those 5,000 measurements that we

3          talked about for Holcomb Boulevard/Hadnot

4          Point, 5,000 plus measurements, I would say,

5          well, certainly the vast majority of those

6          relate to wells that are surveyed in.

7                And your two and a half foot issue

8          there is kind of a, I don't know whether it's

9          ever been formally recognized, but in 30 years

10         of work sort of a standard rule of thumb that

11         I've always used to estimate that altitude

12         using topo maps was plus or minus one-half the

13         contour interval.  And the standard contour on

14         these maps that we were using was five feet,

15         i.e., the two and a half plus or minus rounded

16         off to make it simple to three feet.  And

17         that's where the three-foot standard came

18         from.

19            **DR. DOUGHERTY:**  Just to follow on, first,

20         I'm working on a project with some reasonable

21         data of questionable quality for reference

22         elevations, and we used a similar topographic

23         approach.  So I'll just give you some

24         validation on that.  But, and you can do it,

25         because it's not that expensive, but sometimes

213

1       it is.  The thing I was going to talk about

2       was where these calibration curves, and again

3       this single plot that we're looking at, the Q-

4       Q plot or the one-on-one plot.  If I didn't

5       have the units' ~~little blanks~~ [unit slope –

6       ed.] to guide my eye, I would not get a one-

7       on-one slope for this.  I would say this is on

8       an inclined line that has a break point and

9       the slope of each leg, neither one has a slope

10      of one.  So this is a fine type of plot, but

11      if you did the residuals versus the head, I

12      think you'd find that the errors are not

13      homoscedastic, and it would lead you to, the

14      residuals are not constant with the observed

15      heads.

16          **MR. FAYE:**  I'm not sure there's a sexual

17      preference to the points but --

18          **DR. DOUGHERTY:**  It's more political because

19      you've got red points and blue points.  I did

20      notice that.  Where are the purple points?  If

21      you looked at these residuals as a function of

22      observed head, I think you'd find that there

23      is a structural issue that might inform you

24      how to go forward from here.

25          **MR. FAYE:**  No argument.  I think Mary

CLJA_WATERMODELING_01-0000011813

214

1    articulated those issues I think really,

2    really well in her notes and we acquiesced on

3    behalf of the project.  I'll just say that we

4    acquiesced to those sentiments and heartily

5    agree, and we'll follow through on that.  No

6    problem.

7        **DR. HILL:**  So we have yet the concentration

8    data to discuss?  And are we ready to go on?

9        **DR. CLARK:**  I'm going to suggest we take a

10   break.  A couple of housekeeping things.  Who

11   has flights that are going to be tight?

12       (multiple responses)

13       **DR. CLARK:**  Anybody else?

14       (no response)

15       **DR. CLARK:**  Liz, can we make sure that they

16   get some better transportation?

17       (Whereupon, a break was taken between 1:40

18   p.m. and 1:55 p.m.)

19       **DR. CLARK:**  First, Mary would like to start

20   a discussion on the concentration

21   calibrations.  And then after that, we'll do

22   that for about ten minutes, and then we're

23   going to go around the panel, and I'm going to

24   ask for every panelist to give his opinion and

25   summarize for the record.  And I think Walter

1  and Ben are tight on time.  Who else, somebody

2  else was going to go with you in your cab.

3  Dan, okay, so three, so when we start out I'm

4  going to go with Walter, Dan and Ben.

5  **MR. HARDING:**  I don't think we're that

6  tight.

7  **MR. FAYE:**  That's really famous last words.

8  **DR. CLARK:**  Well, let's start the discussion

9  that Mary wanted to have.

10  **MR. HARDING:**  Then we have a three o'clock

11  cab.

12  **DR. HILL:**  This will be real quick because

13  Lenny's laid all the foundation or the

14  foundation I was interested in.  And that is

15  to take the concentration data and first

16  calibrate, use it to derive effective

17  transport paths and use those to calibrate

18  first to get yourself in the right direction

19  and then obviously, and then really manage

20  your water table non-linearity to your

21  advantage.

22  Don't let it, because that can add 50

23  percent to a project.  It's amazing.  And then

24  when you do bring the concentrations in you

25  can weight them so that you can consider your

216

1    heads at the same time and your stream flow,

2    we talked about the stream flow gains.  I'll

3    open it up if anybody has questions or

4    comments about that.

5        DR. KONIKOW:  You kind of mentioned earlier

6    that you have quite a lot of variability over

7    short periods of time in the observed

8    concentration.  And that's really going to be

9    a big obstacle to calibrating the model.

10       MR. FAYE:  It was and it is.

11       DR. KONIKOW:  Look at Figure F-16 in your

12    Tarawa Terrace report.  You have this

13    simulated curve that's coming up, a nice

14    smooth curve, and then there's one point in, I

15    guess, 1985, where you have five frequently,

16    samples collected over a short period of time

17    --

18       MR. FAYE:  I know.

19       DR. KONIKOW:  -- and they have a range much

20    greater than the long period of the --

21       MR. FAYE:  I know.  I know, Lenny.  Let me

22    make a comment on that, and in part of my

23    comment I'll reference, for example, the Table

24    C-7, if you want to check that out.

25       DR. KONIKOW:  Yeah, I've got it right here.

217

1    **MR. FAYE:**  There's a lot of reasons for

2    variability of the concentration data.  I'm

3    not going to go over all that again.  We know

4    sampling, et cetera, et cetera.  And the point

5    that I'm about to make I also make in Chapter

6    F, perhaps not well, but I attempt to make it

7    anyway.

8              My belief is that the major

9    variability that you're looking at in terms of

10   TT-26, I think in about a 28-day period,

11   there's a two and a half order of magnitude

12   difference in the water quality that was as a

13   result of sampling at this well.  The highest

14   measurement and the earliest measurement, I

15   think which was about 1,580 micrograms per

16   liter, that's the greatest measurement, and

17   that's the earliest measurement.

18             That was sampled actually when that

19   well was probably still operating routinely

20   before they formally shut it down or was very,

21   very, very close to the time that they

22   actually shut it down.  And the subsequent

23   samples there that were compressed within

24   about a three- or four-week period of time

25   were, my guess is -- this is my supposition --

218

1    were probably sampled with perhaps the well
2    turned on to evacuate maybe two or three
3    casing volumes or something like that.
4          And as a consequence, the result was
5    the fact that there was not a lot of
6    contaminants solute in the well at that time
7    at a concentration that would have been there
8    if the well had been operating for 12, 13, 16
9    hours, whatever, and more that mass of, from
10   the center of mass of a plume had been
11   attracted toward the well at the time.
12         And we see that.  I give an example
13   with respect to TT-23 in Chapter E, I believe,
14   and Chapter F where indeed TT-23 was operated
15   for two hours and sampled and then operation
16   continued for another 22 hours so it was
17   operated for a total of 24, and the
18   contaminant concentrations doubled in that
19   period of time.
20         So my point is, after this long and
21   drawn out craziness, is that there's an issue
22   of how these supply wells were sampled in
23   terms of the length of time that they were run
24   prior to sampling.  And I think that accounts
25   for a large amount of the variability that

1      we're seeing.

2            And you can look at 602 is another

3      example on page C-7 that the analysis there on

4      November 30th, 1984, that well was still

5      operating routinely at that time.  And it was

6      very shortly after that shut down, and then

7      subsequently sampled quite frequently at week

8      intervals or several day intervals after that.

9      But it was not operating routinely at that

10     time.

11           Well, the latest data, water quality

12     data, that we have for the supply wells, I

13     think as far as data that I have, is for the

14     year 2000, and there was a massive undertaking

15     on the base as well as over at the air station

16     to sample supply wells at that time.  And the

17     protocol observed for sampling at that time

18     was to let all of the supply wells run for 24

19     hours and then sample them.  So I think

20     finally the issue, the sampling protocols,

21     were catching up to the real world finally by

22     the year 2000.

