IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | |
|---|---|
| IN RE: ) | NOTICE OF CONTINUATION OF FILING |
| ) | ADDITIONAL EXHIBITS REGARDING |
| CAMP LEJEUNE WATER LITIGATION ) | UNITED STATES' MOTION TO EXCLUDE |
| ) | PLAINTIFFS' PHASE I EXPERT |
| This Document Relates To: ) | TESTIMONY IN SUPPORT OF USING |
| ALL CASES ) | ATSDR'S WATER MODELS TO |
| ) | DETERMINE EXPOSURE LEVELS FOR |
| ) | INDVIDUAL PLAINTIFFS |

The United States files this Notice of Continuation of Filing Additional Exhibits in support of its Motion to Exclude Plaintiffs' Phase I Expert Testimony in Support of Using ATSDR's Water Models to Determinate Exposure Levels for Individual Plaintiffs and Memorandum in Support.

*[Signature page to follow.]*

1

Dated: April 29, 2025                    Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General,
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General,
Torts Branch

J. PATRICK GLYNN
Director,
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Unit

ADAM BAIN
Special Litigation Counsel

ALLISON O'LEARY
GIOVANNI ANTONUCCI
ALANNA HORAN
KAILEY SILVERSTEIN
Trial Attorneys

*/s/ Haroon Anwar*
HAROON ANWAR
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts Litigation
1100 L Street, NW
Washington, DC 20005
(202) 305-2661
Fax (202) 616-4473
Haroon.Anwar@usdoj.gov

Attorney inquiries to DOJ regarding CLJA:
(202) 353-4426

*Attorneys for Defendant,*
*United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2025, I electronically filed the foregoing using the Court's Electronic Case Filing system, which will send notice to all counsel of record.

*/s/ Haroon Anwar*
HAROON ANWAR

3

Case 7:23-cv-00897-RJ     Document 370     Filed 04/29/25     Page 3 of 3