# EXHIBIT 24

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

# Appendix I5

## Simulated concentration of tetrachloroethylene (PCE) in finished water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina



**Reference:** Maslia ML, Suárez-Soto RJ, Wang J, Aral MM, RE Faye, Sautner JB, and Valenzuela C. Analyses of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: Historical Reconstruction and Present-Day Conditions—Chapter I: Parameter sensitivity, uncertainty, and variability associated with model simulations of groundwater flow, contaminant fate and transport, and distribution of drinking water. Atlanta, GA: Agency for Toxic Substances and Disease Registry; 2008.

**Disclaimer:** The water-modeling analysis results presented herein are provided as a service to the public for informational purposes. All data, analyses, and computer-simulation results have been reviewed for accuracy and completeness based on available information and current modeling assumptions. The results however, may not reflect the actual exposure of specific individuals to contaminants in the water system. In addition, more updated information, if and when obtained, may change interpretations presented herein. For details pertaining to assumptions and limitations, the public should refer to the aforementioned reference listed above.

**Appendix I5.** Simulated concentrations of tetrachloroethylene in finished water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina.

[PCE, tetrachloroethylene; μg/L, microgram per liter; $P_{2.5}$, Monte Carlo simulation results for the 2.5 percentile; $P_{50}$, Monte Carlo simulation results for the 50 percentile; $P_{97.5}$, Monte Carlo simulation results for the 97.5 percentile; WTP, water treatment plant; Jan, January; Feb, February; Mar, March; Apr, April; Aug, August; Sept, September; Oct, October; Dec, December]

| Stress period | Month and year | Calibrated PCE concentration, in μg/L[1] | Range of concentrations derived from Monte Carlo simulations[2] | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Monte Carlo simulation (Scenario 1)[3] | | | Monte Carlo simulation (Scenario 2)[4] | | |
| | | | $P_{2.5}$, in μg/L | $P_{50}$, in μg/L | $P_{97.5}$, in μg/L | $P_{2.5}$, in μg/L | $P_{50}$, in μg/L | $P_{97.5}$, in μg/L |
| 1–12 | Jan–Dec 1951 | WTP not operating | | | | | | |
| 13 | Jan 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 14 | Feb 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 15 | Mar 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 16 | Apr 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 17 | May 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18 | June 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19 | July 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20 | Aug 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21 | Sept 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22 | Oct 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23 | Nov 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 24 | Dec 1952 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 25 | Jan 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 26 | Feb 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 27 | Mar 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 28 | Apr 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 29 | May 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 30 | June 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 31 | July 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 32 | Aug 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 33 | Sept 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 34 | Oct 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 35 | Nov 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 36 | Dec 1953 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 37 | Jan 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 38 | Feb 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 39 | Mar 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 40 | Apr 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 41 | May 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 42 | June 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 43 | July 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 44 | Aug 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 45 | Sept 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 46 | Oct 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 47 | Nov 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 48 | Dec 1954 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 49 | Jan 1955 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 50 | Feb 1955 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 51 | Mar 1955 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 52 | Apr 1955 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.01 |
| 53 | May 1955 | 0.00 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.01 |
| 54 | June 1955 | 0.01 | 0.00 | 0.00 | 0.01 | 0.00 | 0.00 | 0.01 |
| 55 | July 1955 | 0.01 | 0.00 | 0.01 | 0.02 | 0.00 | 0.01 | 0.02 |
| 56 | Aug 1955 | 0.01 | 0.00 | 0.01 | 0.03 | 0.00 | 0.01 | 0.02 |
| 57 | Sept 1955 | 0.02 | 0.00 | 0.01 | 0.04 | 0.00 | 0.01 | 0.03 |
| 58 | Oct 1955 | 0.03 | 0.01 | 0.02 | 0.05 | 0.01 | 0.02 | 0.04 |
| 59 | Nov 1955 | 0.04 | 0.01 | 0.03 | 0.07 | 0.01 | 0.03 | 0.07 |
| 60 | Dec 1955 | 0.06 | 0.01 | 0.04 | 0.09 | 0.01 | 0.03 | 0.09 |

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

**Appendix I5.** Simulated concentrations of tetrachloroethylene in finished water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina.—Continued

[PCE, tetrachloroethylene; µg/L, microgram per liter; $P_{2.5}$, Monte Carlo simulation results for the 2.5 percentile; $P_{50}$, Monte Carlo simulation results for the 50 percentile; $P_{97.5}$, Monte Carlo simulation results for the 97.5 percentile; WTP, water treatment plant; Jan, January; Feb, February; Mar, March; Apr, April; Aug, August; Sept, September; Oct, October; Dec, December]

