# EXHIBIT 32

Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 1 of 480

1          IN THE UNITED STATES DISTRICT COURT
2       FOR THE EASTERN DISTRICT OF NORTH CAROLINA
3                   SOUTHERN DISTRICT
4                  No.  7:23-CV-897
5

6    - - - - - - - - - - - - - - - - -X
     IN RE:                              :
7                                        :
     CAMP LEJEUNE WATER LITIGATION       :
8                                        :
     This Document Relates to:           :
9              ALL CASES                 :
     - - - - - - - - - - - - - - - - -X
10
11
12
13
14          Videotaped deposition of Mustafa Mehmet
     Aral, taken at the offices of Weitz & Luxenberg, 700
15   Broadway, New York, New York, before Clifford
     Edwards, Certified Shorthand Reporter and Notary
16   Public, in and for the State of New York on
     Thursday, February 6, 2025, at 9:02 a.m. EST.
17
18
19
20
21
22
23
24
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 2 of 480

```
 1   A P P E A R A N C E S:
 2
 3   ON BEHALF OF THE PLAINTIFFS:
 4      Kevin R. Dean, Esq.
         MOTLEY RICE LLC
 5      28 Bridgeside Boulevard
         Mount Pleasant, South Carolina   29464
 6      843.216.9152
         kdean@motleyrice.com
 7
 8      Laura J. Baughman, Esq.
         Devin Bolton, Esq.
 9      Weitz & Luxenberg
         700 Broadway
10      New York, New York   10003
         212.558.5500
11      lbaughman@weitzlux.com
         dbolton@weitzlux.com
12
13
14
15   ON BEHALF OF THE U.S. DEPARTMENT OF JUSTICE:
16      Allison O'Leary, Esq.
         Alanna Horan, Esq.
17      Environmental Tort Litigation
         U.S. Department of Justice
18      950 Pennsylvania Avenue, NW
         Washington, DC 20530-0001
19      202-514-2000
20
21
22
23
24
25
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 3 of 480

1  A P P E A R A N C E S:

2  (continued)

3

4  ALSO PRESENT:

5     Ingrid Rodriguez, videographer

6

7  VIA ZOOM:

8     Alex Spiliotopoulos (via Zoom)

9     Bill Williams (via Zoom)

10    Corissa O'Neill (via Zoom)

11    Deanna Havai (via Zoom)

12    Dennis Reich (via Zoom)

13    Ed Bell (via Zoom)

14    Morris Maslia  (via Zoom)

15    Giovanni Antonucci, DOJ (via Zoom)

16    Haroon Anwar, DOJ (via Zoom)

17    Kailey Silverstein, DOJ (via Zoom)

18

19

20

21

22

23

24

25

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 4 of 480

1                      EXAMINATION

2                                                  PAGE

3   DIRECT EXAMINATION BY MS. O'LEARY                9

4

5                        EXHIBITS

6

7   GOVERNMENT'S EXHIBIT                            PAGE

8   Aral 1, Résumé of Professor Aral                14

9   Aral 2, Report by Professor Aral                25

10  Aral 3, Tarawa Terrace Chapter A Report         48

11  Aral 4, Document                                53

12  Aral 5, Document Regarding Development

13          of Environmental Management Models      61

14  Aral 6, Environmental Modeling and Health

15          Risk Analysis, by Mustafa M. Aral       63

16  Aral 7, ATSDR's Chapter C Report for Tarawa

17          Terrace                                 102

18  Aral 8, December 2004 Report by AH

19          Environmental Consultants, Inc.         124

20  Aral 9, ATSDR's Chapter F, "Simulation of

21          the Fate and Transport of

22          Tetrachloroethylene, PCE, for

23          Tarawa Terrace"                         127

24  Aral 10, Document                               143

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 5 of 480

1                    EXHIBITS

2                   (continued)

3

4    GOVERNMENT'S EXHIBIT                          PAGE

5    Aral 11, Supplement Six from the Hadnot

6            Point Reports                         173

7    Aral 12, E-mail Chain                         206

8    Aral 13, Excerpt from Expert Panel Transcript

9            from March 28, 2005                   224

10   Aral 14, E-mail from Mustafa Aral to

11           Jerome Ensminger                      240

12   Aral 15, Tarawa Terrace Chapter H Report      248

13   Aral 16, Chapter I Report                     260

14   Aral 17, Chapter A Supplement Two for

15           Hadnot Point                          279

16   Aral 18, E-mail String Between Robert Faye

17           and Mustafa Mehmet Aral               289

18   Aral 19, Chapter C at Hadnot Point            306

19   Aral 20, Expert Peer Review Panel Evaluating

20           ATSDR's Water Modeling Activities

21           In Support of the Current Study of

22           Childhood Birth Defects and Cancer

23           At U.S. Marine Corps Base Camp

24           Lejeune, North Carolina               331

25

1                          EXHIBITS
2                         (continued)
3
4   GOVERNMENT'S EXHIBIT                          PAGE
5   Aral 21, Report                               342
6   Aral 22, Independent Reviewer Comments
7            Document                             359
8   Aral 23, Historical Reconstruction of the
9            Water Distribution System Serving
10           the Dover Township Area, New Jersey,
11           January 1962 to December 1996        361
12  Aral 24, USGS Water Resources
13           Investigations Report                368
14  Aral 25, EPA Superfund Record of Decision,
15           Tucson International Airport Area,
16           Arizona                              372
17
18  (Reporter's Note:  Exhibits retained by the court
19  reporter and forwarded to Golkow for production.)
20
21
22
23
24
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 7 of 480

1          THE VIDEOGRAPHER:  We are now on the
2     record.
3          My name is Ingrid Rodriguez.  I'm a
4     videographer for Golkow Litigation
5     Services.
6          Today's date is February 6, 2025,
7     and the time is 9:03 a.m.  This video
8     deposition is being held at Weitz &
9     Luxenberg, in New York, New York, in the
10    matter of In Re:  Camp Lejeune Water
11    Litigation in the United States District
12    Court for the Eastern District of North
13    Carolina.
14         The deponent is Professor Mustafa
15    Aral.
16         Would counsel please state your
17    appearances for the record?
18         MS. O'LEARY:  Allison O'Leary for
19    the Department of Justice.
20         MS. HORAN:  Alana Horan for
21    Department of Justice.
22         MR. DEAN:  Good morning.  Kevin Dean
23    here on behalf of the plaintiffs.
24         MS. BAUGHMAN:  Laura Baughman for
25    the plaintiffs.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 8 of 480

1     MS. BOLTON:  Devin Bolton for the

2   plaintiffs.

3     THE VIDEOGRAPHER:  And on Zoom, I

4   have "Alex Spiliotopoulos," "Bill

5   Williams," "Corissa O'Neill," "Deanna

6   Havai," "Dennis Reich," someone who's

7   just "Ed."

8     MR. DEAN:  Ed Bell.

9     THE VIDEOGRAPHER:  Okay.

10    MR. BELL:  Ed Bell.

11    THE VIDEOGRAPHER:  "Giovanni

12   Antonucci," "Haroon Anwar," "Kailey

13   Silverstein," and "Morris Maslia."

14    The court reporter is Cliff Edwards

15   and will now swear in the witness.

16

17     MUSTAFA MEHMET ARAL,

18 having first been duly sworn, deposed and testified

19 as follows:

20     (Whereupon, there was a discussion

21    off the record.)

22

23    COURT REPORTER:  All set.  Thank

24   you.

25

1                    DIRECT EXAMINATION

2

3    BY MS. O'LEARY:

4        Q      I'm Allison O'Leary and I'm an attorney

5    for the U.S. Department of Justice.  Thank you for

6    being here this morning.

7                I have a few, just kind of, logistics

8    points to go over with you.

9                So if you don't understand a question,

10   you can ask me to clarify.  Can you do that?

11       A      Sure.

12       Q      And do you understand that the court

13   reporter here is transcribing what you are saying

14   today?

15       A      Yes.

16       Q      And do you understand that the

17   videographer is also recording your deposition

18   today?

19       A      Yes.

20       Q      Do you understand that your testimony in

21   today's deposition could be used in court?

22       A      Yes.

23       Q      And do you understand that you are under

24   oath to testify truthfully?

25       A      Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 10 of 480

```
1        Q      Okay.  Is there anything today that is
2    impeding your ability to testify?
3        A      No.
4        Q      Did you do anything to prepare for
5    today's deposition?
6        A      We had a meeting yesterday.
7        Q      When you say "we," are you re-
8    referring --
9        A      These three attorneys on this side.
10       Q      Okay.  So you are indicating the
11   plaintiffs' attorneys?
12       A      Excuse me?
13       Q      You are -- you are indicating the
14   plaintiffs' attorneys?
15       A      Yeah.  Yeah.
16       Q      Okay.
17       A      Of course.
18       Q      And did you review any documents to
19   prepare for today?
20       A      From yesterday to today or early --
21       Q      No, just in general.
22              To prepare for today's deposition, did
23   you review any --
24       A      Yeah.  I --
25       Q      -- documents --
```

1    A    -- reviewed my expert's report.

2    Q    Your report?

3         Did you review any other expert reports?

4    A    Much earlier --

5    Q    Okay.

6    A    -- than two days.

7    Q    Much earlier?

8         What other reports did you review?

9    A    Probably in -- last month.

10   Q    Okay.  Which reports did you review last

11   month?

12   A    Okay.  I have reviewed Dr. Konikow's

13   report, Dr. Sabatini's report, I have reviewed Alex

14   Spiliotopoulos' report, I have -- I have reviewed

15   Dr. Hennat's report, Morris Maslia's report, Morris

16   Maslia's deposition.

17         I don't remember the name but there's a

18   historian expert on the -- the -- the government

19   side.  I didn't review that because that's a

20   historical review.  It's not my area.

21         I believe that's it.

22   Q    Okay.  And you said you'd reviewed Morris

23   Maslia's deposition; is that right?

24   A    Yeah.

25   Q    Was that his deposition from 2024?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 12 of 480

```
 1        A      I think -- let's see.
 2               No.  No.  It's a -- did I say a
 3    deposition?
 4        Q      I thought you had said the transcript
 5    from Morris Maslia's deposition?
 6        A      I read Morris Maslia's rebuttal report --
 7        Q      Oh, rebuttal report?
 8        A      Right.
 9        Q      Okay.
10        A      I -- I was mistaken on that.  And I read
11    his expert report.
12        Q      Okay.  Thank you for clarifying.  You
13    mentioned you had reviewed reports.
14               Is there anything from your report in
15    this case that you'd like to correct?
16        A      No.
17        Q      Okay.  Did you review any reports by
18    Norman Jones and Jeffrey Davis?
19        A      Oh, yes.  That's the post audit --
20        Q      Okay.
21        A      -- study.
22               Yes, I did review that.
23        Q      Did you read the rebuttal report and the
24    original report by Norman Jones and Jeffrey --
25        A      Yes.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 13 of 480

1    Q    -- Davis?

2    A    Both of them.

3    Q    Okay.  And am I correct that the only

4  report you prepared in this is the report that came

5  out last fall in --

6    A    Yes.

7    Q    -- 2024?

8    A    The expert report.

9    Q    Okay.  So do I understand correctly that

10  you are not offering opinions on Dr. Konikow's or

11  Dr. Sabatini's rebuttal reports?

12    A    No.  I mean, I didn't write a rebuttal

13  report to their --

14    Q    Okay.

15    A    -- expert report.

16    Q    Okay.  So you have not offered a -- a

17  rebuttal report?

18    A    No.  No.

19              MS. O'LEARY:  And can we get number

20          eight?

21              I'm sorry.  There will be a little

22          delay as we pull out documents --

23              THE WITNESS:  Okay.

24              MS. O'LEARY:  -- and get them

25          marked.

```
 1                    THE WITNESS:  Okay.
 2                    (Whereupon, there was a discussion
 3                    off the record.)
 4                    (Whereupon, Government's Exhibit Aral
 5                    1, Résumé of Professor Aral, was
 6                    marked for identification.)
 7   BY MS. O'LEARY:
 8        Q     Professor Aral, I've handed you what's
 9   marked as --
10        A     Can you speak a little bit --
11        Q     Yeah.
12        A     -- louder?
13        Q     I'm sorry.
14        A     Okay.
15        Q     Professor Aral, I've happened you what's
16   been marked as Government Exhibit 1.
17              Do you recognize this document?
18        A     It looks like my résumé.
19        Q     Okay.  Is there anything on this
20   résumé -- on this résumé that you'd like to correct?
21        A     No.
22        Q     Okay.  And do I understand correctly that
23   you were approached about serving as an expert in
24   this Camp Lejeune Justice Act litigation by Morris
25   Maslia?
```

1      A      No.  By Kevin.

2      Q      Oh, by Kevin.

3             Kevin Dean?

4      A      Yeah, Kevin Dean.

5      Q      When was that?

6      A      Probably two years ago, maybe.  I'm not

7   sure.

8      Q      Okay.  Why did you decide to --

9      A      The -- the reason I think you mentioned

10   Morris Maslia is that Morris Maslia introduced me to

11   Kevin.

12     Q      Oh, okay.  I understand.

13     A      Okay.

14     Q      Thank you.  And why did you decide to

15   serve as an expert in the Camp Lejeune Justice Act

16   litigation?

17     A      Well, because I did a lot of work at Camp

18   Lejeune.

19     Q      Okay.  Are there any other reasons why

20   you decided to serve as an expert?

21     A      No.

22            No.

23     Q      No?  Okay.

24            And am I correct that you've been

25   retained, specifically, by the Bell Legal Group?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 16 of 480

1     A    Yes.  My contract with -- is with the

2   Bell --

3     Q    Okay.  And did --

4     A    -- Group.

5     Q    -- that contract begin in August of 2022?

6     A    Probably.

7     Q    Prob- -- okay.

8          Prior to that contract beginning with

9   Bell Legal Group, had you communicated, either

10  verbally or through writing like e-mail, with anyone

11  from the Bell Legal Group?

12     A    No.

13     Q    Had you communicated prior to being

14  retained by the Bell Legal Group with anyone from

15  Motley Rice?

16     A    No.  No.

17     Q    And prior to being retained by the Bell

18  Legal Group, had you communicated with any attorney

19  related to Camp Lejeune?

20     A    No.

21     Q    Okay.

22     A    As far as I know -- I mean, I have

23  attended expert panels.  They may be there.  I may

24  have exchanged some ideas.

25          I'm not sure.

1      Q     Okay.  You don't recall --

2      A     No --

3      Q     -- specifically?

4      A     -- I don't recall.

5      Q     Prior to being retained by the Bell Legal

6  Group in the Camp Lejeune Justice Act litigation,

7  did you have any communications with a man named

8  Mike Partain related to Camp Lejeune?

9      A     I think I communicated with -- not

10 communicated but talked to him in year 2005, maybe.

11     Q     Where was it that you spoke to him?

12     A     Expert panels.

13     Q     And what did you speak to Mike Partain

14 about?

15     A     I don't recall.

16     Q     After the 2005 expert panel, had you

17 communicated with Mike Partain again prior to being

18 retained by the Bell Legal Group?

19     A     No.

20     Q     And prior to being retained by the Bell

21 Legal Group, did you communicate with a person named

22 Terry Dyer about anything related to Camp Lejeune?

23     A     Terry Dyer?

24     Q     Yes.

25     A     No.

1        Q      Have you ever communicated with United

2   States Senate or House of Representative members

3   related to Camp Lejeune?

4        A      No.

5        Q      And have you ever communicated with

6   Dr. Frank Bove about Camp Lejeune?

7        A      Yes.

8        Q      And in what sorts of contexts?

9        A      Again, expert panels, some meetings

10  probably at the ATSDR starting from 2005.

11       Q      Okay.

12       A      But when you say "communication," this is

13  verbal, meeting communications, not e-mails, etc.

14  I don't --

15       Q      No, I mean both.

16              Like --

17       A      You mean both?  Okay.

18       Q      Yeah.  So does that change your answer --

19       A      I may --

20       Q      -- for Mike Partain?

21       A      I may have received e-mails from ATSDR,

22  which included his name as well.

23       Q      Included --

24       A      Frank --

25       Q      -- Mike Partain?

```
 1       A     No.  No.
 2             Frank Bove.
 3       Q     Frank Bove?
 4       A     Frank Bove.
 5       Q     Okay.
 6       A     Yeah.
 7       Q     So you may have had e-mails with Frank
 8  Bove?
 9       A     Yeah.  Not personally exchanging e-mails
10  but if they send e-mail to group of people, I may be
11  included into that e-mail.
12       Q     Okay.  Did you ever specifically e-mail
13  Dr. Frank Bove?
14       A     No.
15       Q     Okay.  And did he ever send you
16  personally an e-mail from --
17       A     I don't recall.
18       Q     Okay.  And I understand that you were the
19  director of the Multimedia Environmental Simulations
20  Laboratory at Georgia Tech at some point, is that
21  correct?
22       A     That's correct.
23       Q     And were the years that you were the
24  director 1993 to 2018?
25       A     That's correct.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 20 of 480

```
 1        Q     And how do you usually refer to the
 2   Multimedia Environmental Simulations Laboratory?
 3        A     It's a reser- -- research center at --
 4        Q     Do you call --
 5        A     -- Georgia --
 6        Q     I'm sorry.  Go ahead.
 7        A     Yeah.
 8              -- at Georgia Tech.
 9              Yeah.
10        Q     Do you call it MESL or M-E-S-L?
11        A     Yeah.  MESL.
12        Q     MESL?
13        A     Yeah.
14        Q     And you said it's a research center?
15        A     Yes.
16        Q     Can you explain what area of research it
17   works on?
18        A     Groundwater modeling, surface water
19   modeling, model development, applications off these
20   models in different areas.
21        Q     Is it -- are there anything else it works
22   on?
23        A     Can you repeat that --
24        Q     Yeah.
25        A     -- please?
```

1      Q    Is there any -- are there any other areas

2  where the MESL works?

3      A    It depends on what type of projects we

4  had during this period.  I think we had a project on

5  coastal issues at Georgia.  I think we had issue --

6  or a NSF grant to facilitate a conference related to

7  our studies.

8           Several other projects may be included in

9  it, which is outside the area of groundwater

10  modeling.

11      Q    And is the MESL still operating?

12      A    I don't think so.

13      Q    Okay.  When you were the director -- so

14  20- -- excuse me -- 1993 to 2018, how many people

15  worked in MESL?

16      A    I had about 25 Ph.D. students; they were

17  all in there.  I had -- I had about 60 master's

18  students; they came in and went out during their

19  master programs.

20           As a faculty member, I was the only one.

21      Q    Okay.  And you said about 25 Ph.D.

22  students.  Do you mean --

23      A    That's right.

24      Q    -- at once or during the time --

25      A    Oh, during the --

1      Q      -- you were the director?

2      A      -- the time.  It takes about five years

3    to get the Ph.D.

4      Q      And for the -- about 60 master's

5    students --

6      A      Yup.

7      Q      -- is that at once or through time?

8      A      Oh, through time.  Of course.

9      Q      Okay.  Did any other professors work with

10   MESL --

11     A      I answered --

12     Q      -- at a --

13     A      -- that --

14     Q      -- part-time --

15                 (Whereupon, the court reporter

16                  requests clarification.)

17   BY MS. O'LEARY:

18     Q      Yeah.  Did any other professors work at

19   MESL on a part-time basis?

20     A      No.

21     Q      Okay.  And then I understand you became

22   professor emeritus in 2018, is that right?

23     A      Emeritus.

24     Q      Emeritus?

25     A      Yes.

1      Q      Okay.  And what is an emeritus professor?

2      A      A retired professor.

3      Q      Do you teach anything now?

4      A      No.

5      Q      When did you last teach?

6      A      Retired 2019, went to Turkey.  I taught

7   there.

8             Probably 2020.  In that range, yeah.

9      Q      Around --

10     A      I was --

11     Q      -- 2000 --

12     A      -- a professor there.

13     Q      At -- did I understand that was not at

14   Georgia Tech?

15     A      No, it wasn't at Georgia Tech, it was in

16   Turkey.

17     Q      Okay.  Do you currently supervise any

18   graduate students?

19     A      No.

20     Q      And do you currently do any research?

21     A      Yes.

22     Q      Okay.  What types of research do you do

23   now?

24     A      That's like a hobby for me.  I do

25   population analysis.  I do model development in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 24 of 480

1   different areas.  A lot simpler models, but still

2   research.  Yeah.

3        Q     Models related to geohydrology?

4        A     Not really.  Different areas.

5        Q     Oh.  What sorts of areas?

6        A     Population --

7        Q     Oh.

8        A     -- topics.

9        Q     Okay.  I understand.

10             How else do you spend your time now?

11       A     I walk a lot, I exercise a little bit, I

12  visit my grandchildren.  That's my total exposure to

13  what I do here in New York, especially.

14       Q     And I'm sorry, I didn't hear the last

15  part?

16       A     I am here in New York to visit my

17  grandson.

18       Q     Oh, okay.

19       A     I live in Turkey most of the time.  I

20  live in Atlanta when I visit friends and other

21  relatives in Atlanta.

22       Q     And what city do you live in in Turkey

23  when you are there?

24       A     Istanbul.

25       Q     Istanbul.

```
 1              What are your income sources in
 2    retirement?
 3         A     My income?
 4         Q     Yeah.  What are the sources of your
 5    income in retirement?
 6         A     Oh, retirement benefits from Georgia
 7    Tech.
 8         Q     Any others?
 9         A     I am paid by this task for Camp Lejeune.
10              MS. O'LEARY:  Okay.  And I have a
11              few questions about your report.
12                 So this will Be 33.
13                 So just a minute again as we pull
14              out the exhibit.
15                 THE WITNESS:  Uh-huh.
16              (Whereupon, there was a discussion
17              off the record.)
18              (Whereupon, Government's Exhibit Aral
19              2, Report by Professor Aral, was
20              marked for identification.)
21    BY MS. O'LEARY:
22         Q     And one last question, going back to what
23    your current research that you do on population.
24              What is the purpose of the research you
25    do on population?
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 26 of 480

1      A      My interest is general.  It covers a lot
2  of areas and that's one of my research interests.
3              And I do population research, meaning how
4  does the population change, what is the transition
5  from one country to the other, immigration/migration
6  and all that.  And I do that in mathematical
7  analysis.
8      Q      Okay.  And why is that of interest to
9  you?
10     A      Because I have general interests in many
11  topics.
12     Q      Okay.  So if you could go to the fourth
13  page of your report, which is Government Exhibit 2?
14     A      Okay.
15     Q      Do you see a paragraph underneath the
16  bullet points that starts, "Around the year 2000,
17  the Multimedia Environmental Simulations Laboratory,
18  MESL, a research center at the School of Civil and
19  Environmental Engineering, Georgia Institute of
20  Technology, entered into a cooperative agreement
21  with the Agency for Toxic Substances and Disease
22  Registry, ATSDR, Centers for Disease Control and
23  Prevention, CDC, to provide technical support to
24  ATSDR in all aspects of the Camp Lejeune study for
25  all three study areas on an as-needed basis."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 27 of 480

1           Did I read that correctly?

2      A     Yeah.

3      Q     So if that was in 2000, does that mean

4   that when MESL started working with the ATSDR, the

5   ATSDR's water models for Tarawa Terrace and Hadnot

6   Point were not --

7              MR. DEAN:  Also --

8   BY MS. O'LEARY:

9      Q     -- yet complete?

10              MR. DEAN:  Object to the form.

11   BY MS. O'LEARY:

12      Q     Did you understand my question, Professor

13   Aral?

14      A     I think you didn't finish your

15   question --

16      Q     Let me -- I'll say it again.

17              MS. BAUGHMAN:  I think it would be

18          good if you would speak a little louder.

19              THE WITNESS:  Yeah.

20              MS. BAUGHMAN:  I don't think he can

21          hear you.

22              THE WITNESS:  Yeah.  It --

23   BY MS. O'LEARY:

24      Q     Sure.  Yeah.

25      A     I would prefer --

```
 1        Q     I'll try to --
 2        A     -- that, yeah.
 3        Q     So that section I just read --
 4        A     Yeah.
 5        Q     -- from --
 6        A     Yeah.
 7        Q     -- page four of your report, it says that
 8   MESL entered into the agreement with ATSDR in 2000.
 9                 MR. DEAN:  Object to the form.
10              That's not what the document says.
11   BY MS. O'LEARY:
12        Q     Is that correct?
13                 MR. DEAN:  It says "around."
14                 MS. O'LEARY:  That's --
15                 MR. DEAN:  Okay.
16                 MS. O'LEARY:  -- that's fine, we can
17              make it --
18                 THE WITNESS:  Yeah.
19                 MS. O'LEARY:  -- around.
20                 Is it --
21                 MR. DEAN:  I just want you to
22              understand what I'm -- it's not a -- I'm
23              not trying to interfere, but I'm just
24              objecting to the form because that's --
25                 MS. O'LEARY:  Yeah.
```

1          MR. DEAN:  You said "in 2000,"

2      that's --

3          MS. O'LEARY:  Yeah.

4          MR. DEAN:  -- not what it says.

5          MS. O'LEARY:  I understand.  That's

6      fair.

7          THE WITNESS:  Okay.

8  BY MS. O'LEARY:

9      Q     So Professor Aral, is it around 2000 that

10 MESL entered into an agreement with ATSDR?

11     A     Yes.  The agreement was around 2000,

12 yeah.

13     Q     Okay.  So does that mean when MESL

14 entered into the agreement with the ATSDR, the

15 ATSDR's models for Tarawa Terrace and the Hadnot

16 Point-Holcomb Boulevard area were not yet complete?

17     A     No, of course not.

18     Q     Meaning they were -- it's true they were

19 not yet complete?

20     A     They were not completed, yeah.

21     Q     Okay.  And is it true that no other

22 Georgia Tech faculty were part of the cooperative

23 agreement between MESL and the ATSDR?

24     A     There's no other faculty involved.

25     Q     Did the MESL enter into cooperative

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 30 of 480

1    agreements with any other entities besides the

2    ATSDR?

3         A     Of course.  Many.

4         Q     Okay.  What was the scope of those

5    agreements with other entities?

6         A     Other research topics, which is

7    summarized in my résumé.

8         Q     Okay.  Other than in the work you did

9    with the ATSDR on Camp Lejeune, have you ever been

10   asked in a cooperative agreement to calculate

11   historic contaminant levels on a monthly basis?

12        A     That was the purpose of our modeling,

13   overall.

14        Q     You mean at -- at Camp Lejeune that was

15   the purpose?

16        A     Yeah, at Camp Lejeune.

17        Q     Yeah?

18        A     Yeah.

19        Q     So other than at Camp Lejeune, did the

20   MESL ever work on projects that were calculating

21   historic contaminant levels on a monthly basis?

22        A     We had several models which used

23   different time frames, different time intervals.

24   Some of them may be monthly, yeah.

25        Q     Okay.  Do you recall any that were --

1    A    I don't recall.

2    Q    -- monthly?

3    A    No.

4    Q    Do you recall any that were shorter time

5  frames than monthly?

6    A    Yeah, of course.

7    Q    What's an example of one that was a

8  shorter time frame?

9    A    Surface water modeling that we did.  We

10  may have used shorter time frames.

11    Q    Surface modeling of what?

12    A    I think that was a coastal aquifer around

13  Savannah, I believe.

14    Q    And who was requesting that coastal

15  aquifer modeling around Savannah?

16    A    That was the research center at

17  University of Georgia.

18    Q    And what was the timescale on the model?

19    A    I don't recall exactly but we may have

20  used different timescales to answer different

21  questions.

22    Q    What was the purpose of that model?

23    A    It's a contaminant transport analysis.

24    Q    But why did they want to know about

25  the --

1      A      No.

2      Q      -- contaminate --

3      A      We wrote --

4      Q      -- transport?

5      A      -- a proposal to develop a model, a

6   generic model in a coastal application, and they

7   agreed to fund it.

8      Q      Right.  And what were they using it for?

9      A      I have no idea.

10      Q      Okay.  And was that a historical model?

11      A      It's a groundwater model.  A research

12   center proposes a topic --

13      Q      Uh-huh.

14      A      -- to a funding agency.  If they like it,

15   they approve it; if they don't like it, they reject

16   it.

17      Q      And what you proposed, was that to do

18   a -- a model that would look at times in the past or

19   look at going forward?

20      A      No.  It was a generic model.  It can be

21   used for the time in the past and future

22   predictions.

23      Q      Okay.  Do you know if it was going to be

24   used for past predictions?

25      A      I don't know what they have used it

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 33 of 480

```
 1   for --
 2        Q     Okay.
 3        A     -- but it's a generic model.
 4        Q     Uh-huh.
 5        A     It can be used.
 6        Q     You can run it forwards or backwards --
 7        A     Yeah.
 8        Q     -- is that what you mean?
 9        A     Yeah.
10              I don't know what you mean, by the way,
11   "backwards."
12        Q     I mean, to estimate things that happened
13   in the past.
14        A     Starting from today going backwards, is
15   that what you mean?
16        Q     I mean, starting from whenever the model
17   is calibrated to.
18        A     Okay.
19              Yeah, it can be used --
20        Q     To go --
21        A     -- for that purpose --
22        Q     -- in the --
23        A     Yeah.
24        Q     I'm sorry.  I just --
25        A     To predict -- it can be used to predict
```

1    historical behavior or future behavior.

2         Q    From the time of calibration?

3         A    Yup.

4         Q    Okay.  But for the coastal aquifer

5    surface modeling project, you don't know if it was

6    going to be used for going backwards from the time

7    of calibration or forwards?

8         A    I don't know what they have used it for.

9         Q    Other than your work in Camp Lejeune,

10   were you ever asked to calculate contaminate levels

11   more than 25 years before the time the -- of

12   calibration of the model?

13        A    No.

14        Q    Other than at Camp Lejeune, have you ever

15   been asked to model all of mass loading, groundwater

16   flow, contaminant fate and transport, and variable

17   multiwell pumping mixing models?

18        A    In several research applications we have

19   worked at MESL, all of those models were developed

20   or applied in -- in an integrated manner or a

21   application of each model, separately.  Two

22   different ways.

23        Q    I'm not sure I understand.

24             So are you saying that all of those types

25   of models have been done at MESL at some time?

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 35 of 480

1      A      No.  We use generic models as well,
2  coming from other sources.
3      Q      But did -- did the mass loading,
4  groundwater flow, contaminant fate and transport,
5  and variable multiwell pumping mixing models that
6  MESL did, were those done together in one project
7  or were those used in --
8      A      Oh, no.
9      Q      -- individually or --
10     A      If you -- if you are referring to
11  TechFlowMP, for example, that's a generic model we
12  have developed --
13     Q      Uh-huh.
14     A      -- for use in different projects, not for
15  Camp Lejeune.  But we used it for Camp Lejeune as
16  well.
17     Q      And had -- in any other projects, not
18  Camp Lejeune so other projects -- have you used
19  TechFlowMP in combination with modeling mass loading
20  and groundwater flow and, like, a well pumping
21  mixture model?
22              MR. DEAN:  Object to the form of the
23          question.
24     A      TechFlowMP is a generic model which
25  starts from groundwater modeling --

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 36 of 480

```
 1    BY MS. O'LEARY:
 2         Q      Uh-huh.
 3         A      -- all the way to contaminant transport
 4    modeling, within itself.
 5         Q      But it doesn't involve mixing, is that
 6    correct?
 7         A      What do you mean by mixing?
 8         Q      Like, mixing of multiple wells, that's
 9    not a part of TechFlowMP.
10         A      Why shouldn't it?  It will, of course.
11         Q      How does TechFlowMP model well mixing?
12         A      Well, because you have -- in an area you
13    have water supply wells.  You put them into the
14    model as a discharging point or a source point --
15         Q      Uh-huh.
16         A      -- and the whole thing is integrated in a
17    single application.
18         Q      But doesn't TechFlowMP model the
19    contaminant movement to the wells, not the mixing of
20    the wells?
21         A      Oh, you are talking about mixing of the
22    wells in a water treatment plant --
23         Q      That's right.
24         A      -- is that right?
25         Q      That's right.
```

```
 1       A       Okay.  Let's clarify that.
 2       Q       Okay.  So --
 3       A       So what is your question?
 4       Q       So TechFlowMP does not model, like,
 5   mixing of wells in a water treatment plant?
 6       A       No, it does not.
 7       Q       All right.  Other than at Camp Lejeune,
 8   have you done any other projects where what MESL was
 9   doing was using TechFlowMP coupled with something to
10   model mixing in a water treatment plant?
11       A       Not a water treatment plant.
12       Q       Was it used in conjunction with something
13   other than a water treatment plant?
14       A       Yeah.  We -- we used it in an
15   application, like how to treat contaminated sites.
16       Q       Like a remediation project?
17       A       Yeah.  As a remediation project.
18       Q       Okay.  And am I correct that you have not
19   tested --
20       A       Please speak louder.
21       Q       I'm sorry.
22               Am I correct that you have not testified
23   or been deposed in the last four years?
24       A       That's correct.
25       Q       Have you ever been deposed before?
```

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 38 of 480

1    A    No.

2    Q    Have you ever testified at a trial?

3    A    Can you speak louder, please?

4    Q    I'm sorry.

5              MS. BAUGHMAN:  You are not speaking

6         louder.  You keep speak --

7              MS. O'LEARY:  Yeah.

8              THE WITNESS:  You have a very --

9              MS. O'LEARY:  Well --

10             THE WITNESS:  -- soft voice.

11             MS. BAUGHMAN:  He can't hear you.

12             MS. O'LEARY:  So can you hear me,

13        ma'am?

14             THE VIDEOGRAPHER:  I can --

15             MS. O'LEARY:  Can you hear me, Mr.

16        Court Reporter?

17             COURT REPORTER:  Sorry?

18             MS. O'LEARY:  Can you hear me?

19             COURT REPORTER:  Sure.

20             MS. O'LEARY:  I'll try and speak

21        louder but it seems that my voice is

22        coming through.

23             MR. DEAN:  Because you have a --

24             MS. BAUGHMAN:  He doesn't have the

25        same hearing level, okay?  He's retired.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 39 of 480

```
 1                MS. O'LEARY:  Yeah.
 2                MS. BAUGHMAN:  You need to speak
 3           louder.
 4   BY MS. O'LEARY:
 5       Q    So have you ever testified in a trial?
 6       A    No.
 7       Q    Have you ever testified in any other
 8   setting?
 9       A    Not a setting like this.
10       Q    Like a --
11       A    Not --
12       Q    -- a deposition?
13       A    -- not --
14            Like a deposition, no.
15       Q    Have you testified in some setting that's
16   different than this?
17       A    Yeah.  We had a face-to-face dialogue
18   with a opposing expert and me on the other side.
19       Q    In what case are you talking about?
20       A    I'm talking about Atlanta Gas Light
21   pollution problem.
22       Q    Okay.  And when was that face-to-face?
23       A    I don't recall exactly but it must be
24   late 1990s.
25       Q    And were you an expert for one of the
```

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 40 of 480

1    sides in that Atlan- -- Atlanta Gas Light pollution
2    problem?
3         A    I was one of the experts on the other
4    side of the Atlanta Gas Light pollution problem
5    or --
6         Q    Who is on the other side?  I'm not sure
7    what you mean.
8         A    Some law firm hired me to question the
9    work done at the Atlanta Gas Light site.
10         Q    Okay.  And then you had a sitdown with
11    the expert from the --
12         A    Right.
13         Q    -- Atlanta Gas Light site?
14         A    Exactly.
15         Q    Okay.  Other than that Atlanta Gas Light
16    site, have you ever served as an expert before for
17    some sort of dispute?
18         A    Not for a dispute but I served for
19    expert -- as an expert in other studies.
20         Q    What does it mean to serve as an expert
21    in other studies?
22         A    A consulting company comes and asks me as
23    to what I think about this and that related to
24    environmental pollution.  It doesn't have to be
25    groundwater.  I offer my opinion --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 41 of 480

1      Q      Uh-huh.

2      A      -- and that's a expert opinion.

3      Q      Okay.  And when was the last time you did

4  that sort of consulting?

5      A      Probably it was my work with Geosyntec.

6  I don't recall the time, it's in my résumé.

7      Q      And you said Geosyntec?

8      A      Yeah, Geosyntec.

9      Q      All right.  Do you have any family

10  members who filed claims under the Camp Lejeune

11  Justice Act?

12      A      No.

13      Q      And do you have any acquaintances who

14  have filed claims under the Camp Lejeune Justice

15  Act?

16      A      No.

17      Q      Huh.  And you can turn back to the same

18  exhibit, so this is Government Exhibit 2, to page

19  49.

20      A      Yes.

21      Q      And in the last paragraph, so near the

22  bottom of the page --

23                  MR. DEAN:  What page are you on?

24                  MS. O'LEARY:  Forty-nine.

25

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 42 of 480

1    BY MS. O'LEARY:

2         Q      The last paragraph, do you see where it

3    says, "It is important to note that the review

4    comments I am providing below are only associated

5    with the water-modeling aspects of the ATSDR health

6    study and the NRC report and do not cover any

7    epidemiologic study aspects since those topics are

8    outside my ar- -- expertise areas."

9              Did I read that correctly?

10        A      Yes.

11        Q      Is that accurate that epidemiologic

12   studies are outside your expertise areas?

13        A      That's correct.

14        Q      Does it follow that the level of detail

15   on exposure data needed for an epidemiological case

16   control study is not within your area of expertise?

17                 MR. DEAN:  Object to the form.

18        A      Yes.  I -- I don't know what they would

19   need.

20   BY MS. O'LEARY:

21        Q      Okay.

22        A      I'm told what I should do, so I do it.

23        Q      And is it accurate then that the level of

24   detail on contaminant exposure to an individual

25   needed to render an opinion on causation from

1  contaminant exposure is not within your area of
2  expertise?
3        A     It's not.  It's not within my area.
4        Q     Okay.  And do you agree that you are not
5  an expert on whether a contaminant can cause a
6  disease?
7        A     I think you have to clarify that
8  question.
9        Q     Is that something that you render -- have
10 ever, like, done consulting opinions on, on whether
11 a contaminant can cause a disease?
12       A     No, I did not.
13       Q     And is that something that your
14 university training study was -- was whether
15 contaminants can cause a disease?
16       A     That's a generic question,
17 "contaminants."  I'm not going to respond to that.
18       Q     Well, do you study whether certain
19 chemical compounds cause diseases?
20       A     All foreign environmental contaminants
21 will have some adverse effects on human health.
22       Q     And how do you know that?
23       A     Well, that's -- in terms of the
24 literature that I have reviewed, in terms of the
25 research work that I have done, that information was

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 44 of 480

1    made available to me.

2         Q    So that's something you know from reading

3    literature?

4         A    That's right.

5         Q    Okay.  Have you ever studied

6    epidemiology?

7         A    No.

8         Q    Your report, Government Exhibit 2,

9    discusses maximum contaminant levels or MCLs.  Do

10   you know what I'm talking about?

11        A    Yeah.

12        Q    And do you understand that maximum

13   contaminant levels are set by the Environmental

14   Protection Agency, the EPA?

15        A    That's correct.

16        Q    Have you ever been involved in the

17   setting of an MCL?

18        A    No.

19        Q    Are you familiar with the methodology

20   that the EPA uses to establish MCLs?

21        A    No.

22        Q    Are you familiar with how MCLs are

23   related to health risk?

24        A    No.

25        Q    Why did you discuss MCLs in your report

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 45 of 480

1    in this litigation?

2         A     Because that was the criteria set by

3    ATSDR.

4         Q     So ATSDR asked you to consider MCL levels

5    in the water modeling?

6         A     I didn't consider MCL levels.  I just

7    predicted a continuous contaminant transport.

8    Whether it's higher or lower, that was decided by

9    ATSDR, right?

10        Q     Higher or lower than --

11        A     MCL.

12        Q     -- like an MCL?

13              Okay.

14        A     Right.

15        Q     I understand, I think.

16              And am I correct that for your work on

17   the Camp Lejeune Justice Act, you've been paid $600

18   per hour?

19        A     That's correct.

20        Q     How many hours, approximately, have you

21   worked on the Camp Lejeune Justice Act litigation?

22        A     I have to check my billing.

23        Q     Do you think it's more than 50?

24              MR. DEAN:  Object to the form.

25              You have the invoices.

1   BY MS. O'LEARY:

2       Q    Do you think it's more than 50 hours?

3       A    Probably.  I don't --

4       Q    Okay.

5       A    -- recall.

6       Q    Do you think it's more than a hundred

7   hours?

8                   MR. DEAN:  Object to the form.

9       A    I don't recall.

10  BY MS. O'LEARY:

11      Q    You don't recall?  Okay.

12           Do you know -- sorry.

13           Have you received any compensation

14  related to the Camp Lejeune Justice Act other than

15  your work as an expert witness?

16      A    From?

17      Q    Well, from any source?  So other than

18  your work as an expert witness.

19      A    A -- A -- ATSDR funded the corporate

20  agreement --

21      Q    And --

22      A    -- but I didn't get personal income from

23  that, Georgia Tech did.

24      Q    So when you were working at MESL on Camp

25  Lejeune, was your salary paid by Georgia Tech?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 47 of 480

1      A      Repeat that, please?

2      Q      When you were working on Camp Lejeune

3   water modeling --

4      A      Right.

5      Q      -- at MESL --

6      A      Right.

7      Q      -- was your salary paid by Georgia Tech?

8      A      My salary was, of course, paid by Georgia

9   Tech.

10      Q      Did the ATSDR fund MESL's work on Camp

11   Lejeune?

12      A      That's correct.

13      Q      Okay.  Are you familiar with a -- a text

14   by Dougherty (phonetic) from 2015?

15      A      Which text?

16      Q      The one from 2015?

17      A      I'm sure he has written many texts.

18      Q      Okay.  Is Dor- -- does Dougherty have a

19   good reputation in the fields you work in?

20                MR. DEAN:  Object to the form of the

21           question.

22      A      I don't recall who Dougherty is.

23           Does he have a first name?

24   BY MS. O'LEARY:

25      Q      Are you familiar with Panko and Cherry

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 48 of 480

1    (phonetic)?

2         A     Yeah.

3         Q     All right.  Their 1996 text, is it

4    considered a reliable authority in your field?

5         A     As good as any other reference textbooks.

6         Q     Okay.  So I have some -- a few questions

7    about the extent of your involvement in the ATSDR's

8    water modeling.

9         A     Right.

10        Q     But I just wanted to see, would you like

11   to take a break or are you okay to keep going?

12        A     I'm okay.

13        Q     All right.

14             MS. O'LEARY:  So if we could get --

15             that would be 56.

16              So this will end up being Government

17             Exhibit 3.

18             (Whereupon, Government's Exhibit Aral

19             3, Tarawa Terrace Chapter A Report,

20             was marked for identification.)

21   BY MS. O'LEARY:

22        Q     And Professor Aral, if you could go to

23   the page that's numbered A6 in the -- it will be in

24   the bottom left?

25             All right.  Do you see a table that says,

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 49 of 480

1    "Table A2, Summary of ATSDR Chapter Reports" --

2         A    Uh-huh.

3         Q    -- at the top?

4              Okay.  And am I understanding correctly

5    that table A2 lists the chapter reports from the

6    ATSDR water modeling on Tarawa Terrace?

7         A    Yeah.  These are the --

8         Q    Okay.  And --

9         A    -- reports, yeah.

10        Q    -- as I look at this table, it looks like

11   you authored -- you are an author on chapter A,

12   "Summary of Findings"; chapter G, "Simulation of

13   Three-dimensional Multispecies Multiphase Mass

14   Transport of Tetrachlorethylene and Associated

15   Degradation Byproducts"; chapter H, on "The Effect

16   of Groundwater Pumping Schedule Variation on Arrival

17   of Tetrachlorethylene at Water Supply Wells at the

18   Water Treatment Plant"; chapter I, "Parameter

19   Sensitivity Uncertainty and Variability Associated

20   with Model Simulations of Groundwater Flow

21   Contaminant Fate and Transport" --

22              (Whereupon, the court reporter

23              requests clarification.)

24   BY MS. O'LEARY:

25        Q    -- "and Distribution of Drinking water."

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 50 of 480

1          And then Chapter K, "Supplemental

2     Information."

3          Is that correct that those are the only

4     chapters you authored on the ATSDR reports?

5     A     I didn't author, I contributed to them.

6     Q     Okay.  So I see on table A2, that you are

7     listed as an author for those ones.  What is the

8     difference to you between contributing to a report

9     and being an author?

10     A     There are several other names, probably.

11     The names that I see, for example, in G --

12     Q     Uh-huh.

13     A     -- it's a -- a graduate student of mine

14     and me.

15     Q     All right.  So you both --

16     A     So we --

17     Q     -- wrote that?

18     A     -- we both contributed to that.

19     Q     Okay.  And what role if any did you have

20     in writing or reviewing the other chapters from

21     table A2 where you are not listed as an author?

22     A     Probably I have looked at them,

23     reviewed --

24     Q     What do you mean, you looked at them?

25     A     Reviewed them.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 51 of 480

1      Q     And reviewed them for what purpose?

2      A     For my understanding of what they are

3   doing.

4      Q     Okay.  Did you offer comments on chapters

5   you did not author -- you are not listed as an

6   author on this table?

7      A     I don't recall but I could have.

8      Q     Okay.  And --

9           MR. DEAN:  For correction of the

10          record, chapter K was never issued or

11          published.

12  BY MS. O'LEARY:

13     Q     So Professor Aral, what was Morris

14  Maslia's role in the Tarawa Terrace water modeling

15  project for ATSDR?

16     A     He was the lead person at exposure of

17  those reconstruction -- reconstruction program at

18  ATSDR.

19     Q     Okay.  And were you happy with the

20  performance of the team working on the Tarawa

21  Terrace modeling at ATSDR?

22     A     Yes.

23          MR. DEAN:  Object to the form.

24     A     Yes.

25

1    BY MS. O'LEARY:

2         Q     And did you have any role on chapter J,

3    "Field Test Data Analysis and Simulation of the

4    Distribution of Drinking Water"?

5         A     I think that's the least contribution

6    that I had in any of these reports.

7         Q     Was chapter J?

8         A     Yeah.

9         Q     Were you involved in data collection for

10   the Tarawa Terrace water modeling?

11        A     No.

12        Q     Okay.  Why were you not involved?

13        A     Because they didn't ask me.  I didn't go

14   to the site, that's why.

15        Q     Were you involved in field test design?

16        A     No.

17        Q     And have you been to Camp Lejeune?

18        A     No.

19        Q     And just one question about chapter K

20   that Mr. Dean brought up.

21              Do you consider that chapter finished?

22                   MR. DEAN:  Object to the form of the

23              question.

24                   The chapter was never issued.

25        A     I -- I don't recall that chapter at all.

 1                    MS. O'LEARY:  Okay.  And you can set
 2               aside Exhibit 3 for a moment and we are
 3               going to pull out -- this is 42.
 4                    That will be exhibit -- Government
 5               Exhibit 4.
 6                    (Whereupon, Government's Exhibit Aral
 7                    4, Document, was marked for
 8                    identification.)
 9                    THE WITNESS:  Uh-huh.
10    BY MS. O'LEARY:
11         Q    And Professor Aral, if you could go to
12    page A4?
13         A    Eighty-four?
14         Q    A4.
15                    MR. DEAN:  A4.
16         A    A4?
17    BY MS. O'LEARY:
18         Q    "A," as in chapter A.
19         A    Yes.
20         Q    All right.  Do you see, starting on A4
21    and going onto page A5, table A1, summary of ATSDR
22    chapter reports and supplemental information
23    sections for the Hadnot Point-Holcomb Boulevard
24    study area?
25         A    Yup.

                        Golkow Technologies,
       877-370-3377        A Veritext Division        www.veritext.com
       Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 54 of 480

1      Q     Okay.  And looking at this table, it

2  seems to show that you -- you are listed as an

3  author for chapter A, "Summary and Findings";

4  sup- -- I guess it's chapter A, supplement two,

5  "Development and application of a methodology to

6  characterize present day and historical water supply

7  well operations"; supplement five, "The theory,

8  development, and application of Linear Control Model

9  Methodology to Reconstruct Historical Contaminant

10  Concentrations at Selected Water Supply Wells";

11  supplement seven, "Source characterization and

12  simulation of the migration of light nonaqueous

13  phase liquids in the vicinity of the Hadnot Point

14  industrial area"; and supplement eight, "Field test

15  data analysis and simulation of the distribution of

16  drinking water with emphasis on intermittent

17  transfers of drinking water between the Hadnot Point

18  and Holcomb Boulevard water distribution sys- --"

19             Is that correct that those are the --

20                  (Whereupon, the court reporter

21                   requests clarification.)

22  BY MS. O'LEARY:

23      Q     Holcomb Boulevard water distribution.

24             Is that correct, Professor Aral, that

25  those are the only chapters where you were listed as

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 55 of 480

1    an author?

2         A    Yeah.

3         Q    And similarly, did you contribute to

4    those or did you author the whole thing?

5         A    No, I contributed to them.

6         Q    Okay.  And in supplement eight, what

7    field tests were involved in that?

8         A    The field tests probably refers to the

9    field studies that ATSDR has done on Camp Lejeune.

10   I'm not involved in that.  However, intermittent

11   transfers of drinking water between the Hadnot Point

12   and Holcomb Boulevard water distribution system is

13   the part that I have contributed.

14        Q    Okay.  And were you involved in

15   collecting historical data about the water

16   distribution systems at Hadnot Point and Holcomb

17   Boulevard?

18        A    No.

19                  MR. DEAN:  Object to the form.

20        A    No.

21   BY MS. O'LEARY:

22        Q    Did you personally review historical

23   documentation about the operations of the Hadnot

24   Point/Holcomb Boulevard water distribution system?

25        A    The intermittent transfer issue or the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 56 of 480

1    operation of the water treatment plant?

2        Q    Let me break that down farther.

3        A    Okay.

4        Q    So were you involved in reviewing

5    historical documentation about intermittent

6    transfers between the Hadnot Point area and Holcomb

7    Boulevard areas?

8        A    I have reviewed the data that was

9    collected at the --

10       Q    Okay.

11       A    -- site.

12       Q    Did you review data collected at the site

13    other than for those intermittent transfers?

14       A    Yes.

15       Q    Okay.

16       A    Several of them.  Yeah.

17       Q    And what sorts of things did you review

18    other than for the intermittent transfers?

19       A    Water treatment plant data --

20       Q    Uh-huh.

21       A    -- groundwater levels data, pumping data

22    of supply wells --

23       Q    Uh-huh.

24       A    -- data collected from observation wells,

25    any other data that was given to me in terms of

Golkow Technologies,
A Veritext Division
877-370-3377                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 57 of 480

```
 1    doing what we did at Georgia Tech.
 2         Q     Were --
 3         A     Yeah.
 4         Q     Thank you.  I think I understand.
 5               Were you personally involved in
 6    collecting that data --
 7         A     No.
 8         Q     -- that you reviewed?
 9         A     No.
10         Q     Okay.  Okay.
11               Thank you.  You can set aside that
12    exhibit --
13         A     Uh-huh.
14         Q     -- for now.  And a few more questions
15    about your role in the water modeling with ATSDR.
16               First about some of the people you worked
17    with.  So starting with Morris Maslia --
18         A     Yes.
19         Q     -- how long have you known Morris Maslia?
20         A     I think he was a graduate student at
21    Georgia Tech.
22         Q     How many projects have you worked on
23    together over the years?
24         A     I worked as a consultant at Geosyntec.  I
25    think he was working at Geosyntec at that time, as
```

1  well.

2      Q    Were there any other things besides the

3  Geosyntec work?

4      A    Other than conclusion, I don't recall.

5      Q    Okay.  Do you consider Morris Maslia a

6  friend?

7      A    Yes, of course.

8      Q    Do your families know each other?

9      A    No.

10      Q    When's the last time you spoke to Morris

11  Maslia about anything other than the Camp Lejeune

12  Justice litigation?

13      A    We had dinner several years ago in

14  Atlanta.

15      Q    Okay.  Was that dinner before or after

16  you'd been retained as an expert in the Camp Lejeune

17  Justice Act litigation?

18      A    I don't recall, honestly.

19      Q    Have you ever served as a reviewer on any

20  journals or a member of any committees that gave an

21  award to Morris Maslia for his work?

22      A    No.

23      Q    Were you ever a reviewer on the American

24  Society of Civil Engineers Water Planning and

25  Management?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 59 of 480

1    A    Probably.

2    Q    Okay.  And --

3    A    I have been a reviewer for many journals.

4    Q    Okay.  Which journals have you been a

5  reviewer for?

6              MR. DEAN:  Object to the form.

7    A    It's in my résumé.  It's about two pages

8  long.

9  BY MS. O'LEARY:

10   Q    Okay.  Were you a reviewer of the ASCE

11  Journal of Water Resources and Management in 2000?

12   A    I could have been.

13   Q    Were you a reviewer of the ASCE Journal

14  of Water Resources and Management when they

15  published a study about the ATSDR's modeling work

16  on Dover Township --

17   A    Not on that --

18   Q    -- Toms River?

19   A    Not on that study.

20   Q    What do you mean, "not on that study"?

21   A    I mean, that wasn't submitted for my

22  review.

23   Q    Ah.  You mean you didn't review that --

24   A    No.

25   Q    -- study?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 60 of 480

1          But you were a reviewer on the ASCE

2    Journal of Water Resources and Management at the

3    same time?

4          A     Yeah.  If they send me a paper to review,

5    I do that.

6          Q     Okay.  Were you the editor in chief of

7    the journal, Water Quality, Exposure and Health in

8    2009, when it published a study about the ATSDR's

9    work on the Tarawa Terrace modeling?

10          A     That's correct.

11          Q     Were you a reviewer of the journal,

12    Water, in 2016 when they published a study about the

13    ATSDR's work on the Hadnot

14    Point/Holcomb Boulevard --

15          A     No.

16          Q     -- area model?

17          A     No.

18          Q     And were you Morris Maslia's professor

19    when he was getting a master's degree at Georgia

20    Tech?

21          A     Yeah, I think I was.  Yeah.

22          Q     Would you consider yourself Morris

23    Maslia's mentor when he was getting that master --

24          A     Can you --

25          Q     -- degree?

1      A      -- speak louder, please?

2      Q      Sure.

3             Would you consider yourself as having

4      been Morris Maslia's mentor when he was getting his

5      master's degree?

6      A      Yes.

7                   MS. O'LEARY:  We had -- this will be

8                   number nine and will be Government

9                   Exhibit 5.

10                  (Whereupon, Government's Exhibit Aral

11                  5, Document Regarding Development of

12                  Environmental Management Models, was

13                  marked for identification.)

14                  (Whereupon, there was a discussion

15                  off the record.)

16                   MR. DEAN:  Dr. Aral, if you have any

17                  difficulty whatsoever hearing the

18                  question, don't hesitate to tell her

19                  she's talking too softly --

20                  THE WITNESS:  Okay.

21                   MR. DEAN:  -- to confirm.  I know

22                  it's kind of repetitive, but do it

23                  anyway.

24                  THE WITNESS:  Okay.

25

1    BY MS. O'LEARY:

2        Q    So Professor Aral, I've handed you what's

3    been marked as Government Exhibit 5.

4             Do you recognize this document?

5        A    Yes, I do.

6        Q    What is this?

7        A    It just talks about the development of

8    environmental management models over the years.

9        Q    Okay.

10       A    And I'm trying to explain how it evolved

11   into the present day analysis.

12       Q    And did you author this?

13       A    I see my name on it.

14       Q    But do you recall authoring this?

15       A    Yes, of course.

16       Q    Okay.

17            MS. O'LEARY:  And if we could take a

18            break for about five minutes, I need

19            to...

20            THE WITNESS:  Okay.

21            MS. O'LEARY:  Just a minute.

22            THE VIDEOGRAPHER:  The time right

23            now is 10 a.m.  We are off the record.

24            (Whereupon, there was a recess taken

25            from 10:00 a.m. to 10:09 a.m.)

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 63 of 480

1          THE VIDEOGRAPHER:  The time right

2          now is 10:10 a.m.  We are back on the

3          record.

4               MS. O'LEARY:  All right.  Thank you.

5     BY MS. O'LEARY:

6          Q     And Professor Aral, just to remind you,

7     you remain under oath.

8               Do you understand?

9          A     Okay.

10         Q     Okay.  So we are going to set aside that

11    exhibit and I'm going to hand you a different one.

12              MS. O'LEARY:  This will be

13              Government Exhibit 6.

14                   (Whereupon, Government's Exhibit Aral

15                   6, Environmental Modeling and Health

16                   Risk Analysis, by Mustafa M. Aral,

17                   was marked for identification.)

18    BY MS. O'LEARY:

19         Q     Professor Aral, the front page of this

20    says, Environmental Modeling and Health Risk

21    Analysis (Acts/Risk), and it has your name, "Mustafa

22    M. Aral."

23              Do you know what Environmental Modeling

24    and Health Risk Analysis (Acts/Risk) is?

25         A     Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 64 of 480

1      Q      What is it?

2      A      Environmental modeling is a procedural

3   analysis of environment using models.  Health risk

4   analysis is another procedural use of health risk

5   effects --

6      Q      Okay.

7      A      -- of environmental contaminants.

8      Q      And if -- as you look through Government

9   Exhibit 6, does this looks like excerpts from a

10  textbook that you authored?

11                  MR. DEAN:  Object to the form of the

12             question.

13                  You used the term "excerpts."  I'm

14             just pointing out this is not the whole

15             text, it goes to page 16.

16     A      Yes, it looks like parts of it.  Yeah.

17  BY MS. O'LEARY:

18     Q      And did you author a textbook called

19  Environmental Modeling and Health Risk Analysis?

20     A      Yes.  It has my name on it.

21     Q      And if you could go on Government Exhibit

22  6 to the page -- it should say 17?

23     A      Uh-huh.

24     Q      Okay.  In the bottom paragraph on page

25  17, could you read that paragraph, Professor Aral?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 65 of 480

1       A       "On the other hand, there are at least

2    three reservations one should always bear in mind

3    while constructing and using a model (Rubinstein --

4    Rubinstein 1981).  First, there's no guarantee that

5    the time and effort devoted to modeling will return

6    useful results and satisfactory benefits.

7    Occasional failures are expected to occur because of

8    limited resources allocated to modeling.  More

9    often, however, failure results when the

10   investigators relies too much on the method and not

11   on the ingenuity and construct of the --

12   construction -- constructing the model.  The proper

13   balance between the two is the key to success in

14   modeling.

15           "The second reservation concerns the

16   tendency of the investigator to treat his or her

17   mathematical description of the problem as the best

18   representation of the reality.  One should be open

19   minded in understanding the limitations of the

20   proposed model."

21           "The third reservation concerns the use

22   of model outside the predictive range of the model

23   developed.  When working with a model, care must be

24   given to ensure that the analysis remains within the

25   valid representation range of the model.  These are

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 66 of 480

1   important concepts of concern when working with a

2   model -- with models."

3       Q    And Professor Aral, did you write that

4   paragraph that you just read?

5       A    Yeah.

6       Q    Do you --

7       A    Yes.

8       Q    -- agree with it still?

9       A    Yes.

10      Q    Okay.  When it said "the use of the model

11  outside the predictive range of the model developed

12  is a reservation in modeling," why is that?

13         So why is it that the use of the model

14  outside the predictive range of the model

15  development should be considered?

16      A    Okay.

17           MR. DEAN:  Object to form.

18      A    When someone develops a model, it

19  involves some approximation of the environment.  If

20  the construct of the model does not include all the

21  important aspects of the modeling aspects of the

22  environment, then some of the processes that exist

23  in the environment may not -- may not be represented

24  in the model.  That's a problem.  That's what I'm

25  referring to there.

1    BY MS. O'LEARY:

2        Q        Okay.  And in that paragraph when it

3    refers to the predictive range of the model, what is

4    the predictive range of the model?

5                        MR. DEAN:  Object to the form.

6        A        Predictive range is what I have

7    described.  For example -- just to give you an

8    example, if you are working with surface water

9    models, if you exclude advective transport and use

10   only diffusive transport, than the predictive range

11   is defined wrong.

12                    The main transport parameter in a surface

13   water model is the advective range.  So if you -- if

14   your model construct is wrong, its predictive range

15   is limited.

16   BY MS. O'LEARY:

17       Q        Okay.  How do you determine the

18   predictive range of a model?

19       A        You have to understand what's going on in

20   the environment as the major contributors to what

21   you are trying to model.

22       Q        Okay.  And what does it mean to have the

23   valid representation range of the model?

24       A        As I have explained a minute ago, all the

25   dominant characteristics of the environment should

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 68 of 480

1    be represented for the model to be successful.

2         Q    How do you determine what the dominant

3    characteristics are?

4         A    You have to understand the environmental

5    processes that you are modeling.

6         Q    And how do you determine which

7    environmental processes you are modeling?

8         A    You have to understand the environmental

9    processes that you are working with.

10        Q    Okay.  How -- with that understanding of

11   the environmental processes you are working with,

12   how do you determine what representation range would

13   be valid for a model of those processes?

14        A    As I have said a minute ago, if you

15   exclude the dominant processes from a model, it will

16   not be a successful model.

17             As I have described in surface water

18   modeling, if you ignore advective transport and only

19   include diffusive transport, that's not going to be

20   a successful model.

21        Q    Staying on the same exhibit, could you go

22   to page 18, which is the next page?

23        A    Page what?

24             MR. DEAN:  Eighteen.

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 69 of 480

 1    BY MS. O'LEARY:

 2          Q     Page 18, just the next page?

 3          A     Okay.

 4          Q     And the bottom paragraph on page 18 that

 5    starts, "Model accuracy and reliability," do you see

 6    that?

 7          A     Yes.

 8          Q     Could you read that paragraph, please?

 9          A     "Model accuracy and reliability are two

10    of the more important aspects of modeling which

11    should not be overlooked if a model is to be

12    accepted as a reliable predictive tool numerical

13    error bounds generated in computation should be

14    within acceptable limits and the model should be

15    calibrated regionally or locally using available

16    data.  Proceeding in the -- in this direction much

17    of the recent work done in environmental quality

18    modeling has been -- has been oriented towards

19    improving models and incorporating better numerical

20    solution techniques, the accuracy of which by far

21    surpasses the availability and accuracy of the field

22    parameter data that have to be used with such

23    models.  Scarcity of the field data, especially in

24    air, groundwater, surface water quality modeling is

25    well known to researchers and engineers working in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 70 of 480

1    this field.

2            "Currently, there is some disagreement

3    among researchers as to whether higher priority

4    should be placed on still further developments and

5    model sophistication or on parameter prediction to

6    improve accuracy."

7        Q    And do you agree with this paragraph

8    still today?

9        A    What does it say?

10       Q    Do you agree with --

11       A    Oh, yeah.

12       Q    -- what it says today?

13       A    Yes, I do.

14       Q    Okay.  And how do you determine

15   acceptable limits for numerical error bounds?

16               MR. DEAN:  Object to the form.

17       A    Well, I'm trying to say in here is that

18   as the computers or the field of computer

19   applications advanced, we are using more, faster,

20   and higher precision computers.  Using that base, we

21   are able to come up with more sophisticated

22   numerical algorithms to predict the behavior of a --

23   or calculate the behavior of a model in a more

24   precise manner.

25               What I am trying to say here is that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 71 of 480

1    there should be a balance between computational

2    aspects as opposed to model construct.

3    BY MS. O'LEARY:

4        Q    And when you say a balance, a balance

5    in what?  In terms of sophistication or something

6    else?

7        A    The balance is in reference to how we

8    represent the environment, computational aspects

9    refers to how we compute the mathematics of the

10   algorithms that we have proposed.

11       Q    Okay.  And what does it mean to calibrate

12   a model regionally?

13       A    Well, you use the data available at the

14   site and either manually or statistically try to

15   adjust some of the parameters of the model that you

16   have developed to match the observed database that

17   you have at the site.  And that's the standard

18   calibration process.

19       Q    And why -- why should you use available

20   data from the site as opposed to, like, a literature

21   reference?

22       A    Well, both can be used.

23       Q    Okay.  So in -- in page 18, it -- it says

24   using field parameter data.

25       A    Yeah.

1      Q      Is that right?

2      A      Yeah.

3      Q      Why -- why reference field parameter

4    data?

5      A      Because we are trying to fee- --

6    represent some environment at the field.  We have --

7    if you are developing a model for that field, we

8    would like to use field parameters.

9      Q      Okay.  What does it mean to calibrate a

10   model locally?

11     A      Oh, this -- this is a matter of

12   dimensions.  You can calibrate a regional aquifer,

13   like Floridan aquifer, which includes the aquifer

14   system in Georgia and Florida --

15     Q      Okay.

16     A      -- as USGS is doing or I would call a

17   local analysis, like Camp Lejeune application, which

18   is relatively small in reference to a Floridan

19   aquifer.

20     Q      Okay.  And similarly to regional

21   calibration, why would you use --

22     A      Can you speak, please, louder?

23     Q      Yes.

24            So why would you use available field data

25   for calibrating a model locally?

1      A      For the same reason as we would use a

2   regional model -- to calibrate a regional model.

3      Q      Okay.  Staying on this same exhibit, if

4   you can be on page 19, so where the --

5      A      Uh-huh.

6      Q      -- last paragraph ended, can you read the

7   next paragraph that starts, "A very simplistic

8   model"?

9      A      The whole paragraph I should read?

10     Q      No.  Actually, just -- I'll -- I'll -- do

11  you mind if I just stop you when I need you to stop?

12     A      Okay.

13     Q      Okay.  Go ahead.

14            So if you could start reading and I'll

15  just ask you to stop.

16     A      I see.  Okay.

17            "A very simplistic model may use a very

18  crude -- crude definition of a physical process with

19  few parameters to define the process.  A very

20  complex model may use a very detailed definition of

21  a physical process, which is a significant increase

22  in -- with a significant increase in parameters that

23  is used to define the process.

24            "Naturally, improved sophistication of

25  the models is associated with the increase and the

Golkow Technologies,
877-370-3377         A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 74 of 480

1    number of model parameters.  Since it's likely that

2    many of the additional parameters included in the

3    model will be defined only in qualitative terms or

4    with lesser accuracy, a relatively more

5    sophisticated model can be less reliable than the

6    simpler version.  On the other hand, some systems

7    and some physical phenomenon are so complex in

8    nature that it's often little reason to believe that

9    good simulations are possible with simplified

10    representations."

11          Q     And you can stop there --

12          A     Okay.

13          Q     -- Professor Aral.  Thank you.

14                And do you agree with the portion of that

15    paragraph you've just read?

16          A     Yes.

17          Q     And how would parameters defined only in

18    qualitative terms or with lesser accuracy lead to a

19    less-reliable sophisticated model relative to a

20    simpler one?

21                      MR. DEAN:  Object to the form of the

22                question.

23          A     Can you repeat that so that I can

24    understand what you are --

25

1    BY MS. O'LEARY:

2         Q     Would you like me to rephrase?

3         A     Yes.  Rephrase, please.

4         Q     So Professor Aral, the paragraph said

5    that when parameters are defined only in qualitative

6    terms or with lesser accuracy, this can lead to

7    situations where a sophisticated model is less

8    reliable than a simpler one.

9               Do you agree?

10                   MR. DEAN:  Object to the form of the

11              question.

12        A     Well --

13                   MR. DEAN:  It mischaracterizes --

14                   THE WITNESS:  Yeah.

15                   MR. DEAN:  -- misstates --

16        A     I'm assuming here is that a complex model

17   is going to need more database to implement the

18   model.  If we are talking about more database, some

19   of those databases may not be available and can be

20   only determined through some qualitative analysis of

21   what we know about the database.

22              In that case, the -- the database being

23   qualitative may result in model response not being

24   as accurate as we would like to see.

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 76 of 480

1    BY MS. O'LEARY:

2        Q    So in those situations where you don't

3    have the databases for some parameters, is that

4    where a simpler model could be more reliable than a

5    sophisticated model?

6                    MR. DEAN:  Object to the form of the

7            question.

8        A    If there's no database available, yes,

9    that would be a better idea.

10   BY MS. O'LEARY:

11       Q    What if you had sophisticated models

12   where you had some databases for parameters but very

13   few, could that still lead to situations where the

14   sophisticated model that needs that, you know, small

15   bit of information available is less reliable than a

16   simpler model?

17                   MR. DEAN:  Object to the form.

18       A    No, I don't think so.

19   BY MS. O'LEARY:

20       Q    Why not?

21       A    Because a complex model can be used with

22   partial databases available at the site.  And then

23   there are other databases, if needed, can be

24   associated with the database that you are using,

25   characterization of the site --

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 77 of 480

1      Q      Uh-huh.

2      A      -- and other information that you have at

3   the site.

4      Q      So that would allow you to run the

5   sophisticated model --

6      A      Yeah.

7      Q      -- is that right?

8      A      Yeah.

9      Q      But how do you know it's more reliable

10   than a less sophisticated model?

11      A      Oh, it is reliable because we are

12   representing the environment in a better form.  In

13   other words, as I said earlier, if you omit dominant

14   features of an environmental process, your model

15   will become simple but, at the same time, much more

16   uncertain or inaccurate.

17      Q      Okay.  Another portion of what you read

18   said that, "On the other hand, some systems and some

19   physical phenomena are so complex in nature that

20   there is often little reason to believe that good

21   simulations are possible with simplified

22   representations."

23            And my --

24      A      Yeah.

25      Q      -- question is:  How do you determine

1   whether physical phenomena are so complex that good
2   simulations are unlikely?
3        A     Well, you have to have experience in the
4   environmental analysis and modeling techniques.
5        Q     But specifically, how would you approach
6   those techniques to determine when physical
7   phenomena are so complex that a good simulation --
8        A     You should --
9        Q     -- is unlikely?
10       A     -- you need to have an education in that
11  field to understand what you are doing and what you
12  are doing properly.
13       Q     And is there agreement in the field on
14  when it is that physical phenomena are so complex
15  that good simulations are unlikely?
16       A     Mostly, yes.
17       Q     You said "mostly."
18             Where is there --
19       A     Some people --
20       Q     -- remaining disagreement?
21       A     -- may not understand the environmental
22  processes properly so they may end up using simpler
23  models.  That will be a problem.
24       Q     But I mean, you agree then there are some
25  times when physical phenomena are so complex that a

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 79 of 480

1  good simulation is unlikely?

2      A      Please --

3              MR. DEAN:  Object to the form of the

4         question.

5      A      -- speak louder.

6  BY MS. O'LEARY:

7      Q      Yeah.

8              This exhibit says that "physical

9  phenomena can be so complex that good simulations

10  are unlikely."

11             Do you agree?

12             MR. DEAN:  Object to the --

13             MS. BAUGHMAN:  Object to the --

14      A      I don't understand the relevance of the

15  question in reference to the Camp Lejeune modeling.

16  BY MS. O'LEARY:

17      Q      So right now my question is just about

18  what this textbook says.

19      A      Okay.

20      Q      So the -- where it says, "On the other

21  hand, some systems and some physical phenomena are

22  so complex in nature, that there is often little

23  reason to believe that good simulations are possible

24  with simplified representations," that section; do

25  you agree that that's true?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 80 of 480

```
1        A       That's true.
2        Q       Okay.  And then I think we are going to
3   jump forward on this exhibit.
4        A       Uh-huh.
5        Q       -- to -- there's a page 56.
6                (Whereupon, there was a discussion
7                off the record.)
8        A       Fifty-six.  Oops.
9                Yeah.  Okay.
10  BY MS. O'LEARY:
11       Q       And there's a figure and then a paragraph
12  below that, that starts, "The uncertainty and
13  errors."
14               Do you see that?
15       A       Yes.
16       Q       Would you mind reading that paragraph,
17  please?
18       A       "The uncertainties and errors in
19  simulation may arise from uncertainty in model
20  inputs or parameters, i.e., parametric -- parametric
21  or data uncertainty.  When a model application
22  involves both model and data uncertainties, it's
23  important to identify the relative magnitudes of the
24  uncertainties associated with the data and model
25  formulation."
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 81 of 480

1    Q    And you can -- sorry.  Go ahead.

2    A    "Such a comparison is useful for focusing

3    resources where they are most appropriate, data gaps

4    versus model refinement."

5    Q    Thank you, Professor Aral.

6         And why is it important to identify the

7    relative magnitudes of the uncertainties associated

8    with data and model formulation?

9    A    Because the model itself uses some

10   database from some field and the effects of the

11   uncertainty on the database need to be characterized

12   through some analysis.  That is what is uncertainty

13   analysis is.

14   Q    But why -- why do they need to be

15   characterized?

16   A    Because we would like to understand

17   whether the model is behaving properly in reference

18   to the uncertainty that exists at the database.

19   Q    So does that make it important to the

20   model's reliability?

21   A    Model's -- model reliability is a

22   different subject.  Uncertainty analysis is a

23   different subject.

24   Q    Okay.  I'm not sure I understand then

25   what the uncertainty -- why identifying the relative

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 82 of 480

1    magnitude of uncertainties is important.

2                    MR. DEAN:  Object to the form of the

3            question.

4    BY MS. O'LEARY:

5        Q    Why --

6                    MR. DEAN:  You need to ask a

7            question.

8    BY MS. O'LEARY:

9        Q    Why is it that it's important to know the

10   relative magnitude of uncertainties?

11       A    Right.  Because it refers to the

12   uncertainty on the database.  If there's uncertainty

13   on the database, the model response will give us a

14   range of error bounds.

15       Q    Uh-huh.

16       A    So the model's behavior can be

17   characterized to see whether it's working in --

18   within that model uncertainty band -- band that we

19   have developed in terms of uncertainty analysis.

20       Q    Okay.  You can set aside that exhibit.

21   Thank you.

22                    MS. O'LEARY:  And can we pull 23?

23            (Whereupon, there was a discussion

24            off the record.)

25

```
 1    BY MS. O'LEARY:
 2         Q     Actually, we will move on, actually, to
 3    some questions, more specifically, about the ATSDR
 4    water modeling at Tarawa Terrace.
 5         A     Okay.
 6         Q     So could you --
 7         A     Are we --
 8         Q     -- go back --
 9         A     -- skipping this?
10         Q     We're skipping that one for right now,
11    yeah.
12         A     Okay.
13         Q     Could you go back to -- could you go back
14    to Exhibit 3, please, Government Exhibit 3?
15               It should be the -- I think it's in that
16    stack, actually --
17         A     Excuse me.
18         Q     -- Professor Aral.
19         A     It's --
20         Q     Oh, it's there?
21         A     Yeah.
22         Q     Okay.  Perfect.  Thank you.
23               MR. DEAN:  Can you tell me what
24         Exhibit 3 was?  Was it A -- chapter A
25         or --
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 84 of 480

 1                   MS. O'LEARY:  Chapter A for Tarawa
 2          Terrace.
 3                   MR. DEAN:  Okay.
 4       A     Yes.
 5   BY MS. O'LEARY:
 6       Q     Okay.  So Professor Aral, can you go to
 7   one of the early pages on this report.  This will be
 8   page iii, so little Roman numeral iii.
 9       A     Three.  Yeah.  Okay.
10             Forward.
11       Q     Yeah.  It should say, "The Forward."
12             And can you read the first paragraph,
13   please?
14       A     "The Agency for Toxic Substances and
15   Disease Registry, ATSDR, an agency of the U.S.
16   Department of Health and Human Services, is
17   conducting an epidemiologic study to evaluate
18   whether the -- whether in utero an infant up to one
19   year of age exposure to volatile organic compounds
20   in contaminated drinking water at U.S. Marine Corps
21   Base Camp -- Base Camp Lejeune, North Carolina, were
22   associated with specific birth defects and childhood
23   cancers.
24             "The study includes births occurring
25   during the period 1968 to 1985 to women who were

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 85 of 480

1  pregnant while they resided in family housing at the
2  base.  During 2004 -- or -- at the base.
3        "During 2004, the study protocol received
4  approval from the Centers for Disease Control and
5  Prevention Institutional Review Board and the U.S.
6  Office of Management and Budget."
7        Q    And -- so Professor Aral, when you were
8  working on the Tarawa Terra- -- Terrace water
9  modeling with the ATSDR, were you aware that the
10  ATSDR was conducting an epidemiological study to
11  evaluate whether in utero and infant exposures to
12  VOCs in contaminated drinking water at Camp Lejeune
13  were associated with childhood cancers?
14        A    I heard that in expert panels and so
15  forth.
16        Q    And were you aware of the time frame of
17  that study of 1968 to 1985?
18        A    Yes, I'm aware of that.
19        Q    Okay.  And then the next paragraph says,
20  "Historical exposure data needed for the
21  epidemiological case control study are limited.  To
22  obtain estimates of historical exposure, ATSDR is
23  using water modeling techniques and the process of
24  historical reconstruction.  These methods are used
25  to quantify concentrations of particular

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 86 of 480

1    contaminants in finished water and to compute the
2    level and duration of human exposure to contaminated
3    drinking water."
4              Did I read that correctly?
5        A    Yeah.  That's correct.
6        Q    When you were working on the Tarawa
7    Terrace water modeling, were you aware that the
8    modeling work you were doing was intended for this
9    epidemiological study?
10       A    Yes.
11       Q    And were you aware that it was not
12   intended for estimating an individual's exposure?
13                MR. DEAN:  Object to the form of the
14            question.
15       A    I -- I am -- I don't have any idea on
16   that --
17   BY MS. O'LEARY:
18       Q    Okay.
19       A    -- question.
20       Q    When you were working on the Tarawa
21   Terrace water modeling, were you aware that the
22   modeling work you were doing was not intended to be
23   used so that a particular individual could determine
24   whether an estimated exposure from the model caused
25   his or her health condition?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 87 of 480

1        A     I can't --

2                 MR. DEAN:  Object --

3        A     -- answer that.

4                 MR. DEAN:  Let me -- let me object

5              to the form of the question, please.

6   BY MS. O'LEARY:

7        Q     Why can't you answer that?

8        A     Because that's a "epi" topic that I'm

9   familiar with --

10               (Whereupon, the court reporter

11                requests clarification.)

12       A     "Epi," epidemiologics.

13  BY MS. O'LEARY:

14       Q     So are you saying you don't know?

15       A     What it is going to be used for --

16       Q     You --

17       A     -- I don't know what the models are going

18  to be used for.  Is -- is it for a public exposure?

19  Individual exposure?  Community exposure?  I have no

20  idea.

21       Q     So when I look at page iii on this

22  Exhibit, the Tarawa Terrace chapter A, it looks like

23  it's saying the historical exposure data were needed

24  for the epidemiological case control study.

25               MR. DEAN:  Object to the form.

1    BY MS. O'LEARY:

2         Q     Am I understanding that correctly?

3                    MR. DEAN:  Object to the form of

4               the question.  Mischaracterizes --

5         A     That's --

6                    MR. DEAN:  You are not reading the

7               paragraph -- the paragrapher correctly.

8         A     Well, that's what ATSDR, as a whole

9    within different units, are going to investigate

10   that, but that has nothing to do with what I'm

11   doing.

12   BY MS. O'LEARY:

13        Q     But you are listed as an author of

14   chapter A; correct?

15        A     I am not an author on the "epi" study.  I

16   am on the -- on the author -- I am the author on the

17   modeling aspects of this.  So this is probably a

18   group of people doing different work, different

19   fields and using each other's inputs, outputs.

20        Q     Okay.  Professor Aral, can we go to your

21   report again?

22        A     Yes.

23        Q     And this is Exhibit 2, Government --

24        A     Yeah.

25        Q     -- Exhibit 2.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 89 of 480

```
 1              Give me just a minute while I try to find
 2    the page I want you to turn to.
 3              All right.  If you could go to pages four
 4    to five of your report?
 5         A    My expert report?
 6         Q    Of your report, yes.
 7                   MR. DEAN:  Uh-huh.
 8         A    Yes.
 9                   MR. DEAN:  What page?  I'm sorry.
10                   MS. O'LEARY:  I had said four to
11              five.
12                   MR. DEAN:  Okay.
13                   MS. O'LEARY:  But we may be moving.
14                   Oh, excuse me.  Page 12.
15                   THE WITNESS:  Okay.
16    BY MS. O'LEARY:
17         Q    And, Professor Aral, this is in a section
18    called, "Principles of water modeling and
19    application at Camp Lejeune," and subsection 4.1
20    "Water Modeling."
21              Do you see the sections?
22              And then --
23         A    Yeah.
24         Q    Okay.  There's a -- it says -- in the
25    middle of the page, it says, "My opinions within a
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 90 of 480

1    reasonable degree of scientific and engineering
2    certainty on modeling techniques, their principles
3    and their application to the Camp Lejeune site
4    include the following," and then there's a list
5    of -- a bulleted list.
6              Do you see that?
7        A    Yes.
8        Q    Okay.  So the second to the last bullet
9    from the bottom says, "The models and techniques
10   used by the ATSDR for historical reconstruction,
11   including fundamental equations, input parameters,
12   parameter estimates, calibration uncertainty and
13   sensitivity analyses were and remain reliable,
14   scientifically valid and state of the art procedures
15   that are consistent with standard practices used and
16   are generally accepted in this field."
17             Do you agree with that statement still?
18       A    Yes.
19       Q    Okay.  And -- and then if you go onto
20   page 13, the last bullet, do you see where I'm
21   looking at?
22       A    Yeah.
23       Q    It says, "The analyses published in all
24   ATSDR chapter reports, ATSDR 2007 and ATSDR 2013,
25   and supplemental information regarding Camp Lejeune,

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 91 of 480

1    see figure two, including the conclusions and

2    monthly concentration data, were all done applying

3    proper scientific and engineering methodologies and

4    remain to this day to be mathematically reliable,

5    statistically, accurate and correct."

6              Did I read that properly?

7         A    Yes.

8         Q    Do you agree with that?

9         A    Yes.

10        Q    Okay.  So if you are saying that the

11   analyses -- analyses published in all ATSDR chapter

12   reports and supplemental information on Camp Lejeune

13   were done applying proper scientific and engineering

14   methodologies and remain to this day to be

15   mathematically reliable, statistically accurate and

16   correct, then if we come back to my questions about

17   the forward in the ATSDR chapter A report --

18              (Whereupon, the court reporter

19               requests clarification.)

20   BY MS. O'LEARY:

21        Q    Yes.

22              -- the chapter A report for Tarawa

23   Terrace --

24                   MS. BOLTON:  Exhibit 3.

25                   MS. O'LEARY:  Yes, Exhibit 3.

1          A       Uh-huh.

2     BY MS. O'LEARY:

3          Q       -- I mean, aren't you saying that this

4     isn't correct?

5                         MR. DEAN:  Object to the form.  I'm

6                   not sure what the question is.

7          A       As far as I understand the question, what

8     I am referring to in my expert report refers to

9     modeling aspects of the environment that we are

10    trying to model, they are accurate, scientifically

11    correct, mathematically correct, statistically

12    correct.

13              But this paragraph that you are referring

14    to is associated with the use of these outcomes in

15    "epi" studies.  That is outside my expertise area.

16              Probably ATSDR is correct in putting that

17    paragraph in there but that's not my expertise area.

18    Is -- I am only a contributor to this chapter, not

19    the author of this chapter.

20    BY MS. O'LEARY:

21         Q       Okay.  So the limit on your statement

22    about the -- that we just read from your report --

23    is -- is limited to the -- the modeling

24    aspects of --

25         A       Exactly.

1     Q    -- the ATSDR reports?

2         Okay.

3     A    Exactly.

4     Q    If you can stay in the chapter A report

5 and go to page 90 -- A 98, is how it's labeled.

6     A    A 90?

7           MR. DEAN:  Ninety-eight.

8 BY MS. O'LEARY:

9     Q    Ninety-eight.

10    A    Ninety-eight.

11        Yes.

12    Q    Okay.  So Professor Aral, there are two

13 columns; do you see that?

14    A    Yeah.

15    Q    The column on the left, the bottom

16 question, it starts "ATSDR's historical

17 reconstruction analysis."

18        Do you see that?

19    A    Yeah.

20    Q    All right.  In the paragraph that's to

21 the right of that, so in the other column, do you

22 see where it says "ATSDR's exposure assessment

23 cannot be used to determine whether you or your

24 family suffered any health effects as a result of

25 past exposure to PCE contaminated drinking water at

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 94 of 480

1    Camp Lejeune.  The study will help determine if

2    there is an association between certain birth

3    detects and childhood cancers among children whose

4    mothers used this water during pregnancy.

5    Epidemiological studies such as this help improve

6    scientific knowledge of the health effects of these

7    chemicals."

8                Did I read that correctly?

9        A    Yes.

10       Q    Do you agree?

11       A    It's outside my expertise area.

12       Q    Okay.  And staying in this same report

13   but flipping back to page A67?

14       A    Yes.

15       Q    And there's a -- two columns.  The one on

16   the right says, "Summary and Conclusions."

17       A    Yeah.

18       Q    Do you see that column?

19       A    Yeah.

20       Q    The first paragraph there begins, "Two of

21   the three drinking water systems that served family

22   housing at U.S. Marine Base Camp Lejeune were

23   groundwater with VOCs.  Groundwater was the sole

24   source of drinking water supply.  One system, the

25   Tarawa Terrace drinking water system, was mostly

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 95 of 480

1    contaminated with PCE when water supply wells were

2    contaminated by off-base dry cleaning operations at

3    ABC One-Hour Cleaners."  And then it cites Shriver,

4    1985.

5           Did I read that correctly?

6      A    Yes.

7      Q    Do you agree that the Tarawa Terrace

8    drinking water system was mostly contaminated with

9    PCE?

10     A    That's -- that's correct.

11     Q    And I apologize for jumping around within

12   this exhibit --

13     A    That's okay.

14     Q    -- but can you go back to page A1,

15   please, and going onto page A2, which is farther

16   from the beginning than you might think.  The Roman

17   numerals go on for a little ways.

18     A    Okay.

19     Q    You should be on a page that says

20   "Abstract," on the left.

21           Do you see that?

22     A    A2?

23     Q    A1, going --

24     A    A1.

25     Q    -- into A2.

1      A     Okay.

2            Yes.

3      Q     Okay.  So the -- the column on the right,

4 the last paragraph that starts, "Models and

5 methods."

6            Do you see that?

7      A     Yes.

8      Q     So it says, "Models and methods used as

9 part of the historical reconstruction process for

10 Tarawa Terrace and vicinity included one, MODFLOW-6

11 used for simulating steady state, predevelopment,

12 and transient groundwater flow; two, MT3DMS, used

13 for simulating three-dimensional single-specie

14 contaminant fate and transport; three, a materials

15 mass balance model simple mixing used to compute the

16 flow-weighted average concentration of PCE assigned

17 to the finished water at the Tarawa Terrace Water

18 Treatment Plant, WTP; four, TechFlowMP used for

19 simulating three-dimensional multispecies,

20 multiphase mass transport; five, PS Ops used for

21 simulating the impacts of unknown and uncertain

22 historical well operations; six, Monte Carlo

23 simulation and sequential Gaussian simulation used

24 to conduct probabilistic analyses to assess

25 uncertainty and variability of concentrations of

Golkow Technologies,
877-370-3377         A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 97 of 480

1   PCE-contaminated groundwater and drinking water; and

2   seven, EPANET 2, used to conduct extended period

3   hydraulic and water quality simulations on the

4   Tarawa Terrace water distribution system."

5           Did I read that correctly?

6       A   Yes.

7       Q   Am I understanding this correctly that

8   the ATSDR -- that this is describing ATSDR's process

9   for historical reconstruction of contaminants at

10  Tarawa Terrace?

11      A   I think it describes the models used in

12  that process.

13      Q   In that process, okay.

14          Oh, sure distinguished as from, like,

15  data collection or --

16      A   Yeah.

17      Q   -- other aspects?

18      A   Different aspects are different.

19      Q   Yeah.  Okay.  I understand.

20          But in terms of the modeling, am I

21  understanding correctly that at Tarawa Terrace,

22  ATSDR's historical reconstruction process for

23  modeling did not include simulating historical

24  benzene concentrations at Tarawa Terrace?

25      A   TechFlowMP can model PCE -- oh, this is

1    in reference to Tarawa Terrace, right?

2         Q      Right.

3         A      Okay.

4         Q      At Tarawa Terrace.

5         A      Right.  Of course.

6                We didn't use -- we didn't analyze

7    benzene at Tarawa Terrace.

8         Q      Okay.  And would you agree that in your

9    report you have not offered opinions about simulated

10   historical benzene concentrations at Tarawa Terrace?

11        A      We did not simulate that.

12        Q      And so you -- is that why you didn't

13   offer any in your report?

14        A      Well, can you repeat that question?

15        Q      Yeah.  Let me rephrase.

16               So your report in this litigation, it

17   also does not offer opinions on historical benzene

18   contamination levels at Tarawa Terrace.

19        A      It --

20        Q      Is that right?

21        A      It -- we did not simulate benzene

22   concentrations at Tarawa Terrace.

23        Q      Okay.  Staying in the Tarawa Terrace

24   chapter A report, could you go to page A17, please?

25        A      Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 99 of 480

1       Q       And in the column on the left, there's a
2  label in the middle that says, "Relation of
3  contamination to water supply production and
4  distribution."
5               Do you see that?
6       A       Yes.
7       Q       Okay.  So within that paragraph, there's
8  a sentence that starts, "The supply of drinking
9  water to Tarawa Terrace."
10              Do you see that?
11      A       Yes.
12      Q       Okay.  So that says, "The supply of
13 drinking water to Tarawa Terrace was composed of two
14 components.  One, the supply of water from
15 groundwater wells to the Tarawa Terrace Water
16 Treatment Plant; and two, the delivery of finished
17 water from the water treatment plant through the
18 network of pipelines and storage tanks of the water
19 distribution system."
20              Did I read that correctly?
21      A       Yes.
22      Q       Does that mean that the Tarawa Terrace
23 drinking water supply, from the period that the
24 ATSDR modeled, consisted of water supplied from
25 groundwater wells that went to the Tarawa Terrace

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ      Document 372-6      Filed 04/29/25      Page 100 of 480

1    Water Treatment Plant and after going through the

2    plant they were delivered as finished water to the

3    housing or other buildings on the Tarawa Terrace

4    water distribution system?

5         A    That's correct.

6         Q    Okay.  And just going onto the next page,

7    so page A18 -- actually, sorry.  If you could go

8    onto page A19?

9              So one more page.

10        A    Okay.

11        Q    And there's a table "A6."  Do you see

12   that?

13        A    Yes.

14        Q    It says, "Historical operations for

15   water-supply wells, 1952 to 1987, Tarawa Terrace and

16   vicinity, U.S. Marine Corps Base Camp Lejeune, North

17   Carolina."

18             Is this table then showing all of the

19   water supply wells that were providing water to the

20   Tarawa Terrace Water Treatment Plant through that

21   1952 to 1987 time span?

22        A    That's the data that ATSDR presented --

23        Q    Okay.

24        A    -- yes.

25        Q    So according to this table then, in the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 101 of 480

1   column on the left that says "well identification,"

2   do you see the --

3       A    Yeah.

4       Q    -- "TT-23."

5            So "TT-23"?

6       A    Yes.

7       Q    And does -- is this table saying that

8   that well started supplying water in August of 1984?

9       A    Yes, I see that.

10      Q    Okay.  And then it -- it's saying that it

11  was offline in February of 1985; is that right?

12      A    Yes, it says that.

13      Q    And now the same table, looking at well

14  that's "TT-26," so TT-26?

15      A    Yes.

16      Q    Is the table reflecting that that well

17  started supplying water in January of 1952?

18      A    Yes.

19      Q    And was offline in July and August of

20  1980 and January and February of 1983, is that

21  correct?

22      A    Yes.

23      Q    And then the -- its service was

24  terminated in February of 1985?

25      A    Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 102 of 480

1      Q      And sorry, going back up to Tarawa
2   Terrace, TT-23 --
3      A      Yes.
4      Q      -- does the table reflect that service
5   was terminated from TT-23 in May of 1985?
6      A      Yes, it says that.
7      Q      And if you could set aside this exhibit,
8   Exhibit 3, for a moment.
9                  MS. O'LEARY:  And if we could get
10              57, this will be Government Exhibit 7.
11              (Whereupon, Government's Exhibit Aral
12              7, ATSDR's Chapter C Report for
13              Tarawa Terrace, was marked for
14              identification.)
15                  THE WITNESS:  Thank you.
16   BY MS. O'LEARY:
17      Q      So Professor Aral, on Government -- oops,
18   I think I handed you the wrong one.  I did.  I have
19   the one with the sticker.
20           So let me trade you so you have the --
21      A      Okay.
22      Q      -- one that's marked.
23           So on Government Exhibit 7, do you agree
24   this is -- looks like a copy of the ATSDR's chapter
25   C report for Tarawa Terrace?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 103 of 480

1    A    Yes.

2    Q    Okay.  And if you could go to page C76,

3  please?

4    A    Yes.

5    Q    Okay.  And do you see a table C3.10?

6    A    Yes.

7    Q    And it says, "Capacity and operational

8  history of water supply well TT-23 Tarawa Terrace,

9  U.S. Marine Corps Base Camp Lejeune, North

10 Carolina."

11   A    Yes.

12   Q    Do you agree this is the ATSDR's table

13 showing capacity and operational well history at

14 TT-23, which is a supply well?

15   A    Yes.

16   Q    And do you agree this table shows that

17 ATSDR concluded TT-23 was out of service in February

18 of 1985?

19   A    I am not the author of this report so if

20 it says that here, that's what it should be.

21   Q    Okay.  Do you see on this table in -- the

22 date, it says -- the second to last entry, it says,

23 "Four, 1985, service terminated."

24        Do you see that?

25   A    Table six, three, ten or what?

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 104 of 480

1            Or what num- --

2       Q    Table C310.  So the same --

3       A    Yeah.

4       Q    -- table we have been looking at --

5       A    Okay.

6       Q    -- that's --

7       A    Uh-huh.

8       Q    -- the entry for -- if -- that starts,

9    "Four --

10            (Whereupon, the court reporter

11            requests clarification.)

12   BY MS. O'LEARY:

13      Q    "Four 1985," in the date column.

14            MR. DEAN:  Four, slash, 1985 --

15            MS. O'LEARY:  Right.

16            MR. DEAN:  -- next to last entry on

17            the bottom.

18   BY MS. O'LEARY:

19      Q    So we are looking at the column on the

20   left --

21      A    Okay.

22      Q    -- that says date --

23      A    Okay.

24      Q    Yeah, the entry that starts, "4/1985."

25            Do you see that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 105 of 480

```
1        A      I don't see that.
2               Where do you --
3        Q      So on my copy, it's right here.
4        A      Okay.  Right there.
5               Okay.
6        Q      Do you see it?
7        A      Yeah.
8        Q      And then -- so that's April 1985,
9    correct?
10       A      Yeah.
11       Q      And it says, "Service terminated."
12   Correct?
13       A      Yeah.
14       Q      Do you know why this table says TT-23
15   service was terminated in April of 1985, but the
16   last table we just looked at, table A6, says TT-23
17   service was terminated in May of 1985?
18                   MR. DEAN:  Mis- --
19       A      I --
20                   MR. DEAN:  I'm going to object to
21              the form of the question.  It also
22              mischaracterizes the document.
23                   You are also misrepresenting what
24              the table says because in the entry just
25              below -- above that it says, "4/30/1985,"
```

GolKow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 106 of 480

1         which is the end of the month, out of
2         service.
3              So you are mischaracterizing the
4         chart and I'd ask that you provide the
5         witness with accurate information,
6         please.
7              MS. O'LEARY:  I don't see where it
8         says "4/30" on this exhibit.
9              MR. DEAN:  It -- it does.  If you
10         look just above the entry you just read,
11         you didn't --
12              MS. O'LEARY:  Oh, that one?  Okay.
13              MR. DEAN:  Oh.  Yeah, that one.
14    A    I'm not the author of this chapter so I
15  have no comment.
16  BY MS. O'LEARY:
17    Q    Okay.  You mean, you don't know?
18    A    I don't know whether it was terminated at
19  this date or the other date or whether the other one
20  was correct.  I think the authors of the chapters
21  should answer that question.
22    Q    Okay.  And Professor Aral, could you go
23  back to the Tarawa Terrace chapter A report, which
24  should be marked as Government Exhibit 3?
25    A    Uh-huh.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 107 of 480

1        Q       And then go to page A27.

2        A       Yes.

3        Q       Okay.  Do you see a table A9 on that

4    page?

5        A       Yes.

6        Q       And it's labeled, "Summary of

7    model-derived values and observed data of

8    tetrachloroethylene at water supply wells Tarawa

9    Terrace, U.S. Marine Base Camp Lejeune, North

10   Carolina."

11              Did I read that correctly?

12       A       Yes.

13       Q       And the -- the data in this table, is

14   this the sort of data you were relying on when you

15   were building the models at Tarawa Terrace?

16       A       Yes.  This must be the data that we

17   relied on.

18       Q       Okay.  And do you agree that table A9

19   purports to summarize observed and model-simulated

20   values of PCE at the Tarawa Terrace water supply

21   wells?

22       A       Can you speak louder, please?

23       Q       Yeah, I'm sorry.

24              Do you agree that table A9 summarizes

25   observed and model-simulated values of PCE at the

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 108 of 480

1   Tarawa Terrace water supply wells?

2        A     Unless there's a typo -- typo error, it

3   must be the correct numbers.

4        Q     Okay.  And do you agree that according to

5   this table, between -- between January of 1952, so

6   the earliest date on this table --

7        A     Uh-huh.

8        Q     -- and December of 1987, PCE was detected

9   in only Tarawa Terrace 26.  So TT-26, TT-23 and

10  TT-25.

11             So looking at the column on, "Observed

12  data for PCE concentration."

13       A     Uh-huh.

14       Q     So --

15       A     Yes, I see that.

16       Q     All right.

17                 MS. BAUGHMAN:  I'm going to object

18             to the form.  That's not correct.

19  BY MS. O'LEARY:

20       Q     And so if we start with the section on

21  supply well TT-23, you agree there are detections of

22  PCE in TT-23?

23       A     Yes, I saw that.

24       Q     And do you agree that the highest PCE

25  detection on the table was 132 micrograms per liter,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 109 of 480

 1    and that's from January 16, 1985.

 2             Is that correct?

 3        A    That's correct.

 4        Q    And do you agree that for TT-23, there

 5    were non-detections, meaning no PCE detected, in

 6    February of 1985, in April of 1985, and July of

 7    1991?

 8                 MR. DEAN:  Object to the form.

 9        A    Yes, I see that here.

10    BY MS. O'LEARY:

11        Q    Okay.  And looking at the -- the next

12    supply well, so supply well TT-25, the next section.

13        A    Uh-huh.  Yes.

14        Q    Do you agree that the only PCE detection

15    in -- detections in TT-25 were 0.43 micrograms per

16    liter in September of 1985, and 23 micrograms per

17    liter in July of 1991?

18        A    Yes, I see that.

19        Q    Do you know what the "J" means next to

20    the "0.43"?

21        A    "J"?

22        Q    Yeah.  If you look at the entry for

23    September 1985 for supply well TT-25, the PCE

24    concentrations says, "0.43 J."

25        A    I didn't notice that even.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 110 of 480

1      Q      Okay.

2      A      I don't know what it means.

3      Q      Okay.  And do you agree that at supply

4  well TT-25, there were non-detections of PCE in

5  February, in April of 1985, as well as October,

6  November, and December of 1985?

7                    MR. DEAN:  Object to the form.

8      A      I see that.

9  BY MS. O'LEARY:

10     Q      Okay.  And at -- if we go down to supply

11 well TT-30, TT-31, TT-52, TT-54, TT-67, and RW1,

12 there are only non-detections of PCE listed.

13            Is that correct?

14     A      I see that, yes.

15     Q      But then for supply well RW2, there is a

16 detection.

17     A      I see that, yes.

18     Q      And that's in 1991?

19     A      Yeah.

20     Q      And then at supply well RW3, only a

21 non-detection.

22     A      Yes.

23     Q      Okay.  Could you go, in the same report,

24 so still Tarawa Terrace chapter eight, to page 40 of

25 this?

1          And the page A40, it should say -- the
2   label should say, "Concentration of
3   tetrachloroethylene, PCE, in finished water."
4        A     Yes.
5        Q     Do you see that?
6              All right.  In the first paragraph on the
7   left column that starts, figure A18 -- do you see
8   where I am?
9        A     Yes, I see that.
10        Q     All right.  The next sentence -- no, not
11   the next one.
12              About --
13        A     "A monthly listing of..." --
14        Q     Just a second.
15              All right.  Near the bottom of that first
16   paragraph --
17        A     Uh-huh.
18        Q     -- there's a line that starts with a
19   number, "1.3 micrograms per liter."
20              Do you see that?
21        A     Yes.
22        Q     Okay.  Right next to that, there's a
23   sentence that starts, "The PCE concentration of
24   finished water at the Tarawa Terrace Water Treatment
25   Plant is less than the PCE concentration of water

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 112 of 480

1  supply well TT-26 because the mixing model uses

2  water supplied to the water treatment plant from all

3  wells, contaminated and uncontaminated."

4              Do you see that?

5      A      That's correct.

6      Q      And do you agree that the PCE

7  concentration in water distributed from the Tarawa

8  Terrace Water Treatment Plant had lower PCE

9  concentrations than in TT-26?

10     A      We can look at the data.  If that's the

11  case, that might be.

12     Q      I mean --

13     A      Yeah.

14     Q      -- do you agree with what the document

15  says?

16     A      That's what the document says, yes.

17     Q      Okay.  Do you have any reason to think

18  that's not true?

19     A      No, I don't have any reason to think

20  that's not true.

21     Q      Okay.  And then in the same paragraph,

22  still on page A40 --

23     A      Yes.

24     Q      -- but a little farther up, there's a

25  line that starts -- it's the one, two, three, four,

1   five -- the seventh line down that's -- on the left
2   the first word is, "Period."
3       A     Okay.
4       Q     Okay.  At the end of that row, there's a
5   sentence that says, "PCE contamination of water
6   supply well TT-26 was the primary contributor to
7   contamination in the finished water of the water
8   treatment plant."
9           Do you agree that TT-26 was the primary
10  contributor of PCE contamination to Tarawa Terrace
11  Water Treatment Plant?
12      A     Yes, I do.
13      Q     And do you agree -- looking back at table
14  A6, which is on page A19, that according to the
15  ATSDR --
16              MR. DEAN:  Give him time to get
17          there, if you don't mind?
18              MS. O'LEARY:  Sure.
19  BY MS. O'LEARY:
20      Q     So this was A19.
21      A     Uh-huh.
22      Q     Okay.  Do you agree that this shows that
23  TT-26 had its service terminated in February of
24  1985?
25      A     Which table are we looking at?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 114 of 480

1    Q    A6.

2    A    A6.  Okay.

3    Q    So in the --

4    A    Yeah.

5    Q    Don't --

6         Service terminated TT-26, February 1985;

7    you agree?

8    A    Yup.

9    Q    Okay.  So if TT-26 was the primary

10   contributor of PCE to the Tarawa Terrace Water

11   Treatment Plant and it shut down in February of

12   1985 --

13   A    Uh-huh.

14   Q    -- do you agree that after that happened,

15   PCE concentrations at Tarawa Terrace Water Treatment

16   Plant would have significantly decreased?

17   A    Would have decreased, yes.  Significantly

18   or not it depends on the contributions of the other

19   wells.

20   Q    Well, if it's the primary contributor --

21   A    Yeah, of course.

22   Q    -- doesn't that make it significant

23   decreases?

24        MR. DEAN:  Object to form.

25   A    I don't think so.

1    BY MS. O'LEARY:

2         Q     Why not?

3         A     Because the contribution is not only

4    coming from TT-26 --

5         Q     Uh-huh.

6         A     -- but other wells as well.

7               We have to go back and look at all the

8    other contaminant concentrations in all the other

9    wells to see whether it's significant or not.

10        Q     Sure.  So if we go to table A9 again,

11   which was on page A27 --

12        A     Twenty-seven.

13              Okay.

14        Q     And -- and I think we went through this

15   earlier, but the highest detection of PCE at TT-23

16   was 132 micrograms per liter.

17              And at TT-25, the highest detection

18   before 1987 was 0.43 micrograms per liter.  And

19   there were no detections in any other wells before

20   1987 --

21        A     Uh-huh.

22        Q     -- is that correct?

23              And then if we look at --

24                    MR. DEAN:  You didn't read, with all

25              due respect, or for the record, that this

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 116 of 480

1          is "0.43 J."

2                    And 0.43 J, the "J" means estimated.

3                    THE WITNESS:  Okay.

4                    MS. O'LEARY:  I don't -- I don't

5          know that that's accurate.

6    BY MS. O'LEARY:

7          Q     But if we look then at supply well TT-26,

8    the highest concentration there, it looks like it's

9    1,580 micrograms per liter.  So almost -- more than

10   ten times higher than the next highest concentration

11   in a well.

12                  Do you agree?

13         A     Which one are you referring to?

14         Q     I'm on page A27, table A9?

15         A     Yes.

16         Q     All right.  So --

17         A     Okay.

18         Q     So if we look at TT-26 --

19         A     Yes.

20         Q     -- its highest concentration measured is

21   the 1,580 --

22         A     That's correct.

23         Q     -- micrograms per liter, and that's more

24   than ten times higher than the 132 micrograms per

25   liter, that's the highest measured concentration in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 117 of 480

1    another supply well before 1987.

2            Do you see that?

3        A    Which well are you comparing this 1580

4    number with?

5        Q    All of the other wells.

6        A    Can you speak louder, please?

7        Q    Yeah.  All the other wells.

8            But the specific --

9        A    All the other wells?

10       Q    Yeah.

11       A    Combined?

12       Q    No, not combined.

13           Individually.

14       A    Individually, they are less than 1580.

15       Q    I mean, more than ten times less than

16   1580, right?

17       A    Yeah.

18       Q    Okay.  And if you could go to page A18 --

19                MR. DEAN:  For the record, on page

20           A27, at the top in the definitions, under

21           the table A9, in parentheses, it gives a

22           definition of the "J."

23                It says, "Estimated."

24   BY MS. O'LEARY:

25       Q    And Professor Aral, are you on page A18?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 118 of 480

1    A    Yes.

2    Q    Okay.  And there's a large figure that

3  covers most of the page.  The text at the bottom is

4  where --

5    A    Okay.

6    Q    -- I'd like to direct your attention.

7         The column on the left, there's a

8  sentence that begins, "Once a well was put in

9  service."  It's the third line from the bottom.

10        Do you see that?

11   A    Yes.

12   Q    Okay.  So that says, "Once a well was put

13  in service, it was assumed to operate continuously

14  for modeling purposes until it was permanently taken

15  offline, the exception being temporary shutdowns for

16  longterm maintenance.  Breaks in continuous

17  operation, such as those for wells TT-26 and TT-53,

18  are also shown on figure A5 and are based on

19  documented information detailing periods of

20  maintenance for a specific wells."

21        Did I read that correctly?

22   A    You read that correctly.

23   Q    Is it true that in the ATSDR model,

24  Tarawa Terrace supply wells were modeled such that

25  they are assumed to operate continuously unless

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 119 of 480

1   there was documentation that they had been

2   temporarily shut down for maintenance?

3        A      That's correct.

4        Q      And if you could go onto page A20 of the

5   Tarawa Terrace report?

6               Can you go onto page --

7        A      A what?

8        Q      A20.

9               Just one -- two pages forward.

10       A      Okay.

11              Yes.

12       Q      And there's a figure A6 on the bottom.

13  Do you see that?

14       A      Yes.

15       Q      Okay.  It's labeled, "Total annual

16  groundwater pumpage at water supply wells, 1952 to

17  1987, Tarawa Terrace and vicinity, U.S. Marine Corps

18  Base Camp Lejeune, North Carolina."

19              And --

20       A      You have to speak sl- --

21       Q      Yeah.

22              On this table --

23       A      Yeah.

24       Q      -- A6, is -- is this showing -- I guess

25  my first question is:  What is pumpage of a water

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 120 of 480

1    supply well?

2        A    The amount of water contributed to water

3    treatment plant.

4        Q    Okay.  So is table A6 showing the amount

5    of water that the -- at the Tarawa Terrace Water

6    Treatment Plant that the ATSDR model had coming from

7    each well at each year?

8        A    At each year at each --

9        Q    For each --

10       A    -- pumping --

11       Q    -- well?

12       A    Yeah, okay.

13            Yes.

14       Q    Okay.  And do you agree that in looking

15   at A6, TT-26 and TT-23 are not modeled as

16   contributing any water to the Tarawa Terrace Water

17   Treatment Plant in 1986 and 1987?

18       A    That's right.

19       Q    Okay.  And so the wells where

20   contamination was detected before 1987, we had

21   TT-26, TT-23, and TT-25.

22            Is that correct?

23       A    Uh-huh.  Yes.

24       Q    Okay.  So according to figure A6, for

25   1986 and 1987, the only well that the ATSDR's Tarawa

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 121 of 480

1    Terrace model of those three that was still pumping

2    was TT-25.

3              Is that right?

4         A    Repeat that question, please?

5         Q    Yeah.  So on figure A6, for just the last

6    two years, 1986 and 1987 --

7         A    Yes.

8         Q    -- of -- of the three wells where

9    contamination was found before 1987, the only one

10   that the ATSDR model had as contributing water to

11   the Tarawa Terrace Water Treatment Plant in '86 and

12   '87, was TT-25.

13             Is that correct?

14        A    TT-25?

15             TT-25, yes.  It's contributing, according

16   to this figure, yes.

17        Q    But TT-26 and TT-23 are not --

18        A    Are not.

19        Q    -- correct?

20        A    Yes.

21        Q    Okay.  And TT-25 was the well that had

22   the only detection before 1987 of PCE was 0.43

23   micrograms per liter with the "J"?

24        A    Yes.

25        Q    Still in Tarawa Terrace chapter A, so the

1    same exhibit, but could you go to page A93?

2        A    Yes.

3        Q    All right.  So this is -- says it's

4    appendix A2.

5             I'll give you a minute to get to that.

6    All right.

7             So we are looking at appendix A2, where

8    it says, "Simulated tetrachloroethylene and its

9    degradation by-products in finished water, Tarawa

10   Terrace Water Treatment Plant, January 1951 to

11   March 1987, continued."

12            So is this the simulated P- -- or

13   contaminant concentration levels from the ATSDR's

14   Tarawa Terrace model?

15       A    It has -- this -- this table includes the

16   MT3DMS results as -- also, TechFlowMP results.

17       Q    Okay.  But both of those aren't, like --

18   those are the simulated concentrations from the

19   Tarawa Terrace water model; is that correct?

20       A    That's correct.

21       Q    All right.  So if I -- the column on the

22   left is called "Stress periods."  And I want to look

23   at the -- the last two.  So four, 30 -- well,

24   actually, not quite the last -- the last three.  433

25   and 434, that say they are January 1987 and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 123 of 480

1    February 1987.

2              Do you see that?

3        A    Yes.

4        Q    And do you agree on the MT3D model, those

5    show PCE concentrations of 17.85 micrograms per

6    liter and 18.49 micrograms per liter?

7        A    Yes.

8        Q    And on the TechFlowMP version, it shows

9    8.28 micrograms per liter and 8.71 micrograms per

10   liter of PCE.

11       A    Yes.

12       Q    Okay.  And these levels in appendix A2,

13   that's at the water treatment plant; correct?

14   That's all of the wells' contributions, combined?

15       A    Yes.

16       Q    So the only well contributing in this

17   simulation where there was a detection of PCE is

18   TT-25, right?

19       A    According to the earlier pumpage records.

20       Q    Okay.

21       A    TT-25 --

22       Q    Yeah.

23       A    -- is there, TT-28 is there, TT-54 is

24   there --

25       Q    Uh-huh.

1      A      -- and TT-27 is there.  That's what I
2  see.
3      Q      Okay.  And -- but of those wells, it was
4  only TT-25 that had a detection of PCE?
5      A      In terms of site observations --
6      Q      Right.
7      A      -- or in terms of simulated results?
8      Q      In terms of site observations.
9      A      That's what was on the table, yes.
10     Q      Okay.  We can set aside Tarawa Terrace
11  chapter A for a few minutes.
12     A      Okay.
13             MS. O'LEARY:  If you can grab seven.
14             (Whereupon, Government's Exhibit Aral
15             8, December 2004 Report by AH
16             Environmental Consultants, Inc., was
17             marked for identification.)
18  BY MS. O'LEARY:
19     Q      So Professor Aral, Government Exhibit 8
20  should be -- it looks like a report that's labeled,
21  "ATSDR Support Estimation of VOC Removal, Marine
22  Corps Base Camp Lejeune."
23             And it says the date is December 2004,
24  and it's by AH Environmental Consultants, Inc.
25             Do you see that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 125 of 480

1      A      Yes.

2      Q      Have you ever seen a report from AH

3   Environmental Consultant, Inc.'s [sic]

4   about estimating VOC removal ATSDR -- for ATSDR

5   before?

6      A      I don't recall that.

7      Q      Okay.  Can you go to -- this one is

8   numbered interestingly -- but page five, dash,

9   one -- you know what might be easiest, do you see

10  the -- there's little numbers at the bottom that

11  all -- right --

12     A      Yeah.

13     Q      -- that start, "CLJA water modeling,"

14  yeah.  Can you go to the page where the last part of

15  that is -71486?

16     A      Yes.

17     Q      Okay.  So this is labeled, "Summary," and

18  it --

19     A      Uh-huh.

20     Q      -- says, "Where MCB Camp Lejeune is

21  currently the subject of an epidemiological study by

22  the ATSDR to ascertain the health impacts of certain

23  VOCs including TCE and PCE, which were present in

24  the Hadnot Point, Tarawa Terrace, and Holcomb

25  Boulevard water supply systems in the early 1980s.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 126 of 480

1    AH assisted in the development of referenced

2    estimates of the VOC removal rates that might have

3    occurred within the treatment units that existed at

4    the three plants during 1968 to 1985."

5            Were you aware that AH Environmental

6    had -- had assisted in the development of referenced

7    estimates of VOC removal rates that might have

8    occurred at the treatment plants?

9        A    No, I have not.

10       Q    Okay.  And the same page, the third

11   paragraph, it says, "The calculations revealed that

12   VOC removal due to volatization -- volatilization

13   from quiescent basins was negligeable at MCB Camp

14   Lejeune.  The only significant VOC removals must

15   have occurred at the spiractor effluent pipe where

16   the falling water undergoes some aeration.

17   Considering the uncertainty in the estimates for the

18   fall height over the weir formed by the pipe, the

19   removal for TC- -- removals -- excuse me -- for TCE

20   and PCE were likely to be less than 15 percent."

21       A    Yes.

22       Q    Do you agree that the date range

23   referenced in this page, the 1968 to 1985, that

24   corresponds to the epidemiological study that the

25   Tarawa Terrace water modeling was supporting?

1      A      The period of "epi" study -- yes, that's

2   what it was.

3      Q      Okay.  And -- so do you agree that this

4   report is saying that AH Environmental, who authored

5   it, estimated VOC losses of TCE and PCE from

6   spiractors at the water treatment plant would be

7   significant, though they estimated them as less than

8   15 percent?

9               MR. DEAN:  Object to the form of the

10              question.  Out -- this is not something

11              for which this witness has opined on.

12      A      I haven't seen this report before.  I

13   haven't seen these calculations before so I can't

14   answer that question.

15              MS. O'LEARY:  Okay.  Can we get --

16              you can set this aside for a minute.  And

17              could we get 60, please?

18               This will be Government Exhibit 9.

19              (Whereupon, Government's Exhibit Aral

20              9, ATSDR's Chapter F, "Simulation of

21              the Fate and Transport of

22              Tetrachloroethylene, PCE, for Tarawa

23              Terrace," was marked for

24              identification.)

25

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 128 of 480

1    BY MS. O'LEARY:

2         Q    So Professor Aral I've handed you

3    Government Exhibit 9, that appears to be the ATSDR's

4    chapter F, "Simulation of the Fate and Transport of

5    Tetrachloroethylene, PCE, for Tarawa Terrace."

6         A    Yes.

7         Q    Do you agree that's what this exhibit --

8         A    Yeah.

9         Q    -- appears to be?

10             Okay.  And can you go to page F42?

11        A    Yes.

12        Q    All right.  Professor, in the column on

13   the left, it says, "Level four calibration."

14             Do you see that?

15        A    Yes.

16        Q    Okay.  After that, it says, "The final

17   stage of model calibration employed a simple mixing

18   flow-weighted average model to compute PCE

19   concentrations delivered to the Tarawa Terrace Water

20   Treatment Plant from all active water supply wells

21   and, subsequently, to the Tarawa Terrace water

22   supply network.  For each stress point month of the

23   simulation period, from January 1951 to

24   December 1994, the PCE concentration simulated at

25   each active water supply well is weighted by the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 129 of 480

1   respective well discharge to compute a

2   weighted-average PCE concentration.  This

3   weighted-average concentration was considered the

4   monthly average PCE concentration delivered to the

5   Tarawa Terrace Water Treatment Plant."

6       A    Yes.

7       Q    One question:  When this mentions "well

8   discharge," does that mean the water coming out of

9   the well and going to the water treatment plant?

10      A    Yes.

11               MR. DEAN:  Object to the form.

12      A    Yes.

13  BY MS. O'LEARY:

14      Q    And do you agree that a -- a simple

15  mixing flow-weighted average has no calculation

16  where contaminants in the water coming out of a well

17  are lost from the water supply before being

18  distributed?

19      A    Can you repeat that --

20      Q    Sure.

21      A    -- question.

22      Q    Do you agree that a simple mixing

23  flow-weighted average --

24      A    Uh-huh.

25      Q    -- calculation does not have a

1    calculation where contaminants in the water from

2    wells is lost in the water treatment plant?

3                    MR. DEAN:  Object to the form.

4        A    Where -- where does the loss come into

5    this calculation --

6                    MR. DEAN:  That's --

7        A    -- in your understanding?  I don't

8    understand that.

9    BY MS. O'LEARY:

10       Q    I don't -- I'm not trying to suggest it

11   does, Professor Aral.  I'm trying to confirm that --

12   I'm understanding correctly that there is no loss

13   calculation of contaminants in a simple mixing

14   flow-weighted average calculation.

15                    MR. DEAN:  Object to the

16              statement --

17       A    At the water treatment plant?

18   BY MS. O'LEARY:

19       Q    At the water treatment plant?

20       A    Yeah.  Yeah.  That's what it means.

21       Q    Okay.  So you would agree that in a

22   simple mixing flow-weighted average calculation,

23   no -- no contaminants that enter the water treatment

24   plant are modeled to be lost in the water treatment

25   plant?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 131 of 480

1          MR. DEAN:  Object to form.

2     A     Well, that's -- what numbers are we using

3 to calibrate the water treatment plant database is

4 important here.  But that equation does not include

5 contaminant losses, definitely.

6 BY MS. O'LEARY:

7     Q     Okay.  Would you agree that a simple

8 mixing flow-weighted average does not have any

9 calculation to simulate physical processes whereby

10 contaminants could be loss in treatment?

11    A     That's correct.

12    Q     Okay.  Professor Aral, do you agree that

13 the ATSDR Tarawa Terrace model simulated PCE

14 concentrations in water coming out of the water

15 treatment plant as the same as the mixture of water

16 entering the water treatment plant?

17    A     It depends on the data available.  If the

18 data we have used or ATSDR has used is the treated

19 water, that's the -- that should include the losses

20 that is happening in the water treatment --

21    Q     Uh-huh.

22    A     -- plant.  If not, it's just the entry

23 concentrations.

24    Q     My question is -- is about how the model

25 function not about which data it was calculated to.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 132 of 480

1       A       The mixing model does not include any
2   loss effects.
3       Q       Okay.  And the mixing model is what was
4   used to simulate the water treatment plant in the
5   ATSDR's model; is that correct?
6       A       That's correct.
7       Q       If we go back to Exhibit 8, which was
8   that report from AH Environmental --
9       A       Yes.
10      Q       -- it's the one that had on page 5-1, but
11  it's -- at the bottom right -- -71486.
12      A       Yes.
13      Q       Okay.  That last paragraph, the last
14  sentence, is where it says, "Considering the
15  uncertainty and the estimates over the fall height
16  from weir formed by the pipe, the removals for TCE
17  and PCE were likely to be less than 15 percent."
18              Now, I understand you, you know,
19  you haven't --
20      A       You have to speak louder, please.
21      Q       Sure.
22              So I understand you didn't -- you haven't
23  seen this report before.  I just have a -- a
24  question about, you know, what could be done on the
25  Tarawa Terrace model.

Golkow Technologies,
877-370-3377           A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 133 of 480

1            Could you have applied a percentage
2    reduction to the numbers that come out of the Tarawa
3    Terrace mixing model?
4                 MR. DEAN:  Object to the form of
5            the --
6        A     Arbitrarily?
7                 MR. DEAN:  -- question.
8    BY MS. O'LEARY:
9        Q     Well, no.  Not arbitrarily --
10       A     I mean --
11       Q     -- but -- but could you -- I mean, just
12   as a calculation, could that have been done?
13       A     Right.
14                MR. DEAN:  Object to the form.
15       A     We -- we wouldn't do that.
16   BY MS. O'LEARY:
17       Q     What do you mean?
18       A     We wouldn't --
19       Q     Who is "we"?
20       A     We wouldn't apply a certain percentage of
21   loss, in quotes, arbitrarily to any computation of
22   our environment.
23       Q     I -- I understand that.  I don't mean to
24   suggest you would.
25                My -- my question is though, like, if the

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 134 of 480

1    ATSDR had, you know, told you that they estimated
2    treatment losses at a certain percentage, could you
3    have applied that percentage to reduce the simulated
4    values?
5         A     We wouldn't do that.
6         Q     Why not?
7         A     Because we have to compute something that
8    we use.  It's that -- simple as that.
9         Q     What do you mean you have to compute
10   something you use?
11        A     If there's a certain loss in a process --
12        Q     Uh-huh.
13        A     -- we have to model that, understand that
14   process, and that process gives us a certain
15   percentage of loss.  And then we can use that number
16   as the outcome of treatment at water --
17        Q     Okay.
18        A     -- treatment plant.
19        Q     So if someone else had calc- -- had
20   calculated what that would be, you could have used
21   it?
22        A     In ATSDR calculations on Camp Lejeune, we
23   never relied on somebody else's calculations, we
24   relied on our calculations.
25        Q     Right.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 135 of 480

```
1        A      You just said --
2        Q      Well, I'm --
3        A      -- if somebody else --
4        Q      Uh-huh.
5        A      -- has calculated something, wouldn't you
6   have used it?
7               My answer is no.
8        Q      But couldn't someone -- some other part
9   of ATSDR other than MESL have done that and given it
10  to you to --
11       A      If --
12       Q      -- use?
13       A      If they had done an analysis of that,
14  yes, of course.
15       Q      Okay.  And would you expect to see gains
16  in contaminant concentrations going through a water
17  treatment plant?
18       A      That's very unusual.
19       Q      Why is that very unusual?
20       A      If you treat some chemical through a
21  treatment plant, it's supposed to reduce the
22  concentration.
23       Q      Okay.  And Professor Aral, would you like
24  to take a -- a break or would you like to keep
25  going?
```

GolKow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 136 of 480

```
 1      A     I'm okay.

 2      Q     Okay.

 3                  MS. BAUGHMAN:  I think we are having

 4            lunch at noon so you want to keep going

 5            for 20 minutes?

 6                  MS. O'LEARY:  Sure.

 7                  MS. HORAN:  Can we just take a

 8            two-minute break for water and then can

 9            take a break in 20 minutes for our lunch

10            break?

11                  MS. BAUGHMAN:  Sure.

12                  MS. O'LEARY:  All right.  Can we go

13            off record for -- just briefly.

14                  THE VIDEOGRAPHER:  The time right

15            now is 11:39 a.m.  We are off the record.

16                  (Whereupon, there was a recess taken

17                  from 11:39 a.m. to 11:39 a.m.)

18                  THE VIDEOGRAPHER:  The time right

19            now is 11:39 a.m.  We are back on the

20            record.

21                  MS. O'LEARY:  Thank you.  Professor

22            Aral, we are going to stay in the same

23            exhibit, it's the Tarawa Terrace chapter

24            A report.

25                  Oh, sorry.  I guess that's not the
```

 1              same, is it?  It's going back from the
 2              environmental report.  It should be -- it
 3              should have --
 4                   THE WITNESS:  Chapter A?
 5                   MS. O'LEARY:  Chapter A.  It
 6              should have a sticker that says --
 7                   THE WITNESS:  Exhibit 3?
 8                   MS. O'LEARY:  -- Government
 9              Exhibit -- yes.
10                   THE WITNESS:  Okay.
11                   MS. O'LEARY:  You are ahead of me.
12                   THE WITNESS:  Okay.
13   BY MS. O'LEARY:
14        Q    Okay.  Can you go to page A26 in the --
15   you should see a table A8.
16        A    Yes.
17        Q    Okay.  So this table, it says it's a,
18   "Summary of calibration targets and resulting
19   calibration statistics for simulation models used to
20   reconstruct historical contamination events at
21   Tarawa Terrace and vicinity, U.S. Marine Base Camp
22   Lejeune, North Carolina."
23              And the question I have for you is about
24   the third line.  So the column on the left says
25   there's a "calibration level" and then next to it it

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 138 of 480

1   says "analysis type."

2           So the Calibration Level 3 says it's,

3   "Contaminant fate and transport supply wells."

4           Do you see that?

5       A    Yes.

6       Q    And then is -- is this saying that the

7   calibration target for contaminant fate and

8   transport at the supply wells was one half order of

9   magnitude or model bias ranging from 0.3 to 3?

10      A    That's what it says, yes.

11      Q    Okay.  And is it -- is it saying if you

12  look at number four the calibration level four --

13              (Whereupon, the court reporter

14              requests clarification.)

15  BY MS. O'LEARY:

16      Q    The calibration level four, is it saying

17  the -- for the mixing model treated water at the

18  water treatment plant --

19              (Whereupon, the court reporter

20              requests clarification.)

21  BY MS. O'LEARY:

22      Q    Treated water at the water treatment

23  plant, the calibration target is the same as in

24  contaminate fate and transport at supply wells.  So

25  that plus or minus one half order of magnitude or

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 139 of 480

1    model bias ranging from 0.3 to 3.

2         A     Yes, I see that.

3         Q     Okay.  Is --

4                    MR. DEAN:  For the record, the

5               document reflects that there are two

6               footnotes.  Specifically, footnote number

7               two that's applicable to calibration

8               levels three and four and you did not

9               point that out to the witness.

10                   MS. O'LEARY:  Okay.  That -- that

11              footnote says there's more details in

12              chapter F report; correct?

13                   MR. DEAN:  Correct.

14                   MS. O'LEARY:  Yeah.

15   BY MS. O'LEARY:

16        Q     So Professor Aral, you said that's what

17   the table says.  Is that your understanding of what

18   the calibration targets for calibration levels three

19   and four were, the plus or minus one half order

20   magnitude or model bias ranging from 0.3 to 3?

21        A     That's what the table says, yes.

22        Q     But I mean, from your memory, is that

23   what they in fact were, the calibration targets?

24        A     I think we looked at the ensemble of what

25   we see at the water treatment plant as opposed to

Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 140 of 480

1    specific numbers being in a certain range.

2         Q     Is that at Hadnot Point or Tarawa

3    Terrace, where you looked at the ensemble?

4         A     I think with respect to mixing model, it

5    was also Tarawa Terrace.

6         Q     Would that be in the Tarawa Terrace

7    reports somewhere?

8         A     I don't recall.

9         Q     If we could go to -- this will be 60,

10   which is Exhibit 9, that you should have.  It's the

11   chapter F report.

12        A     Yes.

13              Okay.

14        Q     Okay.  On page 33 --

15              MR. DEAN:  F33?

16              MS. O'LEARY:  That's right.

17              MR. DEAN:  Okay.

18   BY MS. O'LEARY:

19        Q     And...

20        A     Yes.

21        Q     Okay.  So Professor Aral, on F33, on the

22   left-hand side you should see a table F13.

23              Do you see that?

24        A     Yes.

25        Q     Okay.  And then -- oh, I'm sorry.  I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 141 of 480

1  directed you slightly off.

2           Can you go back one page to F32?  So just

3  the previous page.

4           Okay.  Underneath the table there,

5  there's some text.  And in the column on the left

6  there's a paragraph that begins, "Simulated and

7  corresponding observed PCE concentrations at Tarawa

8  Terrace and local water supply wells are listed in

9  table F13 and are portrayed in this report as a

10  scatter diagram, F12, and as time-series graphs at

11  individual wells, figures F13 to F17."

12           Do you see that?

13      A    Yes.

14      Q    And then if we go onto the next page, we

15  have F13, the table.

16           Do you see that?

17      A    Yes.

18      Q    And then there's a figure 12 as well on

19  F33.

20      A    Yes.

21      Q    Do you see that?

22           Okay.  So do you agree that table F13

23  shows all of the supply well observed PCE

24  measurements that were used for calibrating, in

25  level three, the contaminant fate and transport

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 142 of 480

1    model?

2         A     Can you speak louder, please?

3         Q     Yeah.

4               Do you agree that table F13 --

5         A     Yes.

6         Q     -- shows the supply well observed

7    measurements that were used for calibrating the

8    contaminant fate and transport models, so level

9    three?

10        A     I believe so, yeah.

11        Q     Okay.

12        A     I mean, I have to check every one of them

13   separately.  If they have made a typo error, I'm not

14   sure.

15        Q     Okay.  Do you have any reason to think

16   they have made a typographical --

17        A     I don't --

18        Q     -- error?

19        A     -- think so.

20        Q     And as you look at table F13, do you

21   agree that these observed measurements are only from

22   the years 1984, 1985, and 1991?

23        A     Where did you see the '84?  I didn't see

24   the '84.

25        Q     Actually, right.  I don't see the 1984.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 143 of 480

1          So only 1985 and 1991?

2      A      That seems correct.

3      Q      Okay.  So if this table is the observed

4  measurements that were used for calibrating

5  contaminant fate and transport --

6      A      Yes.

7      Q      -- does that mean the Tarawa Terrace fate

8  and transport model was calibrated without observed

9  concentrations from 1953 to 1984?

10     A      That's correct.

11              MS. O'LEARY:  Then can we get 59?

12              (Whereupon, Government's Exhibit Aral

13              10, Document, was marked for

14              identification.)

15              MS. O'LEARY:  There you go.  This

16          will be Government Exhibit 10.

17  BY MS. O'LEARY:

18     Q      And if you could go to page A10, please?

19     A      Yes.

20     Q      So there -- table E5 there says --

21     A      Yes.

22     Q      -- "Summary of selected analyses for

23  tetrachloroethylene, PCE; trichlorethylene, TCE; and

24  total dichloroethylene, DCE; and water samples

25  collected at monitor wells during ABC One-Hour

1  Cleaners operable units one and two, and by the
2  North Carolina Department of Natural Resources and
3  Community Development, Tarawa Terrace and vicinity,
4  U.S. Marine Base Camp Lejeune, North Carolina."
5          Do you see that?
6      A    Yeah.
7      Q    Am I correct in understanding that these
8  PCE and TCE measurements from monitor wells around
9  ABC One-Hour Cleaning -- Cleaners, excuse me, were
10 not used in calculating the fate and transport model
11 of Tarawa Terrace?
12     A    If I recall this report, there were 36
13 databases that were used.  And if this is the 36
14 database that -- that existed in that analysis, that
15 must be it.
16     Q    Well, if -- if you go back to Exhibit 9,
17 which was chapter F that we were just looking at, we
18 were just looking at table F13.  So that was on page
19 F33.
20     A    Okay.  I think this table refers to
21 monitoring wells, the other table refers to pumping
22 wells.
23     Q    To supply wells, right?
24     A    Supply wells.
25     Q    Yes.  And so am I correct in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 145 of 480

1  understanding that these monitoring well

2  measurements in table E5 were not used in

3  calibrating the fate and transport model?

4      A     I think you should ask the author of

5  that.

6            As far as I know, the numbers of wells

7  that were used in calibrating this model was 36.

8  And that was the total available database at the

9  site at that time.

10     Q     Right.  So just -- if we go back to table

11  F13, that was on page F33, there are 36 entries --

12     A     Okay.  So --

13     Q     -- in that table?

14     A     Okay.  If that's the case, then that's

15  the 36 number that is coming to my mind.

16     Q     So that's all that was used for

17  calibrating --

18     A     Right.

19     Q     -- the fate and transport model?

20            MR. DEAN:  Object to the form.

21     A     That was reported in chapter F as such,

22  yes.

23  BY MS. O'LEARY:

24     Q     Okay.  And I'm going to go back to Tarawa

25  Terrace chapter A.  And --

1          MR. DEAN:  I feel like I'm playing
2      tennis.
3  BY MS. O'LEARY:
4      Q    -- page A16.
5           So I have some questions for you about
6  mass loading at Tarawa Terrace.
7      A    Yes.
8      Q    Okay.  On page A16, there is a figure,
9  figure A3 that says it's a, "Chronology of events
10 related to supply and contamination of drinking
11 water, Tarawa Terrace and vicinity."
12          Do you see that?
13     A    Yes.
14     Q    Okay.  I see in figure A3 in -- there's
15 an entry for 1953 that says "ABC One-Hour Cleaners
16 begins operations using existing ST-STA" --
17          (Whereupon, there was an
18          interruption.)
19 BY MS. O'LEARY:
20     Q    -- "ST-STA for disposal of wastewater."
21          Do you see that?
22          It's --
23     A    Okay.
24     Q    -- here.
25     A    Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 147 of 480

1     Q    Okay.  Was the start date of ABC Cleaners

2  used as an input in the Tarawa Terrace water models?

3     A    I think it was 1953.

4     Q    Okay.  Was that input as a start of mass

5  loading date in the Tarawa Terrace models?

6     A    Yes.

7     Q    Okay.  Is the start of the mass loading

8  significant to the output of the model?

9               MR. DEAN:  Object to the form.

10     A    It affects the output, yes.

11  BY MS. O'LEARY:

12     Q    Okay.  And did you -- no.

13            If I look again at figure A3, it says, in

14  the -- the third bar down on the left, around

15  1960 --

16     A    Uh-huh.

17     Q    -- the's an entry that says "1960s ABC

18  One-Hour Cleaners installs floor drain to septic

19  system."

20            Do you see that?

21     A    Yes.

22     Q    Okay.  Did ABC -- did the ATSDR model of

23  Tarawa Terrace include changes in the mass loading

24  rate of PCE?

25     A    Mass loading rate in our models were

1  calibration parameters.  That's what we did in

2  calibration, used numbers to adjust the mass loading

3  rate to match the water --

4                  (Whereupon, the court reporter

5                  requests clarification.)

6      A      -- match the water treatment plant

7  concentrations.

8  BY MS. O'LEARY:

9      Q      Okay.  But the input that was used in the

10  calibrated TT-model for mass loading of PCE --

11      A      Uh-huh.

12      Q      -- was that constant throughout the

13  Tarawa Terrace model timeframe from when it started

14  to when it stopped?

15      A      That's correct.

16      Q      Okay.  So does that mean the model did

17  not have any change in mass loading that would

18  correspond to this ABC One-Hour Cleaners installing

19  floor drain to septic system?

20      A      That -- that's a internal process where

21  the contaminants gets into the aquifer system.  We

22  are not looking at the internal processes of how

23  contaminants are manipulated in the ABC cleaners.

24  We are interested in what is discharged into the

25  aquifer as a dilute phase contaminant level.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 149 of 480

1    Q    So if ABC Cleaners changes where they --
2    where they discharged their -- you know, whatever
3    waste had the PCE, if that changed location,
4    wouldn't that change how the contaminant moved
5    through the aquifer?
6                    MR. DEAN:  Object to the form of the
7            question.
8    A    I mean, if you are talking about acres of
9    land and you are talking about distances of miles,
10   kilometers, discharge points separately discharging
11   into an aquifer, it would affect the groundwater
12   models.  But ABC Cleaners is -- I assume is a point
13   in our modeling idealization.
14   BY MS. O'LEARY:
15   Q    What do you mean, is a point in our
16   modeling idealization?
17   A    In modeling we use mesh -- meshes.  We
18   describe the aquifer in terms of blocks of
19   subsurface environments --
20   Q    Uh-huh.
21   A    -- that we input parameters that we know
22   are coming from the -- either the aquifer database
23   or the source database.  This model is so large that
24   the ABC Cleaners entry point is just a point on that
25   mesh.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 150 of 480

1    Q    And -- and --

2    A    It can't be more than that.

3    Q    So if I understand correctly, then it

4    spreads through the mesh according to the way the

5    model operates?

6    A    That's correct.

7    Q    Okay.  But AB- -- but the model had just

8    constant mass loading?

9    A    Yes, constant mass loading.

10   Q    Okay.

11   A    Whatever the calibrated value was.

12   Q    Uh-huh.  And we are going to go back to

13   chapter F again, which is Exhibit 9.

14   A    Okay.

15   Q    And to page 12.

16   A    F12 --

17   Q    Yes.

18   A    -- did you say?

19   Q    And there's a table on the left, and on

20   the right there's text.

21   A    Okay.

22   Q    Okay.  That column on the right, at the

23   top it says, "ABC One-Hour Cleaners always used PCE

24   in its dry cleaning operations beginning during 1953

25   when the business opened.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 151 of 480

1           "Hoff (phonetic) and" --

2               (Whereupon, there was an

3               interruption.)

4               (Whereupon, the court reporter

5               requests clarification.)

6      BY MS. O'LEARY:

7          Q     Yeah.

8               "...when the business opened.

9               "Hoff and Higley PA (phonetic) deposition

10     of Victor John Milts (phonetic) written

11     communication April 12, 2001.

12               "A primary pathway of contaminants from

13     drive cleaning operations at ABC One-Hour Cleaners

14     to the soil and subsequently to groundwater was

15     apparently through a septic tank soil absorption

16     system to which ABC One-Hour Cleaners discharged

17     waste and wastewater."

18               And it says, "Shriver 1985 reported that

19     an inspection of the PCE storage area at ABC

20     One-Hour Cleaners indicated that PCE releases could

21     and did enter the septic system through a floor

22     drain probably as a result of spillage in the

23     storage area."

24               That's Roy F. Weston Inc. 1994.  In

25     addition -- F. Weston, Inc., 1994.

1        "In addition, spent PCE was routinely
2    reclaimed using a filtration distillation process
3    that produced dry still bottoms which, until about
4    1982" -- I'm going to skip the parenthetical -- "or
5    1984 and 1985, were disposed of on site generally by
6    filling potholes in a nearby alleyway."
7        So do you agree that on this cat- -- this
8    description in chapter F, the septic soil -- tank
9    soil absorption system around ABC Cleaners was a
10   primary pathway of contaminants from the dry
11   cleaning operations?
12       A    Yeah.  Probably.  Yes.
13       Q    Okay.  And are you aware based on -- you
14   know, does it follow from what this paragraph said
15   that ATSDR knew that ABC One-Hour Cleaners still
16   waste was disposed of outside until 1982 or 1984 or
17   1985?
18       A    In terms of location that doesn't make
19   any difference for us.
20       Q    But that -- that -- that is what ATSDR
21   knew about disposal practices; correct?
22       A    It seems so, yeah.
23                 MR. DEAN:  Objection to form.
24   BY MS. O'LEARY:
25       Q    Okay.  If the -- does the time when ABC

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 153 of 480

1    Cleaners stopped disposing of their solid still
2    waste outside affect how the model performs in terms
3    of accuracy?

4            So what I mean is if -- you know, if the
5    ABC Cleaners stopped disposing of their solid still
6    waste in potholes in 1982, would that be expected to
7    reduce modeled contaminant concentrations?

8                    MR. DEAN:  Object -- object to the
9            form.

10   A    If you are referring to how we model the
11   discharge from the ABC Cleaners, we looked at two
12   different applications.  One of them discharging at
13   a point in the saturated zone --

14   BY MS. O'LEARY:

15       Q    Uh-huh.

16       A    -- that's the MT3DMS model --

17       Q    Uh-huh.

18       A    -- application.  The other one is the
19   discharging of the ABC Cleaners contaminants in
20   the -- in the unsaturated zones of the aquifer.
21   That's the TechFlowMP model.

22           So we looked at two different cases but
23   both of them on a large scale map in a idealization
24   that we have used is just a point.

25       Q    Okay.  And so that's one point.  Is that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 154 of 480

1    on the boundary of one of the 50 by 50-foot, like,

2    squares --

3         A    Yeah.

4         Q    -- in the mesh?

5         A    Yeah.

6         Q    Okay.  I have a question about the

7    calibration process for mass loading at --

8         A    Okay.

9         Q    -- Tarawa Terrace.

10             So this is on page -- to start on page

11   F30 of chapter F, which is Exhibit 9.

12        A    Okay.

13             Okay.

14        Q    All right.  So there's text underneath

15   the figure on that page.

16             Do you see that?

17        A    F11?

18        Q    No, I'm sorry.

19             F30.

20        A    Yeah.  F30, yeah.

21        Q    F30.  Okay.

22             So the text at the bottom of that page --

23        A    Yeah.

24        Q    -- in the column on the right-hand side

25   near, sort of, the middle there's a sentence that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 155 of 480

1    begins, "The initial mass loading rate."

2              Do you see that?

3         A    Yes.

4         Q    Okay.  It says, "The initial mass loading

5    rate applied to the model was 230 grams per day and

6    was adjusted upward during model calibration.  The

7    final calibrated mass loading rate was 1200 grams

8    per day."

9              And I was wondering why did you start

10   with 230 grams per day?

11        A    I think it was estimated the volume of

12   discharge from a cleaner operation.

13        Q    Like, an average cleaner operation or --

14        A    No.  Beginning operation -- beginning

15   value for a calibration application.

16        Q    Specific to a dry cleaner?

17        A    Yeah.

18        Q    Okay.  And how did you end up at

19   1200 grams per day?

20        A    Oh, we -- calibration means that.  You

21   adjust the parameter values to match the field data.

22   So to get to the field data we observed in water

23   treatment plant we had to increase the mass loading

24   rates to that level.

25        Q    Okay.  And staying in chapter F, if you

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 156 of 480

1    can just go back to page F28?

2         A      Okay.

3         Q      And there's a section in the column on

4    the right that's got the heading "Biodegradation."

5                Do you see that?

6         A      F23, did you say?

7         Q      F28?

8         A      Twenty-eight.

9                Yes.  Yes.

10        Q      So under, "Biodegradation," it says,

11   "Reductions of PCE concentration reported at water

12   supply well TT-26 between September 1985 and

13   July 1991, table F2, probably occurred largely by

14   microbial mediated degradation such as reductive

15   dechlorination."

16                And does that mean that biodegradation is

17   called biodegradation because it involves microbes

18   in the processes?

19        A      Yes.

20        Q      Okay.  And does biodegradation rates of

21   PCE depend on anything?

22                What I mean is, is the biodegradation

23   rate of PCE always the same?

24        A      Probably changes by temperature.

25        Q      Okay.  Would it vary by what microbes are

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 157 of 480

1    in the environment where the PCE is?

2         A    I think biodegradation, referred to here,

3    is the biodegradation of the chemical itself.

4         Q    Right.  Of -- of like --

5         A    Right.

6         Q    -- PCE into --

7         A    Right.

8         Q    -- TCE and on?

9         A    Right.

10        Q    Yeah.  So -- so my questions are about

11   the rate that that happens.

12        A    Uh-huh.

13        Q    So, you know, you mentioned temperature

14   might affect that rate.

15        A    Right.

16        Q    What else would affect the biodegradation

17   rate of PCE?

18        A    Microbes are used sometimes to treat the

19   contaminants.  So my understanding is that the

20   microbes in the aquifer affects the concentration

21   values that is out there.

22        Q    That's my last question on that area for

23   a minute.  Moving onto some questions about other

24   parameters that were input into the Tarawa Terrace

25   model.

1              First, what is bulk density?

2         A    That's the dry density of soil.

3         Q    Okay.  And is bulk density used to

4    calculate a retardation factor for a -- a particular

5    chemical?

6         A    That's correct.

7         Q    If bulk density were calculated

8    incorrectly, would that affect a calculation for a

9    retardation factor?

10        A    Yes, it does.

11        Q    And if a bulk density value were

12   calculated too high, would that cause a retardation

13   factor to be higher or lower?

14        A    If you are not changing any other

15   parameter in that equation, it will be higher.

16        Q    Okay.  So they would vary together, bulk

17   density and retardation factor?

18        A    Yeah.

19        Q    Okay.

20        A    But there are other parameters in that

21   equation.

22        Q    Sure.  Sure.

23        A    Okay.

24        Q    And then what is a distribu- --

25   distribution coefficient or KD?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 159 of 480

1     A     Okay.  That describes the amount of soil

2   that may be absorbed or -- a contaminant that may be

3   absorbed on the soil system.

4     Q     Ah.  So it would be removed from a

5   plume --

6     A     Right.

7     Q     -- by the soil?

8     A     That's right.

9     Q     Okay.  And is it calculated by the

10  fraction of organic carbon multiplied by an organic

11  carbon water partition coefficient?

12    A     That's correct.

13    Q     So is fraction organic common -- carbon,

14  excuse me, often called FOC?

15    A     Yes.

16    Q     And is the organic carbon water partition

17  coefficient often called KOC?

18    A     That's correct.

19    Q     And is distribution coefficient often

20  called KD?

21    A     That's correct.

22    Q     If bulk density were calculated

23  incorrectly, would that have an impact on KD?

24    A     No.

25    Q     No.  Okay.

```
1              If FOC were determined incorrectly, would
2     that impact KD?
3          A     Yes, of course.
4          Q     Because it's multiplied by that --
5          A     Right.
6          Q     -- partition coefficient?
7          A     Right.
8          Q     And we'll stay in chapter F, I think
9     right where -- around where we were.
10             Can you go to page F27, that goes to page
11    F28?
12         A     Yes.
13         Q     All right.  In the column on the right,
14    the last paragraph starts, "Estimates of retardation
15    factors."
16             Do you see that?
17         A     Yes.
18         Q     Okay.  It says, "Estimates of retardation
19    factors and distribution coefficients for PCE
20    migration within the Tarawa Terrace aquifer or
21    Castle Hayne aquifer are unknown, and initial
22    estimates applied to the MT3DMS model were based on
23    literature sources.  Roberts, et al., 1986 reported
24    retardation factors determined from a field scale
25    investigation of PCE migration through a sand
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 161 of 480

1    aquifer that ranged from 2.7 to 5.9 based on the

2    collection of high resolution synoptic data during a

3    period of about two years.

4              "Retardation factors increased directly

5    with increasing time but at a decreasing rate.

6    Hoffmann, 1995, reported highly controlled

7    laboratory column determination of distribution

8    coefficients for PCE migration through gravels,

9    sands, and silt.

10             "Of the approximately 150 samples

11   analyzed the distribution coefficients for sand

12   ranged from 0.25 to 0.76 milliliters per gram, and

13   averaged 0.39 milliliter per gram.  Corresponding

14   values for silts ranged from 0.21 to 0.71

15   milliliters per gram and averaged 0.4 milliliters

16   per gram.

17             And it goes on to say that, "Neither the

18   field scale experiments reported by Roberts, et al.,

19   1986, know that -- nor the laboratory results of

20   Hoffmann 1995 related to Camp Lejeune or even to

21   North Carolina, the solute investigated in both

22   studies was PCE.  And PCE migration was observed

23   through porous media of sands and silt -- sand and

24   sands and silts similar to Camp Lejeune."

25             Did I read that correctly?

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 162 of 480

1    A    Yeah.

2    Q    Okay.  So am I understanding correctly

3    that the ATSDR had determined estimates of KD,

4    distribution coefficients and retardation factors

5    within the Tarawa Terrace aquifer and Castle Hayne

6    aquifers, were unknown?

7    A    Yeah.  That the -- from what -- what you

8    just have read, I think it's coming from

9    literature -- literature data.

10    Q    Okay.  So in -- in calibrating the

11    ATSDR's Tarawa Terrace model, did ATSDR select an

12    initial KD value from the literature values that

13    were reported?

14    A    That's what it seems, yes.

15    Q    Okay.  And --

16    A    But there's also data on KD at the site,

17    as far as I recall.

18    Q    Is it KD or FOC data at the site?

19    A    I don't recall completely but I think it

20    was KD.

21    Q    Okay.  So from what we read on F27 to 28,

22    the literature range ATSDR reported for KD averaged

23    0.39 milliliters per gram with a range of 0.25 to

24    0.76 milliliters per gram for sands.

25         Right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 163 of 480

1    A    Uh-huh.  Yeah.

2    Q    And for silts, it was an average 0.4

3 milliliters per gram and a range of 0.21 to 0.71

4 milliliters per gram.

5    A    Uh-huh.

6    Q    Okay.  And that literature range was from

7 laboratory experiments on sands or silts but not

8 related to Camp Lejeune or North Carolina.

9    A    That's right.

10    Q    Okay.

11    A    That's right.

12    Q    And after calibration, am I correct that

13 the ATSDR selected 0.14 milliliters per gram as the

14 KD for the Tarawa Terrace calibrated model?

15         MR. DEAN:  Object to the form.

16    A    Well, that seems to be the number that --

17 where -- where did you get that number?  I don't --

18 BY MS. O'LEARY:

19    Q    It wasn't in that part but I thought you

20 might know that.  That the --

21    A    No.  Not on the top of my head, no.

22    Q    Okay.  Would you agree that 0.14

23 milliliters per gram is lower that ten literature

24 ranges ATSDR reported for both sands and silts?

25    A    Uh-huh.

```
1              MR. DEAN:  Object to form.
2    BY MS. O'LEARY:
3        Q     For calculating KD, you had agreed that
4    that was done by multiplying the fraction of organic
5    carbon by that --
6        A     Yes.
7        Q     -- partition coefficient, KOC; is that
8    right?
9        A     Yes.
10       Q     The KOC, the organic carbon water
11   partition coefficient, is that compound specific or
12   different for PCE than TCE?
13       A     It's compound specific --
14       Q     Yes.
15       A     -- of course.
16       Q     Of course.  Okay.
17             And is --
18       A     Yeah.
19             (Whereupon, the court reporter
20             requests clarification.)
21   BY MS. O'LEARY:
22       Q     Sorry.
23             Are values for the organic carbon water
24   partition coefficient for each chemical available in
25   literature?
```

1       A       Yeah.

2       Q       Okay.  You said that you had read Alex

3  Spiliotopoulos's report.

4               Did I hear you correctly?

5       A       Yes.

6       Q       And I -- I believe he included tables

7  with fraction of organic carbon measurements from

8  Camp Lejeune.

9       A       Yes.

10      Q       Do you know why the ATSDR didn't use

11  those FOC estimates?

12                      MR. DEAN:  Object to the form.

13      A       I don't know.

14  BY MS. O'LEARY:

15      Q       Like, did -- did the ATSDR use those

16  fraction organic carbon estimates when they were

17  calculating KD for Tarawa Terrace?

18      A       I don't know what they have done to come

19  up with these retardation coefficients.  But if that

20  was available, I'm sure they have used it.

21      Q       Okay.  Do you -- if the fraction organic

22  carbon data from Camp Lejeune were buried

23  significantly --

24      A       It -- it will -- it will vary by soil

25  type, definitely.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 166 of 480

1    Q    Okay.  Would that -- if it varies, would
2  that be a reason not to use it to calculate the --
3    A    I wouldn't know --
4    Q    -- KD?
5    A    -- why they have not used it if they have
6  not used it.
7    Q    But if you had fraction organic carbon
8  data that varied a lot, would that cause you not to
9  use it in determining a KD?
10             MR. DEAN:  Object to the form of the
11          question.
12    A    It's -- it's a judgment call.  If -- if
13  you know enough information on what is at the site,
14  it may be better to use it.
15  BY MS. O'LEARY:
16    Q    Okay.  And this -- I think you mentioned
17  this phrase but I just wanted to check my
18  understanding of what it is.
19             So you mentioned retardation factor, I
20  believe?
21    A    Yes.
22    Q    What is a retardation factor?
23    A    Due to absorption of chemicals in a soil,
24  it acts as if -- a reduction factor of the velocity
25  of the contaminants in the aquifer.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 167 of 480

 1      Q      A reduction in velo- -- velocity relative
 2   to what?
 3      A      To the retardation coefficient of one.
 4      Q      Is that for water, the "one"?
 5      A      No, it's not a water issue.
 6             It's -- it's a issue of density.  It's a
 7   function of distribution coefficient and the
 8   porosity.
 9      Q      Okay.
10      A      You may ignore retardation factor --
11      Q      Uh-huh.
12      A      -- or you may calculate it as ATSDR has
13   done.
14      Q      And if you calculate it, then that's
15   going to be a retardation factor specific to a
16   compound?
17      A      The distribution coefficient is specific
18   to a compound --
19      Q      And --
20      A      -- because KOC is a --
21      Q      Right.
22      A      -- specific to a compound.
23      Q      And so -- and -- and distribution
24   coefficient is used in calculating the retardation
25   factor though; correct?

                    Golkow Technologies,
877-370-3377           A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 168 of 480

1      A      Can you speak --

2      Q      Yeah.

3      A      -- louder, please?

4      Q      A distribution coefficient is used in

5    calculating a retardation factor; correct?

6      A      That's correct.

7      Q      Okay.  So a particular calculated

8    retardation factor is going to be specific to a

9    compound; correct?

10     A      That's correct.

11     Q      Okay.  And as K- -- KD, distribution

12   coefficient, increases, what happens to retardation

13   factor?

14     A      All the other parameters kept constant --

15     Q      Right.

16     A      -- retardation increases.

17     Q      Okay.  And as retardation factor

18   increases, does that mean the contaminant is moving

19   more slowly relative to the groundwater flow --

20     A      Yes --

21     Q      -- speed?

22     A      -- that's correct.

23     Q      Okay.

24             MS. O'LEARY:  And I want to,

25          actually, turn to -- actually, this would

```
 1              actually be a good place to stop.
 2                   MS. BOLTON:  Yeah.
 3                   MS. O'LEARY:  Do we know if lunch
 4              has arrived?
 5                   MS. BOLTON:  I think it's here.
 6                   MS. BAUGHMAN:  It's here.
 7                   MS. O'LEARY:  Then we'll take a
 8              break now.
 9                   Thank you.
10                   THE WITNESS:  Okay.  Thank you.
11                   THE VIDEOGRAPHER:  The time right
12              now is 12:18 p.m.  We are off the record.
13                   (Whereupon, there was a recess taken
14                   from 12:18 p.m. to 1:00 p.m.)
15                   THE VIDEOGRAPHER:  The time right
16              now is 1:00 p.m.  We are back on the
17              record.
18                   MS. O'LEARY:  Thank you.
19   BY MS. O'LEARY:
20        Q    And Professor Aral, if you could pull
21   back up Government Exhibit 9, the chapter F
22   report --
23        A    Uh-huh.
24        Q    -- for Tarawa Terrace and then go to page
25   F28?
```

1    A    Uh-huh.

2    Q    And in the column on the left, the first

3  paragraph, the bottom of that paragraph, it says,

4  "An initial distribution coefficient."

5         Do you see that?

6    A    Yeah.

7    Q    Okay.  So it says, "An initial

8  distribution coefficient of 0.4 milliliters per gram

9  or 0.000014 cubic feet per gram was applied

10 uniformly to all layers of MT3DMS model for all

11 stress periods.  The final calibrated value was 0.14

12 milliliters per gram" -- skipping the parenthetical

13 -- "similarly applied and the calibrated retardation

14 factor was 2.9."

15         So Professor Aral, having seen now that

16 page, do you agree that in the calibrated model for

17 the Tarawa Terrace, the -- the distribution

18 coefficient was 0.14 milliliters per gram?

19              MR. DEAN:  Objection to the form.

20    A    The retardation coefficient was 2.9.

21 BY MS. O'LEARY:

22    Q    Right.  But do you agree the distribution

23 coefficient was the 0.14 milliliters per gram?

24              MR. DEAN:  Same objection.

25    A    Yeah, but I don't recall that number.  It

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 171 of 480

1    depends on whether it was a number related to the

2    corrected density or earlier density, which was

3    used.

4    BY MS. O'LEARY:

5        Q     What do you mean "corrected density"?

6        A     Well, in MT3DMS, I think there was a

7    problem which was recognized in terms of density

8    values, what density was not used and the other wet

9    density was used.  So it was corrected.

10            So I don't recall this number.  If this

11   is the corrected value, it must be correct.

12       Q     And who corrected the bulk density

13   value in --

14       A     Bob Faye.

15       Q     -- in MT3DMS?

16       A     Bob Faye.

17       Q     Bob Faye.

18            And where would you expect a record of

19   that correction on bulk density to be in the

20   reports?

21       A     Was I aware of that?

22                MR. DEAN:  Object to the form.

23                It's not in the report --

24       A     Was I aware of that or how would I know

25   that or --

1  BY MS. O'LEARY:

2       Q     Well, you said that --

3       A     What's the question?

4       Q     Yeah.  You said that Bob Faye --

5       A     Uh-huh.

6       Q     -- caught the bulk density error.

7       A     Uh-huh.

8       Q     And I asked where you would expect the

9  fact that Bob Faye corrected bulk density to be in

10  the ATSDR reports?

11                 MR. DEAN:  Object to the form.  It's

12            not in the reports.

13       A     Bob density -- Bob Faye corrected the

14  bulk density value and adjusted the distribution

15  coefficient to the observations that he has in his

16  hand, and the result came out to be the same

17  retardation coefficient that you are reporting here.

18  BY MS. O'LEARY:

19       Q     Retardation coefficient or distribution

20  coefficient?

21       A     Retardation coefficient.

22       Q     Do you mean retardation factor?

23                 MR. DEAN:  Objection to the form.

24       A     Retardation factor.  It's the same

25  terminology.

1    BY MS. O'LEARY:

2        Q    So do you have any reason to think that

3    what's listed in the chapter F report as the final

4    calibration value for distribution coefficient -- so

5    0.14 milliliters per gram --

6        A    I assume --

7        Q    -- is wrong?

8        A    -- this -- this -- I have assumed this is

9    the correct number.

10       Q    The zero -- 0.14 milliliters --

11       A    Yeah.

12       Q    -- per gram?

13            Okay.

14       A    Yeah.

15                 MR. DEAN:  Object to the form.  The

16            report --

17                 MS. O'LEARY:  And --

18                 MR. DEAN:  -- is dated

19            February 2008.

20                 MS. O'LEARY:  And I'd like to

21            move -- this will be number 40,

22            supplement six from the Hadnot Point

23            reports.

24                 It looks like this will be

25            Government Exhibit 11.

1                    THE WITNESS:  Okay.

2                    (Whereupon, Government's Exhibit Aral

3                    11, Supplement Six from the Hadnot

4                    Point Reports, was marked for

5                    identification.)

6                    THE WITNESS:  Thank you.

7                    MR. DEAN:  Thank you.

8    BY MS. O'LEARY:

9         Q     And Professor Aral, I'd like to go to

10   page S6.14, so 14.

11        A     Say that number again, please?

12        Q     Yeah.  S6.14.  It will be on the

13   bottom --

14        A     Of which page?

15        Q     -- left of the page.

16        A     Okay.

17        Q     Yeah.  The page numbers start S6 on all

18   of them.

19        A     Yeah.  One, four.

20              Yeah.

21        Q     Okay.  So there's a section labeled

22   "Sorption."  Under that it says, "Sorption in the

23   HP, HB study area is assumed to be similar to

24   sorption in the TT study area of USMCB Camp Lejeune

25   described in Faye 2008."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 175 of 480

1          "Sorption processes, i.e. adsorption and

2     absorption for HPIA and HPLF models were represented

3     in MT3DMS by using a linear isotherm sorption model.

4     The input data required to simulate sorption

5     included porosity, distribution coefficient, and

6     soil bulk density.  Constant values were assigned to

7     the aforementioned model parameters throughout the

8     model owing to the lack of site-specific field data.

9     MT3DMS uses values assigned to porosity,

10    distribution coefficient, and soil bulk density to

11    compute a retardation factor."

12          And then we'll stop there.

13          So Processor Aral, do you agree that data

14    sorption in MT3DMS -- or excuse me.  Let me back

15    that up.

16          Do you agree that MT3DMS was used in both

17    Tarawa Terrace and Hadnot Point/Holcomb Boulevard

18    water models?

19    A     Can you repeat that --

20    Q     Yeah.

21    A     -- question louder, please.

22    Q     Was --

23               MS. BAUGHMAN:  Actually, if you

24          don't mind, I meant to put something on

25          the record about that.

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 176 of 480

 1              We -- we talked to Dr. Aral at the
 2              break about the fact that he can't hear
 3              you.  And he's guessing at what you are
 4              asking him often because he feels he
 5              doesn't feel comfortable continuously
 6              asking you to raise your voice.
 7                   So you are risking having a record
 8              that is not reliable and I'm -- I'm --
 9              I'm putting you on notice right now:  If
10              you don't raise your voice, he can't hear
11              you.  He doesn't feel comfortable
12              continuously asking you so you need to
13              raise your voice.
14                   You are not -- when we ask you to
15              raise your voice, you are just repeating
16              the question and not making it louder.
17  BY MS. O'LEARY:
18      Q     Professor Aral, are you uncomfortable
19  asking me to speak more loudly?
20      A     Yes, I am.
21      Q     Okay.  Why?
22      A     Because I'm a person of certain values
23  and standards.  I cannot keep asking the same
24  question to the person I'm talking to.
25                   I expect that person to respond to my

                    Golkow Technologies,
877-370-3377           A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 177 of 480

1    question in the first time that they hear the

2    question.

3         Q     Well, if you can't understand me, please

4    ask me to speak louder.

5         A     Well, you may say that but I have a

6    personality that doesn't allow me to do that.

7         Q     So --

8               MS. BAUGHMAN:  So our request is

9          that you continuously raise your voice.

10   BY MS. O'LEARY:

11        Q     Professor Aral, do you agree that the

12   MT3DMS was used in both the Tarawa Terrace and

13   Hadnot Point/Holcomb Boulevard water models?

14        A     That's correct.

15        Q     And do you agree that MT3DMS uses input

16   values related to porosity, distribution

17   coefficient, and soil bulk density?

18        A     Yeah.

19        Q     And do you agree, based on what it says

20   here on page S6.14, that the ATSDR concluded that

21   sorption in the Hadnot Point/Holcomb Boulevard study

22   area was similar to sorption in the Tarawa Terrace

23   study area?

24        A     That's what it says.

25        Q     And do you agree that MT3DMS is a model

1    that is trying to simulate sorption?

2         A      I have not used MT3DMS lately so I don't

3    remember the details of the input parameters on it.

4         Q      I mean, the input parameters of porosity,

5    distribution coefficient, and soil bulk density

6    are -- are in what we just --

7         A      Yeah.  But --

8         Q      -- read.

9         A      -- you are talking about sorption.

10        Q      Right.

11        A      You asked that.

12        Q      But those input parameters relate to

13   sorption, don't they?

14        A      Adsorption and sorption is the same

15   thing?  I don't think so.

16        Q      Well, what is the difference?

17               Aren't they both two examples of

18   sorption?

19        A      No, it's not.

20        Q      How are they different?

21        A      One of it is absorption into the soil --

22        Q      Uh-huh.

23        A      -- particles, the other one is

24   absorption -- sorption onto the surface of soil

25   particles.  There's a big difference.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 179 of 480

```
 1      Q     Okay.  But for -- does MT3DMS model both?
 2      A     That's what I said, I have not used
 3  MT3DMS lately.  So if there's a distinction between
 4  adsorption and sorption --
 5      Q     Uh-huh.
 6      A     -- whether it addresses that, I don't
 7  remember that.
 8      Q     But what does that have to do with
 9  porosity or distribution coefficients or soil bulk
10  density and whether those would be similar at Tarawa
11  Terrace and Hadnot Point --
12      A     That's correct.
13      Q     -- Holcomb Boulevard?
14      A     But those refer to retardation
15  coefficient evaluation, not sorption.
16      Q     Isn't the retardation factor trying to be
17  a way to account for --
18      A     It --
19      Q     -- sorption?
20      A     No.  It accounts for adsorption.
21      Q     Right.
22      A     Uh-huh.
23      Q     Okay.  Did you -- why would -- or, sorry.
24            Going on -- still on page S6.14 at the
25  top of the column on the right --
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 180 of 480

1      A      Okay.

2      Q      -- it says, "Typically, KD values are

3  calculated based on laboratory scale experimental

4  data that quantify partitioning behavior for a

5  chemical in simple systems, e.g. octanol water in

6  field data are estimates, for the amount of organic

7  material present in the soil or aquifer material of

8  interest.

9           "Model specific KD values for benzene,

10  0.11 liter per kilogram; TCE 0.15 liters per

11  kilogram; and PCE, 0.3 liters per kilogram were

12  derived by using partitioning data for each

13  chemical.  An assumed value of 0.002 for the site

14  specific organic carbon fraction of aquifer material

15  and refinement during the model calibration process.

16  Final model-specific KD values are well within the

17  range of values calculated for multiple sources of

18  partitioning data."

19           So do you agree that in the calibrated

20  model for Hadnot Point, the ATSDR used 0.3 liters

21  per kilogram for PCE?

22      A      This is what this report indicates.

23  That's --

24      Q      Do you have any --

25      A      -- correct.

1    Q    -- reason to think that's incorrect?

2         I'm sorry, I -- I interrupted you.  What

3    were you saying?

4    A    Do I have any -- do I have any reason to

5    believe that these numbers are incorrect?

6    Q    Are not what the ATSDR used in the Hadnot

7    Point model.

8    A    Well, they -- they say that they have

9    used it.  I haven't written this report so they must

10   have used it.

11   Q    Okay.  Is 0.3 liters per kilogram

12   equivalent to 0.3 milliliters per gram?

13   A    I have no idea.

14   Q    You don't know?

15   A    No, not on the top of my head.  I need a

16   calculator, maybe a computer to do -- to evaluate

17   that.

18   Q    Aren't there one thousand milliliters in

19   a liter and one thousand grams in a kilogram?

20   A    I'm so tired.  I can't do that off the

21   top of my head.

22   Q    Okay.  And do you know why the ATSDR

23   decided to use a different distribution coefficient

24   in Hadnot Point than what they had used in Tarawa

25   Terrace, even though they had said they assumed

1    similar sorption?

2                    MR. DEAN:  Object to form.

3         A     Again, you are using sorption instead of

4    adsorption.

5    BY MS. O'LEARY:

6         Q     Uh-huh.

7         A     Sorption is a different process.

8               I don't know what you are referring to in

9    terms of KD values referring to sorption.

10        Q     Well, why did the ATSDR mention in this

11   section on sorption --

12        A     I --

13        Q     -- and KD values that they felt the

14   sorption in the two study areas was similar?

15        A     I have not written this report so I will

16   not be able to answer that.

17        Q     Okay.  Can we go back to the Tarawa

18   Terrace chapter A report which is Government Exhibit

19   3 and go to page A41.

20                    (Whereupon, there was a discussion

21                    off the record.)

22   BY MS. O'LEARY:

23        Q     Okay.  Were you involved in the analysis

24   of degradation by-products in the Tarawa Terrace

25   model?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 183 of 480

1      A      Yes.  I was involved in the use of

2   TechFlowMP model in degradation by-products.

3      Q      Okay.  In page A41, in the column on the

4   right near the top -- this actually starts the

5   fourth line from the top -- there's a sentence that

6   says, "The biodegradation rate was determined from

7   field data and the calibration process."

8            Do you see that?

9      A      Yeah.

10     Q      Does that match your understanding of how

11  the biodegradation rate was determined in Tarawa

12  Terrace?

13     A      It was a calibration parameter,

14  definitely.  Probably we have started with some

15  initial values that we expected to see in the soils

16  of Camp Lejeune as a generic database.

17            So that's the starting point.

18     Q      What do you mean from a "generic

19  database"?

20     A      Well, for example, there's a

21  characterization of the aquifers in the Camp

22  Lejeune.  Different soil types has different values

23  for these parameters.  Probably we used those soil

24  types to come up with the generic values that we

25  started with, then calibration parameter takes

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 184 of 480

 1    precedence and adjusts itself.

 2         Q    When you say "generic values," do you

 3    mean from measurements at the site or from, like,

 4    literature reference values?

 5         A    Its says here "biodegradation rate was

 6    determined from field data."  So there must be some

 7    field data that we have used in that.

 8         Q    That would mean from Camp Lejeune?

 9         A    Yeah.

10         Q    Okay.  And --

11         A    That's what I understand.

12         Q    And then if you could go to the Tarawa

13    Terrace chapter F report, which is Government

14    Exhibit 9, and to page F28?

15         A    Yes.

16         Q    And there's a column on the right, and it

17    says, "Biodegradation."

18              Do you see that?

19              That -- there's a label in the column on

20    the right --

21         A    Uh-huh.

22         Q    -- that says, "Biodegradation."  And then

23    there are some, like, values listed.  And I want

24    to turn --

25         A    Can you show me on that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 185 of 480

1       Q      Yeah.

2       A      Oh.

3       Q      So here's biodegradation and then can you

4  look at --

5       A      What did you say, F20 or F28?

6       Q      F28.

7       A      Okay.

8              Yeah.  Okay.

9       Q      Okay.  So in that biodegradation section,

10  the -- the last paragraph.

11      A      Yeah.

12      Q      Okay.  So there it says, "The PCE

13  concentrations at water supply well TT-26 on

14  September 25, 1985, and July 11, 1991, were 1100 and

15  350 micrograms per liter, respectively.  And the

16  elapsed time was 2,151 days.  Applying these data to

17  equation three yields a degradation rate of 0.00053

18  per day."

19              Do you see that section?

20      A      Uh-huh.

21      Q      Okay.  And so trying to relate what we

22  just read in this chapter F to what we just saw in

23  chapter A about field data for biodegradation rate,

24  am I understanding then that these measurements at

25  TT-26, the September 25th, 1985 and July 11th, 1991,

1    those are the field data where ATSDR started with to

2    calculate biodegradation rate?

3         A      Probably, yeah.

4         Q      Okay.  Do you see anything in here

5    describing a calibration process where that was

6    refined?

7                    MR. DEAN:  Object to the form.

8         A      In reference to this?

9    BY MS. O'LEARY:

10        Q      To the biodegradation rate.

11        A      In reference to the MT3DMS application or

12   TechFlowMP application?

13        Q      Well, as I look at chapter F, page F28, I

14   don't see any dis- -- reference to whether it's

15   MT3DMS or TechFlowMP or both.

16        A      Yes --

17        Q      It's just saying --

18        A      -- exactly.  But this report that you are

19   showing me, chapter F, is PCE analysis coming from

20   MT3DMS.

21        Q      Uh-huh.

22        A      You started your questioning by asking me

23   biodegradation rates of TechFlowMP, now you are

24   showing me chapter F --

25        Q      Yeah.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 187 of 480

1        A       -- again, which is MT3DMS analysis.

2                Are you asking me whether we have used

3        these numbers in TechFlowMP, or what is the question

4        here?

5        Q       I mean, that is an eventual question,

6        yes.  Did you --

7        A       Okay.

8        Q       -- use the same --

9        A       Can you repeat that question to me now?

10       Q       Did you also use degradation rate of

11       0.00053 per day in TechFlowMP?

12       A       That --

13                   MR. DEAN:  Object to the form.

14       A       -- that could be the starting point but

15       it's a calibration parameter, altogether.

16       BY MS. O'LEARY:

17       Q       Was that the value in the calibrated

18       model of TechFlowMP?

19       A       I remember biodegradation rates.

20       Probably it was, yes.

21       Q       Okay.

22       A       Probably.  I'm not sure.

23       Q       And still on page F28, going -- is it --

24       it spans F28 to F29.

25       A       Okay.

1    Q    So after the sentence I already read, it
2  says, "Potentiom metric levels shown in figures F7
3  and F8 indicate that while TT-26 is located on a
4  direct advective pathway from ABC One-Hour Cleaners.
5  This PCE mass migrates down gradiant toward and away
6  from well TT-26.  To the extent that migration of
7  PCE mass toward and away from well TT-26 occurred at
8  about equal rates from 1985 to 1991, the computed
9  degradation rate of 0.00053 per day approximates a
10  long term average degradation rate.  On the other
11  hand, if a significant quantity of the PCE degraded
12  in the vicinity of well TT-26 was replaced by
13  advection, then the degradation rate computed using
14  equation three is probably a minimum rate."
15           Do you agree?
16                MR. DEAN:  Object to the form.
17    A    This --
18                MR. DEAN:  Does he agree -- hold on
19           a second.
20                Object to the form.  We agree you
21           read the paragraph correctly but you
22           continue to read to him a -- a report
23           that he did not participate in --
24                MS. O'LEARY:  Yeah.
25                THE WITNESS:  Right.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 189 of 480

```
 1              MS. O'LEARY:  No, I under-
 2              MR. DEAN:  -- nor did he author.
 3              MS. O'LEARY:  I understand that.
 4   BY MS. O'LEARY:
 5      Q    My question is, do you agree with what
 6   this report says that that biodegradation rate --
 7      A    This report --
 8      Q    -- would repre- -- would represent a
 9   minimum rate if -- if --
10              MR. DEAN:  Objection.
11   BY MS. O'LEARY:
12      Q    -- travel to and from TT-26 aren't the
13   same?
14              MR. DEAN:  Object to form.
15      A    This report talks about what they have
16   done or Bob Faye has done --
17   BY MS. O'LEARY:
18      Q    Okay.
19      A    -- on application of MT3DMS.
20      Q    Right.
21      A    I don't know anything about that.  I
22   wasn't a part of that modeling.  I didn't write this
23   report.
24              I'm on the record for that.
25      Q    I understand that, Professor Aral.  You
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 190 of 480

```
 1   did, however, do the TechFlowMP --
 2        A     That's correct.
 3        Q     -- analysis and that also involved a
 4   biodegradation rate --
 5        A     That's correct.
 6        Q     -- correct?
 7              And you said you think you did use the
 8   same biodegradation rate.
 9                    MR. DEAN:  Object to form.
10        A     I said it was a calibration parameter, as
11   far as I recollect.
12   BY MS. O'LEARY:
13        Q     Well, what value did you use at
14   TechFlowMP?
15        A     It must be in our reports.  I --
16        Q     Okay.
17        A     -- don't have it here --
18        Q     Right.
19        A     -- on the top of my mind.
20        Q     So --
21        A     Yeah.
22        Q     -- would you agree with the concept
23   that's described in what I just read about flow --
24        A     I --
25        Q     -- towards and away from TT-26
```

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 191 of 480

```
 1   affecting --
 2        A     I --
 3        Q     -- whether this biodegradation --
 4        A     I'm going to --
 5        Q     -- rate --
 6                   MR. DEAN:  Objection to form.
 7                   MS. O'LEARY:  Excuse me, can I
 8             finish my question?
 9                   MR. DEAN:  Sure.
10   BY MS. O'LEARY:
11        Q     -- whether that bio- --
12                   MS. BAUGHMAN:  Dr. Aral, make sure
13             you let her finish the question before
14             you answer, okay?
15                   THE WITNESS:  Yeah.
16   BY MS. O'LEARY:
17        Q     Okay.  So to rephrase, do you agree that
18   flow towards and away from TT-26 is not about the
19   same for -- for PCE and its degradation products,
20   then the calculation that was apparently used to
21   come up with 0.00053 would likely represent a
22   minimum rate of biodegradation at TT-26?
23                   MR. DEAN:  Object to form.
24        A     I -- I -- you know, you are making
25   statements, like minimum or maximum, without any
```

Golkow Technologies,
877-370-3377               A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 192 of 480

1   value -- evaluation of what it is, okay?

2          I will not answer that question whether

3   it was a minimum for this application.  It could

4   have been a different value for the TechFlow --

5   TechFlowMP application.  So I cannot answer

6   questions related to another chapter and refer my

7   answers to a chapter which is written by me on

8   TechFlowMP.

9   BY MS. O'LEARY:

10         Q     Yeah.

11         A     So these two models are totally

12  different.

13         Q     No, I -- I under- --

14         A     You cannot -- you cannot compare the

15  values used, the initial values used, whether it was

16  a calibration outcome at the end or not.  Those are

17  totally different questions.

18         If you ask me what TechFlowMP does, how

19  does it do it, I'm ready to answer it.  But I'm not

20  going to answer somebody else's report, somebody

21  else's model right now.

22         Q     So my question is not about MT3DMS and

23  it's not --

24         A     But you started with that.

25         Q     This is in a chapter about that but

Golkow Technologies,
877-370-3377                    A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 193 of 480

1    that's not my question, right?

2         A     Okay.

3         Q     My question is about the science

4    expressed in this sentence, right?

5              This is not about what MT3D- -- -DMS

6    does.  It's a statement about how actual movement

7    would affect biodegradation rate measurement

8    calculation.  That's not MT3DMS.  It's about inputs

9    that go into both MT3DMS and TechFlow.

10             So my question is:  Do you agree with the

11   scientific statement here about how different rates

12   traveling of contaminants towards and away from

13   TT-26 would impact whether the way this describes

14   calculating a biodegradation rate is accurate?

15                  MR. DEAN:  Object to the form.

16        A     The moment of contaminants from A to B

17   doesn't imply or doesn't involve the calculation of

18   biodegradation rates.  The --

19   BY MS. O'LEARY:

20        Q     Sure.

21        A     -- biodegradation rates starts the

22   calculation.  The calculation ends up with the

23   moment of the contaminants in the aquifer based on

24   that input data, not vice versa.  The flow doesn't

25   determine the biodegradation rates.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 194 of 480

1          Your question is totally out of
2     scientific base.
3          Q     Why?
4          A     I explained to you.  You are saying
5     moment of contaminants in the aquifer determines the
6     biodegradation rate.  I'm saying --
7          Q     No, that's not what I'm saying.
8                    MR. DEAN:  Object to the form.
9                    Please let him finish his answer.
10                   THE WITNESS:  Okay.
11                   MS. O'LEARY:  Go ahead.
12         A     That's what I understood.
13               And then you are saying the
14    biodegradation rates are determined based on the
15    flow.  That's not correct.
16    BY MS. O'LEARY:
17         Q     No.  What this says on page --
18         A     Can you repeat what --
19         Q     -- on F28 --
20         A     -- it says?
21         Q     Yeah.
22               What it says on F28 --
23         A     Yeah.
24         Q     -- is that, "Potentiom metric levels
25    shown on figures F7 and F8" --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 195 of 480

1      A      Uh-huh.

2      Q      -- "indicate that while TT-26 is located

3  on a direct advective pathway from ABC One-Hour

4  Cleaners" --

5      A      Yeah.

6      Q      -- "thus PCE mass migrates downgradient

7  toward and away from well TT-26.  To the extent that

8  migration of PCE mass toward and away from well

9  TT-26 occurred at about equal rates from 1985 to

10  1991, the computed degradation rate of 0.00053 per

11  day approximates a long term average degradation

12  rate."

13              Do you agree with that?

14                  MR. DEAN:  I'm going to object to

15              the form of the question.  I'm going to

16              instruct the witness -- no, I'm not.

17                  You've asked the same question now

18              five times.  You are getting to the point

19              of badgering the witness, okay?

20                  MS. O'LEARY:  Excuse me.

21                  MR. DEAN:  No.

22                  MS. O'LEARY:  Let me continue.

23                  MR. DEAN:  No.  No.  We are not --

24                  MS. O'LEARY:  No.  You are limited

25              to form and foun- and foundation.  Let's

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 196 of 480

```
 1              continue.
 2                   MR. DEAN:  No.  But I'm going to
 3              protect the witness from -- from you
 4              harassing him.  You are reading to him a
 5              report he had nothing to do with and you
 6              know that --
 7                   MS. O'LEARY:  Mister --
 8                   MR. DEAN:  -- and he's already told
 9              you --
10                   MS. O'LEARY:  Mr. Dean, let's
11              continue --
12                   MR. DEAN:  Let me finish.  Let me
13              finish.
14                   MS. O'LEARY:  Let's go off the
15              record and we can talk for a few minutes.
16                   MR. DEAN:  No, we don't -- I don't
17              want it off the record.  I want this on
18              the record --
19                   MS. O'LEARY:  Let's go off the
20              record.
21                   MR. DEAN:  -- so the Court can
22              read --
23                   MS. O'LEARY:  Thank you.
24                   MS. BAUGHMAN:  We are not agree to
25              go off the record.
```

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 197 of 480

```
 1              MR. DEAN:  I want the Court to read
 2        it.
 3              MS. O'LEARY:  Well, then please stop
 4        interrupting.
 5              MR. DEAN:  I'm not interrupting.
 6  BY MS. O'LEARY:
 7      Q    So Professor Aral, did you understand
 8  when I reread?
 9              My question is do you agree --
10              MR. DEAN:  Asked and answered.  Move
11        on.
12              MS. O'LEARY:  No.
13  BY MS. O'LEARY:
14      Q    Do you agree?
15      A    Repeat the question --
16      Q    Yeah.
17      A    -- please?
18              MR. DEAN:  It's the same question
19        she's asked five, six -- eight times now.
20              MS. O'LEARY:  Evidently, he's not
21        clear on what it is, so --
22  BY MS. O'LEARY:
23      Q    Figures F7 and F8 indicate that, "While
24  TT-26 is located on a direct advective pathway from
25  ABC One-Hour Cleaners" --
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 198 of 480

```
 1                  (Whereupon, the court reporter
 2                  requests clarification.)
 3    BY MS. O'LEARY:
 4       Q      Okay.
 5              -- "thus PCE" --
 6                  MS. BAUGHMAN:  And you need to speak
 7              louder.
 8    BY MS. O'LEARY:
 9       Q      -- "thus PCE mass migrates downgradient
10    toward and away from well TT-26."
11       A      That's correct.
12       Q      "To the extent that migration of PCE mass
13    toward and away from well TT-26 occurred at about
14    equal rates from 1995 to 1991, the computed
15    degradation rate of 0.00053 per day approximates a
16    long-term average degradation rate."
17              Do you agree with that?
18                  MR. DEAN:  Object to the form --
19       A      See the --
20                  MR. DEAN:  -- of the question.
21       A      -- the point that I don't agree is that
22    computed biodegradation rate statement written in
23    that report is not correct..
24              Biodegradation rate was evaluated
25    first -- I mean, that reads like the water
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 199 of 480

1  contaminant moment determines, somehow, the
2  biodegradation rates.  The computed -- computed
3  refers to the modeling computation.
4              If it refers to the computed
5  biodegradation rate first as database and that
6  database being used in the model results in that
7  contaminant plume, that's a correct answer.
8              But that computed implies to me that the
9  biodegradation rate was computed based on what the
10 model results predicted.
11 BY MS. O'LEARY:
12     Q     What if it --
13     A     That --
14                 MS. BAUGHMAN:  Wait.
15     A     -- I don't understand.
16 BY MS. O'LEARY:
17     Q     Okay.  What if it's referring to the two
18 measurements at TT-26?
19                 MR. DEAN:  Object to --
20 BY MS. O'LEARY:
21     Q     -- in the two points in time.  So we are
22 talking about September 1985 and July 1991.
23             If that's what the computed means, then
24 do you agree?
25                 MR. DEAN:  Object to the form of the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 200 of 480

1            yes.  You are asking him to speculate on
2            a report he did not prepare what that
3            intended sentence means.
4      A      Okay.  If the -- if the computed
5  biodegradation rate that was reported in a chapter F
6  report, that I have no contribution to, is used in
7  the MT3DMS model which resulted in the migration of
8  the contaminants from ABC Cleaners towards the TT-26
9  plumping route, that's the correct definition.
10 That's correct.  I agree with that.
11 BY MS. O'LEARY:
12     Q      Okay.  So would you agree then that on
13 the other hand, if a significant quantity of the PCE
14 degraded in the vicinity of well TT-26 was replaced
15 by advection, then that degradation rate computed,
16 using equation three which is on F28, is probably a
17 minimum rate?
18            MR. DEAN:  Object to the form of the
19            question.
20     A      What does -- what does advection got to
21 do with the biodegradation rate?  Can you tell me
22 that?
23 BY MS. O'LEARY:
24     Q      Isn't it talking about how fast the
25 different PCE and its by-products are moving --

Golkow Technologies,
877-370-3377                     A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 201 of 480

1      A      But --

2      Q      -- up and downstream?

3      A      But your statements are not

4  scientifically correct.  Please correct your

5  question so that I can answer properly.

6      Q      What doesn't make sense in my question?

7      A      You are associating advection in an

8  aquifer --

9      Q      Uh-huh.

10      A      -- with biodegradation rate.  It has

11  nothing to do with that.

12      Q      I'm not trying to associate

13  biodegradation with an advection rate.  I'm trying

14  to talk about the effect of two data points that

15  were used for calculating a biodegradation point.

16  Do you appreciate the difference?

17      A      That is a totally different application

18  of the equation three that we have seen in this

19  report.

20              If you are trying to calibrate a

21  biodegradation rate based on some observed

22  contaminant migration, not simulation --

23      Q      Right.

24      A      -- then that's fine.

25      Q      Okay.  So that is what I mean.  Not a

1    simulation --

2         A     Okay.

3         Q     -- I mean calculation from observed data.

4         A     Yeah.  But where is that observed data

5    coming from?

6         Q     Well, it -- it says here in chapter F

7    that there were measurements in September 1985 --

8         A     Okay.

9         Q     -- and --

10        A     So there's --

11        Q     -- "Jaloo" 1991 --

12        A     -- field study --

13        Q     Right.

14        A     -- which looked at -- so your question

15   were not complete for me to answer that.

16              So let's start with the beginning.  They

17   have made -- ATSDR has made field studies --

18        Q     Uh-huh.

19        A     -- is that correct?

20              I mean, I'm not --

21        Q     Well, there --

22        A     -- supposed to start this discussion

23   but --

24        Q     They are -- they are reporting the two

25   values; right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 203 of 480

1          They are reporting September --

2    A    Is that --

3    Q    -- 25, 1985 --

4    A    -- field study?

5    Q    It is what ATSDR is reporting from the

6    field.

7    A    So you don't know what --

8              MR. DEAN:  Object to the form.

9    A    -- the chapter F is saying --

10             MR. DEAN:  Mischaracterizes --

11   A    -- I don't know what chapter F is saying,

12   so why are we discussing this?

13   BY MS. O'LEARY:

14   Q    Well, I wanted to see if you agreed with

15   the scientific conclusion they made based on what

16   they reported on data.

17   A    If there's an independent field study

18   that ATSDR has conducted to determine the

19   biodegradation rate, independent of MT3DMS --

20   Q    Sure.

21   A    -- simulations, I accept that.

22   Q    Okay.  So then do you similarly accept

23   what the ATSDR says about if, on the other hand, a

24   significant quantity of the PCE degraded in the

25   vicinity of well TT-26 was replaced by advection,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 204 of 480

 1   then the degradation rate computed using equation

 2   three is probably a minimum rate?

 3                  MR. DEAN:  Objection to the form of

 4             the question.  Asked and answered 50

 5             times.

 6        A     I -- I have no idea who wrote -- I mean,

 7   I know who wrote this report.  I didn't write it so

 8   I have no idea what this is all about.

 9   BY MS. O'LEARY:

10        Q     Okay.  And do you agree that if you have

11   a higher biodegradation rate, that means PCE is

12   going to degrade into TCE, and on, at a faster rate?

13        A     Right.

14        Q     Do you agree that a higher biodegradation

15   rate used in the -- either MT3DMS or TechFlowMP

16   would result in lower PCE concentrations at TT-26?

17        A     As far as I know, MT3DMS application look

18   at -- looked into single species model.

19        Q     I agree.

20        A     Okay.  So why are we referring to MT3DMS

21   in this question?

22        Q     Because my question is just about how a

23   higher biodegradation rate would affect PCE

24   concentrations at TC -- at TT-26?

25        A     It will reduce -- it will be reduced

Golkow Technologies,
877-370-3377                A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 205 of 480

1  compared to non-biodegraded -- -degraded PCE

2  concentrations.

3       Q     Would it be reduced compared to a --

4  using a lower biodegradation rate or would it be

5  increased?

6       A     If you change the parameters of a model,

7  results will change.

8       Q     Yeah.  So if you put in a higher

9  biodegradation rate --

10      A     Yeah.

11      Q     -- are you going to get lower PCE

12  concentrations --

13      A     That's correct.

14      Q     -- at TT-26?

15      A     That's correct.

16      Q     And do you agree that lower PCE

17  concentrations at TT-26 would result in lower PCE

18  concentrations entering the Tarawa Terrace Water

19  Treatment Plant?

20      A     TT-26 is the main supplier of the

21  contaminants, so if it is lowered, water treatment

22  entry values will be lowered.

23      Q     Okay.

24                 MS. O'LEARY:  Can we pull 28?

25                 Actually, nevermind.  We'll skip

1          that.

2    BY MS. O'LEARY:

3          Q     When you were doing the TechFlowMP model,

4    did you run it using other biodegradation rates

5    besides the 0.00053?

6          A     In different applications we have used

7    many different parameters.

8          Q     I mean in the Tarawa Terrace model.

9          A     We have used what we have reported.

10         Q     Okay.  Thank --

11         A     I don't remember that number out of my

12   mind.

13              MS. O'LEARY:  Then can we get 20- --

14         A     Besides, remember that it's a calibration

15   parameter.

16   BY MS. O'LEARY:

17         Q     Uh-huh.

18              MS. BAUGHMAN:  What exhibit number

19          is this?

20              MS. O'LEARY:  This is Exhibit 12.

21              (Whereupon, Government's Exhibit Aral

22              12, E-mail Chain, was marked for

23              identification.)

24   BY MS. O'LEARY:

25         Q     Okay.  So Professor Aral, I'm handing you

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 207 of 480

1    Exhibit 12.  It appears to be an e-mail -- a chain
2    of e-mails.
3              I'd like to start at the one that starts
4    in the middle of the first page where it says, "From
5    Morris Maslia."
6              Do you see that?
7        A    Yeah.
8        Q    Okay.  As you look at the part of this
9    thread that starts at the second half of 12 at --
10   from Morris Maslia and continues onto the second
11   page --
12       A    Uh-huh.
13       Q    It says, To Jason Sauntner (phonetic),
14   Renee Sorresoto (phonetic), Amy Krueger (phonetic),
15   to -- and e-mails, one of which is
16   Mustafa.Aral@ce.gatech.edu?
17       A    Uh-huh.
18       Q    Is that your e-mail address?
19       A    Yes.
20       Q    And do you recall receiving this e-mail?
21       A    Yes.
22       Q    Okay.  And did you discuss this e-mail
23   with Morris Maslia ever?
24       A    Discuss?
25       Q    Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 208 of 480

```
1        A     Yes.
2        Q     Okay.  Did you ever discuss it with
3   Robert Faye, Rob Faye?
4        A     Uh-huh.  Oh, did I --
5        Q     Did you discuss this --
6        A     No.
7        Q     No?  Other than Morris Maslia, have you
8   disc- -- did you ever discuss this e-mail with
9   anyone else during the --
10       A     No.
11       Q     -- water modeling?
12       A     No.
13       Q     Okay.  And the e-mail says in the first
14  paragraph, "In this particular case, there is
15  apparently a discrepancy on the value of the
16  biodegradation rate for PCE 0.006 per day and 0.004
17  per day."
18       A     Uh-huh.
19       Q     And do you recall that discrepancy in
20  biodegradation rate for PCE?
21       A     This wasn't a discrepancy.  This was a
22  factual -- fact finding.  We are using two different
23  models.
24       Q     Uh-huh.
25       A     One is MT3DMS model and the other one is
```

1    using TechFlowMP model.

2              It is normal to two different models

3    calibrate to two different constants which is

4    differing from one another in the order of 0.0001

5    per day.

6        Q      Uh-huh.

7        A      And then the issue becomes the leader of

8    the group, which is Morris Maslia --

9        Q      Uh-huh.

10       A      -- who wants to go with a uniform

11   constant to be used in both models.  And since these

12   two numbers are not significantly different --

13       Q      Uh-huh.

14       A      -- from another, he made that decision

15   that a mid-value should be used and I agreed with

16   that.

17              I'm sure what -- I'm sure Bob Faye agreed

18   with that as well.

19       Q      Okay.  So then in the e-mail, the -- in

20   the numbered list number one says, "Fate and

21   transport results provided using the MT3DMS model,

22   we'll use a biodegradation rate of 0.0005 per day."

23              Do you agree that is what happened?

24       A      Which one are you referring to?

25                   MR. DEAN:  He's read- -- she's

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 210 of 480

1            reading number one.

2      A      Okay.   Number one.

3  BY MS. O'LEARY:

4      Q      Yeah.

5      A      MT3DMS, I think it's using -- see, one

6  number is -- ends with a four, the other one with a

7  six, so the average was five.   Could that be a --

8      Q      No, my question is just:   Is 0.0005 what

9  was used in --

10      A      Yeah.

11      Q      -- MT3DMS?

12      A      At the end, yes.

13      Q      Okay.

14      A      Of course.

15      Q      And is that what was used in TechFlowMP

16  as well?

17      A      Exactly.

18      Q      Okay.   And if we are back in the first

19  paragraph --

20      A      Uh-huh.

21      Q      -- of the part from Morris Maslia?

22      A      Yeah.

23      Q      So the part that begins the middle of

24  page --

25      A      Right.

1      Q      -- one.

2              I think it's the second sentence says,

3      "In this particular case, there is" -- excuse me,

4      the sentence after that.

5              "There are two different levels of

6      sophistication of models used, MT3DMS versus

7      TechFlowMP" -- that's what you just --

8      A      Exactly.

9      Q      -- said basically; right?

10     A      Yeah.

11     Q      "And a lack of definitive data to compare

12     modeling results attack -- against non-detects

13     ranging from 2-micrograms per liter to 10 micrograms

14     per liter in my opinion do not constitute a

15     definitive standard by which to compare modeling

16     results."

17             Do you agree that there was no definitive

18     data on biodegradation rate?

19                  MR. DEAN:  Object to the form.

20     A      I think that was a calibration parameter.

21     That's what I said at the beginning.

22     BY MS. O'LEARY:

23     Q      Does that --

24     A      Even if we started with a certain

25     estimate of a beginning point, it changes based on

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 212 of 480

1    calibration --

2        Q    Okay.

3        A    -- that we are doing.

4        Q    Does that mean you would agree there was

5    no definitive data on the biodegradation rate?

6                    MR. DEAN:   Object to the form of the

7            question.

8        A    As far as I know, whether there is field

9    data existing or not, I cannot remember it right

10   now --

11   BY MS. O'LEARY:

12       Q    Okay.

13       A    -- but probably not.

14       Q    And then in the e-mail, at number

15   three --

16       A    Number three.

17       Q    Yeah.

18            Actually, excuse me, number four.

19            Number four is, "If you wish to compare

20   simulated results with measured samples including

21   ND, you can do so in a table with four columns:

22   sample location, date, measured value, simulated

23   value detection limit.  You are free to discuss in

24   the text any implications you see from the data, but

25   no other quantitative analyses are to be made.  I'm

Golkow Technologies,
877-370-3377              A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 213 of 480

1    abandoning the use of the geometric bias as I have

2    concluded we just do not have the data to justify

3    its use."

4            And then right after it, it says, "Each

5    report analysis will also provide a graphical

6    comparison such -- such as the one I'm attaching as

7    an example.  I'm providing both tiff and jpeg file

8    formats.  In your respective graphs, you can plot

9    simulated PCE versus time for a specific condition,

10   e.g., calibrated early arrival, late arrival, etc.,

11   and overlay that with the measured data only."

12        A      Uh-huh.

13        Q      And what did you understand as the

14   directions that Morris Maslia was giving in this

15   e-mail bout not making quantitative comparisons

16   using non-detects?

17        A      I -- I will think from five, first of

18   all, he's giving instructions to his team as to use

19   a plot to --

20        Q      Uh-huh.

21        A      -- generate a plot to see how the two

22   results are comparing with each other.

23            In terms of number four, what was your

24   question in reference to that?

25        Q      What were the directions --

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 214 of 480

```
 1        A      What direction --
 2        Q      -- you were receiving from this about
 3   using no quantitative comparisons with non-detects?
 4        A      I think he -- Morris is referring to some
 5   graphical analysis of the results with or without
 6   detects.
 7               Other than that, I don't remember the
 8   content of this number four.
 9        Q      Okay.  Did you understand number five in
10   this list as prohibiting graphical displays that
11   overlaid simulated --
12        A      Yeah.
13        Q      -- concentrations using different
14   biodegradation rates?
15        A      Right.  He's asking different
16   biodegradation rates and plotting the results to --
17        Q      Wasn't he --
18        A      -- compare.
19        Q      Isn't he saying everyone is using 0.0005
20   as their biodegradation rate?
21        A      No, before it gets to that stage --
22        Q      Right.
23        A      -- I think he was suggesting that his
24   team to look into this.
25        Q      How -- how is he suggesting that?
```

1      A      He's suggesting to abandon -- abandon the

2      other way of comparing the results, which is the --

3      I don't remember what that is now -- the -- some

4      graphical geometric bias representation.

5                So he's suggesting to check the graphical

6      comparison of simulated --

7      Q      Uh-huh.

8      A      -- results in chapter -- in item five and

9      asks to see that comparison.

10     Q      Right.  So in five, the second sentence

11     where it says, "In your respective graphs, you can

12     plot simulated PCE versus time for a specific

13     condition, e.g., calibrated early arrival, late

14     arrival, etc." --

15     A      Uh-huh.

16     Q      -- "and overlay that with the measured

17     data only."

18     A      Yeah.

19     Q      So does that mean you couldn't overlay

20     that with, for example, data from runs of the

21     simulation with --

22     A      I --

23     Q      -- two different --

24     A      I --

25     Q      -- biodegradation rates?

1      A      I wouldn't answer that question because
2  you are referring to what Morris has said in his
3  position of the leader of this group and you are
4  expecting me to interpret that.  I wouldn't answer
5  that question.
6      Q      Did you make any graphical displays in
7  reports you authored where you showed results of two
8  different biodegradation rates --
9      A      No.
10      Q      -- in the simulated model?
11      A      Even if we did, it didn't appear in a
12  report.  We may have looked at it.
13      Q      Okay.  And when you started calibrating
14  the TechFlowMP model, did you start with the
15  calibrated mass loading rate from MT3DMS, what they
16  had used in that?
17      A      Yeah, starting point was the same.
18      Q      And did you use that starting point in
19  both the unsaturated and saturated zones of
20  TechFlow?
21      A      We discharged that into the unsaturated
22  zone, looked at the volatilization effects.
23      Q      Uh-huh.
24      A      We also considered the soil
25  concentrations and the dilution from the soil

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 217 of 480

1    concentrations.

2         Q    Uh-huh.

3         A    That was available data for us, so that

4    brought us to the starting point --

5         Q    Uh-huh.

6         A    -- of the calibration.  So two -- two

7    processes are different.

8         Q    Sure.  And when you started calibrating

9    TechFlowMP, did you start with the biodegradation

10   rate that had come from the calibration of the

11   MT3DMS --

12        A    Probably --

13        Q    -- model?

14        A    -- as a starting point, yes.

15        Q    Sure.  And how did the biodegradation

16   rate change as you calibrated TechFlowMP?

17        A    It must be in the tables that we have

18   written in the reports.

19        Q    Okay.

20        A    I don't remember now.

21        Q    You don't remember?

22        A    Yeah.

23        Q    Is biodegradation in the saturated zone

24   anaerobically driven?

25        A    Yeah.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 218 of 480

1    Q    Is biodegradation in the unsaturated zone
2  aerobically driven?
3    A    That's correct.
4    Q    Okay.  How do they compare?  Is anaerobic
5  biodegradation, for example, bigger or smaller than
6  aerobic?
7    A    Aerobic will be bigger --
8    Q    And --
9    A    -- volatilization.
10    Q    Oh, I wanted to ask just specifically
11  about biodegradation.
12    A    Biodegradation.
13    Q    So not losses, but -- but just
14  biodegradation.
15    A    Okay.
16    Q    Is anaerobic -- anaerobically-driven or
17  aerobically-driven biodegradation faster?
18    A    You cannot say "driven" because it
19  depends on the length of the unsaturated zone --
20    Q    Uh-huh.
21    A    -- and then the saturated zone.  The --
22  this is a time-dependent process.
23          How long does it stay in the unsaturated
24  zone is the driver actually.  If you put a
25  contaminant in the unsaturated zone, it passes

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 219 of 480

1    through in --

2         Q      Uh-huh.

3         A      -- seconds.  It will be a different

4    driving mechanism than if it stays there for days,

5    months, etc. --

6         Q      Right.

7         A      -- because of the lower rates of

8    migration.  Of course that will be a different

9    driver.

10        Q      But what if it was in the two zones for

11   the same amount of time?  So if we were comparing

12   apples to apples --

13        A      Uh-huh.

14        Q      -- if we were looking at the same amount

15   of time in saturated and the same amount of time in

16   unsaturated, and so we're looking at aerobically and

17   anaerobically driven?

18        A      Yeah.

19        Q      Which one is faster?

20        A      You are trying to speculate -- me to

21   speculate on that.  I --

22        Q      But I'm wondering if you know?

23        A      No, I'm not going to answer that because

24   I have to run it and see it.

25        Q      So you don't know, like, reference --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 220 of 480

1      A      No.

2      Q      -- scale?

3      A      I don't have a reference in my mind.

4              MS. O'LEARY:  Okay.  Can we look at

5          27, please?

6              (Whereupon, there was a discussion

7          off the record.)

8              MS. BAUGHMAN:  He means by that, be

9          careful to let her finish her question

10         before you answer.

11             COURT REPORTER:  And the answer

12         finish.  There's a lot of overlap.

13             MS. O'LEARY:  Yeah.  You know what,

14         we're actually not going to talk about

15         27.

16  BY MS. O'LEARY:

17     Q      So moving on, I have questions --

18             THE WITNESS:  What is 27?

19             MS. O'LEARY:  It's an e-mail.  But

20         I'm not going to ask you anything about

21         it, so I'm not going to introduce it.

22  BY MS. O'LEARY:

23     Q      So I have questions for you now about

24  pumping schedules at Tarawa Terrace, and I have just

25  some questions for you about the -- the way water

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 221 of 480

1    supply wells work and are maintained.

2              So if I say where a well is screened, do

3    you understand what I'm talking about?

4        A    Uh-huh.

5        Q    What is where a well is screened mean to

6    you?

7        A    That's where the water enters into the

8    well hole.

9        Q    Okay.  And are you familiar with the

10   concept of crusting on a screen from mineral

11   deposits?

12       A    It may happen, yes.

13       Q    Okay.  Does that cause blocking then of

14   the screen?

15       A    The capacity of the well reduces by that.

16       Q    Is that, like, just phys- -- you know,

17   basic physics?  You get blocks --

18       A    It's not physics.

19       Q    -- from the minerals?

20       A    It's a natural process.

21       Q    Isn't everything physics in basis?

22       A    Not really.

23       Q    Not really?

24              Do you -- are you familiar with issue

25   with wells being -- blockage of the screen from the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 222 of 480

1     growth of algae or bacteria?

2         A    Yeah.

3         Q    And what -- well, you've already answered

4     for the mineral crusting.

5              You said that that reduces well capacity;

6     is that right?

7         A    Right.

8         Q    Does blockage of a screen from algae or

9     bacteria growth also lessen well capacity?

10        A    Of course, yes.

11        Q    And how -- is it possible to try and fix

12    mineral crusting that has happened on a -- on a well

13    screen?

14        A    You mean reduce that well capacity

15    reduction?

16        Q    Well --

17        A    What --

18        Q    -- reduce the crusting to try and

19    increase capacity?

20        A    I don't think so.  I mean, you can

21    reflush the well just to flush out the accumulated

22    amounts in there and then restart pumping.

23        Q    Okay.

24        A    That's a way of --

25        Q    And is --

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 223 of 480

1        A      -- treating the problem.

2        Q      Okay.  So you can treat the problem by,

3   you said, flushing?

4        A      Yeah.

5        Q      Okay.  Can you -- what if you are dealing

6   with -- or can you in- -- inject with, like, an acid

7   to try and remove a mineral crust?

8        A      That's not within my expertise --

9        Q      Okay.

10       A      -- area.  That's a field study

11   application.

12       Q      And what about, like, the algae or

13   bac- -- bacteria that are blocking a screen, can you

14   try and fix that?

15       A      That's also not in my expertise area.

16       Q      Okay.  If -- for the flushing that you

17   mentioned --

18       A      Yeah.

19       Q      -- how long does that take to do?

20       A      That's not in my expertise area.

21       Q      Okay.  How are the pumps in -- in water

22   supply wells, how are they cooled?

23       A      How are they what?

24       Q      Cooled?

25       A      Cooled?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 224 of 480

1      Q      Yeah.  The pumps themselves?

2      A      I have no idea.  I mean, that's a field

3   study.

4      Q      Okay.

5              MS. O'LEARY:  Can we pull

6          number one, please?

7              (Whereupon, there was a discussion

8              off the record.)

9              MS. O'LEARY:  All right.  This will

10         be Government Exhibit 13, Professor Aral.

11             (Whereupon, Government's Exhibit Aral

12             13, Excerpt from Expert Panel

13             Transcript from March 28, 2005, was

14             marked for identification.)

15             THE WITNESS:  Uh-huh.

16   BY MS. O'LEARY:

17     Q      And this is an excerpt from an expert

18   panel transcript from March 28th, 2005.

19             Are you familiar with this expert panel?

20     A      Yeah.  I have attended some, too;

21   probably most of them.

22     Q      Okay.  And this panel was reviewing water

23   modeling efforts of ATSDR at Camp Lejeune; right?

24     A      That's what it says, yeah.

25     Q      Okay.  So can you go to -- it will be

1   marked as page 140?

2        A     What?

3        Q     It should say 140 in the top right

4   corner.

5        A     I have three pages in mine.

6        Q     But one of them should be 140?

7        A     Oh, okay.

8                  MS. BAUGHMAN:  That --

9        A     Yeah, okay.

10                 MS. O'LEARY:  Yeah.

11       A     Yeah.

12  BY MS. O'LEARY:

13       Q     Okay.  So on that page, starting at

14  line nine, there's something from Dr. Walski.

15             Do you know who Dr. Walski is?

16       A     Yeah, I know him.

17       Q     Was he a member of this expert panel?

18       A     Yes.

19       Q     Okay.  And there's also -- it mentions a

20  Mr. Faye.

21             Is that the same Bob Faye?

22       A     I assume so, yeah.

23       Q     Okay.  So at line nine, it says

24  Dr. Walski said, "The fraction -- the fraction of

25  the time was 26 on.  Is it run, like, 80 percent of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 226 of 480

1    the time or did it run 70 percent of time on
2    average?"
3                And Mr. Faye said, "That I really don't
4    know, Tom.  All I know that it probably rotated."
5                And Dr. Walski said, "Okay.  So --"
6                And Mr. Faye said, "And so didn't run a
7    hundred percent of the time."
8                And you -- you mentioned that you had
9    been at this panel; is that correct?
10        A    That doesn't mean that I understand what
11   they are talking about.
12        Q    Well, would you -- you don't know what
13   they are talking about?
14        A    No, I don't know what they are talking
15   about.
16        Q    So you don't know if they are talking
17   about how much TT-26 was run?
18        A    No idea.
19        Q    Okay.  I think we looked at this earlier,
20   but do you agree that the ATSDR model showed TT-26
21   as pumping unless there was a documented --
22   documentation that it was out of service?
23        A    You mean actually it was pumping at a
24   lower rate or at a period that it was modeled in the
25   contaminant transport model?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 227 of 480

1      Q      I mean in the model, it was assumed to
2   always be pumping, albeit at --
3      A      Yeah, yeah, yeah.
4      Q      -- varied amounts --
5      A      Yeah, yeah.
6      Q      -- unless it was documented that it
7   wasn't pumping?
8      A      Yeah, I understand what you are referring
9   to.
10             Yes, the -- all the models -- all the
11  pumping wells were assumed when they were running,
12  pumping.  Within a month --
13     Q      Uh-huh.
14     A      -- they were pumping throughout the
15  month.  If they are not -- if they are offline for
16  three, four days --
17     Q      Uh-huh.
18     A      -- we didn't reflect that in the modeling
19  analysis because we have a time period of one month
20  sequentially to run one after the other.
21             We cannot get into a time interval and
22  adjust pumping conditions.  That's not possible.
23     Q      Was it ever considered to try and
24  reconstruct a maintenance schedule at the wells?
25     A      Do I have information on that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 228 of 480

1    Q    Right.

2    A    No, I don't.

3    Q    Okay.  Do you agree that assuming that

4  TT-26 was pumping, unless documents showed it

5  wasn't, was a con- -- a more conservative assumption

6  than, for example, assuming that it had a

7  maintenance schedule?

8              MR. DEAN:  Objection.  Form.

9              Assumes facts not in evidence.

10             MS. BAUGHMAN:  Also, I think you

11             need to speak louder.  I don't think he's

12             hearing you.

13             THE WITNESS:  Yeah.

14  BY MS. O'LEARY:

15    Q    Would you like me to repeat the question?

16    A    Can you repeat the question, please?

17    Q    Sure.  Do you agree that assuming the

18  TT-26 was pumping unless documents show that it

19  wasn't was a more conservative assumption than

20  modeling a maintenance schedule for TT-26?

21    A    Conserv- --

22             MR. DEAN:  Same objection.

23    A    Conservative in what sense?  Increased

24  contaminant levels will be transferred to the water

25  treatment plant --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 229 of 480

1    BY MS. O'LEARY:

2         Q      Right.

3         A      -- is that what you are implying?

4         Q      Right.

5         A      Yes, that would be the case.

6         Q      Okay.  Okay.  Can we go to chapter F

7    again for a minute, ATSDR?

8         A      I would like to be on record that I have

9    not written this report, didn't run the simulations,

10   and I'm not ready to answer the questions that may

11   be coming up.

12        Q      Okay.  If we go -- I understand you did

13   not write the chapter F.

14               If we go to page F 33 --

15        A      Yes.

16        Q      There's a table and then there's some

17   text on the bottom right column.  And in that text,

18   it says -- kind of in the middle of the top

19   paragraph, it says, "A geometric bias that

20   compares."

21               Do you see that?

22        A      Yeah.

23        Q      Okay.

24               "A geometric bias that compares simulated

25   and observed concentrations also was computed.  An

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 230 of 480

1    inclusive bias was computed using all 19 paired data

2    at water supply wells and equaled 5.9.  A selected

3    bias also was computed that excluded paired data at

4    water supply well TT-23 and equaled 3.9.  Both

5    results indicate that simulated PCE concentrations

6    moderately to substantially over-predicted observed

7    concentrations at water supply wells."

8              So in reading that, do you understand

9    this to mean that ATSDR calculated geometric bias

10   for Tarawa Terrace in two ways, one that did not

11   include non- -- which did not include non-detects?

12        A    Yes.

13        Q    Is that correct?

14                  MR. DEAN:  Object -- object to form.

15        A    Yes.

16   BY MS. O'LEARY:

17        Q    And then it -- they -- in that

18   calculation of geometric bias for the Tarawa Terrace

19   model, they did it in two ways: one where they

20   included TT-23 and one where they did not?

21        A    Uh-huh.  Yes.

22        Q    Do you know why the ATSDR calculated

23   geometric bias with and without water supply well

24   TT-23?

25        A    Is it reported in this chapter F report,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 231 of 480

Page 231

1    that -- that statement?

2         Q    I --

3         A    Is it coming from this chapter?

4         Q    I mean, I think -- I think I just read

5    it, that it said --

6                   MS. BAUGHMAN:  He can't hear you,

7              that's why.

8                   MS. O'LEARY:  Yeah.

9         A    I -- I think you're looking at the

10   different text than reading from the chapter.

11   That's why I'm having problems.  You are not reading

12   from the chapter.  You are reading from your notes.

13   BY MS. O'LEARY:

14        Q    That's a snip of the same thing.

15        A    Yeah, but I don't know that.  It's --

16   it's your choice.

17        Q    Right.  Do you have F 30- -- page F 33 in

18   front of you?

19        A    Yeah, I do.

20        Q    Okay.  So in there, right, it says, "a

21   selected bias also was computed that excluded paired

22   data at water supply well TT-23"?

23        A    Yes.

24        Q    Okay.  So my question is:  Do you know

25   why the ATSDR calculated a geometric bias with and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 232 of 480

1  without TT-23?

2      A      Probably the TC -- TT-23 was operating at

3  a much shorter period of time.  Whatever the data is

4  coming from that, probably they don't want to

5  include.  I have no idea.

6              I think this report that you are

7  referring to is not written by me.  I have no idea

8  what the -- the author wanted to say at that point

9  in reference to these questions you are asking,

10  so...

11      Q      Okay.  Do you agree that the Tarawa

12  Terrace model moderately to substantially

13  over-predicted observed concentrations at water

14  supply wells?

15      A      I think you should look at the results in

16  an ensemble analysis of statistics rather than

17  looking at point values of a well at a certain time,

18  comparing it with the observations made at a certain

19  time or at a similar time at the site.

20              So the analysis doesn't -- although

21  ATSDR -- -DR provided all kinds of tables, the

22  analysis was based on statistical analysis, not

23  point-wise comparisons.

24      Q      That statistical analysis is the

25  geometric bias; right?

1    A    No, the statistical analysis is based on
2  the uncertainty analysis, whether the model falls
3  into that range, whether the application is
4  consistent with that uncertainty range, whether the
5  sensitivity analysis is associated with that
6  parameter reflects that --
7    Q    Sure.
8    A    -- in the model.
9         I mean, there are so many other aspects
10  of uncertainty or statistical analysis rather than
11  just looking at a scatter diagram that I am seeing
12  here.
13    Q    I understand that.
14         But isn't geometric bias part of that
15  statistical --
16              MR. DEAN:  Objection.
17    A    Not necessarily.
18              MR. DEAN:  Hold on.  Hold on.
19  BY MS. O'LEARY:
20    Q    -- analysis?
21              MR. DEAN:  Hold on.  Object to the
22              form.  Asked and answered.
23              MS. O'LEARY:  Well, it wasn't
24              answered.
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 234 of 480

1    BY MS. O'LEARY:

2         Q      Sorry, what were you saying

3    Professor Aral?

4                     MR. DEAN:  He told you he couldn't

5              answer it.

6                     MS. O'LEARY:  He did not say that.

7         A      Okay.  I said it in record.  I said it --

8    that.

9              I didn't write this report.  I'm not

10   answering any questions that is coming from somebody

11   else's statements in this report.

12   BY MS. O'LEARY:

13        Q      Yeah.

14        A      And a scatter report -- a diagram like

15   that may be used or may not be used.  I'm not

16   insisting that it should be used.

17   BY MS. O'LEARY:

18        Q      So if we go to Exhibit 3, which is the

19   chapter A report --

20        A      Chapter A report.  Okay.

21        Q      -- to page 25?

22        A      Page?

23        Q      A 25.

24        A      Okay.

25        Q      Oh, actually, we can skip this.  Never

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 235 of 480

1    mind.  We don't have to go through that.

2         A      Okay.

3         Q      Okay.  On -- back to chapter F page 33,

4    so where we were.

5         A      Okay.  Chapter F.

6         Q      Yeah, I want to talk to you --

7         A      I repeat my on-the-record statement on

8    that.

9         Q      I just have questions about the data in

10   this table.  So Table F 13 --

11        A      Page?

12               Page --

13        Q      So we are on F 33.

14        A      Okay.  Okay.

15        Q      So I just want to make sure I'm

16   understanding the data in this table correctly.

17        A      Uh-huh.

18        Q      This is showing simulated -- so from the

19   model -- PCE concentrations at water supply wells

20   and then matching those up with observed

21   concentrations of PCE in the water supply wells in

22   Tarawa Terrace; is that correct?

23        A      That's what it seems so.

24        Q      Okay.  And then it's showing in the

25   column at the right, the calibration target range;

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 236 of 480

1    is that correct?

2         A     Yeah.

3         Q     So if I look at the section on TT-23, am

4    I correct in -- in understanding this is showing

5    that all 11 samples over-predicted PCE

6    concentrations in the simulation versus the observed

7    for TT-23?

8         A     Repeat that question for --

9         Q     Yeah.

10        A     And loud, please?

11        Q     For TT-23 in figure F 13 --

12        A     Yes.

13        Q     -- am I correct in understanding that the

14   simulated PCE concentrations were higher for all 11

15   of the TT-23 entries?

16        A     Yes.  They were all higher, but they were

17   in the calibration range as well.

18        Q     Well, for TT-23, actually, didn't ten of

19   11 of them fail the calibration range?

20        A     If I recall --

21        Q     Not ten of 11, excuse me.

22        A     I mean, the range goes from 11 to 117.

23        Q     Yeah.

24        A     Any way.

25        Q     Okay.

1     A     Yeah.

2     Q     And if we look at TT-26 --

3     A     Yes.

4     Q     -- and am I correct that five

5 over-predicted the PCE concentrations?  Five of

6 eight?

7     A     Five zero eight?

8     Q     Five of them were over- --

9     A     Oh.

10    Q     -- predictions of a total of eight; is

11 that correct?

12    A     Yeah.

13    Q     And looks like several failed the

14 calibration range --

15              MR. DEAN:  Object.

16 BY MS. O'LEARY:

17    Q     -- as well; is that correct?

18              MR. DEAN:  Object to the form of the

19        question.

20    A     I -- I am on record saying that we don't

21 look at calibration conditions based on one well at

22 a time and compare the observed and the simulated

23 values at one point in time.  We look at the overall

24 ensemble analysis --

25

```
 1   BY MS. O'LEARY:
 2        Q      Yeah.
 3        A      -- of the statistics --
 4        Q      Yeah.
 5        A      -- of that representation.
 6               So what you are doing right now is
 7   bringing back to me one data at a time comparison.
 8               I would not do that.
 9        Q      But Professor Aral, I mean, you've
10   already said -- agreed that -- earlier that this
11   table is --
12        A      That table is --
13        Q      -- all of the values that were used --
14        A      -- correct.
15        Q      -- for calibration?
16        A      That table is for you to look at and see
17   the results.
18        Q      Right.
19        A      Analysis of the results is a total
20   different story.
21        Q      But --
22        A      You do it statistically.  You do it --
23        Q      Yeah.
24        A      -- in a different methodology.
25        Q      Yeah.  So this Table F 13, though, is --
```

1    is the comparison of all of the values --

2         A     This is not --

3         Q     -- used for calibration?

4         A     It is not the comparison.  It is for you

5    to see what numbers are there.  We are looking at or

6    using in a statistical sense, probably they are

7    going to refer to this table.

8         Q     Uh-huh.

9         A     These numbers or the statistics that we

10   came up with is coming from this table.  That's it.

11            Other than that, this table just for the

12   information to be sent out to the other person to

13   see what it is.

14                 MS. O'LEARY:  Can we go to 26?

15        A     Page 26.

16                 MR. DEAN:  No.

17   BY MS. O'LEARY:

18        Q     No, it's going to be a new exhibit.

19        A     Okay.

20        Q     You don't have it yet.

21        A     Oh, okay.

22        Q     That was for Ms. Horan to grab the right

23   document?

24        A     Okay.

25                 (Whereupon, there was a discussion

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 240 of 480

 1                  off the record.)

 2                  MR. DEAN:  Yeah, we should have put

 3             this on the record earlier.  But when we

 4             are referring to an exhibit, the number

 5             we are using is the number we call out as

 6             the exhibit number in the deposition --

 7                  MS. O'LEARY:  Yeah.

 8                  MR. DEAN:  -- for the record.

 9                  MS. O'LEARY:  Thank you.

10             (Whereupon, Government's Exhibit Aral

11             14, E-mail from Mustafa Aral to

12             Jerome Ensminger, was marked for

13             identification.)

14    BY MS. O'LEARY:

15        Q     And so I've just handed Professor Aral

16    what's marked as Government Exhibit -- is it 14?

17                  MS. HORAN:  Yup.

18                  MS. O'LEARY:  And then for the

19             record, this is not a Bates-stamped copy,

20             but the Bates is CLJA_ATSDR_ --

21             (Whereupon, the court reporter

22             requests clarification.)

23    BY MS. O'LEARY:

24        Q     Yeah.

25             -- -A_ATSDR_BOVE-0000018710 and then the

                    Golkow Technologies,
877-370-3377          A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 241 of 480

```
 1   next page is -- ends in -11?
 2              MS. BOLTON:  I hate to do this, but
 3          can you just repeat just the final
 4          numbers --
 5              MS. O'LEARY:  Just the numbers?
 6              MS. BOLTON:  Yeah.
 7              MS. O'LEARY:  -18710 to -11 -- you
 8          know, to -11.
 9              MS. BOLTON:  Okay.
10              MS. BAUGHMAN:  There were five zeros
11          first?
12              MS. O'LEARY:  Yes.
13              Okay.
14   BY MS. O'LEARY:
15       Q    And Professor Aral, this looks to be an
16   e-mail from you to Jerome Ensminger; is that
17   correct?
18       A    That's correct.
19       Q    Do you recall this e-mail?
20       A    Yeah.  No, it's coming from me,
21   definitely.
22       Q    Okay.  So -- and the subject --
23       A    Okay.
24       Q    -- is --
25       A    Yeah, I remember this.
```

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 242 of 480

```
 1       Q     You do?  Okay.
 2       A     Yeah.
 3       Q     It says the subject is testimony from
 4  John Nuckholls?
 5             Who --
 6       A     Yes, yes, yes.
 7       Q     Who is John Nuckholls?
 8       A     One of the members of the expert panel.
 9       Q     The expert panel for 2005 or for --
10       A     I don't --
11       Q     -- 2009?
12       A     One of them.  I'm not sure.
13       Q     Okay.  And who is --
14       A     I -- I think he was on the NRC report
15  panel?  Or did we have a panel?  I'm not sure.
16       Q     Okay.
17       A     Anyway, he was on the NRC report.
18       Q     And who is Jerome Ensminger?
19             Who is Jerome Ensminger?
20       A     I think one of the plaintiffs; right?
21             Yeah.
22       Q     You think he's a plaintiff?  Okay.
23             This e-mail, though, is from -- it looks
24  like it's from October 6th, 2009.
25             Do you have any reason to think that date
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 243 of 480

1    is incorrect?

2        A    The date on it is -- seems to be correct;

3    yeah.

4        Q    Okay.  And -- in October of 2009, how did

5    you know Jerome Ensminger?

6        A    I met him in probably 2005 in one of the

7    ATSDR meetings.  I told you that --

8        Q    Yeah.

9        A    -- at the beginning.

10        Q    And at the beginning here, the first

11    line, it says, "After a quick read, the following

12    points strike me as not coming clean in his overall

13    testimony."

14        A    Yes.

15        Q    Whose testimony are you talking about?

16    Is that John Nuckolls' testimony?

17        A    I think so, yeah.

18        Q    And what was he testifying about?

19        A    I think the expert panel was suggesting

20    that ATSDR should use simpler models rather than

21    complex models --

22        Q    Uh-huh.

23        A    -- to finish up the project and don't

24    spend too much time on calibration.

25                    MR. DEAN:  Why don't you take time

Golkow Technologies,
877-370-3377            A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 244 of 480

1          and take a look at the e-mail.

2               THE WITNESS:  I -- I know this

3          e-mail.

4               MR. DEAN:  Okay.

5     BY MS. O'LEARY:

6          Q     Okay.  So Professor Aral, I have a

7     question for you on the paragraph that's numbered

8     three.

9          A     Yeah.

10         Q     And it says, "His" -- I'm starting at

11    the -- there's a line that says, "Having said that,"

12    kind of in the middle; do you see that?

13         A     Yeah.

14         Q     Okay.  It says, "Having said that, in

15    historical reconstruction methodology verifications

16    are made by extending the historical predictions to

17    the present day timeframe to see if the model that

18    predicts the past ties to the present day conditions

19    smoothly.

20              "In this verification process, the data

21    used are the observed data in the present day.  The

22    verification in this case is the prediction of the

23    present day with the use of the same model.  This

24    verification was done in the TT-modeling study and

25    the results indicate that the models predicted the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 245 of 480

1    past -- predicting the past was successfully

2    predicting the present when extended to the present

3    day within certain acceptable bounds of error."

4              And do you agree that in historical

5    reconstruction methodology, verifications are made

6    by -- can be made by extending the historical

7    prediction to the present day timeframe to see if

8    the model that predicts the past ties to the present

9    day conditions smoothly?

10   A    First of all, this modeling sequence that

11   we are working with has four stages.

12   Q    Uh-huh.

13   A    Unstressed conditions in the ground

14   waters, stressed conditions in the ground water.

15             For those two model applications, we have

16   a lot of data.  So those models are -- are

17   calibrated, recalibrated looking at the data and so

18   forth.

19             When we move to the third stage, which is

20   the contaminant --

21   Q    Uh-huh.

22   A    -- transport model, there's no data,

23   okay, at the field during the period of the

24   historical --

25   Q    Uh-huh.

1      A      -- reconstruction.

2             However, having said that, if the first

3      two models like stress/unstressed conditions in the

4      aquifer is properly calibrated, most of the

5      processes in the contaminant transport model is

6      already available to us to run the model.  Whether

7      those -- those are advection conditions, diffusion

8      conditions --

9      Q      Uh-huh.

10     A      -- it comes from the previous two models.

11     Q      Sure, sure.

12     A      In other words, if there's velocity, the

13     velocity field is determined.  If the velocity is

14     determined, the diffusion constants are determined.

15            So what is missing -- what is missing is

16     the retardation coefficients that we would use that

17     we have discussed earlier or biodegradation rates

18     that we have used earlier.

19            And I think there were several databases

20     that was available to us towards the end of the

21     period of the contaminant transport calibration.  We

22     have used that database.  That's the 36 number that

23     we were talking about.  All of it was used to

24     calibrate the contaminant transport analysis.

25            And when we come to the final stage, the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 247 of 480

1    models one, two, three --

2         Q    Uh-huh.

3         A    -- was verified using the water treatment

4    plant database, which is the present day conditions

5    that I'm referring there in that e-mail.  And that

6    was used to verify the model.

7         Q    Okay.  I just want to make sure I

8    understand which present day conditions.

9              Present day contaminant concentrations

10   or --

11        A    Present day contaminant concentrations,

12   which is coming from in an independent data set,

13   which is the water treatment plant data set which

14   occurred probably after 1987 -- I'm not sure

15   exactly -- but went onto '89 or something like that.

16        Q    So when was this -- I'm not understanding

17   why it's called "present day" if it's the 1980s and

18   this is from 2009.

19        A    Oh, we are predicting -- making

20   predictions until 1987 or '89.  That's all we are

21   doing.  Present day means to us 1987 or '89, not

22   when this --

23        Q    Oh --

24        A    We are not referring to this 2009.

25        Q    Okay.  So do you mean to the -- the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 248 of 480

1   present day is like the time of calibration data?

2        A      Exactly.

3        Q      Okay.  I understand.  Thank you.

4        A      Yeah.

5               There's a -- okay.  Go ahead.

6                    (Whereupon, there was a discussion

7                    off the record.)

8                    MS. O'LEARY:  Do we need to take a

9               break?

10                   THE VIDEOGRAPHER:  No.  No.  It's

11              just that you dropped it.

12                   MS. O'LEARY:  Oh.  Thanks.

13                   And I'd like to move onto -- this

14              will be chapter H, which is 62.

15              You can set aside 14.

16                   (Whereupon, Government's Exhibit Aral

17                   15, Tarawa Terrace Chapter H Report,

18                   was marked for identification.)

19                   THE WITNESS:  No, I need the other

20              one.

21                   MS. O'LEARY:  You're right.

22   BY MS. O'LEARY:

23        Q      Okay.  So Professor Aral, you have now

24   what's Government Exhibit 15.  It's a copy of the

25   Tarawa Terrace chapter H report.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 249 of 480

1          Am I correct that you -- you did author

2     this report?

3          A     Yes.

4          Q     All right.  Can you go to page H 3?

5          A     Yes.

6          Q     And this is in a section called "A Review

7     of ATSDR's Tarawa Terrace Study Background."

8               And the column on the left, the -- the

9     last paragraph, it starts saying, "Using

10    hydrogeologic data."

11              Do you see that?

12         A     Yes.

13         Q     Okay.  Then about midway through that,

14    there's a sentence that begins, "Due to."

15              Do you see that?

16              "Due to the nature"?

17         A     Yeah.

18         Q     Okay.  So it says, "Due to the nature of

19    historical reconstruction, uncertainties are

20    associated with reconstructed information, which in

21    turn cause uncertainties in resulting exposure

22    analyses.  Uncertainties in the exposure outcome can

23    have a significant effect on the epidemiological

24    study.  In particular, the uncertainty caused by the

25    groundwater pumping schedule used in the simulations

1  has been pointed out to be important.  Therefore, in
2  this study there's an evaluation of the variation in
3  PCE concentrations and arrival times of the maximum
4  contaminant level" -- skipping the parentheses --
5  "at water supply wells and the water treatment
6  plant.  The variation could be caused by changes in
7  groundwater pumping rates at water supply wells."
8          So a few questions about that.
9          First, do you still agree with that?
10     A     Yes, I do.
11     Q     Okay.  And who was it who pointed out
12  that uncertainty caused by the groundwater pumping
13  schedule is important?
14     A     Expert panel members.
15     Q     And why did they say it was important?
16     A     Because changes in pumping rates
17  obviously is going to -- going to effect the arrival
18  times of contaminants to pumping wells.
19     Q     Why does changes in pumping rates cause
20  change in contaminant arrival levels?
21     A     Because the driver is the contaminant --
22  pumping well rates for the plume migration.
23     Q     Okay.
24     A     If it changes, the plume will change.
25     Q     Okay.  And did you then do a study to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 251 of 480

1    evaluate variation in PCE concentrations and the

2    arrival times of MCLs at the water supply wells --

3                    (Whereupon, the court reporter

4                    requests clarification.)

5    BY MS. O'LEARY:

6         Q     Agree -- did you do a study to evaluate

7    variation in PCE concentrations and arrival times at

8    the MCL at water supply wells and the water

9    treatment plant at Tarawa Terrace?

10        A     That's right.

11        Q     Okay.  And if you go -- still in -- at

12   the same Exhibit 15, the chapter H report -- can you

13   go to --

14        A     Chapter A?

15        Q     H.

16              No, the same -- the same one, H.

17                  MR. DEAN:  H.

18        A     Okay.

19   BY MS. O'LEARY:

20        Q     Page H 1?

21        A     Page one?

22        Q     Yup.

23        A     Yes.

24        Q     Okay.  So this is in -- labeled the

25   abstract?

1      A     Uh-huh.

2      Q     And in the column on the right, the

3   paragraph that starts, "During the historical

4   reconstruction study."

5            It's kind of in the middle.

6            It says, "A major cause for and

7   contribution to this uncertainty are the pumping

8   schedules which are discussed in other report

9   chapters.  The focus of this chapter report,

10  therefore, is on the uncertainty associated with

11  pumping schedules.  The study discussed in this

12  chapter includes the development of a simulation and

13  optimization procedure identified as PS Ops" --

14           Is that how you would say that?

15     A     Yeah.

16     Q     Yeah.

17           -- "which combines simulation models and

18  optimization techniques to optimize pumping

19  schedules for maximum or minimum contaminant

20  concentrations at the water treatment plant.  Based

21  on optimized pumping schedules, variations of PCE

22  concentration and the maximum contaminant level

23  arrival time at water supply wells and the water

24  treatment plant are evaluated.  Results of this

25  study indicate that variation of pumping schedules

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 253 of 480

1  may cause significant changes in the contaminant
2  concentration levels and MCL arrival times at the
3  water treatment plant."
4           Do you agree that a major cause for and
5  contribution to uncertainty is the pumping schedule
6  in Tarawa Terrace?
7                MR. DEAN:  Object to the form.
8      A    We have identified that major statement
9  later in the chapter showing the uncertain --
10 uncertainty band --
11 BY MS. O'LEARY:
12     Q    Uh-huh.
13     A    -- changes when it is -- when the pumping
14 schedules are optimized and different schedules are
15 used in an application.  So won't get stuck on that
16 major word, just look at the statistics at the end.
17     Q    And Professor Aral, we'll get there.  I
18 just -- do you disagree with what you wrote about
19 the major --
20     A    No, I don't --
21     Q    -- cause --
22     A    -- I don't disagree.
23     Q    Okay.  And PS Ops, I want to try and make
24 sure I understand what it did.
25           So it does a simulation and optimization

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 254 of 480

1  for ranking the wells; is that correct?

2      A    No, not ranking.

3      Q    Well --

4      A    It is -- it answers the following

5  question quite clearly:  How many different ways we

6  can combine --

7      Q    Uh-huh.

8      A    -- all these pumping wells to meet the

9  demand at Camp Lejeune site which will give us a

10  totally different outcome than the mean --

11      Q    Uh-huh.

12      A    -- concentrations that we used to get

13  with a fixed schedule.

14      Q    Okay.

15      A    That answers that question.

16      Q    Yeah.  And does it -- to do that, does it

17  use a rank and assigned method to maximize or

18  minimize or more optimize the arrival time of

19  contaminants at water supply wells?

20      A    It's -- it's emphasizing the arrival

21  times.  Is it going to come to the -- the

22  contaminant is going to arrive --

23      Q    Uh-huh.

24      A    -- at a certain date earlier --

25      Q    Sure.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 255 of 480

1      A      -- than what was predicted.

2             So it just combines all that -- those

3      conditions in an optimization model.

4      Q      Right.  And is the way it does that

5      with --

6      A      Yeah.

7      Q      -- a rank and assignment of the wells?

8      A      Yeah, a rank and assignment is a solution

9      process for an optimization --

10     Q      Okay.

11     A      -- model.

12     Q      In -- was TT-26 ranked first for

13     optimization among the Tarawa Terrace wells?

14     A      I don't remember.  Probably it --

15             (Whereupon, the court reporter

16              requests clarification.)

17     BY MS. O'LEARY:

18     Q      Was TT-26 ranked first for optimization

19     among the Tarawa Terrace wells?

20     A      I don't remember that.

21     Q      Okay.

22     A      It must be in the record of this report.

23     Q      Can you go to H 23?

24             All right.

25             Actually, let's go on to H 29.

1    A    Okay.

2    Q    Looking at figure H 21.

3         Do you see figure H 21?

4    A    Uh-huh.

5    Q    Okay.  Do you agree that figure H 21

6    shows the simulated PCE concentrations at the Tarawa

7    Terrace Water Treatment Plant when the results of

8    minimum schedule one are run on PS Ops in the dashed

9    line?

10   A    Uh-huh.

11   Q    And do you agree that the minimum

12   schedule one was to run a late PCE arrival time at

13   the Tarawa Terrace Water Treatment Plant?

14   A    Uh-huh.

15   Q    Okay.  And do you agree that the solid

16   pink line is the calibrated Tarawa Terrace model?

17   A    Yeah.

18   Q    Okay.  And so the -- what has -- sort of

19   being modeled as happening for the dashed pink line

20   is that that pumping of Tarawa Terrace 26, TT-26 was

21   minimized as much as it could be and still meet

22   demand at the water plant?

23   A    Exactly.

24   Q    Is that right?  Okay.

25   A    Exactly.

1     Q     And so for the dashed line run, other
2     than pumping, were all of the other parameters the
3     same as in the calibrated model?
4     A     Yes.
5     Q     Okay.  So is the difference in magnitude
6     between the dashed pink line and the solid pink line
7     representing the difference in PCE concentration
8     from the calibrated model and what it could
9     theoretically be minimized at?
10     A     Theoretically is the right word.
11     Q     Yeah.
12     A     Okay.
13     Q     Right.  So -- would you -- but that would
14     be theoretically possible?
15     A     Impossible.  Exactly.
16     Q     Okay.  And am I, in looking at
17     figure H 21, understanding correctly that it shows
18     that if TT-26 were minimized as much as were
19     theoretically possible --
20     A     Yes.
21     Q     -- to meet demand, then the ATSDR's model
22     would otherwise not simulate any PCE contamination
23     in the water supplied by the Tarawa Terrace Water
24     Treatment Plant between about January of
25     1960-something and January of 1972?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 258 of 480

1    A    That's correct.

2    Q    Okay.  And --

3    A    But that's not theoretically possible.

4  Because TT-26 is operating.

5    Q    Sure.  And I -- I want to go on next to

6  H 38 --

7    A    Okay.

8    Q    -- and ask about another run that I think

9  is -- is what you are talking about.

10   A    Okay.  That's fine.

11   Q    So if we look at figure H 33 and --

12   A    Figure on what page now?

13   Q    H 38?

14   A    H 38.  Okay.

15   Q    And then figure H 33?

16   A    Okay.

17   Q    And it says that it's the simulated PCE

18  concentrations at the water treatment plant under

19  the original schedule, solid line, minimum schedule

20  one, and minimum schedule two, dashed lines.

21   A    Uh-huh.

22   Q    And so is minimum schedule two, is that

23  where it's optimized to have a late PCE arrival time

24  with the restriction that TT-26 had to pump at least

25  25 percent --

Golkow Technologies,
877-370-3377         A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 259 of 480

```
 1        A      Yes.

 2        Q      -- of its pumping --

 3        A      Yes.

 4        Q      -- capacity?

 5        A      Exactly.

 6        Q      And why did you do the minimum schedule

 7   two run where TT-26 has to pump at least 25 percent

 8   of the time?

 9        A      Well, because that was more realistic in

10   reference to what we were observing as how TT-26

11   contributed to water treatment --

12        Q      Okay.

13        A      -- plant.

14        Q      So more realistic in how it was --

15        A      More realistic.

16        Q      -- pumping?

17        A      Yeah.

18        Q      Okay.  And in looking at figure H 33, is

19   the -- the dashed line that has closer together

20   dashes, is that the simulated PCE levels at the

21   water treatment plant when that minimum schedule two

22   is on?  So the one where TT-26 is pumping at --

23   at -- at least 25 percent --

24        A      Right.

25        Q      -- capacity?
```

1      A      If you extend that -- if you can see that
2  dashed line extended to 1985, that will be the water
3  treatment plant.
4      Q      Okay.  And then is it true then that the
5  difference between the tightly dashed line, the
6  minimum schedule two line, and the solid dashed
7  line, that's the difference in PCE concentration
8  from the calibrated model and then the minimum
9  schedule two where --
10     A      TT- --
11     Q      TT-- --
12     A      -- twenty-six.
13     Q      -- twenty-six is minimized but not below
14  25 percent?
15     A      Right.  Exactly.
16     Q      Okay.  So this analysis of these minimum
17  pumping schedules is in chapter H.
18            And my question is:  Why is this pumping
19  uncertainty analysis in chapter H and not chapter I
20  where the other uncertainty analyses are?
21     A      Because we didn't look at the variations
22  of the other parameters in this uncertainty
23  analysis.  We only looked at the pumping schedule
24  uncertain.
25     Q      In chapter I where the --

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 261 of 480

```
 1                    MS. O'LEARY:  We can get 63.
 2                    We don't have it yet.
 3                    THE WITNESS:  Oh, okay.
 4                    MS. O'LEARY:  I'm getting it.
 5              Sorry.
 6                    THE WITNESS:  Uh-huh.
 7                    (Whereupon, Government's Exhibit Aral
 8                    16, Chapter I Report, was marked for
 9                    identification.)
10   BY MS. O'LEARY:
11       Q     All right.  This will be Exhibit --
12   Government Exhibit 16, so the chapter I report.
13              So in chapter I, I want to go to
14   page I 55?
15       A     Yes.
16       Q     Okay.  There's a figure I 29; is that
17   what you're seeing?
18       A     Yeah.
19       Q     Okay.  So I 29's label says it's the
20   "concentrations of PCE in finished water at the
21   water treatment plant derived from scenario one
22   where pumping uncertainty was excluded and scenario
23   two where pumping uncertainty was included in the
24   probabilistic analysis using Monte Carlo as
25   simulation at Tarawa Terrace."
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 262 of 480

```
 1              So the -- the Monte Carlo simulation, was
 2      that a probabilistic --
 3         A      Yes.
 4         Q      -- evaluation of uncertainty?
 5         A      Yes.
 6         Q      Okay.  And to do that in the Monte Carlo
 7      simulations, did that involve model -- varying model
 8      input parameters?
 9         A      Yeah.
10         Q      Okay.  And so --
11         A      I have a diagram to show which
12      parameters.
13         Q      In your report?
14         A      In the uncertainty analysis in my experts
15      report.
16         Q      Yeah.  And for what figure I 29 shows in
17      terms of the pumping scenario -- from scenario one
18      and two with pumping uncertainty included and not
19      included, that pumping variation, that's different
20      pumping variation than what was in chapter H;
21      correct?
22         A      In what sense?
23         Q      Like in, like, scenario one and scenario
24      two for pumping --
25         A      I think you are seeing the scenario
```

1  two --

2      Q    Well --

3      A    No.  No.  No.  That's not correct.

4           This result now that you are seeing in

5  this chapter --

6      Q    In chapter I?

7      A    In chapter I.

8           -- includes uncertainty analysis of

9  pumping schedule variations --

10     Q    Uh-huh.

11     A    -- including uncertainty analysis of

12  pump -- parameter conditions together.

13     Q    Right.  But the pumping variation in

14  chapter I is not the same pumping variation --

15     A    No.

16     Q    -- of chapter H; right?

17     A    No.  No, no, it's not.

18     Q    Okay.

19     A    We are looking at maximum/minimum

20  conditions that we looked at earlier.  This -- this

21  is the pumping uncertainty standard variations with

22  respect to statistical analysis --

23     Q    Okay.

24     A    -- that is reasonably what it is at the

25  site.

1    Q    And for the -- the variation in pumping
2  that went into chapter I, that range, how was that
3  range of parameters inputs selected?
4    A    Okay.  That's a question.  I have to go
5  back and read that.  I don't have an answer on top
6  of my head.
7         I think we looked at the distributions of
8  possible pumping rate schedule changes.  I mean, I
9  have to read this whole report.
10        I -- I don't have an answer to that --
11   Q    Okay.
12   A    -- right away.
13   Q    But it's different than chapter H?
14   A    It is different, yeah.
15   Q    And were the ranges of parameter inputs
16  for the chapter I Monte Carlo simulations, were
17  those the theoretical limits of parameters?
18   A    As far as we know from the site data, I
19  think they were.
20   Q    In how -- in what way were -- would they
21  be the theoretical limits?
22   A    Not theoretical.  Whatever we have
23  observed at the site in terms of hydraulic
24  conductivities, in terms of other parameters, we
25  came up with that range in uncertainty analysis as

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 265 of 480

 1    the range to be used.

 2         Q    Okay.  So does that mean then that for

 3    the Monte Carlo simulations, did the Monte Carlo

 4    simulations explore the theoretical range of

 5    possible solutions --

 6         A    Yes.

 7         Q    -- at Tarawa Terrace?

 8         A    We put probability distribution on a

 9    parameter within the range that it is defined.

10    Monte Carlo analysis picks up data from that

11    probability density function --

12         Q    Sure.

13         A    -- combines it with another parameter for

14    its -- or from its probability density function,

15    combines all that into the model --

16         Q    Uh-huh.

17         A    -- runs the model.  You get one point on

18    the slide.

19         Q    But did the Monte Carlo simulation in- --

20    involve simulating every possible combination of

21    parameters --

22         A    No.

23         Q    -- within the --

24         A    That would have --

25         Q    -- ranges selected?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 266 of 480

1      A     -- been a hundred years to run.

2      Q     Okay.  But then how is it -- how is the

3  Monte Carlo simulation then showing the theoretical

4  range --

5      A     Okay.

6      Q     -- of possible solutions?

7      A     There's a method for that.  That -- in

8  hyperacute modeling.

9            I think we ended up using only 810

10  simulations from the PDFs database.  And then I

11  believe some of them dried out some of the wells.  I

12  believe it was 300 or so.

13           So what is remaining for us to analyze is

14  about 520 or so database to construct this

15  uncertainty analysis.

16      Q     Yeah.  But, I mean, that would mean then

17  you are not looking at the theoretical range of --

18                MR. DEAN:  Object to the form.

19      A     No.

20  BY MS. O'LEARY:

21      Q     -- possible solutions?

22      A     That -- that doesn't mean that.

23           The question here to ask is how many

24  Monte Carlo simulations --

25      Q     Uh-huh.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 267 of 480

1      A      -- is required to run a reasonable
2  uncertainty analysis.  In a case like this, the
3  answer is 400.
4      Q      But that's not my question.
5      A      Yeah.
6      Q      Not what's reasonable.
7             My question is whether the Monte Carlo
8  simulation that was run for Tarawa Terrace explored
9  the -- like, the universe of possible solutions?
10     A      The universe of the possible situations
11 that was bound by the database that we chose for
12 each parameter.
13     Q      Okay.  And but that -- those bounds of
14 parameters were not, like, the theoretical limits;
15 those were selected from the site -- available site
16 data?
17     A      Yeah.
18     Q      Okay.
19     A      It is based on site data.
20     Q      And then within the Monte Carlo
21 simulation, it didn't -- it didn't test every
22 possible combination of parameters?
23     A      It wouldn't be a Monte Carlo analysis
24 then.
25     Q      Well, it would be another way of --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 268 of 480

```
 1        A     It would be --
 2        Q     -- looking at uncertainty?
 3        A     -- running all the direct simulations for
 4   all the points on the PDF.  That's an impossible
 5   act.
 6        Q     And so that's not what was done?
 7        A     How can we do it?
 8        Q     Okay.  And so in figure I 29 --
 9        A     Uh-huh.
10        Q     -- there's --
11        A     Yeah.
12        Q     -- areas between -- both for scenario one
13   and scenario two, the --
14        A     Yeah.
15        Q     -- you know, pumping variation and no
16   pumping variation.
17              There's an area between lines that says
18   it's the range of concentrations representing
19   95 percent of Monte Carlo simulations.
20              Do you agree that that range representing
21   95 percent of Monte Carlo simulations for Tarawa
22   Terrace is not equivalent to the 95 percent range of
23   the universe of possible --
24                    MR. DEAN:  Object.
25
```

1  BY MS. O'LEARY:

2      Q      -- mean historical contaminant

3  concentrations --

4                  MR. DEAN:  Object --

5                  MS. O'LEARY:  -- at Tarawa Terrace.

6                  MR. DEAN:  Object to the form of the

7          question.

8      A      Okay.  95 percent within the bound of the

9  PDF distribution that we have selected for that

10  parameter is identified or selected by the method

11  itself randomly.  We are not assigning select this,

12  select that, select -- no.

13              Randomly -- random -- random numbers are

14  generated.  Based on those random numbers, it goes

15  and picks up some number some -- from some PDF

16  distribution --

17  BY MS. O'LEARY:

18      Q      Uh-huh.

19      A      -- for some parameter matches up with

20  another parameter PDF distribution number, puts them

21  into the model, and then --

22      Q      Yeah.

23      A      -- then runs it.

24      Q      Do you agree that the -- the total size

25  of the universe of possible solutions to modeling

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 270 of 480

1    Tarawa Terrace is unknown?

2        A    What do you mean by "universe"?

3        Q    Like all of the ways that the model could

4    have been set up, that all of the ways that the

5    contaminants could have moved through time, that the

6    size of that range is unknown?

7                 MR. DEAN:  Object to the form.

8        A    So you are referring to that -- that

9    statement to me means, Don't do a statistical

10   analysis and just do all the possible points on a

11   PDF function --

12   BY MS. O'LEARY:

13       Q    Well --

14       A    -- and run it through.

15       Q    I think what I'm more trying to

16   understand is how the Monte Carlo simulation and the

17   confidence interval --

18       A    Okay.

19       Q    -- that's reported relates to the

20   theoretical range --

21       A    Okay.

22       Q    -- of possible outcomes.

23       A    I think the best way to answer is if you

24   have a sample of 500 data point matchings from

25   different PDF functions, the representation of that

Golkow Technologies,
877-370-3377                 A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 271 of 480

1    outcome is 98.5 percent accurate with respect to the

2    mean value that we have generated as a deterministic

3    result.

4        Q    But that's only within the parameter

5    ranges that you evaluated; right?

6        A    Well, it's the beginning of analysis.

7    You cannot go back and question --

8        Q    Yeah.

9        A    -- what you started with.

10       Q    Well, my question is about how that

11    relates to not within the modeling world, but how

12    that relates to what could have been possible in the

13    real world?

14             MR. DEAN:  Object to the form of the

15             question.

16       A    Okay.  What you are referring to is you

17    have not selected the proper bounds on the

18    parameters that you inputted PDF functions.  That's

19    what you are telling me.

20    BY MS. O'LEARY:

21       Q    Well, no.

22       A    The universe means --

23       Q    I'm asking how they relate?

24       A    -- that to me.

25       Q    No, I mean theoretically in the real

1  world, not in the parameter range that you select.

2            MR. DEAN:  Object to the form of the

3        question.  There's no such thing as

4        theoretically in the real world.

5      A    Look, we decided to statist- -- to do a

6  statistical analysis.  The statistical analysis

7  follows a standard procedure to be used in an

8  application.  And that standard -- standard --

9  standard procedure is very simple, it's not complex.

10  BY MS. O'LEARY:

11      Q    Uh-huh.

12      A    It's very simple.  It says, Give us the

13  bounds of each parameter you think represents the

14  conditions at the site.

15      Q    Uh-huh.

16      A    That's number one.

17      Then fit a probability density function

18  within that range to represent the distribution of

19  that parameter.  That represents the conditions at

20  the site.

21      The third stage.  You go and throw dice

22  or -- or flip a coin, it becomes a random number.

23  It goes back into the PDF function, picks one number

24  out of that and another number out of the other PDF,

25  combines that.  That's the statistical procedure.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 273 of 480

1           You cannot -- once you decide to do this,
2    you cannot divert and ask questions.  What you are
3    doing, is it representing the universe?
4           No, we are modeling the universe.
5                MS. O'LEARY:  And I can go on to 42.
6           This will be a Hadnot Point --
7      A     Okay.
8                MS. O'LEARY:  -- summary.
9                Actually, do you have that already?
10               MS. BAUGHMAN:  You did mark a
11          summary --
12               MS. O'LEARY:  Yeah, I think we
13          marked -- let me find that one.
14               MS. HORAN:  I have it as Exhibit 4.
15               MS. O'LEARY:  Exhibit 4 should be
16          hopefully in this stack here.
17               THE WITNESS:  Okay.
18               Okay.
19   BY MS. O'LEARY:
20     Q     There you go.  It's rather thick.
21     A     Chapter A.
22     Q     Yeah, chapter A and then just to page iii
23   in the forward?
24     A     Four --
25     Q     Iii.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 274 of 480

```
 1      A      Iii.  Okay.

 2      Q      Oh, in the forward, yeah.

 3      A      Wait a minute.

 4             Are there two reports in here or --

 5      Q      No, it should be right near the

 6   beginning, Professor Aral.

 7             I think it might have been before that.

 8      A      Iii.  Okay.  I see it.  Forward.

 9      Q      Okay.  Yeah.  So it says in the first

10   paragraph, "The Agency for Toxic Substances and

11   Disease Registry, an agency of the U.S. Department

12   of Health and Human Services, is conducting

13   epidemiological studies to evaluate" --

14      A      Yeah, we read this earlier.

15      Q      Well, we read it in Tarawa Terrace.

16      A      Oh, did we?

17      Q      Yeah.

18      A      This is what?

19      Q      This is Hadnot Point.

20      A      Oh, really?  Okay.

21      Q      Yeah.

22      A      Okay.  Good.

23      Q      So -- "was conducting epidemiological

24   studies to evaluate the potential for health effects

25   from exposure to volatile organic compounds such as
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 275 of 480

1    tetrachloroethylene, trichloroethylene, and benzene

2    in drinking finished water at U.S. Marine Corp Base

3    Camp Lejeune, North Carolina.  Historical exposure

4    data needed for the epidemiological studies are

5    limited.  To obtain estimates of historical

6    exposures, ATSDR is using" --

7                    (Whereupon, the court reporter

8                    requests clarification.)

9    BY MS. O'LEARY:

10        Q      -- "ATSDR is using water modeling

11   techniques" --

12                    (Whereupon, the court reporter

13                    requests clarification.)

14   BY MS. O'LEARY:

15              -- "data needed for the epidemiological

16   studies are limited.  To obtain estimates of

17   historical exposures, ATSDR is using water modeling

18   techniques and the process of historical

19   reconstruction to quantify concentrations of

20   particular contaminants in finished water and to

21   compute the level and duration of human exposure to

22   contaminated drinking water."

23              Were you aware when you were working on

24   the Hadnot Point water -- water modeling of this

25   purpose stated in the forward?

1      A      I wasn't aware of the details of this

2    purpose, but I was aware of the fact that this study

3    was going to be followed by an epi study.

4      Q      An epidemiology --

5      A      Yeah.

6      Q      -- study?

7             Okay.  And still in the Hadnot Point

8    chapter A, so Exhibit 4, if you could go to

9    page A 62?

10     A      Okay.

11            Yes.

12     Q      And the top left, the first paragraph of

13   A 62 where it begins, "Using reconstructed"?

14            Do you see that?

15     A      A 6 --

16     Q      I think you're --

17     A      Sixty-two.

18     Q      -- on the right page.

19            A 62, yeah.  On the top left?

20     A      Yeah.

21     Q      Okay.  So it says, "Using reconstructed

22   simulated water supply well concentrations

23   previously discussed, monthly mean concentrations of

24   PCE, TCE, 1,2-TDCE, VC, and benzene were estimated

25   for finished water at the Hadnot Point water

GolKow Technologies,
877-370-3377                     A Veritext Division                     www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 277 of 480

1    treatment plant.  These estimates were computed
2    using a materials mass balance model simple mixing
3    to compute the flow-weighed mean concentrations of
4    VOCs as described earlier in this section on
5    computation of contaminated finished water
6    concentrations."
7              So does -- is it the case that the ATSDR
8    only modeled at Hadnot Point Holcomb Boulevard PCE,
9    TCE, 1,2-TDCE, VC, and benzene?
10        A    What's the last one?
11        Q    Benzene?
12        A    Oh, benzene?  Yes.
13        Q    Okay.  And you aren't offering opinions
14   about historical concentrations of any other
15   compounds at the Hadnot Point or Holcomb Boulevard
16   areas.
17        A    Not --
18        Q    Is that correct?
19             MR. DEAN:  Object to the form.
20   BY MS. O'LEARY:
21        Q    Is that correct?
22        A    Not other than these listed.
23        Q    So --
24        A    Yeah.
25        Q    -- trichloroethylene,

Golkow Technologies,
877-370-3377                    A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 278 of 480

1    tetrachloroethylene --

2         A    Yeah.

3         Q    -- dichloroethylene, vinyl chloride, and

4    benzene?

5         A    Yes.

6         Q    Okay.  And in that same page where it

7    says, "These estimates were" -- so still this is

8    A 62?

9         A    Okay.

10        Q    It said, "These estimates were computed

11   using a materials mass balance model simple mixing."

12             Do you agree that -- that Hadnot Point

13   model also did not include a calculation for loss of

14   contaminants in the water treatment plant?

15        A    As far as our analysis go, no.

16        Q    What do you mean "our analysis"?

17        A    I mean the water -- water modeling

18   analysis --

19        Q    Oh, okay.

20        A    -- that we have done.  Yeah.

21        Q    So water modeling did not involve a

22   calculation for contaminant losses in the water --

23        A    That's --

24        Q    -- treatment plant?

25        A    -- correct.

```
 1      Q     And we are going to set aside this one
 2   for a bit.
 3                 MS. O'LEARY:  And can we get -- this
 4            will be 39.
 5                 There we go.
 6                 THE WITNESS:  Are we done with this?
 7                 MS. O'LEARY:  We are done with that
 8            one, yes.
 9                 THE WITNESS:  Okay.
10                 (Whereupon, Government's Exhibit Aral
11                 17, Chapter A Supplement Two for
12                 Hadnot Point, was marked for
13                 identification.)
14   BY MS. O'LEARY:
15      Q     Thank you.
16            So Professor Aral, this is Government
17   Exhibit 17?
18      A     Okay.
19      Q     Professor Aral, this looks like a copy of
20   the chapter A supplement two for Hadnot Point.
21            Is that what it looks like to you?
22      A     Yeah.
23      Q     And am I correct in understanding that
24   you are an author on this --
25      A     Yes.
```

```
 1        Q      -- chapter?
 2               All right.  I have a few quick questions
 3    for you --
 4        A      Uh-huh.
 5        Q      -- on page S2.74?
 6        A      Yes.
 7        Q      Okay.  And -- I'm on the wrong page.
 8    There we go.
 9               I want to look at figure S2.99; do you
10    see that figure?
11        A      299, yes.
12        Q      Okay.  It says, "Estimated monthly
13    operating days for well HP-634."
14               Do you agree that figure S2.99 shows the
15    number of days per month that HP-634 was modeled as
16    pumping in the ATSDR's calibrated model for Hadnot
17    Point?
18        A      As a outcome of the modeling sequence
19    that we have used, that seems to be the case.  But
20    it's not daily.  I think it's monthly.
21        Q      Sure.  So --
22        A      Okay.
23        Q      -- so the -- so it -- well, the scale on
24    the left says days?
25        A      Is it?
```

```
 1              Oh, day.
 2              No, number of days --
 3      Q    So then the line would represent total
 4  number of days per month.
 5              So the time scale would be monthly?
 6      A    Yes.
 7      Q    And then --
 8      A    Yes.
 9      Q    -- it's showing its days?
10      A    Yes.
11      Q    Okay.
12      A    Monthly versus days, yeah.
13      Q    And do you agree that figure S 2.99 shows
14  that in the calibrated HP model, HP-634 was not
15  modeled as pumping after January of 1985?
16      A    Yes.
17      Q    Okay.  All right.  That's my only
18  question on that.  But we'll stay in -- well, maybe.
19  We are going to --
20                  MR. DEAN:  Can we take a break?
21                  MS. O'LEARY:  Sure.
22                  MR. DEAN:  Are you okay with that?
23                  MS. O'LEARY:  Yeah, that's fine.
24                  THE VIDEOGRAPHER:  The time right
25              now is 2:59 p.m.  We are off the record.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 282 of 480

 1                    (Whereupon, there was a recess taken
 2                    from 2:59 p.m. to 3:12 p.m.)
 3                    THE VIDEOGRAPHER:   Time right now is
 4              3:12 p.m.   We are back on the record.
 5       BY MS. O'LEARY:
 6         Q      Professor Aral, I have a few more
 7       questions for you in the Hadnot Point supplement
 8       two.
 9              So this is Exhibit 17 -- Government 17?
10         A      Okay.
11         Q      And could you go to page S 2.2.
12              All right?
13         A      Uh-huh.
14         Q      I think that is one --
15         A      Two.two -- oh, 2.4, I'm sorry.
16              Yeah.
17         Q      Okay.   So in the data availability data
18       sources section, so the column on the right?
19         A      Uh-huh.
20         Q      It says, "Four types of data sources
21       pertinent to water supply well operational records
22       and water treatment plant raw water records are used
23       in the supplement.   These are: one, daily
24       operational records for January 1998 to
25       June 2008" -- and skipping the parenthesis --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 283 of 480

1     "number two, Camp Lejeune historic drinking water

2     consolidated document repository records; three,

3     Camp Lejeune water documents; and four, U.S.

4     geological survey well inventory documents."

5          A     Uh-huh.

6          Q     "Using these data sources, operational

7     chronologies for 96 wells supplying groundwater, raw

8     water to the Hadnot Point Water Treatment Plant and

9     Holcomb Boulevard Water Treatment Plant were

10    developed."

11          And so Professor Aral, why did

12    operational chronologies for these 96 wells have to

13    be developed?

14        A    I was not involved in data collection, so

15    I have no idea what this is telling us about.

16        Q    Okay.  Then we can go on to page S2.12.

17          And so just to start out, were

18    operational histories reconstructed for the Hadnot

19    Point water supply wells?

20        A    Can you repeat that question, louder

21    please?

22        Q    Sure.  Were operational histories

23    reconstructed for the Hadnot Point water supply

24    wells?

25        A    I don't -- I don't remember that.

1          Q      Okay.  So on S2.12 in that first
2     paragraph on the top left?
3          A      Uh-huh.
4          Q      It says, "Similar to the training" -- or
5     after that, actually, a couple sentences.
6                 It says, "Because some wells did not
7     physically exist during the training period,
8     surrogate wells were selected to represent these
9     untrained wells."
10                So do you know what the training period
11    is a reference to?
12         A      I have to read this paragraph here.
13         Q      Sure.
14         A      "Similar to..."
15                Looks like they are trying to come up
16    with a operational well history on the site as to
17    when they were operated, when they were not
18    operating.  That's what this refers to.
19         Q      Okay.
20         A      Yeah.
21         Q      Were you involved in a -- like, a
22    training process for the Hadnot Point wells?
23         A      No.
24         Q      Okay.  And then we can set aside this
25    supplement --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 285 of 480

1        A      Okay.

2        Q      -- two from Hadnot Point and go back to

3    Exhibit 4, the Hadnot Point chapter A, to page 80 --

4    80 -- excuse me -- A 84?

5        A      Okay.

6        Q      And so Professor Aral, A 84, this section

7    is titled "Trichloroethylene Source Release Date

8    Sensitivity Analysis."

9               Were you involved in the

10   trichloroethylene source release date sensitivity

11   analysis at Hadnot Point?

12       A      No, I don't think so.

13       Q      You were not?

14       A      I don't remember that.

15              I mean, which area is this on Hadnot

16   Point --

17       Q      Hadnot Point --

18       A      -- industrial area or the landfill area

19   or which one?

20       Q      So the source release date sensitivity

21   analysis --

22       A      Yeah.

23       Q      -- I think it involved both?

24       A      Both?

25       Q      Yeah.

1      A      No, I'm -- I don't remember this.

2      Q      Okay.  Can you take a look at the next

3   page, A 85?

4      A      Uh-huh.

5      Q      There's a figure, A 37 -- actually,

6   sorry.  Just a minute.

7             I'll come back to that.  I think we can

8   set aside actually the chapter A for Hadnot Point.

9                   MS. O'LEARY:  And can we get -- it

10               will be 40.  It will be Hadnot Point

11               supplement six.

12                   MS. HORAN:  I believe that's

13               Exhibit 11.

14                   MS. O'LEARY:  That's Exhibit 11.

15               Okay.

16   BY MS. O'LEARY:

17      Q      Professor Aral, could you grab

18   Exhibit 11?

19      A      Exhibit 11?

20                   MS. O'LEARY:  Oh, yes.  There it is.

21                   THE WITNESS:  Yeah.  It's there.

22   BY MS. O'LEARY:

23      Q      Okay.  So on Exhibit 11, page S6.17.

24      A      Again, this is a supplement that I wasn't

25   an author on.

1       Q       No?

2               Okay.

3       A       Okay.

4       Q       So actually, going one page -- rather

5       than S6.17, S6.16.  So just the page before.

6               Do you see a table S6.5?

7       A       Okay.

8       Q       And it says it's calibrated contaminant

9       fate transport model parameter values used to

10      describe contaminant sources in the Hadnot Point

11      industrial area and Hadnot Point landfill area,

12      Hadnot Point Holcomb Boulevard study area.

13              Were you involved in selecting the

14      calibrated contaminant, like, mass loading rates?

15      A       Which is presented in this report?

16      Q       No.  In general, at Hadnot Point?

17      A       But we are looking at this report.

18              Is that in this report?  That's what I'm

19      asking.  Is that database is in this report?

20              If it is not, I would like to go back to

21      the database that was used later on in another study

22      and see if I was the author on that.

23      Q       Oh, so -- so you're saying you're not

24      sure if you were involved in --

25      A       I'm involved --

1    Q    -- that?

2    A    -- in it.  But I'm looking at a table --

3    Q    Uh-huh.

4    A    -- which I have not prepared.

5         And I'm not ready to answer questions on

6    it, because I was not involved in writing this

7    report.

8    Q    Okay.  So, I -- I mean, I think this is

9    the report where these contaminant mass loading

10   rates are reported in the Hadnot Point reports.

11   A    But some other group did it.  There's a

12   different group in every task, and they write

13   whatever they write.

14        If I have used it in another study

15   related to this industrial area or landfill area,

16   let's go to that report and discuss it there.

17   Q    Well, I guess that's what I'm asking you.

18        Did you use -- in the areas you worked

19   on, did you use the --

20   A    I would --

21   Q    -- the fate --

22   A    -- like to --

23   Q    -- and transport --

24   A    -- go back --

25   Q    -- buckles?

1      A     -- to the report that I wrote, listed
2  these numbers.  Then, I would say, Yes, I have used
3  it.
4             It may be totally "inrelevant" --
5  irrelevant to my application.  I don't know.
6  BY MS. O'LEARY:
7      Q     Okay.
8                  MS. O'LEARY:  Can we get -- this
9             will be -- we can set aside 11,
10            Exhibit 11.
11                  And can we get 25?
12                  THE WITNESS:  Okay.
13                  MS. O'LEARY:  You don't have it yet,
14            Professor Aral.
15                  THE WITNESS:  Okay.
16                  MS. O'LEARY:  It will end up being,
17            I think, Government Exhibit 18.
18                  THE WITNESS:  Okay.
19                  (Whereupon, Government's Exhibit Aral
20            18, E-mail String Between Robert Faye
21            and Mustafa Mehmet Aral, was marked
22            for identification.)
23                  MS. O'LEARY:  Yup.
24                  And I have some questions about
25            calibration of Hadnot Point.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 290 of 480

1                    THE WITNESS:  Okay.

2                    MS. O'LEARY:  There you go.

3                    THE WITNESS:  Okay.

4    BY MS. O'LEARY:

5         Q    Professor Aral, Government Exhibit 18

6    appears to be an e-mail from you to Robert Faye from

7    September 21st of 2011.

8              Do you recognize this e-mail?

9         A    Yeah.  It's from me.

10        Q    Do you remember it?

11                   MS. BAUGHMAN:  You should take your

12             time to read it first.

13                   THE WITNESS:  Yeah.  I'm reading it.

14   BY MS. O'LEARY:

15        Q    Professor Aral, are you -- what page are

16   you on reading?

17        A    I'm reading the whole e-mail sequence.

18        Q    Okay.  I thought you had mentioned that

19   you did re- -- you did recognize this e-mail?

20                   MR. DEAN:  He did, but we --

21        A    Yeah.  But this was ten -- how many years

22   ago?

23   BY MS. O'LEARY:

24        Q    Okay.  Would you like --

25        A    I have to read the whole thing to

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 291 of 480

```
 1   answer --
 2        Q     Yeah.  Would --
 3        A     -- questions.
 4        Q     -- you like to go off record so you can
 5   read it?
 6              And we can --
 7                   MR. DEAN:  No.
 8   BY MS. O'LEARY:
 9        Q     -- come back on record when you're ready?
10                   MR. DEAN:  No.  Keep the record
11              rolling.  But --
12                   MS. O'LEARY:  No.  We --
13                   MR. DEAN:  -- if it's --
14                   MS. O'LEARY:  -- can -- we can take
15              a break --
16                   MR. DEAN:  No.  It's --
17                   MS. O'LEARY:  -- if you need to read
18              all of the pages.
19                   So let's go off the --
20                   MR. DEAN:  No.  No.
21                   MS. O'LEARY:  -- record, please.
22                   MR. DEAN:  Absolutely do not stop
23              the videotape rolling.  You can stop
24              transcribing if you'd like.
25                   But he's going to continue to read
```

1          it.  You're the one that asked him a- --
2          about the e-mail.  He has a right to read
3          it.
4               There's nothing that suggests that
5          we have to turn off the record every time
6          you present him with an exhibit, which he
7          has a right --
8               MS. O'LEARY:  Yes.  But --
9               MR. DEAN:  -- to read --
10              MS. O'LEARY:  -- he's -- he's --
11              MR. DEAN:  -- and stop --
12              MS. O'LEARY:  -- already said --
13              MR. DEAN:  -- the transcript.
14              MS. O'LEARY:  -- he recognized the
15         e-mail.
16              So Professor Aral, I'm fine to go
17         off record for you to read every word --
18              MR. DEAN:  No.
19              MS. O'LEARY:  -- and not on the
20         record.
21              So are you ready to proceed --
22              MR. DEAN:  He can --
23              MS. O'LEARY:  -- or not?
24              MR. DEAN:  -- keep reading, but
25         we'll keep the record running.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 293 of 480

1     A    Can you tell me which part of this --

2  BY MS. O'LEARY:

3     Q    Sure.

4     A    -- your question --

5     Q    Yeah?

6     A    -- is all about?

7     Q    Sure.

8     A    I can have a focus on that.

9     Q    Yeah.  So I have questions for you about

10  page one and page two.

11     A    Okay.  So what is your question?

12     Q    So on page two, there's an e-mail from

13  you to Robert Faye that's dated September 20th --

14     A    Uh-huh.

15     Q    -- 2011.

16          The subject says, Re:  TCE landfill data.

17  And in the paragraph there, it's addressed to Bob.

18          Is that to Robert Faye?

19     A    That's to Bob -- yeah.  Bob Faye.

20     Q    Okay.  So, kind of, in the middle,

21  there's a sentence that begins, Here, I'm not

22  referring to CT application we did two years ago.

23          Do you see that?

24     A    Yeah.

25     Q    And it says, We did -- we did what we had

1    to do.  The outcome of our assumption seems to yield

2    pretty good answers, given what we did not know or

3    how little we know at the time and how little we

4    included in our overall analysis to come to that

5    conclusion.  I am interested in hearing your

6    thoughts on the calibration targets for GW fate and

7    transport models.

8              So just background, "CT" is that control

9    theory application?

10        A    Yeah.

11        Q    And when you say "GW," is that

12   groundwater?

13        A    GW, groundwater.

14             MS. BAUGHMAN:  Is -- isn't -- isn't

15        "CT" calibration target?

16             THE WITNESS:  Well, it can be that,

17        too, referring to calibration targets.

18        Yeah.

19             MS. BAUGHMAN:  Because the --

20             THE WITNESS:  That's right.

21             MS. BAUGHMAN:  -- prior e-mail --

22             THE WITNESS:  That's correct.

23             MS. BAUGHMAN:  -- is all about that.

24             THE WITNESS:  It's calibration --

25

                     Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 295 of 480

```
 1   BY MS. O'LEARY:
 2        Q     All right.  This is about tal- --
 3   calibration targets?
 4        A     Correct.
 5        Q     You are not referring to calibration
 6   target application you did two years ago?
 7        A     Calibration targets -- probably, I'm
 8   referring to Tarawa Terrace.
 9                   MR. DEAN:  Object to the form of the
10              question.
11                   MS. BAUGHMAN:  I -- I really think
12              you need to read the prior e-mail on --
13              on -- from Bob Faye to you right before
14              this e-mail, or you might understand the
15              context.
16   BY MS. O'LEARY:
17        Q     Well, Professor, hadn't you already read
18   page three?
19        A     The first e-mail is from me to Bob.
20        Q     Uh-huh.
21        A     Apparently, we had a meeting or a
22   conversation on -- or during which I have asked him
23   some calibration targets that he has or he may not
24   have in his mind.
25                   So that's the start of the discussion.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 296 of 480

```
 1              He answers --
 2                   MS. BAUGHMAN:  Wait.  Wait.  Wait.
 3                   What -- you've got to -- she needs
 4              to ask you a question.  Okay?
 5                   You're just -- you're just
 6              explaining the e-mail.
 7                   Wait for a question.
 8   BY MS. O'LEARY:
 9        Q    Pro- --
10                   MS. BAUGHMAN:  But make sure you've
11              read the whole --
12   BY MS. O'LEARY:
13        Q    So Pro- --
14                   MS. BAUGHMAN:  -- chain first.
15   BY MS. O'LEARY:
16        Q    Professor Aral, let me just ask my
17   specific questions, and this --
18        A    Please.
19        Q    -- might go better.
20              So do you agree that this e-mail --
21        A    And loud --
22        Q    -- thread -- the --
23        A    -- please.
24        Q    -- one -- yeah.
25              Do you agree that that e-mail on
```

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 297 of 480

```
1   September 20th, 2011, from you to Robert Faye -- so
2   the one on page two --
3        A     (The witness nods head.)
4        Q     -- that this e-mail is about calibration
5   targets for TCE at HP651?
6        A     In page two?
7        Q     Yes.
8        A     Uh-huh.
9        Q     You agree?
10                MR. DEAN:  Object to the form of the
11            question.
12       A     Can you repeat that --
13   BY MS. O'LEARY:
14       Q     Yeah.
15       A     -- what are --
16       Q     You agree that e-mail is about -- about
17   calibration targets for TCE at Hadnot -- HP651, the
18   well?
19       A     Okay.  Which page is this that you're --
20       Q     Two.
21       A     -- reading?
22       Q     Right here, in the --
23       A     Second page?
24       Q     Yes.
25       A     From me to Bob?
```

1    Q    That's right.

2    A    Okay.

3         Okay.  What is your question again?

4    Q    All right.  When you said, We did what we

5    had to do, what did you mean?

6         What is it that you had --

7    A    We change --

8    Q    -- to do?

9    A    -- we chose a proper calibration target,

10   and we went about applying it.

11   Q    Okay.  And you said, The outcome of our

12   assumptions seems to yield pretty good answers given

13   that we did not know or how little we knew at the

14   time and how little we included in our overall

15   analysis to come to that conclusion.

16        What is -- what do you mean by the

17   "outcome of our assumptions"?

18   A    I think we made some assumptions to

19   choose a calibration target, and it worked out in

20   the final analysis in the sense that our modeling

21   application yielded good results.  And I think I'm

22   referring to Tarawa Terrace there.

23   Q    Uh-huh.

24   A    So I'm suggesting, maybe, why don't we

25   use the same approach, come up with a proper

Golkow Technologies,
877-370-3377            A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 299 of 480

1  calibration target, and go at it?

2      Q      And the way you did it at Tarawa --

3      A      Right.

4      Q      -- Terrace, do it at Hadnot Point?

5      A      Right.

6      Q      Okay.  And then, on page one of this

7  e-mail -- so the page one of Exhibit 18 --

8      A      Uh-huh.

9      Q      -- in the e-mail from Robert Faye to you

10 and others that's dated September 20th, 2011, do you

11 see that one?

12     A      Yup.

13     Q      It says, Hi, folks.  First, it seems to

14 me, the overall model calibration strategy has

15 always been and should be to apply defensible

16 methods to simulate field observations.

17          Second, our models only grossly

18 approximate real-world physics, chemistry, and

19 biology.

20          Third, the feed -- field data represent a

21 snapshot in time during one day, whereas our model

22 simulate average monthly conditions.  It seems to me

23 that an effective and a ap- -- appropriate approach

24 to model calibration must integrate these realities

25 into the -- into a practical strategy.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 300 of 480

1         And then, there's one more sentence.

2         But do you agree with what Robert Faye

3    said, that the ATSDR's HP models only grossly

4    approximate real-world physics, chemistry, and

5    biology?

6              MR. DEAN:  Object to the form of the

7         question.

8    A    No.

9         I think what he's trying to do, if I -- I

10   don't recall -- recall this e-mail sequence.  But he

11   may be suggesting different calibration targets than

12   what we have used at Tarawa Terrace.

13        And probably, I'm insisting that what we

14   did at Tara- -- Tarawa Terrace worked for us.  So

15   let's continue with the same approach, same targets,

16   and it will work for this case, as well.

17   BY MS. O'LEARY:

18   Q    Why is it that the models are not grossly

19   approximating real-world physics, chemistry, and

20   biology?

21   A    Well --

22             MR. DEAN:  Object to the form of the

23        question.

24             That's not his e-mail.

25             THE WITNESS:  Yeah.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 301 of 480

```
 1                    MR. DEAN:  That's Bob Faye's e-mail.
 2                    THE WITNESS:  Yeah.
 3                    MS. O'LEARY:  That I -- I understand
 4             that.  And --
 5                    MR. DEAN:  Okay.  Well --
 6                    MS. O'LEARY:  -- I asked --
 7                    MR. DEAN:  -- you're implying --
 8                    MS. O'LEARY:  -- him if --
 9                    MR. DEAN:  -- that he --
10                    MS. O'LEARY:  -- he agreed.
11                    MR. DEAN:  -- said that.  You're
12             implying to him --
13                    MS. BAUGHMAN:  He did -- he did not
14             agree.
15                    MS. O'LEARY:  All right.  And I'm
16             asking him, Why?
17   BY MS. O'LEARY:
18        Q    Why is it that the models don't
19   grossly --
20        A    Well, because --
21        Q    -- approximate real-world --
22        A    -- the -- the --
23        Q    -- physics -- I'm --
24        A    -- models we --
25        Q    -- sorry.  Sorry --
```

Golkow Technologies,
877-370-3377              A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 302 of 480

1    A    -- are using --

2    Q    -- Professor Aral.

3    A    Okay.

4    Q    -- don't grossly approximate real-world

5    physics, chemistry, and biology?

6                    MR. DEAN:  Object to the form.

7    A    I don't agree with that.

8    BY MS. O'LEARY:

9    Q    Right.

10         Why?  Why don't you agree?

11    A    Because our models are good models.

12    Q    But, I mean, can't a model be good and

13    still be only a gross approximation?

14    A    No, it wouldn't be --

15    Q    Why not?

16    A    -- if it is done -- if it is done well,

17    calibrated well, the model represents the

18    assumptions you have initially introduced into it

19    and predicts what those initial assumptions --

20    assumptions you have mathematically correctly.

21    Q    Mathematically correctly, though.

22         But, I mean, we're talking about how it

23    compares to the real world.  Right?

24         The real world isn't in, for example --

25    A    Well, then --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 303 of 480

```
 1      Q      -- seven layers.
 2      A      -- it --
 3      Q      And that's what the model had.  Correct?
 4      A      Yes.  That they plot --
 5      Q      And then, the --
 6      A      Yeah.  Go ahead.
 7      Q      The real world's not in 50 by 50 squares.
 8             But that's what the model had.  Right?
 9      A      Right.
10      Q      And the real world has variable
11      biodegradation rates based on changing parameters
12      throughout the distance between a contaminant source
13      and the wells.
14             And the model didn't have that.  Right?
15      A      The model we have worked with is an
16      approximation of the environment we are working
17      in -- with.
18             And we are satisfied with the
19      representation of that environment within that
20      model, and we are trying to go through the
21      discussion of how far should we go further in time
22      spent in calibrating this model --
23      Q      Uh-huh.
24      A      -- to best fit what we have observed at
25      the field?
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 304 of 480

1          So this is not a question of whether the
2    model represents the field conditions correctly or
3    grossly.  That's not the question.
4          The question is what we have assumed in
5    building this model represents the field -- or -- or
6    the -- the -- the environment approximately, but
7    correctly in terms of our understanding at the
8    beginning.  Okay?
9          So when we start there, we cannot argue
10   whether the results are gross or exact.
11       Q    Because you just don't know?
12       A    No.
13          We know a bound of analysis based on
14   uncertainty, that it should reflect the -- the field
15   conditions within a certain degree of accuracy.
16       Q    But only within the -- the range of
17   parameters you chose to look at for the field --
18             MR. DEAN:  Object to the form.
19   BY MS. O'LEARY:
20       Q    -- parameters; correct?
21       A    We are modeling.  We cannot use all the
22   range of field parameters that is available to us.
23       Q    Okay.  You can set aside Exhibit 18.  And
24   if you could find Exhibit 4, the Hadnot Point
25   Chapter A?

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 305 of 480

1            MR. DEAN:  Supplement two?

2            MS. O'LEARY:  No.  Chapter A.

3            Exhibit four.

4            MS. BAUGHMAN:  That would be

5        Exhibit four.  Yeah.

6            MR. DEAN:  Oh.

7            THE WITNESS:  Uh-huh.

8            MR. DEAN:  Yeah.

9    BY MS. O'LEARY:

10       Q    And could you go to page A46?

11            And so there's a figure there, Figure

12   A18.  And its label says, Reconstructed Simulated

13   and Measured Concentrations of Trichloroethylene and

14   Selected Water Supply Wells Within the Hadnot Point

15   Industrial Area.

16       A    Uh-huh.

17       Q    So --

18       A    That's figure eight, 18 -- A18.

19       Q    A18.  Yes.

20       A    Yeah.

21       Q    Do you agree that this Figure A18 shows

22   the calibrated model values plotted with some

23   measured values at HP well 601, 602, 608, and 634?

24       A    Yeah.  That's what the titles say.

25       Q    Do you agree that the Figure A18 shows

1    some of the measured values at those wells, but not
2    the non-detections?
3        A    Uh-huh.
4        Q    Okay.  And so any non-detections are not
5    on these -- on these graphs?
6        A    I have no idea.
7             You are just referring to four figures,
8    four wells, and then, asking a universal question
9    as --
10       Q    No.  I --
11       A    -- to all --
12       Q    -- mean, for --
13       A    -- the wells.
14       Q    -- no.  I mean, for these four wells, the
15   non-detections are not --
16       A    I don't --
17       Q    -- shown?
18       A    -- know.
19       Q    Okay.
20       A    I don't remember that.
21            MS. O'LEARY:  Can we get number 43?
22            And I'm -- I'm going to have you --
23       I'm going to need you to compare.  So if
24       you could keep Exhibit --
25            THE WITNESS:  Okay.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 307 of 480

1                MS. O'LEARY:  -- 4 nearby.

2                This will be Government Exhibit 19.

3                (Whereupon, Government's Exhibit Aral

4                19, Chapter C at Hadnot Point, was

5                marked for identification.)

6                THE WITNESS:  Uh-huh.

7    BY MS. O'LEARY:

8        Q    And can you go to page C95?

9        A    C95?

10       Q    Yup.

11            Okay.  Professor, are you on page C95?

12            And you should be looking at a Table C7?

13       A    Yes.

14       Q    Okay.  So that table says it's a summary

15   of analyses of PCE, TCE, DCE of various kinds and

16   vinyl chloride in samples collected in Hadnot Point

17   water treatment plant water supply wells.

18            So I'd like you to look at HP634, and

19   look at the TCE column.

20       A    Uh-huh.

21       Q    And there are, looks like, four

22   non-detections.

23            Do you see those?

24       A    Yes.

25       Q    Okay.  So there are four non-detections

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 308 of 480

1    of TCE at HP634, for example.

2            But if we go back to Exhibit 4, which is

3    the Chapter A, at that figure A18 on page A46, for

4    wells 634, there are no non-detections on that

5    chart.  Is that correct?

6        A    634?

7            Non-detects are not shown in here as a

8    data point.

9        Q    Yeah.  Okay.  You can set aside Exhibit

10   19, which was the Chapter C at Hadnot Point.

11       A    Chapter what?

12       Q    You can set aside --

13       A    Okay.

14       Q    -- Exhibit 19.

15       A    Okay.

16       Q    So Chapter -- Exhibit 4 please keep.  And

17   you can set aside --

18       A    Okay.

19       Q    -- Exhibit 19.

20            And can you go in Exhibit 4, Chapter A,

21   to page A51?

22       A    Yes.

23       Q    All right.  So there's a figure A20 that

24   says --

25       A    Yeah.

1       Q       -- it's reconstructed, simulated, and

2   measured concentrations of benzene at selected water

3   supply wells at Hadnot Point industrial area, Hadnot

4   Point Holcomb Boulevard study.

5               And it's showing three wells, HP 602, HP

6   603, and HP 608.

7               And were you involved at all -- or are

8   you aware of the data on benzene detections at the

9   Hadnot Point water treatment plant?

10      A       Well, it says "TechFlowMP."  So I must be

11  involved.

12      Q       Okay.  So -- and are you, then, familiar

13  with the benzene detections at the wells in Hadnot

14  Point?

15      A       These are the data points that we had,

16  apparently, on benzene on these wells.

17      Q       Okay.  Do you agree that these figures

18  show calibrated model benzene concentrations at

19  these three wells -- HP 602, 603, and 608, as well

20  as some measured values?

21      A       Yup.

22      Q       Okay.  If I look at well HP 603, I don't

23  see any measured values.

24              Do you know why that is?

25      A       I don't know.

```
 1              There must be no data on that.
 2       Q      Why do you think there must be no data on
 3   that?
 4       A      Well, we didn't put data points on that
 5   figure.
 6       Q      Okay.  Can you pull back up Exhibit 19,
 7   the Chapter C for Hadnot Point?
 8       A      Yes.
 9       Q      And go to page C98.
10       A      Okay.
11       Q      So if you look at -- now, this -- there's
12   a Table C8.
13       A      Uh-huh.
14       Q      And it says, Summary of Analyses for
15   Benzene, Toluene, Ethylbenzene, and Total Xylene in
16   Water Samples Collected in Hadnot Point Water Supply
17   Wells.
18              And do you see the entries for HP 603 in
19   the column for benzene?
20       A      Uh-huh.
21       Q      All right.  Do you see that there are
22   seven entries for benzene, and they're all
23   non-detections?
24       A      Yes.
25       Q      Okay.  So does that mean that in --
```

```
 1      A      These plots didn't include non-detects.
 2      Q      You didn't include the non-detects --
 3      A      Correct.
 4      Q      -- in well HP 603?
 5      A      Yeah.
 6      Q      Okay.  So I --
 7                  MR. DEAN:  Objection to form.
 8                  They don't show up on log scales
 9              anyway.
10      A      Uh-huh.
11  BY MS. O'LEARY:
12      Q      So if you look at -- back at page A51,
13  that --
14      A      Uh-huh.
15      Q      -- figure A20?
16      A      Uh-huh.
17      Q      For H -- well HP603, what does the red
18  line represent?
19      A      603?
20      Q      603.  I'm sorry.  I might have said
21  something wrong.
22              603?
23      A      Yeah.  Okay.
24      Q      What does the red line represent?
25      A      The simulated benzene concentrations at
```

GolkowTechnologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 312 of 480

1    this well location.

2        Q     Okay.  And does the -- am I correct in

3    understanding this shows the simulated benzene

4    concentrations at -- at well HP603 at some point

5    exceeded a hundred micrograms per liter?

6        A     It shows that.

7        Q     But then when we looked at the table in

8    chapter C --

9        A     Uh-huh.

10       Q     -- there were only nondetections at well

11   HP603?

12       A     That's correct.

13       Q     Okay.

14       A     But again, you are making the mistake of

15   comparing point values at a point in time and a

16   point in space with the overall calibration of a

17   model.

18       Q     Uh-huh.

19       A     You are confused in that.

20       Q     Can we go to page A81?

21       A     A81?

22       Q     Yup.  So same -- same exhibit.

23       A     Okay.

24                    MR. DEAN:  Oh, A.

25                    MS. O'LEARY:  A, yeah.

1          A          A81?

2     BY MS. O'LEARY:

3          Q          Yeah.  And the --

4                          MR. DEAN:  A81.

5     BY MS. O'LEARY:

6          Q          -- column on the left --

7          A          Yeah.

8          Q          -- and as I send [sic] this -- the first

9     sentence starts, "As previously discussed."

10                         But, "Simulated results for water supply

11     well HP602 provide reasonable agreement with field

12     data, whereas simulated results for water supply

13     well HP603 are inconsistent with field data.

14     Therefore, sensitivity analyses were conducted to

15     assess the effect of varying contaminant, source,

16     area, size, location, and release date on

17     reconstructed benzene concentrations at water supply

18     well HP603 and at the HP water treatment plant.

19                         "Additionally, the sensitivity analysis

20     included assessing the effect of the contribution of

21     benzene contaminated groundwater from well HP603 on

22     benzene concentrations in finished water at the

23     Hadnot Point water treatment plant."

24                         Now, were you involved in this

25     sensitivity analysis on HP603?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 314 of 480

1    A    Yes, I was.

2    Q    Okay.  Am I understanding from what I

3    just read on A81 that the ATSDR recognized the

4    simulated results for water supply well HP603 as

5    inconsistent with field data?

6    A    That's what it says, yeah.

7    Q    Okay.  And still on --

8    A    We established that --

9    Q    Uh-huh.

10    A    -- in our prior discussion.

11    Q    And if you go onto the next page, just

12    A82, there's a description of a -- of the

13    sensitivity analysis that was done.

14         And am I correct in understanding that in

15    the sensitivity analysis, they determined that

16    varying the source concentrations caused only small

17    improvement at --

18    A    A- --

19    Q    -- while 603 --

20    A    -- -83 is only figures and you are --

21    Q    A --

22    A    -- referring to --

23         (Whereupon, the court reporter

24         requests clarification)

25    A    A -- A83 is only page for figures.  You

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 315 of 480

1    are actually referring to A -- A82.

2    BY MS. O'LEARY:

3         Q     A 82.

4         A     Okay.

5         Q     Yeah.

6         A     Okay.

7         Q     At the top.

8         A     Uh-huh.

9         Q     I can read what it says.

10               It says, "Sensitivity analysis results

11    for varying assigned source concentration value from

12    a calibrated value of 17,000 micrograms per liter,

13    and source release date from the calibrated release

14    date of January 1st, 1964, are listed in table A25.

15    These results indicate a small improvement in

16    reconstructed benzene concentrations while HP603

17    compared to calibrated results."

18               So am I correctly understanding that the

19    sensitivity analysis found only small improvement in

20    HP603 by varying source concentrations?

21         A     The sensitivity analysis looks at the

22    effect of the variations of a certain parameter on

23    the results.  So in this case, actually, we are

24    changing the source concentrations to see if it has

25    an effect on the 603 -- well 603.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 316 of 480

1           And we are concluding that the change in
2    source concentrations does not effect that much.
3           Q     Okay.  And -- and going on after that, it
4    says, "Perhaps more important however, in the
5    context of the overall project, is that the effect
6    of these contaminant source variations on finished
7    water benzene concentrations at the HP water
8    treatment plant is minimal."
9           Do you agree it's more important in the
10   context of the overall water modeling project at
11   Hadnot Point that the contaminant source variations
12   of the sensitivity analys- -- analysis on finished
13   water on benzene concentrations at the Hadnot Point
14   water treatment plant is minimal?
15              MR. DEAN:  Object to the form of the
16              question.
17          A     Yeah.
18   BY MS. O'LEARY:
19          Q     Okay.
20          A     I think it says that, yes.
21          Q     And to -- and then its goes on to say,
22   "To assess the contribution of reconstructed benzene
23   contaminated groundwater from water supply well
24   HP603 to finished water concentrations at the Hadnot
25   Point water treatment plant, the mixing model

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 317 of 480

1    results were derived by removing the flow and

2    contaminant mass contribution from well HP603.

3            And then it says "The reconstructed

4    benzene concentration results shown in figure A36

5    indicate that the contribution from benzene

6    contaminated water supply well HP603 to finished

7    water concentrations at the HP water treatment plant

8    was minimal."

9            And then --

10   A    Yeah.

11   Q    Do you agree?

12   A    What -- yeah.

13           What we are saying is if we change the

14   source date it has also minimal effect.

15   Q    Okay.  And if -- if HP603 does not have a

16   big effect on the water treatment plant calibration,

17   then does that mean that the calibrated model is

18   drawing most of the benzene from different wells?

19   A    Not the calibrated model.  The water

20   treatment plant is receiving contaminants from

21   different wells, yeah.

22   Q    Right.

23   A    Yeah.

24   Q    So if -- if -- so the specific well,

25   HP603, has a changing source loading on that well

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 318 of 480

1   has a minimal effect on the water treatment plant
2   levels, then does that mean in the model the source
3   of the benzene is primarily other wells, not 603?
4        A    No, that -- that's not what it says.
5             It says changes in the source value
6   doesn't effect the water treatment plant
7   concentrations.  It doesn't say that the source at
8   this well doesn't effect.
9        Q    Well, isn't that what they varied, was
10  the strength of the source at 603?
11       A    No.  There is a source.  Let's --
12       Q    Sure.
13       A    -- say a hundred milligrams per liter,
14  that's going to water treatment plant.
15            Now, if you make it 110 or 90, it doesn't
16  make any change on the water treatment plant.  But
17  there is still hundred milligrams of contaminant in
18  that --
19       Q    Uh-huh.
20       A    -- well.
21            Okay?  I mean, the changing effects is
22  not important but the source is still there,
23  whatever it is.
24       Q    Isn't the uncertainty analysis to see
25  what happens when you vary the source strength?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 319 of 480

1      A      Yeah.  But you are asking me if you take

2  the 603 out --

3      Q      Yeah.

4      A      -- it's not going to change the water

5  too.  That's not true.

6             What I'm trying to tell you is there's a

7  source which contributes to water treatment plant

8  concentrations.  A hundred milligrams, maybe ten

9  milligrams of it goes to water treatment plant.

10     Q      Uh-huh.

11     A      Now, if you make the source or change the

12  source value to 120 or 80, still ten goes to the

13  water treatment plant.

14             Conclusion is not if you take 603 out,

15  still there's no change in the water treatment

16  plant.  No.

17             Ten milligrams you are taking out now

18  from the water treatment plant by taking out 603

19  totally.

20     Q      Okay.  You can set aside chapter A and we

21  are going to go back to supplement six, which was

22  Exhibit 11.

23     A      Exhibit 11.

24     Q      And to page S645.

25             Actually, to -- yeah.  S645, that's

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 320 of 480

 1    correct.

 2          A      Okay.

 3          Q      Okay.  So in the column on the right, the

 4    second paragraph begins, "For contaminant fate and

 5    transport modeling reported herein.  However

 6    insufficient -- however insufficient water quality

 7    data existed to conduct a statistical analysis for

 8    assessment of model calibration fit.  In addition,

 9    specific data pertinent to the timing of initial

10    deposition of the contaminants in the ground or

11    subsurface chronologies of waste disposal

12    operations, such as dates and times when

13    contaminants were deposited in the HPLF or

14    descriptions of the temporal variation in

15    contaminant concentrations in the subsurface

16    generally are not available.

17                It goes on, "Determining these types of

18    source identification and characterization data

19    became part of the historical reconstruction process

20    whereby the contaminant fate and transport model was

21    used to test source locations, varying

22    concentrations, and beginning and ending dates for

23    leakage and migration of source contaminants to the

24    subsurface and underlying groundwater flow system."

25                Were you involved in that process of

Golkow Technologies,
877-370-3377            A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 321 of 480

1  determining the types of source identification and
2  characterization data?
3      A    No.  I'm not an author on this report so
4  I wouldn't know what is the procedure -- what are
5  the procedures they have used and I don't
6  remember --
7      Q    Okay.
8      A    -- this paragraph.
9      Q    Okay.  And were you involved in the
10 process of testing source locations by varying
11 concentrations and beginning and ending dates?
12     A    That -- this is -- let's see.  In the
13 landfill area.
14          We referred to that earlier in one of the
15 other exhibits that we tested the start and ending
16 dates of the wells.  It didn't have any effect.  We
17 tested the source concentration magnitudes, it
18 didn't effect.
19          So is this the same well or is this a
20 different site?  I -- I have no idea what we are
21 talking about.
22     Q    I mean, this chapter is about all of the
23 wells.
24     A    The previous --
25     Q    At Hadnot Point.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 322 of 480

1      A      -- chapter was on benzene application
2   only?  Is that what we discussed a minute ago?
3      Q      So we were talking about chapter A, which
4   is the summary of findings and chapter C, which is
5   about occurrence of all --
6      A      No -- no.
7      Q      -- contaminants.
8      A      We were looking at some figures that
9   nondetects were used or not used and we were talking
10  about sensitivity analysis we used, just to see if
11  the source concentration changed or if the time of
12  application of the contaminant at the site changes.
13  It didn't change anything.
14          So you ask me the question, if you take
15  this well off will there be any change in the water
16  treatment plant?
17          I answered the question as, "yes."
18          Now we are coming to this supplement --
19      Q      To supplement six.
20      A      -- six.
21          Is this -- I -- I'm not familiar with
22  this chapter.  I haven't authored it.
23          Are these paragraphs referring to what we
24  have discussed a minute ago, which I have
25  summarized?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 323 of 480

1          Do you know that or --

2      Q    I don't know.

3      A    I don't know it either.

4      Q    Okay.

5      A    So --

6      Q    Are you offering opinions about the

7  calibration assessment of Hadnot Point?

8      A    I'm offering opinions on a paragraph that

9  you wrote or read -- read on this chapter.

10     Q    So supplement six is called,

11  "Characterization and simulation of fate and

12  transport of selected volatile organic compounds in

13  the vicinities of the Hadnot Point industrial area

14  and landfill."

15          Were you involved in any of those

16  processes?

17     A    No.  I'm not an author on this report so

18  I have no idea what's in this report.

19     Q    Okay.  So are you offering no opinions on

20  anything contained in supplement six?

21          MR. DEAN:  Object to the form.

22     A    If I'm not an author the only thing I

23  did, probably, I reviewed it.

24  BY MS. O'LEARY:

25     Q    Okay.  Are you offering any opinions

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 324 of 480

1    about mass loading at Hadnot Point?

2        A    At certain sites I'm looking at benzene

3    mass loadings that I have described a minute ago

4    that it did effect it didn't effect and so forth.

5    So I have an opinion on that but I don't have an

6    opinion on this supplement six.

7        Q    On benzene, let's start there.  Were you

8    involved in -- are you offering opinions, I mean, on

9    the appropriateness of the calibrated value --

10        A    Yeah.

11        Q    -- for mass loading?

12        A    Yeah.  That study -- benzene study was

13    done with TechFlowMP.

14        Q    Okay.  Are you offering opinions about

15    the quality of the calibrated values of mass loading

16    of the other contaminants at Hadnot Point?

17        A    If my -- if -- if that is a study which I

18    have done and I was involved in writing the report,

19    yes, I'm going to offer an opinion on it.  But the

20    reference, the Exhibit 11 is written by some other

21    group at ATSDR.

22            I'm not the author so I'm not going to

23    offer an opinion on that.

24        Q    If we stay on supplement six and page

25    S645, where we were, still in the column on the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 325 of 480

```
 1   right --
 2        A     Six.  Just a moment.
 3              Exhibit six or --
 4        Q     No.  It's Exhibit 11.
 5        A     Yes.
 6        Q     What we were on.
 7        A     And you are going back to the --
 8        Q     -- to S6.
 9        A     -- supplement that I'm not an author, I'm
10   not an involved participant.  Maybe I have just
11   reviewed it and you are going to ask me a
12   question --
13        Q     Yes --
14        A     -- about it again.
15        Q     -- I have questions about it --
16        A     Okay.
17        Q     -- about S640.45.
18              So it said --
19        A     645?
20        Q     Yeah.  The column on the right --
21        A     Yeah.
22        Q     -- the third paragraph says, "Conducting
23   a robust uncertainty analysis using Monte Carlo
24   analysis requires simulating thousands of
25   realizations.  When using available computational
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 326 of 480

1    equipment, the HPIA and HPLF models have a
2    simulation time of about six to eight hours for each
3    simulation.  The lengthy simulation times and the
4    substantial data limitations therefore make a
5    comprehensive uncertainty analysis computationally
6    prohibitive based on available resources and time
7    limitations.  Thus the ranges values presented in
8    the sensitivity analysis section of this report
9    assess a limited number of input and output model
10   parameter.
11           "The results, i.e. range of concentration
12   presented in the sensitivity analysis reported
13   herein should not be considered or interpreted as
14   the results of a robust and comprehensive
15   uncertainty analysis but do provide insight into
16   parameters, sensitivity, and uncertainty in a
17   qualitative sense."
18           Were you involved at all in an
19   uncertainty analysis at Hadnot Point using Monte
20   Carlo analysis?
21       A     Yes.  Not on this supplement though, on
22   other applications, in other locations, in Tarawa
23   Terrace, in benzene analysis.  Yes.
24       Q     But in Hadnot Point were you involved in
25   an uncertainty analysis using Monte Carlo analysis?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 327 of 480

1      A      In other sites, yes.

2      Q      What sites?

3      A      What sites?

4      Q      Yeah.

5      A      Fuel farm, under storage tanks, benzene

6    leakage, modeling of benzene using TechFlowMP.  If I

7    did the modeling I did the uncertainty analysis.

8           And I don't know what this is doing or

9    what is this all about that we are looking at right

10   now.  I don't know that.

11     Q      Can you go back one page --

12     A      Uh-huh.

13     Q      -- to S6.44?

14     A      Yeah.

15     Q      And there's a figure S6.23.

16     A      Yes.

17     Q      It says, "It's variations and

18   reconstructed are simulated finished water

19   concentrations of trichloroethylene derived using

20   Latin hypercube sampling methodology on water supply

21   well monthly operational schedules Hadnot Point

22   water treatment plant, Hadnot Point-Holcomb

23   Boulevard study area."

24           Do you see that?

25     A      Yes, I see that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 328 of 480

1      Q      And were you involved in the --

2      A      I wasn't --

3      Q      -- in this process?

4      A      I wasn't involved in anything that you

5    are showing me in this report, supplement six.

6      Q      So -- so Professor Aral, you've told me

7    that you weren't involved in supplement six but you

8    were involved in Monte Carlo simulations at other

9    areas of Hadnot Point.

10           This is where Monte Carlo simulations of

11   from Hadnot Point are --

12     A      I'm not the only --

13     Q      -- report -- are reported --

14     A      I'm not the only person who can do Monte

15   Carlo analysis.  Other teams within ATSDR can do

16   that too.

17     Q      Right.  But --

18     A      So at different sites we took the tasks

19   onto us to do the simulations and then do the

20   uncertainty analysis.

21           In this task, whatever this is, this is

22   done by some other group.  Anybody can do

23   uncertainty analysis.

24     Q      Sure.

25     A      Yeah.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 329 of 480

1      Q      I don't disagree with you.

2             But the ones reported by the ATSDR are

3   here in chapter A, supplement six.  So where are the

4   Monte Carlo simulations that you did on Hadnot

5   Point?  Where are they -- they reported?

6      A      I have not done supplement six

7   uncertainty analysis.  Wherever this site is,

8   whoever was responsible doing this simulation who

9   did the analysis is not my group.

10     Q      No, I understand that.

11            So where are the -- the simulations you

12  did reported?

13     A      Well, we -- we had done the benzene

14  analysis --

15     Q      Sure.

16     A      -- there's a chapter on that.  We did the

17  simulations on underground storage tanks, there's a

18  chapter on that.  If we made the simulation, we are

19  responsible of the sense -- uncertainty analysis

20  associated with that.

21            If you -- if you want to go back to those

22  chapters, I can answer all your questions.

23     Q      Were you involved in the sensitivity or

24  uncertainty analysis other than the benzene and the

25  underground storage tanks?

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 330 of 480

```
 1        A      If -- I don't remember all the tasks that
 2    I was involved with.  But if you find a report which
 3    does a simulation analysis at the different site and
 4    my name is not on the report, I have not done that
 5    study.
 6        Q      Okay.  So you can set aside exhibit 11.
 7        A      Okay.
 8        Q      And I have a few questions about your --
 9    the timeline of your involvement in the ATSDR water
10    models and their reviews by various entities.
11        A      Yeah.
12        Q      So we've already talked about how you
13    started working with ATSDR with a cooperative
14    agreement with MESL --
15        A      Right.
16        Q      -- around 2000.
17        A      Right.
18        Q      And then you've already mentioned that
19    there was the expert panel in 2005 that the ATSDR --
20        A      That's correct.
21        Q      -- convened.
22               Is that right?
23                   (Whereupon, the court reporter
24                    requests clarification.)
25
```

1    BY MS. O'LEARY:

2         Q      "Convened."

3                And at that ATSDR panel, did you know any

4    of the panel members before it was convened?

5         A      Can you read the names?

6         Q      Yeah.

7                Barry Johnson (phonetic), Robert Clark

8    (phonetic), David Dougherty (phonetic), Benjamin

9    Harding (phonetic), Leonard Konikow, Eric Laball

10   (phonetic), Peter Pomerank (phonetic), Vijay Singh

11   (phonetic), James Uber (phonetic), and Thomas

12   Walski.

13        A      I know Vijay Singh.  I know James Uber

14   and I read papers from Konikow.  Probably I read

15   papers from other names that you just read --

16        Q      Okay.

17        A      -- but I don't know them, personally.

18                    MS. O'LEARY:  And can we grab 54, if

19               we haven't already?

20                    (Whereupon, Government's Exhibit Aral

21                    20, Expert Peer Review Panel

22                    Evaluating ATSDR's Water Modeling

23                    Activities In Support of the Current

24                    Study of Childhood Birth Defects and

25                    Cancer At U.S. Marine Corps Base Camp

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 332 of 480

1           Lejeune, North Carolina, was marked

2           for identification.)

3     BY MS. O'LEARY:

4         Q     Professor Aral, here's --

5         A     Uh-huh.

6         Q     -- Exhibit 20.

7         A     Yeah.

8         Q     And this is -- says it's the "Expert peer

9     review panel evaluating ATSDR's water modeling

10    activities in support of the current study of

11    childhood birth defects and cancer at U.S. Marine

12    Corps Base Camp Lejeune, North Carolina."

13           And have you -- have you seen this

14    development before?

15        A     Most probably, yes.

16        Q     Is this the report that came out after

17    the expert review panel in 2005?

18        A     I presume, yes.

19        Q     Okay.  I'd like to turn your attention

20    first to page 20 -- well, I guess it's page 29.

21        A     Seventy-nine?

22        Q     Twenty-nine.

23        A     Twenty-nine.

24        Q     In section --

25        A     Yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 333 of 480

1      Q      -- section --

2      A      Summary of recommendations.

3      Q      Yeah.  In section 6.4.

4      A      Okay.

5      Q      And they -- so 6.4 says, "Data analysis,

6      Hadnot Point area."

7             Oh, sorry.  Can we go back to 20 -- page

8      29, 6.2 chronology of events?

9      A      Okay.

10     Q      Okay.  So in that section it's:  "The

11     panel members recommended that ATSDR focus its next

12     efforts on refining its understanding of

13     chronological events.  These need to include

14     documenting periods of known contamination times

15     when water distribution systems were interconnected

16     and the start of operations at the Holcomb Boulevard

17     water treatment plant."

18            So my understanding, this was a

19     recommendation of the expert panel.

20     A      Yes.

21     Q      And did the ATSDR follow up on this

22     recommendation to refine its understanding of

23     chronological events?

24     A      I think the answer is yes.  And I think

25     we also developed a specific application to look

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 334 of 480

```
1    into the interconnectedness of the two water
2    treatment plants or --
3         Q    Uh-huh.
4         A    -- systems.  We used the Markov chain
5    analysis at that time.
6                   MS. O'LEARY:  And you can set this
7              one aside.
8                   Have we used one yet?
9                   (Whereupon, the court reporter
10             requests clarification.)
11                  MS. O'LEARY:  It was just a
12             question, do we have one --
13                  Exhibit 13.  Would you grab Exhibit
14             13?
15                  (Whereupon, there was a discussion
16             off the record.)
17                  THE WITNESS:  Exhibit 13?
18                  MS. O'LEARY:  I guess it's just a
19             few pages.
20    BY MS. O'LEARY:
21         Q    Is that it?
22         A    Uh-huh.
23         Q    Yeah.  There you go.
24         A    Uh-huh.
25         Q    And this is the -- we looked at it
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 335 of 480

1    before -- but this is the transcript of that expert

2    panel.

3         A     Okay.

4         Q     And can we go to page 20 of the

5    transcript?  So not of the document.

6                    MS. BAUGHMAN:  We only have --

7                    MS. O'LEARY:  Not of the document,

8              of the transcript.

9                    So it should say "20" in the top

10             right corner.

11                   THE WITNESS:  Twenty?

12                   I don't see a page 20.

13                   MS. BAUGHMAN:  We don't have 20.

14                   MR. DEAN:  We don't have 20.

15                   MS. O'LEARY:  Oh, you don't have a

16             page 20?

17                   MS. BAUGHMAN:  No.

18                   MS. O'LEARY:  All right.  Then never

19             mind.  We'll skip that one then.

20                   MS. BAUGHMAN:  You want to see?

21             It's the --

22                   MS. HORAN:  No, I believe you.

23                   MS. O'LEARY:  No, we believe you.

24                   MS. BAUGHMAN:  Okay.

25                   MS. O'LEARY:  Can we just --

1                    MR. DEAN:  Let me see that?

2                    MS. HORAN:  We believe you.

3                    MR. DEAN:  Oh, I was just giving

4          back to --

5                    MS. HORAN:  I'll look but we believe

6          you.

7                    MR. DEAN:  I was just giving it back

8          to you in case you wanted to reuse this.

9                    MS. HORAN:  What?

10                   MS. O'LEARY:  Can we go back then to

11         54, which is the one that we had before.

12         It's got this tan cover.

13                   THE WITNESS:  Okay.

14                   MS. BAUGHMAN:  Is that 13?

15                   MS. HORAN:  Yeah.

16                   MR. DEAN:  Okay.

17                   MS. HORAN:  He'll need it back.

18                   MS. BAUGHMAN:  What are we on now?

19         What --

20                   MS. O'LEARY:  Well, we are pulling

21         up this one, which is --

22                   MS. HORAN:  Exhibit 54 --

23         Exhibit 20?

24                   MS. O'LEARY:  -- twenty.

25                   THE WITNESS:  Exhibit 20?

```
 1              MS. BAUGHMAN:  We are going back to
 2       Exhibit 20?
 3              MS. HORAN:  Yes.
 4              MS. BAUGHMAN:  All right.  The last
 5       one?
 6              MS. HORAN:  Yes.
 7              MS. BAUGHMAN:  What page?
 8              MS. O'LEARY:  We'll be heading for
 9       page --
10              THE WITNESS:  Oh, my God.
11              MS. O'LEARY:  -- 121.
12              THE WITNESS:  Wait a minute.
13              MS. O'LEARY:  Oh, there it is.
14              THE WITNESS:  Yeah.
15              MS. O'LEARY:  That's it.
16              THE WITNESS:  121?
17              MS. O'LEARY:  Page 121.
18              MS. BAUGHMAN:  Is this Exhibit 20?
19              MS. HORAN:  It should be.
20              THE WITNESS:  Page 121?
21              MS. BAUGHMAN:  Yeah, but there's no
22       page 121.
23              THE WITNESS:  There's no such --
24              MS. BAUGHMAN:  There's no --
25              MS. O'LEARY:  Oh, it's section -- I
```

```
1              think that's the document number.
2                   So it's section two point -- or
3              4.2.4, which will be --
4                   THE WITNESS:  Four point two point
5              four.
6                   MS. O'LEARY:  There we go.
7                   So that will be page 21.
8                   THE WITNESS:  Page 21.  Okay.
9                   Okay.
10   BY MS. O'LEARY:
11       Q    And this -- so there's a section 4.2.4,
12   suggested modeling approaches, modifications and
13   considerations.
14              And in the section on groundwater, kind
15   of in the middle there's a paragraph that begins
16   "Dr. Walski."
17              Do you see that?
18       A    Yup.
19       Q    Can you read that paragraph?
20       A    "Dr. Walski suggested performing an
21   overall classification of the areas where
22   contamination was known to occur and the areas
23   without contamination.  People in the contaminated
24   areas will be considered exposed and those in the
25   uncontaminated areas will be classified as
```

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 339 of 480

1   unexposed.

2           "He's also recommending -- he also

3   recommended that ATSDR use modeling to concen- --

4   concentrate on the areas where contamination and

5   exposure are known.  As a next step, he recommended

6   ATSDR prepare a matrix to determine a timeframe when

7   contamination did or did not occur."

8       Q    Okay.  So at -- at the time of this

9   expert panel in 2005, was ATSDR working primarily on

10  Tarawa Terrace?

11      A    Yeah.

12      Q    And ATSDR did not ultimately decide on

13  simpler classification systems like Dr. Walski

14  described; is that correct?

15                  MR. DEAN:  Objection to the form.

16      A    I think this recommendation on simple

17  models were associated with the next phase which is

18  Hadnot Point and Holcomb Boulevard -- Boulevard

19  areas.

20  BY MS. O'LEARY:

21      Q    Okay.

22      A    Yeah.

23      Q    Well, if we go down, the next line that

24  says "Dr. Walski," so it's the last one on page

25  21 --

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 340 of 480

1      A      Yeah.

2      Q      -- Exhibit 20.

3             It says "Dr. Walski considered the

4      historical pattern of contamination at Hadnot Point

5      too complex to model because the numerous sources

6      cannot be correlated to particular wells."

7      A      Yeah.

8      Q      So why was that advice not taken by the

9      ATSDR?

10     A      It was.  It was considered.

11     Q      Well, but they did -- they did model

12     Hadnot Point, didn't they?

13     A      Yeah, they did.  But they didn't model

14     the whole Hadnot Point area as we did the Tarawa

15     Terrace area.  We did --

16     Q      What do you mean --

17     A      We did individual sections of it where

18     there's a contamination of benzene.  We looked at

19     the sources.  We just modeled that source

20     propagation as the main parameter.

21            We looked at the landfill application

22     separately.

23     Q      Uh-huh.

24     A      We used simpler models in there as well.

25     So we -- we followed all these recommendations.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 341 of 480

1          Q      Does that mean in the Hadnot
2     Point-Holcomb Boulevard area water model, the
3     groundwater contaminant fate and transport don't
4     cover the whole area, it's just --
5          A      No.  No.
6          Q      -- localized?
7          A      It covers -- the groundwater flow area is
8     done for the -- done for the whole section of Hadnot
9     Point Holcomb, Boulevard, etc., etc.
10              But when you introduce the contaminant
11     transport over that, overlay it, you just look at
12     the benzene concentrations where the source is, like
13     underground storage wells or spillage that occurred
14     in certain years, so you don't look at the benzene
15     plus the landfill area TCE concentrations at the
16     same time.
17              So different applications at different
18     sections of the model region was considered.
19          Q      Okay.  And then I have questions for you
20     about the natural resource --
21          A      Uh-huh.
22          Q      -- the NRC, the National --
23          A      Right.
24          Q      -- Academy of Sciences --
25          A      Right.

Golkow Technologies,
877-370-3377               A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 342 of 480

1    Q    -- National Resource Council --

2    A    Right.

3    Q    -- because they under -- they published a

4    report on the Camp Lejeune water studies; correct?

5    A    That's correct.

6    Q    And you talked about those in your expert

7    report --

8    A    Yes.

9    Q    -- in this case; right?

10   A    Yes, that's correct.

11            MS. O'LEARY:  Let me grab that

12            report.  It's five.

13            (Whereupon, Government's Exhibit Aral

14            21, Report, was marked for

15            identification.)

16   BY MS. O'LEARY:

17   Q    Here is Government Exhibit 21, Professor

18   Aral.

19            (Whereupon, there was a discussion

20            off the record.)

21   BY MS. O'LEARY:

22   Q    And Professor Aral, I'd like to go

23   to what should be called page one.

24            This one starts with some Roman numerals

25   before the main numbers.

```
 1        A      Page one?
 2        Q      Yup.  Which is not -- not close to the
 3   first page.
 4        A      Oh.
 5        Q      It's in a little ways.
 6               When you get there, it should say "Public
 7   summary and context" at the top.
 8        A      Yeah.
 9                    MS. BAUGHMAN:  What page are we on?
10                    MS. O'LEARY:  It's page one, but
11               that's quite a ways in.
12                    It says, "Public summary and
13               context" at the top.
14                    THE WITNESS:  Uh-huh.
15                    MS. BOLTON:  What's the ending Bates
16               number?
17                    MS. O'LEARY:  Oh, yes.  The ending
18               Bates number is -452.
19   BY MR. DEAN:
20        Q      So those little numbers on the bottom
21   right.
22        A      Yeah.
23        Q      Okay.  So in this page, it says the
24   "Charge to the committee" --
25        A      Uh-huh.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 344 of 480

1        Q      It says, "The National Research Council
2   conducted this review in response to a request from
3   the U.S. Navy, the department under which the Marine
4   Corps operates.  The Navy was mandated by the U.S.
5   Congress to request a review by the NRC to address
6   the evidence on whether adverse health outcomes are
7   associated with past contamination of the water
8   supply at Camp Lejeune.
9              "The NRC developed specific instructions
10  for the scope of the review.  It then rerecruited
11  and appointed a committee of scientists with diverse
12  but pertinent backgrounds and perspectives to carry
13  out the review."
14             Do you have any reason to think that's
15  inaccurate?
16                  MR. DEAN:  Object to the form of the
17             question.
18       A      Can you repeat that?
19  BY MS. O'LEARY:
20       Q      Yeah.
21             Do you have any reason to think that's
22  inaccurate, that opening paragraph?
23                  MR. DEAN:  Object to the form --
24       A      I think it's inaccurate.
25

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 345 of 480

1    BY MS. O'LEARY:

2         Q     You think it's what?

3         A     Inaccurate.

4         Q     How is it inaccurate?

5         A     It's inaccurate because they were asked

6    to address the evidence on whether adverse health

7    outcomes are associated with past contamination in

8    water supply at Camp Lejeune.  They only -- what

9    they only did, they didn't do a study to address

10   that, they only criticized the ATSDR work.

11        Q     Do you agree that the Navy was mandated

12   to request the review by the NRC?

13        A     It says that.  To request a review by the

14   NRC to address the evidence on whether adverse

15   health outcomes are associated with past

16   contamination of the water supply at Camp Lejeune.

17             So they are asking NRC to do what ATSDR

18   did in that request.

19        Q     Right.  And that was what was mandated by

20   Congress.

21        A     Yeah.  But they didn't do that.

22        Q     Okay.

23        A     They only criticized the ATSDR water

24   modeling work.

25        Q     You don't think a critique is a -- is a

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 346 of 480

1   review?

2       A    It's -- they are not asking for a -- oh,

3   request a review to me implies that they reviewed

4   the whole analysis, themselves.

5       Q    Okay.  If you -- I want to turn,

6   actually, to your report, which is --

7               MS. HORAN:  Two.

8   BY MS. O'LEARY:

9       Q    -- two, Exhibit 2.

10      A    Exhibit 2?

11      Q    Yes.

12      A    Exhibit 2, Exhibit 2, Exhibit 2 --

13  Exhibit 8, Exhibit 7, 11, 17...

14      Q    And I want to go to page 12, which we

15  looked at --

16      A    So let me first find this.

17      Q    Oh, sorry.

18      A    The --

19      Q    Is that it there on the right, on that

20  stack?  Oh, no.  It's not -- that's not the marked

21  one.

22           Here it is, Professor Aral --

23      A    Okay.

24      Q    -- it's right here.

25      A    Yup.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 347 of 480

1      Q      So to page 12.

2            Okay.  So this is that bullet-pointed

3     list that we've seen before.

4            And the last bullet point, where you say,

5     "The model results show finished water at" -- excuse

6     me.

7            Not the last bullet point, the second to

8     last bullet point.

9            It says, "The models and techniques used

10    by ATSDR for historical con- -- reconstruction

11    including fundamental equations, input parameters,

12    parameter estimates, calibration uncertainty, and

13    sensitivity analyses were and remain reliable,

14    scientifically valid, and state of the art

15    procedures that are consistent with standard

16    practices used and are generally accepted in this

17    field."

18            What does it mean for the simulated --

19    or -- no.

20            What does it mean for these to be

21    mathematically reliable, statistically accurate, and

22    correct?

23      A      That means the models that we are using

24    or used, like the ones that we have developed at

25    Georgia Tech, are mathematically correct.  Meaning

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 348 of 480

1 the procedures that we define in mathematical terms
2 are correctly transported into a mathematical model
3 application without an error.
4           Statistically correct means the
5 application results provide estimates of uncertainty
6 analysis as well and the deterministic results that
7 we are predicting is within the bounds of that
8 uncertainty analysis.
9      Q     Okay.
10               MS. O'LEARY:  And I just need a few
11          minutes break.  Can we take a break right
12          here?
13               THE WITNESS:  Okay.
14               MS. O'LEARY:  I need about ten
15          minutes.
16               THE VIDEOGRAPHER:  The time right
17          now is 4:30 p.m.  We are off the record.
18               (Whereupon, there was a recess taken
19               from 4:30 p.m. to 4:41 p.m.)
20               THE VIDEOGRAPHER:  The time right
21          now is 4:41 p.m.  We are back on the
22          record.
23               THE WITNESS:  Okay.
24 BY MS. O'LEARY:
25      Q     Thank you, Professor Aral.  So if you can

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 349 of 480

1   stay looking at your report, which was Exhibit 2 --

2        A     Yes.

3        Q     -- Government Exhibit 2, and go to page

4   13 --

5        A     Yes.

6        Q     -- where that bulleted list continues?

7        A     Uh-huh.

8        Q     So the first item on that -- on page 13

9   says, "The simulated monthly mean concentrations of

10  TCE, PCE, 1,2-TDCE, benzene, and vinyl chloride at

11  Tarawa Terrace, Hadnot Point, and Holcomb Boulevard

12  included tabulated or in figures in ATSDR reports

13  are reliable and represent, within a reasonable

14  degree of scientific and engineering certainty, the

15  contaminant levels in finished water at Camp Lejeune

16  from 1953 to 1987."

17                  MR. DEAN:  Okay.

18  BY MS. O'LEARY:

19       Q     What is that reasonable degree of

20  scientific and engineering certainty for the monthly

21  mean concentrations?

22       A     That's -- that would be probably best

23  described with the deterministic results being in

24  between the uncertainty bounds of the application.

25       Q     How does that relate to their reliability

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 350 of 480

1    to what the actual historical values were?

2        A    Reliability --

3                MR. DEAN:  Object to form.

4        A    What -- what do you mean by reliability?

5    BY MS. O'LEARY:

6        Q    So the simulated monthly mean

7    concentrations for TCE, PCE, DCE, benzene --

8        A    Uh-huh.

9        Q    -- and vinyl chloride at Tarawa Terrace,

10   Hadnot Point, and Holcomb Boulevard what is -- do

11   you have an opinion on how close those values are to

12   the historical values they are trying to estimate?

13       A    Yeah.

14               MR. DEAN:  Object.  Object to form.

15       A    Uh-huh.  I looked at the final results

16   on -- on uncertainty analysis and the mean values.

17   I -- we can notice that at the initial phases of the

18   simulation, the mean values are probably at the high

19   side of the uncertainty band but between -- I don't

20   remember exactly, but 1960s onward to 1980s -- '85,

21   I think the mean values are right at the -- in the

22   middle part of that uncertainty -- uncertainty

23   band --

24   BY MS. O'LEARY:

25       Q    Are the --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 351 of 480

```
1        A      -- so --
2        Q      Are the simulated monthly mean
3   concentrations within 10 percent of the unmeasured
4   historical values?
5                   MR. DEAN:  Object to the form.
6        A      Ten percent of historical values --
7   BY MS. O'LEARY:
8        Q      Yeah.
9        A      -- of what?
10       Q      Of the contaminant concentrations.
11              That what the true monthly mean
12  contaminant concentrations were --
13       A      In the --
14       Q      -- are the simulated values within ten
15  percent of those?
16       A      In a --
17                  MR. DEAN:  Object to the form.
18       A      In a statistical sense, if you look at it
19  from a statistical distribution, the results are
20  within less than ten percent of the --
21  BY MS. O'LEARY:
22       Q      Within what statistical sense?
23                  MS. BAUGHMAN:  He's not finished.
24  BY MS. O'LEARY:
25       Q      I'm sorry.  Go ahead.
```

1      A      I'm -- I'm looking at the results that we
2   are presenting within the uncertainty band and the
3   mean deterministic results are lying just at the
4   center of that uncertainty band.
5           If you are asking how does the
6   predictions go with the observed water treatment
7   plant concentrations, there's a significant
8   variation on that but statistically they are on
9   target.
10     Q      I'm not asking about either of those.
11  I'm asking about for the unmeasured historical mean
12  concentrations --
13              MR. DEAN:  Object to form.
14  BY MS. O'LEARY:
15     Q      -- how close to those can you say that
16  the simulated monthly mean values are?
17     A      Okay.  What you are asking is, what is
18  the accuracy or model prediction results in
19  reference to historical contamination at the site --
20     Q      That's right.
21     A      -- during which we didn't have any data
22  but we needed the data for the epi study, right?
23     Q      That's right.
24     A      Okay.
25              There's no other way in mathematical

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 353 of 480

1    model done for the Camp Lejeune site which wrongly
2    predicts that range but rightly predicts the water
3    treatment plant.  That cannot be developed.
4         Q    I don't understand what you mean.
5         A    That means the accuracy of the model
6    within the range of the timeline where we don't have
7    data --
8         Q    Uh-huh.
9         A    -- must be accurate so that we are
10   getting to the right water distribution plant
11   concentrations.
12        Q    But don't -- don't you --
13        A    That's -- that's, in a sense, what we
14   call validation issue.
15        Q    But aren't there multiple solutions to
16   what the historical concentrations could have
17   been --
18        A    That's exact --
19        Q    -- that arrive at the same
20   concentrations --
21        A    That --
22        Q    -- that we actually know about in the
23   80s?
24        A    That's exactly what I'm saying.
25             In the overall sense, you cannot develop

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 354 of 480

1    a model which totally shows a different trajectory
2    starting from 1953, all the way to '85, totally
3    different trajectory which matches with the water
4    treatment plant concentrations at the level that we
5    have matched.
6              There's continuity in groundwater flow.
7    There's continuity in contaminant transport plume
8    migration.  If you are able to predict the future or
9    present day concentrations --
10       Q    Uh-huh.
11       A    -- in 1987, all the other predictions
12   dating back to 1953 must be correct or --
13       Q    How correct?
14              MR. DEAN:  Object to the form.
15       A    How correct?
16              Statistically, that's the most rated in
17   the uncertainty ranges associated with the
18   variations that may be included into the model
19   predictions which probably are referring to.  And
20   all of that is within the uncertainty bound.
21   BY MS. O'LEARY:
22       Q    But you said you were not involved in
23   chapter I, which had the analysis of much of the
24   uncertainty in Hadnot Point.
25       A    I'm only referring to the -- not much of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 355 of 480

1  the -- I'm only referring to the work that we have

2  done at Tarawa Terrace, the benzene concentration,

3  landfill application, and the industrial -- not the

4  industrial -- underground storage tanks, which we

5  did.

6          Similar procedures, similar mathematical

7  techniques are used by other groups within ATSDR, so

8  they followed the correct procedures.  And what I

9  say to my work applies to them as well.

10     Q     So you think that the solution that is

11  the calibrated model for Tarawa Terrace is the

12  uniquely best one?

13     A     It is unique in the sense that you cannot

14  produce a totally different trajectory of

15  contaminant movement in the aquifers of Camp Lejeune

16  Tarawa Terrace --

17     Q     Uh-huh.

18     A     -- which ends up consistently with the

19  results that we have predicted.

20     Q     What does totally different mean though?

21  You said totally different.

22     A     Totally mean -- for example, you would

23  like to see the results being less than MCL levels

24  in the Tarawa Terrace area throughout the region of

25  the timeline of the study like an exponential curve

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 356 of 480

1    going up and reaching, finally, the water treatment

2    plant concentrations.  That's totally different,

3    right?

4         Q     So are you -- you are referring to the

5    overall shape --

6         A     Yup.

7         Q     -- of the curve?

8         A     Overall shape.

9         Q     That the overall shape can't be totally

10   different?

11        A     Cannot be totally different.

12        Q     Okay.  But it could be different just

13   not totally --

14        A     It --

15        Q     -- different?

16        A     -- it will be different within the

17   uncertainty bounds of the set statistical limits and

18   the --

19        Q     But that uncertainty bounds you've --

20   you've acknowledged isn't the whole universe of what

21   could have happened at --

22        A     We are --

23        Q     -- the site.

24        A     -- modeling here.  We are not doing the

25   universe application.  We are just doing a model of

1    the universe that you are having to describe in your
2    mind.
3         Q    Right.  So I -- my question is how to
4    relate the model to the reality it's trying to
5    emulate.  So in that frame --
6         A    All models are approximations to the
7    environment.
8         Q    Uh-huh.
9         A    If you all agree with the assumptions we
10   made in building this model for Camp Lejeune, we
11   have to agree with the results of the model because
12   there are no mathematical errors in there, there are
13   no statistical errors in that analysis.  And if the
14   model assumptions are correct, if they are properly
15   describing the environment approximately --
16        Q    Uh-huh.
17        A    -- then the results are correct.
18        Q    But what if they don't appropriately --
19                  MR. DEAN:  Object --
20   BY MS. O'LEARY:
21        Q    -- describe the environment of the model?
22        A    Then you have --
23                  MR. DEAN:  Object to the form.
24        A    -- the wrong model --
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 358 of 480

1  BY MS. O'LEARY:

2       Q     Then you have the wrong model?

3       A     -- in your hand.

4             Yeah, if you -- if you can prove that to

5  us, we will accept the mistake.

6       Q     Okay.  Moving on from specific modeling

7  questions, just to confirm:  Did you do any water

8  modeling at the rifle range, Camp Geiger, Marine

9  Corps Air Station New River, Montfort Point which is

10  also called Camp Johnson, Courthouse Bay, or Onslow

11  Beach water distribution systems at Camp Lejeune?

12       A     No.

13       Q     Okay.  And your report does not contain

14  opinions about contamination in water coming from

15  those water systems treatment plants; is that

16  correct?

17       A     That's correct.

18       Q     And do you have an understanding of why

19  no water modeling was done at rifle range, Camp

20  Geiger, Marine Corps Air Station, New River,

21  Montfort Point, Camp Johnson, Courthouse Bay, or

22  Onslow Beach?

23       A     I was not involved in that decision.

24       Q     Okay.  And I have another question about

25  your report.  It's on page 12.  So near where we

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 359 of 480

1    were, just one page back, page 12.

2         A     Page 12?

3         Q     Yes.

4         A     Uh-huh.

5         Q     Right in -- near the top, in the 4.1

6    water modeling section.

7         A     Right.

8         Q     The second sentence says, "The use of

9    modeling for historical reconstruction is an

10   accepted methodology to predict past exposure or

11   contamination levels as demonstrated both in the

12   scientific literature."  And then there are some

13   citations.  "And in site-specific studies, such as

14   Jacksonville, Florida Naval Air Station, Tucson

15   International Airport/Hughes Aircraft Facility,

16   Oakridge National Lab, Hanford Site, and Toms River

17   Dover Township."

18        A     Yes.

19        Q     I want to explore what you mean by a

20   historical reconstruction being an accepted

21   methodology within -- to predict past exposure to

22   contamination levels and how it compares to what was

23   done at Camp Lejeune.

24                  MS. O'LEARY:  So can we look at 52,

25             please?

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 360 of 480

1                This will end up being Government

2           Exhibit 22.

3                (Whereupon, Government's Exhibit Aral

4                22, Independent Reviewer Comments

5                Document, was marked for

6                identification.)

7                MS. O'LEARY:  Here you go.

8                THE WITNESS:  Uh-huh.

9     BY MS. O'LEARY:

10         Q    Twenty-two is a document, it goes onto

11    two pages.  And the label is, "Independent reviewer

12    comments."

13              And this isn't on here but I'll represent

14    to you that the time name of this document within

15    materials from the ATSDR was,

16    "Aral_resp_document_2011-05-05_BallockM.docs"

17    (phonetic).

18         A    Wait.  Wait.  I -- this is the first time

19    I'm seeing this, I think.

20              What is this?

21         Q    Well, that was my question for you.

22              The file name had your name in it.  It

23    said it was, "Aral resp document," and then the date

24    and then "Bollock M."

25         A    Is -- is that name on this paper?

                        Golkow Technologies,
877-370-3377              A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 361 of 480

1    Q     No, it was in the file name --

2    A     Oh, the file name.

3    Q     -- that this document came from.

4          And so I wondered, do you know who

5    "Mansour Ballock ORISE fellow hydrologist" is?

6    That's near the top in the name and title of

7    reviewer.

8    A     "Monsour Ballock," I don't know this

9    name.

10   Q     Okay.

11   A     No.  I --

12   Q     Have you ever seen this document --

13   A     No.

14   Q     -- before?

15   A     No.

16   Q     Okay.  You can --

17   A     No.

18   Q     -- set it aside.

19          MS. O'LEARY:  Then can we get 36.

20          (Whereupon, Government's Exhibit Aral

21          23, Historical Reconstruction of the

22          Water Distribution System Serving the

23          Dover Township Area, New Jersey,

24          January 1962 to December 1996, was

25          marked for identification.)

1  BY MS. O'LEARY:

2      Q     Professor, it looks like this will end up

3  as Government 23.

4            There you go.

5            So this document is -- title is

6  "Historical Reconstruction of the Water Distribution

7  System Serving the Dover Township Area, New

8  Jersey" --

9      A     Uh-huh.

10     Q     -- "January 1962 to December 1996."

11     A     Uh-huh.

12     Q     And are you familiar with the document

13  that's in Exhibit --

14     A     Yes.

15     Q     -- 23?

16     A     Yes.

17     Q     What is it?

18     A     Yes.

19            It has my lab's logo on it.

20     Q     Okay.  And as I look at the -- I guess

21  it's the third page, but it doesn't have a number --

22     A     Okay.

23     Q     -- but it -- it appears you are listed as

24  an author.

25     A     Uh-huh.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 363 of 480

1    Q    Is that correct?

2         Did you -- are you one of the authors of

3    this document?

4    A    Yeah.

5    Q    Okay.  And can you go to the page that

6    has the little Roman numeral four?  So little iv?

7    A    Uh-huh.

8    Q    So in the fist paragraph in the column on

9    the left, it -- it starts, in the last sentence,

10   says, "In 1997, ATSDR and NJDHSS determined that an

11   epidemiologic study was warranted and that the study

12   would include assessments of the potential for

13   exposure to specific drinking water sources.  To

14   assist the epidemiologic efforts, ATSDR developed a

15   work plan to reconstruct historical characteristics

16   of the water distribution system serving the Dover

17   township area by using water distribution system

18   modeling techniques.

19        "The numerical model chosen for this

20   effort, EPA net two, is available in the public

21   domain and is described in the scientific

22   literature.  To test the reliability of model

23   simulations, water distribution system data specific

24   to the Dover township area were needed to compare

25   with model results.  Lacking such data, a field data

1   collection effort was initiated to obtain pressure
2   measurements, storage tank water levels, and system
3   operation schedules during winter demand and peak
4   demand operating conditions.

5           "Using these data, the water distribution
6   system was -- model was calibrated to present day
7   conditions.  ATSDR released a report and a technical
8   paper in June 2000 describing the field data
9   collection activities and model calibration
10  results."

11          Okay.  So in looking in this, which is
12  one -- this is one of the studies you cited in your
13  report about --

14      A    Yeah.

15      Q    -- the established use of --

16      A    Yeah.

17      Q    -- of forecasting backwards --

18      A    Yeah.

19      Q    -- in -- in use of water models; is that
20  correct?

21      A    Yeah.

22      Q    Am I understanding that in this study at
23  Dover township area, the model involved was just the
24  water distribution system?

25          Is that correct?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 365 of 480

```
 1        A      That -- that's correct.
 2        Q      So there was no groundwater model in
 3   this --
 4        A      No.
 5        Q      -- is that correct?
 6        A      No.
 7        Q      And there --
 8        A      We were just using data from pumping
 9   wells.
10        Q      Okay.  And was there any contaminant fate
11   and transport modeling?
12        A      Yes.
13        Q      What was the contaminant fate and --
14        A      EPA --
15        Q      -- transport --
16        A      -- net --
17        Q      -- model?
18        A      -- two.  Contaminant fate and transport
19   in the pipelines, not in the groundwater.
20        Q      Okay.  So was there a contaminant fate
21   and transport model in the groundwater?
22        A      There wasn't any groundwater --
23        Q      There --
24        A      -- contaminant transport.  But there was
25   contaminant transport analysis in the pipelines.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 366 of 480

1    Q    Okay.  So within the distribution system?

2    A    Yes.

3    Q    Okay.  And then the next paragraph, still

4  on iv, it says, "Having established the reliability

5  of the model and the modeling approach, the model

6  was used to examine or reconstruct plausible

7  historical characteristics of the water distribution

8  system.  For this purpose, monthly simulations were

9  conducted between January 1962 through December 1996

10  to estimate the proportionate contribution of water

11  from points of entry well or well fields to various

12  locations throughout the Dover township area."

13    A    Yes.

14    Q    So do you agree that the results from the

15  Dover township model were a proportionate

16  contribution and not a contaminant concentration?

17    A    Oh, as you know, the contaminant loss

18  within a pipeline system is always negligible.  So

19  if you put a concentration of one -- at a certain

20  point -- milligrams per liter, it doesn't matter

21  whether you put 200 milligrams per liter, it's

22  proportionate.  The results can be always extended

23  to another concentration level.

24    Q    But what was reported in the Dover

25  township study --

Golkow Technologies,
877-370-3377                 A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 367 of 480

1      A     Is a character --

2      Q     -- was the proportionate contribution --

3      A     Yeah.

4      Q     -- right?

5      A     Exactly.

6      Q     Okay.  So the proportionate contribution

7 of a particular well?

8      A     Yeah.  Yeah.

9      Q     Okay.

10     A     Which sites of the water distribution

11 system received contaminants from which well.

12     Q     Okay.  In the Dover township study, am I

13 correct that that did not include any contaminant

14 mass loading modeling?

15     A     No.  No.

16     Q     It --

17     A     Whatever --

18     Q     Meaning it did not include that?

19     A     No, it did not.

20          It just looked at the -- how the water

21 coming from wells are distributed in the water

22 distribution system.

23     Q     Okay.  And did it involve -- it -- sorry.

24          It did not involve contaminant

25 biodegradation --

Golkow Technologies,
A Veritext Division
877-370-3377            www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 368 of 480

1      A      No.

2      Q      -- modeling.

3      A      No.  I don't think so.

4      Q      Okay.  And were there fewer than ten well

5   fields involved --

6      A      I -- I --

7      Q      -- in that model?

8      A      -- have to read the report to answer that

9   honestly.

10     Q      Okay.  And did it involve modeling

11  anything outside of the distribution system?

12     A      No.

13     Q      Okay.  That's all I wanted to ask you

14  about this one.

15     A      Okay.

16              MS. O'LEARY:  And can we get 64?

17              (Whereupon, Government's Exhibit Aral

18              24, USGS Water Resources

19              Investigations Report, was marked for

20              identification.)

21  BY MS. O'LEARY:

22     Q      Professor Aral, this will be Government

23  Exhibit 24.

24              And -- so Professor Aral, the document --

25  or Exhibit 24 says it's the "Fate and transport

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 369 of 480

1    modeling of selected chlorinated organic compounds

2    at hangar 1,000, U.S. Naval Air Station

3    Jacksonville, Florida."  And it says it's by the

4    USGS Water Resources investigations report and it

5    has its number.

6         A    Uh-huh.

7         Q    Is this the report you were discussing in

8    your --

9         A    Yes.

10        Q    -- report when you said --

11        A    I think so.

12        Q    -- when you mentioned the Jacksonville

13   Naval Air Station?

14        A    That's correct.

15        Q    Okay.  And can you go to page two of this

16   report, which is a few pages in?

17        A    Uh-huh.

18        Q    There's a section called, "Purpose and

19   scope," in the right-hand column.

20        A    Uh-huh.

21        Q    And it says, "A computer model capable of

22   simulating the groundwater flow and the fate and

23   transport of trichloroethylene, dichloroethylene,

24   and vinyl chloride in the groundwater at hanger

25   100 -- 1,000 was needed by the Navy to aid in

Golkow Technologies,
877-370-3377                  A Veritext Division                  www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 370 of 480

1    remedial decisions.

2            "The purpose of this report is to

3    document the development of this model which

4    simulates groundwater flow in solute transport and

5    presents the results of the model predictions.  The

6    computer modeling effort consisted of one updating

7    existing large scale groundwater model to simulate

8    groundwater flow in the vicinity of hangar 1,000,

9    establishing boundary conditions for a site specific

10   model with the large scale model, and predicting the

11   movement of contaminants at hangar 1,000 through

12   solute transport simulation using the site specific

13   model."

14           So do you agree that the purpose of this

15   naval air station in Jacksonville modeling was to

16   aid in remediation?

17       A      Yeah.

18       Q      And that is looking to the future?  Like,

19   using the present to look at what to do in the

20   future, is that correct?

21       A      I think it looked at the past

22   contamination and how it spread over the region.

23   If -- I don't recall exactly what it did look -- but

24   it could have looked at the past contamination as

25   well --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 371 of 480

1      Q      Oh.

2      A      -- but the purpose was remediation.

3      Q      Yeah.  And I don't disagree about having

4   looked at the past --

5      A      Right.

6      Q      -- but, I mean, the purpose was for --

7      A      Yeah, yeah, yeah.

8      Q      -- predicting what would happen --

9      A      Yeah.

10     Q      -- in the future.

11     A      Exactly.

12     Q      Correct?

13            That's the purpose on remediation, is --

14     A      That's right.

15     Q      -- where it's going, where should we

16   clean up.

17     A      Uh-huh.  Uh-huh.

18     Q      And still on -- or actually, if we could

19   go to page 49?

20     A      Uh-huh.  Yes.

21     Q      Okay.  There's the column on the left on

22   page 49, the second paragraph, it starts,

23   "Simulation."  "Does a simulated" -- oops, excuse

24   me.  I'm in the wrong spot.  Huh.

25            Do you know what the time frame for the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 372 of 480

1   running of the model on Jacksonville, Florida Naval

2   Air Station was?

3        A     I wouldn't know that.

4        Q     Okay.

5              MS. O'LEARY:  And that's all I

6              wanted to ask you about that.  If we

7              could go to --

8              THE WITNESS:  Okay.

9              MS. O'LEARY:  -- thirty-one.

10             (Whereupon, Government's Exhibit Aral

11             25, EPA Superfund Record of Decision,

12             Tucson International Airport Area,

13             Arizona, was marked for

14             identification.)

15  BY MS. O'LEARY:

16       Q     There you go --

17       A     Thank you.

18       Q     -- Professor Aral.

19             MS. O'LEARY:  And what's the exhibit

20             number?  Is this 25?

21             MS. HORAN:  That's right.

22  BY MS. O'LEARY:

23       Q     Okay.

24       A     Yeah.

25       Q     So we've got Exhibit 25.  It says it's

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 373 of 480

1    "EPA superfund record of decision, Tucson

2    International Airport Area" --

3         A     Yeah.

4         Q     -- "Arizona."

5               Is this what you were citing in your

6    report in one of the area -- examples of --

7         A     Uh-huh.

8         Q     -- the use of --

9                    MR. DEAN:  Objection.

10   BY MS. O'LEARY:

11        Q     -- historical water modeling?

12        A     This -- this is -- if I recall this

13   correctly, this is a site where site data was -- was

14   used historically to determine what was going on at

15   the site.

16        Q     Okay.

17        A     This reference, I put it in there

18   implying that site data can be used, modeling can be

19   used, statistical analysis can be used.  So

20   historical construction can be done many different

21   ways.

22        Q     Uh-huh.  Are you familiar with this

23   superfund record of decision?

24        A     I remember reading it but I don't

25   remember right now what it says.

1        Q     Okay.  Can you just go to the second

2   page, the back of the first page?

3        A     Okay.

4        Q     And in the middle, there's a -- there's

5   an abstract and it's box 16.

6        A     Okay.

7        Q     Okay.

8                MS. BAUGHMAN:  Sorry.  What page are

9             you on?

10               MS. O'LEARY:  The back of the first

11            actual page of the document.  It doesn't

12            have a number.  It's --

13               THE WITNESS:  The ab- --

14               MS. O'LEARY:  There are boxes on it.

15            Yeah.

16               THE WITNESS:  The abstract you are

17            referring to?

18               MS. O'LEARY:  Uh-huh.

19               THE WITNESS:  Okay.

20               MR. DEAN:  Can I see it for a

21            second?

22   BY MS. O'LEARY:

23        Q     Okay.  So --

24               MS. BAUGHMAN:  That's -- yeah.

25

                    Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 375 of 480

1    BY MS. O'LEARY:

2         Q     So the abstract says that, "The Tucson

3    International Airport area site encompasses sections

4    of southwest Tucson and adjoining land south of the

5    city of Pima County, Arizona -- or the city in Pima

6    County, Arizona.

7              "The site is located in the Tucson basin

8    and includes industrial, commercial, residential and

9    undeveloped areas as well as the Tucson

10   International Airport, the U.S. Air Force Plant

11   number 44, AFP 44, and part of the San Xavier Indian

12   Reservation.  The Santa Cruz River borders the site

13   to the west.

14             "The groundwater system in the Tucson

15   basin has been designated as sole source aquifer.

16   Before the discovery of groundwater contamination in

17   the TAA wells within the site boundaries provided

18   water for over 47,000 people.  At least 20

19   facilities have operated in the TAA since 1942.

20   These include aircraft and electronics facilities

21   which discharged waste liquids directly to surface

22   soil.

23             "Fire drill training areas where

24   uncombusted residual wastes from training operations

25   were left in unlined pits and unlined --

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 376 of 480

```
 1              (Whereupon, the court reporter
 2                   requests clarification.)
 3   BY MS. O'LEARY:
 4        Q    -- "and unlined landfills which received
 5   various wastes from several sources.  The first
 6   indications of groundwater contamination in TAA
 7   appeared in the early 1950s when elevated levels of
 8   chromium were detected in municipal supply well
 9   adjacent to AFP44 in the southern portion of the
10   site and residents in another area complained of
11   foul smelling water from private supply wells.  In
12   1976 the well was closed at AFP 44 by the state
13   because of high levels of chromium.
14              "By 1988, additional sampling by the Air
15   Force and EPA had indicated the presence of VOCs in
16   the groundwater.  Consequently, in 1981, the City of
17   Tucson began closing all municipal wells that
18   exceeded the state action level for the principle
19   contaminant TCE and notified private well users of
20   potential risks.
21              "The site was divided approximately in
22   half along Los Reales Road with the Air Force" --
23              (Whereupon, the court reporter
24                   requests clarification.)
25
```

1    BY MS. O'LEARY:

2        Q      "Los Reales Road with the Air Force

3    addressing contamination to the south and EPA

4    addressing contamination to the north.

5              "In 1987, the Air Force began operating

6    its groundwater pump and treatment system using ion

7    exchange and packed column aeration followed by

8    reinjection into the aquifer.  This rod addresses

9    the groundwater contamination in the northern

10   portion of the site which, together with the Air

11   Force remedial groundwater system, constitutes the

12   overall groundwater remedy for the site.

13             "The northern portion of the site has

14   been divided into two discrete areas, A and B.  Area

15   A lies west of the airport and extends approximately

16   three and a half miles to the northwest in the

17   direction of groundwater flow and is generally less

18   than a mile wide.

19             "Area B consists of two smaller separate

20   areas north of the airport.  It fur -- it further --

21   if further investigations indicate that there is

22   soil contamination and that it is a source of

23   continuing groundwater contamination, a rod will be

24   developed to address soil remediation.  The primary

25   contaminants of concern effecting groundwater are

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 378 of 480

1    VOCs including TCE, benzene, and xylene."

2              So is this project also about

3    remediation?

4                    MR. DEAN:  Object to the form.  The

5              document speaks for itself.

6         A    Yeah, it is about remediation --

7    BY MS. O'LEARY:

8         Q    Okay.

9         A    -- but there is some population --

10   there's a mention of population living in the

11   vicinity of about what, 50 -- 47,000 people.

12        Q    Yeah.

13        A    So I don't know how they would resolve

14   the contaminant distribution, remediation, or they

15   don't want to look at the health effects maybe of

16   whatever --

17        Q    I mean --

18        A    Whatever --

19        Q    Go ahead.

20        A    Whatever the decision is for U.S. EPA or

21   U.S. -- who is doing this?  I remember --

22        Q    So --

23        A    This is the -- this is the record of

24   decision.  Okay.

25                  So I think they are looking at

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 379 of 480

1    remediation here.

2         Q      Is there any discussion here of

3    historical reconstruction of a water model?

4         A      Well, I think they -- as I said, the

5    water modeling analysis can be done looking at model

6    outputs, statistical outputs, or site data.

7              The reason I have included this reference

8    is that this reference doesn't use modeling, it just

9    looks at the site data and tries to understand how

10   they can manage the system for remediation without

11   doing a modeling.  As far as I know, that's the

12   purpose I put that in there.

13        Q      Okay.

14              MS. O'LEARY:  All right.  That is

15              it.  I'm all finished.

16              Thank you, Dr. Aral --

17              THE WITNESS:  Okay.

18              MS. O'LEARY:  -- or Professor Aral.

19              THE WITNESS:  Thank you.

20              MR. DEAN:  No questions.

21              MS. O'LEARY:  Okay.

22              MR. DEAN:  Have a good evening.

23              MS. O'LEARY:  Then we are done.

24              THE VIDEOGRAPHER:  The time right

25              now is 5:16 p.m.  We are off the record.

1          (Thereupon, the deposition was

2     concluded at 5:16 p.m. EST.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              C E R T I F I C A T E
 2         I hereby certify that I am a Notary Public,
 3    in and for the State of New York, duly commissioned
 4    and qualified to administer oaths.
 5         I further certify that the deponent named in
 6    the foregoing deposition was by me duly sworn, and
 7    thereupon testified as appears in the foregoing
 8    deposition; that said deposition was taken by me
 9    stenographically in the presence of counsel and
10    reduced to typewriting under my direction, and the
11    foregoing is a true and accurate transcript of the
12    testimony.
13         I further certify that I am neither of
14    counsel nor attorney to any of the parties to said
15    suit, nor am I an employee of any party to said
16    suit, nor of any counsel in said suit, nor am I
17    interested in the outcome of said cause.
18         Witness my hand and seal as Notary Public
19    this 10th day of February, 2025.
20
21         _____
22                   Clifford Edwards
23
      New York Notary ID Number:  01ED6430906
24    Notary commission expires:  3/28/2026
25
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 382 of 480

1                          J U R A T

2

3        I have read the foregoing 381 pages and hereby

4   acknowledge the same to be a true and correct record

5   of the testimony.

6

7

8

9                     _____

10                        MUSTAFA MEHMET ARAL

11

12   Subscribed and sworn to

13   _____.

14   Before me this _____ day of _____,

15   2025.

16

17

18

19

20   _____

21   Notary Public

22   My Commission Expires:

23

24

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 383 of 480

1            DEPOSITION ERRATA SHEET

2

3    Page No._____Line No._____ Change to:_____

4    _____

5    Reason for change:_____

6    Page No._____Line No._____Change to:_____

7    _____

8    Reason for change:_____

9    Page No._____Line No._____ Change to:_____

10   _____

11   Reason for change:_____

12   Page No._____Line No._____Change to:_____

13   _____

14   Reason for change:_____

15   Page No._____Line No._____ Change to:_____

16   _____

17   Reason for change:_____

18   Page No._____Line No._____Change to:_____

19   _____

20   Reason for change:_____

21

22

23   SIGNATURE:_____DATE:_____

24   NAME:  MUSTAFA MEHMET ARAL

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 384 of 480

1                    DEPOSITION ERRATA SHEET

2    Page No._____Line No._____ Change to:_____

3    _____

4    Reason for change:_____

5    Page No._____Line No._____Change to:_____

6    _____

7    Reason for change:_____

8    Page No._____Line No._____ Change to:_____

9    _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____ Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20

21

22

23   SIGNATURE:_____DATE:_____

24   NAME:  MUSTAFA MEHMET ARAL

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 385 of 480

| & |
| --- |
| **&** 1:14 2:9 7:8 |

| 0 |
| --- |

**0.000014** 170:9
**0.0001** 209:4
**0.0005** 209:22
210:8 214:19
**0.00053** 185:17
187:11 188:9
191:21 195:10
198:15 206:5
**0.002** 180:13
**0.004** 208:16
**0.006** 208:16
**0.11** 180:10
**0.14** 163:13,22
170:11,18,23
173:5,10
**0.15** 180:10
**0.21** 161:14
163:3
**0.25** 161:12
162:23
**0.3** 138:9 139:1
139:20 180:11
180:20 181:11
181:12
**0.39** 161:13
162:23
**0.4** 161:15
163:2 170:8
**0.43** 109:15,20
109:24 115:18

116:1,2 121:22
**0.71** 161:14
163:3
**0.76** 161:12
162:24
**0000018710**
240:25
**01ed6430906**
381:23

| 1 |
| --- |

**1** 4:8 14:5,16
251:20
**1,000** 369:2,25
370:8,11
**1,2** 276:24
277:9 349:10
**1,580** 116:9,21
**1.3** 111:19
**10** 4:24 62:23
143:13,16
211:13 351:3
**100** 369:25
**10003** 2:10
**102** 4:17
**10:00** 62:25
**10:09** 62:25
**10:10** 63:2
**10th** 381:19
**11** 5:5 173:25
174:3 185:14
236:5,14,19,21
236:22 241:1,7
241:8 286:13

286:14,18,19
286:23 289:9
289:10 319:22
319:23 324:20
325:4 330:6
346:13
**110** 318:15
**1100** 185:14
**117** 236:22
**11:39** 136:15
136:17,17,19
**11th** 185:25
**12** 5:7 89:14
141:18 150:15
151:11 206:20
206:22 207:1,9
346:14 347:1
358:25 359:1,2
**120** 319:12
**1200** 155:7,19
**121** 337:11,16
337:17,20,22
**124** 4:19
**127** 4:23
**12:18** 169:12
169:14
**13** 5:8 90:20
224:10,12
235:10 236:11
238:25 334:13
334:14,17
336:14 349:4,8
**132** 108:25
115:16 116:24

**14** 4:8 5:10
174:10 240:11
240:16 248:15
**140** 225:1,3,6
**143** 4:24
**15** 5:12 126:20
127:8 132:17
248:17,24
251:12
**150** 161:10
**1580** 117:3,14
117:16
**16** 5:13 64:15
109:1 261:8,12
374:5
**17** 5:14 64:22
64:25 279:11
279:17 282:9,9
346:13
**17,000** 315:12
**17.85** 123:5
**173** 5:6
**18** 5:16 68:22
69:2,4 71:23
289:17,20
290:5 299:7
304:23 305:18
**18.49** 123:6
**18710** 241:7
**19** 5:18 73:4
230:1 307:2,4
308:10,14,19
310:6

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 386 of 480

| | | | |
|---|---|---|---|
| **1942** 375:19 | **1985** 84:25 | **1990s** 39:24 | **2.9.** 170:14,20 |
| **1950s** 376:7 | 85:17 95:4 | **1991** 109:7,17 | **2.99** 281:13 |
| **1951** 122:10 | 101:11,24 | 110:18 142:22 | **20** 5:19 21:14 |
| 128:23 | 102:5 103:18 | 143:1 156:13 | 136:5,9 206:13 |
| **1952** 100:15,21 | 103:23 104:13 | 185:14,25 | 331:21 332:6 |
| 101:17 108:5 | 104:14 105:8 | 188:8 195:10 | 332:20 333:7 |
| 119:16 | 105:15,17 | 198:14 199:22 | 335:4,9,12,13 |
| **1953** 143:9 | 109:1,6,6,16,23 | 202:11 | 335:14,16 |
| 146:15 147:3 | 110:5,6 113:24 | **1993** 19:24 | 336:23,25 |
| 150:24 349:16 | 114:6,12 126:4 | 21:14 | 337:2,18 340:2 |
| 354:2,12 | 126:23 142:22 | **1994** 128:24 | 375:18 |
| **1960** 147:15 | 143:1 151:18 | 151:24,25 | **200** 366:21 |
| 257:25 | 152:5,17 | **1995** 161:6,20 | **2000** 23:11 |
| **1960s** 147:17 | 156:12 185:14 | 198:14 | 26:16 27:3 |
| 350:20 | 185:25 188:8 | **1996** 6:11 48:3 | 28:8 29:1,9,11 |
| **1962** 6:11 | 195:9 199:22 | 361:24 362:10 | 59:11 330:16 |
| 361:24 362:10 | 202:7 203:3 | 366:9 | 364:8 |
| 366:9 | 260:2 281:15 | **1997** 363:10 | **2001** 151:11 |
| **1964** 315:14 | **1986** 120:17,25 | **1998** 282:24 | **2004** 4:18 85:2 |
| **1968** 84:25 | 121:6 160:23 | **1:00** 169:14,16 | 85:3 124:15,23 |
| 85:17 126:4,23 | 161:19 | **1st** 315:14 | **2005** 5:9 17:10 |
| **1972** 257:25 | **1987** 100:15,21 | | 17:16 18:10 |
| **1976** 376:12 | 108:8 115:18 | **2** | 224:13,18 |
| **1980** 101:20 | 115:20 117:1 | | 242:9 243:6 |
| **1980s** 125:25 | 119:17 120:17 | **2** 4:9 25:19 | 330:19 332:17 |
| 247:17 350:20 | 120:20,25 | 26:13 41:18 | 339:9 |
| **1981** 65:4 | 121:6,9,22 | 44:8 88:23,25 | **2007** 90:24 |
| 376:16 | 122:11,25 | 97:2 211:13 | **2008** 173:19 |
| **1982** 152:4,16 | 123:1 247:14 | 346:9,10,12,12 | 174:25 282:25 |
| 153:6 | 247:20,21 | 346:12 349:1,3 | **2009** 60:8 |
| **1983** 101:20 | 349:16 354:11 | **2,151** 185:16 | 242:11,24 |
| **1984** 101:8 | 377:5 | **2.2.** 282:11 | 243:4 247:18 |
| 142:22,25 | **1988** 376:14 | **2.4** 282:15 | 247:24 |
| 143:9 152:5,16 | | **2.7** 161:1 | |

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 387 of 480

**2011**  290:7
   293:15 297:1
   299:10
**2011-05-05**
   360:16
**2013**  90:24
**2015**  47:14,16
**2016**  60:12
**2018**  19:24
   21:14 22:22
**2019**  23:6
**202-514-2000**
   2:19
**2020**  23:8
**2022**  16:5
**2024**  11:25
   13:7
**2025**  1:16 7:6
   381:19 382:15
**20530-0001**
   2:18
**206**  5:7
**20976**  381:20
**20th**  293:13
   297:1 299:10
**21**  6:5 256:2,3
   256:5 257:17
   338:7,8 339:25
   342:14,17
**212.558.5500**
   2:10
**21st**  290:7
**22**  6:6 360:2,4

**224**  5:9
**23**  6:8 82:22
   101:4,5 102:2
   102:5 103:8,14
   103:17 105:14
   105:16 108:9
   108:21,22
   109:4,16
   115:15 120:15
   120:21 121:17
   230:4,20,24
   231:22 232:1,2
   236:3,7,11,15
   236:18 255:23
   361:21 362:3
   362:15
**230**  155:5,10
**24**  6:12 368:18
   368:23,25
**240**  5:11
**248**  5:12
**25**  4:9 6:14
   21:16,21 34:11
   108:10 109:12
   109:15,23
   110:4 115:17
   120:21 121:2
   121:12,14,15
   121:21 123:18
   123:21 124:4
   185:14 203:3
   234:21,23
   258:25 259:7
   259:23 260:14

   289:11 372:11
   372:20,25
**25th**  185:25
**26**  101:14,14
   108:9,9 112:1
   112:9 113:6,9
   113:23 114:6,9
   115:4 116:7,18
   118:17 120:15
   120:21 121:17
   156:12 185:13
   185:25 188:3,6
   188:7,12
   189:12 190:25
   191:18,22
   193:13 195:2,7
   195:9 197:24
   198:10,13
   199:18 200:8
   200:14 203:25
   204:16,24
   205:14,17,20
   225:25 226:17
   226:20 228:4
   228:18,20
   237:2 239:14
   239:15 255:12
   255:18 256:20
   256:20 257:18
   258:4,24 259:7
   259:10,22
**260**  5:13
**27**  124:1 220:5
   220:15,18

**279**  5:15
**28**  2:5 5:9
   123:23 162:21
   205:24 224:13
**289**  5:17
**28th**  224:18
**29**  255:25
   261:16 262:16
   268:8 332:20
   333:8
**29's**  261:19
**29464**  2:5
**299**  280:11
**2:59**  281:25
   282:2

| **3** |
|---|

**3**  4:10 48:17,19
   53:2 83:14,14
   83:24 91:24,25
   102:8 106:24
   137:7 138:2,9
   139:1,20
   182:19 234:18
   249:4
**3.9.**  230:4
**3/28/2026**
   381:24
**30**  110:11
   122:23 231:17
**300**  266:12
**306**  5:18
**31**  110:11

Golkow Technologies,
A Veritext Division
877-370-3377                                                   www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 388 of 480

**33** 25:12
140:14 229:14
231:17 235:3
235:13 258:11
258:15 259:18
**331** 5:24
**342** 6:5
**350** 185:15
**359** 6:7
**36** 144:12,13
145:7,11,15
246:22 361:19
**361** 6:11
**368** 6:13
**37** 286:5
**372** 6:16
**38** 258:6,13,14
**381** 382:3
**39** 279:4
**3:12** 282:2,4

**4**

**4** 4:11 53:5,7
273:14,15
276:8 285:3
304:24 307:1
308:2,16,20
**4.1** 89:19 359:5
**4.2.4** 338:3,11
**4/1985** 104:24
**4/30** 106:8
**4/30/1985**
105:25

**40** 110:24
173:21 286:10
**400** 267:3
**42** 53:3 273:5
**43** 306:21
**433** 122:24
**434** 122:25
**44** 375:11,11
376:12
**452** 343:18
**47,000** 375:18
378:11
**48** 4:10
**49** 41:19
371:19,22
**4:30** 348:17,19
**4:41** 348:19,21

**5**

**5** 4:12 61:9,11
62:3
**5-1** 132:10
**5.9** 161:1
**5.9.** 230:2
**50** 45:23 46:2
154:1,1 204:4
303:7,7 378:11
**500** 270:24
**52** 110:11
359:24
**520** 266:14
**53** 4:11 118:17
**54** 110:11
123:23 331:18

336:11,22
**55** 261:14
**56** 48:15 80:5
**57** 102:10
**59** 143:11
**5:16** 379:25
380:2

**6**

**6** 1:16 4:14 7:6
63:13,15 64:9
64:22 96:10
276:15
**6.2** 333:8
**6.4** 333:5
**6.4.** 333:3
**60** 21:17 22:4
127:17 140:9
**600** 45:17
**601** 305:23
**602** 305:23
309:5,19
**603** 309:6,19,22
310:18 311:4
311:19,20,22
314:19 315:25
315:25 318:3
318:10 319:2
319:14,18
**608** 305:23
309:6,19
**61** 4:13
**62** 248:14
276:9,13,19

278:8
**63** 4:15 261:1
**634** 280:13,15
281:14 305:23
308:4,6
**64** 368:16
**645** 325:19
**67** 110:11
**6th** 242:24

**7**

**7** 4:16 102:10
102:12,23
346:13
**70** 226:1
**700** 1:14 2:9
**71486** 125:15
132:11
**7:23** 1:4

**8**

**8** 4:18 124:15
124:19 132:7
346:13
**8.28** 123:9
**8.71** 123:9
**80** 225:25
285:3,4 319:12
**80s** 353:23
**810** 266:9
**82** 315:3
**83** 314:20
**84** 142:23,24
285:4,6

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 389 of 480

**843.216.9152**
2:6
**85** 286:3
350:20 354:2
**86** 121:11
**87** 121:12
**89** 247:15,20,21
**897** 1:4

**9**

**9** 4:3,20 127:18
127:20 128:3
140:10 144:16
150:13 154:11
169:21 184:14
**90** 93:5,6
318:15
**95** 268:19,21,22
269:8
**950** 2:18
**96** 283:7,12
**98** 93:5
**98.5** 271:1
**9:02** 1:16
**9:03** 7:7

**a**

**a.m.** 1:16 7:7
62:23,25,25
63:2 136:15,17
136:17,19
**a1** 53:21 95:14
95:23,24
**a10** 143:18

**a16** 146:4,8
**a17** 98:24
**a18** 100:7
111:7 117:18
117:25 305:12
305:18,19,21
305:25 308:3
**a19** 100:8
113:14,20
**a2** 49:1,5 50:6
50:21 95:15,22
95:25 122:4,7
123:12
**a20** 119:4,8
308:23 311:15
**a25** 315:14
**a26** 137:14
**a27** 107:1
115:11 116:14
117:20
**a3** 146:9,14
147:13
**a36** 317:4
**a4** 53:12,14,15
53:16,20
**a40** 111:1
112:22
**a41** 182:19
183:3
**a46** 305:10
308:3
**a5** 53:21
118:18

**a51** 308:21
311:12
**a6** 48:23
100:11 105:16
113:14 114:1,2
119:12,24
120:4,15,24
121:5
**a67** 94:13
**a8** 137:15
**a81** 312:20,21
313:1,4 314:3
**a82** 314:12
315:1
**a83** 314:25
**a9** 107:3,18,24
115:10 116:14
117:21
**a93** 122:1
**ab** 150:7
374:13
**abandon** 215:1
215:1
**abandoning**
213:1
**abc** 95:3
143:25 144:9
146:15 147:1
147:17,22
148:18,23
149:1,12,24
150:23 151:13
151:16,19
152:9,15,25

153:5,11,19
188:4 195:3
197:25 200:8
**ability** 10:2
**able** 70:21
182:16 354:8
**above** 105:25
106:10
**absolutely**
291:22
**absorbed** 159:2
159:3
**absorption**
151:15 152:9
166:23 175:2
178:21,24
**abstract** 95:20
251:25 374:5
374:16 375:2
**academy**
341:24
**accept** 203:21
203:22 358:5
**acceptable**
69:14 70:15
245:3
**accepted** 69:12
90:16 347:16
359:10,20
**account** 179:17
**accounts**
179:20
**accumulated**
222:21

Golkow Technologies,
A Veritext Division
877-370-3377                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 390 of 480

**accuracy** 69:5
69:9,20,21
70:6 74:4,18
75:6 153:3
304:15 352:18
353:5
**accurate** 42:11
42:23 75:24
91:5,15 92:10
106:5 116:5
193:14 271:1
347:21 353:9
381:11
**acid** 223:6
**acknowledge**
382:4
**acknowledged**
356:20
**acquaintances**
41:13
**acres** 149:8
**act** 14:24 15:15
17:6 41:11,15
45:17,21 46:14
58:17 268:5
**action** 376:18
**active** 128:20
128:25
**activities** 5:20
331:23 332:10
364:9
**acts** 63:21,24
166:24

**actual** 193:6
350:1 374:11
**actually** 73:10
83:2,2,16
100:7 122:24
142:25 168:25
168:25 169:1
175:23 183:4
205:25 212:18
218:24 220:14
226:23 234:25
236:18 255:25
273:9 284:5
286:5,8 287:4
315:1,23
319:25 346:6
353:22 371:18
**addition**
151:25 152:1
320:8
**additional** 74:2
376:14
**additionally**
313:19
**address** 207:18
344:5 345:6,9
345:14 377:24
**addressed**
293:17
**addresses**
179:6 377:8
**addressing**
377:3,4

**adjacent** 376:9
**adjoining**
375:4
**adjust** 71:15
148:2 155:21
227:22
**adjusted** 155:6
172:14
**adjusts** 184:1
**administer**
381:4
**adsorption**
175:1 178:14
179:4,20 182:4
**advanced**
70:19
**advection**
188:13 200:15
200:20 201:7
201:13 203:25
246:7
**advective** 67:9
67:13 68:18
188:4 195:3
197:24
**adverse** 43:21
344:6 345:6,14
**advice** 340:8
**aeration**
126:16 377:7
**aerobic** 218:6,7
**aerobically**
218:2,17
219:16

**affect** 149:11
153:2 157:14
157:16 158:8
193:7 204:23
**affecting** 191:1
**affects** 147:10
157:20
**aforemention...**
175:7
**afp** 375:11
376:12
**afp44** 376:9
**age** 84:19
**agency** 26:21
32:14 44:14
84:14,15
274:10,11
**ago** 15:6 58:13
67:24 68:14
290:22 293:22
295:6 322:2,24
324:3
**agree** 43:4 66:8
70:7,10 74:14
75:9 78:24
79:11,25 90:17
91:8 94:10
95:7 98:8
102:23 103:12
103:16 107:18
107:24 108:4
108:21,24
109:4,14 110:3
112:6,14 113:9

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 391 of 480

113:13,22
114:7,14
116:12 120:14
123:4 126:22
127:3 128:7
129:14,22
130:21 131:7
131:12 141:22
142:4,21 152:7
163:22 170:16
170:22 175:13
175:16 177:11
177:15,19,25
180:19 188:15
188:18,20
189:5 190:22
191:17 193:10
195:13 196:24
197:9,14
198:17,21
199:24 200:10
200:12 204:10
204:14,19
205:16 209:23
211:17 212:4
226:20 228:3
228:17 232:11
245:4 250:9
251:6 253:4
256:5,11,15
268:20 269:24
278:12 280:14
281:13 296:20
296:25 297:9

297:16 300:2
301:14 302:7
302:10 305:21
305:25 309:17
316:9 317:11
345:11 357:9
357:11 366:14
370:14
**agreed** 32:7
  164:3 203:14
  209:15,17
  238:10 301:10
**agreement**
  26:20 28:8
  29:10,11,14,23
  30:10 46:20
  78:13 313:11
  330:14
**agreements**
  30:1,5
**ah** 4:18 59:23
  124:15,24
  125:2 126:1,5
  127:4 132:8
  159:4
**ahead** 20:6
  73:13 81:1
  137:11 194:11
  248:5 303:6
  351:25 378:19
**aid** 369:25
  370:16
**air** 69:24 358:9
  358:20 359:14

369:2,13
370:15 372:2
375:10 376:14
376:22 377:2,5
377:10
**aircraft** 359:15
  375:20
**airport** 6:15
  359:15 372:12
  373:2 375:3,10
  377:15,20
**al** 160:23
  161:18
**alana** 7:20
**alanna** 2:16
**albeit** 227:2
**alex** 3:8 8:4
  11:13 165:2
**algae** 222:1,8
  223:12
**algorithms**
  70:22 71:10
**alleyway** 152:6
**allison** 2:16
  7:18 9:4
**allocated** 65:8
**allow** 77:4
  177:6
**altogether**
  187:15
**american** 58:23
**amount** 120:2,4
  159:1 180:6
  219:11,14,15

**amounts**
  222:22 227:4
**amy** 207:14
**anaerobic**
  218:4,16
**anaerobically**
  217:24 218:16
  219:17
**analys** 316:12
**analyses** 90:13
  90:23 91:11,11
  96:24 143:22
  212:25 249:22
  260:20 307:15
  310:14 313:14
  347:13
**analysis** 4:15
  23:25 26:7
  31:23 52:3
  54:15 62:11
  63:16,21,24
  64:3,4,19
  65:24 72:17
  75:20 78:4
  81:12,13,22
  82:19 93:17
  135:13 138:1
  144:14 182:23
  186:19 187:1
  190:3 213:5
  214:5 227:19
  232:16,20,22
  232:22,24
  233:1,2,5,10,20

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 392 of 480

| | | | |
|---|---|---|---|
| 237:24 238:19 | **analyzed** | **anyway** 61:23 | 293:22 294:9 |
| 246:24 260:16 | 161:11 | 242:17 311:9 | 295:6 298:21 |
| 260:19,23 | **annual** 119:15 | **ap** 299:23 | 322:1,12 |
| 261:24 262:14 | **answer** 18:18 | **apologize** 95:11 | 333:25 340:21 |
| 263:8,11,22 | 31:20 87:3,7 | **apparently** | 348:3,5 349:24 |
| 264:25 265:10 | 106:21 127:14 | 151:15 191:20 | 355:3 356:25 |
| 266:15 267:2 | 135:7 182:16 | 208:15 295:21 | **applications** |
| 267:23 270:10 | 191:14 192:2,5 | 309:16 | 20:19 34:18 |
| 271:6 272:6,6 | 192:19,20 | **appear** 216:11 | 70:19 153:12 |
| 278:15,16,18 | 194:9 199:7 | **appearances** | 206:6 245:15 |
| 285:8,11,21 | 201:5 202:15 | 7:17 | 326:22 341:17 |
| 294:4 298:15 | 216:1,4 219:23 | **appeared** 376:7 | **applied** 34:20 |
| 298:20 304:13 | 220:10,11 | **appears** 128:3 | 133:1 134:3 |
| 313:19,25 | 229:10 234:5 | 128:9 207:1 | 155:5 160:22 |
| 314:13,15 | 264:5,10 267:3 | 290:6 362:23 | 170:9,13 |
| 315:10,19,21 | 270:23 288:5 | 381:7 | **applies** 355:9 |
| 316:12 318:24 | 291:1 329:22 | **appendix** 122:4 | **apply** 133:20 |
| 320:7 322:10 | 333:24 368:8 | 122:7 123:12 | 299:15 |
| 325:23,24 | **answered** | **apples** 219:12 | **applying** 91:2 |
| 326:5,8,12,15 | 22:11 197:10 | 219:12 | 91:13 185:16 |
| 326:19,20,23 | 204:4 222:3 | **applicable** | 298:10 |
| 326:25,25 | 233:22,24 | 139:7 | **appointed** |
| 327:7 328:15 | 322:17 | **application** | 344:11 |
| 328:20,23 | **answering** | 32:6 34:21 | **appreciate** |
| 329:7,9,14,19 | 234:10 | 36:17 37:15 | 201:16 |
| 329:24 330:3 | **answers** 192:7 | 54:5,8 72:17 | **approach** 78:5 |
| 333:5 334:5 | 254:4,15 294:2 | 80:21 89:19 | 298:25 299:23 |
| 346:4 348:6,8 | 296:1 298:12 | 90:3 153:18 | 300:15 366:5 |
| 350:16 354:23 | **antonucci** 3:15 | 155:15 186:11 | **approached** |
| 357:13 365:25 | 8:12 | 186:12 189:19 | 14:23 |
| 373:19 379:5 | **anwar** 3:16 | 192:3,5 201:17 | **approaches** |
| **analyze** 98:6 | 8:12 | 204:17 223:11 | 338:12 |
| 266:13 | **anybody** | 233:3 253:15 | **appropriate** |
| | 328:22 | 272:8 289:5 | 81:3 299:23 |

Golkow Technologies,
877-370-3377                   A Veritext Division                   www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 393 of 480

**appropriately**
357:18
**appropriaten...**
324:9
**approval** 85:4
**approve** 32:15
**approximate**
299:18 300:4
301:21 302:4
**approximately**
45:20 161:10
304:6 357:15
376:21 377:15
**approximates**
188:9 195:11
198:15
**approximating**
300:19
**approximation**
66:19 302:13
303:16
**approximatio...**
357:6
**april** 105:8,15
109:6 110:5
151:11
**aquifer** 31:12
31:15 34:4
72:12,13,13,19
148:21,25
149:5,11,18,22
153:20 157:20
160:20,21
161:1 162:5

166:25 180:7
180:14 193:23
194:5 201:8
246:4 375:15
377:8
**aquifers** 162:6
183:21 355:15
**ar** 42:8
**aral** 1:14 4:8,8
4:9,9,10,11,12
4:14,15,16,18
4:20,24 5:5,7,8
5:10,10,12,13
5:14,16,17,18
5:19 6:5,6,8,12
6:14 7:15 8:17
14:4,5,8,15
25:18,19 27:13
29:9 48:18,22
51:13 53:6,11
54:24 61:10,16
62:2 63:6,14
63:16,19,22
64:25 66:3
74:13 75:4
81:5 83:18
84:6 85:7
88:20 89:17
93:12 102:11
102:17 106:22
117:25 124:14
124:19 127:19
128:2 130:11
131:12 135:23

136:22 139:16
140:21 143:12
169:20 170:15
174:2,9 175:13
176:1,18
177:11 189:25
191:12 197:7
206:21,25
224:10,11
234:3 238:9
240:10,11,15
241:15 244:6
248:16,23
253:17 261:7
274:6 279:10
279:16,19
282:6 283:11
285:6 286:17
289:14,19,21
290:5,15
292:16 296:16
302:2 307:3
328:6 331:20
332:4 342:13
342:18,22
346:22 348:25
360:3,16,23
361:20 368:17
368:22,24
372:10,18
379:16,18
382:10 383:24
384:24

**arbitrarily**
133:6,9,21
**area** 6:10,15
11:20 20:16
21:9 29:16
36:12 42:16
43:1,3 53:24
54:14 56:6
60:16 92:15,17
94:11 151:19
151:23 157:22
174:23,24
177:22,23
223:10,15,20
268:17 285:15
285:18,18
287:11,11,12
288:15,15
305:15 309:3
313:16 321:13
323:13 327:23
333:6 340:14
340:15 341:2,4
341:7,15
355:24 361:23
362:7 363:17
363:24 364:23
366:12 372:12
373:2,6 375:3
376:10 377:14
377:19
**areas** 20:20
21:1 24:1,4,5
26:2,25 42:8

Golkow Technologies,
877-370-3377   A Veritext Division   www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-6   Filed 04/29/25   Page 394 of 480

42:12 56:7
182:14 268:12
277:16 288:18
328:9 338:21
338:22,24,25
339:4,19 375:9
375:23 377:14
377:20
**argue** 304:9
**arizona** 6:16
372:13 373:4
375:5,6
**arrival** 49:16
213:10,10
215:13,14
250:3,17,20
251:2,7 252:23
253:2 254:18
254:20 256:12
258:23
**arrive** 254:22
353:19
**arrived** 169:4
**art** 90:14
347:14
**asce** 59:10,13
60:1
**ascertain**
125:22
**aside** 53:2
57:11 63:10
82:20 102:7
124:10 127:16
248:15 279:1

284:24 286:8
289:9 304:23
308:9,12,17
319:20 330:6
334:7 361:18
**asked** 30:10
34:10,15 45:4
172:8 178:11
195:17 197:10
197:19 204:4
233:22 292:1
295:22 301:6
345:5
**asking** 176:4,6
176:12,19,23
186:22 187:2
200:1 214:15
232:9 271:23
287:19 288:17
301:16 306:8
319:1 345:17
346:2 352:5,10
352:11,17
**asks** 40:22
215:9
**aspects** 26:24
42:5,7 66:21
66:21 69:10
71:2,8 88:17
92:9,24 97:17
97:18 233:9
**assess** 96:24
313:15 316:22
326:9

**assessing**
313:20
**assessment**
93:22 320:8
323:7
**assessments**
363:12
**assigned** 96:16
175:6,9 254:17
315:11
**assigning**
269:11
**assignment**
255:7,8
**assist** 363:14
**assisted** 126:1
126:6
**associate**
201:12
**associated** 42:4
49:14,19 73:25
76:24 80:24
81:7 84:22
85:13 92:14
233:5 249:20
252:10 329:20
339:17 344:7
345:7,15
354:17
**associating**
201:7
**association**
94:2

**assume** 149:12
173:6 225:22
**assumed**
118:13,25
173:8 174:23
180:13 181:25
227:1,11 304:4
**assumes** 228:9
**assuming** 75:16
228:3,6,17
**assumption**
228:5,19 294:1
**assumptions**
298:12,17,18
302:18,19,20
357:9,14
**atlan** 40:1
**atlanta** 24:20
24:21 39:20
40:1,4,9,13,15
58:14
**atsdr** 18:10,21
26:22,24 27:4
28:8 29:10,14
29:23 30:2,9
42:5 45:3,4,9
46:19 47:10
49:1,6 50:4
51:15,18,21
53:21 55:9
57:15 83:3
84:15 85:9,10
85:22 88:8
90:10,24,24,24

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 395 of 480

91:11,17 92:16
93:1 97:8
99:24 100:22
103:17 113:15
118:23 120:6
121:10 124:21
125:4,4,22
131:13,18
134:1,22 135:9
147:22 152:15
152:20 162:3
162:11,22
163:13,24
165:10,15
167:12 172:10
177:20 180:20
181:6,22
182:10 186:1
202:17 203:5
203:18,23
224:23 226:20
229:7 230:9,22
231:25 232:21
240:20,25
243:7,20 275:6
275:10,17
277:7 314:3
324:21 328:15
329:2 330:9,13
330:19 331:3
333:11,21
339:3,6,9,12
340:9 345:10
345:17,23

347:10 349:12
355:7 360:15
363:10,14
364:7
**atsdr's**  4:16,20
5:20 27:5
29:15 48:7
59:15 60:8,13
93:16,22 97:8
97:22 102:12
102:24 103:12
120:25 122:13
127:20 128:3
132:5 162:11
249:7 257:21
280:16 300:3
331:22 332:9
**attaching**  213:6
**attack**  211:12
**attended**  16:23
224:20
**attention**  118:6
332:19
**attorney**  9:4
16:18 381:14
**attorneys**  10:9
10:11,14
**audit**  12:19
**august**  16:5
101:8,19
**author**  49:11
50:5,7,9,21
51:5,6 54:3
55:1,4 62:12

64:18 88:13,15
88:16,16 92:19
103:19 106:14
145:4 189:2
232:8 249:1
279:24 286:25
287:22 321:3
323:17,22
324:22 325:9
362:24
**authored**  49:11
50:4 64:10
127:4 216:7
322:22
**authoring**
62:14
**authority**  48:4
**authors**  106:20
363:2
**availability**
69:21 282:17
**available**  44:1
69:15 71:13,19
72:24 75:19
76:8,15,22
131:17 145:8
164:24 165:20
217:3 246:6,20
267:15 304:22
320:16 325:25
326:6 363:20
**avenue**  2:18
**average**  96:16
128:18 129:2,3

129:4,15,23
130:14,22
131:8 155:13
163:2 188:10
195:11 198:16
210:7 226:2
299:22
**averaged**
161:13,15
162:22
**award**  58:21
**aware**  85:9,16
85:18 86:7,11
86:21 126:5
152:13 171:21
171:24 275:23
276:1,2 309:8

**b**

**b**  193:16
377:14,19
**bac**  223:13
**back**  25:22
41:17 63:2
83:8,13,13
91:16 94:13
95:14 102:1
106:23 113:13
115:7 132:7
136:19 137:1
141:2 144:16
145:10,24
150:12 156:1
169:16,21

Golkow Technologies,
877-370-3377                        A Veritext Division                        www.veritext.com
Case 7:23-cv-00897-RJ      Document 372-6      Filed 04/29/25      Page 396 of 480

175:14 182:17
210:18 235:3
238:7 264:5
271:7 272:23
282:4 285:2
286:7 287:20
288:24 291:9
308:2 310:6
311:12 319:21
325:7 327:11
329:21 333:7
336:4,7,10,17
337:1 348:21
354:12 359:1
374:2,10
**background**
249:7 294:8
**backgrounds**
344:12
**backwards**
33:6,11,14
34:6 364:17
**bacteria**  222:1
222:9 223:13
**badgering**
195:19
**balance**  65:13
71:1,4,4,7
96:15 277:2
278:11
**ballock**  361:5,8
**ballockm.docs**
360:16

**band**  82:18,18
253:10 350:19
350:23 352:2,4
**bar**  147:14
**barry**  331:7
**base**  5:23 70:20
84:21,21 85:2
85:2 94:22
95:2 100:16
103:9 107:9
119:18 124:22
137:21 144:4
194:2 275:2
331:25 332:12
**based**  118:18
152:13 160:22
161:1 177:19
180:3 193:23
194:14 199:9
201:21 203:15
211:25 232:22
233:1 237:21
252:20 267:19
269:14 303:11
304:13 326:6
**basic**  221:17
**basically**  211:9
**basin**  375:7,15
**basins**  126:13
**basis**  22:19
26:25 30:11,21
221:21
**bates**  240:19,20
343:15,18

**baughman**  2:8
7:24,24 27:17
27:20 38:5,11
38:24 39:2
79:13 108:17
136:3,11 169:6
175:23 177:8
191:12 196:24
198:6 199:14
206:18 220:8
225:8 228:10
231:6 241:10
273:10 290:11
294:14,19,21
294:23 295:11
296:2,10,14
301:13 305:4
335:6,13,17,20
335:24 336:14
336:18 337:1,4
337:7,18,21,24
343:9 351:23
374:8,24
**bay**  358:10,21
**beach**  358:11
358:22
**bear**  65:2
**began**  376:17
377:5
**beginning**  16:8
95:16 150:24
155:14,14
202:16 211:21
211:25 243:9

243:10 271:6
274:6 304:8
320:22 321:11
**begins**  94:20
118:8 141:6
146:16 155:1
210:23 249:14
276:13 293:21
320:4 338:15
**behalf**  2:3,15
7:23
**behaving**  81:17
**behavior**  34:1,1
70:22,23 82:16
180:4
**believe**  11:21
31:13 74:8
77:20 79:23
142:10 165:6
166:20 181:5
266:11,12
286:12 335:22
335:23 336:2,5
**bell**  3:13 8:8,10
8:10 15:25
16:2,9,11,14,17
17:5,18,20
**benefits**  25:6
65:6
**benjamin**
331:8
**benzene**  97:24
98:7,10,17,21
180:9 275:1

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ      Document 372-6      Filed 04/29/25      Page 397 of 480

276:24 277:9
277:11,12
278:4 309:2,8
309:13,16,18
310:15,19,22
311:25 312:3
313:17,21,22
315:16 316:7
316:13,22
317:4,5,18
318:3 322:1
324:2,7,12
326:23 327:5,6
329:13,24
340:18 341:12
341:14 349:10
350:7 355:2
378:1
**best** 65:17
270:23 303:24
349:22 355:12
**better** 69:19
76:9 77:12
166:14 296:19
**bias** 138:9
139:1,20 213:1
215:4 229:19
229:24 230:1,3
230:9,18,23
231:21,25
232:25 233:14
**big** 178:25
317:16

**bigger** 218:5,7
**bill** 3:9 8:4
**billing** 45:22
**bio** 191:11
**biodegradation**
156:4,10,16,17
156:20,22
157:2,3,16
183:6,11 184:5
184:17,22
185:3,9,23
186:2,10,23
187:19 189:6
190:4,8 191:3
191:22 193:7
193:14,18,21
193:25 194:6
194:14 198:22
198:24 199:2,5
199:9 200:5,21
201:10,13,15
201:21 203:19
204:11,14,23
205:4,9 206:4
208:16,20
209:22 211:18
212:5 214:14
214:16,20
215:25 216:8
217:9,15,23
218:1,5,11,12
218:14,17
246:17 303:11
367:25

**biodegraded**
205:1
**biology** 299:19
300:5,20 302:5
**birth** 5:22
84:22 94:2
331:24 332:11
**births** 84:24
**bit** 14:10 24:11
76:15 279:2
**blockage**
221:25 222:8
**blocking**
221:13 223:13
**blocks** 149:18
221:17
**board** 85:5
**bob** 171:14,16
171:17 172:4,9
172:13,13
189:16 209:17
225:21 293:17
293:19,19
295:13,19
297:25 301:1
**bollock** 360:24
**bolton** 2:8 8:1,1
91:24 169:2,5
241:2,6,9
343:15
**borders** 375:12
**bottom** 41:22
48:24 64:24
69:4 90:9

93:15 104:17
111:15 118:3,9
119:12 125:10
132:11 154:22
170:3 174:13
229:17 343:20
**bottoms** 152:3
**boulevard** 2:5
29:16 53:23
54:18,23 55:12
55:17,24 56:7
60:14 125:25
175:17 177:13
177:21 179:13
277:8,15 283:9
287:12 309:4
327:23 333:16
339:18,18
341:2,9 349:11
350:10
**bound** 267:11
269:8 304:13
354:20
**boundaries**
375:17
**boundary**
154:1 370:9
**bounds** 69:13
70:15 82:14
245:3 267:13
271:17 272:13
348:7 349:24
356:17,19

Golkow Technologies,
A Veritext Division
877-370-3377          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 398 of 480

**bout** 213:15
**bove** 18:6 19:2
  19:3,4,8,13
  240:25
**box** 374:5
**boxes** 374:14
**break** 48:11
  56:2 62:18
  135:24 136:8,9
  136:10 169:8
  176:2 248:9
  281:20 291:15
  348:11,11
**breaks** 118:16
**bridgeside** 2:5
**briefly** 136:13
**bringing** 238:7
**broadway** 1:15
  2:9
**brought** 52:20
  217:4
**buckles** 288:25
**budget** 85:6
**building**
  107:15 304:5
  357:10
**buildings** 100:3
**bulk** 158:1,3,7
  158:11,16
  159:22 171:12
  171:19 172:6,9
  172:14 175:6
  175:10 177:17
  178:5 179:9

**bullet** 26:16
  90:8,20 347:2
  347:4,7,8
**bulleted** 90:5
  349:6
**buried** 165:22
**business**
  150:25 151:8
**byproducts**
  49:15

**c**

**c** 2:1 3:1 4:16
  5:18 102:12,25
  307:4 308:10
  310:7 312:8
  322:4 381:1,1
**c3.10** 103:5
**c310** 104:2
**c7** 307:12
**c76** 103:2
**c8** 310:12
**c95** 307:8,9,11
**c98** 310:9
**calc** 134:19
**calculate** 30:10
  34:10 70:23
  158:4 166:2
  167:12,14
  186:2
**calculated**
  131:25 134:20
  135:5 158:7,12
  159:9,22 168:7

  180:3,17 230:9
  230:22 231:25
**calculating**
  30:20 144:10
  164:3 165:17
  167:24 168:5
  193:14 201:15
**calculation**
  129:15,25
  130:1,5,13,14
  130:22 131:9
  133:12 158:8
  191:20 193:8
  193:17,22,22
  202:3 230:18
  278:13,22
**calculations**
  126:11 127:13
  134:22,23,24
**calculator**
  181:16
**calibrate** 71:11
  72:9,12 73:2
  131:3 201:20
  209:3 246:24
**calibrated**
  33:17 69:15
  143:8 148:10
  150:11 155:7
  163:14 170:11
  170:13,16
  180:19 187:17
  213:10 215:13
  216:15 217:16

  245:17 246:4
  256:16 257:3,8
  260:8 280:16
  281:14 287:8
  287:14 302:17
  305:22 309:18
  315:12,13,17
  317:17,19
  324:9,15
  355:11 364:6
**calibrating**
  72:25 141:24
  142:7 143:4
  145:3,7,17
  162:10 216:13
  217:8 303:22
**calibration**
  34:2,7,12
  71:18 72:21
  90:12 128:13
  128:17 137:18
  137:19,25
  138:2,7,12,16
  138:23 139:7
  139:18,18,23
  148:1,2 154:7
  155:6,15,20
  163:12 173:4
  180:15 183:7
  183:13,25
  186:5 187:15
  190:10 192:16
  206:14 211:20
  212:1 217:6,10

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 399 of 480

235:25 236:17
236:19 237:14
237:21 238:15
239:3 243:24
246:21 248:1
289:25 294:6
294:15,17,24
295:3,5,7,23
297:4,17 298:9
298:19 299:1
299:14,24
300:11 312:16
317:16 320:8
323:7 347:12
364:9
**call** 20:4,10
72:16 166:12
240:5 353:14
**called** 64:18
89:18 122:22
156:17 159:14
159:17,20
247:17 249:6
323:10 342:23
358:10 369:18
**camp** 1:7 5:23
7:10 14:24
15:15,17 16:19
17:6,8,22 18:3
18:6 25:9
26:24 30:9,14
30:16,19 34:9
34:14 35:15,15
35:18 37:7

41:10,14 45:17
45:21 46:14,24
47:2,10 52:17
55:9 58:11,16
72:17 79:15
84:21,21 85:12
89:19 90:3,25
91:12 94:1,22
100:16 103:9
107:9 119:18
124:22 125:20
126:13 134:22
137:21 144:4
161:20,24
163:8 165:8,22
174:24 183:16
183:21 184:8
224:23 254:9
275:3 283:1,3
331:25 332:12
342:4 344:8
345:8,16
349:15 353:1
355:15 357:10
358:8,10,11,19
358:21 359:23
**cancer** 5:22
331:25 332:11
**cancers** 84:23
85:13 94:3
**capable** 369:21
**capacity** 103:7
103:13 221:15
222:5,9,14,19

259:4,25
**carbon** 159:10
159:11,13,16
164:5,10,23
165:7,16,22
166:7 180:14
**care** 65:23
**careful** 220:9
**carlo** 96:22
261:24 262:1,6
264:16 265:3,3
265:10,19
266:3,24 267:7
267:20,23
268:19,21
270:16 325:23
326:20,25
328:8,10,15
329:4
**carolina** 1:2 2:5
5:24 7:13
84:21 100:17
103:10 107:10
119:18 137:22
144:2,4 161:21
163:8 275:3
332:1,12
**carry** 344:12
**case** 12:15
39:19 42:15
75:22 85:21
87:24 112:11
145:14 208:14
211:3 229:5

244:22 267:2
277:7 280:19
300:16 315:23
336:8 342:9
**cases** 1:9
153:22
**castle** 160:21
162:5
**cat** 152:7
**caught** 172:6
**causation**
42:25
**cause** 43:5,11
43:15,19
158:12 166:8
221:13 249:21
250:19 252:6
253:1,4,21
381:17
**caused** 86:24
249:24 250:6
250:12 314:16
**cdc** 26:23
**ce.gatech.edu**
207:16
**center** 20:3,14
26:18 31:16
32:12 352:4
**centers** 26:22
85:4
**certain** 43:18
94:2 125:22
133:20 134:2
134:11,14

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 400 of 480

140:1 176:22
211:24 232:17
232:18 245:3
254:24 304:15
315:22 324:2
341:14 366:19
**certainty** 90:2
349:14,20
**certified** 1:15
**certify** 381:2,5
381:13
**chain** 5:7
206:22 207:1
296:14 334:4
**change** 18:18
26:4 148:17
149:4 205:6,7
217:16 250:20
250:24 298:7
316:1 317:13
318:16 319:4
319:11,15
322:13,15
383:3,5,6,8,9
383:11,12,14
383:15,17,18
383:20 384:2,4
384:5,7,8,10,11
384:13,14,16
384:17,19
**changed** 149:3
322:11
**changes** 147:23
149:1 156:24

211:25 250:6
250:16,19,24
253:1,13 264:8
318:5 322:12
**changing**
158:14 303:11
315:24 317:25
318:21
**chapter** 4:10,16
4:20 5:12,13
5:14,18 48:19
49:1,5,11,12,15
49:18 50:1
51:10 52:2,7
52:19,21,24,25
53:18,22 54:3
54:4 83:24
84:1 87:22
88:14 90:24
91:11,17,22
92:18,19 93:4
98:24 102:12
102:24 106:14
106:23 110:24
121:25 124:11
127:20 128:4
136:23 137:4,5
139:12 140:11
144:17 145:21
145:25 150:13
152:8 154:11
155:25 160:8
169:21 173:3
182:18 184:13

185:22,23
186:13,19,24
192:6,7,25
200:5 202:6
203:9,11 215:8
229:6,13
230:25 231:3
231:10,12
234:19,20
235:3,5 248:14
248:17,25
251:12,14
252:9,12 253:9
260:17,19,19
260:25 261:8
261:12,13
262:20 263:5,6
263:7,14,16
264:2,13,16
273:21,22
276:8 279:11
279:20 280:1
285:3 286:8
304:25 305:2
307:4 308:3,10
308:11,16,20
310:7 312:8
319:20 321:22
322:1,3,4,22
323:9 329:3,16
329:18 354:23
**chapters** 50:4
50:20 51:4
54:25 106:20

252:9 329:22
**character**
367:1
**characteristics**
67:25 68:3
363:15 366:7
**characterizati...**
54:11 76:25
183:21 320:18
321:2 323:11
**characterize**
54:6
**characterized**
81:11,15 82:17
**charge** 343:24
**chart** 106:4
308:5
**check** 45:22
142:12 166:17
215:5
**chemical** 43:19
135:20 157:3
158:5 164:24
180:5,13
**chemicals** 94:7
166:23
**chemistry**
299:18 300:4
300:19 302:5
**cherry** 47:25
**chief** 60:6
**childhood** 5:22
84:22 85:13
94:3 331:24

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 401 of 480

332:11
**children** 94:3
**chloride** 278:3
307:16 349:10
350:9 369:24
**chlorinated**
369:1
**choice** 231:16
**choose** 298:19
**chose** 267:11
298:9 304:17
**chosen** 363:19
**chromium**
376:8,13
**chronological**
333:13,23
**chronologies**
283:7,12
320:11
**chronology**
146:9 333:8
**citations**
359:13
**cited** 364:12
**cites** 95:3
**citing** 373:5
**city** 24:22
375:5,5 376:16
**civil** 26:18
58:24
**claims** 41:10,14
**clarification**
22:16 49:23
54:21 87:11

91:19 104:11
138:14,20
148:5 151:5
164:20 198:2
240:22 251:4
255:16 275:8
275:13 314:24
330:24 334:10
376:2,24
**clarify** 9:10
37:1 43:7
**clarifying**
12:12
**clark** 331:7
**classification**
338:21 339:13
**classified**
338:25
**clean** 243:12
371:16
**cleaner** 155:12
155:13,16
**cleaners** 95:3
144:1,9 146:15
147:1,18
148:18,23
149:1,12,24
150:23 151:13
151:16,20
152:9,15 153:1
153:5,11,19
188:4 195:4
197:25 200:8

**cleaning** 95:2
144:9 150:24
151:13 152:11
**clear** 197:21
**clearly** 254:5
**cliff** 8:14
**clifford** 1:15
381:22
**clja** 125:13
240:20
**close** 343:2
350:11 352:15
**closed** 376:12
**closer** 259:19
**closing** 376:17
**coastal** 21:5
31:12,14 32:6
34:4
**coefficient**
158:25 159:11
159:17,19
160:6 164:7,11
164:24 167:3,7
167:17,24
168:4,12 170:4
170:8,18,20,23
172:15,17,19
172:20,21
173:4 175:5,10
177:17 178:5
179:15 181:23
**coefficients**
160:19 161:8
161:11 162:4

165:19 179:9
246:16
**coin** 272:22
**collected** 56:9
56:12,24
143:25 307:16
310:16
**collecting**
55:15 57:6
**collection** 52:9
97:15 161:2
283:14 364:1,9
**column** 93:15
93:21 94:18
96:3 99:1
101:1 104:13
104:19 108:11
111:7 118:7
122:21 128:12
137:24 141:5
150:22 154:24
156:3 160:13
161:7 170:2
179:25 183:3
184:16,19
229:17 235:25
249:8 252:2
282:18 307:19
310:19 313:6
320:3 324:25
325:20 363:8
369:19 371:21
377:7

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 402 of 480

**columns** 93:13 94:15 212:21
**combination** 35:19 265:20 267:22
**combine** 254:6
**combined** 117:11,12 123:14
**combines** 252:17 255:2 265:13,15 272:25
**come** 70:21 91:16 130:4 133:2 165:18 183:24 191:21 217:10 246:25 254:21 284:15 286:7 291:9 294:4 298:15 298:25
**comes** 40:22 246:10
**comfortable** 176:5,11
**coming** 35:2 38:22 115:4 120:6 129:8,16 131:14 145:15 149:22 162:8 186:19 202:5 229:11 231:3 232:4 234:10

239:10 241:20 243:12 247:12 322:18 358:14 367:21
**comment** 106:15
**comments** 6:6 42:4 51:4 360:4,12
**commercial** 375:8
**commission** 381:24 382:22
**commissioned** 381:3
**committee** 343:24 344:11
**committees** 58:20
**common** 159:13
**communicate** 17:21
**communicated** 16:9,13,18 17:9,10,17 18:1,5
**communication** 18:12 151:11
**communicati...** 17:7 18:13
**community** 87:19 144:3

**company** 40:22
**compare** 192:14 211:11 211:15 212:19 214:18 218:4 237:22 306:23 363:24
**compared** 205:1,3 315:17
**compares** 229:20,24 302:23 359:22
**comparing** 117:3 213:22 215:2 219:11 232:18 312:15
**comparison** 81:2 213:6 215:6,9 238:7 239:1,4
**comparisons** 213:15 214:3 232:23
**compensation** 46:13
**complained** 376:10
**complete** 27:9 29:16,19 202:15
**completed** 29:20
**completely** 162:19

**complex** 73:20 74:7 75:16 76:21 77:19 78:1,7,14,25 79:9,22 243:21 272:9 340:5
**components** 99:14
**composed** 99:13
**compound** 164:11,13 167:16,18,22 168:9
**compounds** 43:19 84:19 274:25 277:15 323:12 369:1
**comprehensive** 326:5,14
**computation** 69:13 133:21 199:3 277:5
**computational** 71:1,8 325:25
**computationa...** 326:5
**compute** 71:9 86:1 96:15 128:18 129:1 134:7,9 175:11 275:21 277:3
**computed** 188:8,13

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 403 of 480

195:10 198:14
198:22 199:2,2
199:4,8,9,23
200:4,15 204:1
229:25 230:1,3
231:21 277:1
278:10
**computer**
70:18 181:16
369:21 370:6
**computers**
70:18,20
**con** 228:5
347:10
**concen** 339:3
**concentrate**
339:4
**concentration**
91:2 96:16
108:12 111:2
111:23,25
112:7 116:8,10
116:20,25
122:13 128:24
129:2,3,4
135:22 156:11
157:20 252:22
253:2 257:7
260:7 315:11
317:4 321:17
322:11 326:11
355:2 366:16
366:19,23

**concentrations**
54:10 85:25
96:25 97:24
98:10,22
109:24 112:9
114:15 115:8
122:18 123:5
128:19 131:14
131:23 135:16
141:7 143:9
148:7 153:7
185:13 204:16
204:24 205:2
205:12,17,18
214:13 216:25
217:1 229:25
230:5,7 232:13
235:19,21
236:6,14 237:5
247:9,11 250:3
251:1,7 252:20
254:12 256:6
258:18 261:20
268:18 269:3
275:19 276:22
276:23 277:3,6
277:14 305:13
309:2,18
311:25 312:4
313:17,22
314:16 315:16
315:20,24
316:2,7,13,24
317:7 318:7

319:8 320:15
320:22 321:11
327:19 341:12
341:15 349:9
349:21 350:7
351:3,10,12
352:7,12
353:11,16,20
354:4,9 356:2
**concept** 190:22
221:10
**concepts** 66:1
**concern** 66:1
377:25
**concerns** 65:15
65:21
**concluded**
103:17 177:20
213:2 380:2
**concluding**
316:1
**conclusion** 58:4
203:15 294:5
298:15 319:14
**conclusions**
91:1 94:16
**condition** 86:25
213:9 215:13
**conditions**
227:22 237:21
244:18 245:9
245:13,14
246:3,7,8
247:4,8 255:3

263:12,20
272:14,19
299:22 304:2
304:15 364:4,7
370:9
**conduct** 96:24
97:2 320:7
**conducted**
203:18 313:14
344:2 366:9
**conducting**
84:17 85:10
274:12,23
325:22
**conductivities**
264:24
**conference**
21:6
**confidence**
270:17
**confirm** 61:21
130:11 358:7
**confused**
312:19
**congress** 344:5
345:20
**conjunction**
37:12
**consequently**
376:16
**conserv** 228:21
**conservative**
228:5,19,23

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ        Document 372-6        Filed 04/29/25        Page 404 of 480

**consider** 45:4,6
52:21 58:5
60:22 61:3
**considerations**
338:13
**considered**
48:4 66:15
129:3 216:24
227:23 326:13
338:24 340:3
340:10 341:18
**considering**
126:17 132:14
**consisted** 99:24
370:6
**consistent**
90:15 233:4
347:15
**consistently**
355:18
**consists** 377:19
**consolidated**
283:2
**constant**
148:12 150:8,9
168:14 175:6
209:11
**constants** 209:3
246:14
**constitute**
211:14
**constitutes**
377:11

**construct** 65:11
66:20 67:14
71:2 266:14
**constructing**
65:3,12
**construction**
65:12 373:20
**consultant**
57:24 125:3
**consultants**
4:19 124:16,24
**consulting**
40:22 41:4
43:10
**contain** 358:13
**contained**
323:20
**contaminant**
30:11,21 31:23
34:16 35:4
36:3,19 42:24
43:1,5,11 44:9
44:13 45:7
49:21 54:9
96:14 115:8
122:13 131:5
135:16 138:3,7
141:25 142:8
143:5 148:25
149:4 153:7
159:2 168:18
199:1,7 201:22
218:25 226:25
228:24 245:20

246:5,21,24
247:9,11 250:4
250:20,21
252:19,22
253:1 254:22
269:2 278:22
287:8,10,14
288:9 303:12
313:15 316:6
316:11 317:2
318:17 320:4
320:15,20
322:12 341:3
341:10 349:15
351:10,12
354:7 355:15
365:10,13,18
365:20,24,25
366:16,17
367:13,24
376:19 378:14
**contaminants**
43:15,17,20
64:7 86:1 97:9
129:16 130:1
130:13,23
131:10 148:21
148:23 151:12
152:10 153:19
157:19 166:25
193:12,16,23
194:5 200:8
205:21 250:18
254:19 270:5

275:20 278:14
317:20 320:10
320:13,23
322:7 324:16
367:11 370:11
377:25
**contaminate**
32:2 34:10
138:24
**contaminated**
37:15 84:20
85:12 86:2
93:25 95:1,2,8
97:1 112:3
275:22 277:5
313:21 316:23
317:6 338:23
**contamination**
98:18 99:3
113:5,7,10
120:20 121:9
137:20 146:10
257:22 333:14
338:22,23
339:4,7 340:4
340:18 344:7
345:7,16
352:19 358:14
359:11,22
370:22,24
375:16 376:6
377:3,4,9,22,23
**content** 214:8

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 405 of 480

**context** 295:15
316:5,10 343:7
343:13
**contexts** 18:8
**continue**
188:22 195:22
196:1,11
291:25 300:15
**continued** 3:2
5:2 6:2 122:11
**continues**
207:10 349:6
**continuing**
377:23
**continuity**
354:6,7
**continuous**
45:7 118:16
**continuously**
118:13,25
176:5,12 177:9
**contract** 16:1,5
16:8
**contribute** 55:3
**contributed**
50:5,18 55:5
55:13 120:2
259:11
**contributes**
319:7
**contributing**
50:8 120:16
121:10,15
123:16

**contribution**
52:5 115:3
200:6 252:7
253:5 313:20
316:22 317:2,5
366:10,16
367:2,6
**contributions**
114:18 123:14
**contributor**
92:18 113:6,10
114:10,20
**contributors**
67:20
**control** 26:22
42:16 54:8
85:4,21 87:24
294:8
**controlled**
161:6
**convened**
330:21 331:2,4
**conversation**
295:22
**cooled** 223:22
223:24,25
**cooperative**
26:20 29:22,25
30:10 330:13
**copy** 102:24
105:3 240:19
248:24 279:19
**corissa** 3:10 8:5

**corner** 225:4
335:10
**corp** 275:2
**corporate**
46:19
**corps** 5:23
84:20 100:16
103:9 119:17
124:22 331:25
332:12 344:4
358:9,20
**correct** 12:15
13:3 14:20
15:24 19:21,22
19:25 28:12
36:6 37:18,22
37:24 42:13
44:15 45:16,19
47:12 50:3
54:19,24 60:10
86:5 88:14
91:5,16 92:4
92:11,11,12,16
95:10 100:5
101:21 105:9
105:12 106:20
108:3,18 109:2
109:3 110:13
112:5 115:22
116:22 119:3
120:22 121:13
121:19 122:19
122:20 123:13
131:11 132:5,6

139:12,13
143:2,10 144:7
144:25 148:15
150:6 152:21
158:6 159:12
159:18,21
163:12 167:25
168:5,6,9,10,22
171:11 173:9
177:14 179:12
180:25 190:2,5
190:6 194:15
198:11,23
199:7 200:9,10
201:4,4 202:19
205:13,15
218:3 226:9
230:13 235:22
236:1,4,13
237:4,11,17
238:14 241:17
241:18 243:2
249:1 254:1
258:1 262:21
263:3 277:18
277:21 278:25
279:23 294:22
295:4 303:3
304:20 308:5
311:3 312:2,12
314:14 320:1
330:20 339:14
342:4,5,10
347:22,25

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 406 of 480

348:4 354:12
354:13,15
355:8 357:14
357:17 358:16
358:17 363:1
364:20,25
365:1,5 367:13
369:14 370:20
371:12 382:4
**corrected** 171:2
171:5,9,11,12
172:9,13
**correction** 51:9
171:19
**correctly** 13:9
14:22 27:1
42:9 49:4 86:4
88:2,7 94:8
95:5 97:5,7,21
99:20 107:11
118:21,22
130:12 150:3
161:25 162:2
165:4 188:21
235:16 257:17
302:20,21
304:2,7 315:18
348:2 373:13
**correlated**
340:6
**correspond**
148:18
**corresponding**
141:7 161:13

**corresponds**
126:24
**council** 342:1
344:1
**counsel** 7:16
381:9,14,16
**country** 26:5
**county** 375:5,6
**couple** 284:5
**coupled** 37:9
**course** 10:17
22:8 29:17
30:3 31:6
36:10 47:8
58:7 62:15
98:5 114:21
135:14 160:3
164:15,16
210:14 219:8
222:10
**court** 1:1 6:18
7:12 8:14,23
9:12,21 22:15
38:16,17,19
49:22 54:20
87:10 91:18
104:10 138:13
138:19 148:4
151:4 164:19
196:21 197:1
198:1 220:11
240:21 251:3
255:15 275:7
275:12 314:23

330:23 334:9
376:1,23
**courthouse**
358:10,21
**cover** 42:6
336:12 341:4
**covers** 26:1
118:3 341:7
**criteria** 45:2
**criticized**
345:10,23
**critique** 345:25
**crude** 73:18,18
**crust** 223:7
**crusting** 221:10
222:4,12,18
**cruz** 375:12
**ct** 293:22 294:8
294:15
**cubic** 170:9
**current** 5:21
25:23 331:23
332:10
**currently** 23:17
23:20 70:2
125:21
**curve** 355:25
356:7
**cv** 1:4

| d |
|---|

**daily** 280:20
282:23

**dash** 125:8
**dashed** 256:8
256:19 257:1,6
258:20 259:19
260:2,5,6
**dashes** 259:20
**data** 42:15 52:3
52:9 54:15
55:15 56:8,12
56:19,21,21,24
56:25 57:6
69:16,22,23
71:13,20,24
72:4,24 80:21
80:22,24 81:3
81:8 85:20
87:23 91:2
97:15 100:22
107:7,13,14,16
108:12 112:10
131:17,18,25
155:21,22
161:2 162:9,16
162:18 165:22
166:8 175:4,8
175:13 180:4,6
180:12,18
183:7 184:6,7
185:16,23
186:1 193:24
201:14 202:3,4
203:16 211:11
211:18 212:5,9
212:24 213:2

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 407 of 480

213:11 215:17
215:20 217:3
230:1,3 231:22
232:3 235:9,16
238:7 244:20
244:21 245:16
245:17,22
247:12,13
248:1 249:10
264:18 265:10
267:16,19
270:24 275:4
275:15 282:17
282:17,20
283:6,14
293:16 299:20
308:8 309:8,15
310:1,2,4
313:12,13
314:5 320:7,9
320:18 321:2
326:4 333:5
352:21,22
353:7 363:23
363:25,25
364:5,8 365:8
373:13,18
379:6,9
**database** 71:16
75:17,18,21,22
76:8,24 81:10
81:11,18 82:12
82:13 131:3
144:14 145:8

149:22,23
183:16,19
199:5,6 246:22
247:4 266:10
266:14 267:11
287:19,21
**databases**
75:19 76:3,12
76:22,23
144:13 246:19
**date** 7:6 103:22
104:13,22
106:19,19
108:6 124:23
126:22 147:1,5
212:22 242:25
243:2 254:24
285:7,10,20
313:16 315:13
315:14 317:14
360:23 383:23
384:23
**dated** 173:18
293:13 299:10
**dates** 320:12,22
321:11,16
**dating** 354:12
**david** 331:8
**davis** 12:18
13:1
**day** 54:6 62:11
91:4,14 155:5
155:8,10,19
185:18 187:11

188:9 195:11
198:15 208:16
208:17 209:5
209:22 244:17
244:18,21,23
245:3,7,9
247:4,8,9,11,17
247:21 248:1
281:1 299:21
354:9 364:6
381:19 382:14
**days** 11:6
185:16 219:4
227:16 280:13
280:15,24
281:2,4,9,12
**dbolton** 2:11
**dc** 2:18
**dce** 143:24
307:15 350:7
**dealing** 223:5
**dean** 2:4 7:22
7:22 8:8 15:3,4
27:7,10 28:9
28:13,15,21
29:1,4 35:22
38:23 41:23
42:17 45:24
46:8 47:20
51:9,23 52:20
52:22 53:15
55:19 59:6
61:16,21 64:11
66:17 67:5

68:24 70:16
74:21 75:10,13
75:15 76:6,17
79:3,12 82:2,6
83:23 84:3
86:13 87:2,4
87:25 88:3,6
89:7,9,12 92:5
93:7 104:14,16
105:18,20
106:9,13 109:8
110:7 113:16
114:24 115:24
117:19 127:9
129:11 130:3,6
130:15 131:1
133:4,7,14
139:4,13
140:15,17
145:20 146:1
147:9 149:6
152:23 153:8
163:15 164:1
165:12 166:10
170:19,24
171:22 172:11
172:23 173:15
173:18 174:7
182:2 186:7
187:13 188:16
188:18 189:2
189:10,14
190:9 191:6,9
191:23 193:15

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 408 of 480

194:8 195:14
195:21,23
196:2,8,10,12
196:16,21
197:1,5,10,18
198:18,20
199:19,25
200:18 203:8
203:10 204:3
209:25 211:19
212:6 228:8,22
230:14 233:16
233:18,21
234:4 237:15
237:18 239:16
240:2,8 243:25
244:4 251:17
253:7 266:18
268:24 269:4,6
270:7 271:14
272:2 277:19
281:20,22
290:20 291:7
291:10,13,16
291:20,22
292:9,11,13,18
292:22,24
295:9 297:10
300:6,22 301:1
301:5,7,9,11
302:6 304:18
305:1,6,8
311:7 312:24
313:4 316:15

323:21 335:14
336:1,3,7,16
339:15 343:19
344:16,23
349:17 350:3
350:14 351:5
351:17 352:13
354:14 357:19
357:23 373:9
374:20 378:4
379:20,22
**deanna**   3:11
8:5
**december**   4:18
6:11 108:8
110:6 124:15
124:23 128:24
361:24 362:10
366:9
**dechlorination**
156:15
**decide**   15:8,14
273:1 339:12
**decided**   15:20
45:8 181:23
272:5
**decision**   6:14
209:14 358:23
372:11 373:1
373:23 378:20
378:24
**decisions**   370:1
**decreased**
114:16,17

**decreases**
114:23
**decreasing**
161:5
**defects**   5:22
84:22 331:24
332:11
**defensible**
299:15
**define**   73:19,23
348:1
**defined**   67:11
74:3,17 75:5
265:9
**definitely**   131:5
165:25 183:14
241:21
**definition**
73:18,20
117:22 200:9
**definitions**
117:20
**definitive**
211:11,15,17
212:5
**degradation**
49:15 122:9
156:14 182:24
183:2 185:17
187:10 188:9
188:10,13
191:19 195:10
195:11 198:15
198:16 200:15

204:1
**degrade**   204:12
**degraded**
188:11 200:14
203:24 205:1
**degree**   60:19
60:25 61:5
90:1 304:15
349:14,19
**delay**   13:22
**delivered**   100:2
128:19 129:4
**delivery**   99:16
**demand**   254:9
256:22 257:21
364:3,4
**demonstrated**
359:11
**dennis**   3:12 8:6
**density**   158:1,2
158:3,7,11,17
159:22 167:6
171:2,2,5,7,8,9
171:12,19
172:6,9,13,14
175:6,10
177:17 178:5
179:10 265:11
265:14 272:17
**department**
2:15,17 7:19
7:21 9:5 84:16
144:2 274:11
344:3

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ      Document 372-6      Filed 04/29/25      Page 409 of 480

depend 156:21
dependent
  218:22
depends 21:3
  114:18 131:17
  171:1 218:19
deponent 7:14
  381:5
deposed 8:18
  37:23,25
deposited
  320:13
deposition 1:14
  7:8 9:17,21
  10:5,22 11:16
  11:23,25 12:3
  12:5 39:12,14
  151:9 240:6
  320:10 380:1
  381:6,8,8
  383:1 384:1
deposits 221:11
derived 107:7
  180:12 261:21
  317:1 327:19
describe
  149:18 287:10
  357:1,21
described 67:7
  68:17 174:25
  190:23 277:4
  324:3 339:14
  349:23 363:21

describes 97:11
  159:1 193:13
describing 97:8
  186:5 357:15
  364:8
description
  65:17 152:8
  314:12
descriptions
  320:14
design 52:15
designated
  375:15
detail 42:14,24
detailed 73:20
detailing
  118:19
details 139:11
  178:3 276:1
detected 108:8
  109:5 120:20
  376:8
detection
  108:25 109:14
  110:16,21
  115:15,17
  121:22 123:17
  124:4 212:23
detections
  108:21 109:5
  109:15 110:4
  110:12 115:19
  306:2,4,15
  307:22,25

308:4 309:8,13
  310:23
detects 94:3
  211:12 213:16
  214:3,6 230:11
  308:7 311:1,2
determination
  161:7
determine
  67:17 68:2,6
  68:12 70:14
  77:25 78:6
  86:23 93:23
  94:1 193:25
  203:18 339:6
  373:14
determined
  75:20 160:1,24
  162:3 183:6,11
  184:6 194:14
  246:13,14,14
  314:15 363:10
determines
  194:5 199:1
determining
  166:9 320:17
  321:1
deterministic
  271:2 348:6
  349:23 352:3
develop 32:5
  353:25
developed
  34:19 35:12

65:23 66:11
  71:16 82:19
  283:10,13
  333:25 344:9
  347:24 353:3
  363:14 377:24
developing
  72:7
development
  4:12 20:19
  23:25 54:5,8
  61:11 62:7
  66:15 126:1,6
  144:3 252:12
  332:14 370:3
developments
  70:4
develops 66:18
devin 2:8 8:1
devoted 65:5
diagram
  141:10 233:11
  234:14 262:11
dialogue 39:17
dice 272:21
dichloroethyl...
  143:24 278:3
  369:23
difference 50:8
  152:19 178:16
  178:25 201:16
  257:5,7 260:5
  260:7

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 410 of 480

**different** 20:20
24:1,4 30:23
30:23 31:20,20
34:22 35:14
39:16 63:11
81:22,23 88:9
88:18,18 97:18
97:18 153:12
153:22 164:12
178:20 181:23
182:7 183:22
183:22 192:4
192:12,17
193:11 200:25
201:17 206:6,7
208:22 209:2,3
209:12 211:5
214:13,15
215:23 216:8
217:7 219:3,8
231:10 238:20
238:24 253:14
254:5,10
262:19 264:13
264:14 270:25
288:12 300:11
317:18,21
321:20 328:18
330:3 341:17
341:17 354:1,3
355:14,20,21
356:2,10,11,12
356:15,16
373:20

**differing** 209:4
**difficulty** 61:17
**diffusion** 246:7
246:14
**diffusive** 67:10
68:19
**dilute** 148:25
**dilution** 216:25
**dimensional**
49:13 96:13,19
**dimensions**
72:12
**dinner** 58:13
58:15
**direct** 4:3 9:1
118:6 188:4
195:3 197:24
268:3
**directed** 141:1
**direction** 69:16
214:1 377:17
381:10
**directions**
213:14,25
**directly** 161:4
375:21
**director** 19:19
19:24 21:13
22:1
**dis** 186:14
**disagree**
253:18,22
329:1 371:3

**disagreement**
70:2 78:20
**disc** 208:8
**discharge**
129:1,8 149:10
153:11 155:12
**discharged**
148:24 149:2
151:16 216:21
375:21
**discharging**
36:14 149:10
153:12,19
**discovery**
375:16
**discrepancy**
208:15,19,21
**discrete** 377:14
**discuss** 44:25
207:22,24
208:2,5,8
212:23 288:16
**discussed**
246:17 252:8
252:11 276:23
313:9 322:2,24
**discusses** 44:9
**discussing**
203:12 369:7
**discussion** 8:20
14:2 25:16
61:14 80:6
82:23 182:20
202:22 220:6

224:7 239:25
248:6 295:25
303:21 314:10
334:15 342:19
379:2
**disease** 26:21
26:22 43:6,11
43:15 84:15
85:4 274:11
**diseases** 43:19
**displays** 214:10
216:6
**disposal** 146:20
152:21 320:11
**disposed** 152:5
152:16
**disposing** 153:1
153:5
**dispute** 40:17
40:18
**distance** 303:12
**distances** 149:9
**distillation**
152:2
**distinction**
179:3
**distinguished**
97:14
**distribu** 158:24
**distributed**
112:7 129:18
367:21
**distribution**
6:9 49:25 52:4

Golkow Technologies,
877-370-3377　　　A Veritext Division　　　www.veritext.com
Case 7:23-cv-00897-RJ　　　Document 372-6　　　Filed 04/29/25　　　Page 411 of 480

54:15,18,23
55:12,16,24
97:4 99:4,19
100:4 158:25
159:19 160:19
161:7,11 162:4
167:7,17,23
168:4,11 170:4
170:8,17,22
172:14,19
173:4 175:5,10
177:16 178:5
179:9 181:23
265:8 269:9,16
269:20 272:18
333:15 351:19
353:10 358:11
361:22 362:6
363:16,17,23
364:5,24 366:1
366:7 367:10
367:22 368:11
378:14
**distributions**
264:7
**district** 1:1,2,3
7:11,12
**diverse** 344:11
**divert** 273:2
**divided** 376:21
377:14
**dms** 193:5
**document** 1:8
4:11,12,24 6:7

14:17 28:10
53:7 61:11
62:4 105:22
112:14,16
139:5 143:13
239:23 283:2
335:5,7 338:1
360:5,10,14,16
360:23 361:3
361:12 362:5
362:12 363:3
368:24 370:3
374:11 378:5
**documentation**
55:23 56:5
119:1 226:22
**documented**
118:19 226:21
227:6
**documenting**
333:14
**documents**
10:18,25 13:22
228:4,18 283:3
283:4
**doing** 37:9 51:3
57:1 72:16
78:11,12 86:8
86:22 88:11,18
206:3 212:3
238:6 247:21
273:3 327:8
329:8 356:24
356:25 378:21

379:11
**doj** 3:15,16,17
**domain** 363:21
**dominant**
67:25 68:2,15
77:13
**dor** 47:18
**dougherty**
47:14,18,22
331:8
**dover** 6:10
59:16 359:17
361:23 362:7
363:16,24
364:23 366:12
366:15,24
367:12
**downgradient**
195:6 198:9
**downstream**
201:2
**dr** 11:12,13,15
13:10,11 18:6
19:13 61:16
176:1 191:12
225:14,15,24
226:5 232:21
338:16,20
339:13,24
340:3 379:16
**drain** 147:18
148:19 151:22
**drawing**
317:18

**dried** 266:11
**drill** 375:23
**drinking** 49:25
52:4 54:16,17
55:11 84:20
85:12 86:3
93:25 94:21,24
94:25 95:8
97:1 99:8,13
99:23 146:10
275:2,22 283:1
363:13
**drive** 151:13
**driven** 217:24
218:2,16,17,18
219:17
**driver** 218:24
219:9 250:21
**driving** 219:4
**dropped**
248:11
**dry** 95:2
150:24 152:3
152:10 155:16
158:2
**due** 115:25
126:12 166:23
249:14,16,18
**duly** 8:18 381:3
381:6
**duration** 86:2
275:21
**dyer** 17:22,23

Golkow Technologies,
A Veritext Division
877-370-3377                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 412 of 480

| e | | | |
|---|---|---|---|
| **e**  2:1,1 3:1,1 5:7 | 263:20 274:14 | 378:15 | **employee** |
| 5:10,16 16:10 | 277:4 321:14 | **effluent**  126:15 | 381:15 |
| 18:13,21 19:7 | **earliest**  108:6 | **effort**  65:5 | **emulate**  357:5 |
| 19:9,10,11,12 | **early**  10:20 | 363:20 364:1 | **encompasses** |
| 19:16 20:10 | 84:7 125:25 | 370:6 | 375:3 |
| 206:22 207:1,2 | 213:10 215:13 | **efforts**  224:23 | **ended**  73:6 |
| 207:15,18,20 | 376:7 | 333:12 363:14 | 266:9 |
| 207:22 208:8 | **easiest**  125:9 | **eight**  13:20 | **ends**  193:22 |
| 208:13 209:19 | **eastern**  1:2 | 54:14 55:6 | 210:6 241:1 |
| 212:14 213:15 | 7:12 | 93:7,9,10 | 355:18 |
| 220:19 240:11 | **ed**  3:13 8:7,8,10 | 110:24 156:8 | **engineering** |
| 241:16,19 | **editor**  60:6 | 197:19 237:6,7 | 26:19 90:1 |
| 242:23 244:1,3 | **education** | 237:10 305:18 | 91:3,13 349:14 |
| 247:5 289:20 | 78:10 | 326:2 | 349:20 |
| 290:6,8,17,19 | **edwards**  1:15 | **eighteen**  68:24 | **engineers** |
| 292:2,15 | 8:14 381:22 | **eighty**  53:13 | 58:24 69:25 |
| 293:12 294:21 | **effect**  49:15 | **either**  16:9 | **ensemble** |
| 295:12,14,19 | 201:14 249:23 | 71:14 149:22 | 139:24 140:3 |
| 296:6,20,25 | 250:17 313:15 | 204:15 323:3 | 232:16 237:24 |
| 297:4,16 299:7 | 313:20 315:22 | 352:10 | **ensminger**  5:11 |
| 299:9 300:10 | 315:25 316:2,5 | **elapsed**  185:16 | 240:12 241:16 |
| 300:24 301:1 | 317:14,16 | **electronics** | 242:18,19 |
| 381:1,1 | 318:1,6,8 | 375:20 | 243:5 |
| **e.g.**  180:5 | 321:16,18 | **elevated**  376:7 | **ensure**  65:24 |
| 213:10 215:13 | 324:4,4 | **else's**  134:23 | **enter**  29:25 |
| **e5**  143:20 145:2 | **effecting** | 192:20,21 | 130:23 151:21 |
| **earlier**  11:4,7 | 377:25 | 234:11 | **entered**  26:20 |
| 77:13 115:15 | **effective** | **emeritus**  22:22 | 28:8 29:10,14 |
| 123:19 171:2 | 299:23 | 22:23,24 23:1 | **entering** |
| 226:19 238:10 | **effects**  43:21 | **emphasis**  54:16 | 131:16 205:18 |
| 240:3 246:17 | 64:5 81:10 | **emphasizing** | **enters**  221:7 |
| 246:18 254:24 | 93:24 94:6 | 254:20 | **entities**  30:1,5 |
| | 132:2 216:22 | **employed** | 330:10 |
| | 274:24 318:21 | 128:17 | |

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 413 of 480

**entries** 145:11 236:15 310:18 310:22

**entry** 103:22 104:8,16,24 105:24 106:10 109:22 131:22 146:15 147:17 149:24 205:22 366:11

**environment** 64:3 66:19,22 66:23 67:20,25 71:8 72:6 77:12 92:9 133:22 157:1 303:16,19 304:6 357:7,15 357:21

**environmental** 2:17 4:13,14 4:19 19:19 20:2 26:17,19 40:24 43:20 44:13 61:12 62:8 63:15,20 63:23 64:2,7 64:19 68:4,7,8 68:11 69:17 77:14 78:4,21 124:16,24 125:3 126:5 127:4 132:8 137:2

**environments** 149:19

**epa** 6:14 44:14 44:20 363:20 365:14 372:11 373:1 376:15 377:3 378:20

**epanet** 97:2

**epi** 87:8,12 88:15 92:15 127:1 276:3 352:22

**epidemiologic** 42:7,11 84:17 363:11,14

**epidemiologi...** 42:15 85:10,21 86:9 87:24 94:5 125:21 126:24 249:23 274:13,23 275:4,15

**epidemiologics** 87:12

**epidemiology** 44:6 276:4

**equal** 188:8 195:9 198:14

**equaled** 230:2 230:4

**equation** 131:4 158:15,21 185:17 188:14 200:16 201:18

204:1

**equations** 90:11 347:11

**equipment** 326:1

**equivalent** 181:12 268:22

**eric** 331:9

**errata** 383:1 384:1

**error** 69:13 70:15 82:14 108:2 142:13 142:18 172:6 245:3 348:3

**errors** 80:13,18 357:12,13

**especially** 24:13 69:23

**esq** 2:4,8,8,16 2:16

**est** 1:16 380:2

**establish** 44:20

**established** 314:8 364:15 366:4

**establishing** 370:9

**estimate** 33:12 211:25 350:12 366:10

**estimated** 86:24 116:2 117:23 127:5,7

134:1 155:11 276:24 280:12

**estimates** 85:22 90:12 126:2,7 126:17 132:15 160:14,18,22 162:3 165:11 165:16 180:6 275:5,16 277:1 278:7,10 347:12 348:5

**estimating** 86:12 125:4

**estimation** 124:21

**et** 160:23 161:18

**ethylbenzene** 310:15

**evaluate** 84:17 85:11 181:16 251:1,6 274:13 274:24

**evaluated** 198:24 252:24 271:5

**evaluating** 5:19 331:22 332:9

**evaluation** 179:15 192:1 250:2 262:4

**evening** 379:22

**events** 137:20 146:9 333:8,13

Golkow Technologies,
877-370-3377
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 414 of 480

333:23
**eventual** 187:5
**evidence** 228:9
344:6 345:6,14
**evidently**
197:20
**evolved** 62:10
**exact** 304:10
353:18
**exactly** 31:19
39:23 40:14
92:25 93:3
186:18 210:17
211:8 247:15
248:2 256:23
256:25 257:15
259:5 260:15
350:20 353:24
367:5 370:23
371:11
**examination**
4:1,3 9:1
**examine** 366:6
**example** 31:7
35:11 50:11
67:7,8 183:20
213:7 215:20
218:5 228:6
302:24 308:1
355:22
**examples**
178:17 373:6
**exceeded** 312:5
376:18

**exception**
118:15
**excerpt** 5:8
224:12,17
**excerpts** 64:9
64:13
**exchange** 377:7
**exchanged**
16:24
**exchanging**
19:9
**exclude** 67:9
68:15
**excluded** 230:3
231:21 261:22
**excuse** 10:12
21:14 83:17
89:14 126:19
144:9 159:14
175:14 191:7
195:20 211:3
212:18 236:21
285:4 347:5
371:23
**exercise** 24:11
**exhibit** 4:7 5:4
6:4 14:4,16
25:14,18 26:13
41:18,18 44:8
48:17,18 53:2
53:4,5,6 57:12
61:9,10 62:3
63:11,13,14
64:9,21 68:21

73:3 79:8 80:3
82:20 83:14,14
83:24 87:22
88:23,25 91:24
91:25 95:12
102:7,8,10,11
102:23 106:8
106:24 122:1
124:14,19
127:18,19
128:3,7 132:7
136:23 137:7,9
140:10 143:12
143:16 144:16
150:13 154:11
169:21 173:25
174:2 182:18
184:14 206:18
206:20,21
207:1 224:10
224:11 234:18
239:18 240:4,6
240:10,16
248:16,24
251:12 261:7
261:11,12
273:14,15
276:8 279:10
279:17 282:9
285:3 286:13
286:14,18,19
286:23 289:10
289:17,19
290:5 292:6

299:7 304:23
304:24 305:3,5
306:24 307:2,3
308:2,9,14,16
308:19,20
310:6 312:22
319:22,23
324:20 325:3,4
330:6 331:20
332:6 334:13
334:13,17
336:22,23,25
337:2,18 340:2
342:13,17
346:9,10,12,12
346:12,13,13
349:1,3 360:2
360:3 361:20
362:13 368:17
368:23,25
372:10,19,25
**exhibits** 4:5 5:1
6:1,18 321:15
**exist** 66:22
284:7
**existed** 126:3
144:14 320:7
**existing** 146:16
212:9 370:7
**exists** 81:18
**expect** 135:15
171:18 172:8
176:25

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 415 of 480

**expected** 65:7
153:6 183:15
**expecting**
216:4
**experience** 78:3
**experimental**
180:3
**experiments**
161:18 163:7
**expert** 5:8,19
11:3,18 12:11
13:8,15 14:23
15:15,20 16:23
17:12,16 18:9
39:18,25 40:11
40:16,19,19,20
41:2 43:5
46:15,18 58:16
85:14 89:5
92:8 224:12,17
224:19 225:17
242:8,9 243:19
250:14 330:19
331:21 332:8
332:17 333:19
335:1 339:9
342:6
**expert's** 11:1
**expertise** 42:8
42:12,16 43:2
92:15,17 94:11
223:8,15,20
**experts** 40:3
262:14

**expires** 381:24
382:22
**explain** 20:16
62:10
**explained**
67:24 194:4
**explaining**
296:6
**explore** 265:4
359:19
**explored** 267:8
**exponential**
355:25
**exposed** 338:24
**exposure** 24:12
42:15,24 43:1
51:16 60:7
84:19 85:20,22
86:2,12,24
87:18,19,19,23
93:22,25
249:21,22
274:25 275:3
275:21 339:5
359:10,21
363:13
**exposures**
85:11 275:6,17
**expressed**
193:4
**extend** 260:1
**extended** 97:2
245:2 260:2
366:22

**extending**
244:16 245:6
**extends** 377:15
**extent** 48:7
188:6 195:7
198:12

**f**

**f** 4:20 127:20
128:4 139:12
140:11 144:17
145:21 150:13
151:24,25
152:8 154:11
155:25 160:8
169:21 173:3
184:13 185:22
186:13,19,24
200:5 202:6
203:9,11 229:6
229:13,14
230:25 231:17
231:17 235:3,5
235:10,13
236:11 238:25
381:1
**f11** 154:17
**f12** 141:10
150:16
**f13** 140:22
141:9,11,15,22
142:4,20
144:18 145:11

**f17** 141:11
**f2** 156:13
**f20** 185:5
**f23** 156:6
**f27** 160:10
162:21
**f28** 156:1,7
160:11 169:25
184:14 185:5,6
186:13 187:23
187:24 194:19
194:22 200:16
**f29** 187:24
**f30** 154:11,19
154:20,21
**f32** 141:2
**f33** 140:15,21
141:19 144:19
145:11
**f42** 128:10
**f7** 188:2 194:25
197:23
**f8** 188:3 194:25
197:23
**face** 39:17,17
39:22,22
**facilitate** 21:6
**facilities**
375:19,20
**facility** 359:15
**fact** 139:23
172:9 176:2
208:22 276:2

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 416 of 480

| | | | |
|---|---|---|---|
| **factor** 158:4,9 | **far** 16:22 69:20 | 290:6 293:13 | 186:1 202:12 |
| 158:13,17 | 92:7 145:6 | 293:18,19 | 202:17 203:4,6 |
| 166:19,22,24 | 162:17 190:11 | 295:13 297:1 | 203:17 212:8 |
| 167:10,15,25 | 204:17 212:8 | 299:9 300:2 | 223:10 224:2 |
| 168:5,8,13,17 | 264:18 278:15 | **faye's** 301:1 | 245:23 246:13 |
| 170:14 172:22 | 303:21 379:11 | **features** 77:14 | 299:16,20 |
| 172:24 175:11 | **farm** 327:5 | **february** 1:16 | 303:25 304:2,5 |
| 179:16 | **farther** 56:2 | 7:6 101:11,20 | 304:14,17,22 |
| **factors** 160:15 | 95:15 112:24 | 101:24 103:17 | 313:11,13 |
| 160:19,24 | **fast** 200:24 | 109:6 110:5 | 314:5 347:17 |
| 161:4 162:4 | **faster** 70:19 | 113:23 114:6 | 363:25 364:8 |
| **facts** 228:9 | 204:12 218:17 | 114:11 123:1 | **fields** 47:19 |
| **factual** 208:22 | 219:19 | 173:19 381:19 | 88:19 366:11 |
| **faculty** 21:20 | **fate** 4:21 34:16 | **fee** 72:5 | 368:5 |
| 29:22,24 | 35:4 49:21 | **feed** 299:20 | **fifty** 80:8 |
| **fail** 236:19 | 96:14 127:21 | **feel** 146:1 176:5 | **figure** 80:11 |
| **failed** 237:13 | 128:4 138:3,7 | 176:11 | 91:1 111:7 |
| **failure** 65:9 | 138:24 141:25 | **feels** 176:4 | 118:2,18 |
| **failures** 65:7 | 142:8 143:5,7 | **feet** 170:9 | 119:12 120:24 |
| **fair** 29:6 | 144:10 145:3 | **fellow** 361:5 | 121:5,16 |
| **fall** 13:5 126:18 | 145:19 209:20 | **felt** 182:13 | 141:18 146:8,9 |
| 132:15 | 287:9 288:21 | **fewer** 368:4 | 146:14 147:13 |
| **falling** 126:16 | 294:6 320:4,20 | **field** 48:4 52:3 | 154:15 236:11 |
| **falls** 233:2 | 323:11 341:3 | 52:15 54:14 | 256:2,3,5 |
| **familiar** 44:19 | 365:10,13,18 | 55:7,8,9 69:21 | 257:17 258:11 |
| 44:22 47:13,25 | 365:20 368:25 | 69:23 70:1,18 | 258:12,15 |
| 87:9 221:9,24 | 369:22 | 71:24 72:3,6,7 | 259:18 261:16 |
| 224:19 309:12 | **faye** 5:16 | 72:8,24 78:11 | 262:16 268:8 |
| 322:21 362:12 | 171:14,16,17 | 78:13 81:10 | 280:9,10,14 |
| 373:22 | 172:4,9,13 | 90:16 155:21 | 281:13 286:5 |
| **families** 58:8 | 174:25 189:16 | 155:22 160:24 | 305:11,11,18 |
| **family** 41:9 | 208:3,3 209:17 | 161:18 175:8 | 305:21,25 |
| 85:1 93:24 | 225:20,21 | 180:6 183:7 | 308:3,23 310:5 |
| 94:21 | 226:3,6 289:20 | 184:6,7 185:23 | 311:15 317:4 |

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 417 of 480

327:15
**figures** 141:11
  188:2 194:25
  197:23 306:7
  309:17 314:20
  314:25 322:8
  349:12
**file** 213:7
  360:22 361:1,2
**filed** 41:10,14
**filling** 152:6
**filtration** 152:2
**final** 128:16
  155:7 170:11
  173:3 180:16
  241:3 246:25
  298:20 350:15
**finally** 356:1
**find** 89:1
  273:13 304:24
  330:2 346:16
**finding** 208:22
**findings** 49:12
  54:3 322:4
**fine** 28:16
  201:24 258:10
  281:23 292:16
**finish** 27:14
  191:8,13 194:9
  196:12,13
  220:9,12
  243:23
**finished** 52:21
  86:1 96:17

99:16 100:2
111:3,24 113:7
122:9 261:20
275:2,20
276:25 277:5
313:22 316:6
316:12,24
317:6 327:18
347:5 349:15
351:23 379:15
**fire** 375:23
**firm** 40:8
**first** 8:18 47:23
  57:16 65:4
  84:12 94:20
  111:6,15 113:2
  119:25 158:1
  170:2 177:1
  198:25 199:5
  207:4 208:13
  210:18 213:17
  241:11 243:10
  245:10 246:2
  250:9 255:12
  255:18 274:9
  276:12 284:1
  290:12 295:19
  296:14 299:13
  313:8 332:20
  343:3 346:16
  349:8 360:18
  374:2,10 376:5
**fist** 363:8

**fit** 272:17
  303:24 320:8
**five** 22:2 54:7
  62:18 89:4,11
  96:20 113:1
  125:8 195:18
  197:19 210:7
  213:17 214:9
  215:8,10 237:4
  237:5,7,8
  241:10 342:12
**fix** 222:11
  223:14
**fixed** 254:13
**flip** 272:22
**flipping** 94:13
**floor** 147:18
  148:19 151:21
**florida** 72:14
  359:14 369:3
  372:1
**floridan** 72:13
  72:18
**flow** 34:16 35:4
  35:20 49:20
  96:12,16
  128:18 129:15
  129:23 130:14
  130:22 131:8
  168:19 190:23
  191:18 193:24
  194:15 277:3
  317:1 320:24
  341:7 354:6

369:22 370:4,8
377:17
**flush** 222:21
**flushing** 223:3
  223:16
**foc** 159:14
  160:1 162:18
  165:11
**focus** 252:9
  293:8 333:11
**focusing** 81:2
**folks** 299:13
**follow** 42:14
  152:14 333:21
**followed** 276:3
  340:25 355:8
  377:7
**following** 90:4
  243:11 254:4
**follows** 8:19
  272:7
**foot** 154:1
**footnote** 139:6
  139:11
**footnotes** 139:6
**force** 375:10
  376:15,22
  377:2,5,11
**forecasting**
  364:17
**foregoing**
  381:6,7,11
  382:3

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 418 of 480

**foreign**   43:20
**form**   27:10
  28:9,24 35:22
  42:17 45:24
  46:8 47:20
  51:23 52:22
  55:19 59:6
  64:11 66:17
  67:5 70:16
  74:21 75:10
  76:6,17 77:12
  79:3 82:2
  86:13 87:5,25
  88:3 92:5
  105:21 108:18
  109:8 110:7
  114:24 127:9
  129:11 130:3
  131:1 133:4,14
  145:20 147:9
  149:6 152:23
  153:9 163:15
  164:1 165:12
  166:10 170:19
  171:22 172:11
  172:23 173:15
  182:2 186:7
  187:13 188:16
  188:20 189:14
  190:9 191:6,23
  193:15 194:8
  195:15,25
  198:18 199:25
  200:18 203:8

  204:3 211:19
  212:6 228:8
  230:14 233:22
  237:18 253:7
  266:18 269:6
  270:7 271:14
  272:2 277:19
  295:9 297:10
  300:6,22 302:6
  304:18 311:7
  316:15 323:21
  339:15 344:16
  344:23 350:3
  350:14 351:5
  351:17 352:13
  354:14 357:23
  378:4
**formats**   213:8
**formed**   126:18
  132:16
**formulation**
  80:25 81:8
**forth**   85:15
  245:18 324:4
**forty**   41:24
**forward**   32:19
  80:3 84:10,11
  91:17 119:9
  273:23 274:2,8
  275:25
**forwarded**   6:19
**forwards**   33:6
  34:7

**foul**   376:11
**foun**   195:25
**found**   121:9
  315:19
**foundation**
  195:25
**four**   28:7 37:23
  53:13 89:3,10
  96:18 103:23
  104:9,13,14
  112:25 122:23
  128:13 138:12
  138:12,16
  139:8,19
  174:19 210:6
  212:18,19,21
  213:23 214:8
  227:16 245:11
  273:24 282:20
  283:3 305:3,5
  306:7,8,14
  307:21,25
  338:4,5 363:6
**fourth**   26:12
  183:5
**fraction**   159:10
  159:13 164:4
  165:7,16,21
  166:7 180:14
  225:24,24
**frame**   31:8
  85:16 357:5
  371:25

**frames**   30:23
  31:5,10
**frank**   18:6,24
  19:2,3,4,7,13
**free**   212:23
**friend**   58:6
**friends**   24:20
**front**   63:19
  231:18
**fuel**   327:5
**function**
  131:25 167:7
  265:11,14
  270:11 272:17
  272:23
**functions**
  270:25 271:18
**fund**   32:7
  47:10
**fundamental**
  90:11 347:11
**funded**   46:19
**funding**   32:14
**fur**   377:20
**further**   70:4
  303:21 377:20
  377:21 381:5
  381:13
**future**   32:21
  34:1 354:8
  370:18,20
  371:10

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 419 of 480

| g | | | |
|---|---|---|---|
| **g** 49:12 50:11 | **georgia** 19:20 | 83:13 84:6 | 283:16 285:2 |
| **gains** 135:15 | 20:5,8 21:5 | 88:20 89:3 | 287:20 288:16 |
| **gaps** 81:3 | 23:14,15 25:6 | 90:19 93:5 | 288:24 290:2 |
| **gas** 39:20 40:1 | 26:19 29:22 | 95:14,17 98:24 | 291:4,19 |
| 40:4,9,13,15 | 31:17 46:23,25 | 100:7 103:2 | 292:16 296:19 |
| **gaussian** 96:23 | 47:7,8 57:1,21 | 106:22 107:1 | 299:1 303:6,20 |
| **geiger** 358:8,20 | 60:19 72:14 | 110:10,23 | 303:21 305:10 |
| **general** 10:21 | 347:25 | 115:7,10 | 307:8 308:2,20 |
| 26:1,10 287:16 | **geosyntec** 41:5 | 117:18 119:4,6 | 310:9 312:20 |
| **generally** 90:16 | 41:7,8 57:24 | 122:1 125:7,14 | 314:11 319:21 |
| 152:5 320:16 | 57:25 58:3 | 128:10 132:7 | 327:11 329:21 |
| 347:16 377:17 | **getting** 60:19 | 136:12 137:14 | 333:7 334:23 |
| **generate** | 60:23 61:4 | 140:9 141:2,14 | 335:4 336:10 |
| 213:21 | 195:18 261:4 | 143:15,18 | 338:6 339:23 |
| **generated** | 353:10 | 144:16 145:10 | 342:22 346:14 |
| 69:13 269:14 | **giovanni** 3:15 | 145:24 150:12 | 349:3 351:25 |
| 271:2 | 8:11 | 156:1 160:10 | 352:6 360:7 |
| **generic** 32:6,20 | **give** 67:7 82:13 | 169:24 174:9 | 362:4 363:5 |
| 33:3 35:1,11 | 89:1 113:16 | 182:17,19 | 369:15 371:19 |
| 35:24 43:16 | 122:5 254:9 | 184:12 193:9 | 372:7,16 374:1 |
| 183:16,18,24 | 272:12 | 194:11 196:14 | 378:19 |
| 184:2 | **given** 56:25 | 196:19,25 | **god** 337:10 |
| **geohydrology** | 65:24 135:9 | 209:10 224:25 | **goes** 64:15 |
| 24:3 | 294:2 298:12 | 229:6,12,14 | 160:10 161:17 |
| **geological** | **gives** 117:21 | 234:18 235:1 | 236:22 269:14 |
| 283:4 | 134:14 | 239:14 248:5 | 272:23 316:21 |
| **geometric** | **giving** 213:14 | 249:4 251:11 | 319:9,12 |
| 213:1 215:4 | 213:18 336:3,7 | 251:13 255:23 | 320:17 360:10 |
| 229:19,24 | **go** 9:8 20:6 | 255:25 258:5 | **going** 25:22 |
| 230:9,18,23 | 26:12 33:20 | 261:13 264:4 | 32:19,23 33:14 |
| 231:25 232:25 | 48:22 52:13 | 271:7 272:21 | 34:6,6 43:17 |
| 233:14 | 53:11 64:21 | 273:5,20 276:8 | 48:11 53:3,21 |
| | 68:21 73:13 | 278:15 279:5 | 63:10,11 67:19 |
| | 81:1 83:8,13 | 280:8 282:11 | 68:19 75:17 |

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 420 of 480

80:2 87:15,17
88:9 95:15,23
100:1,6 102:1
105:20 108:17
129:9 135:16
135:25 136:4
136:22 137:1
145:24 150:12
152:4 167:15
168:8 179:24
187:23 191:4
192:20 195:14
195:15 196:2
204:12 205:11
219:23 220:14
220:20,21
239:7,18
250:17,17
254:21,22
276:3 279:1
281:19 287:4
291:25 306:22
306:23 316:3
318:14 319:4
319:21 324:19
324:22 325:7
325:11 337:1
356:1 371:15
373:14
**golkow**  6:19
 7:4
**good**  7:22
 27:18 47:19
 48:5 74:9

77:20 78:1,7
78:15 79:1,9
79:23 169:1
274:22 294:2
298:12,21
302:11,12
379:22
**government**
 11:18 14:16
 26:13 41:18
 44:8 48:16
 53:4 61:8 62:3
 63:13 64:8,21
 83:14 88:23
 102:10,17,23
 106:24 124:19
 127:18 128:3
 137:8 143:16
 169:21 173:25
 182:18 184:13
 224:10 240:16
 248:24 261:12
 279:16 282:9
 289:17 290:5
 307:2 342:17
 349:3 360:1
 362:3 368:22
**government's**
 4:7 5:4 6:4
 14:4 25:18
 48:18 53:6
 61:10 63:14
 102:11 124:14
 127:19 143:12

174:2 206:21
224:11 240:10
248:16 261:7
279:10 289:19
307:3 331:20
342:13 360:3
361:20 368:17
372:10
**grab**  124:13
 239:22 286:17
 331:18 334:13
 342:11
**gradiant**  188:5
**graduate**  23:18
 50:13 57:20
**gram**  161:12,13
 161:15,16
 162:23,24
 163:3,4,13,23
 170:8,9,12,18
 170:23 173:5
 173:12 181:12
**grams**  155:5,7
 155:10,19
 181:19
**grandchildren**
 24:12
**grandson**  24:17
**grant**  21:6
**graphical**
 213:5 214:5,10
 215:4,5 216:6
**graphs**  141:10
 213:8 215:11

306:5
**gravels**  161:8
**gross**  302:13
 304:10
**grossly**  299:17
 300:3,18
 301:19 302:4
 304:3
**ground**  245:13
 245:14 320:10
**groundwater**
 20:18 21:9
 32:11 34:15
 35:4,20,25
 40:25 49:16,20
 56:21 69:24
 94:23,23 96:12
 97:1 99:15,25
 119:16 149:11
 151:14 168:19
 249:25 250:7
 250:12 283:7
 294:12,13
 313:21 316:23
 320:24 338:14
 341:3,7 354:6
 365:2,19,21,22
 369:22,24
 370:4,7,8
 375:14,16
 376:6,16 377:6
 377:9,11,12,17
 377:23,25

**group** 15:25
16:4,9,11,14,18
17:6,18,21
19:10 88:18
209:8 216:3
288:11,12
324:21 328:22
329:9
**groups** 355:7
**growth** 222:1,9
**guarantee** 65:4
**guess** 54:4
119:24 136:25
288:17 332:20
334:18 362:20
**guessing** 176:3
**gw** 294:6,11,13

**h**

**h** 5:12 49:15
248:14,17,25
249:4 251:12
251:15,16,17
251:20 255:23
255:25 256:2,3
256:5 257:17
258:6,11,13,14
258:15 259:18
260:17,19
262:20 263:16
264:13 311:17
**hadnot** 5:5,15
5:18 27:5
29:15 53:23

54:13,17 55:11
55:16,23 56:6
60:13 125:24
140:2 173:22
174:3 175:17
177:13,21
179:11 180:20
181:6,24 273:6
274:19 275:24
276:7,25 277:8
277:15 278:12
279:12,20
280:16 282:7
283:8,18,23
284:22 285:2,3
285:11,15,17
286:8,10
287:10,11,12
287:16 288:10
289:25 297:17
299:4 304:24
305:14 307:4
307:16 308:10
309:3,3,9,13
310:7,16
313:23 316:11
316:13,24
321:25 323:7
323:13 324:1
324:16 326:19
326:24 327:21
327:22 328:9
328:11 329:4
333:6 339:18

340:4,12,14
341:1,8 349:11
350:10 354:24
**half** 138:8,25
139:19 207:9
376:22 377:16
**hand** 63:11
65:1 74:6
77:18 79:21
140:22 154:24
172:16 188:11
200:13 203:23
358:3 369:19
381:18
**handed** 14:8
62:2 102:18
128:2 240:15
**handing** 206:25
**hanford** 359:16
**hangar** 369:2
370:8,11
**hanger** 369:24
**happen** 221:12
371:8
**happened**
14:15 33:12
114:14 209:23
222:12 356:21
**happening**
131:20 256:19
**happens**
157:11 168:12
318:25

**happy** 51:19
**harassing**
196:4
**harding** 331:9
**haroon** 3:16
8:12
**hate** 241:2
**havai** 3:11 8:6
**hayne** 160:21
162:5
**hb** 174:23
**he'll** 336:17
**head** 163:21
181:15,21
264:6 297:3
**heading** 156:4
337:8
**health** 4:14
42:5 43:21
44:23 60:7
63:15,20,24
64:3,4,19
84:16 86:25
93:24 94:6
125:22 274:12
274:24 344:6
345:6,15
378:15
**hear** 24:14
27:21 38:11,12
38:15,18 165:4
176:2,10 177:1
231:6

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 422 of 480

**heard** 85:14
**hearing** 38:25
  61:17 228:12
  294:5
**height** 126:18
  132:15
**held** 7:8
**help** 94:1,5
**hennat's** 11:15
**hesitate** 61:18
**hi** 299:13
**high** 158:12
  161:2 350:18
  376:13
**higher** 45:8,10
  70:3,20 116:10
  116:24 158:13
  158:15 204:11
  204:14,23
  205:8 236:14
  236:16
**highest** 108:24
  115:15,17
  116:8,10,20,25
**highly** 161:6
**higley** 151:9
**hired** 40:8
**historian** 11:18
**historic** 30:11
  30:21 283:1
**historical** 6:8
  11:20 32:10
  34:1 54:6,9
  55:15,22 56:5

85:20,22,24
87:23 90:10
93:16 96:9,22
97:9,22,23
98:10,17
100:14 137:20
244:15,16
245:4,6,24
249:19 252:3
269:2 275:3,5
275:17,18
277:14 320:19
340:4 347:10
350:1,12 351:4
351:6 352:11
352:19 353:16
359:9,20
361:21 362:6
363:15 366:7
373:11,20
379:3
**historically**
  373:14
**histories**
  283:18,22
**history** 103:8
  103:13 284:16
**hobby** 23:24
**hoff** 151:1,9
**hoffmann**
  161:6,20
**holcomb** 29:16
  53:23 54:18,23
  55:12,16,24

56:6 60:14
125:24 175:17
177:13,21
179:13 277:8
277:15 283:9
287:12 309:4
327:22 333:16
339:18 341:2,9
349:11 350:10
**hold** 188:18
  233:18,18,21
**hole** 221:8
**honestly** 58:18
  368:9
**hopefully**
  273:16
**horan** 2:16
  7:20,20 136:7
  239:22 240:17
  273:14 286:12
  335:22 336:2,5
  336:9,15,17,22
  337:3,6,19
  346:7 372:21
**hour** 45:18
  95:3 143:25
  144:9 146:15
  147:18 148:18
  150:23 151:13
  151:16,20
  152:15 188:4
  195:3 197:25
**hours** 45:20
  46:2,7 326:2

**house** 18:2
**housing** 85:1
  94:22 100:3
**hp** 174:23
  280:13,15
  281:14,14
  300:3 305:23
  309:5,5,6,19,22
  310:18 311:4
  313:18 316:7
  317:7
**hp602** 313:11
**hp603** 311:17
  312:4,11
  313:13,18,21
  313:25 314:4
  315:16,20
  316:24 317:2,6
  317:15,25
**hp634** 307:18
  308:1
**hp651** 297:5,17
**hpia** 175:2
  326:1
**hplf** 175:2
  320:13 326:1
**hughes** 359:15
**huh** 25:15
  32:13 33:4
  35:13 36:2,15
  41:1,17 49:2
  50:12 53:9
  56:20,23 57:13
  64:23 73:5

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 423 of 480

77:1 80:4
82:15 89:7
92:1 104:7
106:25 108:7
108:13 109:13
111:17 113:21
114:13 115:5
115:21 120:23
123:25 125:19
129:24 131:21
134:12 135:4
147:16 148:11
149:20 150:12
153:15,17
157:12 163:1,5
163:25 167:11
169:23 170:1
172:5,7 178:22
179:5,22 182:6
184:21 185:20
186:21 195:1
201:9 202:18
206:17 207:12
207:17 208:4
208:18,24
209:6,9,13
210:20 213:12
213:20 215:7
215:15 216:23
217:2,5 218:20
219:2,13 221:4
224:15 227:13
227:17 230:21
235:17 239:8

243:22 245:12
245:21,25
246:9 247:2
252:1 253:12
254:7,11,23
256:4,10,14
258:21 261:6
263:10 265:16
266:25 268:9
269:18 272:11
272:15 280:4
282:13,19
283:5 284:3
286:4 288:3
293:14 295:20
297:8 298:23
299:8 303:23
305:7,16 306:3
307:6,20
310:13,20
311:10,14,16
312:9,18 314:9
315:8 318:19
319:10 327:12
332:5 334:3,22
334:24 340:23
341:21 343:14
343:25 349:7
350:8,15 353:8
354:10 355:17
357:8,16 359:4
360:8 362:9,11
362:25 363:7
369:6,17,20

371:17,17,20
371:24 373:7
373:22 374:18
**human**  43:21
84:16 86:2
274:12 275:21
**hundred**  46:6
226:7 266:1
312:5 318:13
318:17 319:8
**hydraulic**  97:3
264:23
**hydrogeologic**
249:10
**hydrologist**
361:5
**hyperacute**
266:8
**hypercube**
327:20

**i**

**i.e.**  80:20 175:1
326:11
**idea**  32:9 76:9
86:15 87:20
181:13 204:6,8
224:2 226:18
232:5,7 283:15
306:6 321:20
323:18
**idealization**
149:13,16
153:23

**ideas**  16:24
**identification**
14:6 25:20
48:20 53:8
61:13 63:17
101:1 102:14
124:17 127:24
143:14 174:5
206:23 224:14
240:13 248:18
261:9 279:13
289:22 307:5
320:18 321:1
332:2 342:15
360:6 361:25
368:20 372:14
**identified**
252:13 253:8
269:10
**identify**  80:23
81:6
**identifying**
81:25
**ignore**  68:18
167:10
**iii**  84:8,8 87:21
273:22,25
274:1,8
**immigration**
26:5
**impact**  159:23
160:2 193:13
**impacts**  96:21
125:22

Golkow Technologies,
A Veritext Division
877-370-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 424 of 480

**impeding** 10:2
**implement**
75:17
**implications**
212:24
**implies** 199:8
346:3
**imply** 193:17
**implying** 229:3
301:7,12
373:18
**important** 42:3
66:1,21 69:10
80:23 81:6,19
82:1,9 131:4
250:1,13,15
316:4,9 318:22
**impossible**
257:15 268:4
**improve** 70:6
94:5
**improved**
73:24
**improvement**
314:17 315:15
315:19
**improving**
69:19
**inaccurate**
77:16 344:15
344:22,24
345:3,4,5
**inc.'s** 125:3

**include** 66:20
68:19 90:4
97:23 131:4,19
132:1 147:23
230:11,11
232:5 278:13
311:1,2 333:13
363:12 367:13
367:18 375:20
**included** 18:22
18:23 19:11
21:8 74:2
96:10 165:6
175:5 230:20
261:23 262:18
262:19 294:4
298:14 313:20
349:12 354:18
379:7
**includes** 72:13
84:24 122:15
252:12 263:8
375:8
**including** 90:11
91:1 125:23
212:20 263:11
347:11 378:1
**inclusive** 230:1
**income** 25:1,3,5
46:22
**inconsistent**
313:13 314:5
**incorporating**
69:19

**incorrect** 181:1
181:5 243:1
**incorrectly**
158:8 159:23
160:1
**increase** 73:21
73:22,25
155:23 222:19
**increased**
161:4 205:5
228:23
**increases**
168:12,16,18
**increasing**
161:5
**independent**
6:6 203:17,19
247:12 360:4
360:11
**indian** 375:11
**indicate** 188:3
195:2 197:23
230:5 244:25
252:25 315:15
317:5 377:21
**indicated**
151:20 376:15
**indicates**
180:22
**indicating**
10:10,13
**indications**
376:6

**individual**
42:24 86:23
87:19 141:11
340:17
**individual's**
86:12
**individually**
35:9 117:13,14
**industrial**
54:14 285:18
287:11 288:15
305:15 309:3
323:13 355:3,4
375:8
**infant** 84:18
85:11
**information**
43:25 50:2
53:22 76:15
77:2 90:25
91:12 106:5
118:19 166:13
227:25 239:12
249:20
**ingenuity** 65:11
**ingrid** 3:5 7:3
**initial** 155:1,4
160:21 162:12
170:4,7 183:15
192:15 302:19
320:9 350:17
**initially** 302:18
**initiated** 364:1

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 425 of 480

inject   223:6
input   90:11
   147:2,4 148:9
   149:21 157:24
   175:4 177:15
   178:3,4,12
   193:24 262:8
   326:9 347:11
inputs   80:20
   88:19 193:8
   264:3,15
inputted
   271:18
inrelevant
   289:4
insight   326:15
insisting
   234:16 300:13
inspection
   151:19
installing
   148:18
installs   147:18
institute   26:19
institutional
   85:5
instruct   195:16
instructions
   213:18 344:9
insufficient
   320:6,6
integrate
   299:24

integrated
   34:20 36:16
intended   86:8
   86:12,22 200:3
interconnected
   333:15
interconnecte...
   334:1
interest   26:1,8
   180:8
interested
   148:24 294:5
   381:17
interestingly
   125:8
interests   26:2
   26:10
interfere   28:23
intermittent
   54:16 55:10,25
   56:5,13,18
internal   148:20
   148:22
international
   6:15 359:15
   372:12 373:2
   375:3,10
interpret   216:4
interpreted
   326:13
interrupted
   181:2
interrupting
   197:4,5

interruption
   146:18 151:3
interval   227:21
   270:17
intervals   30:23
introduce
   220:21 341:10
introduced
   15:10 302:18
inventory
   283:4
investigate
   88:9
investigated
   161:21
investigation
   160:25
investigations
   6:13 368:19
   369:4 377:21
investigator
   65:16
investigators
   65:10
invoices   45:25
involve   36:5
   193:17 262:7
   265:20 278:21
   367:23,24
   368:10
involved   29:24
   44:16 52:9,12
   52:15 55:7,10
   55:14 56:4

57:5 182:23
   183:1 190:3
   283:14 284:21
   285:9,23
   287:13,24,25
   288:6 309:7,11
   313:24 320:25
   321:9 323:15
   324:8,18
   325:10 326:18
   326:24 328:1,4
   328:7,8 329:23
   330:2 354:22
   358:23 364:23
   368:5
involvement
   48:7 330:9
involves   66:19
   80:22 156:17
ion   377:6
irrelevant
   289:5
isotherm   175:3
issue   21:5
   55:25 167:5,6
   209:7 221:24
   353:14
issued   51:10
   52:24
issues   21:5
istanbul   24:24
   24:25
item   215:8
   349:8

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 426 of 480

**iv** 363:6 366:4

**j**

**j** 2:8 52:2,7
109:19,21,24
116:1,2,2
117:22 121:23
382:1
**jacksonville**
359:14 369:3
369:12 370:15
372:1
**jaloo** 202:11
**james** 331:11
331:13
**january** 6:11
101:17,20
108:5 109:1
122:10,25
128:23 257:24
257:25 281:15
282:24 315:14
361:24 362:10
366:9
**jason** 207:13
**jeffrey** 12:18
12:24
**jerome** 5:11
240:12 241:16
242:18,19
243:5
**jersey** 6:10
361:23 362:8

**john** 151:10
242:4,7 243:16
**johnson** 331:7
358:10,21
**jones** 12:18,24
**journal** 59:11
59:13 60:2,7
60:11
**journals** 58:20
59:3,4
**jpeg** 213:7
**judgment**
166:12
**july** 101:19
109:6,17
156:13 185:14
185:25 199:22
**jump** 80:3
**jumping** 95:11
**june** 282:25
364:8
**justice** 2:15,17
7:19,21 9:5
14:24 15:15
17:6 41:11,14
45:17,21 46:14
58:12,17
**justify** 213:2

**k**

**k** 50:1 51:10
52:19 168:11
**kailey** 3:17
8:12

**kd** 158:25
159:20,23
160:2 162:3,12
162:16,18,20
162:22 163:14
164:3 165:17
166:4,9 168:11
180:2,9,16
182:9,13
**kdean** 2:6
**keep** 38:6 48:11
135:24 136:4
176:23 291:10
292:24,25
306:24 308:16
**kept** 168:14
**kevin** 2:4 7:22
15:1,2,3,4,11
**key** 65:13
**kilogram**
180:10,11,11
180:21 181:11
181:19
**kilometers**
149:10
**kind** 9:7 61:22
229:18 244:12
252:5 293:20
338:14
**kinds** 232:21
307:15
**knew** 152:15,21
298:13

**know** 16:22
31:24 32:23,25
33:10 34:5,8
42:18 43:22
44:2,10 46:12
58:8 61:21
63:23 75:21
76:14 77:9
82:9 87:14,17
105:14 106:17
106:18 109:19
110:2 116:5
125:9 132:18
132:24 134:1
145:6 149:2,21
152:14 153:4
157:13 161:19
163:20 165:10
165:13,18
166:3,13 169:3
171:24 181:14
181:22 182:8
189:21 191:24
196:6 203:7,11
204:7,17 212:8
219:22,25
220:13 221:16
225:15,16
226:4,4,12,14
226:16 230:22
231:15,24
241:8 243:5
244:2 264:18
268:15 284:10

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 427 of 480

289:5 294:2,3
298:13 304:11
304:13 306:18
309:24,25
321:4 323:1,2
323:3 327:8,10
331:3,13,13,17
353:22 361:4,8
366:17 371:25
372:3 378:13
379:11
**knowledge**
94:6
**known** 57:19
69:25 333:14
338:22 339:5
**koc** 159:17
164:7,10
167:20
**konikow** 331:9
331:14
**konikow's**
11:12 13:10
**krueger** 207:14

**l**

**l** 20:10
**lab** 359:16
**lab's** 362:19
**laball** 331:9
**label** 99:2
111:2 184:19
261:19 305:12
360:11

**labeled** 93:5
107:6 119:15
124:20 125:17
174:21 251:24
**laboratory**
19:20 20:2
26:17 161:7,19
163:7 180:3
**lack** 175:8
211:11
**lacking** 363:25
**land** 149:9
375:4
**landfill** 285:18
287:11 288:15
293:16 321:13
323:14 340:21
341:15 355:3
**landfills** 376:4
**large** 118:2
149:23 153:23
370:7,10
**largely** 156:13
**late** 39:24
213:10 215:13
256:12 258:23
**lately** 178:2
179:3
**latin** 327:20
**laura** 2:8 7:24
**law** 40:8
**layers** 170:10
303:1

**lbaughman**
2:11
**lead** 51:16
74:18 75:6
76:13
**leader** 209:7
216:3
**leakage** 320:23
327:6
**left** 48:24 93:15
95:20 99:1
101:1 104:20
111:7 113:1
118:7 122:22
128:13 137:24
140:22 141:5
147:14 150:19
170:2 174:15
249:8 276:12
276:19 280:24
284:2 313:6
363:9 371:21
375:25
**legal** 15:25
16:9,11,14,18
17:5,18,21
**lejeune** 1:7
5:24 7:10
14:24 15:15,18
16:19 17:6,8
17:22 18:3,6
25:9 26:24
30:9,14,16,19
34:9,14 35:15

35:15,18 37:7
41:10,14 45:17
45:21 46:14,25
47:2,11 52:17
55:9 58:11,16
72:17 79:15
84:21 85:12
89:19 90:3,25
91:12 94:1,22
100:16 103:9
107:9 119:18
124:22 125:20
126:14 134:22
137:22 144:4
161:20,24
163:8 165:8,22
174:24 183:16
183:22 184:8
224:23 254:9
275:3 283:1,3
332:1,12 342:4
344:8 345:8,16
349:15 353:1
355:15 357:10
358:11 359:23
**length** 218:19
**lengthy** 326:3
**leonard** 331:9
**lessen** 222:9
**lesser** 74:4,18
75:6
**level** 38:25
42:14,23 86:2
128:13 137:25

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 428 of 480

138:2,12,16
141:25 142:8
148:25 155:24
250:4 252:22
275:21 354:4
366:23 376:18
**levels** 30:11,21
34:10 44:9,13
45:4,6 56:21
98:18 122:13
123:12 139:8
139:18 188:2
194:24 211:5
228:24 250:20
253:2 259:20
318:2 349:15
355:23 359:11
359:22 364:2
376:7,13
**lies** 377:15
**light** 39:20 40:1
40:4,9,13,15
54:12
**likely** 74:1
126:20 132:17
191:21
**limit** 92:21
212:23
**limitations**
65:19 326:4,7
**limited** 65:8
67:15 85:21
92:23 195:24
275:5,16 326:9

**limits** 69:14
70:15 264:17
264:21 267:14
356:17
**line** 111:18
112:25 113:1
118:9 137:24
183:5 225:14
225:23 243:11
244:11 256:9
256:16,19
257:1,6,6
258:19 259:19
260:2,5,6,7
281:3 311:18
311:24 339:23
383:3,6,9,12,15
383:18 384:2,5
384:8,11,14,17
**linear** 54:8
175:3
**lines** 258:20
268:17
**liquids** 54:13
375:21
**list** 90:4,5
209:20 214:10
347:3 349:6
**listed** 50:7,21
51:5 54:2,25
88:13 110:12
141:8 173:3
184:23 277:22
289:1 315:14

362:23
**listing** 111:13
**lists** 49:5
**liter** 108:25
109:16,17
111:19 115:16
115:18 116:9
116:23,25
121:23 123:6,6
123:9,10
180:10 181:19
185:15 211:13
211:14 312:5
315:12 318:13
366:20,21
**literature**
43:24 44:3
71:20 160:23
162:9,9,12,22
163:6,23
164:25 184:4
359:12 363:22
**liters** 180:10,11
180:20 181:11
**litigation** 1:7
2:17 7:4,11
14:24 15:16
17:6 45:1,21
58:12,17 98:16
**little** 13:21
14:10 24:11
27:18 74:8
77:20 79:22
84:8 95:17

112:24 125:10
294:3,3 298:13
298:14 343:5
343:20 363:6,6
**live** 24:19,20,22
**living** 378:10
**llc** 2:4
**loading** 34:15
35:3,19 146:6
147:5,7,23,25
148:2,10,17
150:8,9 154:7
155:1,4,7,23
216:15 287:14
288:9 317:25
324:1,11,15
367:14
**loadings** 324:3
**local** 72:17
141:8
**localized** 341:6
**locally** 69:15
72:10,25
**located** 188:3
195:2 197:24
375:7
**location** 149:3
152:18 212:22
312:1 313:16
**locations**
320:21 321:10
326:22 366:12
**log** 311:8

Golkow Technologies,
A Veritext Division
877-370-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 429 of 480

**logistics** 9:7
**logo** 362:19
**long** 57:19 59:8
  188:10 195:11
  198:16 218:23
  223:19
**longterm**
  118:16
**look** 32:18,19
  49:10 64:8
  87:21 106:10
  109:22 112:10
  115:7,23 116:7
  116:18 122:22
  138:12 142:20
  147:13 185:4
  186:13 204:17
  207:8 214:24
  220:4 232:15
  236:3 237:2,21
  237:23 238:16
  244:1 253:16
  258:11 260:21
  272:5 280:9
  286:2 304:17
  307:18,19
  309:22 310:11
  311:12 333:25
  336:5 341:11
  341:14 351:18
  359:24 362:20
  370:19,23
  378:15

**looked** 50:22
  50:24 105:16
  139:24 140:3
  153:11,22
  202:14 204:18
  216:12,22
  226:19 260:23
  263:20 264:7
  312:7 334:25
  340:18,21
  346:15 350:15
  367:20 370:21
  370:24 371:4
**looking** 54:1
  90:21 101:13
  104:4,19
  108:11 109:11
  113:13,25
  120:14 122:7
  144:17,18
  148:22 219:14
  219:16 231:9
  232:17 233:11
  239:5 245:17
  256:2 257:16
  259:18 263:19
  266:17 268:2
  287:17 288:2
  307:12 322:8
  324:2 327:9
  349:1 352:1
  364:11 370:18
  378:25 379:5

**looks** 14:18
  49:10 64:9,16
  87:22 102:24
  116:8 124:20
  173:24 237:13
  241:15 242:23
  279:19,21
  284:15 307:21
  315:21 362:2
  379:9
**los** 376:22
  377:2
**loss** 130:4,12
  131:10 132:2
  133:21 134:11
  134:15 278:13
  366:17
**losses** 127:5
  131:5,19 134:2
  218:13 278:22
**lost** 129:17
  130:2,24
**lot** 15:17 24:1
  24:11 26:1
  166:8 220:12
  245:16
**loud** 236:10
  296:21
**louder** 14:12
  27:18 37:20
  38:3,6,21 39:3
  61:1 72:22
  79:5 107:22
  117:6 132:20

  142:2 168:3
  175:21 176:16
  177:4 198:7
  228:11 283:20
**loudly** 176:19
**lower** 45:8,10
  112:8 158:13
  163:23 204:16
  205:4,11,16,17
  219:7 226:24
**lowered** 205:21
  205:22
**lunch** 136:4,9
  169:3
**luxenberg** 1:14
  2:9 7:9
**lying** 352:3

**m**

**m** 4:15 20:10
  63:16,22
  360:24
**ma'am** 38:13
**made** 44:1
  142:13,16
  202:17,17
  203:15 209:14
  212:25 232:18
  244:16 245:5,6
  298:18 329:18
  357:10
**magnitude**
  82:1,10 138:9
  138:25 139:20

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 430 of 480

257:5
**magnitudes**
80:23 81:7
321:17
**mail** 5:7,10,16
16:10 19:10,11
19:12,16
206:22 207:1
207:18,20,22
208:8,13
209:19 212:14
213:15 220:19
240:11 241:16
241:19 242:23
244:1,3 247:5
289:20 290:6,8
290:17,19
292:2,15
293:12 294:21
295:12,14,19
296:6,20,25
297:4,16 299:7
299:9 300:10
300:24 301:1
**mails** 18:13,21
19:7,9 207:2
207:15
**main** 67:12
205:20 340:20
342:25
**maintained**
221:1
**maintenance**
118:16,20

119:2 227:24
228:7,20
**major** 67:20
252:6 253:4,8
253:16,19
**make** 28:17
81:19 114:22
152:18 191:12
201:6 216:6
235:15 247:7
253:23 296:10
318:15,16
319:11 326:4
**making** 176:16
191:24 213:15
247:19 312:14
**man** 17:7
**manage** 379:10
**management**
4:13 58:25
59:11,14 60:2
61:12 62:8
85:6
**mandated**
344:4 345:11
345:19
**manipulated**
148:23
**manner** 34:20
70:24
**mansour** 361:5
**manually** 71:14
**map** 153:23

**march** 5:9
122:11 224:13
224:18
**marine** 5:23
84:20 94:22
100:16 103:9
107:9 119:17
124:21 137:21
144:4 275:2
331:25 332:11
344:3 358:8,20
**mark** 273:10
**marked** 13:25
14:6,9,16
25:20 48:20
53:7 61:13
62:3 63:17
102:13,22
106:24 124:17
127:23 143:13
174:4 206:22
224:14 225:1
240:12,16
248:18 261:8
273:13 279:12
289:21 307:5
332:1 342:14
346:20 360:5
361:25 368:19
372:13
**markov** 334:4
**maslia** 3:14
8:13 14:25
15:10,10 57:17

57:19 58:5,11
58:21 207:5,10
207:23 208:7
209:8 210:21
213:14
**maslia's** 11:15
11:16,23 12:5
12:6 51:14
60:18,23 61:4
**mass** 34:15
35:3,19 49:13
96:15,20 146:6
147:4,7,23,25
148:2,10,17
150:8,9 154:7
155:1,4,7,23
188:5,7 195:6
195:8 198:9,12
216:15 277:2
278:11 287:14
288:9 317:2
324:1,3,11,15
367:14
**master** 21:19
60:23
**master's** 21:17
22:4 60:19
61:5
**match** 71:16
148:3,6 155:21
183:10
**matched** 354:5
**matches** 269:19
354:3

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 431 of 480

**matching**
235:20
**matchings**
270:24
**material** 180:7
180:7,14
**materials** 96:14
277:2 278:11
360:15
**mathematical**
26:6 65:17
348:1,2 352:25
355:6 357:12
**mathematically**
91:4,15 92:11
302:20,21
347:21,25
**mathematics**
71:9
**matrix** 339:6
**matter** 7:10
72:11 366:20
**maximize**
254:17
**maximum** 44:9
44:12 191:25
250:3 252:19
252:22 263:19
**mcb** 125:20
126:13
**mcl** 44:17 45:4
45:6,11,12
251:8 253:2
355:23

**mcls** 44:9,20,22
44:25 251:2
**mean** 13:12
16:22 18:15,17
21:22 27:3
29:13 30:14
33:8,10,12,15
33:16 36:7
40:7,20 50:24
59:20,21,23
67:22 71:11
72:9 78:24
92:3 99:22
106:17 112:12
117:15 129:8
133:10,11,17
133:23 134:9
139:22 142:12
143:7 148:16
149:8,15 153:4
156:16,22
168:18 171:5
172:22 178:4
183:18 184:3,8
187:5 198:25
201:25 202:3
202:20 204:6
206:8 212:4
215:19 221:5
222:14,20
224:2 226:10
226:23 227:1
230:9 231:4
233:9 236:22

238:9 247:25
254:10 264:8
265:2 266:16
266:16,22
269:2 270:2
271:2,25
276:23 277:3
278:16,17
285:15 288:8
298:5,16
302:12,22
306:12,14
310:25 317:17
318:2,21
321:22 324:8
340:16 341:1
347:18,20
349:9,21 350:4
350:6,16,18,21
351:2,11 352:3
352:11,16
353:4 355:20
355:22 359:19
371:6 378:17
**meaning** 26:3
29:18 109:5
347:25 367:18
**means** 109:19
110:2 116:2
130:20 155:20
199:23 200:3
204:11 220:8
247:21 270:9
271:22 347:23

348:4 353:5
**meant** 175:24
**measured**
116:20,25
212:20,22
213:11 215:16
305:13,23
306:1 309:2,20
309:23
**measurement**
193:7
**measurements**
141:24 142:7
142:21 143:4
144:8 145:2
165:7 184:3
185:24 199:18
202:7 364:2
**mechanism**
219:4
**media** 161:23
**mediated**
156:14
**meet** 254:8
256:21 257:21
**meeting** 10:6
18:13 295:21
**meetings** 18:9
243:7
**mehmet** 1:14
5:17 8:17
289:21 382:10
383:24 384:24

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 432 of 480

member  21:20
58:20 225:17
members  18:2
41:10 242:8
250:14 331:4
333:11
memory  139:22
mention  182:10
378:10
mentioned
12:13 15:9
157:13 166:16
166:19 223:17
226:8 290:18
330:18 369:12
mentions  129:7
225:19
mentor  60:23
61:4
mesh  149:17,25
150:4 154:4
meshes  149:17
mesl  20:10,11
20:12 21:2,11
21:15 22:10,19
26:18 27:4
28:8 29:10,13
29:23,25 30:20
34:19,25 35:6
37:8 46:24
47:5 135:9
330:14
mesl's  47:10

met  243:6
method  65:10
254:17 266:7
269:10
methodologies
91:3,14
methodology
44:19 54:5,9
238:24 244:15
245:5 327:20
359:10,21
methods  85:24
96:5,8 299:16
metric  188:2
194:24
microbes
156:17,25
157:18,20
microbial
156:14
micrograms
108:25 109:15
109:16 111:19
115:16,18
116:9,23,24
121:23 123:5,6
123:9,9 185:15
211:13,13
312:5 315:12
mid  209:15
middle  89:25
99:2 154:25
207:4 210:23
229:18 244:12

252:5 293:20
338:15 350:22
374:4
midway  249:13
migrates  188:5
195:6 198:9
migration  26:5
54:12 160:20
160:25 161:8
161:22 188:6
195:8 198:12
200:7 201:22
219:8 250:22
320:23 354:8
mike  17:8,13
17:17 18:20,25
mile  377:18
miles  149:9
377:16
milligrams
318:13,17
319:8,9,17
366:20,21
milliliter
161:13
milliliters
161:12,15,15
162:23,24
163:3,4,13,23
170:8,12,18,23
173:5,10
181:12,18
milts  151:10

mind  65:2
73:11 80:16
113:17 145:15
175:24 190:19
206:12 220:3
235:1 295:24
335:19 357:2
minded  65:19
mine  50:13
225:5
mineral  221:10
222:4,12 223:7
minerals
221:19
minimal  316:8
316:14 317:8
317:14 318:1
minimize
254:18
minimized
256:21 257:9
257:18 260:13
minimum
188:14 189:9
191:22,25
192:3 200:17
204:2 252:19
256:8,11
258:19,20,22
259:6,21 260:6
260:8,16
263:19
minus  138:25
139:19

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 433 of 480

| | | | |
|---|---|---|---|
| **minute** 25:13 | 131:8 132:1,3 | 92:10 96:15 | 216:10,14 |
| 62:21 67:24 | 133:3 138:17 | 97:25 107:7,19 | 217:13 226:20 |
| 68:14 89:1 | 140:4 277:2 | 107:25 112:1 | 226:25 227:1 |
| 122:5 127:16 | 278:11 316:25 | 118:23 120:6 | 230:19 232:12 |
| 136:8 157:23 | **mixture** 35:21 | 121:1,10 | 233:2,8 235:19 |
| 229:7 274:3 | 131:15 | 122:14,19 | 244:17,23 |
| 286:6 322:2,24 | **model** 20:19 | 123:4 128:17 | 245:8,15,22 |
| 324:3 337:12 | 23:25 31:18,22 | 128:18 131:13 | 246:5,6 247:6 |
| **minutes** 62:18 | 32:5,6,10,11,18 | 131:24 132:1,3 | 255:3,11 |
| 124:11 136:5,9 | 32:20 33:3,16 | 132:5,25 133:3 | 256:16 257:3,8 |
| 196:15 348:11 | 34:12,15,21 | 134:13 138:9 | 257:21 260:8 |
| 348:15 | 35:11,21,24 | 138:17 139:1 | 262:7,7 265:15 |
| **mis** 105:18 | 36:11,14,18 | 139:20 140:4 | 265:17 269:21 |
| **mischaracteri...** | 37:4,10 49:20 | 142:1 143:8 | 270:3 277:2 |
| 75:13 88:4 | 54:8 60:16 | 144:10 145:3,7 | 278:11,13 |
| 105:22 203:10 | 65:3,12,20,22 | 145:19 147:8 | 280:16 281:14 |
| **mischaracteri...** | 65:22,23,25 | 147:22 148:10 | 287:9 299:14 |
| 106:3 | 66:2,10,11,13 | 148:13,16 | 299:21,24 |
| **misrepresenti...** | 66:14,18,20,24 | 149:23 150:5,7 | 302:12,17 |
| 105:23 | 67:3,4,13,14,18 | 153:2,10,16,21 | 303:3,8,14,15 |
| **missing** 246:15 | 67:21,23 68:1 | 155:5,6 157:25 | 303:20,22 |
| 246:15 | 68:13,15,16,20 | 160:22 162:11 | 304:2,5 305:22 |
| **misstates** 75:15 | 69:5,9,11,14 | 163:14 170:10 | 309:18 312:17 |
| **mistake** 312:14 | 70:5,23 71:2 | 170:16 175:3,7 | 316:25 317:17 |
| 358:5 | 71:12,15 72:7 | 175:8 177:25 | 317:19 318:2 |
| **mistaken** 12:10 | 72:10,25 73:2 | 179:1 180:9,15 | 320:8,20 326:9 |
| **mister** 196:7 | 73:2,8,17,20 | 180:16,20 | 340:5,11,13 |
| **mixing** 34:17 | 74:1,3,5,19 | 181:7 182:25 | 341:2,18 347:5 |
| 35:5 36:5,7,8 | 75:7,16,18,23 | 183:2 187:18 | 348:2 352:18 |
| 36:11,19,21 | 76:4,5,14,16,21 | 192:21 199:6 | 353:1,5 354:1 |
| 37:5,10 96:15 | 77:5,10,14 | 199:10 200:7 | 354:18 355:11 |
| 112:1 128:17 | 80:19,21,22,24 | 204:18 205:6 | 356:25 357:4 |
| 129:15,22 | 81:4,8,9,17,21 | 206:3,8 208:25 | 357:10,11,14 |
| 130:13,22 | 82:13,18 86:24 | 209:1,21 | 357:21,24 |

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 434 of 480

358:2 363:19
363:22,25
364:6,9,23
365:2,17,21
366:5,5,15
368:7 369:21
370:3,5,7,10,10
370:13 372:1
379:3,5
**model's** 81:20
81:21 82:16
**modeled** 99:24
118:24 120:15
130:24 153:7
226:24 256:19
277:8 280:15
281:15 340:19
**modeling** 4:14
5:20 20:18,19
21:10 30:12
31:9,11,15
34:5 35:19,25
36:4 42:5 45:5
47:3 48:8 49:6
51:14,21 52:10
57:15 59:15
60:9 63:15,20
63:23 64:2,19
65:5,8,14
66:12,21 68:5
68:7,18 69:10
69:18,24 78:4
79:15 83:4
85:9,23 86:7,8

86:21,22 88:17
89:18,20 90:2
92:9,23 97:20
97:23 118:14
125:13 126:25
149:13,16,17
189:22 199:3
208:11 211:12
211:15 224:23
227:18 228:20
244:24 245:10
266:8 269:25
271:11 273:4
275:10,17,24
278:17,21
280:18 298:20
304:21 316:10
320:5 327:6,7
331:22 332:9
338:12 339:3
345:24 356:24
358:6,8,19
359:6,9 363:18
365:11 366:5
367:14 368:2
368:10 369:1
370:6,15
373:11,18
379:5,8,11
**models** 4:13
20:20 24:1,3
27:5 29:15
30:22 34:17,19
34:25 35:1,5

61:12 62:8
64:3 66:2 67:9
69:19,23 73:25
76:11 78:23
87:17 90:9
96:4,8 97:11
107:15 137:19
142:8 147:2,5
147:25 149:12
175:2,18
177:13 192:11
208:23 209:2
209:11 211:6
227:10 243:20
243:21 244:25
245:16 246:3
246:10 247:1
252:17 294:7
299:17 300:3
300:18 301:18
301:24 302:11
302:11 326:1
330:10 339:17
340:24 347:9
347:23 357:6
364:19
**moderately**
230:6 232:12
**modflow** 96:10
**modifications**
338:12
**moment** 53:2
102:8 193:16
193:23 194:5

199:1 325:2
**monitor** 143:25
144:8
**monitoring**
144:21 145:1
**monsour** 361:8
**monte** 96:22
261:24 262:1,6
264:16 265:3,3
265:10,19
266:3,24 267:7
267:20,23
268:19,21
270:16 325:23
326:19,25
328:8,10,14
329:4
**montfort** 358:9
358:21
**month** 11:9,11
106:1 128:22
227:12,15,19
280:15 281:4
**monthly** 30:11
30:21,24 31:2
31:5 91:2
111:13 129:4
276:23 280:12
280:20 281:5
281:12 299:22
327:21 349:9
349:20 350:6
351:2,11
352:16 366:8

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 435 of 480

**months** 219:5

**morning** 7:22
9:6

**morris** 3:14
8:13 11:15,15
11:22 12:5,6
14:24 15:10,10
51:13 57:17,19
58:5,10,21
60:18,22 61:4
207:5,10,23
208:7 209:8
210:21 213:14
214:4 216:2

**mothers** 94:4

**motley** 2:4
16:15

**motleyrice.com**
2:6

**mount** 2:5

**move** 83:2
173:21 197:10
245:19 248:13

**moved** 149:4
270:5

**movement**
36:19 193:6
355:15 370:11

**moving** 89:13
157:23 168:18
200:25 220:17
358:6

**mt3d** 123:4
193:5

**mt3dms** 96:12
122:16 153:16
160:22 170:10
171:6,15 175:3
175:9,14,16
177:12,15,25
178:2 179:1,3
186:11,15,20
187:1 189:19
192:22 193:8,9
200:7 203:19
204:15,17,20
208:25 209:21
210:5,11 211:6
216:15 217:11

**multimedia**
19:19 20:2
26:17

**multiphase**
49:13 96:20

**multiple** 36:8
180:17 353:15

**multiplied**
159:10 160:4

**multiplying**
164:4

**multispecies**
49:13 96:19

**multiwell** 34:17
35:5

**municipal**
376:8,17

**mustafa** 1:14
4:15 5:10,17

7:14 8:17
63:16,21
240:11 289:21
382:10 383:24
384:24

**mustafa.aral**
207:16

| **n** |
|---|

**n** 2:1 3:1

**name** 7:3 11:17
18:22 47:23
62:13 63:21
64:20 330:4
360:14,22,22
360:25 361:1,2
361:6,9 383:24
384:24

**named** 17:7,21
381:5

**names** 50:10,11
331:5,15

**national** 341:22
342:1 344:1
359:16

**natural** 144:2
221:20 341:20

**naturally** 73:24

**nature** 74:8
77:19 79:22
249:16,18

**naval** 359:14
369:2,13
370:15 372:1

**navy** 344:3,4
345:11 369:25

**nd** 212:21

**near** 41:21
111:15 154:25
183:4 274:5
358:25 359:5
361:6

**nearby** 152:6
307:1

**necessarily**
233:17

**need** 39:2 42:19
62:18 73:11
75:17 78:10
81:11,14 82:6
176:12 181:15
198:6 228:11
248:8,19
291:17 295:12
306:23 333:13
336:17 348:10
348:14

**needed** 26:25
42:15,25 76:23
85:20 87:23
275:4,15
352:22 363:24
369:25

**needs** 76:14
296:3

**negligeable**
126:13

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 436 of 480

**negligible**
366:18
**neither** 161:17
381:13
**net** 363:20
365:16
**network** 99:18
128:22
**never** 51:10
52:24 134:23
234:25 335:18
**nevermind**
205:25
**new** 1:15,15,16
2:10,10 6:10
7:9,9 24:13,16
239:18 358:9
358:20 361:23
362:7 381:3,23
**nine** 41:24 61:8
225:14,23
332:21,22,23
**ninety** 93:7,9
93:10
**njdhss** 363:10
**nods** 297:3
**non** 109:5
110:4,12,21
205:1 211:12
213:16 214:3
230:11,11
306:2,4,15
307:22,25
308:4,7 310:23

311:1,2
**nonaqueous**
54:12
**nondetections**
312:10
**nondetects**
322:9
**noon** 136:4
**normal** 209:2
**norman** 12:18
12:24
**north** 1:2 5:24
7:12 84:21
100:16 103:9
107:9 119:18
137:22 144:2,4
161:21 163:8
275:3 332:1,12
377:4,20
**northern** 377:9
377:13
**northwest**
377:16
**notary** 1:15
381:2,18,23,24
382:21
**note** 6:18 42:3
**notes** 231:12
**notice** 109:25
176:9 350:17
**notified** 376:19
**november**
110:6

**nrc** 42:6 242:14
242:17 341:22
344:5,9 345:12
345:14,17
**nsf** 21:6
**nuckholls**
242:4,7
**nuckolls**
243:16
**num** 104:1
**number** 13:19
61:8 74:1
111:19 117:4
134:15 138:12
139:6 145:15
163:16,17
170:25 171:1
171:10 173:9
173:21 174:11
206:11,18
209:20 210:1,2
210:6 212:14
212:16,18,19
213:23 214:8,9
224:6 240:4,5
240:6 246:22
269:15,20
272:16,22,23
272:24 280:15
281:2,4 283:1
306:21 326:9
338:1 343:16
343:18 362:21
369:5 372:20

374:12 375:11
381:23
**numbered**
48:23 125:8
209:20 244:7
**numbers** 108:3
125:10 131:2
133:2 140:1
145:6 148:2
174:17 181:5
187:3 209:12
239:5,9 241:4
241:5 269:13
269:14 289:2
342:25 343:20
**numeral** 84:8
363:6
**numerals** 95:17
342:24
**numerical**
69:12,19 70:15
70:22 363:19
**numerous**
340:5
**nw** 2:18

**o**

**o'leary** 2:16 4:3
7:18,18 9:3,4
13:19,24 14:7
22:17 25:10,21
27:8,11,23
28:11,14,16,19
28:25 29:3,5,8

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 437 of 480

| | | | |
|---|---|---|---|
| 36:1 38:7,9,12 | 136:12,21 | 203:13 204:9 | 289:23 290:2,4 |
| 38:15,18,20 | 137:5,8,11,13 | 205:24 206:2 | 290:14,23 |
| 39:1,4 41:24 | 138:15,21 | 206:13,16,20 | 291:8,12,14,17 |
| 42:1,20 46:1 | 139:10,14,15 | 206:24 210:3 | 291:21 292:8 |
| 46:10 47:24 | 140:16,18 | 211:22 212:11 | 292:10,12,14 |
| 48:14,21 49:24 | 143:11,15,17 | 220:4,13,16,19 | 292:19,23 |
| 51:12 52:1 | 145:23 146:3 | 220:22 224:5,9 | 293:2 295:1,16 |
| 53:1,10,17 | 146:19 147:11 | 224:16 225:10 | 296:8,12,15 |
| 54:22 55:21 | 148:8 149:14 | 225:12 228:14 | 297:13 300:17 |
| 59:9 61:7 62:1 | 151:6 152:24 | 229:1 230:16 | 301:3,6,8,10,15 |
| 62:17,21 63:4 | 153:14 163:18 | 231:8,13 | 301:17 302:8 |
| 63:5,12,18 | 164:2,21 | 233:19,23 | 304:19 305:2,9 |
| 64:17 67:1,16 | 165:14 166:15 | 234:1,6,12,17 | 306:21 307:1,7 |
| 69:1 71:3 75:1 | 168:24 169:3,7 | 237:16 238:1 | 311:11 312:25 |
| 76:1,10,19 | 169:18,19 | 239:14,17 | 313:2,5 315:2 |
| 79:6,16 80:10 | 170:21 171:4 | 240:7,9,14,18 | 316:18 323:24 |
| 82:4,8,22 83:1 | 172:1,18 173:1 | 240:23 241:5,7 | 331:1,18 332:3 |
| 84:1,5 86:17 | 173:17,20 | 241:12,14 | 334:6,11,18,20 |
| 87:6,13 88:1 | 174:8 176:17 | 244:5 248:8,12 | 335:7,15,18,23 |
| 88:12 89:10,13 | 177:10 182:5 | 248:21,22 | 335:25 336:10 |
| 89:16 91:20,25 | 182:22 186:9 | 251:5,19 | 336:20,24 |
| 92:2,20 93:8 | 187:16 188:24 | 253:11 255:17 | 337:8,11,13,15 |
| 102:9,16 | 189:1,3,4,11,17 | 261:1,4,10 | 337:17,25 |
| 104:12,15,18 | 190:12 191:7 | 266:20 269:1,5 | 338:6,10 |
| 106:7,12,16 | 191:10,16 | 269:17 270:12 | 339:20 342:11 |
| 108:19 109:10 | 192:9 193:19 | 271:20 272:10 | 342:16,21 |
| 110:9 113:18 | 194:11,16 | 273:5,8,12,15 | 343:10,17 |
| 113:19 115:1 | 195:20,22,24 | 273:19 275:9 | 344:19 345:1 |
| 116:4,6 117:24 | 196:7,10,14,19 | 275:14 277:20 | 346:8 348:10 |
| 124:13,18 | 196:23 197:3,6 | 279:3,7,14 | 348:14,24 |
| 127:15 128:1 | 197:12,13,20 | 281:21,23 | 349:18 350:5 |
| 129:13 130:9 | 197:22 198:3,8 | 282:5 286:9,14 | 350:24 351:7 |
| 130:18 131:6 | 199:11,16,20 | 286:16,20,22 | 351:21,24 |
| 133:8,16 136:6 | 200:11,23 | 289:6,8,13,16 | 352:14 354:21 |

Golkow Technologies,
877-370-3377                          A Veritext Division                          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 438 of 480

357:20 358:1
359:24 360:7,9
361:19 362:1
368:16,21
372:5,9,15,19
372:22 373:10
374:10,14,18
374:22 375:1
376:3 377:1
378:7 379:14
379:18,21,23
**o'neill** 3:10 8:5
**oakridge**
359:16
**oath** 9:24 63:7
**oaths** 381:4
**object** 27:10
28:9 35:22
42:17 45:24
46:8 47:20
51:23 52:22
55:19 59:6
64:11 66:17
67:5 70:16
74:21 75:10
76:6,17 79:3
79:12,13 82:2
86:13 87:2,4
87:25 88:3
92:5 105:20
108:17 109:8
110:7 114:24
127:9 129:11
130:3,15 131:1

133:4,14
145:20 147:9
149:6 153:8,8
163:15 164:1
165:12 166:10
171:22 172:11
173:15 182:2
186:7 187:13
188:16,20
189:14 190:9
191:23 193:15
194:8 195:14
198:18 199:19
199:25 200:18
203:8 211:19
212:6 230:14
230:14 233:21
237:15,18
253:7 266:18
268:24 269:4,6
270:7 271:14
272:2 277:19
295:9 297:10
300:6,22 302:6
304:18 316:15
323:21 344:16
344:23 350:3
350:14,14
351:5,17
352:13 354:14
357:19,23
378:4
**objecting** 28:24

**objection**
152:23 170:19
170:24 172:23
189:10 191:6
204:3 228:8,22
233:16 311:7
339:15 373:9
**observation**
56:24
**observations**
124:5,8 172:15
232:18 299:16
**observed** 71:16
107:7,19,25
108:11 141:7
141:23 142:6
142:21 143:3,8
155:22 161:22
201:21 202:3,4
229:25 230:6
232:13 235:20
236:6 237:22
244:21 264:23
303:24 352:6
**observing**
259:10
**obtain** 85:22
275:5,16 364:1
**obviously**
250:17
**occasional** 65:7
**occur** 65:7
338:22 339:7

**occurred** 126:3
126:8,15
156:13 188:7
195:9 198:13
247:14 341:13
**occurrence**
322:5
**occurring**
84:24
**octanol** 180:5
**october** 110:5
242:24 243:4
**offer** 40:25
51:4 98:13,17
324:19,23
**offered** 13:16
98:9
**offering** 13:10
277:13 323:6,8
323:19,25
324:8,14
**office** 85:6
**offices** 1:14
**offline** 101:11
101:19 118:15
227:15
**oh** 12:7,19 15:2
15:12 21:25
22:8 24:5,7,18
25:6 35:8
36:21 70:11
72:11 77:11
83:20 89:14
97:14,25

Golkow Technologies,
A Veritext Division
877-370-3377                www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 439 of 480

| | | | |
|---|---|---|---|
| 106:12,13 | 25:10 26:8,12 | 84:3,6,9 85:19 | 128:16 130:21 |
| 136:25 140:25 | 26:14 28:15 | 86:18 88:20 | 131:7,12 132:3 |
| 155:20 185:2 | 29:7,13,21 | 89:12,15,24 | 132:13 134:17 |
| 208:4 218:10 | 30:4,8,25 | 90:8,19 91:10 | 135:15,23 |
| 225:7 234:25 | 32:10,23 33:2 | 92:21 93:2,12 | 136:1,2 137:10 |
| 237:9 239:21 | 33:18 34:4 | 94:12 95:13,18 | 137:12,14,17 |
| 247:19,23 | 37:1,2,18 | 96:1,3 97:13 | 138:11 139:3 |
| 248:12 261:3 | 38:25 39:22 | 97:19 98:3,8 | 139:10 140:13 |
| 274:2,16,20 | 40:10,15 41:3 | 98:23,25 99:7 | 140:14,17,21 |
| 277:12 278:19 | 42:21 43:4 | 99:12 100:6,10 | 140:25 141:4 |
| 281:1 282:15 | 44:5 45:13 | 100:23 101:10 | 141:22 142:11 |
| 286:20 287:23 | 46:4,11 47:13 | 102:21 103:2,5 | 142:15 143:3 |
| 305:6 312:24 | 47:18 48:6,11 | 103:21 104:5 | 144:20 145:12 |
| 333:7 335:15 | 48:12 49:4,8 | 104:21,23 | 145:14,24 |
| 336:3 337:10 | 50:6,19 51:4,8 | 105:4,5 106:12 | 146:8,14,23 |
| 337:13,25 | 51:19 52:12 | 106:17,22 | 147:1,4,7,12,22 |
| 343:4,17 346:2 | 53:1 54:1 55:6 | 107:3,18 108:4 | 148:9,16 150:7 |
| 346:17,20 | 55:14 56:3,10 | 109:11 110:1,3 | 150:10,14,21 |
| 361:2 366:17 | 56:15 57:10,10 | 110:10,23 | 150:22 152:13 |
| 371:1 | 58:5,15 59:2,4 | 111:22 112:17 | 152:25 153:25 |
| **okay**   8:9 10:1 | 59:10 60:6 | 112:21 113:3,4 | 154:6,8,12,13 |
| 10:10,16 11:5 | 61:20,24 62:9 | 113:22 114:2,9 | 154:21 155:4 |
| 11:10,12,22 | 62:16,20 63:9 | 115:13 116:3 | 155:18,25 |
| 12:9,12,17,20 | 63:10 64:6,24 | 116:17 117:18 | 156:2,20,25 |
| 13:3,9,14,16,23 | 66:10,16 67:2 | 118:2,5,12 | 158:3,16,19,23 |
| 14:1,14,19,22 | 67:17,22 68:10 | 119:10,15 | 159:1,9,25 |
| 15:8,12,13,19 | 69:3 70:14 | 120:4,12,14,19 | 160:18 162:2 |
| 15:23 16:3,7 | 71:11,23 72:9 | 120:24 121:21 | 162:10,15,21 |
| 16:21 17:1 | 72:15,20 73:3 | 122:17 123:12 | 163:6,10,22 |
| 18:11,17 19:5 | 73:12,13,16 | 123:20 124:3 | 164:16 165:2 |
| 19:12,15,18 | 74:12 77:17 | 124:10,12 | 165:21 166:1 |
| 21:13,21 22:9 | 79:19 80:2,9 | 125:7,17 | 166:16 167:9 |
| 22:21 23:1,17 | 81:24 82:20 | 126:10 127:3 | 168:7,11,17,23 |
| 23:22 24:9,18 | 83:5,12,22 | 127:15 128:10 | 169:10 170:7 |

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 440 of 480

| | | | |
|---|---|---|---|
| 173:13 174:1 | 231:20,24 | 276:7,10,21 | 330:6,7 331:16 |
| 174:16,21 | 232:11 234:7 | 277:13 278:6,9 | 332:19 333:4,9 |
| 176:21 179:1 | 234:20,24 | 278:19 279:9 | 333:10 335:3 |
| 179:23 180:1 | 235:2,3,5,14,14 | 279:18 280:7 | 335:24 336:13 |
| 181:11,22 | 235:24 236:25 | 280:12,22 | 336:16 338:8,9 |
| 182:17,23 | 239:19,21,24 | 281:11,17,22 | 339:8,21 |
| 183:3 184:10 | 241:9,13,22,23 | 282:10,17 | 341:19 343:23 |
| 185:7,8,9,12,21 | 242:1,13,16,22 | 283:16 284:1 | 345:22 346:5 |
| 186:4 187:7,21 | 243:4 244:4,6 | 284:19,24 | 346:23 347:2 |
| 187:25 189:18 | 244:14 245:23 | 285:1,5 286:2 | 348:9,13,23 |
| 190:16 191:14 | 247:7,25 248:3 | 286:15,23 | 349:17 352:17 |
| 191:17 192:1 | 248:5,23 | 287:2,3,7 | 352:24 356:12 |
| 193:2 194:10 | 249:13,18 | 288:8 289:7,12 | 358:6,13,24 |
| 195:19 198:4 | 250:11,23,25 | 289:15,18 | 361:10,16 |
| 199:17 200:4 | 251:11,18,24 | 290:1,3,18,24 | 362:20,22 |
| 200:12 201:25 | 253:23 254:14 | 293:11,20 | 363:5 364:11 |
| 202:2,8 203:22 | 255:10,21 | 296:4 297:19 | 365:10,20 |
| 204:10,20 | 256:1,5,15,18 | 298:2,3,11 | 366:1,3 367:6 |
| 205:23 206:10 | 256:24 257:5 | 299:6 301:5 | 367:9,12,23 |
| 206:25 207:8 | 257:12,16 | 302:3 304:8,23 | 368:4,10,13,15 |
| 207:22 208:2 | 258:2,7,10,14 | 306:4,19,25 | 369:15 371:21 |
| 208:13 209:19 | 258:16 259:12 | 307:11,14,25 | 372:4,8,23 |
| 210:2,13,18 | 259:18 260:4 | 308:9,13,15,18 | 373:16 374:1,3 |
| 212:2,12 214:9 | 260:16 261:3 | 309:12,17,22 | 374:6,7,19,23 |
| 216:13 217:19 | 261:16,19 | 310:6,10,25 | 378:8,24 |
| 218:4,15 220:4 | 262:6,10 | 311:6,23 312:2 | 379:13,17,21 |
| 221:9,13 | 263:18,23 | 312:13,23 | **omit** 77:13 |
| 222:23 223:2,5 | 264:4,11 265:2 | 314:2,7 315:4 | **once** 21:24 22:7 |
| 223:9,16,21 | 266:2,5 267:13 | 315:6 316:3,19 | 118:8,12 273:1 |
| 224:4,22,25 | 267:18 268:8 | 317:15 318:21 | **ones** 50:7 329:2 |
| 225:7,9,13,19 | 269:8 270:18 | 319:20 320:2,3 | 347:24 |
| 225:23 226:5 | 270:21 271:16 | 321:7,9 323:4 | **onslow** 358:10 |
| 226:19 228:3 | 273:7,17,18 | 323:19,25 | 358:22 |
| 229:6,6,12,23 | 274:1,8,9,20,22 | 324:14 325:16 | |

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 441 of 480

onward   350:20
oops   80:8
   102:17 371:23
open   65:18
opened   150:25
   151:8
opening   344:22
operable   144:1
operate   118:13
   118:25
operated
   284:17 375:19
operates   150:5
   344:4
operating
   21:11 232:2
   258:4 280:13
   284:18 364:4
   377:5
operation   56:1
   118:17 155:12
   155:13,14
   364:3
operational
   103:7,13
   282:21,24
   283:6,12,18,22
   284:16 327:21
operations   54:7
   55:23 95:2
   96:22 100:14
   146:16 150:24
   151:13 152:11
   320:12 333:16

375:24
opined   127:11
opinion   40:25
   41:2 42:25
   211:14 324:5,6
   324:19,23
   350:11
opinions   13:10
   43:10 89:25
   98:9,17 277:13
   323:6,8,19,25
   324:8,14
   358:14
opposed   71:2
   71:20 139:25
opposing   39:18
ops   96:20
   252:13 253:23
   256:8
optimization
   252:13,18
   253:25 255:3,9
   255:13,18
optimize
   252:18 254:18
optimized
   252:21 253:14
   258:23
order   138:8,25
   139:19 209:4
organic   84:19
   159:10,10,13
   159:16 164:4
   164:10,23

165:7,16,21
   166:7 180:6,14
   274:25 323:12
   369:1
oriented   69:18
original   12:24
   258:19
orise   361:5
outcome
   134:16 192:16
   249:22 254:10
   271:1 280:18
   294:1 298:11
   298:17 381:17
outcomes   92:14
   270:22 344:6
   345:7,15
output   147:8
   147:10 326:9
outputs   88:19
   379:6,6
outside   21:9
   42:8,12 65:22
   66:11,14 92:15
   94:11 152:16
   153:2 368:11
overall   30:13
   237:23 243:12
   294:4 298:14
   299:14 312:16
   316:5,10
   338:21 353:25
   356:5,8,9
   377:12

overlaid   214:11
overlap   220:12
overlay   213:11
   215:16,19
   341:11
overlooked
   69:11
owing   175:8

p

p   2:1,1 3:1,1
   122:12
p.m.   169:12,14
   169:14,16
   281:25 282:2,2
   282:4 348:17
   348:19,19,21
   379:25 380:2
pa   151:9
packed   377:7
page   4:2,7 5:4
   6:4 26:13 28:7
   41:18,22,23
   48:23 53:12,21
   63:19 64:15,22
   64:24 68:22,22
   68:23 69:2,2,4
   71:23 73:4
   80:5 84:8
   87:21 89:2,9
   89:14,25 90:20
   93:5 94:13
   95:14,15,19
   98:24 100:6,7

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 442 of 480

100:8,9 103:2
107:1,4 110:24
111:1 112:22
113:14 115:11
116:14 117:18
117:19,25
118:3 119:4,6
122:1 125:8,14
126:10,23
128:10 132:10
137:14 140:14
141:2,3,14
143:18 144:18
145:11 146:4,8
150:15 154:10
154:10,15,22
156:1 160:10
160:10 169:24
170:16 174:10
174:14,15,17
177:20 179:24
182:19 183:3
184:14 186:13
187:23 194:17
207:4,11
210:24 225:1
225:13 229:14
231:17 234:21
234:22 235:3
235:11,12
239:15 241:1
249:4 251:20
251:21 258:12
261:14 273:22

276:9,18 278:6
280:5,7 282:11
283:16 285:3
286:3,23 287:4
287:5 290:15
293:10,10,12
295:18 297:2,6
297:19,23
299:6,7 305:10
307:8,11 308:3
308:21 310:9
311:12 312:20
314:11,25
319:24 324:24
327:11 332:20
332:20 333:7
335:4,12,16
337:7,9,17,20
337:22 338:7,8
339:24 342:23
343:1,3,9,10,23
346:14 347:1
349:3,8 358:25
359:1,1,2
362:21 363:5
369:15 371:19
371:22 374:2,2
374:8,11 383:3
383:6,9,12,15
383:18 384:2,5
384:8,11,14,17
**pages** 59:7 84:7
89:3 119:9
225:5 291:18

334:19 360:11
369:16 382:3
**paid** 25:9 45:17
46:25 47:7,8
**paired** 230:1,3
231:21
**panel** 5:8,19
17:16 224:12
224:18,19,22
225:17 226:9
242:8,9,15,15
243:19 250:14
330:19 331:3,4
331:21 332:9
332:17 333:11
333:19 335:2
339:9
**panels** 16:23
17:12 18:9
85:14
**panko** 47:25
**paper** 60:4
360:25 364:8
**papers** 331:14
331:15
**paragraph**
26:15 41:21
42:2 64:24,25
66:4 67:2 69:4
69:8 70:7 73:6
73:7,9 74:15
75:4 80:11,16
84:12 85:19
88:7 92:13,17

93:20 94:20
96:4 99:7
111:6,16
112:21 126:11
132:13 141:6
152:14 160:14
170:3,3 185:10
188:21 208:14
210:19 229:19
244:7 249:9
252:3 274:10
276:12 284:2
284:12 293:17
320:4 321:8
323:8 325:22
338:15,19
344:22 363:8
366:3 371:22
**paragrapher**
88:7
**paragraphs**
322:23
**parameter**
49:18 67:12
69:22 70:5
71:24 72:3
90:12 155:21
158:15 183:13
183:25 187:15
190:10 206:15
211:20 233:6
263:12 264:15
265:9,13
267:12 269:10

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 443 of 480

269:19,20
271:4 272:1,13
272:19 287:9
315:22 326:10
340:20 347:12
**parameters**
71:15 72:8
73:19,22 74:1
74:2,17 75:5
76:3,12 80:20
90:11 148:1
149:21 157:24
158:20 168:14
175:7 178:3,4
178:12 183:23
205:6 206:7
257:2 260:22
262:8,12 264:3
264:17,24
265:21 267:14
267:22 271:18
303:11 304:17
304:20,22
326:16 347:11
**parametric**
80:20,20
**parentheses**
117:21 250:4
**parenthesis**
282:25
**parenthetical**
152:4 170:12
**part** 22:14,19
24:15 29:22

36:9 55:13
96:9 125:14
135:8 163:19
189:22 207:8
210:21,23
233:14 293:1
320:19 350:22
375:11
**partain** 17:8,13
17:17 18:20,25
**partial** 76:22
**participant**
325:10
**participate**
188:23
**particles**
178:23,25
**particular**
85:25 86:23
158:4 168:7
208:14 211:3
249:24 275:20
340:6 367:7
**parties** 381:14
**partition**
159:11,16
160:6 164:7,11
164:24
**partitioning**
180:4,12,18
**parts** 64:16
**party** 381:15
**passes** 218:25

**past** 32:18,21
32:24 33:13
93:25 244:18
245:1,1,8
344:7 345:7,15
359:10,21
370:21,24
371:4
**pathway**
151:12 152:10
188:4 195:3
197:24
**pattern** 340:4
**pce** 4:22 93:25
95:1,9 96:16
97:1,25 107:20
107:25 108:8
108:12,22,24
109:5,14,23
110:4,12 111:3
111:23,25
112:6,8 113:5
113:10 114:10
114:15 115:15
121:22 123:5
123:10,17
124:4 125:23
126:20 127:5
127:22 128:5
128:18,24
129:2,4 131:13
132:17 141:7
141:23 143:23
144:8 147:24

148:10 149:3
150:23 151:19
151:20 152:1
156:11,21,23
157:1,6,17
160:19,25
161:8,22,22
164:12 180:11
180:21 185:12
186:19 188:5,7
188:11 191:19
195:6,8 198:5
198:9,12
200:13,25
203:24 204:11
204:16,23
205:1,11,16,17
208:16,20
213:9 215:12
230:5 235:19
235:21 236:5
236:14 237:5
250:3 251:1,7
252:21 256:6
256:12 257:7
257:22 258:17
258:23 259:20
260:7 261:20
276:24 277:8
307:15 349:10
350:7
**pdf** 268:4 269:9
269:15,20
270:11,25

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 444 of 480

271:18 272:23
272:24
**pdfs** 266:10
**peak** 364:3
**peer** 5:19
331:21 332:8
**pennsylvania**
2:18
**people** 19:10
21:14 57:16
78:19 88:18
338:23 375:18
378:11
**percent** 126:20
127:8 132:17
225:25 226:1,7
258:25 259:7
259:23 260:14
268:19,21,22
269:8 271:1
351:3,6,15,20
**percentage**
133:1,20 134:2
134:3,15
**perfect** 83:22
**performance**
51:20
**performing**
338:20
**performs** 153:2
**period** 21:4
84:25 97:2
99:23 113:2
127:1 128:23

161:3 226:24
227:19 232:3
245:23 246:21
284:7,10
**periods** 118:19
122:22 170:11
333:14
**permanently**
118:14
**person** 17:21
51:16 176:22
176:24,25
239:12 328:14
**personal** 46:22
**personality**
177:6
**personally** 19:9
19:16 55:22
57:5 331:17
**perspectives**
344:12
**pertinent**
282:21 320:9
344:12
**peter** 331:10
**ph.d.** 21:16,21
22:3
**phase** 54:13
148:25 339:17
**phases** 350:17
**phenomena**
77:19 78:1,7
78:14,25 79:9
79:21

**phenomenon**
74:7
**phonetic** 47:14
48:1 151:1,9
151:10 207:13
207:14,14
331:7,8,8,9,10
331:10,11,11
360:17
**phrase** 166:17
**phys** 221:16
**physical** 73:18
73:21 74:7
77:19 78:1,6
78:14,25 79:8
79:21 131:9
**physically**
284:7
**physics** 221:17
221:18,21
299:18 300:4
300:19 301:23
302:5
**picks** 265:10
269:15 272:23
**pima** 375:5,5
**pink** 256:16,19
257:6,6
**pipe** 126:15,18
132:16
**pipeline** 366:18
**pipelines** 99:18
365:19,25

**pits** 375:25
**place** 169:1
**placed** 70:4
**plaintiff** 242:22
**plaintiffs** 2:3
7:23,25 8:2
10:11,14
242:20
**plan** 363:15
**planning** 58:24
**plant** 36:22
37:5,10,11,13
49:18 56:1,19
96:18 99:16,17
100:1,2,20
111:25 112:2,8
113:8,11
114:11,16
120:3,6,17
121:11 122:10
123:13 127:6
128:20 129:5,9
130:2,17,19,24
130:25 131:3
131:15,16,22
132:4 134:18
135:17,21
138:18,23
139:25 148:6
155:23 205:19
228:25 247:4
247:13 250:6
251:9 252:20
252:24 253:3

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 445 of 480

256:7,13,22
257:24 258:18
259:13,21
260:3 261:21
277:1 278:14
278:24 282:22
283:8,9 307:17
309:9 313:18
313:23 316:8
316:14,25
317:7,16,20
318:1,6,14,16
319:7,9,13,16
319:18 322:16
327:22 333:17
352:7 353:3,10
354:4 356:2
375:10
**plants** 126:4,8
334:2 358:15
**plausible** 366:6
**playing** 146:1
**pleasant** 2:5
**please** 7:16
20:25 37:20
38:3 47:1 61:1
69:8 72:22
75:3 79:2
80:17 83:14
84:13 87:5
95:15 98:24
103:3 106:6
107:22 117:6
121:4 127:17

132:20 142:2
143:18 168:3
174:11 175:21
177:3 194:9
197:3,17 201:4
220:5 224:6
228:16 236:10
283:21 291:21
296:18,23
308:16 359:25
**plot** 213:8,19
213:21 215:12
303:4
**plots** 311:1
**plotted** 305:22
**plotting** 214:16
**plume** 159:5
199:7 250:22
250:24 354:7
**plumping**
200:9
**plus** 138:25
139:19 341:15
**point** 5:6,15,18
19:20 27:6
29:16 36:14,14
53:23 54:13,17
55:11,16,24
56:6 60:14
125:24 128:22
139:9 140:2
149:12,15,24
149:24 153:13
153:24,25

173:22 174:4
175:17 177:13
177:21 179:11
180:20 181:7
181:24 183:17
187:14 195:18
198:21 201:15
211:25 216:17
216:18 217:4
217:14 232:8
232:17,23
237:23 265:17
270:24 273:6
274:19 275:24
276:7,25 277:8
277:15 278:12
279:12,20
280:17 282:7
283:8,19,23
284:22 285:2,3
285:11,16,17
286:8,10
287:10,11,12
287:16 288:10
289:25 299:4
304:24 305:14
307:4,16 308:8
308:10 309:3,4
309:9,14 310:7
310:16 312:4
312:15,15,16
313:23 316:11
316:13,25
321:25 323:7

323:13 324:1
324:16 326:19
326:24 327:21
327:22 328:9
328:11 329:5
333:6 338:2,4
338:4 339:18
340:4,12,14
341:2,9 347:4
347:7,8 349:11
350:10 354:24
358:9,21
366:20
**pointed** 250:1
250:11 347:2
**pointing** 64:14
**points** 9:8
26:16 149:10
199:21 201:14
243:12 268:4
270:10 309:15
310:4 366:11
**pollution** 39:21
40:1,4,24
**pomerank**
331:10
**population**
23:25 24:6
25:23,25 26:3
26:4 378:9,10
**porosity** 167:8
175:5,9 177:16
178:4 179:9

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 446 of 480

**porous** 161:23
**portion** 74:14
  77:17 376:9
  377:10,13
**portrayed**
  141:9
**position** 216:3
**possible** 74:9
  77:21 79:23
  222:11 227:22
  257:14,19
  258:3 264:8
  265:5,20 266:6
  266:21 267:9
  267:10,22
  268:23 269:25
  270:10,22
  271:12
**post** 12:19
**potential**
  274:24 363:12
  376:20
**potentiom**
  188:2 194:24
**potholes** 152:6
  153:6
**practical**
  299:25
**practices** 90:15
  152:21 347:16
**precedence**
  184:1
**precise** 70:24

**precision** 70:20
**predevelopm...**
  96:11
**predict** 33:25
  33:25 70:22
  354:8 359:10
  359:21
**predicted** 45:7
  199:10 230:6
  232:13 236:5
  237:5 244:25
  255:1 355:19
**predicting**
  245:1,2 247:19
  348:7 370:10
  371:8
**prediction** 70:5
  244:22 245:7
  352:18
**predictions**
  32:22,24
  237:10 244:16
  247:20 352:6
  354:11,19
  370:5
**predictive**
  65:22 66:11,14
  67:3,4,6,10,14
  67:18 69:12
**predicts** 244:18
  245:8 302:19
  353:2,2
**prefer** 27:25

**pregnancy** 94:4
**pregnant** 85:1
**prepare** 10:4
  10:19,22 200:2
  339:6
**prepared** 13:4
  288:4
**presence**
  376:15 381:9
**present** 3:4
  54:6 62:11
  125:23 180:7
  244:17,18,21
  244:23 245:2,2
  245:7,8 247:4
  247:8,9,11,17
  247:21 248:1
  292:6 354:9
  364:6 370:19
**presented**
  100:22 287:15
  326:7,12
**presenting**
  352:2
**presents** 370:5
**pressure** 364:1
**presume**
  332:18
**pretty** 294:2
  298:12
**prevention**
  26:23 85:5
**previous** 141:3
  246:10 321:24

**previously**
  276:23 313:9
**primarily**
  318:3 339:9
**primary** 113:6
  113:9 114:9,20
  151:12 152:10
  377:24
**principle**
  376:18
**principles**
  89:18 90:2
**prior** 16:8,13
  16:17 17:5,17
  17:20 294:21
  295:12 314:10
**priority** 70:3
**private** 376:11
  376:19
**pro** 296:9,13
**prob** 16:7
**probabilistic**
  96:24 261:24
  262:2
**probability**
  265:8,11,14
  272:17
**probably** 11:9
  15:6 16:6
  18:10 23:8
  41:5 46:3
  50:10,22 55:8
  59:1 88:17
  92:16 151:22

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 447 of 480

152:12 156:13
156:24 183:14
183:23 186:3
187:20,22
188:14 200:16
204:2 212:13
217:12 224:21
226:4 232:2,4
239:6 243:6
247:14 255:14
295:7 300:13
323:23 331:14
332:15 349:22
350:18 354:19
**problem** 39:21
40:2,4 65:17
66:24 78:23
171:7 223:1,2
**problems**
231:11
**procedural**
64:2,4
**procedure**
252:13 272:7,9
272:25 321:4
**procedures**
90:14 321:5
347:15 348:1
355:6,8
**proceed** 292:21
**proceeding**
69:16
**process** 71:18
73:18,19,21,23

77:14 85:23
96:9 97:8,12
97:13,22
134:11,14,14
148:20 152:2
154:7 180:15
182:7 183:7
186:5 218:22
221:20 244:20
255:9 275:18
284:22 320:19
320:25 321:10
328:3
**processes** 66:22
68:5,7,9,11,13
68:15 78:22
131:9 148:22
156:18 175:1
217:7 246:5
323:16
**processor**
175:13
**produce** 355:14
**produced**
152:3
**production**
6:19 99:3
**products** 122:9
182:24 183:2
191:19 200:25
**professor** 4:8,9
7:14 14:5,8,15
22:22 23:1,2
23:12 25:19

27:12 29:9
48:22 51:13
53:11 54:24
60:18 62:2
63:6,19 64:25
66:3 74:13
75:4 81:5
83:18 84:6
85:7 88:20
89:17 93:12
102:17 106:22
117:25 124:19
128:2,12
130:11 131:12
135:23 136:21
139:16 140:21
169:20 170:15
174:9 176:18
177:11 189:25
197:7 206:25
224:10 234:3
238:9 240:15
241:15 244:6
248:23 253:17
274:6 279:16
279:19 282:6
283:11 285:6
286:17 289:14
290:5,15
292:16 295:17
296:16 302:2
307:11 328:6
332:4 342:17
342:22 346:22

348:25 362:2
368:22,24
372:18 379:18
**professors** 22:9
22:18
**program** 51:17
**programs**
21:19
**prohibiting**
214:10
**prohibitive**
326:6
**project** 21:4
34:5 35:6
37:16,17 51:15
243:23 316:5
316:10 378:2
**projects** 21:3,8
30:20 35:14,17
35:18 37:8
57:22
**propagation**
340:20
**proper** 65:12
91:3,13 271:17
298:9,25
**properly** 78:12
78:22 81:17
91:6 201:5
246:4 357:14
**proportionate**
366:10,15,22
367:2,6

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 448 of 480

proposal 32:5
proposed 32:17
 65:20 71:10
proposes 32:12
protect 196:3
protection
 44:14
protocol 85:3
prove 358:4
provide 26:23
 106:4 213:5
 313:11 326:15
 348:5
provided
 209:21 232:21
 375:17
providing 42:4
 100:19 213:7
ps 96:20 252:13
 253:23 256:8
public 1:16
 87:18 343:6,12
 363:20 381:2
 381:18 382:21
published
 51:11 59:15
 60:8,12 90:23
 91:11 342:3
pull 13:22
 25:13 53:3
 82:22 169:20
 205:24 224:5
 310:6

pulling 336:20
pump 258:24
 259:7 263:12
 377:6
pumpage
 119:16,25
 123:19
pumping 34:17
 35:5,20 49:16
 56:21 120:10
 121:1 144:21
 220:24 222:22
 226:21,23
 227:2,7,11,12
 227:14,22
 228:4,18
 249:25 250:7
 250:12,16,18
 250:19,22
 252:7,11,18,21
 252:25 253:5
 253:13 254:8
 256:20 257:2
 259:2,16,22
 260:17,18,23
 261:22,23
 262:17,18,19
 262:20,24
 263:9,13,14,21
 264:1,8 268:15
 268:16 280:16
 281:15 365:8
pumps 223:21
 224:1

purports
 107:19
purpose 25:24
 30:12,15 31:22
 33:21 51:1
 275:25 276:2
 366:8 369:18
 370:2,14 371:2
 371:6,13
 379:12
purposes
 118:14
put 36:13 118:8
 118:12 175:24
 205:8 218:24
 240:2 265:8
 310:4 366:19
 366:21 373:17
 379:12
puts 269:20
putting 92:16
 176:9

**q**

qualified 381:4
qualitative
 74:3,18 75:5
 75:20,23
 326:17
quality 60:7
 69:17,24 97:3
 320:6 324:15
quantify 85:25
 180:4 275:19

quantitative
 212:25 213:15
 214:3
quantity
 188:11 200:13
 203:24
question 9:9
 25:22 27:12,15
 35:23 37:3
 40:8 43:8,16
 47:21 52:19,23
 61:18 64:12
 74:22 75:11
 76:7 77:25
 79:4,15,17
 82:3,7 86:14
 86:19 87:5
 88:4 92:6,7
 93:16 98:14
 105:21 106:21
 119:25 121:4
 127:10,14
 129:7,21
 131:24 132:24
 133:7,25
 137:23 149:7
 154:6 157:22
 166:11 172:3
 175:21 176:16
 176:24 177:1,2
 187:3,5,9
 189:5 191:8,13
 192:2,22 193:1
 193:3,10 194:1

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 449 of 480

195:15,17
197:9,15,18
198:20 200:19
201:5,6 202:14
204:4,21,22
210:8 212:7
213:24 216:1,5
220:9 228:15
228:16 231:24
236:8 237:19
244:7 254:5,15
260:18 264:4
266:23 267:4,7
269:7 271:7,10
271:15 272:3
281:18 283:20
293:4,11
295:10 296:4,7
297:11 298:3
300:7,23 304:1
304:3,4 306:8
316:16 322:14
322:17 325:12
334:12 344:17
357:3 358:24
360:21
**questioning**
186:22
**questions**  25:11
31:21 48:6
57:14 83:3
91:16 146:5
157:10,23
192:6,17

220:17,23,25
229:10 232:9
234:10 235:9
250:8 273:2
280:2 282:7
288:5 289:24
291:3 293:9
296:17 325:15
329:22 330:8
341:19 358:7
379:20
**quick**  243:11
280:2
**quiescent**
126:13
**quite**  122:24
254:5 343:11
**quotes**  133:21

**r**

**r**  2:1,4 3:1
381:1 382:1
**raise**  176:6,10
176:13,15
177:9
**random**  269:13
269:13,14
272:22
**randomly**
269:11,13
**range**  23:8
65:22,25 66:11
66:14 67:3,4,6
67:10,13,14,18

67:23 68:12
82:14 126:22
140:1 162:22
162:23 163:3,6
180:17 233:3,4
235:25 236:17
236:19,22
237:14 264:2,3
264:25 265:1,4
265:9 266:4,17
268:18,20,22
270:6,20 272:1
272:18 304:16
304:22 326:11
353:2,6 358:8
358:19
**ranged**  161:1
161:12,14
**ranges**  163:24
264:15 265:25
271:5 326:7
354:17
**ranging**  138:9
139:1,20
211:13
**rank**  254:17
255:7,8
**ranked**  255:12
255:18
**ranking**  254:1
254:2
**rate**  147:24,25
148:3 155:1,5
155:7 156:23

157:11,14,17
161:5 183:6,11
184:5 185:17
185:23 186:2
186:10 187:10
188:9,10,13,14
189:6,9 190:4
190:8 191:5,22
193:7,14 194:6
195:10,12
198:15,16,22
198:24 199:5,9
200:5,15,17,21
201:10,13,21
203:19 204:1,2
204:11,12,15
204:23 205:4,9
208:16,20
209:22 211:18
212:5 214:20
216:15 217:10
217:16 226:24
264:8
**rated**  354:16
**rates**  126:2,7
155:24 156:20
186:23 187:19
188:8 193:11
193:18,21,25
194:14 195:9
198:14 199:2
206:4 214:14
214:16 215:25
216:8 219:7

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 450 of 480

246:17 250:7
250:16,19,22
287:14 288:10
303:11
**rather** 232:16
233:10 243:20
273:20 287:4
**raw** 282:22
283:7
**reaching** 356:1
**read** 12:6,10,23
27:1 28:3 42:9
64:25 66:4
69:8 73:6,9
74:15 77:17
84:12 86:4
91:6 92:22
94:8 95:5 97:5
99:20 106:10
107:11 115:24
118:21,22
161:25 162:8
162:21 165:2
178:8 185:22
188:1,21,22
190:23 196:22
197:1 209:25
231:4 243:11
264:5,9 274:14
274:15 284:12
290:12,25
291:5,17,25
292:2,9,17
295:12,17

296:11 314:3
315:9 323:9,9
331:5,14,14,15
338:19 368:8
382:3
**reading** 44:2
73:14 80:16
88:6 196:4
210:1 230:8
231:10,11,12
290:13,16,17
292:24 297:21
373:24
**reads** 198:25
**ready** 192:19
229:10 288:5
291:9 292:21
**real** 271:13,25
272:4 299:18
300:4,19
301:21 302:4
302:23,24
303:7,10
**reales** 376:22
377:2
**realistic** 259:9
259:14,15
**realities** 299:24
**reality** 65:18
357:4
**realizations**
325:25
**really** 24:4
221:22,23

226:3 274:20
295:11
**reason** 15:9
73:1 74:8
77:20 79:23
112:17,19
142:15 166:2
173:2 181:1,4
242:25 344:14
344:21 379:7
383:5,8,11,14
383:17,20
384:4,7,10,13
384:16,19
**reasonable**
90:1 267:1,6
313:11 349:13
349:19
**reasonably**
263:24
**reasons** 15:19
**rebuttal** 12:6,7
12:23 13:11,12
13:17
**recalibrated**
245:17
**recall** 17:1,4,15
19:17 30:25
31:1,4,19
39:23 41:6
46:5,9,11
47:22 51:7
52:25 58:4,18
62:14 125:6

140:8 144:12
162:17,19
170:25 171:10
207:20 208:19
236:20 241:19
300:10,10
370:23 373:12
**received** 18:21
46:13 85:3
367:11 376:4
**receiving**
207:20 214:2
317:20
**recent** 69:17
**recess** 62:24
136:16 169:13
282:1 348:18
**reclaimed**
152:2
**recognize**
14:17 62:4
290:8,19
**recognized**
171:7 292:14
314:3
**recollect**
190:11
**recommendat...**
333:19,22
339:16
**recommendat...**
333:2 340:25
**recommended**
333:11 339:3,5

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 451 of 480

**recommending**
339:2
**reconstruct**
54:9 137:20
227:24 363:15
366:6
**reconstructed**
249:20 276:13
276:21 283:18
283:23 305:12
309:1 313:17
315:16 316:22
317:3 327:18
**reconstruction**
6:8 51:17,17
85:24 90:10
93:17 96:9
97:9,22 244:15
245:5 246:1
249:19 252:4
275:19 320:19
347:10 359:9
359:20 361:21
362:6 379:3
**record**  6:14 7:2
7:17 8:21 14:3
25:17 51:10
61:15 62:23
63:3 80:7
82:24 115:25
117:19 136:13
136:15,20
139:4 169:12
169:17 171:18

175:25 176:7
182:21 189:24
196:15,17,18
196:20,25
220:7 224:8
229:8 234:7
235:7 237:20
240:1,3,8,19
248:7 255:22
281:25 282:4
291:4,9,10,21
292:5,17,20,25
334:16 342:20
348:17,22
372:11 373:1
373:23 378:23
379:25 382:4
**recording**  9:17
**records**  123:19
282:21,22,24
283:2
**red**  311:17,24
**reduce**  134:3
135:21 153:7
204:25 222:14
222:18
**reduced**  204:25
205:3 381:10
**reduces**  221:15
222:5
**reduction**
133:2 166:24
167:1 222:15

**reductions**
156:11
**reductive**
156:14
**refer**  20:1
179:14 192:6
239:7
**reference**  48:5
71:7,21 72:3
72:18 79:15
81:17 98:1
184:4 186:8,11
186:14 213:24
219:25 220:3
232:9 259:10
284:11 324:20
352:19 373:17
379:7,8
**referenced**
126:1,6,23
**referred**  157:2
321:14
**referring**  10:8
35:10 66:25
92:8,13 116:13
153:10 182:8,9
199:17 204:20
209:24 214:4
216:2 227:8
232:7 240:4
247:5,24 270:8
271:16 293:22
294:17 295:5,8
298:22 306:7

314:22 315:1
322:23 354:19
354:25 355:1
356:4 374:17
**refers**  55:8 67:3
71:9 82:11
92:8 144:20,21
199:3,4 284:18
**refine**  333:22
**refined**  186:6
**refinement**
81:4 180:15
**refining**  333:12
**reflect**  102:4
227:18 304:14
**reflecting**
101:16
**reflects**  139:5
233:6
**reflush**  222:21
**regarding**  4:12
61:11 90:25
**region**  341:18
355:24 370:22
**regional**  72:12
72:20 73:2,2
**regionally**
69:15 71:12
**registry**  26:22
84:15 274:11
**reich**  3:12 8:6
**reinjection**
377:8

Golkow Technologies,
A Veritext Division
877-370-3377                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 452 of 480

reject 32:15
relate 178:12
185:21 271:23
349:25 357:4
related 16:19
17:8,22 18:3
21:6 24:3
40:23 44:23
46:14 146:10
161:20 163:8
171:1 177:16
192:6 288:15
relates 1:8
270:19 271:11
271:12
relation 99:2
relative 74:19
80:23 81:7,25
82:10 167:1
168:19
relatively 72:18
74:4
relatives 24:21
release 285:7
285:10,20
313:16 315:13
315:13
released 364:7
releases 151:20
relevance
79:14
reliability 69:5
69:9 81:20,21
349:25 350:2,4

363:22 366:4
reliable 48:4
69:12 74:5,19
75:8 76:4,15
77:9,11 90:13
91:4,15 176:8
347:13,21
349:13
relied 107:17
134:23,24
relies 65:10
relying 107:14
remain 63:7
90:13 91:4,14
347:13
remaining
78:20 266:13
remains 65:24
remedial 370:1
377:11
remediation
37:16,17
370:16 371:2
371:13 377:24
378:3,6,14
379:1,10
remedy 377:12
remember
11:17 178:3
179:7 187:19
206:11,14
212:9 214:7
215:3 217:20
217:21 241:25

255:14,20
283:25 285:14
286:1 290:10
306:20 321:6
330:1 350:20
373:24,25
378:21
remind 63:6
removal 124:21
125:4 126:2,7
126:12,19
removals
126:14,19
132:16
remove 223:7
removed 159:4
removing
317:1
render 42:25
43:9
renee 207:14
repeat 20:23
47:1 74:23
98:14 121:4
129:19 175:19
187:9 194:18
197:15 228:15
228:16 235:7
236:8 241:3
283:20 297:12
344:18
repeating
176:15

repetitive
61:22
rephrase 75:2,3
98:15 191:17
replaced
188:12 200:14
203:25
report 4:9,10
4:16,18 5:12
5:13 6:5,13
11:1,2,13,13,14
11:15,15 12:6
12:7,11,14,23
12:24 13:4,4,8
13:13,15,17
25:11,19 26:13
28:7 42:6 44:8
44:25 48:19
50:8 84:7
88:21 89:4,5,6
91:17,22 92:8
92:22 93:4
94:12 98:9,13
98:16,24
102:12,25
103:19 106:23
110:23 119:5
124:15,20
125:2 127:4,12
132:8,23
136:24 137:2
139:12 140:11
141:9 144:12
165:3 169:22

171:23 173:3
173:16 180:22
181:9 182:15
182:18 184:13
186:18 188:22
189:6,7,15,23
192:20 196:5
198:23 200:2,6
201:19 204:7
213:5 216:12
229:9 230:25
232:6 234:9,11
234:14,19,20
242:14,17
248:17,25
249:2 251:12
252:8,9 255:22
261:8,12
262:13,15
264:9 287:15
287:17,18,19
288:7,9,16
289:1 321:3
323:17,18
324:18 326:8
328:5,13 330:2
330:4 332:16
342:4,7,12,14
346:6 349:1
358:13,25
364:7,13 368:8
368:19 369:4,7
369:10,16
370:2 373:6

**reported**
145:21 151:18
156:11 160:23
161:6,18
162:13,22
163:24 200:5
203:16 206:9
230:25 270:19
288:10 320:5
326:12 328:13
329:2,5,12
366:24
**reporter** 1:15
6:19 8:14,23
9:13 22:15
38:16,17,19
49:22 54:20
87:10 91:18
104:10 138:13
138:19 148:4
151:4 164:19
198:1 220:11
240:21 251:3
255:15 275:7
275:12 314:23
330:23 334:9
376:1,23
**reporter's** 6:18
**reporting**
172:17 202:24
203:1,5
**reports** 5:6
11:3,8,10
12:13,17 13:11

49:1,5,9 50:4
52:6 53:22
90:24 91:12
93:1 140:7
171:20 172:10
172:12 173:23
174:4 190:15
216:7 217:18
274:4 288:10
349:12
**repository**
283:2
**repre** 189:8
**represent** 71:8
72:6 189:8
191:21 272:18
281:3 284:8
299:20 311:18
311:24 349:13
360:13
**representation**
65:18,25 67:23
68:12 215:4
238:5 270:25
303:19
**representations**
74:10 77:22
79:24
**representative**
18:2
**represented**
66:23 68:1
175:2

**representing**
77:12 257:7
268:18,20
273:3
**represents**
272:13,19
302:17 304:2,5
**reputation**
47:19
**request** 177:8
344:2,5 345:12
345:13,18
346:3
**requesting**
31:14
**requests** 22:16
49:23 54:21
87:11 91:19
104:11 138:14
138:20 148:5
151:5 164:20
198:2 240:22
251:4 255:16
275:8,13
314:24 330:24
334:10 376:2
376:24
**required** 175:4
267:1
**requires**
325:24
**reread** 197:8
**rerecruited**
344:10

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 454 of 480

**research** 20:3
20:14,16 23:20
23:22 24:2
25:23,24 26:2
26:3,18 30:6
31:16 32:11
34:18 43:25
344:1
**researchers**
69:25 70:3
**reser** 20:3
**reservation**
65:15,21 66:12
375:12
**reservations**
65:2
**resided** 85:1
**residential**
375:8
**residents**
376:10
**residual** 375:24
**resolution**
161:2
**resolve** 378:13
**resource**
341:20 342:1
**resources** 6:12
59:11,14 60:2
65:8 81:3
144:2 326:6
368:18 369:4
**resp** 360:16,23

**respect** 115:25
140:4 263:22
271:1
**respective**
129:1 213:8
215:11
**respectively**
185:15
**respond** 43:17
176:25
**response** 75:23
82:13 344:2
**responsible**
329:8,19
**restart** 222:22
**restriction**
258:24
**result** 75:23
93:24 151:22
172:16 204:16
205:17 263:4
271:3
**resulted** 200:7
**resulting**
137:18 249:21
**results** 65:6,9
122:16,16
124:7 161:19
199:6,10 205:7
209:21 211:12
211:16 212:20
213:22 214:5
214:16 215:2,8
216:7 230:5

232:15 238:17
238:19 244:25
252:24 256:7
298:21 304:10
313:10,12
314:4 315:10
315:15,17,23
317:1,4 326:11
326:14 347:5
348:5,6 349:23
350:15 351:19
352:1,3,18
355:19,23
357:11,17
363:25 364:10
366:14,22
370:5
**retained** 6:18
15:25 16:14,17
17:5,18,20
58:16
**retardation**
158:4,9,12,17
160:14,18,24
161:4 162:4
165:19 166:19
166:22 167:3
167:10,15,24
168:5,8,12,16
168:17 170:13
170:20 172:17
172:19,21,22
172:24 175:11
179:14,16

246:16
**retired** 23:2,6
38:25
**retirement** 25:2
25:5,6
**return** 65:5
**reuse** 336:8
**revealed**
126:11
**review** 5:19
10:18,23 11:3
11:8,10,19,20
12:17,22 42:3
55:22 56:12,17
59:22,23 60:4
85:5 249:6
331:21 332:9
332:17 344:2,5
344:10,13
345:12,13
346:1,3
**reviewed** 11:1
11:12,13,14,22
12:13 43:24
50:23,25 51:1
56:8 57:8
323:23 325:11
346:3
**reviewer** 6:6
58:19,23 59:3
59:5,10,13
60:1,11 360:4
360:11 361:7

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 455 of 480

**reviewing**
  50:20 56:4
  224:22
**reviews**   330:10
**rice**   2:4 16:15
**rifle**   358:8,19
**right**   11:23
  12:8 21:23
  22:22 32:8
  36:23,24,25
  37:7 40:12
  41:9 44:4 45:9
  45:14 47:4,6
  48:3,9,13,25
  50:15 53:20
  62:22 63:1,4
  72:1 77:7
  79:17 82:11
  83:10 89:3
  93:20,21 94:16
  96:3 98:1,2,5
  98:20 101:11
  104:15 105:3,4
  108:16 111:6
  111:10,15,22
  116:16 117:16
  120:18 121:3
  122:3,6,21
  123:18 124:6
  125:11 128:12
  132:11 133:13
  134:25 136:12
  136:14,18
  140:16 142:25

144:23 145:10
145:18 150:20
150:22 154:14
154:24 156:4
157:4,5,7,9,15
159:6,8 160:5
160:7,9,13,13
162:25 163:9
163:11 164:8
167:21 168:15
169:11,15
170:22 176:9
178:10 179:21
179:25 183:4
184:16,20
188:25 189:20
190:18 192:21
193:1,4 201:23
202:13,25
204:13 210:25
211:9 212:9
213:4 214:15
214:22 215:10
219:6 222:6,7
224:9,23 225:3
228:1 229:2,4
229:17 231:17
231:20 232:25
235:25 238:6
238:18 239:22
242:20 248:21
249:4 251:10
252:2 255:4,24
256:24 257:10

257:13 259:24
260:15 261:11
263:13,16
264:12 271:5
274:5 276:18
280:2 281:17
281:24 282:3
282:12,18
292:2,7 294:20
295:2,13
297:22 298:1,4
299:3,5 301:15
302:9,23 303:8
303:9,14
308:23 310:21
317:22 320:3
325:1,20 327:9
328:17 330:15
330:17,22
335:10,18
337:4 341:23
341:25 342:2,9
343:21 345:19
346:19,24
348:11,16,20
350:21 352:20
352:22,23
353:10 356:3
357:3 359:5,7
367:4 369:19
371:5,14
372:21 373:25
379:14,24

**rightly**   353:2
**risk**   4:15 44:23
  63:16,20,21,24
  63:24 64:3,4
  64:19
**risking**   176:7
**risks**   376:20
**river**   59:18
  358:9,20
  359:16 375:12
**road**   376:22
  377:2
**rob**   208:3
**robert**   5:16
  208:3 289:20
  290:6 293:13
  293:18 297:1
  299:9 300:2
  331:7
**roberts**   160:23
  161:18
**robust**   325:23
  326:14
**rod**   377:8,23
**rodriguez**   3:5
  7:3
**role**   50:19
  51:14 52:2
  57:15
**rolling**   291:11
  291:23
**roman**   84:8
  95:16 342:24
  363:6

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ      Document 372-6      Filed 04/29/25      Page 456 of 480

| | | | |
|---|---|---|---|
| **rotated** 226:4 | **s2.74** 280:5 | **santa** 375:12 | 96:8 99:2,12 |
| **route** 200:9 | **s2.99** 280:9,14 | **satisfactory** | 100:14 101:1 |
| **routinely** 152:1 | **s6** 174:17 325:8 | 65:6 | 101:12 102:6 |
| **row** 113:4 | **s6.14** 174:10 | **satisfied** 303:18 | 103:7,20,22,22 |
| **roy** 151:24 | 177:20 179:24 | **saturated** | 104:22 105:11 |
| **rubinstein** 65:3 | **s6.14.** 174:12 | 153:13 216:19 | 105:14,16,24 |
| 65:4 | **s6.16.** 287:5 | 217:23 218:21 | 105:25 106:8 |
| **run** 33:6 77:4 | **s6.17** 287:5 | 219:15 | 109:24 112:15 |
| 206:4 219:24 | **s6.17.** 286:23 | **sauntner** | 112:16 113:5 |
| 225:25 226:1,6 | **s6.23.** 327:15 | 207:13 | 117:23 118:12 |
| 226:17 227:20 | **s6.44** 327:13 | **savannah** | 122:3,8 124:23 |
| 229:9 246:6 | **s6.5** 287:6 | 31:13,15 | 125:20 126:11 |
| 256:8,12 257:1 | **s640.45.** 325:17 | **saw** 108:23 | 128:13,16 |
| 258:8 259:7 | **s645** 319:24,25 | 185:22 | 132:14 137:6 |
| 266:1 267:1,8 | 324:25 | **saying** 9:13 | 137:17,24 |
| 270:14 | **sabatini's** | 34:24 87:14,23 | 138:1,2,10 |
| **running** 227:11 | 11:13 13:11 | 91:10 92:3 | 139:11,17,21 |
| 268:3 292:25 | **salary** 46:25 | 101:7,10 127:4 | 143:20 146:9 |
| 372:1 | 47:7,8 | 138:6,11,16 | 146:15 147:13 |
| **runs** 215:20 | **sample** 212:22 | 181:3 186:17 | 147:17 150:23 |
| 265:17 269:23 | 270:24 | 194:4,6,7,13 | 151:18 155:4 |
| **rw1** 110:11 | **samples** 143:24 | 203:9,11 | 156:10 160:18 |
| **rw2** 110:15 | 161:10 212:20 | 214:19 234:2 | 170:3,7 174:22 |
| **rw3** 110:20 | 236:5 307:16 | 237:20 249:9 | 177:19,24 |
| **résumé** 4:8 | 310:16 | 287:23 317:13 | 180:2 183:6 |
| 14:5,18,20,20 | **sampling** | 353:24 | 184:5,17,22 |
| 30:7 41:6 59:7 | 327:20 376:14 | **says** 28:7,10,13 | 185:12 188:2 |
| | **san** 375:11 | 29:4 42:3 | 189:6 194:17 |
| **s** | **sand** 160:25 | 48:25 63:20 | 194:20,22 |
| **s** 2:1 3:1 20:10 | 161:11,23 | 70:12 71:23 | 202:6 203:23 |
| 281:13 282:11 | **sands** 161:9,23 | 79:8,18,20 | 207:4,13 |
| **s2.12** 284:1 | 161:24 162:24 | 85:19 89:24,25 | 208:13 209:20 |
| **s2.12.** 283:16 | 163:7,24 | 90:9,23 93:22 | 211:2 213:4 |
| | | 94:16 95:19 | 215:11 224:24 |

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 457 of 480

225:23 229:18
229:19 231:20
242:3 243:11
244:10,11,14
249:18 252:6
258:17 261:19
268:17 272:12
274:9 276:21
278:7 280:12
280:24 282:20
284:4,6 287:8
293:16,25
299:13 305:12
307:14 308:24
309:10 310:14
314:6 315:9,10
316:4,20 317:3
318:4,5 325:22
327:17 332:8
333:5 339:24
340:3 343:12
343:23 344:1
345:13 347:9
349:9 359:8
363:10 366:4
368:25 369:3
369:21 372:25
373:25 375:2
**scale**  153:23
160:24 161:18
180:3 220:2
280:23 281:5
370:7,10

**scales**  311:8
**scarcity**  69:23
**scatter**  141:10
233:11 234:14
**scenario**
261:21,22
262:17,17,23
262:23,25
268:12,13
**schedule**  49:16
227:24 228:7
228:20 249:25
250:13 253:5
254:13 256:8
256:12 258:19
258:19,20,22
259:6,21 260:6
260:9,23 263:9
264:8
**schedules**
220:24 252:8
252:11,19,21
252:25 253:14
253:14 260:17
327:21 364:3
**school**  26:18
**science**  193:3
**sciences**  341:24
**scientific**  90:1
91:3,13 94:6
193:11 194:2
203:15 349:14
349:20 359:12
363:21

**scientifically**
90:14 92:10
201:4 347:14
**scientists**
344:11
**scope**  30:4
344:10 369:19
**screen**  221:10
221:14,25
222:8,13
223:13
**screened**  221:2
221:5
**seal**  381:18
**second**  65:15
90:8 103:22
111:14 188:19
207:9,10 211:2
215:10 297:23
299:17 320:4
347:7 359:8
371:22 374:1
374:21
**seconds**  219:3
**section**  28:3
79:24 89:17
108:20 109:12
156:3 174:21
182:11 185:9
185:19 236:3
249:6 277:4
282:18 285:6
326:8 332:24
333:1,3,10

337:25 338:2
338:11,14
341:8 359:6
369:18
**sections**  53:23
89:21 340:17
341:18 375:3
**see**  12:1 26:15
42:2 48:10,25
50:6,11 53:20
62:13 69:5
73:16 75:24
80:14 82:17
89:21 90:6,20
91:1 93:13,18
93:22 94:18
95:21 96:6
99:5,10 100:11
101:2,9 103:5
103:21,24
104:25 105:1,6
106:7 107:3
108:15 109:9
109:18 110:8
110:14,17
111:5,7,9,20
112:4 115:9
117:2 118:10
119:13 123:2
124:2,25 125:9
128:14 135:15
137:15 138:4
139:2,25
140:22,23

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 458 of 480

141:12,16,21
142:23,23,25
144:5 146:12
146:14,21
147:20 154:16
155:2 156:5
160:16 170:5
183:8,15
184:18 185:19
186:4,14
198:19 203:14
207:6 210:5
212:24 213:21
215:9 219:24
229:21 238:16
239:5,13
244:12,17
245:7 249:11
249:15 256:3
260:1 274:8
276:14 280:10
287:6,22
293:23 299:11
307:23 309:23
310:18,21
315:24 318:24
321:12 322:10
327:24,25
335:12,20
336:1 338:17
355:23 374:20
**seeing** 233:11
261:17 262:25
263:4 360:19

**seems** 38:21
54:2 143:2
152:22 162:14
163:16 235:23
243:2 280:19
294:1 298:12
299:13,22
**seen** 125:2
127:12,13
132:23 170:15
201:18 332:13
347:3 361:12
**select** 162:11
269:11,12,12
272:1
**selected** 54:10
143:22 163:13
230:2 231:21
264:3 265:25
267:15 269:9
269:10 271:17
284:8 305:14
309:2 323:12
369:1
**selecting**
287:13
**senate** 18:2
**send** 19:10,15
60:4 313:8
**sense** 201:6
228:23 239:6
262:22 298:20
326:17 329:19
351:18,22

353:13,25
355:13
**sensitivity**
49:19 90:13
233:5 285:8,10
285:20 313:14
313:19,25
314:13,15
315:10,19,21
316:12 322:10
326:8,12,16
329:23 347:13
**sent** 239:12
**sentence** 99:8
111:10,23
113:5 118:8
132:14 154:25
183:5 188:1
193:4 200:3
211:2,4 215:10
249:14 293:21
300:1 313:9
359:8 363:9
**sentences** 284:5
**separate**
377:19
**separately**
34:21 142:13
149:10 340:22
**september**
109:16,23
156:12 185:14
185:25 199:22
202:7 203:1

290:7 293:13
297:1 299:10
**septic** 147:18
148:19 151:15
151:21 152:8
**sequence**
245:10 280:18
290:17 300:10
**sequential**
96:23
**sequentially**
227:20
**series** 141:10
**serve** 15:15,20
40:20
**served** 40:16,18
58:19 94:21
**service** 101:23
102:4 103:17
103:23 105:11
105:15,17
106:2 113:23
114:6 118:9,13
226:22
**services** 7:5
84:16 274:12
**serving** 6:9
14:23 361:22
362:7 363:16
**set** 8:23 44:13
45:2 53:1
57:11 63:10
82:20 102:7
124:10 127:16

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 459 of 480

247:12,13
248:15 270:4
279:1 284:24
286:8 289:9
304:23 308:9
308:12,17
319:20 330:6
334:6 356:17
361:18
**setting**  39:8,9
39:15 44:17
**seven**  54:11
97:2 115:12
124:13 303:1
310:22
**seventh**  113:1
**seventy**  332:21
**several**  21:8
30:22 34:18
50:10 56:16
58:13 237:13
246:19 376:5
**shape**  356:5,8,9
**sheet**  383:1
384:1
**shorter**  31:4,8
31:10 232:3
**shorthand**  1:15
**show**  54:2
123:5 184:25
228:18 262:11
309:18 311:8
347:5

**showed**  216:7
226:20 228:4
**showing**  100:18
103:13 119:24
120:4 186:19
186:24 235:18
235:24 236:4
253:9 266:3
281:9 309:5
328:5
**shown**  118:18
188:2 194:25
306:17 308:7
317:4
**shows**  103:16
113:22 123:8
141:23 142:6
256:6 257:17
262:16 280:14
281:13 305:21
305:25 312:3,6
354:1
**shriver**  95:3
151:18
**shut**  114:11
119:2
**shutdowns**
118:15
**sic**  125:3 313:8
**side**  10:9 11:19
39:18 40:4,6
140:22 154:24
350:19

**sides**  40:1
**signature**
381:20 383:23
384:23
**significant**
73:21,22
114:22 115:9
126:14 127:7
147:8 188:11
200:13 203:24
249:23 253:1
352:7
**significantly**
114:16,17
165:23 209:12
**silt**  161:9,23
**silts**  161:14,24
163:2,7,24
**silverstein**  3:17
8:13
**similar**  161:24
174:23 177:22
179:10 182:1
182:14 232:19
284:4,14 355:6
355:6
**similarly**  55:3
72:20 170:13
203:22
**simple**  77:15
96:15 128:17
129:14,22
130:13,22
131:7 134:8

180:5 272:9,12
277:2 278:11
339:16
**simpler**  24:1
74:6,20 75:8
76:4,16 78:22
243:20 339:13
340:24
**simplified**  74:9
77:21 79:24
**simplistic**  73:7
73:17
**simulate**  98:11
98:21 131:9
132:4 175:4
178:1 257:22
299:16,22
370:7
**simulated**  98:9
107:19,25
122:8,12,18
124:7 128:24
131:13 134:3
141:6 212:20
212:22 213:9
214:11 215:6
215:12 216:10
229:24 230:5
235:18 236:14
237:22 256:6
258:17 259:20
276:22 305:12
309:1 311:25
312:3 313:10

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 460 of 480

313:12 314:4
327:18 347:18
349:9 350:6
351:2,14
352:16 371:23
**simulates** 370:4
**simulating**
96:11,13,19,21
97:23 265:20
325:24 369:22
**simulation** 4:20
49:12 52:3
54:12,15 78:7
79:1 80:19
96:23,23
123:17 127:20
128:4,23
137:19 201:22
202:1 215:21
236:6 252:12
252:17 253:25
261:25 262:1
265:19 266:3
267:8,21
270:16 323:11
326:2,3,3
329:8,18 330:3
350:18 370:12
371:23
**simulations**
19:19 20:2
26:17 49:20
74:9 77:21
78:2,15 79:9

79:23 97:3
203:21 229:9
249:25 262:7
264:16 265:3,4
266:10,24
268:3,19,21
328:8,10,19
329:4,11,17
363:23 366:8
**singh** 331:10
331:13
**single** 36:17
96:13 204:18
**sitdown** 40:10
**site** 40:9,13,16
52:14 56:11,12
71:14,17,20
76:22,25 77:3
90:3 124:5,8
145:9 152:5
162:16,18
166:13 175:8
180:13 184:3
232:19 254:9
263:25 264:18
264:23 267:15
267:15,19
272:14,20
284:16 321:20
322:12 329:7
330:3 352:19
353:1 356:23
359:13,16
370:9,12

373:13,13,15
373:18 375:3,7
375:12,17
376:10,21
377:10,12,13
379:6,9
**sites** 37:15
324:2 327:1,2
327:3 328:18
367:10
**situations** 75:7
76:2,13 267:10
**six** 5:5 80:8
96:22 103:25
173:22 174:3
197:19 210:7
260:12,13
286:11 319:21
322:19,20
323:10,20
324:6,24 325:2
325:3 326:2
328:5,7 329:3
329:6
**sixty** 276:17
**size** 269:24
270:6 313:16
**skip** 152:4
205:25 234:25
335:19
**skipping** 83:9
83:10 170:12
250:4 282:25

**sl** 119:20
**slash** 104:14
**slide** 265:18
**slightly** 141:1
**slowly** 168:19
**small** 72:18
76:14 314:16
315:15,19
**smaller** 218:5
377:19
**smelling**
376:11
**smoothly**
244:19 245:9
**snapshot**
299:21
**snip** 231:14
**society** 58:24
**soft** 38:10
**softly** 61:19
**soil** 151:14,15
152:8,9 158:2
159:1,3,7
165:24 166:23
175:6,10
177:17 178:5
178:21,24
179:9 180:7
183:22,23
216:24,25
375:22 377:22
377:24
**soils** 183:15

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 461 of 480

sole   94:23
   375:15
solid   153:1,5
   256:15 257:6
   258:19 260:6
solute   161:21
   370:4,12
solution   69:20
   255:8 355:10
solutions   265:5
   266:6,21 267:9
   269:25 353:15
somebody
   134:23 135:3
   192:20,20
   234:10
sophisticated
   70:21 74:5,19
   75:7 76:5,11
   76:14 77:5,10
sophistication
   70:5 71:5
   73:24 211:6
sorption
   174:22,22,24
   175:1,3,4,14
   177:21,22
   178:1,9,13,14
   178:18,24
   179:4,15,19
   182:1,3,7,9,11
   182:14
sorresoto
   207:14

sorry   13:21
   14:13 20:6
   24:14 33:24
   37:21 38:4,17
   46:12 81:1
   89:9 100:7
   102:1 107:23
   136:25 140:25
   154:18 164:22
   179:23 181:2
   234:2 261:5
   282:15 286:6
   301:25,25
   311:20 333:7
   346:17 351:25
   367:23 374:8
sort   40:17 41:4
   107:14 154:25
   256:18
sorts   18:8 24:5
   56:17
source   36:14
   46:17 54:11
   94:24 149:23
   285:7,10,20
   303:12 313:15
   314:16 315:11
   315:13,20,24
   316:2,6,11
   317:14,25
   318:2,5,7,10,11
   318:22,25
   319:7,11,12
   320:18,21,23

321:1,10,17
   322:11 340:19
   341:12 375:15
   377:22
sources   25:1,4
   35:2 160:23
   180:17 282:18
   282:20 283:6
   287:10 340:5
   340:19 363:13
   376:5
south   2:5 375:4
   377:3
southern   1:3
   376:9
southwest
   375:4
space   312:16
span   100:21
spans   187:24
speak   14:10
   17:13 27:18
   37:20 38:3,6
   38:20 39:2
   61:1 72:22
   79:5 107:22
   117:6 119:20
   132:20 142:2
   168:1 176:19
   177:4 198:6
   228:11
speaking   38:5
speaks   378:5

specie   96:13
species   204:18
specific   84:22
   117:8 118:20
   140:1 155:16
   164:11,13
   167:15,17,22
   168:8 175:8
   180:9,14,16
   213:9 215:12
   296:17 317:24
   320:9 333:25
   344:9 358:6
   359:13 363:13
   363:23 370:9
   370:12
specifically
   15:25 17:3
   19:12 78:5
   83:3 139:6
   218:10
speculate   200:1
   219:20,21
speed   168:21
spend   24:10
   243:24
spent   152:1
   303:22
spiliotopoulos
   3:8 8:4 11:14
spiliotopoulo...
   165:3
spillage   151:22
   341:13

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 462 of 480

| | | | |
|---|---|---|---|
| **spiractor** | 283:17 295:25 | **stated** 275:25 | 253:16 |
| 126:15 | 304:9 321:15 | **statement** | **stay** 93:4 |
| **spiractors** | 324:7 333:16 | 90:17 92:21 | 136:22 160:8 |
| 127:6 | **started** 27:4 | 130:16 193:6 | 218:23 281:18 |
| **spoke** 17:11 | 101:8,17 | 193:11 198:22 | 324:24 349:1 |
| 58:10 | 148:13 183:14 | 231:1 235:7 | **staying** 68:21 |
| **spot** 371:24 | 183:25 186:1 | 253:8 270:9 | 73:3 94:12 |
| **spread** 370:22 | 186:22 192:24 | **statements** | 98:23 155:25 |
| **spreads** 150:4 | 211:24 216:13 | 191:25 201:3 | **stays** 219:4 |
| **squares** 154:2 | 217:8 271:9 | 234:11 | **steady** 96:11 |
| 303:7 | 330:13 | **states** 1:1 7:11 | **stenographic...** |
| **st** 146:16,20 | **starting** 18:10 | 18:2 | 381:9 |
| **sta** 146:16,20 | 33:14,16 53:20 | **station** 358:9 | **step** 339:5 |
| **stack** 83:16 | 57:17 183:17 | 358:20 359:14 | **sticker** 102:19 |
| 273:16 346:20 | 187:14 216:17 | 369:2,13 | 137:6 |
| **stage** 128:17 | 216:18 217:4 | 370:15 372:2 | **stop** 73:11,11 |
| 214:21 245:19 | 217:14 225:13 | **statist** 272:5 | 73:15 74:11 |
| 246:25 272:21 | 244:10 354:2 | **statistical** | 169:1 175:12 |
| **stages** 245:11 | **starts** 26:16 | 232:22,24 | 197:3 291:22 |
| **stamped** | 35:25 69:5 | 233:1,10,15 | 291:23 292:11 |
| 240:19 | 73:7 80:12 | 239:6 263:22 | **stopped** 148:14 |
| **standard** 71:17 | 93:16 96:4 | 270:9 272:6,6 | 153:1,5 |
| 90:15 211:15 | 99:8 104:8,24 | 272:25 320:7 | **storage** 99:18 |
| 263:21 272:7,8 | 111:7,18,23 | 351:18,19,22 | 151:19,23 |
| 272:8,9 347:15 | 112:25 160:14 | 356:17 357:13 | 327:5 329:17 |
| **standards** | 183:4 193:21 | 373:19 379:6 | 329:25 341:13 |
| 176:23 | 207:3,9 249:9 | **statistically** | 355:4 364:2 |
| **start** 73:14 | 252:3 313:9 | 71:14 91:5,15 | **story** 238:20 |
| 108:20 125:13 | 342:24 363:9 | 92:11 238:22 | **strategy** 299:14 |
| 147:1,4,7 | 371:22 | 347:21 348:4 | 299:25 |
| 154:10 155:9 | **state** 1:16 7:16 | 352:8 354:16 | **strength** |
| 174:17 202:16 | 90:14 96:11 | **statistics** | 318:10,25 |
| 202:22 207:3 | 347:14 376:12 | 137:19 232:16 | **stress** 122:22 |
| 216:14 217:9 | 376:18 381:3 | 238:3 239:9 | 128:22 170:11 |

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 463 of 480

246:3
**stressed** 245:14
**strike** 243:12
**string** 5:16
289:20
**stuck** 253:15
**student** 50:13
57:20
**students** 21:16
21:18,22 22:5
23:18
**studied** 44:5
**studies** 21:7
40:19,21 42:12
55:9 92:15
94:5 161:22
202:17 274:13
274:24 275:4
275:16 342:4
359:13 364:12
**study** 5:21
12:21 26:24,25
42:6,7,16
43:14,18 53:24
59:15,19,20,25
60:8,12 84:17
84:24 85:3,10
85:17,21 86:9
87:24 88:15
94:1 125:21
126:24 127:1
174:23,24
177:21,23
182:14 202:12

203:4,17
223:10 224:3
244:24 249:7
249:24 250:2
250:25 251:6
252:4,11,25
276:2,3,6
287:12,21
288:14 309:4
324:12,12,17
327:23 330:5
331:24 332:10
345:9 352:22
355:25 363:11
363:11 364:22
366:25 367:12
**subject** 81:22
81:23 125:21
241:22 242:3
293:16
**submitted**
59:21
**subscribed**
382:12
**subsection**
89:19
**subsequently**
128:21 151:14
**substances**
26:21 84:14
274:10
**substantial**
326:4

**substantially**
230:6 232:12
**subsurface**
149:19 320:11
320:15,24
**success** 65:13
**successful** 68:1
68:16,20
**successfully**
245:1
**suffered** 93:24
**suggest** 130:10
133:24
**suggested**
338:12,20
**suggesting**
214:23,25
215:1,5 243:19
298:24 300:11
**suggests** 292:4
**suit** 381:15,16
381:16
**summarize**
107:19
**summarized**
30:7 322:25
**summarizes**
107:24
**summary** 49:1
49:12 53:21
54:3 94:16
107:6 125:17
137:18 143:22
273:8,11

307:14 310:14
322:4 333:2
343:7,12
**sup** 54:4
**superfund** 6:14
372:11 373:1
373:23
**supervise** 23:17
**supplement** 5:5
5:14 54:4,7,11
54:14 55:6
173:22 174:3
279:11,20
282:7,23
284:25 286:11
286:24 305:1
319:21 322:18
322:19 323:10
323:20 324:6
324:24 325:9
326:21 328:5,7
329:3,6
**supplemental**
50:1 53:22
90:25 91:12
**supplied** 99:24
112:2 257:23
**supplier** 205:20
**supply** 36:13
49:17 54:6,10
56:22 94:24
95:1 99:3,8,12
99:14,23
100:15,19

Golkow Technologies,
877-370-3377               A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 464 of 480

103:8,14 107:8
107:20 108:1
108:21 109:12
109:12,23
110:3,10,15,20
112:1 113:6
116:7 117:1
118:24 119:16
120:1 125:25
128:20,22,25
129:17 138:3,8
138:24 141:8
141:23 142:6
144:23,24
146:10 156:12
185:13 221:1
223:22 230:2,4
230:7,23
231:22 232:14
235:19,21
250:5,7 251:2
251:8 252:23
254:19 276:22
282:21 283:19
283:23 305:14
307:17 309:3
310:16 313:10
313:12,17
314:4 316:23
317:6 327:20
344:8 345:8,16
376:8,11
**supplying**
101:8,17 283:7

**support** 5:21
26:23 124:21
331:23 332:10
**supporting**
126:25
**supposed**
135:21 202:22
**sure** 9:11 15:7
16:25 27:24
34:23 38:19
40:6 47:17
61:2 81:24
92:6 97:14
113:18 115:10
129:20 132:21
136:6,11
142:14 158:22
158:22 165:20
187:22 191:9
191:12 193:20
203:20 209:17
209:17 217:8
217:15 228:17
233:7 235:15
242:12,15
246:11,11
247:7,14
253:24 254:25
258:5 265:12
280:21 281:21
283:22 284:13
287:24 293:3,7
296:10 318:12
328:24 329:15

**surface** 20:18
31:9,11 34:5
67:8,12 68:17
69:24 178:24
375:21
**surpasses**
69:21
**surrogate**
284:8
**survey** 283:4
**swear** 8:15
**sworn** 8:18
381:6 382:12
**synoptic** 161:2
**sys** 54:18
**system** 6:9
55:12,24 72:14
94:24,25 95:8
97:4 99:19
100:4 147:19
148:19,21
151:16,21
152:9 159:3
320:24 361:22
362:7 363:16
363:17,23
364:2,6,24
366:1,8,18
367:11,22
368:11 375:14
377:6,11
379:10
**systems** 55:16
74:6 77:18

79:21 94:21
125:25 180:5
333:15 334:4
339:13 358:11
358:15

**t**

**t** 381:1,1 382:1
**taa** 375:17,19
376:6
**table** 48:25
49:1,5,10 50:6
50:21 51:6
53:21 54:1
100:11,18,25
101:7,13,16
102:4 103:5,12
103:16,21,25
104:2,4 105:14
105:16,16,24
107:3,13,18,24
108:5,6,25
113:13,25
115:10 116:14
117:21 119:22
120:4 122:15
124:9 137:15
137:17 139:17
139:21 140:22
141:4,9,15,22
142:4,20 143:3
143:20 144:18
144:20,21
145:2,10,13

150:19 156:13
212:21 229:16
235:10,10,16
238:11,12,16
238:25 239:7
239:10,11
287:6 288:2
307:12,14
310:12 312:7
315:14
**tables** 165:6
217:17 232:21
**tabulated**
349:12
**take** 48:11
62:17 135:24
136:7,9 169:7
223:19 243:25
244:1 248:8
281:20 286:2
290:11 291:14
319:1,14
322:14 348:11
**taken** 1:14
62:24 118:14
136:16 169:13
282:1 340:8
348:18 381:8
**takes** 22:2
183:25
**tal** 295:2
**talk** 196:15
201:14 220:14
235:6

**talked** 17:10
176:1 330:12
342:6
**talking** 36:21
39:19,20 44:10
61:19 75:18
149:8,9 176:24
178:9 199:22
200:24 221:3
226:11,13,14
226:16 243:15
246:23 258:9
302:22 321:21
322:3,9
**talks** 62:7
189:15
**tan** 336:12
**tank** 151:15
152:8 364:2
**tanks** 99:18
327:5 329:17
329:25 355:4
**tara** 300:14
**tarawa** 4:10,16
4:23 5:12 27:5
29:15 48:19
49:6 51:14,20
52:10 60:9
83:4 84:1 85:8
86:6,20 87:22
91:22 94:25
95:7 96:10,17
97:4,10,21,24
98:1,4,7,10,18

98:22,23 99:9
99:13,15,22,25
100:3,15,20
102:1,13,25
103:8 106:23
107:8,15,20
108:1,9 110:24
111:24 112:7
113:10 114:10
114:15 118:24
119:5,17 120:5
120:16,25
121:11,25
122:9,14,19
124:10 125:24
126:25 127:22
128:5,19,21
129:5 131:13
132:25 133:2
136:23 137:21
140:2,5,6
141:7 143:7
144:3,11
145:24 146:6
146:11 147:2,5
147:23 148:13
154:9 157:24
160:20 162:5
162:11 163:14
165:17 169:24
170:17 175:17
177:12,22
179:10 181:24
182:17,24

183:11 184:12
205:18 206:8
220:24 230:10
230:18 232:11
235:22 248:17
248:25 249:7
251:9 253:6
255:13,19
256:6,13,16,20
257:23 261:25
265:7 267:8
268:21 269:5
270:1 274:15
295:8 298:22
299:2 300:12
300:14 326:22
339:10 340:14
349:11 350:9
355:2,11,16,24
**target** 138:7,23
235:25 294:15
295:6 298:9,19
299:1 352:9
**targets** 137:18
139:18,23
294:6,17 295:3
295:7,23 297:5
297:17 300:11
300:15
**task** 25:9
288:12 328:21
**tasks** 328:18
330:1

Golkow Technologies,
877-370-3377                                   A Veritext Division                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 466 of 480

**taught** 23:6
**tc** 126:19
  204:24 232:2
**tce** 125:23
  126:19 127:5
  132:16 143:23
  144:8 157:8
  164:12 180:10
  204:12 276:24
  277:9 293:16
  297:5,17
  307:15,19
  308:1 341:15
  349:10 350:7
  376:19 378:1
**tdce** 276:24
  277:9 349:10
**teach** 23:3,5
**team** 51:20
  213:18 214:24
**teams** 328:15
**tech** 19:20 20:8
  23:14,15 25:7
  29:22 46:23,25
  47:7,9 57:1,21
  60:20 347:25
**techflow** 192:4
  193:9 216:20
**techflowmp**
  35:11,19,24
  36:9,11,18
  37:4,9 96:18
  97:25 122:16
  123:8 153:21

183:2 186:12
  186:15,23
  187:3,11,18
  190:1,14 192:5
  192:8,18
  204:15 206:3
  209:1 210:15
  211:7 216:14
  217:9,16
  309:10 324:13
  327:6
**technical** 26:23
  364:7
**techniques**
  69:20 78:4,6
  85:23 90:2,9
  252:18 275:11
  275:18 347:9
  355:7 363:18
**technology**
  26:20
**tell** 61:18 83:23
  200:21 293:1
  319:6
**telling** 271:19
  283:15
**temperature**
  156:24 157:13
**temporal**
  320:14
**temporarily**
  119:2
**temporary**
  118:15

**ten** 103:25
  116:10,24
  117:15 163:23
  236:18,21
  290:21 319:8
  319:12,17
  348:14 351:6
  351:14,20
  368:4
**tendency** 65:16
**tennis** 146:2
**term** 64:13
  188:10 195:11
  198:16
**terminated**
  101:24 102:5
  103:23 105:11
  105:15,17
  106:18 113:23
  114:6
**terminology**
  172:25
**terms** 43:23,24
  56:25 71:5
  74:3,18 75:6
  82:19 97:20
  124:5,7,8
  149:18 152:18
  153:2 171:7
  182:9 213:23
  262:17 264:23
  264:24 304:7
  348:1

**terra** 85:8
**terrace** 4:10,17
  4:23 5:12 27:5
  29:15 48:19
  49:6 51:14,21
  52:10 60:9
  83:4 84:2 85:8
  86:7,21 87:22
  91:23 94:25
  95:7 96:10,17
  97:4,10,21,24
  98:1,4,7,10,18
  98:22,23 99:9
  99:13,15,22,25
  100:3,15,20
  102:2,13,25
  103:8 106:23
  107:9,15,20
  108:1,9 110:24
  111:24 112:8
  113:10 114:10
  114:15 118:24
  119:5,17 120:5
  120:16 121:1
  121:11,25
  122:10,14,19
  124:10 125:24
  126:25 127:23
  128:5,19,21
  129:5 131:13
  132:25 133:3
  136:23 137:21
  140:3,5,6
  141:8 143:7

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 467 of 480

144:3,11
145:25 146:6
146:11 147:2,5
147:23 148:13
154:9 157:24
160:20 162:5
162:11 163:14
165:17 169:24
170:17 175:17
177:12,22
179:11 181:25
182:18,24
183:12 184:13
205:18 206:8
220:24 230:10
230:18 232:12
235:22 248:17
248:25 249:7
251:9 253:6
255:13,19
256:7,13,16,20
257:23 261:25
265:7 267:8
268:22 269:5
270:1 274:15
295:8 298:22
299:4 300:12
300:14 326:23
339:10 340:15
349:11 350:9
355:2,11,16,24
**terry** 17:22,23
**test** 52:3,15
54:14 267:21

320:21 363:22
**tested** 37:19
321:15,17
**testified** 8:18
37:22 38:2
39:5,7,15
381:7
**testify** 9:24
10:2
**testifying**
243:18
**testimony** 9:20
242:3 243:13
243:15,16
381:12 382:5
**testing** 321:10
**tests** 55:7,8
**tetrachloreth...**
49:14,17
**tetrachloroet...**
4:22 107:8
111:3 122:8
127:22 128:5
143:23 275:1
278:1
**text** 47:13,15
48:3 64:15
118:3 141:5
150:20 154:14
154:22 212:24
229:17,17
231:10
**textbook** 64:10
64:18 79:18

**textbooks** 48:5
**texts** 47:17
**thank** 8:23 9:5
12:12 15:14
57:4,11 63:4
74:13 81:5
82:21 83:22
102:15 136:21
169:9,10,18
174:6,7 196:23
206:10 240:9
248:3 279:15
348:25 372:17
379:16,19
**thanks** 248:12
**the's** 147:17
**theoretical**
264:17,21,22
265:4 266:3,17
267:14 270:20
**theoretically**
257:9,10,14,19
258:3 271:25
272:4
**theory** 54:7
294:9
**thick** 273:20
**thing** 36:16
55:4 178:15
231:14 272:3
290:25 323:22
**things** 33:12
56:17 58:2

**think** 12:1 15:9
17:9 21:4,5,12
27:14,17,20
31:12 40:23
43:7 45:15,23
46:2,6 52:5
57:4,20,25
60:21 76:18
80:2 83:15
95:16 97:11
102:18 106:20
112:17,19
114:25 115:14
136:3 139:24
140:4 142:15
142:19 144:20
145:4 147:3
155:11 157:2
160:8 162:8,19
166:16 169:5
171:6 173:2
178:15 181:1
190:7 210:5
211:2,20
213:17 214:4
214:23 222:20
226:19 228:10
228:11 231:4,4
231:9 232:6,15
242:14,20,22
242:25 243:17
243:19 246:19
258:8 262:25
264:7,19 266:9

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 468 of 480

270:15,23
272:13 273:12
274:7 276:16
280:20 282:14
285:12,23
286:7 288:8
289:17 295:11
298:18,21
300:9 310:2
316:20 333:24
333:24 338:1
339:16 344:14
344:21,24
345:2,25
350:21 355:10
360:19 368:3
369:11 370:21
378:25 379:4
**third** 65:21
118:9 126:10
137:24 147:14
245:19 272:21
299:20 325:22
362:21
**thirty** 372:9
**thomas** 331:11
**thought** 12:4
163:19 290:18
**thoughts** 294:6
**thousand**
181:18,19
**thousands**
325:24

**thread** 207:9
296:22
**three** 10:9
26:25 49:13
65:2 84:9
94:21 96:13,14
96:19 103:25
112:25 121:1,8
122:24 126:4
139:8,18
141:25 142:9
185:17 188:14
200:16 201:18
204:2 212:15
212:16 225:5
227:16 244:8
247:1 283:2
295:18 309:5
309:19 377:16
**throw** 272:21
**thursday** 1:16
**ties** 244:18
245:8
**tiff** 213:7
**tightly** 260:5
**time** 7:7 21:24
22:2,7,8,14,19
24:10,19 30:23
30:23 31:4,8
31:10 32:21
34:2,6,11,25
41:3,6 57:25
58:10 60:3
62:22 63:1

65:5 77:15
85:16 100:21
113:16 136:14
136:18 141:10
145:9 152:25
161:5 169:11
169:15 177:1
185:16 199:21
213:9 215:12
218:22 219:11
219:15,15
225:25 226:1,1
226:7 227:19
227:21 232:3
232:17,19,19
237:22,23
238:7 243:24
243:25 248:1
252:23 254:18
256:12 258:23
259:8 270:5
281:5,24 282:3
290:12 292:5
294:3 298:14
299:21 303:21
312:15 322:11
326:2,6 334:5
339:8 341:16
348:16,20
360:14,18
371:25 379:24
**timeframe**
148:13 244:17
245:7 339:6

**timeline** 330:9
353:6 355:25
**times** 32:18
78:25 116:10
116:24 117:15
195:18 197:19
204:5 250:3,18
251:2,7 253:2
254:21 320:12
326:3 333:14
**timescale** 31:18
**timescales**
31:20
**timing** 320:9
**tired** 181:20
**title** 361:6
362:5
**titled** 285:7
**titles** 305:24
**today** 9:14,18
10:1,19,20
33:14 70:8,12
**today's** 7:6
9:21 10:5,22
**together** 35:6
57:23 158:16
259:19 263:12
377:10
**told** 42:22
134:1 196:8
234:4 243:7
328:6
**toluene** 310:15

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 469 of 480

**tom** 226:4

**toms** 59:18
359:16

**took** 328:18

**tool** 69:12

**top** 49:3 117:20
150:23 163:21
179:25 181:15
181:21 183:4,5
190:19 225:3
229:18 264:5
276:12,19
284:2 315:7
335:9 343:7,13
359:5 361:6

**topic** 32:12
87:8

**topics** 24:8
26:11 30:6
42:7

**tort** 2:17

**total** 24:12
119:15 143:24
145:8 237:10
238:19 269:24
281:3 310:15

**totally** 192:11
192:17 194:1
201:17 254:10
289:4 319:19
354:1,2 355:14
355:20,21,22
356:2,9,11,13

**toward** 188:5,7
195:7,8 198:10
198:13

**towards** 69:18
190:25 191:18
193:12 200:8
246:20

**township** 6:10
59:16 359:17
361:23 362:7
363:17,24
364:23 366:12
366:15,25
367:12

**toxic** 26:21
84:14 274:10

**trade** 102:20

**training** 43:14
284:4,7,10,22
375:23,24

**trajectory**
354:1,3 355:14

**transcribing**
9:13 291:24

**transcript** 5:8
12:4 224:13,18
292:13 335:1,5
335:8 381:11

**transfer** 55:25

**transferred**
228:24

**transfers** 54:17
55:11 56:6,13
56:18

**transient** 96:12

**transition** 26:4

**transport** 4:21
31:23 32:4
34:16 35:4
36:3 45:7
49:14,21 67:9
67:10,12 68:18
68:19 96:14,20
127:21 128:4
138:3,8,24
141:25 142:8
143:5,8 144:10
145:3,19
209:21 226:25
245:22 246:5
246:21,24
287:9 288:23
294:7 320:5,20
323:12 341:3
341:11 354:7
365:11,15,18
365:21,24,25
368:25 369:23
370:4,12

**transported**
348:2

**travel** 189:12

**traveling**
193:12

**treat** 37:15
65:16 135:20
157:18 223:2

**treated** 131:18
138:17,22

**treating** 223:1

**treatment**
36:22 37:5,10
37:11,13 49:18
56:1,19 96:18
99:16,17 100:1
100:20 111:24
112:2,8 113:8
113:11 114:11
114:15 120:3,6
120:17 121:11
122:10 123:13
126:3,8 127:6
128:20 129:5,9
130:2,17,19,23
130:24 131:3
131:10,15,16
131:20 132:4
134:2,16,18
135:17,21
138:18,22
139:25 148:6
155:23 205:19
205:21 228:25
247:3,13 250:5
251:9 252:20
252:24 253:3
256:7,13
257:24 258:18
259:11,21
260:3 261:21
277:1 278:14

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 470 of 480

| | | | |
|---|---|---|---|
| 278:24 282:22 | 227:23 253:23 | 174:24 185:13 | 332:19 346:5 |
| 283:8,9 307:17 | **trying** 28:23 | 185:25 188:3,6 | **twenty** 115:12 |
| 309:9 313:18 | 62:10 67:21 | 188:7,12 | 156:8 260:12 |
| 313:23 316:8 | 70:17,25 72:5 | 189:12 190:25 | 260:13 332:22 |
| 316:14,25 | 92:10 130:10 | 191:18,22 | 332:23 335:11 |
| 317:7,16,20 | 130:11 178:1 | 193:13 195:2,7 | 336:24 360:10 |
| 318:1,6,14,16 | 179:16 185:21 | 195:9 197:24 | **two** 5:14 11:6 |
| 319:7,9,13,15 | 201:12,13,20 | 198:10,13 | 15:6 34:21 |
| 319:18 322:16 | 219:20 270:15 | 199:18 200:8 | 54:4 59:7 |
| 327:22 333:17 | 284:15 300:9 | 200:14 203:25 | 65:13 69:9 |
| 334:2 352:6 | 303:20 319:6 | 204:16,24 | 91:1 93:12 |
| 353:3 354:4 | 350:12 357:4 | 205:14,17,20 | 94:15,20 96:12 |
| 356:1 358:15 | **tt** 101:4,5,14,14 | 226:17,20 | 99:13,16 |
| 377:6 | 102:2,5 103:8 | 228:4,18,20 | 112:25 119:9 |
| **trial** 38:2 39:5 | 103:14,17 | 230:4,20,24 | 121:6 122:23 |
| **trichlorethyle...** | 105:14,16 | 231:22 232:1,2 | 136:8 139:5,7 |
| 143:23 | 108:9,9,10,21 | 236:3,7,11,15 | 144:1 153:11 |
| **trichloroethyl...** | 108:22 109:4 | 236:18 237:2 | 153:22 161:3 |
| 275:1 277:25 | 109:12,15,23 | 244:24 255:12 | 178:17 182:14 |
| 285:7,10 | 110:4,11,11,11 | 255:18 256:20 | 192:11 199:17 |
| 305:13 327:19 | 110:11,11 | 257:18 258:4 | 199:21 201:14 |
| 369:23 | 112:1,9 113:6 | 258:24 259:7 | 202:24 208:22 |
| **tries** 379:9 | 113:9,23 114:6 | 259:10,22 | 209:2,3,12 |
| **true** 29:18,21 | 114:9 115:4,15 | 260:10,11 | 211:5 213:21 |
| 79:25 80:1 | 115:17 116:7 | **tucson** 6:15 | 215:23 216:7 |
| 112:18,20 | 116:18 118:17 | 359:14 372:12 | 217:6,6 219:10 |
| 118:23 260:4 | 118:17 120:15 | 373:1 375:2,4 | 230:10,19 |
| 319:5 351:11 | 120:15,21,21 | 375:7,9,14 | 245:15 246:3 |
| 381:11 382:4 | 120:21 121:2 | 376:17 | 246:10 247:1 |
| **truthfully** 9:24 | 121:12,14,15 | **turkey** 23:6,16 | 258:20,22 |
| **try** 28:1 38:20 | 121:17,17,21 | 24:19,22 | 259:7,21 260:6 |
| 71:14 89:1 | 123:18,21,23 | **turn** 41:17 89:2 | 260:9 261:23 |
| 222:11,18 | 123:23 124:1,4 | 168:25 184:24 | 262:18,24 |
| 223:7,14 | 148:10 156:12 | 249:21 292:5 | 263:1 268:13 |

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 471 of 480

274:4 276:17
279:11,20
282:8 283:1
285:2 293:10
293:12,22
295:6 297:2,6
297:20 305:1
334:1 338:2,4
346:7,9 360:10
360:11 363:20
365:18 369:15
377:14,19
**two.two** 282:15
**type** 21:3 138:1
165:25
**types** 23:22
34:24 183:22
183:24 282:20
320:17 321:1
**typewriting**
381:10
**typically** 180:2
**typo** 108:2,2
142:13
**typographical**
142:16

**u**

**u** 382:1
**u.s.** 2:15,17
5:23 9:5 84:15
84:20 85:5
94:22 100:16
103:9 107:9

119:17 137:21
144:4 274:11
275:2 283:3
331:25 332:11
344:3,4 369:2
375:10 378:20
378:21
**uber** 331:11,13
**uh** 25:15 32:13
33:4 35:13
36:2,15 41:1
49:2 50:12
53:9 56:20,23
57:13 64:23
73:5 77:1 80:4
82:15 89:7
92:1 104:7
106:25 108:7
108:13 109:13
111:17 113:21
114:13 115:5
115:21 120:23
123:25 125:19
129:24 131:21
134:12 135:4
147:16 148:11
149:20 150:12
153:15,17
157:12 163:1,5
163:25 167:11
169:23 170:1
172:5,7 178:22
179:5,22 182:6
184:21 185:20

186:21 195:1
201:9 202:18
206:17 207:12
207:17 208:4
208:18,24
209:6,9,13
210:20 213:12
213:20 215:7
215:15 216:23
217:2,5 218:20
219:2,13 221:4
224:15 227:13
227:17 230:21
235:17 239:8
243:22 245:12
245:21,25
246:9 247:2
252:1 253:12
254:7,11,23
256:4,10,14
258:21 261:6
263:10 265:16
266:25 268:9
269:18 272:11
272:15 280:4
282:13,19
283:5 284:3
286:4 288:3
293:14 295:20
297:8 298:23
299:8 303:23
305:7,16 306:3
307:6,20
310:13,20

311:10,14,16
312:9,18 314:9
315:8 318:19
319:10 327:12
332:5 334:3,22
334:24 340:23
341:21 343:14
343:25 349:7
350:8,15 353:8
354:10 355:17
357:8,16 359:4
360:8 362:9,11
362:25 363:7
369:6,17,20
371:17,17,20
373:7,22
374:18
**ultimately**
339:12
**uncertain**
77:16 96:21
253:9 260:24
**uncertainties**
80:18,22,24
81:7 82:1,10
249:19,21,22
**uncertainty**
49:19 80:12,19
80:21 81:11,12
81:18,22,25
82:12,12,18,19
90:12 96:25
126:17 132:15
233:2,4,10

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 472 of 480

249:24 250:12
252:7,10 253:5
253:10 260:19
260:20,22
261:22,23
262:4,14,18
263:8,11,21
264:25 266:15
267:2 268:2
304:14 318:24
325:23 326:5
326:15,16,19
326:25 327:7
328:20,23
329:7,19,24
347:12 348:5,8
349:24 350:16
350:19,22,22
352:2,4 354:17
354:20,24
356:17,19
**uncombusted**
375:24
**uncomfortable**
176:18
**uncontaminat...**
112:3 338:25
**under**   9:23
41:10,14 63:7
117:20 156:10
174:22 189:1
192:13 258:18
327:5 342:3
344:3 381:10

**undergoes**
126:16
**underground**
329:17,25
341:13 355:4
**underlying**
320:24
**underneath**
26:15 141:4
154:14
**understand**   9:9
9:12,16,20,23
13:9 14:22
15:12 19:18
22:21 23:13
24:9 27:12
28:22 29:5
34:23 44:12
45:15 57:4
63:8 67:19
68:4,8 74:24
78:11,21 79:14
81:16,24 92:7
97:19 130:8
132:18,22
133:23 134:13
150:3 177:3
184:11 189:3
189:25 197:7
199:15 213:13
214:9 221:3
226:10 227:8
229:12 230:8
233:13 247:8

248:3 253:24
270:16 295:14
301:3 329:10
353:4 379:9
**understanding**
49:4 51:2
65:19 68:10
88:2 97:7,21
130:7,12
139:17 144:7
145:1 157:19
162:2 166:18
183:10 185:24
235:16 236:4
236:13 247:16
257:17 279:23
304:7 312:3
314:2,14
315:18 333:12
333:18,22
358:18 364:22
**understood**
194:12
**undeveloped**
375:9
**unexposed**
339:1
**uniform**   209:10
**uniformly**
170:10
**unique**   355:13
**uniquely**
355:12

**united**   1:1 7:11
18:1
**units**   88:9
126:3 144:1
**universal**   306:8
**universe**   267:9
267:10 268:23
269:25 270:2
271:22 273:3,4
356:20,25
357:1
**university**
31:17 43:14
**unknown**   96:21
160:21 162:6
270:1,6
**unlined**   375:25
375:25 376:4
**unmeasured**
351:3 352:11
**unsaturated**
153:20 216:19
216:21 218:1
218:19,23,25
219:16
**unstressed**
245:13 246:3
**untrained**
284:9
**unusual**   135:18
135:19
**updating**   370:6
**upward**   155:6

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 473 of 480

**use** 35:1,14
64:4 65:21
66:10,13 67:9
71:13,19 72:8
72:21,24 73:1
73:17,20 92:14
98:6 134:8,10
134:15 135:12
149:17 165:10
165:15 166:2,9
166:14 181:23
183:1 187:8,10
190:7,13
209:22 213:1,3
213:18 216:18
243:20 244:23
246:16 254:17
288:18,19
298:25 304:21
339:3 359:8
364:15,19
373:8 379:8
**used** 9:21 30:22
31:10,20 32:21
32:24,25 33:5
33:19,25 34:6
34:8 35:7,15
35:18 37:12,14
64:13 69:22
71:22 73:23
76:21 85:24
86:23 87:15,18
90:10,15 93:23
94:4 96:8,11

96:12,15,18,20
96:23 97:2,11
131:18,18
132:4 134:20
135:6 137:19
141:24 142:7
143:4 144:10
144:13 145:2,7
145:16 147:2
148:2,9 150:23
153:24 157:18
158:3 165:20
166:5,6 167:24
168:4 171:3,8
171:9 175:16
177:12 178:2
179:2 180:20
181:6,9,10,24
183:23 184:7
187:2 191:20
192:15,15
199:6 200:6
201:15 204:15
206:6,9 209:11
209:15 210:9
210:15 211:6
216:16 234:15
234:15,16
238:13 239:3
244:21 246:18
246:22,23
247:6 249:25
253:15 254:12
265:1 272:7

280:19 282:22
287:9,21
288:14 289:2
300:12 320:21
321:5 322:9,9
322:10 334:4,8
340:24 347:9
347:16,24
355:7 366:6
373:14,18,19
373:19
**useful** 65:6
81:2
**users** 376:19
**uses** 44:20 81:9
112:1 175:9
177:15
**usgs** 6:12 72:16
368:18 369:4
**using** 32:8 37:9
64:3 65:3
69:15 70:19,20
71:24 76:24
78:22 85:23
88:19 131:2
146:16 152:2
175:3 180:12
182:3 188:13
200:16 204:1
205:4 206:4
208:22 209:1
209:21 210:5
213:16 214:3
214:13,19

230:1 239:6
240:5 247:3
249:9 261:24
266:9 275:6,10
275:17 276:13
276:21 277:2
278:11 283:6
302:1 325:23
325:25 326:19
326:25 327:6
327:19 347:23
363:17 364:5
365:8 370:12
370:19 377:6
**usmcb** 174:24
**usually** 20:1
**utero** 84:18
85:11

**v**

**valid** 65:25
67:23 68:13
90:14 347:14
**validation**
353:14
**value** 150:11
155:15 158:11
162:12 170:11
171:11,13
172:14 173:4
180:13 187:17
190:13 192:1,4
208:15 209:15
212:22,23

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 474 of 480

271:2 315:11
315:12 318:5
319:12 324:9
**values** 107:7,20
107:25 134:4
155:21 157:21
161:14 162:12
164:23 171:8
175:6,9 176:22
177:16 180:2,9
180:16,17
182:9,13
183:15,22,24
184:2,4,23
192:15,15
202:25 205:22
232:17 237:23
238:13 239:1
287:9 305:22
305:23 306:1
309:20,23
312:15 324:15
326:7 350:1,11
350:12,16,18
350:21 351:4,6
351:14 352:16
**variability**
49:19 96:25
**variable** 34:16
35:5 303:10
**variation** 49:16
250:2,6 251:1
251:7 252:25
262:19,20

263:13,14
264:1 268:15
268:16 320:14
352:8
**variations**
252:21 260:21
263:9,21
315:22 316:6
316:11 327:17
354:18
**varied** 166:8
227:4 318:9
**varies** 166:1
**various** 307:15
330:10 366:11
376:5
**vary** 156:25
158:16 165:24
318:25
**varying** 262:7
313:15 314:16
315:11,20
320:21 321:10
**vc** 276:24 277:9
**velo** 167:1
**velocity** 166:24
167:1 246:12
246:13,13
**verbal** 18:13
**verbally** 16:10
**verification**
244:20,22,24
**verifications**
244:15 245:5

**verified** 247:3
**verify** 247:6
**versa** 193:24
**version** 74:6
123:8
**versus** 81:4
211:6 213:9
215:12 236:6
281:12
**vice** 193:24
**vicinities**
323:13
**vicinity** 54:13
96:10 100:16
119:17 137:21
144:3 146:11
188:12 200:14
203:25 370:8
378:11
**victor** 151:10
**video** 7:7
**videographer**
3:5 7:1,4 8:3,9
8:11 9:17
38:14 62:22
63:1 136:14,18
169:11,15
248:10 281:24
282:3 348:16
348:20 379:24
**videotape**
291:23
**videotaped**
1:14

**vijay** 331:10,13
**vinyl** 278:3
307:16 349:10
350:9 369:24
**visit** 24:12,16
24:20
**voc** 124:21
125:4 126:2,7
126:12,14
127:5
**vocs** 85:12
94:23 125:23
277:4 376:15
378:1
**voice** 38:10,21
176:6,10,13,15
177:9
**volatile** 84:19
274:25 323:12
**volatilization**
126:12 216:22
218:9
**volatization**
126:12
**volume** 155:11

|   w   |

**wait** 199:14
274:3 296:2,2
296:2,7 337:12
360:18,18
**walk** 24:11
**walski** 225:14
225:15,24

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 475 of 480

| | | | |
|---|---|---|---|
| 226:5 331:12 | **water** 1:7 5:20 | 119:16,25 | 235:19,21 |
| 338:16,20 | 6:9,12 7:10 | 120:2,2,5,5,16 | 245:14 247:3 |
| 339:13,24 | 20:18 27:5 | 120:16 121:10 | 247:13 250:5,5 |
| 340:3 | 31:9 36:13,22 | 121:11 122:9 | 250:7 251:2,8 |
| **want** 28:21 | 37:5,10,11,13 | 122:10,19 | 251:8 252:20 |
| 31:24 89:2 | 42:5 45:5 47:3 | 123:13 125:13 | 252:23,23 |
| 122:22 136:4 | 48:8 49:6,17 | 125:25 126:16 | 253:3 254:19 |
| 168:24 184:23 | 49:18,25 51:14 | 126:25 127:6 | 256:7,13,22 |
| 196:17,17 | 52:4,10 54:6 | 128:19,20,21 | 257:23,23 |
| 197:1 232:4 | 54:10,16,17,18 | 128:25 129:5,8 | 258:18 259:11 |
| 235:6,15 247:7 | 54:23 55:11,12 | 129:9,16,17 | 259:21 260:2 |
| 253:23 258:5 | 55:15,24 56:1 | 130:1,2,17,19 | 261:20,21 |
| 261:13 280:9 | 56:19 57:15 | 130:23,24 | 275:2,10,17,20 |
| 329:21 335:20 | 58:24 59:11,14 | 131:3,14,14,15 | 275:22,24,24 |
| 346:5,14 | 60:2,7,12 67:8 | 131:16,19,20 | 276:22,25,25 |
| 359:19 378:15 | 67:13 68:17 | 132:4 134:16 | 277:5 278:14 |
| **wanted** 48:10 | 69:24 83:4 | 135:16 136:8 | 278:17,17,21 |
| 166:17 203:14 | 84:20 85:8,12 | 138:17,18,22 | 278:22 282:21 |
| 218:10 232:8 | 85:23 86:1,3,7 | 138:22 139:25 | 282:22,22 |
| 336:8 368:13 | 86:21 89:18,20 | 141:8 143:24 | 283:1,3,8,8,9 |
| 372:6 | 93:25 94:4,21 | 146:11 147:2 | 283:19,23 |
| **wants** 209:10 | 94:24,25 95:1 | 148:3,6 155:22 | 305:14 307:17 |
| **warranted** | 95:8 96:17,17 | 156:11 159:11 | 307:17 309:2,9 |
| 363:11 | 97:1,3,4 99:3,9 | 159:16 164:10 | 310:16,16 |
| **washington** | 99:13,14,15,17 | 164:23 167:4,5 | 313:10,12,17 |
| 2:18 | 99:17,18,23,24 | 175:18 177:13 | 313:18,22,23 |
| **waste** 149:3 | 100:1,2,4,15,19 | 180:5 185:13 | 314:4 316:7,7 |
| 151:17 152:16 | 100:19,20 | 198:25 205:18 | 316:10,13,14 |
| 153:2,6 320:11 | 101:8,17 103:8 | 205:21 208:11 | 316:23,24,25 |
| 375:21 | 107:8,20 108:1 | 220:25 221:7 | 317:6,7,7,16,19 |
| **wastes** 375:24 | 111:3,24,24,25 | 223:21 224:22 | 318:1,6,14,16 |
| 376:5 | 112:2,2,7,8 | 228:24 230:2,4 | 319:4,7,9,13,15 |
| **wastewater** | 113:5,7,7,11 | 230:7,23 | 319:18 320:6 |
| 146:20 151:17 | 114:10,15 | 231:22 232:13 | 322:15 327:18 |

327:20,22
330:9 331:22
332:9 333:15
333:17 334:1
341:2 342:4
344:7 345:8,16
345:23 347:5
349:15 352:6
353:2,10 354:3
356:1 358:7,11
358:14,15,19
359:6 361:22
362:6 363:13
363:16,17,23
364:2,5,19,24
366:7,10
367:10,20,21
368:18 369:4
373:11 375:18
376:11 379:3,5
**waters** 245:14
**way** 33:10 36:3
150:4 179:17
193:13 215:2
220:25 222:24
236:24 255:4
264:20 267:25
270:23 299:2
352:25 354:2
**ways** 34:22
95:17 230:10
230:19 254:5
270:3,4 343:5
343:11 373:21

**we've** 330:12
347:3 372:25
**weighed** 277:3
**weighted** 96:16
128:18,25
129:2,3,15,23
130:14,22
131:8
**weir** 126:18
132:16
**weitz** 1:14 2:9
7:8
**weitzlux.com**
2:11,11
**wells** 36:8,13
36:19,20,22
37:5 49:17
54:10 56:22,24
95:1 99:15,25
100:15,19
107:8,21 108:1
112:3 114:19
115:6,9,19
117:5,7,9
118:17,20,24
119:16 120:19
121:8 123:14
124:3 128:20
130:2 138:3,8
138:24 141:8
141:11 143:25
144:8,21,22,23
144:24 145:6
221:1,25

223:22 227:11
227:24 230:2,7
232:14 235:19
235:21 250:5,7
250:18 251:2,8
252:23 254:1,8
254:19 255:7
255:13,19
266:11 283:7
283:12,19,24
284:6,8,9,22
303:13 305:14
306:1,8,13,14
307:17 308:4
309:3,5,13,16
309:19 310:17
317:18,21
318:3 321:16
321:23 340:6
341:13 365:9
367:21 375:17
376:11,17
**went** 21:18
23:6 99:25
115:14 247:15
264:2 298:10
**west** 375:13
377:15
**weston** 151:24
151:25
**wet** 171:8
**whatsoever**
61:17

**when's** 58:10
**wide** 377:18
**williams** 3:9
8:5
**winter** 364:3
**wise** 232:23
**wish** 212:19
**witness** 8:15
13:23 14:1
25:15 27:19,22
28:18 29:7
38:8,10 46:15
46:18 53:9
61:20,24 62:20
75:14 89:15
102:15 106:5
116:3 127:11
137:4,7,10,12
139:9 169:10
174:1,6 188:25
191:15 194:10
195:16,19
196:3 220:18
224:15 228:13
244:2 248:19
261:3,6 273:17
279:6,9 286:21
289:12,15,18
290:1,3,13
294:16,20,22
294:24 297:3
300:25 301:2
305:7 306:25
307:6 334:17

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 477 of 480

335:11 336:13
336:25 337:10
337:12,14,16
337:20,23
338:4,8 343:14
348:13,23
360:8 372:8
374:13,16,19
379:17,19
381:18
**women** 84:25
**wondered**
361:4
**wondering**
155:9 219:22
**word** 113:2
253:16 257:10
292:17
**words** 77:13
246:12
**work** 15:17
22:9,18 30:8
30:20 34:9
40:9 41:5
43:25 45:16
46:15,18 47:10
47:19 58:3,21
59:15 60:9,13
69:17 86:8,22
88:18 221:1
300:16 345:10
345:24 355:1,9
363:15

**worked** 21:15
34:19 45:21
57:16,22,24
288:18 298:19
300:14 303:15
**working** 27:4
46:24 47:2
51:20 57:25
65:23 66:1
67:8 68:9,11
69:25 82:17
85:8 86:6,20
245:11 275:23
303:16 330:13
339:9
**works** 20:17,21
21:2
**world** 271:11
271:13 272:1,4
299:18 300:4
300:19 301:21
302:4,23,24
303:10
**world's** 303:7
**write** 13:12
66:3 189:22
204:7 229:13
234:9 288:12
288:13
**writing** 16:10
50:20 288:6
324:18
**written** 47:17
151:10 181:9

182:15 192:7
198:22 217:18
229:9 232:7
324:20
**wrong** 67:11,14
102:18 173:7
280:7 311:21
357:24 358:2
371:24
**wrongly** 353:1
**wrote** 32:3
50:17 204:6,7
253:18 289:1
323:9
**wtp** 96:18

**x**

**x** 1:6,9
**xavier** 375:11
**xylene** 310:15
378:1

**y**

**yeah** 10:15,15
10:24 11:24
14:11 15:4
18:18 19:6,9
20:7,9,11,13,24
22:18 23:8
24:2 25:4 27:2
27:19,22,24
28:2,4,6,18,25
29:3,12,20
30:16,17,18,24
31:6 33:7,9,19

33:23 37:14,17
38:7 39:1,17
41:8 44:11
48:2 49:7,9
52:8 55:2
56:16 57:3
60:4,21,21
64:16 66:5
70:11 71:25
72:2 75:14
77:6,8,24 79:7
80:9 83:11,21
84:9,11 86:5
88:24 89:23
90:22 93:14,19
94:17,19 97:16
97:19 98:15
101:3 104:3,24
105:7,10,13
106:13 107:23
109:22 110:19
112:13 114:4
114:21 117:7
117:10,17
119:21,23
120:12 121:5
123:22 125:12
125:14 128:8
130:20,20
139:14 142:3
142:10 144:6
151:7 152:12
152:22 154:3,5
154:20,20,23

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-6    Filed 04/29/25    Page 478 of 480

| | | | |
|---|---|---|---|
| 155:17 157:10 | 238:4,23,25 | 311:23 312:25 | 142:22 161:3 |
| 158:18 162:1,7 | 240:2,7,24 | 313:3,7 314:6 | 266:1 290:21 |
| 163:1 164:18 | 241:6,20,25 | 315:5 316:17 | 293:22 295:6 |
| 165:1 168:2 | 242:2,21 243:3 | 317:10,12,21 | 341:14 |
| 169:2 170:6,25 | 243:8,17 244:9 | 317:23 319:1,3 | **yesterday** 10:6 |
| 172:4 173:11 | 244:13 248:4 | 319:25 324:10 | 10:20 |
| 173:14 174:12 | 249:17 252:15 | 324:12 325:20 | **yield** 294:1 |
| 174:17,19,20 | 252:16 254:16 | 325:21 327:4 | 298:12 |
| 175:20 177:18 | 255:6,8 256:17 | 327:14 328:25 | **yielded** 298:21 |
| 178:7 183:9 | 257:11 259:17 | 330:11 331:6 | **yields** 185:17 |
| 184:9 185:1,8 | 261:18 262:9 | 332:7 333:3 | **york** 1:15,15,16 |
| 185:11 186:3 | 262:16 264:14 | 334:23 336:15 | 2:10,10 7:9,9 |
| 186:25 188:24 | 266:16 267:5 | 337:14,21 | 24:13,16 381:3 |
| 190:21 191:15 | 267:17 268:11 | 339:11,22 | 381:23 |
| 192:10 194:21 | 268:14 269:22 | 340:1,7,13 | **yup** 22:6 34:3 |
| 194:23 195:5 | 271:8 273:12 | 343:8,22 | 53:25 114:8 |
| 197:16 202:4 | 273:22 274:2,9 | 344:20 345:21 | 240:17 251:22 |
| 205:8,10 207:7 | 274:14,17,21 | 350:13 351:8 | 289:23 299:12 |
| 210:4,10,22 | 276:5,19,20 | 358:4 363:4 | 307:10 309:21 |
| 211:10 212:17 | 277:24 278:2 | 364:14,16,18 | 312:22 338:18 |
| 214:12 215:18 | 278:20 279:22 | 364:21 367:3,8 | 343:2 346:25 |
| 216:17 217:22 | 281:12,23 | 367:8 370:17 | 356:6 |
| 217:25 219:18 | 282:16 284:20 | 371:3,7,7,7,9 | **z** |
| 220:13 222:2 | 285:22,25 | 372:24 373:3 | **zero** 173:10 |
| 223:4,18 224:1 | 286:21 290:9 | 374:15,24 | 237:7 |
| 224:20,24 | 290:13,21 | 378:6,12 | **zeros** 241:10 |
| 225:9,10,11,16 | 291:2 293:5,9 | **year** 17:10 | **zone** 153:13 |
| 225:22 227:3,3 | 293:19,24 | 26:16 84:19 | 216:22 217:23 |
| 227:3,5,5,8 | 294:10,18 | 120:7,8 | 218:1,19,21,24 |
| 228:13 229:22 | 296:24 297:14 | **years** 15:6 | 218:25 |
| 231:8,15,19 | 300:25 301:2 | 19:23 22:2 | **zones** 153:20 |
| 234:13 235:6 | 303:6 305:5,8 | 34:11 37:23 | 216:19 219:10 |
| 236:2,9,23 | 305:20,24 | 57:23 58:13 | |
| 237:1,12 238:2 | 308:9,25 311:5 | 62:8 121:6 | |

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 372-6     Filed 04/29/25     Page 479 of 480

**zoom** 3:7,8,9,10
3:11,12,13,14
3:15,16,17 8:3

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-6 Filed 04/29/25 Page 480 of 480