# EXHIBIT 35

1          IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF NORTH CAROLINA
2                 SOUTHERN DIVISION
3             Civil Action No. 7:23-cv-00897
4

   IN RE: CAMP LEJEUNE WATER LITIGATION
5
6
7  THIS DOCUMENT RELATES TO:
   ALL CASES
8
9
10 VIDEOTAPED
11 DEPOSITION OF:  MORRIS MASLIA
12 DATE:           September 26, 2024
13 TIME:           9:22 a.m.
14 LOCATION:       BELL LEGAL GROUP
                   219 North Ridge Street
15                 Georgetown, SC
16
17 TAKEN BY:       Counsel for the Defendants
18 REPORTED BY:    Lauren A. Balogh, RPR
19 _____
20
21
22
23
24
25

Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 2 of 422

```
 1   APPEARANCES OF COUNSEL:
 2        ATTORNEYS FOR PLAINTIFFS LEADERSHIP GROUP:
 3             MOTLEY RICE
               BY:  KEVIN R. DEAN
 4                  HANK YOUNG (via videoconference)
               28 Bridgeside Boulevard
 5             Mt. Pleasant, SC  29464
               (843) 216-9000
 6             Kdean@motleyrice.com
               Hyoung@motleyrice.com
 7
               WEITZ & LUXENBERG
 8             BY:  LAURA J. BAUGHMAN
               700 Broadway
 9             New York, NY 10003
               (212) 558-5500
10             L.baughman@weitzlux.com
11             LEWIS & ROBERTS
               BY:  JAMES A. ROBERTS, III
12             3700 Glenwood Avenue
               Suite 410
13             Raleigh, NC 27612
               (919) 981-0191
14             Jar@lewis-roberts.com
15             BELL LEGAL GROUP
               BY:  J. EDWARD BELL, III
16                  PATRICK TELAN
                    (Via videoconference)
17             219 North Ridge Street
               Georgetown, SC  29440
18             (843) 546-2408
               Ebell@belllegalgroup.com
19             Ptelan@belllegalgroup.com
20
          ATTORNEYS FOR DEFENDANT
21             UNITED STATES OF AMERICA:
22             U.S. DEPARTMENT OF JUSTICE
               BY:  HAROON ANWAR
23             175 N Street NE
               Washington DC,  20005
24             (202) 616-4473
               Haroon.Anwar@usdoj.gov
25
```

877-370-3377                Golkow Technologies,                www.veritext.com
                           A Veritext Division
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 3 of 422

1    APPEARANCES CONTINUED:
2
                 U.S. DEPARTMENT OF JUSTICE
3                BY:  GIOVANNI ANTONUCCI
                 1100 L Street NW
4                Washington DC, 20005
                 (202) 616-8364
5                Giovanni.antonucci@usdoj.gov
6                U.S. DEPARTMENT OF JUSTICE
                 BY:  ADAM BAIN
7                    (Via videoconference)
                 175 N Street NE
8                Washington DC,  20005
                 (202) 616-4209
9                Adam.bain@usdoj.gov
10               U.S. DEPARTMENT OF JUSTICE
                 BY:  ALLISON M. O' LEARY
11                   (Via videoconference)
                 175 N Street NE
12               Washington DC, 20005
                 (202) 616-4231
13               Allison.o'leary@usdoj.gov
14
          ALSO PRESENT:
15
                 Matthew Walters, Videographer
16
                 Justine Walters, Department of Health
17                   and Human Services
18               Deanna Havai, Motley Rice
                     (Via videoconference)
19
                 Alex Spiliotopoulos
20                   (Via videoconference)
21               Mona Lisa Wallace
                     (Via videoconference)
22
23
24           (INDEX AT REAR OF TRANSCRIPT)
25

1          THE VIDEOGRAPHER:  We're now on record.

2    Today's date is September 26th, 2024 and the time

3    is 9:22 a.m.  This is the video deposition in

4    regards to the Camp Lejeune water litigation Case

5    No. 7:23-CV-00897 per the U.S. District Court for

6    the Eastern District of North Carolina.  Our

7    deponent today is Morris Maslia.

8          THE WITNESS:  Maslia.

9          THE VIDEOGRAPHER:  Maslia.  Thank you.

10   Morris Maslia.

11          Will our court reporter please swear in

12   our witness.

13                    MORRIS MASLIA

14   being first duly sworn, testified as follows:

15                    EXAMINATION

16   BY MR. ANWAR:

17          Q.   Good morning, Mr. Maslia.

18          A.   Good morning.

19          Q.   I would like to -- and thank you for

20   your patience while we worked out the technical

21   issues.  I would like to start by having you state

22   and spell your full name for the record as well as

23   provide your address.

24          A.   Okay.  My first name is Morris,

25   M-O-R-R-I-S.  Middle name Lavi, L-A-V-I.  Last name

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 5 of 422

1  Maslia, M-A-S-L-I-A.  My address is 3360 Norfolk,

2  N-O-R-F-O-L-K, Chase, C-H-A-S-E, Drive, Peachtree

3  Corners, Georgia 30092, USA.

4        Q.   Thank you.  My name is Haroon Anwar.

5  I'm an attorney with the U.S. Department of

6  Justice.  I'm here to take your deposition today as

7  it --

8             MR. ANWAR:  It looks like it says the

9  Zoom is muted.  I'm sorry.  Good?

10            MR. DEAN:  Giovanni needs to turn off

11 his mic.

12            MR. ANWAR:  Okay.  Good?  All right.

13 BY MR. ANWAR:

14        Q.   I'll start over.  My name is Haroon

15 Anwar.  I'm here with the U.S. Department of

16 Justice along with my colleague, Giovanni

17 Antonucci.  I'm here to take your deposition today

18 related to the Camp Lejeune Justice Act Litigation.

19 Do you understand that?

20        A.   Yes, I do.

21        Q.   Okay.

22            MR. DEAN:  Before we go further, we

23 really need to introduce ourselves on the record.

24 This is Kevin Dean on behalf of the plaintiffs.

25            MR. ANWAR:  Sure.

1          MS. BAUGHMAN:  Laura Baughman on behalf

2     of plaintiffs.

3          MR. ROBERTS:  Jim Roberts appearing on

4     behalf of the plaintiffs.

5          MR. DEAN:  Can we also have identified

6     on the record the DOJ attorneys present both on the

7     record -- I mean, in the room and on the -- on the

8     Zoom call, if any, and any representatives.

9          MR. ANWAR:  I'm happy to do that.  I

10    think we had discussed just noting them on the

11    stenographic record so we don't have to spend the

12    time, but in the room is myself and my colleague,

13    Giovanni Antonucci.  Then on behalf of ATSDR here

14    is Justine Walters.  And then I don't have the list

15    of everyone on the Zoom with me, but...

16          MR. DEAN:  Is there any experts or

17    other consultants with the DOJ appearing for this

18    deposition?

19          MR. ANWAR:  Yes, the same gentleman

20    that appeared at the last deposition of

21    Mr. Sautner.

22          MR. DEAN:  Okay.  And what was his

23    name, remind me.

24          MR. ANWAR:  It was Alex --

25          MR. DEAN:  Yeah, Alex.

Golkow Technologies,
A Veritext Division
877-370-3337                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 7 of 422

1          MR. ANWAR:  Yeah.

2          MR. DEAN:  I remember.

3          MS. BAUGHMAN:  What's the last name?

4          MR. ANWAR:  It's Spiliotopoulos.

5          MR. DEAN:  Thank you.

6          MR. ANWAR:  Okay.  Good?

7    BY MR. ANWAR:

8          Q.   Now, I understand that you've provided

9    at least one deposition before, so you may -- you

10   may know the rules already, so forgive me if I'm

11   sort of repeating myself, but I just want to go

12   over the basics of deposition taking or deposition

13   -- for a deposition so that the deposition will be

14   -- can be as smooth as possible today.

15          The first and foremost rule is that you

16   are under the same oath to tell the truth as if you

17   were in an actual court of law.  Do you understand

18   that?

19          A.   Yes, I do.

20          Q.   Okay.  Is there any reason, as you sit

21   here today, that you would be unable to testify

22   truthfully?

23          A.   No.

24          Q.   Okay.  If you don't hear me ask my

25   question or if I ask a confusing question or an

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 8 of 422

1    unclear question, which is very likely given some
2    of the topics we get into today, would you please
3    let me know?
4          A.   Yes.
5          Q.   Okay.  Otherwise, I'll assume you --
6    you understood my question, fair?
7          A.   Fair.
8          Q.   Okay.  For the court reporter's sake,
9    could you please respond verbally.  The head nods
10   and head shakes and those types of things just
11   don't show up on the record.
12         A.   Understood.
13         Q.   Okay.  And also for the court
14   reporter's sake, can you please wait for me to
15   finish my question before responding.  That way our
16   court reporter isn't trying to type people speaking
17   over each other.
18         A.   Yes, sir.
19         Q.   Okay.  Thank you.  And finally, I
20   think, you know, we'll be here at least for a
21   couple of hours.  If at any time you need a break,
22   I'm happy to accommodate you.  The only stipulation
23   I would put on that, if there's a pending question,
24   I would ask that you answer my pending question and
25   then we can go ahead and take a break.

Golkow Technologies,
A Veritext Division
877-370-3327                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 9 of 422

1    A.    Understood.

2    Q.    Thank you.

3          MR. ANWAR:  Gio, can you go ahead and

4    pull up the first exhibit.

5          (DFT. EXHIBIT 1, subpoena to testify at

6    a deposition in a civil action, was marked for

7    identification.)

8    BY MR. ANWAR:

9    Q.    Okay.  What is being shown on the

10   screen now is --

11         MR. DEAN:  Can we let it pause for just

12   a second because it doesn't automatically show up

13   in the folder.

14         MS. BAUGHMAN:  Yeah, we don't --

15         MR. ANWAR:  You don't have it?

16         MR. DEAN:  We don't have it.

17         MR. ANWAR:  Oh, okay.

18         MR. DEAN:  You have to drop it to

19   folder.  Sometimes you have to refresh.  Okay.  I

20   see the subpoena and the deposition.

21         MR. ANWAR:  There should be two

22   subpoenas and a deposition.

23         MR. DEAN:  I see that now.  Okay.

24   We're good to go.

25         MR. ANWAR:  Okay.  Great.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 10 of 422

```
 1              MR. DEAN:  So you just have to hit
 2    refresh on your screen and you should be good.
 3              MS. BAUGHMAN:  Right here.
 4              MR. DEAN:  Yep.
 5    BY MR. ANWAR:
 6         Q.   So the first exhibit that I've put up
 7    for you or that we've put up for you, Exhibit
 8    No. 1, is the subpoena scheduling your deposition
 9    here today.  Have you seen this before?
10              MR. DEAN:  Hold on just a second.  So
11    show me which -- they're not marked as exhibit
12    numbers, so which one are you referring to?  Give
13    me the file name.  I'm going to pull it up on the
14    screen for him.
15              MR. ANWAR:  Oh, I've got you.  It is
16    the one described deposition subpoena.
17              MR. DEAN:  There's two deposition
18    subpoenas.
19              MR. ANWAR:  There's a document subpoena
20    and then a deposition subpoena.
21              MR. DEAN:  Okay.  So which -- you're
22    using the depo?
23              MR. ANWAR:  Correct.
24              MR. DEAN:  Okay.
25
```

1    BY MR. ANWAR:

2         Q.   You see it?

3         A.   Yes, yes, sir.

4         Q.   Okay.  Have you -- have you seen the

5    deposition subpoena before?

6         A.   Could you just scroll to the bottom so

7    I can them?  Yes, yes, sir, I have.

8         Q.   Okay.  And you understand it's a

9    subpoena that we're here today to -- it's the

10   subpoena here that -- that brought you in today for

11   today's deposition?

12        A.   Yes.

13        Q.   Okay.  And you understand that we're

14   here in connection with the Camp Lejeune Justice

15   Act Water Litigation pending in the Eastern

16   District of North Carolina?

17        A.   Yes, sir.

18        Q.   Do you understand that the United

19   States has subpoenaed you for your testimony as a

20   fact witness in your capacity as a former ATSDR

21   employee?

22        A.   Yes.

23        Q.   Okay.  In other words, I understand

24   that you've been retained as a consultant for the

25   plaintiffs, correct?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 12 of 422

1      A.   That is correct.

2      Q.   Okay.  So I'm here to ask you questions

3  today related to your time as a government

4  employee.  Do you understand that?

5      A.   I understand that.

6      Q.   Okay.

7           MR. ANWAR:  Gio, can you pull up

8  Exhibit 2.

9           (DFT. EXHIBIT 2, subpoena to produce

10  documents, information or objects or to permit

11  inspection of premises in a civil action, was

12  marked for identification.)

13           MR. DEAN:  And if you want to, moving

14  forward, either Giovanni can rename the file and

15  add "EX1" in front of file name or -- which is what

16  I did, or just read me the --

17           MR. ANWAR:  Exhibit 2 is the deposition

18  subpoena.

19           MR. DEAN:  Okay.  So just give me the

20  -- the name of the file and I'll click on it and

21  show it to him.

22           MR. ANWAR:  Got it.  Yeah.

23           MS. BAUGHMAN:  You meant the document

24  subpoena?

25           MR. ANWAR:  I'm sorry.  Yes, the

Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 13 of 422

1    document subpoena.  Kidding.

2              MR. DEAN:  So I've got it up.

3              MR. ANWAR:  Oh, you have it up.  Okay.

4    BY MR. ANWAR:

5         Q.   Do you see Exhibit 2, Mr. Maslia?

6         A.   This looks like Exhibit 1 that you just

7    showed me.

8              MR. DEAN:  No, this is the deposition.

9    One was a document subpoena.

10             THE WITNESS:  Oh, okay.

11             MR. DEAN:  This is a deposition

12   subpoena.

13             THE WITNESS:  Okay.

14   BY MR. ANWAR:

15        Q.   And if you scroll down to the

16   Attachment A, I'll represent to you, Mr. Maslia,

17   that through the subpoena, the United States

18   requested the production of a number of documents

19   related to Camp Lejeune.  And I will also note for

20   the record that we received from your counsel a

21   production -- an electronic production of roughly

22   four thousand or so pages about a week and a half

23   ago.  And this morning we -- a hard copy -- a box,

24   a banker's box full of hard copy documents was made

25   available to us for inspection, so thank you for

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 14 of 422

1    producing that information.

2            Is that the information that you

3    intended to produce in response to the government's

4    document subpoena?

5        A.    Yes.

6        Q.    Okay.  I just had a few questions about

7    the documents in the bankers's box.  It looked to

8    me that the majority of the items in the banker's

9    box were copies of the ATSDR water modeling reports

10   related to Camp Lejeune.  Is that your

11   understanding as well?

12       A.    Yes.

13       Q.    Okay.  There were a couple symposium

14   papers in -- in the banker's box.  Do you recall if

15   those are publicly available or not?

16       A.    They would be available, some of them,

17   from the organization that made the presentation on

18   their behalf --

19       Q.    Okay.

20       A.    -- that requested me to do that.  I

21   can't answer yes or no whether they're publicly

22   available.

23       Q.    Understood.  And then there was -- on

24   the back of the ATSDR water modeling reports there

25   were some discs.  The vast majority of the discs

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 15 of 422

1   appeared to be the original discs that would have
2   been included with the reports; is that right?
3          A.    That is correct.
4          Q.    Okay.  There was at least one disc in
5   there that looked like it was a burned copy of a
6   disc with some handwriting -- with handwriting on
7   it.  Do you know if that information would have
8   been included with the original copy of the report?
9          A.    I would have to see the report and the
10  disc.
11         Q.    Okay.  I think maybe we can take a look
12  at it at break, but we would formally request
13  production of the symposium reports and the items
14  on the handwritten discs.
15              MR. DEAN:  At a break just point it
16  out.  I know what you're talking about, the
17  presentations, but just point out to me the CD and
18  maybe I can burn it while we're here today or
19  something.
20              MR. ANWAR:  Okay.  Sounds good.
21  BY MR. ANWAR:
22         Q.    I wanted to briefly ask you about your
23  search process in terms of responding to the
24  document subpoena.  What did you do to gather
25  documents to -- to produce in response to the

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 16 of 422

1  subpoena?

2          A.   I had copies in my home basement office

3  and so I pulled everything, all reports, with

4  respect to Camp Lejeune, and then I was also

5  instructed that you required the symposium

6  presentation, so I actually printed those all off

7  because I had them as, obviously, electronic

8  versions.

9          Q.   Understood.  To the best of your

10  knowledge, are there any documents that were

11  requested by the subpoena that you haven't already

12  produced or given to your counsel?

13          A.   No.

14          Q.   Okay.  If you think of anything as

15  we're talking today, would you let me know?

16          A.   I will.

17          Q.   Thank you.

18               How did you prepare for today's

19  deposition?

20          A.   I just reviewed my electronic versions

21  of some of the Camp Lejeune reports that I was

22  involved with as well as some of the more recent

23  presentations that I made just to refresh my mind

24  as to the concepts, the approaches, that we used.

25          Q.   Understood.  Are those -- those

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 17 of 422

1   presentations were produced in response to the

2   subpoena, correct?

3       A.   Yes.

4       Q.   Thank you.

5            Did you review any other documents

6   aside from the ones you just identified?

7       A.   No.

8       Q.   Did you meet with counsel?

9       A.   Prior to the deposition?

10      Q.   Correct.

11      A.   No.

12      Q.   In preparation for the deposition.

13      A.   No.

14      Q.   Did you meet with counsel this morning?

15      A.   I saw him this morning.

16      Q.   Okay.  About how long did that meeting

17  last?

18      A.   About five minutes.

19      Q.   And is that the only time that you've

20  met with a lawyer to prepare for today's

21  deposition?

22      A.   I really did not meet with a lawyer to

23  prepare for today's -- with an attorney to prepare

24  for today's deposition.

25      Q.   Okay.  Okay.  Did you bring any

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 18 of 422

1  documents with you asides from the documents in the

2  banker's box?

3         A.    No.

4         Q.    I'm going to mark for the record

5  Exhibit 3 as the signed Morris Maslia deposition.

6               (DFT. EXHIBIT 3, deposition of Morris

7  Maslia dated June 30, 2010 Bates-stamped

8  CLJA_HEALTHEFFECTS-0000049487 through 49712, was

9  marked for identification.)

10 BY MR. ANWAR:

11        Q.    Mr. Maslia, can you see Exhibit 3?

12        A.    Yes.

13        Q.    Okay.  I will represent to you this is

14 a copy of your deposition transcript -- or a copy

15 of the transcript from your deposition on

16 June 30th, 2010 in the Laura Jones versus United

17 States matter.

18               Do you recall sitting for that

19 deposition?

20        A.    Yes, I do.

21        Q.    Okay.  And if you scroll to the very

22 end of the document, close to the end, it's

23 starting on --

24               MR. DEAN:  Just give me the page number

25 and I can --

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 19 of 422

1          MR. ANWAR:  Yeah, it's starting on page

2  215 of the -- 226 of the PDF.

3          THE WITNESS:  187.

4          MR. DEAN:  Huh?

5          THE WITNESS:  It says 187 on there.

6          MR. DEAN:  What's --

7          MR. ANWAR:  Yeah, that's correct

8  actually.

9          THE WITNESS:  Oh, okay.

10  BY MR. ANWAR:

11      Q.   215 of the PDF, page 187, which you're

12  looking at right now, did you have an opportunity

13  to review your testimony from that deposition?

14      A.   Yes.

15      Q.   Okay.  And you can feel free to look

16  through the next few pages from 187 on.  Is that

17  your handwriting completing the errata or the

18  correction sheet there for the deposition?

19      A.   Yes, it is.

20      Q.   And on the last page of the errata

21  sheet, which is just 225 of the PDF, 197 of the

22  document, at the bottom there, is that your

23  signature at the bottom of the page?

24      A.   Yes, that is my signature.

25      Q.   Okay.  And that prior deposition in

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 20 of 422

  
1   June 2010 in the Laura Jones matter, you gave that

2   deposition under an oath to tell the truth as well,

3   correct?

4           A.   That is correct.

5           Q.   Okay.  And did you testify truthfully

6   during that deposition?

7           A.   Yes, I did.

8           Q.   Okay.  And do you stand by your prior

9   deposition testimony today?

10          A.   Yes, I do.

11          Q.   And at that time in June 2010, when you

12  sat for that deposition, were you employed by the

13  ATSDR?

14          A.   Yes, I was.

15          Q.   And in June of 2010, ATSDR's water

16  modeling efforts related to Tarawa Terrace would

17  have been completed and the report published,

18  correct?

19          A.   That is correct.

20          Q.   And as of June 2010, ATSDR's water

21  modeling efforts related to Hadnot Point and

22  Holcomb Boulevard would have been ongoing?

23          A.   That is correct.

24          Q.   Okay.  Other than that prior -- and let

25  me -- let me clarify.  That was in the Laura Jones

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 21 of 422

1  matter, but that -- that case was also a Camp
2  Lejeune case, correct?
3       A.   It was never represented to me as to
4  what case it was.
5       Q.   Okay.
6       A.   I was just requested to provide a
7  deposition.
8       Q.   Okay.  And did you testify about your
9  work at ATSDR related to Camp Lejeune?
10       A.   Yes, I did.
11       Q.   Okay.  Other than that prior
12  deposition, have you testified either in a
13  deposition or a trial before?
14       A.   No.
15       Q.   So that was -- that's the only time
16  that you've testified?
17       A.   Yes.
18       Q.   Okay.  I am uploading --
19            MR. DEAN:  Exhibit 4?
20            MR. ANWAR:  Yes.
21            MR. DEAN:  Okay.
22            MR. ANWAR:  Actually upload both at the
23  same time, but I'll identify Exhibit 4.
24            MR. DEAN:  Maslia CV?
25            MR. ANWAR:  Correct.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 22 of 422

 1              (DFT. EXHIBIT 4, resume for Morris L.

 2    Maslia Bates-stamped CLJA_ATSDR_BOVE_0000073110 and

 3    73111, was marked for identification.)

 4    BY MR. ANWAR:

 5         Q.   Mr. Maslia, you should have before you

 6    what is being marked as Exhibit 4.  Is that a copy

 7    of your CV at least as of January 2018?

 8         A.   Could you scroll to the bottom of the

 9    page so I can see the date on it?

10         Q.   Sure.

11         A.   Yes, that is correct.

12         Q.   And feel free to -- to look through the

13    entire CV.  There's two pages.

14              MR. DEAN:  Yeah, so I'll just have to

15    work --

16              THE WITNESS:  That's fine.

17              MR. DEAN:  Okay.

18              THE WITNESS:  Okay.  That's actually --

19    I need to correct that.  That's actually a resume.

20    BY MR. ANWAR:

21         Q.   It's a resume.  Okay.

22         A.   I distinguish between a CV and a

23    resume.

24         Q.   How -- in your mind, how do you

25    distinguish between a resume and a CV?

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 23 of 422

1      A.    A resume should be no longer than two

2  pages, whereas, a CV can be 10, 20, 30 or multiple

3  tens of pages and it provides more specificity on

4  publications, on job activities, and stuff like

5  that.  It's more detailed.

6      Q.    Understood.  As of January 2018, would

7  this have been a true and accurate copy of your

8  resume?

9      A.    Yes, it would have.

10      Q.    Do you also maintain a CV separately?

11      A.    Yes, I do.

12      Q.    Do you have an updated version of your

13  CV available?

14      A.    Not with me on my person, but there is

15  an updated CV.

16      Q.    Okay.  If we were to -- and I'll make

17  the record on the record.  We will request a copy

18  of that CV.  Would you be willing to produce it to

19  us?

20      A.    Yes.

21      Q.    Okay.

22            MR. DEAN:  No objection.

23  BY MR. ANWAR:

24      Q.    And given that this is a resume and

25  it's abbreviated from your CV, I assume there are

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 24 of 422

1   experiences and presentations and articles and
2   things like that that are not reflected on this
3   resume; is that right?
4           A.   That is correct.
5           Q.   Okay.  Let's go ahead and mark -- show
6   you Exhibit 5, which is a copy of your LinkedIn
7   profile.
8               (DFT. EXHIBIT 5, LinkedIn profile page
9   for Morris L. Maslia, was marked for
10  identification.)
11  BY MR. ANWAR:
12          Q.   Can you see Exhibit 5, Mr. Maslia?
13          A.   I see it on the screen.
14          Q.   Oh, it's also up there.  Okay.  Yeah
15  scroll to the end.
16              I'll represent to you that I printed
17  this a week or so ago on 9/20, it looks like, so
18  less than a week ago.  Is this a true and accurate
19  copy of your current LinkedIn profile?
20          A.   It appears to be.
21          Q.   Okay.  And are there experiences,
22  articles, presentations, those types of things that
23  are not necessarily reflected on your LinkedIn
24  profile?
25          A.   Yes.

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 25 of 422

1          Q.    But those would be reflected in your

2    CV?

3          A.    That is correct.

4          Q.    Okay.  I would like to talk to you a

5    little bit about your -- your educational

6    background.  As I understand it from your prior

7    testimony and just the -- the resume and LinkedIn,

8    you graduated with a bachelor's of civil

9    engineering from Georgia Tech?

10         A.    That's correct.

11         Q.    And you graduated in 1976?

12         A.    That is correct.

13         Q.    Did you have a particular focus?

14         A.    Not under the bachelor's degree other

15   than general civil engineering.

16         Q.    Did you do any modeling course work in

17   your undergraduate study?

18         A.    Yes.

19         Q.    Could you tell me about that?

20         A.    We did some basic fluid mechanics.  We

21   would call it modeling using numerical methods to

22   represent mathematical equations.  We also did some

23   open channel flow.

24         Q.    Understood.  Anything else that comes

25   to mind?

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 26 of 422

1        A.    Not in the undergraduate.

2        Q.    Did you complete any sort of, like,

3    senior year thesis or capstone paper?

4        A.    They did not have a senior year thesis

5    for the undergraduate degree at Georgia Tech.

6        Q.    Understood.  Then I see you also

7    graduated from Georgia Tech with a master of

8    science in civil engineering; is that right?

9        A.    That is correct, sir.

10       Q.    And it looks like you graduated in

11   1980?

12       A.    Yes.

13       Q.    Did you have a particular focus in your

14   master's program?

15       A.    Yes, it was water resources, fluid

16   mechanics, numerical analysis.

17       Q.    Did you perform any sort of modeling

18   course work in your master's program?

19       A.    Yes, I did.

20       Q.    Can you tell me about that?

21       A.    I worked with and actually developed

22   what's referred to as a very -- variably saturated

23   or saturated/unsaturated flow model.

24       Q.    Can you describe for me the unsaturated

25   versus saturated flow model that you developed?

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 27 of 422

1        A.   It's fully described in my thesis some
2   40 -- 50 years ago, however, very briefly --
3        Q.   Sure.
4        A.   -- going down from land surface before
5   you hit the water table, which is referred to the
6   saturated zone below that, there's an unsaturated
7   zone that contains air, vapor and some water
8   particles, and that's a more complex analysis than
9   just looking at the water table and going below the
10  water table.
11       Q.   Understood.  Thank you.
12            Is your -- you said your thesis related
13  to that model?
14       A.   Yes, yes, it related to a numerical
15  model developed for that.
16       Q.   Was your thesis published?
17       A.   Yes, it was.
18       Q.   Do you know if that publication is
19  publicly available?
20       A.   It should be publicly available from
21  the Georgia Institute of Technology.
22       Q.   Understood.  Did you -- I understand
23  that Mustafa Aral, was he one of your professors?
24       A.   Yes.
25       Q.   Did he publish that paper with you?

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 28 of 422

1          A.    Not the thesis.  That's under the
2    graduate student's name.
3          Q.    Okay.  I saw a number of articles that
4    you have published with Professor Aral or Dr. Aral.
5          A.    Right.
6          Q.    And so your thesis related to the model
7    you just described, correct?
8          A.    That is correct.
9          Q.    Okay.  And as I understand it, you do
10   not have a doctorate or Ph.D. degree?
11         A.    I do not.  I took course work, but I
12   did not complete the doctoral dissertation.
13         Q.    Understood.  How much course work did
14   you complete towards the Ph.D.?
15         A.    All of the required one, which I
16   believe is at least 80.  Back then it was quarter
17   hours.
18         Q.    And did you have a particular focus
19   with respect to the -- the Ph.D. courses that you
20   took?
21         A.    Again, it was a greater emphasis on
22   water resources, environmental fate and transport,
23   and numerical modeling.
24         Q.    And I think a moment ago you stated
25   that you did not complete the Ph.D. thesis,

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 29 of 422

1  correct?

2       A.   That is correct.

3       Q.   Did you publish any other papers or

4  articles coming out of your graduate level Ph.D.

5  work?

6       A.   I did as part of my job with the

7  Federal Energy Regulatory Commission around 1980.

8       Q.   Okay.

9       A.   There were a couple of articles.

10      Q.   Would all of those articles be

11  reflected on your CV?

12      A.   Yes.

13      Q.   Okay.  Are you familiar with the

14  textbook Applied Groundwater Modeling:  Simulation

15  of Flow and Advective Transport by Mary Anderson?

16      A.   Yes, I am.

17      Q.   Okay.  I believe the authors listed --

18  listed on it are Mary Anderson, William Woessner,

19  and Randall Hunt; does that sound right?

20      A.   That sounds right.

21      Q.   Okay.  Would you agree that textbook is

22  established as a reliable authority in the field of

23  groundwater modeling?

24           MR. DEAN:  Object to the form of the

25  question.

Golkow Technologies,
A Veritext Division
877-370-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 30 of 422

1          THE WITNESS:  I could not say one way

2    or the other.

3    BY MR. ANWAR:

4          Q.   Okay.  Have you -- have you reviewed or

5    used that textbook before?

6          A.   I've -- I've used it as a reference.

7          Q.   And what have you used it as a

8    reference for, in what context?

9          A.   General modeling applications to -- if

10   I'm searching for a particular technique or if

11   someone else has used a technique and what their

12   opinion of that technique is.

13         Q.   Can you recall any specific examples

14   where -- where you've referenced that textbook?

15         A.   Not at this time, no.

16         Q.   Are you familiar with any of the

17   authors of that textbook?

18         A.   I'm familiar with Dr. Mary Anderson.

19         Q.   Do you know her?

20         A.   I have met her professionally at a

21   conference a number of years ago.

22         Q.   Have you -- have you worked with her at

23   all?

24         A.   No, I have not.

25         Q.   Do you respect her in the field of

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 31 of 422

1    groundwater modeling?

2        A.    Yes, I do.

3        Q.    Are you familiar with the textbook

4    Modeling Groundwater Flow and Contaminant Transport

5    by Jacob Bear and Alexander Cheng?

6        A.    Yes.

7            MR. DEAN:  Hold on.  So I'm going to

8    allow you, if you're going to continue to do this,

9    if you'll give me a continuing objection.  My

10   problem is you're not designating a time frame with

11   respect to your question.  So to -- to the extent,

12   as you know, he's been retained by the plaintiffs

13   as our consulting expert since July the 15th of

14   2022.  And to the extent you're asking him any

15   questions that relate to that time period, from

16   that time to the present, I make an objection.  I'm

17   not instructing him not to answer the question or

18   anything like that, but I'm just saying, you know,

19   this is not related to the facts of what went on

20   with regard to his deposition.

21           MR. ANWAR:  Sure.  And I will give you

22   that objection and I will -- a couple of things.

23   One -- well, I'll rephrase the question, but if we

24   could sort of limit the speaking objections, I

25   would appreciate it as well.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 32 of 422

1          MR. DEAN:  Yeah.

2     BY MR. ANWAR:

3          Q.   So understanding that you've been

4     retained as a consultant for the plaintiffs in the

5     litigation I believe as of June 2022, I'm not

6     interested in what you've reviewed or what you've

7     discussed with them from June 2022 forward, but

8     prior to your retention as a consultant with the

9     plaintiffs in the litigation, have you reviewed the

10    textbook Modeling Groundwater Flow and Contaminant

11    Flow by Jacob Bear and Alexander Cheng?

12         A.   I've seen that -- that particular book.

13    I've used other books by Jacob Bear.

14         Q.   Okay.  So you're familiar with it?

15         A.   Yes.

16         Q.   Would you consider that textbook as a

17    reliable authority in the field of groundwater

18    modeling?

19         MR. DEAN:  Object to the form of the

20    question and I am going to instruct him -- I'm

21    going -- I'm not going to instruct him not to

22    answer the question, but, again, you're not asking

23    him questions about facts in this case.  You're

24    asking him about whether or not he has a current

25    day opinion on whether some particular periodical

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 33 of 422

1    is reliable.

2              So I'm going to not instruct him to

3    answer the question, but I thought we had an

4    agreement that -- and I did it with Dr. Rennix.  So

5    you're asking him about something he -- a current

6    opinion and that is not what we agreed to.

7              MR. ANWAR:  And Kevin, your objection

8    is noted and I'm going to ask you to limit your

9    speaking objections.  Mr. Maslia is here to

10   testify, not you.  And I will rephrase my question.

11   BY MR. ANWAR:

12        Q.   Prior to your involvement in this

13   litigation as a consultant, would you have

14   considered that textbook as a reliable authority in

15   the field of groundwater modeling?

16        A.   Not that particular textbook.

17        Q.   Okay.  Why not?

18        A.   There are other textbooks that not only

19   I, but many, many other people rely on that are

20   considered more classic textbooks in groundwater

21   hydrology and modeling.

22        Q.   And again, I'm asking about your

23   personal knowledge --

24        A.   Yes.

25        Q.   -- prior to your involvement --

1          A.    Yes.

2          Q.    -- as a consultant in this litigation.

3    So with that qualification, what are some of those

4    other textbooks?

5          A.    There's Dynamics of Fluids by Jacob

6    Bear.  And then there's Groundwater Hydraulics by

7    Jacob Bear.  And then there's, I think, also

8    Groundwater Hydrology or Hydraulics, I don't

9    remember exactly, by Freeze and Cherry.

10         Q.    Okay.  And prior to your -- your

11   retention as a consultant for the plaintiffs, would

12   you have considered those reliable authorities in

13   the field of groundwater modeling or modeling

14   generally?

15              MR. DEAN:  Object to the form of the

16   question.

17              THE WITNESS:  Reliable textbooks that I

18   would use to refer if I had groundwater or

19   geohydrology questions, they do contain sections on

20   modeling, but I would not necessarily call them a

21   modeling book.

22   BY MR. ANWAR:

23         Q.    Understood.  Do you know Jacob Bear?

24         A.    I don't know him personally.

25         Q.    But you're familiar with him through

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 35 of 422

1    his work?

2            A.    Yes.

3            Q.    Do you respect him in the field of

4    groundwater modeling?

5            A.    Yes.

6            Q.    Do you know Alexander Cheng?

7            A.    No, I do not.

8            Q.    Shifting gears a little bit, I want to

9    talk about your -- your professional background.

10   As I understand it, you -- you started out your

11   career as a research hydrologist at the United

12   States Geological Survey in 1980; is that right?

13           A.    That is not correct.

14           Q.    Okay.  Well, please correct me.

15           A.    I started as a hydraulic engineer with

16   the Federal Power Commission in Washington D.C. in

17   1976.

18           Q.    Okay.

19           A.    Then I transferred to their office in

20   at Atlanta and the agency name became Federal

21   Energy Regulatory Commission.  And then in 1980 I

22   transferred as a hydrologist to the U.S. Geological

23   Survey.

24           Q.    Understood.  Thank you for that

25   clarification.  For that position in 1976 to 1980,

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 36 of 422

1    remind me, what was the title of the position?

2         A.   I was a hydraulic engineer, part of the

3    civil engineering series in the government.

4         Q.   What were your -- like, what was your

5    role and what were your responsibilities as a

6    hydraulic engineer?

7         A.   The agency was a regulatory agency to

8    inspect private hydroelectric dams that produced

9    power, so we would inspect those dams and do

10   analyses on the structural competency of those

11   dams.

12        Q.   Understood.  Did you do any modeling in

13   that role from '76 to '80?

14        A.   I did one model with respect to using

15   my master's dissertation on a dam in Georgia.

16        Q.   Can you tell me about that model?

17        A.   It was the saturated/unsaturated flow

18   model, and one of the concerns of hydraulic

19   engineers is when you build a dam, when you fill it

20   or lower the reservoirs, that it becomes unstable

21   based on pressures.  So we did an analysis of

22   Wallace Dam owned by the Georgia Power Company just

23   for -- looking at the safety factors.

24        Q.   How did you use that model to help you

25   look at the question that you just described?

1        A.   Well, you use measured water levels,
2   field conditions, and then change some condition
3   based on whether they're filling the reservoir or
4   emptying the reservoir, you put in soil properties
5   into the model and then the model produces results.
6   And in the case of this model it produces pressures
7   and hydraulic heads and then you can determine if
8   those are exceeding or not exceeding certain
9   factors that would make the dam safe or unsafe.
10       Q.   And do you make that determination by
11   comparing sort of data that you collect along the
12   way to the predictions of the model?
13       A.   That is correct, but we did not collect
14   the data.  That was obtained from the Georgia Power
15   Company.
16       Q.   Would that model be fairly described as
17   a forecasting model?
18       A.   It was applied to the present
19   conditions of the day, okay, so it did not go out
20   in time, which is what I would consider it a
21   forecasting model.
22       Q.   Understood.  You said it was applied to
23   the present conditions and time, so it would not
24   have been a hindcasting or reconstruction either,
25   correct?

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 38 of 422

1        A.    That is correct.

2        Q.    Did you do any other work related to

3   models in that role from 1976 to '80?

4        A.    No.

5        Q.    Okay.  And then in 1980, did you join

6   the U.S. Geological Survey as a research

7   hydrologist?

8        A.    I joined in 1980 as a hydrologist.  And

9   then you had the opportunity based whether you

10  wanted to take administrative track or a research

11  track to be reclassified under the Office of

12  Personnel Management's Research Grade Evaluation

13  program.  And so probably two or three years later

14  I was promoted under the Research Grade Evaluation

15  program based on publications and other criteria

16  that that -- that RGE program requires.

17       Q.    Understood.  And were you promoted to

18  research hydrologist?

19       A.    Yes.

20       Q.    How long did you work at the U.S.

21  Geological Survey?

22       A.    From 1980 to, I believe it was, 19 --

23  November of 1989.

24       Q.    And could you describe for me sort of

25  at a high level what you did in that role during

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 39 of 422

1    that time?

2         A.    I did groundwater analyses using

3    modeling techniques.

4         Q.    Okay.  Can you provide me with specific

5    examples of the ways in which you used modeling

6    techniques in relation to groundwater?

7         A.    I was working on a congressionally

8    funded project called the Regional Aquifer-Systems

9    Analysis program or RASA that U.S. Geological

10   Survey was doing all over the country.  And being

11   in the southeast we were looking at sections of the

12   Florida aquifer system.  And so we applied finite

13   difference groundwater flow models to southwest

14   Georgia and northwest Florida.

15        Q.    And what was the purpose of using the

16   model in that context with respect to the work you

17   were doing in Florida and southwest Georgia?

18        A.    To establish predevelopment conditions

19   going back to the late 1800s of groundwater levels.

20   And then also to establish, at that time, present

21   day, which would have been about 1980 to '84 or

22   '85, the current groundwater level conditions after

23   the onset of pumping.

24        Q.    Did you actually use that model to, I

25   guess, reconstruct conditions all the way back to

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 40 of 422

1    1800?

2         A.    We used data that was -- that was

3    available back then because of artesian wells

4    that's included as part of the model.

5         Q.    Okay.  Can you explain for me how you

6    use that data to look back to 1800?

7         A.    Well, you need to start a model at a

8    starting point where you know what the water levels

9    are.  So if there was no pumping going on and you

10   had reports through the literature, through

11   historical documents, of people seeing water levels

12   going ten feet above land surface or 20 feet above

13   land surface, you can use that as an estimate to

14   estimate predevelopment conditions along with the

15   aquifer properties.

16        Q.    Was there data available going back in

17   time to the 1800s?

18        A.    There's sparse data, but there are some

19   data points, yes.

20        Q.    Understood.  And what did you

21   ultimately use that model for again?

22        A.    To assess the water resources

23   conditions for the present time, which I'm

24   referring to, you know, the 1980s.  There was a

25   question in some of the areas in northwest Florida

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 41 of 422

1    as to how much drinking water would be available

2    for future use 20, 30, 50 years out.  There was a

3    question in southwest Georgia as to how much more

4    available agricultural land that they could

5    irrigate by installing additional water supply

6    wells.

7          Q.   Would it be fair to characterize -- or

8    would it be fair to characterize the use of that

9    model as a sort of planning tool or urban sort of

10   planning development tool?

11         A.   It would be a planning tool.

12         Q.   Okay.  Did you perform any other work

13   related to modeling in your role with the USGS?

14         A.   Yes, I did.

15         Q.   Can you tell me about that?

16         A.   I conducted, along with a colleague,

17   studies at Hyde Park, New York, which is part of

18   the Love Canal/Hyde Park superfund area.  We were

19   requested to assist the USEPA in determining the

20   time it would take a water particle that had been

21   contaminated to travel from the Hooker chemical

22   landfill to the Niagara gorge.

23         Q.   Understood.  Can you describe for me a

24   little bit how you were able to do that using the

25   modeling techniques or a model?

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 42 of 422

1          A.   Well, my -- my colleague had been a
2    geohydrologist with USGS in the early 1960s when
3    they were actually digging the power canals there,
4    so he observed and witnessed water where water was
5    coming out and the geology.  And so we put that
6    into the model.  Obviously we were 20 years later.
7    And then we had some current, at the time, water
8    level measurements, and so we adjusted model
9    parameters, hydraulic conductivities, soil
10   saturation properties to come up with, you know,
11   the current conditions.
12         Q.   Would it be fair to characterize that
13   model, the Hyde Park model, as a planning tool as
14   well?
15         A.   No, I would -- I would consider it a --
16   an analysis tool, okay?  It's -- because we were
17   not requested to do any planning.
18         Q.   You were -- when you say you would
19   describe it as an analysis tool, what were you
20   analyzing?
21         A.   We were requested by USEPA to determine
22   how long it would take a water particle assuming,
23   the water particle was contaminated, to travel
24   along a flow path from -- from a landfill to the
25   Niagara gorge.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 43 of 422

1      Q.   Would it be fair to characterize that
2  model as a predictive model because you are
3  planning --
4      A.   Yes, that would have been a predictive
5  model.
6      Q.   Understood.  Any other work related to
7  models in your role at USGS?
8      A.   Yes, I started to work on a model of
9  Brunswick, Georgia.  They had some chloride
10 contamination, natural chloride coming up from the
11 Floridan aquifer going to industrial pumping right
12 along the coast and the barrier islands in Georgia.
13     Q.   And what was the intended purpose of
14 that model?
15     A.   The intended purpose was to help the
16 state of Georgia plan as to how much more water
17 could be withdrawn from the Florida aquifer.  How
18 many more wells they could permit.  How much more
19 industry could withdraw.
20     Q.   Would it be fair to characterize that
21 model as a planning tool as well?
22     A.   Yes.
23     Q.   You're -- you're sort of looking into
24 the future, right?
25     A.   Yes.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 44 of 422

1          Q.   Any other work with modeling in --
2     during your time at USGS?

3          A.   No.

4          Q.   As I understand it from your prior
5     deposition, you -- you went from USGS -- you left
6     that role in 1989 and you joined Geosyntec
7     Consultants; is that right?

8          A.   That is correct.

9          Q.   And the position I saw, I think, either
10    in the deposition or in your -- your resume was
11    manager of the water resources group; is that
12    right?

13         A.   That is correct.

14         Q.   And you were at Geosyntec Consultants
15    from 1989 to 1992?

16         A.   Probably closer to -- from 1990 through
17    1992.

18         Q.   Thank you.

19              What did you do in that role as water
20    resource -- as a manager of water resources group
21    at Geosyntec?

22         A.   I established a library of model --
23    model codes publicly available and things like
24    that, so the engineers at Geosyntec, if they had a
25    reason to need modeling, they would be there

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 45 of 422

1    available to them.

2         Q.   When you say you established a library

3    of model codes, does that mean you collected

4    existing codes or did you actually develop new

5    codes?

6         A.   No, I collected existing codes.

7         Q.   Do you recall just some examples of the

8    types of codes you collected for that library?

9         A.   I really do not for that particular --

10        Q.   Fair enough.

11        A.   -- job that I had.

12        Q.   Did you do any work related to modeling

13   when you were at Geosyntec?

14        A.   Yes, I did.

15        Q.   Can you tell me about that?

16        A.   We looked at a landfill, a proposed

17   landfill area in Cinnaminson, New Jersey.

18        Q.   How did you use modeling in that

19   context?

20        A.   Again, the client wanted to use the

21   area as a landfill, and as most states, the

22   jurisdictions have a regulation that the water

23   table cannot come within a certain number of feet

24   below a landfill liner.  So the question was we had

25   to determine what would the water -- what would the

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 46 of 422

1  altitude of the water table be below the liner
2  given a high rainfall season, a low rainfall
3  season, things like that.
4       Q.   Was that model intended to be used as a
5  planning tool as well?
6       A.   Yes.
7       Q.   Because it was looking into the future?
8       A.   It was looking into current conditions
9  and then predicting how many wells would be needed
10 to -- to take the water out to keep the water table
11 below the landfill liner.
12      Q.   Understood.  Did you do any other work
13 related to modeling in your role at Geosyntec?
14      A.   No.
15      Q.   And as I understand it, you -- you left
16 Geosyntec in 1992 and that's when you joined ATSDR,
17 correct?
18      A.   That is correct.
19      Q.   And for the purposes of the record,
20 what does ATSDR stand for?
21      A.   It stands for the Agency for Toxic
22 Substances and Disease Registry.
23      Q.   Okay.  And how would you describe
24 ATSDR, its role?
25      A.   Under CERCLA they are mandated to be a

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 47 of 422

1    scientific agency to look at potential health
2    effects resulting from people living near landfills
3    or ingesting contaminated media.  They also are
4    responsible for producing toxicological profiles.
5            Q.    The work that ATSDR does in looking at
6    particular health effects or chemicals, I think you
7    mentioned toxic profiles, how does that work get
8    used?
9            A.    I can't speak to the toxic profiles
10   because that was not the division I was in nor my
11   expertise.
12           Q.    Understood.  As it relates -- so that's
13   a good point.  Let's -- what was your role when you
14   joined ATSDR?
15           A.    I was brought in as a civil engineer in
16   the Division of Health Assessment and
17   Consultations.
18           Q.    Okay.  And what is a civil -- what are
19   the responsibilities of a civil engineer in, you
20   said, health assessment consultations --
21           A.    Right, right.
22           Q.    -- do?
23           A.    Let me -- let me correct the record.
24           Q.    Sure.
25           A.    My apologies.  I was brought in as an

Golkow Technologies,
A Veritext Division
877-370-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 48 of 422

 1   environmental engineer.
 2         Q.   Okay.  Thank you for that
 3   clarification.
 4         A.   For the official classification for
 5   the --
 6         Q.   Understood.  So we won't hold you to
 7   that.  Thank you for the clarification.
 8              So what does an environmental engineer
 9   do?
10         A.   You look and assess at environmental
11   data and then determine if there's going to be a
12   completed or not completed exposure pathway that
13   would impact humans.
14         Q.   How -- how long roughly, give or take,
15   I understand that this was a number of years ago --
16   did you hold the title of environmental engineer?
17         A.   I'll say for maybe three years.
18         Q.   So roughly '92 to '95?
19         A.   Yes, sir.
20         Q.   And what did you understand that the --
21   well, let me back up.  What -- what did you do in
22   that role as an environmental engineer?  Can you
23   remind me?
24         A.   I looked at different sites under
25   CERCLA.  ATSDR is responsible for assessing any

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 49 of 422

1   site that EPA classifies as a national priorities

2   list site, NPL site.  And ATSDR, by congressional

3   mandate, has about two years to render an opinion

4   to assess that and produce a public health

5   assessment on that site, the scientific document,

6   okay?  And so that's what I worked on on a number

7   of different sites.

8        Q.   Was -- was your work relied upon for

9   purposes of others that produce the public health

10  assessment?

11       A.   Yes.

12       Q.   Do you know, from your time at ATSDR,

13  how the public health assessments would be used?

14       A.   Could you qualify that?  Are you

15  talking about from a scientific, regulatory,

16  public?  I'm not sure I understand the question.

17       Q.   Sure.  Were the -- so let me make sure

18  I understand your testimony correctly.  The work

19  you did as an environmental engineer, that -- that

20  helped the folks that worked on the public health

21  studies do what they do; is that right?

22       A.   No, the work that I did as an

23  environmental engineer collecting data, analyzing

24  contaminant data, would be used by ATSDR staff

25  working on the public health assessments, not

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 50 of 422

1    health studies.

2         Q.   I see.  Okay.  Did you do any modeling

3    in that role as an environmental engineer?

4         A.   Yes.

5         Q.   Can you tell me about that?

6         A.   One site in particular was Groton,

7    Massachusetts and there was some -- and I would

8    have to look back at the document.  I don't recall

9    whether it was PCE or TCE, but a volatile organic

10   compound contamination.

11        Q.   Okay.

12        A.   And so we wanted to look because it was

13   in a residential area.

14        Q.   What was the purpose of that particular

15   model?

16        A.   To look at the time of travel of the

17   contaminant and when it may have reached or made a

18   completed exposure pathway so that humans would --

19   would have been impacted by that.

20        Q.   Were you looking at the time of travel

21   into the future?

22        A.   I would have to look at the -- go back

23   to my, you know, my CV or whatever and look at

24   that.

25        Q.   Okay.  Was -- to the best of your

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 51 of 422

1    recollection, was that what you would describe as a

2    historical reconstruction modeling project?

3           A.    No.

4           Q.    In your -- in that role as an

5    environmental engineer from '92 to '95, did you do

6    any other work related to modeling?

7           A.    I was asked for my technical advice and

8    opinion on a number of different sites.  I don't

9    recall offhand specific site -- site names we did

10   because we did a full model, but on the other ones

11   it may have been a short analysis.  It may have

12   been a probabilistic analysis, things like that.

13          Q.    Would -- would all of those --

14   understanding that you don't recall the specific

15   sites, would those models have been used to either

16   analyze sort of present day conditions or sort of

17   look into the future and make predictions?

18          A.    They most likely would look at past

19   conditions and current day at the time conditions.

20          Q.    Okay.  Do you recall any of the models

21   that you worked on that looked at past conditions?

22          A.    I know the Groton, Massachusetts one

23   looked at past conditions.

24          Q.    Do you recall how far back you looked

25   for --

Golkow Technologies,
A Veritext Division
877-370-3377                                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 52 of 422

1          A.    No, I do not.

2          Q.    Is there -- was there information

3    published about that site and your work on that

4    site?

5          A.    I believe we did -- coauthored, I

6    published a peer reviewed journal article on -- on

7    the Groton site and I believe there's also a public

8    health assessment by ATSDR on the Groton site.  I

9    do not specifically recall if they used the model

10   result in the public health assessment or not.

11         Q.    Understood.  Would you characterize the

12   Groton site or the modeling work that you did on

13   the Groton site as historical reconstruction?

14         A.    It's got a component of historical

15   reconstruction.

16         Q.    What do you mean by that?

17         A.    Historical reconstruction, as I

18   developed it for the agency along with a coauthor,

19   is a process.  So it involves many aspects.

20   Modeling, data analysis, uncertainty analysis.  So

21   it spans the gamut, so it's not just one

22   application or one model.

23         Q.    Would you have performed the types of

24   things you -- you do for historical reconstruction

25   such as uncertainty analysis with respect to that

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 53 of 422

1    -- that Groton site?

2           A.    Not at that time.

3           Q.    Still just focusing on '92 to '95 in

4    that role as an environmental engineer, is there

5    any other work you did related to modeling that you

6    can recall?

7           A.    I probably looked at a number of

8    different sites and, again, may have done some

9    probabilistic analysis looking at whether some

10   contamination exceeded a certain threshold or not a

11   certain health threshold.

12          Q.    Understood.  What position did you take

13   on after 1995 or in 1995?

14          A.    I was promoted again.  The CDC and

15   ATSDR being part of the CDC also had the Research

16   Grade Evaluation program under Office of Personnel

17   Management.  So again, you could either go

18   administrative or scientific.  So I was promoted

19   under the RGE program and then assigned as the

20   project officer for the agency's exposure-dose

21   reconstruction program.

22          Q.    When were you assigned as a project

23   officer to the exposure-dose reconstruction

24   program?

25          A.    I don't recall the exact date.  The

Golkow Technologies,
A Veritext Division
877-370-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 54 of 422

1    program was -- document was published around 1993
2    by the agency where I coauthored it and the
3    director of the agency at the time signed off on
4    it.
5         Q.   Who was the director at the time?
6         A.   Actually he -- at that time he was --
7    they called them assistant administrators.  It was
8    Dr. Barry L. Johnson.
9         Q.   And this would have been in 1993?
10        A.   That's when the agency program -- yes,
11   yes, he was the first assistant administrator for
12   ATSDR.
13        Q.   Okay.  You became project officer for
14   the exposure-to-dose reconstruction program in '95?
15        A.   Yes.
16        Q.   And did you hold that title all the way
17   until you retired?
18        A.   Yes.
19        Q.   Did you hold any other titles from '95
20   until you retired in 2017?
21        A.   Not within ATSDR.
22        Q.   What -- starting at a high level, how
23   would you describe your -- your roles and
24   responsibilities as project officer for the
25   exposure-to-dose program at ATSDR?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 55 of 422

1      A.    I would be the scientific and technical

2  advisor for sites or for people who -- who needed

3  some historical reconstruction.  And so they would

4  come to our group or our program, and then we would

5  determine, you know, what approaches to use, what

6  methodologies needed to be used to answer questions

7  that they would pose to us.

8      Q.    Any other roles or responsibilities

9  that you can think of related to that role?

10      A.    Well, under the RGE program they

11  reevaluate you every so often, so you have to have

12  a number of publications and things like that.  So

13  we would work on sites and publish documents.  We

14  would also -- I was responsible for overseeing the

15  corporative agreement with the university partner

16  that spanned five-year increments.  So I would

17  author that RFP and then the CDC grants office

18  would put it out for bid.  And we had a university

19  partner as a corporative agreement partner.

20      Q.    When did you take on that role with the

21  university partner?

22      A.    I'm thinking it's around 1995.

23      Q.    And did you partner with multiple

24  different universities?

25      A.    No, we partnered with Georgia Tech.

1          Q.    Okay.  Was -- and Georgia Tech was the
2     only university that you partnered with?
3          A.    Yes, yes.
4          Q.    Now, I understand that you led the
5     water modeling efforts related to Camp Lejeune, and
6     we'll talk about that.  Putting that aside for a
7     moment, can you tell me about any other work you
8     did related to modeling in that role as project
9     officer for the exposure-to-dose reconstruction
10    program?
11         A.    We did work on some selected sites that
12    we were asked to look at.  It could be groundwater
13    modeling, fate and transport modeling, water
14    distribution system modeling.  So we -- you know.
15    And again, if there was a special analysis code
16    that we needed or that we did not have or it was
17    not in the public domain, then, of course, we would
18    ask our university partner to assist us.
19         Q.    Okay.  Understood.  Do you recall any
20    of the -- again, putting Camp Lejeune model aside,
21    any -- do you recall any of the types of models you
22    used?
23         A.    We used water distribution system
24    modeling at Southington, Connecticut and Toms
25    River, Dover Township, New Jersey.

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 57 of 422

1          Q.    What -- what was the project in
2     Connecticut?
3          A.    They had a water distribution system,
4     and the Connecticut -- I'm going to call it public
5     health agency.  I don't recall the exact name.  It
6     was VOC contamination and they were concerned
7     about, I believe, kidney cancer and miscarriages,
8     and so they wanted to see how the contamination
9     traveled through the pipelines of their water
10    distribution system.
11         Q.    Was that looking at travel into the
12    future?
13         A.    Not necessarily.  Water distribution
14    systems operate on time scales of hours.  Okay.  So
15    it could be the present day condition or it can be
16    a past condition based on the past condition of the
17    water distribution system.
18         Q.    Okay.  Would you consider that -- that
19    work you did in Connecticut as historical
20    reconstruction?
21         A.    No, I would consider it more present
22    day.  Present day for that time.
23         Q.    Okay.
24         A.    Not present day now.
25         Q.    And I understand Dover and Toms River.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 58 of 422

1    That was a historical reconstruction, correct?

2          A.    Yes, it was.

3          Q.    Was that the first historical

4    reconstruction project you had performed at ATSDR?

5          A.    That was probably the first and most

6    publicly-acknowledged project.

7          Q.    Okay.  Is it -- is it the first

8    historical reconstruction you had performed at

9    ATSDR or the first one you had performed period at

10   any place of employment?

11         A.    It would be the first complete

12   historical reconstruction.  Again, historical

13   reconstruction is a process, so we may have taken a

14   certain aspect of historical reconstruction model

15   or data analysis and done some for some other

16   sites, but Toms River, New Jersey was the first

17   complete application of a historical reconstruction

18   process.

19         Q.    Who did you work with on the Toms River

20   project?

21         A.    We worked -- we had a corporative

22   agreement.  When I say "we", I mean ATSDR, just to

23   clarify.  ATSDR had a corporative agreement with

24   the New Jersey Department of Health and Senior

25   Services, and they requested ATSDR's assistance

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 59 of 422

1    because of the increasing number of childhood

2    cancer cases that they had observed.

3          Q.   Okay.  Who from ATSDR worked with you

4    on that project?

5          A.   Myself and probably Mr. Jason Sautner.

6          Q.   Okay.  Did you work with any university

7    partners on that project?

8          A.   Yes.

9          Q.   Who -- who was that?

10         A.   The -- it was referred to as the

11   multiple environmental simulations -- multimedia

12   environmental simulations laboratory at Georgia

13   Tech.

14         Q.   Is that the laboratory run by Mustafa

15   Aral?

16         A.   Yes.

17         Q.   Okay.  And as I understand it, he

18   was -- he was a professor that you had while you

19   studied at --

20         A.   That is correct.

21         Q.   -- Georgia Tech, correct?

22         A.   That is correct.

23         Q.   Okay.  As it relates to Toms River, can

24   you walk me through a little bit, sort of your

25   thinking as a scientist or your -- kind of the

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 60 of 422

1   scientific process of determining whether you can

2   do a historical reconstruction, particularly since

3   it sounds like you had never done one before?

4           MR. DEAN:  Object to the form of the

5   question.

6   BY MR. ANWAR:

7           Q.   You can answer.

8           A.   Okay.  It's not that -- again,

9   historical reconstruction is a process, okay?  So

10  we had applied previously parts of that, but for

11  Toms River, New Jersey we were asked to look at the

12  development of their water distribution system from

13  its infancy, 1960s, all the way to the current day,

14  which was, I believe at the time, 1998.  And on a

15  monthly and annual basis, the people, the health

16  scientists at New Jersey Department of Health and

17  Senior Services wanted to know which well field was

18  contributing which volume of water to the total

19  water supply so they could do an epidemiologic

20  study.

21          Q.   How big was the Toms River site, do you

22  recall?

23          A.   Big in area or big in population?

24          Q.   Why don't we start with physical area.

25          A.   Oh, it's maybe 40 square miles.

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 61 of 422

1        Q.    Okay.  How does -- just out of
2    curiosity, just for my own kind of conceptualizing,
3    it how does that relate to Camp Lejeune?
4        A.    Camp Lejeune in its entirety is
5    probably around 150 or more square miles.
6        Q.    Okay.  Do you recall how many water
7    distribution systems you were looking at at the
8    Toms River site?
9        A.    There was one because it was a
10   privately owned water utility, United Water, but
11   there were multiple well fields.
12       Q.    Do you remember the number of well
13   fields?
14       A.    I believe it was eight, but I would --
15   I just want to couch that and say I would have to
16   go back and look at our publications.
17       Q.    And how many chemicals were you looking
18   at with respect to Toms River?
19       A.    That is where discussions between the
20   New Jersey Department of Health and Senior
21   Services, epidemiologists in our group decided we
22   could use a novel approach and we did not have to
23   look at chemical-specific compounds.
24       Q.    Can you -- can you explain a bit more
25   for me what you mean by that?  You said a novel

Golkow Technologies,
A Veritext Division
877-370-3377                                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 62 of 422

1    approach where you don't have to look at
2    chemical-specific compounds.
3              A.    Uh-huh.
4              Q.    What did you mean?
5              A.    What they were interested in from the
6    epidemiology standpoint is, again, the volume of
7    water that, you know, Jane and John Smith would be
8    receiving from well field A, well field B, C, D, E
9    and F, okay?  And the epidemiologist decided that
10   that was of primary importance.  If they could
11   determine the volume of water, then based on
12   additional epidemiologic study information, like
13   consumption activities at the home, they could
14   establish the epidemiologic statistics that they
15   needed.  So they did not need -- so it was decided
16   that they did not need a specific compound to trace
17   through the water distribution system.  They
18   assumed whatever compound was there would be
19   conservative, would not degrade, so you really did
20   not need a specific compound.
21             Q.    I see.  So it was just sort of
22   hypothetical compound -- or not hypothetical, but
23   undefined compound?
24             A.    It was -- no, it was a compound defined
25   as a conservative compound.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 63 of 422

1          Q.    Okay.

2          A.    And then we assumed a certain

3    concentration, and then we could tell what

4    percentage of that concentration originating from

5    well field A, B, C, D or E where it traveled to in

6    -- in their distribution system.

7          Q.    Did you have -- I think a moment ago

8    you said for Dover -- the Dover reconstruction

9    project you looked at the time period from 1960 to

10   1998?

11         A.    1962.

12         Q.    1962.  Excuse me.  To 1998.

13               Did you have historical data during

14   that period related to the water?

15         A.    We had some, yes.

16         Q.    How much -- what data did you have?

17   How much data did you have?

18         A.    We had information from the water

19   utility as to when they installed certain pipelines

20   in certain locations.  Certain water appurtenances;

21   pumps, valves, stuff like that.  So as the system

22   changed, we had information on that.

23         Q.    Since you were dealing with a compound

24   that you defined as conservative, but not

25   necessarily any specific chemical, I assume you

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 64 of 422

1    didn't have, like, historical sampling data related
2    to any particular chemical?
3         A.   No, that's not correct.
4         Q.   Okay.  Could you -- could you explain
5    it for me?
6         A.   Yes, it turns out that the groundwater
7    in New Jersey that they used is -- in the water
8    region system has naturally occurring high barium.
9    And so we had some -- and so New Jersey took some
10   barium readings in the 1990s, and so we were able
11   to match the model.  When I say "match", we were
12   able to compare modeling for a specific date and
13   time with barium readings, and that's all described
14   in our -- in a journal article that I published in
15   2000.
16        Q.   Okay.  Prior -- did you have pumpage
17   data related to the Dover site?
18        A.   Are you talking about groundwater well
19   pumpage or water distribution system pumps?
20        Q.   Either one.
21        A.   We had water distribution system pump
22   curves which is required by the model that we used
23   and that, again, came from the water utility.  We
24   knew how much water they were pumping out of their
25   round water wells.

Golkow Technologies,
A Veritext Division
877-370-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 65 of 422

1          Q.   At the time that you worked on the
2    Dover reconstruction effort, were you aware of any
3    other reconstruction efforts taken to look at, I
4    guess, water chemical concentrations over, you
5    know, the period of time that you were looking,
6    30-some years?
7          A.   Like other parties or by ATSDR?
8          Q.   By anyone.
9          A.   Well, yes, there was the ongoing -- I
10   think it's the Department of Energy dose
11   reconstruction programs at, like, Hanford, Savannah
12   River plant.
13         Q.   Okay.
14         A.   And some of those big facilities
15   assessing, for example, the fallout at Hanford and
16   the Downwinders and things like that.
17         Q.   I had a thought and I lost my train of
18   thought for a second.  Give me one second.
19              And if you want, we've been going for
20   about an hour.  We're welcome to take -- you're
21   welcome to take a break.
22         A.   I would like a fresh cup of tea.
23              MR. ANWAR:  You want to grab -- let's
24   take five.
25              MR. DEAN:  Take five, if you don't

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 66 of 422

1  mind.

2          MR. ANWAR:  Sure.

3          THE VIDEOGRAPHER:  Going off the

4  record.  The time is 10:38 a.m.

5          (A recess transpired.)

6          THE VIDEOGRAPHER:  Going back on the

7  record.  The time is 10:50 a.m.

8  BY MR. ANWAR:

9      Q.  We are back on the record from a short

10  break.  Mr. Maslia, are you okay to continue?

11      A.  Yes, I am.

12      Q.  Great.  Did you speak with your lawyers

13  during the break at all?

14      A.  No, I did not.

15      Q.  Okay.  Before the break we were

16  discussing your work as it relates to the Dover,

17  New Jersey -- or the Dover Toms River site,

18  correct?

19      A.  That's correct.

20      Q.  And I think earlier in your testimony

21  you mentioned that the modeling work you did

22  related to that site was to help perform health

23  studies; is that right?

24      A.  It was for New Jersey Department of

25  Health and Senior Services to conduct their

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 67 of 422

1    epidemiologic study of the area.

2         Q.   Do you know if the New Jersey

3    Department of Health did, in fact, perform the

4    health study?

5         A.   Yes, they did.

6         Q.   Do you know what that health study was

7    used for?

8         A.   To determine -- they were conducting a

9    case control study, so to determine if people

10   received water from a certain well field had a

11   higher risk of incurring certain health diseases

12   than people who did not receive water from that

13   particular well field.

14        Q.   Okay.  Do you recall any of the

15   conclusions in that health study?

16        A.   It's really an epidemiologic question.

17        Q.   Sure.

18        A.   So I can answer the contribution of the

19   model, but not the epidemiological results.

20        Q.   Understood.  Do you recall whether the

21   New Jersey Department of Health took any sort of

22   action as a result of that health study?

23        A.   I'm not aware if they're a regulatory

24   agency or what -- what their involvement from that

25   standpoint is.

Golkow Technologies,
A Veritext Division
877-370-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 68 of 422

1      Q.   Okay.  So, you know, you did the
2  reconstruction?
3      A.   Right.
4      Q.   They did the study?
5      A.   Yes.
6      Q.   And that's it?
7      A.   That's correct.
8      Q.   Okay.  I wanted to go back to -- you
9  mentioned some work you did related to Savannah
10 River; is that correct?
11     A.   No, no.
12     Q.   What was --
13     A.   We did some work -- Savannah River I
14 mentioned in terms of just doing dose
15 reconstruction --
16     Q.   Oh, correct.
17     A.   -- because they were part of the
18 Department of Energy plants producing...
19     Q.   Thank you for that clarification.  I
20 was misremembering.  So you mentioned Savannah
21 River in the context of a question I asked about
22 whether anyone else had done sort of a
23 reconstruction project, correct?
24     A.   Yes.
25     Q.   And that Savannah River project, my

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 69 of 422

1   understanding about it is that it involved an air

2   model related to nuclear fallout; is that right?

3          A.   I really don't know the specifics.  I

4   just remember seeing in the scientific literature

5   reports from Savannah River plant, Hanford, and

6   things of that nature where they would have had DOE

7   facilities that produced, you know, weapons-grade

8   materials, so...

9          Q.   Aside from Savannah River, at the time

10  that you did the Toms River Dover reconstruction,

11  are you aware of any others -- reconstructions,

12  sort of historical reconstruction modeling projects

13  that had been performed anywhere?

14         A.   Not at the time, however, there's a

15  literature review in 2010 by Jennifer Somheil and

16  others and they do a complete review of

17  environmental reconstruction analyses.

18         Q.   Off the top of your head, there's --

19  there's your work as it relates to Dover and Toms

20  River and then we will talk about your work related

21  to Camp Lejeune.  Are you aware -- and then you

22  mentioned the Savannah River project as well.  Are

23  there any other historical reconstruction modeling

24  projects that you can think of?

25         A.   There's one, for example, in Tucson,

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 70 of 422

1    Arizona from the Hughes Aircraft TCE plume.  That
2    was sealed under the courts.
3         Q.   Okay.
4         A.   So it was private consultants.  So
5    while ATSDR is aware of that, ATSDR, it's not
6    publicly available.
7         Q.   Okay.  Fair to say you haven't seen
8    that work?
9         A.   I've seen parts of that work.
10        Q.   Okay.  Do you know what specifically
11   that work entailed?
12        A.   No, no, no.
13        Q.   Okay.  At the time that you were
14   working at the Toms -- on the Toms River project,
15   did you consult any modeling textbooks?
16        A.   Consulted modeling manuals.
17        Q.   What modeling manuals did you consult?
18        A.   EPANET.
19        Q.   Okay.  Anything else that you recall?
20        A.   No.
21        Q.   And then you mentioned that -- as I
22   think you mentioned, and you should correct me if
23   I'm misremembering, that as project officer for the
24   ATSDR's exposure-to-dose reconstruction program,
25   that you started that; is that right?

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 71 of 422

1          A.     That is correct.

2          Q.     Okay.  I'm trying to understand if in

3     starting that program you started from scratch or

4     did you look to some sort of existing scientific

5     methodology for that program?

6          A.     The program evolved and was proposed by

7     me and a coauthor because at the time, ATSDR came

8     under scrutiny by the Government Accountability

9     Office.  They were handed 1200 NPL sites.  In the

10    congressional mandate they were supposed to review

11    all of them within two years.  So the agency

12    essentially were taking remedial investigation

13    reports and rubber stamping them and saying, yeah,

14    let's go to the next one.

15          And so the assistant administrator,

16    Dr. Barry Johnson, the conversations initially just

17    started out as, you know, you know, nothing

18    technical or anything.  We agreed that ATSDR needed

19    some quantitative computational ability to

20    independently check results in either the remedial

21    -- remedial investigation reports or proposed

22    remediations by EPA.  And so that's how -- that was

23    the origin of the exposure-dose reconstruction

24    program, was to provide a technical and -- and

25    scientific section within ATSDR that people could

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 72 of 422

1    tag into and...

2          Q.   And in providing the technical support

3    in that role, did you -- were there existing

4    methodologies that you looked to and relied upon or

5    did you -- did you start from scratch?

6          A.   Well, there are existing published

7    models that would be part of their existing

8    probabilistic analysis, but we also had our

9    corporative agreement partner and they developed

10   their own models and approaches, so we would

11   incorporate everything as determined by what

12   particular site or what particular question we were

13   asked to answer.

14         Q.   Understood.  At the time that you did

15   the Dover historical reconstruction, did you -- did

16   you start from scratch on that or was there

17   existing sort of scientific methodology on how to

18   do a historical reconstruction?

19         A.   We started from scratch, from the

20   corporative agreement partner, New Jersey

21   department asked us to look at the water

22   distribution system.  And for a few pipes you can

23   do that by hand.  It's taught in engineering

24   school.

25         Q.   Okay.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 73 of 422

1          A.    And once they showed us the expanse of
2    the distribution system, we told them you needed
3    some automated method, and that's when we were --
4    we looked through the literature and we found out
5    about the EPANET program out of EPA.
6          Q.    And I think earlier you described only
7    some of the work you did related to Toms River as
8    novel; is that right?
9          A.    Yes.
10          Q.    Can you -- and I apologize if you
11    already explained this, but can you remind me how
12    it was novel?
13          A.    It was the first time that multiple or
14    several dozen pressure launders --
15              MR. ANWAR:  I apologize.  I don't know
16    what that is.  Sorry.
17              MR. DEAN:  It almost caused me a heart
18    attack.
19    BY MR. ANWAR:
20          Q.    Okay.  Could you -- could you remind me
21    why -- the aspects of Toms River, New Jersey that
22    were novel?
23          A.    It was -- first of all, to my
24    knowledge, a water distribution system had not been
25    reconstructed from its beginning stages, for

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 74 of 422

1    example, 1962, year by year, all the way up through

2    1998.  And it was the first time that a large

3    number of automated pressure recorders had been

4    used to obtain data and monitor the system.  And

5    that's all, again, in that published article that

6    we published in the Journal of Water Resources

7    Planning and Management in 2000 under the auspices

8    of the American Society of Civil Engineers.  And

9    they considered it novel enough that they awarded

10   us the best practice-oriented paper for 2000.

11        Q.   Okay.  And I think I saw online that

12   there was an ATSDR report published related to Toms

13   River as well?

14        A.   Yes, there was a number of ATSDR

15   reports published.  One for the current conditions

16   at the time, which I believe were 1998, and then

17   the historical reconstruction going back from 1962

18   forward.

19        Q.   Okay.  I think maybe the report I saw

20   was the reconstruction.

21        A.   Okay.

22        Q.   So putting Toms River aside, Dover and

23   Toms River, putting Camp Lejeune aside, during your

24   time as project officer for the exposure-to-dose

25   reconstruction program at ATSDR, are there any

Golkow Technologies,
A Veritext Division
877-370-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 75 of 422

1    other historical reconstruction efforts you worked

2    on while you were at ATSDR?

3          A.   We did an uncertainty probabilistic

4    analysis in Morriston -- Marston, Missouri.  Again,

5    it was quick.  Somebody needed an analysis to see

6    if -- I think it was PCBs, if they were exceeding a

7    certain health criteria.  So again, that was a

8    statistical analysis, but, again, it's, you know,

9    part and parcel of the work that we did under the

10   auspices of the dose reconstruction program at

11   ATSDR.

12         Q.   Okay.  And the work you just mentioned,

13   were you -- you mentioned you were looking at PCBs

14   and whether they exceeded --

15         A.   The health assessors were.

16         Q.   The health assessors were.

17         A.   Right.

18         Q.   What time period were you focused on?

19         A.   I don't recall that.  I would have to

20   go back to a presentation or --

21         Q.   Sure.

22         A.   -- some documents to look at that.

23         Q.   Do you recall whether you were looking

24   back in time or you -- it was forward looking or

25   present day?

Golkow Technologies,
A Veritext Division
877-370-3377                                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 76 of 422

1          A.   I really don't -- don't recall.

2          Q.   Okay.  Fair enough.  Any -- anything

3    else you can remember related to historical

4    reconstruction with the -- putting everything that

5    we've already discussed aside?

6          A.   Not...

7          Q.   Did you have any other roles or

8    responsibilities aside from modeling work and the

9    technical support as project officer for the

10   exposure-to-dose reconstruction program at ATSDR?

11         A.   One, I would oversee and maintain the

12   corporative agreement with our university partner.

13         Q.   Sure.

14         A.   If they needed something or they needed

15   equipment or whatever.  And it was a five-year

16   corporative agreement, so every year they would

17   have to submit a report and I would have to, you

18   know, sign off and say that they -- what they said

19   in the report was true and they accomplished what

20   they wanted to do.  I also was responsible, and it

21   was not an official duty, but I mentored people

22   coming from graduate school.

23         Q.   Who are some of the people that you

24   mentored?

25         A.   Mr. Jason Sautner.  Mr. Rene

Golkow Technologies,
A Veritext Division
877-370-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 77 of 422

1  Suarez-Soto.  Dr. Amy Funk, who is now with the
2  Centers for Disease Control.
3         Q.    Okay.  If I remember correctly,
4  Mr. Sautner was also a Georgia Tech grad; is that
5  right?
6         A.    That's -- that's where I became aware
7  of him.
8         Q.    Okay.
9         A.    Through our corporative agreement
10  partner.  I mentioned the undergraduate student
11  that could assist us.
12         Q.    And did he -- if I remember correctly,
13  do you know, did he study under Mustafa Aral as
14  well?
15         A.    I don't specifically recall.
16         Q.    Okay.  Fair enough.
17         A.    Although because he was -- Dr. Aral did
18  recommend him to us, but I don't know if he studied
19  underneath him.
20         Q.    Okay.  Would you consider Dr. Aral,
21  Mustafa Aral, a mentor to you?
22         A.    Yes, absolutely.
23         Q.    What -- what is Mustafa Aral's sort of
24  focus at Georgia Tech?
25         A.    It varied from developing what he

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 78 of 422

1   referred to as innovative techniques for modeling
2   analyses, health risk analyses.
3           Q.   Okay.  You retired from ATSDR in
4   December of 2017; is that right?
5           A.   December 31st, 2017.
6           Q.   And upon retirement or after you
7   retired, you started your own consulting firm or
8   you started consulting?
9           A.   I -- I established my name as an
10  independent consultant.
11          Q.   Okay.
12          A.   But did not do any consulting for
13  several years.
14          Q.   And the name I saw on your resume is
15  M.L. Maslia, Consulting Engineer?
16          A.   That is correct.
17          Q.   What types of consulting work or
18  projects do you handle?  And let me caveat, I'm not
19  asking -- again, aware that you're observing as a
20  consultant for the plaintiffs --
21          A.   Right, right.
22          Q.   -- in this litigation, so not asking
23  about that.
24          A.   Yeah.
25          Q.   But aside from that.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 79 of 422

1          A.   Aside from that I've done some work for

2     a private consulting firm in Woodstock, Georgia

3     overseeing some of their staff that were conducting

4     groundwater modeling at a proprietary site that

5     they were asked to be consultants on.

6          Q.   And where was this at?

7          A.   Where was the site?

8          Q.   Yeah.

9          A.   I'm not allowed to say that.

10         Q.   Okay.  I thought you said -- was it

11    Woodstock?

12         A.   Well, the consulting company is located

13    in Woodstock --

14         Q.   Okay.

15         A.   -- Georgia, which is about 15 miles

16    from where I live.

17         Q.   Can you share how you supported the

18    groundwater modeling on that project?

19         A.   Yes, I reviewed the assumptions that

20    their geohydrologist put into the model.  They also

21    collected field samples.  I can say it was around a

22    landfill, okay?  I would provide them professional

23    engineering advice as to how many samples they

24    should be collecting, how spaced out, and then

25    review the model simulations that their staff

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 80 of 422

1   would -- would make to see if the assumptions,
2   boundary conditions, et cetera, were consistent and
3   with best engineering practices.
4          Q.   Understood.  Was -- was that a
5   historical reconstruction model?
6          A.   No, no.
7          Q.   What type of model was it?
8          A.   It was a current day.
9          Q.   Current day.
10         A.   Current day.
11         Q.   Any other projects or work that you can
12  think of as a consultant?
13         A.   I occasionally review, actually for the
14  same company, a semiannual report that they have to
15  submit to the Georgia Power Company, and I review
16  it as a professional engineer.  Okay.
17         Q.   And you are a professional engineer,
18  correct?
19         A.   Yes, I'm registered in Georgia as a
20  professional engineer with an active license.
21         Q.   Anything else you can think of that
22  you've worked on since becoming a consultant?
23         A.   Not as a consultant.
24         Q.   Besides Camp Lejeune.
25         A.   Yeah, not as a consultant.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 81 of 422

 1        Q.    Okay.  Again, not asking about Camp

 2    Lejeune specifically, but generally speaking, what

 3    do you charge as your -- your consulting rate?

 4        A.    Around $300 an hour.

 5        Q.    Okay.  I would like to switch gear and

 6    -- switch gears a little bit and talk more

 7    specifically about Camp Lejeune.  We're going to

 8    pull up what we're marking Exhibit 6.  It should be

 9    titled ATSDR website -- or no, it should be -- it's

10    actually a different one.

11            MR. DEAN:  I don't know why mine is not

12    pulling up.

13            MS. BAUGHMAN:  Did you refresh it?

14            MR. DEAN:  Yeah.

15            MR. ANWAR:  The one I want is actually

16    -- you can leave that one in there, though.  It's

17    the CDC 24/7.

18            MR. DEAN:  That is weird.  Can I see

19    that, my iPad?

20            MS. BAUGHMAN:  This one?

21            MR. ANWAR:  Okay.  It's in there.  It's

22    -- Exhibit 6 is CDC 24/7 Camp Lejeune summary.  And

23    just let me know when you see it.

24            MR. DEAN:  I'm just having a little...

25            MR. ANWAR:  Let's go off the record for

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 82 of 422

1    a second.

2              THE VIDEOGRAPHER:  Going off the

3    record.  The time is 11:12 a.m.

4              (Off the record.)

5              (DFT. EXHIBIT 7, CDC 24/7, Camp

6    Lejeune, Summary 2014 PowerPoint Bates-stamped

7    CLJA_WATERMODELING_01-0000003764 through 3792, was

8    marked for identification.)

9              THE VIDEOGRAPHER:  Going back -- going

10   on the record.  The time is 11:15 a.m.

11   BY MR. ANWAR:

12        Q.   We are back on the record from a short

13   break to deal with a technical issue.  I have

14   pulled up what I have, before the break, described

15   as Exhibit 6, but it's actually Exhibit 7.  It

16   should be showing on your screen now and it's --

17   it's pulled up on the larger screen up there as

18   well.

19              I'll represent to you that it's a

20   PowerPoint presentation entitled CDC 24/7, Camp

21   Lejeune, Summary 2014.  Do you recall -- and feel

22   free to skim through it.  I don't know if you have

23   that ability.

24        A.   Yeah, yeah, yeah.  No, I can't.

25        Q.   Gio is skimming through the slides.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 83 of 422

1          A.    Oh, I'm sorry.  Okay.  Yeah.  Go ahead

2     and just -- okay.  Okay.

3          Q.    Okay.  My question was, do you recall

4     ever seeing this presentation before?

5          A.    No, I've never seen that presentation.

6          Q.    Okay.  Do you recall if you were

7     involved -- or do you know if you were involved in

8     preparing the presentation or populating any of the

9     information contained in it?

10         A.    Only if it contained modeling results

11    or analyses that we had published in the ATSDR

12    historical reconstruction -- under the historical

13    reconstruction for Camp Lejeune and they would want

14    a particular figure or not with this, so -- but I

15    don't recall this actual -- being involved with

16    this particular presentation.

17         Q.    Okay.  I'll just represent to you that

18    the presentation, we pulled it from ATSDR's water

19    modeling project files.

20         A.    Oh, okay.

21         Q.    Which I think are referred to as the

22    EDRP files.

23         A.    Yes, yes.

24         Q.    Are you familiar with the EDRP files?

25         A.    Yes.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 84 of 422

1          Q.    What are those?

2          A.    Under ATSDR they had a LAN, large area

3    network, but did their work and each person at

4    ATSDR was assigned, you know, user ID and then they

5    could keep files underneath there.  Their work

6    files, project files, and so on.  So EDRP obviously

7    stood for exposure-dose reconstruction program and

8    so we would have files in there.

9          Q.    And that's the program you were the

10   project officer for?

11         A.    Yes.

12         Q.    Would you have had access to the EDPR

13   files or the folders?

14         A.    Yes, they would have under my user ID.

15         Q.    And you would have -- that would have

16   been true until you left in -- on December 31 --

17         A.    That is correct, that is correct.

18         Q.    And just for the record, so it's clear,

19   that would have been true until you left in

20   December of 2017, correct?

21         A.    That is correct.

22         Q.    Thank you.

23               And so this presentation is dated 2014.

24   I wanted to start by asking you about a few slides.

25               MR. ANWAR:  Can we go to slide two.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 85 of 422

1    BY MR. ANWAR:

2         Q.   So slide two says "Camp Lejeune is a

3    Marine Corps Base in North Carolina.  Camp Lejeune

4    opened in 1942."  Is that your understanding?

5         A.   Construction started in 1941.

6         Q.   Okay.

7         A.   And then they started getting Marines

8    in and being operational in 1942.

9         Q.   Okay.  Thank you.

10             Go to slide four, please.  Well,

11   actually slide three.  So slide three says "what

12   happened?"  And then slide four contains the slide

13   that is titled "water contamination."  The slide

14   discusses water distribution --

15        A.   May I go on the record for a second?

16        Q.   Sure.

17        A.   Just to clarify, this is not anything I

18   put together.  I can tell by the language, okay?

19        Q.   Okay.  Fair enough.

20        A.   Okay.  Just so this is the first time

21   I'm -- I'm seeing it.

22        Q.   Understood.

23        A.   Okay.

24        Q.   So this particular slide discusses

25   water distributions affected at Camp Lejeune and

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 86 of 422

1   sources of contamination, right?

2          A.    Yes.

3          Q.    Okay.  And so we'll discuss the water

4   distribution systems and the sources in more detail

5   a bit later, but I wanted to focus your attention

6   to the bottom of the slide.  It states "1989 EPA

7   listed both the dry cleaner and Camp Lejeune, CL,

8   Camp Lejeune, on the national priorities list,

9   which triggers ATSDR's involvement."  And I think

10  you mentioned this earlier, but is that your

11  understanding?

12         A.    That's my understanding.  It was the --

13  just to clarify, it would have been the off-base

14  dry cleaner.

15         Q.    Okay.

16         A.    Okay.  There's an on-base dry cleaner.

17         Q.    Understood.  And thank you for that

18  clarification.  And the first bullet point says

19  "offsite dry cleaner", correct?

20         A.    Right.

21         Q.    And would that have -- the offsite dry

22  cleaner is ABC Cleaners?

23         A.    That is correct.

24         Q.    So this -- where it says the NPL

25  triggers ATSDR's involvement --

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 87 of 422

1          A.   Can you pull the slide back on to this
2     screen?  Thank you.  Okay.
3          Q.   Where it says national priorities list
4     triggers ATSDR's involvement, is that your
5     understanding as well in terms of how ATSDR became
6     involved with looking at Camp Lejeune?
7          A.   Yes.
8          Q.   Okay.  And I think you -- you said this
9     earlier in your testimony.  Let's go to slide five.
10    And I believe you already said this, but this says
11    "CERCLA" -- The Comprehensive Environmental
12    Response, Compensation and Liability Act of 1980 --
13    "requires ATSDR to conduct public health
14    assessments at all NPL sites.  ATSDR is required to
15    revisit sites until they are removed from the NPL."
16              Is that your understanding?
17         A.   That is my understanding.
18         Q.   Okay.  Let's go to slide six.  So
19    according to this slide, there was a Camp Lejeune
20    public health assessment performed in 1997; is that
21    correct?
22         A.   That is correct.
23         Q.   Are you familiar with the 1997 public
24    health assessment?
25         A.   Yes, I am.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 88 of 422

1      Q.   Can you tell me about it?

2      A.   It was a standard health assessment,

3  again, as we discussed, that ATSDR was required

4  under law to conduct.  And out of the health

5  assessment there were questions about exposure to

6  contaminated drinking water, specifically to

7  children, but the health -- and at that time there

8  were very, very few studies that could be used or

9  relied upon to determine if this was a potential

10 health problem or not.

11     Q.   Okay.

12     A.   So the recommendation is to conduct

13 health -- health studies on children.

14     Q.   Okay.  And so one of the

15 recommendations that came out of the 1997 public

16 health assessment was to study whether there was an

17 association between Camp Lejeune drinking water and

18 specific birth defects and childhood cancers?

19     A.   Yes.

20     Q.   Okay.  I saw in some of the documents

21 produced in the case that there was mention of

22 criticism around the 1997 public health assessment.

23 Do you know what that's referring to?

24     A.   Yes.

25     Q.   Can you tell me about that?

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 89 of 422

1          A.   The 1997 health assessment, I believe,
2     did not have any emphasis or data on benzene
3     contamination.  And also it had -- I think they
4     were provided with an incorrect startup date for
5     one of the water treatment plants.
6          Q.   Okay.  Where was the -- or where or who
7     was the criticism coming from?
8          A.   Well, I became aware of the criticism
9     in one of the Camp Lejeune advisory panel meetings,
10    the CAP meetings, that was brought up.
11         Q.   Who -- who brought that up to you?
12         A.   I don't recall a specific person, but
13    it was brought up.
14         Q.   Okay.
15         A.   Excuse me.
16         Q.   Was it a member of the CAP?
17         A.   Yes.
18         Q.   And do you recall the conversation?
19         A.   Well, they were requesting ATSDR to
20    withdraw the health assessment because of those
21    omissions or errors and there were a number of
22    other issues that they brought up.  I don't recall
23    them specifically.  And they based that because we
24    were at the time -- not 1997, but when that request
25    from the CAP came through at a CAP meeting, we were

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 90 of 422

1    in the process of conducting this historical

2    reconstruction of Tarawa Terrace and they said,

3    well, you're going to have new information, you

4    need to do a new health assessment.

5              Q.    Aside from the member of the CAP that

6    -- from whom you became aware about the criticism

7    of the '97 public health assessment, are you aware

8    of any public criticism of the '97 -- 1997 public

9    health assessment?

10             A.    Well, I mean, by public, my colleagues

11   on the health study side would -- would also state

12   what the issue -- that there were issues with the

13   public health assessment.

14             Q.    To the best of your recollection, did

15   -- did any Congress members criticize the study?

16             A.    I don't recall that.

17             Q.    Okay.  So coming out of the -- the 1997

18   public health assessment was the recommendation to

19   perform another health study related to Camp

20   Lejeune water and birth defects in childhood

21   cancers, right?

22             A.    It was to perform a health study.

23   There wasn't any past health study.

24             Q.    To perform a future health study --

25             A.    Yes.

Golkow Technologies,
A Veritext Division
877-370-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 91 of 422

1      Q.    -- correct?

2            How did the decision come about to

3      perform water modeling related to Camp Lejeune?

4      A.    One of the epidemiologists in the

5      Division of Health Studies at ATSDR was aware of

6      the work that we did in New Jersey, in Dover

7      Township, and so he came to me and said, do you

8      think you could apply those same techniques to Camp

9      Lejeune because we are writing a health study and

10     we want to be able to quantify past exposures, and

11     that seems like the only technique that -- that's

12     viable and that has been proven to be useful that

13     we could use in our health study.

14     Q.    Was -- was that epidemiologist, was

15     that Dr. Frank Bove?

16     A.    Yes.

17     Q.    Was anyone else involved in the

18     decision-making process to move forward with the

19     Camp Lejeune water modeling?

20     A.    Well, my immediate supervisor, excuse

21     me, division management and obviously agency

22     leadership would have had to be involved because of

23     the budgetary issues associated with that, but I

24     was only involved from the technical scientific

25     standpoint.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 92 of 422

1    Q.   Understood.  And so the purpose of the
2  water modeling was to support that epidemiological
3  study related to childhood cancers and birth
4  defects, correct?
5    A.   Yes.
6    Q.   Would you agree that, generally
7  speaking, a person's exact exposure to contaminated
8  water at Camp Lejeune is unknown?
9         MR. DEAN:  Object to the form of the
10  question.  If you're asking him about some -- some
11  opinion he had before July of '22, then you're free
12  to discuss it with him, but...
13  BY MR. ANWAR:
14    Q.   Yeah.  And you can assume for purposes
15  of our --
16         MR. ANWAR:  So -- and you can have an
17  standing objection to that.
18  BY MR. ANWAR:
19    Q.   And for purposes of all of my
20  questions, you can assume that I'm not asking about
21  the period --
22    A.   Okay.
23    Q.   -- from which you were retained as a
24  consulting expert, so --
25    A.   Okay.  Could you repeat the question?

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 93 of 422

1      Q.   Sure.  Would you agree that, generally
2  speaking, a person's exact exposure to contaminated
3  water at Camp Lejeune is unknown?
4           MR. DEAN:  Object to the form of the
5  question.  You're asking him for an expert opinion,
6  correct?
7           MR. ANWAR:  I'm asking him for his --
8           MR. DEAN:  No, I need to understand --
9  you're asking for an expert opinion and expert
10  opinions in this case are not yet due.
11           MR. ANWAR:  You can make your
12  objection.  Unless you're instructing him not to
13  answer, Mr. Maslia, you can answer.
14           MR. DEAN:  Just give us -- give me just
15  two seconds.
16           MR. ANWAR:  And let me -- let me
17  rephrase the question.
18           MR. DEAN:  Let me solve this problem
19  and say that I'm not going to instruct this witness
20  not to answer this question, but you do know that
21  expert opinions to which we anticipate Mr. Maslia
22  providing expert opinion in this case at some point
23  in time are not yet due.  They are not refined.
24  They are not complete, and his work continues
25  today.  So I'm not going to instruct him not to

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 94 of 422

1  answer the question, but understand it's subject to

2  later modification or changes.  And I understood we

3  were here to talk about the facts, but, again, you

4  can continue with my caveats.

5              MR. ANWAR:  Yeah.  And I'm not asking

6  for his retained expert opinion.  I'm asking for

7  his opinion as the ATSDR employee who oversaw the

8  dose reconstruction program at ATSDR.  And I'm not

9  ask about any discussions that have taken place

10  since you all have retained him as a consulting

11  expert.

12  BY MR. ANWAR:

13       Q.   So with that in mind as the -- the

14  employee, the project officer of the dose

15  reconstruction program at ATSDR, would you agree

16  that, generally speaking, a person's exact exposure

17  to contaminated water at Camp Lejeune is unknown?

18              MR. DEAN:  Same objection.

19              THE WITNESS:  I think we need to

20  understand the relationship of the water modelers

21  and the exposure-dose reconstruction program to the

22  health study side.  We always kept ourselves

23  blinded to any characterization of exposure or not

24  exposure.  We just focused on providing

25  concentrations of -- of water delivered from the

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 95 of 422

 1    water treatment plants.  So we were never involved

 2    in populations or studies or specific individuals.

 3    I really -- that's -- I could not answer that

 4    question.

 5    BY MR. ANWAR:

 6         Q.   Okay.  And my understanding of the --

 7    the purpose of the Camp Lejeune water modeling was

 8    to simulate estimates of monthly contaminant levels

 9    in Camp Lejeune drinking water; is that right?

10              MR. DEAN:  Object to the form of the

11    question.

12              THE WITNESS:  It was to reconstruct

13    historical concentrations.

14    BY MR. ANWAR:

15         Q.   Using a computer model, correct?

16              MR. DEAN:  Object to the form of the

17    question.

18              THE WITNESS:  Using -- using a variety

19    of techniques.

20    BY MR. ANWAR:

21         Q.   And you were reconstructing estimates

22    of the monthly concentration levels of contaminants

23    in the water at Camp Lejeune, correct?

24         A.   So we reconstructed mean monthly

25    concentrations.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 96 of 422

1          Q.    Okay.  Now with respect to the
2     Tarawa -- I always butcher this, the TT, Tarawa
3     Terrace modeling, if I recall correctly, there were
4     estimated mean monthly concentrations, but it also
5     included estimated median concentrations on the
6     distribution curve as well as the 2.5 percentile
7     and the 97.5 percentile; is that right?
8          A.    Yeah, a number of different analyses,
9     okay?  The numbers you're referring to come out of
10    a number of different analyses.
11         Q.    With respect to the Hadnot
12    Point/Holcomb Boulevard modeling, if my memory is
13    correct, it looks like you -- you reconstructed
14    estimates of -- or attempted to reconstruct
15    estimates of mean monthly concentrations only; is
16    that right?
17         A.    We could take the same estimates that
18    we did for Tarawa Terrace.
19         Q.    Okay.  So does the Holcomb Boulevard --
20    excuse me, the Hadnot Point/Holcomb Boulevard also
21    include median estimates and the 2.5 percentile?
22         A.    I would have to look in my summary of
23    findings reports or whatever to...
24         Q.    Okay.
25         A.    We would have probably mentioned some

877-370-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 97 of 422

1    means in there.

2         Q.   Okay.  We can get back to that

3    question.  We can take a look a little later.  You

4    didn't work on the childhood cancers and birth

5    defects studies, correct?

6         A.   No, no.

7         Q.   No as in correct you didn't work on it,

8    correct?

9         A.   I did not work on anything related to

10   epidemiology, which that would have been under.

11        Q.   And that's because you're not a

12   toxicologist or epidemiologist, right?

13        A.   That is part of it, but, again, in

14   order to retain scientific objectivity, we had to

15   be blinded.  The water modelers had to be blinded

16   to the epidemiology.  The results we presented had

17   to be robust and applicable to anywhere the

18   epidemiologists wanted to use them.  So that -- we

19   maintained, you know, distinction and purposefully

20   did not ask for nor did we ever receive anything

21   related to the epidemiology.

22        Q.   Okay.  So you weren't involved in

23   ATSDR's epidemiology, correct?

24        A.   Not in the Division of Health Studies,

25   no.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 98 of 422

1      Q.   And what capacity -- you were involved

2   to the extent the water modeling was used to

3   support the health studies?

4      A.   That is correct.

5      Q.   And just based on our discussion about

6   your background and your resume, would you agree

7   that you're not that person or your expertise is

8   not to determine what levels of any chemical will

9   cause an illness or put a person at risk for that?

10     A.   That is correct.

11     Q.   Was -- was Frank Bove the lead ATSDR

12  epidemiologist that worked on both the childhood

13  cancer study and the other Camp Lejeune health

14  studies?

15     A.   He was classified as a senior

16  epidemiologist and there was another person who is

17  now Dr. Perri Ruckart, and I -- I always dealt -- I

18  dealt with both of them.  I really couldn't say or

19  do I remember who was designated as, in quotations,

20  the lead, okay?

21     Q.   Do you know when Perri Ruckart,

22  Dr. Perri Ruckart, left ATSDR?

23     A.   I was not aware that she had left.

24     Q.   Oh, okay.  And has she left ATSDR, or

25  do you know?

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 99 of 422

1          A.    I don't know that either.
2          Q.    Okay.  During the entirety of the
3    period that you were at ATSDR until December 31st,
4    2017, was Perri Ruckart at ATSDR?
5          A.    I don't know about the early years.
6    Actually I don't know until we started with Camp
7    Lejeune in about 2003 that I became aware that she
8    was involved with the Camp Lejeune project.
9          Q.    As of the time that you left in ATSDR
10   in 2017, do you know, was Perri Ruckart still
11   involved in the health studies related to Camp
12   Lejeune?
13         A.    Yes.
14         Q.    Do you know what she -- where she's at
15   today or what she's doing today?
16         A.    I do not.
17         Q.    When did ATSDR's water modeling efforts
18   related to Camp Lejeune start?
19         A.    We wrote an initial proposed work plan.
20   I'm thinking it was around January of 2003, maybe
21   January of 2002.  It's an early work plan that
22   proposed some steps and some timelines and some
23   budgets like that.  So that's when I would think
24   that it began.
25         Q.    Early 2003 you developed the timelines,

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 100 of 422

1    the budgets and sort of the planning phase,

2    correct?

3            A.   That is correct.

4            Q.   Sort of at a general level, could

5    you -- could you describe for me what the work

6    related to the Camp Lejeune water modeling

7    entailed?

8            A.   Yes.  I would like to start by saying

9    those work plans were developed without any

10   knowledge of data or databases or anything like

11   that.

12           Q.   Sure.

13           A.   But -- so it was a conceptual work plan

14   from that standpoint, but it gave steps and, again,

15   literature review, obtaining databases or data,

16   formulating model input data files.  Conducting

17   groundwater flow, groundwater fate and transport

18   modeling, water distribution system modeling, and

19   then publishing the results.

20           Q.   Understood.  If we go to slide eight.

21   According to slide eight, it states here that

22   "2007-2009 Tarawa Terrace water modeling chapter

23   released"; is that right?

24           A.   Well, there's more than one chapter.

25           Q.   The entirety of the -- so my reading of

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 101 of 422

1  that, like, statement is that the first report was

2  released in 2007 and the last of the reports

3  related to Tarawa Terrace were released by 2009.

4       A.   That is correct.

5       Q.   Okay.  And when would have the water

6  modeling efforts related to Tarawa Terrace been

7  performed, the actual work related to it?

8       A.   We started -- we made our first site

9  visit to Camp Lejeune in July 2003.

10      Q.   Okay.

11      A.   So a little bit before that.  That's

12 what we considered the -- and that's when we were

13 told we had the budget to proceed.

14      Q.   Understood.  And Tarawa Terrace was one

15 of the three water distribution systems at Camp

16 Lejeune impacted by VOC contamination, correct?

17      A.   That is correct.

18      Q.   And when I -- just as kind of like a

19 general matter, when I refer to Camp Lejeune water

20 modeling -- or excuse me, when I refer to Camp

21 Lejeune water contamination, can we agree that I'm

22 referring to VOC contamination?

23      A.   Well, it also involved BTEX

24 contamination.

25      Q.   My understanding -- and we can talk

Golkow Technologies,
A Veritext Division
877-379-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 102 of 422

```
1   about this more, but when I'm referring to it, I'm
2   referring to it specifically as to the -- the
3   chemicals that were modeled in your reports.  Can
4   we agree to that?
5           A.   No, we modeled BTEX also.
6           Q.   Okay.  And is BTEX a VOC or --
7           A.   BTEX stands for benzene, toluene,
8   ethylbenzene and xylenes, and they're products of
9   fuel -- fuel spills.
10          Q.   When you say BTEX are you primary
11  referring to benzene?
12          A.   That's the -- that's primary component,
13  yes.
14          Q.   Okay.  So can we -- so let me clarify.
15  When I -- when I say, hey, water contamination at
16  Camp Lejeune, can we agree that I am referring to
17  the VOCs and benzene?
18          A.   Yes.
19          Q.   Okay.  I just want it -- for purposes
20  of the record, I'm not --
21          A.   Right.
22          Q.   If there are other chemicals that
23  you're referring to, please let me know.
24               And so the slide currently on the
25  screen mentions two challenges.  The first
```

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 103 of 422

1    challenge is "United States Marine Corps,

2    Department of Navy delayed data acquisition and

3    funding decisions."  Did I read that correctly?

4         A.   You read that correctly.

5         Q.   And so I understand from your prior

6    deposition testimony that there was perhaps some

7    frustration about the speed with which documents

8    were provided to the water modeling team at ATSDR

9    by the Navy and the Marine Corps; is that right?

10        A.   That is correct.

11        Q.   Okay.  But I think in that deposition

12    you -- you ultimately agreed that the Navy and the

13    Marine Corps never refused to provide documents

14    requested by ATSDR?

15        A.   I would say we eventually obtained all

16    the documents, but there was never a sense of

17    urgency on the part of the Department of Navy or

18    the U.S. Marine Corps.

19        Q.   Okay.  But they never refused to

20    provide documents and you did eventually obtain

21    them all, correct?

22        A.   No, I would not say obtained them all.

23    Again, we obtained information and documents that

24    were required for model calibration.  And for model

25    calibration we need specific amounts of information

877-379-3377        Golkow Technologies,        www.veritext.com
A Veritext Division
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 104 of 422

1    of data, but no more, okay?  So we were not in the

2    process nor did we put into the program a universal

3    search for all the documents at the Navy or the

4    Marine Corps.

5           Q.    Sure.  And I guess my question, I just

6    wanted to be clear, and this is what you testified

7    to in your last deposition, but I think you agreed

8    that the Marine Corps and the Navy never refused to

9    provide documents to ATSDR?

10          A.    That is correct.

11          Q.    During the course of ATSDR's water

12   modeling efforts related to Camp Lejeune, you

13   received and reviewed historical and other

14   documents from the Navy and the Marine Corps,

15   right?

16          A.    That is correct.

17          Q.    What kind of documents did you review

18   and receive?

19          A.    Anything from CERCLA administrative

20   record files, which were actually public documents,

21   to laboratory reports on analyses to underground

22   storage tank files to water supply well operations

23   to operations of their water distribution systems.

24          Q.    Okay.  And my understanding from your

25   prior deposition testimony is that the cost of

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 105 of 422

1    ATSDR's water modeling on Camp Lejeune was about
2    1.5 to 1.8 million per year?
3        A.   That would be the budget people.  I
4    could not really answer that, okay?  I was never
5    involved -- I was only involved in submitting the
6    staff that we needed each year to accomplish what
7    we needed to accomplish, but that total would have
8    been out of the -- I forget the specific name of
9    the office, but it would be up in the office of the
10   director who handled the budgets and the
11   communications back and forth with -- with the
12   Department of Navy.
13       Q.   If those are the numbers that you --
14   you testified to in your 2010 deposition, do you
15   have any reason to disagree with that?
16       A.   Well, those were the numbers probably
17   at the time because we had to finish Tarawa
18   Terrace, but I could not say that was necessarily
19   correct for the entirety of the project.
20       Q.   I understand.  I appreciate that
21   clarification.  So would you agree that at the time
22   that you finished the Tarawa Terrace water
23   modeling, the cost had been averaging 1.5 to
24   1.8 million per year?
25       A.   For Tarawa Terrace, yes.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 106 of 422

1          Q.    Okay.  And with respect to funding, the
2     Marine Corps and the Navy paid for ATSDR's water
3     modeling efforts related to Tarawa Terrace, right?
4          A.    They funded it under the annual plan of
5     work that was submitted to them each year.
6          Q.    Which means they paid for it, right?
7          A.    Yeah.
8          Q.    And ultimately ATSDR did receive the
9     funding it needed to complete water modeling
10    efforts and epi studies related to Camp Lejeune,
11    correct?
12         A.    I can't speak about the epi studies.
13    I'll speak about the water modeling as yes.
14         Q.    The second challenge on the slide
15    states "missed milestones.  Modeling took longer
16    than predicted."  What missed -- what were the
17    missed milestones, if you know?
18         A.    Well, originally we had proposed a
19    four-year project.  The Navy only wanted to fund a
20    three-year project.  We started and, you know,
21    someone decided we'll agree down the road how long
22    the project should go on.  You know, in getting the
23    information that we needed to develop the models,
24    that took longer because it was more spread out in
25    desperate locations and, in fact, the Department --

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 107 of 422

1    Department of Navy hired a consulting firm to do a

2    search through all of Camp Lejeune to find

3    additional documents.

4              We also were made aware later in the

5    game, around 2009, of an undisclosed portal

6    containing underground storage tanks around 2010 or

7    2011.  We were made aware of another consultant's

8    report that we were never provided with.  So -- and

9    there were instances of where we were told certain

10   water supply wells were located in terms of

11   coordinates and we found maps in their files that

12   showed it was located someplace else, so we had to

13   go back and, you know, recalibrate models and stuff

14   like that.

15             And then I think there was a time when

16   there was not an agreement on the annual plan of

17   work and it had to go to arbitration and all the

18   way up to the Office of the Secretary of Navy to be

19   settled, so I had to send contractors home.

20        Q.   Let's go to the -- the next slide,

21   nine.  It states there -- it states on this slide

22   "2009 to 2013, Hadnot Point/Holcomb Boulevard water

23   modeling released."  And I interpret that meaning

24   the first report related to the Hadnot

25   Point/Holcomb Boulevard water modeling was released

877-379-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 108 of 422

1   in 2009 and the last report related to the Hadnot

2   Point/Holcomb Boulevard water modeling report -- or

3   the last report was released in 2013.

4           A.   I don't recall 2009 having released.  I

5   would have to look at my reports here.

6           Q.   Okay.

7           A.   I know 2010 we released a report.

8           Q.   Okay.

9           A.   And then 2013 the remaining reports

10  were released, but I would have to look at the

11  publication date on the specific reports.

12          Q.   Understood.  So either 2009 or 2010 to

13  2013?

14          A.   Yes, that is correct.

15          Q.   And by 2013, the -- the Hadnot

16  Point/Holcomb Boulevard water modeling had been

17  completed?

18          A.   Yes.

19          Q.   And this slide lists the same

20  challenges that we just discussed.  Is -- is this

21  -- is this referring to the same discussion we had

22  about Tarawa Terrace?

23          A.   Yes.

24          Q.   Okay.

25          A.   I believe the delay -- or the delay in

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 109 of 422

1  funding, end date acquisition were probably

2  impacted more at Hadnot Point/Holcomb Boulevard

3  area because it was a far more complex area than

4  Tarawa Terrace.

5       Q.   Okay.  And I understand there were sort

6  of disagreements and negotiations and

7  misunderstandings or however you want to describe

8  it related to the data gathering.

9       A.   I would like to still characterize it

10 as a lack of urgency.

11      Q.   Okay.  But the Navy and the Marine

12 Corps, like we agreed earlier, never refused to --

13 never refused to provide you information, right?

14      A.   Eventually, that is correct.

15      Q.   Okay.  And the Navy and the Marine

16 Corps paid for -- or at least you're aware -- well,

17 they funded and paid for the cost of the water

18 modeling, correct?

19      A.   Yes, that is correct.

20      Q.   Now, I understand that you were the

21 lead on ATSDR's Camp Lejeune water modeling team,

22 correct?

23      A.   That is correct.

24      Q.   Who else was on the team?

25      A.   Let's see.  We had Jason Sautner.  Rene

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 110 of 422

1    Suarez-Soto.  Barbara Anderson.  We may have had

2    temporary grad students, but I don't recall their

3    name without looking through my files.  Well, I

4    mean, files at ATSDR.  And there was also our

5    university partner and they had a number of people

6    working on it, so -- and then there was Mr. Robert

7    E. Faye who was a private consultant subcontracted

8    to ATSDR.

9          Q.   Understood.  Thank you.

10         A.   Oh, and I think two more.  Dr. Walter

11   Grayman, at various points in time, we hired as a

12   consultant.  And then for a short period of time, a

13   few days or a week, we hired Dr. John Doherty,

14   D-O-H-E-R-T-Y, who is the developer of the PEST,

15   parameter estimation modeling technique.

16         Q.   Okay.  That is helpful.  I would like

17   to go through and ask you about each of the team

18   members one by one.

19         A.   Okay.

20         Q.   Jason Sautner, he was an ATSDR

21   employee, right?

22         A.   Yes, yes.

23         Q.   Was he an environmental health

24   scientist, was that his role or title when --

25         A.   That is my recollection of what his

Golkow Technologies,
A Veritext Division
877-379-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 111 of 422

1    official GS, general service, classification was.
2         Q.    Do you recall sort of his educational
3    and experience background?
4         A.    He had -- I know he's got a degree in
5    civil engineering from Lehigh University.
6    Obviously Georgia Tech.  And he started basically
7    when we did Toms River, so his expertise was around
8    water distribution system modeling.
9         Q.    Understood.  Did you supervise
10   Mr. Sautner?
11        A.    Yes, I did.  Now let me clarify that.
12   I supervised him from a scientific or technical
13   standpoint.  Because I was under the research grade
14   classification system, I could supervise people at
15   lower grades or higher grades than me, okay?  So --
16   but I -- I would hand in evaluations annually for
17   his critique, but it would be my supervisor who
18   actually did his supervision, administrating
19   supervision.
20        Q.    Understood.  And you said Mr. Sautner
21   worked on water distribution modeling?
22        A.    Water distribution system modeling,
23   yes.
24        Q.    System modeling.
25              And was that his role with respect to

1    the Camp Lejeune water modeling?

2           A.    Yes, it was.

3           Q.    And then Rene Suarez-Soto, he was also

4    an ATSDR employee?

5           A.    He started out as a -- finishing up his

6    master's under a Pan American Hispanic

7    Universities, PAHO, procedure or funding --

8    funding.  And then -- and that was run through

9    ORISE, which is the Oak Ridge Institute for Science

10   and Education.  So he was actually at -- for a few

11   years -- for probably two or three years, he was a

12   contractor to ORISE that they assigned to ATSDR.

13   And then of course when a position became --

14   full-time position came open at ATSDR, he applied

15   and was selected to be a full-time ATSDR employee.

16          Q.    Got it.  Do you recall his sort of

17   educational and professional background?

18          A.    General groundwater modeling,

19   statistical and probabilistic analysis.

20          Q.    And did you -- was that his role on the

21   Camp Lejeune water modeling team?

22          A.    Yes.

23          Q.    And did you supervise Mr. Suarez-Soto

24   in the same way that you just mentioned that you

25   supervised Mr. Sautner?

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 113 of 422

1          A.    Yes.

2          Q.    Was Mr. Suarez-Soto, he was also, at

3    least at the time that you worked with him, an

4    environmental health scientist?

5          A.    I really don't recall his

6    classification.

7          Q.    Okay.  Then I think you mentioned

8    Barbara Anderson?

9          A.    Right.

10         Q.    She was also an ATSDR employee?

11         A.    Yes.

12         Q.    Was she also an environmental health

13    scientist?

14         A.    Again, I don't know what she was

15    classified as.

16         Q.    Do you recall her educational and

17    professional background?

18         A.    Not specifically, but I know she -- her

19    focus on the Camp Lejeune project was data

20    analysis.  Excuse me.

21         Q.    And I know we're getting close to noon

22    and we agreed to take a noon break, so I could do a

23    couple more minutes of questioning or --

24              MR. DEAN:  That's fine.

25    BY MR. ANWAR:

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 114 of 422

1          Q.   Okay.  Were there any other, I guess,
2     formal ATSDR employees involved in the Camp Lejeune
3     water modeling efforts?
4          A.   Not that I recall.
5          Q.   And then I think there were some
6     consultants that also worked on the team, right?
7          A.   Yes, yes.
8          Q.   And you mentioned the university
9     partners.  Was -- are you referring to Mustafa Aral
10    and some of the grad students from Georgia Tech?
11         A.   Yes, yes.
12         Q.   And Mustafa Aral is the professor from
13    Georgia Tech that we've talked about, correct?
14         A.   Yes.
15         Q.   And I think you described him as the
16    director of multimedia environmental simulations
17    laboratory --
18         A.   That is correct.
19         Q.   -- at Georgia Tech?
20         A.   That is correct.
21         Q.   What was his role on the Camp Lejeune
22    water modeling team?
23         A.   When we had a technical or scientific
24    issue or we needed an analysis that went beyond
25    what's just publicly available in terms of pulling

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 115 of 422

1  something off the shelf, for example, Holcomb

2  Boulevard, the intermittent release of water from

3  Hadnot Point to Holcomb -- Holcomb Boulevard

4  required a special analysis.  And so we would -- I

5  would call under the corporative agreement he can

6  speak with the principal investigator.

7        Q.   Okay.

8        A.   So I would call him and we would

9  discuss what our objectives, what we needed, and

10  then he would assign graduate students to conduct

11  those analyses.

12        Q.   Understood.

13        A.   And their names are listed on -- as

14  coauthors on some of these reports, so...

15        Q.   You also mentioned Robert Faye?

16        A.   That is correct.

17        Q.   Who is Robert Faye?

18        A.   I first professionally met -- and I

19  refer to him as Bob Faye -- when we were both at

20  the U.S. Geological Survey.

21        Q.   Okay.

22        A.   And he retired and I retired.  And when

23  we were doing Toms River we needed -- again, ATSDR

24  was not allowed to hire full-time employees.  They

25  had a hiring freeze almost continuously on, but we

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 116 of 422

1    were able to go through, like, Eastern Research
2    Group or ORISE and things like that, so we hired
3    him through Eastern Research Group to assist us on
4    the modeling at Toms River, New Jersey.  And then
5    when the Camp Lejeune activities came up -- and
6    he's a very senior experienced geohydrologist, so
7    we hired him again through -- I say we hired him,
8    Eastern Research Group hired him.  He's
9    subcontracted to ATSDR.
10        Q.    Understood.  And I think I also saw
11   some references to probably his consulting company,
12   R.E. Faye and Associates?
13        A.    That's correct, yes.
14        Q.    And did Mr. Faye, he worked on
15   groundwater modeling?
16        A.    Yes.
17        Q.    And then you also mentioned Walter
18   Grayman.
19        A.    Yes.
20        Q.    Who is Walter Grayman?
21        A.    Walter Grayman is an internationally
22   renowned consulting engineer and one of the early
23   developers of water distribution system modeling in
24   the mid-1980s.  And again, we became aware of him
25   when we were working on the Toms River, New Jersey

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 117 of 422

1    site.  We asked for his advice or input.  And then

2    when we got to Camp Lejeune, at times we needed

3    also his advice and assistance in conducting field

4    studies and characterizing the water distribution

5    system.

6         Q.   And he worked on water distribution

7    modeling?

8         A.   Yes.

9         Q.   Okay.  And I asked that generally, but

10   he worked on water distribution modeling as it

11   relates to the Camp Lejeune modeling, correct?

12        A.   He did not do the day-to-day number

13   crunching, but, again, in modeling you have to set

14   up first your conceptual model and then decide what

15   techniques would best be used for that, what field

16   data you night need, and so he provided us with

17   consulting services and input into that as well as

18   when we went out in the field to collect water

19   distribution system data, he, Bob Faye, and others

20   came out during the field test to assist us to

21   collect the data.

22        Q.   Understood.  And I just have a couple

23   more questions and then we can take a break.

24             I saw in one of the slides, I think one

25   of your presentations, a reference to the U.S.

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 118 of 422

1  Geological Survey and then like maybe like a

2  Georgia Water Institute or something like that.

3  Does that ring any bells?  Did you have any

4  consultants with the USGA -- or USGS?

5      A.  Not consulting.  They would ask me

6  every now and then to come present work, because

7  the work at Camp Lejeune was not the standard

8  run-of-the-mill groundwater flow modeling, water

9  distribution system modeling or site analysis.  So

10  every now and then, both locally in Georgia and at

11  USGS headquarters in Reston they would put on

12  workshops or whatever, and so they knew of me from

13  my days at USGS.  They would ask me to present, and

14  it was a good opportunity to teach their

15  hydrologists and also a good opportunity for ATSDR

16  to receive critical feedback on what we were doing.

17      Q.  Understood.  Did you put the water

18  modeling team related to Camp Lejeune together?

19      A.  Yes.

20      Q.  And I guess you've explained it to some

21  degree already, but why did you select the

22  individuals that you selected?

23      A.  Jason Sautner was already assigned to

24  the exposure-dose reconstruction program.  When I

25  wrote up the work -- initial work plan, I obviously

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 119 of 422

1    indicated in there we would need some more staff,
2    so that's when Rene Suarez-Soto came in, and being
3    right out of college and all of that, that's, you
4    know, a young engineer that we can mentor and bring
5    along like that.  Obviously Georgia Tech had their
6    expertise nationally and internationally and all of
7    that.
8              And then, again, Mr. Robert Faye, my
9    knowledge of his specific expertise in
10   geohydrology, which I knew we would need to look at
11   geohydrologic information at Camp Lejeune.  And
12   then of course Walter Grayman is from the water
13   distribution side and, again, as I said, he's
14   internationally recognized, so...
15        Q.   Were you happy with the performance of
16   your team?
17        A.   Absolutely.
18        Q.   Okay.
19        A.   And I might add Barbara Anderson, she
20   did not work for the project full time.
21        Q.   Okay.  And you were satisfied with the
22   performance of your team?
23        A.   Yes, absolutely.
24             MR. ANWAR:  Why don't we take break
25   there.

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 120 of 422

1          THE VIDEOGRAPHER:  Going off the
2     record.  The time is 12:05 p.m.
3              (A luncheon recess transpired.)
4          THE VIDEOGRAPHER:  Going back on the
5     record.  The time is 12:51 p.m.
6     BY MR. ANWAR:
7          Q.   We are back on the record from a short
8     break, a lunch break.  Mr. Maslia, are you okay to
9     continue?
10         A.   Yes, I am.
11         Q.   Okay.  And during the lunch break, did
12    you discuss the substance of your testimony with
13    your lawyers at all?
14         A.   Not at all.
15         Q.   When we concluded before the lunch
16    break, we had just finished up a conversation about
17    the water modeling team.  Do you recall that?
18         A.   Yes.
19         Q.   There was one person I forgot to ask
20    you about, so I wanted to revisit.  You had
21    mentioned a John Doherty and I think you said test
22    parameter estimation, something like that.
23         A.   Yes.
24         Q.   Could you -- could you tell me who John
25    Doherty is?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 121 of 422

1          A.   Yeah, one of the more advanced

2    techniques that are sometimes applied, depending on

3    the situation, is an automated way of estimating

4    model parameters.  It would be called parameter

5    estimation techniques.  They are based on objective

6    stochastic and statistical methods.  He is

7    internationally renowned as being in the forefront

8    of developing those.  And he's out of Australia,

9    but he occasionally makes trips to the U.S. --

10         Q.   Okay.

11         A.   -- to teach or lecture or do whatever.

12   And he is the developer of the PEST -- all

13   uppercase P-E-S-T code that is used either

14   independently of models or incorporated in some

15   models.  And so when we got to the Hadnot Point and

16   Holcomb Boulevard, we were -- it was far more

17   complex than Tarawa Terrace would be, and found out

18   he was going to be in the U.S., so we figured we

19   could benefit from his expertise at ATSDR for a few

20   days or a week at most.  And so he came down and

21   gave us some guidance in using the PEST model which

22   we used and is described in the Tarawa -- the

23   Hadnot Point and Holcomb Boulevard reports.

24         Q.   Understood.  Thank you.

25              Did he only work on your team with

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 122 of 422

1    respect to Hadnot Point/Holcomb Boulevard modeling?

2         A.   Yes.

3         Q.   Okay.  And could you describe for me a

4    little bit more about what he specifically did as

5    it relates to the Hadnot Point/Holcomb Boulevard

6    modeling?

7         A.   Well, the application of parameter

8    estimation is a complex endeavor.  And you don't

9    just throw numbers at it.  You have to understand

10   about parametrization and the statistics and what

11   you want to get out of it and stuff like that.  So

12   he sort of helped us get the program going and

13   apply it to the Hadnot Point groundwater flow and

14   transport models as well as the water distribution

15   system models, and that's described in the -- the

16   Hadnot Point/Holcomb Boulevard Chapter A, which is

17   the summary of findings and the supplements.

18        Q.   Okay.  I've got it.  Thank you.

19             So let's turn to slide eight.

20             MR. DEAN:  Slide -- so we're back on

21   the same Exhibit 7?

22             MR. ANWAR:  Yes, we're, I think, back a

23   slide.

24   BY MR. ANWAR:

25        Q.   And on slide eight, do you see it says

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 123 of 422

1  "2006 Community Assistance Panel convened?"

2       A.   Uh-huh.

3       Q.   Is that your understanding of when the

4  Community Assistance Panel was convened?

5       A.   Yes.  I was not directly involved in

6  convening it or putting it together, but that seems

7  to be around the time that I remember.

8       Q.   Okay.  What is the Community Assistance

9  Panel or the CAP as it relates to Camp Lejeune?

10      A.   That was -- that was a recommendation

11  from Congress.  They had had a health studies

12  expert panel in 2005, so one of the recommendations

13  that -- a congressionally mandated expert panel for

14  the health studies part.  And they saw that the

15  affected community at Camp Lejeune, being

16  widespread and disbursed out, really did not have

17  any representation in assessing their health --

18  health conditions.  And so it was put together and

19  they, you know, provided input to ATSDR, not in

20  decision-making, but just about historical issues

21  related to Camp Lejeune.

22      Q.   And is that where it says "involvement"

23  on the slide, "recommendations of 2005 CL

24  Scientific Advisory Panel", is that the panel

25  you're referring to that Congress mandated?

Golkow Technologies,
A Veritext Division
877-379-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 124 of 422

1        A.    Yes, yes, yes.

2        Q.    Did you attend that expert panel?

3        A.    Yes.

4        Q.    Could you describe for me generally

5    what the discussion was at that panel?

6        A.    I was limited, really, to just talking

7    about, you know, groundwater modeling there.  It

8    was primarily focused on health affects, health

9    studies.  What additional health studies may be

10   undertaken by ATSDR or what health studies should

11   be undertaken.  So it was primarily a health

12   studies panel.

13       Q.    Do you recall who else attended that

14   panel?

15       A.    I know a couple of ATSDR people did and

16   the chair.  I remember their names.

17       Q.    Okay.  What are their names?

18       A.    The chair was Dr. Cantor.  I believe

19   that's K-A-N-T-O-R [sic].  And they had some other

20   panel members, but because they were in the epi/tox

21   health, I really did not know of them

22   professionally.  And then it was Dr. Bove and Perri

23   Ruckart.  There may have been other ATSDR

24   management people there.

25       Q.    Understood.  Do you know Dr. Cantor's

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 125 of 422

1    first name?

2         A.    Not off the top of my head.

3         Q.    Okay.  Were there any CAP members at

4    the panel?  The CAP hadn't been formed yet, right?

5         A.    Right.  There may have been some

6    community members, but I don't recall specifically.

7         Q.    Okay.  Then on the slide it lists

8    challenges.  One is perception of lack of

9    transparency.  Untimely provision of information.

10   And then two is -- well, so wait.  Let's focus on

11   one.  Do you know what that's referring to?

12        A.    I believe the CAP felt that they should

13   be provided information on a regular basis as to

14   what the ATSDR was doing, what the Department of

15   Navy/USMC was providing to ATSDR and the progress

16   of the health studies.  And so they wanted a more

17   open -- open process.

18        Q.    It was the CAP that wanted that

19   process?

20        A.    Yes.

21        Q.    Okay.  And then --

22        A.    They wanted it more formalized.

23        Q.    Understood.  Do you know what steps

24   were taken to, I guess, formalize it?

25        A.    There are documents at ATSDR that you

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 126 of 422

1    could, I assume, pull down from the Camp Lejeune

2    website at ATSDR that describes the CAP, and that

3    would probably be a better approach than asking me.

4         Q.   Okay.  Fair enough.  And then number

5    two under challenges is frustration with missed

6    milestones?

7         A.   Right.

8         Q.   Do you know what that's referring to?

9         A.   Probably the health study because the

10   health study was waiting for results from the water

11   modeling.

12        Q.   When you set out to do the initial

13   Tarawa Terrace water modeling, I think before the

14   break you told me you-all started setting, like,

15   timelines and budgets in 2003, right?

16        A.   Somewhere around there, yes.

17        Q.   What was your original goal to complete

18   the Tarawa Terrace modeling?

19        A.   We thought we could complete it in four

20   years with a caveat depending on the information

21   that we needed, okay?  Again, we did not know what

22   information we needed operari other than general

23   types with models required, but not specific to

24   Camp -- Camp Lejeune, okay?  So that's -- that's

25   what we -- we said that...

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 127 of 422

1    Q.   Would you say it's fair to characterize
2  the sort of data gathering process at Camp Lejeune
3  as a large undertaking?
4    A.   Yes.
5    Q.   And I think you mentioned this already,
6  but could you remind me what the purpose of the CAP
7  is?
8    A.   The actual full description of what the
9  CAP is is described in the documents on the ATSDR
10 website.  We would provide them with regular
11 updates, quarterly updates, as the progress of
12 water modeling results or problems we were
13 encountering.  Health studies would provide them
14 with what they were working on, and the CAP would
15 provide feedback as to what some of the issues the
16 community felt needed to be addressed.
17   Q.   Was the CAP compromised only of
18 community members?
19   A.   At some point there were some
20 representatives of the U.S. Marine Corps,
21 Department of the Navy, and Veterans
22 Administration, but I don't know if they were just
23 brought in as technical-type people or
24 representatives of those agencies.  I don't know if
25 they were officially on the CAP or not.  You would

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 128 of 422

1    have to look that up.

2         Q.   Okay.  Do you recall how much input the

3    CAP had on the water modeling project related to

4    Camp Lejeune and/or the epi studies?

5         A.   They might bring us a document that

6    they found saying, you know, there's this

7    contamination here or there and all of that.  And

8    then, you know, we would have to look at the

9    document and see if it's scientifically acceptable

10   or that we need to do further research or

11   investigation on to obtaining other documents to

12   corroborate that.  There were members of the CAP

13   that actually served time at Camp Lejeune, so if we

14   had a question about a housing area or, you know, a

15   water treatment plant type thing they -- they --

16   they could provide us sometimes some very useful

17   information.

18        Q.   Who are the members of the CAP that

19   served at Camp Lejeune?

20        A.   It -- it varied.  I remember -- I mean,

21   two of them I know of, but there were others and I

22   don't recall their names.  Again, ATSDR has on its

23   website the quarterly CAP meetings and you can pull

24   them and find out who the CAP members were.

25        Q.   Who are the two that you recall?

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 129 of 422

1          A.    Mike Partain and Jerry Ensminger.

2          Q.    Okay.

3                MR. ANWAR:  Can -- can you go to slide

4    22.  Yeah, 23.

5                THE WITNESS:  Okay.

6    BY MR. ANWAR:

7          Q.    So slide 23 --

8          A.    Yeah, that's not pulled up on my

9    screen.

10               MR. DEAN:  I'm sorry.  What?

11               THE WITNESS:  23.

12               MR. DEAN:  23.  What's -- it's not

13   numbered on here.  Bates stamp, can you tell me the

14   last three, four -- 37.

15               MR. ANTONUCCI:  86.

16               MR. DEAN:  86.

17               THE WITNESS:  There you go.  One more

18   slide.  Okay.  That's -- okay.  Now I see it.

19   BY MR. ANWAR:

20         Q.    And so this -- this slide is focused on

21   the CAP and it says "the purpose of these panels is

22   to, one, enhance effective communication of

23   environmental health concerns to ATSDR by the

24   public and to establish an avenue for ATSDR to

25   inform the community of site specific scientific

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 130 of 422

1    finds as they become available."  And then two, it
2    says "provide a means for community participation
3    in ATSDR activities."  Did I read that correctly?
4            A.   Yes.
5            Q.   Okay.  And is that your understanding
6    -- or is that consistent with your understanding of
7    the purpose of the CAP?
8            A.   My understanding with respect to
9    provide means of community participation would
10   be -- I would add in an advisory role, okay?  They
11   didn't influence the ATSDR policy, but they could
12   provide advice.
13           Q.   And then underneath there it lists the
14   members of the CAP --
15           A.   Right.
16           Q.   -- as of 2014.
17           A.   Uh-huh.
18           Q.   And you mentioned Jerry Ensminger and
19   Mike Partain.  Who is -- well, and then there's
20   also listed Dr. Richard Clapp and he is denoted, I
21   think, as one of the original members of the CAP.
22   Is that consistent with your understanding?
23           A.   I don't know if he was original or not,
24   but he was a technical expert to the CAP.  The CAP
25   could have technical experts as part of their

Golkow Technologies,
877-379-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 131 of 422

1    committee.

2            Q.    Do you know what he was a technical

3    expert in?

4            A.    Public health and epidemiology.

5            Q.    For as long as you were at ATSDR, were

6    Jerry Ensminger, Mike Partain, and Dr. Richard

7    Clapp part of -- or, yeah, Dr. Richard Clapp part

8    of the CAP?

9            A.    Jerry Ensminger and Mike Partain were.

10   I don't know when exactly Dr. Clapp got assigned to

11   the -- to the CAP.

12           Q.    Okay.  Did -- prior to 2014, were there

13   other members of the CAP that aren't listed here?

14           A.    Yes, but I wouldn't -- I don't recall

15   their -- their names.

16           Q.    Okay.  And I don't think I asked you

17   this before.  Who is Jerry Ensminger?

18           A.    He's a retired Marine that's a

19   community activist.

20           Q.    Okay.  And what about Mike Partain?

21           A.    He is the son of a Marine, or his

22   parents resided at Camp Lejeune, and developed male

23   breast cancer at the age of 35.

24           Q.    Is Mr. Partain also -- would you view

25   him as a community activist?

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 132 of 422

1          MR. DEAN:  Object to the form of the
2  question.
3          THE WITNESS:  I really couldn't say
4  about Mr. Partain.
5  BY MR. ANWAR:
6     Q.   Okay.  Do you know who Lori Freshwater
7  is?
8     A.   I know of her, yes.
9     Q.   Who is she?
10    A.   She was a member of the CAP.  I believe
11 she's -- has something to do with -- with the news
12 reporting type -- type industry.  Well, I mean,
13 that's her occupation.
14    Q.   Okay.  Do you know her personally?
15    A.   No.
16    Q.   Who is Christopher Orris, if you know?
17    A.   Yeah, I don't know.
18    Q.   Okay.  Who is Tim Templeton, if you
19 know?
20    A.   A member of the CAP.  Again, I don't
21 recall when he was appointed to the CAP, but he was
22 a member of the CAP.
23    Q.   Then we -- we discussed Dr. Ken Cantor.
24    A.   Right.
25    Q.   Who is Gavin Smith?

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 133 of 422

1        A.    I -- I do not know.

2        Q.    Okay.  Are there any members of the CAP

3   that are not listed of -- like past members of the

4   CAP that aren't listed here but you recall?

5        A.    Not -- not really.  I would have to go

6   through the ATSDR CAP meeting transcripts to...

7        Q.    Okay.  Understood.  Could we

8   fast-forward to -- it's slide 26.  Oh, there it is.

9   Slide 26 ending in Bates range 3789.

10             THE WITNESS:  Kevin, can you pull up

11   there --

12             MR. DEAN:  I'm sorry.  What page?

13             MR. ANWAR:  It's slide 26 ending in

14   Bates range 3789.

15   BY MR. ANWAR:

16        Q.    And it says "why important?"  And then

17   if we scroll to the very next slide there's a

18   slide.  It's called H.R. 1742, the Janey Ensminger

19   Act.  And I'll read the text.  It says "to amend

20   Title 38 United States Code to direct the Secretary

21   of Veterans Affairs to establish a presumption of

22   service connection for illnesses associated with

23   contaminants in the water supply at Marine Corps

24   base Camp Lejeune, North Carolina and to provide

25   health care to family members of veterans who lived

Golkow Technologies,
A Veritext Division
877-370-3377                                         www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 134 of 422

1    at Camp Lejeune while the water was contaminated."

2              Did I read that correctly?

3         A.    Yes.

4         Q.    With you familiar with the Janey

5    Ensminger Act?

6         A.    Yes.

7         Q.    What was your understanding of it?

8         A.    It was signed by President Barack

9    Obama.  The exact year I don't know.  Maybe 2012 or

10   so.

11        Q.    And is it this act that established

12   presumptions of service connection for illnesses

13   related to exposure to water at Camp Lejeune as --

14             MR. DEAN:  Object -- object to the form

15   of the question.

16   BY MR. ANWAR:

17        Q.    Okay.  Let me -- let me rephrase it.

18   Based on your -- what is your understanding of what

19   the Janey Ensminger Act did?

20        A.    I don't have a specific understanding.

21   I never actually read the act.  In general it

22   provided health care for family members.

23        Q.    Okay.

24        A.    But that's all that -- I don't know any

25   other specifics.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 135 of 422

1    Q.   Okay.  And when you say health care, do
2    you mean through the VA or...
3    A.   I'd really have to read -- read the
4    act.
5    Q.   Okay.  Who is Janey Ensminger?
6    A.   It's the deceased daughter of Jerry
7    Ensminger.
8    Q.   Okay.  If you go to the next slide,
9    that slide says "President Obama signed the bill
10   into law on August 6, 2012."  Did I read that
11   correctly?
12   A.   Yes.
13   Q.   And that's consistent with your
14   understanding that it was passed in 2012, correct?
15   A.   That's correct.
16   Q.   Okay.  And then it says "the bill
17   applies to 15 specific ailments believed to be
18   linked to contamination."  And then it lists those.
19   Do you have any understanding of that?
20   A.   Just what it says on the slide.
21   Q.   Okay.  Aside from what it says on the
22   slide, you don't have any understanding of the
23   Janey Ensminger Act aside from that it provides
24   health care?
25   A.   Not the legal or political

Golkow Technologies,
A Veritext Division
877-370-3377                                                     www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 136 of 422

1   ramifications of the act.

2           Q.    Okay.  Would you agree that ATSDR's

3   water modeling efforts and health studies related

4   to Camp Lejeune were used to help make policy

5   decisions in passing this bill?

6               MR. DEAN:  Help.  Object to the form of

7   the question.  You used the word "help", so it's an

8   opinion.  So object to the form of the question.  I

9   mean, you can rephrase your question if you want

10  to, but...

11              MR. ANWAR:  I mean, I'll ask it again,

12  and you can object to form, but I'm asking for your

13  understanding.

14  BY MR. ANWAR:

15          Q.    Would you agree that ATSDR's water

16  modeling efforts and health studies related to Camp

17  Lejeune were used in some manner to make policy

18  decisions that ultimately led to the passage of the

19  Janey Ensminger Act?

20              MR. DEAN:  Object to the form of the

21  question.

22  BY MR. ANWAR:

23          Q.    You can answer.

24          A.    Okay.  The policy issue is well, well,

25  well above my pay grade when I was in ATSDR.  The

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 137 of 422

1  water distribution system modeling, again, provided

2  mean monthly concentrations and if someone saw that

3  they were above a certain health criteria, they may

4  have considered that in the act, but I don't know

5  of a direct linkage between what we did -- I was

6  never asked to provide input to the legislation.

7       Q.   Okay.  Let's pull up what we'll mark as

8  Exhibit 7 -- no, exhibit --

9            MS. BAUGHMAN:  Eight.

10           MR. ANWAR:  Eight.

11           (DFT. EXHIBIT 8, letter from Department

12 of Health and Human Services dated January 16,

13 2013, was marked for identification.)

14           MR. DEAN:  Is it in Dropbox?  I mean,

15 in -- what's it called?  I don't see it in the --

16           MR. ANTONUCCI:  I can add it right now.

17 Sorry about that.

18           MR. DEAN:  Okay.

19           MR. ANTONUCCI:  It's in the shared

20 folder marked as Exhibit 8.

21           MR. DEAN:  Okay.  Got it.

22           THE WITNESS:  Okay.

23           MR. ANWAR:  And would you mind zooming

24 into it a little bit.

25 BY MR. ANWAR:

Golkow Technologies,
A Veritext Division
877-379-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 138 of 422

1          Q.    I'll just represent to you that -- that

2    I just pulled this letter from ATSDR's website and

3    it looks to be -- to me to be a letter dated

4    January 16, 2013 addressed to General Allison

5    Hickey of the Under Secretary for Benefits at the

6    VA from a Christopher Portier the, at the time,

7    director for the National Center of Environmental

8    Health and Agency for Toxic Substances and Disease

9    Registry.  Do you see that?

10         A.    Yes.  Well, I mean, you zoomed -- I saw

11   it when you scrolled real quickly.

12         Q.    Okay.

13              MR. DEAN:  So -- so let me object to

14   the use of this document because it's not Bates

15   stamped.  I presume it's been produced somewhere

16   and I recognize you said you got it from the public

17   website, but I don't have that personal knowledge.

18   Do you know -- it's not in -- it's not in the

19   government's productions in this case, but with

20   that said, I'm just making a point that I -- it's

21   not a Bates-stamped document and it's not in the

22   government's protections in this case.

23              MR. ANWAR:  Okay.  I'm not sure that

24   it's not in the government's production.  I suspect

25   it likely is, but I pulled it from the website,

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 139 of 422

1    so --

2              MR. DEAN:  No objection.  Just making a

3    note here if we do have it somewhere, I would like

4    to substitute the Bates-stamped version at a later

5    date.  That's all I'm going at.

6              MR. ANWAR:  Fair enough.

7    BY MR. ANWAR:

8         Q.   And my first question to you about this

9    document is have you seen it before?

10        A.   No, I've never seen that.

11        Q.   Okay.  I would just -- do you know who,

12   excuse me, General Allison Hickey is for the Under

13   Secretary for Benefits Department of VA?

14        A.   I've never heard the name.

15        Q.   Do you know who Christopher Portier is?

16        A.   Yeah, Dr. Portier was the ATSDR

17   director maybe from 2010 through 2013.

18        Q.   Okay.  And I'm just going to quickly

19   direct your attention to the first -- the first

20   paragraph of the letter says, "the purpose of this

21   letter is to provide the Department of Veterans

22   Affairs preliminary information regarding our

23   assessment of volatile organic compound exposures

24   in drinking water distributed by Hadnot Point and

25   Holcomb Boulevard water treatment plants at the

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 140 of 422

1    United -- at United States Marine Corps base Camp

2    Lejeune."

3              Did I read that correctly?

4         A.   Yes.

5         Q.   Okay.  And then the second paragraph

6    states "the Agency for Toxic Substances and Disease

7    Registry has conducted a series of environmental

8    and epidemiological assessments of contaminated

9    drinking water at USC -- USMC base Camp Lejeune.

10   The foundation of our effort is based on modeling

11   of contamination of the drinking water supply

12   before 1987.  The modeling was necessary because

13   there was relatively few drinking water samples

14   tested for VOCs during the period of contamination,

15   none prior to 1982 when VOC contamination was first

16   detected."

17             Did I read that correctly?

18        A.   Yes.

19        Q.   And is that consistent with your

20   understanding?

21        A.   Yes.

22        Q.   Okay.  We can read the next paragraph

23   quickly.  It says "ATSDR has focused on three

24   different drinking water distribution systems;

25   Tarawa Terrace, Hadnot Point, Holcomb Boulevard."

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 141 of 422

1    Did I read that correctly?

2              A.    Yes, yes.

3              Q.    And are those the three -- three

4    systems that you modeled to estimate contaminant

5    concentrations?

6              A.    Yes, it is.  Yes, they are.

7              Q.    And then it goes on to say "we released

8    the final Tarawa Terrace drinking water system

9    report June 2007.  That report concluded that

10   former Marines and their families who lived in

11   Tarawa Terrace family housing units during the

12   period November 1957 through February 1987 received

13   drinking water with the dry cleaning solvent PCE at

14   levels above current EPA maximum contaminant level

15   of five parts per billion.  The executive summary

16   of the report is located on our website."  And then

17   it sites to the modeling -- the executive summary

18   for TTE.  Did I read that correctly?

19             A.    You read that correctly.

20             Q.    Okay.  And is that your understanding

21   of the -- the water modeling related to Camp

22   Lejeune -- or is it consistent with your

23   understanding related to your water modeling

24   efforts for Camp Lejeune?

25             A.    With one caveat.

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 142 of 422

1          Q.   Sure.

2          A.   The executive summary was prepared for

3     senate subcommittee members and their staffers and

4     it is not written or presented in the highly

5     technical matter that the summary of findings

6     Chapter A and all the chapters of the Tarawa

7     Terrace reports are.  Those were released initially

8     in July 2007.

9          Q.   Okay.  Did you write the executive

10    summary?

11         A.   Yes, I did.

12         Q.   Okay.  And did you write it knowing

13    that it was going to be provided to senate

14    committee members?

15         A.   Yes.

16         Q.   And I guess other Congress members?

17         A.   I'm sorry.  I didn't mean to interrupt.

18         Q.   No, it's okay.  It's very natural.

19         A.   Yes, I specifically tailored it.  And I

20    don't mean this as a criticism, but it was using

21    larger font type and...

22         Q.   Yeah.

23         A.   Okay.

24         Q.   Making it easier to read and

25    understand --

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 143 of 422

1          A.   Yes.

2          Q.   -- for people that are not modelers,

3    right?

4          A.   That is correct.

5          Q.   Okay.  Do you remember what senators or

6    Congress members that the letter was sent to?

7          A.   I would have to look up because I was

8    subpoenaed to appear at that senate subcommittee

9    hearing.

10         Q.   Okay.

11         A.   And there's obviously some record of

12   who -- who -- who was there, but I don't recall

13   offhand their specific names.

14         Q.   The senate subcommittee hearing you're

15   referring to, is that the one that took place in

16   June of 2007?

17         A.   Yes.

18         Q.   Okay.  And so this would've gone to the

19   senators and Congress members that attended that

20   hearing?

21         A.   Yes, it was released whatever the date

22   of the subcommittee hearing.  I seem to think

23   June 12th, but whatever.  So it was typical that we

24   did -- they would embargo a report and release it

25   first to the parties that needed it, in this case,

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 144 of 422

1    the senators and their staffers, and then publicly

2    release -- release it after that.

3         Q.    Okay.  And then it goes on to talk

4    about the findings of the model, but I wanted to

5    direct you to the last paragraph.

6         A.    Okay.

7         Q.    It says "I hope this information is

8    useful as the Department of Veteran Affairs

9    evaluates" --

10        A.    Please scroll.  Okay.  Thank you.

11        Q.    It says "I hope this information is

12   useful as the Department of Veterans Affairs

13   evaluates claims from veterans who served at USMC

14   Camp Lejeune prior to the release of our full water

15   modeling report in the spring.  ATSDR is also on

16   schedule to release its mortality study and birth

17   defect and childhood cancer studies in spring 2013.

18   While we finalize our water modeling and these epi

19   studies, I will make certain that we brief the

20   Department of Veterans Affairs staff on our

21   findings.  I would also like to recognize the

22   efforts of your -- your department in supporting

23   ATSDR's work and serving Camp Lejeune veterans and

24   their families who were exposed to contaminated

25   drinking water."

1          Did I read that correctly?

2     A.    Yes, you did.

3     Q.    Okay.  Does that -- does that paragraph

4  in particular reflect -- refresh your recollection

5  at all as to sort of whether the water modeling

6  efforts made by you and your team and the epi

7  studies by ATSDR were used to help make policy

8  decisions?

9          MR. DEAN:  Object to the form of the

10  question.

11          THE WITNESS:  Again, I just was not

12  involved in any of the legislation or

13  legislative -- so I don't know what documents or

14  analyses were provided before the official

15  publication of our reports to congressional

16  staffers, so I really could not answer.  And then

17  this talks about the veterans affairs, and I never

18  was involved with anything to do with the veterans

19  affairs from -- representing ATSDR.  Other people

20  were, but I was not.

21  BY MR. ANWAR:

22     Q.    Okay.  Understood.  Do you know who was

23  involved in those conversations?

24     A.    I know at least Dr. Bove was at some

25  point in time and probably Dr. Tom Sinks who was

Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 146 of 422

1    deputy director of ATSDR and NCEH.

2        Q.    Fair enough.  Thank you.

3              I wanted to quickly turn back to -- and

4    we can take this exhibit down.

5              We, a few moments ago, discussed the --

6    the Janey Ensminger Act.  Do you recall that?

7        A.    Yes.

8        Q.    And I believe you testified Janey

9    Ensminger was the daughter of Jerry Ensminger,

10   correct?

11       A.    That's correct.

12       Q.    And he was on the CAP, correct?

13       A.    That is correct.

14       Q.    Did you talk with Mr. Ensminger at all

15   about the Janey Ensminger Act before it was passed

16   in 2012?

17       A.    No.

18       Q.    You called Mr. Ensminger an activist.

19   Why -- why is that?

20       A.    Because he was very proactive because

21   he saw the cause for the death of his daughter at

22   age nine a result of the water contamination at

23   Camp -- Camp Lejeune.

24       Q.    And in what ways was he proactive?

25       A.    I believe he helped in some ways to get

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 147 of 422

1  Congress to fund -- maybe to fund ATSDR to conduct
2  the health studies, okay?  And if we were in need
3  some of information for the water modeling or for
4  the epi studies in terms of base logistics and
5  things like that, he was a good source of
6  information.
7        Q.   Is -- is that -- or would it be fair to
8  characterize what Mr. Ensminger did as sort of
9  lobbying Congress related to Camp Lejeune?
10             MR. DEAN:  Object to the form of the
11  question.
12             THE WITNESS:  I really did not have any
13  experience in lobbying Congress or what one does to
14  lobby Congress, so I couldn't answer that.
15  BY MR. ANWAR:
16        Q.   But you are -- I guess a moment ago you
17  said he helped, I guess, working with Congress to
18  get funding or --
19        A.   Yeah, yes, he would -- let me back up.
20  From ear to ear there may be questions as to how
21  much funding was available or reduce the funding,
22  the typical congressional budget activities.  So he
23  spoke up on behalf of ATSDR as to why we needed the
24  full amount of our budget and why we needed it in a
25  timely manner.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 148 of 422

1        Q.   Do you know if he was having

2   conversations with Congress members or senators?

3        A.   I don't know.  I don't have any direct

4   knowledge of that.

5        Q.   Okay.

6        A.   Could I ask for a bathroom break real

7   quick?

8             MR. ANWAR:  Sure.  Let's take -- let's

9   five.

10            THE WITNESS:  Thank you.

11            THE VIDEOGRAPHER:  Going off the

12   record.  The time is 1:29 p.m.

13            (A recess transpired.)

14            THE VIDEOGRAPHER:  Going back on the

15   record.  The time is 1:35 p.m.

16   BY MR. ANWAR:

17        Q.   We are back on the record from a short

18   break.  Mr. Maslia, are you okay to continue?

19        A.   Yes, I am.

20        Q.   Okay.  Did you, during the break, speak

21   about your substance of your testimony with your

22   counsel?

23        A.   No.

24        Q.   Okay.  I just wanted to put on the

25   record the VA letter that I showed a moment ago as,

Golkow Technologies,
877-370-3377                    A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 149 of 422

1    I believe, Exhibit 8 has been produced at CLJ,

2    underscore, water modeling, underscore, 01-0000076

3    158-59 and we are happy to substitute a copy of the

4    Bates-stamped version of that as the exhibit.

5              So I would like to show you now what

6    had been previously marked as Exhibit 6, but we

7    kind of went out of order, so this is Exhibit 6,

8    but the first time we'll be discussing this

9    document.

10             MR. DEAN:  Okay.

11             (DFT. EXHIBIT 6, ATSDR document

12   entitled "Camp Lejeune, Summary of the Water

13   Contamination Situation at Camp Lejeune", was

14   marked for identification.)

15   BY MR. ANWAR:

16        Q.   I'll represent to you that I'm showing

17   you a water modeling summary from ATSDR's website

18   entitled "summary of water contamination situation

19   at Camp Lejeune."  Did I read that correctly?

20        A.   That is correct.

21        Q.   Okay.  And are you familiar with this

22   page?

23        A.   No, I'm not.  It must be a newer page

24   because when I was at ATSDR they never used scan

25   codes, QR codes.

Golkow Technologies,
A Veritext Division
877-370-3377                                         www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 150 of 422

1          Q.    Okay.  Do you know if you were involved

2     in providing information or populating the

3     information on this page?

4          A.    Yes, I was.

5          Q.    Okay.  And we can sort of scroll

6     through it, at least up there and then your counsel

7     can scroll through it for you, but I wanted to ask

8     you to take a look at it, and based on your review

9     of it, is the information contained within this

10    website summary, the water modeling website

11    summary, true and accurate to the best of your

12    knowledge?

13              MR. DEAN:  All right.  So let's just

14    start at the top and then you tell me to scroll.

15              THE WITNESS:  Okay.  Go ahead and

16    scroll.  Okay.  Go ahead and scroll.  Okay.  Go

17    ahead and scroll.  Okay.  I've read it.

18    BY MR. ANWAR:

19         Q.    Based on your review of this page, is

20    the information contained on the modeling summary

21    true and accurate to the best of your knowledge?

22         A.    Yes.

23         Q.    And so I just want to now talk through

24    it in a bit more detail and then we'll walk through

25    it.  According to the page it says there were eight

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 151 of 422

1    water distribution systems that supplied finished

2    water to family housing and other facilities at

3    Camp Lejeune, right?

4           A.    That is correct.

5           Q.    Then it lists eight water distribution

6    systems.  In the middle of the page it states

7    "three water distribution pants, Hadnot Point,

8    Tarawa Terrace, and Holcomb Boulevard have

9    historically supplied finished water to the

10   majority of family housing units at the base and

11   were contaminated with volatile organic compounds,

12   VOCs.  Information about these three water

13   treatment plants is provided below.  Other

14   non-based treatments plants were not contaminated."

15          Did I read that correctly?

16          A.    Yes.

17          Q.    Okay.  So it lists the eight water

18   distribution plants there, and I just wanted to

19   confirm with you, based on your understanding, the

20   water distribution system for Courthouse Bay was

21   not contaminated with VOCs, right?

22          A.    I would not be able to answer that

23   without looking at documents because we really did

24   not look at areas other than Tarawa Terrace, Hadnot

25   Point, and Holcomb Boulevard, okay, which were the

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 152 of 422

1    family housing areas as the website points out.  So
2    we really did not do -- gather any information or
3    data to be able to make that statement yes or no
4    for any of the other areas.
5           Q.   Is the reason that you didn't gather
6    information related to those other areas -- and
7    I'll just read them quickly.  Courthouse Bay, Rifle
8    Range, Onslow Beach, Montford Point/Camp Johnson,
9    New River.  Is the reason you didn't gather
10   information related to those water distribution
11   systems and did not model those water distribution
12   systems because you're not aware or you have no
13   reason to believe that they were contaminated?
14              MR. DEAN:  Object to the form of the
15   question.
16              THE WITNESS:  No, that's not the
17   reason.
18   BY MR. ANWAR:
19          Q.   Okay.  Tell me the reason.
20          A.   The reason why Congress funded ATSDR
21   through the Department of Navy to analyze family
22   housing areas, and that's the three that we have
23   previously mentioned here, those are not family
24   housing areas.  And when we went on base in
25   July 2003 and toured around, we -- I, in fact,

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 153 of 422

1    mentioned to my points of contact, I said, well, if
2    we're going to do water modeling on those three
3    areas, we can just as easily do it on the whole
4    base, and I was told that that was not going to
5    happen.
6        Q.   Okay.  Would it be fair to say, then,
7    as it relates to the water modeling efforts that
8    you performed, the water modeling does not reach
9    any conclusions about water contamination -- VOC
10   contamination, water contamination, at these other
11   water distribution systems, Rifle Range, Courthouse
12   Bays -- Courthouse Bay, Onslow Beach, Montford
13   Point/Camp Johnson and New River in the air
14   station?
15       A.   Just roll that back right there.  Okay.
16   One thing I did notice, based on our analysis, we
17   did look at Montford Point and Camp Johnson because
18   it was connected to Tarawa Terrace through a
19   pipeline.
20       Q.   And --
21       A.   And -- well, that's what -- I just want
22   to correct the record for that.
23       Q.   Did you make any determination about
24   whether Montford Point/Camp Johnson was providing
25   water to Tarawa Terrace or Tarawa Terrace was

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 154 of 422

1    providing water to Camp Johnson?

2          A.   There's -- that's been a subject of

3    controversy, I will say, because there's some

4    people who believe, based on certain documents,

5    that Tarawa Terrace, which was contaminated,

6    provided drinking water to Montford Point and Camp

7    Johnson.  Though all the investigation that we did

8    and their documents that show that Tarawa Terrace

9    was so short on water that Camp Johnson provided

10   water to Tarawa Terrace.

11         Q.   That's what -- based on your

12   investigation --

13         A.   Right.

14         Q.   -- you believe Camp Johnson provided

15   water to Tarawa Terrace?

16         A.   Yes, yes, when needed.  When needed by

17   Tarawa Terrace.

18         Q.   When needed.

19         A.   Yes.

20         Q.   Okay.  And your water model -- the

21   water modeling efforts related to Camp Lejeune

22   didn't examine Courthouse Bay, correct?

23         A.   That is correct.

24         Q.   And the water modeling efforts related

25   to Camp Lejeune didn't examine the Rifle Range,

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 155 of 422

1   correct?

2          A.   That is correct.

3          Q.   The water modeling efforts related to

4   Camp Lejeune didn't examine Onslow Beach, correct?

5          A.   That is correct.

6          Q.   The water modeling efforts that you --

7   you landed on related to Camp Lejeune didn't

8   examine the Montford Point/Camp Johnson's water

9   distribution, correct?

10         A.   Say that again.  Sorry.  I didn't

11  understand.

12         Q.   Okay.  Let me -- you did not -- the

13  water modeling efforts that you and your team

14  performed related to Camp Lejeune do not show that

15  Montford Point/Camp Johnson's water distribution

16  system were -- was contaminated or affected by

17  VOCs?

18              MR. DEAN:  Object to the form of the

19  question.

20              THE WITNESS:  We investigated Camp

21  Johnson/Montford Point from a water distribution

22  side because they had a pipeline connecting that

23  was Tarawa Terrace.  So to understand the

24  operations at Tarawa Terrace, we had to instrument

25  certain pertinences at Camp Johnson and Montford

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 156 of 422

1    Point.

2    BY MR. ANWAR:

3        Q.   Okay.  And I think earlier you stated

4    based on your investigation you believe that Camp

5    Johnson provided water to Tarawa Terrace and not

6    the other way around, correct?

7        A.   That is correct.

8        Q.   Okay.  And do you, as you sit here

9    today, have any reason to believe that the water

10   distribution system at -- or do you have any

11   evidence that the water distribution system at Camp

12   Johnson was affected by VOCs or contaminated from

13   '53 -- 1953 to 1987?

14           MR. DEAN:  Object to the form.

15           THE WITNESS:  No, I do not.

16   BY MR. ANWAR:

17       Q.   Okay.  And what was it about your

18   investigation that led you to the conclusion that

19   Camp Johnson was providing water to Tarawa Terrace?

20       A.   We looked at the present day, meaning

21   2004 water distribution system because that's when

22   we came on base, okay?  Initially said we -- they

23   had -- because the Marine Corps and most of the

24   military bases do not meter their water.  So we had

25   to find out how much water was flowing through the

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 157 of 422

1  system, so we had to instrument the distribution
2  system.  And one of the controlling tanks was over
3  at Montford Point/Camp Johnson for Holcomb -- by
4  2004 it was Holcomb Boulevard that it was
5  controlling for.
6      Q.   Okay.
7      A.   So we would have to -- we did, in fact,
8  instrument a tank, a controlling tank, there based
9  on the water level at Camp Johnson and Montford
10  Point, that's when the pumps at either Tarawa
11  Terrace or Holcomb Boulevard would come on.
12      Q.   Okay.  And the -- your and your team's
13  efforts related to Camp Lejeune water modeling, the
14  water modeling does not show or does not examine
15  New River Air Station, correct?
16      A.   That is correct.
17      Q.   The water modeling also does not
18  examine Camp Geiger, right?
19      A.   Is that correct.
20      Q.   Do you have any reason or evidence to
21  believe that Camp Geiger was impacted by VOCs or
22  water contamination?
23      A.   We just never looked at it, so I
24  couldn't say.  I did not review any -- any data.
25      Q.   Okay.

Golkow Technologies,
A Veritext Division
877-370-3377                                   www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 158 of 422

1      A.   Okay?  So I could not say whether it
2  was contaminated or not.
3      Q.   I want to turn back quickly to the
4  Montford Point/Camp Johnson issue.  And I will show
5  you what we'll upload -- what we're marking as
6  Exhibit 9.
7            (DFT. EXHIBIT 9, e-mail correspondence
8  Bates-stamped CL_MASLIA_0000000817 and 818, was
9  marked for identification.)
10            MR. DEAN:  So for the record, just to
11  clear this up while he's bringing that up, Exhibit
12  No. 8 that you marked, which was that ATSDR
13  un-Bates-stamped document.
14            MR. ANWAR:  Yeah.
15            MR. DEAN:  For the record is CLJA,
16  underscore, VA, underscore, RFP, underscore, fourth
17  set underscore, 4109.  And I'd ask that we replace
18  and use that version for his depo.
19            MR. ANWAR:  Okay.  We'll take a look at
20  a break and we can -- assuming it's the same thing,
21  that shouldn't be an issue.
22            MR. DEAN:  Okay.
23            MR. ANWAR:  Is the exhibit up?  Okay.
24  If you'll go ahead and display it, please.
25  BY MR. ANWAR:

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 159 of 422

1          Q.   Okay.  We are pulling up what has been

2     marked as Exhibit 9 or will be marked as Exhibit 9.

3               MR. ANWAR:  And I will just note for

4     the record before we start talking about this

5     document that we -- we -- this -- so this was

6     produced to us in response to the subpoena issued

7     to Mr. Maslia, and we provided notice to the

8     Plaintiffs Leadership Group who did not object to

9     us holding onto the document or seek to --

10              MR. DEAN:  I agree.

11     BY MR. ANWAR:

12         Q.   Okay.  So --

13              MR. DEAN:  And for the record, the

14     reason I told you I provided it to you -- because

15     this is an e-mail from Jerry Ensminger to

16     Mr. Maslia during his consulting with us.  He then

17     forwarded it to me, so I had the communication.

18     Therefore, I felt the need and obligation to

19     produce it to you.

20              MR. ANWAR:  Okay.

21     BY MR. ANWAR:

22         Q.   So let's scroll down to the bottom of

23     the e-mail.

24         A.   Okay.

25              MR. DEAN:  Oh, the bottom one?

1          MR. ANWAR:  Yeah, the one from
2   Mr. Ensminger.
3   BY MR. ANWAR:
4       Q.   So it looks like the chain starts --
5   the first e-mail on the chain is dated April 29,
6   2024, and it is an e-mail from Jerry Ensminger,
7   Mr. Ensminger, to you, Mr. Maslia.
8       A.   Right.
9       Q.   Is that correct?
10      A.   Yes, that's correct.
11      Q.   Okay.  And from my review of it and
12  just from the subject it says "I am sharing CLW1191
13  with you" and then he provides a link to, I think,
14  the document; is that right?
15      A.   Hold on.  I'm not seeing -- i am
16  sharing --
17          MR. DEAN:  That's in the subject line.
18          THE WITNESS:  Oh, I'm sorry.  Okay.
19  Yes, yes, that is correct.
20  BY MR. ANWAR:
21      Q.   And to the best of your recollection,
22  is that what the link was, the link to that
23  document?
24      A.   It was a link to a CLW Camp Lejeune
25  water document.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 161 of 422

1          Q.    Okay.   And do you know why he was
2     sending that document to you?
3          A.    I guess he -- my understanding is that
4     there were individuals who believed Tarawa Terrace,
5     because it was contaminated with contaminated
6     drinking water and contaminated wells, was -- was
7     supplying water to Camp Johnson and Montford Point.
8          Q.    Okay.   And so that's what he -- was
9     being sent to you to look at that question?
10         A.    To look at that document.   He felt that
11    that document proved their point.
12         Q.    Okay.   Do you recall what that document
13    is, CLW1191?
14         A.    Yes, it's a document that describes --
15    if you could scroll down to the top part -- scroll
16    up to the top part of the letter, that in the
17    document it describes the pipeline going -- there's
18    a pipeline going from Tarawa Terrace to Montford
19    Point/Camp Johnson and that a Tarawa Terrace was --
20    and the capacities of how much each system in terms
21    of million of gallons per day were producing or
22    needed, and that Tarawa Terrace was substantially
23    short on water.
24         Q.    Okay.   And so I'm just going to read
25    the document.   It says at the top of -- so the top

1 of the chain is dated April 30th, 2014 and it's

2 from you, Mr. Maslia, to Mr. Dean, counsel, and --

3 is that right?

4          A.   That -- yes.  And somebody from the

5 outside would contact me about work that was

6 consulting on, then I would contact counsel to see

7 if they wanted me to respond or they should respond

8 or...

9          Q.   Understood.  And so your e-mail to

10 Mr. Dean states "received from Jerry Ensminger.

11 Have not responded to his e-mail.  I am aware of

12 the CLW1191 document.  We have always said there is

13 a pipeline connecting Tarawa Terrace and Camp

14 Johnson.  It is shown in Figure A-4 and Plate 1 of

15 the Tarawa Terrace Chapter A report."

16          Did I read that correctly?

17          A.   That is correct.

18          Q.   Okay.  And then the next paragraph

19 states "the issue is did Tarawa Terrace provide

20 drinking water to Camp Johnson or did Camp Johnson

21 provide drinking water to Tarawa Terrace?"

22          Did I read that correctly?

23          A.   Yes.

24          Q.   Okay.  And the last paragraph states

25 "the answer is Tarawa Terrace was very short on

Golkow Technologies,
A Veritext Division
877-379-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 163 of 422

1    drinking water, especially in the summer as

2    indicated in CLW1191, so Camp Johnson provided

3    uncontaminated drinking water to Tarawa Terrace.

4    Camp Johnson is at a higher elevation than Tarawa

5    Terrace, so that a pump would need -- would be

6    needed for Tarawa Terrace to provide water to Camp

7    Johnson, which did not exist.  Additionally, the

8    controlling tank for Tarawa Terrace's tank SM-63 --

9    623, excuse me, an elevated storage tank.  Thus,

10   based on the water demand and water level in the

11   elevated tank, Camp Johnson would provide

12   uncontaminated drinking water to Tarawa Terrace."

13              Does I read that correctly?

14        A.   Yes.

15        Q.   And is that still your conclusion

16   today?

17        A.   Yes, it is.

18        Q.   Okay.  We can remove that exhibit and

19   go back to Exhibit 6.  Okay.  Do you have that

20   exhibit in front of you?

21        A.   I think we need to scroll up.

22              MR. DEAN:  I'm sorry.  It's at 6 again?

23              THE WITNESS:  Yeah, right there.  Okay.

24   BY MR. ANWAR:

25        Q.   And so looking at Exhibit 6 again, only

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 164 of 422

1  the water distribution systems at Tarawa Terrace,

2  Hadnot Point and Holcomb Boulevard were affected

3  with contaminated water, right?

4          MR. DEAN:  Object to the form of the

5  question.

6          THE WITNESS:  The three -- the three

7  that you mentioned were contaminated with volatile

8  organic compounds and BTEX compounds.  Again, the

9  others we did not specifically look at.  That would

10  be, I think, incorrect to make a determination as

11  to whether they were contaminated or not

12  contaminated.

13  BY MR. ANWAR:

14      Q.  In the middle of the page, that middle

15  paragraph that we went to, it says "information

16  about these three water treatment plans is provided

17  below.  Other on-base treatment plants were not

18  contaminated."

19          Would you -- would you agree with that

20  statement, "other on-base treatment plants were not

21  contaminated?"

22      A.  If that's the agency's position, then I

23  would agree with that.

24      Q.  Okay.  As you sit here today, you have

25  no reason to dispute that statement, which is on

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 165 of 422

1    ATSDR's website?

2         A.    No.

3               MR. DEAN:  Object to the form of the

4    question.

5    BY MR. ANWAR:

6         Q.    Was that a "no"?

7         A.    That was I have no reason to doubt this

8    -- the text on the web -- webpage.

9         Q.    Great.  So with respect to Tarawa

10   Terrace, Hadnot Point, and Holcomb Boulevard, what

11   were the VOCs and contaminants at -- or chemicals

12   at issue?

13        A.    At Tarawa Terrace the primary source

14   contaminant was tetrachloroethylene or perc or

15   perchloroethylene, which is a dry cleaning and the

16   degradation products from that.  At Hadnot Point

17   and Holcomb Boulevard, they had a number of source

18   contaminants.  Again, you had perchloroethylene,

19   PCE.  They had an on-base dry cleaner.  You also

20   had TCE or tetrachloroethylene, and you also had

21   BTEX products.

22        Q.    Which is benzene?

23        A.    Benzene, toluene.

24               And then at Holcomb Boulevard they had

25   intermittent contamination because of opening a

Golkow Technologies,
A Veritext Division
877-379-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 166 of 422

1   pump in the Marston pump 742 and Marston Pavilion
2   valve to provide Hadnot Point water to Holcomb
3   Boulevard on an intermittent basis.
4           Q.   Okay.  And I just wanted to quickly
5   just walk through each of the -- the treatment
6   systems with respect to -- and starting with Tarawa
7   Terrace, since I think your report for Tarawa
8   Terrace came first.  It says here "began operation
9   in 1952"; is that right?
10          A.   Yeah.
11          Q.   Okay.  And then it says -- and when it
12  says "began operation", is it referring to the
13  water distribution system for Tarawa Terrace?
14          A.   That would be our understanding.
15          Q.   Okay.  And then it says "the Tarawa
16  Terrace water distribution system was shut down in
17  March of 1970 -- or 1987"; is that right?
18          A.   That's correct.
19          Q.   And that's your understanding as well,
20  right?
21          A.   Yes.
22          Q.   Okay.  And it says "the Tarawa Terrace
23  water distribution systems" --
24          A.   Can you scroll up a little?  That's
25  good.  Okay.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 167 of 422

1          Q.   It says "areas served for the Tarawa
2     Terrace water distribution system, TT, family
3     housing, Knox Trailer Park; is that right?
4          A.   That's correct.
5          Q.   Okay.  And is that your understanding
6     as well?
7          A.   That's my understanding as well.
8          Q.   Are there any other areas within Tarawa
9     Terrace that you -- that are -- you're aware of
10    that were impacted by the water distribution
11    systems in Tarawa Terrace?
12         A.   No, I'm not.
13         Q.   Okay.  You mentioned that PCE was the
14    main contaminant at Tarawa Terrace, right?
15         A.   That is correct.
16         Q.   And then you mentioned degradation
17    products of PCE, correct?
18         A.   That's correct.
19         Q.   It says in -- on the page, the source
20    of contamination was ABC One Cleaners, an off-base
21    dry cleaning firm; is that right?
22         A.   That is correct.
23         Q.   All right.  And the degradation
24    products for PCE with respect to Tarawa Terrace
25    that I, at least, saw that the model -- your

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 168 of 422

1    modeling for Tarawa Terrace looked at were DEC, TCE

2    and vinyl chloride?

3          A.    That is correct.

4          Q.    And those three particular chemicals,

5    again, were only as degradation products of PCE,

6    correct?

7          A.    Yes, that's correct.

8          Q.    Okay.  ATSDR's water modeling for

9    Tarawa Terrace didn't model benzene concentrations

10   for Tarawa Terrace, right?

11         A.    That is correct.  Although we

12   documented benzene contamination at one or two

13   locations for data -- data discovery purposes and

14   that's included in some of the reports.

15         Q.    If I understand your prior deposition

16   testimony correctly, you-all didn't model or look

17   at benzene in the Tarawa Terrace model because any

18   benzene samples that were discovered didn't --

19   weren't high enough to cause you any concern,

20   correct?

21         A.    I recall we didn't model benzene

22   because we could not identify a source for benzene

23   even though there were water samples that showed

24   hits of benzene.  I don't recall specifically

25   their -- their levels.  I do recall them being low,

Golkow Technologies,
A Veritext Division
877-370-3377                                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 169 of 422

1    but whether they were above or below an MCL just

2    without looking at our reports, I could not say,

3    but the primary reason not modeling it was we could

4    not identify the source of that benzene.

5            Q.    Okay.  And your -- and I'm just going

6    to, like, read it verbatim.  Your prior deposition

7    testimony on this particular topic you state,

8    quote, after reviewing the data and the analyses

9    that we did based on the underground storage tanks,

10   we did not -- number one, we thought number one

11   that whatever gasoline -- because at Tarawa Terrace

12   there were gasoline holding tanks leaks was small

13   enough in nature that it did not impact any of the

14   supply wells, so there was no major source of

15   benzene and, in fact, the results there are, I

16   think, two or three samples at the water treatment

17   plant that are, say, one to four, maybe there's a

18   seven micrograms per liter were substantially low

19   that it did not, again, indicate there was a source

20   at Tarawa Terrace for benzene contamination of

21   groundwater supplies that would impact drown --

22   impact drinking water.

23            MR. DEAN:  Object to the form.  If you

24   have -- I can get me a copy of it, but I believe

25   the witness is entitled to review the transcript.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 170 of 422

1           MR. ANWAR:  We can pull it back up.
2    It's marked as an exhibit.
3    BY MR. ANWAR:
4           Q.   But my -- just -- and I'll pull it up
5    here in a second for you to take a look.  Based on
6    having just read your -- your deposition testimony
7    there, is that still your understanding today?
8           MR. DEAN:  So --
9           THE WITNESS:  Let's just see the
10   deposition.
11          MR. DEAN:  I believe he needs to have
12   an opportunity to take a look at the transcript.
13   So if you give me just a second, I'll --
14          MR. ANWAR:  We can pull it up.  It's up
15   now.
16          THE WITNESS:  Okay.
17          MR. ANWAR:  It's page 71.
18          MR. DEAN:  What exhibit?
19          MR. ANWAR:  It was Exhibit 3.
20          MR. DEAN:  And what page are you on?
21          MR. ANWAR:  Page 71.
22          MR. DEAN:  I'll go to page 70.  So let
23   me just do this so you can scroll through it, okay?
24   You might want to look a page or two before and a
25   page or two after.  He said it's on page -- what

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 171 of 422

1   did you say?

2              MR. ANWAR:  Starts at 71 to -- that's

3   his response.  You can look -- is that -- yeah.

4              THE WITNESS:  Can you scroll that one

5   down to a page number so I can see the

6   corresponding page number on my...

7              MR. DEAN:  Go by the Bates-stamp

8   number.  He's at 9579.

9              THE WITNESS:  Okay.  Hold on.  9579.

10  Oh, okay.  I'm not even close to there.  Okay.

11  BY MR. ANWAR:

12       Q.   The deposition transcript page number

13  on the right-hand corner is 71.

14       A.   Yeah, I'm there.  I'm at 65.  Hold on.

15  Okay.  Here we go.  Okay.  Here we go.

16       Q.   And starting at line seven.

17       A.   Yeah.  Okay.  I'm reading.  Okay.

18            Yes, I would -- I would still stand by

19  my deposition.

20       Q.   Okay.  Fair enough.  Okay.  Let's go

21  back to Exhibit 6, please.  Thank you.

22              MR. DEAN:  Okay.

23  BY MR. ANWAR:

24       Q.   At the top of the page -- could we

25  scroll up a little bit?  Okay.  So on Exhibit 6

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 172 of 422

1   it's says "the water distribution system at Hadnot

2   Point began operation in 1942"; is that right?

3          A.   Yes.

4          Q.   Okay.  And then it says "the areas

5   served were Mainside barracks, Hospital Point

6   family housing, and then family housing at Midway,

7   Paradise Point, and Berkeley Manor until 1972"; is

8   that right?

9          A.   It also served the Navy -- the old Navy

10  hospital that was located at Hospital Point, okay?

11         Q.   Okay.

12         A.   It was both family housing and the

13  hospital.

14         Q.   Understood.  Is that reflected in your

15  -- your reports?

16         A.   It's on the maps that -- that we

17  produced as part of the reports, yes.

18         Q.   Okay.  So Mainside barracks, Hospital

19  Point family housing and the hospital, and then the

20  family housing at Midway, Paradise Point, and

21  Berkeley Manor until 1972; is that right?

22         A.   I suppose I'm a little confused here

23  because Hadnot Point is still operating.

24         Q.   Are you --

25         A.   It seems to indicate that family

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 173 of 422

1  housing at Midway until June 1972.  They're either
2  missing some text there or -- because I know Midway
3  Park and -- okay, okay, okay, let me correct that.
4  Yeah, 1972, that's when Holcomb Boulevard came
5  online, so that's correct.
6        Q.   That is correct?
7        A.   Yes.
8        Q.   Okay.
9        A.   Sorry for the confusion.
10        Q.   It's okay.  And you said TCE was the
11  main contaminant or the main VOC of concern at
12  Hadnot Point, correct?
13        A.   At Hadnot Point, yes.
14        Q.   And then I think you also said you
15  considered PCE and benzene, correct?
16        A.   That is correct.
17        Q.   Do you recall the sources of
18  contamination at Hadnot Point?
19        A.   There are multiple sources.  For the
20  TCE it would have been the landfill at Hadnot
21  Point.  For the PCE it would have also have been
22  the landfill.  They had an on-base dry cleaner, so
23  there was some assumptions we had to make, but, in
24  other words, PCE cannot be a degradation product of
25  TCE, so it had to be a source, okay?

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 174 of 422

1           Q.   Understood.

2           A.   And then you would have the fuel farm,

3     which -- where you would have the benzene

4     contamination.

5           Q.   So my understanding of the sources were

6     underground leaking storage tanks and waste

7     disposal sites; is that right?

8           A.   That would have been -- the underground

9     storage tanks would have primarily been for the

10    fuel farm.

11          Q.   Okay.

12          A.   And then the landfill is, you know,

13    where things -- industrial items and things like

14    that would have been dumped into, so that would

15    have been the source for the TCE and the PCE as

16    well.

17          Q.   In the three specific areas I have down

18    and you mention in your prior deposition are the

19    Hadnot Point industrial area, Hadnot Point

20    landfill, and then HP-645 area, Building 645?

21          A.   That's part of the -- well, what we

22    were -- we did the analysis referring to the HP

23    fuel farm and the industrial area.

24          Q.   Okay.

25          A.   So it was just a specific building in

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 175 of 422

1    that area.

2         Q.   So the -- okay.  Understood.  And so

3    for -- I think I missed this, but it said further

4    down for Tarawa Terrace -- I'm sorry that I'm

5    jumping back to Tarawa Terrace.

6         A.   Okay.

7         Q.   It says "most contaminated wells were

8    shut down in February 1985."

9         A.   That's correct.

10        Q.   Okay.  Are you aware of any

11   contaminated wells that weren't shut down?

12        A.   They were all shut down by -- during

13   1987, but they'd shut down the -- I think three

14   primary contaminated wells, TT-26, TT-23 and, I

15   think, TT-25 in '85 and that's actually one of the

16   graphs in our Chapter A report for Tarawa Terrace,

17   will tell you when the wells shut down.

18        Q.   Based on your understanding, is there

19   evidence or a factual basis for there being VOC

20   contamination in the Tarawa Terrace water

21   distribution system between February 1985 and

22   December 1987?  So like the --

23        A.   It would be a small amount, yes,

24   because the -- besides those three big contaminated

25   wells that were shut down, the other wells, which

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 176 of 422

1    were pulling contaminated groundwater up were not

2    shut down.

3         Q.   So is it your understanding that there

4    was sort of remnant contaminated water from the

5    three wells that were shut down from 87 -- '85 to

6    '87?

7         A.   No, I would describe it as the aquifer

8    underlying Tarawa Terrace was contaminated, okay?

9    And you shut down the three big supply wells going

10   into the distribution system in '85, but the

11   remaining wells were still putting water into the

12   distribution system along with uncontaminated

13   wells, but their concentrations were substantially

14   lower than the three big ones that were shut down

15   in '85, so it would have been diluted down.

16        Q.   After those three wells -- the most

17   contaminated wells were shut down from '85 to '87

18   is -- is there sampling data related to -- do you

19   recall the -- showing that the aquifer and other

20   wells were still contaminated?

21        A.   I would have to look back -- look

22   through our reports.

23        Q.   Okay.  Would you defer to what your

24   reports say about observed data?

25        A.   Yes.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 177 of 422

1      Q.   Okay.  And so jumping back to Hadnot
2    Point, for Hadnot Point the most contaminated wells
3    were shut down by February 1985 as well, correct?
4      A.   I'm not seeing where you're reading
5    that or...
6      Q.   It's pages --
7      A.   Oh, okay.  Most contaminated wells were
8    shut down.  This is for Hadnot Point, yes.
9      Q.   And for that period between
10   February 1985 and December 1987, is your -- do you
11   have any evidence or sort of factual basis for
12   believing that there were other wells at Hadnot
13   Point that were still contaminated?
14     A.   There was contamination.  We carried
15   out the historical reconstruction simulations
16   through 2008.  So if you go to -- again, I'm going
17   to refer to our reports because they have graphs in
18   there showing the concentrations in the wells and
19   the finished water past '85.
20     Q.   Okay.  Got it.  And then Holcomb
21   Boulevard it states "began operation in June 1972";
22   is that right?
23     A.   Yes, that -- that is our estimate.
24     Q.   And it says "family housing at" -- or
25   "areas served family housing at" --

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 178 of 422

1        A.    Let me just scroll, scroll up.  Kevin,
2    if you can scroll down to Holcomb Boulevard for me.
3    There you go.  Okay.
4        Q.    Under Holcomb Boulevard it says "areas
5    served family housing at Midway Park, Paradise
6    Point, Berkeley Manor, and Watkins Village and then
7    served Tarawa Terrace family housing after
8    March 1987"; is that right?
9        A.    That is correct.
10       Q.    It says "Holcomb Boulevard wells were
11   generally not contaminated"; is that right?
12       A.    That is correct.
13       Q.    But the last two bullet points
14   "contaminated water from Hadnot Point water
15   treatment plant supplied the drinking water system
16   when the Holcomb Boulevard plant was shut down
17   during January 27 to February 7, 1985?"
18       A.    That is correct.
19       Q.    And then the last bullet point,
20   "contaminated water from Hadnot Point water
21   treatment plant was used intermittently to
22   supplement the Holcomb Boulevard drinking water
23   supply during dry spring and summer months when
24   demand was high in 1972 and 1985?"
25       A.    Yes, that is correct.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 179 of 422

1          Q.   Okay.  We can go ahead and take that

2    exhibit down.

3               MR. DEAN:  Haroon, can we take a

4    bathroom break?

5               MS. BAUGHMAN:  We need to take

6    another --

7               THE WITNESS:  I've got a cold and --

8               MR. ANWAR:  Oh, no worries.

9               THE VIDEOGRAPHER:  Going off the

10   record.  The time is 2:17 p.m.

11               (A recess transpired.)

12               THE VIDEOGRAPHER:  Going back on the

13   record.  The time is 2:20 p.m.

14   BY MR. ANWAR:

15          Q.   We are back on the record from a short

16   break.  Mr. Maslia, are you okay to continue?

17          A.   Yes, I am.

18          Q.   Okay.  I'm going to quickly revisit

19   Exhibit 6, which we just had finished discussing

20   before the break and I wanted to clarify, I think

21   you agreed with a question that I asked but I

22   misspoke in my question.  That last question, that

23   last bullet point under Holcomb Boulevard says

24   "contaminated water from Hadnot Point water

25   treatment plant was used intermittently to

Golkow Technologies,
A Veritext Division
877-370-3377                                         www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 180 of 422

1    supplement the Holcomb Boulevard drinking water
2    supply during dry spring and summer months when
3    demand was high 1972 through 1970 -- or 1985?"
4              A.    That is correct.
5              Q.    Okay.  And I think I accidently said
6    '72 and 1985 before and what I meant to say was '72
7    through '85.
8              A.    That is correct.
9              Q.    Okay.  And we had briefly had a
10   discussion, I had asked you sort of the basis for
11   why wells in Tarawa Terrace were still considered
12   contaminated after the main wells were shut down in
13   '85.  And I think you mentioned sort of the aquifer
14   and the other supply wells pulling from -- from
15   that aquifer; is that right?
16             A.    That is correct.
17             Q.    Okay.  Do you -- can you identify any
18   specific wells, like other wells that were still
19   contaminated?
20             A.    I would have to look at our reports to
21   tell you the well numbers.
22             Q.    Okay.  And we'll take a look at the
23   reports.  Is -- do you recall if -- do you recall
24   if -- one second.  Let me look at my outline.
25   Sorry.  Just one second.

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 181 of 422

1          Do you recall if those -- if there was,
2    in fact, observable data from '85 to '87 with
3    respect to other wells in Tarawa Terrace or if that
4    was based on model simulation?
5          A.    I would really have to look at the
6    report.
7          Q.    Okay.
8          A.    That was the tail -- tail end of our
9    simulation.  It's in the reports, though.  They're
10   graphs of the wells.
11         Q.    Why don't we go ahead and mark exhibit
12   -- or Chapter A to the Tarawa Terrace report as
13   Exhibit 9.
14              MR. DEAN:  The summary?
15              MR. ANWAR:  Correct.
16              (DFT. EXHIBIT 10, document entitled
17   "Analyses of Groundwater Flow, Contaminant Fate and
18   Transport, and Distribution of Drinking Water at
19   Tarawa Terrace and Vicinity, U.S. Marine Corps Base
20   Camp Lejeune, North Carolina: Historical
21   Reconstruction and Present-Day Conditions
22   Chapter A: Summary of Findings", was marked for
23   identification.)
24              MR. ANWAR:  And --
25              MS. BAUGHMAN:  Are you putting it up

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 182 of 422

1    or...

2              MR. ANWAR:  Yeah.

3              MR. ANTONUCCI:  Sorry about that.

4              MS. BAUGHMAN:  Is it here as Exhibit 9?

5              MR. ANTONUCCI:  It is Exhibit 10.

6              MR. ANWAR:  Oh, I'm sorry.  We're

7    putting up the Tarawa Terrace, Chapter A, summary

8    of findings as Exhibit 10.  And for the record,

9    Mr. Maslia is looking through Chapter A, summary of

10   findings.

11   BY MR. ANWAR:

12        Q.   Is there a particular page that you're

13   looking at?

14        A.   Yes, I'm looking at page A-39, Figure

15   A-18.

16        Q.   We're getting there.

17        A.   That's -- yes, that's the graph I'm

18   looking at.

19        Q.   Okay.  So from '85 -- February '85 to

20   December '87, with respect to Tarawa Terrace, is

21   there any observable data -- observed data of water

22   contamination with respect to other wells at Tarawa

23   Terrace?

24        A.   Not -- not that I see on the graph and

25   not that we published.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 183 of 422

1    Q.   So would that have been, then, based on

2    that statement that said -- suggested that other

3    wells may have had some contamination remaining, is

4    that based on the computer simulation?

5        A.   Yes, it is.

6        Q.   Okay.  Let's take that down for a

7    moment.  We'll put it back up shortly.

8            So I want to switch gears and now ask

9    you specific questions about the modeling work that

10   you performed.

11       A.   Sure.  Okay.

12       Q.   So we may jump around a bit, and I

13   apologize.  And if you need to look at any of your

14   reports, just let me know.

15       A.   Okay.

16       Q.   And we can mark them as an exhibit and

17   walk through them together.

18       A.   Okay.

19       Q.   So we've been referring to water

20   modeling and the water modeling efforts that you

21   and your team at ATSDR performed related to Camp

22   Lejeune.  But when we say "water modeling" are we

23   really referring to groundwater modeling, fate and

24   transport modeling, and water distribution

25   modeling?

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 184 of 422

1      A.   It's a catchall phrase or a generalized

2   characterization that we thought would enable the

3   public to more generally understand or nontechnical

4   people to understand what we were undertaking, but,

5   yeah, that.

6      Q.   What is groundwater modeling?

7      A.   Groundwater modeling uses numerical

8   methods or analytical methods to solve mathematical

9   equations that describe the flow of groundwater

10  from point A to point B.

11     Q.   What is fate and transport modeling?

12     A.   Fate and transport modeling is

13  determining the fate and the movement of a

14  contaminant or contaminants through a groundwater

15  system.

16     Q.   And what is water distribution

17  modeling?

18     A.   Water distribution system modeling is

19  the movement of water through pressurized pipelines

20  in the distribution of the water through the

21  pipeline network.

22     Q.   We've talked about this a little

23  already, but are you familiar with the term of a

24  hindcast model?

25     A.   I'm familiar with the term.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 185 of 422

1          Q.   What is a hindcast model?

2          A.   I disagree with the term.

3          Q.   Okay.  What is -- what is your

4    understanding of the term?

5          A.   My understanding is that you start,

6    let's say, in 2024, go back to 2023, '22, '21 and

7    that.  Some people have equated that with

8    historical reconstruction, but we have published in

9    a peer review journal a discussion as to why that's

10   not the same.

11         Q.   Are hindcast models used to recreate

12   past conditions based on limited or nonexistent

13   data?

14         A.   I really couldn't speak about

15   hindcasting.  I can speak about historical

16   reconstruction.

17         Q.   In your mind, how does a hindcast model

18   differ from a historical reconstruction?

19         A.   A historical reconstruction you might

20   use present day information or historical

21   information and then march forward in the time.  So

22   for example, at Tarawa Terrace we may know what the

23   groundwater conditions were prior to wells being

24   installed 1950 to '53.  Then as the wells pump, we

25   go forward in time until the wells were shut down.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 186 of 422

1    So that's historical reconstruction.

2            Q.    And for Camp -- for Tarawa Terrace, did

3    you have -- you did not have sampling data back to

4    1953, right?

5            A.    Not contaminant data, but there are

6    some water level data and based on geohydrologic

7    investigations where -- when they were drilling the

8    wells back then, they would take water samples and

9    indicate where the groundwater level was, so you

10   could have that -- those limited data.  And because

11   there was no pumping going on, you knew, for

12   example, that New River was at zero elevation or at

13   sea level, so you could, with reliability, simulate

14   and estimate the predevelopment conditions,

15   pre-pumping conditions, at Tarawa Terrace in the

16   aquifer.

17           Q.    And I think we discussed this earlier,

18   but just to be -- to be clear, the first Tarawa

19   Terrace model, the purpose was to sort of

20   reconstruct estimated concentration -- monthly

21   concentrations of primarily PCE, but also it's

22   degradation products from roughly '53 to '87; is

23   that right?

24           A.    That is correct.

25           Q.    Okay.  And the second model, the Hadnot

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 187 of 422

1  Point/Holcomb Boulevard model, was it historical

2  reconstruction to estimate monthly contaminant

3  concentrations for Hadnot Point/Holcomb Boulevard

4  for roughly 1953 to 1987; is that correct?

5        A.   We actually carried out the Hadnot

6  Point historical reconstruction through 2008

7  because there was remediation data onsite at Camp

8  Lejeune that helped us calibrate the models out to

9  that, so that one was carried out to 2008.

10       Q.   Okay.  And that was -- Hadnot

11  Point/Tarawa Terrace was primarily looking at TCE,

12  PCE --

13            MS. BAUGHMAN:  You said Tarawa Terrace.

14            MR. ANWAR:  I'm sorry.  Thank you for

15  that correction.

16  BY MR. ANWAR:

17       Q.   Hadnot Point/Holcomb Boulevard, that

18  model was primarily looking at TCE, PCE, benzene --

19       A.   Yes.

20       Q.   -- and vinyl chloride; is that right?

21       A.   That is correct.

22       Q.   And the purpose of both of those models

23  was to estimate monthly contaminant concentrations

24  for use in epi studies?

25       A.   Estimate mean monthly concentrations

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 188 of 422

1  for use by the health studies or the

2  epidemiological studies.

3       Q.   Okay.  Why did you land on mean monthly

4  concentrations?

5       A.   Based on an analysis of the available

6  data, groundwater data, geohydrologic data,

7  contaminant data, we felt that -- and supply data

8  -- that we could reliability obtain results on a

9  monthly basis.  And the assumption was that at the

10 end of each month you would get a water level in

11 the groundwater aquifers and that level we consider

12 to be an average that would -- equally likely to

13 occur on the last day of the month, the first day

14 of the month, the middle of the month.  So that's

15 how we -- we -- and that was as refined as we could

16 get, okay?  So we could not -- because of the data

17 of limitations, we did not feel justified

18 scientifically to go any finer than a month period

19 at a time.

20       Q.   Did Dr. Bove or Perri Ruckart, did they

21 request estimated mean monthly contaminant

22 concentrations or that was -- was that the best

23 that the model could provide?

24       A.   My recollection is that they initially

25 requested trimester data, but we told them that we

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 189 of 422

1    could provide mean monthly and they said then they

2    would prefer to go with that because that would

3    account for uncertainty for them.

4         Q.   Okay.  Do you have any understanding of

5    what they meant when they said it would account for

6    uncertainty for them?

7         A.   That health studies in general have a

8    large uncertainty associated with them because of a

9    lot of unknowns.  Specifically, for example,

10   exactly how much water an individual digests, stuff

11   like that.  And so if you need trimester data, if

12   you could get monthly data, then that can show you

13   how it may vary through the trimester.  And so we

14   gave them -- provided more refinement than they

15   initially requested.

16        Q.   Okay.  And I just wanted to make clear

17   that the -- neither the Tarawa Terrace nor the

18   Hadnot Point/Holcomb Boulevard models show or were

19   intended to show actual exposure in individuals,

20   correct?

21        A.   The models were intended to show the

22   mean monthly concentrations in the finished

23   drinking water.

24        Q.   Okay.  And they don't show how much any

25   individual person was exposed to, correct?

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 190 of 422

1           MR. DEAN:  Object to the form of the
2     question.
3           THE WITNESS:  We did not look at
4     populations or people in the water modeling phase
5     of the project.
6     BY MR. ANWAR:
7           Q.   Because it -- as far as I can tell, it
8     doesn't take into account things like where people
9     lived on base necessarily or how many showers they
10    took or deployments, how much water they drank?
11          A.   That's an exposure assessment and we
12    were not tasked with conducting an exposure
13    assessment.
14          Q.   Okay.  And that was kind of the point I
15    was getting at.  The water modeling was not an
16    exposure assessment, correct?
17          A.   That is correct.
18          Q.   Were the estimated monthly contaminant
19    concentrations for both of the models, were they
20    intend to be used as quantitative or qualitative?
21          MR. DEAN:  Object to the form of the
22    question.
23    BY MR. ANWAR:
24          Q.   And again, I'm not interested in --
25    this can, you know, this carries on through the

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 191 of 422

1  entire deposition, I'm not interested in any

2  discussions that you've had with counsel since

3  you've been retained as a consultant.

4          A.   I understand.  Could you repeat the

5  question again?

6          Q.   Sure.  Were the estimated monthly

7  contaminant concentrations for both of the models

8  intended to be used as quantitative or qualitative

9  results?

10          MR. DEAN:  Same objection.

11          THE WITNESS:  We felt, from a water

12  modeling standpoint, that they were of substantial

13  accuracy, that they could be used quantitatively.

14  BY MR. ANWAR:

15          Q.   And do you believe that to be true for

16  the entire period from 1953 to 1987?

17          A.   Yes.

18          Q.   What -- were the two models, the one

19  for Tarawa Terrace and the one for Hadnot

20  Point/Holcomb Boulevard, were they peer reviewed?

21          A.   Yes, they were.

22          Q.   Who peer reviewed them?

23          A.   We had another -- excuse me.  We had a

24  formal and informal peer review process.  For,

25  let's say, for Tarawa Terrace to start with, we

Golkow Technologies,
A Veritext Division
877-379-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 192 of 422

1    brought together a panel of national and
2    international experts in March 2005 to evaluate the
3    work that we had done to that point and provide us
4    guidance going forward.
5                Then when using their suggestions or
6    their recommendations modifying our approach, we
7    then finished the Tarawa Terrace analyses in 2006,
8    let's say, and so then the Office of Science at
9    ATSDR would send them out to external peer review.
10               Okay.  And the same thing for Hadnot
11   Point, we had an expert panel in 2009, I think,
12   and, again, based on feedback, I mean, they are, in
13   essence, peer reviewers, but they were not blinded
14   to the panel members, but then when the Office of
15   Science sends it out, we are blinded to the name of
16   the peer reviewers just like a scientific journal.
17        Q.    Understood.  So the -- you would
18   consider the internal review to be the panels you
19   discussed the modeling with?
20        A.    In combination there was also an
21   internal ATS -- or technical staff review.
22        Q.    Do you know who on the technical staff
23   reviewed the two models?
24        A.    No, I do not.
25        Q.    And you were blinded from the peer

Golkow Technologies,
A Veritext Division
877-379-3377                                         www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 193 of 422

1    review of any external review?

2          A.   Other than responding to the reviews.

3          Q.   What do you mean by responding to the

4    reviews?

5          A.   Well, once the Office of Science

6    selected a set of peer reviewers, and there were a

7    number of them because of the number of chapters,

8    and people have different expertise, so there was

9    -- they would review and then they would send back

10   review comments to the Office of Science.  They

11   would forward us the review comments not knowing --

12   without names on them, and then we would respond

13   that we would accept or not accept their

14   recommendations and have to explain why we either

15   accepted or didn't accept the peer reviewers'

16   recommendations.  Similar process that if someone

17   submits a manuscript to a peer review journal.

18         Q.   So you don't -- if I'm understanding

19   you correctly, because you were blinded, you don't

20   know the identities or the names of the external

21   peer reviewers?

22         A.   I know some of the members as a pool

23   because as with everything, the Office of Science

24   may not have known specifically about groundwater

25   modeling or fate and transport, so we provided them

877-379-3377                Golkow Technologies,                www.veritext.com
                            A Veritext Division
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 194 of 422

```
 1   a list, but who on that list they selected, I don't
 2   know.
 3           Q.   Oh, I see.  Do you recall who was on --
 4   in the pool or on the list?
 5           A.   I recall some of them.
 6           Q.   Who do you recall?
 7           A.   Dr. Leonard Konikow of the U.S.
 8   Geological Survey.  I believe -- I'm trying to
 9   think of some others.  There's a list on my ATSDR
10   files somewhere, the list of all the reviewers.
11   For example, for Tarawa Terrace, I think Dr. Barry
12   Johnson.  He had retired from ATSDR.
13           Q.   Okay.
14           A.   So he was a reviewer on -- may have
15   been reviewing, for example, public health or
16   public health policy, not necessarily groundwater
17   modeling.  There were some other former U.S.
18   Geological groundwater modelers that reviewed
19   different aspects of the groundwater modeling for
20   us.
21                MR. DEAN:  Could we ask you to spell
22   the first one he mentioned.
23                MR. ANWAR:  Sure.
24                THE WITNESS:  Dr. Leonard Konikow,
25   K-O-N-I-K-O-W.
```

1    BY MR. ANWAR:

2         Q.   Do you know if that list of peer

3    reviewers, the pool, would -- would have likely

4    been included in your EDRP files?

5         A.   Yes.

6         Q.   Okay.

7         A.   For Hadnot Point, I definitely remember

8    that.  I don't know -- for Tarawa Terrace, I don't

9    remember if I -- if it was as formalized as it was

10   for Hadnot Point.

11        Q.   Okay.  So I'm going to ask you the same

12   question about both models, but I'm going to start

13   with Tarawa Terrace.

14        A.   Okay.

15        Q.   How much observed or real-world data

16   was available upon which to base the Tarawa Terrace

17   model?

18        A.   It was -- could you be more specific as

19   to the type of data?

20        Q.   Say sampling data for measured PCE

21   concentrations.

22        A.   Okay.  There were data from, I would

23   say, the early 1980s through '85 or '87 for that.

24   And, again, in a groundwater flow fate and

25   transport model it's not just the observed data,

Golkow Technologies,
877-370-3377                    A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 196 of 422

1    but you also need to include the pumping scheduling
2    and the pumping operations as well as the
3    hydrogeologic properties.
4              Q.   With respect to the sampling data, my
5    understanding is there was limited data from 1982
6    and 1985.  Does that sound right to you?
7              A.   That is correct.
8              Q.   And when I say limited, in your mind,
9    how much data did you have, do you recall?
10             A.   Well, there may have been several dozen
11   data points.  I would have to go to a specific
12   table and look and tell you a number on that.  I
13   believe, for example, in the -- for the water --
14   for the fate and transport modeling at Tarawa
15   Terrace we may have had, like, 36 data points.
16             Q.   Okay.  Do you know if all of those data
17   points were used for calibration?
18             A.   Yes, they were all used for
19   calibration.
20             Q.   Okay.  And we can look at a table.  Of
21   the 36 data points, do you know how many of them
22   came from pre-1985 -- or pre-1982?
23             A.   I would have to look at the table.
24             Q.   Okay.  Is there a table in Chapter A
25   that you could look at?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 197 of 422

1          A.    Let me see here.  For example, in Table
2    A-10, which is on page A-28.
3          Q.    Let's pull that up.
4          A.    I'm sorry.  Let's go to the previous
5    page, Table A-9 on page A-27.
6          Q.    Okay.
7          A.    Okay.  Are we there?  Yes.  Okay.  This
8    is at supply wells and that's the list of data that
9    we had going from '85 to '91.
10         Q.    Did you -- so for some of these supply
11   wells there's an ND listed there.  What is ND?
12         A.    ND stands for non-detect.
13         Q.    And did you consider the -- the
14   non-detect when calibrating the model?
15         A.    We used it as a comparison, okay?  In
16   other words, the observed data are not put into the
17   model to calibrate the model.  Rather you put in
18   your source concentration.  You put in the
19   operational schedule of the wells, and then the
20   model comes out with -- it's simulated
21   concentration since you compare those with what you
22   have observed.
23              So we -- we considered the non-detects
24   from the standpoint, for example, if it had a
25   non-detect on April 9th, 1985 for supply well

Golkow Technologies,
A Veritext Division
877-379-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 198 of 422

1    TT-23, the detection limit is ten at that time.
2    That was the best the technology could do.  And
3    we're simulating -- I'm sorry.  Oh, these are --
4    this is just the PCE concentrations.  Yeah, this is
5    just the observed data, okay?  Okay.  Okay.  So
6    yes, the answer is we did consider non-detects,
7    okay --
8          Q.    Okay.
9          A.    -- because we knew the detection limit.
10         Q.    Okay.  And then now focusing on Hadnot
11    Point/Holcomb Boulevard, do you recall how much
12    observed real-world data was available upon which
13    to base the Holcomb -- the Hadnot Point/Holcomb
14    Boulevard model?
15         A.    It would be a little bit more than at
16    Tarawa Terrace because we took it out in 2008.
17         Q.    Okay.
18         A.    Okay.  So we -- we did that because we
19    had the 2008 data or remediation data from a
20    consultant working on base.
21         Q.    The -- I think we discussed earlier
22    that the most contaminated wells were shut down in
23    1985, correct?
24         A.    That is correct.
25         Q.    Do you recall how much data -- and when

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 199 of 422

1  I say data, sampling data or observed or real-world

2  sampling data was available for Hadnot

3  Point/Holcomb Boulevard model prior to 1985?

4        A.   Not right off the top of my head.  I

5  would have to go through the report and -- and see.

6        Q.   My -- and we can look through the

7  report, too, and you're welcome to look through it

8  and we can mark it, is that there was -- like

9  Tarawa Terrace, there was only limited sampling

10  data for measured TCE, PCE, DCE, vinyl chloride,

11  and benzene concentrations at Hadnot Point between

12  1982 and 1985?

13        A.   I would agree with that.

14        Q.   Okay.  You would agree with that?

15        A.   Yes.

16        Q.   And I think maybe -- we can mark

17  Chapter A for Hadnot Point as the next exhibit,

18  which I think will be 11.

19              (DFT. EXHIBIT 11, ATSDR document

20  entitled "Analyses and Historical Reconstruction of

21  Groundwater Flow, Contaminant Fate and Transport,

22  and Distribution of Drinking Water Within the

23  Service Areas of the Hadnot Point and Holcomb

24  Boulevard Water Treatment Plants and Vicinities,

25  U.S. Marine Corps Base Camp Lejeune, North Carolina

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 200 of 422

1    Chapter A: Summary and Findings", Bates-stamped

2    CLJA_HEALTHEFFECTS0000221326 through 221535, was

3    marked for identification.)

4    BY MR. ANWAR:

5         Q.   And I think for Chapter A it might be

6    A-62, Table A-18.

7         A.   Which table number?

8         Q.   A-18.

9         A.   Okay.  I'm there.  Okay.  Let's see.

10   This is for the -- this is at the water treatment

11   plant.

12             MS. BAUGHMAN:  Did you upload this one

13   yet?

14             MR. ANTONUCCI:  It will be uploaded in

15   about five seconds.

16             THE WITNESS:  Okay.

17             MR. ANWAR:  And we can wait for the

18   exhibit to load.

19             MR. DEAN:  If it's the one he's got in

20   his hand, I'm fine to proceed.

21             MR. ANWAR:  Okay.

22             THE WITNESS:  Yeah, I've got A-18

23   pulled up.  I just wanted to make -- understand

24   that was for the water treatment plant at Hadnot

25   Point -- water treatment plant, not supply wells.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 201 of 422

1    BY MR. ANWAR:

2          Q.    Okay.  Is there a table in here for the

3    observed data for, I guess -- pulled for the --

4    like the sampling data pulled from the source?

5          A.    In the supply wells?

6          Q.    Yeah.

7          A.    I don't believe there is one specific

8    here.  Let me just -- they're -- they're graphs and

9    I want to say Table A-13, contaminant, that's the

10   sources, and then they are -- the following page,

11   A-46, Figures A-18, there's some graphs there

12   showing the observed and the contaminated.  And I

13   believe that in the chapter of supplement -- and

14   Hadnot Point I went to supplements.  I have to look

15   up the supplement name, the letter designation.

16         Q.    Okay.  We can --

17         A.    But in the various supplements that

18   dealt strictly with the groundwater modeling and

19   the fate and transport modeling at Hadnot Point,

20   they would have tables of the observed data as

21   well.  The focus of the summary chapters that I put

22   together to gather the information from the other

23   technical chapters and then present it in terms of

24   the -- what were the final mean monthly

25   concentrations being delivered by the water

1    treatment plants and finished water.

2            Q.   Got it.  Thank you.

3                 Just give me one second.  I'm trying to

4    find myself.  I think on page -- I'll come back to

5    that.  So one of the labs where this -- I guess

6    this sampling data came from was Grainger Labs; is

7    that right?

8            A.   That is correct, for Tarawa Terrace.

9            Q.   For Tarawa Terrace.

10           A.   In particular that's -- yes, that's...

11           Q.   Okay.  Did any sampling data come from

12   Grainger Labs for Hadnot Point/Holcomb Boulevard?

13           A.   I'll have to look at their letter

14   again, okay?  I definitely recall Tarawa Terrace.

15           Q.   Was Grainger Labs accredited or

16   certified to perform VOC testing, do you know?

17           A.   I don't know the answer to that.

18           Q.   If Grainger Labs lacked the

19   certification necessary to perform VOC testing,

20   would that impact the reliability of the sampling

21   data from them?

22                MR. DEAN:  Object to form.

23                THE WITNESS:  I could not answer one

24   way or the other.

25   BY MR. ANWAR:

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 203 of 422

1          Q.    If -- would it be fair to say if the

2   sampling data turned out to be different, the model

3   would turned out to have different results,

4   potentially?

5                    MR. DEAN:   Same objection.   Assumes

6   facts not in evidence.

7                    THE WITNESS:   Not necessarily because

8   you don't put the sampling data into the model.

9   Again, it's used for comparison purposes.   And

10  water quality data typically are characterized by

11  some substantial variations.

12  BY MR. ANWAR:

13         Q.    So the -- my understanding with respect

14  to the reports is that the wells were assumed to

15  operate continuously?

16         A.    No.

17         Q.    That's not right?

18         A.    That's not -- not correct.   We had

19  operating schedules, most based on my calibrating

20  the model and based on some other methods to

21  determine which wells operated when.   So on a

22  monthly basis they may have operated -- we assumed

23  they operated for the entire month, in other words.

24  But whether they operated for two months straight

25  and then stopped for a month or a month straight,

Golkow Technologies,
A Veritext Division
877-370-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 204 of 422

1  it would depend on whether you're looking at Tarawa

2  Terrace or Hadnot Point and Holcomb Boulevard.

3       Q.   Did you have operating schedules for

4  the entirety of the '53 to -- 1953 to 1987 time

5  period?

6       A.   No, we did not.

7       Q.   And how did you determine what the, you

8  know, whether a well was operating or not when you

9  did not have data available to --

10       A.   Well, we did have some water utility

11  logbooks that mentioned when certain wells may have

12  been turned off or turned on.  And then we also had

13  the well construction information, so we knew when

14  the wells went in, what their capacities were, and

15  we knew the volume of water that was required.  And

16  so we -- we then were able to synthesize the

17  operational schedule of the wells.

18       Q.   Okay.  Let's take a look at page A-18.

19       A.   For Hadnot Point or --

20       Q.   For Tarawa Terrace.

21       A.   A-18.

22       Q.   Chapter A, page A-18 for Tarawa

23  Terrace, which should be Exhibit 10.

24       A.   A-18.  Okay.

25            MR. DEAN:  Oh, Exhibit 10?

877-370-3377
GolKow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 205 of 422

1            THE WITNESS:  Page A-18.  Okay.  I'm
2    there.
3    BY MR. ANWAR:
4        Q.   At the bottom of the -- sorry.  I
5    thought I was there myself.  So in the left-hand
6    side, last paragraph --
7        A.   Right.
8        Q.   -- there's a sentence that says "once a
9    well was put in service."
10       A.   Right.
11       Q.   "Once a well was put in service it was
12   assumed to operated continuously for modeling
13   purposes until it was permanently taken offline,
14   the exception being temporary shutdowns for
15   long-term maintenance."
16       A.   Right.  Okay.
17       Q.   What does that mean?  We were --
18       A.   That means in the groundwater model you
19   would initiate the well pumping whenever the data
20   indicated that it went online, and you would keep
21   pumping it on a monthly basis unless the records
22   indicate that it was shut down for maintenance or
23   until it stopped operating completely.
24       Q.   Would it impact the ultimate mean
25   monthly concentration and finished water if you --

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 206 of 422

1   if you hadn't made this assumption?

2           A.   It would have affected the volume of

3   water.  In other words, we knew how much water we

4   needed on a monthly basis based on records provided

5   to us by Camp Lejeune as well as the well

6   characteristics.  So if, in fact, for example, they

7   said a certain well was not operating, we would try

8   that in the model, and the if model corroborated

9   that, that's great.  If the model did not, we would

10  have to operate the well.  So that's the

11  calibration process.

12          Q.   Okay.  We will get to that.  Do you

13  know what method Grainger Labs used to test for

14  TTHM?

15          A.   No, I do not.

16          Q.   And when I say "TTHM" do you know what

17  I'm referring to?

18          A.   Yeah, total trihalomethanes.

19          Q.   Okay.  Could you take a look at page --

20  still on Exhibit 10, Tarawa Terrace.

21          A.   Okay.  Okay.

22          Q.   Chapter A, page A-25.

23          A.   Okay.  Yes.

24          Q.   It's -- so in the middle of the page it

25  says "a second reason for computing a selected

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 207 of 422

1    geometric bias" --

2          A.    Yeah, I'm trying to see where -- is

3    this the right-hand column or left-hand column?

4          Q.    Sorry.  Right-hand column, top

5    paragraph.  It is -- there is a section highlighted

6    right there in the --

7          A.    Hold on.  Okay.  Okay.  I see "such

8    greatly enhanced biodegradation would result in

9    much lower PCE concentration" -- oh, "a second

10   reason", yes, I'm there.

11         Q.    Okay.  It says "a second reason for

12   computing a selected geometric bias and the

13   omitting data from water supply well TT-23 is bias

14   introduced into analytical results caused by

15   incomplete or inadequate sampling methodology."

16         A.    Right.

17         Q.    What does that mean?

18         A.    Well, there are different ways that

19   they sampled both water quality and water level

20   data.  For example, with water level data you can

21   use an air line, which is far less accurate, or you

22   can use a tape measure and do that.  And so the

23   ability of the model to match observed data would

24   be dependent on what sampling methodology was used

25   and the accuracy and whatever error is associated

1   with that sampling methodology.

2           Q.    Did the Tarawa Terrace model generate

3   two geometric model biases?

4           A.    I believe if we go over one more to

5   page A-26, sample line -- row or calibration level

6   three and four of calibration level three, you

7   would see that there -- there was two geometric

8   biases, 5.8 and 3.9, and I believe the footnote

9   explains with and without TT-23.

10          Q.    How does geometric model biases relate

11  to the model's accuracy?

12          A.    Okay.  If you go -- let's go back to

13  the previous page, okay, left-hand column, top

14  part.  A model bias is a numerical indication

15  whether the model underpredicts, predicts exactly,

16  or overpredicts, okay?  So we take the simulated

17  concentration and divide it by the observed

18  concentration.  If it's less than one, that means

19  the model is underpredicting.  If it's equal to

20  one, there's an exact match.  And if it's greater

21  than one, that means the model is overpredicting

22  based on the observed.

23                And because the distribution of that

24  bias is -- is skewed -- it's skewed normally.  In

25  other words, it cannot be less than zero, okay, but

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 209 of 422

1   it can be much greater than one depending how poor

2   of -- how much overprediction the model -- that's

3   basically, like, a little normal distribution, so

4   you want to use a geometric bias.

5        Q.   And I think you --

6        A.   Okay.

7        Q.   For well TT-23 I think the -- there was

8   a geometric model bias of 5.9 and 3.9.  Does that

9   mean both -- both are overpredictive?

10       A.   Yes, yes.

11       Q.   Okay.

12       A.   One, I've referred to the following

13  Table A-8.  The geometric bias of 5.8 was including

14  TT-23 and 3.9 was excluding TT-23.

15       Q.   Would you agree that there was -- there

16  were data limitations with respect to ATSDR's

17  modeling of the mean monthly concentrations at Camp

18  Lejeune because there was a small number of

19  drinking water contaminant results from actual

20  samples taken at the water treatment plant or the

21  point of exposure?

22            MR. DEAN:  Object to the form of the

23  question.

24            THE WITNESS:  There are always data

25  limitations with any modeling analyses, especially

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 210 of 422

1  going back historically in time.  That is one of

2  the reasons why we went to the historical

3  reconstruction process.  If we could calibrate the

4  models to the data that we had, then we would have

5  confidence where we didn't have the data going

6  backwards in time, which is the same thing as using

7  a model in a predictive sense.  For example, if you

8  wanted to design a remediation operation, you don't

9  have that data because you haven't started

10  remediating.  You collect what data you have and

11  then you use the model to go forward in time.

12       Q.   What are -- you mentioned there are

13  always limitations.  Are there limitations with

14  respect to the Tarawa Terrace and the Hadnot

15  Point/Holcomb Boulevard models?

16       A.   Yes.

17       Q.   What are those limitations?

18       A.   It's the limited number of -- of data.

19  It's specific water supply well operations.  When I

20  say specific, on a daily or hourly value.

21       Q.   What does that say about the

22  limitations as it relates to the results produced

23  by the model?

24       A.   Basically it tells you once you believe

25  you have a calibrated model, there -- you need to

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 211 of 422

1   establish how reliable that is through some type of

2   probabilistic uncertainty analysis.  Because it

3   would give you the range compared to where your

4   data are of where your, say, reconstructed

5   concentrations would be.  And so you have limited

6   data as we did and others do for this type of

7   analysis.  And by conducting a probabilistic

8   uncertainty analysis it not only gives us, but when

9   we present the results to the epidemiologist, it

10  tells them what the range and the concentrations

11  should be or could be.

12          Q.   We'll talk a bit more about

13  calibration, but do you believe you had calibrated

14  models for both the Tarawa Terrace and Hadnot

15  Point/Holcomb Boulevard models?

16          A.   Yes, I do.

17          Q.   What is your, like -- I guess, what is

18  a basis for believing that each of the models was

19  calibrated?

20              MR. DEAN:  Object to the form of the

21  question.

22              THE WITNESS:  We -- we used accepted

23  model calibration procedures as described in ASTM

24  guidelines, described in American Waterworks

25  Association handbook on model calibration, and

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 212 of 422

1    procedures established by the U.S. Geological

2    Survey and we followed those.  And for example, if

3    you go to the Chapter A report, page A-24, I'll

4    just hold it up here.

5    BY MR. ANWAR:

6        Q.   Okay.  That's fine.

7        A.   You can see these scatter diagrams of

8    graphs.  That's one of the methods described in one

9    of the ASTM documents that we referenced that they

10   say you need to be able to produce and conduct to

11   do a proper groundwater flow model calibration.  So

12   we followed the accepted modeling procedures, okay,

13   and expressed our results both in terms of the mean

14   monthly values as well as the uncertainty analysis,

15   which, again, is part of a generally-accepted

16   modeled calibration and fate and transport model

17   simulation approach.

18       Q.   Okay.  We'll talk more about

19   calibration here in a few minutes.  I wanted to ask

20   you a few other questions.  In your prior

21   deposition you referred to the model sort of -- and

22   this would have been at the time that the Tarawa

23   Terrace model had been completed.

24       A.   Right.

25       Q.   Novel -- you described it as novel

Golkow Technologies,
A Veritext Division
877-370-3377                                                  www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 213 of 422

1    application, edge of the envelope in terms of what

2    has been done.  What did you mean by that?

3                    MR. DEAN:  What -- what -- hold on a

4    second.  Hold on.  Can you tell me what page you're

5    referring to?

6                    MR. ANWAR:  Yeah, page 45.

7                    MR. DEAN:  What's -- what's the exhibit

8    number?

9                    MR. ANWAR:  It's 3.

10                   MS. BAUGHMAN:  This is the deposition?

11                   MR. ANWAR:  Yeah.

12                   MS. BAUGHMAN:  Can you show him -- let

13   him see the testimony.

14                   MR. DEAN:  Hold on.  Hold on.  Hold on.

15   What page are we on?

16                   MR. ANWAR:  I said 45.

17                   MR. DEAN:  45.  Sorry.  Okay.  It

18   should be on the screen, page 45.

19                   THE WITNESS:  Okay.

20                   MR. DEAN:  What line and question?

21                   MR. ANWAR:  It's 45, nine through 46,

22   14.

23                   THE WITNESS:  Line 14.  Okay.

24                   MR. DEAN:  Hold on one second.

25                   THE WITNESS:  Okay.  Those were not --

Golkow Technologies,
A Veritext Division
877-370-3377                                                  www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 214 of 422

1  those were not my words.

2          MR. DEAN:  That's what I was going to

3  say.  I don't know what your question was, but your

4  question --

5          THE WITNESS:  Yes, those were not --

6  that was --

7          MR. DEAN:  Hold on.  Your question did

8  not accurately depict what's in the transcript,

9  which is why we wanted to see the transcript.

10          MR. ANWAR:  Page 46.  I believe his

11  testimony is --

12          MR. DEAN:  You told me 45.

13          MR. ANWAR:  I said 45 to 46.

14          MR. DEAN:  Okay.

15          MR. ANWAR:  And it says "so from that

16  standpoint that's probably, you know, edge of the

17  envelope of what has been done."

18          MR. DEAN:  You're mischaracterizing his

19  testimony, though, but go ahead.

20          THE WITNESS:  Can I read the -- okay.

21          MR. DEAN:  Here, take this so you can

22  scroll look at 45 and 46.

23          THE WITNESS:  Oh, okay.

24          MR. DEAN:  So when you're finished

25  reading 45 --

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 215 of 422

1           THE WITNESS:  Yes.

2           MR. DEAN:  -- just let him ask his

3   questions again.

4   BY MR. ANWAR:

5       Q.   Yeah.  So you certainly referred, I

6   think, to it as edge of the envelope.

7           MR. DEAN:  So object to the form of the

8   question.  You say "it" --

9   BY MR. ANWAR:

10      Q.   In terms of what has been done --

11          MR. DEAN:  Again, object to the form of

12  the question because you have to clarify what it is

13  and what was being done being referred to, so --

14          MR. ANWAR:  Look, I'm not going to

15  argue with you, but the testimony reads "so from

16  that standpoint that's probably, you know --

17          MR. DEAN:  I agree with what the

18  transcript says, but that's not what your initial

19  question was when you first asked this and we asked

20  for the transcript.  So I'm just pointing out an

21  objection to the form of the question because you

22  keep saying "it" and neither one of us know what

23  you're referring.

24          MR. ANWAR:  And you can object to form,

25  but I'm going to ask you to stop speaking -- make

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 216 of 422

1    speaking objections and waste my time.

2              MR. DEAN:  I'm trying to give you --

3    help you with your questions.  That's all I'm

4    doing.

5    BY MR. ANWAR:

6         Q.   What did you mean when you were

7    referring to edge of envelope in the context of

8    that discussion?

9         A.   I think at the time I was referring to

10   being able to go backwards in time, reconstruct

11   based on either available data in the 1980s or

12   current day information.  Many modeling

13   remediation-type studies collect field data present

14   day and then, of course, project forward in time,

15   but this was a unique application of -- of going

16   backwards in time.

17        Q.   Okay.  Thank you.

18             What was your role in selecting source

19   locations and strength for the two models?  And

20   let's start with the Tarawa Terrace model.

21        A.   My role?

22        Q.   Yeah.

23        A.   I deferred to the person conducting the

24   modeling itself.  In the case of Tarawa Terrace it

25   would have been Mr. Robert Faye.  I provided him

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 217 of 422

1    with documents that indicated where the sources

2    were for Tarawa Terrace.  That would have been ABC

3    One-Hour Cleaners, which are -- which is based on

4    the reports by Shiver 1985 out of North Carolina

5    also west -- some Weston reports.

6         Q.   Okay.

7         A.   And -- and so -- but the actual

8    quantitative determination of the strength of the

9    source, the timing of it, that would be up to the

10   person conducting the modeling.

11        Q.   In this instance it was Robert Faye?

12        A.   That is correct.

13        Q.   Was that also true for the Hadnot

14   Point/Holcomb Boulevard?

15        A.   No, we had -- we had Mr. Rene

16   Suarez-Soto and also a hydrologist from the U.S.

17   Geological Survey, Elliott Jones.  But again, that

18   would have been with information I -- I provided

19   them.

20        Q.   Okay.  And for the Hadnot Point/Holcomb

21   Boulevard model, do you recall the type of

22   information you provided to determine the source

23   and the strength?

24        A.   Basically the location, the type of

25   contamination, and then the model calibration

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 218 of 422

1   process would help quantify, you know, how long the

2   source, how deep the source, and things of that

3   nature.  They had information on the construction

4   of the landfill or the depth of the landfill, so...

5        Q.   How did you determine the source

6   strength in both models?

7        A.   Well, in Tarawa Terrace we used a

8   technique that's in the literature because we could

9   actually plot the PCE plume aerially and then we

10  compute a weighed volume and then determine a

11  minimum annual amount of PCE going into the

12  groundwater system.  And so we did it that -- that

13  way, okay?  And their computations are provided in

14  the Chapter F report of Tarawa Terrace.

15       Q.   Okay.

16       A.   If -- for Hadnot Point we assumed a

17  constant source and turned it on and turned it off

18  depending -- and at depth there were multiple

19  aquifer layers.

20       Q.   What was the basis for the assumption

21  of the constant source?

22       A.   It was -- everything was dumped into a

23  landfill, and we really did not have as specific

24  information as we did at ABC One-Hour Cleaners.

25  And so that's a standard modeling approach, is to

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 219 of 422

1    assume that the source -- the source is the same

2    from one time step to the other unless you, for

3    example, start remediating, then you would reduce

4    the source strength.

5          Q.   Were model results for either of the

6    models used to locate some of the sources?

7          A.   We had -- and this is, I think, in the

8    Chapter A or Chapter C report.  I'll have to find

9    exactly where, but we had identified some sources

10   that we called apparent sources, okay, and that's

11   because of the model results indicated that there

12   may be a source -- a source there, okay, a high

13   concentration value.  And let me see if I can see

14   -- oh, and for Hadnot Point -- oh, no -- yeah,

15   Hadnot Point, Chapter A-45 -- chapter -- page A-45,

16   Table A-13, those are the documented sources right

17   there.

18          Q.   Okay.

19          A.   And let me see if I could -- okay.

20   Okay.  If you go to Table A-7, let's start with

21   that.

22          Q.   Okay.

23          A.   Okay.

24          Q.   This is Tarawa Terrace?

25          A.   No, this was Hadnot Point.

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 220 of 422

1        Q.    Okay.

2        A.    Tarawa Terrace was only one source and

3   that was ABC One-Hour Cleaners.

4        Q.    Understood.  You're on page A-7?

5        A.    Page A-26, Table A-7.

6        Q.    Okay.  I'm there with you.

7        A.    Okay.  You're with me.  Do you see that

8   last column, potential source locations?  Because

9   you had multiple buildings and multiple locations,

10  we refer to them as potential because, you know, it

11  would not necessarily be that every single building

12  listed would have been a source, okay?  As compared

13  to, say, the landfill where we knew that was a

14  source, okay, because it was, you know, a landfill,

15  so stuff went into the landfill.

16       Q.    And I'm sorry if I missed it.  So the

17  original question was were model results used to

18  locate some of the sources.  Is that a yes or --

19       A.    Not model --

20            MR. DEAN:  Object to the form of the

21  question.  You're asking him for an opinion.

22            MR. ANWAR:  I'm asking for his opinion

23  in his role developing the model.

24            THE WITNESS:  Okay.  I'm looking now

25  and I think it was just on the initial

Golkow Technologies,
A Veritext Division
877-370-3377                                                  www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 221 of 422

1  characterization that we referred to as potential

2  source locations, in other words, okay?  Then we

3  would use the model or, as we were calibrating the

4  model, we would determine from that list,

5  exhaustive list, of potential sources which ones

6  were actual sources.  We did not identify any new

7  area, in other words, that -- that we said, oh,

8  this is contaminated and there's -- you don't have

9  any information on this area.

10            MR. ANWAR:  Okay.  Why don't we take a

11  quick break?

12            THE WITNESS:  Okay.

13            MR. ANWAR:  Thank you.

14            THE VIDEOGRAPHER:  Going off the

15  record.  The time is 3:24 p.m.

16            (A recess transpired.)

17            THE VIDEOGRAPHER:  Going back on the

18  record.  The time is 3:39 p.m.

19  BY MR. ANWAR:

20        Q.   We --

21        A.   Could I qualify some things that were

22  said in the previous --

23        Q.   Sure.  Let me just -- we're back on the

24  record from a short break.  Are you ready to

25  continue, Mr. Maslia?

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 222 of 422

1          A.     Yes.

2          Q.     And did you speak with your counsel

3     about your testimony during the -- during the

4     break?

5          A.     No, I did not.

6          Q.     Okay.  And it sounds like there's

7     something you want to clarify.  Go ahead.

8          A.     Yes, clarify.  When we're talking about

9     the questions being asked about sources at Tarawa

10    Terrace and then Hadnot Point, they're entirely two

11    different approaches because at Tarawa Terrace

12    there's only one identified source, ABC One-Hour

13    Cleaners, okay?  That was easy to identify and

14    there was substantial more investigation done at --

15    by EPA contractors at ABC, and so we did -- that's

16    why we used one method for characterizing the

17    source for the model at Tarawa Terrace.

18             At Hadnot Point, and I'll refer you to

19    Table A-7 on page A-26.

20         Q.     This is Hadnot Point?

21         A.     Hadnot Point.

22         Q.     What was the page again, I'm sorry?

23         A.     A-26.

24         Q.     Okay.  I've got you.

25         A.     Do you see that's -- that's the table

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 223 of 422

1    -- there are many, many buildings that a supply

2    well could have been contaminated from.  And then

3    the following page on Table A-8 sort of boils that

4    down to which -- which buildings were contaminated

5    based on historical events.  And so there are many,

6    many more sources at Hadnot Point.

7              And then if you flip to page A-20.

8         Q.   Okay.

9         A.   That's Figure A-10.  That's basically

10   the landfill area.  Yeah, that's it.  You see there

11   are many more source -- sources, source locations

12   in there, so there was not a single source like

13   there was at ABC One-Hour Cleaners.  So we have to

14   use a different modeling approach to characterize

15   the sources in the model.

16        Q.   Okay.  Thank you for that

17   clarification.  I wanted to ask you, generally

18   speaking, since the water modeling for both Tarawa

19   Terrace and Hadnot Point/Holcomb Boulevard were

20   used to support epi studies, when it came to

21   assumptions that were used or, I guess, to some

22   degree the uncertainty, did you -- your team err on

23   the side of being conservative?  And when I say

24   conservative, I mean sort of health protective.

25        A.   I would say we did not consider

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 224 of 422

1    health -- health criteria or health standards.

2    What we considered were what were the maximum

3    contaminant levels of certain contaminants, in

4    other words.  That's what our guidelines were.  If

5    it came to concentration data, just because we may

6    have had an exceedingly high concentration data, we

7    did not force the model to reproduce that high

8    concentration data.  We took an objective

9    scientific approach that could be defended by the

10   public -- by the reviewers, by the scientific

11   community, as to the approach that we did for

12   modeling.

13       Q.   Okay.  Would you agree that calibration

14   is -- the intent of calibration is to measure model

15   accuracy?

16       A.   I would define -- or the intent of

17   calibration is to test out and compare your model

18   assumptions from geohydrologic to well operations

19   to source to the available field data that you have

20   and give you a sense of reliability.

21       Q.   Would calibration include comparing

22   observed data with simulated data to the extent

23   those data points exist?

24       A.   Yes.

25       Q.   Okay.

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 225 of 422

1          A.    And then performing some statistics on

2     that.

3          Q.    So I wanted to have you turn to --

4     actually let's mark it as an exhibit.  It is

5     Chapter F for the Tarawa Terrace.

6          A.    For the Tarawa Terrace, Chapter F.

7     Okay.  It's over here.

8               MR. DEAN:  Oh, yeah, that's right.

9               THE WITNESS:  Okay.

10              (DFT. EXHIBIT 12, document entitled

11    Analyses of Groundwater Flow, Contaminant Fate and

12    Transport, and Distribution of Drinking Water at

13    Tarawa Terrace and Vicinity, U.S. Marine Corps Base

14    Camp Lejeune, North Carolina: Historical

15    Reconstruction and Present-Day Conditions.  Chapter

16    F:Simulation of the Fate and Transport of

17    Tetrachloroethylene (PCE), was marked for

18    identification.)

19    BY MR. ANWAR:

20         Q.    Do you have Chapter F in front of you?

21    Is it loaded?  Let's go ahead and display that.

22    Give me one second to get back to it.

23              Okay.  So let's turn to page F-34.

24         A.    Okay.  I'm there.

25         Q.    And we can actually start on page F-33.

1          A.    Okay.

2          Q.    And so on F-33 there's a Figure 12

3    there that is a graph that I believe is intended to

4    compare observed data versus simulated data.  And

5    there's only a couple of data points -- data points

6    where the observed data and the simulated data

7    actually line up with each other.  And then let's

8    go ahead and look at the next page.

9          A.    Okay.

10         Q.    There's Figures F-13, F-14, F-15, F-16.

11   And you can see the simulated data, what the model

12   came up with, and then you can see what the

13   observed data is, and almost in every instance it's

14   much lower than what the simulated data is.  And I

15   wanted to ask you, like, how do you -- how do you

16   explain the -- like, I think you've said you

17   believe the model was appropriately calibrated.

18   Why do you believe it was appropriately calibrated

19   when the observed data doesn't match the simulated

20   data and the simulated data appears to overpredict

21   by quite a bit?

22              MR. DEAN:  Object to the form of the

23   question.

24              THE WITNESS:  First, if you go back to

25   Figure F-12.

Golkow Technologies,
A Veritext Division
877-379-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 227 of 422

1    BY MR. ANWAR:

2         Q.   Sure.

3         A.   And I have not come across any studies

4    where the -- they line up on the 45-degree line

5    there, okay?  They will either be above or below,

6    okay?  So the fact that a data -- a simulated

7    versus observed does not line up on the line is not

8    -- not an issue.  And it does show that -- and we

9    acknowledge that, in fact, the simulated data tends

10   to be higher than the observed data, okay?

11        Q.   So you would agree that the model --

12        A.   And we said that, if you looked at our

13   model bias calibrations that the bias was greater

14   than one, so the model would overpredict slightly,

15   okay?

16        Q.   Okay.

17        A.   But again, the other thing you need to

18   remember is, you know, let's take Figure F-16,

19   okay.  Look at the data.  You've got the data

20   ranging from 1600 all the way down to maybe 100

21   there where it says observed.  And so, you know,

22   the data are extremely variable as well.  That's

23   the observed -- that's the observed data.  And so

24   the model simulation sort of splits the difference.

25        Q.   Well, with respect -- I think another

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 228 of 422

1    question that I have, with respect to the accuracy

2    of the calibration or -- and so it sounds like you

3    acknowledge that the model tends to overpredict; is

4    that right?

5         A.   It overpredicts, but not -- not in an

6    unacceptable manner or unacceptable -- we actually

7    conducted -- that would be a reason for conducting,

8    say, an uncertainty analysis.  So you could look at

9    your confidence bands in -- in the model and see

10   whether you're plus or minus an order of magnitude,

11   half an order of magnitude, three orders of

12   magnitude, whatever it would be.  So in other

13   words, we accepted the calibration, but then we

14   also went to a further analysis to test our

15   confidence in that calibration.

16        Q.   For instance, if you look at Figure

17   F-15, one of the things that I don't think I

18   understand, you see the simulated value --

19        A.   Right.

20        Q.   -- and you see the observed on the zero

21   axis for 1187?

22        A.   Right.

23        Q.   And then you see the observed going up?

24        A.   Right.

25        Q.   If I remember correctly, for Tarawa

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 229 of 422

1  Terrace, the wells were taken out of service in

2  1985, and so the model should reflect the -- the

3  estimated concentrations going down, but uniformly

4  in all of these figures, for the most part, the --

5  the concentrations continue to go up --

6           A.    Right.

7           Q.    -- even after the wells are taken out

8  of service.

9           A.    Right.

10          Q.    Why is that?

11          A.    Because -- and actually, let's see if

12  it's in this report or the -- he may not have put

13  -- I did it in -- yeah, in this report.  If you --

14  if you go forward to Figures F-18 through F-21 --

15  actually, I'm sorry, yeah, through F-23, okay, flip

16  up a couple of pages.  I'm sorry.  Keep going

17  forward.  Go to page -- this will be pages F-36

18  through F-38.  There you go.  Okay.  That's the

19  aerial distribution of the plume, of the PCE plume,

20  okay.  That first one is from 1960.

21               And let's keep flipping forward.  Keep

22  going, keep going.  Okay.  The wells are pumping.

23  Now the -- keep going.  And then the wells are

24  taken out, okay?  Even though the wells -- we can

25  stop right there.  Even though the wells are taken

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 230 of 422

1    out, the aquifer is still contaminated, okay?  So

2    while you may not have a supply well that's pumping

3    there, the aquifer is still contaminated and the

4    contaminant is still moving through the aquifer.

5    And so the results are reflecting that.

6         Q.   Shouldn't --

7         A.   Okay.  Reflecting at the location

8    where, for example, TT-25 used to be, they took it

9    out.  So in fact, there could be a higher or

10   increasing as -- as the plume migrated from

11   northeast to southwest because it would be

12   migrating under natural groundwater flow once the

13   wells were removed.

14        Q.   Wouldn't it be fair -- so, you know, I

15   understand your point that there may still be

16   contaminants in the aquifer, but when the source is

17   removed, shouldn't the simulation be showing --

18   even if there's still contaminants in the aquifer,

19   that the monthly concentration is sloping down?

20             MR. DEAN:  Object to the form.

21             THE WITNESS:  It would -- it would

22   really depend on the location.  In other words,

23   the -- the contaminant migration migrates,

24   especially once you remove all the wells, at a

25   slower velocity than when the wells were pumping.

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 231 of 422

1  So you take the source out of the model and then

2  the immediate vicinity of where the source was,

3  that it should go down decrease.

4           But as the contaminant source migrates

5  under the natural groundwater flow conditions now

6  that you have no pumping, you will still get high

7  hits of -- of PCE until it moves, you know,

8  completely out into wherever it's going to move

9  past Tarawa Terrace.

10 BY MR. ANWAR:

11      Q.   You would agree that at least on

12 Figures F-13, F-14, F-15, F-16 that the simulation

13 doesn't match the observed data in most of the, you

14 know, most of the observed points in relation to

15 the simulated data?  It's not even close.

16           MR. DEAN:  Object to the form.

17           THE WITNESS:  I would say the model

18 overpredicts; however, again, what our objective

19 was, was to present finished water concentrations,

20 okay, not necessarily water supply well

21 concentrations.  So what you have to do is -- and

22 that is why we went to a multiple-phase calibration

23 is if we go back to the summary of findings in

24 Chapter A for Tarawa Terrace, what will you note is

25 that the -- let me just get this one.  Hang on.

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 232 of 422

1    That's not it.  I can't find it here.  Maybe he put
2    it in Chapter F.  Hold on just a second.
3              Ah, there you go.  I'm sorry.  Chapter
4    F, go to page F-43.  Okay.  That graph.  I mean, if
5    you want to blow that up you can.  But that -- that
6    is the finished water concentrations, and for the
7    available data it is -- it is spot on.
8    BY MR. ANWAR:
9         Q.   The way I'm reading Chapter F is if you
10   look at January 1985, the commuted data appears to
11   still be significantly higher than most of the
12   observed data.
13        A.   January '85?  No, I see three or four
14   data points at the top -- top there and that's
15   where the simulated line is.  And if you move over
16   to January -- or to 19, say, '86 or '7, the very
17   last line, you see the data are lining up with the
18   simulated value.
19        Q.   Okay.  So I wanted to ask you, in terms
20   that you mentioned that the model overpredicts,
21   does it --
22        A.   Fate and transport.  Again, I think we
23   need to distinguish because from the fate and
24   transport model we used a simple mixing model to
25   mix all the wells at the treatment plant, and then

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 233 of 422

1    without adjusting anything, we just compared it to
2    the measured data at the water treatment plant and
3    it fell right on as far as we were concerned.
4         Q.   You use a mixing model for the water
5    treatment plant, so if it overpredicts to the -- in
6    the fate and transport model to the wastewater
7    treatment plant, doesn't that necessarily result in
8    higher concentrations at the water treatment plant?
9         A.   No, because you've got multiple wells
10   mixing in.  Some are not contaminated, some are
11   contaminated, and some are highly contaminated.
12        Q.   But if you have multiple wells mixing
13   in regardless and if it underpredicted, wouldn't
14   that result in the numbers being lower?
15        A.   All I can answer is we had this
16   independent set of data, which were the finished
17   water concentrations, okay, and as we went to our
18   calibration process from steady state groundwater
19   flow to transient to fate and transport and then
20   did the mixing model, the simple mixing model, it
21   ended up that we obtained what we felt were
22   acceptable results because what we were to provide
23   to the epidemiologist were finished water
24   concentrations.
25              So if, in fact, we were way, you know,

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 234 of 422

1    way off, either overpredicting, underpredicting at

2    the water treatment plant, then that would have

3    been a concern, but, again, the fate and transport,

4    while they don't match and they overpredict

5    somewhat, we felt that through the use of a mixing

6    model where you assumed instantaneous mixing --

7         Q.   Okay.

8         A.   So basically our -- our criteria for

9    accepting or not was what was happening at the

10   water treatment plant.

11        Q.   Okay.  I just want to ask you a couple

12   more questions.

13        A.   Sure.

14        Q.   Specific questions about the model, and

15   due to time and some other things I would like to

16   cover --

17        A.   Right.

18        Q.   -- I'll try to get through this

19   quickly.

20        A.   Sure.

21        Q.   First, I believe the Tarawa Terrace

22   model assumes that the dry cleaner was

23   contaminating the wells from 1953 -- that the

24   contamination existed as of 1953.  What's the basis

25   for that assumption?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 235 of 422

1      A.   Based on the deposition of Victor Melts
2  who was the owner of ABC One-Hour Cleaners and
3  based on the operational records that -- or it's in
4  the deposition that he gave when he began
5  operations.  And knowing dry cleaners of that
6  generation back then, he, in fact, said that he
7  would take the waste, the sludge, PCE, and use it
8  to -- put it outside, you know, where it was
9  covering some ground or putting it in a drain field
10 or whatever, so yes.
11     Q.   Another -- so if -- if it turned out
12 that the dry cleaner started leaking -- or
13 contaminants at a later period in time, would that
14 impact the Tarawa Terrace model?
15     A.   It would impact the -- any -- any
16 model, but, again, the information we received from
17 the reports done at ABC One-Hour Cleaners told us
18 when the dry cleaners started operating and so --
19 which we believe to be in 1953.
20     Q.   Would you agree that -- so I believe
21 you indicated you have reports that state that the
22 dry cleaners started operating in 1953?
23     A.   Yes.
24     Q.   Do those reports state that the dry
25 cleaner starting leaking PCE in 1953?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 236 of 422

1          A.   Well, nobody knew it was leaking PCE
2    because at the time there were -- the environmental
3    laws weren't in place to say you had to do that,
4    but based on the deposition of Victor Melts that is
5    available to anyone, you know, his practices were
6    to dump or place the waste PCE just outside the --
7    on the grounds of the dry cleaner.  That's
8    described actually, I believe, in the Chapter E
9    report of Tarawa Terrace in a lot more detail.  So
10   that's where we, you know, obtain the assumption
11   that he started in 1953.
12         Q.   If no one knew for sure when the PCE
13   started leaking -- or when ABC Cleaners starting
14   leaking PCE, wouldn't you agree it's a conservative
15   assumption to assume that PCE started leaking as
16   soon as the dry cleaner opened?
17              MR. DEAN:  Object to the form of the
18   question.
19              THE WITNESS:  You have to understand
20   the geohydrology of the area.  You've got sandy
21   soils there, so whatever you spill on the ground is
22   going to instantaneously leak.  So --
23   BY MR. ANWAR:
24         Q.   I would like to ask you quickly about
25   another assumption.  The -- I believe in your

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 237 of 422

1    models it's assumed that the -- the concentration

2    levels at the wastewater treatment plant are the

3    same as in finished water, correct?

4              MR. DEAN:  Object to the form of the

5    question.  Which models?

6              THE WITNESS:  We define what finished

7    water is early on, and maybe I should just read it

8    for the record.

9    BY MR. ANWAR:

10        Q.    No.

11        A.    Okay.

12        Q.    Sorry.  I'm not asking you to look

13   through.  Just to the best of your recollection.

14   If you don't recall, it's fine.

15        A.    Well, we defined finished water as the

16   concentrations from the -- at the water treatment

17   plant that would have been delivered to residents

18   or people living.

19        Q.    I think I was a bit imprecise.  For the

20   Tarawa Terrace model I believed it was assumed --

21        A.    Right.

22        Q.    -- that the concentrations, after the

23   mixing model was performed --

24        A.    Right.

25        Q.    -- coming out of the wastewater

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 238 of 422

1    treatment plant were the same as in sort of the

2    finished water coming out of the faucet?

3            A.    That's correct.

4            Q.    Okay.  What was the basis for that?

5            A.    That was based on advice from our

6    expert panel in 2005, March of 2005, specifically

7    Doctors Tom Walski and Dr. Walter Grayman who

8    noticed that throughout the history of operation of

9    Tarawa Terrace all the wells mixed at the water

10   treatment plant.  So if all the wells, every single

11   one of them, went into -- the contaminated and

12   non-contaminated went into the water treatment

13   plant, then you can use a simple mixing model also

14   known as a CSTR, continuous stirred tank reactor

15   model, and the concentration resulting from the

16   mixing model would also be the concentration at any

17   location within the distribution system.

18               Now, we tested that out, we tested that

19   assumption out, and it is in Chapter I of the

20   Tarawa Terrace reports, and we do a comparison of a

21   very rigorous water distribution system analysis

22   through looking at locations and looking at the

23   mixing model.  And after about a week or ten days,

24   they're identical.  They're identical.  And because

25   we were looking at monthly mean concentrations,

1    that meant within a month they -- we had no issue.

2          Q.    Okay.

3                MR. DEAN:  Just one second.  I

4    understood your question and so did the witness

5    because he obviously just answered it.  Just for

6    the record you used the word wastewater, so I just

7    want to --

8                MR. ANWAR:  Oh, I apologize.

9                THE WITNESS:  Water treatment.  Water

10   treatment.

11   BY MR. ANWAR:

12         Q.    Water treatment plant.  So the question

13   for the record for the prior -- my question was, I

14   believe the Tarawa Terrace model assumes that water

15   that goes for the mixing model that you run in the

16   wastewater treatment plant --

17               MS. BAUGHMAN:  You did it again.

18   BY MR. ANWAR:

19         Q.    Oh, waste treatment plant.

20         A.    No, water treatment plant.

21         Q.    Water treatment plant.  Long day.

22         A.    Okay.  You can start over.

23               MR. DEAN:  I'm not going to fuss.

24   BY MR. ANWAR:

25         Q.    So I believe the Tarawa Terrace model

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 240 of 422

1  assumes that the concentrations in the water

2  treatment plant are the same as in finished water,

3  correct?

4          A.   No, it assumes that the drinking water

5  distributed throughout the water distribution

6  system is the same as the concentration of the

7  water in the water treatment plant.

8          Q.   Okay.  That is what --

9          A.   That's the same assumption that was

10  used for Hadnot Point also.

11          Q.   Do you -- for -- okay.  That's helpful

12  as well.  Do you know for Tarawa Terrace there's a

13  Chapter J and K, and I did not see them online.

14          A.   No, no, there was not.  Those were

15  supposed to be -- because of budget and timing, the

16  last chapter in the Tarawa Terrace series is the

17  Chapter I, which is about sensitivity uncertainty

18  and that's where we do the verification testing of

19  the water distribution system model versus the

20  simple mixing model, if that's in that chapter.

21              Yes, there were plans, but it was

22  decided -- I think Chapter J was going to talk

23  about our field testing of the water distribution

24  system, that was put over into supplement eight of

25  the Hadnot Point, okay?  So there's only -- Chapter

1    I is the final chapter in the Tarawa Terrace report
2    series.
3          Q.   Okay.  Understood.  I wanted to quickly
4    ask you about the uncertainty analysis that you
5    ran.  And my understanding is that as part of the
6    uncertainty analysis, you chose a range with which
7    you -- you -- and my term of art may not be
8    correct, so you can -- you can correct me if I'm
9    saying this wrong, but you chose plus or minus half
10   on order of magnitude range with which you wanted
11   -- you were aiming for the simulated results to
12   fall within?
13         A.   Let me clarify --
14         Q.   Sure.
15         A.   -- something.  That was the calibration
16   target range and that's not an uncertainty
17   analysis.
18         Q.   Okay.
19         A.   Okay.  That's two different things.  So
20   I guess my question is, do you want to talk about
21   calibration targets or do you want to talk about
22   uncertainty analysis?
23         Q.   What did you do for your uncertainty
24   analysis?
25         A.   For our uncertainty analysis we used

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 242 of 422

1    what we refer to as a two-stage Monte Carlo

2    simulation where we use Monte Carlo simulation to

3    assign and to simulate probability density

4    functions for different model parameters.  And then

5    each time the groundwater or the fate and transport

6    model ran, when it would call for a certain

7    parameter, for example, hydraulic conductivity or

8    dispersivity or whatever, it would go out and

9    randomly select from the PDF, probability density

10   function, that -- that value.  And so you have a --

11   a series, what we refer to as realizations of a

12   whole bunch of different runs, like 800 different

13   runs.

14          Q.   Sure.

15          A.   Okay.  And so using Monte Carlo

16   simulation, therefore, we can look at the range of

17   them by looking at -- taking the 2.5 percentile,

18   looking at the 97.5 percentile, and the difference

19   gives you 95 percent confidence of all simulations.

20   So it's a more rigorous approach than just doing a

21   simplified confidence limit.

22          Q.   So my understanding is the Navy had an

23   opportunity to -- to review the model as well; is

24   that right?

25          A.   They critiqued the Chapter A report or

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 243 of 422

1  the final report.  They did not review it.  No one
2  actually, except for the peer reviewers, reviewed a
3  report before it was publicly released.
4       Q.   And I think they ended up sending a
5  letter sharing some feedback, and some of the
6  concerns they raised related to calibration in
7  terms of observed versus simulated data, which
8  we've discussed.
9       A.   Right.
10      Q.   And they also discussed the Monte Carlo
11 simulation.  And I think they described that only
12 510 of the 840 runs resulted in viable
13 realizations.
14      A.   Okay.
15      Q.   And I understand that you disagree with
16 the Navy's critique; is that right?
17      A.   That is correct.
18      Q.   Okay.  Why do you disagree with that?
19      A.   Okay.  The Monte Carlo simulation did
20 exactly what we wanted it to do.  If you -- if a
21 parameter changes, let's say pumping, okay, and
22 you, you know, triple the pumping rate -- and I'm
23 just using hypothetical examples -- well, then it
24 may dry out the aquifer, okay?  That's not a viable
25 solution because we know the aquifer doesn't dry

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 244 of 422

1   out.  It's still there.

2              So we put filters on stopping criteria

3   on our Monte Carlo simulations that if it -- the

4   aquifer dewatered or it went dry, that it would

5   stop the realization or the Monte Carlo simulation

6   right there because that's not a realistic

7   solution.  So the fact that five hundred were

8   viable solutions and we did -- actually conducted

9   800 realizations, all that meant is that those

10  three hundred or so did not produce realistic

11  results and that's what you would want.  You know,

12  I wouldn't say throw them out, but to have the

13  Monte Carlo simulation or the model stop running

14  once it's dried out, that just means that

15  probability density -- the functions that you

16  assign to the different model parameters, the

17  combination of those did not result in a physically

18  realistic result.

19      Q.   Okay.  I understand that Congress

20  mandated the National Research Counsel to also

21  review the epidemiological study and the Tarawa

22  Terrace modeling; is that right?

23      A.   I'm not sure who mandated it, okay?  I

24  know the Navy contracted with the National Research

25  Council to review our work at ATSDR.

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 245 of 422

1          Q.    And, you know, I can represent to you
2     that in your -- I think in your prior deposition --
3          A.    Right.
4          Q.    -- you -- you indicated that Congress
5     had mandated the Navy to fund it.
6          A.    Okay.  Okay.  It's been a few years
7     since...
8          Q.    No, I hear you.
9          A.    Okay.  So...
10         Q.    What is your recollection about the --
11    so let me back up for a second.  What is the NRC?
12         A.    NRC is the National Research Council,
13    part of the National Academies of Science.
14         Q.    Okay.  And is the National Research
15    Council an arm of the National Academy of Science?
16         A.    That's my understanding by going to the
17    NAS website.
18         Q.    The NAS is a nonprofit institution that
19    advises on science issues in the country?
20         A.    I don't know about the nonprofit part,
21    okay?  It's -- I do not believe it's a government
22    agency.
23         Q.    Okay.  It is an institution that
24    advises on scientific issues --
25         A.    Okay.

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 246 of 422

1          Q.   -- in the country; is that -- would you

2     agree with that?

3          A.   Yes, yes.

4          Q.   Would you agree that the NAS is

5     generally highly respected?

6               MR. DEAN:  Object to the form of the

7     question.  Are you talking about prior to this

8     case?

9               THE WITNESS:  I have -- I have really

10    not dealt with the NAS.  I've read some of their

11    publications and reference materials, but I cannot

12    make a recommendation as to whether they, you know,

13    pro, con, or otherwise.

14    BY MR. ANWAR:

15         Q.   What is your understanding of the NRC's

16    evaluation of the Tarawa Terrace model?

17         A.   In terms of what they were charged with

18    or the results?

19         Q.   The results.

20         A.   Well, they were critical of the ATSDR

21    modeling approach and felt that models or the

22    models could not be used to reconstruct historical

23    concentrations.  We, of course, disagreed with that

24    and we did write an internal document.  I don't

25    know if it's ever been made public or not, but

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 247 of 422

1  pointing out what we felt were the

2  misclassifications, erroneous assumptions, not

3  considering the Chapter I report, for example.

4  They critiqued us of not doing uncertainty

5  analysis, but there's the report right there.

6  And --

7       Q.   Were you -- my understanding is that

8  you had an opportunity to attend a meeting in D.C.

9  for the first NRC meeting?

10       A.   That is correct.

11       Q.   And did you present about the Camp

12  Lejeune -- I guess at that time it was the Tarawa

13  Terrace model -- at that meeting?

14       A.   We -- that was in 2007, so -- I believe

15  it was in 2007.  We may have been in the final

16  stages of -- so I probably presented our approach.

17  I'm not sure if we presented any results or not.  I

18  would have to look at the presentation to see what

19  we presented.

20       Q.   And, you know, we don't need -- I'll

21  represent to you that the meeting and the documents

22  indicate the meeting took place on September 24th,

23  2007.  Does that sound right?

24       A.   Yes, yes.

25       Q.   Okay.  Did you have an opportunity to

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 248 of 422

1    communicate with anyone from NRC about your -- the

2    Tarawa Terrace model?

3         A.   Yes, a number of people.  Specifically

4    the person who was, I guess, in charge of their --

5    what they refer to as Chapter 2, which is exposure

6    assessment.  We provided information as he needed,

7    whether it was data or analyses.  Wanted to know

8    how we were classifying the source at ABC One-Hour

9    Cleaners, so there's e-mails back and forth.

10         Q.   Who was that person?

11         A.   That was Dr. Prabhakar Clement.

12         Q.   Okay.

13         A.    And then I also communicated with the

14   executive secretary.  I forget her name right off

15   the bat, but -- Martel.  Susan, Susan.  I believe

16   she's a doctor, Susan Martel.  And I communicated

17   with her both in terms of attending that meeting

18   and issues that I saw that the committee should

19   consider.

20         Q.   Okay.  I'm marking an exhibit.  It will

21   be marked Exhibit 13.

22              (DFT. EXHIBIT 13, e-mail correspondence

23   Bates-stamped CLJA_ATSDR_BOVE_0000108607 and

24   108608, was marked for identification.)

25   BY MR. ANWAR:

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 249 of 422

1      Q.   It is -- I'll represent to you it's an
2  e-mail communication from you -- well, it's an
3  e-mail exchange.  The top e-mail is from you to
4  what appears to be your ATSDR team.
5      A.   That's correct.
6      Q.   And the body of the e-mail says "look
7  at the second paragraph from Dr. Clement, a member
8  of the National Research Council Committee on
9  contamination of drinking water at Camp Lejeune.
10  It's nice to get words of praise from unbiased and
11  technically competent colleagues about our
12  abilities and work."
13           Did I read that correctly?
14      A.   That is correct.
15      Q.   Do you -- do you believe Dr. Clement to
16  be an unbiased and technically competent colleague?
17           MR. DEAN:  Object to the form of the
18  question.
19           THE WITNESS:  In his correspondence
20  with me, in that I felt he was objective and
21  competent, but that's what sort of -- that is, in
22  fact, what caught us by surprise when the report
23  came out and it was basically 100 percent opposite
24  of what he and I had been communicating about.
25  BY MR. ANWAR:

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 250 of 422

1      Q.   When you say -- you mean the NRC
2    report?
3      A.   Yes, yes, yes, yes, the one that was
4    published in June -- or released in June 2009.
5      Q.   And in 2010, Dr. Clement, I believe,
6    issued an article himself and it was entitled
7    "Complexities in Hindcasting Models When Should We
8    Say Enough is Enough."  Do you recall that article?
9      A.   Yes, I do.
10     Q.   What do you -- what is your
11   understanding about it?  What do you recall?
12     A.   I recall that we responded to it.  Our
13   agency allowed us to respond to it because, again,
14   like the NRC report, we found a number of issues
15   that were either mischaracterized or were presented
16   not in the way that we thought they should have
17   been presented.  And so the journal Groundwater
18   where he published his article, the editor -- which
19   they usually do not let you do a ten-page response,
20   they allowed us -- they recognized of the
21   complexity and -- and the, I guess, political
22   sensitivities of the whole Camp Lejeune issue, and
23   so they allowed us to respond, which -- which we
24   did, and I forget the exact date that we sent a
25   response in, but we can find that if you need it.

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 251 of 422

1        Q.   Wasn't the thrust, to the best of your

2   recollection, of Dr. Clement's article calling into

3   question the value of historical reconstruction due

4   to the limited data and uncertainty of historical

5   reconstruction?

6              MR. DEAN:  Object to the form of the

7   question.

8              THE WITNESS:  My understanding is, or

9   at least started out, I think, to -- to make a

10  philosophical discussion as to how much funding and

11  how long of a time should projects that go on, in

12  other words, and should we be using simpler models

13  or more complex models, in other words.  And when

14  -- when there's -- you're not obtaining any return

15  for your investment.

16       Q.   Okay.  And I understand that you

17  responded and then Dr. Clement had a response to

18  your response, correct?

19       A.   Yes, yes, yes.  And that's the article

20  or our response where we challenge the use of -- or

21  disagreed professionally with -- with -- with the

22  term hindcasting.

23       Q.   Do you still consider Dr. Clement to be

24  a technically competent and unbiased colleague?

25       A.   Competent, yes, and -- I mean, I

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 252 of 422

1  haven't dealt with him on issues like that to say

2  biased or unbiased, but one would make the

3  assumption he's in academia that, in fact, you

4  would like your work to be considered unbiased.

5       Q.    And the -- the issue the NRC had with

6  the Tarawa Terrace modeling was what it described

7  as uncertainty as well, correct?

8       A.    That was one of them.  They -- they had

9  an issue about the characterization of the source

10  at Tarawa Terrace, that they insist -- the NCR

11  report described it as a dense non-aqueous phase

12  liquid or a DNAPL and the data just did not support

13  that.  And we felt that was especially egregious if

14  they're complaining about not having sufficient

15  field data.  We had a lot of field data at ABC that

16  demonstrated it was a dissolved phase.  And on top

17  of that, as we pointed out in our -- I think it was

18  37-page response NRC report, the remediation system

19  approved by the State of North Carolina and USEPA

20  was only valid for dissolved -- pump and treat can

21  only deal with dissolved phase liquids.  That's not

22  treat.  It's -- cannot be used for DNAPL.

23            And so we felt there was a complete

24  mischaracterization of the source at ABC One-Hour

25  Cleaners and then, of course, the uncertainty,

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 253 of 422

1   okay?  And I believe the Chapter I report was

2   available in March of 2009.  I'll have to look it

3   up and see what the date is, but it was before the

4   NRC report was released.  And I am sure if the

5   NRC -- in fact, there's an e-mail where I told --

6   communicated to Dr. Clement that we had an

7   uncertainty analysis report, completed report, that

8   I thought the NRC committee should see.  But if the

9   NRC committee had wanted to see it, even if it's

10  unpublished form, I'm sure our agency leadership

11  would have allowed them to do that.

12         Q.   Okay.  I'm showing you what we're --

13  we're pulling up what is being marked as

14  Exhibit 14.  It should be uploaded to the exhibit

15  platform.

16             (DFT. EXHIBIT 14, e-mail correspondence

17  Bates-stamped CLJA_WATERMODELING_01-0000080493, was

18  marked for identification.)

19  BY MR. ANWAR:

20         Q.   So this is an e-mail from you to Susan

21  Martel dated May 15, 2008?

22         A.   That is correct.

23         Q.   That's correct?

24         A.   That's correct.

25         Q.   Okay.  Who is Susan Martel?

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 254 of 422

1        A.   She was the -- I knew of her as the
2    executive secretary of the NRC committee and was
3    looking at contaminated drinking water at Camp
4    Lejeune.  And I believe she is the one that sent me
5    the invitation to make a presentation at -- in
6    Washington D.C.
7        Q.   So here in this e-mail you write, "Dear
8    Susan, since ATSDR presented information to the
9    committee on September 24th pertaining to our
10   agency's current health study including water
11   modeling activities at Camp Lejeune, I and my
12   colleagues at ATSDR have provided additional
13   information and responses to inquiries from
14   committee members and we continue to be very
15   supportive of the NRC's charge and mission with
16   respect to the Camp Lejeune issues."
17            Did I read that first paragraph --
18       A.   Yes.
19       Q.   I read that first paragraph correctly?
20       A.   That is correct.
21       Q.   Okay.  Second paragraph says "I have
22   become aware, however, in responding to inquiries
23   and information requests that all of the NRC
24   committee members may not have -- may not be fully
25   aware or appreciate the technical issues,

Golkow Technologies,
A Veritext Division
877-379-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 255 of 422

1   logistical, and budgetary constraints faced by

2   ATSDR, especially within the last six months."

3           Did I read that correctly?

4       A.   Yes.

5       Q.   What did you mean in that paragraph?

6       A.   This is 2008.  So it appeared to me

7   that they were focusing solely on Tarawa Terrace,

8   but we were still going through the data for Hadnot

9   Point, and they were going to make, you know, their

10  -- their goal or mission, from the title of the

11  report, "is contaminated water at Camp Lejeune."

12  It didn't say "contaminated water at Tarawa

13  Terrace", but it said "at Camp Lejeune."  So they

14  should have considered or at least asked what data

15  we had for Hadnot Point in that -- that area.

16          And then also I think around that time

17  is when we had some substantial budgetary issues

18  with the -- the Navy either delaying funding or

19  whatever, and so my concern was that would be

20  reflected in, you know, negatively on the progress

21  of the modeling and I thought that was important

22  for committee members to also understand.

23      Q.   Okay.  The third paragraph reads --

24  "therefore --

25      A.   Kevin, can you put up the third

Golkow Technologies,
A Veritext Division
877-379-3377                                                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 256 of 422

1    paragraph?  Okay.

2         Q.   "Therefore, I am requesting that you

3    and the NRC committee consider convening a

4    closed-door meeting with ATSDR health study and

5    water modeling staff so that we are able to address

6    any and all questions committee members may have.

7    We feel this would be a useful time for the NRC

8    committee members in preparing its draft report and

9    recommendations."

10        Why did you request a closed-door

11   meeting?

12        A.   I just -- because we had attended the

13   public meeting, okay, where we made the

14   presentation, and I -- I -- perhaps that was a bad

15   choice of words, but I wanted it to be a

16   scientific, highly technical meeting and thought

17   that the closed-door meeting -- my definition of

18   closed-door meeting meant for scientists and

19   technical people working on Camp Lejeune to get

20   together and discuss technical issues.  I was

21   thinking it in terms of, like, our expert panels

22   that we had at ATSDR, whereas, if we held an open

23   public meeting, you know, you would have other

24   issues being brought -- brought -- brought in that

25   would detract from the technical and scientific

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 257 of 422

1    issues we wanted to cover.

2         Q.   The fourth paragraph reads "this

3    meeting could take place at ATSDR's Chamblee campus

4    at NRC headquarters at a location -- or at a

5    location of mutual convenience to the NRC committee

6    members."

7         A.   Right.

8         Q.   I read that correctly?

9         A.   Yes.

10        Q.   And then the last paragraph there says,

11   "I cannot stress strongly enough that the ATSDR

12   health study staff including water modeling staff

13   want the NRC committee members to have all

14   information it needs and requires to fulfill its

15   mission and we believe that additional time spent

16   with ATSDR staff will greatly help accomplish this

17   mission."

18             Did I read that correctly?

19        A.   Yes.

20        Q.   What did you mean there?

21        A.   Just what it says, is that, again, we

22   did not feel the -- based on e-mail communication,

23   primarily from me and Dr. Clement, I assume they

24   may have been similar to the health scientist, the

25   request for information and -- and all of that,

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 258 of 422

1  that they were not getting the complete picture,

2  okay?  And we wanted to make sure they had all

3  information and all data available as to the most

4  current time, which would have been the date of

5  that letter, May 2008.

6       Q.   At this time did you -- did you

7  discover or get a sense when you -- at the time

8  that you were writing this e-mail that the NRC's

9  report may come out negative towards the water

10  modeling?

11       A.   Not at all.  Not at this time.  Again,

12  that is what took us by -- by surprise, to be quite

13  honest.

14            THE VIDEOGRAPHER:  I need to go off

15  record within five minutes.

16            MR. ANWAR:  What's that?

17            THE VIDEOGRAPHER:  I just need to go

18  off record within five minutes.

19            MR. ANWAR:  Okay.  Let's go off now.

20            THE VIDEOGRAPHER:  Going off the

21  record.  The time is 4:32 p.m.

22            (Off the record.)

23            THE VIDEOGRAPHER:  Going back on the

24  record.  The time is 4:35 p.m.

25  BY MR. ANWAR:

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 259 of 422

1        Q.   Okay.  We are back on the record from a
2   short break.  We're marking -- you're about to be
3   shown what is being marked as Exhibit 15.
4            (DFT. EXHIBIT 15, e-mail correspondence
5   Bates-stamped CLJA_ATSDR_BOVE_0000160913 and
6   160912, was marked for identification.)
7   BY MR. ANWAR:
8        Q.   And let me know when you can see it.
9   Can you see it?
10       A.   Yes, I can see that.  I'm sorry.  Yeah.
11       Q.   Okay.  So this -- appears to be an
12  e-mail communication from you dated January 12th,
13  2007 to the -- what looks to be the water -- the
14  water modeling and epidemiology team at ATSDR; is
15  that right?
16       A.   That is -- well, let me -- can you see
17  who it's sent to and I'll tell you.  Yes, yes,
18  that's correct.
19       Q.   Okay.  And so I'll just work through
20  this e-mail.  Subject is "finalizing modeling
21  activities for Tarawa Terrace," correct?
22       A.   Right, that's correct.
23       Q.   And then the importance is high.  And
24  the opening line in blue "an open e-mail, slash,
25  letter to those conducting groundwater flow, fate

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 260 of 422

1    and transport modeling at Tarawa Terrace and

2    vicinity.  This e-mail comes as a result of what I

3    perceive is differing opinions, each valid, I am

4    convinced, from perceived data limitations and

5    modeling assumptions, as to what, quote, calibrated

6    parameter values should be used, depending on the

7    model being used and its level of sophistication.

8              In this particular case there is

9    apparently a discrepancy on the value of the

10   biodegradation rate for PCE between 0.0006 per day

11   to 0.0004 per day.  There are two different levels

12   of sophistication of models used.  MT3DMS versus

13   TechFlowMP and a lack of definitive data to compare

14   modeling results against, non-detects ranging from

15   two milligrams per -- micrograms per liter to ten

16   micrograms per liter, in my opinion, do not

17   constitute a definitive standard by which to

18   compare modeling results."

19             Did I read that correctly?

20        A.   Yes, yes.

21        Q.   Can you -- can you tell me what

22   biodegradation rate is?

23        A.   When a constituent -- or contaminant

24   such as PCE goes in groundwater, it has degradation

25   products.  So for example, PCE degrades to TCE and

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 261 of 422

1    then degrades to DCE, one of the forms, trans or

2    cis DCE, and then degrades down to VC, vinyl

3    chloride, okay?  So that's degradation.

4              The approach ATSDR took initially using

5    the MT3DMS model was not to degrade to PCE, okay?

6    What we wanted to check out was that a gross error

7    was that, you know, giving a higher concentration

8    -- a substantially higher concentration to PCE than

9    had we degraded it so I asked our corporative

10   agreement partners, who I knew had a model, and did

11   multi -- multiphase flow so they could degrade PCE

12   to run it as -- as well and look at the degradation

13   products and look to see, then I compare if there

14   was a substantial difference or not.

15        Q.   Does it -- is it fair to characterize

16   -- strike that.

17             Would you agree that a higher

18   degradation rate means more of the PCE is degrading

19   away as water is moving towards wherever it's

20   heading, the water treatment plant or the finished

21   -- the water distribution system?

22             MR. DEAN:  Object to the form of the

23   question.

24             THE WITNESS:  It would degrade at a

25   faster rate.

 1   BY MR. ANWAR:

 2        Q.   And here it says "non-detects ranging

 3   from two micrograms per liter to ten micrograms per

 4   liter, in my opinion, do not constitute a

 5   definitive standard by which to compare modeling

 6   results."

 7             Why, in your opinion, do non-detects

 8   not constitute a definitive standard by which to

 9   compare modeling results?

10             MR. DEAN:  Object to the form of the

11   question.  You're asking for an opinion, which he's

12   not yet completed his work in this case.

13   BY MR. ANWAR:

14        Q.   And let me reframe the question.  Why

15   at this time when you wrote this e-mail did you

16   think that in your -- did you hold the opinion that

17   non-detects do not constitute a definitive standard

18   by which to compare modeling results?

19        A.   At the time that I wrote that there was

20   a -- as I pointed out, a difference of opinion

21   between, I believe, the modeling team at Georgia

22   Tech and the ATSDR modeling team as to what the

23   degradation rate should be for PCE not having any

24   measured values.  And so I didn't want to just look

25   at the samples that said non-detect, okay, because

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 263 of 422

1   that really wouldn't tell you the impact of the

2   degradation of the PCE, okay?  If you had samples

3   that, you know, 10, 20, 30 or whatever and then one

4   model is predicting higher or lower, then that

5   could help you assess which value to use.

6           Q.   Aren't non-detects data also that

7   should be considered?

8           A.   Oh, we considered it in our

9   calibration, in our analysis, but for this

10  particular issue I -- I did not want it considered

11  because I did not believe as a science technical

12  project officer for this project that that would

13  give us a definitive resolution of the parameter

14  value.  This is -- this type of discussion goes on

15  and on in all model calibration efforts or model

16  simulation and calibration efforts.  Whether it's

17  complex is you don't have -- especially, like,

18  degradation rates.  Unless you've gone into the

19  laboratory and measured them, out in the field you

20  don't have them, so you use the model to determine

21  what value should be -- should be used, and we were

22  coming up with two different -- two different

23  rates, okay?

24          Q.   The second paragraph reads "as the

25  agency is under tremendous pressure, if not,

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 264 of 422

1  outright criticism to immediately, all caps,
2  provide a report on Tarawa Terrace we no longer
3  have the time to debate this matter any further.
4  I'm calling a tie in the battle of models.
5  Therefore, as project officer for this -- for this
6  project, I have made the following decision and I
7  am requesting everyone involved abide by my
8  decision."
9          I wanted to ask you, what was the
10  tremendous appreciate, if not, outright criticism?
11     A.   Could you scroll to the date of that
12  letter?
13          MR. DEAN:  Yeah, that's what I was
14  looking at.
15          THE WITNESS:  That was January 2007.
16  BY MR. ANWAR:
17     Q.   So just for the purpose of the record,
18  my question is what was the tremendous pressure, if
19  not, outright criticism that the water modeling
20  team was facing and the agency was facing, meaning
21  ATSDR?
22     A.   Yeah, ATSDR.  We were facing from the
23  public and -- and the CAP why there was a delay in
24  producing modeling results to be released to the
25  public.  And there, you know, the agency

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 265 of 422

1   leadership would come to us and say what's taking
2   so long and why haven't you completed the report
3   and put it out?  And again, because we -- we wanted
4   to cover all aspects of the contaminant fate and
5   transport, that's why we asked our university
6   partner to do a degradation analysis, not just the
7   single source that we used, okay?  I felt that was
8   critical to understand if, in fact, we were way
9   overestimating PCE concentrations or not.
10          And so there was pressure to complete
11  the Tarawa Terrace, you know, and quarterly reviews
12  and things like that, pressure to -- to complete
13  the Tarawa Terrace modeling.
14      Q.   Do you -- you say here "we no longer
15  have time to debate this matter any further."  Did
16  the pressure that you were facing impact the
17  scientific process that you were undertaking in
18  performing water modeling related to Camp Lejeune?
19      A.   I don't believe it did because, again,
20  they were two different values from two different
21  models.  And this is a typical discussion that has
22  gone -- that anyone or any team that goes through
23  fate and transport modeling conducts.  It's not --
24  this is not an unusual occurrence, this type of
25  discussion, and we had similar discussions with

Golkow Technologies,
A Veritext Division
877-379-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 266 of 422

1    Hadnot Point.  And I felt that there was really

2    no -- no way in a rapid sense to say whether the

3    0.006 was more acceptable or the 0.004.  So I said

4    we needed to make a decision, okay?

5            Q.   On -- thank you.

6                 On 0.3 it states "no quantitative

7    comparisons will be made using non-detect ND

8    samples.  As the detection limits for these samples

9    range from two micrograms per liter to ten

10   micrograms per liter, using these values is a

11   double edge sword that will come back to attack us

12   because those who review our modeling results will

13   pick an ND value to justify their point of view and

14   contradict our results."

15               Did I read that correctly?

16           A.   That is correct.

17           Q.   I wanted to start with the first

18   sentence, no quantitative comparisons will be made

19   using non-detect ND samples."  What did you mean by

20   that?

21           A.   A number of the samples, as you can

22   read in the report, had non-detects in them, which

23   means they were below the detection limit.  My

24   concern was that depending on your point of view,

25   non-detect -- and we had numerous discussions, say,

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 267 of 422

1    for -- with our point of contacts at Camp Lejeune,

2    they assume non-detect meant zero concentration,

3    okay.  On the other hand, because you have a

4    detection limit of say one to ten micrograms per

5    liter, you could have others that say, well,

6    non-detect just meant it fell within or outside the

7    detection limit, so you've got just differing

8    opinions.  So initially I -- I said let's just use

9    what I call, you know, the real data, the data

10   that's above the detection limits.

11          Q.   Why is non-detect not real data?

12          A.   I didn't say it wasn't real data.  I

13   said -- and actually we reversed that because -- in

14   our report we do go back to that.  And it's not

15   that I'm a believer that non-detect -- that should

16   be used, but I think I was referring to this

17   specific -- this specific issue of the

18   biodegradation rate.

19          Q.   And what did you mean when you said

20   "using these values as a double edge sword that

21   will come back to attack us because those who

22   review our modeling results will pick an ND value

23   to justify their point of view and contradict or

24   results?"

25          A.   That's exactly what I said before and

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 268 of 422

1    perhaps I can explain it better.  If -- if you --

2    say a model simulation is at five micrograms per

3    liter, okay, if your detection limit is ten, it's

4    below the detection limit, okay?  Five is below the

5    detection limit.  It's just a real, real number.

6    So those who, say, want to except your modeling

7    results, they will say, oh, yeah this is great,

8    it's below the detection limit, but it's, you know,

9    five is greater than zero.

10            On the other hand, as I pointed out,

11   you'll have those that will say, well, if the

12   sample says it's below the detection limit, that

13   means it's zero, okay?  So you can't win either --

14   either -- either way.

15       Q.   Is those differing view points that

16   you're describing, would -- would that be

17   considered sort of reasonable scientific debate and

18   was -- go on.

19       A.   Yeah, I would say there's difference of

20   scientific opinion.  Again, this is dated January

21   of 2007.  By the time we moved on later in the year

22   and solved the issue of degradation rate, we did,

23   in fact, did use the non-detects to compare

24   modeling results with, so we did not discard

25   non-detects, okay?  We looked at the detection

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 269 of 422

1    limit.  So I'm -- I'm probably convinced at this

2    point that this e-mail was written at the height --

3    height of the differing of opinions which, you

4    know, technical teams go through in...

5           Q.    Based on the timing of this e-mail,

6    it's January 2007, correct?  And I think you stated

7    earlier it was June of 2007 where you were called

8    to a senate hearing --

9           A.    Right.

10          Q.    -- on Camp Lejeune, right?

11          A.    Right.

12          Q.    Were you feeling political pressure

13   when you're referring to the pressure in the

14   e-mail?

15          A.    I did not have -- I was not in any

16   direct communication with politicians, but our

17   agency leadership probably were or at least got

18   feedback from them, and so they were pressuring us

19   to finish up.

20          Q.    At the end I wanted to ask you about

21   this last paragraph, "the bottom line, it is time

22   to stop modeling and, quote, fine tuning models as

23   we do not have the data to justify further modeling

24   analysis."

25          A.    Right.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 270 of 422

1      Q.   "The agency does not have the time to
2   devote to additional modeling analyses --
3      A.   Oh, I'm sorry.  I'm not seeing that.
4   There we go.  Okay.
5      Q.   And then the last sentence, "we have a
6   CAP meeting scheduled in the beginning of March and
7   I must have a completed draft report."
8           So I wanted to first ask you about the
9   first sentence in that last paragraph, "the bottom
10  line, it is time to stop modeling and fine tuning
11  modelings as we do not have the data to justify
12  further analyses."
13          What did you mean by "we do not have
14  the model to justify further modeling analysis?"
15     A.   Well, the sample on the top of the
16  page, in other words, the degradation rate, we can
17  go back and forth and do additional, additional,
18  additional simulations trying to see which
19  parameter value would -- would be more acceptable
20  or more realistic, and you can do that with all
21  model parameters.  And typically, you know, you
22  want to, again, try to get your calibration values
23  as close as possible to your observed values.
24          So at a certain point you have to
25  accept that we're all only going to be within plus

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 271 of 422

1    or minus five feet of water level instead of plus
2    or minus three feet of water level.  If not, you
3    can keep modeling adding an item and that's what I
4    did not want to see, and I felt because of having
5    reviewed the Tarawa Terrace data, knowing the
6    limited data that we had, that we probably would
7    not be able to refine modeling to make, you know,
8    additional decisions as to parameter values and
9    things of that nature.
10           Q.   And then that last sentence reads, "we
11   have a CAP meeting scheduled in the beginning of
12   March and I must have a completed draft report."
13           A.   Right.
14           Q.   Were you feeling pressure from the CAP
15   to complete --
16           A.   It was communicated to me that the CAP
17   would be expecting a report.
18           Q.   Who communicated it to you?
19           A.   I don't have a specific individual
20   necessarily.  It may have come up in our branch
21   meeting or division meeting, okay, in other words,
22   just to make us aware that we're having a CAP
23   meeting and the CAP has, I'll say, requested or
24   said they are expecting to have a final report.
25   And the reason it's a final report is because the

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 272 of 422

1  CAP wanted to see modeling results and it was

2  agency policy not to release modeling results

3  publicly until a report was publicly released.

4      Q.   Wouldn't you have preferred to have

5  built consensus among your team and made sure all

6  of the modelers on your team were in agreement on

7  the parameters to make sure what you were -- you

8  were giving to the CAP, you felt confident as

9  opposed to rushing to get it done?

10      A.   This was the only real parameter that

11  there was a question about, and the reason why is

12  because, again, we went to a more sophisticated

13  model that -- the degradation, the degradation

14  byproducts.  So I don't -- I don't think I was

15  rushing them.  We had people doing model

16  simulations and looking at the various values and

17  seeing what impact they had at different locations

18  in the model.

19          And you know, we were not coming up

20  with a definitive result as to which specific

21  value, and to me that seemed to be a small range,

22  0.006 to 0.004, and so I just made a, you know,

23  project officer decision that, well, let's just

24  take the average or go with the -- the mid --

25  midpoint value.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 273 of 422

1          Q.   The 0.0005 biodegradation rate is the

2     rate that ended up in the Tarawa Terrace model,

3     correct?

4          A.   That is my understanding.  I would have

5     to look in -- in Chapter F, okay?

6          Q.   I can tell you I've looked and that's

7     what I saw.

8          A.   Okay.  Well, then that's -- that's --

9     you know, and all the team members were -- I think

10    in part they were looking for a decision to be

11    made, okay, in other words.

12         Q.   Okay.  Can we pull up the next exhibit.

13    Is this 15?

14              MR. ANTONUCCI:  16.

15              MR. ANWAR:  16.

16              (DFT. EXHIBIT 16, e-mail correspondence

17    Bates-stamped CLJA_WATERMODELING_010000075306 and

18    75307, was marked for identification.)

19    BY MR. ANWAR:

20         Q.   We're showing you what is being marked

21    as Exhibit 16.  Can you see it?

22         A.   Yes.

23         Q.   This is an e-mail dated January 13,

24    2007 from Robert Faye to you, Morris Maslia.  Do

25    you agree with that?

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 274 of 422

1      A.   Yes.

2      Q.   Okay.  The subject is "MT3DMS results"

3   and the Morris -- or excuse me, the e-mail starts,

4   "hi, Morris, I've rerun the fate and transport

5   model with a biodegradation rate of 0.0005 as

6   required.  The results are only marginally

7   acceptable and certainly do not represent our best

8   calibration.  Nevertheless, I intend to finish the

9   report with the current simulation results and

10  explain to them -- explain them to the best of my

11  ability.  Because of the marginal results several

12  issues have come to mind that I need to share with

13  you and which I hope to discuss with you in the

14  future.  I have listed these issues below."

15          Did I read that correctly?

16     A.   Yes.

17     Q.   In number one he says "I find it will

18  be -- I find it very difficult to defend these

19  results to my technical peers or in a court of law.

20  Consequently, I would like to write a letter to the

21  record to you and to ERG explaining what has

22  happened, why the results are what they are, and

23  addressing my concerns.  I will send a draft of

24  this letter to you first and ask for your

25  comments."

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 275 of 422

1           Did I read that correctly?

2      A.   Yes, yes, you did.

3      Q.   Did you receive a draft of this letter

4  to the record from Robert Faye?

5      A.   I do not recall.

6      Q.   Okay.  I will represent to you that I

7  did not find it in the water modeling project

8  files.

9      A.   Okay.  Then it was not sent.

10      Q.   Okay.  Number two, "I believe we have

11  violated a fundamental rule of good modeling

12  procedure.  We let the tail wag the dog and

13  assigned extraordinary credibility to simulated

14  numbers rather than to well-established concepts."

15           When -- did I read that correctly?

16      A.   Yes.

17      Q.   And when he says "we let the tail wag

18  the dog", what he's really saying is we -- we

19  pushed to get to a certain result, right?

20           MR. DEAN:  Object to the form of the

21  question.

22           THE WITNESS:  I think he may have been

23  referring to the push to finish, finish the

24  modeling analyses, okay, by a deadline, by a

25  deadline.

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 276 of 422

1    BY MR. ANWAR:

2         Q.   Okay.  So you think he was referring to

3    the deadline and not furthering the debate?

4         A.   Yes, yes.

5         Q.   What -- he says "we have violated a

6    fundamental rule of good modeling procedure."  Do

7    you know what fundamental rule of good modeling

8    procedure he's referring to here?

9              MR. DEAN:  Object to the form of the

10   question.

11             THE WITNESS:  I do not.

12   BY MR. ANWAR:

13        Q.   The e-mail goes on, "when a choice must

14   be made between accepting less than a -- than

15   desirable model results or violating or

16   compromising valid conceptual models, I believe we

17   should accept the undesirable results and explain

18   the limitations of the simulations in that

19   context."

20             Did I read that correctly?

21        A.   Yes.

22        Q.   And based on those two sentences, he's

23   clearing talking about the results and not the

24   timing, right?

25             MR. DEAN:  Object to the form of the

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 277 of 422

1    question.  Ask the person who had drafted the

2    e-mail.

3              THE WITNESS:  I couldn't say whether

4    he's talking about the timing or -- again, I don't

5    -- when I say I don't recall, it's been so long, I

6    don't recall specifically this -- this e-mail other

7    than it exists.  And reading it, I do recall having

8    a conversation with Mr. Faye and, you know, that

9    was his -- his, you know, opinion.

10   BY MR. ANWAR:

11        Q.   Do you recall the conversation that you

12   had with Mr. Faye?

13        A.   No, I do not.

14        Q.   Number three says, "I would like to

15   insert a statement in the fate and transport report

16   that ATSDR -- ATSDR required 100 percent agreement

17   between the MT3DMS model and the Georgia Tech model

18   regarding fate and transport parameters.  As a

19   result, the biodegradation rate assigned to both

20   models was a compromise between the best rates

21   determined by individual model calibration."

22             Did I read that correctly?

23        A.   That's correct.

24        Q.   Do you -- do you know what he's

25   referring to there?

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 278 of 422

1      A.   No.  I -- looking at this e-mail -- and
2    I've known Mr. Faye for 40-some-odd years since our
3    time at -- as with any person conducting modeling
4    or whatever, you sometimes blow things out of
5    perspective, okay, and I believe he thought that
6    his best modeling or calibration approach may have
7    been questioned by our university partner, okay,
8    and vice versa, okay?  They may have felt that he
9    was trying to tell them what the best parameter
10   values were, okay?

11           So now that I see that and the length
12   of it, and knowing Mr. Faye, it was letting off
13   steam, okay, because there was no such statement,
14   to my knowledge, put in the fate and transport
15   report.

16      Q.   0.4 states, "from a technical point of
17   view, I believe most or all of this unfortunate,
18   quote, mess has evolved from flawed concepts and
19   applications on the part of Georgia Tech.
20   Specifically they applied the calibrated mass
21   loading rate from the M3DMS [sic] model to the
22   unsaturated and saturated zones represented in
23   their model.

24           I assume initially they also applied
25   the calibrated MT3DMS degradation rate to the

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 279 of 422

1   unsaturated and saturated zones.  Degradation in
2   the saturated zone is aerobically driven and occurs
3   at rates that are possibly several orders of
4   magnitude greater than anaerobic degradation.  The
5   degradation rate that I computed at well TT-26 was
6   reasonably an anaerobic rate also applying the
7   calibrated mass loading rate from the MT3DMS model
8   to the unsaturated zone directly equates the
9   actual, quote, real-world PCE loss rate at ABC One
10  Cleaners to the MT3DMS mass loading rate.

11          Such an equation is absurd as it does
12  not account for retention and degradation within
13  the unsaturated zone.  The MT3DMS code requires
14  that mass loading be applied directly to the water
15  table and thus can represent at best only at the
16  minimum loss rate at ABC One-Hour Cleaners.  I
17  believe if Georgia Tech had calibrated instead to
18  simulate PCE concentrations at the water table at
19  the loading elements and had applied a reasonable
20  aerobic degradation rate to their unsaturated zone,
21  then a mass loading rate significantly greater than
22  the calibrated MT3DMS rate would result for the
23  Georgia Tech model.

24          This rate would more directly equate to
25  the PCE loss to -- due to operations at ABC

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 280 of 422

1    One-Hour Cleaners.  In addition, these approaches

2    would result in a correspondingly greater PCE mass

3    in the saturated zone and quite possibly the

4    calibrated biodegradation rates assigned to the

5    MT3DMS and Georgia Tech model would be highly

6    similar."

7              Did I read all of that correctly?

8         A.   Yes.

9         Q.   What is your recollection or your

10   understanding of what he's saying here?

11        A.   Basically he's letting off steam as to,

12   you know, the differences in the modeling approach,

13   yeah, and you did have two different models.  The

14   MT3DMS is a saturated zone.  Only from the water

15   table Georgia Tech model went from land surface

16   down.  And I believe this whole discourse was

17   basically eventually resolved, okay?  And I don't

18   know if it was a formal meeting or not, but we did

19   -- I mean, between Mr. Faye and Georgia Tech and

20   myself.

21             So, again, this was one of those things

22   that I believe knowing Mr. Faye in the elongated

23   e-mail, I think he was just frustrated that he had

24   felt he had a calibrated model, Georgia Tech felt

25   they had a calibrated model, and, you know, it's --

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 281 of 422

1    that happens I would say often in these types of

2    analyses.  Not necessarily just historical

3    reconstruction, but just modeling analyses when

4    you're trying to compare a simpler model or a model

5    making certain assumptions versus a more complex

6    model.

7            Q.    And so the last paragraph there states

8    "the application of the anaerobic degradation rate

9    to the unsaturated zone and the direct equation of

10   the actual PCE loss due to operations at ABC

11   One-Hour Cleaners to the mass loading rate

12   calibrated for the MT3DMS model violates sound

13   reasoning and hydraulic principles.  I am not at

14   all surprised that Georgia Tech found less PCE mass

15   than required for a reasonable simulation.  The

16   fault, however, was not in the assigned degradation

17   rate, but rather in their flawed concepts and

18   reasoning.  I suspect a through technical

19   review" --

20           A.    Yeah, can you -- hold on.  Can you

21   scroll up?  Okay.

22           Q.    Okay.  I apologize.  "I suspect a

23   thorough technical review by my competent peers

24   will point out these issues."

25                 Did I read that correctly?

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 282 of 422

1      A.    Yes.

2      Q.    Okay.  And then the last paragraph,

3   "let me emphasize, I do not intend to change the

4   current model results and I'm not asking for any

5   dispensation to do so, however, I would like to

6   follow through on my letter to the record and my

7   other requests as soon as possible.  Please let me

8   know your thoughts at your earliest convenience."

9           Did I read that correctly?

10     A.    That is correct.

11     Q.    Did you -- do you recall ever

12  responding to this e-mail?

13     A.    No, I do not.

14     Q.    And I think you --

15     A.    I do not recall receiving a letter

16  either.  And again, this was, I think, you know,

17  Mr. Faye was not physically located at our

18  headquarters.  He was at his office, which was in

19  North Georgia, so we did everything by phone or by

20  e-mail.  And I think it's just an expression of

21  frustration.  I think we eventually sort of got --

22  got together.

23     Q.    Okay.  I wanted to shift gears a little

24  bit.  I know I'm running up probably on the hour,

25  so I would like to --

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 283 of 422

1          A.   It's fine.

2          Q.   -- get through this.

3               Do you have any family or friends that

4    have filed legal claims related to Camp Lejeune?

5          A.   Not that I'm aware of.

6          Q.   Okay.  Aside from serving as an expert

7    now for the plaintiffs, have you ever received any

8    compensation from someone other than ATSDR related

9    to your Camp Lejeune water modeling work?

10         A.   No, I have not.

11         Q.   Let's pull up the next exhibit.  This

12   will be the January 17, 2009 -- actually this might

13   be the wrong one.  I apologize.  Give me one

14   second.  Let's do -- actually I think it's the

15   right one.

16              (DFT. EXHIBIT 17, e-mail correspondence

17   Bates-stamped CLJA_WATERMODELING_01-09_0000034863

18   through 34866, was marked for identification.)

19   BY MR. ANWAR:

20         Q.   Okay.  I wanted to ask -- so what you

21   should be seeing now is an exhibit that we're

22   marking as Exhibit 17.

23         A.   Right.  Okay.

24         Q.   It's an e-mail exchange with the last

25   e-mail dated June 17, 2009.  Do you see that?

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 284 of 422

1    A.    Yes.

2    Q.    Okay.  And among the recipients in this

3    e-mail, you are -- your e-mail is copied there in

4    the middle of the recipients.

5         If we scroll down the chain, the first

6    e-mail on the chain starts June 17, 2009 and it is

7    an e-mail from Richard Clapp, who I believe was a

8    CAP member, right?

9    A.    He was -- I don't know if he was a CAP

10   member at that time or not, but he was a CAP member

11   and also worked at -- was a professor at -- I

12   believe it was Boston University School of Public

13   Health.

14   Q.    And he's forwarding to three

15   individuals, one of whom appears to be Jerry

16   Ensminger, Mr. Ensminger, a statement in response

17   to the National Research Council on Camp Lejeune.

18   A.    Right.

19   Q.    And then --

20        MR. DEAN:  Actually you're miss -- just

21   honestly, I see what you're doing, but you're

22   misinterpreting how this occurred.  This is a post

23   -- it's clear that this is a copy and post by J --

24   Joe Anderson that went to Jerry Ensminger on July

25   the 17th, 2009.  And he's pasting in the e-mail

Golkow Technologies,
A Veritext Division
877-370-3377                                         www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 285 of 422

1   that's below.  Because if you go to the end of the

2   e-mail, you will see J. Panglia -- I mean Joseph

3   Anderson's signature at the end of the e-mail.  So

4   he did not -- this e-mail was not sent by Richard

5   Clapp.

6               MR. ANWAR:  That's not where I'm going

7   with this.

8               MR. DEAN:  Okay.

9               MR. ANWAR:  And I would appreciate if

10  you don't --

11              MR. DEAN:  No, I just want to make sure

12  -- you're misrepresenting who sent what e-mail.

13  This -- but anyway, go ahead.

14  BY MR. ANWAR:

15       Q.   What it appears to me -- and

16  Mr. Maslia, if you understand it differently, I

17  would appreciate hearing from the witness and

18  letting the witness testify.  There -- the chain

19  above is certainly an e-mail dated June 17, 2009.

20  It's from a Janderson@andersonpangia.com to a

21  Jensminger@hotmail.com.

22       A.   Right.

23       Q.   And somewhere in the middle there, and

24  we can find it if you need to, but it's on the

25  right-hand side in the middle.  There's

Golkow Technologies,
A Veritext Division
877-379-3377                                         www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 286 of 422

1    MMmaslia@CDC.gov.

2            A.    Okay.  I'll --

3                  MR. DEAN:  I see it.

4                  THE WITNESS:  Okay.

5    BY MR. ANWAR:

6            Q.    My question for you was do you --

7    Joseph Anderson was the lawyer that took your

8    deposition in June 2010.

9            A.    That is my recollection.

10           Q.    Okay.  And this is a year before your

11   deposition and you're being copied on an e-mail by

12   a lawyer -- a plaintiff's lawyer that took your

13   deposition a year later.  Do you know why you were

14   copied on this e-mail?

15           A.    No, I do not.

16           Q.    Prior to your deposition in June 2010,

17   had you ever spoken with Joseph Anderson?

18           A.    No, I have not.

19                 MR. DEAN:  I also object on the record

20   that this e-mail has not been produced by the DOJ

21   in the manner which it originally existed.  If you

22   look at Bates stamp 34 -- let me finish.

23                 MR. ANWAR:  You can make your

24   objection.

25                 MR. DEAN:  No, sir, you're

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 287 of 422

1    mischaracterizing that this is an e-mail and this
2    is not an e-mail in the sense it's sent.  If you
3    look at 3486 --
4                MR. ANWAR:  You're not entitled to
5    testify.
6                MR. DEAN:  Yes -- I'm not.  I'm making
7    an objection.
8                MR. ANWAR:  If we need to call the
9    magistrate and I get another hour for this
10   deposition --
11               MR. DEAN:  You are misrepresenting this
12   e-mail.  34863, if you look at the last e-mail,
13   EPA.gov at the top, then it is a conversation that
14   ends in the second -- at the top of the second
15   page, it says "outstanding, J."  This is not the
16   full chain of this e-mail and I object to your
17   using this e-mail in the sense that you have.
18               MR. ANWAR:  Great.  You can make that
19   objection in court.
20               MR. DEAN:  Okay.
21   BY MR. ANWAR:
22       Q.   Let's move on to the next exhibit dated
23   October 26, 2009.
24               (DFT. EXHIBIT 18, e-mail correspondence
25   Bates-stamped CLJA_WATERMODELING_01-09_0000035889

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 288 of 422

1    and 35890, was marked for identification.)

2              MR. DEAN:  Exhibit 18?

3              MR. ANWAR:  Correct.

4    BY MR. ANWAR:

5         Q.   And let me know when you see it.

6              MR. DEAN:  Okay.

7    BY MR. ANWAR:

8         Q.   Exhibit 18, if you -- at the top of the

9    last e-mail on this chain is an e-mail dated

10   October 26, 2009, so this is while the water

11   modeling is still ongoing.  It's an e-mail from

12   Jerry Ensminger to you and it copies what appears

13   to be a paralegal from the Bell Legal Group.  And

14   if you scroll down --

15        A.   I'm sorry, Bell...

16        Q.   If you scroll down to the bottom of the

17   chain, there's an e-mail dated October 26, 2009.

18        A.   Right.

19        Q.   Do you see that?

20        A.   From Elle Brigman.

21        Q.   Correct, to Mr. Ensminger.

22        A.   Right.

23        Q.   And you're copied there?

24        A.   Uh-huh.

25        Q.   And it says "subject banner request."

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 289 of 422

1    And the e-mail states, from Elle, "hello, this is
2    Elle.  I just spoke with you on the phone.  This
3    e-mail is also carbon copied to Mr. Jerry."
4              Did I read that correctly?
5         A.   Yes, yes.
6         Q.   So you can let me know if you disagree,
7    but the way I interpret that first two lines or
8    three lines right there is that Elle Brigman is
9    referring to speaking to you on the phone and he's
10   -- he or her has copied this e-mail to
11   Mr. Ensminger.  Would you agree with that?
12             MR. DEAN:  Object to the form of the
13   question.
14             THE WITNESS:  I don't recall at all who
15   this is or, obviously, the e-mail you can --
16   because it's got my e-mail address on there, but I
17   just don't recall the topic or the subject matter
18   or the person that sent it.
19   BY MR. ANWAR:
20        Q.   So the rest of the e-mail reads, "Jerry
21   first let me say, those boiled peanuts rocked.  I
22   had them on the way home", you know it's a
23   personal --
24        A.   Right.
25        Q.   -- story about peanuts.  The second

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 290 of 422

1    paragraph reads "anyway, the banner, slash, poster

2    you have and showed us, we would like to have a

3    copy for the city council meeting in December.  I

4    was not sure of the title of the items, so I wanted

5    to ask you if it is a combination of various

6    documents, which ones?  Anyway, guidance would be

7    great and thank you again for your knowledge and

8    the boiled peanuts.  I am sure I will be talking to

9    you soon."

10            And again, since the request is for a

11   banner, it appears to be directed at you.  Would

12   you agree with that?

13            MR. DEAN:  Object to the form of the

14   question.

15            THE WITNESS:  I have -- I have no idea

16   what banner the e-mail is referring to.

17   BY MR. ANWAR:

18      Q.   Do you know why you -- so do you know

19   who the Bell Legal Group is?

20      A.   At that point?

21      Q.   At that point or now, do you know who

22   they are now?

23      A.   Now I know who the Bell Legal Group --

24      Q.   Who are they?

25      A.   I've been retained for them as an

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 291 of 422

1   expert witness or expert consultant, okay?

2           Q.   Is the Bell Legal Group the -- the lead

3   counsel in this litigation?  Are we sitting at the

4   Bell Legal Group right now?

5           A.   We're sitting at the Bell Legal Group

6   offices.  As to their responsibility or assignment,

7   I've really not gotten into that, okay?

8           Q.   So can you -- can you explain to me why

9   you're being copied on e-mails as the water

10  modeling is being performed --

11          A.   Okay.  Hold on.

12          Q.   -- in 2009 with a paralegal from the

13  Bell Legal Group?

14          A.   Okay.  Well, describing people and

15  their positions that I have no knowledge of so,

16  again, I just don't recall this e-mail.  It,

17  obviously, was received by -- by me.

18          Q.   Do you like boiled peanuts?

19          A.   I've had them.

20          Q.   Is that something you would give as a

21  gift?

22          A.   Not if I want to still stay married to

23  my wife.

24          Q.   And then at the top of the chain

25  Mr. Ensminger responds to you, "Morris, don't worry

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 292 of 422

1    about the poster.  I'll let them use mine.  They do

2    not need all of the chapters for the Tarawa Terrace

3    model.  I gave them Chapter A, but they need the

4    entire report."

5              Did I read that correctly?

6         A.   Can you scroll down?  I mean -- or up

7    probably for you.  You read that correctly.  Again,

8    I do not know what banner or poster they are

9    referring to.

10             Q.   Okay.  Let's move to exhibit -- what

11   we'll call 19.

12             (DFT. EXHIBIT 19, e-mail correspondence

13   Bates-stamped CJLA_WATERMODELING_01-09_000003613,

14   were marked for identification.)

15   BY MR. ANWAR:

16             Q.   It is an e-mail communication dated

17   January 21, 2010.  Let me know when you see it.

18             MR. DEAN:  Okay.

19   BY MR. ANWAR:

20             Q.   This is an e-mail communication dated

21   December 16, 2009.  The subject is "CAP meeting,

22   January 21, 2010", and it's an e-mail from an

23   individual named Vanessa Bertka to you, Mr. Maslia.

24   Would you agree with that?

25             A.   Yes.

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 293 of 422

1      Q.   Okay.  In the body of the e-mail --

2  well, let me start -- the -- at the bottom of the

3  e-mail Vanessa Bertka is identified as a paralegal

4  for the Bell Legal Group, correct?

5      A.   That is correct.

6      Q.   And the e-mail states, "Mr. Maslia, I

7  write in regard to the CAP meeting currently set

8  for January 21, 2010.  I would like to know how we

9  go about getting an invite into this meeting.

10  Please contact me at your earliest convenience."

11          Did I read that correctly?

12      A.   Yes.

13      Q.   Do you recall this e-mail exchange with

14  Ms. Bertka?

15      A.   No, I do not.

16      Q.   Did you have a conversation with

17  Ms. Bertka?

18      A.   Not that I recall.

19      Q.   Not that you recall.  Did you extend an

20  invitation to the Bell Legal Group to the CAP

21  meeting set for January 21, 2010?

22      A.   That would not have been in my job

23  assignment.  It could have been agency leadership.

24  It could have been other people, but I really did

25  not deal at all with extending or inviting people

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 294 of 422

1   to CAP meetings.

2           Q.    That e-mail goes on to state, "as I

3   understand, you are on vacation at this time.  I

4   hope you and your family have a Merry Christmas and

5   Happy New Year."  Does -- do you have any

6   understanding of how she knew you were on vacation

7   at that time?

8           A.    No, I do not.  Nor do I celebrate

9   Christmas.

10          Q.    Fair enough.  Let's pull up -- let's

11  pull up the next e-mail April 13, 2020.  You should

12  be seeing --

13              MR. DEAN:  We're good.

14  BY MR. ANWAR:

15          Q.    -- what we're marking as Exhibit 20.

16          A.    Okay.

17              (DFT. EXHIBIT 20, e-mail correspondence

18  Bates-stamped CLJA_WATERMODELING_010000074373

19  through 74375, was marked for identification.)

20  BY MR. ANWAR:

21          Q.    This is an e-mail exchange.  The very

22  bottom of it is dated April 13th, 2010.

23          A.    Right.

24          Q.    It doesn't look like you're copied on

25  the bottom of the e-mail circulating --

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 295 of 422

1          A.    I'm copied on the top of the e-mail.

2          Q.    Correct.

3          A.    Okay.

4          Q.    But I was just referring back for

5    context.

6          A.    Okay.

7          Q.    And then you end up being copied at the

8    top of the e-mail?

9          A.    Right.

10          Q.    And the e-mail is from Frank Bove and

11    -- to a group of individuals at ATSDR --

12          A.    Right.

13          Q.    -- and you and Barbara Rogers are

14    copied, correct?

15          A.    Right.

16          Q.    Okay.  And so the -- the top of the

17    e-mail is dated April 13, 2010, right?

18          A.    That's correct, yes.

19          Q.    And so the e-mail states "I can

20    guarantee that the CAP meeting will be a complete

21    chaos if Jerry's presentation is left off the

22    agenda.  All the CAP community members have

23    endorsed the previous draft agenda, which Jerry had

24    on -- which had Jerry on for one hour.  I have

25    negotiated with Jerry to reduce his presentation to

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 296 of 422

1   30 minutes. Morris and I will work with him to

2   make sure his presentation is tight and he does not

3   exceed his time unless he gets questions.

4            The previous agenda was developed by

5   Perri and myself. We know what works and the

6   agenda reflects our best judgment on the issues the

7   CAP meeting needs to cover and the appropriate

8   orders -- order of the issues, i.e. Jerry's

9   presentation following Morris's update after the

10   morning break period.

11            Given my over 40 years as a political

12   activist just like Jerry, as well as my seven years

13   as a full-time community organizer, I think I have

14   the experience necessary to know what will work and

15   what won't work when it comes to community meetings

16   like the CAP. This CAP has been a model for other

17   CAPs to follow. It has been extremely successful

18   publicizing the issues. It has provided valuable

19   comments to our water modeling work and our epi

20   studies. It has been instrumental in getting

21   funding and in general has been a model for

22   successful community participation. ATSDR has

23   gained public trust, media trust, congressional

24   support through the efforts of the CAP."

25            Let me stop right there. Did I read

Golkow Technologies,
A Veritext Division
877-370-3377                             www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 297 of 422

1    that correctly?

2           A.   Yes, you read that correctly.

3           Q.   Do you recall this particular, I guess,

4    incident or incidents situation that he's

5    describing?

6           A.   Not this specific one.

7           Q.   What is your understanding of what's

8    being said in the e-mail?

9                MR. DEAN:  Object to the form of the

10   question.

11               THE WITNESS:  My understanding is that

12   Mr. Ensminger was allotted a certain amount of time

13   to make a presentation at the CAP meeting.

14   Someone, and I don't know who, but someone who

15   reviewed the agenda took him off of there, okay?

16   And I'm sure that met with displeasure.  And so

17   it's an e-mail to explain why he should be put back

18   on the agenda.

19          Q.   And the e-mail starts out, "I can

20   guarantee that the CAP meeting will be complete

21   chaos if Jerry's presentation is left off the

22   agenda."  Do you recall what Frank Bove was

23   referring to here?

24          A.   No, I do not.  Again, I was never

25   directly involved with the administration or the

Golkow Technologies,
A Veritext Division
877-370-3377                                             www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 298 of 422

1    logistics of CAP meetings.  I was simply invited

2    there as an ATSDR's technical expert in water

3    modeling.

4          Q.    The middle of the e-mail says -- and

5    this is Dr. Bove speaking, "given my over 40 years

6    as a political activist just like Jerry, as well as

7    my seven years as a full-time community organizer."

8    Would you -- do you -- do you know Dr. Bove to be a

9    political activist?

10          A.    Yes.

11          Q.    And how so?

12          A.    Oh, he will tell anyone who asks him

13    that, that he is a community organizer and a

14    political activist.  I mean, he does not hide it,

15    in other words.  I have not seen him in action,

16    okay, but I know he'll, you know, work with

17    community organizations based on whatever

18    political, you know, opinions they may need or may

19    want.  And he -- I mean, he has stated, you know,

20    directly to me and others that he is a community

21    organizer.

22          Q.    Do you know Dr. Bove to be a political

23    activist as it relates to Camp Lejeune?

24                MR. DEAN:  Object to the form of the

25    question.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 299 of 422

1             THE WITNESS:  I never observed any

2     political activist activity on his part with

3     respect to Camp Lejeune.  He was passionate about

4     -- from the scientific standpoint in getting

5     funding, getting and providing community members

6     with transparent information.

7     BY MR. ANWAR:

8          Q.   And then he says "I'm a political

9     activist just like Jerry."  I think earlier you

10    agreed, do you understand or do you know

11    Mr. Ensminger to be a political activist?

12             MR. DEAN:  Object to the form of the

13    question.

14             THE WITNESS:  I have not been observed

15    or been told about Mr. Ensminger being, you know, a

16    political activist.  Like, Dr. Bove had told me

17    directly, so it's not been told to me directly by

18    Mr. Ensminger that's what he is, but obviously the

19    Janey Ensminger Act got signed, okay, and so that

20    would take some amount of political activism to get

21    that done.

22    BY MR. ANWAR:

23          Q.   Do you consider yourself an activist?

24          A.   No, I do not.

25          Q.   The -- the first sentence of the second

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 300 of 422

1    paragraph says "I've heard that a congressional

2    staffer from Miller's office is considering

3    personally attending the CAP meeting."

4            Do you know who Dr. Bove is referring

5    to when he says Miller's office?

6         A.   No, I do not.

7         Q.   During your time at ATSDR and sort of

8    involvement with the CAP and attendance to CAP

9    meetings, has a congressional staffer ever attended

10   a CAP meeting that you've attended?

11        A.   I don't -- I don't recall a

12   congressional staffer at a CAP meeting, but then

13   again, I did not attend all sessions of each CAP

14   meeting, okay?  In other words, when they got into

15   the health studies or some agency budgetary issues

16   maybe towards the end of a CAP meeting, you know, I

17   was not needed there, so I can't say if there were

18   congressional people there or not, but during the

19   time that I made presentations at the CAP, there

20   were no congressional representatives there, or

21   staffers.

22        Q.   Okay.  Should be appearing shortly what

23   we're marking as Exhibit 21.

24            (DFT. EXHIBIT 21, e-mail correspondence

25   Bates-stamped CL_MASLIA_0000000173 and 174, was

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 301 of 422

```
 1   marked for identification.)
 2   BY MR. ANWAR:
 3        Q.   Do you see that e-mail in front of you?
 4             MR. DEAN:  Yes.
 5             THE WITNESS:  Yes.
 6   BY MR. ANWAR:
 7        Q.   Okay.  So the top of the chain is from
 8   you to Mr. Ensminger.  It's dated July 13, 2022.
 9   The start of the chain is an e-mail from you to
10   Mr. Ensminger.  It's dated July 12th, 2022.  So
11   let's -- let's start at the bottom of the chain.
12   It says there -- and is that your e-mail address,
13   H2Oboy54@gmail.com?
14        A.   That's, yes, my e-mail address.
15        Q.   Okay.  And the e-mail is dated
16   July 2012 -- or July 12, 2022, correct, to Jerry
17   Ensminger?
18        A.   Right.
19        Q.   And it is a -- it appears to be an
20   e-mail of you passing along a published article to
21   Mr. Ensminger about Camp Lejeune; is that right?
22        A.   That is correct.
23        Q.   Okay.  And then at the bottom of the
24   e-mail you say "also I have been contacted by
25   another law firm about Camp Lejeune.  No
```

Golkow Technologies,
A Veritext Division
877-370-3377                                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 302 of 422

1    discussions yet, but just wanted to give you a

2    heads-up."  Did I read that correctly?

3          A.    That is correct.

4          Q.    Why did you want to give Mr. Ensminger

5    a heads-up?

6          A.    Some -- somewhere and I don't recall

7    where, but, I mean, it was during this time frame

8    he had asked me would I be interested in doing

9    consulting work as an expert.  And he said, I know

10   of a law firm that may be interested in your

11   services.  I said, fine, give them my name, I can

12   send them my CV or resume.

13          And then I was also contacted by

14   another law firm.  I don't recall the name at this

15   time.  I don't know where they got my name from,

16   but maybe from the reports or wherever.  And so

17   just thought I would let him know that, you know,

18   business was hopping.

19          Q.    The chain goes on to a response from

20   Mr. Ensminger dated July 13th, 2022.  It states,

21   "Morris, please don't take any meeting with other

22   law firm until you meet with Ed Bell.  The bill

23   hadn't passed Congress yet, let alone being signed

24   into law by the POTUS.  I will see if I can get Ed

25   to give you a call today, Jerry."

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 303 of 422

1          Did I read that correctly?

2      A.   Yes.

3      Q.   And then the top of the chain, the last

4  chain, is a response to Mr. Ensminger's e-mail,

5  "spoke with Kevin who works with Ed Bell this

6  morning.  They will be sending me a retainer form

7  to sign."

8          Did I read that correctly?

9      A.   Yes.

10     Q.   Okay.  And when you're referring to

11 Kevin there, are you referring to Mr. Dean, here

12 today?

13     A.   Yes.

14          MR. DEAN:  Not another one.

15 BY MR. ANWAR:

16     Q.   And I understand that you were retained

17 as an expert around July -- or June/July 2022,

18 correct?

19     A.   July.  Mid July, 2022, yes, that's

20 correct.

21     Q.   My -- how -- how long have you known Ed

22 Bell or professionals at the Bell Legal Group?

23     A.   Professionally since July -- well,

24 yeah, July of 2022.

25     Q.   Okay.  What about personally?

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 304 of 422

1      A.   I was introduced to him -- I think it
2  was earlier in 2022 maybe.  There was a CAP meeting
3  in Atlanta and there was a restaurant down in the
4  Atlanta area, and I was introduced to him.  Not his
5  capacity or anything, but just as Ed Bell.
6      Q.   How long have you known Mr. Ensminger?
7      A.   I became aware of him sometimes during
8  the final stages of perhaps the Tarawa Terrace
9  modeling activities.
10     Q.   So roughly 2008/2009?
11     A.   Yes, somewhere around there.  Maybe a
12 little before because he was a member of the CAP
13 and we would make presentations to the CAP and they
14 would have his nametag, you know, there.
15     Q.   Do you consider Mr. Ensminger a friend?
16     A.   No.
17     Q.   When is the last time you've
18 communicated with him?
19     A.   I think you brought up an e-mail
20 earlier where I forwarded an e-mail from
21 Mr. Ensminger to Mr. Dean.
22     Q.   Okay.
23     A.   This -- I don't recall the date, but
24 that's the last time.
25     Q.   You should be seeing what is being

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 305 of 422

1  marked as Exhibit 23, I believe.  Sorry.  Sorry.
2  22.  Clarification for the record.
3            (DFT. EXHIBIT 22, e-mail correspondence
4  Bates-stamped CL_MASLIA_0000000487, was marked for
5  identification.)
6  BY MR. ANWAR:
7        Q.   It is an October 4th, 2023 e-mail from
8  you to Mr. Ensminger.
9        A.   Right.
10       Q.   And it appears that you're attaching
11  photos from an award that you won in 2015?
12       A.   Right.
13       Q.   I was just curious or wondering, why
14  were you sending photos of your award to
15  Mr. Ensminger?
16       A.   He had e-mailed me or called me and
17  wanted to know if I had available the photos of the
18  presentations from the award that we -- my team
19  received from the American Association of
20  Environmental Engineers and Scientists in 2015.
21  And that's public information, so...
22       Q.   Okay.  We can take that exhibit down.
23            My understanding is the most recent --
24  are you familiar with -- let me back up for a
25  second.  Are you familiar with the recent cancer

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 306 of 422

1    incidence study that was published by ATSDR?

2         A.   I have a copy of it, yes.

3         Q.   Are you familiar with the mortality

4    study related to Camp Lejeune?

5         A.   I'm familiar with the journal articles.

6         Q.   Okay.  Well --

7         A.   Not the nuts and bolts of it, not being

8    a epidemiologist.

9         Q.   Let's just focus on the cancer

10   incidence study.  My understanding is that study

11   does not -- and a couple -- at least one other of

12   the more recent studies does not rely on the Camp

13   Lejeune water modeling for any sort of exposure

14   response analysis.  Do you know why that is?

15        A.   You would have to speak to Dr. Bove who

16   authored that study.  He was -- once I retired from

17   ATSDR, we were not in communication other than

18   maybe having a lunch occasionally.  But in terms of

19   conducting any studies he was working on at ATSDR,

20   I was not solicited for information nor privy to

21   decisions that he made as to why he was making them

22   and...

23        Q.   Are you represented by counsel today?

24        A.   I'm here being deposed as a fact

25   witness.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 307 of 422

1           Q.   Are the lawyers, Mr. Dean and

2     Ms. Baughman, on the other side of the table, are

3     they representing you here at this deposition

4     today?

5                MR. DEAN:  Object to --

6                MS. BAUGHMAN:  Object to the form.

7                THE WITNESS:  I don't believe they're

8     representing me.  I'm an expert consultant for them

9     or to -- for the firm.  I have no attorney

10    representing me at this deposition.

11    BY MR. ANWAR:

12           Q.   What led you to decide to serve as a

13    consultant in this litigation?

14           A.   I felt all along -- and this goes back

15    to when I was in ATSDR and the whole NRC report

16    issue came up, being critical of our work, and I

17    felt, and I was proved right, that the Department

18    of Navy, which you said is the pinnacle of science,

19    okay, which we disagreed with.  And so as time --

20    time went on, I felt that perhaps an -- attorneys

21    representing plaintiffs could use someone with my

22    technical and scientific abilities to interpret the

23    highly technical reports that we produced and if

24    there were questions as to why there were

25    differences between the NRC report and the ATSDR

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 308 of 422

1    reports, I could be valuable to them.

2         Q.   Earlier we discussed the Navy critique.

3    Do you recall that discussion?

4         A.   Yes.

5         Q.   Of the -- the Camp Lejeune or the

6    Tarawa Terrace?

7         A.   Okay.  Weather service, tornado

8    warning.

9              MS. BAUGHMAN:  This is an interior

10   room.  We're probably fine.

11             MR. DEAN:  Keep going.  You've got five

12   more minutes anyway.

13             MR. ANWAR:  Yeah, no, I hear you.

14   BY MR. ANWAR:

15        Q.   So earlier we discussed the -- the Navy

16   critique of the Camp Lejeune water modeling,

17   correct?

18        A.   Yes, that is correct.

19        Q.   And my recollection of the critique was

20   -- and we discussed it earlier, was they had an

21   issue with the calibration of the model and whether

22   the -- whether the --

23             MS. BAUGHMAN:  If we all turn our

24   phones off.

25             MR. DEAN:  Yeah, if you turn off your

Golkow Technologies,
A Veritext Division
877-370-3377                                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 309 of 422

1   phones, you know, it's not going to do that.

2   BY MR. ANWAR:

3       Q.   My recollection of their critique --

4   Goddamn it.

5           MR. DEAN:  You've got notifications on

6   the -- on the -- if you turn off all alerts it

7   will...

8   BY MR. ANWAR:

9       Q.   -- took issue with the calibration and

10  the sensitivity analysis relied upon in the model;

11  is that fair?

12          MS. BAUGHMAN:  Object to the form.

13      Q.   Okay.  We don't need to quibble about

14  what they took issue with, but they took issue with

15  the -- the reliability of the modeling, fair?

16          MR. DEAN:  Object to the form.

17          THE WITNESS:  Again, I would not

18  consider that's what they took issue with.

19  BY MR. ANWAR:

20      Q.   Are you familiar with -- do you know

21  who Dan Waddell is?

22      A.   Yes, I do.

23      Q.   What is your relationship with

24  Mr. Waddell?

25      A.   He's a -- employed at least at the time

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 310 of 422

1    that I remember him, NFEC, which is the Naval

2    Facilities Engineering Command, and he also made a

3    statement or presented a statement at one of the

4    expert panel meetings that we had at ATSDR.

5        Q.   Okay.  Was --

6        A.   And we -- and there -- let me just

7    add -- we don't need to go look through them.  I

8    think there's a couple of e-mails between him and

9    me.

10       Q.   Okay.  Let's leave it at the Navy

11   critiqued the Camp Lejeune water modeling, the

12   Tarawa Terrace model, correct?

13       A.   That's correct.

14       Q.   And the NRC, the National Research

15   Council, an arm of the National Academy of Science,

16   also critiqued the Tawara Terrace water modeling,

17   correct?

18       A.   Correct.

19       Q.   And then Dr. Clement, who I think at

20   one time you referred to as unbiased, published an

21   article sort of raising the question about whether

22   hind -- or reconstruction efforts are -- have

23   value.  My question to you is, of those -- just

24   those three people or organizations that have

25   critiqued the model, is there any aspect of their

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 311 of 422

```
 1   critique, their scientific critique, with which you
 2   believe is valid?
 3                MR. DEAN:  Object to the form of the
 4   question.
 5                THE WITNESS:  First I would like to
 6   respond by first saying we responded to the Navy's
 7   critique and it's officially on the ATSDR website
 8   available for anyone to read and, I believe, we
 9   responded point by point.  That's typically what's
10   done in scientific discourse is -- whether you
11   publish a paper or --
12   BY MR. ANWAR:
13        Q.   And my question is whether -- not
14   whether you responded.  My question is --
15        A.   Well, we didn't have -- my point is we
16   did not have an official opportunity to respond to
17   the NRC report, okay?  And I think you need to take
18   the responses and -- and evaluate our responses,
19   okay?
20        Q.   And I'm asking you, as you sit here
21   today --
22        A.   Right.
23        Q.   Well, let's say, I'm asking you not in
24   your capacity as working for the plaintiffs, but
25   I'm asking you in your capacity as a fact witness
```

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 312 of 422

1    that has worked on the Camp Lejeune water modeling

2    for, you know, more than a decade, who did work, is

3    there any aspect of the criticism or the -- that

4    the model received that you believe is valid?

5              MR. DEAN:  Object to the form.  You're

6    asking him for his personal opinion.  His work is

7    not yet completed on this case nor has he issued a

8    report and reserves the right -- or we reserve the

9    right, and the witness does, to address any issue

10   needed in the report.

11             MS. BAUGHMAN:  It's also a compound

12   question.

13   BY MR. ANWAR:

14        Q.   You can answer the question.

15        A.   Okay.  NRC suggested using simpler

16   modeling approaches.  We actually accepted that and

17   did that for Hadnot Point.  On the other hand, they

18   critiqued us for not using more complex

19   biodegradation.  You can't have it both ways, okay,

20   so, again -- but we did with NRC recommendation

21   that we try some simpler modeling approaches.  We

22   accepted that, okay, for Hadnot Point.

23             MR. ANWAR:  I believe I have one minute

24   left.  I will -- I think that's -- that's all I

25   have for today.  As I understand that you -- you

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 313 of 422

1  will be testifying in this case, I'm sure we'll

2  meet again, so nice to meet you and thank you for

3  your time.

4            THE WITNESS:  Thank you.

5            MR. DEAN:  Okay.  I need a little bit

6  of a break to use the restroom, confer with my --

7  and then we've got a few questions.

8            THE VIDEOGRAPHER:  Going off the

9  record.  The time is 5:49 p.m.

10           (A recess transpired.)

11           THE VIDEOGRAPHER:  Going back on the

12  record.  The time is 5:59 p.m.

13           MR. DEAN:  Okay.  Giovanni, I don't

14  need it right at the moment, but I sent you one

15  exhibit.  If you don't mind dropping it in the

16  folder.

17           MR. ANTONUCCI:  Oh, sure.

18           MR. DEAN:  And if you want to -- what

19  was the last exhibit number?

20           MS. BAUGHMAN:  22.

21           MR. DEAN:  So you want to call it 23?

22           MR. ANWAR:  However you want to --

23           MR. DEAN:  Yeah, whatever is next.  I'm

24  fine just using consecutive numbers.

25           MR. ANWAR:  Okay.  Do we want to close

1    that?

2                    MR. DEAN:  Okay.

3                    MR. ANWAR:  You said you sent the

4    exhibit?

5                    MR. ANTONUCCI:  I have it.

6                    MR. DEAN:  Yeah, I sent it to you.

7                         EXAMINATION

8    BY MR. DEAN:

9         Q.   So let's go, Mr. Maslia, to Exhibit

10   No. 6.  Let's see here.  All right.  Do you

11   remember Exhibit No. 6?

12        A.   Yes.  Sorry I'm...

13        Q.   That's okay.  And it indicates that

14   this is a printoff of a webpage created -- last

15   updated, it says, September the 18th of 2024 --

16        A.   Right.

17        Q.   -- at 3:02 p.m. at the top.  Do you see

18   that?

19        A.   Yes, I do.

20        Q.   Were you working with the ATSDR in

21   September of '24?

22        A.   No, I was not.

23        Q.   Did you have any involvement in

24   creating the information that is on Exhibit 6?

25        A.   None whatsoever.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 315 of 422

1      Q.   Did anybody call since your requirement
2   in 2017 and ask you to assist or consult with them
3   about what ATSDR puts on its website in 2024?
4      A.   No.
5      Q.   Now, on Exhibit 6 there's a statement
6   in the second full paragraph where it begins
7   "treatment water distribution plants."  Do you see
8   that?
9      A.   Yes, I do.
10      Q.   And you were asked this by counsel
11   earlier.  At the end of that paragraph it says,
12   quote, other on-base treatment plants were not
13   contaminated."  Do you see that?
14      A.   Yes.
15      Q.   It is true that the work done by ATSD
16   [sic] water modeling professionals including
17   yourself were operating under contracts that were
18   being funded by the Navy for the work to be done?
19      A.   Yes.
20      Q.   Is that correct?
21      A.   That's correct.
22      Q.   Did ATSDR, between 2003 and the time
23   you left in 2017, ever receive any funding --
24   funding and conduct any activities to evaluate
25   contamination at any water treatment plants other

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 316 of 422

1   than the three reported in all of the reports we
2   have here today?
3           A.   Not that I'm aware of.
4           Q.   You yourself never personally evaluated
5   whether or not any of the other treatment plants
6   were not contaminated, correct?
7           A.   That is correct.
8           Q.   Now, you answered a question earlier on
9   in the deposition.  I just want to clarify
10  something and if Mr. Anwar has any follow-up
11  questions.  He asked you whether or not you met
12  with anyone yesterday or what you did to prepare
13  for your deposition, something along those lines.
14  Do you remember that?
15          A.   Yes.
16          Q.   At my request, did you fly in Tuesday
17  night to work on a proposed expert report and we
18  met in this office yesterday?
19          A.   Yes, that is correct.
20          Q.   From time to time, whether it be a
21  break or at lunch or from time to time about your
22  attire, did you and I have some informal discussion
23  about the timing and participation in today's
24  deposition?
25          A.   Yes, we had a discussion about the

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 317 of 422

1    logistics of today's deposition.

2           Q.    All right.   Now, I want to show you

3    Exhibit No. 7.   This Exhibit 7 is Bates-stamped

4    COJ, underscore, water modeling, underscore, 13764.

5    Do you see that?

6           A.    Yes, I do.

7           Q.    And it has a CDC sticker at the bottom

8    right-hand corner.   Do you see that?

9           A.    Yes, the banner at the bottom, yes, I

10   do.

11          Q.    And I believe you testified you've

12   never seen this PowerPoint before, right?

13          A.    That is correct.

14          Q.    Do you know whether or not this

15   PowerPoint was created by anybody at ATSDR?

16          A.     It wasn't created by anybody from the

17   technical water modeling staff.   I can tell by the

18   language used or the verbiage used in there, but I

19   don't know who created it, whether it was ATSDR or

20   CDC or...

21          Q.    Okay.   And that's because some of the

22   information, which you went over with counsel, is

23   inaccurate?

24          A.    That is correct.

25          Q.    Okay.   So I'm going to show you Exhibit

1   No. 22.

2           MR. DEAN:  And Giovanni, do you mind

3   dropping that exhibit in the folder, please.

4           MR. ANWAR:  So it's been dropped into

5   the folder and it's labeled Plaintiff's Exhibit 1.

6           MR. DEAN:  Oh, let's see if I can find

7   it.  And the other -- it's just a suggestion, it's

8   up to you, you might want to delete the ones that

9   were not marked as exhibits so the court reporter

10  can pull them up.  Now, is it the one that says EX

11  to EX7 metadata file, or did you call it

12  Plaintiff's Exhibit?

13          MR. ANTONUCCI:  I introduced it as

14  Plaintiff's Exhibit 001 documents.

15          MR. DEAN:  Okay.  I see it.  Got it.

16  Thank you.

17          (PLF. EXHIBIT 1, screenshot of

18  PowerPoint slide entitled CDC 24/7 Camp Lejeune

19  Summary 2014, was marked for identification.)

20  BY MR. DEAN:

21      Q.   All right.  I want to show you

22  Plaintiff's Exhibit to your deposition, Number 1.

23  Do you see the --

24      A.   Yes.

25      Q.   -- screenshot?

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 319 of 422

1          A.    Yes, I do.

2          Q.    I'll represent to you during the

3    deposition I went and located the native version of

4    this document that council showed you, which is

5    Exhibit No. 7, and I have a screenshot on the

6    screen of that exhibit.  Do you see that?

7          A.    Yes.

8          Q.    Do you recognize that as the same Bates

9    stamp and the same page that was on Exhibit 7?

10         A.    Yes.

11         Q.    Now if you look in the right-hand

12   corner, do you see that the author of the document

13   -- well, first of all, do you see it was created

14   December the 9th of 2014?

15         A.    Yes, I see that now.

16         Q.    Do you see that the author of the

17   document is a lady named Barbara Reynolds?

18         A.    Yes.

19         Q.    Do you see that she was working for a

20   company, CDC?  Do you see it?  Beside "company" it

21   says CDC.

22         A.    I'm looking for "company", which I

23   don't -- oh, company, CDC.

24         Q.    Do you see that?

25         A.    Yes, I do.

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 320 of 422

1    Q.   Do you know who Mrs. Barbara Reynolds

2    is?

3    A.   No, I do not.

4    Q.   Have you ever heard of her?

5    A.   No.

6    Q.   I'm not going to mark this as an

7    exhibit unless you want me to.

8         MR. ANWAR:  What is it?

9         MR. DEAN:  Something we used to

10   identify who Ms. Barbara Reynolds is.

11        MR. ANWAR:  Okay.

12        MR. DEAN:  I mean, I'll mark the page

13   as a separate --

14   BY MR. DEAN:

15   Q.   Are you aware that Barbara Reynolds,

16   the lady that is listed in that document creating

17   that PowerPoint December of 2014, formerly worked

18   with the CDC and she was the senior communications

19   and crisis advisor to the Center for Disease

20   Control?  Did you know that?

21   A.   No, I do not.

22   Q.   So the PowerPoint you were shown

23   earlier and any questions that may or may not have

24   suggested who -- the creator of that document,

25   would you agree with me that document was not an

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 321 of 422

1    ATSDR-created document, it was created by the CDC

2    and Ms. Reynolds, a media senior crisis advisor?

3                    MR. ANWAR:  Object to form.

4                    THE WITNESS:  Yes, it was not created

5    by people that I knew -- well, during 2014 I was at

6    ATSDR and that never came through for either review

7    or occurrence or any comments.

8                    MR. DEAN:  All right.  Mr. Maslia,

9    thank you for your time today.

10                   THE WITNESS:  Thank you.

11                   MR. ANWAR:  Thank you for your time.

12                   THE VIDEOGRAPHER:  That ends this

13   deposition.  The time is 6:07 p.m.

14                   (The witness, after having been advised

15   of his right to read and sign this transcript, does

16   not waive that right.)

17

18

19

20

21

22

23

24

25

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 322 of 422

1                    CERTIFICATE OF REPORTER

2

3              I, Lauren A. Balogh, Registered

4    Professional Reporter and Notary Public for the

5    State of South Carolina at Large, do hereby certify

6    that the foregoing transcript is a true, accurate,

7    and complete record.

8              I further certify that I am neither

9    related to nor counsel for any party to the cause

10   pending or interested in the events thereof.

11             Witness my hand, I have hereunto

12   affixed my official seal this 29th day of

13   September, 2024 at Murrells Inlet, Horry County,

14   South Carolina.

15

16

17

18

19

20

21

22



23   _____

     Lauren A. Balogh

24   My Commission expires

     March 19, 2030

25

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 323 of 422

```
 1                    I N D E X

 2

 3                                   Page        Line

 4    MORRIS MASLIA                    4           13

 5    EXAMINATION                      4           15

 6    BY MR. ANWAR:

 7    EXAMINATION                     314          7

 8    BY MR. DEAN:

 9    CERTIFICATE OF REPORTER         322          1

10

11                  E X H I B I T S

12

13

14                                   Page        Line

15    PLF. EXHIBIT 1, screenshot of   318          17

16    PowerPoint slide entitled CDC

17    24/7 Camp Lejeune Summary 2014

18    DFT. EXHIBIT 1, subpoena to       9           5

19    testify at a deposition in a

20    civil action

21    DFT. EXHIBIT 2, subpoena to      12           9

22    produce documents, information

23    or objects or to permit

24    inspection of premises in a

25    civil action
```

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 324 of 422

```
 1    DFT. EXHIBIT 3, deposition of     18        6
 2    Morris Maslia dated June 30,
 3    2010 Bates-stamped
 4    CLJA_HEALTHEFFECTS-0000049487
 5    through 49712
 6    DFT. EXHIBIT 4, resume for        22        1
 7    Morris L.  Maslia
 8    Bates-stamped
 9    CLJA_ATSDR_BOVE_0000073110 and
10    73111
11    DFT. EXHIBIT 5, LinkedIn          24        8
12    profile page for Morris L.
13    Maslia
14    DFT. EXHIBIT 7, CDC 24/7, Camp    82        5
15    Lejeune, Summary 2014
16    PowerPoint Bates-stamped
17    CLJA_WATERMODELING_01-
18    0000003764 through 3792
19    DFT. EXHIBIT 8, letter from      137       11
20    Department of Health and Human
21    Services dated January 16,
22    2013
23    DFT. EXHIBIT 6, ATSDR document   149       11
24    entitled "Camp Lejeune,
25    Summary of the Water
```

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 325 of 422

1  Contamination Situation at

2  Camp Lejeune"

3  DFT. EXHIBIT 9, e-mail            158      7

4  correspondence Bates-stamped

5  CL_MASLIA_0000000817 and 818

6  DFT. EXHIBIT 10, document         181      16

7  entitled "Analyses of

8  Groundwater Flow, Contaminant

9  Fate and Transport, and

10  Distribution of Drinking Water

11  at Tarawa Terrace and

12  Vicinity, U.S. Marine Corps

13  Base Camp Lejeune, North

14  Carolina: Historical

15  Reconstruction and Present-Day

16  Conditions

17  Chapter A: Summary of

18  Findings"

19  DFT. EXHIBIT 11, ATSDR            199      19

20  document entitled "Analyses

21  and Historical Reconstruction

22  of Groundwater Flow,

23  Contaminant Fate and

24  Transport, and Distribution of

25  Drinking Water Within the

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 326 of 422

```
 1    Service Areas of the Hadnot
 2    Point and Holcomb Boulevard
 3    Water Treatment Plants and
 4    Vicinities, U.S. Marine Corps
 5    Base Camp Lejeune, North
 6    Carolina Chapter A: Summary
 7    and Findings", Bates-stamped
 8    CLJA_HEALTHEFFECTS0000221326
 9    through 221535
10    DFT. EXHIBIT 12, document          225      10
11    entitled Analyses of
12    Groundwater Flow, Contaminant
13    Fate and Transport, and
14    Distribution of Drinking Water
15    at Tarawa Terrace and
16    Vicinity, U.S. Marine Corps
17    Base Camp Lejeune, North
18    Carolina: Historical
19    Reconstruction and Present-Day
20    Conditions.  Chapter
21    F:Simulation of the Fate and
22    Transport of
23    Tetrachloroethylene (PCE)
24    DFT. EXHIBIT 13, e-mail           248      22
25    correspondence Bates-stamped
```

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 327 of 422

CLJA_ATSDR_BOVE_0000108607 and
108608

| | | |
|---|---|---|
| DFT. EXHIBIT 14, e-mail correspondence Bates-stamped CLJA_WATERMODELING_01-0000080493 | 253 | 16 |
| DFT. EXHIBIT 15, e-mail correspondence Bates-stamped CLJA_ATSDR_BOVE_0000160913 and 160912 | 259 | 4 |
| DFT. EXHIBIT 16, e-mail correspondence Bates-stamped CLJA_WATERMODELING_010000075306 and 75307 | 273 | 16 |
| DFT. EXHIBIT 17, e-mail correspondence Bates-stamped CLJA_WATERMODELING_01-09_0000034863 through 34866 | 283 | 16 |
| DFT. EXHIBIT 18, e-mail correspondence Bates-stamped CLJA_WATERMODELING_01-09_0000035889 and 35890 | 287 | 24 |
| DFT. EXHIBIT 19, e-mail correspondence Bates-stamped CJLA_WATERMODELING_01-09_ | 292 | 12 |

1    000003613

2    DFT. EXHIBIT 20, e-mail            294        17

3    correspondence Bates-stamped

4    CLJA_WATERMODELING_

5    010000074373 through 74375

6    DFT. EXHIBIT 21, e-mail            300        24

7    correspondence Bates-stamped

8    CL_MASLIA_0000000173 and 174

9    DFT. EXHIBIT 22, e-mail            305        3

10   correspondence Bates-stamped

11   CL_MASLIA_0000000487

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 329 of 422

**&**

**&**   2:7,11

**0**

**0.0004**   260:11
**0.0005**   273:1
274:5
**0.0006**   260:10
**0.004**   272:22
**0.004.**   266:3
**0.006**   266:3
272:22
**0.3**   266:6
**0.4**   278:16
**0000000173**
300:25 328:8
**0000000487**
305:4 328:11
**0000000817**
158:8 325:5
**0000003764**
324:18
**0000034863**
283:17 327:18
**0000035889**
287:25 327:22
**000003613**
292:13 328:1
**0000049487**
18:8 324:4
**0000073110**
22:2 324:9
**0000080493**
327:6
**0000108607**
248:23 327:1

**0000160913**
259:5 327:9
**001**   318:14
**00897**   1:3 4:5
**01**   324:17
327:5
**01-00000037...**
82:7
**01-0000076**
149:2
**01-00000804...**
253:17
**01-09**   283:17
287:25 292:13
327:17,21,25
**010000074373**
294:18 328:5
**010000075306**
273:17 327:14

**1**

**1**   9:5 10:8 13:6
162:14 318:5
318:17,22
323:9,15,18
324:6
**1.5**   105:2,23
**1.8**   105:2,24
**10**   23:2 181:16
182:5,8 197:2
204:23,25
206:20 223:9
263:3 325:6
326:10
**100**   227:20
249:23 277:16

**10003**   2:9
**108608**   248:24
327:2
**10:38**   66:4
**10:50**   66:7
**11**   199:18,19
324:19,23
325:19
**1100**   3:3
**1187**   228:21
**11:12**   82:3
**11:15**   82:10
**12**   225:10
226:2,25
301:16 323:21
326:10 327:23
**1200**   71:9
**12:05**   120:2
**12:51**   120:5
**12th**   143:23
259:12 301:10
**13**   201:9
219:16 226:10
231:12 248:21
248:22 273:23
294:11 295:17
301:8 323:4
326:24
**137**   324:19
**13764**   317:4
**13th**   294:22
302:20
**14**   213:22,23
226:10 231:12
253:14,16

**327:3**
**149**   324:23
**15**   79:15
135:17 226:10
228:17 231:12
253:21 259:3,4
273:13 323:5
327:7
**150**   61:5
**158**   325:3
**158-59**   149:3
**15th**   31:13
**16**   137:12
138:4 226:10
227:18 231:12
273:14,15,16
273:21 292:21
324:21 325:6
327:3,11,11,15
**1600**   227:20
**160912**   259:6
327:10
**17**   283:12,16,22
283:25 284:6
285:19 323:15
327:15 328:2
**174**   300:25
328:8
**1742**   133:18
**175**   2:23 3:7,11
**17th**   284:25
**18**   182:15
200:6,8,22
201:11 204:18
204:21,22,24

877-379-2377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 330 of 422

205:1 229:14
287:24 288:2,8
324:1 327:19
**1800**  40:1,6
**1800s**  39:19
40:17
**181**  325:6
**187**  19:3,5,11
19:16
**18th**  314:15
**19**  38:22
232:16 292:11
292:12 322:24
325:19 327:23
**1941**  85:5
**1942**  85:4,8
172:2
**1950**  185:24
**1952**  166:9
**1953**  156:13
186:4 187:4
191:16 204:4
234:23,24
235:19,22,25
236:11
**1957**  141:12
**1960**  63:9
229:20
**1960s**  42:2
60:13
**1962**  63:11,12
74:1,17
**197**  19:21
**1970**  166:17
180:3

**1972**  172:7,21
173:1,4 177:21
178:24 180:3
**1976**  25:11
35:17,25 38:3
**1980**  26:11
29:7 35:12,21
35:25 38:5,8
38:22 39:21
87:12
**1980s**  40:24
116:24 195:23
216:11
**1982**  140:15
196:5,22
199:12
**1985**  175:8,21
177:3,10
178:17,24
180:3,6 196:6
196:22 197:25
198:23 199:3
199:12 217:4
229:2 232:10
**1987**  140:12
141:12 156:13
166:17 175:13
175:22 177:10
178:8 187:4
191:16 204:4
**1989**  38:23
44:6,15 86:6
**199**  325:19
**1990**  44:16

**1990s**  64:10
**1992**  44:15,17
46:16
**1993**  54:1,9
**1995**  53:13,13
55:22
**1997**  87:20,23
88:15,22 89:1
89:24 90:8,17
**1998**  60:14
63:10,12 74:2
74:16
**1:29**  148:12
**1:35**  148:15

**2**

**2**  12:8,9,17
13:5 248:5
323:21
**2.5**  96:6,21
242:17
**20**  23:2 40:12
41:2 42:6
223:7 263:3
294:15,17
328:2
**2000**  64:15
74:7,10
**20005**  2:23 3:4
3:8,12
**2002**  99:21
**2003**  99:7,20,25
101:9 126:15
152:25 315:22
**2004**  156:21
157:4

**2005**  123:12,23
192:2 238:6,6
**2006**  123:1
192:7
**2007**  101:2
141:9 142:8
143:16 247:14
247:15,23
259:13 264:15
268:21 269:6,7
273:24
**2007-2009**
100:22
**2008**  177:16
187:6,9 198:16
198:19 253:21
255:6 258:5
**2008/2009**
304:10
**2009**  101:3
107:5,22 108:1
108:4,12
192:11 250:4
253:2 283:12
283:25 284:6
284:25 285:19
287:23 288:10
288:17 291:12
292:21
**2010**  18:7,16
20:1,11,15,20
69:15 105:14
107:6 108:7,12
139:17 250:5
286:8,16

Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 331 of 422

| | | | **3** |
|---|---|---|---|

292:17,22
293:8,21
294:22 295:17
324:3
**2011** 107:7
**2012** 134:9
135:10,14
146:16 301:16
**2013** 107:22
108:3,9,13,15
137:13 138:4
139:17 144:17
324:22
**2014** 82:6,21
84:23 130:16
131:12 162:1
318:19 319:14
320:17 321:5
323:17 324:15
**2015** 305:11,20
**2017** 54:20
78:4,5 84:20
99:4,10 315:2
315:23
**2018** 22:7 23:6
**202** 2:24 3:4,8
3:12
**2020** 294:11
**2022** 31:14
32:5,7 301:8
301:10,16
302:20 303:17
303:19,24
304:2

**2023** 185:6
305:7
**2024** 1:12 4:2
160:6 185:6
314:15 315:3
322:13
**2030** 322:24
**21** 185:6
229:14 292:17
292:22 293:8
293:21 300:23
300:24 328:6
**212** 2:9
**215** 19:2,11
**216-9000** 2:5
**21885** 322:22
**219** 1:14 2:17
**22** 92:11 129:4
185:6 305:2,3
313:20 318:1
324:6 326:24
328:9
**221535** 200:2
326:9
**225** 19:21
326:10
**226** 19:2
**23** 129:4,7,11
129:12 175:14
198:1 207:13
208:9 209:7,14
209:14 229:15
305:1 313:21
**24** 212:3
314:21 324:11

327:19 328:6
**24/7** 81:17,22
82:5,20 318:18
323:17 324:14
**248** 326:24
**24th** 247:22
254:9
**25** 175:15
206:22 230:8
**253** 327:3
**259** 327:7
**26** 1:12 133:8,9
133:13 175:14
208:5 220:5
222:19,23
279:5 287:23
288:10,17
**26th** 4:2
**27** 178:17
197:5
**273** 327:11
**27612** 2:13
**28** 2:4 197:2
**283** 327:15
**287** 327:19
**29** 160:5
**292** 327:23
**294** 328:2
**29440** 2:17
**29464** 2:5
**29th** 322:12
**2:17** 179:10
**2:20** 179:13

**3** 18:5,6,11
170:19 213:9
324:1 328:9
**3.9** 208:8
209:14
**3.9.** 209:8
**30** 18:7 23:2
41:2 65:6
263:3 296:1
324:2
**300** 81:4 328:6
**30092** 5:3
**305** 328:9
**30th** 18:16
162:1
**31** 84:16
**314** 323:7
**318** 323:15
**31st** 78:5 99:3
**322** 323:9
**33** 225:25
226:2
**3360** 5:1
**34** 225:23
286:22
**3486** 287:3
**34863** 287:12
**34866** 283:18
327:18
**35** 131:23
**35890** 288:1
327:22
**36** 196:15,21
229:17

**37** 129:14
252:18
**3700** 2:12
**3789** 133:9,14
**3792** 82:7
324:18
**38** 133:20
229:18
**39** 182:14
**3:02** 314:17
**3:24** 221:15
**3:39** 221:18

**4**

**4** 21:19,23 22:1
22:6 162:14
323:4,5 324:6
327:7
**40** 27:2 60:25
278:2 296:11
298:5
**410** 2:12
**4109** 158:17
**43** 232:4
**45** 213:6,16,17
213:18,21
214:12,13,22
214:25 219:15
219:15 227:4
**46** 201:11
213:21 214:10
214:13,22
**49712** 18:8
324:5
**4:32** 258:21

**4:35** 258:24
**4th** 305:7

**5**

**5** 24:6,8,12
323:18 324:11
324:14
**5.8** 208:8
209:13
**5.9** 209:8
**50** 27:2 41:2
**510** 243:12
**53** 156:13
185:24 186:22
204:4
**546-2408** 2:18
**558-5500** 2:9
**5:49** 313:9
**5:59** 313:12

**6**

**6** 81:8,22 82:15
135:10 149:6,7
149:11 163:19
163:22,25
171:21,25
179:19 314:10
314:11,24
315:5 324:1,23
**616-4209** 3:8
**616-4231** 3:12
**616-4473** 2:24
**616-8364** 3:4
**62** 200:6
**623** 163:9

**63** 163:8
**645** 174:20,20
**65** 171:14
**6:07** 321:13

**7**

**7** 82:5,15
122:21 137:8
178:17 219:20
220:4,5 222:19
232:16 317:3,3
319:5,9 323:7
324:14 325:3
**70** 170:22
**700** 2:8
**71** 170:17,21
171:2,13
**72** 180:6,6
**73111** 22:3
324:10
**742** 166:1
**74375** 294:19
328:5
**75307** 273:18
327:14
**76** 36:13
**7:23** 1:3 4:5

**8**

**8** 137:11,20
149:1 158:12
209:13 223:3
324:11,19
**80** 28:16 36:13
38:3

**800** 242:12
244:9
**818** 158:8
325:5
**82** 324:14
**84** 39:21
**840** 243:12
**843** 2:5,18
**85** 39:22
175:15 176:5
176:10,15,17
177:19 180:7
180:13 181:2
182:19,19
195:23 197:9
232:13
**86** 129:15,16
232:16
**87** 176:5,6,17
181:2 182:20
186:22 195:23

**9**

**9** 158:6,7 159:2
159:2 181:13
182:4 197:5
323:18,21
325:3
**9/20** 24:17
**91** 197:9
**919** 2:13
**92** 48:18 51:5
53:3
**95** 48:18 51:5
53:3 54:14,19
242:19

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 333 of 422

**9579** 171:8,9
**97** 90:7,8
**97.5** 96:7
242:18
**981-0191** 2:13
**9:22** 1:13 4:3
**9th** 197:25
319:14

**a**

**a.m.** 1:13 4:3
66:4,7 82:3,10
**abbreviated**
23:25
**abc** 86:22
167:20 217:2
218:24 220:3
222:12,15
223:13 235:2
235:17 236:13
248:8 252:15
252:24 279:9
279:16,25
281:10
**abide** 264:7
**abilities** 249:12
307:22
**ability** 71:19
82:23 207:23
274:11
**able** 41:24
64:10,12 91:10
116:1 151:22
152:3 204:16
212:10 216:10
256:5 271:7

**above** 40:12,12
136:25 137:3
141:14 169:1
227:5 267:10
285:19
**absolutely**
77:22 119:17
119:23
**absurd** 279:11
**academia**
252:3
**academies**
245:13
**academy**
245:15 310:15
**accept** 193:13
193:13,15
270:25 276:17
**acceptable**
128:9 233:22
266:3 270:19
274:7
**accepted**
193:15 211:22
212:12,15
228:13 312:16
312:22
**accepting**
234:9 276:14
**access** 84:12
**accidently**
180:5
**accommodate**
8:22

**accomplish**
105:6,7 257:16
**accomplished**
76:19
**account** 189:3
189:5 190:8
279:12
**accountability**
71:8
**accredited**
202:15
**accuracy**
191:13 207:25
208:11 224:15
228:1
**accurate** 23:7
24:18 150:11
150:21 207:21
322:6
**accurately**
214:8
**acknowledge**
227:9 228:3
**acknowledged**
58:6
**acquisition**
103:2 109:1
**act** 5:18 11:15
87:12 133:19
134:5,11,19,21
135:4,23 136:1
136:19 137:4
146:6,15
299:19

**action** 1:3 9:6
12:11 67:22
298:15 323:20
323:25
**active** 80:20
**activism**
299:20
**activist** 131:19
131:25 146:18
296:12 298:6,9
298:14,23
299:2,9,11,16
299:23
**activities** 23:4
62:13 116:5
130:3 147:22
254:11 259:21
304:9 315:24
**activity** 299:2
**actual** 7:17
83:15 101:7
127:8 189:19
209:19 217:7
221:6 279:9
281:10
**actually** 16:6
19:8 21:22
22:18,19 26:21
39:24 42:3
45:4 54:6
80:13 81:10,15
82:15 85:11
99:6 104:20
111:18 112:10
128:13 134:21

175:15 187:5
218:9 225:4,25
226:7 228:6
229:11,15
236:8 243:2
244:8 267:13
283:12,14
284:20 312:16
**adam** 3:6
**adam.bain** 3:9
**add** 12:15
119:19 130:10
137:16 310:7
**adding** 271:3
**addition** 280:1
**additional** 41:5
62:12 107:3
124:9 254:12
257:15 270:2
270:17,17,18
271:8
**additionally**
163:7
**address** 4:23
5:1 256:5
289:16 301:12
301:14 312:9
**addressed**
127:16 138:4
**addressing**
274:23
**adjusted** 42:8
**adjusting** 233:1
**administrating**
111:18

**administration**
127:22 297:25
**administrative**
38:10 53:18
104:19
**administrator**
54:11 71:15
**administrators**
54:7
**advanced**
121:1
**advective** 29:15
**advice** 51:7
79:23 117:1,3
130:12 238:5
**advised** 321:14
**advises** 245:19
245:24
**advisor** 55:2
320:19 321:2
**advisory** 89:9
123:24 130:10
**aerial** 229:19
**aerially** 218:9
**aerobic** 279:20
**aerobically**
279:2
**affairs** 133:21
139:22 144:8
144:12,20
145:17,19
**affected** 85:25
123:15 155:16
156:12 164:2
206:2

**affects** 124:8
**affixed** 322:12
**age** 131:23
146:22
**agencies**
127:24
**agency** 35:20
36:7,7 46:21
47:1 52:18
54:2,3,10 57:5
67:24 71:11
91:21 138:8
140:6 245:22
250:13 253:10
263:25 264:20
264:25 269:17
270:1 272:2
293:23 300:15
**agency's** 53:20
164:22 254:10
**agenda** 295:22
295:23 296:4,6
297:15,18,22
**ago** 13:23
24:17,18 27:2
28:24 30:21
48:15 63:7
146:5 147:16
148:25
**agree** 29:21
92:6 93:1
94:15 98:6
101:21 102:4
102:16 105:21
106:21 136:2

136:15 159:10
164:19,23
199:13,14
209:15 215:17
224:13 227:11
231:11 235:20
236:14 246:2,4
261:17 273:25
289:11 290:12
292:24 320:25
**agreed** 33:6
71:18 103:12
104:7 109:12
113:22 179:21
299:10
**agreement** 33:4
55:15,19 58:22
58:23 72:9,20
76:12,16 77:9
107:16 115:5
261:10 272:6
277:16
**agricultural**
41:4
**ah** 232:3
**ahead** 8:25 9:3
24:5 83:1
150:15,16,17
158:24 179:1
181:11 214:19
222:7 225:21
226:8 285:13
**ailments**
135:17

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 335 of 422

aiming  241:11
air  27:7 69:1
  153:13 157:15
  207:21
aircraft  70:1
alerts  309:6
alex  3:19 6:24
  6:25
alexander  31:5
  32:11 35:6
allison  3:10
  138:4 139:12
allison.o'leary
  3:13
allotted  297:12
allow  31:8
allowed  79:9
  115:24 250:13
  250:20,23
  253:11
altitude  46:1
amend  133:19
america  2:21
american  74:8
  112:6 211:24
  305:19
amount  147:24
  175:23 218:11
  297:12 299:20
amounts
  103:25
amy  77:1
anaerobic
  279:4,6 281:8

analyses  36:10
  39:2 69:17
  78:2,2 83:11
  96:8,10 104:21
  115:11 145:14
  169:8 181:17
  192:7 199:20
  209:25 225:11
  248:7 270:2,12
  275:24 281:2,3
  325:7,20
  326:11
analysis  26:16
  27:8 36:21
  39:9 42:16,19
  51:11,12 52:20
  52:20,25 53:9
  56:15 58:15
  72:8 75:4,5,8
  112:19 113:20
  114:24 115:4
  118:9 153:16
  174:22 188:5
  211:2,7,8
  212:14 228:8
  228:14 238:21
  241:4,6,17,22
  241:24,25
  247:5 253:7
  263:9 265:6
  269:24 270:14
  306:14 309:10
analytical
  184:8 207:14

analyze  51:16
  152:21
analyzing
  42:20 49:23
anderson  29:15
  29:18 30:18
  110:1 113:8
  119:19 284:24
  286:7,17
anderson's
  285:3
andersonpan...
  285:20
annual  60:15
  106:4 107:16
  218:11
annually
  111:16
answer  8:24
  14:21 31:17
  32:22 33:3
  55:6 60:7
  67:18 72:13
  93:13,13,20
  94:1 95:3
  105:4 136:23
  145:16 147:14
  151:22 162:25
  198:6 202:17
  202:23 233:15
  312:14
answered
  239:5 316:8
anticipate
  93:21

antonucci  3:3
  5:17 6:13
  129:15 137:16
  137:19 182:3,5
  200:14 273:14
  313:17 314:5
  318:13
anwar  2:22
  4:16 5:4,8,12
  5:13,15,25 6:9
  6:19,24 7:1,4,6
  7:7 9:3,8,15,17
  9:21,25 10:5
  10:15,19,23
  11:1 12:7,17
  12:22,25 13:3
  13:4,14 15:20
  15:21 18:10
  19:1,7,10
  21:20,22,25
  22:4,20 23:23
  24:11 30:3
  31:21 32:2
  33:7,11 34:22
  60:6 65:23
  66:2,8 73:15
  73:19 81:15,21
  81:25 82:11
  84:25 85:1
  92:13,16,18
  93:7,11,16
  94:5,12 95:5
  95:14,20
  113:25 119:24
  120:6 122:22

| | | | |
|---|---|---|---|
| 122:24 129:3,6 | 221:10,13,19 | apologies 47:25 | 279:19 |
| 129:19 132:5 | 225:19 227:1 | apologize 73:10 | applies 135:17 |
| 133:13,15 | 231:10 232:8 | 73:15 183:13 | apply 91:8 |
| 134:16 136:11 | 236:23 237:9 | 239:8 281:22 | 122:13 |
| 136:14,22 | 239:8,11,18,24 | 283:13 | applying 279:6 |
| 137:10,23,25 | 246:14 248:25 | apparent | appointed |
| 138:23 139:6,7 | 249:25 253:19 | 219:10 | 132:21 |
| 145:21 147:15 | 258:16,19,25 | apparently | appreciate |
| 148:8,16 | 259:7 262:1,13 | 260:9 | 31:25 105:20 |
| 149:15 150:18 | 264:16 273:15 | appear 143:8 | 254:25 264:10 |
| 152:18 156:2 | 273:19 276:1 | appearances | 285:9,17 |
| 156:16 158:14 | 276:12 277:10 | 2:1 3:1 | approach |
| 158:19,23,25 | 283:19 285:6,9 | appeared 6:20 | 61:22 62:1 |
| 159:3,11,20,21 | 285:14 286:5 | 15:1 255:6 | 126:3 192:6 |
| 160:1,3,20 | 286:23 287:4,8 | appearing 6:3 | 212:17 218:25 |
| 163:24 164:13 | 287:18,21 | 6:17 300:22 | 223:14 224:9 |
| 165:5 170:1,3 | 288:3,4,7 | appears 24:20 | 224:11 242:20 |
| 170:14,17,19 | 289:19 290:17 | 226:20 232:10 | 246:21 247:16 |
| 170:21 171:2 | 292:15,19 | 249:4 259:11 | 261:4 278:6 |
| 171:11,23 | 294:14,20 | 284:15 285:15 | 280:12 |
| 179:8,14 | 299:7,22 301:2 | 288:12 290:11 | approaches |
| 181:15,24 | 301:6 303:15 | 301:19 305:10 | 16:24 55:5 |
| 182:2,6,11 | 305:6 307:11 | applicable | 72:10 222:11 |
| 187:14,16 | 308:13,14 | 97:17 | 280:1 312:16 |
| 190:6,23 | 309:2,8,19 | application | 312:21 |
| 191:14 194:23 | 311:12 312:13 | 52:22 58:17 | appropriate |
| 195:1 200:4,17 | 312:23 313:22 | 122:7 213:1 | 296:7 |
| 200:21 201:1 | 313:25 314:3 | 216:15 281:8 | appropriately |
| 202:25 203:12 | 316:10 318:4 | applications | 226:17,18 |
| 205:3 212:5 | 320:8,11 321:3 | 30:9 278:19 | approved |
| 213:6,9,11,16 | 321:11 323:6 | applied 29:14 | 252:19 |
| 213:21 214:10 | anybody 315:1 | 37:18,22 39:12 | appurtenances |
| 214:13,15 | 317:15,16 | 60:10 112:14 | 63:20 |
| 215:4,9,14,24 | anyway 285:13 | 121:2 278:20 | april 160:5 |
| 216:5 220:22 | 290:1,6 308:12 | 278:24 279:14 | 162:1 197:25 |

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 337 of 422

294:11,22
295:17
**aqueous** 252:11
**aquifer** 39:8,12
  40:15 43:11,17
  176:7,19
  180:13,15
  186:16 218:19
  230:1,3,4,16,18
  243:24,25
  244:4
**aquifers** 188:11
**aral** 27:23 28:4
  28:4 59:15
  77:13,17,20,21
  114:9,12
**aral's** 77:23
**arbitration**
  107:17
**area** 41:18
  45:17,21 50:13
  60:23,24 67:1
  84:2 109:3,3
  128:14 174:19
  174:20,23
  175:1 221:7,9
  223:10 236:20
  255:15 304:4
**areas** 40:25
  151:24 152:1,4
  152:6,22,24
  153:3 167:1,8
  172:4 174:17
  177:25 178:4
  199:23 326:1

**argue** 215:15
**arizona** 70:1
**arm** 245:15
  310:15
**art** 241:7
**artesian** 40:3
**article** 52:6
  64:14 74:5
  250:6,8,18
  251:2,19
  301:20 310:21
**articles** 24:1,22
  28:3 29:4,9,10
  306:5
**aside** 17:6 56:6
  56:20 69:9
  74:22,23 76:5
  76:8 78:25
  79:1 90:5
  135:21,23
  283:6
**asides** 18:1
**asked** 51:7
  56:12 60:11
  68:21 72:13,21
  79:5 117:1,9
  131:16 137:6
  179:21 180:10
  215:19,19
  222:9 255:14
  261:9 265:5
  302:8 315:10
  316:11
**asking** 31:14
  32:22,24 33:5

33:22 78:19,22
81:1 84:24
92:10,20 93:5
93:7,9 94:5,6
126:3 136:12
220:21,22
237:12 262:11
282:4 311:20
311:23,25
312:6
**asks** 298:12
**aspect** 58:14
  310:25 312:3
**aspects** 52:19
  73:21 194:19
  265:4
**assess** 40:22
  48:10 49:4
  263:5
**assessing** 48:25
  65:15 123:17
**assessment**
  47:16,20 49:5
  49:10 52:8,10
  87:20,24 88:2
  88:5,16,22
  89:1,20 90:4,7
  90:9,13,18
  139:23 190:11
  190:13,16
  248:6
**assessments**
  49:13,25 87:14
  140:8

**assessors** 75:15
  75:16
**assign** 115:10
  242:3 244:16
**assigned** 53:19
  53:22 84:4
  112:12 118:23
  131:10 275:13
  277:19 280:4
  281:16
**assignment**
  291:6 293:23
**assist** 41:19
  56:18 77:11
  116:3 117:20
  315:2
**assistance**
  58:25 117:3
  123:1,4,8
**assistant** 54:7
  54:11 71:15
**associated**
  91:23 133:22
  189:8 207:25
**associates**
  116:12
**association**
  88:17 211:25
  305:19
**assume** 8:5
  23:25 63:25
  92:14,20 126:1
  219:1 236:15
  257:23 267:2
  278:24

Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 338 of 422

**assumed** 62:18
63:2 203:14,22
205:12 218:16
234:6 237:1,20
**assumes** 203:5
234:22 239:14
240:1,4
**assuming** 42:22
158:20
**assumption**
188:9 206:1
218:20 234:25
236:10,15,25
238:19 240:9
252:3
**assumptions**
79:19 80:1
173:23 223:21
224:18 247:2
260:5 281:5
**astm** 211:23
212:9
**atlanta** 35:20
304:3,4
**ats** 192:21
**atsd** 315:15
**atsdr** 6:13
11:20 14:9,24
20:13 21:9
22:2 46:16,20
46:24 47:5,14
48:25 49:2,12
49:24 52:8
53:15 54:12,21
54:25 58:4,9

58:22,23 59:3
65:7 70:5,5
71:7,18,25
74:12,14,25
75:2,11 76:10
78:3 81:9
83:11 84:2,4
87:5,13,14
88:3 89:19
91:5 94:7,8,15
98:11,22,24
99:3,4,9 103:8
103:14 104:9
106:8 110:4,8
110:20 112:4
112:12,14,15
113:10 114:2
115:23 116:9
118:15 121:19
123:19 124:10
124:15,23
125:14,15,25
126:2 127:9
128:22 129:23
129:24 130:3
130:11 131:5
133:6 136:25
139:16 140:23
144:15 145:7
145:19 146:1
147:1,23
149:11,24
152:20 158:12
183:21 192:9
194:9,12

199:19 244:25
246:20 248:23
249:4 254:8,12
255:2 256:4,22
257:11,16
259:5,14 261:4
262:22 264:21
264:22 277:16
277:16 283:8
295:11 296:22
300:7 306:1,17
306:19 307:15
307:25 310:4
311:7 314:20
315:3,22
317:15,19
321:1,6 324:9
324:23 325:19
327:1,9
**atsdr's** 20:15
20:20 58:25
70:24 83:18
86:9,25 87:4
97:23 99:17
104:11 105:1
106:2 109:21
136:2,15 138:2
144:23 149:17
165:1 168:8
209:16 257:3
298:2
**attaching**
305:10
**attachment**
13:16

**attack** 73:18
266:11 267:21
**attempted**
96:14
**attend** 124:2
247:8 300:13
**attendance**
300:8
**attended**
124:13 143:19
256:12 300:9
300:10
**attending**
248:17 300:3
**attention** 86:5
139:19
**attire** 316:22
**attorney** 5:5
17:23 307:9
**attorneys** 2:2
2:20 6:6
307:20
**august** 135:10
**auspices** 74:7
75:10
**australia** 121:8
**author** 55:17
319:12,16
**authored**
306:16
**authorities**
34:12
**authority** 29:22
32:17 33:14

Golkow Technologies,
A Veritext Division
877-370-3377                                   www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 339 of 422

**authors** 29:17
  30:17
**automated**
  73:3 74:3
  121:3
**automatically**
  9:12
**available** 13:25
  14:15,16,22
  23:13 27:19,20
  40:3,16 41:1,4
  44:23 45:1
  70:6 114:25
  130:1 147:21
  188:5 195:16
  198:12 199:2
  204:9 216:11
  224:19 232:7
  236:5 253:2
  258:3 305:17
  311:8
**avenue** 2:12
  129:24
**average** 188:12
  272:24
**averaging**
  105:23
**award** 305:11
  305:14,18
**awarded** 74:9
**aware** 65:2
  67:23 69:11,21
  70:5 77:6
  78:19 89:8
  90:6,7 91:5

98:23 99:7
107:4,7 109:16
116:24 152:12
162:11 167:9
175:10 254:22
254:25 271:22
283:5 304:7
316:3 320:15
**axis** 228:21

**b**

**b** 62:8 63:5
  184:10 323:11
**bachelor's** 25:8
  25:14
**back** 14:24
  28:16 39:19,25
  40:3,6,16
  48:21 50:8,22
  51:24 61:16
  66:6,9 68:8
  74:17 75:20,24
  82:9,12 87:1
  97:2 105:11
  107:13 120:4,7
  122:20,22
  146:3 147:19
  148:14,17
  153:15 158:3
  163:19 170:1
  171:21 175:5
  176:21 177:1
  179:12,15
  183:7 185:6
  186:3,8 193:9
  202:4 208:12

210:1 221:17
221:23 225:22
226:24 231:23
235:6 245:11
248:9 258:23
259:1 266:11
267:14,21
270:17 295:4
297:17 305:24
307:14 313:11
**background**
  25:6 35:9 98:6
  111:3 112:17
  113:17
**backwards**
  210:6 216:10
  216:16
**bad** 256:14
**bain** 3:6
**balogh** 1:18
  322:3,23
**bands** 228:9
**banker's** 13:24
  14:8,14 18:2
**bankers's** 14:7
**banner** 288:25
  290:1,11,16
  292:8 317:9
**barack** 134:8
**barbara** 110:1
  113:8 119:19
  295:13 319:17
  320:1,10,15
**barium** 64:8,10
  64:13

**barracks** 172:5
  172:18
**barrier** 43:12
**barry** 54:8
  71:16 194:11
**base** 85:3 86:13
  86:16 133:24
  140:1,9 147:4
  151:10 152:24
  153:4 156:22
  164:17,20
  165:19 167:20
  173:22 181:19
  190:9 195:16
  198:13,20
  199:25 225:13
  315:12 325:13
  326:5,17
**based** 36:21
  37:3 38:9,15
  57:16 62:11
  89:23 98:5
  121:5 134:18
  140:10 150:8
  150:19 151:14
  151:19 153:16
  154:4,11 156:4
  157:8 163:10
  169:9 170:5
  175:18 181:4
  183:1,4 185:12
  186:6 188:5
  192:12 203:19
  203:20 206:4
  208:22 216:11

217:3 223:5
235:1,3 236:4
238:5 257:22
269:5 276:22
298:17
**basement** 16:2
**bases** 156:24
**basic** 25:20
**basically** 111:6
209:3 210:24
217:24 223:9
234:8 249:23
280:11,17
**basics** 7:12
**basis** 60:15
125:13 166:3
175:19 177:11
180:10 188:9
203:22 205:21
206:4 211:18
218:20 234:24
238:4
**bat** 248:15
**bates** 18:7 22:2
82:6 129:13
133:9,14
138:14,21
139:4 149:4
158:8,13 171:7
200:1 248:23
253:17 259:5
273:17 283:17
286:22 287:25
292:13 294:18
300:25 305:4

317:3 319:8
324:3,8,16
325:4 326:7,25
327:4,8,12,16
327:20,24
328:3,7,10
**bathroom**
148:6 179:4
**battle** 264:4
**baughman** 2:8
6:1,1 7:3 9:14
10:3 12:23
81:13,20 137:9
179:5 181:25
182:4 187:13
200:12 213:10
213:12 239:17
307:2,6 308:9
308:23 309:12
312:11 313:20
**bay** 151:20
152:7 153:12
154:22
**bays** 153:12
**beach** 152:8
153:12 155:4
**bear** 31:5 32:11
32:13 34:6,7
34:23
**becoming**
80:22
**began** 99:24
166:8,12 172:2
177:21 235:4

**beginning**
73:25 270:6
271:11
**begins** 315:6
**behalf** 5:24 6:1
6:4,13 14:18
147:23
**believe** 28:16
29:17 32:5
38:22 52:5,7
57:7 60:14
61:14 74:16
87:10 89:1
108:25 124:18
125:12 132:10
146:8,25 149:1
152:13 154:4
154:14 156:4,9
157:21 169:24
170:11 191:15
194:8 196:13
201:7,13 208:4
208:8 210:24
211:13 214:10
226:3,17,18
234:21 235:19
235:20 236:8
236:25 239:14
239:25 245:21
247:14 248:15
249:15 250:5
253:1 254:4
257:15 262:21
263:11 265:19
275:10 276:16

278:5,17
279:17 280:16
280:22 284:7
284:12 305:1
307:7 311:2,8
312:4,23
317:11
**believed** 135:17
161:4 237:20
**believer** 267:15
**believing**
177:12 211:18
**bell** 1:14 2:15
2:15 288:13,15
290:19,23
291:2,4,5,13
293:4,20
302:22 303:5
303:22,22
304:5
**belllegalgrou...**
2:18,19
**bells** 118:3
**benefit** 121:19
**benefits** 138:5
139:13
**benzene** 89:2
102:7,11,17
165:22,23
168:9,12,17,18
168:21,22,24
169:4,15,20
173:15 174:3
187:18 199:11

berkeley 172:7 172:21 178:6

bertka 292:23 293:3,14,17

best 16:9 50:25 74:10 80:3 90:14 117:15 150:11,21 160:21 188:22 198:2 237:13 251:1 274:7,10 277:20 278:6,9 279:15 296:6

better 126:3 268:1

beyond 114:24

bias 207:1,12 207:13 208:14 208:24 209:4,8 209:13 227:13 227:13

biased 252:2

biases 208:3,8 208:10

bid 55:18

big 60:21,23,23 65:14 175:24 176:9,14

bill 135:9,16 136:5 302:22

billion 141:15

biodegradation 207:8 260:10 260:22 267:18 273:1 274:5

277:19 280:4 312:19

birth 88:18 90:20 92:3 97:4 144:16

bit 25:5 35:8 41:24 59:24 61:24 81:6 86:5 101:11 122:4 137:24 150:24 171:25 183:12 198:15 211:12 226:21 237:19 282:24 313:5

blinded 94:23 97:15,15 192:13,15,25 193:19

blow 232:5 278:4

blue 259:24

bob 115:19 117:19

body 249:6 293:1

boiled 289:21 290:8 291:18

boils 223:3

bolts 306:7

book 32:12 34:21

books 32:13

boston 284:12

bottom 11:6 19:22,23 22:8 86:6 159:22,25 205:4 269:21 270:9 288:16 293:2 294:22 294:25 301:11 301:23 317:7,9

boulevard 2:4 20:22 96:12,19 96:20 107:22 107:25 108:2 108:16 109:2 115:2,3 121:16 121:23 122:1,5 122:16 139:25 140:25 151:8 151:25 157:4 157:11 164:2 165:10,17,24 166:3 173:4 177:21 178:2,4 178:10,16,22 179:23 180:1 187:1,3,17 189:18 191:20 198:11,14 199:3,24 202:12 204:2 210:15 211:15 217:14,21 223:19 326:2

boundary 80:2

bove 22:2 91:15 98:11

124:22 145:24 188:20 248:23 259:5 295:10 297:22 298:5,8 298:22 299:16 300:4 306:15 324:9 327:1,9

box 13:23,24 14:7,9,14 18:2

branch 271:20

break 8:21,25 15:12,15 65:21 66:10,13,15 82:13,14 113:22 117:23 119:24 120:8,8 120:11,16 126:14 148:6 148:18,20 158:20 179:4 179:16,20 221:11,24 222:4 259:2 296:10 313:6 316:21

breast 131:23

bridgeside 2:4

brief 144:19

briefly 15:22 27:2 180:9

brigman 288:20 289:8

bring 17:25 119:4 128:5

Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 342 of 422

bringing
  158:11
broadway   2:8
brought   11:10
  47:15,25 89:10
  89:11,13,22
  127:23 192:1
  256:24,24,24
  304:19
brunswick   43:9
btex   101:23
  102:5,6,7,10
  164:8 165:21
budget   101:13
  105:3 147:22
  147:24 240:15
budgetary
  91:23 255:1,17
  300:15
budgets   99:23
  100:1 105:10
  126:15
build   36:19
building
  174:20,25
  220:11
buildings   220:9
  223:1,4
built   272:5
bullet   86:18
  178:13,19
  179:23
bunch   242:12
burn   15:18

burned   15:5
business
  302:18
butcher   96:2
byproducts
  272:14

**c**

c   5:2 62:8 63:5
  219:8
calibrate   187:8
  197:17 210:3
calibrated
  210:25 211:13
  211:19 226:17
  226:18 260:5
  278:20,25
  279:7,17,22
  280:4,24,25
  281:12
calibrating
  197:14 203:19
  221:3
calibration
  103:24,25
  196:17,19
  206:11 208:5,6
  211:13,23,25
  212:11,16,19
  217:25 224:13
  224:14,17,21
  228:2,13,15
  231:22 233:18
  241:15,21
  243:6 263:9,15
  263:16 270:22

274:8 277:21
  278:6 308:21
  309:9
calibrations
  227:13
call   6:8 25:21
  34:20 57:4
  115:5,8 242:6
  267:9 287:8
  292:11 302:25
  313:21 315:1
  318:11
called   39:8 54:7
  121:4 133:18
  137:15 146:18
  219:10 269:7
  305:16
calling   251:2
  264:4
camp   1:4 4:4
  5:18 11:14
  13:19 14:10
  16:4,21 21:1,9
  56:5,20 61:3,4
  69:21 74:23
  80:24 81:1,7
  81:22 82:5,20
  83:13 85:2,3
  85:25 86:7,8
  87:6,19 88:17
  89:9 90:19
  91:3,8,19 92:8
  93:3 94:17
  95:7,9,23
  98:13 99:6,8

99:11,18 100:6
  101:9,15,19,20
  102:16 104:12
  105:1 106:10
  107:2 109:21
  112:1,21
  113:19 114:2
  114:21 116:5
  117:2,11 118:7
  118:18 119:11
  123:9,15,21
  126:1,24,24
  127:2 128:4,13
  128:19 131:22
  133:24 134:1
  134:13 136:4
  136:16 140:1,9
  141:21,24
  144:14,23
  146:23,23
  147:9 149:12
  149:13,19
  151:3 152:8
  153:13,17,24
  154:1,6,9,14,21
  154:25 155:4,7
  155:8,14,15,20
  155:25 156:4
  156:11,19
  157:3,9,13,18
  157:21 158:4
  160:24 161:7
  161:19 162:13
  162:20,20
  163:2,4,6,11

Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 343 of 422

181:20 183:21
186:2 187:7
199:25 206:5
209:17 225:14
247:11 249:9
250:22 254:3
254:11,16
255:11,13
256:19 265:18
267:1 269:10
283:4,9 284:17
298:23 299:3
301:21,25
306:4,12 308:5
308:16 310:11
312:1 318:18
323:17 324:14
324:24 325:2
325:13 326:5
326:17
**campus** 257:3
**canal** 41:18
**canals** 42:3
**cancer** 57:7
59:2 98:13
131:23 144:17
305:25 306:9
**cancers** 88:18
90:21 92:3
97:4
**cantor** 124:18
132:23
**cantor's** 124:25
**cap** 89:10,16,25
89:25 90:5

123:9 125:3,4
125:12,18
126:2 127:6,9
127:14,17,25
128:3,12,18,23
128:24 129:21
130:7,14,21,24
130:24 131:8
131:11,13
132:10,20,21
132:22 133:2,4
133:6 146:12
264:23 270:6
271:11,14,16
271:22,23
272:1,8 284:8
284:9,10
292:21 293:7
293:20 294:1
295:20,22
296:7,16,16,24
297:13,20
298:1 300:3,8
300:8,10,12,13
300:16,19
304:2,12,13
**capacities**
161:20 204:14
**capacity** 11:20
98:1 304:5
311:24,25
**caps** 264:1
296:17
**capstone** 26:3

**carbon** 289:3
**care** 133:25
134:22 135:1
135:24
**career** 35:11
**carlo** 242:1,2
242:15 243:10
243:19 244:3,5
244:13
**carolina** 1:1 4:6
11:16 85:3
133:24 181:20
199:25 217:4
225:14 252:19
322:5,14
325:14 326:6
326:18
**carried** 177:14
187:5,9
**carries** 190:25
**case** 4:4 21:1,2
21:4 32:23
37:6 67:9
88:21 93:10,22
138:19,22
143:25 216:24
246:8 260:8
262:12 312:7
313:1
**cases** 1:7 59:2
**catchall** 184:1
**caught** 249:22
**cause** 98:9
146:21 168:19
322:9

**caused** 73:17
207:14
**caveat** 78:18
126:20 141:25
**caveats** 94:4
**cd** 15:17
**cdc** 53:14,15
55:17 81:17,22
82:5,20 317:7
317:20 318:18
319:20,21,23
320:18 321:1
323:16 324:14
**cdc.gov.** 286:1
**celebrate** 294:8
**center** 138:7
320:19
**centers** 77:2
**cercla** 46:25
48:25 87:11
104:19
**certain** 37:8
45:23 53:10,11
58:14 63:2,19
63:20,20 67:10
67:11 75:7
107:9 137:3
144:19 154:4
155:25 204:11
206:7 224:3
242:6 270:24
275:19 281:5
297:12
**certainly** 215:5
274:7 285:19

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 344 of 422

certificate
  322:1 323:9
certification
  202:19
certified
  202:16
certify  322:5,8
cetera  80:2
chain  160:4,5
  162:1 284:5,6
  285:18 287:16
  288:9,17
  291:24 301:7,9
  301:11 302:19
  303:3,4
chair  124:16,18
challenge  103:1
  106:14 251:20
challenges
  102:25 108:20
  125:8 126:5
chamblee  257:3
change  37:2
  282:3
changed  63:22
changes  94:2
  243:21
channel  25:23
chaos  295:21
  297:21
chapter  100:22
  100:24 122:16
  142:6 162:15
  175:16 181:12
  181:22 182:7,9

196:24 199:17
200:1,5 201:13
204:22 206:22
212:3 218:14
219:8,8,15,15
225:5,6,15,20
231:24 232:2,3
232:9 236:8
238:19 240:13
240:16,17,20
240:22,25
241:1 242:25
247:3 248:5
253:1 273:5
292:3 325:17
326:6,20
chapters  142:6
193:7 201:21
201:23 292:2
characteristics
206:6
characterizati...
94:23 184:2
221:1 252:9
characterize
41:7,8 42:12
43:1,20 52:11
109:9 127:1
147:8 223:14
261:15
characterized
203:10
characterizing
117:4 222:16

charge  81:3
248:4 254:15
charged  246:17
chase  5:2
check  71:20
261:6
chemical  41:21
61:23 62:2
63:25 64:2
65:4 98:8
chemicals  47:6
61:17 102:3,22
165:11 168:4
cheng  31:5
32:11 35:6
cherry  34:9
childhood  59:1
88:18 90:20
92:3 97:4
98:12 144:17
children  88:7
88:13
chloride  43:9
43:10 168:2
187:20 199:10
261:3
choice  256:15
276:13
chose  241:6,9
christmas
294:4,9
christopher
132:16 138:6
139:15

cinnaminson
45:17
circulating
294:25
cis  261:2
city  290:3
civil  1:3 9:6
12:11 25:8,15
26:8 36:3
47:15,18,19
74:8 111:5
323:20,25
cjla  292:13
327:25
cl  86:7 123:23
158:8 300:25
305:4 325:5
328:8,11
claims  144:13
283:4
clapp  130:20
131:7,7,10
284:7 285:5
clarification
35:25 48:3,7
68:19 86:18
105:21 223:17
305:2
clarify  20:25
58:23 85:17
86:13 102:14
111:11 179:20
215:12 222:7,8
241:13 316:9

Golkow Technologies,
A Veritext Division
877-379-3377                                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 345 of 422

classic 33:20
classification
48:4 111:1,14
113:6
classified 98:15
113:15
classifies 49:1
classifying
248:8
cleaner 86:7,14
86:16,19,22
165:19 173:22
234:22 235:12
235:25 236:7
236:16
cleaners 86:22
167:20 217:3
218:24 220:3
222:13 223:13
235:2,5,17,18
235:22 236:13
248:9 252:25
279:10,16
280:1 281:11
cleaning
141:13 165:15
167:21
clear 84:18
104:6 158:11
186:18 189:16
284:23
clearing 276:23
clement 248:11
249:7,15 250:5
251:17,23

253:6 257:23
310:19
clement's 251:2
click 12:20
client 45:20
clj 149:1
clja 18:8 22:2
82:7 158:15
200:2 248:23
253:17 259:5
273:17 283:17
287:25 294:18
324:4,9,17
326:8 327:1,5
327:9,13,17,21
328:4
close 18:22
113:21 171:10
231:15 270:23
313:25
closed 256:4,10
256:17,18
closer 44:16
clw 160:24
clw1191 160:12
161:13 162:12
163:2
coast 43:12
coauthor 52:18
71:7
coauthored
52:5 54:2
coauthors
115:14

code 56:15
121:13 133:20
279:13
codes 44:23
45:3,4,5,6,8
149:25,25
coj 317:4
cold 179:7
colleague 5:16
6:12 41:16
42:1 249:16
251:24
colleagues
90:10 249:11
254:12
collect 37:11,13
117:18,21
210:10 216:13
collected 45:3,6
45:8 79:21
collecting
49:23 79:24
college 119:3
column 207:3,3
207:4 208:13
220:8
combination
192:20 244:17
290:5
come 42:10
45:23 55:4
91:2 96:9
118:6 157:11
202:4,11 227:3
258:9 265:1

266:11 267:21
271:20 274:12
comes 25:24
197:20 260:2
296:15
coming 29:4
42:5 43:10
76:22 89:7
90:17 237:25
238:2 263:22
272:19
command
310:2
comments
193:10,11
274:25 296:19
321:7
commission
29:7 35:16,21
322:24
committee
131:1 142:14
248:18 249:8
253:8,9 254:2
254:9,14,24
255:22 256:3,6
256:8 257:5,13
communicate
248:1
communicated
248:13,16
253:6 271:16
271:18 304:18
communicating
249:24

| communication | comparing | completing | computed |
|---|---|---|---|
| 129:22 159:17 | 37:11 224:21 | 19:17 | 279:5 |
| 249:2 257:22 | **comparison** | **complex** 27:8 | **computer** |
| 259:12 269:16 | 197:15 203:9 | 109:3 121:17 | 95:15 183:4 |
| 292:16,20 | 238:20 | 122:8 251:13 | **computing** |
| 306:17 | **comparisons** | 263:17 281:5 | 206:25 207:12 |
| **communicati...** | 266:7,18 | 312:18 | **con** 246:13 |
| 105:11 320:18 | **compensation** | **complexities** | **concentration** |
| **community** | 87:12 283:8 | 250:7 | 63:3,4 95:22 |
| 123:1,4,8,15 | **competency** | **complexity** | 186:20 197:18 |
| 125:6 127:16 | 36:10 | 250:21 | 197:21 205:25 |
| 127:18 129:25 | **competent** | **component** | 207:9 208:17 |
| 130:2,9 131:19 | 249:11,16,21 | 52:14 102:12 | 208:18 219:13 |
| 131:25 224:11 | 251:24,25 | **compound** | 224:5,6,8 |
| 295:22 296:13 | 281:23 | 50:10 62:16,18 | 230:19 237:1 |
| 296:15,22 | **complaining** | 62:20,22,23,24 | 238:15,16 |
| 298:7,13,17,20 | 252:14 | 62:25 63:23 | 240:6 261:7,8 |
| 299:5 | **complete** 26:2 | 139:23 312:11 | 267:2 |
| **commuted** | 28:12,14,25 | **compounds** | **concentrations** |
| 232:10 | 58:11,17 69:16 | 61:23 62:2 | 65:4 94:25 |
| **company** 36:22 | 93:24 106:9 | 151:11 164:8,8 | 95:13,25 96:4 |
| 37:15 79:12 | 126:17,19 | **comprehensive** | 96:5,15 137:2 |
| 80:14,15 | 252:23 258:1 | 87:11 | 141:5 168:9 |
| 116:11 319:20 | 265:10,12 | **compromise** | 176:13 177:18 |
| 319:20,22,23 | 271:15 295:20 | 277:20 | 186:21 187:3 |
| **compare** 64:12 | 297:20 322:7 | **compromised** | 187:23,25 |
| 197:21 224:17 | **completed** | 127:17 | 188:4,22 |
| 226:4 260:13 | 20:17 48:12,12 | **compromising** | 189:22 190:19 |
| 260:18 261:13 | 50:18 108:17 | 276:16 | 191:7 195:21 |
| 262:5,9,18 | 212:23 253:7 | **computational** | 198:4 199:11 |
| 268:23 281:4 | 262:12 265:2 | 71:19 | 201:25 209:17 |
| **compared** | 270:7 271:12 | **computations** | 211:5,10 229:3 |
| 211:3 220:12 | 312:7 | 218:13 | 229:5 231:19 |
| 233:1 | **completely** | **compute** | 231:21 232:6 |
| | 205:23 231:8 | 218:10 | 233:8,17,24 |

237:16,22
238:25 240:1
246:23 265:9
279:18
**concepts** 16:24
275:14 278:18
281:17
**conceptual**
100:13 117:14
276:16
**conceptualizi...**
61:2
**concern** 168:19
173:11 234:3
255:19 266:24
**concerned** 57:6
233:3
**concerns** 36:18
129:23 243:6
274:23
**concluded**
120:15 141:9
**conclusion**
156:18 163:15
**conclusions**
67:15 153:9
**condition** 37:2
57:15,16,16
**conditions** 37:2
37:19,23 39:18
39:22,25 40:14
40:23 42:11
46:8 51:16,19
51:19,21,23
74:15 80:2

123:18 181:21
185:12,23
186:14,15
225:15 231:5
325:16 326:20
**conduct** 66:25
87:13 88:4,12
115:10 147:1
212:10 315:24
**conducted**
41:16 140:7
228:7 244:8
**conducting**
67:8 79:3 90:1
100:16 117:3
190:12 211:7
216:23 217:10
228:7 259:25
278:3 306:19
**conductivities**
42:9
**conductivity**
242:7
**conducts**
265:23
**confer** 313:6
**conference**
30:21
**confidence**
210:5 228:9,15
242:19,21
**confident** 272:8
**confirm** 151:19
**confused**
172:22

**confusing** 7:25
**confusion**
173:9
**congress** 90:15
123:11,25
142:16 143:6
143:19 147:1,9
147:13,14,17
148:2 152:20
244:19 245:4
302:23
**congressional**
49:2 71:10
145:15 147:22
296:23 300:1,9
300:12,18,20
**congressiona...**
39:7 123:13
**connected**
153:18
**connecticut**
56:24 57:2,4
57:19
**connecting**
155:22 162:13
**connection**
11:14 133:22
134:12
**consecutive**
313:24
**consensus**
272:5
**consequently**
274:20

**conservative**
62:19,25 63:24
223:23,24
236:14
**consider** 32:16
37:20 42:15
57:18,21 77:20
188:11 192:18
197:13 198:6
223:25 248:19
251:23 256:3
299:23 304:15
309:18
**considered**
33:14,20 34:12
74:9 101:12
137:4 173:15
180:11 197:23
224:2 252:4
255:14 263:7,8
263:10 268:17
**considering**
247:3 300:2
**consistent** 80:2
130:6,22
135:13 140:19
141:22
**constant**
218:17,21
**constituent**
260:23
**constitute**
260:17 262:4,8
262:17

Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 348 of 422

**constraints**
  255:1
**construction**
  85:5 204:13
  218:3
**consult**   70:15
  70:17 315:2
**consultant**
  11:24 32:4,8
  33:13 34:2,11
  78:10,20 80:12
  80:22,23,25
  110:7,12 191:3
  198:20 291:1
  307:8,13
**consultant's**
  107:7
**consultants**
  6:17 44:7,14
  70:4 79:5
  114:6 118:4
**consultations**
  47:17,20
**consulted**
  70:16
**consulting**
  31:13 78:7,8
  78:12,15,17
  79:2,12 81:3
  92:24 94:10
  107:1 116:11
  116:22 117:17
  118:5 159:16
  162:6 302:9

**consumption**
  62:13
**contact**   153:1
  162:5,6 293:10
**contacted**
  301:24 302:13
**contacts**   267:1
**contain**   34:19
**contained**   83:9
  83:10 150:9,20
**containing**
  107:6
**contains**   27:7
  85:12
**contaminant**
  31:4 32:10
  49:24 50:17
  95:8 141:4,14
  165:14 167:14
  173:11 181:17
  184:14 186:5
  187:2,23 188:7
  188:21 190:18
  191:7 199:21
  201:9 209:19
  224:3 225:11
  230:4,23 231:4
  260:23 265:4
  325:8,23
  326:12
**contaminants**
  95:22 133:23
  165:11,18
  184:14 224:3
  230:16,18

  235:13
**contaminated**
  41:21 42:23
  47:3 88:6 92:7
  93:2 94:17
  134:1 140:8
  144:24 151:11
  151:14,21
  152:13 154:5
  155:16 156:12
  158:2 161:5,5
  161:6 164:3,7
  164:11,12,18
  164:21 175:7
  175:11,14,24
  176:1,4,8,17,20
  177:2,7,13
  178:11,14,20
  179:24 180:12
  180:19 198:22
  201:12 221:8
  223:2,4 230:1
  230:3 233:10
  233:11,11
  238:11,12
  254:3 255:11
  255:12 315:13
  316:6
**contaminating**
  234:23
**contamination**
  43:10 50:10
  53:10 57:6,8
  85:13 86:1
  89:3 101:16,21

  101:22,24
  102:15 128:7
  135:18 140:11
  140:14,15
  146:22 149:13
  149:18 153:9
  153:10,10
  157:22 165:25
  167:20 168:12
  169:20 173:18
  174:4 175:20
  177:14 182:22
  183:3 217:25
  234:24 249:9
  315:25 325:1
**context**   30:8
  39:16 45:19
  68:21 216:7
  276:19 295:5
**continue**   31:8
  66:10 94:4
  120:9 148:18
  179:16 221:25
  229:5 254:14
**continued**   3:1
**continues**
  93:24
**continuing**
  31:9
**continuous**
  238:14
**continuously**
  115:25 203:15
  205:12

Golkow Technologies,
A Veritext Division
877-379-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 349 of 422

**contracted**
244:24
**contractor**
112:12
**contractors**
107:19 222:15
**contracts**
315:17
**contradict**
266:14 267:23
**contributing**
60:18
**contribution**
67:18
**control** 67:9
77:2 320:20
**controlling**
157:2,5,8
163:8
**controversy**
154:3
**convened** 123:1
123:4
**convenience**
257:5 282:8
293:10
**convening**
123:6 256:3
**conversation**
89:18 120:16
277:8,11
287:13 293:16
**conversations**
71:16 145:23
148:2

**convinced**
260:4 269:1
**coordinates**
107:11
**copied** 284:3
286:11,14
288:23 289:3
289:10 291:9
294:24 295:1,7
295:14
**copies** 14:9
16:2 288:12
**copy** 13:23,24
15:5,8 18:14
18:14 22:6
23:7,17 24:6
24:19 149:3
169:24 284:23
290:3 306:2
**corner** 171:13
317:8 319:12
**corners** 5:3
**corporative**
55:15,19 58:21
58:23 72:9,20
76:12,16 77:9
115:5 261:9
**corps** 85:3
103:1,9,13,18
104:4,8,14
106:2 109:12
109:16 127:20
133:23 140:1
156:23 181:19
199:25 225:13

325:12 326:4
326:16
**correct** 10:23
11:25 12:1
15:3 17:2,10
19:7 20:3,4,18
20:19,23 21:2
21:25 22:11,19
24:4 25:3,10
25:12 26:9
28:7,8 29:1,2
35:13,14 37:13
37:25 38:1
44:8,13 46:17
46:18 47:23
58:1 59:20,21
59:22 64:3
66:18,19 68:7
68:10,16,23
70:22 71:1
78:16 80:18
84:17,17,20,21
86:19,23 87:21
87:22 91:1
92:4 93:6
95:15,23 96:13
97:5,7,8,23
98:4,10 100:2
100:3 101:4,16
101:17 103:10
103:21 104:10
104:16 105:19
106:11 108:14
109:14,18,19
109:22,23

114:13,18,20
115:16 116:13
117:11 135:14
135:15 143:4
146:10,11,12
146:13 149:20
151:4 153:22
154:22,23
155:1,2,4,5,9
156:6,7 157:15
157:16,19
160:9,10,19
162:17 166:18
167:4,15,17,18
167:22 168:3,6
168:7,11,20
173:3,5,6,12,15
173:16 175:9
177:3 178:9,12
178:18,25
180:4,8,16
181:15 186:24
187:4,21
189:20,25
190:16,17
196:7 198:23
198:24 202:8
203:18 217:12
237:3 238:3
240:3 241:8,8
243:17 247:10
249:5,14
251:18 252:7
253:22,23,24
254:20 259:18

259:21,22
266:16 269:6
273:3 277:23
282:10 288:3
288:21 293:4,5
295:2,14,18
301:16,22
302:3 303:18
303:20 308:17
308:18 310:12
310:13,17,18
315:20,21
316:6,7,19
317:13,24
**correction**
19:18 187:15
**correctly** 49:18
77:3,12 96:3
103:3,4 130:3
134:2 135:11
140:3,17 141:1
141:18,19
145:1 149:19
151:15 162:16
162:22 163:13
168:16 193:19
228:25 249:13
254:19 255:3
257:8,18
260:19 266:15
274:15 275:1
275:15 276:20
277:22 280:7
281:25 282:9
289:4 292:5,7

293:11 297:1,2
302:2 303:1,8
**corresponden...**
158:7 248:22
249:19 253:16
259:4 273:16
283:16 287:24
292:12 294:17
300:24 305:3
325:4 326:25
327:4,8,12,16
327:20,24
328:3,7,10
**corresponding**
171:6
**correspondin...**
280:2
**corroborate**
128:12
**corroborated**
206:8
**cost** 104:25
105:23 109:17
**couch** 61:15
**council** 244:25
245:12,15
249:8 284:17
290:3 310:15
319:4
**counsel** 1:17
2:1 13:20
16:12 17:8,14
148:22 150:6
162:2,6 191:2
222:2 244:20

291:3 306:23
315:10 317:22
322:9
**country** 39:10
245:19 246:1
**county** 322:13
**couple** 8:21
14:13 29:9
31:22 113:23
117:22 124:15
226:5 229:16
234:11 306:11
310:8
**course** 25:16
26:18 28:11,13
56:17 104:11
112:13 119:12
216:14 246:23
252:25
**courses** 28:19
**court** 1:1 4:5
4:11 7:17 8:8
8:13,16 274:19
287:19 318:9
**courthouse**
151:20 152:7
153:11,12
154:22
**courts** 70:2
**cover** 234:16
257:1 265:4
296:7
**covering** 235:9
**created** 314:14
317:15,16,19

319:13 321:1,1
321:4
**creating** 314:24
320:16
**creator** 320:24
**credibility**
275:13
**crisis** 320:19
321:2
**criteria** 38:15
75:7 137:3
224:1 234:8
244:2
**critical** 118:16
246:20 265:8
307:16
**criticism** 88:22
89:7,8 90:6,8
142:20 264:1
264:10,19
312:3
**criticize** 90:15
**critique** 111:17
243:16 308:2
308:16,19
309:3 311:1,1
311:7
**critiqued**
242:25 247:4
310:11,16,25
312:18
**crunching**
117:13
**cstr** 238:14

Golkow Technologies, A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 351 of 422

cup 65:22
curiosity 61:2
curious 305:13
current 24:19
  32:24 33:5
  39:22 42:7,11
  46:8 51:19
  60:13 74:15
  80:8,9,10
  141:14 216:12
  254:10 258:4
  274:9 282:4
currently
  102:24 293:7
curve 96:6
curves 64:22
cv 1:3 4:5 21:24
  22:7,13,22,25
  23:2,10,13,15
  23:18,25 25:2
  29:11 50:23
  302:12

**d**

d 62:8 63:5
  110:14 323:1
d.c. 35:16 247:8
  254:6
daily 210:20
dam 36:15,19
  36:22 37:9
dams 36:8,9,11
dan 309:21
data 37:11,14
  40:2,6,16,18,19
  48:11 49:23,24

52:20 58:15
63:13,16,17
64:1,17 74:4
89:2 100:10,15
100:16 103:2
104:1 109:8
113:19 117:16
117:19,21
127:2 152:3
157:24 168:13
168:13 169:8
176:18,24
181:2 182:21
182:21 185:13
186:3,5,6,10
187:7 188:6,6
188:6,7,7,16,25
189:11,12
195:15,19,20
195:22,25
196:4,5,9,11,15
196:16,21
197:8,16 198:5
198:12,19,19
198:25 199:1,1
199:2,10 201:3
201:4,20 202:6
202:11,21
203:2,8,10
204:9 205:19
207:13,20,20
207:23 209:16
209:24 210:4,5
210:9,10,18
211:4,6 216:11

216:13 224:5,6
224:8,19,22,22
224:23 226:4,4
226:5,5,6,6,11
226:13,14,19
226:20,20
227:6,9,10,19
227:19,22,23
231:13,15
232:7,10,12,14
232:17 233:2
233:16 243:7
248:7 251:4
252:12,15,15
255:8,14 258:3
260:4,13 263:6
267:9,9,11,12
269:23 270:11
271:5,6
databases
  100:10,15
date 1:12 4:2
  22:9 53:25
  64:12 89:4
  108:11 109:1
  139:5 143:21
  250:24 253:3
  258:4 264:11
  304:23
dated 18:7
  84:23 137:12
  138:3 160:5
  162:1 253:21
  259:12 268:20
  273:23 283:25

285:19 287:22
288:9,17
292:16,20
294:22 295:17
301:8,10,15
302:20 324:2
324:21
daughter 135:6
  146:9,21
day 32:25
  37:19 39:21
  51:16,19 57:15
  57:22,22,24
  60:13 75:25
  80:8,9,10
  117:12,12
  156:20 161:21
  181:21 185:20
  188:13,13
  216:12,14
  225:15 239:21
  260:10,11
  322:12 325:15
  326:19
days 110:13
  118:13 121:20
  238:23
dc 2:23 3:4,8,12
dce 199:10
  261:1,2
deadline
  275:24,25
  276:3
deal 82:13
  252:21 293:25

dealing   63:23
dealt   98:17,18
  201:18 246:10
  252:1
dean   2:3 5:10
  5:22,24 6:5,16
  6:22,25 7:2,5
  9:11,16,18,23
  10:1,4,10,17,21
  10:24 12:13,19
  13:2,8,11
  15:15 18:24
  19:4,6 21:19
  21:21,24 22:14
  22:17 23:22
  29:24 31:7
  32:1,19 34:15
  60:4 65:25
  73:17 81:11,14
  81:18,24 92:9
  93:4,8,14,18
  94:18 95:10,16
  113:24 122:20
  129:10,12,16
  132:1 133:12
  134:14 136:6
  136:20 137:14
  137:18,21
  138:13 139:2
  145:9 147:10
  149:10 150:13
  152:14 155:18
  156:14 158:10
  158:15,22
  159:10,13,25

160:17 162:2
162:10 163:22
164:4 165:3
169:23 170:8
170:11,18,20
170:22 171:7
171:22 179:3
181:14 190:1
190:21 191:10
194:21 200:19
202:22 203:5
204:25 209:22
211:20 213:3,7
213:14,17,20
213:24 214:2,7
214:12,14,18
214:21,24
215:2,7,11,17
216:2 220:20
225:8 226:22
230:20 231:16
236:17 237:4
239:3,23 246:6
249:17 251:6
261:22 262:10
264:13 275:20
276:9,25
284:20 285:8
285:11 286:3
286:19,25
287:6,11,20
288:2,6 289:12
290:13 292:18
294:13 297:9
298:24 299:12

301:4 303:11
303:14 304:21
307:1,5 308:11
308:25 309:5
309:16 311:3
312:5 313:5,13
313:18,21,23
314:2,6,8
318:2,6,15,20
320:9,12,14
321:8 323:8
deanna   3:18
dear   254:7
death   146:21
debate   264:3
  265:15 268:17
  276:3
dec   168:1
decade   312:2
deceased   135:6
december   78:4
  78:5 84:16,20
  99:3 175:22
  177:10 182:20
  290:3 292:21
  319:14 320:17
decide   117:14
  307:12
decided   61:21
  62:9,15 106:21
  240:22
decision   91:2
  91:18 123:20
  264:6,8 266:4
  272:23 273:10

decisions   103:3
  136:5,18 145:8
  271:8 306:21
decrease   231:3
deep   218:2
defect   144:17
defects   88:18
  90:20 92:4
  97:5
defend   274:18
defendant   2:20
defendants
  1:17
defended   224:9
defer   176:23
deferred
  216:23
define   224:16
  237:6
defined   62:24
  63:24 237:15
definitely   195:7
  202:14
definition
  256:17
definitive
  260:13,17
  262:5,8,17
  263:13 272:20
degradation
  165:16 167:16
  167:23 168:5
  173:24 186:22
  260:24 261:3
  261:12,18

Golkow Technologies,
A Veritext Division
877-379-3377                                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 353 of 422

262:23 263:2
263:18 265:6
268:22 270:16
272:13,13
278:25 279:1,4
279:5,12,20
281:8,16
**degrade** 62:19
261:5,11,24
**degraded** 261:9
**degrades**
260:25 261:1,2
**degrading**
261:18
**degree** 25:14
26:5 28:10
111:4 118:21
223:22 227:4
**delay** 108:25
108:25 264:23
**delayed** 103:2
**delaying**
255:18
**delete** 318:8
**delivered** 94:25
201:25 237:17
**demand** 163:10
178:24 180:3
**demonstrated**
252:16
**denoted** 130:20
**dense** 252:11
**density** 242:3,9
244:15

**department**
2:22 3:2,6,10
3:16 5:5,15
58:24 60:16
61:20 65:10
66:24 67:3,21
68:18 72:21
103:2,17
105:12 106:25
107:1 125:14
127:21 137:11
139:13,21
144:8,12,20,22
152:21 307:17
324:20
**depend** 204:1
230:22
**dependent**
207:24
**depending**
121:2 126:20
209:1 218:18
260:6 266:24
**depict** 214:8
**deployments**
190:10
**depo** 10:22
158:18
**deponent** 4:7
**deposed** 306:24
**deposition** 1:11
4:3 5:6,17 6:18
6:20 7:9,12,12
7:13,13 9:6,20
9:22 10:8,16

10:17,20 11:5
11:11 12:17
13:8,11 16:19
17:9,12,21,24
18:5,6,14,15,19
19:13,18,25
20:2,6,9,12
21:7,12,13
31:20 44:5,10
103:6,11 104:7
104:25 105:14
168:15 169:6
170:6,10
171:12,19
174:18 191:1
212:21 213:10
235:1,4 236:4
245:2 286:8,11
286:13,16
287:10 307:3
307:10 316:9
316:13,24
317:1 318:22
319:3 321:13
323:19 324:1
**depth** 218:4,18
**deputy** 146:1
**describe** 26:24
38:24 41:23
42:19 46:23
51:1 54:23
100:5 109:7
122:3 124:4
176:7 184:9

**described**
10:16 27:1
28:7 36:25
37:16 64:13
73:6 82:14
114:15 121:22
122:15 127:9
211:23,24
212:8,25 236:8
243:11 252:6
252:11
**describes** 126:2
161:14,17
**describing**
268:16 291:14
297:5
**description**
127:8
**design** 210:8
**designated**
98:19
**designating**
31:10
**designation**
201:15
**desirable**
276:15
**desperate**
106:25
**detail** 86:4
150:24 236:9
**detailed** 23:5
**detect** 197:12
197:14,25
262:25 266:7

266:19,25
267:2,6,11,15
**detected**
140:16
**detection** 198:1
198:9 266:8,23
267:4,7,10
268:3,4,5,8,12
268:25
**detects** 197:23
198:6 260:14
262:2,7,17
263:6 266:22
268:23,25
**determination**
37:10 153:23
164:10 217:8
**determine** 37:7
42:21 45:25
48:11 55:5
62:11 67:8,9
88:9 98:8
203:21 204:7
217:22 218:5
218:10 221:4
263:20
**determined**
72:11 277:21
**determining**
41:19 60:1
184:13
**detract** 256:25
**develop** 45:4
106:23

**developed**
26:21,25 27:15
52:18 72:9
99:25 100:9
131:22 296:4
**developer**
110:14 121:12
**developers**
116:23
**developing**
77:25 121:8
220:23
**development**
41:10 60:12
**devote** 270:2
**dewatered**
244:4
**dft** 9:5 12:9
18:6 22:1 24:8
82:5 137:11
149:11 158:7
181:16 199:19
225:10 248:22
253:16 259:4
273:16 283:16
287:24 292:12
294:17 300:24
305:3 323:18
323:21 324:1,6
324:11,14,19
324:23 325:3,6
325:19 326:10
326:24 327:3,7
327:11,15,19
327:23 328:2,6

328:9
**diagrams** 212:7
**differ** 185:18
**difference**
39:13 227:24
242:18 261:14
262:20 268:19
**differences**
280:12 307:25
**different** 48:24
49:7 51:8 53:8
55:24 81:10
96:8,10 140:24
193:8 194:19
203:2,3 207:18
222:11 223:14
241:19 242:4
242:12,12
244:16 260:11
263:22,22
265:20,20
272:17 280:13
**differently**
285:16
**differing** 260:3
267:7 268:15
269:3
**difficult** 274:18
**digests** 189:10
**digging** 42:3
**diluted** 176:15
**direct** 133:20
137:5 139:19
144:5 148:3
269:16 281:9

**directed** 290:11
**directly** 123:5
279:8,14,24
297:25 298:20
299:17,17
**director** 54:3,5
105:10 114:16
138:7 139:17
146:1
**disagree**
105:15 185:2
243:15,18
289:6
**disagreed**
246:23 251:21
307:19
**disagreements**
109:6
**disbursed**
123:16
**disc** 15:4,6,10
**discard** 268:24
**discourse**
280:16 311:10
**discover** 258:7
**discovered**
168:18
**discovery**
168:13
**discrepancy**
260:9
**discs** 14:25,25
15:1,14
**discuss** 86:3
92:12 115:9

Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 355 of 422

120:12 256:20 274:13

**discussed** 6:10 32:7 76:5 88:3 108:20 132:23 146:5 186:17 192:19 198:21 243:8,10 308:2 308:15,20

**discusses** 85:14 85:24

**discussing** 66:16 149:8 179:19

**discussion** 98:5 108:21 124:5 180:10 185:9 216:8 251:10 263:14 265:21 265:25 308:3 316:22,25

**discussions** 61:19 94:9 191:2 265:25 266:25 302:1

**disease** 46:22 77:2 138:8 140:6 320:19

**diseases** 67:11

**dispensation** 282:5

**dispersivity** 242:8

**display** 158:24 225:21

**displeasure** 297:16

**disposal** 174:7

**dispute** 164:25

**dissertation** 28:12 36:15

**dissolved** 252:16,20,21

**distinction** 97:19

**distinguish** 22:22,25 232:23

**distributed** 139:24 240:5

**distribution** 56:14,23 57:3 57:10,13,17 60:12 61:7 62:17 63:6 64:19,21 72:22 73:2,24 85:14 86:4 96:6 100:18 101:15 104:23 111:8 111:21,22 116:23 117:4,6 117:10,19 118:9 119:13 122:14 137:1 140:24 151:1,5 151:7,18,20 152:10,11 153:11 155:9 155:15,21

156:10,11,21 157:1 164:1 166:13,16,23 167:2,10 172:1 175:21 176:10 176:12 181:18 183:24 184:16 184:18,20 199:22 208:23 209:3 225:12 229:19 238:17 238:21 240:5 240:19,23 261:21 315:7 325:10,24 326:14

**distributions** 85:25

**district** 1:1,1 4:5,6 11:16

**divide** 208:17

**division** 1:2 47:10,16 91:5 91:21 97:24 271:21

**dnapl** 252:12 252:22

**doctor** 248:16

**doctoral** 28:12

**doctorate** 28:10

**doctors** 238:7

**document** 1:7 10:19 12:23 13:1,9 14:4

15:24 18:22 19:22 49:5 50:8 54:1 128:5,9 138:14 138:21 139:9 149:9,11 158:13 159:5,9 160:14,23,25 161:2,10,11,12 161:14,17,25 162:12 181:16 199:19 225:10 246:24 319:4 319:12,17 320:16,24,25 321:1 324:23 325:6,20 326:10

**documented** 168:12 219:16

**documents** 12:10 13:18,24 14:7 15:25 16:10 17:5 18:1,1 40:11 55:13 75:22 88:20 103:7,13 103:16,20,23 104:3,9,14,17 104:20 107:3 125:25 127:9 128:11 145:13 151:23 154:4,8 212:9 217:1 247:21 290:6

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 356 of 422

318:14 323:22
**doe** 69:6
**dog** 275:12,18
**doherty** 110:13
120:21,25
**doing** 39:10,17
68:14 99:15
115:23 118:16
125:14 216:4
242:20 247:4
272:15 284:21
302:8
**doj** 6:6,17
286:20
**domain** 56:17
**door** 256:4,10
256:17,18
**dose** 53:20,23
54:14,25 56:9
65:10 68:14
70:24 71:23
74:24 75:10
76:10 84:7
94:8,14,21
118:24
**double** 266:11
267:20
**doubt** 165:7
**dover** 56:25
57:25 63:8,8
64:17 65:2
66:16,17 69:10
69:19 72:15
74:22 91:6

**downwinders**
65:16
**dozen** 73:14
196:10
**dr** 28:4 30:18
33:4 54:8
71:16 77:1,17
77:20 91:15
98:17,22
110:10,13
124:18,22,25
130:20 131:6,7
131:10 132:23
139:16 145:24
145:25 188:20
194:7,11,24
238:7 248:11
249:7,15 250:5
251:2,17,23
253:6 257:23
298:5,8,22
299:16 300:4
306:15 310:19
**draft** 256:8
270:7 271:12
274:23 275:3
295:23
**drafted** 277:1
**drain** 235:9
**drank** 190:10
**dried** 244:14
**drilling** 186:7
**drinking** 41:1
88:6,17 95:9
139:24 140:9

140:11,13,24
141:8,13
144:25 154:6
161:6 162:20
162:21 163:1,3
163:12 169:22
178:15,22
180:1 181:18
189:23 199:22
209:19 225:12
240:4 249:9
254:3 325:10
325:25 326:14
**drive** 5:2
**driven** 279:2
**drop** 9:18
**dropbox**
137:14
**dropped** 318:4
**dropping**
313:15 318:3
**drown** 169:21
**dry** 86:7,14,16
86:19,21
141:13 165:15
165:19 167:21
173:22 178:23
180:2 234:22
235:5,12,18,22
235:24 236:7
236:16 243:24
243:25 244:4
**due** 93:10,23
234:15 251:3
279:25 281:10

**duly** 4:14
**dump** 236:6
**dumped** 174:14
218:22
**duty** 76:21
**dynamics** 34:5

**e**

**e** 5:2 62:8 63:5
110:7,14
121:13 158:7
159:15,23
160:5,6 162:9
162:11 236:8
248:9,22 249:2
249:3,3,6
253:5,16,20
254:7 257:22
258:8 259:4,12
259:20,24
260:2 262:15
269:2,5,14
273:16,23
274:3 276:13
277:2,6 278:1
280:23 282:12
282:20 283:16
283:24,25
284:3,3,6,7,25
285:2,3,4,12,19
286:11,14,20
287:1,2,12,12
287:16,17,24
288:9,9,11,17
289:1,3,10,15
289:16,20

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 357 of 422

290:16 291:9
291:16 292:12
292:16,20,22
293:1,3,6,13
294:2,11,17,21
294:25 295:1,8
295:10,17,19
297:8,17,19
298:4 300:24
301:3,9,12,14
301:15,20,24
303:4 304:19
304:20 305:3,7
305:16 310:8
323:1,11 325:3
326:24 327:3,7
327:11,15,19
327:23 328:2,6
328:9
ear  147:20,20
earlier  66:20
  73:6 86:10
  87:9 109:12
  156:3 186:17
  198:21 269:7
  299:9 304:2,20
  308:2,15,20
  315:11 316:8
  320:23
earliest  282:8
  293:10
early  42:2 99:5
  99:21,25
  116:22 195:23
  237:7

easier  142:24
easily  153:3
eastern  1:1 4:6
  11:15 116:1,3
  116:8
easy  222:13
ebell  2:18
ed  302:22,24
  303:5,21 304:5
edge  213:1
  214:16 215:6
  216:7 266:11
  267:20
editor  250:18
edpr  84:12
edrp  83:22,24
  84:6 195:4
education
  112:10
educational
  25:5 111:2
  112:17 113:16
edward  2:15
effective
  129:22
effects  47:2,6
effort  65:2
  140:10
efforts  20:16,21
  56:5 65:3 75:1
  99:17 101:6
  104:12 106:3
  106:10 114:3
  136:3,16
  141:24 144:22

145:6 153:7
154:21,24
155:3,6,13
157:13 183:20
263:15,16
296:24 310:22
egregious
  252:13
eight  61:14
  100:20,21
  122:19,25
  137:9,10
  150:25 151:5
  151:17 240:24
either  12:14
  21:12 37:24
  44:9 51:15
  53:17 64:20
  71:20 99:1
  108:12 121:13
  157:10 173:1
  193:14 216:11
  219:5 227:5
  234:1 250:15
  255:18 268:13
  268:14,14
  282:16 321:6
electronic
  13:21 16:7,20
elements
  279:19
elevated  163:9
  163:11
elevation  163:4
  186:12

elle  288:20
  289:1,2,8
elliott  217:17
elongated
  280:22
embargo
  143:24
emphasis  28:21
  89:2
emphasize
  282:3
employed
  20:12 309:25
employee  11:21
  12:4 94:7,14
  110:21 112:4
  112:15 113:10
employees
  114:2 115:24
employment
  58:10
emptying  37:4
enable  184:2
encountering
  127:13
endeavor  122:8
ended  233:21
  243:4 273:2
endorsed
  295:23
ends  287:14
  321:12
energy  29:7
  35:21 65:10
  68:18

Golkow Technologies, A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 358 of 422

engineer   35:15
36:2,6 47:15
47:19 48:1,8
48:16,22 49:19
49:23 50:3
51:5 53:4
78:15 80:16,17
80:20 116:22
119:4
engineering
25:9,15 26:8
36:3 72:23
79:23 80:3
111:5 310:2
engineers
36:19 44:24
74:8 305:20
enhance   129:22
enhanced
207:8
ensminger
129:1 130:18
131:6,9,17
133:18 134:5
134:19 135:5,7
135:23 136:19
146:6,9,9,14,15
146:18 147:8
159:15 160:2,6
160:7 162:10
284:16,16,24
288:12,21
289:11 291:25
297:12 299:11
299:15,18,19

301:8,10,17,21
302:4,20 304:6
304:15,21
305:8,15
ensminger's
303:4
entailed   70:11
100:7
entire   22:13
191:1,16
203:23 292:4
entirely   222:10
entirety   61:4
99:2 100:25
105:19 204:4
entitled   82:20
149:12,18
169:25 181:16
199:20 225:10
250:6 287:4
318:18 323:16
324:24 325:7
325:20 326:11
envelope   213:1
214:17 215:6
216:7
environmental
28:22 48:1,8
48:10,16,22
49:19,23 50:3
51:5 53:4
59:11,12 69:17
87:11 110:23
113:4,12
114:16 129:23

138:7 140:7
236:2 305:20
epa   49:1 71:22
73:5 86:6
141:14 222:15
epa.gov   287:13
epanet   70:18
73:5
epi   106:10,12
124:20 128:4
144:18 145:6
147:4 187:24
223:20 296:19
epidemiologic
60:19 62:12,14
67:1,16
epidemiologi...
67:19 92:2
140:8 188:2
244:21
epidemiologist
62:9 91:14
97:12 98:12,16
211:9 233:23
306:8
epidemiologi...
61:21 91:4
97:18
epidemiology
62:6 97:10,16
97:21,23 131:4
259:14
equal   208:19
equally   188:12

equate   279:24
equated   185:7
equates   279:8
equation
279:11 281:9
equations
25:22 184:9
equipment
76:15
erg   274:21
err   223:22
errata   19:17,20
erroneous
247:2
error   207:25
261:6
errors   89:21
especially
163:1 209:25
230:24 252:13
255:2 263:17
essence   192:13
essentially
71:12
establish   39:18
39:20 62:14
129:24 133:21
211:1
established
29:22 44:22
45:2 78:9
134:11 212:1
275:14
estimate   40:13
40:14 141:4

177:23 186:14
187:2,23,25
**estimated** 96:4
96:5 186:20
188:21 190:18
191:6 229:3
**estimates** 95:8
95:21 96:14,15
96:17,21
**estimating**
121:3
**estimation**
110:15 120:22
121:5 122:8
**et** 80:2
**ethylbenzene**
102:8
**evaluate** 192:2
311:18 315:24
**evaluated**
316:4
**evaluates** 144:9
144:13
**evaluation**
38:12,14 53:16
246:16
**evaluations**
111:16
**events** 223:5
322:10
**eventually**
103:15,20
109:14 280:17
282:21

**evidence**
156:11 157:20
175:19 177:11
203:6
**evolved** 71:6
278:18
**ex** 318:10
**ex1** 12:15
**ex7** 318:11
**exact** 53:25
57:5 92:7 93:2
94:16 134:9
208:20 250:24
**exactly** 34:9
131:10 189:10
208:15 219:9
243:20 267:25
**examination**
4:15 314:7
323:5,7
**examine**
154:22,25
155:4,8 157:14
157:18
**example** 65:15
69:25 74:1
115:1 185:22
186:12 189:9
194:11,15
196:13 197:1
197:24 206:6
207:20 210:7
212:2 219:3
230:8 242:7
247:3 260:25

**examples** 30:13
39:5 45:7
243:23
**exceed** 296:3
**exceeded** 53:10
75:14
**exceeding** 37:8
37:8 75:6
**exceedingly**
224:6
**except** 243:2
268:6
**exception**
205:14
**exchange** 249:3
283:24 293:13
294:21
**excluding**
209:14
**excuse** 63:12
89:15 91:20
96:20 101:20
113:20 139:12
163:9 191:23
274:3
**executive**
141:15,17
142:2,9 248:14
254:2
**exhaustive**
221:5
**exhibit** 9:4,5
10:6,7,11 12:8
12:9,17 13:5,6
18:5,6,11

21:19,23 22:1
22:6 24:6,8,12
81:8,22 82:5
82:15,15
122:21 137:8,8
137:11,20
146:4 149:1,4
149:6,7,11
158:6,7,11,23
159:2,2 163:18
163:19,20,25
170:2,18,19
171:21,25
179:2,19
181:11,13,16
182:4,5,8
183:16 199:17
199:19 200:18
204:23,25
206:20 213:7
225:4,10
248:20,21,22
253:14,14,16
259:3,4 273:12
273:16,21
283:11,16,21
283:22 287:22
287:24 288:2,8
292:10,12
294:15,17
300:23,24
305:1,3,22
313:15,19
314:4,9,11,24
315:5 317:3,3

Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 360 of 422

317:25 318:3,5
318:12,14,17
318:22 319:5,6
319:9 320:7
323:15,18,21
324:1,6,11,14
324:19,23
325:3,6,19
326:10,24
327:3,7,11,15
327:19,23
328:2,6,9
**exhibits** 318:9
**exist** 163:7
224:23
**existed** 234:24
286:21
**existing** 45:4,6
71:4 72:3,6,7
72:17
**exists** 277:7
**expanse** 73:1
**expecting**
271:17,24
**experience**
111:3 147:13
296:14
**experienced**
116:6
**experiences**
24:1,21
**expert** 31:13
92:24 93:5,9,9
93:21,22 94:6
94:11 123:12

123:13 124:2
130:24 131:3
192:11 238:6
256:21 283:6
291:1,1 298:2
302:9 303:17
307:8 310:4
316:17
**expertise** 47:11
98:7 111:7
119:6,9 121:19
193:8
**experts** 6:16
130:25 192:2
**expires** 322:24
**explain** 40:5
61:24 64:4
193:14 226:16
268:1 274:10
274:10 276:17
291:8 297:17
**explained**
73:11 118:20
**explaining**
274:21
**explains** 208:9
**exposed** 144:24
189:25
**exposure** 48:12
50:18 53:20,23
54:14,25 56:9
70:24 71:23
74:24 76:10
84:7 88:5 92:7
93:2 94:16,21

94:23,24
118:24 134:13
189:19 190:11
190:12,16
209:21 248:5
306:13
**exposures**
91:10 139:23
**expressed**
212:13
**expression**
282:20
**extend** 293:19
**extending**
293:25
**extent** 31:11,14
98:2 224:22
**external** 192:9
193:1,20
**extraordinary**
275:13
**extremely**
227:22 296:17

**f**

**f** 5:2 62:9
218:14 225:5,6
225:16,20,23
225:25 226:2
226:10,10,10
226:10,25
227:18 228:17
229:14,14,15
229:17,18
231:12,12,12
231:12 232:2,4

232:4,9 273:5
326:21
**faced** 255:1
**facilities** 65:14
69:7 151:2
310:2
**facing** 264:20
264:20,22
265:16
**fact** 11:20 67:3
106:25 152:25
157:7 169:15
181:2 206:6
227:6,9 230:9
233:25 235:6
244:7 249:22
252:3 253:5
265:8 268:23
306:24 311:25
**factors** 36:23
37:9
**facts** 31:19
32:23 94:3
203:6
**factual** 175:19
177:11
**fair** 8:6,7 41:7
41:8 42:12
43:1,20 45:10
70:7 76:2
77:16 85:19
126:4 127:1
139:6 146:2
147:7 153:6
171:20 203:1

877-379-2377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 361 of 422

230:14 261:15
294:10 309:11
309:15
**fairly** 37:16
**fall** 241:12
**fallout** 65:15
69:2
**familiar** 29:13
30:16,18 31:3
32:14 34:25
83:24 87:23
134:4 149:21
184:23,25
305:24,25
306:3,5 309:20
**families** 141:10
144:24
**family** 133:25
134:22 141:11
151:2,10 152:1
152:21,23
167:2 172:6,6
172:12,19,20
172:25 177:24
177:25 178:5,7
283:3 294:4
**far** 51:24 109:3
121:16 190:7
207:21 233:3
**farm** 174:2,10
174:23
**fast** 133:8
**faster** 261:25
**fate** 28:22
56:13 100:17

181:17 183:23
184:11,12,13
193:25 195:24
196:14 199:21
201:19 212:16
225:11,16
232:22,23
233:6,19 234:3
242:5 259:25
265:4,23 274:4
277:15,18
278:14 325:9
325:23 326:13
326:21
**faucet** 238:2
**fault** 281:16
**faye** 110:7
115:15,17,19
116:12,14
117:19 119:8
216:25 217:11
273:24 275:4
277:8,12 278:2
278:12 280:19
280:22 282:17
**february**
141:12 175:8
175:21 177:3
177:10 178:17
182:19
**federal** 29:7
35:16,20
**feedback**
118:16 127:15
192:12 243:5

269:18
**feel** 19:15 22:12
82:21 188:17
256:7 257:22
**feeling** 269:12
271:14
**feet** 40:12,12
45:23 271:1,2
**fell** 233:3 267:6
**felt** 125:12
127:16 159:18
161:10 188:7
191:11 233:21
234:5 246:21
247:1 249:20
252:13,23
265:7 266:1
271:4 272:8
278:8 280:24
280:24 307:14
307:17,20
**field** 29:22
30:25 32:17
33:15 34:13
35:3 37:2
60:17 62:8,8
63:5 67:10,13
79:21 117:3,15
117:18,20
216:13 224:19
235:9 240:23
252:15,15
263:19
**fields** 61:11,13

**figure** 83:14
162:14 182:14
223:9 226:2,25
227:18 228:16
**figured** 121:18
**figures** 201:11
226:10 229:4
229:14 231:12
**file** 10:13 12:14
12:15,20
318:11
**filed** 283:4
**files** 83:19,22
83:24 84:5,6,6
84:8,13 100:16
104:20,22
107:11 110:3,4
194:10 195:4
275:8
**fill** 36:19
**filling** 37:3
**filters** 244:2
**final** 141:8
201:24 241:1
243:1 247:15
271:24,25
304:8
**finalize** 144:18
**finalizing**
259:20
**finally** 8:19
**find** 107:2
128:24 156:25
202:4 219:8
232:1 250:25

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 362 of 422

274:17,18
275:7 285:24
318:6
**findings** 96:23
122:17 142:5
144:4,21
181:22 182:8
182:10 200:1
231:23 325:18
326:7
**finds** 130:1
**fine** 22:16
113:24 200:20
212:6 237:14
269:22 270:10
283:1 302:11
308:10 313:24
**finer** 188:18
**finish** 8:15
105:17 269:19
274:8 275:23
275:23 286:22
**finished** 105:22
120:16 151:1,9
177:19 179:19
189:22 192:7
202:1 205:25
214:24 231:19
232:6 233:16
233:23 237:3,6
237:15 238:2
240:2 261:20
**finishing** 112:5
**finite** 39:12

**firm** 78:7 79:2
107:1 167:21
301:25 302:10
302:14,22
307:9
**first** 4:14,24
7:15 9:4 10:6
54:11 58:3,5,7
58:9,11,16
73:13,23 74:2
85:20 86:18
101:1,8 102:25
107:24 115:18
117:14 125:1
139:8,19,19
140:15 143:25
149:8 160:5
166:8 186:18
188:13 194:22
215:19 226:24
229:20 234:21
247:9 254:17
254:19 266:17
270:8,9 274:24
284:5 289:7,21
299:25 311:5,6
319:13
**five** 17:18
55:16 65:24,25
76:15 87:9
141:15 148:9
200:15 244:7
258:15,18
268:2,4,9
271:1 308:11

**flawed** 278:18
281:17
**flip** 223:7
229:15
**flipping** 229:21
**florida** 39:12
39:14,17 40:25
43:17
**floridan** 43:11
**flow** 25:23
26:23,25 29:15
31:4 32:10,11
36:17 39:13
42:24 100:17
118:8 122:13
181:17 184:9
195:24 199:21
212:11 225:11
230:12 231:5
233:19 259:25
261:11 325:8
325:22 326:12
**flowing** 156:25
**fluid** 25:20
26:15
**fluids** 34:5
**fly** 316:16
**focus** 25:13
26:13 28:18
77:24 86:5
113:19 125:10
201:21 306:9
**focused** 75:18
94:24 124:8
129:20 140:23

**focusing** 53:3
198:10 255:7
**folder** 9:13,19
137:20 313:16
318:3,5
**folders** 84:13
**folks** 49:20
**follow** 282:6
296:17 316:10
**followed** 212:2
212:12
**following**
201:10 209:12
223:3 264:6
296:9
**follows** 4:14
**font** 142:21
**footnote** 208:8
**force** 224:7
**forecasting**
37:17,21
**forefront** 121:7
**foregoing**
322:6
**foremost** 7:15
**forget** 105:8
248:14 250:24
**forgive** 7:10
**forgot** 120:19
**form** 29:24
32:19 34:15
60:4 92:9 93:4
95:10,16 132:1
134:14 136:6,8
136:12,20

Golkow Technologies,
A Veritext Division
877-379-3377                                                            www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 363 of 422

145:9 147:10
152:14 155:18
156:14 164:4
165:3 169:23
190:1,21
202:22 209:22
211:20 215:7
215:11,21,24
220:20 226:22
230:20 231:16
236:17 237:4
246:6 249:17
251:6 253:10
261:22 262:10
275:20 276:9
276:25 289:12
290:13 297:9
298:24 299:12
303:6 307:6
309:12,16
311:3 312:5
321:3
**formal** 114:2
191:24 280:18
**formalize**
125:24
**formalized**
125:22 195:9
**formally** 15:12
**formed** 125:4
**former** 11:20
141:10 194:17
**formerly**
320:17

**forms** 261:1
**formulating**
100:16
**forth** 105:11
248:9 270:17
**forward** 12:14
32:7 74:18
75:24 91:18
133:8 185:21
185:25 192:4
193:11 210:11
216:14 229:14
229:17,21
**forwarded**
159:17 304:20
**forwarding**
284:14
**found** 73:4
107:11 121:17
128:6 250:14
281:14
**foundation**
140:10
**four** 13:22
85:10,12
106:19 126:19
129:14 169:17
208:6 232:13
**fourth** 158:16
257:2
**frame** 31:10
302:7
**frank** 91:15
98:11 295:10
297:22

**free** 19:15
22:12 82:22
92:11
**freeze** 34:9
115:25
**fresh** 65:22
**freshwater**
132:6
**friend** 304:15
**friends** 283:3
**front** 12:15
163:20 225:20
301:3
**frustrated**
280:23
**frustration**
103:7 126:5
282:21
**fuel** 102:9,9
174:2,10,23
**fulfill** 257:14
**full** 4:22 13:24
51:10 112:14
112:15 115:24
119:20 127:8
144:14 147:24
287:16 296:13
298:7 315:6
**fully** 27:1
254:24
**function**
242:10
**functions** 242:4
244:15

**fund** 106:19
147:1,1 245:5
**fundamental**
275:11 276:6,7
**funded** 39:8
106:4 109:17
152:20 315:18
**funding** 103:3
106:1,9 109:1
112:7,8 147:18
147:21,21
251:10 255:18
296:21 299:5
315:23,24
**funk** 77:1
**further** 5:22
128:10 175:3
228:14 264:3
265:15 269:23
270:12,14
322:8
**furthering**
276:3
**fuss** 239:23
**future** 41:2
43:24 46:7
50:21 51:17
57:12 90:24
274:14

**g**

**gained** 296:23
**gallons** 161:21
**game** 107:5
**gamut** 52:21

Golkow Technologies, A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 364 of 422

gasoline 169:11
169:12
gather 15:24
152:2,5,9
201:22
gathering
109:8 127:2
gavin 132:25
gear 81:5
gears 35:8 81:6
183:8 282:23
geiger 157:18
157:21
general 25:15
30:9 100:4
101:19 111:1
112:18 126:22
134:21 138:4
139:12 189:7
296:21
generalized
184:1
generally 34:14
81:2 92:6 93:1
94:16 117:9
124:4 178:11
184:3 212:15
223:17 246:5
generate 208:2
generation
235:6
gentleman 6:19
geohydrologic
119:11 186:6
188:6 224:18

geohydrologist
42:2 79:20
116:6
geohydrology
34:19 119:10
236:20
geological
35:12,22 38:6
38:21 39:9
115:20 118:1
194:8,18 212:1
217:17
geology 42:5
geometric
207:1,12 208:3
208:7,10 209:4
209:8,13
georgetown
1:15 2:17
georgia 5:3
25:9 26:5,7
27:21 36:15,22
37:14 39:14,17
41:3 43:9,12
43:16 55:25
56:1 59:12,21
77:4,24 79:2
79:15 80:15,19
111:6 114:10
114:13,19
118:2,10 119:5
262:21 277:17
278:19 279:17
279:23 280:5
280:15,19,24

281:14 282:19
geosyntec 44:6
44:14,21,24
45:13 46:13,16
getting 85:7
106:22 113:21
182:16 190:15
258:1 293:9
296:20 299:4,5
gift 291:21
gio 9:3 12:7
82:25
giovanni 3:3
5:10,16 6:13
12:14 313:13
318:2
giovanni.ant...
3:5
give 10:12
12:19 18:24
31:9,21 48:14
65:18 93:14,14
170:13 202:3
211:3 216:2
224:20 225:22
263:13 283:13
291:20 302:1,4
302:11,25
given 8:1 16:12
23:24 46:2
296:11 298:5
gives 211:8
242:19
giving 261:7
272:8

glenwood 2:12
gmail.com
301:13
go 5:22 7:11
8:25 9:3,24
24:5 37:19
50:22 53:17
61:16 68:8
71:14 75:20
81:25 83:1
84:25 85:10,15
87:9,18 100:20
106:22 107:13
107:17,20
110:17 116:1
129:3,17 133:5
135:8 150:15
150:16,16
158:24 163:19
170:22 171:7
171:15,15,20
177:16 178:3
179:1 181:11
185:6,25
188:18 189:2
196:11 197:4
199:5 208:4,12
208:12 210:11
212:3 214:19
216:10 219:20
222:7 225:21
226:8,24 229:5
229:14,17,18
231:3,23 232:3
232:4 242:8

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 365 of 422

251:11 258:14
258:17,19
267:14 268:18
269:4 270:4,17
272:24 285:1
285:13 293:9
310:7 314:9
**goal** 126:17
255:10
**goddamn** 309:4
**goes** 141:7
144:3 239:15
260:24 263:14
265:22 276:13
294:2 302:19
307:14
**going** 10:13
18:4 27:4,9
31:7,8 32:20
32:21,21 33:2
33:8 39:19
40:9,12,16
43:11 48:11
57:4 65:19
66:3,6 74:17
81:7 82:2,9,9
90:3 93:19,25
120:1,4 121:18
122:12 139:5
139:18 142:13
148:11,14
153:2,4 161:17
161:18,24
169:5 176:9
177:16 179:9

179:12,18
186:11 192:4
195:11,12
197:9 210:1,5
214:2 215:14
215:25 216:15
218:11 221:14
221:17 228:23
229:3,16,22,22
229:23 231:8
236:22 239:23
240:22 245:16
255:8,9 258:20
258:23 270:25
285:6 308:11
309:1 313:8,11
317:25 320:6
**good** 4:17,18
5:9,12 7:6 9:24
10:2 15:20
47:13 118:14
118:15 147:5
166:25 275:11
276:6,7 294:13
**gorge** 41:22
42:25
**gotten** 291:7
**government**
12:3 36:3 71:8
245:21
**government's**
14:3 138:19,22
138:24
**grab** 65:23

**grad** 77:4
110:2 114:10
**grade** 38:12,14
53:16 69:7
111:13 136:25
**grades** 111:15
111:15
**graduate** 28:2
29:4 76:22
115:10
**graduated** 25:8
25:11 26:7,10
**grainger** 202:6
202:12,15,18
206:13
**grants** 55:17
**graph** 182:17
182:24 226:3
232:4
**graphs** 175:16
177:17 181:10
201:8,11 212:8
**grayman**
110:11 116:18
116:20,21
119:12 238:7
**great** 9:25
66:12 165:9
206:9 268:7
287:18 290:7
**greater** 28:21
208:20 209:1
227:13 268:9
279:4,21 280:2

**greatly** 207:8
257:16
**gross** 261:6
**groton** 50:6
51:22 52:7,8
52:12,13 53:1
**ground** 235:9
236:21
**grounds** 236:7
**groundwater**
29:14,23 31:1
31:4 32:10,17
33:15,20 34:6
34:8,13,18
35:4 39:2,6,13
39:19,22 56:12
64:6,18 79:4
79:18 100:17
100:17 112:18
116:15 118:8
122:13 124:7
169:21 176:1
181:17 183:23
184:6,7,9,14
185:23 186:9
188:6,11
193:24 194:16
194:18,19
195:24 199:21
201:18 205:18
212:11 218:12
225:11 230:12
231:5 233:18
242:5 250:17
259:25 260:24

Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 366 of 422

325:8,22
326:12
**group** 1:14 2:2
2:15 44:11,20
55:4 61:21
116:2,3,8
159:8 288:13
290:19,23
291:2,4,5,13
293:4,20
295:11 303:22
**gs** 111:1
**guarantee**
295:20 297:20
**guess** 39:25
65:4 104:5
114:1 118:20
125:24 142:16
147:16,17
161:3 201:3
202:5 211:17
223:21 241:20
247:12 248:4
250:21 297:3
**guidance**
121:21 192:4
290:6
**guidelines**
211:24 224:4

**h**

**h** 5:2 110:14
323:11
**h.r.** 133:18
**h2oboy54**
301:13

**hadnot** 20:21
96:11,20
107:22,24
108:1,15 109:2
115:3 121:15
121:23 122:1,5
122:13,16
139:24 140:25
151:7,24 164:2
165:10,16
166:2 172:1,23
173:12,13,18
173:20 174:19
174:19 177:1,2
177:8,12
178:14,20
179:24 186:25
187:3,5,10,17
189:18 191:19
192:10 195:7
195:10 198:10
198:13 199:2
199:11,17,23
200:24 201:14
201:19 202:12
204:2,19
210:14 211:14
217:13,20
218:16 219:14
219:15,25
222:10,18,20
222:21 223:6
223:19 240:10
240:25 255:8
255:15 266:1

312:17,22
326:1
**half** 13:22
228:11 241:9
**hand** 72:23
111:16 171:13
200:20 205:5
207:3,3,4
208:13 267:3
268:10 285:25
312:17 317:8
319:11 322:11
**handbook**
211:25
**handed** 71:9
**handle** 78:18
**handled** 105:10
**handwriting**
15:6,6 19:17
**handwritten**
15:14
**hanford** 65:11
65:15 69:5
**hang** 231:25
**hank** 2:4
**happen** 153:5
**happened**
85:12 274:22
**happening**
234:9
**happens** 281:1
**happy** 6:9 8:22
119:15 149:3
294:5

**hard** 13:23,24
**haroon** 2:22
5:4,14 179:3
**haroon.anwar**
2:24
**havai** 3:18
**he'll** 298:16
**head** 8:9,10
69:18 125:2
199:4
**heading** 261:20
**headquarters**
118:11 257:4
282:18
**heads** 37:7
302:2,5
**health** 3:16
47:1,6,16,20
49:4,9,13,20,25
50:1 52:8,10
53:11 57:5
58:24 60:15,16
61:20 66:22,25
67:3,4,6,11,15
67:21,22 75:7
75:15,16 78:2
87:13,20,24
88:2,4,7,10,13
88:13,16,22
89:1,20 90:4,7
90:9,11,13,18
90:19,22,23,24
91:5,9,13
94:22 97:24
98:3,13 99:11

110:23 113:4
113:12 123:11
123:14,17,18
124:8,8,9,10,11
124:21 125:16
126:9,10
127:13 129:23
131:4 133:25
134:22 135:1
135:24 136:3
136:16 137:3
137:12 138:8
147:2 188:1
189:7 194:15
194:16 223:24
224:1,1,1
254:10 256:4
257:12,24
284:13 300:15
324:20
**healtheffects**
18:8 324:4
**healtheffects...**
200:2 326:8
**hear** 7:24 245:8
308:13
**heard** 139:14
300:1 320:4
**hearing** 143:9
143:14,20,22
269:8 285:17
**heart** 73:17
**height** 269:2,3
**held** 256:22

**hello** 289:1
**help** 36:24
43:15 66:22
136:4,6,7
145:7 216:3
218:1 257:16
263:5
**helped** 49:20
122:12 146:25
147:17 187:8
**helpful** 110:16
240:11
**hereunto**
322:11
**hey** 102:15
**hi** 274:4
**hickey** 138:5
139:12
**hide** 298:14
**high** 38:25 46:2
54:22 64:8
168:19 178:24
180:3 219:12
224:6,7 231:6
259:23
**higher** 67:11
111:15 163:4
227:10 230:9
232:11 233:8
261:7,8,17
263:4
**highlighted**
207:5
**highly** 142:4
233:11 246:5

256:16 280:5
307:23
**hind** 310:22
**hindcast**
184:24 185:1
185:11,17
**hindcasting**
37:24 185:15
250:7 251:22
**hire** 115:24
**hired** 107:1
110:11,13
116:2,7,7,8
**hiring** 115:25
**hispanic** 112:6
**historical** 40:11
51:2 52:13,14
52:17,24 55:3
57:19 58:1,3,8
58:12,12,14,17
60:2,9 63:13
64:1 69:12,23
72:15,18 74:17
75:1 76:3 80:5
83:12,12 90:1
95:13 104:13
123:20 177:15
181:20 185:8
185:15,18,19
185:20 186:1
187:1,6 199:20
210:2 223:5
225:14 246:22
251:3,4 281:2
325:14,21

326:18
**historically**
151:9 210:1
**history** 238:8
**hit** 10:1 27:5
**hits** 168:24
231:7
**holcomb** 20:22
96:12,19,20
107:22,25
108:2,16 109:2
115:1,3,3
121:16,23
122:1,5,16
139:25 140:25
151:8,25 157:3
157:4,11 164:2
165:10,17,24
166:2 173:4
177:20 178:2,4
178:10,16,22
179:23 180:1
187:1,3,17
189:18 191:20
198:11,13,13
199:3,23
202:12 204:2
210:15 211:15
217:14,20
223:19 326:2
**hold** 10:10 31:7
48:6,16 54:16
54:19 160:15
171:9,14 207:7
212:4 213:3,4

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 368 of 422

213:14,14,14
213:24 214:7
232:2 262:16
281:20 291:11
**holding** 159:9
169:12
**home** 16:2
62:13 107:19
289:22
**honest** 258:13
**honestly**
284:21
**hooker** 41:21
**hope** 144:7,11
274:13 294:4
**hopping** 302:18
**horry** 322:13
**hospital** 172:5
172:10,10,13
172:18,19
**hotmail.com.**
285:21
**hour** 65:20
81:4 217:3
218:24 220:3
222:12 223:13
235:2,17 248:8
252:24 279:16
280:1 281:11
282:24 287:9
295:24
**hourly** 210:20
**hours** 8:21
28:17 57:14

**housing** 128:14
141:11 151:2
151:10 152:1
152:22,24
167:3 172:6,6
172:12,19,20
173:1 177:24
177:25 178:5,7
**hp** 174:20,22
**hughes** 70:1
**huh** 19:4 62:3
123:2 130:17
288:24
**human** 3:17
137:12 324:20
**humans** 48:13
50:18
**hundred** 244:7
244:10
**hunt** 29:19
**hyde** 41:17,18
42:13
**hydraulic**
35:15 36:2,6
36:18 37:7
42:9 242:7
281:13
**hydraulics** 34:6
34:8
**hydroelectric**
36:8
**hydrogeologic**
196:3
**hydrologist**
35:11,22 38:7

38:8,18 217:16
**hydrologists**
118:15
**hydrology**
33:21 34:8
**hyoung** 2:6
**hypothetical**
62:22,22
243:23

**i**

**i.e.** 296:8
**idea** 290:15
**identical**
238:24,24
**identification**
9:7 12:12 18:9
22:3 24:10
82:8 137:13
149:14 158:9
181:23 200:3
225:18 248:24
253:18 259:6
273:18 283:18
288:1 292:14
294:19 301:1
305:5 318:19
**identified** 6:5
17:6 219:9
222:12 293:3
**identify** 21:23
168:22 169:4
180:17 221:6
222:13 320:10
**identities**
193:20

**iii** 2:11,15
**illness** 98:9
**illnesses** 133:22
134:12
**immediate**
91:20 231:2
**immediately**
264:1
**impact** 48:13
169:13,21,22
202:20 205:24
235:14,15
263:1 265:16
272:17
**impacted** 50:19
101:16 109:2
157:21 167:10
**importance**
62:10 259:23
**important**
133:16 255:21
**imprecise**
237:19
**inaccurate**
317:23
**inadequate**
207:15
**incidence** 306:1
306:10
**incident** 297:4
**incidents** 297:4
**include** 96:21
196:1 224:21
**included** 15:2,8
40:4 96:5

Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 369 of 422

including
209:13 254:10
257:12 315:16
incomplete
207:15
incorporate
72:11
incorporated
121:14
incorrect 89:4
164:10
increasing 59:1
230:10
increments
55:16
incurring
67:11
independent
78:10 233:16
independently
71:20 121:14
index 3:24
indicate 169:19
172:25 186:9
205:22 247:22
indicated 119:1
163:2 205:20
217:1 219:11
235:21 245:4
indicates
314:13
indication
208:14

individual
189:10,25
271:19 277:21
292:23
individuals
95:2 118:22
161:4 189:19
284:15 295:11
industrial
43:11 174:13
174:19,23
industry 43:19
132:12
infancy 60:13
influence
130:11
inform 129:25
informal
191:24 316:22
information
12:10 14:1,2
15:7 52:2
62:12 63:18,22
83:9 90:3
103:23,25
106:23 109:13
119:11 125:9
125:13 126:20
126:22 128:17
139:22 144:7
144:11 147:3,6
150:2,3,9,20
151:12 152:2,6
152:10 164:15
185:20,21

168:14 195:4

201:22 204:13
216:12 217:18
217:22 218:3
218:24 221:9
235:16 248:6
254:8,13,23
257:14,25
258:3 299:6
305:21 306:20
314:24 317:22
323:22
ingesting 47:3
initial 99:19
118:25 126:12
215:18 220:25
initially 71:16
142:7 156:22
188:24 189:15
261:4 267:8
278:24
initiate 205:19
inlet 322:13
innovative 78:1
input 100:16
117:1,17
123:19 128:2
137:6
inquiries
254:13,22
insert 277:15
insist 252:10
inspect 36:8,9
inspection
12:11 13:25
323:24

installed 63:19
185:24
installing 41:5
instance 217:11
226:13 228:16
instances 107:9
instantaneous
234:6
instantaneous...
236:22
institute 27:21
112:9 118:2
institution
245:18,23
instruct 32:20
32:21 33:2
93:19,25
instructed 16:5
instructing
31:17 93:12
instrument
155:24 157:1,8
instrumental
296:20
intend 190:20
274:8 282:3
intended 14:3
43:13,15 46:4
189:19,21
191:8 226:3
intent 224:14
224:16
interested 32:6
62:5 190:24
191:1 302:8,10

Golkow Technologies, A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 370 of 422

322:10
**interior** 308:9
**intermittent**
115:2 165:25
166:3
**intermittently**
178:21 179:25
**internal** 192:18
192:21 246:24
**international**
192:2
**internationally**
116:21 119:6
119:14 121:7
**interpret**
107:23 289:7
307:22
**interrupt**
142:17
**introduce** 5:23
**introduced**
207:14 304:1,4
318:13
**investigated**
155:20
**investigation**
71:12,21
128:11 154:7
154:12 156:4
156:18 222:14
**investigations**
186:7
**investigator**
115:6

**investment**
251:15
**invitation**
254:5 293:20
**invite** 293:9
**invited** 298:1
**inviting** 293:25
**involved** 16:22
69:1 83:7,7,15
87:6 91:17,22
91:24 95:1
97:22 98:1
99:8,11 101:23
105:5,5 114:2
123:5 145:12
145:18,23
150:1 264:7
297:25
**involvement**
33:12,25 67:24
86:9,25 87:4
123:22 300:8
314:23
**involves** 52:19
**ipad** 81:19
**irrigate** 41:5
**islands** 43:12
**issue** 82:13
90:12 114:24
136:24 158:4
158:21 162:19
165:12 227:8
239:1 250:22
252:5,9 263:10
267:17 268:22

307:16 308:21
309:9,14,14,18
312:9
**issued** 159:6
250:6 312:7
**issues** 4:21
89:22 90:12
91:23 123:20
127:15 245:19
245:24 248:18
250:14 252:1
254:16,25
255:17 256:20
256:24 257:1
274:12,14
281:24 296:6,8
296:18 300:15
**item** 271:3
**items** 14:8
15:13 174:13
290:4

| **j** |
| --- |

**j** 2:8,15 240:13
240:22 284:23
285:2 287:15
**jacob** 31:5
32:11,13 34:5
34:7,23
**james** 2:11
**janderson**
285:20
**jane** 62:7
**janey** 133:18
134:4,19 135:5
135:23 136:19

146:6,8,15
299:19
**january** 22:7
23:6 99:20,21
137:12 138:4
178:17 232:10
232:13,16
259:12 264:15
268:20 269:6
273:23 283:12
292:17,22
293:8,21
324:21
**jar** 2:14
**jason** 59:5
76:25 109:25
110:20 118:23
**jennifer** 69:15
**jensminger**
285:21
**jerry** 129:1
130:18 131:6,9
131:17 135:6
146:9 159:15
160:6 162:10
284:15,24
288:12 289:3
289:20 295:23
295:24,25
296:12 298:6
299:9 301:16
302:25
**jerry's** 295:21
296:8 297:21

877-379-3377                    Golkow Technologies,                    www.veritext.com
                                A Veritext Division
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 371 of 422

**jersey** 45:17
56:25 58:16,24
60:11,16 61:20
64:7,9 66:17
66:24 67:2,21
72:20 73:21
91:6 116:4,25
**jim** 6:3
**job** 23:4 29:6
45:11 293:22
**joe** 284:24
**john** 62:7
110:13 120:21
120:24
**johnson** 54:8
71:16 152:8
153:13,17,24
154:1,7,9,14
155:21,25
156:5,12,19
157:3,9 158:4
161:7,19
162:14,20,20
163:2,4,7,11
194:12
**johnson's**
155:8,15
**join** 38:5
**joined** 38:8
44:6 46:16
47:14
**jones** 18:16
20:1,25 217:17
**joseph** 285:2
286:7,17

**journal** 52:6
64:14 74:6
185:9 192:16
193:17 250:17
306:5
**judgment**
296:6
**july** 31:13
92:11 101:9
142:8 152:25
284:24 301:8
301:10,16,16
302:20 303:17
303:17,19,19
303:23,24
**jump** 183:12
**jumping** 175:5
177:1
**june** 18:7,16
20:1,11,15,20
32:5,7 141:9
143:16,23
173:1 177:21
250:4,4 269:7
283:25 284:6
285:19 286:8
286:16 303:17
324:2
**jurisdictions**
45:22
**justice** 2:22 3:2
3:6,10 5:6,16
5:18 11:14
**justified** 188:17

**justify** 266:13
267:23 269:23
270:11,14
**justine** 3:16
6:14

## k

**k** 5:2 124:19
194:25,25
240:13
**kdean** 2:6
**keep** 46:10 84:5
205:20 215:22
229:16,21,21
229:22,23
271:3 308:11
**ken** 132:23
**kept** 94:22
**kevin** 2:3 5:24
33:7 133:10
178:1 255:25
303:5,11
**kidding** 13:1
**kidney** 57:7
**kind** 59:25 61:2
101:18 104:17
149:7 190:14
**knew** 64:24
118:12 119:10
186:11 198:9
204:13,15
206:3 220:13
236:1,12 254:1
261:10 294:6
321:5

**know** 7:10 8:3
8:20 15:7,16
16:15 27:18
30:19 31:12,18
34:23,24 35:6
40:8,24 42:10
49:12 50:23
51:22 55:5
56:14 60:17
62:7 65:5 67:2
67:6 68:1 69:3
69:7 70:10
71:17,17 73:15
75:8 76:18
77:13,18 81:11
81:23 82:22
83:7 84:4
88:23 93:20
97:19 98:21,25
99:1,5,6,10,14
102:23 106:17
106:20,22
107:13 108:7
111:4 113:14
113:18,21
119:4 123:19
124:7,15,21,25
125:11,23
126:8,21
127:22,24
128:6,8,14,21
130:23 131:2
131:10 132:6,8
132:14,16,17
132:19 133:1

134:9,24 137:4
138:18 139:11
139:15 145:13
145:22,24
148:1,3 150:1
161:1 173:2
174:12 183:14
185:22 190:25
192:22 193:20
193:22 194:2
195:2,8 196:16
196:21 202:16
202:17 204:8
206:13,16
214:3,16
215:16,22
218:1 220:10
220:14 227:18
227:21 230:14
231:7,14
233:25 235:8
236:5,10
240:12 243:22
243:25 244:11
244:24 245:1
245:20 246:12
246:25 247:20
248:7 255:9,20
256:23 259:8
261:7 263:3
264:25 265:11
267:9 268:8
269:4 270:21
271:7 272:19
272:22 273:9

276:7 277:8,9
277:24 280:12
280:18,25
282:8,16,24
284:9 286:13
288:5 289:6,22
290:18,18,21
290:23 292:8
292:17 293:8
296:5,14
297:14 298:8
298:16,16,18
298:19,22
299:10,15
300:4,16 302:9
302:15,17,17
304:14 305:17
306:14 309:1
309:20 312:2
317:14,19
320:1,20
**knowing**
142:12 193:11
235:5 271:5
278:12 280:22
**knowledge**
16:10 33:23
73:24 100:10
119:9 138:17
148:4 150:12
150:21 278:14
290:7 291:15
**known** 193:24
238:14 278:2
303:21 304:6

**knox** 167:3
**konikow** 194:7
194:24

**l**

**l** 3:3 4:25 5:1,2
22:1 24:9 54:8
324:7,12
**l.baughman**
2:10
**labeled** 318:5
**laboratory**
59:12,14
104:21 114:17
263:19
**labs** 202:5,6,12
202:15,18
206:13
**lack** 109:10
125:8 260:13
**lacked** 202:18
**lady** 319:17
320:16
**lan** 84:2
**land** 27:4 40:12
40:13 41:4
188:3 280:15
**landed** 155:7
**landfill** 41:22
42:24 45:16,17
45:21,24 46:11
79:22 173:20
173:22 174:12
174:20 218:4,4
218:23 220:13
220:14,15

223:10
**landfills** 47:2
**language** 85:18
317:18
**large** 74:2 84:2
127:3 189:8
322:5
**larger** 82:17
142:21
**late** 39:19
**launders** 73:14
**laura** 2:8 6:1
18:16 20:1,25
**lauren** 1:18
322:3,23
**lavi** 4:25
**law** 7:17 88:4
135:10 274:19
301:25 302:10
302:14,22,24
**laws** 236:3
**lawyer** 17:20
17:22 286:7,12
286:12
**lawyers** 66:12
120:13 307:1
**layers** 218:19
**lead** 98:11,20
109:21 291:2
**leadership** 2:2
91:22 159:8
253:10 265:1
269:17 293:23
**leak** 236:22

Golkow Technologies, A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 373 of 422

**leaking** 174:6
  235:12,25
  236:1,13,14,15
**leaks** 169:12
**leary** 3:10
**leave** 81:16
  310:10
**lecture** 121:11
**led** 56:4 136:18
  156:18 307:12
**left** 44:5 46:15
  84:16,19 98:22
  98:23,24 99:9
  205:5 207:3
  208:13 295:21
  297:21 312:24
  315:23
**legal** 1:14 2:15
  135:25 283:4
  288:13 290:19
  290:23 291:2,4
  291:5,13 293:4
  293:20 303:22
**legislation**
  137:6 145:12
**legislative**
  145:13
**lehigh** 111:5
**lejeune** 1:4 4:4
  5:18 11:14
  13:19 14:10
  16:4,21 21:2,9
  56:5,20 61:3,4
  69:21 74:23
  80:24 81:2,7

81:22 82:6,21
83:13 85:2,3
85:25 86:7,8
87:6,19 88:17
89:9 90:20
91:3,9,19 92:8
93:3 94:17
95:7,9,23
98:13 99:7,8
99:12,18 100:6
101:9,16,19,21
102:16 104:12
105:1 106:10
107:2 109:21
112:1,21
113:19 114:2
114:21 116:5
117:2,11 118:7
118:18 119:11
123:9,15,21
126:1,24 127:2
128:4,13,19
131:22 133:24
134:1,13 136:4
136:17 140:2,9
141:22,24
144:14,23
146:23 147:9
149:12,13,19
151:3 154:21
154:25 155:4,7
155:14 157:13
160:24 181:20
183:22 187:8
199:25 206:5

209:18 225:14
247:12 249:9
250:22 254:4
254:11,16
255:11,13
256:19 265:18
267:1 269:10
283:4,9 284:17
298:23 299:3
301:21,25
306:4,13 308:5
308:16 310:11
312:1 318:18
323:17 324:15
324:24 325:2
325:13 326:5
326:17
**length** 278:11
**leonard** 194:7
  194:24
**letter** 137:11
  138:2,3 139:20
  139:21 143:6
  148:25 161:16
  201:15 202:13
  243:5 258:5
  259:25 264:12
  274:20,24
  275:3 282:6,15
  324:19
**letting** 278:12
  280:11 285:18
**level** 29:4 38:25
  39:22 42:8
  54:22 100:4

141:14 157:9
163:10 186:6,9
186:13 188:10
188:11 207:19
207:20 208:5,6
260:7 271:1,2
**levels** 37:1
  39:19 40:8,11
  95:8,22 98:8
  141:14 168:25
  224:3 237:2
  260:11
**lewis** 2:11,14
**liability** 87:12
**library** 44:22
  45:2,8
**license** 80:20
**likely** 8:1 51:18
  138:25 188:12
  195:3
**limit** 31:24 33:8
  198:1,9 242:21
  266:23 267:4,7
  268:3,4,5,8,12
  269:1
**limitations**
  188:17 209:16
  209:25 210:13
  210:13,17,22
  260:4 276:18
**limited** 124:6
  185:12 186:10
  196:5,8 199:9
  210:18 211:5
  251:4 271:6

**limits** 266:8 267:10
**line** 160:17 171:16 207:21 208:5 213:20 213:23 226:7 227:4,4,7,7 232:15,17 259:24 269:21 270:10 323:3 323:14
**liner** 45:24 46:1 46:11
**lines** 289:7,8 316:13
**lining** 232:17
**link** 160:13,22 160:22,24
**linkage** 137:5
**linked** 135:18
**linkedin** 24:6,8 24:19,23 25:7 324:11
**liquid** 252:12
**liquids** 252:21
**lisa** 3:21
**list** 6:14 49:2 86:8 87:3 194:1,1,4,9,10 195:2 197:8 221:4,5
**listed** 29:17,18 86:7 115:13 130:20 131:13 133:3,4 197:11

220:12 274:14 320:16
**lists** 108:19 125:7 130:13 135:18 151:5 151:17
**liter** 169:18 260:15,16 262:3,4 266:9 266:10 267:5 268:3
**literature** 40:10 69:4,15 73:4 100:15 218:8
**litigation** 1:4 4:4 5:18 11:15 32:5,9 33:13 34:2 78:22 291:3 307:13
**little** 25:5 35:8 41:24 59:24 81:6,24 97:3 101:11 122:4 137:24 166:24 171:25 172:22 184:22 198:15 209:3 282:23 304:12 313:5
**live** 79:16
**lived** 133:25 141:10 190:9
**living** 47:2 237:18

**load** 200:18
**loaded** 225:21
**loading** 278:21 279:7,10,14,19 279:21 281:11
**lobby** 147:14
**lobbying** 147:9 147:13
**locally** 118:10
**locate** 219:6 220:18
**located** 79:12 107:10,12 141:16 172:10 282:17 319:3
**location** 1:14 217:24 230:7 230:22 238:17 257:4,5
**locations** 63:20 106:25 168:13 216:19 220:8,9 221:2 223:11 238:22 272:17
**logbooks** 204:11
**logistical** 255:1
**logistics** 147:4 298:1 317:1
**long** 17:16 38:20 42:22 48:14 106:21 131:5 205:15 218:1 239:21 251:11 265:2

277:5 303:21 304:6
**longer** 23:1 106:15,24 264:2 265:14
**look** 15:11 19:15 22:12 36:25 40:6 47:1 48:10 50:8,12,16,22 50:23 51:17,18 56:12 60:11 61:16,23 62:1 65:3 71:4 72:21 75:22 96:22 97:3 108:5,10 119:10 128:1,8 143:7 150:8 151:24 153:17 158:19 161:9 161:10 164:9 168:16 170:5 170:12,24 171:3 176:21 176:21 180:20 180:22,24 181:5 183:13 190:3 196:12 196:20,23,25 199:6,7 201:14 202:13 204:18 206:19 214:22 215:14 226:8 227:19 228:8

228:16 232:10
237:12 242:16
247:18 249:6
253:2 261:12
261:13 262:24
273:5 286:22
287:3,12
294:24 310:7
319:11
**looked** 14:7
15:5 45:16
48:24 51:21,23
51:24 53:7
63:9 72:4 73:4
156:20 157:23
168:1 227:12
268:25 273:6
**looking** 19:12
27:9 36:23
39:11 43:23
46:7,8 47:5
50:20 53:9
57:11 61:7,17
65:5 75:13,23
75:24 87:6
110:3 151:23
163:25 169:2
182:9,13,14,18
187:11,18
204:1 220:24
238:22,22,25
242:17,18
254:3 264:14
272:16 273:10
278:1 319:22

**looks** 5:8 13:6
24:17 26:10
96:13 138:3
160:4 259:13
**lori** 132:6
**loss** 279:9,16
279:25 281:10
**lost** 65:17
**lot** 189:9 236:9
252:15
**love** 41:18
**low** 46:2
168:25 169:18
**lower** 36:20
111:15 176:14
207:9 226:14
233:14 263:4
**lunch** 120:8,11
120:15 306:18
316:21
**luncheon** 120:3
**luxenberg** 2:7

| m |
|---|

**m** 3:10 4:25 5:1
**m.l.** 78:15
**m3dms** 278:21
**made** 13:24
14:17 16:23
50:17 101:8
107:4,7 145:6
206:1 246:25
256:13 264:6
266:7,18 272:5
272:22 273:11
276:14 300:19

306:21 310:2
**magistrate**
287:9
**magnitude**
228:10,11,12
241:10 279:4
**mail** 158:7
159:15,23
160:5,6 162:9
162:11 248:22
249:2,3,3,6
253:5,16,20
254:7 257:22
258:8 259:4,12
259:20,24
260:2 262:15
269:2,5,14
273:16,23
274:3 276:13
277:2,6 278:1
280:23 282:12
282:20 283:16
283:24,25
284:3,3,6,7,25
285:2,3,4,12,19
286:11,14,20
287:1,2,12,12
287:16,17,24
288:9,9,11,17
289:1,3,10,15
289:16,20
290:16 291:16
292:12,16,20
292:22 293:1,3
293:6,13 294:2

294:11,17,21
294:25 295:1,8
295:10,17,19
297:8,17,19
298:4 300:24
301:3,9,12,14
301:15,20,24
303:4 304:19
304:20 305:3,7
325:3 326:24
327:3,7,11,15
327:19,23
328:2,6,9
**mailed** 305:16
**mails** 248:9
291:9 310:8
**main** 167:14
173:11,11
180:12
**mainside** 172:5
172:18
**maintain** 23:10
76:11
**maintained**
97:19
**maintenance**
205:15,22
**major** 169:14
**majority** 14:8
14:25 151:10
**make** 23:16
31:16 37:9,10
49:17 51:17
80:1 93:11
136:4,17

144:19 145:7
152:3 153:23
164:10 173:23
189:16 200:23
215:25 246:12
251:9 252:2
254:5 255:9
258:2 266:4
271:7,22 272:7
285:11 286:23
287:18 296:2
297:13 304:13
**makes** 121:9
**making** 91:18
123:20 138:20
139:2 142:24
281:5 287:6
306:21
**male** 131:22
**management**
53:17 74:7
91:21 124:24
**management's**
38:12
**manager** 44:11
44:20
**mandate** 49:3
71:10
**mandated**
46:25 123:13
123:25 244:20
244:23 245:5
**manner** 136:17
147:25 228:6
286:21

**manor** 172:7
172:21 178:6
**manuals** 70:16
70:17
**manuscript**
193:17
**maps** 107:11
172:16
**march** 166:17
178:8 185:21
192:2 238:6
253:2 270:6
271:12 322:24
**marginal**
274:11
**marginally**
274:6
**marine** 85:3
103:1,9,13,18
104:4,8,14
106:2 109:11
109:15 127:20
131:18,21
133:23 140:1
156:23 181:19
199:25 225:13
325:12 326:4
326:16
**marines** 85:7
141:10
**mark** 18:4 24:5
137:7 181:11
183:16 199:8
199:16 225:4
320:6,12

**marked** 9:6
10:11 12:12
18:9 22:3,6
24:9 82:8
137:13,20
149:6,14 158:9
158:12 159:2,2
170:2 181:22
200:3 225:17
248:21,24
253:13,18
259:3,6 273:18
273:20 283:18
288:1 292:14
294:19 301:1
305:1,4 318:9
318:19
**marking** 81:8
158:5 248:20
259:2 283:22
294:15 300:23
**married** 291:22
**marston** 75:4
166:1,1
**martel** 248:15
248:16 253:21
253:25
**mary** 29:15,18
30:18
**maslia** 1:11 4:7
4:8,9,10,13,17
5:1 13:5,16
18:5,7,11
21:24 22:2,5
24:9,12 33:9

66:10 78:15
93:13,21 120:8
148:18 158:8
159:7,16 160:7
162:2 179:16
182:9 221:25
273:24 285:16
292:23 293:6
300:25 305:4
314:9 321:8
323:4 324:2,7
324:13 325:5
328:8,11
**mass** 278:20
279:7,10,14,21
280:2 281:11
281:14
**massachusetts**
50:7 51:22
**master** 26:7
**master's** 26:14
26:18 36:15
112:6
**match** 64:11,11
207:23 208:20
226:19 231:13
234:4
**materials** 69:8
246:11
**mathematical**
25:22 184:8
**matter** 18:17
20:1 21:1
101:19 142:5
264:3 265:15

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 377 of 422

289:17
**matthew** 3:15
**maximum**
141:14 224:2
**mcl** 169:1
**mean** 6:7 45:3
52:16 58:22
61:25 62:4
90:10 95:24
96:4,15 110:4
128:20 132:12
135:2 136:9,11
137:2,14
138:10 142:17
142:20 187:25
188:3,21 189:1
189:22 192:12
193:3 201:24
205:17,24
207:17 209:9
209:17 212:13
213:2 216:6
223:24 232:4
238:25 250:1
251:25 255:5
257:20 266:19
267:19 270:13
280:19 285:2
292:6 298:14
298:19 302:7
320:12
**meaning**
107:23 156:20
264:20

**means** 97:1
106:6 130:2,9
205:18 208:18
208:21 244:14
261:18 266:23
268:13
**meant** 12:23
180:6 189:5
239:1 244:9
256:18 267:2,6
**measure**
207:22 224:14
**measured** 37:1
195:20 199:10
233:2 262:24
263:19
**measurements**
42:8
**mechanics**
25:20 26:16
**media** 47:3
296:23 321:2
**median** 96:5,21
**meet** 17:8,14,22
302:22 313:2,2
**meeting** 17:16
89:25 133:6
247:8,9,13,21
247:22 248:17
256:4,11,13,16
256:17,18,23
257:3 270:6
271:11,21,21
271:23 280:18
290:3 292:21

293:7,9,21
295:20 296:7
297:13,20
300:3,10,12,14
300:16 302:21
304:2
**meetings** 89:9
89:10 128:23
294:1 296:15
298:1 300:9
310:4
**melts** 235:1
236:4
**member** 89:16
90:5 132:10,20
132:22 249:7
284:8,10,10
304:12
**members** 90:15
110:18 124:20
125:3,6 127:18
128:12,18,24
130:14,21
131:13 133:2,3
133:25 134:22
142:3,14,16
143:6,19 148:2
192:14 193:22
254:14,24
255:22 256:6,8
257:6,13 273:9
295:22 299:5
**memory** 96:12
**mention** 88:21
174:18

**mentioned** 47:7
66:21 68:9,14
68:20 69:22
70:21,22 75:12
75:13 77:10
86:10 96:25
112:24 113:7
114:8 115:15
116:17 120:21
127:5 130:18
152:23 153:1
164:7 167:13
167:16 180:13
194:22 204:11
210:12 232:20
**mentions**
102:25
**mentor** 77:21
119:4
**mentored**
76:21,24
**merry** 294:4
**mess** 278:18
**met** 17:20
30:20 115:18
297:16 316:11
316:18
**metadata**
318:11
**meter** 156:24
**method** 73:3
206:13 222:16
**methodologies**
55:6 72:4

**methodology**
71:5 72:17
207:15,24
208:1
**methods** 25:21
121:6 184:8,8
203:20 212:8
**mic** 5:11
**micrograms**
169:18 260:15
260:16 262:3,3
266:9,10 267:4
268:2
**mid** 116:24
272:24 303:19
**middle** 4:25
151:6 164:14
164:14 188:14
206:24 284:4
285:23,25
298:4
**midpoint**
272:25
**midway** 172:6
172:20 173:1,2
178:5
**migrated**
230:10
**migrates**
230:23 231:4
**migrating**
230:12
**migration**
230:23

**mike** 129:1
130:19 131:6,9
131:20
**miles** 60:25
61:5 79:15
**milestones**
106:15,17
126:6
**military** 156:24
**mill** 118:8
**miller's** 300:2,5
**milligrams**
260:15
**million** 105:2
105:24 161:21
**mind** 16:23
22:24 25:25
66:1 94:13
137:23 185:17
196:8 274:12
313:15 318:2
**mine** 81:11
292:1
**minimum**
218:11 279:16
**minus** 228:10
241:9 271:1,2
**minute** 312:23
**minutes** 17:18
113:23 212:19
258:15,18
296:1 308:12
**miscarriages**
57:7

**mischaracteri...**
252:24
**mischaracteri...**
250:15
**mischaracteri...**
214:18 287:1
**misclassificat...**
247:2
**misinterpreting**
284:22
**misremember...**
68:20 70:23
**misrepresenti...**
285:12 287:11
**missed** 106:15
106:16,17
126:5 175:3
220:16
**missing** 173:2
**mission** 254:15
255:10 257:15
257:17
**missouri** 75:4
**misspoke**
179:22
**misunderstan...**
109:7
**mix** 232:25
**mixed** 238:9
**mixing** 232:24
233:4,10,12,20
233:20 234:5,6
237:23 238:13
238:16,23
239:15 240:20

**mmmaslia**
286:1
**model** 26:23,25
27:13,15 28:6
36:14,16,18,24
37:5,5,6,12,16
37:17,21 39:16
39:24 40:4,7
40:21 41:9,25
42:6,8,13,13
43:2,2,5,8,14
43:21 44:22,23
45:3 46:4
50:15 51:10
52:9,22 56:20
58:14 64:11,22
67:19 69:2
79:20,25 80:5
80:7 95:15
100:16 103:24
103:24 117:14
121:4,21 144:4
152:11 154:20
167:25 168:9
168:16,17,21
181:4 184:24
185:1,17
186:19,25
187:1,18
188:23 195:17
195:25 197:14
197:17,17,20
198:14 199:3
203:2,8,20
205:18 206:8,8

206:9 207:23
208:2,3,10,14
208:15,19,21
209:2,8 210:7
210:11,23,25
211:23,25
212:11,16,21
212:23 216:20
217:21,25
219:5,11
220:17,19,23
221:3,4 222:17
223:15 224:7
224:14,17
226:11,17
227:11,13,14
227:24 228:3,9
229:2 231:1,17
232:20,24,24
233:4,6,20,20
234:6,14,22
235:14,16
237:20,23
238:13,15,16
238:23 239:14
239:15,25
240:19,20
242:4,6,23
244:13,16
246:16 247:13
248:2 260:7
261:5,10 263:4
263:15,15,20
268:2 270:14
270:21 272:13

272:15,18
273:2 274:5
276:15 277:17
277:17,21
278:21,23
279:7,23 280:5
280:15,24,25
281:4,4,6,12
282:4 292:3
296:16,21
308:21 309:10
310:12,25
312:4
**model's** 208:11
**modeled** 102:3
  102:5 141:4
  212:16
**modelers** 94:20
  97:15 143:2
  194:18 272:6
**modeling** 14:9
  14:24 20:16,21
  25:16,21 26:17
  28:23 29:14,23
  30:9 31:1,4
  32:10,18 33:15
  33:21 34:13,13
  34:20,21 35:4
  36:12 39:3,5
  41:13,25 44:1
  44:25 45:12,18
  46:13 50:2
  51:2,6 52:12
  52:20 53:5
  56:5,8,13,13,14

56:24 64:12
66:21 69:12,23
70:15,16,17
76:8 78:1 79:4
79:18 83:10,19
91:3,19 92:2
95:7 96:3,12
98:2 99:17
100:6,18,18,22
101:6,20 103:8
104:12 105:1
105:23 106:3,9
106:13,15
107:23,25
108:2,16
109:18,21
110:15 111:8
111:21,22,24
112:1,18,21
114:3,22 116:4
116:15,23
117:7,10,11,13
118:8,9,18
120:17 122:1,6
124:7 126:11
126:13,18
127:12 128:3
136:3,16 137:1
140:10,12
141:17,21,23
144:15,18
145:5 147:3
149:2,17
150:10,20
153:2,7,8

154:21,24
155:3,6,13
157:13,14,17
168:1,8 169:3
183:9,20,20,22
183:23,24,25
184:6,7,11,12
184:17,18
190:4,15
191:12 192:19
193:25 194:17
194:19 196:14
201:18,19
205:12 209:17
209:25 212:12
216:12,24
217:10 218:25
223:14,18
224:12 244:22
246:21 252:6
254:11 255:21
256:5 257:12
258:10 259:14
259:20 260:1,5
260:14,18
262:5,9,18,21
262:22 264:19
264:24 265:13
265:18,23
266:12 267:22
268:6,24
269:22,23
270:2,10,14
271:3,7 272:1
272:2 275:7,11

275:24 276:6,7
278:3,6 280:12
281:3 283:9
288:11 291:10
296:19 298:3
304:9 306:13
308:16 309:15
310:11,16
312:1,16,21
315:16 317:4
317:17
**modelings**
270:11
**models** 38:3
39:13 43:7
51:15,20 56:21
72:7,10 106:23
107:13 121:14
121:15 122:14
122:15 126:23
185:11 187:8
187:22 189:18
189:21 190:19
191:7,18
192:23 195:12
210:4,15
211:14,15,18
216:19 218:6
219:6 237:1,5
246:21,22
250:7 251:12
251:13 260:12
264:4 265:21
269:22 276:16
277:20 280:13

**modification**
94:2
**modifying**
192:6
**moment** 28:24
56:7 63:7
147:16 148:25
183:7 313:14
**moments** 146:5
**mona** 3:21
**monitor** 74:4
**monte** 242:1,2
242:15 243:10
243:19 244:3,5
244:13
**montford**
152:8 153:12
153:17,24
154:6 155:8,15
155:21,25
157:3,9 158:4
161:7,18
**month** 188:10
188:13,14,14
188:18 203:23
203:25,25
239:1
**monthly** 60:15
95:8,22,24
96:4,15 137:2
186:20 187:2
187:23,25
188:3,9,21
189:1,12,22
190:18 191:6

201:24 203:22
205:21,25
206:4 209:17
212:14 230:19
238:25
**months** 178:23
180:2 203:24
255:2
**morning** 4:17
4:18 13:23
17:14,15
296:10 303:6
**morris** 1:11 4:7
4:10,13,24
18:5,6 22:1
24:9 273:24
274:3,4 291:25
296:1 302:21
323:4 324:2,7
324:12
**morris's** 296:9
**morriston** 75:4
**mortality**
144:16 306:3
**motley** 2:3 3:18
**motleyrice.com**
2:6,6
**move** 91:18
231:8 232:15
287:22 292:10
**moved** 268:21
**movement**
184:13,19
**moves** 231:7

**moving** 12:13
230:4 261:19
**mt** 2:5
**mt3dms** 260:12
261:5 274:2
277:17 278:25
279:7,10,13,22
280:5,14
281:12
**multi** 261:11
**multimedia**
59:11 114:16
**multiphase**
261:11
**multiple** 23:2
55:23 59:11
61:11 73:13
173:19 218:18
220:9,9 231:22
233:9,12
**murrells**
322:13
**mustafa** 27:23
59:14 77:13,21
77:23 114:9,12
**muted** 5:9
**mutual** 257:5

**n**

**n** 2:23 3:7,11
5:2 124:19
194:25 323:1
**name** 4:22,24
4:25,25 5:4,14
6:23 7:3 10:13
12:15,20 28:2

Golkow Technologies,
A Veritext Division
877-379-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 381 of 422

35:20 57:5
78:9,14 105:8
110:3 125:1
139:14 192:15
201:15 248:14
302:11,14,15
**named** 292:23
319:17
**names** 51:9
115:13 124:16
124:17 128:22
131:15 143:13
193:12,20
**nametag**
304:14
**nas** 245:17,18
246:4,10
**national** 49:1
86:8 87:3
138:7 192:1
244:20,24
245:12,13,14
245:15 249:8
284:17 310:14
310:15
**nationally**
119:6
**native** 319:3
**natural** 43:10
142:18 230:12
231:5
**naturally** 64:8
**nature** 69:6
169:13 218:3
271:9

**naval** 310:1
**navy** 103:2,9
103:12,17
104:3,8,14
105:12 106:2
106:19 107:1
107:18 109:11
109:15 125:15
127:21 152:21
172:9,9 242:22
244:24 245:5
255:18 307:18
308:2,15
310:10 315:18
**navy's** 243:16
311:6
**nc** 2:13
**nceh** 146:1
**ncr** 252:10
**nd** 197:11,11
197:12 266:7
266:13,19
267:22
**ne** 2:23 3:7,11
**near** 47:2
**necessarily**
24:23 34:20
57:13 63:25
105:18 190:9
194:16 203:7
220:11 231:20
233:7 271:20
281:2
**necessary**
140:12 202:19

296:14
**need** 5:23 8:21
22:19 40:7
44:25 62:15,16
62:20 90:4
93:8 94:19
103:25 117:16
119:1,10
128:10 147:2
159:18 163:5
163:21 179:5
183:13 189:11
196:1 210:25
212:10 227:17
232:23 247:20
250:25 258:14
258:17 274:12
285:24 287:8
292:2,3 298:18
309:13 310:7
311:17 313:5
313:14
**needed** 46:9
55:2,6 56:16
62:15 71:18
73:2 75:5
76:14,14 105:6
105:7 106:9,23
114:24 115:9
115:23 117:2
126:21,22
127:16 143:25
147:23,24
154:16,16,18
161:22 163:6

206:4 248:6
266:4 300:17
312:10
**needs** 5:10
170:11 257:14
296:7
**negative** 258:9
**negatively**
255:20
**negotiated**
295:25
**negotiations**
109:6
**neither** 189:17
215:22 322:8
**network** 84:3
184:21
**never** 21:3 60:3
83:5 95:1
103:13,16,19
104:8 105:4
107:8 109:12
109:13 134:21
137:6 139:10
139:14 145:17
149:24 157:23
297:24 299:1
316:4 317:12
321:6
**nevertheless**
274:8
**new** 2:9 41:17
45:4,17 56:25
58:16,24 60:11
60:16 61:20

64:7,9 66:17
66:24 67:2,21
72:20 73:21
90:3,4 91:6
116:4,25 152:9
153:13 157:15
186:12 221:6
294:5
**newer** 149:23
**news** 132:11
**nfec** 310:1
**niagara** 41:22
42:25
**nice** 249:10
313:2
**night** 117:16
316:17
**nine** 107:21
146:22 213:21
**nods** 8:9
**non** 151:14
197:12,14,23
197:25 198:6
238:12 252:11
260:14 262:2,7
262:17,25
263:6 266:7,19
266:22,25
267:2,6,11,15
268:23,25
**nonexistent**
185:12
**nonprofit**
245:18,20

**nontechnical**
184:3
**noon** 113:21,22
**norfolk** 5:1
**normal** 209:3
**normally**
208:24
**north** 1:1,14
2:17 4:6 11:16
85:3 133:24
181:20 199:25
217:4 225:14
252:19 282:19
325:13 326:5
326:17
**northeast**
230:11
**northwest**
39:14 40:25
**notary** 322:4
**note** 13:19
139:3 159:3
231:24
**noted** 33:8
**notice** 153:16
159:7
**noticed** 238:8
**notifications**
309:5
**noting** 6:10
**novel** 61:22,25
73:8,12,22
74:9 212:25,25
**november**
38:23 141:12

**npl** 49:2 71:9
86:24 87:14,15
**nrc** 245:11,12
247:9 248:1
250:1,14 252:5
252:18 253:4,5
253:8,9 254:2
254:23 256:3,7
257:4,5,13
307:15,25
310:14 311:17
312:15,20
**nrc's** 246:15
254:15 258:8
**nuclear** 69:2
**number** 13:18
18:24 28:3
30:21 45:23
48:15 49:6
51:8 53:7
55:12 59:1
61:12 74:3,14
89:21 96:8,10
110:5 117:12
126:4 165:17
169:10,10
171:5,6,8,12
193:7,7 196:12
200:7 209:18
210:18 213:8
248:3 250:14
266:21 268:5
274:17 275:10
277:14 313:19
318:22

**numbered**
129:13
**numbers** 10:12
96:9 105:13,16
122:9 180:21
233:14 275:14
313:24
**numerical**
25:21 26:16
27:14 28:23
184:7 208:14
**numerous**
266:25
**nuts** 306:7
**nw** 3:3
**ny** 2:9

**o**

**o** 3:10 4:25 5:2
5:2 110:14
124:19 194:25
194:25
**oak** 112:9
**oath** 7:16 20:2
**obama** 134:9
135:9
**object** 29:24
32:19 34:15
60:4 92:9 93:4
95:10,16 132:1
134:14,14
136:6,8,12,20
138:13 145:9
147:10 152:14
155:18 156:14
159:8 164:4

877-379-3377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 383 of 422

165:3 169:23 190:1,21 202:22 209:22 211:20 215:7 215:11,24 220:20 226:22 230:20 231:16 236:17 237:4 246:6 249:17 251:6 261:22 262:10 275:20 276:9,25 286:19 287:16 289:12 290:13 297:9 298:24 299:12 307:5,6 309:12,16 311:3 312:5 321:3

**objection** 23:22 31:9,16,22 33:7 92:17 93:12 94:18 139:2 191:10 203:5 215:21 286:24 287:7 287:19

**objections** 31:24 33:9 216:1

**objective** 121:5 224:8 231:18 249:20

**objectives** 115:9

**objectivity** 97:14

**objects** 12:10 323:23

**obligation** 159:18

**observable** 181:2 182:21

**observed** 42:4 59:2 176:24 182:21 195:15 195:25 197:16 197:22 198:5 198:12 199:1 201:3,12,20 207:23 208:17 208:22 224:22 226:4,6,13,19 227:7,10,21,23 227:23 228:20 228:23 231:13 231:14 232:12 243:7 270:23 299:1,14

**observing** 78:19

**obtain** 74:4 103:20 188:8 236:10

**obtained** 37:14 103:15,22,23 233:21

**obtaining** 100:15 128:11 251:14

**obviously** 16:7 42:6 84:6 91:21 111:6 118:25 119:5 143:11 239:5 289:15 291:17 299:18

**occasionally** 80:13 121:9 306:18

**occupation** 132:13

**occur** 188:13

**occurred** 284:22

**occurrence** 265:24 321:7

**occurring** 64:8

**occurs** 279:2

**october** 287:23 288:10,17 305:7

**odd** 278:2

**offhand** 51:9 143:13

**office** 16:2 35:19 38:11 53:16 55:17 71:9 105:9,9 107:18 192:8 192:14 193:5 193:10,23 282:18 300:2,5 316:18

**officer** 53:20,23 54:13,24 56:9 70:23 74:24 76:9 84:10 94:14 263:12 264:5 272:23

**offices** 291:6

**official** 48:4 76:21 111:1 145:14 311:16 322:12

**officially** 127:25 311:7

**offline** 205:13

**offsite** 86:19,21

**oh** 9:17 10:15 13:3,10 19:9 24:14 60:25 68:16 83:1,20 98:24 110:10 133:8 159:25 160:18 171:10 177:7 179:8 182:6 194:3 198:3 204:25 207:9 214:23 219:14,14 221:7 225:8 239:8,19 263:8 268:7 270:3 298:12 313:17 318:6 319:23

**okay** 4:24 5:12 5:21 6:22 7:6 7:20,24 8:5,8

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 384 of 422

| | | | |
|---|---|---|---|
| 8:13,19 9:9,17 | 71:2 72:25 | 128:2 129:2,5 | 166:11,15,22 |
| 9:19,23,25 | 73:20 74:11,19 | 129:18,18 | 166:25 167:5 |
| 10:21,24 11:4 | 74:21 75:12 | 130:5,10 | 167:13 168:8 |
| 11:8,13,23 | 76:2 77:3,8,16 | 131:12,16,20 | 169:5 170:16 |
| 12:2,6,19 13:3 | 77:20 78:3,11 | 132:6,14,18 | 170:23 171:9 |
| 13:10,13 14:6 | 79:10,14,22 | 133:2,7 134:17 | 171:10,10,15 |
| 14:13,19 15:4 | 80:16 81:1,5 | 134:23 135:1,5 | 171:15,17,17 |
| 15:11,20 16:14 | 81:21 83:1,2,2 | 135:8,16,21 | 171:20,20,22 |
| 17:16,25,25 | 83:3,6,17,20 | 136:2,24 137:7 | 171:25 172:4 |
| 18:13,21 19:9 | 85:6,9,18,19,20 | 137:18,21,22 | 172:10,11,18 |
| 19:15,25 20:5 | 85:23 86:3,15 | 138:12,23 | 173:3,3,3,8,10 |
| 20:8,24 21:5,8 | 86:16 87:2,8 | 139:11,18 | 173:25 174:11 |
| 21:11,18,21 | 87:18 88:11,14 | 140:5,22 | 174:24 175:2,6 |
| 22:17,18,21 | 88:20 89:6,14 | 141:20 142:9 | 175:10 176:8 |
| 23:16,21 24:5 | 90:17 92:22,25 | 142:12,18,23 | 176:23 177:1,7 |
| 24:14,21 25:4 | 95:6 96:1,9,19 | 143:5,10,18 | 177:20 178:3 |
| 28:3,9 29:8,13 | 96:24 97:2,22 | 144:3,6,10 | 179:1,16,18 |
| 29:17,21 30:4 | 98:20,24 99:2 | 145:3,22 147:2 | 180:5,9,17,22 |
| 32:14 33:17 | 101:5,10 102:6 | 148:5,18,20,24 | 181:7 182:19 |
| 34:10 35:14,18 | 102:14,19 | 149:10,21 | 183:6,11,15,18 |
| 37:19 38:5 | 103:11,19 | 150:1,5,15,16 | 185:3 186:25 |
| 39:4 40:5 | 104:1,24 105:4 | 150:16,17 | 187:10 188:3 |
| 41:12 42:16 | 106:1 108:6,8 | 151:17,25 | 188:16 189:4 |
| 46:23 47:18 | 108:24 109:5 | 152:19 153:6 | 189:16,24 |
| 48:2 49:6 50:2 | 109:11,15 | 153:15 154:20 | 190:14 192:10 |
| 50:11,25 51:20 | 110:16,19 | 155:12 156:3,8 | 194:13 195:6 |
| 54:13 56:1,19 | 111:15 113:7 | 156:17,22 | 195:11,14,22 |
| 57:14,18,23 | 114:1 115:7,21 | 157:6,12,25 | 196:16,20,24 |
| 58:7 59:3,6,17 | 117:9 119:18 | 158:1,19,22,23 | 197:6,7,7,15 |
| 59:23 60:8,9 | 119:21 120:8 | 159:1,12,20,24 | 198:5,5,5,7,8 |
| 61:1,6 62:9 | 120:11 121:10 | 160:11,18 | 198:10,17,18 |
| 63:1 64:4,16 | 122:3,18 123:8 | 161:1,8,12,24 | 199:14 200:9,9 |
| 65:13 66:10,15 | 124:17 125:3,7 | 162:18,24 | 200:16,21 |
| 67:14 68:1,8 | 125:21 126:4 | 163:18,19,23 | 201:2,16 |
| 70:3,7,10,13,19 | 126:21,24 | 164:24 166:4 | 202:11,14 |

Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 385 of 422

204:18,24
205:1,16
206:12,19,21
206:21,23
207:7,7,11
208:12,13,16
208:25 209:6
209:11 212:6
212:12,18
213:17,19,23
213:25 214:14
214:20,23
216:17 217:6
217:20 218:13
218:15 219:10
219:12,18,19
219:20,22,23
220:1,6,7,12,14
220:24 221:2
221:10,12
222:6,13,24
223:8,16
224:13,25
225:7,9,23,24
226:1,9 227:5
227:6,10,15,16
227:19 229:15
229:18,20,22
229:24 230:1,7
231:20 232:4
232:19 233:17
234:7,11
237:11 238:4
239:2,22 240:8
240:11,25

241:3,18,19
242:15 243:14
243:18,19,21
243:24 244:19
244:23 245:6,6
245:9,14,21,23
245:25 247:25
248:12,20
251:16 253:1
253:12,25
254:21 255:23
256:1,13 258:2
258:19 259:1
259:11,19
261:3,5 262:25
263:2,23 265:7
266:4 267:3
268:3,4,13,25
270:4 271:21
273:5,8,11,12
274:2 275:6,9
275:10,24
276:2 278:5,7
278:8,10,13
280:17 281:21
281:22 282:2
282:23 283:6
283:20,23
284:2 285:8
286:2,4,10
287:20 288:6
291:1,7,11,14
292:10,18
293:1 294:16
295:3,6,16

297:15 298:16
299:19 300:14
300:22 301:7
301:15,23
303:10,25
304:22 305:22
306:6 307:19
308:7 309:13
310:5,10
311:17,19
312:15,19,22
313:5,13,25
314:2,13
317:21,25
318:15 320:11
**old** 172:9
**omissions**
  89:21
**omitting**
  207:13
**once** 73:1 193:5
  205:8,11
  210:24 230:12
  230:24 244:14
  306:16
**ones** 17:6 51:10
  176:14 221:5
  290:6 318:8
**ongoing** 20:22
  65:9 288:11
**online** 74:11
  173:5 205:20
  240:13
**onset** 39:23

**onsite** 187:7
**onslow** 152:8
  153:12 155:4
**open** 25:23
  112:14 125:17
  125:17 256:22
  259:24
**opened** 85:4
  236:16
**opening** 165:25
  259:24
**operari** 126:22
**operate** 57:14
  203:15 206:10
**operated**
  203:21,22,23
  203:24 205:12
**operating**
  172:23 203:19
  204:3,8 205:23
  206:7 235:18
  235:22 315:17
**operation**
  166:8,12 172:2
  177:21 210:8
  238:8
**operational**
  85:8 197:19
  204:17 235:3
**operations**
  104:22,23
  155:24 196:2
  210:19 224:18
  235:5 279:25
  281:10

Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 386 of 422

**opinion** 30:12
32:25 33:6
49:3 51:8
92:11 93:5,9
93:22 94:6,7
136:8 220:21
220:22 260:16
262:4,7,11,16
262:20 268:20
277:9 312:6
**opinions** 93:10
93:21 260:3
267:8 269:3
298:18
**opportunity**
19:12 38:9
118:14,15
170:12 242:23
247:8,25
311:16
**opposed** 272:9
**opposite**
249:23
**order** 97:14
149:7 228:10
228:11 241:10
296:8
**orders** 228:11
279:3 296:8
**organic** 50:9
139:23 151:11
164:8
**organization**
14:17

**organizations**
298:17 310:24
**organizer**
296:13 298:7
298:13,21
**oriented** 74:10
**origin** 71:23
**original** 15:1,8
126:17 130:21
130:23 220:17
**originally**
106:18 286:21
**originating**
63:4
**orise** 112:9,12
116:2
**orris** 132:16
**outline** 180:24
**outright** 264:1
264:10,19
**outside** 162:5
235:8 236:6
267:6
**outstanding**
287:15
**overestimating**
265:9
**overpredict**
226:20 227:14
228:3 234:4
**overpredicting**
208:21 234:1
**overprediction**
209:2

**overpredictive**
209:9
**overpredicts**
208:16 228:5
231:18 232:20
233:5
**oversaw** 94:7
**oversee** 76:11
**overseeing**
55:14 79:3
**own** 61:2 72:10
78:7
**owned** 36:22
61:10
**owner** 235:2

**p**

**p** 121:13
**p.m.** 120:2,5
148:12,15
179:10,13
221:15,18
258:21,24
313:9,12
314:17 321:13
**page** 18:24
19:1,11,20,23
22:9 24:8
133:12 149:22
149:23 150:3
150:19,25
151:6 164:14
167:19 170:17
170:20,21,22
170:24,25,25
171:5,6,12,24

182:12,14
197:2,5,5
201:10 202:4
204:18,22
205:1 206:19
206:22,24
208:5,13 212:3
213:4,6,15,18
214:10 219:15
220:4,5 222:19
222:22 223:3,7
225:23,25
226:8 229:17
232:4 250:19
252:18 270:16
287:15 319:9
320:12 323:3
323:14 324:12
**pages** 13:22
19:16 22:13
23:2,3 177:6
229:16,17
**paho** 112:7
**paid** 106:2,6
109:16,17
**pan** 112:6
**panel** 89:9
123:1,4,9,12,13
123:24,24
124:2,5,12,14
124:20 125:4
192:1,11,14
238:6 310:4
**panels** 129:21
192:18 256:21

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 387 of 422

panglia 285:2
pants 151:7
paper 26:3
  27:25 74:10
  311:11
papers 14:14
  29:3
paradise 172:7
  172:20 178:5
paragraph
  139:20 140:5
  140:22 144:5
  145:3 162:18
  162:24 164:15
  205:6 207:5
  249:7 254:17
  254:19,21
  255:5,23 256:1
  257:2,10
  263:24 269:21
  270:9 281:7
  282:2 290:1
  300:1 315:6,11
paralegal
  288:13 291:12
  293:3
parameter
  110:15 120:22
  121:4 122:7
  242:7 243:21
  260:6 263:13
  270:19 271:8
  272:10 278:9
parameters
  42:9 121:4

242:4 244:16
  270:21 272:7
  277:18
parametrizati...
  122:10
parcel 75:9
parents 131:22
park 41:17,18
  42:13 167:3
  173:3 178:5
part 29:6 36:2
  40:4 41:17
  53:15 68:17
  72:7 75:9
  97:13 103:17
  123:14 130:25
  131:7,7 161:15
  161:16 172:17
  174:21 208:14
  212:15 229:4
  241:5 245:13
  245:20 273:10
  278:19 299:2
partain 129:1
  130:19 131:6,9
  131:20,24
  132:4
participation
  130:2,9 296:22
  316:23
particle 41:20
  42:22,23
particles 27:8
particular
  25:13 26:13

28:18 30:10
  32:12,25 33:16
  45:9 47:6 50:6
  50:14 64:2
  67:13 72:12,12
  83:14,16 85:24
  145:4 168:4
  169:7 182:12
  202:10 260:8
  263:10 297:3
particularly
  60:2
parties 65:7
  143:25
partner 55:15
  55:19,19,21,23
  56:18 72:9,20
  76:12 77:10
  110:5 265:6
  278:7
partnered
  55:25 56:2
partners 59:7
  114:9 261:10
parts 60:10
  70:9 141:15
party 322:9
passage 136:18
passed 135:14
  146:15 302:23
passing 136:5
  301:20
passionate
  299:3

past 51:18,21
  51:23 57:16,16
  90:23 91:10
  133:3 177:19
  185:12 231:9
pasting 284:25
path 42:24
pathway 48:12
  50:18
patience 4:20
patrick 2:16
pause 9:11
pavilion 166:1
pay 136:25
pcbs 75:6,13
pce 50:9 141:13
  165:19 167:13
  167:17,24
  168:5 173:15
  173:21,24
  174:15 186:21
  187:12,18
  195:20 198:4
  199:10 207:9
  218:9,11
  225:17 229:19
  231:7 235:7,25
  236:1,6,12,14
  236:15 260:10
  260:24,25
  261:5,8,11,18
  262:23 263:2
  265:9 279:9,18
  279:25 280:2
  281:10,14

Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 388 of 422

326:23
**pdf** 19:2,11,21
 242:9
**peachtree** 5:2
**peanuts** 289:21
 289:25 290:8
 291:18
**peer** 52:6 185:9
 191:20,22,24
 192:9,13,16,25
 193:6,15,17,21
 195:2 243:2
**peers** 274:19
 281:23
**pending** 8:23
 8:24 11:15
 322:10
**people** 8:16
 33:19 40:11
 47:2 55:2
 60:15 67:9,12
 71:25 76:21,23
 105:3 110:5
 111:14 124:15
 124:24 127:23
 143:2 145:19
 154:4 184:4
 185:7 190:4,8
 193:8 237:18
 248:3 256:19
 272:15 291:14
 293:24,25
 300:18 310:24
 321:5

**perc** 165:14
**perceive** 260:3
**perceived**
 260:4
**percent** 242:19
 249:23 277:16
**percentage**
 63:4
**percentile** 96:6
 96:7,21 242:17
 242:18
**perception**
 125:8
**perchloroeth...**
 165:15,18
**perform** 26:17
 41:12 66:22
 67:3 90:19,22
 90:24 91:3
 202:16,19
**performance**
 119:15,22
**performed**
 52:23 58:4,8,9
 69:13 87:20
 101:7 153:8
 155:14 183:10
 183:21 237:23
 291:10
**performing**
 225:1 265:18
**period** 31:15
 58:9 63:9,14
 65:5 75:18
 92:21 99:3

110:12 140:14
141:12 177:9
188:18 191:16
204:5 235:13
296:10
**periodical**
 32:25
**permanently**
 205:13
**permit** 12:10
 43:18 323:23
**perri** 98:17,21
 98:22 99:4,10
 124:22 188:20
 296:5
**person** 23:14
 84:3 89:12
 98:7,9,16
 120:19 189:25
 216:23 217:10
 248:4,10 277:1
 278:3 289:18
**person's** 92:7
 93:2 94:16
**personal** 33:23
 138:17 289:23
 312:6
**personally**
 34:24 132:14
 300:3 303:25
 316:4
**personnel**
 38:12 53:16
**perspective**
 278:5

**pertaining**
 254:9
**pertinences**
 155:25
**pest** 110:14
 121:12,21
**ph.d.** 28:10,14
 28:19,25 29:4
**phase** 100:1
 190:4 231:22
 252:11,16,21
**philosophical**
 251:10
**phone** 282:19
 289:2,9
**phones** 308:24
 309:1
**photos** 305:11
 305:14,17
**phrase** 184:1
**physical** 60:24
**physically**
 244:17 282:17
**pick** 266:13
 267:22
**picture** 258:1
**pinnacle**
 307:18
**pipeline** 153:19
 155:22 161:17
 161:18 162:13
 184:21
**pipelines** 57:9
 63:19 184:19

Golkow Technologies, A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 389 of 422

pipes 72:22
place 58:10
  94:9 143:15
  236:3,6 247:22
  257:3
plaintiff's
  286:12 318:5
  318:12,14,22
plaintiffs 2:2
  5:24 6:2,4
  11:25 31:12
  32:4,9 34:11
  78:20 159:8
  283:7 307:21
  311:24
plan 43:16
  99:19,21
  100:13 106:4
  107:16 118:25
planning 41:9
  41:10,11 42:13
  42:17 43:3,21
  46:5 74:7
  100:1
plans 100:9
  164:16 240:21
plant 65:12
  69:5 128:15
  169:17 178:15
  178:16,21
  179:25 200:11
  200:24,25
  209:20 232:25
  233:2,5,7,8
  234:2,10 237:2

237:17 238:1
238:10,13
239:12,16,19
239:20,21
240:2,7 261:20
plants 68:18
  89:5 95:1
  139:25 151:13
  151:14,18
  164:17,20
  199:24 202:1
  315:7,12,25
  316:5 326:3
plate 162:14
platform
  253:15
pleasant 2:5
please 4:11 8:2
  8:9,14 35:14
  85:10 102:23
  144:10 158:24
  171:21 282:7
  293:10 302:21
  318:3
plf 318:17
  323:15
plot 218:9
plume 70:1
  218:9 229:19
  229:19 230:10
plus 228:10
  241:9 270:25
  271:1
point 15:15,17
  20:21 40:8

47:13 86:18
93:22 96:12,20
107:22,25
108:2,16 109:2
115:3 121:15
121:23 122:1,5
122:13,16
127:19 138:20
139:24 140:25
145:25 151:7
151:25 152:8
153:13,17,24
154:6 155:8,15
155:21 156:1
157:3,10 158:4
161:7,11,19
164:2 165:10
165:16 166:2
172:2,5,7,10,19
172:20,23
173:12,13,18
173:21 174:19
174:19 177:2,2
177:8,13 178:6
178:14,19,20
179:23,24
184:10,10
187:1,3,6,11,17
189:18 190:14
191:20 192:3
192:11 195:7
195:10 198:11
198:13 199:3
199:11,17,23
200:25 201:14

201:19 202:12
204:2,19
209:21 210:15
211:15 217:14
217:20 218:16
219:14,15,25
222:10,18,20
222:21 223:6
223:19 230:15
240:10,25
255:9,15 266:1
266:13,24
267:1,23 269:2
270:24 278:16
281:24 290:20
290:21 311:9,9
311:15 312:17
312:22 326:2
pointed 252:17
  262:20 268:10
pointing
  215:20 247:1
points 40:19
  110:11 152:1
  153:1 178:13
  196:11,15,17
  196:21 224:23
  226:5,5 231:14
  232:14 268:15
policy 130:11
  136:4,17,24
  145:7 194:16
  272:2
political 135:25
  250:21 269:12

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 390 of 422

296:11 298:6,9
298:14,18,22
299:2,8,11,16
299:20
**politicians**
269:16
**pool** 193:22
194:4 195:3
**poor** 209:1
**populating**
83:8 150:2
**population**
60:23
**populations**
95:2 190:4
**portal** 107:5
**portier** 138:6
139:15,16
**pose** 55:7
**position** 35:25
36:1 44:9
53:12 112:13
112:14 164:22
**positions**
291:15
**possible** 7:14
270:23 282:7
**possibly** 279:3
280:3
**post** 284:22,23
**poster** 290:1
292:1,8
**potential** 47:1
88:9 220:8,10
221:1,5

**potentially**
203:4
**potus** 302:24
**power** 35:16
36:9,22 37:14
42:3 80:15
**powerpoint**
82:6,20 317:12
317:15 318:18
320:17,22
323:16 324:16
**prabhakar**
248:11
**practice** 74:10
**practices** 80:3
236:5
**praise** 249:10
**pre** 186:15
196:22,22
**predevelopm...**
39:18 40:14
186:14
**predicted**
106:16
**predicting** 46:9
263:4
**predictions**
37:12 51:17
**predictive** 43:2
43:4 210:7
**predicts** 208:15
**prefer** 189:2
**preferred**
272:4

**preliminary**
139:22
**premises** 12:11
323:24
**preparation**
17:12
**prepare** 16:18
17:20,23,23
316:12
**prepared** 142:2
**preparing** 83:8
256:8
**present** 3:14
6:6 31:16
37:18,23 39:20
40:23 51:16
57:15,21,22,24
75:25 118:6,13
156:20 181:21
185:20 201:23
211:9 216:13
225:15 231:19
247:11 325:15
326:19
**presentation**
14:17 16:6
75:20 82:20
83:4,5,8,16,18
84:23 247:18
254:5 256:14
295:21,25
296:2,9 297:13
297:21
**presentations**
15:17 16:23

17:1 24:1,22
117:25 300:19
304:13 305:18
**presented**
97:16 142:4
247:16,17,19
250:15,17
254:8 310:3
**president** 134:8
135:9
**pressure** 73:14
74:3 263:25
264:18 265:10
265:12,16
269:12,13
271:14
**pressures**
36:21 37:6
**pressuring**
269:18
**pressurized**
184:19
**presume**
138:15
**presumption**
133:21
**presumptions**
134:12
**previous** 197:4
208:13 221:22
295:23 296:4
**previously**
60:10 149:6
152:23

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 391 of 422

**primarily** 124:8,11 174:9 186:21 187:11 187:18 257:23
**primary** 62:10 102:10,12 165:13 169:3 175:14
**principal** 115:6
**principles** 281:13
**printed** 16:6 24:16
**printoff** 314:14
**prior** 17:9 19:25 20:8,24 21:11 25:6 32:8 33:12,25 34:10 44:4 64:16 103:5 104:25 131:12 140:15 144:14 168:15 169:6 174:18 185:23 199:3 212:20 239:13 245:2 246:7 286:16
**priorities** 49:1 86:8 87:3
**private** 36:8 70:4 79:2 110:7
**privately** 61:10
**privy** 306:20

**pro** 246:13
**proactive** 146:20,24
**probabilistic** 51:12 53:9 72:8 75:3 112:19 211:2,7
**probability** 242:3,9 244:15
**probably** 38:13 44:16 53:7 58:5 59:5 61:5 96:25 105:16 109:1 112:11 116:11 126:3,9 145:25 214:16 215:16 247:16 269:1,17 271:6 282:24 292:7 308:10
**problem** 31:10 88:10 93:18
**problems** 127:12
**procedure** 112:7 275:12 276:6,8
**procedures** 211:23 212:1 212:12
**proceed** 101:13 200:20
**process** 15:23 52:19 58:13,18 60:1,9 90:1

91:18 104:2 125:17,19 127:2 191:24 193:16 206:11 210:3 218:1 233:18 265:17
**produce** 12:9 14:3 15:25 23:18 49:4,9 159:19 212:10 244:10 323:22
**produced** 16:12 17:1 36:8 69:7 88:21 138:15 149:1 159:6 172:17 210:22 286:20 307:23
**produces** 37:5 37:6
**producing** 14:1 47:4 68:18 161:21 264:24
**product** 173:24
**production** 13:18,21,21 15:13 138:24
**productions** 138:19
**products** 102:8 165:16,21 167:17,24 168:5 186:22 260:25 261:13

**professional** 35:9 79:22 80:16,17,20 112:17 113:17 322:4
**professionally** 30:20 115:18 124:22 251:21 303:23
**professionals** 303:22 315:16
**professor** 28:4 59:18 114:12 284:11
**professors** 27:23
**profile** 24:7,8 24:19,24 324:12
**profiles** 47:4,7 47:9
**program** 26:14 26:18 38:13,15 38:16 39:9 53:16,19,21,24 54:1,10,14,25 55:4,10 56:10 70:24 71:3,5,6 71:24 73:5 74:25 75:10 76:10 84:7,9 94:8,15,21 104:2 118:24 122:12

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 392 of 422

**programs**
65:11
**progress**
125:15 127:11
255:20
**project** 39:8
51:2 53:20,22
54:13,24 56:8
57:1 58:4,6,20
59:4,7 63:9
68:23,25 69:22
70:14,23 74:24
76:9 79:18
83:19 84:6,10
94:14 99:8
105:19 106:19
106:20,22
113:19 119:20
128:3 190:5
216:14 263:12
263:12 264:5,6
272:23 275:7
**projects** 69:12
69:24 78:18
80:11 251:11
**promoted**
38:14,17 53:14
53:18
**proper** 212:11
**properties** 37:4
40:15 42:10
196:3
**proposed** 45:16
71:6,21 99:19
99:22 106:18

316:17
**proprietary**
79:4
**protections**
138:22
**protective**
223:24
**proved** 161:11
307:17
**proven** 91:12
**provide** 4:23
21:6 39:4
71:24 79:22
103:13,20
104:9 109:13
127:10,13,15
128:16 130:2,9
130:12 133:24
137:6 139:21
162:19,21
163:6,11 166:2
188:23 189:1
192:3 233:22
264:2
**provided** 7:8
89:4 103:8
107:8 117:16
123:19 125:13
134:22 137:1
142:13 145:14
151:13 154:6,9
154:14 156:5
159:7,14 163:2
164:16 189:14
193:25 206:4

216:25 217:18
217:22 218:13
248:6 254:12
296:18
**provides** 23:3
135:23 160:13
**providing** 72:2
93:22 94:24
125:15 150:2
153:24 154:1
156:19 299:5
**provision** 125:9
**ptelan** 2:19
**public** 49:4,9
49:13,16,20,25
52:7,10 56:17
57:4 87:13,20
87:23 88:15,22
90:7,8,8,10,13
90:18 104:20
129:24 131:4
138:16 184:3
194:15,16
224:10 246:25
256:13,23
264:23,25
284:12 296:23
305:21 322:4
**publication**
27:18 108:11
145:15
**publications**
23:4 38:15
55:12 61:16
246:11

**publicizing**
296:18
**publicly** 14:15
14:21 27:19,20
44:23 58:6
70:6 114:25
144:1 243:3
272:3,3
**publish** 27:25
29:3 55:13
311:11
**published**
20:17 27:16
28:4 52:3,6
54:1 64:14
72:6 74:5,6,12
74:15 83:11
182:25 185:8
250:4,18
301:20 306:1
310:20
**publishing**
100:19
**pull** 9:4 10:13
12:7 81:8 87:1
126:1 128:23
133:10 137:7
170:1,4,14
197:3 273:12
283:11 294:10
294:11 318:10
**pulled** 16:3
82:14,17 83:18
129:8 138:2,25
200:23 201:3,4

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 393 of 422

**pulling** 81:12
114:25 159:1
176:1 180:14
253:13
**pump** 64:21
163:5 166:1,1
185:24 252:20
**pumpage** 64:16
64:19
**pumping** 39:23
40:9 43:11
64:24 186:11
186:15 196:1,2
205:19,21
229:22 230:2
230:25 231:6
243:21,22
**pumps** 63:21
64:19 157:10
**purpose** 39:15
43:13,15 50:14
92:1 95:7
127:6 129:21
130:7 139:20
186:19 187:22
264:17
**purposefully**
97:19
**purposes** 46:19
49:9 92:14,19
102:19 168:13
203:9 205:13
**push** 275:23
**pushed** 275:19

**put** 8:23 10:6,7
37:4 42:5
55:18 79:20
85:18 98:9
104:2 118:11
118:17 123:18
148:24 183:7
197:16,17,18
201:21 203:8
205:9,11
229:12 232:1
235:8 240:24
244:2 255:25
265:3 278:14
297:17
**puts** 315:3
**putting** 56:6,20
74:22,23 76:4
123:6 176:11
181:25 182:7
235:9

**q**

**qr** 149:25
**qualification**
34:3
**qualify** 49:14
221:21
**qualitative**
190:20 191:8
**quality** 203:10
207:19
**quantify** 91:10
218:1
**quantitative**
71:19 190:20

191:8 217:8
266:6,18
**quantitatively**
191:13
**quarter** 28:16
**quarterly**
127:11 128:23
265:11
**question** 7:25
7:25 8:1,6,15
8:23,24 29:25
31:11,17,23
32:20,22 33:3
33:10 34:16
36:25 40:25
41:3 45:24
49:16 60:5
67:16 68:21
72:12 83:3
92:10,25 93:5
93:17,20 94:1
95:4,11,17
97:3 104:5
128:14 132:2
134:15 136:7,8
136:9,21 139:8
145:10 147:11
152:15 155:19
161:9 164:5
165:4 179:21
179:22,22
190:2,22 191:5
195:12 209:23
211:21 213:20
214:3,4,7

215:8,12,19,21
220:17,21
226:23 228:1
236:18 237:5
239:4,12,13
241:20 246:7
249:18 251:3,7
261:23 262:11
262:14 264:18
272:11 275:21
276:10 277:1
286:6 289:13
290:14 297:10
298:25 299:13
310:21,23
311:4,13,14
312:12,14
316:8
**questioned**
278:7
**questioning**
113:23
**questions** 12:2
14:6 31:15
32:23 34:19
55:6 88:5
92:20 117:23
147:20 183:9
212:20 215:3
216:3 222:9
234:12,14
256:6 296:3
307:24 313:7
316:11 320:23

Golkow Technologies, A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 394 of 422

**quibble** 309:13
**quick** 75:5
  148:7 221:11
**quickly** 138:11
  139:18 140:23
  146:3 152:7
  158:3 166:4
  179:18 234:19
  236:24 241:3
**quite** 226:21
  258:12 280:3
**quotations**
  98:19
**quote** 169:8
  260:5 269:22
  278:18 279:9
  315:12

**r**

**r** 2:3 4:25,25
  5:2 110:14
  124:19
**r.e.** 116:12
**rainfall** 46:2,2
**raised** 243:6
**raising** 310:21
**raleigh** 2:13
**ramifications**
  136:1
**ran** 241:5
  242:6
**randall** 29:19
**randomly**
  242:9
**range** 133:9,14
  152:8 153:11

154:25 211:3
211:10 241:6
241:10,16
242:16 266:9
272:21
**ranging** 227:20
  260:14 262:2
**rapid** 266:2
**rasa** 39:9
**rate** 81:3
  243:22 260:10
  260:22 261:18
  261:25 262:23
  267:18 268:22
  270:16 273:1,2
  274:5 277:19
  278:21,25
  279:5,6,7,9,10
  279:16,20,21
  279:22,24
  281:8,11,17
**rates** 263:18,23
  277:20 279:3
  280:4
**rather** 197:17
  275:14 281:17
**reach** 153:8
**reached** 50:17
**reactor** 238:14
**read** 12:16
  103:3,4 130:3
  133:19 134:2
  134:21 135:3,3
  135:10 140:3
  140:17,22

141:1,18,19
142:24 145:1
149:19 150:17
151:15 152:7
161:24 162:16
162:22 163:13
169:6 170:6
214:20 237:7
246:10 249:13
254:17,19
255:3 257:8,18
260:19 266:15
266:22 274:15
275:1,15
276:20 277:22
280:7 281:25
282:9 289:4
292:5,7 293:11
296:25 297:2
302:2 303:1,8
311:8 321:15
**reading** 100:25
  171:17 177:4
  214:25 232:9
  277:7
**readings** 64:10
  64:13
**reads** 215:15
  255:23 257:2
  263:24 271:10
  289:20 290:1
**ready** 221:24
**real** 138:11
  148:6 195:15
  198:12 199:1

267:9,11,12
268:5,5 272:10
279:9
**realistic** 244:6
  244:10,18
  270:20
**realization**
  244:5
**realizations**
  242:11 243:13
  244:9
**really** 5:23
  17:22 45:9
  62:19 67:16
  69:3 76:1 95:3
  98:18 105:4
  113:5 123:16
  124:6,21 132:3
  133:5 135:3
  145:16 147:12
  151:23 152:2
  181:5 183:23
  185:14 218:23
  230:22 246:9
  263:1 266:1
  275:18 291:7
  293:24
**rear** 3:24
**reason** 7:20
  44:25 105:15
  152:5,9,13,17
  152:19,20
  156:9 157:20
  159:14 164:25
  165:7 169:3

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 395 of 422

206:25 207:10
207:11 228:7
271:25 272:11
**reasonable**
268:17 279:19
281:15
**reasonably**
279:6
**reasoning**
281:13,18
**reasons** 210:2
**recalibrate**
107:13
**recall** 14:14
18:18 30:13
45:7 50:8 51:9
51:14,20,24
52:9 53:6,25
56:19,21 57:5
60:22 61:6
67:14,20 70:19
75:19,23 76:1
77:15 82:21
83:3,6,15
89:12,18,22
90:16 96:3
108:4 110:2
111:2 112:16
113:5,16 114:4
120:17 124:13
125:6 128:2,22
128:25 131:14
132:21 133:4
143:12 146:6
161:12 168:21

168:24,25
173:17 176:19
180:23,23
181:1 194:3,5
194:6 196:9
198:11,25
202:14 217:21
237:14 250:8
250:11,12
275:5 277:5,6
277:7,11
282:11,15
289:14,17
291:16 293:13
293:18,19
297:3,22
300:11 302:6
302:14 304:23
308:3
**receive** 67:12
97:20 104:18
106:8 118:16
275:3 315:23
**received** 13:20
67:10 104:13
141:12 162:10
235:16 283:7
291:17 305:19
312:4
**receiving** 62:8
282:15
**recent** 16:22
305:23,25
306:12

**recess** 66:5
120:3 148:13
179:11 221:16
313:10
**recipients**
284:2,4
**reclassified**
38:11
**recognize**
138:16 144:21
319:8
**recognized**
119:14 250:20
**recollection**
51:1 90:14
110:25 145:4
160:21 188:24
237:13 245:10
251:2 280:9
286:9 308:19
309:3
**recommend**
77:18
**recommendat...**
88:12 90:18
123:10 246:12
312:20
**recommendat...**
88:15 123:12
123:23 192:6
193:14,16
256:9
**reconstruct**
39:25 95:12
96:14 186:20

216:10 246:22
**reconstructed**
73:25 95:24
96:13 211:4
**reconstructing**
95:21
**reconstruction**
37:24 51:2
52:13,15,17,24
53:21,23 54:14
55:3 56:9
57:20 58:1,4,8
58:12,13,14,17
60:2,9 63:8
65:2,3,11 68:2
68:15,23 69:10
69:12,17,23
70:24 71:23
72:15,18 74:17
74:20,25 75:1
75:10 76:4,10
80:5 83:12,13
84:7 90:2 94:8
94:15,21
118:24 177:15
181:21 185:8
185:16,18,19
186:1 187:2,6
199:20 210:3
225:15 251:3,5
281:3 310:22
325:15,21
326:19
**reconstructions**
69:11

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 396 of 422

**record** 4:1,22
5:23 6:6,7,11
8:11 13:20
18:4 23:17,17
46:19 47:23
66:4,7,9 81:25
82:3,4,10,12
84:18 85:15
102:20 104:20
120:2,5,7
143:11 148:12
148:15,17,25
153:22 158:10
158:15 159:4
159:13 179:10
179:13,15
182:8 221:15
221:18,24
237:8 239:6,13
258:15,18,21
258:22,24
259:1 264:17
274:21 275:4
282:6 286:19
305:2 313:9,12
322:7
**recorders** 74:3
**records** 205:21
206:4 235:3
**recreate** 185:11
**reduce** 147:21
219:3 295:25
**reevaluate**
55:11

**refer** 34:18
101:19,20
115:19 177:17
220:10 222:18
242:1,11 248:5
**reference** 30:6
30:8 117:25
246:11
**referenced**
30:14 212:9
**references**
116:11
**referred** 26:22
27:5 59:10
78:1 83:21
209:12 212:21
215:5,13 221:1
310:20
**referring** 10:12
40:24 88:23
96:9 101:22
102:1,2,11,16
102:23 108:21
114:9 123:25
125:11 126:8
143:15 166:12
174:22 183:19
183:23 206:17
213:5 215:23
216:7,9 267:16
269:13 275:23
276:2,8 277:25
289:9 290:16
292:9 295:4
297:23 300:4

303:10,11
**refine** 271:7
**refined** 93:23
188:15
**refinement**
189:14
**reflect** 145:4
229:2
**reflected** 24:2
24:23 25:1
29:11 172:14
255:20
**reflecting**
230:5,7
**reflects** 296:6
**reframe** 262:14
**refresh** 9:19
10:2 16:23
81:13 145:4
**refused** 103:13
103:19 104:8
109:12,13
**regard** 31:20
293:7
**regarding**
139:22 277:18
**regardless**
233:13
**regards** 4:4
**region** 64:8
**regional** 39:8
**registered**
80:19 322:3
**registry** 46:22
138:9 140:7

**regular** 125:13
127:10
**regulation**
45:22
**regulatory** 29:7
35:21 36:7
49:15 67:23
**relate** 31:15
61:3 208:10
**related** 5:18
12:3 13:19
14:10 20:16,21
21:9 27:12,14
28:6 31:19
38:2 41:13
43:6 45:12
46:13 51:6
53:5 55:9 56:5
56:8 63:14
64:1,17 66:22
68:9 69:2,20
73:7 74:12
76:3 90:19
91:3 92:3 97:9
97:21 99:11,18
100:6 101:3,6
101:7 104:12
106:3,10
107:24 108:1
109:8 118:18
123:21 128:3
134:13 136:3
136:16 141:21
141:23 147:9
152:6,10

154:21,24
155:3,7,14
157:13 176:18
183:21 243:6
265:18 283:4,8
306:4 322:9
**relates** 1:7
47:12 59:23
66:16 69:19
117:11 122:5
123:9 153:7
210:22 298:23
**relation** 39:6
231:14
**relationship**
94:20 309:23
**relatively**
140:13
**release** 115:2
143:24 144:2,2
144:14,16
272:2
**released** 100:23
101:2,3 107:23
107:25 108:3,4
108:7,10 141:7
142:7 143:21
243:3 250:4
253:4 264:24
272:3
**reliability**
186:13 188:8
202:20 224:20
309:15

**reliable** 29:22
32:17 33:1,14
34:12,17 211:1
**relied** 49:8 72:4
88:9 309:10
**rely** 33:19
306:12
**remaining**
108:9 176:11
183:3
**remedial** 71:12
71:20,21
**remediating**
210:10 219:3
**remediation**
187:7 198:19
210:8 216:13
252:18
**remediations**
71:22
**remember** 7:2
34:9 61:12
69:4 76:3 77:3
77:12 98:19
123:7 124:16
128:20 143:5
195:7,9 227:18
228:25 310:1
314:11 316:14
**remind** 6:23
36:1 48:23
73:11,20 127:6
**remnant** 176:4
**remove** 163:18
230:24

**removed** 87:15
230:13,17
**rename** 12:14
**render** 49:3
**rene** 76:25
109:25 112:3
119:2 217:15
**rennix** 33:4
**renowned**
116:22 121:7
**repeat** 92:25
191:4
**repeating** 7:11
**rephrase** 31:23
33:10 93:17
134:17 136:9
**replace** 158:17
**report** 15:8,9
20:17 74:12,19
76:17,19 80:14
101:1 107:8,24
108:1,2,3,7
141:9,9,16
143:24 144:15
162:15 166:7
175:16 181:6
181:12 199:5,7
212:3 218:14
219:8 229:12
229:13 236:9
241:1 242:25
243:1,3 247:3
247:5 249:22
250:2,14
252:11,18

253:1,4,7,7
255:11 256:8
258:9 264:2
265:2 266:22
267:14 270:7
271:12,17,24
271:25 272:3
274:9 277:15
278:15 292:4
307:15,25
311:17 312:8
312:10 316:17
**reported** 1:18
316:1
**reporter** 4:11
8:16 318:9
322:1,4 323:9
**reporter's** 8:8
8:14
**reporting**
132:12
**reports** 14:9,24
15:2,13 16:3
16:21 40:10
69:5 71:13,21
74:15 96:23
101:2 102:3
104:21 108:5,9
108:11 115:14
121:23 142:7
145:15 168:14
169:2 172:15
172:17 176:22
176:24 177:17
180:20,23

Case 1:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 398 of 422

181:9 183:14
203:14 217:4,5
235:17,21,24
238:20 302:16
307:23 308:1
316:1
**represent**
13:16 18:13
24:16 25:22
82:19 83:17
138:1 149:16
245:1 247:21
249:1 274:7
275:6 279:15
319:2
**representation**
123:17
**representatives**
6:8 127:20,24
300:20
**represented**
21:3 278:22
306:23
**representing**
145:19 307:3,8
307:10,21
**reproduce**
224:7
**request** 15:12
23:17 89:24
188:21 256:10
257:25 288:25
290:10 316:16
**requested**
13:18 14:20

16:11 21:6
41:19 42:17,21
58:25 103:14
188:25 189:15
271:23
**requesting**
89:19 256:2
264:7
**requests**
254:23 282:7
**required** 16:5
28:15 64:22
87:14 88:3
103:24 115:4
126:23 204:15
274:6 277:16
281:15
**requirement**
315:1
**requires** 38:16
87:13 257:14
279:13
**rerun** 274:4
**research** 35:11
38:6,10,12,14
38:18 53:15
111:13 116:1,3
116:8 128:10
244:20,24
245:12,14
249:8 284:17
310:14
**reserve** 312:8
**reserves** 312:8

**reservoir** 37:3
37:4
**reservoirs**
36:20
**resided** 131:22
**residential**
50:13
**residents**
237:17
**resolution**
263:13
**resolved**
280:17
**resource** 44:20
**resources**
26:15 28:22
40:22 44:11,20
74:6
**respect** 16:4
28:19 30:25
31:11 35:3
36:14 39:16
52:25 61:18
96:1,11 106:1
111:25 122:1
130:8 165:9
166:6 167:24
181:3 182:20
182:22 196:4
203:13 209:16
210:14 227:25
228:1 254:16
299:3
**respected**
246:5

**respond** 8:9
162:7,7 193:12
250:13,23
311:6,16
**responded**
162:11 250:12
251:17 311:6,9
311:14
**responding**
8:15 15:23
193:2,3 254:22
282:12
**responds**
291:25
**response** 14:3
15:25 17:1
87:12 159:6
171:3 250:19
250:25 251:17
251:18,20
252:18 284:16
302:19 303:4
306:14
**responses**
254:13 311:18
311:18
**responsibilities**
36:5 47:19
54:24 55:8
76:8
**responsibility**
291:6
**responsible**
47:4 48:25
55:14 76:20

Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 399 of 422

**rest** 289:20
**restaurant**
 304:3
**reston** 118:11
**restroom** 313:6
**result** 52:10
 67:22 146:22
 207:8 233:7,14
 244:17,18
 260:2 272:20
 275:19 277:19
 279:22 280:2
**resulted** 243:12
**resulting** 47:2
 238:15
**results** 37:5
 67:19 71:20
 83:10 97:16
 100:19 126:10
 127:12 169:15
 188:8 191:9
 203:3 207:14
 209:19 210:22
 211:9 212:13
 219:5,11
 220:17 230:5
 233:22 241:11
 244:11 246:18
 246:19 247:17
 260:14,18
 262:6,9,18
 264:24 266:12
 266:14 267:22
 267:24 268:7
 268:24 272:1,2

 274:2,6,9,11,19
 274:22 276:15
 276:17,23
 282:4
**resume** 22:1,19
 22:21,23,25
 23:1,8,24 24:3
 25:7 44:10
 78:14 98:6
 302:12 324:6
**retain** 97:14
**retained** 11:24
 31:12 32:4
 92:23 94:6,10
 191:3 290:25
 303:16
**retainer** 303:6
**retention** 32:8
 34:11 279:12
**retired** 54:17
 54:20 78:3,7
 115:22,22
 131:18 194:12
 306:16
**retirement** 78:6
**return** 251:14
**reversed**
 267:13
**review** 17:5
 19:13 69:15,16
 71:10 79:25
 80:13,15
 100:15 104:17
 150:8,19
 157:24 160:11

 169:25 185:9
 191:24 192:9
 192:18,21
 193:1,1,9,10,11
 193:17 242:23
 243:1 244:21
 244:25 266:12
 267:22 281:19
 281:23 321:6
**reviewed** 16:20
 30:4 32:6,9
 52:6 79:19
 104:13 191:20
 191:22 192:23
 194:18 243:2
 271:5 297:15
**reviewer**
 194:14
**reviewers**
 192:13,16
 193:6,15,21
 194:10 195:3
 224:10 243:2
**reviewing**
 169:8 194:15
**reviews** 193:2,4
 265:11
**revisit** 87:15
 120:20 179:18
**reynolds**
 319:17 320:1
 320:10,15
 321:2
**rfp** 55:17
 158:16

**rge** 38:16 53:19
 55:10
**rice** 2:3 3:18
**richard** 130:20
 131:6,7 284:7
 285:4
**ridge** 1:14 2:17
 112:9
**rifle** 152:7
 153:11 154:25
**right** 5:12 10:3
 15:2 19:12
 24:3 26:8 28:5
 29:19,20 35:12
 43:11,24 44:7
 44:12 47:21,21
 49:21 66:23
 68:3 69:2
 70:25 73:8
 75:17 77:5
 78:4,21,21
 86:1,20 90:21
 95:9 96:7,16
 97:12 100:23
 102:21 103:9
 104:15 106:3,6
 109:13 110:21
 113:9 114:6
 119:3 125:4,5
 126:7,15
 130:15 132:24
 137:16 143:3
 150:13 151:3
 151:21 153:15
 154:13 157:18

Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 400 of 422

160:8,14 162:3
163:23 164:3
166:9,17,20
167:3,14,21,23
168:10 171:13
172:2,8,21
174:7 177:22
178:8,11
180:15 186:4
186:23 187:20
196:6 199:4
202:7 203:17
205:7,10,16
207:3,4,6,16
212:24 219:16
225:8 228:4,19
228:22,24
229:6,9,25
233:3 234:17
237:21,24
242:24 243:9
243:16 244:6
244:22 245:3
247:5,23
248:14 257:7
259:15,22
269:9,10,11,25
271:13 275:19
276:24 283:15
283:23 284:8
284:18 285:22
285:25 288:18
288:22 289:8
289:24 291:4
294:23 295:9

295:12,15,17
296:25 301:18
301:21 305:9
305:12 307:17
311:22 312:8,9
313:14 314:10
314:16 317:2,8
317:12 318:21
319:11 321:8
321:15,16
**rigorous**
238:21 242:20
**ring** 118:3
**risk** 67:11 78:2
98:9
**river** 56:25
57:25 58:16,19
59:23 60:11,21
61:8,18 65:12
66:17 68:10,13
68:21,25 69:5
69:9,10,20,22
70:14 73:7,21
74:13,22,23
111:7 115:23
116:4,25 152:9
153:13 157:15
186:12
**road** 106:21
**robert** 110:6
115:15,17
119:8 216:25
217:11 273:24
275:4

**roberts** 2:11,11
6:3,3
**roberts.com**
2:14
**robust** 97:17
**rocked** 289:21
**rogers** 295:13
**role** 36:5,13
38:3,25 41:13
43:7 44:6,19
46:13,24 47:13
48:22 50:3
51:4 53:4 55:9
55:20 56:8
72:3 110:24
111:25 112:20
114:21 130:10
216:18,21
220:23
**roles** 54:23
55:8 76:7
**roll** 153:15
**room** 6:7,12
308:10
**roughly** 13:21
48:14,18
186:22 187:4
304:10
**round** 64:25
**row** 208:5
**rpr** 1:18
**rubber** 71:13
**ruckart** 98:17
98:21,22 99:4
99:10 124:23

188:20
**rule** 7:15
275:11 276:6,7
**rules** 7:10
**run** 59:14
112:8 118:8
239:15 261:12
**running** 244:13
282:24
**runs** 242:12,13
243:12
**rushing** 272:9
272:15

**s**

**s** 4:25 5:1,2
121:13 323:11
**safe** 37:9
**safety** 36:23
**sake** 8:8,14
**sample** 208:5
268:12 270:15
**sampled**
207:19
**samples** 79:21
79:23 140:13
168:18,23
169:16 186:8
209:20 262:25
263:2 266:8,8
266:19,21
**sampling** 64:1
176:18 186:3
195:20 196:4
199:1,2,9
201:4 202:6,11

202:20 203:2,8
207:15,24
208:1
**sandy** 236:20
**sat** 20:12
**satisfied** 119:21
**saturated**
26:22,23,25
27:6 36:17
278:22 279:1,2
280:3,14
**saturation**
42:10
**sautner** 6:21
59:5 76:25
77:4 109:25
110:20 111:10
111:20 112:25
118:23
**savannah**
65:11 68:9,13
68:20,25 69:5
69:9,22
**saw** 17:15 28:3
44:9 74:11,19
78:14 88:20
116:10 117:24
123:14 137:2
138:10 146:21
167:25 248:18
273:7
**saying** 31:18
71:13 100:8
128:6 215:22
241:9 275:18

280:10 311:6
**says** 5:8 19:5
85:2,11 86:18
86:24 87:3,10
122:25 123:22
129:21 130:2
133:16,19
135:9,16,20,21
139:20 140:23
144:7,11
150:25 160:12
161:25 164:15
166:8,11,12,15
166:22 167:1
167:19 172:1,4
175:7 177:24
178:4,10
179:23 205:8
206:25 207:11
214:15 215:18
227:21 249:6
254:21 257:10
257:21 262:2
268:12 274:17
275:17 276:5
277:14 287:15
288:25 298:4
299:8 300:1,5
301:12 314:15
315:11 318:10
319:21
**sc** 1:15 2:5,17
**scales** 57:14
**scan** 149:24

**scatter** 212:7
**schedule**
144:16 197:19
204:17
**scheduled**
270:6 271:11
**schedules**
203:19 204:3
**scheduling**
10:8 196:1
**school** 72:24
76:22 284:12
**science** 26:8
112:9 192:8,15
193:5,10,23
245:13,15,19
263:11 307:18
310:15
**scientific** 47:1
49:5,15 53:18
55:1 60:1 69:4
71:4,25 72:17
91:24 97:14
111:12 114:23
123:24 129:25
192:16 224:9
224:10 245:24
256:16,25
265:17 268:17
268:20 299:4
307:22 311:1
311:10
**scientifically**
128:9 188:18

**scientist** 59:25
110:24 113:4
113:13 257:24
**scientists** 60:16
256:18 305:20
**scratch** 71:3
72:5,16,19
**screen** 9:10
10:2,14 24:13
82:16,17 87:2
102:25 129:9
213:18 319:6
**screenshot**
318:17,25
319:5 323:15
**scroll** 11:6
13:15 18:21
22:8 24:15
133:17 144:10
150:5,7,14,16
150:16,17
159:22 161:15
161:15 163:21
166:24 170:23
171:4,25 178:1
178:1,2 214:22
264:11 281:21
284:5 288:14
288:16 292:6
**scrolled** 138:11
**scrutiny** 71:8
**sea** 186:13
**seal** 322:12
**sealed** 70:2

Golkow Technologies,
A Veritext Division
877-379-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 402 of 422

search   15:23
  104:3 107:2
searching
  30:10
season   46:2,3
second   9:12
  10:10 65:18,18
  82:1 85:15
  106:14 140:5
  170:5,13
  180:24,25
  186:25 202:3
  206:25 207:9
  207:11 213:4
  213:24 225:22
  232:2 239:3
  245:11 249:7
  254:21 263:24
  283:14 287:14
  287:14 289:25
  299:25 305:25
  315:6
seconds   93:15
  200:15
secretary
  107:18 133:20
  138:5 139:13
  248:14 254:2
section   71:25
  207:5
sections   34:19
  39:11
see   9:20,23
  11:2 13:5 15:9
  18:11 22:9

24:12,13 26:6
50:2 57:8
62:21 75:5
80:1 81:18,23
109:25 122:25
128:9 129:18
137:15 138:9
162:6 170:9
171:5 182:24
194:3 197:1
199:5 200:9
207:2,7 208:7
212:7 213:13
214:9 219:13
219:13,19
220:7 222:25
223:10 226:11
226:12 228:9
228:18,20,23
229:11 232:13
232:17 240:13
247:18 253:3,8
253:9 259:8,9
259:10,16
261:13 270:18
271:4 272:1
273:21 278:11
283:25 284:21
285:2 286:3
288:5,19
292:17 301:3
302:24 314:10
314:17 315:7
315:13 317:5,8
318:6,15,23

319:6,12,13,15
319:16,19,20
319:24
seeing   40:11
69:4 83:4
85:21 160:15
177:4 270:3
272:17 283:21
294:12 304:25
seek   159:9
seem   143:22
seemed   272:21
seems   91:11
123:6 172:25
seen   10:9 11:4
32:12 70:7,9
83:5 139:9,10
298:15 317:12
select   118:21
242:9
selected   56:11
112:15 118:22
193:6 194:1
206:25 207:12
selecting
216:18
semiannual
80:14
senate   142:3,13
143:8,14 269:8
senators   143:5
143:19 144:1
148:2
send   107:19
192:9 193:9

274:23 302:12
sending   161:2
243:4 303:6
305:14
sends   192:15
senior   26:3,4
58:24 60:17
61:20 66:25
98:15 116:6
320:18 321:2
sense   103:16
210:7 224:20
258:7 266:2
287:2,17
sensitivities
250:22
sensitivity
240:17 309:10
sent   143:6
161:9 250:24
254:4 259:17
275:9 285:4,12
287:2 289:18
313:14 314:3,6
sentence   205:8
266:18 270:5,9
271:10 299:25
sentences
276:22
separate
320:13
separately
23:10
september   1:12
4:2 247:22

Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 403 of 422

254:9 314:15 314:21 322:13

**series** 36:3 140:7 240:16 241:2 242:11

**serve** 307:12

**served** 128:13 128:19 144:13 167:1 172:5,9 177:25 178:5,7

**service** 111:1 133:22 134:12 199:23 205:9 205:11 229:1,8 308:7 326:1

**services** 3:17 58:25 60:17 61:21 66:25 117:17 137:12 302:11 324:21

**serving** 144:23 283:6

**sessions** 300:13

**set** 117:13 126:12 158:17 193:6 233:16 293:7,21

**setting** 126:14

**settled** 107:19

**seven** 169:18 171:16 296:12 298:7

**several** 73:14 78:13 196:10 274:11 279:3

**shakes** 8:10

**share** 79:17 274:12

**shared** 137:19

**sharing** 160:12 160:16 243:5

**sheet** 19:18,21

**shelf** 115:1

**shift** 282:23

**shifting** 35:8

**shiver** 217:4

**short** 51:11 66:9 82:12 110:12 120:7 148:17 154:9 161:23 162:25 179:15 221:24 259:2

**shortly** 183:7 300:22

**show** 8:11 9:12 10:11 12:21 24:5 149:5 154:8 155:14 157:14 158:4 189:12,18,19 189:21,24 213:12 227:8 317:2,25 318:21

**showed** 13:7 73:1 107:12 148:25 168:23 290:2 319:4

**showers** 190:9

**showing** 82:16 149:16 176:19 177:18 201:12 230:17 253:12 273:20

**shown** 9:9 162:14 259:3 320:22

**shut** 166:16 175:8,11,12,13 175:17,25 176:2,5,9,14,17 177:3,8 178:16 180:12 185:25 198:22 205:22

**shutdowns** 205:14

**sic** 124:19 278:21 315:16

**side** 90:11 94:22 119:13 155:22 205:6 223:23 285:25 307:2

**sign** 76:18 303:7 321:15

**signature** 19:23 19:24 285:3 322:22

**signed** 18:5 54:3 134:8 135:9 299:19 302:23

**significantly** 232:11 279:21

**similar** 193:16 257:24 265:25 280:6

**simple** 232:24 233:20 238:13 240:20

**simpler** 251:12 281:4 312:15 312:21

**simplified** 242:21

**simply** 298:1

**simulate** 95:8 186:13 242:3 279:18

**simulated** 197:20 208:16 224:22 226:4,6 226:11,14,19 226:20 227:6,9 228:18 231:15 232:15,18 241:11 243:7 275:13

**simulating** 198:3

**simulation** 29:14 181:4,9 183:4 212:17 225:16 227:24 230:17 231:12 242:2,2,16 243:11,19

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 404 of 422

244:5,13
263:16 268:2
274:9 281:15
326:21
**simulations**
59:11,12 79:25
114:16 177:15
242:19 244:3
270:18 272:16
276:18
**single** 220:11
223:12 238:10
265:7
**sinks** 145:25
**sir** 8:18 11:3,7
11:17 26:9
48:19 286:25
**sit** 7:20 156:8
164:24 311:20
**site** 49:1,2,2,5
50:6 51:9,9
52:3,4,7,8,12
52:13 53:1
60:21 61:8
64:17 66:17,22
72:12 79:4,7
101:8 117:1
118:9 129:25
**sites** 48:24 49:7
51:8,15 53:8
55:2,13 56:11
58:16 71:9
87:14,15
141:17 174:7

**sitting** 18:18
291:3,5
**situation** 121:3
149:13,18
297:4 325:1
**six** 87:18 255:2
**skewed** 208:24
208:24
**skim** 82:22
**skimming**
82:25
**slash** 259:24
290:1
**slide** 84:25 85:2
85:10,11,11,12
85:12,13,24
86:6 87:1,9,18
87:19 100:20
100:21 102:24
106:14 107:20
107:21 108:19
122:19,20,23
122:25 123:23
125:7 129:3,7
129:18,20
133:8,9,13,17
133:18 135:8,9
135:20,22
318:18 323:16
**slides** 82:25
84:24 117:24
**slightly** 227:14
**sloping** 230:19
**slower** 230:25

**sludge** 235:7
**sm** 163:8
**small** 169:12
175:23 209:18
272:21
**smith** 62:7
132:25
**smooth** 7:14
**society** 74:8
**soil** 37:4 42:9
**soils** 236:21
**solely** 255:7
**solicited** 306:20
**solution** 243:25
244:7
**solutions** 244:8
**solve** 93:18
184:8
**solved** 268:22
**solvent** 141:13
**somebody** 75:5
162:4
**someplace**
107:12
**somewhat**
234:5
**somheil** 69:15
**son** 131:21
**soon** 236:16
282:7 290:9
**sophisticated**
272:12
**sophistication**
260:7,12

**sorry** 5:9 12:25
73:16 83:1
129:10 133:12
137:17 142:17
155:10 160:18
163:22 173:9
175:4 180:25
182:3,6 187:14
197:4 198:3
205:4 207:4
213:17 220:16
222:22 229:15
229:16 232:3
237:12 259:10
270:3 288:15
305:1,1 314:12
**sort** 7:11 26:2
26:17 31:24
37:11 38:24
41:9,9 43:23
51:16,16 59:24
62:21 67:21
68:22 69:12
71:4 72:17
77:23 100:1,4
109:5 111:2
112:16 122:12
127:2 145:5
147:8 150:5
176:4 177:11
180:10,13
186:19 212:21
223:3,24
227:24 238:1
249:21 268:17

282:21 300:7
306:13 310:21
**soto** 77:1 110:1
112:3,23 113:2
119:2 217:16
**sound** 29:19
196:6 247:23
281:12
**sounds** 15:20
29:20 60:3
222:6 228:2
**source** 147:5
165:13,17
167:19 168:22
169:4,14,19
173:25 174:15
197:18 201:4
216:18 217:9
217:22 218:2,2
218:5,17,21
219:1,1,4,12,12
220:2,8,12,14
221:2 222:12
222:17 223:11
223:11,12
224:19 230:16
231:1,2,4
248:8 252:9,24
265:7
**sources** 86:1,4
173:17,19
174:5 201:10
217:1 219:6,9
219:10,16
220:18 221:5,6

222:9 223:6,11
223:15
**south** 322:5,14
**southeast** 39:11
**southern** 1:2
**southington**
56:24
**southwest**
39:13,17 41:3
230:11
**spaced** 79:24
**spanned** 55:16
**spans** 52:21
**sparse** 40:18
**speak** 47:9
66:12 106:12
106:13 115:6
148:20 185:14
185:15 222:2
306:15
**speaking** 8:16
31:24 33:9
81:2 92:7 93:2
94:16 215:25
216:1 223:18
289:9 298:5
**special** 56:15
115:4
**specific** 30:13
39:4 51:9,14
61:23 62:2,16
62:20 63:25
64:12 88:18
89:12 95:2
103:25 105:8

108:11 119:9
126:23 129:25
134:20 135:17
143:13 174:17
174:25 180:18
183:9 195:18
196:11 201:7
210:19,20
218:23 234:14
267:17,17
271:19 272:20
297:6
**specifically**
52:9 70:10
77:15 81:2,7
88:6 89:23
102:2 113:18
122:4 125:6
142:19 164:9
168:24 189:9
193:24 238:6
248:3 277:6
278:20
**specificity** 23:3
**specifics** 69:3
134:25
**speed** 103:7
**spell** 4:22
194:21
**spend** 6:11
**spent** 257:15
**spiliotopoulos**
3:19 7:4
**spill** 236:21

**spills** 102:9
**splits** 227:24
**spoke** 147:23
289:2 303:5
**spoken** 286:17
**spot** 232:7
**spread** 106:24
**spring** 144:15
144:17 178:23
180:2
**square** 60:25
61:5
**staff** 49:24 79:3
79:25 105:6
119:1 144:20
192:21,22
256:5 257:12
257:12,16
317:17
**staffer** 300:2,9
300:12
**staffers** 142:3
144:1 145:16
300:21
**stage** 242:1
**stages** 73:25
247:16 304:8
**stamp** 129:13
171:7 286:22
319:9
**stamped** 18:7
22:2 82:6
138:15,21
139:4 149:4
158:8,13 200:1

248:23 253:17
259:5 273:17
283:17 287:25
292:13 294:18
300:25 305:4
317:3 324:3,8
324:16 325:4
326:7,25 327:4
327:8,12,16,20
327:24 328:3,7
328:10
**stamping** 71:13
**stand** 20:8
46:20 171:18
**standard** 88:2
118:7 218:25
260:17 262:5,8
262:17
**standards**
224:1
**standing** 92:17
**standpoint**
62:6 67:25
91:25 100:14
111:13 191:12
197:24 214:16
215:16 299:4
**stands** 46:21
102:7 197:12
**start** 4:21 5:14
40:7 60:24
72:5,16 84:24
99:18 100:8
150:14 159:4
185:5 191:25

195:12 216:20
219:3,20
225:25 239:22
266:17 293:2
301:9,11
**started** 35:10
35:15 43:8
70:25 71:3,17
72:19 78:7,8
85:5,7 99:6
101:8 106:20
111:6 112:5
126:14 210:9
235:12,18,22
236:11,13,15
251:9
**starting** 18:23
19:1 40:8
54:22 71:3
166:6 171:16
235:25 236:13
**starts** 160:4
171:2 274:3
284:6 297:19
**startup** 89:4
**state** 4:21
43:16 90:11
169:7 233:18
235:21,24
252:19 294:2
322:5
**stated** 28:24
156:3 269:6
298:19

**statement**
101:1 152:3
164:20,25
183:2 277:15
278:13 284:16
310:3,3 315:5
**states** 1:1 2:21
11:19 13:17
18:17 35:12
45:21 86:6
100:21 103:1
106:15 107:21
107:21 133:20
140:1,6 151:6
162:10,19,24
177:21 266:6
278:16 281:7
289:1 293:6
295:19 302:20
**station** 153:14
157:15
**statistical** 75:8
112:19 121:6
**statistics** 62:14
122:10 225:1
**stay** 291:22
**steady** 233:18
**steam** 278:13
280:11
**stenographic**
6:11
**step** 219:2
**steps** 99:22
100:14 125:23

**sticker** 317:7
**stipulation**
8:22
**stirred** 238:14
**stochastic**
121:6
**stood** 84:7
**stop** 215:25
229:25 244:5
244:13 269:22
270:10 296:25
**stopped** 203:25
205:23
**stopping** 244:2
**storage** 104:22
107:6 163:9
169:9 174:6,9
**story** 289:25
**straight** 203:24
203:25
**street** 1:14 2:17
2:23 3:3,7,11
**strength**
216:19 217:8
217:23 218:6
219:4
**stress** 257:11
**strictly** 201:18
**strike** 261:16
**strongly** 257:11
**structural**
36:10
**student** 77:10
**student's** 28:2

**students**  110:2
114:10 115:10
**studied**  59:19
77:18
**studies**  41:17
49:21 50:1
66:23 88:8,13
91:5 95:2 97:5
97:24 98:3,14
99:11 106:10
106:12 117:4
123:11,14
124:9,9,10,12
125:16 127:13
128:4 136:3,16
144:17,19
145:7 147:2,4
187:24 188:1,2
189:7 216:13
223:20 227:3
296:20 300:15
306:12,19
**study**  25:17
60:20 62:12
67:1,4,6,9,15
67:22 68:4
77:13 88:16
90:11,15,19,22
90:23,24 91:9
91:13 92:3
94:22 98:13
126:9,10
144:16 244:21
254:10 256:4
257:12 306:1,4

306:10,10,16
**stuff**  23:4 63:21
107:13 122:11
189:10 220:15
**suarez**  77:1
110:1 112:3,23
113:2 119:2
217:16
**subcommittee**
142:3 143:8,14
143:22
**subcontracted**
110:7 116:9
**subject**  94:1
154:2 160:12
160:17 259:20
274:2 288:25
289:17 292:21
**submit**  76:17
80:15
**submits**  193:17
**submitted**
106:5
**submitting**
105:5
**subpoena**  9:5
9:20 10:8,16
10:19,20 11:5
11:9,10 12:9
12:18,24 13:1
13:9,12,17
14:4 15:24
16:1,11 17:2
159:6 323:18
323:21

**subpoenaed**
11:19 143:8
**subpoenas**  9:22
10:18
**substance**
120:12 148:21
**substances**
46:22 138:8
140:6
**substantial**
191:12 203:11
222:14 255:17
261:14
**substantially**
161:22 169:18
176:13 261:8
**substitute**
139:4 149:3
**successful**
296:17,22
**sufficient**
252:14
**suggested**
183:2 312:15
320:24
**suggestion**
318:7
**suggestions**
192:5
**suite**  2:12
**summary**  81:22
82:6,21 96:22
122:17 141:15
141:17 142:2,5
142:10 149:12

149:17,18
150:10,11,20
181:14,22
182:7,9 200:1
201:21 231:23
318:19 323:17
324:15,25
325:17 326:6
**summer**  163:1
178:23 180:2
**superfund**
41:18
**supervise**  111:9
111:14 112:23
**supervised**
111:12 112:25
**supervision**
111:18,19
**supervisor**
91:20 111:17
**supplement**
178:22 180:1
201:13,15
240:24
**supplements**
122:17 201:14
201:17
**supplied**  151:1
151:9 178:15
**supplies**  169:21
**supply**  41:5
60:19 104:22
107:10 133:23
140:11 169:14
176:9 178:23

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 408 of 422

| | | | t |
|---|---|---|---|

180:2,14 188:7
197:8,10,25
200:25 201:5
207:13 210:19
223:1 230:2
231:20
**supplying**
161:7
**support** 72:2
76:9 92:2 98:3
223:20 252:12
296:24
**supported**
79:17
**supporting**
144:22
**supportive**
254:15
**suppose** 172:22
**supposed** 71:10
240:15
**sure** 5:25 22:10
27:3 31:21
47:24 49:16,17
49:17 66:2
67:17 75:21
76:13 85:16
93:1 100:12
104:5 138:23
142:1 148:8
183:11 191:6
194:23 221:23
227:2 234:13
234:20 236:12
241:14 242:14

244:23 247:17
253:4,10 258:2
272:5,7 285:11
290:4,8 296:2
297:16 313:1
313:17
**surface** 27:4
40:12,13
280:15
**surprise** 249:22
258:12
**surprised**
281:14
**survey** 35:12
35:23 38:6,21
39:10 115:20
118:1 194:8
212:2 217:17
**susan** 248:15
248:15,16
253:20,25
254:8
**suspect** 138:24
281:18,22
**swear** 4:11
**switch** 81:5,6
183:8
**sword** 266:11
267:20
**sworn** 4:14
**symposium**
14:13 15:13
16:5
**synthesize**
204:16

**system** 39:12
56:14,23 57:3
57:10,17 60:12
62:17 63:6,21
64:8,19,21
72:22 73:2,24
74:4 100:18
111:8,14,22,24
116:23 117:5
117:19 118:9
122:15 137:1
141:8 151:20
155:16 156:10
156:11,21
157:1,2 161:20
166:13,16
167:2 172:1
175:21 176:10
176:12 178:15
184:15,18
218:12 238:17
238:21 240:6
240:19,24
252:18 261:21
**systems** 39:8
57:14 61:7
86:4 101:15
104:23 140:24
141:4 151:1,6
152:11,12
153:11 164:1
166:6,23
167:11

**t** 110:14 121:13
124:19 323:11
**table** 27:5,9,10
45:23 46:1,10
196:12,20,23
196:24 197:1,5
200:6,7 201:2
201:9 209:13
219:16,20
220:5 222:19
222:25 223:3
279:15,18
280:15 307:2
**tables** 201:20
**tag** 72:1
**tail** 181:8,8
275:12,17
**tailored** 142:19
**take** 5:6,17
8:25 15:11
38:10 41:20
42:22 46:10
48:14 53:12
55:20 65:20,21
65:24,25 96:17
97:3 113:22
117:23 119:24
146:4 148:8
150:8 158:19
170:5,12 179:1
179:3,5 180:22
183:6 186:8
190:8 204:18
206:19 208:16

877-379-2377
Golkow Technologies,
A Veritext Division
www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 409 of 422

214:21 221:10
227:18 231:1
235:7 257:3
272:24 299:20
302:21 305:22
311:17
**taken**  1:17
58:13 65:3
94:9 125:24
205:13 209:20
229:1,7,24,25
**talk**  25:4 35:9
56:6 69:20
81:6 94:3
101:25 144:3
146:14 150:23
211:12 212:18
240:22 241:20
241:21
**talked**  114:13
184:22
**talking**  15:16
16:15 49:15
64:18 124:6
159:4 222:8
246:7 276:23
277:4 290:8
**talks**  145:17
**tank**  104:22
157:8,8 163:8
163:8,9,11
238:14
**tanks**  107:6
157:2 169:9,12
174:6,9

**tape**  207:22
**tarawa**  20:16
90:2 96:2,2,18
100:22 101:3,6
101:14 105:17
105:22,25
106:3 108:22
109:4 121:17
121:22 126:13
126:18 140:25
141:8,11 142:6
151:8,24
153:18,25,25
154:5,8,10,15
154:17 155:23
155:24 156:5
156:19 157:10
161:4,18,19,22
162:13,15,19
162:21,25
163:3,4,6,8,12
164:1 165:9,13
166:6,7,13,15
166:22 167:1,8
167:11,14,24
168:1,9,10,17
169:11,20
175:4,5,16,20
176:8 178:7
180:11 181:3
181:12,19
182:7,20,22
185:22 186:2
186:15,18
187:11,13

189:17 191:19
191:25 192:7
194:11 195:8
195:13,16
196:14 198:16
199:9 202:8,9
202:14 204:1
204:20,22
206:20 208:2
210:14 211:14
212:22 216:20
216:24 217:2
218:7,14
219:24 220:2
222:9,11,17
223:18 225:5,6
225:13 228:25
231:9,24
234:21 235:14
236:9 237:20
238:9,20
239:14,25
240:12,16
241:1 244:21
246:16 247:12
248:2 252:6,10
255:7,12
259:21 260:1
264:2 265:11
265:13 271:5
273:2 292:2
304:8 308:6
310:12 325:11
326:15

**target**  241:16
**targets**  241:21
**tasked**  190:12
**taught**  72:23
**tawara**  310:16
**tce**  50:9 70:1
165:20 168:1
173:10,20,25
174:15 187:11
187:18 199:10
260:25
**tea**  65:22
**teach**  118:14
121:11
**team**  103:8
109:21,24
110:17 112:21
114:6,22
118:18 119:16
119:22 120:17
121:25 145:6
155:13 183:21
223:22 249:4
259:14 262:21
262:22 264:20
265:22 272:5,6
273:9 305:18
**team's**  157:12
**teams**  269:4
**tech**  25:9 26:5
26:7 55:25
56:1 59:13,21
77:4,24 111:6
114:10,13,19
119:5 262:22

277:17 278:19
279:17,23
280:5,15,19,24
281:14
**techflowmp**
260:13
**technical** 4:20
51:7 55:1
71:18,24 72:2
76:9 82:13
91:24 111:12
114:23 127:23
130:24,25
131:2 142:5
192:21,22
201:23 254:25
256:16,19,20
256:25 263:11
269:4 274:19
278:16 281:18
281:23 298:2
307:22,23
317:17
**technically**
249:11,16
251:24
**technique**
30:10,11,12
91:11 110:15
218:8
**techniques**
39:3,6 41:25
78:1 91:8
95:19 117:15
121:2,5

**technology**
27:21 198:2
**telan** 2:16
**tell** 7:16 20:2
25:19 26:20
36:16 41:15
45:15 50:5
56:7 63:3
85:18 88:1,25
120:24 129:13
150:14 152:19
175:17 180:21
190:7 196:12
213:4 259:17
260:21 263:1
273:6 278:9
298:12 317:17
**tells** 210:24
211:10
**templeton**
132:18
**temporary**
110:2 205:14
**ten** 40:12 198:1
238:23 250:19
260:15 262:3
266:9 267:4
268:3
**tends** 227:9
228:3
**tens** 23:3
**term** 184:23,25
185:2,4 205:15
241:7 251:22

**terms** 15:23
68:14 87:5
107:10 114:25
147:4 161:20
201:23 212:13
213:1 215:10
232:19 243:7
246:17 248:17
256:21 306:18
**terrace** 20:16
90:2 96:3,18
100:22 101:3,6
101:14 105:18
105:22,25
106:3 108:22
109:4 121:17
126:13,18
140:25 141:8
141:11 142:7
151:8,24
153:18,25,25
154:5,8,10,15
154:17 155:23
155:24 156:5
156:19 157:11
161:4,18,19,22
162:13,15,19
162:21,25
163:3,5,6,12
164:1 165:10
165:13 166:7,8
166:13,16,22
167:2,9,11,14
167:24 168:1,9
168:10,17

169:11,20
175:4,5,16,20
176:8 178:7
180:11 181:3
181:12,19
182:7,20,23
185:22 186:2
186:15,19
187:11,13
189:17 191:19
191:25 192:7
194:11 195:8
195:13,16
196:15 198:16
199:9 202:8,9
202:14 204:2
204:20,23
206:20 208:2
210:14 211:14
212:23 216:20
216:24 217:2
218:7,14
219:24 220:2
222:10,11,17
223:19 225:5,6
225:13 229:1
231:9,24
234:21 235:14
236:9 237:20
238:9,20
239:14,25
240:12,16
241:1 244:22
246:16 247:13
248:2 252:6,10

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 411 of 422

255:7,13
259:21 260:1
264:2 265:11
265:13 271:5
273:2 292:2
304:8 308:6
310:12,16
325:11 326:15
**terrace's** 163:8
**test** 117:20
120:21 206:13
224:17 228:14
**tested** 140:14
238:18,18
**testified** 4:14
21:12,16 104:6
105:14 146:8
317:11
**testify** 7:21 9:5
20:5 21:8
33:10 285:18
287:5 323:19
**testifying** 313:1
**testimony**
11:19 19:13
20:9 25:7
49:18 66:20
87:9 103:6
104:25 120:12
148:21 168:16
169:7 170:6
213:13 214:11
214:19 215:15
222:3

**testing** 202:16
202:19 240:18
240:23
**tetrachloroet...**
165:14,20
225:17 326:23
**text** 133:19
165:8 173:2
**textbook** 29:14
29:21 30:5,14
30:17 31:3
32:10,16 33:14
33:16
**textbooks**
33:18,20 34:4
34:17 70:15
**thank** 4:9,19
5:4 7:5 8:19
9:2 13:25
16:17 17:4
27:11 35:24
44:18 48:2,7
68:19 84:22
85:9 86:17
87:2 110:9
121:24 122:18
144:10 146:2
148:10 171:21
187:14 202:2
216:17 221:13
223:16 266:5
290:7 313:2,4
318:16 321:9
321:10,11

**thereof** 322:10
**thesis** 26:3,4
27:1,12,16
28:1,6,25
**thing** 128:15
153:16 158:20
192:10 210:6
227:17
**things** 8:10
24:2,22 31:22
44:23 46:3
51:12 52:24
55:12 65:16
69:6 116:2
147:5 174:13
174:13 190:8
218:2 221:21
228:17 234:15
241:19 265:12
271:9 278:4
280:21
**think** 6:10 8:20
15:11 16:14
28:24 34:7
44:9 47:6 55:9
63:7 65:10
66:20 69:24
70:22 73:6
74:11,19 75:6
80:12,21 83:21
86:9 87:8 89:3
91:8 94:19
99:23 103:11
104:7 107:15
110:10 113:7

114:5,15
116:10 117:24
120:21 122:22
126:13 127:5
130:21 131:16
143:22 156:3
160:13 163:21
164:10 166:7
169:16 173:14
175:3,13,15
179:20 180:5
180:13 186:17
192:11 194:9
194:11 198:21
199:16,18
200:5 202:4
209:5,7 215:6
216:9 219:7
220:25 226:16
227:25 228:17
232:22 237:19
240:22 243:4
243:11 245:2
251:9 252:17
255:16 262:16
267:16 269:6
272:14 273:9
275:22 276:2
280:23 282:14
282:16,20,21
283:14 296:13
299:9 304:1,19
310:8,19
311:17 312:24

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 412 of 422

**thinking** 55:22 59:25 99:20 256:21
**third** 255:23,25
**thorough** 281:23
**thought** 33:3 65:17,18 79:10 126:19 169:10 184:2 205:5 250:16 253:8 255:21 256:16 278:5 302:17
**thoughts** 282:8
**thousand** 13:22
**three** 38:13 48:17 85:11,11 101:15 106:20 112:11 129:14 140:23 141:3,3 151:7,12 152:22 153:2 164:6,6,16 168:4 169:16 174:17 175:13 175:24 176:5,9 176:14,16 208:6,6 228:11 232:13 244:10 271:2 277:14 284:14 289:8 310:24 316:1
**threshold** 53:10,11

**throw** 122:9 244:12
**thrust** 251:1
**tie** 264:4
**tight** 296:2
**tim** 132:18
**time** 1:13 4:2 6:12 8:21 12:3 17:19 20:11 21:15,23 30:15 31:10,15,16 37:20,23 39:1 39:20 40:17,23 41:20 42:7 44:2 49:12 50:16,20 51:19 53:2 54:3,5,6 57:14,22 60:14 63:9 64:13 65:1,5 66:4,7 69:9,14 70:13 71:7 72:14 73:13 74:2,16 74:24 75:18,24 82:3,10 85:20 88:7 89:24 93:23 99:9 105:17,21 107:15 110:11 110:12 112:14 112:15 113:3 115:24 119:20 120:2,5 123:7 128:13 138:6 145:25 148:12

148:15 149:8 179:10,13 185:21,25 188:19 198:1 204:4 210:1,6 210:11 212:22 216:1,9,10,14 216:16 219:2 221:15,18 234:15 235:13 236:2 242:5 247:12 251:11 255:16 256:7 257:15 258:4,6 258:7,11,21,24 262:15,19 264:3 265:15 268:21 269:21 270:1,10 278:3 284:10 294:3,7 296:3,13 297:12 298:7 300:7,19 302:7 302:15 304:17 304:24 307:19 307:20 309:25 310:20 313:3,9 313:12 315:22 316:20,20,21 316:21 321:9
**timelines** 99:22 99:25 126:15
**timely** 147:25

**times** 117:2
**timing** 217:9 240:15 269:5 276:24 277:4 316:23
**title** 36:1 48:16 54:16 110:24 133:20 255:10 290:4
**titled** 81:9 85:13
**titles** 54:19
**today** 4:7 5:6 5:17 7:14,21 8:2 10:9 11:9 11:10 12:3 15:18 16:15 20:9 93:25 99:15,15 156:9 163:16 164:24 170:7 302:25 303:12 306:23 307:4 311:21 312:25 316:2 321:9
**today's** 4:2 11:11 16:18 17:20,23,24 316:23 317:1
**together** 85:18 118:18 123:6 123:18 183:17 192:1 201:22 256:20 282:22

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 413 of 422

**told** 73:2
101:13 107:9
126:14 153:4
159:14 188:25
214:12 235:17
253:5 299:15
299:16,17
**toluene** 102:7
165:23
**tom** 145:25
238:7
**toms** 56:24
57:25 58:16,19
59:23 60:11,21
61:8,18 66:17
69:10,19 70:14
70:14 73:7,21
74:12,22,23
111:7 115:23
116:4,25
**took** 28:11,20
64:9 67:21
106:15,24
143:15 190:10
198:16 224:8
230:8 247:22
258:12 261:4
286:7,12
297:15 309:9
309:14,14,18
**tool** 41:9,10,11
42:13,16,19
43:21 46:5
**top** 69:18 125:2
150:14 161:15

161:16,25,25
171:24 199:4
207:4 208:13
232:14,14
249:3 252:16
270:15 287:13
287:14 288:8
291:24 295:1,8
295:16 301:7
303:3 314:17
**topic** 169:7
289:17
**topics** 8:2
**tornado** 308:7
**total** 60:18
105:7 206:18
**toured** 152:25
**towards** 28:14
258:9 261:19
300:16
**township** 56:25
91:7
**tox** 124:20
**toxic** 46:21
47:7,9 138:8
140:6
**toxicological**
47:4
**toxicologist**
97:12
**trace** 62:16
**track** 38:10,11
**trailer** 167:3
**train** 65:17

**trans** 261:1
**transcript** 3:24
18:14,15
169:25 170:12
171:12 214:8,9
215:18,20
321:15 322:6
**transcripts**
133:6
**transferred**
35:19,22
**transient**
233:19
**transparency**
125:9
**transparent**
299:6
**transpired** 66:5
120:3 148:13
179:11 221:16
313:10
**transport**
28:22 29:15
31:4 56:13
100:17 122:14
181:18 183:24
184:11,12
193:25 195:25
196:14 199:21
201:19 212:16
225:12,16
232:22,24
233:6,19 234:3
242:5 260:1
265:5,23 274:4

277:15,18
278:14 325:9
325:24 326:13
326:22
**travel** 41:21
42:23 50:16,20
57:11
**traveled** 57:9
63:5
**treat** 252:20,22
**treatment** 89:5
95:1 128:15
139:25 151:13
164:16,17,20
166:5 169:16
178:15,21
179:25 199:24
200:10,24,25
202:1 209:20
232:25 233:2,5
233:7,8 234:2
234:10 237:2
237:16 238:1
238:10,12
239:9,10,12,16
239:19,20,21
240:2,7 261:20
315:7,12,25
316:5 326:3
**treatments**
151:14
**tremendous**
263:25 264:10
264:18

Golkow Technologies,
A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 414 of 422

**trial** 21:13
**triggers** 86:9
  86:25 87:4
**trihalometha...**
  206:18
**trimester**
  188:25 189:11
  189:13
**triple** 243:22
**trips** 121:9
**true** 23:7 24:18
  76:19 84:16,19
  150:11,21
  191:15 217:13
  315:15 322:6
**trust** 296:23,23
**truth** 7:16 20:2
**truthfully** 7:22
  20:5
**try** 206:7
  234:18 270:22
  312:21
**trying** 8:16
  71:2 194:8
  202:3 207:2
  216:2 270:18
  278:9 281:4
**tt** 96:2 167:2
  175:14,14,15
  198:1 207:13
  208:9 209:7,14
  209:14 230:8
  279:5
**tte** 141:18

**tthm** 206:14,16
**tucson** 69:25
**tuesday** 316:16
**tuning** 269:22
  270:10
**turn** 5:10
  122:19 146:3
  158:3 225:3,23
  308:23,25
  309:6
**turned** 203:2,3
  204:12,12
  218:17,17
  235:11
**turns** 64:6
**two** 9:21 10:17
  22:13 23:1
  38:13 49:3
  71:11 84:25
  85:2 93:15
  102:25 110:10
  112:11 125:10
  126:5 128:21
  128:25 130:1
  168:12 169:16
  170:24,25
  178:13 191:18
  192:23 203:24
  208:3,7 216:19
  222:10 241:19
  242:1 260:11
  260:15 262:3
  263:22,22
  265:20,20
  266:9 275:10

  276:22 280:13
  289:7
**type** 8:16 80:7
  127:23 128:15
  132:12,12
  142:21 195:19
  211:1,6 216:13
  217:21,24
  263:14 265:24
**types** 8:10
  24:22 45:8
  52:23 56:21
  78:17 126:23
  281:1
**typical** 143:23
  147:22 265:21
**typically**
  203:10 270:21
  311:9

**u**

**u.s.** 2:22 3:2,6
  3:10 4:5 5:5,15
  35:22 38:6,20
  39:9 103:18
  115:20 117:25
  121:9,18
  127:20 181:19
  194:7,17
  199:25 212:1
  217:16 225:13
  325:12 326:4
  326:16
**uh** 62:3 123:2
  130:17 288:24

**ultimate**
  205:24
**ultimately**
  40:21 103:12
  106:8 136:18
**un** 158:13
**unable** 7:21
**unacceptable**
  228:6,6
**unbiased**
  249:10,16
  251:24 252:2,4
  310:20
**uncertainty**
  52:20,25 75:3
  189:3,6,8
  211:2,8 212:14
  223:22 228:8
  240:17 241:4,6
  241:16,22,23
  241:25 247:4
  251:4 252:7,25
  253:7
**unclear** 8:1
**uncontaminat...**
  163:3,12
  176:12
**undefined**
  62:23
**under** 7:16
  20:2 25:14
  28:1 38:11,14
  46:25 48:24
  53:16,19 55:10
  70:2 71:8 74:7

75:9 77:13
83:12 84:2,14
88:4 97:10
106:4 111:13
112:6 115:5
126:5 138:5
139:12 178:4
179:23 230:12
231:5 263:25
315:17
**undergraduate**
25:17 26:1,5
77:10
**underground**
104:21 107:6
169:9 174:6,8
**underlying**
176:8
**underneath**
77:19 84:5
130:13
**underpredicted**
233:13
**underpredicti...**
208:19 234:1
**underpredicts**
208:15
**underscore**
149:2,2 158:16
158:16,16,17
317:4,4
**understand**
5:19 7:8,17
11:8,13,18,23
12:4,5 25:6

27:22 28:9
35:10 44:4
46:15 48:15,20
49:16,18 56:4
57:25 59:17
71:2 93:8 94:1
94:20 103:5
105:20 109:5
109:20 122:9
142:25 155:11
155:23 168:15
184:3,4 191:4
200:23 228:18
230:15 236:19
243:15 244:19
251:16 255:22
265:8 285:16
294:3 299:10
303:16 312:25
**understanding**
14:11 32:3
51:14 69:1
85:4 86:11,12
87:5,16,17
95:6 101:25
104:24 123:3
130:5,6,8,22
134:7,18,20
135:14,19,22
136:13 140:20
141:20,23
151:19 161:3
166:14,19
167:5,7 170:7
174:5 175:18

176:3 185:4,5
189:4 193:18
196:5 203:13
241:5 242:22
245:16 246:15
247:7 250:11
251:8 273:4
280:10 294:6
297:7,11
305:23 306:10
**understood** 8:6
8:12 9:1 14:23
16:9,25 23:6
25:24 26:6
27:11,22 28:13
34:23 35:24
36:12 37:22
38:17 40:20
41:23 43:6
46:12 47:12
48:6 52:11
53:12 56:19
67:20 72:14
80:4 85:22
86:17 92:1
94:2 100:20
101:14 108:12
110:9 111:9,20
115:12 116:10
117:22 118:17
121:24 124:25
125:23 133:7
145:22 162:9
172:14 174:1
175:2 192:17

220:4 239:4
241:3
**undertaken**
124:10,11
**undertaking**
127:3 184:4
265:17
**undesirable**
276:17
**undisclosed**
107:5
**unfortunate**
278:17
**uniformly**
229:3
**unique** 216:15
**united** 1:1 2:21
11:18 13:17
18:16 35:11
61:10 103:1
133:20 140:1,1
**units** 141:11
151:10
**universal** 104:2
**universities**
55:24 112:7
**university**
55:15,18,21
56:2,18 59:6
76:12 110:5
111:5 114:8
265:5 278:7
284:12
**unknown** 92:8
93:3 94:17

Golkow Technologies, A Veritext Division
877-379-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 372-9 Filed 04/29/25 Page 416 of 422

| | | | |
|---|---|---|---|
| **unknowns** 189:9 | 40:6,13,21 | 218:7 219:6 | **usmc** 125:15 |
| **unpublished** 253:10 | 41:2,8 45:18 | 220:17 222:16 | 140:9 144:13 |
| **unsafe** 37:9 | 45:20 55:5 | 223:20,21 | **usually** 250:19 |
| **unsaturated** 26:23,24 27:6 | 61:22 91:13 | 230:8 232:24 | **utility** 61:10 |
| 36:17 278:22 | 97:18 138:14 | 239:6 240:10 | 63:19 64:23 |
| 279:1,8,13,20 | 158:18 185:20 | 241:25 246:22 | 204:10 |
| 281:9 | 187:24 188:1 | 252:22 260:6,7 | **v** |
| **unstable** 36:20 | 207:21,22 | 260:12 263:21 | **v** 4:25 |
| **untimely** 125:9 | 209:4 210:11 | 265:7 267:16 | **va** 135:2 138:6 |
| **unusual** 265:24 | 221:3 223:14 | 317:18,18 | 139:13 148:25 |
| **update** 296:9 | 233:4 234:5 | 320:9 | 158:16 |
| **updated** 23:12 | 235:7 238:13 | **useful** 91:12 | **vacation** 294:3 |
| 23:15 314:15 | 242:2 251:20 | 128:16 144:8 | 294:6 |
| **updates** 127:11 | 263:5,20 267:8 | 144:12 256:7 | **valid** 252:20 |
| 127:11 | 268:23 292:1 | **usepa** 41:19 | 260:3 276:16 |
| **upload** 21:22 | 307:21 313:6 | 42:21 252:19 | 311:2 312:4 |
| 158:5 200:12 | **used** 16:24 30:5 | **user** 84:4,14 | **valuable** 296:18 308:1 |
| **uploaded** 200:14 253:14 | 30:6,7,11 | **uses** 184:7 | **value** 210:20 |
| **uploading** 21:18 | 32:13 39:5 | **usga** 118:4 | 219:13 228:18 |
| **uppercase** 121:13 | 40:2 46:4 47:8 | **usgs** 41:13 42:2 | 232:18 242:10 |
| **urban** 41:9 | 49:13,24 51:15 | 43:7 44:2,5 | 251:3 260:9 |
| **urgency** 103:17 | 52:9 55:6 | 118:4,11,13 | 263:5,14,21 |
| 109:10 | 56:22,23 64:7 | **using** 10:22 | 266:13 267:22 |
| **usa** 5:3 | 64:22 67:7 | 25:21 36:14 | 270:19 272:21 |
| **usc** 140:9 | 74:4 88:8 98:2 | 39:2,15 41:24 | 272:25 310:23 |
| **usdoj.gov** 2:24 | 117:15 121:13 | 95:15,18,18 | **values** 212:14 |
| 3:5,9,13 | 121:22 136:4,7 | 121:21 142:20 | 260:6 262:24 |
| **use** 34:18 36:24 | 136:17 145:7 | 192:5 210:6 | 265:20 266:10 |
| 37:1 39:24 | 149:24 178:21 | 242:15 243:23 | 267:20 270:22 |
| | 179:25 185:11 | 251:12 261:4 | 270:23 271:8 |
| | 190:20 191:8 | 266:7,10,19 | 272:16 278:10 |
| | 191:13 196:17 | 267:20 287:17 | **valve** 166:2 |
| | 196:18 197:15 | 312:15,18 | **valves** 63:21 |
| | 203:9 206:13 | 313:24 | |
| | 207:24 211:22 | | |

**vanessa** 292:23
293:3
**vapor** 27:7
**variable** 227:22
**variably** 26:22
**variations**
203:11
**varied** 77:25
128:20
**variety** 95:18
**various** 110:11
201:17 272:16
290:5
**vary** 189:13
**vast** 14:25
**vc** 261:2
**velocity** 230:25
**verbally** 8:9
**verbatim** 169:6
**verbiage**
317:18
**verification**
240:18
**versa** 278:8
**version** 23:12
139:4 149:4
158:18 319:3
**versions** 16:8
16:20
**versus** 18:16
26:25 226:4
227:7 240:19
243:7 260:12
281:5

**veteran** 144:8
**veterans**
127:21 133:21
133:25 139:21
144:12,13,20
144:23 145:17
145:18
**viable** 91:12
243:12,24
244:8
**vice** 278:8
**vicinities**
199:24 326:4
**vicinity** 181:19
225:13 231:2
260:2 325:12
326:16
**victor** 235:1
236:4
**video** 4:3
**videoconfere...**
2:4,16 3:7,11
3:18,20,21
**videographer**
3:15 4:1,9 66:3
66:6 82:2,9
120:1,4 148:11
148:14 179:9
179:12 221:14
221:17 258:14
258:17,20,23
313:8,11
321:12
**videotaped**
1:10

**view** 131:24
266:13,24
267:23 268:15
278:17
**village** 178:6
**vinyl** 168:2
187:20 199:10
261:2
**violated** 275:11
276:5
**violates** 281:12
**violating**
276:15
**visit** 101:9
**voc** 57:6 101:16
101:22 102:6
140:15 153:9
173:11 175:19
202:16,19
**vocs** 102:17
140:14 151:12
151:21 155:17
156:12 157:21
165:11
**volatile** 50:9
139:23 151:11
164:7
**volume** 60:18
62:6,11 204:15
206:2 218:10

**w**

**w** 194:25
**waddell** 309:21
309:24

**wag** 275:12,17
**wait** 8:14
125:10 200:17
**waiting** 126:10
**waive** 321:16
**walk** 59:24
150:24 166:5
183:17
**wallace** 3:21
36:22
**walski** 238:7
**walter** 110:10
116:17,20,21
119:12 238:7
**walters** 3:15,16
6:14
**want** 7:11
12:13 35:8
61:15 65:19,23
81:15 83:13
91:10 102:19
109:7 122:11
136:9 150:23
153:21 158:3
170:24 183:8
201:9 209:4
222:7 232:5
234:11 239:7
241:20,21
244:11 257:13
262:24 263:10
268:6 270:22
271:4 285:11
291:22 298:19
302:4 313:18

Golkow Technologies,
A Veritext Division
877-370-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 418 of 422

| | | | |
|---|---|---|---|
| 313:21,22,25 | **waste** 174:6 | 99:17 100:6,18 | 153:25 154:1,6 |
| 316:9 317:2 | 216:1 235:7 | 100:22 101:5 | 154:9,10,15,20 |
| 318:8,21 320:7 | 236:6 239:19 | 101:15,19,21 | 154:21,24 |
| **wanted** 15:22 | **wastewater** | 102:15 103:8 | 155:3,6,8,13,15 |
| 38:10 45:20 | 233:6 237:2,25 | 104:11,22,23 | 155:21 156:5,9 |
| 50:12 57:8 | 239:6,16 | 105:1,22 106:2 | 156:11,19,21 |
| 60:17 68:8 | **water** 1:4 4:4 | 106:9,13 | 156:24,25 |
| 76:20 84:24 | 11:15 14:9,24 | 107:10,22,25 | 157:9,13,14,17 |
| 86:5 97:18 | 20:15,20 26:15 | 108:2,16 | 157:22 160:25 |
| 104:6 106:19 | 27:5,7,9,10 | 109:17,21 | 161:6,7,23 |
| 120:20 125:16 | 28:22 37:1 | 111:8,21,22 | 162:20,21 |
| 125:18,22 | 40:8,11,22 | 112:1,21 114:3 | 163:1,3,6,10,10 |
| 144:4 146:3 | 41:1,5,20 42:4 | 114:22 115:2 | 163:12 164:1,3 |
| 148:24 150:7 | 42:4,7,22,23 | 116:23 117:4,6 | 164:16 166:2 |
| 151:18 162:7 | 43:16 44:11,19 | 117:10,18 | 166:13,16,23 |
| 166:4 179:20 | 44:20 45:22,25 | 118:2,8,17 | 167:2,10 168:8 |
| 189:16 200:23 | 46:1,10,10 | 119:12 120:17 | 168:23 169:16 |
| 210:8 212:19 | 56:5,13,23 | 122:14 126:10 | 169:22 172:1 |
| 214:9 223:17 | 57:3,9,13,17 | 126:13 127:12 | 175:20 176:4 |
| 225:3 226:15 | 60:12,18,19 | 128:3,15 | 176:11 177:19 |
| 232:19 241:3 | 61:6,10,10 | 133:23 134:1 | 178:14,14,15 |
| 241:10 243:20 | 62:7,11,17 | 134:13 136:3 | 178:20,20,22 |
| 248:7 253:9 | 63:14,18,20 | 136:15 137:1 | 179:24,24 |
| 256:15 257:1 | 64:7,19,21,23 | 139:24,25 | 180:1 181:18 |
| 258:2 261:6 | 64:24,25 65:4 | 140:9,11,13,24 | 182:21 183:19 |
| 264:9 265:3 | 67:10,12 72:21 | 141:8,13,21,23 | 183:20,22,24 |
| 266:17 269:20 | 73:24 74:6 | 144:14,18,25 | 184:16,18,19 |
| 270:8 272:1 | 83:18 85:13,14 | 145:5 146:22 | 184:20 186:6,8 |
| 282:23 283:20 | 85:25 86:3 | 147:3 149:2,12 | 188:10 189:10 |
| 290:4 302:1 | 88:6,17 89:5 | 149:17,18 | 189:23 190:4 |
| 305:17 | 90:20 91:3,19 | 150:10 151:1,2 | 190:10,15 |
| **warning** 308:8 | 92:2,8 93:3 | 151:5,7,9,12,17 | 191:11 196:13 |
| **washington** | 94:17,20,25 | 151:20 152:10 | 199:22,24 |
| 2:23 3:4,8,12 | 95:1,7,9,23 | 152:11 153:2,7 | 200:10,24,25 |
| 35:16 254:6 | 97:15 98:2 | 153:8,9,10,11 | 201:25 202:1 |

203:10 204:10
204:15 205:25
206:3,3 207:13
207:19,19,20
209:19,20
210:19 223:18
225:12 231:19
231:20 232:6
233:2,4,8,17,23
234:2,10 237:3
237:7,15,16
238:2,9,12,21
239:9,9,12,14
239:20,21
240:1,2,4,5,7,7
240:19,23
249:9 254:3,10
255:11,12
256:5 257:12
258:9 259:13
259:14 261:19
261:20,21
264:19 265:18
271:1,2 275:7
279:14,18
280:14 283:9
288:10 291:9
296:19 298:2
306:13 308:16
310:11,16
312:1 315:7,16
315:25 317:4
317:17 324:25
325:10,25
326:3,14

**watermodeling**
82:7 253:17
273:17 283:17
287:25 292:13
294:18 324:17
327:5,13,17,21
327:25 328:4
**waterworks**
211:24
**watkins** 178:6
**way** 8:15 30:1
37:12 39:25
54:16 60:13
74:1 107:18
112:24 121:3
156:6 202:24
218:13 227:20
232:9 233:25
234:1 250:16
265:8 266:2
268:14 289:7
289:22
**ways** 39:5
146:24,25
207:18 312:19
**we've** 10:7
65:19 76:5
114:13 183:19
184:22 243:8
313:7
**weapons** 69:7
**weather** 308:7
**web** 165:8
**webpage** 165:8
314:14

**website** 81:9
126:2 127:10
128:23 138:2
138:17,25
141:16 149:17
150:10,10
152:1 165:1
245:17 311:7
315:3
**week** 13:22
24:17,18
110:13 121:20
238:23
**weighed** 218:10
**weird** 81:18
**weitz** 2:7
**weitzlux.com**
2:10
**welcome** 65:20
65:21 199:7
**wells** 40:3 41:6
43:18 46:9
64:25 107:10
161:6 169:14
175:7,11,14,17
175:25,25
176:5,9,11,13
176:16,17,20
177:2,7,12,18
178:10 180:11
180:12,14,18
180:18 181:3
181:10 182:22
183:3 185:23
185:24,25

186:8 197:8,11
197:19 198:22
200:25 201:5
203:14,21
204:11,14,17
229:1,7,22,23
229:24,25
230:13,24,25
232:25 233:9
233:12 234:23
238:9,10
**went** 31:19
44:5 114:24
117:18 149:7
152:24 164:15
201:14 204:14
205:20 210:2
220:15 228:14
231:22 233:17
238:11,12
244:4 272:12
280:15 284:24
307:20 317:22
319:3
**west** 217:5
**weston** 217:5
**whatsoever**
314:25
**widespread**
123:16
**wife** 291:23
**william** 29:18
**willing** 23:18
**win** 268:13

Case 7:23-cv-00897-RJ   Document 372-9   Filed 04/29/25   Page 420 of 422

**withdraw**
  43:19 89:20
**withdrawn**
  43:17
**witness**   4:8,12
  11:20 13:10,13
  19:3,5,9 22:16
  22:18 30:1
  34:17 93:19
  94:19 95:12,18
  129:5,11,17
  132:3 133:10
  137:22 145:11
  147:12 148:10
  150:15 152:16
  155:20 156:15
  160:18 163:23
  164:6 169:25
  170:9,16 171:4
  171:9 179:7
  190:3 191:11
  194:24 200:16
  200:22 202:23
  203:7 205:1
  209:24 211:22
  213:19,23,25
  214:5,20,23
  215:1 220:24
  221:12 225:9
  226:24 230:21
  231:17 236:19
  237:6 239:4,9
  246:9 249:19
  251:8 261:24
  264:15 275:22

  276:11 277:3
  285:17,18
  286:4 289:14
  290:15 291:1
  297:11 299:1
  299:14 301:5
  306:25 307:7
  309:17 311:5
  311:25 312:9
  313:4 321:4,10
  321:14 322:11
**witnessed**   42:4
**woessner**   29:18
**won**   305:11
**wondering**
  305:13
**woodstock**   79:2
  79:11,13
**word**   136:7
  239:6
**words**   11:23
  173:24 197:16
  203:23 206:3
  208:25 214:1
  221:2,7 224:4
  228:13 230:22
  249:10 251:12
  251:13 256:15
  270:16 271:21
  273:11 298:15
  300:14
**work**   21:9
  22:15 25:16
  26:18 28:11,13
  29:5 35:1 38:2

  38:20 39:16
  41:12 43:6,8
  44:1 45:12
  46:12 47:5,7
  49:8,18,22
  51:6 52:3,12
  53:5 55:13
  56:7,11 57:19
  58:19 59:6
  66:16,21 68:9
  68:13 69:19,20
  70:8,9,11 73:7
  75:9,12 76:8
  78:17 79:1
  80:11 84:3,5
  91:6 93:24
  97:4,7,9 99:19
  99:21 100:5,9
  100:13 101:7
  106:5 107:17
  118:6,7,25,25
  119:20 121:25
  144:23 162:5
  183:9 192:3
  244:25 249:12
  252:4 259:19
  262:12 283:9
  296:1,14,15,19
  298:16 302:9
  307:16 312:2,6
  315:15,18
  316:17
**worked**   4:20
  26:21 30:22
  49:6,20 51:21

  58:21 59:3
  65:1 75:1
  80:22 98:12
  111:21 113:3
  114:6 116:14
  117:6,10
  284:11 312:1
  320:17
**working**   39:7
  49:25 70:14
  110:6 116:25
  127:14 147:17
  198:20 256:19
  306:19 311:24
  314:20 319:19
**works**   296:5
  303:5
**workshops**
  118:12
**world**   195:15
  198:12 199:1
  279:9
**worries**   179:8
**worry**   291:25
**would've**
  143:18
**write**   142:9,12
  246:24 254:7
  274:20 293:7
**writing**   91:9
  258:8
**written**   142:4
  269:2
**wrong**   241:9
  283:13

Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 421 of 422

| | | |
|---|---|---|
| **wrote** 99:19 | 264:22 268:7 | 280:3,14 281:9 |
| 118:25 262:15 | 268:19 280:13 | **zones** 278:22 |
| 262:19 | 281:20 303:24 | 279:1 |
| **x** | 308:13,25 | **zoom** 5:9 6:8 |
| **x** 323:1,11 | 313:23 314:6 | 6:15 |
| **xylenes** 102:8 | **year** 26:3,4 | **zoomed** 138:10 |
| **y** | 55:16 74:1,1 | **zooming** |
| **y** 110:14 | 76:15,16 105:2 | 137:23 |
| **yeah** 6:25 7:1 | 105:6,24 106:5 | |
| 9:14 12:22 | 106:19,20 | |
| 19:1,7 22:14 | 134:9 268:21 | |
| 24:14 32:1 | 286:10,13 | |
| 71:13 78:24 | 294:5 | |
| 79:8 80:25 | **years** 27:2 | |
| 81:14 82:24,24 | 30:21 38:13 | |
| 82:24 83:1 | 41:2 42:6 | |
| 92:14 94:5 | 48:15,17 49:3 | |
| 96:8 106:7 | 65:6 71:11 | |
| 121:1 129:4,8 | 78:13 99:5 | |
| 131:7 132:17 | 112:11,11 | |
| 139:16 142:22 | 126:20 245:6 | |
| 147:19 158:14 | 278:2 296:11 | |
| 160:1 163:23 | 296:12 298:5,7 | |
| 166:10 171:3 | **yep** 10:4 | |
| 171:14,17 | **yesterday** | |
| 173:4 182:2 | 316:12,18 | |
| 184:5 198:4 | **york** 2:9 41:17 | |
| 200:22 201:6 | **young** 2:4 | |
| 206:18 207:2 | 119:4 | |
| 213:6,11 215:5 | **z** | |
| 216:22 219:14 | **zero** 186:12 | |
| 223:10 225:8 | 208:25 228:20 | |
| 229:13,15 | 267:2 268:9,13 | |
| 259:10 264:13 | **zone** 27:6,7 | |
| | 279:2,8,13,20 | |

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 372-9    Filed 04/29/25    Page 422 of 422