# EXHIBIT 36

| | |
|---|---|
| **From:** | Maslia, Morris (ATSDR/DHAC/EISAB) [/O=HHS EES/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MFM4] |
| **Sent:** | 1/12/2007 10:10:00 AM |
| **To:** | Sautner, Jason (ATSDR/DHAC/EISAB) [/O=HHS EES/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ZLC9]; Suarez-Soto, Rene J. (ATSDR/DHAC/EISAB) [/O=HHS EES/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=ETA6]; Krueger, Amy K. (ATSDR/DHAC/EISAB) (CTR) [/O=HHS EES/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=FRF7]; refaye@alltel.net; mustafa.aral@ce.gatech.edu; gtg730t@mail.gatech.edu |
| **CC:** | Moore, Susan (ATSDR/DHAC/EISAB) [/O=HHS EES/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SYM8]; Bove, Frank J. (ATSDR/DHS/SRB) [/O=HHS EES/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=FJB0]; Ruckart, Perri (ATSDR/DHS/SRB) [/O=HHS EES/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=AFP4] |
| **Subject:** | Finalizing Modeling Activities for Tarawa Terrace |

**Importance:** High

**An Open Email/Letter to those conducting Groundwater flow, fate, and transport modeling at Tarawa Terrace and Vicinity:**

This email comes as a result of what I perceive is differing opinions (each valid, I am convinced, from perceived data limitations and modeling assumptions) as to what "calibrated" parameter values should be used, depending on the model being used and its level of sophistication. In this particular case, there is apparently a discrepancy on the value of the biodegradation rate for PCE (0.0006/day – 0.0004/day). There are two different levels of sophistication of models used (MT3DMS vs. TechFlowMP) and a LACK of DEFINITIVE DATA to compare modeling results against (Non detects ranging from 2 μg/L to 10 μg/L, in my opinion do NOT constitute a definitive standard by which to compare modeling results).

As the Agency is under tremendous pressure (if not outright criticism) to IMMEDIATELY provide a report on Tarawa Terrace, we no longer have the time to debate this matter any further (i.e., I am calling it a "tie" in the "battle of the models"). Therefore, as the project officer for this project, I have made the following decision and **I am requesting that everyone involved abide my decision**.

1. Fate and transport results provided using the MT3DMS model will use a biodegradation rate of **0.0005/day**

2. Early and Late arrival of PCE, derived using the GTMESL developed PSOpS approach and MODFLOW/MT3DMS will use a biodegradation rate of **0.0005/day**

3. **NO quantitative comparisons will be made using NON-DETECT (ND) samples**. As the detection limits for these samples range from 2 μg/L to 10 μg/L, using these values is a "double edge" sword that will come back to "attack" us, because those who review or modeling results will pick a ND value to "justify" their point of view and contradict our results.

4. If you wish to compare simulated results with measured samples (including ND), you can do so in a **TABLE with 4 columns** (Sample Location, Date, Measured Value, Simulated Value, Detection Limit). You are free to discuss in the TEXT any implications you see from the data, but NO OTHER quantitative analyses are to be made (I am abandoning the use of the Geometric Bias as I have concluded we just do not have the data to justify its use)

5. Each report/analysis will also provide a **"graphical" comparison**, such as the one I am attaching as an example (I am providing both TIFF and JPG file formats). In your respective graphs you can plot simulated PCE versus time for a specific condition (e.g., calibrated, early arrival, late arrival, etc.) and overlay that with the MEASURED data only.

6. In the graph I have attached you can see that in "early times", there is NO difference in the parameter value used, and in later times, data are so limited that certain data fit a specific parameter value, but there is NO CONCLUSIVE evidence that there is a "best" parameter value. Thus, as I stated above, all models will use a value of **0.0005/day**.

The bottom line, it is time to stop modeling and "fine tuning" models as we do not have the data to justify further modeling analyses. The Agency does not have the time to devote to additional modeling analyses. We have a CAP meeting scheduled in the beginning of March and I MUST have a completed draft report.

I am sure I can count on everyone to support me in my request.

CLJA_ATSDR_BOVE-0000160913

Thank you

Morris

======================================

Morris L. Maslia, P.E., D.WRE, DEE
*Research Environmental Engineer*
*Agency for Toxic Substances and Disease Registry*
*Centers for Disease Control and Prevention*

TEL: +1 404-498-0415
FAX: +1 404-498-0069
Email: mmaslia@cdc.gov
Web: http://www.atsdr.cdc.gov

*Postal (Mail) Address:*
1600 Clifton Road, Mail Stop E-32
Atlanta, Georgia 30333, USA

Courier (Package) Address:
1825 Century Boulevard, Room 3094
Atlanta, Georgia 30345, USA
======================================

CLJA_ATSDR_BOVE-0000160914