IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Pleading Relates to: | ) |
| | ) |
| ALL CASES. | ) |
| | ) |
| | ) |

**PLAINTIFFS' MOTION FOR AN ORDER EXCLUDING CERTAIN OPINIONS OF
REMY J.-C. HENNET, PH.D.**

Pursuant to Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 609 U.S. 579 (1993), and the Court's Amended Pretrial Scheduling Order [DE-312], Plaintiffs hereby move the Court for an order excluding the opinions of expert Remy J.C-. Hennet, Ph.D. regarding:

- Contaminant volatilization when water buffaloes are filled via the manhole;

- Alleged contaminant losses from disposal of spent spiractor solids, sand filter backwash water and suspended solids;

- "Anomalous" HP-634 contaminant concentration data; and

- "Representative" flow paths and travel time at TT-26.

Dr. Hennet's opinions on these topics should be excluded because they are unreliable. In support of this motion, Plaintiffs submit and rely upon the accompanying Memorandum in Support and exhibits attached hereto.

1

WHEREFORE, Plaintiffs respectfully pray the Court orders as follows:

1. That the expert witness testimony of Dr. Hennet regarding the topics identified above is excluded.

2. For such other and further relief as the Court deems just and proper.

*[Signature page to follow.]*

2

Case 7:23-cv-00897-RJ    Document 373    Filed 04/29/25    Page 2 of 4

DATED this 29th day of April 2025.

Respectfully submitted,

| | |
|---|---|
| /s/    J. Edward Bell, III | /s/    Zina Bash |
| J. Edward Bell, III (admitted *pro hac vice*) | Zina Bash (admitted *pro hac vice*) |
| Bell Legal Group, LLC | Keller Postman LLC |
| 219 Ridge St. | 111 Congress Avenue, Suite 500 |
| Georgetown, SC 29440 | Austin, TX 78701 |
| Telephone: (843) 546-2408 | Telephone: 956-345-9462 |
| jeb@belllegalgroup.com | zina.bash@kellerpostman.com |
| | |
| *Lead Counsel for Plaintiffs* | *Co-Lead Counsel for Plaintiffs and Government Liaison Counsel* |
| | |
| /s/    Elizabeth J. Cabraser | /s/    W. Michael Dowling |
| Elizabeth J. Cabraser (admitted *pro hac vice*) | W. Michael Dowling (NC Bar No. 42790) |
| Lieff Cabraser Heimann & Bernstein, LLP | The Dowling Firm PLLC |
| 275 Battery Street, 29th Floor | Post Office Box 27843 |
| San Francisco, CA 94111 | Raleigh, North Carolina 27611 |
| Telephone: (415) 956-1000 | Telephone: (919) 529-3351 |
| ecabraser@lchb.com | mike@dowlingfirm.com |
| | |
| *Co-Lead Counsel for Plaintiffs* | *Co-Lead Counsel for Plaintiffs* |
| | |
| /s/    Robin L. Greenwald | /s/    James A. Roberts, III |
| Robin L. Greenwald (admitted *pro hac vice*) | James A. Roberts, III |
| Weitz & Luxenberg, P.C. | Lewis & Roberts, PLLC |
| 700 Broadway | 3700 Glenwood Ave., Ste. 410 |
| New York, NY 10003 | Raleigh, NC 27612 |
| Telephone: 212-558-5802 | Telephone: (919) 981-0191 |
| rgreenwald@weitzlux.com | jar@lewis-roberts.com |
| | |
| *Co-Lead Counsel for Plaintiffs* | *Co-Lead Counsel for Plaintiffs* |

/s/    Mona Lisa Wallace

Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
mwallace@wallacegraham.com

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, J. Edward Bell, III, hereby certify that the foregoing document was electronically filed on the Court's CM/ECF system on this date, and that all counsel of record will be served with notice of the said filing via the CM/ECF system.

This the 29th day of April 2025.

                                                */s/ J. Edward Bell, III*

                                                J. Edward Bell, III