IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Pleading Relates to: | ) |
| | ) |
| ALL CASES. | ) |
| | ) |
| | ) |

TABLE OF EXHIBITS
IN SUPPORT OF PLAINTIFFS' MOTION FOR AN ORDER EXCLUDING CERTAIN
OPINIONS OF REMY J.-C. HENNET PH.D.

Ex. 1 – March 20, 2025 Deposition of Remy J.-C. Hennet, PhD

Ex. 2 – December 9, 2024 Expert Report of Remy J.-C. Hennet, PhD

Ex. 3 – April 21, 2025 DOJ Letter to PLG

Ex. 4 – January 14, 2025 Expert Rebuttal Report of David Sabatini, PhD

Ex. 5 – January 13, 2025 Expert Rebuttal Report of Leonard Konikow, PhD

Ex. 6 – January 14, 2025 Expert Rebuttal Report of Morris Maslia, PE

1