IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Pleading Relates to: | ) |
| | ) |
| ALL CASES. | ) |
| | ) |
| | ) |

**PLAINTIFFS' MOTION FOR AN ORDER EXCLUDING CERTAIN OPINIONS OF ALEXANDROS SPILIOTOPOULOS, PH.D.**

Pursuant to Federal Rule of Evidence 702, *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 609 U.S. 579 (1993), and the Court's Amended Pretrial Scheduling Order [DE-312], Plaintiffs hereby move the Court for an order excluding the opinions of expert Alexandros Spiliotopoulos, Ph.D. regarding:

- ATSDR's uncertainty and sensitivity analyses;

- Section 3.3 of Dr. Spiliotopoulos's report, titled "Timeline and Scientific Discourse on ATSDR's Camp Lejeune Water Modeling;"

- ATSDR's intent and purpose with respect to conducting its water modeling;

- How ATSDR's modeling results can or should be used by epidemiologists, doctors, or public health professionals;

- ATSDR's modeling approaches that were allegedly "cutting-edge" and/or still in the research stages;

- Contaminant losses during treatment;

- PCE source release start date at ABC One-Hour Cleaners; and

- "Erroneous" HP-634 concentration data.

1

Dr. Spiliotopoulos's opinions on these topics should be excluded because they are unreliable, unsupported, and/or not proper expert witness testimony. In support of this motion, Plaintiffs submit and rely upon the accompanying Memorandum in Support and exhibits attached hereto.

WHEREFORE, Plaintiffs respectfully pray the Court orders as follows:

1. That the expert witness testimony of Dr. Spiliotopoulos regarding the topics identified above is excluded.

2. For such other and further relief as the Court deems just and proper.

*[Signature page to follow.]*

DATED this 29th day of April 2025.

Respectfully submitted,

| | |
|---|---|
| */s/   J. Edward Bell, III* | */s/   Zina Bash* |
| J. Edward Bell, III (admitted *pro hac vice*) | Zina Bash (admitted *pro hac vice*) |
| Bell Legal Group, LLC | Keller Postman LLC |
| 219 Ridge St. | 111 Congress Avenue, Suite 500 |
| Georgetown, SC 29440 | Austin, TX 78701 |
| Telephone: (843) 546-2408 | Telephone: 956-345-9462 |
| jeb@belllegalgroup.com | zina.bash@kellerpostman.com |
| | |
| *Lead Counsel for Plaintiffs* | *Co-Lead Counsel for Plaintiffs and Government Liaison Counsel* |
| | |
| */s/   Elizabeth J. Cabraser* | */s/   W. Michael Dowling* |
| Elizabeth J. Cabraser (admitted *pro hac vice*) | W. Michael Dowling (NC Bar No. 42790) |
| Lieff Cabraser Heimann & Bernstein, LLP | The Dowling Firm PLLC |
| 275 Battery Street, 29th Floor | Post Office Box 27843 |
| San Francisco, CA 94111 | Raleigh, North Carolina 27611 |
| Telephone: (415) 956-1000 | Telephone: (919) 529-3351 |
| ecabraser@lchb.com | mike@dowlingfirm.com |
| | |
| *Co-Lead Counsel for Plaintiffs* | *Co-Lead Counsel for Plaintiffs* |
| | |
| */s/   Robin L. Greenwald* | */s/   James A. Roberts, III* |
| Robin L. Greenwald (admitted *pro hac vice*) | James A. Roberts, III |
| Weitz & Luxenberg, P.C. | Lewis & Roberts, PLLC |
| 700 Broadway | 3700 Glenwood Ave., Ste. 410 |
| New York, NY 10003 | Raleigh, NC 27612 |
| Telephone: 212-558-5802 | Telephone: (919) 981-0191 |
| rgreenwald@weitzlux.com | jar@lewis-roberts.com |
| | |
| *Co-Lead Counsel for Plaintiffs* | *Co-Lead Counsel for Plaintiffs* |

*/s/   Mona Lisa Wallace*

Mona Lisa Wallace (N.C. Bar No.: 009021)
Wallace & Graham, P.A.
525 North Main Street
Salisbury, North Carolina 28144
Tel: 704-633-5244
mwallace@wallacegraham.com

*Co-Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, J. Edward Bell, III, hereby certify that the foregoing document was electronically filed on the Court's CM/ECF system on this date, and that all counsel of record will be served with notice of the said filing via the CM/ECF system.

This the 29th day of April 2025.

            */s/ J. Edward Bell, III*

            J. Edward Bell, III