IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:23-CV-00897

IN RE:                                          )
                                                )
CAMP LEJEUNE WATER LITIGATION                   )
                                                )
This Pleading Relates to:                       )
ALL CASES                                       )
                                                )
_____ )

# INDEX OF EXHIBITS
## IN SUPPORT OF PLAINTIFFS' LEADERSHIP GROUP'S MOTION TO COMPEL PRODUCTION OF SSPA'S BILLING RECORDS

Exhibit 1 — February 12, 2025 Notice of Rule 30(b)(1) Individual Deposition Notice and Request for Production of Documents to Dr. Hennet with an accompanying Subpoena Pursuant to Rule 45, Attachment A

Exhibit 2 — April 16, 2025 PLG Letter to DOJ

Exhibit 3 — Nonprivileged Document: CLJA_UST02-0000522380-381

Exhibit 4 — Nonprivileged Document: CLJA_UST02-0000523534

Exhibit 5 — March 20, 2025 Deposition of Remy J.-C. Hennet, Ph.D.

Exhibit 6 — April 21, 2025 DOJ Response to PLG

Exhibit 7 — April 21, 2025 Joint Status Report

Exhibit 8 — April 24, 2025 PLG Email to DOJ

Exhibit 9 — April 24, 2025 PLG Email to DOJ

Exhibit 10 — April 25, 2025 DOJ Email to PLG

Exhibit 11 — April 28, 2025 Status Conference Transcript

Exhibit 12 — May 1, 2025 DOJ Email to PLG

Exhibit 13 — Nonprivileged Document: CLJA_SSPA_INVOICES_0000000044

Exhibit 14 — Nonprivileged Document: CLJA_SSPA_INVOICES_0000000047

1