| | |
|---|---|
| **From:** | Bain, Adam (CIV) [Adam.Bain@usdoj.gov] |
| **Sent:** | 3/21/2007 11:05:59 AM |
| **To:** | Tegwyn.Williams@CH2M.com |
| **CC:** | Lowder CIV Robert A [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A64F4F3CE563421FB8F2112866FA6FC6-ROBERT.A.LO]; sam.shannon@ch2m.com; matt.louth@ch2m.com; chris.bozzini@ch2m.com; Williams CIV Scott R [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=333CB126D9534002AE70E49E5D4F829C-SCOTT.R.WIL] |
| **Subject:** | RE: Building 902, MCB Camp Lejeune, NC |

Mr. Williams,

Thanks very much for this technical memo. I spoke with Dr. Hennet, and he had just a few comments.

With respect to the soil analysis, he would prefer that you take a photograph of the soil core and allow him to specify where the samples be taken. If digital photography and e-mail are used, this can be done in near real time to get the most useful results.

Additionally, instead of flame-ionization, photo-ionization should be used which is more sensitive for TCE and PCE

The locations should be as previously indicated on the map provided by Dr. Hennet.

Let me know if you have any questions, and thanks for the opportunity to comment.

Adam Bain

-----Original Message-----
From: Tegwyn.Williams@CH2M.com [mailto:Tegwyn.Williams@CH2M.com]
Sent: Wednesday, March 21, 2007 9:46 AM
To: Bain, Adam (CIV)
Cc: robert.a.lowder@usmc.mil; sam.shannon@ch2m.com; matt.louth@ch2m.com; chris.bozzini@ch2m.com; scott.r.williams1@usmc.mil
Subject: Building 902, MCB Camp Lejeune, NC

Mr. Bain,

The attached technical memo describes CH2M HILL's recommended approach to implement the scope of work outlined below by Dr. Hennet. This approach is based upon our knowledge and experience with the drilling conditions at Camp Lejeune, and discussions with potential drilling contractors.

Thanks,

Teg Williams, LG
CH2M HILL - Charlotte, NC
(704) 329-0073 x227
(704) 236-9602 mobile
(678) 579-8069 fax


-----Original Message-----
From: Williams GS12 Scott R [mailto:scott.r.williams1@usmc.mil]
Sent: Thursday, March 08, 2007 10:33 AM
To: Adam.Bain@usdoj.gov; Bozzini, Chris/CLT; Williams, Tegwyn/CLT
Cc: Lowder GS12 Robert A
Subject: FW: Building 902

All,

Per our conference call I am forwarding Dr. Hennet's September 8th e-mail.

v/r,

Scott W

-----Original Message-----
From: Hennet, Remy [mailto:rhennet@sspa.com]
Sent: Friday, September 08, 2006 4:16 PM
To: Adam.Bain@usdoj.gov
Cc: Williams GS12 Scott R
Subject: Building 902

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

Dear Mr. Bain:

Attached are two maps representing the groundwater flow direction in the deep groundwater (Map 1). The contours are based on 1992/93 measurements at shutdown water supply wells. The data information was not evaluated. The water level gradients indicate flow direction toward the west and north for deep groundwater beneath building 902. The uncertainty on flow direction is quite large.

We recommend that 4 boreholes be constructed to establish the groundwater flow direction in the area of building 902 (see Map2 for suggested approximate locations).

The total penetration depth should be in the range 100 to 140 ft. The elevation of the water table and the potentiometric pressure at about 80 feet below the water table should be measured. The borings should be surveyed for location and elevation. Water levels at WS-601, -602, -634, -635, and -637 should be measured the same day to complement the potentiometric surface data set for the deep groundwater in the area.

In the new borings, groundwater samples should be collected at the water table and deeper at 20-feet depth increments and analyzed for TCE and PCE (i.e. analysis by field GC).

Soil samples should be collected in one borehole at depths of about 20, 40, and 80 feet bgs and analyzed for their fraction organic carbon (at a low detection limit).

Best Regards,

Remy Hennet

CLJA_UST02-0000522381