CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

| | |
|---|---|
| From: | Williams GS12 Scott R [/O=ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=SCOTT.R.WILLIAMS1] |
| Sent: | 6/8/2007 2:06:18 PM |
| To: | Lowder GS12 Robert A [/o=Organization/ou=First Administrative Group/cn=Recipients/cn=robert.a.lowder] |
| Subject: | Bldg 902/Site 88 Drilling |
| Attachments: | smime.p7s |

Bob,

I just spoke with Remy Hennet. He informed me that he has the data he needs but that he thinks we might want to tweak the locations of the permanent wells over at 902. The drillers have contacted him and asked him where to screen the wells. He said his advice would be to locate a well at borehole #2 and screen it at 27'-47'. I know the driller is supposed to be here to start first of next week. My question is this. Can we direct them to start drilling at Site 88 first so that we have time to figure out exactly where we want to site and screen the wells at bldg 902? I will be back at the end of next week. As far as Remy is concerned it is the CERCLA teams call. He has what he needs. If you guys know what you want to do out there then by all means go ahead. The drillers just seem to be looking for direction.

v/r,

# Scott Reid Williams

**Environmental Assessment Specialist**
**Marine Corps Base Camp Lejeune**
Installation & Environment Department
Environmental Management Division
Environmental Quality Branch
Ph. (910)-451-9421