| | |
|---|---|
| From: | Dean, Kevin R. |
| Sent: | Thursday, April 24, 2025 9:56 AM |
| To: | Baughman, Laura; Anwar, Haroon (CIV) |
| Cc: | Ed Bell; zina.bash; Scalise Johnson, Margaret; Havai, Deanna; Dawn Bell; Bolton, Devin; O'Leary, Allison (CIV); Bain, Adam (CIV); Lipscomb, Bridget (CIV); Antonucci, Giovanni (CIV); Silverstein, Kailey (CIV); Horan, Alanna R. (CIV) |
| Subject: | RE: Follow-up regarding Hennet and Spiliotopoulos depositions and related document production |

Haroon, good morning and sorry to double team, but I need to add regarding the billing records for these experts a renewed request for all the documents that Dr. Hennett identified that exist as it relates to billing records which are related to Dr. Hennett and SSPA work at Camp Lejeune (he provided detailed identity of how SSPA compiles time in a software program and referred all of us to an administrator for further information) as requested in the Subpoena served prior to his deposition. As you are aware, SSPA contracted with the DOJ at least by 11/30/2005, and records indicate he was doing work for the Navy and others including the GSA prior to that, but we don't have specificity as to the work being done and by whom as Laura mentioned. Also, the SSPA produced billing only starts in 2022. If we could have you provide the promised updates by tomorrow, then we could be in a better position Monday to try to work out a resolution on the billing records issue. If you are not going to produce any billing records prior to 2022, then just so confirm and we will be in a position to advise the Court and move to compel.

Thank you,

Kevin



**Kevin Dean**
Attorney at Law

28 Bridgeside Blvd., Mt. Pleasant, SC 29464
**o.** 843.216.9152 **c.** 843.834.1130 **f.** 843.216.9267
kdean@motleyrice.com

---

**From:** Baughman, Laura <lbaughman@weitzlux.com>
**Sent:** Thursday, April 24, 2025 9:45 AM
**To:** Anwar, Haroon (CIV) <Haroon.Anwar@usdoj.gov>
**Cc:** Ed Bell <jeb@belllegalgroup.com>; zina.bash <zina.bash@kellerpostman.com>; Scalise Johnson, Margaret <mscalise@motleyrice.com>; Havai, Deanna <dhavai@motleyrice.com>; Dawn Bell <dbell@belllegalgroup.com>; Dean, Kevin R. <kdean@motleyrice.com>; Bolton, Devin <dbolton@weitzlux.com>; O'Leary, Allison (CIV) <Allison.O'Leary@usdoj.gov>; Bain, Adam (CIV) <Adam.Bain@usdoj.gov>; Lipscomb, Bridget (CIV) <Bridget.Lipscomb@usdoj.gov>; Antonucci, Giovanni (CIV) <Giovanni.Antonucci@usdoj.gov>; Silverstein, Kailey (CIV) <Kailey.Silverstein@usdoj.gov>; Horan, Alanna R. (CIV) <Alanna.R.Horan@usdoj.gov>
**Subject:** RE: Follow-up regarding Hennet and Spiliotopoulos depositions and related document production

| CAUTION:EXTERNAL |
|---|

Haroon:

As stated in the PLG's portion of the Joint Status Report filed on April 21, 2025, PLG maintains that it is entitled to billing records for Dr. Spiliotopoulos and Dr. Hennet that identify the person doing the work; the task being done; and the number of hours worked per task or per day, to the extent these records exist. You stated in your letter of April 21 that the United States is working to gather and produce more detailed timekeeping records. If you can produce those today or tomorrow, that may alleviate raising this with the Court at the hearing on Monday.

Similarly, PLG maintains that it is entitled to past billing records of SSPA regarding work related to Camp Lejeune. Again, you have indicated that the United States will supplement its production with "basic" compensation information or documents related to SSPA's work for DOJ in the past. If you can produce those today or tomorrow, that may alleviate raising this with the Court at the hearing on Monday.

Regarding documents related to Dr. Spiliotopoulos's attendance at the two-day 2005 Expert Peer Review Panel meeting, Dr. Spiliotopoulos testified that when he attended the meeting, he did not know who his client was, he did not know if he was attending that meeting for a litigation purpose, and he did not have any opinions regarding Camp Lejeune at that time because "I didn't know enough about it, and I was not familiar with that work at all." Spiliotopoulos Deposition at 115, 118, 123. Thus, it seems very unlikely that any notes or documents related to attendance at a meeting under those circumstances would comprise a draft expert report. If the United States does not agree to produce Dr. Spiliotopoulos's documents related to his attendance at the 2005 Expert Peer Review Panel meeting, PLG requests a privilege log be produced before Monday related to these documents in order to aid the parties and the Court at oral argument.

Regarding the "interview summaries," please identify which "interview summaries" Dr. Spiliotopoulos reviewed and relied upon for his expert report. See Spiliotopoulos Report at 1. At deposition, he testified that this related to documents from his site visit. If that is not the case, which "interview summaries" is he relying upon, and have they been produced?

