CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

## S. S. Papadopulos & Associates

**Timesheet Backup Report**

From 8/1/2022 To 8/31/2022

| Timesheet Date | Work Date | Hours | Comments |
|---|---|---|---|
| **1817-1817-0 DOJ_CL 2022-DOJ_CL 2022** | | | |
| 1817-1817-0-001-01-10 DOJ_CL 2022 | | | |
| *Senior Principal* | | | |
| Remy Hennet | | | |
| 8/20/2022 | 8/16/2022 | 1.00 | project kickoff organization |
| 8/31/2022 | 8/29/2022 | 1.00 | organization, de-archiving |
| **Employee Total Hours:** | | **2.00** | |
| *Senior Scientist/Engineer* | | | |
| Stephanie Shapiro | | | |
| 8/6/2022 | 8/5/2022 | 4.50 | Initial doc retrieval, review. Calls with Remy and Saul. |
| 8/13/2022 | 8/8/2022 | 6.00 | Doc retrieval and review. |
| 8/13/2022 | 8/9/2022 | 5.25 | Document review, timeline edits. |
| 8/13/2022 | 8/10/2022 | 5.50 | New doc retrieval, review. |
| 8/13/2022 | 8/11/2022 | 4.00 | Presentation |
| 8/13/2022 | 8/12/2022 | 4.00 | Presentation |
| 8/13/2022 | 8/13/2022 | 3.00 | Presentation, timeline |
| 8/20/2022 | 8/15/2022 | 4.00 | Presentation and timeline. |
| 8/27/2022 | 8/22/2022 | 4.00 | Timeline and presentation. |
| 8/27/2022 | 8/23/2022 | 4.00 | Timeline and presentation. |
| 8/27/2022 | 8/24/2022 | 4.00 | Timeline and presentation. |
| 8/27/2022 | 8/25/2022 | 4.00 | Timeline and presentation. |
| 8/27/2022 | 8/26/2022 | 4.00 | presentation and timeline |
| **Employee Total Hours:** | | **56.25** | |
| *Project Scientist/Engineer* | | | |
| Zdravka Karanovic | | | |
| 8/20/2022 | 8/15/2022 | 6.50 | data summary |
| 8/20/2022 | 8/16/2022 | 7.50 | data summary |
| **Employee Total Hours:** | | **14.00** | |
| *Senior Staff Scientist/Engineer* | | | |
| Saul Allen | | | |
| 8/6/2022 | 8/5/2022 | 5.00 | Contract with SS. Begin downloading files from EPA and NAVTEC sites; make links and indexes to old projects |
| 8/13/2022 | 8/8/2022 | 7.50 | NAVFAC files: obtaining and creating document index |
| 8/13/2022 | 8/9/2022 | 3.00 | NAVFAC files: obtaining and creating document index; SS inquiries about past RH expert reports, summary of things that were done in the past, etc. |
| 8/13/2022 | 8/10/2022 | 4.00 | NAVFAC files: obtaining and creating document index |
| 8/13/2022 | 8/11/2022 | 2.00 | NAVFAC files: obtaining and creating document index cont'd |
| 8/13/2022 | 8/12/2022 | 2.50 | Complete NAVFAC extraction with document index (spreadsheet) and OCR |
| 8/20/2022 | 8/15/2022 | 1.00 | Convene with ZK about SS request for database summary; discuss database history with SS |
| 8/27/2022 | 8/22/2022 | 1.00 | Update document index from NAVFEC files |
| 8/27/2022 | 8/24/2022 | 3.00 | Search for additional public available documents (FOIA, EPA, etc.) |

Case 7:23-cv-00897-RJ　　Document 382-14　　Filed 05/12/25　　Page 1 of 1

CLJA_SSPA_INVOICES_0000000044