# Preflight Summary Report for: Exhibit 14.pdf
## Profile: Digital printing (B/W) (Processed pages 1 to 1)
**Processed by Eric Flynn, Date: 5/12/25 7:52 PM**

### Fixups
- Remove, apply or adjust object compression (1 object)
- Compress all uncompressed objects using lossless ZIP compression (1 object)
- Recompress LZW as ZIP (1 object)
- Convert color to B/W (1 object)

### Results (Summary)
**Info**
- Resolution of bitmap images is lower than 550 pixels per inch (1 match on 1 page) - 1

### Document information
File name: "Exhibit 14.pdf"
Path: "/Users/eric/Desktop/Catchall/MTC SSPA Biling Records"
PDF version number: "1.5"
File size (KB): 45.0
Creator: "Aspose Ltd."
Producer: "Aspose.PDF for .NET 22.6.0"
Created: "5/12/25 7:50 PM"
Modified: "5/12/25 7:50 PM"
Trapping: "Unknown"
Number of plates: 1
Names of plates: "(Black) "

### Environment
Preflight, 18.6.0 (271)
Acrobat version: 25.001
Operating system: macOS 15.4.1

All problems according to Preflight profile
Digital printing (B/W)
Case 7:23-cv-00897-RJ   Document 382-15   Filed 05/12/25   Page 2 of 2