IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:23-CV-897

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAMP LEJEUNE WATER LITIGATION | ) | **SECOND ORDER REGARDING** |
| | ) | **REAPPOINTMENT OF PLAINTIFFS'** |
| | ) | **LEADERSHIP GROUP** |
| This Documents Relates to: | ) | |
| ALL CASES | ) | |
| | ) | |

In Case Management Order No. 1, the court appointed certain individuals to roles in the Plaintiffs' Leadership Group ("PLG") for this litigation ("Litigation"). [D.E. 10] 1–2, 6 ("CMO 1"). The court made "all appointments . . . for a one-year period . . . expir[ing] July 31, 2024." *Id*. at 9.

In CMO 1, the court stated that PLG members could "apply for reappointment when their terms expire" and that "[a] reappointment process will be established at an appropriate time in advance of the expiration date." [D.E. 10] 9. The court also specified that reappointment applications "must detail the nature and scope of the attorney's work on this Ligitation, including the time and resources that he or she expended during the previous term." *Id*.

In May 2024, the court created a reappointment process for members of the PLG. [D.E. 196]. After considering those individuals' submissions, the court reappointed members of the PLG for an additional one-year term expiring July 31, 2025. [D.E. 260].

With July 31, 2025 approaching, the court orders a second reappointment process as follows:

1. All members of the PLG shall provide written notice to the court on or before Monday, June 9, 2025 specifying whether he or she seeks reappointment. The written notice shall

either be mailed or hand-delivered to the clerk's office in Raleigh.

2. If the member specifies that he or she seeks reappointment, that member ("Applicant") shall attach a reappointment application to his or her notice ("Application"). The Application shall be no longer than two single-spaced pages. The Application shall describe:

a. "[T]he nature and scope of the [Applicant's] work on this Litigation, including the time and resources that he or she expended during the [2024-25] term," [D.E. 10] 9;

b. The Applicant's vision for the next twelve months of the Litigation;

c. Any concerns from the Applicant regarding the Litigation progress during the 2024-25 term; and

d. Any suggestions from the Applicant regarding potential improvements to the Litigation that the court should consider.

SO ORDERED. This 21st day of May, 2025.

RICHARD E. MYERS II
Chief United States District Judge