IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA SOUTHERN DIVISION

No. 7:23-cv-897

| | ) | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAMP LEJEUNE WATER | ) | NOTICE OF WITHDRAWAL |
| | ) | OF GOVERNMENT COUNSEL |
| LITIGATION | ) | PURSUANT TO LCR 5.2(d) |
| | ) | |
| This Document Relates to ALL CASES. | ) | |
| | ) | |
| | ) | |

Pursuant to Local Civil Rule 5.2(d), please withdraw the appearance of Timothy Walthall on behalf of Defendant United States; the undersigned certifies that Mr. Walthall is no longer associated with the above-captioned matter.

Dated: May 28, 2025         Respectfully submitted,

YAAKOV ROTH
Acting Assistant Attorney General Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General
Torts Branch

J. PATRICK GLYNN
Director
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Unit

1

    /s/ *Adam Bain*
ADAM BAIN
Special Litigation Counsel,
Torts Branch
Environmental Torts Litigation Section
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: adam.bain@usdoj.gov
Telephone: (202) 616-4209
Fax: (202) 616-4473

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, a copy of the foregoing Notice of Appearance was filed via the Court's ECF system and served on counsel of record through the ECF system.

                                                  /s/ *Adam Bain*
                                              ADAM BAIN