IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:23-cv-897

| | |
|---|---|
| IN RE: ) | |
| ) | NOTICE OF WITHDRAWAL OF |
| CAMP LEJEUNE WATER LITIGATION ) | GOVERNMENTAL COUNSEL |
| ) | PURSUANT TO LCR 5.2(d) |
| This document relates to ALL CASES ) | |
| ) | |
| ) | |

Pursuant to Local Civil Rule 5.2(d), undersigned counsel hereby certifies that she is no longer associated with the above-captioned matter; please withdraw her appearance as a governmental attorney on behalf of Defendant United States of America.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JONATHAN GUYNN
Deputy Assistant Attorney General
Torts Branch

J. PATRICK GLYNN
Director
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Unit

ADAM BAIN
Special Litigation Counsel
Environmental Torts Litigation Section

*/s/ Alanna T. Duong*
ALANNA T. DUONG
Senior Litigation Counsel
Arizona Bar No. 031641
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
E-mail: alanna.duong@usdoj.gov
Tel: (202) 305-7040

Attorney inquiries to DOJ regarding the
Camp Lejeune Justice Act:
(202) 353-4426

Dated: May 28, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, a copy of the foregoing Notice of Withdrawal was filed via the Court's ECF system and served on counsel of record through the ECF system.

> */s/ Alanna T. Duong*
> ALANNA T. DUONG
> Senior Litigation Counsel
> U.S. Department of Justice