IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAMP LEJEUNE WATER LITIGATION ) | |
| ) | ORDER |
| This Document Relates To: ) | |
| ALL CASES ) | |
| ) | |

This matter is before the court on Defendant's motion for leave to manually file a video exhibit ("Motion") [DE-365]. Plaintiffs have not responded to the motion. Local Civil Rule 7.2(f). For good cause shown, the Motion is GRANTED and Defendant may manually file the exhibit.

SO ORDERED. This 2 day of June, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge