IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:23-CV-897

| | |
|---|---|
| IN RE: ) | |
| ) | |
| CAMP LEJEUNE WATER LITIGATION ) | |
| ) | ORDER |
| This Document Relates To: ) | |
| ALL CASES ) | |
| ) | |

This matter is before the court on Plaintiffs' Leadership Group's ("PLG") motion for leave to file an opposition to Defendant's motion to exclude Plaintiffs' Phase I expert testimony in support of using ATSDR's water models to determine exposure levels for individual plaintiffs [DE-367] exceeding the page limits set by Local Civil Rule 7.2(f) ("Motion") [DE-389]. Defendant does not oppose the motion. [DE-389] 3. For good cause shown, the Motion is GRANTED as follows:

    A.    PLG may file an opposition to Defendant's motion [DE-367] of up to 39 pages and 14,000 words; and

    B.    Defendant is permitted to file a reply brief of up to 13 pages in length and 4,667 words.

SO ORDERED. This 2 day of June, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge