IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:23-CV-897

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| CAMP LEJEUNE WATER | ) | |
| LITIGATION | ) | **MOTION TO WITHDRAW** |
| | ) | |

NOW COMES the undersigned counsel for non-party the National Academy of Sciences and moves the Court for an order allowing attorneys Michael C. Davis, Christopher C. Dodd, Jay C. Johnson, Waymon T. Peer, Edwin L. West III, and Katarina K. Wong to withdraw as counsels of record in this case. Pursuant to Local Rule 5.2(e) and in support, the undersigned shows the Court that:

1. The issues concerning discovery from the Academy have been resolved and there are no unresolved fact discovery issues involving the Academy as the Parties are currently undergoing expert discovery. Thus, there is no reason for attorneys for the Academy to continue of record in this case.

2. After consulting with the Academy, who consents, and the Parties, who also consent, they have no objection to this motion and the requested relief.

3. No party will be prejudiced or otherwise affected by the withdrawal.

4. The action requested in this motion is sought in good faith and not for the purposes of delay.

5. The mailing and physical address of the Academy is 2101 Constitution Ave. NW, Washington, DC 20418.

NOW THEREFORE the undersigned moves the Court for an order allowing attorneys Michael C. Davis, Christopher C. Dodd, Jay C. Johnson, Waymon T. Peer, Edwin L. West III, and Katarina K. Wong to withdraw as counsel of record in this case.

Respectfully submitted this 4th day of June, 2025.

/s/ Waymon T. Peer
Waymon T. Peer
Venable LLP
600 Massachusetts Ave. NW
Washington, D.C. 20001
202-344-4244
Fax: 202-344-8300
WTPeer@Venable.com
D.C. Bar. No. 1644992
*Attorney for non-party the National Academy of Sciences*

/s/ Katarina K. Wong
Katarina K. Wong
Brooks, Pierce, McLendon, Humphrey & Leonard LLP
150 Fayetteville Street, Suite 1700
Raleigh, NC 27601
919-882-2520
Fax: 336-232-9120
kwong@brookspierce.com
N.C. Bar. No. 55040
*Local Civil Rule 83.1(d) Attorney for non-party the National Academy of Sciences*

**CERTIFICATE OF SERVICE**

I hereby certify on this day, a copy of the Motion to Withdraw was served on all counsel of record by operation of the court's electronic filing system and can be accessed through that system.

Respectfully submitted this 4th day of June, 2025.

/s/ *Waymon T. Peer*
Waymon T. Peer