# EXHIBIT 1



Mustafa M. Aral

# Environmental Modeling and Health Risk Analysis (Acts/Risk)

Extra Materials
extras.springer.com

Springer

GOVERNMENT EXHIBIT
Aral 6

$$\sum \text{Mass flux in} - \sum \text{Mass flux out} \pm \sum (\text{sources/sinks}) = 0 \qquad (1.3)$$

Most of the models that are used in contaminant transformation and transport simulations, which are based on the conservation of mass principle, can be studied as deterministic models. That is, these models will yield one expected outcome at a spatial point and time, based on a given set of initial and boundary conditions and a set of parameters used in defining the process. In this approach one assumes that there is no uncertainty in conceptualization, data, model structure or the scale selected. It is well established in the literature that there are numerous uncertainties in each phase of the modeling effort, which may lead to the predictive uncertainty. To address uncertainty issues, models may also be used in a probabilistic sense, yielding not only the expected outcome, but also the variance of that expected outcome. In the probabilistic analysis of the models reviewed in this book, the Monte Carlo approach will be adopted to address uncertainty issues. There are also more recent approaches that can be categorized as non-probabilistic analysis or possibilistic analysis. The possibilistic approach has demonstrated that it can be employed in addressing uncertainty in environmental or health risk modeling where the uncertainty is heuristic. The possibilistic approaches include the Fuzzy systems approach (Kosko 1997; Kentel and Aral 2004; Kentel and Aral 2005), will not be covered in this book but the reader is referred to the above references since this type of analysis is important health risk analysis.

## 1.2 Environmental Modeling Concepts

A review of the modeling field indicates that several environmental models with varied degrees of complexity and different simulation objectives are available in the literature. One problem with most of these models is that it is often very difficult to implement them. These difficulties are due in part to the inaccessibility of the computer codes used in the solution, and in part to the problem-oriented design employed in the development of these models and codes. Thus some of these models are either never used or used by few users who have access to their computational platforms.

Models and model building is at the core of environmental management studies and significant time and effort must be spent to make proper decisions to appropriately represent the system being modeled. Several authors have discussed extensively the importance of models and model building in their books on scientific methods (Rosenbluth and Wiener 1945; Bloschl and Sivapalan 1995; Schnoor 1996). The following statement can be considered to be a consensus:

> No substantial part of the universe is so simple that it can be grasped and controlled without abstraction. Abstraction consists in replacing the part of the universe under consideration by a model of similar but simpler structure. Models . . . are thus a central necessity of scientific procedures.

$$\sum (\text{sources/sinks}) = 0 \qquad (1.3)$$

transformation and transport
of mass principle, can be studied
yield one expected outcome at a
and boundary conditions and a
this approach one assumes that
model structure or the scale
there are numerous uncertainties
to the predictive uncertainty.
used in a probabilistic sense,
the variance of that expected
reviewed in this book, the
uncertainty issues. There are also
probabilistic analysis or
demonstrated that it can be
health risk modeling where
include the Fuzzy systems
and Aral 2005), will not be
references since this type

mental models with
are available in
often very difficult
accessibility of the
oriented design
some of these
access to their

ment studies
to appropri-
used exten-
on scientific
5; Schnoor

without
deration
ity of

Thus, a scientific model can be defined as an abstraction of some real system, an abstraction that can be used for prediction and management purposes. The purpose of a scientific model is to enable the analyst to determine how one or more changes in various aspects of the modeled system may affect other aspects of the system or the system as a whole. Because models are not a precise and complete depiction of the real system, they need to be presented and analyzed in a computational environment which should include an analysis of uncertainty. Uncertainty analysis may take the form of sensitivity analysis, or for more complicated applications, statistical uncertainty analysis may be utilized. We should also emphasize the difference between two commonly used terms in modeling "uncertainty" and "variability." As expected they refer to two distinct concepts:

Uncertainty is a measure of the knowledge of the magnitude of a parameter. Uncertainty can be reduced by research, i.e., the parameter value can be refined through further experimentation or further data collection.

Variability is a measure of the heterogeneity of a parameter or the inherent variability in a chemical property. Variance cannot be reduced by further research, but a model can be developed such that it would mimic the variability of the parameter used in the model.

There are many advantages to the use of mathematical models. According to (Fishman 1996), these advantages are:

i. Enable investigators to organize their theoretical beliefs and observations about a system and to deduce the logical implications of this organization;
ii. Lead to improved system understanding;
iii. Bring into perspective the need for detail and relevance;
iv. Expedite the analysis;
v. Provide a framework for testing the desirability of system modifications;
vi. Allow for easier manipulation than the system itself permits;
vii. Permit control over more sources of variation than direct study of a system would allow; and,
viii. Analysis is generally less costly than observing the system.

On the other hand, there are at least three reservations one should always bear in mind while constructing and using a model (Rubinstein 1981). First, there is no guarantee that the time and effort devoted to modeling will return useful results and satisfactory benefits. Occasional failures are expected to occur because of limited resources allocated to modeling. More often, however, failure results when the investigator relies too much on the method and not enough on ingenuity in constructing the model. The proper balance between the two is the key to success in modeling. The second reservation concerns the tendency of the investigator to treat his or her mathematical description of the problem as the best representation of the reality. One should be open minded in understanding the limitations of the proposed model. The third reservation concerns the use of the model outside the predictive range of the model developed. When working with a model, care must be given to ensure that the analysis remains within the valid representation range of the model. These are important concepts of concern when working with models.

It is well known that model design, almost by definition, is a pragmatic process. The simulation objectives determine the basic form, usability, and generality of the model proposed. Further, an investigation of the various environmental models, approved by U.S. Nuclear Regulatory Commission Regulatory Guide (Till and Meyer 1983), which focuses on their usability and applicability in predicting the transport of effluents in a surface water environment following an accidental spill, clearly indicates the necessity of the availability of user-friendly and well documented computer models. In this book, a review of the most common environmental models used in environmental health risk assessment studies is provided for the groundwater, air and surface water pathways, along with a user-friendly software interface to implement them and to facilitate their use.

Environmental transformation and transport models are built for the following purposes: (i) to evaluate the transformation and transport of contaminants in the environment by quantifying physical, chemical and biological processes that affect migration; (ii) to evaluate dynamic point-of-contact concentration levels that may have occurred in the past, are occurring presently or will occur in the future; and, (iii) to evaluate the outcome of different scenarios under various loading or management action alternatives. Since determination of exposure concentrations to toxicants constitutes the first step in health risk assessment, and direct field measurements may not be always available environmental modeling is becoming more and more of a permanent part of environmental health risk assessment studies.

Among the models that are available for environmental modeling, the first category of models may be identified as empirical models. In these models the description of cause-and-effect relationships is based on observational data sets with minimum analytic understanding of how the system works based on the relationships developed through the analysis of the data. These models are tied to empirical constants obtained from field or experimental data which may become the source of considerable uncertainty in applications.

The other category of models may be identified as mechanistic models. When we express the cause-and-effect relationships for a certain process or a system in terms of mathematical equations (differential or algebraic), the resulting models are identified as mechanistic (deterministic). Mechanistic models, in principle, reflect our understanding of how the system works, and they are based on certain accounting principles such as conservation of mass, energy or momentum. The complexity of these models depends on the level of detail for a process in a specific model or the dimensionality of the model developed.

Model accuracy and reliability are two of the more important aspects of modeling, which should not be overlooked. If a model is to be accepted as a reliable predictive tool, the numerical error bounds generated in computation should be within acceptable limits, and the model should be calibrated regionally or locally using available data. Proceeding in this direction, much of the recent work done in environmental quality modeling has been oriented towards improving models and incorporating better numerical solution techniques, the accuracy of which by far surpasses the availability and accuracy of the field parameter data that have to be used with such models. Scarcity of the field data, especially in air, groundwater and

...nition, is a pragmatic process.
...on, usability, and generality of the
...various environmental models,
... Regulatory Guide (Till and
... applicability in predicting the
... following an accidental spill,
... user-friendly and well docu-
... most common environmen-
... studies is provided for the
... with a user-friendly software
...

...els are built for the following
...port of contaminants in the
...logical processes that affect
... concentration levels that
...ly or will occur in the future;
...es under various loading or
... exposure concentrations to
...ment, and direct field mea-
...modeling is becoming more
... risk assessment studies.
...mental modeling, the first
...or. In these models the des-
...vational data sets with
...ds based on the relation-
...dels are tied to empirical
...may become the source of

...nistic models. When we
...ess or a system in terms
...resulting models are
...s, in principle, reflect
...ed on certain account-
...num. The complexity
...specific model or the

...aspects of model-
...epted as a reliable
...putation should be
...gionally or locally
...ent work done in
...ving models and
... of which by far
...that have to be
...groundwater and

surface water quality modeling, is well known to researchers and engineers working in this field. Currently there is some disagreement among researchers as to whether higher priority should be placed on still further developments in model sophistication or on parameter prediction to improve accuracy.

