IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:23-CV-897

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CAMP LEJEUNE WATER LITIGATION | ) |
| | ) |
| This Pleading Relates to: | ) |
| | ) |
| ALL CASES. | ) |
| | ) |
| | ) |

# TABLE OF EXHIBITS
## IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT UNITED STATES' MOTION TO EXCLUDE PLAINTIFFS' PHASE I EXPERT TESTIMONY IN SUPPORT OF USING ATSDR'S WATER MODELS TO DETERMINE EXPOSURE LEVELS FOR INDIVIDUAL PLAINTIFFS

**Ex. 1** – October 8, 2003 Sign-in Sheet

**Ex. 2** – 2017 ATSDR Public Health Assessment

**Ex. 3** – March 13, 2025 Deposition of Alexandros Spiliotopoulos PhD

**Ex. 4** – ATSDM D5447-17: Standard Guide for Application of a Numerical Groundwater Flow Model to a Site-Specific Problem

**Ex. 5** – ATSDR Tarawa Terrace Report Chapter I: Parameter Sensitivity, Uncertainty, and Variability Associated with Model Simulations of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water

**Ex. 6** – Clement, T.P. Author's Reply to Comment on Comment on Complexities in Hindcasting Models, Ground Water 50:1 (2012)

**Ex. 7** – February 21, 2008 Clement Email to Morris Maslia

**Ex. 8** – February 18, 2009 Clement Email to Morris Maslia

**Ex. 9** – March 20, 2025 Deposition of Remy Hennet PhD

**Ex. 10** – April 8, 2025 Expert Report of Judy LaKind PhD re Plaintiff Frank Mousser

**Ex. 11** – Leonard F. Konikow PhD Curriculum Vitae

**Ex. 12** – Leonard F. Konikow PhD Publications List

1

| | | |
|---|---|---|
| **Ex. 13** | – | December 2004 AH Environmental Consultants Report |
| **Ex. 14** | – | August 6, 2024 Deposition of Dan Waddill |
| **Ex. 15** | – | November 24, 2008 Navy Letter to ATSDR |
| **Ex. 16** | – | January 14, 2025 Rebuttal Report of David Sabatini PhD |
| **Ex. 17** | – | Maslia, et al., "Reconstructing Historical Exposures to Volatile Organic Compound-Contaminated Drinking Water at a U.S. Military Base," Journal of Water Quality Exposure & Health (2009) |
| **Ex. 18** | – | Maslia, et al., "Reconstructing Historical VOC Concentrations in Drinking Water for Epidemiological Studies at a U.S. Military Base: Summary of Results," Water (2016) |
| **Ex. 19** | – | Suarez-Soto, et al., "Using Uncertainty Analysis to Reconstruct Historical Tetrachloroethylene (PCE) Exposure for an Epidemiological Study," ASCE World Environmental and Water Resources Congress (2007) |
| **Ex. 20** | – | Guan, et al., "Historical Reconstruction of Groundwater Contamination at Contaminated Sites and Uncertainty Analysis," ASCE World Environmental and Water Resources Congress (2010) |
| **Ex. 21** | – | Guan, et al., "A Methodology to Reconstruct Groundwater Contamination History with Limited Field Data," ASCE World Environmental and Water Resources Congress (2009) |
| **Ex. 22** | – | Wang, et al., "Tetrachloroethylene (PCE) Exposure Reconstruction for an Epidemiological Study: The Effect of Historical Supply-Well Schedule Variation on Arrival Time," Proceedings of the World Environmental & Water Resources Congress (2007) |
| **Ex. 23** | – | Final Report of the 2005 Expert Peer Review Panel |
| **Ex. 24** | – | Final Report of the 2009 Expert Peer Review Panel |
| **Ex. 25** | – | U.S. EPA, Guidance for Conducting External Peer Review of Environmental Regulatory Modeling. EPA Report 100-B-94-001, July 1994 |
| **Ex. 26** | – | Assessing Model Fit with Sampling Data at TT Water-Supply Wells and the WTP |
| **Ex. 27** | – | Reilly & Harbaugh, Guidelines for Evaluating Ground-Water Flow Models (2004) |
| **Ex. 28** | – | ATSDR Tarawa Terrace Report Chapter C: Simulation of Groundwater Flow |
| **Ex. 29** | – | ATSDR Hadnot Point/Holcomb Blvd Report Chapter A, Supplement 4: Simulation of Three-Dimensional Groundwater Flow |
| **Ex. 30** | – | Kumar, "An Overview of Commonly Used Groundwater Modelling Software," Int'l Journal of Advanced Research in Science, Engineering and Technology (2019) |
| **Ex. 31** | – | Pietrzak, "Modeling migration of organic pollutants in groundwater — Review of available software," Environmental Modelling & Software (2021) |

Ex. 32 – U.S. EPA, Science Inventory: Modular 3-D Transport model

Ex. 33 – U.S. EPA, "Guidance on the Development, Evaluation, and Application of Environmental Models" (2009)

Ex. 34 – Jang and Aral, "Density-Driven Transport of Volatile Organic Compounds and Its impact on Contaminated Groundwater Plume Evolution," Journal of Transport in Porous Media (2007)

Ex. 35 – Jang and Aral, "Effect of Biotransformation on Multi-species Plume Evolution and Natural Attenuation," Int'l Journal on Transport in Porous Media (2008)

Ex. 36 – Jang and Aral, "Multiphase Flow Fields in In-Situ Air Sparging and Its Effect on Remediation," Int'l Journal on Transport in Porous Media (2009)

Ex. 37 – Jang and Aral, "In-Situ Air Sparging and Thermal Venting in Ground Water Remediation," Chapter 11 in Groundwater Quality and Quantity Management (2011)

Ex. 38 – Jang and Aral. 2005, "Three-Dimensional Multiphase Flow and Multispecies Transport Model TechFlowMP," Georgia Institute of Technology, Multimedia Environmental Simulations Laboratory, Report MESL-02-05, Sept. 2005

Ex. 39 – Gangadharan, AC, et al., Leak Prevention in Underground Storage Tanks: A State-of-the-Art Survey, at 23, U.S. Environmental Protection Agency, 1987, Report No. EPA-600/2-87/018

Ex. 40 – April 29, 2010 Camp Lejeune Community Assistance Panel Meeting Transcript

Ex. 41 – ATSDR Hadnot Point/Holcomb Blvd Report Chapter A, Supplement 2: Development and Application of a Methodology to Characterize Present-Day and Historical Water-Supply Well Operations

Ex. 42 – Brookfield, et al., "Estimating Groundwater Pumping for Irrigation: A Method Comparison," Groundwater (2024)