# EXHIBIT 1

## Historical Reconstruction of Water Resources for Marine Corps Base Camp Lejeune, North Carolina: ATSDR's Approach

**October 8, 2003**

**Sign-in Sheet**

| Name | Affiliation | Telephone | Email |
|---|---|---|---|
| Morris Maslia | ATSDR/DHAC | [redacted] | [redacted] |
| Linnet Griffiths | ATSDR/OPDM | | |
| Kim Parker Brown | NAVY/NAVFAC HQ | | |
| MUSTAFA ARAL | GATECH | | |
| JASON SAUTNER | ATSDR/DHAC | | |
| T. Michael White | DoD | | |
| James Tsai | ATSDR/DHS | | |
| Claudia Valenzuela | ATSDR | | |
| Rebecca Beacham | ATSDR/OD | | |
| Mary Odom | ATSDR/OD/DHAC | | |
| D. David Williamson | DHS/ATSDR | | |
| Perri Zeitz Ruckart | ATSDR/DHS | | |
| Frank Bove | ATSDR/DHS | | |
| Wendy E Kaye | ATSDR/DHS | | |
| NICK TA | HQMC/LFL | | |
| THOMAS BURTON | MCB-CL | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CONTAINS INFORMATION SUBJECT TO PROTECTIVE ORDER: DO NOT DISCLOSE TO UNAUTHORIZED PERSONS

CLJA_WATERMODELING_01-0000838731