23        DR. KONIKOW:  So this gets at really a basic

24     issue of when you get to the calibrating the

25     ~~solu~~ [solute -ed.] transport model, what are

220

1          you calibrating it against?
2              **MR. FAYE:**  We made a point in Chapter F, I
3          believe, that we, again, perhaps we tried to
4          have our cake and eat it too, and maybe got a
5          ~~stomach ache~~ [stomachache -ed.] over it, but
6          we made a point that we say that we believe
7          these data are more realistic in so many words
8          than other data.  And again, it was this
9          earliest in time data.
10             **DR. KONIKOW:**  Shouldn't you say that before
11         you calibrate the model though?
12             **MR. FAYE:**  Pardon me?
13             **DR. KONIKOW:**  Shouldn't that, I mean, in
14         keeping with your setting of pre-calibration
15         targets, shouldn't your decision about which
16         data are more reliable for a calibration
17         bracelet[bracket -ed.], that assessment should
18         be made before you decide to see which fit
19         match better.
20             **MR. FAYE:**  We did.  Those statements are
21         made in Chapter E which is a summary of all
22         the water quality data, and that was clearly
23         before we attempted to do any model
24         calibration or anything like that.
25             **DR. HILL:**  But yes but, you didn't then use

221

1     that information and perspective to inform how

2     you actually conducted your calibration.  And

3     let me just provide an example of that -- and

4     there's a bunch of things that come in here.

5          One is that you have this very long in

6     time kind of base model.  And that's your goal

7     is to get this as accurate as possible.  But

8     you end up having detailed concentration

9     information at different times along that

10     path.  Now, you're using a methodology because

11     you have to sort of degrade your model and

12     because it's a long time period, you're using

13     a solution method for your transport that has

14     a lot of numerical dispersion, but it's fast.

15          Okay, so that's fine for your sort of

16     long-frame model, and when you get to that

17     point in time where you're trying to match

18     information at that well, it's probably a

19     higher concentration I would say that's going

20     to be consistent with that methodology.  But

21     you could also take your model as calibrated

22     and for a fairly short simulation use a

23     methodology, a method that has very low

24     numerical dispersion.

25          You're going to have to figure out

222

1        your initial condition, your initial

2        concentration conditions.  And then compare

3        that simulation, basically, what your short-

4        term, temporal data is telling you is that

5        once that well stops pumping, that it's the

6        pumping of the well that's making the plume

7        come over there.  That if you stop pumping the

8        plume's going to recede.  And you could test

9        to see if that occurs given the flow field you

10       have.

11          DR. BAIR:  On a short-term basis.

12          DR. HILL:  On a short-term basis.  So there

13       might be some combination of kind of this

14       long-term calibration and then some short-term

15       simulations that test certain hypotheses.

16          MR. FAYE:  Yeah, we did that at Lenny's

17       suggestion for another reason, basically, to

18       look, not to test the retreat of the mass,

19       contaminant mass in the plume, but we did that

20       to test the possibility of numerical

21       dispersion.  We came right down to one-day

22       stress periods, so that's easy to do.  And

23       that's a good idea.  We can give that a try.

24          DR. HILL:  And you can use one of the

25       solution methods then that's --

1       **MR. FAYE:**  Oh, not only that.  We can
2       actually use some of the field data that we
3       have to test that out.
4       **DR. CLARK:**  As worthwhile as this discussion
5       is, I'm afraid we're going to have to cut it
6       here, but first off let me thank, in case I
7       don't get a chance to do this and they have to
8       leave in the middle of this discussion, I'd
9       certainly like to thank everybody for their
10     input, attention, perseverance and patience
11     for putting up with us.  It's been very
12     interesting, and I hope it's been very useful
13     for ATSDR.  I think it has.

**CHAIR SOLICITS RESPONSE TO CHARGE FROM EACH**
14     **PANEL MEMBER**
15         Why don't we just start with Walter.
16     We'll go around the table with Walter.  I
17     guess Walter, Dan and Ben might have to leave
18     before we're finished.  So, Walt, we'll start
19     with you.
20     **MR. MASLIA:**  If you would, obviously all
21     comments are welcomed and desired, but if you
22     could try also to specifically address the
23     questions --
24     **DR. CLARK:**  That were in the charge?
25     **MR. MASLIA:**  -- that would help us out.  And

224

1      anything else above that, that's also fine.

2      It would help us out if you focus.

3          **DR. GRAYMAN:**  I'll start by seconding Bob

4      and just say it's been quite a privilege in

5      working with this distinguished group.  And I

6      think this has been an excellent and hopefully

7      very useful to ATSDR.  Thank you, Morris;

8      thank you, Liz, for organization, and the rest

9      of the group.

10          I'm going to concentrate on the area

11      of water distribution system analysis in my

12      comments.  First of all, the previous work

13      that ATSDR has done in developing a detailed

14      water distribution system model has put them

15      in a good position to move forward in

16      analyzing the Hadnot Point and Holcomb

17      Boulevard during the interconnection periods.

18          Second, the water distribution system

19      analysis is going to be needed for analyzing

20      the impacts on Holcomb Boulevard, primarily

21      the Berkeley Manor area during the

22      interconnection periods with Hadnot Point.

23      For other times in the areas the mixing model

24      approach used in Tarawa Terrace should

25      suffice.

1          I think that the analysis of the
2    Holcomb Boulevard system during
3    interconnection can be separated into two
4    types of analysis, first of all the
5    groundwater wellhead, water treatment plant
6    type of analysis that was done in Tarawa
7    Terrace and second the distribution system
8    analysis, and I think it's important that they
9    can be separated.  And it can take place by
10   using the distribution system model to
11   calculate the percentage of water from Hadnot
12   Point reaching points in Holcomb Boulevard.
13   In other words for each node in Holcomb
14   Boulevard you calculate the percentage of the
15   water reaching it at any time that comes from
16   Hadnot Point.  Subsequently, the
17   concentrations reaching the customers can be
18   estimated by overlying that percentage of
19   water from Hadnot Point with the calculated
20   concentrations leaving the Hadnot Point water
21   treatment plant.
22         For assuming the concentrations
23   leaving the Hadnot water treatment plant can
24   be estimated probabilistically on a monthly
25   basis, then with a manageable amount of effort

1      in the distribution system area, I think that

2      a monthly probabilistic estimate of

3      concentrations reaching the Holcomb Boulevard,

4      Berkeley Manor customers can be made.  And my

5      question for the epidemiologists is, is this

6      an acceptable form of results for them to

7      analyze.

8           And finally, the detailed data that

9      was available for that 1984-'85 period when

10     Holcomb Boulevard water treatment plant was

11     offline should be studied and used at least as

12     a partial validation exercise.  However, it

13     really is not that useful as calibration

14     because of the operation during that period

15     was so different.  That's all.  Thank you.

16          DR. CLARK:  Thank you.

17          Mary.

18          DR. HILL:  Let's see.  One thing I did want

19     to mention that I hadn't mentioned previously

20     was that, Morris, you had spoken about a

21     timeframe of 2012 for the modeling at one

22     point.  And I think really that you can, I

23     actually do think the November deadline is

24     tight, but that something like next May is

25     plausible.  So that's the kind of extension

1          that I might consider if recommending.

2                So that's one issue.  The other issues

3          I've really, we've just been talking about

4          them, and I'm going to focus on the

5          groundwater model, but the issues of being

6          more strategic and more hypothesis testing

7          kind of focused in some of the testing that's

8          done with the model and that comes into

9          working with the observations in a more kind

10         of strategic way, having observations that

11         represent more solidly specific kinds of

12         dynamics in the system including vertical

13         flow, maybe even flows in different directions

14         you could have or have differences in

15         different parts of the model.

16                You night break it down

17         geographically.  It'll depend on draw-downs

18         over time.  That's another option.  But having

19         graphs of residuals that make a little bit

20         more physical sense so it can be interpreted

21         better.  Observations of any kind of stream

22         flow gain and loss that you can get your hands

23         on is just a really great cross-check.