| Stress period | Month and year | Calibrated PCE concentration, in µg/L[1] | Range of concentrations derived from Monte Carlo simulations[2] | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Monte Carlo simulation (Scenario 1)[3] | | | Monte Carlo simulation (Scenario 2)[4] | | |
| | | | $P_{2.5}$, in µg/L | $P_{50}$, in µg/L | $P_{97.5}$, in µg/L | $P_{2.5}$, in µg/L | $P_{50}$, in µg/L | $P_{97.5}$, in µg/L |
| 61 | Jan 1956 | 0.08 | 0.02 | 0.05 | 0.12 | 0.02 | 0.04 | 0.12 |
| 62 | Feb 1956 | 0.10 | 0.02 | 0.07 | 0.16 | 0.02 | 0.06 | 0.15 |
| 63 | Mar 1956 | 0.13 | 0.03 | 0.09 | 0.21 | 0.03 | 0.08 | 0.18 |
| 64 | Apr 1956 | 0.17 | 0.04 | 0.12 | 0.26 | 0.04 | 0.10 | 0.24 |
| 65 | May 1956 | 0.23 | 0.05 | 0.15 | 0.33 | 0.05 | 0.12 | 0.29 |
| 66 | June 1956 | 0.29 | 0.07 | 0.20 | 0.42 | 0.06 | 0.15 | 0.34 |
| 67 | July 1956 | 0.36 | 0.09 | 0.25 | 0.52 | 0.08 | 0.18 | 0.41 |
| 68 | Aug 1956 | 0.46 | 0.12 | 0.31 | 0.65 | 0.10 | 0.23 | 0.51 |
| 69 | Sept 1956 | 0.57 | 0.15 | 0.38 | 0.79 | 0.13 | 0.29 | 0.65 |
| 70 | Oct 1956 | 0.70 | 0.18 | 0.47 | 0.96 | 0.16 | 0.35 | 0.78 |
| 71 | Nov 1956 | 0.85 | 0.23 | 0.57 | 1.16 | 0.22 | 0.47 | 1.03 |
| 72 | Dec 1956 | 1.04 | 0.28 | 0.69 | 1.38 | 0.24 | 0.54 | 1.14 |
| 73 | Jan 1957 | 1.25 | 0.35 | 0.83 | 1.63 | 0.31 | 0.63 | 1.38 |
| 74 | Feb 1957 | 1.47 | 0.41 | 0.97 | 1.89 | 0.37 | 0.77 | 1.69 |
| 75 | Mar 1957 | 1.74 | 0.49 | 1.16 | 2.21 | 0.43 | 0.88 | 1.84 |
| 76 | Apr 1957 | 2.04 | 0.59 | 1.36 | 2.57 | 0.53 | 1.09 | 2.08 |
| 77 | May 1957 | 2.39 | 0.70 | 1.59 | 2.97 | 0.60 | 1.20 | 2.40 |
| 78 | June 1957 | 2.77 | 0.83 | 1.84 | 3.40 | 0.64 | 1.31 | 2.51 |
| 79 | July 1957 | 3.21 | 0.98 | 2.12 | 3.87 | 0.74 | 1.50 | 3.08 |
| 80 | Aug 1957 | 3.69 | 1.15 | 2.45 | 4.42 | 0.87 | 1.73 | 3.38 |
| 81 | Sept 1957 | 4.21 | 1.33 | 2.80 | 4.99 | 1.07 | 2.11 | 3.83 |
| 82 | Oct 1957 | 4.79 | 1.54 | 3.20 | 5.64 | 1.20 | 2.31 | 4.48 |
| 83 | Nov 1957 | 5.41 | 1.77 | 3.61 | 6.32 | 1.46 | 2.95 | 5.33 |
| 84 | Dec 1957 | 6.10 | 2.02 | 4.08 | 7.07 | 1.61 | 3.08 | 5.81 |
| 85 | Jan 1958 | 6.86 | 2.29 | 4.60 | 7.87 | 1.81 | 3.43 | 6.42 |
| 86 | Feb 1958 | 7.60 | 2.57 | 5.11 | 8.67 | 2.04 | 3.97 | 7.10 |
| 87 | Mar 1958 | 8.47 | 2.88 | 5.71 | 9.58 | 2.36 | 4.36 | 7.74 |
| 88 | Apr 1958 | 9.37 | 3.22 | 6.33 | 10.56 | 2.68 | 5.04 | 8.73 |
| 89 | May 1958 | 10.37 | 3.61 | 7.02 | 11.61 | 2.99 | 5.37 | 9.15 |
| 90 | June 1958 | 11.39 | 4.00 | 7.73 | 12.67 | 2.98 | 5.43 | 9.32 |
| 91 | July 1958 | 12.91 | 4.59 | 8.78 | 14.26 | 4.03 | 6.88 | 11.46 |
| 92 | Aug 1958 | 14.12 | 5.09 | 9.61 | 15.49 | 4.55 | 7.67 | 12.57 |
| 93 | Sept 1958 | 15.35 | 5.62 | 10.47 | 16.74 | 4.62 | 8.07 | 13.12 |
| 94 | Oct 1958 | 16.69 | 6.19 | 11.39 | 18.13 | 5.24 | 8.98 | 14.89 |
| 95 | Nov 1958 | 18.03 | 6.79 | 12.32 | 19.54 | 5.71 | 9.88 | 16.33 |
| 96 | Dec 1958 | 19.49 | 7.45 | 13.33 | 21.07 | 6.32 | 10.83 | 17.27 |
| 97 | Jan 1959 | 20.97 | 8.11 | 14.36 | 22.62 | 6.84 | 11.56 | 18.53 |
| 98 | Feb 1959 | 22.35 | 8.77 | 15.34 | 23.97 | 7.74 | 12.87 | 20.40 |
| 99 | Mar 1959 | 23.92 | 9.53 | 16.47 | 25.59 | 7.80 | 13.07 | 20.81 |
| 100 | Apr 1959 | 25.49 | 10.24 | 17.59 | 27.22 | 8.26 | 14.30 | 23.52 |
| 101 | May 1959 | 27.15 | 11.08 | 18.81 | 29.01 | 8.82 | 15.02 | 23.60 |
| 102 | June 1959 | 28.81 | 11.94 | 20.01 | 30.78 | 10.46 | 16.86 | 25.74 |
| 103 | July 1959 | 30.56 | 12.79 | 21.37 | 32.69 | 11.14 | 17.71 | 27.35 |
| 104 | Aug 1959 | 32.36 | 13.70 | 22.77 | 34.63 | 12.06 | 18.88 | 28.65 |
| 105 | Sept 1959 | 34.14 | 14.62 | 24.11 | 36.56 | 12.39 | 19.29 | 28.82 |
| 106 | Oct 1959 | 36.01 | 15.60 | 25.59 | 38.60 | 13.35 | 20.99 | 31.36 |
| 107 | Nov 1959 | 37.85 | 16.60 | 27.04 | 40.57 | 13.30 | 22.66 | 35.03 |
| 108 | Dec 1959 | 39.78 | 17.68 | 28.50 | 42.59 | 14.48 | 23.99 | 36.02 |

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

**Appendix I5.** Simulated concentrations of tetrachloroethylene in finished water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina.—Continued

[PCE, tetrachloroethylene; µg/L, microgram per liter; $P_{2.5}$, Monte Carlo simulation results for the 2.5 percentile; $P_{50}$, Monte Carlo simulation results for the 50 percentile; $P_{97.5}$, Monte Carlo simulation results for the 97.5 percentile; WTP, water treatment plant; Jan, January; Feb, February; Mar, March; Apr, April; Aug, August; Sept, September; Oct, October; Dec, December]

| Stress period | Month and year | Calibrated PCE concentration, in µg/L[1] | Range of concentrations derived from Monte Carlo simulations[2] | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Monte Carlo simulation (Scenario 1)[3] | | | Monte Carlo simulation (Scenario 2)[4] | | |
| | | | $P_{2.5}$, in µg/L | $P_{50}$, in µg/L | $P_{97.5}$, in µg/L | $P_{2.5}$, in µg/L | $P_{50}$, in µg/L | $P_{97.5}$, in µg/L |
| 109 | Jan 1960 | 41.86 | 18.82 | 30.15 | 44.74 | 15.99 | 24.99 | 38.89 |
| 110 | Feb 1960 | 43.85 | 19.92 | 31.62 | 46.80 | 16.98 | 27.00 | 41.00 |
| 111 | Mar 1960 | 46.03 | 21.13 | 33.16 | 49.07 | 17.85 | 26.94 | 41.01 |
| 112 | Apr 1960 | 48.15 | 22.35 | 34.81 | 51.31 | 18.45 | 29.03 | 43.84 |
| 113 | May 1960 | 50.37 | 23.59 | 36.60 | 53.65 | 19.84 | 30.13 | 44.48 |
| 114 | June 1960 | 52.51 | 24.80 | 38.35 | 55.92 | 22.20 | 33.22 | 47.21 |
| 115 | July 1960 | 54.74 | 26.08 | 40.12 | 58.27 | 23.30 | 34.55 | 50.18 |
| 116 | Aug 1960 | 56.96 | 27.37 | 42.13 | 60.60 | 24.49 | 36.32 | 51.82 |
| 117 | Sept 1960 | 59.09 | 28.64 | 43.80 | 62.82 | 24.27 | 35.66 | 51.64 |
| 118 | Oct 1960 | 61.30 | 29.98 | 45.51 | 65.09 | 26.27 | 38.51 | 55.86 |
| 119 | Nov 1960 | 63.42 | 31.31 | 47.25 | 67.22 | 26.43 | 40.46 | 59.79 |
| 120 | Dec 1960 | 65.61 | 32.81 | 48.96 | 69.64 | 26.91 | 43.02 | 60.66 |
| 121 | Jan 1961 | 67.69 | 34.22 | 50.74 | 71.88 | 28.21 | 43.30 | 63.65 |
| 122 | Feb 1961 | 69.54 | 35.52 | 52.42 | 73.96 | 30.97 | 45.69 | 70.43 |
| 123 | Mar 1961 | 71.56 | 36.93 | 54.16 | 76.28 | 31.47 | 45.72 | 66.14 |
| 124 | Apr 1961 | 73.49 | 38.31 | 55.82 | 78.51 | 32.33 | 47.92 | 70.86 |
| 125 | May 1961 | 75.49 | 39.76 | 57.54 | 80.74 | 32.37 | 49.12 | 70.32 |
| 126 | June 1961 | 77.39 | 41.04 | 59.14 | 82.99 | 38.28 | 53.02 | 73.49 |
| 127 | July 1961 | 79.36 | 42.45 | 60.87 | 84.92 | 36.88 | 54.13 | 75.55 |
| 128 | Aug 1961 | 81.32 | 43.86 | 62.61 | 86.79 | 38.78 | 56.07 | 77.30 |
| 129 | Sept 1961 | 83.19 | 45.25 | 64.23 | 88.82 | 38.62 | 54.74 | 76.56 |
| 130 | Oct 1961 | 85.11 | 46.69 | 65.85 | 90.84 | 40.37 | 58.11 | 80.91 |
| 131 | Nov 1961 | 86.95 | 48.10 | 67.44 | 92.75 | 39.55 | 59.92 | 87.09 |
| 132 | Dec 1961 | 88.84 | 49.61 | 69.03 | 94.71 | 42.20 | 62.63 | 86.40 |
| 133 | Jan 1962 | 60.88 | 34.23 | 47.47 | 64.96 | 27.60 | 42.46 | 62.20 |
| 134 | Feb 1962 | 62.10 | 35.17 | 48.52 | 66.43 | 30.36 | 45.91 | 68.03 |
| 135 | Mar 1962 | 62.94 | 35.84 | 49.35 | 67.26 | 31.00 | 45.13 | 66.06 |
| 136 | Apr 1962 | 63.59 | 36.33 | 50.10 | 68.07 | 32.57 | 48.08 | 68.30 |
| 137 | May 1962 | 64.17 | 36.80 | 50.73 | 68.98 | 31.10 | 46.57 | 66.06 |
| 138 | June 1962 | 64.70 | 37.21 | 51.33 | 69.81 | 29.45 | 43.47 | 61.90 |
| 139 | July 1962 | 65.23 | 37.65 | 51.82 | 70.45 | 28.63 | 44.36 | 62.01 |
| 140 | Aug 1962 | 65.74 | 38.07 | 52.41 | 71.23 | 29.87 | 45.14 | 64.88 |
| 141 | Sept 1962 | 66.22 | 38.47 | 52.91 | 71.97 | 32.00 | 47.51 | 67.91 |
| 142 | Oct 1962 | 66.71 | 38.89 | 53.53 | 72.74 | 30.29 | 47.30 | 68.59 |
| 143 | Nov 1962 | 67.18 | 39.30 | 54.16 | 73.38 | 35.13 | 53.53 | 77.51 |
| 144 | Dec 1962 | 67.65 | 39.72 | 54.77 | 74.05 | 33.21 | 50.53 | 75.06 |
| 145 | Jan 1963 | 68.06 | 40.19 | 55.24 | 74.67 | 32.41 | 49.74 | 74.10 |
| 146 | Feb 1963 | 68.39 | 40.63 | 55.56 | 75.17 | 34.46 | 52.70 | 77.58 |
| 147 | Mar 1963 | 68.73 | 41.15 | 56.03 | 75.76 | 35.61 | 52.41 | 73.73 |
| 148 | Apr 1963 | 69.03 | 41.66 | 56.47 | 76.32 | 36.91 | 55.39 | 79.81 |
| 149 | May 1963 | 69.33 | 42.03 | 56.98 | 77.17 | 34.47 | 53.02 | 77.36 |
| 150 | June 1963 | 69.62 | 42.25 | 57.46 | 77.94 | 34.18 | 49.23 | 70.00 |
| 151 | July 1963 | 69.90 | 42.45 | 57.98 | 78.48 | 32.75 | 49.62 | 71.03 |
| 152 | Aug 1963 | 70.17 | 42.67 | 58.43 | 79.00 | 34.06 | 51.05 | 73.06 |
| 153 | Sept 1963 | 70.43 | 42.87 | 58.82 | 79.47 | 36.62 | 52.90 | 76.53 |
| 154 | Oct 1963 | 70.69 | 43.17 | 59.15 | 79.90 | 36.26 | 52.47 | 77.15 |
| 155 | Nov 1963 | 70.93 | 43.60 | 59.49 | 80.31 | 38.46 | 59.09 | 84.58 |
| 156 | Dec 1963 | 71.17 | 43.90 | 59.88 | 80.88 | 36.71 | 56.06 | 80.60 |