I am available to meet and confer today or tomorrow morning if that would be helpful in resolving any of these issues before Monday.

Thank you,
Laura

**Laura Baughman, Esq.| Weitz & Luxenberg, PC**
700 Broadway | New York, NY 10003
Cell: 214-850-6790 | lbaughman@weitzlux.com

---

**From:** Anwar, Haroon (CIV) <Haroon.Anwar@usdoj.gov>
**Sent:** Monday, April 21, 2025 6:23 PM
**To:** Baughman, Laura <lbaughman@weitzlux.com>
**Cc:** Ed Bell <jeb@belllegalgroup.com>; zina.bash <zina.bash@kellerpostman.com>; Scalise Johnson, Margaret <mscalise@motleyrice.com>; Havai, Deanna <dhavai@motleyrice.com>; Dawn Bell <dbell@belllegalgroup.com>; kdean@motleyrice.com; Bolton, Devin <dbolton@weitzlux.com>; O'Leary, Allison (CIV) <Allison.O'Leary@usdoj.gov>; Bain, Adam (CIV) <Adam.Bain@usdoj.gov>; Lipscomb, Bridget (CIV) <Bridget.Lipscomb@usdoj.gov>; Antonucci, Giovanni (CIV) <Giovanni.Antonucci@usdoj.gov>; Silverstein, Kailey (CIV) <Kailey.Silverstein@usdoj.gov>; Horan, Alanna R. (CIV) <Alanna.R.Horan@usdoj.gov>; Anwar, Haroon (CIV) <Haroon.Anwar@usdoj.gov>
**Subject:** RE: Follow-up regarding Hennet and Spiliotopoulos depositions and related document production

**CAUTION: THIS EMAIL IS FROM AN EXTERNAL SOURCE. It may contain viruses. Do not click on a link, open or enable any file unless you trust the sender.**

Laura,

Please find attached a response to your April 16, 2025, letter. Let us know if we need to meet and confer further.

Thanks,

Haroon



**Haroon Anwar**
*Environmental Torts Litigation*
U.S. Department of Justice
Washington, DC
**202-305-3661 (Voice)**
**202-598-3946 (Mobile)**
haroon.anwar@usdoj.gov

---

**From:** Baughman, Laura <lbaughman@weitzlux.com>
**Sent:** Wednesday, April 16, 2025 2:18 PM
**To:** O'Leary, Allison (CIV) <Allison.O'Leary@usdoj.gov>; Platt, Elizabeth K. (CIV) <Elizabeth.K.Platt@usdoj.gov>; Bain, Adam (CIV) <Adam.Bain@usdoj.gov>; Lipscomb, Bridget (CIV) <Bridget.Lipscomb@usdoj.gov>; Anwar, Haroon (CIV) <Haroon.Anwar@usdoj.gov>
**Cc:** Ed Bell <jeb@belllegalgroup.com>; zina.bash <zina.bash@kellerpostman.com>; Scalise Johnson, Margaret <mscalise@motleyrice.com>; Havai, Deanna <dhavai@motleyrice.com>; Dawn Bell <dbell@belllegalgroup.com>; kdean@motleyrice.com; Bolton, Devin <dbolton@weitzlux.com>
**Subject:** [EXTERNAL] RE: Follow-up regarding Hennet and Spiliotopoulos depositions and related document production

Counsel:

Please see the attached correspondence.

Thank you,

**Laura Baughman, Esq.| Weitz & Luxenberg, PC**
700 Broadway | New York, NY 10003
Cell: 214-850-6790 | lbaughman@weitzlux.com

---

**From:** Dean, Kevin R. <kdean@motleyrice.com>
**Sent:** Monday, March 24, 2025 4:50 PM
**To:** allison.o'leary@usdoj.gov; elizabeth.k.platt@usdoj.gov
**Cc:** Adam Bain <adam.bain@usdoj.gov>; Baughman, Laura <lbaughman@weitzlux.com>; Ed Bell <jeb@belllegalgroup.com>; zina.bash <zina.bash@kellerpostman.com>; bridget.lipscomb@usdoj.gov; Scalise Johnson, Margaret <mscalise@motleyrice.com>; Havai, Deanna <dhavai@motleyrice.com>; Anwar, Haroon (CIV) <Haroon.Anwar@usdoj.gov>; Dawn Bell <dbell@belllegalgroup.com>
**Subject:** Re: Hennet Depo Follow-up

**CAUTION: THIS EMAIL IS FROM AN EXTERNAL SOURCE. It may contain viruses. Do not click on a link, open or enable any file unless you trust the sender.**

Copying Haroon and Dawn whom I omitted by mistake.