A very simplistic model may use a very crude definition of a physical process, with few parameters to define the process. A very complex model may use a very detailed definition of a physical process, with a significant increase in parameters that is used to define the process. Naturally, improved sophistication of models is associated with an increase in the number of model parameters. Since it is likely that many of the additional parameters included in the model would be defined only in qualitative terms or with lesser accuracy, a relatively more sophisticated model can be less reliable than a simpler version. On the other hand, some systems and some physical phenomena are so complex in nature that there is often little reason to believe that good simulations are possible with simplified representations. In such cases, the need for more detailed and realistic models should be clear. A simple and crude example can be found in the case of effluent transport models for a river system. Given our current understanding and knowledge of turbulence characteristics, secondary currents, roughness concepts and sediment transport characteristics of natural rivers, it may be overly ambitious to develop a three-dimensional effluent transport model for a river network system just because it is possible numerically. Going to the other extreme, if in order to simplify such a model, that is, in order to reduce the model's dependence on complex field parameters, if one ignores the diffusive transport terms while keeping the convective transport terms in the analysis, the reliability of the model becomes questionable, at least for certain problem types such as accidental spills of pollutants or daily cyclic variation of spills, as is the case in sewage output. Thus, it is not necessarily true that models become more accurate as more complex definitions are used to define the model's processes. Inaccuracies may also result from the increase in the number of parameters associated with the detailed definition of a process or system. As observed in many applications, the likelihood of accurately defining these parameters is very low, resulting in an inherent loss of accuracy for complex models. On the other hand simplifying models has pitfalls as indicated in the example above. Thus, in developing models, the optimum solution is between these two extremes. In an attempt to achieve this balanced goal, an effort is made in this book to introduce the reader to one-, two- and three-dimensional screening level models and analytical solutions to these models, which, in most cases, provide sufficient detail for understanding the bounds of the problem at hand at a screening level.

Evaluation of advection and dispersion of effluents in natural or manmade environments is a complex phenomenon, especially if an effort is made to cover all aspects of their evaluation. In an industrialized society, a great variety of pollutants may get mixed into groundwater, surface waters or air. Dissolved matters such as chemicals, radioactive materials and salt, solid matters such as sediments, and temperature gradients introduced by power plants can be cited as a few of the sources of environmental pollution. Different models are needed to describe the

transport characteristics of different pollutants. Thus, in environmental mode building, the decision or selection of the contaminant type is the first step whic needs to be addressed. A conservative chemical behaves differently than a non conservative chemical. The stage of effluent transport is another variable tha needs to be considered, since mathematical models describing initial mixin zones are considerably different than mathematical models that are used to evaluat conditions for well mixed zones. In building an environmental model, the thir variable to consider is the choice of model dimensions. Given the present knowledg in numerical and analytical methods, it is usually tempting to develop a three dimensional model, with the assumption that the parameters needed in implement ing such a model are readily available. Thus, determination of the dimensionality o physical and kinematic parameters is the third complexity encountered in modelin transformation and transport of pollutants in natural or manmade environments Within this set of available choices and options the best approach to modeling i very difficult to identify. That is why modeling is considered to be both a science and art in the current literature.

In the course of time, a number of deterministic, empirical or stochastic models have been proposed to predict mass transport in multipathway environments such as air, groundwater and surface water. Contaminant transformation and transport models, as they are treated in this book, fall under the category of mechanistic models. These models are generic models which may be used in the analysis of a wide range of conditions and site specific applications. Mechanistic models may also be used in a statistical sense, in which case one or more of the parameters will be defined in terms of probability density functions. This approach would yield the outcome in terms of statistical (probability) distributions. This mode of analysis, i.e. Monte Carlo analysis, will be used extensively in this book. Stochastic models seek to identify the probability of the occurrence of a given outcome based on probabi- listic variations that are introduced to the model. They may be used to identify the variability in output based on variability in input parameters or variability of the boundary conditions of the problem analyzed.

The environmental modeling field has its own terminology and associated definitions. A review of the important terms used in this field is given in Appendix 2. In addition to the definitions of the terminology given in Appendix 2, the acronyms and abbreviations given in Appendix 1 are commonly used in the environmental modeling literature. It is important for the reader to familiarize themselves with their definitions.

## 1.3  Environmental Toxicology

Chemicals on earth are plenty and diverse. In addition to their presence, the chemical industry worldwide manufactures and markets thousands of new synthetic chemicals each year. Thus, it is safe to say that we are constantly being exposed to natural or synthetic chemicals in our ambient environment. The task of



...s of accidental radioactivity releases to
... power plant. Nuclear Regulatory Com-

...miology. World Health Organisation,

...xicology: environmental and industrial

# Chapter 2
# Principles of Environmental Modeling

*Everything should be made as simple as possible, but not simpler.*
**Albert Einstein**

We have three primary scientific tools at our disposal to evaluate transformation and transport processes in the environment or to find solutions to environmental pollution problems and make decisions based on these solutions. These are, in no particular order: (i) direct field observations; (ii) laboratory scale tests and physical modeling studies; and, (iii) mathematical modeling. We recognize that transformation and transport processes that may occur in the environment and the accurate characterization of these processes both in the physical and also the mathematical domain are extremely complex. Thus, each of these tools has its appropriate place and mutually supporting role, as well as advantages and disadvantages of its use in understanding and solving environmental pollution problems.

It is well established in the literature that field observations tend to be costly but necessary. They are commonly used after the primary symptoms of the problems emerge at a contamination site. In this sense, they are extremely useful in characterizing the extent of the environmental problem, identifying its bounds or in evaluating whether the proposed remedial strategies are contributing to the solution of the environmental problem at a specific site. Laboratory studies, on the other hand, may be only useful in understanding the basic principles governing the problem at a micro or molecular scale. Findings and knowledge gained at this scale may experience significant problems in up-scaling the results to the field-scale analysis. Nevertheless, laboratory studies are extremely useful for both solving problems and for understanding micro scale issues at various stages of environmental pollution investigations and remediation.

In this book, among other topics, we will focus our attention on the use of mathematical modeling techniques in evaluating environmental transformation and transport processes. Thus it is important that we discuss problems we may encounter during model building and application, and the expectations we may have from a modeling study in an environmental application. First we should agree that

Case 7:23-cv-00897-RJ    Document 396-1    Filed 06/04/25    Page 8 of 33

mathematical models cannot help us in the problem recognition stage of an environmental pollution problem. However, they are very useful tools in the "gaining control" and "finding solutions" stages of our problem solution spectrum. They are cost effective and can be easily set up to test "what if" scenarios associated with a remedial application or a contamination problem. This cannot be easily studied with the other two scientific tools. The downside is the approximate nature of these tools which should always be kept in mind when their outcome is utilized. The level of contribution of each of these three tools to an analysis throughout the environmental problem solving spectrum is shown in Fig. 2.1.

Mathematical models are an abstraction of the environmental system and they are based on our understanding of the physical principles that govern the system. Since models are always going to be an abstraction of a system or a physical process, their outcome should always go through a careful and detailed interpretation stage before the results obtained from a model are determined to be representative of the behavior of the process or the system modeled (Fig. 2.2).

The purpose of mathematical model building and modeling is to simulate the behavior of the environmental system being modeled. Models are built to represent the system behavior in a controlled and cost effective computational environment. In this sense, modeling has become a common building block of most scientific applications. Using this tool we may observe, analyze, synthesize and rationalize the behavior of these systems under controlled conditions, and also we may evaluate the performance of the proposed solutions to an environmental problem. A common feature of all models is that they are all based on the "concept" of



...blem recognition stage of an envi-
...e very useful tools in the "gaining
...oblem solution spectrum. They are
...hat if" scenarios associated with a
...m. This cannot be easily studied
...is the approximate nature of these
...their outcome is utilized. The level
...analysis throughout the environ-
... 2.1.

...e environmental system and they
...rinciples that govern the system.
...tion of a system or a physical
...careful and detailed interpreta-
...l are determined to be represen-
...modeled (Fig. 2.2).

...and modeling is to simulate the
...Models are built to represent
...computational environment.
...ding block of most scientific
...lyze, synthesize and rationalize
...conditions, and also we may
...an environmental problem.
...used on the "concept" of





Gaining | Maintaining
control | control

Modeling

---



**Fig. 2.2** Principles of modeling philosophy

simplification of the environmental system they are built to represent. This simpli-
fication may be achieved either through reducing the dimensionality of the system,
elimination of less important processes that govern or affect the system, or through
the introduction of simplified definitions for the parameters and variables that are
used to describe the system. All of these or a selected subset of these simplifications
are always observed in models built to represent an environmental process or an
environmental system. Before we describe and make use of the models that are
included in this text and also in the ACTS and RISK computational platforms, it is
important that we review the modeling terminology from this perspective since it is
necessary and extremely important for the reader to understand the limitations of
models and modeling procedures in general. Otherwise, models or modeling may
end up becoming a dangerous tool if their output is interpreted as the absolute truth
without regard to the inherent simplifications and limitations they may have, or
used as if they represent the environmental system under all circumstances. As a
rule of thumb, modeling should always be considered to be a cost effective, efficient
but approximate substitute for observing the modeled system behavior in its natural
environment. Since observation of a process cannot always be achieved in a timely
and cost effective manner, the models are here to stay among our scientific arsenal
of tools as an important and alternative method.

The three evaluation tools identified above also differ from one another in the
instruments that they may use to perform the analysis. In this sense, field study tools
and laboratory tools are more closely related. Both of these methods may use elec-
tronic instrumentation to record and measure macro scale or micro scale processes.
To provide a systematic procedure, these instruments may be linked to a computer
or the observations can be done manually. On the other hand, computers are an
essential component of all mathematical modeling studies. The language used in
this analysis is primarily the language of mathematics. The interpretation of
mathematics in the computer is done through coded systems, which nowadays
can take the form of object or class oriented computer programming languages.
As a simple definition one can say that a computer program written in any language
to solve a mathematical problem is an orderly collection of coded instructions to the

as software. The ACTS and RISK computational platforms, in this sense, can be identified as software that can be used in the modeling of multimedia environmental transformation and transport problems and health risk analysis.