24                In connection with that as well, you

25         might define, you might keep track of the

228

1    flows going in and out of the ~~conson (ph)~~

2    [constant -ed.] head boundaries along the

3    rivers.  Not that you have a very good handle

4    on what the values should be, but you might be

5    able to say that value's ridiculous.

6         And in terms of the concentrations, I

7    think we've spoken quite a bit about that.

8    Since we just did it I won't repeat.  In terms

9    of the parameters for the model, obviously

10   we've talked a lot about over-fitting and

11   trying to avoid that because usually an over-

12   fitted model doesn't have great predictive

13   capability.  And you can demonstrate that to

14   yourself with your model, using suppressed

15   validation exercises and stuff.

16        And being a geologist in my undergrad

17   and engineering in my grad, in grad work I

18   tend to really want to constrain models with

19   geology a lot, so I tend in that direction.

20   And I think this system has potential for

21   perhaps doing that more than has been done.

22   And that's all I have.  Thanks.

23      DR. CLARK:  Thank you.

24        Dave.

25      DR. DOUGHERTY:  Here again, it's been a very

1    interesting couple of days, and I know I've
2    put a little bit of water from the fire hose
3    on the end.  I suspect I'm not alone.  I guess
4    my reactions are kind of mixed because in some
5    ways I feel we're coming in quite early in
6    this process, and in some ways we're coming in
7    a little bit late in the process.  I'm not
8    sure exactly where the balance is.
9         But to try to answer the basic
10   questions, there seems to be a reasonable
11   possibility of delivering data useful to
12   epidemiologists with some periods of time
13   where that[data -ed.] may be less reliable
14   than others.  And this interconnect time I
15   think is one that's going to be a little
16   testy.
17        We've talked about the data analysis
18   somewhat, some things to do with taking the
19   January '95 period data and doing a very
20   simple mixing model to make sure we have some
21   sense of measurement errors, either, not sure
22   of the treatment plant or to the production
23   well, but it will give us some sense of one
24   measure that we can use that constrains or
25   informs concentration measurement errors

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    because I don't feel we have a very good
2    handle on that.
3         In terms of calibration we talked
4    about looking at different ways of
5    representing the residuals so that we can
6    extract some information rather than just
7    saying we've made it, -- and I haven't seen
8    Mary's notes, so I don't know the details of
9    what she's given, but I'm sure she's given
10   them all, all the various plots.
11        On the concentration calibrations
12   looking forward, we didn't get into a
13   discussion of the treatment of non-detects in,
14   lower bounds of non-detects in the calibration
15   process. But they are, as I read it for
16   Tarawa Terrace, they're set at one microgram
17   per liter no matter what the detection and/or
18   reporting limit may be. That seems to me
19   inappropriate.
20        Think about it, another way to do it
21   if you're limited by taking logarithms, take
22   the log of one plus the concentration so that
23   your variable can be logged without blowing up
24   on you. Do something, use the data better
25   where it's limited.

Case 7:23-cv-00897-RJ    Document 369-6    Filed 04/29/25    Page 231 of 278

CLJA_WATERMODELING_01-0000011830

1           ~~Simpler by~~ [Simplified –ed.]

2           physically-based models are the way to go.  I

3           like the idea of pursuing a second path that's

4           totally data driven, but it can't be used in

5           preference to before the physically-based

6           modeling systems.  I don't think it's

7           worthwhile spending a lot of time on fancy

8           transport systems.  Try to keep them

9           relatively simple.  The approach that Lenny

10          talked about earlier really simplifying,

11          grossly simplifying the transport processes

12          and getting some representation of early

13          arrival times makes a lot of sense to me.

14              With respect to arrival times, I would

15          note that in the documents at Tarawa Terrace

16          that both densities seemed out of line.  There

17          may be a nomenclature issue.  Both densities

18          were around 2.8 or 2.9 because I calculated

19          them.  It seemed a little like one too high.

20          So it may be a nomenclature issue.  It just

21          needs to be clarified and get it right so

22          we're not retarding excessively.  Thank you.

23          **DR. CLARK:**  Ann.

24          **DR. ASCHENGRAU:**  Well, I just want to say

25          from an epidemiologist perspective, and it

1          might seem strange given the discussion of the

2          last two days, but that this is really state-

3          of-the-art, even beyond the state-of-the-art

4          epidemiologic study of drinking water

5          pollution.  And what's been done here just

6          goes way beyond what's typically done in most

7          epidemiologic studies that have been able to

8          find effects and associations.  So I have in

9          spite of all the problems we've heard about, I

10         have every confidence that the study has a

11         very good shot at finding an association if

12         it's there.

13              My problem comes more from the size of

14         the case control study, that that's a

15         limitation.  But I'm heartened to hear also

16         that the great efforts that have been

17         undertaken will be used to reanalyze the prior

18         analysis of small for gestational age in the

19         two planned studies.  So that's really

20         excellent.

21              That being said I also want to

22         reiterate the point that I made yesterday that

23         the Department of Navy should make every

24         effort to identify and give to ATSDR all of

25         the relevant data that they need to do the

233

1          best job possible and that they need to do
2          this immediately.  I think it's a real shame
3          that they now have to go back and reanalyze
4          the study data from before because they didn't
5          have all of the necessary information.
6                  I do think that the goal should be to
7          try to get monthly data for the current study,
8          so monthly exposure data that should be the
9          goal that people are aiming for.  And that,
10         you know, if you don't reach it, that's okay.
11         Epidemiologists have never been stopped by
12         having imperfections in their data.  It
13         doesn't stop us.
14                 And the other impression I've had is
15         just that there are sort of lots of possible
16         sensitivity analyses that can be done with the
17         groundwater modeling, the distribution water
18         modeling.  It just seems like a huge, huge
19         job, but that somehow some plan has to be made
20         for developing what needs to be done, and it
21         needs to be done strategically.  And that the
22         goal should really be to keep the
23         epidemiologic study in mind and not spend a
24         lot of time on things that really won't make
25         such a difference in the exposure assessment

1      for the study.

2              In terms of just some particulars,

3      they're not so much to do with the exposure

4      modeling, but for the case control study of

5      cancer, I do think that the exposure

6      assessment should go beyond the first year of

7      life and that it should go up to the time of

8      the diagnosis of the cases and some comparable

9      date of the controls. That that may end up

10     being a large source of error if that's not

11     done. So you may have to go back and get

12     supplemental data from the study subjects or

13     somehow get that data from records.

14             And the other thing, well, is the

15     school. That really high value at the school

16     is problematic. And so I think that you

17     should monitor or assess the exposure, not

18     just at the residences but at the schools.

19     And so that would only be really relevant for

20     the cancer study I think at this point. And

21     that that source of exposure should be taken

22     into account.

23             And then my last point has to do with

24     the behavioral data so it's the water

25     consumption habits of the study participants.

235

1    Frank has said a couple of times he doesn't
2    think the data are very good.  So I think that
3    the goal would be to try to pick up the
4    extremes so the people that take like long hot
5    showers basically, and drink a lot of tap
6    water and to try to distinguish them from the
7    other study subjects if that's possible.
8        **DR. CLARK:**  Ann, thank you very much.
9        Scott.
10       **DR. BAIR:**  Yes, I guess I'd like to also
11   thank people for inviting me.  This has been a
12   very worthwhile and educational process for
13   me.  I think the discussions over the last two
14   days have probably convinced those who already
15   recognize it at the table and elsewhere and
16   those of you in the audience that all models
17   are wrong.  There are some models that are
18   useful.
19       So the goal here is to incorporate
20   enough uncertainty and analyze enough
21   sensitivity aspects that we come up with a
22   useful model that can be used by the
23   epidemiologists.  So I don't want all the
24   discussion of the nitty gritty that went into
25   the making of the sausage to discourage people

236

1     that this can't be done.  Because I, like Ann,

2     share a positive idea that this can be

3     accomplished.  Having read the Tarawa Terrace

4     and the other reports that we were sent before

5     we got here, I was a little skeptical about

6     the amount of data that was available.