**Appendix I5.** Simulated concentrations of tetrachloroethylene in finished water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina.—Continued

[PCE, tetrachloroethylene; µg/L, microgram per liter; $P_{2.5}$, Monte Carlo simulation results for the 2.5 percentile; $P_{50}$, Monte Carlo simulation results for the 50 percentile; $P_{97.5}$, Monte Carlo simulation results for the 97.5 percentile; WTP, water treatment plant; Jan, January; Feb, February; Mar, March; Apr, April; Aug, August; Sept, September; Oct, October; Dec, December]

| Stress period | Month and year | Calibrated PCE concentration, in µg/L[1] | Range of concentrations derived from Monte Carlo simulations[2] | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Monte Carlo simulation (Scenario 1)[3] | | | Monte Carlo simulation (Scenario 2)[4] | | |
| | | | $P_{2.5}$, in µg/L | $P_{50}$, in µg/L | $P_{97.5}$, in µg/L | $P_{2.5}$, in µg/L | $P_{50}$, in µg/L | $P_{97.5}$, in µg/L |
| 157 | Jan 1964 | 71.40 | 44.18 | 60.32 | 81.34 | 35.81 | 55.22 | 80.71 |
| 158 | Feb 1964 | 63.77 | 39.66 | 54.00 | 72.84 | 37.51 | 58.47 | 83.80 |
| 159 | Mar 1964 | 63.95 | 39.92 | 54.36 | 73.38 | 37.37 | 57.84 | 81.58 |
| 160 | Apr 1964 | 64.08 | 40.09 | 54.68 | 73.85 | 40.30 | 60.39 | 85.06 |
| 161 | May 1964 | 64.19 | 40.31 | 54.98 | 74.28 | 39.56 | 57.23 | 84.15 |
| 162 | June 1964 | 64.27 | 40.51 | 55.23 | 74.64 | 37.14 | 53.54 | 75.21 |
| 163 | July 1964 | 64.34 | 40.61 | 55.45 | 74.98 | 35.59 | 54.24 | 76.87 |
| 164 | Aug 1964 | 64.39 | 40.68 | 55.64 | 75.27 | 37.29 | 55.12 | 77.08 |
| 165 | Sept 1964 | 64.43 | 40.75 | 55.82 | 75.62 | 39.55 | 57.96 | 80.84 |
| 166 | Oct 1964 | 64.47 | 40.81 | 56.00 | 75.94 | 38.57 | 56.64 | 78.51 |
| 167 | Nov 1964 | 64.49 | 40.88 | 56.18 | 76.19 | 42.49 | 63.10 | 91.13 |
| 168 | Dec 1964 | 64.50 | 40.96 | 56.36 | 76.45 | 39.06 | 59.01 | 88.36 |
| 169 | Jan 1965 | 64.50 | 41.10 | 56.58 | 76.70 | 37.87 | 59.05 | 88.52 |
| 170 | Feb 1965 | 64.49 | 41.12 | 56.70 | 76.94 | 39.46 | 61.35 | 94.71 |
| 171 | Mar 1965 | 64.47 | 41.14 | 56.78 | 77.17 | 41.20 | 60.99 | 89.98 |
| 172 | Apr 1965 | 64.45 | 41.16 | 56.92 | 77.24 | 42.66 | 64.07 | 93.10 |
| 173 | May 1965 | 64.42 | 41.20 | 57.06 | 77.13 | 41.03 | 61.17 | 87.07 |
| 174 | June 1965 | 64.38 | 41.23 | 57.20 | 77.34 | 36.64 | 56.23 | 81.33 |
| 175 | July 1965 | 64.33 | 41.26 | 57.22 | 77.80 | 38.15 | 57.32 | 81.83 |
| 176 | Aug 1965 | 64.27 | 41.14 | 57.22 | 77.91 | 38.93 | 57.04 | 84.04 |
| 177 | Sept 1965 | 64.20 | 41.03 | 57.22 | 77.92 | 41.40 | 60.36 | 84.29 |
| 178 | Oct 1965 | 64.13 | 40.92 | 57.30 | 78.03 | 38.84 | 59.61 | 87.79 |
| 179 | Nov 1965 | 64.05 | 40.85 | 57.34 | 78.10 | 44.47 | 66.00 | 95.45 |
| 180 | Dec 1965 | 63.97 | 40.78 | 57.39 | 78.10 | 39.95 | 61.88 | 91.31 |
| 181 | Jan 1966 | 63.88 | 40.81 | 57.48 | 78.26 | 39.34 | 61.61 | 91.59 |
| 182 | Feb 1966 | 63.79 | 40.88 | 57.54 | 78.38 | 42.06 | 64.63 | 99.81 |
| 183 | Mar 1966 | 63.68 | 41.01 | 57.62 | 78.45 | 41.44 | 63.87 | 94.47 |
| 184 | Apr 1966 | 63.57 | 41.20 | 57.61 | 78.33 | 43.72 | 66.91 | 97.21 |
| 185 | May 1966 | 63.46 | 41.28 | 57.64 | 78.43 | 42.05 | 64.21 | 91.37 |
| 186 | June 1966 | 63.34 | 41.40 | 57.70 | 78.44 | 38.28 | 58.86 | 86.56 |
| 187 | July 1966 | 63.21 | 41.54 | 57.70 | 78.65 | 39.70 | 58.20 | 87.29 |
| 188 | Aug 1966 | 63.08 | 41.69 | 57.74 | 78.94 | 39.57 | 60.11 | 87.73 |
| 189 | Sept 1966 | 62.94 | 41.79 | 57.79 | 78.91 | 41.82 | 62.94 | 91.60 |
| 190 | Oct 1966 | 62.80 | 41.73 | 57.82 | 78.87 | 40.67 | 60.35 | 90.52 |
| 191 | Nov 1966 | 62.65 | 41.67 | 57.78 | 78.78 | 44.43 | 68.76 | 99.82 |
| 192 | Dec 1966 | 62.50 | 41.60 | 57.82 | 78.70 | 40.92 | 63.19 | 97.26 |
| 193 | Jan 1967 | 62.25 | 41.42 | 57.70 | 78.67 | 40.95 | 62.45 | 96.88 |
| 194 | Feb 1967 | 61.99 | 41.20 | 57.61 | 78.56 | 41.00 | 66.51 | 98.39 |
| 195 | Mar 1967 | 61.67 | 40.98 | 57.36 | 78.37 | 43.47 | 64.42 | 95.01 |
| 196 | Apr 1967 | 61.35 | 40.74 | 57.12 | 78.11 | 44.75 | 66.63 | 97.65 |
| 197 | May 1967 | 61.02 | 40.52 | 56.84 | 77.78 | 42.71 | 64.23 | 95.11 |
| 198 | June 1967 | 60.69 | 40.22 | 56.65 | 77.54 | 38.89 | 58.53 | 86.55 |
| 199 | July 1967 | 60.37 | 40.03 | 56.43 | 77.45 | 38.46 | 59.64 | 87.57 |
| 200 | Aug 1967 | 60.05 | 39.87 | 56.26 | 77.39 | 39.01 | 59.72 | 89.18 |
| 201 | Sept 1967 | 59.74 | 39.69 | 56.04 | 77.26 | 40.93 | 61.91 | 90.19 |
| 202 | Oct 1967 | 59.43 | 39.49 | 55.86 | 77.12 | 40.30 | 60.56 | 90.27 |
| 203 | Nov 1967 | 59.13 | 39.31 | 55.71 | 76.98 | 44.01 | 68.01 | 99.90 |
| 204 | Dec 1967 | 58.83 | 39.12 | 55.50 | 76.83 | 41.94 | 63.60 | 97.99 |