Thanks


**Kevin Dean**
Attorney at Law

28 Bridgeside Blvd., Mt. Pleasant, SC 29464
**o.** 843.216.9152 **c.** 843.834.1130 **f.** 843.216.9267
kdean@motleyrice.com

---

**From:** Dean, Kevin R.
**Sent:** Monday, March 24, 2025 4:40:41 PM
**To:** allison.o'leary@usdoj.gov <Allison.O'Leary@usdoj.gov>; elizabeth.k.platt@usdoj.gov <Elizabeth.K.Platt@usdoj.gov>
**Cc:** Adam Bain <adam.bain@usdoj.gov>; Baughman, Laura <lbaughman@weitzlux.com>; Ed Bell <jeb@belllegalgroup.com>; Zina Bash <zina.bash@kellerpostman.com>; bridget.lipscomb@usdoj.gov <Bridget.Lipscomb@usdoj.gov>; Scalise Johnson, Margaret <mscalise@motleyrice.com>; Havai, Deanna <dhavai@motleyrice.com>
**Subject:** Hennet Depo Follow-up

Allison/Elizabeth:

Good afternoon.

I am following up on a couple items that came up during Drs. Spiliotopolus and Hennet depos (reserving the right to raise others once we get transcript) last week:

1. Billing records produced are simple summaries without the back-up "copy" referred to in the meta-data, they don't include all the documents received by DOJ to support the billing summaries, and we don't have all the "contracts" and "purchase orders" that are referred to in the public website exhibit I marked in the deposition. ON the invoices you did produce, they reference these same contracts and purchase orders. Furthermore, given the nature of all the requests in the served subpoena and the testimony of Dr. Hennet, clearly more documents exist, including billing records for over $800k paid by DOJ to SSPA since 2005, all of which have not been produced;
2. 
3. Original native photos with meta data produced of the 2/11 photos. That production does not comply with the ESI order, and Dr. Hennet testified he sent you original photos. We need the original native photos asap please for Dr. Sabatini's inspection and review please; and
4. 
5. All notes and photos taken by these experts not yet produced (both testified to other notes in their original files, interview notes, etc.).

As indicated above, we may have other specific issues to raise concerning the deficient responses by the DOJ and its experts in the production to date and responsive to these subpoenas, and will raise later if needed and reserve that right.

we are also waiting to hear back from DOJ on the alleged claw-back of exhibit 7 in Hennet depo, and Laura's request to allow expert and lawyer inspections consistent with the latitude provided to Dr. Hennet 2/11/2025.

If you would like to have a meet and confer, please let us know and we can arrange later this week.

Thank you,

Kevin



**Kevin Dean**
**Attorney at Law**

28 Bridgeside Blvd., Mt. Pleasant, SC 29464

**o.** 843.216.9152   **c.** 843.834.1130   **f.** 843.216.9267

kdean@motleyrice.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

Please visit us at http://www.weitzlux.com
Like us on Facebook
Follow us on Twitter

Add us on Google +
Connect with us on LinkedIn
************************************************************************
The information contained in this message may be privileged and confidential and protected from disclosure.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone or by replying to the message and deleting it and all of its attachments from your computer.  Thank you.  Weitz & Luxenberg, P.C.
 Every effort is made to keep our network free from viruses.  You should, however, review this e-mail message, as well as any attachment thereto, for viruses.  We take no responsibility and have no liability for any computer virus which may be transferred via this e-mail message.
 All e-mails sent to Weitz & Luxenberg, P.C. or any individuals at Weitz & Luxenberg, P.C. are carefully scanned for viruses and content.  The sender should have no expectation of privacy in said transmission.
 In the course of scanning all incoming e-mails to W & L, virus scanning software may block the e-mail and prevent it from being delivered.  Neither the intended recipient nor

the sender will receive notice that their transmission has been blocked.
All e-mail to W & L or any individuals at W & L should be followed up by hard copy including attachment(s), as specific file types may be blocked at any time without notice being provided to sender or recipient.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


Like us on Facebook
Follow us on Twitter

## Add us on Google +
Connect with us on LinkedIn
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
The information contained in this message may be privileged and confidential and protected from disclosure.  If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone or by replying to the message and deleting it and all of its attachments from your computer.  Thank you.  Weitz & Luxenberg, P.C.
 Every effort is made to keep our network free from viruses. You should, however, review this e-mail message, as well as any attachment thereto, for viruses.  We take no responsibility and have no liability for any computer virus which may be transferred via this e-mail message.
 All e-mails sent to Weitz & Luxenberg, P.C. or any individuals at Weitz & Luxenberg, P.C. are carefully scanned for viruses and content.  The sender should have no expectation of privacy in said transmission.
 In the course of scanning all incoming e-mails to W & L, virus scanning software may block the e-mail and prevent it from being delivered.  Neither the intended recipient nor the sender will receive notice that their transmission has been blocked.
All e-mail to W & L or any individuals at W & L should be followed up by hard copy including attachment(s), as specific file types may be blocked at any time without notice being provided to sender or recipient.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*