Finally, the analysis tools described above should always be used in coordination with one another. Field studies should support the laboratory studies or vice versa and mathematical modeling should support both of these efforts and vice versa. The advantages of any one tool should be exploited to the utmost for the benefit of finding a satisfactory solution to the problem. The outcome of each tool should be checked and verified with the outcome of the other tool. In this sense, these tools should be viewed as complementing, rather than competing scientific methods.

## 2.1  Modeling Principles

Principal steps involved in modeling and the uncertainty and approximations introduced at each step are summarized in Fig. 2.2 in their simplest form. As a preliminary definition, one can say that to model is to abstract from the natural system a description which addresses a question we have posed for the system. All models are developed to answer a specific question about the system outcome. The use of models in a specific application cannot and should not go beyond the question posed during the model development stage. This is an inherent approximation and limitation that is involved in all models. After this stage several other uncertainties are introduced in model coding and analysis. Some of these uncertainties are associated with mathematical representations used in modeling and others are related to the choice of model parameter characterization during implementation. When the model is used in the simulation phase it may produce a significant amount of output. The evaluation of this output is identified as the interpretation stage. Thus the overarching goal of mathematical modeling is first to come up with an abstract representation of an environmental system and to characterize this abstraction in a mathematically consistent manner such that it yields easy to use and understandable representations of the outcome, and second to use the outcome to interpret the behavior of the modeled system within the bounds of the model. Within this sequence, approximations and uncertainties are introduced to the analysis at each stage as shown in Fig. 2.2.

A common aspect of all mathematical models is that there is an input and an output component. Outputs are tied to inputs in some mathematical sense which describes the behavior of the abstracted physical problem. Since all models are approximate representations of a natural system, they are commonly designed to accept only a subset of all possible inputs an environmental system may have. Consequently models can only generate a subset of outputs that is expected from an environmental system. In other words we can never see the complete output or picture of the modeled system. To the extend that the inputs are limited the outputs will be limited as well.

When completed, models are used in simulation. Simulations are done to provide the data necessary in decision making or in evaluating the behavior of

nal platforms, in this sense, can be
deling of multimedia environmental
th risk analysis.

ould always be used in coordination
he laboratory studies or vice versa,
of these efforts and vice versa. The
d to the utmost for the benefit of
he outcome of each tool should be
ther tool. In this sense, these tools
n competing scientific methods.

e uncertainty and approximations
2.2 in their simplest form. As a
del is to abstract from the natural
we have posed for the system. All
on about the system outcome. The
t and should not go beyond the
age. This is an inherent approxi-
els. After this stage several other
d analysis. Some of these uncer-
tations used in modeling
characterization during imple-
ation phase it may produce a
output is identified as the
mathematical modeling is first
environmental system and to
istent manner such that it
the outcome, and second to
system within the bounds
uncertainties are intro-

is an input and an output
sense which describes
models are approximate
to accept only a
Consequently models
onmental system.
modeled system.
well.

are done to
behavior of

the system that is modeled. Decision making is based on simulation results and simulations themselves should not be interpreted as decision making. Human interaction or other heuristic mathematical models are always necessary in decision making which will be based on the outputs obtained from a model. Simulation results generated by models only provide us with the pieces of the puzzle that will help us make the appropriate decision. Evaluating the behavior of the modeled system should also be interpreted the same way. Simulation output only gives us the pieces of the puzzle needed to evaluate the system behavior.

Developing abstracted conceptual systems and a computational code for the conceptual systems is the scientific part of the modeling effort which may introduce scientific uncertainties (Lemons 1996). Simulation can be identified as the labor intensive part. Interpretation of the outcome and decision making can be considered to be the artistic part of the overall modeling effort (Fig. 2.2).

Fallout in modeling is the tendency to model in too much detail rather than modeling a finite manageable abstraction. The key to avoid this pitfall is to model around a question that needs to be answered rather than shooting for a universal representation. A simple model can always be fine tuned (calibrated) to overcome the approximations introduced through simplification. As a rule of thumb the following are key elements of a successful modeling effort:

i. Understand the problem and clearly state the question that needs to be addressed.
ii. Evaluate existing models first, do not re-invent the wheel.
iii. Create a conceptual model that is logical and represents the conceptual model in consistent mathematical terms.
iv. In developing the model involve the user or think like a user.
v. Simplify the conceptual model, its mathematical interpretation and its user interface. This may lead to a trial and error process. Don't be shy of remodeling.
vi. When complete make sure that the model satisfies the objective and mission of the effort (see item 1).
vii. Design the simulations such that they provide answers to the question posed. Do not expect answers beyond the questions posed.
viii. Always remember that the purpose of modeling is the knowledge gained from a model and not the models themselves.

## 2.2 Model Building and Model Types

In model building the starting point should always be the identification of the goals of the modeling study. In this context, the following alternative goals can be cited:

i. The modeling study is going to be a scientific study in which different hypotheses regarding the governing principles of the study will be tested,

dominant processes of the problem will be identified, bounds of the parameter ranges that define these processes will be quantified.

ii. The modeling study will be used to characterize a study area, i.e. to determine the site specific parameters that are associated with the processes included in the model.

iii. The model will be based on well established basic principles and will be used as a predictor either to reconstruct a past event or simulate the future behavior of an environmental process at a site.

iv. The model will be used as an imbedded predictor (slave application) within a master application and will be used repeatedly to supply data to the master application. Simulators used in optimization models or statistical applications (Monte Carlo analysis) fall into this category and may include the goals identified in item 3.

v. The model will be used to support engineered decisions that will be made at a site and the purpose of modeling is the evaluation of the performance of these decisions.

Given the list of goals stated above, we should expect the following characteristics to be the dominant features of the model built. In case 1 the model should be considered to be modular. The construction and solution method of the model should allow for inclusion or exclusion of certain sub-processes to the model with relative ease. Complexity of the model is of no concern in these applications. The purpose is to include all possible and important sub-processes into the model. In case 2 the model will be used in the inverse modeling sense. In these applications, independent parameters of the model are treated as unknowns and dependent variables are treated as known variables and the solution process is based on the intrinsic relation between the independent and dependent variables. These models are not expected to include many independent parameters; otherwise, the solution becomes impossible. These models rely heavily on accurate field data on dependent variables. In case 3 the model will be used as a predictor. In this case the model should include all the dominant sub-processes of the problem studied, independent of the availability of accurate definitions of the parameters that are necessary to define these sub-processes. During simulation these parameters will be varied anyway, and the model output sensitivity with respect to these parameters will be documented. In case 4 the model should yield results efficiently with minimal computation time. For this to happen one may either resort to closed form solutions (analytical) or simplified models that may not include complex sub-processes which may exist in the overall system. In this case, as another simplification alternative, one may choose to represent complex processes in their simplest approximate forms. For example, in contaminant transformation and transport analysis one may either choose not to include chemical reactions, that is only simulate transport of a conservative chemical behavior, or represent this chemical reaction as a first order reaction for a single species application. These are all acceptable simplifications for a class of applications. For case 5 the model will be used to test the "what if" scenarios with respect to an environmental decision that

e identified, bounds of the parame-
ll be quantified.
acterize a study area, i.e. to deter-
are associated with the processes

ished basic principles and will be
a past event or simulate the future
a site.
edictor (slave application) within a
tedly to supply data to the master
ion models or statistical applica-
ategory and may include the goals

ed decisions that will be made at
evaluation of the performance of

d expect the following character-
n. In case 1 the model should be
solution method of the model
processes to the model with
in these applications. The
processes into the model. In
sense. In these applications,
unknowns and dependent
process is based on the
variables. These models
otherwise, the solution
field data on dependent
In this case the model
studied, independent
that are necessary to
ters will be varied
parameters will be
ently with minimal
form solutions
sub-processes
simplification
their simplest
and transport
that is only
this chemical
ese are all
del will be
cision that

will be made at a site. In this sense, the model should definitely include the best and most accurate definition of the sub-process that is being evaluated at the site. Secondary sub-processes that may not influence the main process may be given lesser importance in the construction of the model. In all of these cases the dimensionality of the model is determined based on the available data and the complexity desired by the model builder. Whatever the goal of the modeling study is, one always has to recognize that the tool at hand is an approximate representation of the process that is being modeled.

From the perspective of inclusion of some mathematical reasoning into the analysis of system behavior, as a general rule, the three procedures discussed above are available: (i) physical modeling (laboratory); (ii) empirical modeling (laboratory and field scale); and, (iii) computational modeling. In physical modeling the natural system being modeled is duplicated by a scaled model which is geometrically and dynamically similar to the large scale system. In this case the mathematical processes are used to arrive at similarity laws that are based on the similarity of the force ratios which govern the behavior of the natural system. Observations are conducted on the scaled model and the results are projected to the large scale system, again using the same similarity laws. Mathematical reasoning behind empirical models is based on induction supported by the data collected in field or laboratory studies. In a sense, the empirical approach represents our declaration that the system modeled is very complex, or not fully understood, and that the only alternative left for us is to represent the system by the use of a black box approach. In some cases, the empirical equations that are developed may even end up being dimensionally non-homogeneous, such as the case of the well known Manning's equation in open channel flow analysis. This is a further an indication that the natural process modeled is not well understood. Sometimes modelers get around the issue of dimensional non-homogeneity by attributing dimensions to the proportionality constants that are used in the empirical model. This of course may lead to a dimensionally homogeneous equation but does not resolve the issue of how well we understand the process that is modeled. Some of these models are so well established in the technical literature that we do not question their validity, such as the Manning's equation used in open channel flow analysis, which is sometimes inhibiting. In other cases statistical methods are used to verify the predictions made from these models.