7            And through the discussions with Bob

8     and others there are a fair amount of data

9     that are present that can be used to help

10    constrain the models that I don't think have

11    been mined to their greatest extent yet.  For

12    example, the grain size analyses, I think more

13    can be squeezed out of that just looking at

14    the percentage clay or looking at something as

15    simple as a uniformity coefficient or ratio

16    between D-60 and D-10.

17           I think being the geologist that Mary

18    mentioned, all three of my degrees, anything

19    that is deposited in water because of particle

20    size differences and settling through water,

21    is going to be anisotropic inherently.  So I

22    think there's an anisotropy within each year

23    model layers that you may need to consider.

24    These are stacked channel deposits so they are

25    deposited in water.  So I'd encourage you to

1       try to glean as much as you can.

2               The grain size data, there are

3       actually geophysical logs that we didn't get

4       to mention, SP logs and resistivity logs that

5       are giving you information that can be

6       interpreted to show that these are not

7       continuous layers, and they're in some of the

8       older wells, but I think that, too, needs to

9       be incorporated into the model either as an

10      uncertainty analysis, a what would happen if

11      this data point is correct and there's a hole

12      in the confining layer here or not.  Getting

13      at the pumping test data, the slug test data

14      that Bob talked about and incorporating that

15      in the model I think is essential to get the

16      velocity fields pinned down a little bit.

17              Having said that, that y'all have a

18      lot of data to squeeze yet, I do think that

19      there are some simple pieces of data that you

20      can add within your timeframe to help you

21      lower the uncertainty in your model by adding

22      a couple monitoring wells and locations there

23      where water levels are sparse and then just

24      using that to help guide your model even

25      though you're going backwards in time, the

1       water level in the sparse areas probably has
2       not changed that much because it's not in the
3       middle of your well fields, and I'm thinking
4       specifically on the northeast border of the
5       model area.
6              Perhaps getting some tritium/helium
7       data would be useful to help get another full
8       velocity measurement like Mary talked about
9       getting stream discharge data to help
10      corroborate -- calibrate, corroborate --
11      what's going on.  I think MODPATH is an
12      essential target of your future work, and it
13      wasn't in the Tarawa Terrace report, but I
14      think it should be an essential part.
15             And then the last thing I have, and we
16      really didn't get too great a discussion on
17      it, is the source term issues.  For me one of
18      the biggest problematic areas you have is how
19      you're going to treat all these different
20      source terms.  Are they going to be pulse
21      sources or are they going to be continuous
22      sources?  If they're continuous sources, is
23      there known DNAPL at depth that can continue
24      to shed off dissolved phase TCE or PCE?  What
25      are the initiation dates of those and how are

1          you going to bracket those in some sort of
2          uncertainty analysis?
3                  That's about -- oh, yeah, one last
4          thing.  Dump the air line measurements.
5             **DR. CLARK:**  Scott, thank you.
6                  Dan.
7             **DR. WARTENBERG:**  I'm also going to thank
8          everyone.  I found it fascinating to hear
9          about all the inter-season groundwater
10         modeling and the complexity and the difficulty
11         in obtaining accurate estimates.  But as Ann
12         said, as epidemiologists we're used to
13         complicated problems and data that's not as
14         good as we want and are still able to move
15         forward.
16                 But that having been said, I think
17         we've seen maybe the best data that can be
18         provided for this study because the better the
19         data, the more accurate would be the
20         epidemiological results, the more sensitive
21         the study will be.  And also, fine scale data
22         are important in helping us resolve some of
23         the epidemiologic issues in terms of how the
24         exposed were related to outcomes.
25                 I think that just speaks to the notion

240

1      of if it's at all possible to get the monthly
2      data to get an opportunity to try and see at
3      what stage in the pregnancy there is this
4      effect would be very important, although I
5      recognize that's going to be harder.  And
6      there's always the opportunity to aggregate it
7      back up to whatever timeframes if needed to do
8      the analyses.
9            I think one of the other things that
10     would be useful to do which hasn't been talked
11     about as much is also to do some sensitivity
12     analysis from the epidemiologic studies in
13     terms of if they're different estimates based
14     on different assumptions.  Those also can be
15     explored epidemiologically to see if there are
16     associations in different ways.
17           One of the challenges here is, I guess
18     there are a few challenges, there are a
19     moderate number of studies looking at TCE and
20     PERC and vinyl chloride in terms of cancer,
21     but there's much less in terms of reproductive
22     outcome.  And being able to get a better
23     handle on that's pretty important.  So I think
24     that trying to complete that picture, even the
25     cancer data right now is still very

241

1    controversial.  But I think, again, it just

2    speaks to how important this study is in doing

3    as good a job as is possible.

4              I guess a couple other things to say

5    are that I support Ann's statement about

6    really asking the Navy to provide whatever

7    data are being requested and available to help

8    inform the study that that would be an

9    important component to try to understand

10   what's going on and trying to understand the

11   epidemiology of these compounds that we know

12   definitely affect people's health and to try

13   and better understand that.

14             I guess those are my main comments.  I

15   just think again, just to reiterate, the

16   better data we can get the better the

17   epidemiologic data will be and the more

18   retrievable and reliable.  I think that's an

19   important thing to try and strive for.  Thank

20   you.

21      **DR. CLARK:**  Thank you.

22              Peter.

23      **DR. POMMERENK:**  Well, I'll say thank you

24   again for having me a second time on this

25   panel.  I find a certain new perspective that

242

1    I hadn't heard about groundwater modeling
2    before, and I also heard some things that we
3    spoke about last time.  And instead of
4    repeating again, I just want to keep it short
5    and want to reiterate that it appears critical
6    to this study that uncertainty is included
7    from the get-go.
8          From every aspect, starting upstream
9    from the mass that was deposited, when it was
10   deposited to have some measure of uncertainty
11   in all these estimates and how they propagate
12   through our model and whether it's the
13   simplified physical model or linear control
14   theory model or highly complex transport
15   model, the uncertainty that is upstream will
16   propagate ~~for~~ [through -ed.] the model and
17   will possibly skew it.
18         In the end we need to be, a logical
19   study needs to be able to distinguish certain
20   levels of exposure, whether it's not exposed
21   versus exposed or whether it's a little
22   exposed, medium exposure, high exposure and
23   just providing a number will not help that
24   cause.  So it needs to be accompanied by some
25   level of certainty in those numbers.

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1          So with that in mind from my

2    perspective certain things that will have to

3    be addressed in Hadnot Point is the pumping

4    schedules, having a well operate 24/7 over a

5    month at a reduced ~~apportion~~ [proportional -

6    ed.] flow rate may not be appropriate, and you

7    may want to look into at least a cursory

8    analysis of how using 12-hour stress periods

9    may affect the outcome.

10          For the Holcomb Boulevard wells you

11    may want to use 12-hour stress periods because

12    that's the typical amount of time they operate

13    versus Hadnot Point, those wells seem to

14    operate ~~in~~ ^ [continuously -ed.] for a week or

15    two or even a month.  Anyway, it would be

16    worthwhile looking at how this type of model

17    or approach will affect the outcome and

18    uncertainty in the study.

19          And then secondly what I mentioned

20    earlier, we need to look at some of the issues

21    of volatilization up at the treatment plant.

22    You know, just a cursory analysis and say it's

23    significant or not.  But it should be on

24    record somewhere because that question may

25    come up at one point.

244

1           And I think moving downstream from

2       there, again, it's a lot about uncertainty.

3       We need to wonder how much detailed modeling

4       we have to do in the distribution system.

5       Will that increase certainty in our, in the

6       end or is it not worthwhile by the time we get

7       to what [we want -ed.]^.  Anyway, that's all I

8       have.

9          **DR. CLARK:**  Peter, thank you.

10           Dick.

11          **DR. CLAPP:**  Thank you all for teaching us a

12      lot.  I think some of you mentioned yesterday

13      there are boundary layers between the

14      engineers here.  Well, there are tribal

15      differences I think between ^ [various -ed.]