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

**Appendix I5.** Simulated concentrations of tetrachloroethylene in finished water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina.—Continued

[PCE, tetrachloroethylene; µg/L, microgram per liter; $P_{2.5}$, Monte Carlo simulation results for the 2.5 percentile; $P_{50}$, Monte Carlo simulation results for the 50 percentile; $P_{97.5}$, Monte Carlo simulation results for the 97.5 percentile; WTP, water treatment plant; Jan, January; Feb, February; Mar, March; Apr, April; Aug, August; Sept, September; Oct, October; Dec, December]

| Stress period | Month and year | Calibrated PCE concentration, in µg/L[1] | Range of concentrations derived from Monte Carlo simulations[2] | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Monte Carlo simulation (Scenario 1)[3] | | | Monte Carlo simulation (Scenario 2)[4] | | |
| | | | $P_{2.5}$, in µg/L | $P_{50}$, in µg/L | $P_{97.5}$, in µg/L | $P_{2.5}$, in µg/L | $P_{50}$, in µg/L | $P_{97.5}$, in µg/L |
| 205 | Jan 1968 | 58.41 | 38.91 | 55.32 | 76.43 | 40.60 | 63.04 | 98.22 |
| 206 | Feb 1968 | 57.95 | 38.69 | 55.12 | 75.94 | 39.51 | 63.91 | 98.67 |
| 207 | Mar 1968 | 57.43 | 38.44 | 54.74 | 75.51 | 41.62 | 63.54 | 94.21 |
| 208 | Apr 1968 | 56.94 | 38.22 | 54.56 | 75.12 | 42.61 | 65.79 | 99.98 |
| 209 | May 1968 | 56.45 | 37.99 | 54.20 | 74.61 | 39.39 | 62.35 | 92.79 |
| 210 | June 1968 | 55.98 | 37.72 | 53.86 | 74.13 | 37.49 | 57.23 | 84.15 |
| 211 | July 1968 | 55.49 | 37.46 | 53.50 | 73.63 | 37.51 | 56.92 | 83.56 |
| 212 | Aug 1968 | 55.02 | 37.31 | 53.27 | 73.27 | 37.52 | 58.08 | 84.83 |
| 213 | Sept 1968 | 54.58 | 37.16 | 53.00 | 73.05 | 40.06 | 60.24 | 89.84 |
| 214 | Oct 1968 | 54.13 | 36.94 | 52.72 | 72.83 | 37.61 | 59.46 | 87.96 |
| 215 | Nov 1968 | 53.71 | 36.71 | 52.49 | 72.61 | 42.84 | 64.11 | 96.77 |
| 216 | Dec 1968 | 53.28 | 36.45 | 52.16 | 72.34 | 39.36 | 60.93 | 93.74 |
| 217 | Jan 1969 | 53.07 | 36.40 | 52.03 | 72.40 | 37.42 | 60.60 | 90.38 |
| 218 | Feb 1969 | 52.97 | 36.41 | 52.07 | 72.32 | 38.68 | 63.83 | 100.33 |
| 219 | Mar 1969 | 52.94 | 36.41 | 52.21 | 72.23 | 40.85 | 62.20 | 90.15 |
| 220 | Apr 1969 | 52.93 | 36.50 | 52.33 | 72.58 | 41.71 | 63.74 | 95.37 |
| 221 | May 1969 | 52.93 | 36.55 | 52.41 | 72.94 | 40.51 | 60.54 | 94.64 |
| 222 | June 1969 | 52.92 | 36.59 | 52.49 | 73.24 | 37.99 | 56.86 | 82.85 |
| 223 | July 1969 | 52.90 | 36.61 | 52.54 | 73.52 | 35.02 | 57.32 | 85.75 |
| 224 | Aug 1969 | 52.86 | 36.63 | 52.71 | 73.77 | 36.90 | 57.85 | 85.34 |
| 225 | Sept 1969 | 52.81 | 36.64 | 52.74 | 73.98 | 39.74 | 59.97 | 89.19 |
| 226 | Oct 1969 | 52.75 | 36.64 | 52.75 | 74.13 | 37.64 | 59.44 | 92.22 |
| 227 | Nov 1969 | 55.19 | 38.34 | 55.24 | 77.72 | 36.74 | 55.89 | 84.87 |
| 228 | Dec 1969 | 55.19 | 38.30 | 55.23 | 77.70 | 32.94 | 51.96 | 81.13 |
| 229 | Jan 1970 | 55.01 | 38.10 | 55.14 | 77.54 | 32.78 | 50.97 | 81.62 |
| 230 | Feb 1970 | 54.79 | 37.97 | 55.03 | 77.34 | 33.13 | 52.80 | 83.08 |
| 231 | Mar 1970 | 54.49 | 37.71 | 54.76 | 77.08 | 32.85 | 52.72 | 79.35 |
| 232 | Apr 1970 | 54.20 | 37.46 | 54.48 | 76.72 | 34.85 | 54.22 | 82.26 |
| 233 | May 1970 | 53.90 | 37.21 | 54.17 | 76.27 | 33.91 | 51.26 | 78.11 |
| 234 | June 1970 | 53.61 | 37.01 | 53.91 | 75.89 | 29.54 | 47.08 | 71.71 |
| 235 | July 1970 | 53.32 | 36.82 | 53.59 | 75.68 | 28.77 | 46.80 | 72.48 |
| 236 | Aug 1970 | 53.04 | 36.64 | 53.32 | 75.44 | 29.60 | 47.37 | 70.90 |
| 237 | Sept 1970 | 52.78 | 36.47 | 53.06 | 75.25 | 31.55 | 49.00 | 74.82 |
| 238 | Oct 1970 | 52.53 | 36.31 | 52.78 | 75.02 | 30.14 | 48.10 | 73.55 |
| 239 | Nov 1970 | 52.29 | 36.19 | 52.67 | 74.93 | 32.50 | 53.01 | 81.51 |
| 240 | Dec 1970 | 52.05 | 36.05 | 52.54 | 74.88 | 32.47 | 48.94 | 76.35 |
| 241 | Jan 1971 | 51.96 | 35.96 | 52.53 | 75.02 | 30.00 | 48.86 | 77.29 |
| 242 | Feb 1971 | 51.93 | 35.90 | 52.50 | 75.19 | 32.51 | 50.78 | 80.73 |
| 243 | Mar 1971 | 51.95 | 35.87 | 52.60 | 75.42 | 32.25 | 49.82 | 78.27 |
| 244 | Apr 1971 | 51.99 | 35.86 | 52.73 | 75.65 | 32.74 | 52.65 | 81.01 |
| 245 | May 1971 | 52.03 | 35.86 | 52.88 | 75.88 | 30.15 | 49.32 | 76.96 |
| 246 | June 1971 | 52.08 | 35.85 | 52.86 | 76.11 | 29.02 | 45.87 | 72.87 |
| 247 | July 1971 | 52.12 | 35.92 | 52.88 | 76.35 | 29.03 | 45.64 | 72.37 |
| 248 | Aug 1971 | 52.16 | 35.93 | 52.97 | 76.52 | 29.30 | 46.61 | 71.75 |
| 249 | Sept 1971 | 52.20 | 35.93 | 53.07 | 76.72 | 30.33 | 48.38 | 74.56 |
| 250 | Oct 1971 | 52.23 | 35.95 | 53.13 | 76.91 | 29.27 | 46.98 | 73.25 |
| 251 | Nov 1971 | 52.26 | 35.98 | 53.25 | 77.05 | 32.40 | 52.55 | 82.47 |
| 252 | Dec 1971 | 52.29 | 35.91 | 53.28 | 77.28 | 30.91 | 49.57 | 76.35 |