Finally, computational models (mechanistic modeling) are based on deductive reasoning. Derivation of these models is tied to fundamental principles that govern the system. In these models, more often than not, it is impossible to include all sub-processes affecting the behavior of a complex system. Thus, as stated earlier, these models commonly include simplifying assumptions which should be accounted for when they are put to use. In this sense, although these models are generic models, i.e. can be used in any large or small scale modeling study, we use calibration methods to overcome this deficiency and adjust the model response to a site or an application to represent a specific behavior. A classification of mathematical models is given in Fig. 2.3.



Fig. 2.3 Classification of mathematical models

The distinction in this classification is that deterministic models always produce the same output for a given input. On the other hand stochastic, a word of Greek origin which is synonymous with "randomness" and means "pertaining to chance," describes models in which a random set of inputs producing set of outputs that are interpreted statistically. Thus, stochastic is often used as the counterpart of the modeling exercise which is "deterministic," which means that random phenomena are not involved. Continuous models are based on the general mathematical property obeyed by mathematical objects and imply expressions in which all elements of the objects are within a neighborhood of nearby points. The continuity principle applies to dependent as well as independent variables of a mathematical model and implies smoothly varying properties, i.e. at least continuous first derivatives. Their counterpart is discrete models in which mathematical objects are not continuous and abrupt variation of parameters is expected. Static and dynamic refer to the dependence of the model on the independent variable "time". Static models are time independent and dynamic models are time dependent. Mathematical models that satisfy both the principles of additivity and homogeneity are considered to be linear models. These two rules, the additivity and homogeneity – taken together, lead to the possibility of the use of the principle of superposition. Nonlinear models are mathematical systems in which the behavior of the system is not expressible as

TEM

ODELS

STOCHASTIC MODELS

DISCRETE MODELS

DYNAMIC MODELS

NONLINEAR MODELS

models always produce
...stic, a word of Greek
...pertaining to chance,"
...set of outputs that are
...the counterpart of the
...that random phenomena
...mathematical prop-
...which all elements
...continuity principle
...matical model and
...derivatives. Their
...are not continuous
...mic refer to the
...stic models are
...matical models
...sidered to be
...ken together,
...near models
...pressible as

a linear operation of its descriptors. Nonlinear models may exhibit behavior and results which are extremely hard (or impossible) to predict under current knowledge or technology.

Mathematical model building is a complex process. However, a systematic path to successful model building can be defined and this path should be followed to avoid common mistakes that may render the overall effort fruitless. Following the commonly accepted principles, a model building path is given in Fig. 2.4. The modeling framework, as identified in Fig. 2.4, includes standard checks and balances that should be used in model building, no matter what the purpose of the model may be. Remodeling is always an integral path of this process to improve on what is being built.

## 2.3 Model Calibration, Validation, Verification and Sensitivity Analysis

Since all models are simplifications of a complex system they need to be calibrated and verified before they are used in simulation. Validation and sensitivity analysis of models is also another concept that needs to be addressed and clarified. The literature on the definition and use of these concepts is abundant and sometimes confusing. Most of the confusion is associated with the concept of validation of models (Gentil and Blake 1981; Tsang 1991; Mayer and Butler 1993; Power 1993; Oreskes et al. 1994a, b; Rykiel 1996). For example validation is sometimes considered essential (Power 1993) and sometimes validation of models is considered impossible (Starfield and Bleloch 1986; Oreskes et al. 1994a, b), and some technicians of this field indicate that models can only be invalidated (Holling 1978; McCarl 1984). Due to this confusion and conflicting definitions it is appropriate to review the meaning of these terms as well as the interpretation of the very important terms "calibration" and "sensitivity analysis" from a mathematical modeling perspective.

**Model Calibration:** Models include parameters and constants that need to be associated with values. These parameters are used as input to the mathematical models to produce numerical output. Ideally, these parameters should have a good definition and a physical basis for the environmental system studied. Usually these parameters either are calculated using the mathematical representation of this physical basis, or they are measured in field or laboratory studies. More often than not, however, the values of these parameters are unknown or only known approximately. Thus a range of these parameters can be input to a model to yield the best outcome when compared to an observation made in a field or laboratory study. Thus, appropriate values of the parameters are needed in the model to achieve the appropriate output that is observed at a site. Calibration of a model can then be identified as the stage where we adjust the parameters of the mathematical model such that the model agreement is maximized with respect to the observation data we have on the modeled system. In this sense, model calibration is fine tuning the



Fig. 2.4 Model building framework

model to a set of data on the natural system. Calibration of a model can be done manually, i.e. by trial and error adjustment of model parameters or it can be automated using stochastic procedures. Success in calibration, or lack of it, may yield information on how reasonable the modeler was in conceptualizing the natural system and mathematical representation of the conceptualized system. If a model fails to calibrate, it may mean that the conceptualization and mathematical representation stages need to be revisited. This also emphasizes the importance of remodeling in model development (Fig. 2.4). Calibration should not be interpreted as an inverse modeling technique which is used in parameter identification problems. Calibration procedure basically readies a model for its further use in simulation.

**Model Verification:** The confusion pointed out earlier may originate from the way we use the words 'verify' and 'validate'. In ordinary language, they are synonymous. From the perspective of modeling terminology these two words are used to describe two distinct concepts. Verification is a demonstration that the modeling formalism is correct. There are two types of verification avenues in modeling: (i) mechanical; and, (ii) logical. The former is associated with the debugging process of a computer program and in mathematical models, which shows that the mathematics and their numeric calculations are mechanically correct. A more important and difficult verification issue is the latter: showing that the program logic is correct. Some logical errors in a model may only appear under special circumstances that may not routinely occur in an application. Thus, these errors may not be recognized in routine applications of the model. Verification is thus a technical matter that identifies how faithfully and accurately ideas are translated into a computer code or mathematical formalisms (Law and Kelton 1991). In the case of large (complex) models, it is extremely difficult to verify that the model is entirely accurate and error free under all circumstances. Models are thus generally verified for the normal circumstances in which they are expected to be applied, and such verification is presumed inapplicable if the model is run outside this range. It is important to distinguish verification logic which relates to program operation from conceptual model logic which refers to the ecological logic used in structuring the model. Verification of models is needed in both aspects.

In summary, verification of a model is the stage at which we quantify the predictive capability of a mathematical model. This may be accomplished through a comparison of the output obtained from a model, which is based on input data, or with a set of observation data we have on a natural system which is based on the same input data. It is important to note that the observation data used in the calibration stage should be distinctly different from the data set used in the verification stage. That is, the data used for verification should be such that the calibration parameters should be fully independent of the verification data. The verified model can then be used for forecasting.

**Model Validation:** The absolute validity of a model can never be determined (NRC 1990). This statement is a strong reference to the impossibility of validation of a model. This reference to the impossibility of validation of models is somewhat

CONSTRUCT THE NUMERICAL, ANALYTICAL OR STATISTICAL SOLUTION

DEVELOP THE COMPUTATIONAL CODE AND THE APPLICATION PLATFORM

MODEL CALIBRATION AND SENSITIVITY ANALYSIS

USE MODEL IN SIMULATION

Case 7:23-cv-00897-RJ    Document 396-1    Filed 06/04/25    Page 18 of 33

relaxed in a statement in which Hoover and Perry state that: "The computer model is verified by showing that the computer program is a correct implementation of the logic of the model. Verifying the computer program is quite different from showing that the computer model is a valid representation of the real system and that verified model does not guarantee a valid model" (Hoover and Perry 1989), which implies that "validity" of a model is a possibility. To clear this confusion we need to expand on these definitions.

The term model uncertainty which is linked to model validation is used to represent lack of confidence that the mathematical model is a "correct" formulation of the problem solved. Model uncertainty exists if the model produces an incorrect result even if we input the exact values for all of the model parameters. The best method for assessing model uncertainties is through model validation (Hoffman and Hammonds 1994), a process in which the model predictions are compared to numerous independent data sets obtained. Thus, as is the case with verification, validation is better understood as a process that results in an explicit statement about the behavior of a model. A common definition of validation can be the demonstration that a model, within its domain of applicability, possesses satisfactory accuracy consistent with the intended application of the model (Sargent 1984; Curry et al. 1989). This demonstration indicates that the model is acceptable for use. But that does not imply that it represents the absolute truth for the system modeled, nor even that it is the best model available. For operational validation, this demonstration involves a comparison of simulated data with data obtained by observation and measurement of the real system. Such a test cannot demonstrate the logical validity of the model's scientific content (Oreskes et al. 1994b). Validation only demonstrates that a model meets some specified performance standard under specified conditions. It is often overlooked that the "specified conditions" include all implicit and explicit assumptions about the real system the model represents as well as the environmental context it covers. That is, that a model is declared validated only within a specific context, is an integral part of the certification. If the context changes, the model must be re-validated; however, that does not invalidate the model for the context in which it was originally validated (Rykiel 1996). Validation is a "yes" or "no" proposition in the sense that a model does or does not meet the specified validation criteria. These criteria may include requirements for statistical properties (goodness-of-fit) of the data generated by the model, and thus are not necessarily deterministic. Ambiguous situations may develop when the model meets some but not all of the criteria. The criteria may need to be prioritized, and the model may be validated with respect to these priorities. Because modeling is an iterative process, validation criteria may evolve along with the model. This is more typically the case with scientific research models than with engineering models. From a technical perspective, a valid model is the one whose scientific or conceptual content is acceptable for its purpose.