16      epidemiology tribes.  It's fascinating to

17      listen and learn from you all.

18           To me, I would like to reiterate the

19      points that Ann and Dan made from the point of

20      view of an epidemiologist.  When you get the

21      final number that you'll use to assign a dose

22      or an exposure to a particular subject in a

23      study, that's the result of a lot of

24      phenomenal work, and it will have error bars

25      around it.

1              But there is still going to be a
2       central tendency for that number.  I know it's
3       a sort of probability density function that
4       goes along with that number.  Our goal is to
5       see that that's as peaked as possible, not as
6       flat and as compatible with anything as
7       sometimes happens.  So that's the goal here,
8       and I think everyone has established that
9       that's what the modeling effort is going to
10      lead to.  So anyway, I think that's in good
11      hands.  As Ann said it's state-of-the-art
12      work, and I commend the ATSDR folks for doing
13      it.
14              I'd like to mention I think there is a
15      particular problem which is this Hadnot Point
16      to Holcomb Boulevard interconnects during four
17      months for a period of years from 1972 to 1987
18      where the problem is or a lot of the problem
19      is in the distribution system at least.  And
20      so that seems to me to be a tractable problem,
21      that it's not as big as or hopeless as some of
22      our discussion today or yesterday might have
23      made it seem, especially today, I guess.
24              So I'm optimistic.  I think this is
25      going to work.  I think that the process that

1     we've engaged in is going to have a fruitful

2     outcome.  I think it will be useful to

3     veterans, the people who lived and worked at

4     Camp Lejeune, and that we shouldn't lose sight

5     that that's what this is all about.  And I

6     think some aspects of this we learned, for

7     example, there may be a simpler solution than

8     we realized, one of which can be done this

9     weekend.  We may have data next Monday I think

10    from him, Dr. Aral.  Without being too silly,

11    I'd like to say I think this is a useful

12    exercise that's going to lead to an important

13    finding and glad to be a part of it.

14        **DR. CLARK:**  Thank you.

15            Ben.

16        **MR. HARDING:**  Thanks, Bob. I want to thank

17    ATSDR for allowing me to have this

18    opportunity.  I really learned a lot in the

19    first pass, and I've learned a lot from this

20    one.  I thank all the panelists, too, for

21    allowing me to poach on your territory and

22    talk about things I don't really know that

23    much about.

24            And I want to say how remarkable

25    Morris is.  I don't know what, does he drink

1    Tension Tamer Tea or something like that?

2    Your ability to stay calm in the face of all

3    this is really impressive.

4         **MR. MASLIA:**  Thank you.

5         **MR. HARDING:**  I'd like to know what it is.

6         Bob, I'm not going to say anything

7    about, or not much, about what happens below

8    the ground here.  I do think it's feasible for

9    this work to contribute a lot of important

10   knowledge, at least at the exposure level.

11   And I'll leave it to the epidemiologists to

12   work from there.  So I think there's a good

13   foundation, and it's feasible to complete this

14   successfully.

15        I would suggest, and I think you

16   probably already intend to do this, that you

17   step back and re-scope your remaining efforts

18   at this point.  And from the program scenario

19   I think Walter laid out the components that

20   you need to think about quite well:  wellhead

21   concentrations, the interconnection scenarios,

22   water use and then the system operation rules.

23        And with regard to the water

24   distribution, both the large view I agree with

25   Morris' breakdown and essentially the

1    difficult problem is the interconnections,

2    which others have mentioned here.  In doing

3    that I suggest that you should use a detailed

4    hydraulic network model, an extended period

5    simulation of that.

6         There's no sort of technical or cost

7    problem with doing that.  You already have it

8    essentially.  That you will need to extend

9    your scenarios over potentially several months

10   depending on what you see in the tanks because

11   it can be a long time before the tanks clear

12   out.

13        In all of the phases of the work above

14   ground, we're going to need to have what you

15   call a simple mixing model, but it's actually

16   more complicated than that as Peter has

17   mentioned.  So we need to have what I call a

18   well operation well supply model that will

19   take into account if there are hydraulic

20   effects on particular wells.

21        And I think you should develop an

22   informed model of well operations, as informed

23   as you can make it.  It'll probably have to be

24   stochastic at some point, but you should

25   inform it as best you can with what you know

1     about the way they operated, the wells.

2          I think you should use the super-

3     position approach that Walter mentioned.  It's

4     essentially similar to the Murphy method that

5     was portrayed.  You know, he called it an

6     exposure index.  We call it transfer

7     coefficients.

8          But that approach will allow a low

9     cost and rapid recalculation of the exposure

10    statistics which will happen because the

11    groundwater people will come up with new

12    numbers, and then the epidemiologists will ask

13    for new thresholds.  I know.  I've been to the

14    rodeo before so, and being able to recalculate

15    this in a short time is really important.

16          I think it's okay.  I think it's

17    feasible and proper to be able to calculate

18    your exposure statistics over a one-month

19    period.  That's been a real request from the

20    epidemiologists, but I wouldn't go any shorter

21    than that.  I think you have to model a water

22    distribution system on an hour to even -- EPA

23    did a model of minutes if it has to get the

24    convergence.

25          But you have to model in a short

1     period to get the dynamics of the system.  You

2     can roll it up to a month but no shorter, I

3     think.  ^ a quarter but because you need the

4     resolution as long as you bear in mind there's

5     some additional uncertainty.

6          With regard to the control theory

7     approach, I thought it has a lot of use for

8     developing confidence in the physically-based

9     model, but that we should use a physically-

10    based model for the basic work.  And I think

11    there's other reasons why the control theory

12    approach isn't appropriate because we can't

13    get a complete set of wellhead concentrations.

14    But it really was sort of nice to see how well

15    it agreed with the physically-based model.

16    That was interesting.

17          Echoing what Peter said, you should

18    focus on uncertainty at every step from start

19    to finish.  I won't try to tell you how to do

20    that, but I think ultimately it has to be some

21    kind of Monte Carlo numerical approach.  At

22    least make an analysis of sensitivities if

23    you're not, if you're going to treat things as

24    point values.

25          Overall, I want to say this.  There's

251

1    hundred of thousands of people, and I guess
2    Frank said potentially up to a million people
3    that may have passed through this site during
4    this period that are interested in this event
5    and potentially exposed.  And it's a bad thing
6    that's happened, but we should do our best to
7    learn from what happened and not repeat this
8    mistake.  And whatever we can gain medically
9    and scientifically we should do that.
10        If this is done well, future people
11   will make medi-analyses of these results with
12   new information about the populations.  So I
13   think it's really, really worth committing the
14   time and effort that are necessary to get this
15   done right, whatever right means, but to get a
16   good foundation in every spurt or step.  I
17   mean, the flow model is going to be the
18   fundamental foundation that probably won't
19   change all that much.  And as you build up
20   from it maybe some things will be refined, but
21   I really do think it's worth it.
22        You need to take the time and the
23   money to do that.  With respect to time, I
24   think a year for the water distribution
25   modeling should be enough, and maybe you could

1       do it faster.  I mean, we've done similar

2       things in a year.  I think if you set your

3       mind to it, you could do it faster, but

4       there's a real value in rethinking things

5       every once in awhile.

6       But do focus on the essentials, just

7       what you essentially need to do to get the end

8       result.  Try to avoid digression into details

9       where they aren't relevant.  But I think

10       you've done a real good job, and I really do

11       appreciate the opportunity to be here with all

12       the panel members and your tolerance.

13       **DR. CLARK:**  Thank you, Ben.

14       Rao.

15       **DR. GOVINDARAJU:**  I, too, would like to

16       thank ATSDR and all of you for contributing to

17       my learning.  I really enjoyed all this.  I

18       have some recommendations, but they're not

19       necessarily out of the charge that was laid

20       down to us.

21       First, I would like to say that I

22       found out that more data has become available

23       very recently, 200 new ~~USG~~ [UST -ed.] reports

24       and many other data coming online.  And this

25       data is not likely to be immediately ~~be~~ [-ed.]