Case 7:23-cv-00897-RJ   Document 371-2   Filed 04/29/25   Page 7 of 11   CLJA_HEALTHEFFECTS-0000061132

**Appendix I5.** Simulated concentrations of tetrachloroethylene in finished water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina.—Continued

[PCE, tetrachloroethylene; µg/L, microgram per liter; $P_{2.5}$, Monte Carlo simulation results for the 2.5 percentile; $P_{50}$, Monte Carlo simulation results for the 50 percentile; $P_{97.5}$, Monte Carlo simulation results for the 97.5 percentile; WTP, water treatment plant; Jan, January; Feb, February; Mar, March; Apr, April; Aug, August; Sept, September; Oct, October; Dec, December]

| Stress period | Month and year | Calibrated PCE concentration, in µg/L[1] | Range of concentrations derived from Monte Carlo simulations[2] | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Monte Carlo simulation (Scenario 1)[3] | | | Monte Carlo simulation (Scenario 2)[4] | | |
| | | | $P_{2.5}$, in µg/L | $P_{50}$, in µg/L | $P_{97.5}$, in µg/L | $P_{2.5}$, in µg/L | $P_{50}$, in µg/L | $P_{97.5}$, in µg/L |
| 253 | Jan 1972 | 49.34 | 33.93 | 50.30 | 73.12 | 29.17 | 48.14 | 77.82 |
| 254 | Feb 1972 | 49.01 | 33.72 | 50.06 | 72.93 | 30.19 | 50.33 | 81.13 |
| 255 | Mar 1972 | 48.68 | 33.47 | 49.71 | 72.72 | 31.69 | 48.44 | 75.80 |
| 256 | Apr 1972 | 48.40 | 33.25 | 49.54 | 72.47 | 30.79 | 50.77 | 79.48 |
| 257 | May 1972 | 48.14 | 33.10 | 49.27 | 72.26 | 30.44 | 48.53 | 73.97 |
| 258 | June 1972 | 47.90 | 32.98 | 49.08 | 72.17 | 27.68 | 44.98 | 68.87 |
| 259 | July 1972 | 47.67 | 32.85 | 48.97 | 72.02 | 27.13 | 43.58 | 66.62 |
| 260 | Aug 1972 | 47.45 | 32.72 | 48.78 | 71.78 | 26.91 | 43.63 | 68.46 |
| 261 | Sept 1972 | 47.25 | 32.60 | 48.69 | 71.47 | 28.10 | 46.38 | 72.80 |
| 262 | Oct 1972 | 47.05 | 32.49 | 48.58 | 71.34 | 28.15 | 44.90 | 70.07 |
| 263 | Nov 1972 | 46.87 | 32.41 | 48.43 | 71.26 | 30.68 | 49.80 | 78.83 |
| 264 | Dec 1972 | 46.69 | 32.29 | 48.21 | 71.16 | 28.36 | 46.21 | 76.56 |
| 265 | Jan 1973 | 54.28 | 37.52 | 56.04 | 82.79 | 27.54 | 44.70 | 72.51 |
| 266 | Feb 1973 | 54.19 | 37.39 | 55.96 | 82.69 | 29.05 | 47.31 | 78.50 |
| 267 | Mar 1973 | 53.98 | 37.15 | 55.78 | 82.35 | 28.09 | 46.20 | 73.11 |
| 268 | Apr 1973 | 53.76 | 36.91 | 55.44 | 81.94 | 28.95 | 46.73 | 77.52 |
| 269 | May 1973 | 53.52 | 36.68 | 55.24 | 81.51 | 26.12 | 45.17 | 70.36 |
| 270 | June 1973 | 53.30 | 36.46 | 55.22 | 81.10 | 25.61 | 40.75 | 66.70 |
| 271 | July 1973 | 53.08 | 36.24 | 55.12 | 80.74 | 25.25 | 40.82 | 63.84 |
| 272 | Aug 1973 | 52.87 | 36.03 | 54.99 | 80.59 | 25.02 | 41.47 | 64.39 |
| 273 | Sept 1973 | 52.68 | 35.84 | 54.88 | 80.46 | 26.43 | 43.33 | 68.68 |
| 274 | Oct 1973 | 52.51 | 35.66 | 54.87 | 80.34 | 26.17 | 41.28 | 65.28 |
| 275 | Nov 1973 | 52.35 | 35.49 | 54.80 | 80.25 | 27.77 | 45.41 | 72.92 |
| 276 | Dec 1973 | 52.20 | 35.33 | 54.72 | 80.17 | 25.66 | 42.21 | 68.89 |
| 277 | Jan 1974 | 52.43 | 35.41 | 54.97 | 80.49 | 25.72 | 42.62 | 69.65 |
| 278 | Feb 1974 | 52.82 | 35.59 | 55.42 | 80.98 | 26.19 | 43.80 | 72.53 |
| 279 | Mar 1974 | 53.39 | 35.86 | 55.92 | 81.66 | 25.08 | 42.86 | 68.49 |
| 280 | Apr 1974 | 53.99 | 36.16 | 56.60 | 82.41 | 28.14 | 45.59 | 71.28 |
| 281 | May 1974 | 54.63 | 36.49 | 57.21 | 83.20 | 25.84 | 42.70 | 72.49 |
| 282 | June 1974 | 55.25 | 36.80 | 57.69 | 84.15 | 25.00 | 40.00 | 64.50 |
| 283 | July 1974 | 55.90 | 37.13 | 58.15 | 85.07 | 24.17 | 40.57 | 65.57 |
| 284 | Aug 1974 | 56.53 | 37.50 | 58.85 | 85.98 | 24.29 | 40.75 | 65.98 |
| 285 | Sept 1974 | 57.10 | 37.85 | 59.43 | 86.86 | 27.22 | 43.16 | 69.98 |
| 286 | Oct 1974 | 57.70 | 38.22 | 60.00 | 87.74 | 25.22 | 42.68 | 67.27 |
| 287 | Nov 1974 | 58.30 | 38.56 | 60.59 | 88.58 | 28.99 | 47.52 | 76.53 |
| 288 | Dec 1974 | 58.92 | 38.98 | 61.11 | 89.45 | 25.07 | 44.15 | 72.46 |
| 289 | Jan 1975 | 61.00 | 40.30 | 63.17 | 92.62 | 27.61 | 45.83 | 75.73 |
| 290 | Feb 1975 | 61.24 | 40.39 | 63.33 | 92.97 | 28.46 | 48.17 | 80.43 |
| 291 | Mar 1975 | 61.41 | 40.51 | 63.43 | 93.20 | 28.98 | 46.39 | 77.50 |
| 292 | Apr 1975 | 61.57 | 40.61 | 63.45 | 93.38 | 29.37 | 48.59 | 82.56 |
| 293 | May 1975 | 61.72 | 40.78 | 63.62 | 93.32 | 28.00 | 46.55 | 76.49 |
| 294 | June 1975 | 61.88 | 40.92 | 63.77 | 93.48 | 24.95 | 42.93 | 67.44 |
| 295 | July 1975 | 62.05 | 41.05 | 64.04 | 93.91 | 25.59 | 42.20 | 68.93 |
| 296 | Aug 1975 | 62.25 | 41.13 | 64.22 | 94.27 | 26.21 | 42.72 | 68.78 |
| 297 | Sept 1975 | 62.46 | 41.20 | 64.36 | 94.54 | 25.88 | 44.92 | 73.09 |
| 298 | Oct 1975 | 62.69 | 41.18 | 64.65 | 94.84 | 26.24 | 43.56 | 70.58 |
| 299 | Nov 1975 | 62.92 | 41.12 | 64.91 | 95.15 | 27.40 | 49.02 | 80.06 |
| 300 | Dec 1975 | 63.18 | 41.12 | 65.11 | 95.44 | 26.23 | 45.41 | 76.07 |