**Sensitivity Analysis:** Sensitivity analysis, on the other hand, can be considered to be a component of simulation through which the modeler evaluates the response of the model to changes in input parameters or boundary conditions of the model.

t: "The computer model
ct implementation of the
: different from showing
l system and that verified
ry 1989), which implies
usion we need to expand

el validation is used to
s a "correct" formulation
lel produces an incorrect
lel parameters. The best
lel validation (Hoffman
lictions are compared to
e case with verification,
in an explicit statement
f validation can be the
ility, possesses satisfac-
he model (Sargent 1984;
model is acceptable for
ute truth for the system
erational validation, this
with data obtained by
test cannot demonstrate
:es et al. 1994b). Valida-
d performance standard
e "specified conditions"
real system the model
That is, that a model is
gral part of the certifica-
l; however, that does not
inally validated (Rykiel
use that a model does or
ria may include require-
ienerated by the model,
ions may develop when
riteria may need to be
hese priorities. Because
rvolve along with the
arch models than with
lel is the one whose

d can be considered
uates the response
ions of the model.

Sensitivity of model response to the input data and parameters of the model and
the model output obtained is critical and must be quantified both during calibration
and verification stages. Through this process, discrepancies between the model
output and observation must be minimized to the extent that is possible by identify-
ing and minimizing sources of error. These error sources include measurement
errors, conceptual error in model development and approximation errors that may
exist in mathematical representations. The goal of sensitivity analysis is to estimate
the rate of change in the output of a model with respect to changes in model inputs
or parameters. This knowledge is important for:

i. Evaluating the applicability range of the model developed;
ii. Determining parameters for which it is important to have more accurate
   values; and,
iii. Understanding the behavior of the system being modeled at critical points of
   solution – possibly at singular points.

The choice of the method of sensitivity analysis depends on:

i. The sensitivity measure employed;
ii. The desired accuracy in the estimates of the sensitivity measure; and
iii. The computational cost involved in calculating the error.

Consider a contaminant transport model in which several parameters $P_i$ charac-
terize the contaminant concentration $C$ as a continuous function in a linear mathe-
matical function, $C = f(P_1, P_2, P_3, ..., P_n)$ from which some reference value of $C$
can be calculated, $C_o = f(P_1^o, P_2^o, P_3^o, ..., P_n^o)$. For this case some of the more
common sensitivity measures $S_{ij}$, which can be used, are:

Local gradient measure: $\qquad S_{ij} = \dfrac{\partial C_i}{\partial P_j^i}$

Normalized gradient measure: $\qquad S_{ij} = \dfrac{\partial C_i}{\partial P_j^i} \dfrac{P_j^i}{C_i}$

Normalized variance measure: $\qquad S_{ij} = \dfrac{\partial C_i}{\partial P_j^i} \dfrac{std\{P_j\}}{std\{C_i\}}$

Expected value measure: $\qquad S_{ij} = C_i[\mathrm{E}(P_i)]$ $\qquad\qquad$ (2.1)

Extreme value measure: $\qquad S_{ij} = \left\{ \max C_i\left(P_j^i\right), \min C_i\left(P_j^i\right) \right\}$

Normalized response measure: $\qquad S_{ij} = \left(C_o - C_i\left(P_j^i\right)\right) \Big/ C_i(P)$

Average response measure: $\qquad S_{ij} = \sum_j C_i\left(P_j^i\right) \Big/ \sum_j P_j^i$

where $\mathrm{E}$ is the expected value measure and the expected value of $P_i$ is the mean
value of parameters $P_i$.

Based on the choice of the sensitivity measure and the variation in the mo
parameters, methods of sensitivity analysis can be broadly classified into one of
following categories:

i. Variation in parameters or model formulation: In this approach, the mode
run for a set of sample points (different combinations of parameters
concern) or with straightforward changes in model structure (e.g.,
model resolution). Sensitivity measures that are appropriate for this type
analysis include the response from arbitrary parameter variation, normaliz
response and extreme value measure. Of these measures, the extreme valu
are often of critical importance in environmental applications.

ii. Sensitivity analysis over the solution domain: In this case the sensitivi
involves the study of the system behavior over the entire range of paramet
variation, often taking the uncertainty in the parameter estimates into accour

iii. Local sensitivity analysis: In this case the model sensitivity to input ar
parameter variation in the vicinity of a sample point(s) is evaluated. Th
sensitivity is often characterized through gradient measures.

The discussion of the terms calibration, verification, validation and sensitivit
analysis given above outlines the basic principles involved in any modeling an
model development effort. There are numerous models that are available in th
scientific literature which may be used to analyze a multitude of physical processes
These models are sometimes identified as off-the-shelf models from which the user
may download a code and implement it in a specific application that is of interest tc
the user. Here, it is important to note that the user must be fully aware of the
limitations and the application range of the model used for the intended purpose. Ir
certain cases some of these models have become so common in the literature that
we no longer truly check the application rage of the model downloaded and we do
not verify if the model truly fits the physical problem being modeled. In certain
cases there are model applications in which the physical system modeled is
restricted just to fit the system into a readily available off-the-shelf model. This
practice can be characterized as fitting a physical system to a model rather than
fitting a model to a physical system. This approach in modeling should be avoided
at all times, at all cost. One should never try to define a physical system based on the
limitations of the model that may be readily available. One should always remem-
ber the hierarchical steps involved in modeling. The description of the physical
system always comes first, while the development of the model to describe the
system follows behind.

## 2.4 Model Scales, Error and Uncertainty

The term "scale" refers to the characteristic spatial or temporal dimensions at which
entities, patterns, and processes can be observed and characterized to capture
the important features of an environmental process. Borrowing from cartography

Case 7:23-cv-00897-RJ      Document 396-1      Filed 06/04/25      Page 21 of 33

and the variation in the model
broadly classified into one of the

: In this approach, the model is
combinations of parameters of
in model structure (e.g., in
are appropriate for this type of
arameter variation, normalized
e measures, the extreme values
tal applications.

: In this case the sensitivity
r the entire range of parameter
arameter estimates into account.
odel sensitivity to input and
le point(s) is evaluated. This
ent measures.

on, validation and sensitivity
volved in any modeling and
els that are available in the
tude of physical processes.
dels from which the users
ation that is of interest to
ust be fully aware of the
the intended purpose. In
on in the literature that
downloaded and we do
being modeled. In certain
system modeled is
-the-shelf model. This
a model rather than
should be avoided
system based on the
d always remem-
of the physical
to describe the

ons at which
to capture
artography

concepts, as environmental modelers we define scale as having two components: grain and extent. The former corresponds to the smallest spatial and temporal sampling units used to gather a series of observations or perform a computation. Extent is the total area or time frame over which observations or computations related to a particular grain are made (O'Neill and King 1998). For example, this may be defined for an observation of a hydrologic process, or it may be defined for a modeled environment (Klemes 1983; Bloschl and Sivapalan 1995; Singh 1995). All environmental processes, large-scale or small-scale, have their own characteristic scales of reference, which are necessary to capture details of the processes modeled or observed. Independent of the size of the model used, all environmental models, as covered in this book, are based on some mathematical representation of a physical process which is scale dependent (Gupta et al. 1986). When analysts use large-scale models to predict small-scale events, or when small-scale models are used to predict large-scale events, problems may arise (Fig. 2.1).

From groundwater flow and contaminant transport models to flow and transport in river channel networks to overland flow in a watershed or air shed models, the environmental processes occur over a wide range of scales and may span about ten orders of magnitude in space and time. When we attempt to model an integrated system the first question one should ask is: "if it is necessary to link all components of the environmental cycle into one system model?" The answer to that question should not be based on whether these components are separable or not. In a global sense they are not. However, the answer to that question should be based on whether one wants to separate them or not depending on the goals of the project and the importance of the contribution of the sub-processes to the understanding and evaluation of that goal. For example, if one is not interested in observing or reflecting the effect of one subcomponent on the other, then one can easily isolate an environmental process and analyze that subcomponent alone. For example, there are numerous groundwater flow and contaminant transport models which are extensively used in the literature just to study groundwater systems (McDonald and Harbaugh 1988; Aral 1990a, b). In their analysis, groundwater would receive input from surface water, but the reverse influence cannot be considered. On the other hand, if the simulation of multipathway interaction of an environmental process is the goal, than an integrated systems modeling approach is a must, and therein one encounters the difficulties of integration over scales (Gunduz and Aral 2005).