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

253

1    used in a model.  It's not in spreadsheet form
2    and all cleaned up.  So by the time all that
3    data discovery from all this takes place, I
4    suspect it will take some time and I do not
5    know how large a team you have, how many
6    person hours you can throw at it.  So I'm
7    going to suggest that December 2009 does not
8    look likely to me, at least one more year and
9    maybe more.  But that's something I wouldn't
10   be able to tell.  So that is in terms of the
11   timeline issue.
12          I'm also not comfortable, I would not
13   like to answer the question and say can we
14   promise a plus-minus half magnitude for
15   concentrations, which actually may not be
16   possible for such a complex system even with
17   the best methods available and even if we had
18   a lot of very good data.  So I think what the
19   focus should be on is trying to reduce one
20   certainty to the extent possible using
21   whatever that can be done.  Use the best
22   methods and so on.  I think that would still
23   be useful even if it did not meet this plus-
24   minus half magnitude target.
25          I'd also like to say that I do not

Case 7:23-cv-00897-RJ    Document 369-6    Filed 04/29/25    Page 254 of 278

CLJA_WATERMODELING_01-0000011853

254

1       think that all quantities that are produced,

2       all the things that are predicted or hind-

3       casted, let's say, they will be done equally

4       reliably.  Some things will be done better,

5       and some things will not be done as well.  So

6       renewed concentrations I'm not sure we'll ever

7       reproduce, but perhaps some we need to drop

8       the averages or different averages you could

9       do perhaps more reliably.  So I feel that all

10      the information that we have should be used ^

11      uncertainty which has been pointed out as

12      being very crucial.

13           So right now we have uncertainty from

14      the groundwater models which is reflecting,

15      which is trying to predict concentrations in

16      these wellheads, and then this is going to be

17      translated or propagated into the distribution

18      network.  But in between there's a step at the

19      treatment plant.  I do not know how these

20      concentrations ^, and I do not see much -- and

21      we talked about it -- but I do not know what

22      work has be done about that, but that's

23      potentially useful.

24           Regarding the models I think the

25      models that you have selected, which is

1    MODFLOW, ~~MPT~~, [MT3DMS -ed.]. the ^ [Ga. Tech -
2    ed.] code for ~~solu~~ [solute -ed.] transport,
3    EPANET, ^ [and -ed.] what have you.  I think
4    these are all fine models.  I have no, I guess
5    I have no objection to these models.  Any
6    simpler model you want to use that is fine,
7    too, if it does the job well.
8         Now for the EPANET water distribution
9    model, when you are trying to get
10   concentrations at the endpoints, I think one
11   of the greatest challenges is going to be to
12   try to reconstruct how to disaggregate this
13   one-month quantity that is being given to you
14   from the groundwater side to a daily or an
15   hourly time schedule like has been mentioned.
16   ^ calibration work and with the expectation
17   that patterns haven't changed, I feel it
18   should be possible to reproduce the
19   variability within the month.
20        I mean, you can consult that volume
21   within a month but you appropriate so that you
22   reproduce some of this variability.  And then
23   looking at this variability over time and
24   perhaps over the front realizations which come
25   from different concentration values from the

256

1      groundwater, if you look at all of these, then

2      I think some meaningful decisions can be made

3      about what the exposure was, how likely the

4      concentrations to have been exceeded over

5      different time windows and so on.  So a good

6      statistical analysis I think could be done and

7      could be quite revealing to the epi people.

8           Well, I think those are my oral

9      comments.  I see there is a lot of hard work

10      that has been done by the ATSDR team, and I

11      have a feeling there's quite a bit more to

12      come also.  Thank you.

13      **DR. CLARK:**  Lenny.

14      **DR. KONIKOW:**  Thank you.  I'm going to keep

15      my comments from the ground level down and

16      focus basically on the one test.  How do you

17      get or reconstruct the concentrations

18      unloading from the wellheads?  And what I see

19      is the task at hand is enormously difficult,

20      and it's a challenging one, but it's very

21      important.

22           And it's very important that you

23      succeed, and I think you can succeed, but

24      there'll be some errors and uncertainty

25      associated with that.  But if you recognize

257

1       that I think we can pass that information on

2       and let the next group above ground, they can

3       do something with that.

4               As you go forward and develop the

5       models and develop the insight, I think it's

6       very important that you clearly indicate all

7       the assumptions that underlie it and

8       conceptual models that we use to formulate

9       that.  And I think that will help in your

10      defense of it in the future, and it would help

11      enable people to understand it.

12              Now, I've spent quite a bit of time in

13      Scott's proverbial modeling sausage factory so

14      I tend to see all these difficulties, and I

15      get very concerned about them because they do

16      affect the answers, and I have a few detailed

17      comments related to that.

18              But the other kind of big picture

19      thing I see here is that you've essentially

20      completed the work at Tarawa Terrace, and I

21      could nit pick a lot of little things in

22      there, but basically, I think that was a

23      successful effort.  You did a good job there

24      within its own right was a very complicated

25      problem.

258

1           What concerns me here is that the
2     Hadnot Point-Holcomb Boulevard I see another
3     one or two orders of magnitude of complexity
4     here, and so I do get concerned.  Is this
5     whole thing doable?  And that's a reasonable
6     question to ask.  I don't have the definitive
7     answer, but I do think you can do something.
8     I think what you do can be useful.
9           I think basically, I think you can
10    succeed within a certain framework, but maybe
11    keeping in mind what was done and what was
12    able to be done at Tarawa Terrace, what's able
13    to be done and our success in groundwater
14    science with groundwater flow modeling.
15    Transport modeling again just is another level
16    of complexity.  So as I tell some people, the
17    secret to successful ~~solu~~ [solute -ed.]
18    transport modeling is to lower your
19    expectations.
20          And I think that's something we have
21    to do.  We're just not, all the difficulty in
22    groundwater flow modeling will have that, but
23    we could do it.  We're not going to be able to
24    do as well with transport.  There's too many
25    other processes involved and there's too many

259

1     additional unknowns.  So what this gets at

2     then, and I've worked in the sausage factory,

3     but I'm also a sausage salesman, so I don't

4     want to discourage you from this, and I'm

5     trying not to discourage you.

6         I think it is a valuable path to

7     follow, and you will learn a lot and on.  But

8     be that as it may, with this complex approach,

9     as several of us have said earlier, it has to

10     be supplemented with simpler approaches both

11     to see if they could provide the necessary

12     information as well as to provide cross-checks

13     against the very concas (ph).

14         As we said again many times, no matter

15     what we do with the models, there's still a

16     very limited set of observations of

17     concentrations against which we could compare

18     the model results.  So we have this enormous

19     field of a couple of decades of no data on

20     concentrations.  So we've got to take a

21     couple, you should take a couple of different

22     paths.

23         The linear control theory I think is

24     certainly worth pursuing and get as much out

25     of that as you could.  Other simple ways that

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1    we've talked about which would encompass some

2    coupling of groundwater flow modeling with

3    MODPATH modeling and with very simple

4    interpolation extrapolation I think would be

5    very useful also, and I think you could do a

6    lot with that.

7         I think you could learn a lot from

8    using MODPATH more than was done in the Tarawa

9    Terrace approach.  With this lack of data I

10   think you have to keep mining, searching,

11   doing what you can to get more data if it's

12   out there, and if it's available.  Because one

13   extreme, and again, I don't want to sound like

14   an academic researcher who just always wants

15   more data, but one of the difficulties I've

16   had in doing this review in constructing my

17   comments was -- I think it was Dave mentioned

18   -- it's very early in your phase.

19         And my focus really has been on the

20   wellhead concentration, how we get there.  And

21   yet we've had no document on the hydrogeologic

22   framework yet, no transient flow model yet, no

23   transport model yet.  So it's hard to comment

24   on them because that's what's going to get us

25   to the wellhead concentrations.