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

**Appendix I5.** Simulated concentrations of tetrachloroethylene in finished water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina.—Continued

[PCE, tetrachloroethylene; μg/L, microgram per liter; $P_{2.5}$, Monte Carlo simulation results for the 2.5 percentile; $P_{50}$, Monte Carlo simulation results for the 50 percentile; $P_{97.5}$, Monte Carlo simulation results for the 97.5 percentile; WTP, water treatment plant; Jan, January; Feb, February; Mar, March; Apr, April; Aug, August; Sept, September; Oct, October; Dec, December]

| Stress period | Month and year | Calibrated PCE concentration, in μg/L[1] | Range of concentrations derived from Monte Carlo simulations[2] | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Monte Carlo simulation (Scenario 1)[3] | | | Monte Carlo simulation (Scenario 2)[4] | | |
| | | | $P_{2.5}$, in μg/L | $P_{50}$, in μg/L | $P_{97.5}$, in μg/L | $P_{2.5}$, in μg/L | $P_{50}$, in μg/L | $P_{97.5}$, in μg/L |
| 301 | Jan 1976 | 73.96 | 48.06 | 76.13 | 111.62 | 27.44 | 47.37 | 78.75 |
| 302 | Feb 1976 | 74.94 | 48.64 | 77.01 | 112.96 | 28.08 | 50.08 | 82.73 |
| 303 | Mar 1976 | 75.97 | 49.28 | 77.88 | 114.29 | 30.00 | 49.48 | 77.65 |
| 304 | Apr 1976 | 76.97 | 49.90 | 78.87 | 115.66 | 29.89 | 51.83 | 83.45 |
| 305 | May 1976 | 78.00 | 50.66 | 79.94 | 117.25 | 28.96 | 49.32 | 81.75 |
| 306 | June 1976 | 79.02 | 51.42 | 80.86 | 118.78 | 27.37 | 44.69 | 74.98 |
| 307 | July 1976 | 80.07 | 52.20 | 81.82 | 120.35 | 28.29 | 45.16 | 75.62 |
| 308 | Aug 1976 | 81.13 | 52.86 | 82.70 | 121.82 | 27.95 | 46.57 | 76.48 |
| 309 | Sept 1976 | 82.17 | 53.51 | 83.71 | 123.46 | 29.17 | 49.14 | 79.62 |
| 310 | Oct 1976 | 83.25 | 54.25 | 84.81 | 124.74 | 28.92 | 48.10 | 80.30 |
| 311 | Nov 1976 | 84.31 | 55.09 | 85.76 | 126.00 | 31.09 | 53.61 | 90.47 |
| 312 | Dec 1976 | 85.41 | 55.90 | 86.67 | 127.61 | 28.21 | 50.51 | 82.95 |
| 313 | Jan 1977 | 86.61 | 56.70 | 87.66 | 129.36 | 28.88 | 49.71 | 81.57 |
| 314 | Feb 1977 | 87.70 | 57.45 | 88.70 | 131.09 | 30.18 | 52.13 | 85.43 |
| 315 | Mar 1977 | 88.91 | 58.14 | 89.80 | 133.02 | 29.18 | 51.65 | 83.61 |
| 316 | Apr 1977 | 90.10 | 58.86 | 90.90 | 134.30 | 32.23 | 54.40 | 88.91 |
| 317 | May 1977 | 91.32 | 59.61 | 91.86 | 135.48 | 30.43 | 50.86 | 86.19 |
| 318 | June 1977 | 92.53 | 60.38 | 93.08 | 136.61 | 28.97 | 47.43 | 78.24 |
| 319 | July 1977 | 93.75 | 61.24 | 94.29 | 137.80 | 29.03 | 47.45 | 77.48 |
| 320 | Aug 1977 | 94.99 | 62.11 | 95.48 | 139.43 | 28.20 | 48.28 | 81.51 |
| 321 | Sept 1977 | 96.20 | 62.97 | 96.44 | 140.89 | 30.24 | 50.29 | 85.19 |
| 322 | Oct 1977 | 97.42 | 63.86 | 97.49 | 142.51 | 28.33 | 51.14 | 82.53 |
| 323 | Nov 1977 | 98.62 | 64.58 | 98.62 | 144.08 | 32.33 | 56.02 | 92.86 |
| 324 | Dec 1977 | 99.84 | 65.31 | 99.65 | 145.59 | 29.86 | 53.22 | 90.47 |
| 325 | Jan 1978 | 101.18 | 66.16 | 101.09 | 147.13 | 44.02 | 75.70 | 120.92 |
| 326 | Feb 1978 | 102.77 | 67.25 | 102.62 | 148.91 | 39.93 | 67.26 | 112.31 |
| 327 | Mar 1978 | 103.04 | 67.39 | 103.04 | 149.08 | 52.50 | 84.64 | 133.87 |
| 328 | Apr 1978 | 104.31 | 68.24 | 104.52 | 150.32 | 46.79 | 76.94 | 126.94 |
| 329 | May 1978 | 105.19 | 68.81 | 105.34 | 151.12 | 50.49 | 85.95 | 136.76 |
| 330 | June 1978 | 106.88 | 70.00 | 107.10 | 153.19 | 42.45 | 73.13 | 119.19 |
| 331 | July 1978 | 107.95 | 70.77 | 108.05 | 154.56 | 45.08 | 75.24 | 121.43 |
| 332 | Aug 1978 | 108.69 | 71.12 | 108.58 | 155.63 | 48.54 | 80.46 | 135.92 |
| 333 | Sept 1978 | 109.61 | 71.68 | 109.40 | 156.91 | 48.81 | 83.51 | 139.85 |
| 334 | Oct 1978 | 111.18 | 72.89 | 110.78 | 158.60 | 44.55 | 75.04 | 121.83 |
| 335 | Nov 1978 | 111.08 | 72.99 | 110.76 | 158.33 | 59.23 | 100.40 | 162.58 |
| 336 | Dec 1978 | 111.93 | 73.52 | 111.71 | 159.48 | 58.45 | 100.01 | 162.64 |
| 337 | Jan 1979 | 113.14 | 74.30 | 112.93 | 161.01 | 57.81 | 95.20 | 164.77 |
| 338 | Feb 1979 | 114.05 | 74.80 | 113.75 | 162.04 | 58.23 | 99.50 | 166.62 |
| 339 | Mar 1979 | 114.98 | 75.32 | 114.60 | 163.14 | 59.21 | 101.26 | 162.26 |
| 340 | Apr 1979 | 115.82 | 76.01 | 115.14 | 164.14 | 64.03 | 105.77 | 169.77 |
| 341 | May 1979 | 116.68 | 76.83 | 115.85 | 165.22 | 60.49 | 104.49 | 166.33 |
| 342 | June 1979 | 117.47 | 77.56 | 116.62 | 166.12 | 57.29 | 95.08 | 158.63 |
| 343 | July 1979 | 118.29 | 78.22 | 117.32 | 166.52 | 60.76 | 97.83 | 159.43 |
| 344 | Aug 1979 | 119.08 | 78.87 | 117.95 | 167.11 | 60.40 | 101.30 | 162.28 |
| 345 | Sept 1979 | 119.83 | 79.50 | 118.62 | 167.82 | 67.04 | 105.09 | 167.67 |
| 346 | Oct 1979 | 120.59 | 80.14 | 119.49 | 168.59 | 63.07 | 104.48 | 172.01 |
| 347 | Nov 1979 | 121.31 | 80.74 | 120.12 | 169.34 | 74.24 | 119.14 | 191.45 |
| 348 | Dec 1979 | 122.04 | 81.35 | 120.77 | 170.09 | 68.90 | 113.89 | 186.42 |