The transfer of data or information across scales, or linking sub-process models through a unified scale, is referred to in the literature as "scaling." Up-scaling consists of taking information from smaller scales to derive processes at larger scales, while downscaling consists of decomposing information at one scale into its constituents at smaller scales (Jarvis 1995). In the context of absolute space and time, scaling primarily involves a change in the geometric and temporal structure of the data and their corresponding attributes. In using the term "absolute scale" here we are referring to the definitions used in an Eulerian coordinate system in which distances between points in time and space are well defined geometric and differential entities. Thus, linking sub-process parameters within the well defined rules can be considered to be objective and to be independent of one's viewpoint or

frame of reference in solving a problem. From a relative perspective, scaling becomes a more complex task than it would be in an absolute framework. In a relative scale framework one focuses on the sub-environmental processes and defines space and time as a measure of the relationship between these sub-processes. In a way one can interpret this definition as a Lagrangian frame of reference.

The relative scales concept represents the transcending concepts that link processes at different levels of space and time. It entails a change in scale that identifies major factors operational on a given scale of observation, their congruency with those on lower and higher scales, and the constraints and feedbacks on those factors (Caldwell et al. 1993). With this definition, one can observe that two processes that occur in close proximity by the definition of an absolute scale may be very distant from one another in terms of a relative scale sense. An example could be the case of the two hydrologic processes, overland flow and saturated groundwater flow, that normally are separated by an unsaturated zone. These two hydrologic processes could be close to each other in an absolute sense, but in terms of their interaction with one another, they could be very distant in a relative space and time frame of reference, due to limiting transfer rates that may exist in the unsaturated zone. In such cases, when scaling is considered the relative frame of reference should take precedence.

As expressed by Jarvis (1995), what makes scaling a real challenge is the non-linearity between processes and variables scaled, and the heterogeneity in the properties that determine the rates of processes in a relative frame of reference. Therefore, it is important to realize that scaling requires an understanding of the complex hierarchical organization of the geographic and temporal worlds in which different patterns and processes are linked to specific scales of observation, and in which transitions across scales are based on geographically and temporally meaningful rules (Marceau 1999).

Scaling and its effects on environmental modeling are commonly linked to the heterogeneity of the system modeled. However, this link should also include the refinement necessary to resolve the mathematical nonlinearities incorporated into an environmental process. Scale differences necessary to resolve nonlinearities, such as the nonlinearities introduced by the dependence of the higher order chemical reaction terms on rate constants as opposed to the easily solved differential equation that accompanies the first order reaction rates can be given as an example. Thus nonlinearity and heterogeneity are the two important factors that need to be considered in scaling. The greater the degree of heterogeneity and nonlinearity, the smaller the scale one would have to use to represent such variability or resolve such nonlinearity.

The other component of scaling effect arises in the interpretation of field data. Integrated environmental models use a variety of parameters to represent the characteristics of an application domain. However, data on large scale domain parameters are often limited. The task is then to transform this spatially limited data to a scale which can be used as an input in large scale applications. The question to answer here is what scale one should use to represent this data without losing accuracy during the extrapolation process. As the spatial scale of the model increases from a small area to a large area, the extrapolation of limited spatial data

... a relative perspective, scaling
... in an absolute framework. In a
... environmental processes and
...ship between these sub-processes.
...angian frame of reference.

...cending concepts that link pro-
... a change in scale that identifies
...vation, their congruency with
... and feedbacks on those factors
... observe that two processes that
...olute scale may be very distant
... example could be the case of
...aturated groundwater flow, that
...e two hydrologic processes
... in terms of their interaction
...ive space and time frame of
... in the unsaturated zone. In
...me of reference should take

... real challenge is the non-
... the heterogeneity in the
...ative frame of reference.
... an understanding of the
...mporal worlds in which
... observation, and in
... and temporally mean-

...monly linked to the
...ould also include the
...incorporated into an
...nlinearities, such as
...rder chemical reac-
...ntial equation that
...ple. Thus nonline-
... be considered in
... the smaller the
...uch nonlinearity.
...on of field data.
... represent the
...scale domain
...atially limited
...lications. The
...data without
...of the model
...spatial data

to a large scale system would introduce errors in the analysis from the start, which should be avoided.

An optimum scale of an integrated model should then reflect the "functional scale" (Aral and Gunduz 2003), that provides a compromise between the resolution of nonlinearities of the mathematical model, availability and extrapolation of data and the heterogeneity of the system. Thus, in environmental modeling, in order to resolve scale and scaling problems, one should first attempt to answer the following fundamental questions:

  i. What is the appropriate scale of study for a particular hydrologic sub-process in the study?
 ii. How close these sub-processes are in a relative frame of reference?
iii. How can one accurately transfer the necessary information from one process scale to another for closure?

When answering these questions we end up with a so called compromised scale which we identify as the functional scale (Aral and Gunduz 2003).

Scales of Sub-processes: Different scales of space and time govern the flow and transport phenomena in the environmental cycle. For an integrated environmental model these scales vary by several orders of magnitude in terms of the idealization of the solution domain, the computational step size and the simulation extent that is necessary to capture the important aspects of the process modeled as well as the proper scales that are necessary to interpret the input data.

One important aspect of integrating various sub-processes is the selection of the method applied to solve the equations that define the system. In this regard, coupling via iterative solution and coupling via simultaneous solution are the most advanced levels of solving the sub-processes in an integrated fashion. In iterative solutions, each sub-process model is solved separately and integrated sequentially by using the contributions from the other sub-processes. When each sub-model is solved, the common parameters linking these systems are checked for convergence (i.e., deviation from the previous solution). If the solutions of these common parameters are not sufficiently close, the solution procedure is repeated until the differences between subsequent solutions are below a pre-determined convergence criteria. This iterative coupling approach is slow, especially when more than two sub-processes are linked together. On the other hand this approach would be less restrictive from the perspective of scaling concerns since each sub-process can be analyzed within its own scale.

In the simultaneous solution approach, all sub-process models are solved together using a common idealization scale and a common time step. In this approach all sub-model solution matrices are grouped in a single matrix structure and solved at once. Hence, this method requires the use of the smallest idealizations and smallest time step of all sub-models, which may be impractical for the coupling processes requiring idealization and time steps from the two extremes. For example linking the two processes such as saturated groundwater flow and transport and the unsaturated groundwater flow and transport falls into category. Attempting to solve such a system simultaneously results in small idealization scales and time steps and

creates incompatibility between systems. For example, unsaturated flow requires small time steps in the order of seconds to describe the vertical movement of moisture in the unsaturated domain whereas the groundwater flow can be run with time steps in the order of days. If a simultaneous solution technique is used to couple these two systems, then the entire system would need to be run with the time step of the unsaturated zone. This condition is computationally costly and inefficient for the groundwater flow and contaminant transport simulations. On the other hand, this approach is more accurate than the iterative method since it does not involve improvement of the solution by iterating on the common parameters of the two sub-models (Gunduz and Aral 2003a, b, c, d). Thus the wide array of time scales required to simulate efficiently the flow and transport processes in the environment is the most important problem of environmental modeling. The incompatibility of the sub-process time scales makes the overall coupling of the system difficult and sometimes impractical.

Suggested Solutions to Scaling Problems in Integrated Environmental Modeling: In large scale environmental modeling, the scale issues and up-scaling or down-scaling difficulties outlined above must be resolved if we are to develop an integrated representation of these processes. Technicians in the field of modeling believe that these problems can be resolved through some compromises. In order to develop an order of importance list of compromises that can be considered, the modeler has to introduce concepts such as:

   i. Order of importance;
  ii. Domain of importance;
 iii. Functional scales; and,
 iv. Hybrid modeling concepts.

In an integrated modeling effort, the order of importance ranking of different sub-processes can be achieved by the analysis of the data associated with the environment under study. For example in an environment where the groundwater table is high and the unsaturated flow zone thickness is very small, it may not be a significant loss of accuracy if the unsaturated zone is not modeled as a distributed model but instead is represented in terms of lump parameter models. Similar order of importance analysis evaluation can be made for overland flow as well as for the contaminant transport modeling. In arid regions or for rainfall events which are not significant, the contribution of this component may also be represented in terms of lumped parameter models rather than distributed parameter models. However, in all cases the groundwater flow zone and the river channel flow zone will play an important role in the overall watershed hydrology and should be included in the analysis in terms of distributed models for improved accuracy of representation of these sub-processes in the integrated environmental model.

The domain of importance concept arises from the analysis of the type of the problem solved. For example, if the concern is the transport of a certain contaminant source in the watershed, and if this source is not located in the unsaturated zone, then modeling the hydrologic processes in the unsaturated zone in detail with the use of distributed models may not be necessary. Similarly, if it is known that the

flux of water between the unsaturated and the saturated zones is negligible, there is no need to complicate the analysis by including the unsaturated zone. On the contrary, there may not be any need to model the saturated groundwater flow when the top few meters of the soil column are of concern to the modeler and the groundwater table is at a much deeper elevation. Such simplifying judgments are a direct consequence of the available data for the domain modeled and are essential components of engineering evaluations to be made in a modeling study.

The functional scales concept is associated with the limitations of the integrated domain scales. If all sub-processes are important in an integrated environmental modeling effort and the use of distributed models is the goal, then one has to analyze the final time and space scales that are necessary to combine these models in an integrated system. At that point one may clearly see that this is not possible given the computational difficulties or long computation times required to solve the system. In such cases a compromise, as described earlier, is again the only solution.

Data availability is another limiting aspect of the integrated large scale environmental modeling studies. More often than not, field data is not available to justify the use of a distributed model at a large scale. This may be observed at a sub-process scale, in which case there is no reason to force a distributed model application for that sub-process as well. Otherwise, unforeseen errors will be introduced to the modeling effort. The availability of the alternative models, which range from simplified to more detailed system representations, or from small scale to large scale models, aids in evaluating the applicability of the low resolution models. If the results of the low resolution models (either in detail or in scale complexity) agree closely with those of the high resolution models, then the low resolution models are preferable, since they typically require lower computational resources and lesser input data.