261

1          So one recommendation that was

2     mentioned was that somewhere down the line

3     when you get further into that, but not too

4     far into it, get maybe a smaller group of

5     expert peer panel to look over your shoulder

6     and give you some advice and help maybe guide

7     you in a more efficient -- and by more

8     efficient I mean you're always going to have

9     some deadline facing you.  So you want to get

10    this done as well as possible and in as short

11    a time as possible.  And I think peer review

12    is a very useful way to help you do that.

13         On the data picture a lot of people

14    don't like to hear this, but consider getting

15    more data.  I mean collecting more data so,

16    but before you do that you've had an enormous

17    amount of money spent on installation

18    restoration programs there.  Have you mined

19    that for all the data that's available?

20         In the report I saw there was a 40-day

21    tracer test done at one of the sites, which I

22    can't remember.  I mean, that should have

23    gotten you some effective porosity and

24    dispersivity data if they did it well.  Is

25    that data available to you and have you looked

262

1 at it?  They must have to do the kind of work

2 they do, and they must have taken some cores.

3 They must have looked at some of the clays and

4 the confining layers.

5   Did they measure any hydraulic

6 conductivities or porosities?

7  **MR. FAYE:**  Was that rhetorical or do you

8 want an answer?

9  **DR. KONIKOW:**  I don't want an answer right

10 now, but it wasn't rhetorical either.  These

11 are things I want you to think about, and I'm

12 sure most of you've already thought about it,

13 but these are things that are just kind of

14 popping out of my mind now.

15   On the modeling and the work that's

16 done so far, again, I'm very concerned about

17 up to now -- I know it's preliminary still --

18 it's locking into one foot per day as a

19 hydraulic conductivity for the clays and for

20 all the clays.

21   I mean, that bothers me.  One of the

22 things we talked about doing sensitivity

23 analysis.  In your steady state, pre-

24 development flow model, those heads are not

25 going to be sensitive particularly to those

1    values, but your transient flow model it will

2    be, and in your transport model even more so,

3    that value is so few.

4         Rely on locking it into those values

5    based on the sensitivity test in your steady

6    state flow model, you may be making a big

7    mistake.  And again, that's something I

8    mentioned before is when you go beyond the

9    steady state, you may have to re-examine

10   almost everything because what worked there

11   may not work for transport.

12        In a transport analyses again one of

13   the things that has certainly been highlighted

14   in the last 20 years or more is the control

15   and the importance of spatial heterogeneity in

16   the formations.  And you're dealing with

17   models at the moment.

18        You're assuming each layer, each unit,

19   is homogeneous, and I'd like you to explore

20   the data to see if there are ways to not only

21   get at the spatial variability but other

22   aspects of heterogeneity including channeling

23   and connectivity of the sediments because

24   every study where there was detailed data

25   showed that this was the controlling factor on

1    ~~solu~~ [solute -ed.] transport.  So if at all

2    possible, pay a little more attention to that.

3         Then there's all the uncertainty with

4    reaction, ~~absorption~~ [adsorption -ed.], fate,

5    you know, ~~absorption~~ [adsorption -ed.], decay

6    and all those other terms which we don't want

7    to get into right at the moment.  But again,

8    like I think it was Scott mentioned his

9    concern about estimating the source terms.

10   Again, what's more critical for ~~solu~~ [solute -

11   ed.] transport model than how much gets in and

12   when and where.

13        And I didn't see all the answers yet

14   in the presentations here or how the approach

15   that was taken and described will actually get

16   to an estimate for the source term in the

17   model and how they'll be done.  At Tarawa

18   Terrace you did a mass loading which I would

19   much rather see defining a source

20   concentration associated with the fluid that

21   goes in the model.  Because otherwise you get

22   some conceptual inconsistencies that I think

23   need to be explained.  So this gets into other

24   issues, but again be careful with that source

25   term because that's very critical and very

1 important.
2 So with that I guess I'll pass the
3 mike.
4 **DR. CLARK:** Lenny, let me thank you very
5 much.
6 Randall.
7 **DR. ROSS:** First, I'd like to thank ATSDR
8 and Morris for the opportunity to come and be
9 with such a talented group of individuals and
10 learn. And I had a professor that once said
11 water level maps are a figment of the artist's
12 imagination. And I'd say the same could
13 probably be said about groundwater modeling
14 results. But with that in mind it's also the
15 best that can be done. I don't want to say a
16 necessary evil, but it is. It's the best
17 answer that one can come up with
18 confidence. And I think that's true.
19 One of the things about data gaps,
20 modeling, one of the benefits of modeling is
21 it forces you to look at your data, look at
22 what you have and identify your data gaps.
23 And I think Scott hit on this a little bit.
24 There may be some data gaps that come up in
25 the initial parts of the modeling exercise

266

1    that tell you where you need more information,
2    have better control on the situation.
3          With regards to the charge, with
4    respect to the question did the methods
5    provide an adequate level of accuracy and
6    precision, using Dr. Faye's definitions of
7    precision and accuracy, I'd say for precision
8    probably, for accuracy at Tarawa Terrace
9    probably, for Hadnot Point I'll refrain from a
10   final answer on that.
11         I'd say that the Tarawa Terrace
12   exercise represented one of the best case
13   scenarios that we've had an opportunity to see
14   with respect to coming up with concentrations
15   for exposure that will keep you folks happy.
16   And that's one thing I have written down here
17   is listen to the epi folks.
18         If you have another meeting like this
19   I'd say the first 15 minutes should be the epi
20   folks re-impressing upon all the people that
21   work below ground and above what they're
22   looking for.  If it's enlightening to me to
23   hear that high, middle and low are acceptable.
24   And with that in mind I'd say whether or not
25   you could reach the accuracy, probably.  And

1       that's a good thing.

2             Looking through the previous panel's

3       comments after we made our comments I noticed

4       there were a few things that we commented on

5       that in particular Dr. Konikow identified in

6       the last panel meeting that didn't seem to be

7       fully addressed.  And that leads me to the

8       question of exactly what will become of the

9       comments that were submitted today and how

10      that will be addressed I guess.

11            Then I have a note here that says

12      listen to the geology.  To go back to what Dr.

13      Hill said, basically.  And this with respect

14      to including two marginal aquifers and a

15      confining unit in the same layer.  I mean,

16      that's a no-no, and I think pretty much all

17      the modeling folks here, the hydrogeologists,

18      kind of cringed when they saw that.  And there

19      was a reason for that because it flooded, the

20      nodes were flooded I understand.  But as Dr.

21      Hill also said, don't do that.  Fix it some

22      other way I guess.

23            I would say it's, I had a comment here

24      about the plus or minus three feet and the

25      plus or minus 12 feet, and I'd say that if

1    there are wells that haven't been surveyed, I
2    think it's well worth surveying them now.
3    These could provide valuable data in the
4    future.
5         And along those same lines one of the
6    recommendations that people get tired of
7    hearing me suggest is the implementation of or
8    deployment of pressure transducers.  Yeah,
9    they produce a whole lot of data, but at the
10   same time they can provide a lot of insight
11   into how the system reacts to pumps shutting
12   on and off.
13        You can't do it in hindsight, but
14   hindsight being 20-20, we can look ahead and
15   say that might be a useful tool that could be
16   deployed.  Pressure transducers in select
17   locations to give you a better understanding
18   of how the system reacts, hydrogeologic system
19   in general.
20        There were several comments I guess
21   that I included in our written comments, but
22   something then to consider with the, more of
23   the worst-case scenario I guess which would be
24   the whole Hadnot Point modeling exercise, not
25   worst-case scenario but certainly not as

1   friendly and nice.  The looking at leakage
2   from your domestic production lines, the water
3   lines.  Ten percent's not an uncommon number
4   that you hear batted around the modeling
5   community, but which could be a significant
6   number.
7         Likewise for sewer lines, they pump a
8   boatload of water out of the aquifer, well, if
9   you lose ten percent or 20 percent of that
10  usually the sanitary folks don't really care
11  if they don't see it and if nobody's
12  complaining that they're basements are
13  flooding.  That could be a significant input
14  into the model as well and nobody measures it
15  or likes to.
16        Degradation rates, you've got to be
17  careful there.  It's going to be completely
18  different I believe than the exercise at
19  Tarawa Terrace.  There you really don't have
20  evidence that the bugs were really happy.
21  There's not a large quantity of -- at least I
22  haven't seen -- VC, DCE and compounds like
23  that, nor of the geochemical data that
24  indicate that the bugs were happy for reducing
25  conditions.  I think there'll be a lot more of

CLJA_WATERMODELING_01-0000011869

1      that associated with the DNAPL sites as I'm

2      sure they are.