Case 7:23-cv-00897-RJ    Document 371-2    Filed 04/29/25    Page 9 of 11    OLJA_REAL_EFFECTS-0000061134

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

**Appendix I5.** Simulated concentrations of tetrachloroethylene in finished water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina.—Continued

[PCE, tetrachloroethylene; µg/L, microgram per liter; $P_{2.5}$, Monte Carlo simulation results for the 2.5 percentile; $P_{50}$, Monte Carlo simulation results for the 50 percentile; $P_{97.5}$, Monte Carlo simulation results for the 97.5 percentile; WTP, water treatment plant; Jan, January; Feb, February; Mar, March; Apr, April; Aug, August; Sept, September; Oct, October; Dec, December]

| Stress period | Month and year | Calibrated PCE concentration, in µg/L[1] | Range of concentrations derived from Monte Carlo simulations[2] | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Monte Carlo simulation (Scenario 1)[3] | | | Monte Carlo simulation (Scenario 2)[4] | | |
| | | | $P_{2.5}$, in µg/L | $P_{50}$, in µg/L | $P_{97.5}$, in µg/L | $P_{2.5}$, in µg/L | $P_{50}$, in µg/L | $P_{97.5}$, in µg/L |
| 349 | Jan 1980 | 123.28 | 82.20 | 122.09 | 171.34 | 61.30 | 101.54 | 159.81 |
| 350 | Feb 1980 | 122.98 | 81.93 | 121.80 | 171.45 | 77.70 | 131.23 | 206.13 |
| 351 | Mar 1980 | 124.03 | 82.63 | 122.99 | 172.63 | 67.73 | 114.94 | 183.21 |
| 352 | Apr 1980 | 123.90 | 82.42 | 123.27 | 172.41 | 86.02 | 143.61 | 229.05 |
| 353 | May 1980 | 124.69 | 82.89 | 123.73 | 173.81 | 85.23 | 138.95 | 220.28 |
| 354 | June 1980 | 125.83 | 83.92 | 124.67 | 175.54 | 80.14 | 128.55 | 203.28 |
| 355 | July 1980 | 0.72 | 0.10 | 0.43 | 1.67 | 0.06 | 0.32 | 1.22 |
| 356 | Aug 1980 | 0.75 | 0.11 | 0.45 | 1.73 | 0.07 | 0.34 | 1.28 |
| 357 | Sept 1980 | 121.36 | 80.64 | 120.61 | 170.25 | 74.54 | 128.20 | 195.86 |
| 358 | Oct 1980 | 121.72 | 80.95 | 121.00 | 170.55 | 82.88 | 137.09 | 215.09 |
| 359 | Nov 1980 | 122.14 | 81.32 | 121.73 | 171.07 | 89.83 | 145.35 | 231.15 |
| 360 | Dec 1980 | 122.95 | 81.96 | 122.56 | 171.97 | 87.97 | 143.51 | 226.80 |
| 361 | Jan 1981 | 114.05 | 76.20 | 113.83 | 159.33 | 81.35 | 131.65 | 210.19 |
| 362 | Feb 1981 | 114.39 | 76.42 | 114.22 | 159.76 | 71.73 | 120.32 | 185.47 |
| 363 | Mar 1981 | 115.60 | 77.32 | 115.10 | 161.62 | 65.38 | 104.23 | 164.75 |
| 364 | Apr 1981 | 116.55 | 78.07 | 116.07 | 163.34 | 61.89 | 101.55 | 158.35 |
| 365 | May 1981 | 117.30 | 78.64 | 116.91 | 164.52 | 63.14 | 99.62 | 156.29 |
| 366 | June 1981 | 118.36 | 79.53 | 117.92 | 165.37 | 54.95 | 86.73 | 140.98 |
| 367 | July 1981 | 133.29 | 89.77 | 132.96 | 186.08 | 58.22 | 92.47 | 142.21 |
| 368 | Aug 1981 | 134.31 | 90.57 | 133.94 | 187.73 | 59.68 | 95.47 | 151.17 |
| 369 | Sept 1981 | 120.72 | 81.40 | 120.32 | 168.91 | 58.90 | 98.56 | 150.82 |
| 370 | Oct 1981 | 121.04 | 81.71 | 120.86 | 169.57 | 61.42 | 99.80 | 157.59 |
| 371 | Nov 1981 | 121.41 | 82.04 | 121.17 | 170.30 | 60.76 | 101.36 | 158.08 |
| 372 | Dec 1981 | 121.81 | 82.41 | 121.56 | 171.08 | 63.30 | 102.27 | 160.36 |
| 373 | Jan 1982 | 103.95 | 70.61 | 103.86 | 145.41 | 55.35 | 91.05 | 141.55 |
| 374 | Feb 1982 | 105.86 | 71.96 | 105.76 | 147.68 | 56.60 | 92.63 | 140.40 |
| 375 | Mar 1982 | 107.52 | 73.05 | 107.51 | 149.67 | 59.57 | 93.91 | 147.10 |
| 376 | Apr 1982 | 108.83 | 74.01 | 108.79 | 151.25 | 58.43 | 97.00 | 147.50 |
| 377 | May 1982 | 148.50 | 101.45 | 147.91 | 206.23 | 66.65 | 107.89 | 166.05 |
| 378 | June 1982 | 110.78 | 75.70 | 110.41 | 153.60 | 61.01 | 99.03 | 151.27 |
| 379 | July 1982 | 111.98 | 76.77 | 111.69 | 154.90 | 62.24 | 97.91 | 154.37 |
| 380 | Aug 1982 | 113.07 | 77.74 | 112.66 | 156.03 | 63.70 | 99.09 | 152.90 |
| 381 | Sept 1982 | 114.04 | 78.49 | 113.60 | 157.00 | 65.21 | 100.91 | 153.98 |
| 382 | Oct 1982 | 114.60 | 79.03 | 114.14 | 157.69 | 67.41 | 108.99 | 165.07 |
| 383 | Nov 1982 | 113.87 | 78.41 | 113.67 | 157.37 | 88.82 | 142.12 | 223.75 |
| 384 | Dec 1982 | 115.16 | 79.21 | 114.95 | 158.89 | 79.98 | 128.05 | 193.75 |
| 385 | Jan 1983 | 1.25 | 0.25 | 0.75 | 2.48 | 0.17 | 0.61 | 1.90 |
| 386 | Feb 1983 | 1.29 | 0.27 | 0.78 | 2.56 | 0.18 | 0.63 | 1.94 |
| 387 | Mar 1983 | 111.76 | 77.09 | 112.19 | 156.29 | 78.57 | 123.82 | 194.41 |
| 388 | Apr 1983 | 112.66 | 77.92 | 112.99 | 157.31 | 74.18 | 119.77 | 182.63 |
| 389 | May 1983 | 113.97 | 79.21 | 114.10 | 158.82 | 70.85 | 117.76 | 174.86 |
| 390 | June 1983 | 106.10 | 74.18 | 106.03 | 147.67 | 68.30 | 103.53 | 162.13 |
| 391 | July 1983 | 116.70 | 81.48 | 116.62 | 162.17 | 66.41 | 108.10 | 166.88 |
| 392 | Aug 1983 | 117.72 | 82.09 | 117.54 | 163.39 | 67.97 | 107.12 | 161.29 |
| 393 | Sept 1983 | 117.83 | 82.03 | 117.63 | 163.40 | 76.74 | 120.27 | 183.16 |
| 394 | Oct 1983 | 117.97 | 82.03 | 117.88 | 163.53 | 84.95 | 133.04 | 207.24 |
| 395 | Nov 1983 | 118.63 | 82.60 | 118.70 | 164.81 | 89.04 | 142.71 | 224.56 |
| 396 | Dec 1983 | 120.78 | 84.23 | 120.74 | 167.35 | 72.65 | 113.38 | 171.38 |