Given the limitations on computational resources, computational methods and data limitations, the outcome of the integrated modeling compromises, as discussed above, is clearly to direct the modeler towards the use of hybrid models in integrated environmental modeling. In these models, lumped parameter models are used along with distributed parameter models to develop an integrated system.

Uncertainty and Error: The discussion above leads to uncertainty and error associated with environmental models and modeling (Figs. 2.2 and 2.5). Uncertainty in transformation and transport models arises in the following two stages of modeling: (i) model conceptualization or model building; and, (ii) model application. As mentioned above, model building uncertainty arises under several conditions, including the following:

   i. When alternative sets of scientific or technical assumptions for developing a model exist (model structure);

   ii. When models are simplified for purposes of tractability (model detail – inclusion or exclusion of sub-processes); and,




Fig. 2.5 Uncertainty sources in modeling

   iii. When a coarse discretization and of data is used to reduce the computation
       demands of the model (model resolution – scale issues and statistical
       uncertainty).

    The uncertainties and errors in simulation may arise from uncertainty in model
inputs or parameters (i.e., parametric or data uncertainty). When a model applica-
tion involves both model and data uncertainties, it is important to identify the
relative magnitudes of the uncertainties associated with data and model formula-
tion. Such a comparison is useful for focusing resources where they are most
appropriate (e.g., data gaps versus model refinement).
    Uncertainties in model parameter estimates may stem from a variety of sources.
Even though many parameters could be measured or calculated up to some degree
of precision, there are often significant uncertainties associated with their estimates.
Some uncertainties and errors can be identified as:

    i. Random errors in analytic devices used in field and laboratory measurements;
   ii. Systematic biases that occur due to imprecise calibration;
  iii. Extrapolation of data from one scale to another; and,
  iv. Inaccuracy in the assumptions used to infer the actual quantity of interest
      from observations of a "surrogate" parameter or estimation of parameters
      based on mildly representative samples.

    Uncertainty analysis should not be confused with sensitivity analysis. In uncer-
tainty analysis one attempts to describe the entire set of possible outcomes of a
model together with their associated probabilities of occurrence. In sensitivity
analysis one determines the relative change in model output given changes in
model input values.
    Model errors can be evaluated by analyzing the variation in dependent variables
in the model based on the variation of the independent variables of the model, i.e.
the parameters of the model. Taylor series analysis is commonly used in this
analysis. Since Taylor series will be used in several different contexts in this
book it is appropriate to introduce a review of this topic.
    A Taylor series is the sum of functions composed of continually increasing
derivatives. For a dependent variable such as contaminant concentration $C(P)$,

Case 7:23-cv-00897-RJ        Document 396-1        Filed 06/04/25        Page 27 of 33

Principles of Environmental Modeling



Model Structure Uncertainty

Model Scale Uncertainty

...ned to reduce the computation
... scale issues and statistical

...se from uncertainty in model
...y). When a model applica-
... important to identify the
... data and model formula-
...es where they are most

... from a variety of sources.
...ulated up to some degree
...ated with their estimates.

...boratory measurements;
...ation;

...al quantity of interest
...mation of parameters

...analysis. In uncer-
...able outcomes of a
...nce. In sensitivity
...iven changes in

...pendent variables
...f the model, i.e.
...y used in this
...ontexts in this

...ly increasing
...ration $C(P)$,

which depends on only one independent parameter $P$, the value of the function $C(P)$ at points near $P_o$ can be approximated by the following Taylor series,

$$C(P_o + \Delta P) = C(P_o) + \frac{\Delta P}{1!}\left(\frac{dC}{dP}\right)\Big|_{P_o} + \frac{(\Delta P)^2}{2!}\left(\frac{d^2C}{dP^2}\right)\Big|_{P_o} + \frac{(\Delta P)^3}{3!}\left(\frac{d^3C}{dP^3}\right)\Big|_{P_o}$$
$$+ \cdots + \frac{(\Delta P)^n}{n!}\left(\frac{d^nC}{dP^n}\right)\Big|_{P_o} + R_{n+1}$$

(2.2)

in which $P_o$ is some reference value of the parameter P, $\Delta P$ is the increment in the parameter P and $(P_o + \Delta P)$ identifies the point where the concentration $C$ is to be evaluated $C(P_o + \Delta P)$ and $R_{n+1}$ represents the remainder terms of a Taylor series expansion. In Eq. (2.2) the derivatives of $C(P)$ are evaluated at $P_o$. Using the definition above a first order approximation can be defined by keeping the terms of the Taylor series up to and including the first derivative as follows,

$$C(P_o + \Delta P) \approx C(P_o) + \Delta P\left(\frac{dC}{dP}\right)\Big|_{P_o}$$

(2.3)

Similarly, the second and third order approximations to Taylor series are given by

$$C(P_o + \Delta P) \approx C(P_o) + \Delta P\left(\frac{dC}{dP}\right)\Big|_{P_o} + \frac{(\Delta P)^2}{2!}\left(\frac{d^2C}{dP^2}\right)\Big|_{P_o}$$

(2.4)

and

$$C(P_o + \Delta P) \approx C(P_o) + \Delta P\left(\frac{dC}{dP}\right)\Big|_{P_o} + \frac{(\Delta P)^2}{2!}\left(\frac{d^2C}{dP^2}\right)\Big|_{P_o}$$
$$+ \frac{(\Delta P)^3}{3!}\left(\frac{d^3C}{dP^3}\right)\Big|_{P_o}$$

(2.5)

respectively. The accuracy of a Taylor series approximation improves as the order of the Taylor series increases as shown in Eqs. (2.3) through (2.5). In these equations an approximate relationship is implied since the remainder terms of the Taylor series are omitted. Referring back to Eq. (2.3), we can associate the point $P_o$ with the mean value of the parameter distribution $P$. Accordingly, the Eq. (2.3) will represent the value of $C$(a space is needed here such as) C around the mean value of $P$. We can now write an equation for the variance of the concentration $C$, using the definition of variance of $C(P)$ about the mean $P_o$, $S^2(C(P_o))$.

$$S^2(C(P)) = S^2(P)\left(\frac{dC}{dP}\right)^2\Big|_{P_o}$$

(2.6)

where $S(P)$ is the sample standard deviation, and $S^2(P)$ is the sample variance around the mean $P_o$. Eq. (2.6) implies that the variance in the dependent variable (uncertainty) is a function of the variance (uncertainty) in the parameter $P$, the sensitivity of the dependent variable to the changes in the parameter $P$ around its mean, $\left(\frac{\partial C}{\partial P}\right)^2\big|_{P_o}$ and the variance in the parameters $S^2(P)$.

For a multivariate relationship, $C(P^i)$, $i = 1, 2, 3, ..., n$ the first order Taylor series expansion, Eq. (2.3), can be written as,

$$C(P_o^1 + \Delta P^1, P_o^2 + \Delta P^2, P_o^3 + \Delta P^3, ..., P_o^n + \Delta P^n)$$
$$\approx C(P_o^1, P_o^2, P_o^3, ..., P_o^n) + \sum_{i=1}^{n} \Delta P^i \left(\frac{\partial C}{\partial P^i}\right)\bigg|_{P_o^i} \quad (2.7)$$

which yields the variance relation,

$$S^2(C(P_o^1, ..., P_o^n)) \approx \sum_{i=1}^{n} S^2(P_o^i)\left(\frac{\partial C}{\partial P_o^i}\right)^2$$
$$+ 2\sum_{j=1}^{n-1}\sum_{i=j+1}^{n}\left(\frac{\partial C}{\partial P_o^i}\right)\left(\frac{\partial C}{\partial P_o^j}\right)S(P_o^i)S(P_o^j)\Phi(P_o^i, P_o^j) \quad (2.8)$$

where $P_o^i$ is the mean of the $i$th parameter, $S(P_o^i)$ and $S^2(P_o^i)$ are the standard deviation and the variance of the $i$th parameter around its mean respectively, $S^2(C(P_o^i))$ is the variance of $C(P^i)$ around the means $P_o^i$, $\Phi(P_o^i, P_o^j)$ is the correlation coefficient in a linear least squares regression between the parameters $P^i$ and $P^j$ (Crow et al. 1960; Reckhow and Chapra 1983; Bogen and Spear 1987; Ayyub and McCuen 1997; Conover 1999).

Monte Carlo analysis is another method used to evaluate parameter sensitivity to solution. Since this approach is used extensively in the ACTS and RISK software we will review this topic in more detail in Chapter 7.

## 2.5 Methods of Solution

Some mathematical models are relatively simple and their solution can be achieved using analytical methods, sometimes referred to as a closed form solution. Numerical calculation based on an analytical solution can be exact or approximate. Its accuracy depends on the complexity of the analytical solution. More complex models may require numerical solution which are all inherently approximate solutions to the problem. Both solutions will require computer based calculations to relate the model inputs to model outputs.

As indicated above statistical models and statistical calculations are also a necessary component of a modeling exercise. If not explicitly used in the modeling

nciples of Environmental Modeling

$S^2(P)$ is the sample variance
nce in the dependent variable
inty) in the parameter $P$, around its
in the parameter $P$ around its
$(P)$.