3             And that leads right into the source

4      term.  You've got bugs that are munching away

5      at the dissolve[d -ed.] phase, but there's no

6      doubt in my mind just looking at the numbers

7      in a cursory manner that, I mean, you've got a

8      -- I've used the term boatload three times now

9      because I like it.  There's an unknown, yet

10     probably very large quantity of dense ^

11     [nonaqueous phase -ed.] ~~disphase*~~ liquid TCE

12     and PCE in the subsurface especially below the

13     dry cleaner.  How that will be handled as a

14     source, that'll be interesting, and I think

15     will have a significant impact maybe.  Maybe.

16     It has an impact with respect to the longevity

17     of the source and remediation talk, but maybe

18     not necessarily on the high, middle and low

19     concentrations that you folks are really

20     looking for.

21             Echo what was said earlier about the

22     bulk density issue.  It looks like there was

23     an error early on that was carried through.

24     It could be a nomenclature issue, but going

25     back to that original article and tracing it

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1      through the documents, I think there's a, the
2      retardation factor in the model would be
3      modified by about 25 percent probably, just a
4      ballpark, back-of-the-envelope kind of
5      calculation.
6            Source issues we've talked about
7      transducers.  Thank you for the opportunity to
8      participate in this.
9         **DR. HILL:**  Can I say three words?
10        **DR. CLARK:**  Sure.
11        **DR. HILL:**  Two significant digits.
12        **DR. CLARK:**  Words to live by.
13            I'd really like to thank all the panel
14     for your participation and your outstanding
15     insights.  It's been a pleasure to work with
16     all of you.  I'd certainly like to thank the
17     audience, too.  We had some very good input
18     from a lot of the people who've been here and
19     observers, Dr. Aral.  We certainly appreciate
20     the ATSDR staff and Liz, for all your help.
21     So it's made it possible to do this.
22            Morris, would you like to say a word
23     or two?
24        **MR. MASLIA:**  Are you giving your
25     recommendations?

272

1    DR. CLARK:  Well, I can.  I didn't know if I
2    was allowed to do that as a panel member.
3        MR. MASLIA:  Yes, definitely.
4        DR. CLARK:  Very few.  I thought everybody
5    did an outstanding job in recommendations, and
6    I support all that was said.  The only things
7    that I thought were worth maybe re-emphasizing
8    for the fact that it seems to me that the
9    epidemiological study should probably go
10   beyond just child [and -ed.] in utero studies.
11   ~~That~~ [and -ed.] there's significant exposure
12   to adults and that's just almost totally
13   unknown.
14        And some of the levels that adults
15   have been exposed to are almost unbelievable.
16   I was looking at some of the vinyl chloride
17   levels that were pumped from one of the wells
18   in there, and when I was working on this sort
19   of thing with EPA, this would have been
20   frightening stuff.  So I think that's
21   something that probably needs to be explored.
22        I still think that some of the
23   degradation byproducts issues have not been
24   explored thoroughly and should be.  I think
25   ~~it's, like~~ the degradation ~~rate~~ [rates -ed.]

1   shown in the manual are a lot slower than

2   would be of concern ~~in~~ [ -ed.] [ - ed.]in a

3   distribution system, but it depends on where

4   you start from.

5         And I think it's something we were

6   always concerned with in our studies is just

7   how fast did some of these compounds degrade

8   the vinyl chloride in it.  What would the

9   implications for that be?  It wouldn't take~~,~~

10  ~~wouldn't be~~ [-ed.] very much vinyl chloride to

11  really have an impact on the outcomes in an

12  epidemiological study.

13        Another thing I wanted to mention was

14  the fact that I think you've missed an

15  opportunity to look at some direct exposure

16  data in terms of ~~CHMs~~ [THMs].  I know I gave

17  up on that earlier because I know Dave and ^

18  looked at it, and they didn't have the GC

19  traces so they sort of pushed it aside.  But

20  looking at some of what I've seen, it seems to

21  me that's an opportunity to actually look at

22  direct exposure and transport in the

23  distribution system.  I would encourage you to

24  go back and look at that very carefully and

25  see if there isn't some way to reconstruct

274

1    that.  And I certainly would help you with
2    some of my contacts at EPA when you get into
3    some of the analytical chemistry issues.  So
4    with that I'll conclude and thank everybody.
5             And Morris, you want to make a few
6    comments?
7       **MR. MASLIA:**  I wanted to thank all the
8    people who participated in the panel.  It's
9    obvious even the preliminary work is a large
10   volume of information for you to digest in the
11   short period that we gave you and then provide
12   us with feedback that we can implement and use
13   to carry the project forward to a successful
14   completion, so thank you very much for your
15   time and effort.
16            I also wanted to thank Bob Clark for
17   stepping in at the last minute and chairing
18   and guiding the panel, which he was not
19   expecting to do just a couple of days ago.  So
20   that was a benefit to us.  And I do agree.  I
21   think was it Lenny that made the suggestion
22   and actually I was going to bring it up, but
23   since you said it, it's good is to reconvene
24   perhaps a smaller group as we get to different
25   aspects or phases, and sort of looking over

1       our shoulder and critiquing those aspects

2       rather than waiting a whole long time and

3       bringing a larger group together.  And I think

4       that probably will provide us with much more

5       valuable input in a shorter time period.  So I

6       thank you for bringing that up.  It's a very

7       worthwhile suggestion.

8           And to answer Dr. Ross' question about

9       what happens is we will put a draft report

10      together similar to the one that we did.  We

11      tried to, I think actually this panel was much

12      more succinct in their final recommendations

13      than the first panel, which is easier for us

14      to, and then we tried to implement it to the

15      best of our ability both in technically as

16      well as time and effort and money.

17           But again going back to Lenny's

18      suggestion I think if we do have smaller

19      groups of technical experts looking over every

20      so often that's easier to make sure we don't

21      miss anything or overlooking something that's

22      important.  So thank you to everybody, and

23      thank you to all the administrative staff for

24      assisting us and thank you to our technical

25      staff who have spent at least the last months

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1        just administratively putting the panel

2        together with all the material.

3          DR. BOVE:  I want to thank all of you.  I

4        think this has been very valuable to the

5        epidemiologists, both myself, Perri and I

6        think the epidemiologists on the panel learned

7        quite a bit today.  So thank you very much.  I

8        think your input was great and I think will

9        help the study immensely.

10          DR. HILL:  Thank you.

11          DR. CLARK:  With that the bus from the hotel

12        comes at 3:30, doesn't it?

13          (Whereupon, the meeting was adjourned at

14        3:12 p.m.)

15

16

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

1

## CERTIFICATE OF COURT REPORTER

**STATE OF GEORGIA**
**COUNTY OF FULTON**

I, Steven Ray Green, Certified Merit Court Reporter, do hereby certify that I reported the above and foregoing on the day of April 30, 2009; and it is a true and accurate transcript of the testimony captioned herein.

I further certify that I am neither kin nor counsel to any of the parties herein, nor have any interest in the cause named herein.

WITNESS my hand and official seal this the 19th day of July, 2009.

*Steven Ray Green, CCR*

STEVEN RAY GREEN, CCR, CVR-CM, FNSC
CERTIFIED MERIT COURT REPORTER
CERTIFICATE NUMBER: A-2102

2

CLJA_WATERMODELING_01-0000011877