Case 7:23-cv-00897-RJ   Document 371-2   Filed 04/29/25   Page 10 of 11

CLJA_HEALTHEFFECTS-0000061135

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

**Appendix I5.** Simulated concentrations of tetrachloroethylene in finished water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina.—Continued

[PCE, tetrachloroethylene; μg/L, microgram per liter; $P_{2.5}$, Monte Carlo simulation results for the 2.5 percentile; $P_{50}$, Monte Carlo simulation results for the 50 percentile; $P_{97.5}$, Monte Carlo simulation results for the 97.5 percentile; WTP, water treatment plant; Jan, January; Feb, February; Mar, March; Apr, April; Aug, August; Sept, September; Oct, October; Dec, December]

| Stress period | Month and year | Calibrated PCE concentration, in μg/L[1] | Range of concentrations derived from Monte Carlo simulations[2] | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Monte Carlo simulation (Scenario 1)[3] | | | Monte Carlo simulation (Scenario 2)[4] | | |
| | | | $P_{2.5}$, in μg/L | $P_{50}$, in μg/L | $P_{97.5}$, in μg/L | $P_{2.5}$, in μg/L | $P_{50}$, in μg/L | $P_{97.5}$, in μg/L |
| 397 | Jan 1984 | 132.87 | 92.63 | 133.27 | 185.03 | 103.04 | 159.84 | 247.01 |
| 398 | Feb 1984 | 180.39 | 126.52 | 180.97 | 249.43 | 94.25 | 150.35 | 230.69 |
| 399 | Mar 1984 | 183.02 | 128.61 | 183.55 | 252.50 | 99.38 | 159.70 | 240.42 |
| 400 | Apr 1984 | 151.46 | 106.37 | 151.54 | 208.97 | 97.90 | 155.71 | 236.45 |
| 401 | May 1984 | 153.42 | 107.63 | 153.20 | 211.58 | 92.85 | 146.63 | 220.85 |
| 402 | June 1984 | 182.13 | 127.45 | 181.99 | 250.57 | 94.11 | 152.75 | 228.36 |
| 403 | July 1984 | 156.39 | 109.41 | 156.40 | 214.58 | 101.95 | 160.97 | 234.39 |
| 404 | Aug 1984 | 170.47 | 106.73 | 158.25 | 238.65 | 108.76 | 168.54 | 261.54 |
| 405 | Sept 1984 | 181.22 | 113.28 | 168.51 | 253.93 | 117.53 | 184.30 | 295.64 |
| 406 | Oct 1984 | 173.73 | 108.42 | 161.84 | 245.02 | 120.12 | 182.33 | 281.84 |
| 407 | Nov 1984 | 173.77 | 108.41 | 161.92 | 245.70 | 124.18 | 187.60 | 287.36 |
| 408 | Dec 1984 | 173.18 | 107.82 | 161.69 | 246.06 | 127.85 | 193.50 | 301.23 |
| 409 | Jan 1985 | 176.12 | 109.98 | 164.71 | 251.48 | 122.98 | 187.00 | 293.19 |
| 410 | Feb 1985 | 3.64 | 1.13 | 2.67 | 6.57 | 0.47 | 1.41 | 3.74 |
| 411 | Mar 1985 | 8.71 | 3.21 | 6.58 | 14.79 | 8.83 | 20.01 | 41.59 |
| 412 | Apr 1985 | 8.09 | 2.99 | 6.16 | 13.70 | 9.00 | 20.41 | 42.30 |
| 413 | May 1985 | 4.76 | 1.50 | 3.46 | 8.36 | 0.58 | 1.68 | 4.47 |
| 414 | June 1985 | 5.14 | 1.65 | 3.80 | 9.21 | 0.64 | 1.81 | 4.78 |
| 415 | July 1985 | 5.54 | 1.80 | 4.12 | 10.04 | 0.69 | 1.96 | 5.12 |
| 416 | Aug 1985 | 6.01 | 1.98 | 4.50 | 10.97 | 0.76 | 2.14 | 5.56 |
| 417 | Sept 1985 | 6.50 | 2.19 | 4.88 | 11.89 | 0.83 | 2.30 | 6.03 |
| 418 | Oct 1985 | 7.06 | 2.43 | 5.33 | 12.88 | 0.92 | 2.53 | 6.53 |
| 419 | Nov 1985 | 7.64 | 2.68 | 5.78 | 13.90 | 1.02 | 2.76 | 7.07 |
| 420 | Dec 1985 | 8.27 | 2.93 | 6.32 | 14.99 | 1.13 | 3.00 | 7.59 |
| 421 | Jan 1986 | 8.85 | 3.18 | 6.82 | 15.87 | 1.24 | 3.22 | 8.14 |
| 422 | Feb 1986 | 9.42 | 3.45 | 7.30 | 16.67 | 1.35 | 3.46 | 8.69 |
| 423 | Mar 1986 | 12.14 | 4.55 | 9.43 | 21.18 | 1.85 | 4.67 | 11.50 |
| 424 | Apr 1986 | 10.83 | 4.09 | 8.44 | 18.71 | 1.64 | 4.08 | 9.90 |
| 425 | May 1986 | 11.56 | 4.42 | 9.06 | 19.63 | 1.79 | 4.41 | 10.49 |
| 426 | June 1986 | 12.28 | 4.77 | 9.70 | 20.59 | 1.94 | 4.76 | 11.08 |
| 427 | July 1986 | 13.06 | 5.14 | 10.35 | 21.75 | 2.11 | 5.12 | 11.77 |
| 428 | Aug 1986 | 13.84 | 5.54 | 11.01 | 23.04 | 2.29 | 5.51 | 12.50 |
| 429 | Sept 1986 | 14.61 | 5.90 | 11.70 | 24.30 | 2.49 | 5.89 | 13.19 |
| 430 | Oct 1986 | 15.42 | 6.28 | 12.41 | 25.59 | 2.71 | 6.33 | 13.94 |
| 431 | Nov 1986 | 16.21 | 6.66 | 13.11 | 26.70 | 2.93 | 6.73 | 14.77 |
| 432 | Dec 1986 | 17.03 | 7.06 | 13.77 | 27.86 | 3.17 | 7.20 | 15.65 |
| 433 | Jan 1987 | 17.85 | 7.47 | 14.46 | 29.04 | 3.41 | 7.66 | 16.46 |
| 434 | Feb 1987 | 18.49 | 7.82 | 15.02 | 29.91 | 3.62 | 8.04 | 17.16 |
| 435 | Mar 1987 | | | | WTP closed | | | |

[1] Results from Faye (2008) and reported in Maslia et al. (2007, Appendix A2)

[2] $P_{97.5}$ and $P_{2.5}$ represent the upper and lower bound, respectively, of 95 percent of Monte Carlo simulations; for a Gaussian (normal) distribution, the median ($P_{50}$) should equal the mean value

[3] Scenario 1 Monte Carlo simulation is for pumping uncertainty excluded

[4] Scenario 2 Monte Carlo simulation is for pumping uncertainty included