3, ..., $n$ the first order Taylor

.., $P_o^n + \Delta P^n$)

$\left(\dfrac{\partial C}{\partial P^i}\right)\Big|_{P_o^i}$          (2.7)

$S(P_o^i)S(P_o^i)\Phi(P_o^i, P_o^i)$     (2.8)

and $S^2(P_o^i)$ are the standard
ound its mean respectively,
$P_o$, $\Phi(P_o^i, P_o^i)$ is the correla-
een the parameters $P^i$ and $P^j$
and Spear 1987; Ayyub and

parameter sensitivity to
ACTS and RISK software

on can be achieved
solution. Numeri-
approximate. Its
More complex
proximate solu-
calculations to

ons are also a
n the modeling

itself, statistical methods will become an important component in the sensitivity, calibration and verification phases of the modeling exercise.

In the case of the ACTS and RISK software analytical solutions will commonly be employed, since the models included in these software platforms are considered as screening models and in that sense are simpler representations of the modeled system. To perform sensitivity analysis the ACTS and RISK software also includes a Monte Carlo module in all models where the models can be run in a stochastic mode.

## 2.6 Modeling Terminology

The modeling field is quite a diverse field of science. It is important for the professionals working in the environmental health field to familiarize themselves with various concepts and methods employed in this field to be able to understand the outcomes and limitations of environmental modeling and use them in environmental health analysis appropriately. For this purpose a review of the following references are recommended, (Gentil and Blake 1981; USEPA 1984; Starfield and Bleloch 1986; Hoover and Perry 1989; Law and Kelton 1991; Tsang 1991; Mayer and Butler 1993; Oreskes et al. 1994b; Lemons 1996; Schnoor 1996; Abdel-Magid et al. 1997; Saltelli et al. 2000; Anderson and Bates 2001; Nirmalakhandan 2002; Aral and Gunduz 2003). The acronyms used in this field are given in Appendix A of this book. The list of terms and their definitions given in Appendix B are also included in this book to familiarize the reader with the terminology used in the environmental modeling field as a starting point.

## References

Abdel-Magid IS, Mohammed A-WH et al (1997) Modeling methods for environmental engineers. CRC Lewis, Boca Raton, FL

Anderson MG, Bates PD (2001) Model validation: perspectives in hydrological science. Wiley, West Sussex, England

Aral MM (1990a) Groundwater modeling in multilayer aquifers: steady flow. Lewis, Chelsea, MI

Aral MM (1990b) Groundwater modeling in multilayer aquifers: unsteady flow. Lewis, Chelsea, MI

Aral MM, Gunduz O (2003) Scale effects in large scale watershed modeling. In: Singh V, Yadava RN (eds) Advances in hydrology. Proceedings of the international conference on water and environment (WE-2003), Bhopal, India, pp 37–51

Ayyub BM, McCuen RH (1997) Probability, statistics, and reliability for engineers. CRC Press, Boca Raton, FL

Bloschl G, Sivapalan M (1995) Scale issues in hydrological modeling: a review. In: Kalma JD, Sivapalan MC (eds) Scale issues in hydrological modeling. Wiley, Chichester, UK, pp 9–48

Bogen KT, Spear RC (1987) Integrating uncertainty and interindividual variability in environmental risk assessments. Risk Anal 7:427–436

Caldwell MM, Matson PA et al (1993) Prospects for scaling. In: Ehleringer JR, Field CB (ed:
    Scaling physiological processes: leaf to globe. Academic, San Diego, CA, pp 223–230
Conover WJ (1999) Practical nonparametric statistics. Wiley, New York
Crow EL, Davis FA et al (1960) Statistics manual. Dover Publications Inc, New York
Curry GL, Deuermeyer BL et al (1989) Discrete simulation. Holden-Day, Oakland, CA
Gentil S, Blake G (1981) Validation of complex ecosystems models. Ecol Model 14(1–2):21–3I
Gunduz O, Aral MM (2003a) Simultaneous solution of coupled surface water/groundwater flov
    systems. In: Brebbia CA (ed) River basin management II. WIT Press, Southampton, UK
    pp 25–34
Gunduz O, Aral MM (2003b) An integrated model of surface and subsurface flows. In: Brebbia CA
    (ed) Water resources management II. WIT Press, Southampton, UK, pp 367–376
Gunduz O, Aral MM (2003c) A simultaneous solution approach for coupled surface and subsur
    face flow modeling, multimedia environmental simulations laboratory. School of Civil and
    Environmental Engineering, Georgia Institute of Technology, Atlanta, GA, 98 pp
Gunduz O, Aral MM (2003d) Hydrologic modeling of the lower Altamaha River Basin. In: 2003
    Georgia water resources conference, University of Georgia, Athens, GA
Gunduz O, Aral MM (2005) River networks and groundwater flow: a simultaneous solution of
    a coupled system. J Hydrol 301(1–4):216–234
Gupta VK, Rodriguez-Iturbe I et al (1986) Scale problems in hydrology. D. Reidel, Dordrecht,
    The Netherlands
Hoffman FO, Hammonds JS (1994) Propagation of uncertainty in risk assessments: the need to
    distinguish between uncertainty due to lack of knowledge and uncertainty due to variability.
    Risk Anal 14(5):707–712
Holling CS (1978) Adaptive environmental assessment and management. Wiley, New York
Hoover SV, Perry RF (1989) Simulation. Addison–Wesley, Reading, MA
Jarvis PG (1995) Scaling processes and problems. Plant Cell Environ 18:1079–1089
Klemes V (1983) Conceptualization and scale in hydrology. J Hydrol 65:1–23
Law AW, Kelton WD (1991) Simulation modeling and analysis. McGraw-Hill, New York
Lemons J (ed) (1996) Scientific uncertainty and environmental problem solving. Blackwell
    Science, Cambridge, MA
Marceau D (1999) The scale issue in social and natural sciences. Can J Remote Sens
    25(4):347–356
Mayer DG, Butler DG (1993) Statistical validation. Ecol Model 68(1–2):21–32
McCarl BA (1984) An overview: with some emphasis on risk models. Rev Market Agric Econ
    52:153–173
McDonald MG, Harbaugh AW (1988) A modular three-dimensional finite difference groundwater
    flow model. U.S. Geological Survey Techniques of Water Resources Investigations, Book 6,
    Chapter A1, 586 pp
Nirmalakhandan N (2002) Modeling tools for environmental engineers and scientists. CRC, Boca
    Raton, FL
NRC (1990) Groundwater models; scientific and regulatory applications. National Research
    Council, Washington, DC, p 303
O'Neill RV, King AW (1998) Homage to St. Michael: or why are there so many books on scale? In:
    Peterson DL, Parker VT (eds) Ecological scale, theory and applications. Columbia University
    Press, New York, pp 3–15
Oreskes N, Belitz K et al (1994a) The meaning of models – response. Science 264(5157):
    331–341
Oreskes N, Shraderfrechette K et al (1994b) Verification, validation, and confirmation of
    numerical-models in the earth-sciences. Science 263(5147):641–646
Power M (1993) The predictive validation of ecological and environmental-models. Ecol Model
    68(1–2):33–50
Reckhow KH, Chapra SC (1983) Engineering approaches for lake management. Butterworth,
    Boston, MA

ples of Environmental Modeling

In: Ehleringer JR, Field CB (eds)
an Diego, CA, pp 223–230
ew York
ications Inc, New York
olden-Day, Oakland, CA
odels. Ecol Model 14(1–2):21–38
d surface water/groundwater flow
, WIT Press, Southampton, UK,

d subsurface flows. In: Brebbia CA
ton, UK, pp 367–376
h for coupled surface and subsur-
a laboratory. School of Civil and
ry, Atlanta, GA, 98 pp
er Altamaha River Basin. In: 2003
Athens, GA
flow: a simultaneous solution of

hydrology. D. Reidel, Dordrecht,

ty in risk assessments: the need to
nd uncertainty due to variability.

agement. Wiley, New York
ding, MA
nviron 18:1079–1089
ydrol 65:1–23
McGraw-Hill, New York
mal problem solving. Blackwell

sciences. Can J Remote Sens

6(1–2):21–32
odels. Rev Market Agric Econ

finite difference groundwater
urces Investigations, Book 6,

s and scientists. CRC, Boca

ions. National Research

many books on scale? In:
s, Columbia University

. Science 264(5157):

and confirmation of

models. Ecol Model

ment. Butterworth,

References

Rykiel EJ (1996) Testing ecological models: the meaning of validation. Ecol Model 90(3): 229–244
Saltelli A, Chan K et al (2000) Sensitivity analysis. Wiley, West Sussex, England
Sargent RG (1984) A tutorial on verification and validation of simulation models. In: Proceedings of the 1984 Winter Simulation Conference. IEEE 84CH2098-2, Dallas, TX
Schnoor JL (1996) Environmental modeling: fate and transport of pollutants in water, air, and soil. Wiley, New York
Singh VP (1995) Watershed modeling. In: Singh VP (ed) Computer models of watershed hydrology. Water Resources Publications, Highlands Ranch, CO, pp 1–22
Starfield AM, Bleloch AL (1986) Building models for conservation and wildlife management. Macmillan, New York
Tsang CF (1991) The modeling process and model validation. Ground Water 29(6):825–831
USEPA (1984) Evaluation and selection of models for estimating air emissions from hazardous waste treatment, storage and disposal facilities. Office of Air Quality Planning and Standards, Research Triangle Park, NC