# EXHIBIT 3

ALEXANDROS SPILIOTOPOULOS, PH.D.

1           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF NORTH CAROLINA
2                      SOUTHERN DIVISION
                       NO. 7:23-CV-897
3
      IN RE:                          )
4                                     )
      CAMP LEJEUNE WATER LITIGATION   )
5                                     )
                                      )
6     This Document Relates to:       )
      ALL CASES                       )
7     _____)

8

9                VIDEOTAPED DEPOSITION OF

10            ALEXANDROS SPILIOTOPOULOS, PH.D.,

11    a witness herein, called by the Plaintiffs for
      examination, taken by and before Ann Medis, RPR, CLR,
12    CSR-WA, and Notary Public in and for the Commonwealth
      of Pennsylvania, via Zoom Videoconference, at the
13    offices of Department of Justice Civil Litigation 1100
      L Street NW, Washington, DC  20005, on Tuesday,
14    March 18, 2025, commencing at 9:22 a.m.

15

16

17

18

19

20

21

22

23

24

25

GOLKOW TECHNOLOGIES

ALEXANDROS SPILIOTOPOULOS, PH.D.

1                   A P P E A R A N C E S

2       On behalf of Plaintiff

3                   WEITZ & LUXENBERG, P.C.
                    BY:  LAURA J. BAUGHMAN, ESQUIRE
4                        DEVIN BOLTON, ESQUIRE
                    700 Broadway
5                   New York, New York  10003
                    212.558.5915
6                   lbaughman@weitzlux.com
                    dbolton@weitzlux.com
7

8       On behalf of Defendant United States of America

9                   U.S. DEPARTMENT OF JUSTICE
                    BY:  HAROON ANWAR, ESQUIRE
10                       KAILEY SILVERSTEIN, ESQUIRE
                         GIOVANNI ANTONUCCI, ESQUIRE
11                  1100 L Street NW
                    Washington, DC  20005
12                  202.552.9843
                    haroonanwar@usdog.gov
13

14      Also present via Zoom

15      Jeff Davis
        Allison O'Leary
16      Deanna Havai
        Leonard Konikow
17      Morris Maslia
        Remy Hannet
18

19
        April Carter, videographer
20

21

22

23

24

25

1                    * I N D E X *

2    ALEXANDROS SPILIOTOPOULOS, PH.D.              PAGE

3      EXAMINATION BY MS. BAUGHMAN                    6

4      EXAMINATION BY MR. ANWAR                     320

5


6          * INDEX OF SPILIOTOPOULOS EXHIBITS *

7    NO.               DESCRIPTION                  PAGE

8    Exhibit 1    Alexandros Spiliotopoulos, Ph.D.    9
                  CV
9
     Exhibit 2    First chapter from Applied         39
10                Groundwater Modeling:  Simulation
                  of Flow and Effective Transport,
11                by Anderson, 2015
                  CL_PLG-EXPERT_ARAL_0000000001 - 5
12                0000000070 - 0000000092; 0000000632

13   Exhibit 3    2010 conference paper called       69
                  "Groundwater Modeling in the
14                Support of Remedial Process
                  Optimization:  Implementing a
15                Developing Conceptual Site Model
                  into Comparative Remedy Analyses
16
     Exhibit 4    Expert Report of Alexandros       100
17                Spiliotopoulos, PhD

18   Exhibit 5    ERRATA - Expert Report of         102
                  Alexandros Spiliotopoulos, Ph.D.
19
     Exhibit 6    Supplemental and Corrective       102
20                Reliance List

21   Exhibit 7    S.S. Papadopulos & Associates     131
                  invoices to DOJ
22                CLJA_SSPA_INVOICES_0000000001 - 442

23   Exhibit 8    Plaintiffs' Notice of Rule        140
                   39(b)(1) Individual Deposition Notice
24
     Exhibit 9    Chapter A, Summary and Findings   155
25                from Hadnot Point
     kkkk

* INDEX OF SPILIOTOPOULOS EXHIBITS (Continued) *

| NO. | DESCRIPTION | PAGE |
| --- | --- | --- |
| Exhibit 10 | Expert Report of Morris L. Maslia, P.E. | 158 |
| Exhibit 11 | Oxford Dictionary definition of "arbitrary" | 195 |
| Exhibit 12 | Miriam Dictionary definition of "arbitrary" | 195 |
| Exhibit 13 | Chapter F: Simulation of the Fate and Transport of PCE | 209 |
| Exhibit 14 | PCE concentration, in micrograms per liter, Figure F16 | 214 |
| Exhibit 15 | Chapter A: Summary of Findings | 264 |
| Exhibit 16 | Dr. Konikow's rebuttal to Reports of Dr. Alex Spiliotopoulos and Dr. Remy J.-C. Hennet, 1/13/2025 | 317 |

- - - -

ALEXANDROS SPILIOTOPOULOS, PH.D.

1                P R O C E E D I N G S

2                        -  -  -  -

3                THE VIDEOGRAPHER:  We are now on the

4      record.  My name is April Carter.  I'm a

5      videographer for Golkow.  Today's date is

6      March 18, 2025, and the time is 9:22 a.m.  This

7      video deposition is being held at 1100 L Street

8      Northwest, Washington, D.C. 20005, in the matter

9      of In Re:  Camp LeJeune Water Contamination, for

10     the Court of the Eastern District of North

11     Carolina.  The deponent is Alexandros

12     Spilotopoulos.

13                Will counsel please identify themselves,

14     in-person counsel please identify themselves for

15     the record.

16                MS. BAUGHMAN:  Laura Baughman from Weitz

17     & Luxenberg for the plaintiffs.

18                MS. BOLTON:  Devin Bolton for the

19     plaintiffs.

20                MR. ANWAR:  Haroon Anwar for the United

21     States.

22                MR. ANTONUCCI:  Giovanni Antonucci for

23     the United States.

24                MS. SILVERSTEIN:  Kailey Silverstein for

25     the United States.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1              THE VIDEOGRAPHER:  Thank you.  Will the

2    court reporter please swear in the witness.

3              ALEXANDROS SPILIOTOPOULOS, PH.D.,

4        having been first duly sworn, was examined

5                and testified as follows:

6                        EXAMINATION

7    BY MS. BAUGHMAN:

8        Q.    Please state your name.

9        A.    Alexandros Spilotopoulos.

10       Q.    Do you go by Dr. Spilotopoulos?

11       A.    Sure.

12       Q.    Dr. Spilotopoulos, my name is Laura

13   Baughman.  I'm an attorney, and I represent the

14   plaintiffs in the plaintiffs and the plaintiff

15   leadership group in this case.

16             Do you understand that?

17       A.    Yes.

18       Q.    Do you understand that you're under oath

19   today?

20       A.    Yes.

21       Q.    And that your testimony is the same as

22   if you were in court before the judge?

23       A.    Yes.

24       Q.    If you don't understand any question I

25   ask you today, will you please let me know?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1       A.   Yes.

2       Q.   Otherwise, if you answer a question, I'm

3    going to assume that you understood it.  Is that

4    fair?

5       A.   Yes.

6       Q.   We are going to take breaks today

7    usually once every hour, hour and a half, but if

8    you need a break at any time, just let me know,

9    and we'll take a break.  Okay?  The only thing I'd

10   is that you answer the question that I've asked

11   you before we take a break.  Okay?

12      A.   Yes.

13      Q.   Is there any reason you cannot testify

14   fully and truthfully today?

15      A.   No.

16      Q.   For example, you're not on any

17   medications or have any health issues?

18      A.   No.

19      Q.   Have you ever served as an expert in a

20   litigation before?

21      A.   I have not.

22      Q.   You have not?

23      A.   I have not.

24      Q.   Prior to this case, had you ever

25   prepared an expert report for litigation?

1      A.   I have contributed work as far as

2  supporting expert reports, but I have not prepared

3  one by myself.

4      Q.   So you helped other people write their

5  reports; is that fair?

6      A.   That is correct.

7      Q.   But you didn't sign off on them?

8      A.   No.

9      Q.   Have you ever testified in a deposition

10 before?

11     A.   No.  This is the first time.

12     Q.   Have you ever testified at a trial

13 before?

14     A.   No.

15     Q.   Or before Congress?

16     A.   No.

17     Q.   Or in any other capacity under oath?

18     A.   No.

19     Q.   What did you do to prepare for the

20 deposition today?

21     A.   I briefly reviewed my expert report and

22 I had a meeting with the lawyers yesterday, too,

23 in the office here.

24     Q.   Just one meeting to prepare?

25     A.   For today, yes.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          Q.    How long was that?

2          A.    Some part of the day, but not the entire

3    day yesterday.

4          Q.    Like four or five hours?

5          A.    Something like that.

6          Q.    Did anyone attend other than lawyers and

7    yourself?

8          A.    No.

9          Q.    Did you review documents to prepare?

10         A.    I looked at Chapter A of the two

11   reports, I believe.  The chapter -- the

12   contaminant transport chapter for Taraway Terrace.

13   I believe that's what I looked at very quickly on

14   a couple of things.

15         Q.    Other than looking at those documents

16   and your report and talking to the lawyers, did

17   you do anything else to prepare for today's

18   deposition?

19         A.    No.

20         Q.    Did you speak with anyone other than the

21   attorneys to prepare for today's deposition?

22         A.    No.

23               (Spiliotopoulos Exhibit 1 was marked.)

24   BY MS. BAUGHMAN:

25         Q.    I'm going to hand you -- I've handed you

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    what the court reporter has marked as Exhibit 1 to

2    your deposition.

3              And is that a true and accurate copy of

4    your current CV?

5         (There was a discussion off the record.)

6              MR. ANWAR:  Let's go off the record for

7    one minute.

8              THE VIDEOGRAPHER:  Off the record at

9    9:28.

10             (Recess from 9:28 a.m. to 9:37 a.m.)

11             THE VIDEOGRAPHER:  On the record at

12   9:37.

13   BY QUESTIONER:

14        Q.   Dr. Spilotopoulos, before the technical

15   issues we just had, I handed you what we've marked

16   as Exhibit 1 to your deposition.  And my question

17   is:  Is that a true and accurate copy of your

18   current CV?

19        A.   I'll be happy to answer the question.  I

20   just wanted for a second to go back to my

21   previous.  You asked me how I prepared for this.

22        Q.   Yes.

23        A.   I just wanted to make sure that I

24   provide a complete answer.  Yesterday I met with

25   the lawyers for a few hours.  A few weeks ago I

1  had met with them again on a number of things, and
2  we went over some -- the process of the deposition
3  as well.  So I don't know if that counts as
4  preparation, but I just wanted to make sure that
5  it's on the record.
6      Q.   So you had two meetings with the lawyers
7  to prepare?
8      A.   Yes.
9      Q.   About how many hours did you spend
10 preparing for the deposition?
11     A.   A few hours as well I would say, but
12 that included other things that were discussed at
13 the same time.
14     Q.   I mean total if you added them all
15 together.
16     A.   Seven, eight hours maybe total.
17     Q.   So let's go back to Exhibit 1.  Is
18 Exhibit 1 a true and accurate copy of your current
19 CV?
20     A.   Well, it looks right as far as I can
21 recall from the last time I put it together as
22 part of the expert report that I produced.
23     Q.   Right.  To be clear, what I marked as
24 Exhibit 1 is the version of the CV that was
25 attached to your expert report in this case.  So

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      when you attached that, that was the true,

2      accurate, current CV; correct?

3          A.    Yes.

4          Q.    And you don't have anything to add

5      today; true?

6          A.    No.  I don't think so, no.

7          Q.    So you have a Ph.D. from the University

8      of Vermont from 1999; correct?

9          A.    Yes.  I have my bachelor's in civil

10     engineering from the University of Patras in

11     Greece focusing on hydraulics and hydrology.  I

12     also did a thesis on groundwater flow at the time.

13              And then I completed Ph.D. at University

14     of Vermont '94 to '99 under the advisorship of

15     Dr. George Pinder on the optimization of

16     groundwater management problems, looking at

17     groundwater modeling and optimization techniques.

18         Q.    So Dr. George Pinder was your advisor

19     for your Ph.D.?

20         A.    That is correct.  And I had a

21     co-advisor, Dr. George Karatzas at the University

22     of Vermont.

23         Q.    So do you consider Dr. Pinder to be an

24     expert in the area of groundwater modeling?

25         A.    Yes.  Actually, Dr. Pinder is one of the

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    pioneers in the field of groundwater modeling.

2         Q.    Likely also in -- let me start over.

3              Do you also consider Dr. Pinder to be an

4    expert in hydrogeology?

5         A.    Yes.

6         Q.    I think I know the answer to this, but

7    what's your opinion of Dr. Pinder?  Is he

8    respected in the fields of groundwater modeling

9    and hydrogeology?

10        A.    He's very well respected in the field.

11        Q.    Do you consider him to be authoritative

12   in the field?

13             MR. ANWAR:  Object to form.

14             THE WITNESS:  I consider him an expert,

15   yes.

16   BY MS. BAUGHMAN:

17        Q.    Do you consider yourself to be an expert

18   in hydrogeology?

19        A.    I do.

20        Q.    On your CV, Exhibit 1, it says on the

21   first page Example Areas of Expertise.  And you've

22   listed four of those; right?

23        A.    Yes, as general fields of expertise,

24   yes.

25        Q.    And those are fields that you consider

1    yourself to be an expert in; fair?

2         A.    I have expertise and experience in these

3    fields, yes.

4         Q.    Including groundwater modeling?

5         A.    Yes, I do.

6         Q.    Do you have any other areas of expertise

7    to add other than hydrogeology, groundwater

8    modeling, and the other three categories on your

9    CV?

10        A.    No.  These areas I described as

11   generally cover the areas of expertise that I

12   have.

13        Q.    Are you a licensed professional

14   engineer?

15        A.    No, I'm not.

16        Q.    So there's an exam that you can take to

17   get your PE or professional engineering license;

18   correct?

19        A.    That is true.

20        Q.    And you didn't pursue that?

21        A.    I have not.

22        Q.    Are you a licensed geologist?

23        A.    No.

24        Q.    Do you hold any professional licenses?

25        A.    As a civil and environmental engineer

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    from Greece, yes, at the time that I worked there

2    as a professional engineer.

3         Q.   So you have a license from Greece?

4         A.   Yes.

5         Q.   Is that current?

6         A.   No.  I haven't kept it up I moved to the

7    United States in 2004.

8         Q.   So since 2004, have you held any

9    professional licenses?

10        A.   No, I have not.

11        Q.   Do you hold any professional

12   certifications?

13        A.   No.

14        Q.   Now, on your CV, you list -- under

15   Professional Societies on the first page there in

16   the right-hand column, there's two societies, the

17   National Groundwater Association and the American

18   Geophysical Union; right.

19        A.   That is correct.

20        Q.   Have you held any offices in those

21   societies?

22        A.   No.  I'm just a member of those

23   societies.

24        Q.   Regarding the American Geophysical

25   Union, are you a fellow of that organization?

1        A.   No, I am not.

2        Q.   Do you know, what does it mean to be a

3   fellow of the American Geophysical Union?

4        A.   It's a distinction I believe, but I

5   don't know the details of what it entails.

6        Q.   It's an honor; right?

7             MR. ANWAR:  Object to form.

8             THE WITNESS:  Possibly I'm not sure what

9   exactly it entails.  I understand that it's some

10   kind of distinction.

11   BY MS. BAUGHMAN:

12        Q.   Had you ever tried to pursue becoming a

13   fellow?

14        A.   No, I have not.

15        Q.   Are you aware if Dr. Konikow is a fellow

16   of the American Geophysical Union?

17        A.   Possibly.  I'm not sure.  It is

18   possible, if I recall correctly, but I'm not sure.

19        Q.   Have you ever met Dr. Konikow?

20        A.   I have.

21        Q.   In what context?

22        A.   At least twice socially, a friend's

23   house.  I don't recall that I had another personal

24   encounter with him other than I believe when I saw

25   him at the expert panel meeting in 2005 in

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    Atlanta.

2         Q.   Did you speak to him at that panel

3    meeting?

4         A.   No, I did not.  I did not know him

5    personally at the time.

6         Q.   Have you ever worked with Dr. Konikow?

7         A.   No, I have not.

8         Q.   And Dr. Konikow is well respected in the

9    fields of groundwater hydrogeology and

10   hydrogeology.  Fair?

11        A.   Yes.

12        Q.   Like Dr. Pinder, he's considered one of

13   the pioneers in the field.  Do you agree?

14             MR. ANWAR:  Object to form.

15             THE WITNESS:  I don't know that I can

16   make a comparison like that.  I'll just yes, he's

17   a respected member of the scientific community in

18   our field.

19   BY MS. BAUGHMAN:

20        Q.   You just mentioned the expert review

21   panel.  I'm going to ask you some questions about

22   that.  But you're referring to is the 2005 expert

23   peer-review panel for the ATSDR modeling work

24   we're here to talk about today; correct?

25        A.   The expert panel that was held in

ALEXANDROS SPILIOTOPOULOS, PH.D.

1   Atlanta in 2005.

2        Q.   Which was about the ATSDR's modeling

3   work that your report is the subject of; correct?

4        A.   That we're discussing, yes, the

5   groundwater modeling that was ultimately developed

6   by ATSDR.

7        Q.   Dr. Konikow, he was an invited member on

8   the peer-review panel for that meeting; correct?

9        A.   Yes.  Dr. Konikow was a member of that

10  panel.

11       Q.   You weren't part of the expert panel;

12  right?

13       A.   I was not.

14       Q.   Have you ever served on an expert

15  peer-review panel?

16       A.   I have not.

17       Q.   Have you been invited to serve on an

18  expert peer-review panel?

19       A.   I have not.

20       Q.   Have you ever received any professional

21  awards for your work?

22       A.   You have to define the type of awards

23  you're talking about.

24       Q.   Any award.

25       A.   I have had recognitions for work that I

1    had done as part of my undergraduate work and

2    presentations that I gave then.  I have awards or

3    recognitions on presentations that I have done at

4    different conferences.  I believe some of that may

5    be in my résumé.

6         Q.   So talking about since you've been a

7    professional, after school, which awards have you

8    received?

9         A.   Best paper presentation in a conference.

10        Q.   Anything else?

11        A.   Not that I can recall.

12        Q.   How many times did you receive an award

13   for a presentation at a conference?

14        A.   I'm trying to remember if it was once or

15   twice.

16        Q.   And to the extent you received that,

17   it's reflected on your CV; is that true?

18        A.   I do not recall if I have it included

19   there.  I have to check.

20        Q.   What year did you receive that award or

21   awards?

22        A.   That's a good question.  It was a few

23   years ago.  I believe it was waste management

24   conference, if I remember correctly.

25        Q.   Do you know which paper it was?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      A.    No.  I don't recall which paper it was

2   about.

3      Q.    Was it like 10 years ago, 15?

4      A.    Within the last 10 years maybe,

5   something like that, but I'm not sure.  I have to

6   check.

7      Q.    Do you know if it was once or more than

8   once that you received such an award?

9      A.    I'm sure once.  There might be another

10   one, but I don't recall.

11      Q.    And you can't identify which paper?

12      A.    Not off the top of my head.

13      Q.    You've listed your papers in your CV,

14   right, that you've presented at conferences?

15      A.    Yes.

16      Q.    Can you look at the CV and tell me which

17   paper or papers you got an award for?

18      A.    The 2019 paper, superior paper and

19   papers of note.  2019 Spilotopoulos, DiFilippo,

20   Khambhbhammettu, Web-Assisted Methods And tools,

21   et cetera, et cetera.

22          And there's a paper that I presented

23   back in 2007 on the analysis of aquifer test data

24   and that presentation was part of the MODFLOW and

25   More 2006 conference in Colorado, which was

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    included in the book by Sterrett in Groundwater

2    and Wells, the 3rd edition.

3        Q.   And you received an award for that as

4    well?

5        A.   That was not an award.  It was just

6    included in a book.  It was some kind of

7    recognition award that was done.

8        Q.   You're saying your paper was included in

9    a book, but you didn't receive an award for that

10   paper; fair?

11       A.   Fair.

12       Q.   So any other awards you can tell us

13   about that you received in your professional

14   career?

15       A.   Not that I can think of at this moment.

16       Q.   Was your paper, the paper that you just

17   referenced, was it included in the book or just

18   cited in the book?

19       A.   I think it was included in an appendix

20   in a book or it's an electronic version.  I do not

21   recall.

22       Q.   Can you tell us under oath whether that

23   paper was actually included in the book?

24            MR. ANWAR:  Object to form.

25            THE WITNESS:  I'm not sure I remember in

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    what form it was included there, but it was

2    referenced -- I can't recall if it was included in

3    the appendix or described in the appendix, but

4    there was a clear reference to that work.

5    BY MS. BAUGHMAN:

6        Q.    So it might be just a reference?

7        A.    I will have to look at more detail and

8    give you a complete answer on this.

9        Q.    Are you a member of the National Academy

10   of Engineering?

11       A.    I am not.

12       Q.    Have you served on the editorial board

13   for any professional publication?

14       A.    I have not.

15       Q.    So, for example, you haven't been the

16   editor and chief of any publication?

17       A.    I have not.

18       Q.    Have you been a reviewer for any

19   professional publications?

20       A.    I have not.

21       Q.    Have you ever been asked to be a

22   reviewer for any professional publication?

23       A.    There have been discussions as to

24   whether that could be done.  I don't have an

25   official indication or I have not done it.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      Q.   So you haven't been officially invited
2   to be an reviewer for any publication; is that
3   true?
4      A.   That is true.
5      Q.   You've listed your publications on your
6   CV on pages 4 and 5; right?
7      A.   Yes.
8      Q.   Is what's listed on Exhibit 1, pages 4
9   and 5, is that a complete list of your
10   professional publications?
11      A.   Yes.
12      Q.   It definitely includes all your
13   publications within the last 10 years.  Truth?
14      A.   Yes.
15      Q.   Have you ever published anything about
16   Camp LeJeune?
17      A.   I have not.
18      Q.   Which of your publications concern the
19   modeling the fate and transport of contaminants in
20   groundwater?
21      A.   You want me to list them one by one
22   based on what's in the CV?
23      Q.   First of all, all of the publications on
24   your CV, are they all peer reviewed?
25      A.   Not all of them.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      Q.    So, for example, the ones that you

2   present at conferences, do you consider those

3   peer-reviewed publications?

4      A.    They are reviewed so they can be

5   accepted, yes, many of them.

6      Q.    So you consider conference presentations

7   to be peer reviewed?

8      A.    I would think so, yes.

9      Q.    Did you get comments and edits back on

10  your papers before you were able to present it at

11  the conference?

12     A.    Yes.

13     Q.    And is that the normal protocol for

14  conferences?

15          MR. ANWAR:  Object to form.

16          THE WITNESS:  Not always.

17  BY MS. BAUGHMAN:

18     Q.    So, I mean, you have here maybe 10, 15

19  papers, because some of these listed under the

20  publications and presentations are just

21  presentations; right?

22     A.    It's a mix.

23     Q.    Go ahead and -- is it fair to say you

24  really only have two publications that are in

25  peer-reviewed journals?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          A.    Yes.

2          Q.    And of those two, did they concern

3     modeling the fate and transport of contaminants in

4     groundwater?

5          A.    At least one of them directly and the

6     other one, forms and shapes of doing this kind of

7     work, tools for doing that, yes.

8          Q.    So you have one publication that

9     directly concerns modeling the fate and transport

10    of contaminants in groundwater and one that

11    concerns that indirectly; true?

12         A.    Or tools to perform that analysis, yes.

13         Q.    That's the sum total of your

14    peer-reviewed publications on modeling fate and

15    transport contaminants in groundwater; right?

16         A.    Yes.

17         Q.    Have you presented at any conference

18    about Camp LeJeune?

19         A.    I have not.

20         Q.    And have you presented at any conference

21    regarding the modeling of fate and transport of

22    contaminants in groundwater?

23         A.    I'm sorry.  Can you repeat?  I'm trying

24    to say if it's relevant to Camp LeJeune what you

25    just asked.  Can you repeat the question, please?

1    Q.    I'm asking a more general question, not
2    just about Camp LeJeune.
3          Have you done presentations regarding
4    the modeling of fate and transport of contaminants
5    in groundwater?
6    A.    Several, yes.
7    Q.    Which ones concern that?
8    A.    The first one just happened last week.
9    Q.    Wait.  So for the record, you're talking
10   about the March 12, 2025 presentation on an
11   integrated approach for developing contaminant
12   upwelling estimates?
13   A.    Correct.  The second one, Remedy
14   Challenges, Novel Approaches and Lessons Learned.
15   Q.    Okay.  By the way, are those first
16   two -- those were given within the last week or
17   so -- are those -- were there papers associated
18   with those presentations?
19   A.    Yes.  They're included in the
20   proceedings.
21   Q.    Are those available now online?
22   A.    I'm not sure that the proceedings are
23   already produced.
24   Q.    Go ahead and continue.  Which of your?
25   A.    Number four, Web Assisted Methods and

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    tools for Efficient Remedy Design.

2        Q.    Okay.

3            THE WITNESS:

4            Number 5, Evaluating environmental

5    remediation Performance.  Well, that one is

6    primarily with a aggression analysis.  So

7    statistics, but it involves to some extent

8    modeling as well.

9    BY MS. BAUGHMAN:

10       Q.   By the way, I'm not talking about just

11   modeling.  Let's be clear.  There's groundwater

12   flow modeling, right, and then there's modeling of

13   the fate and transport of contaminants.  So I'm

14   asking about the fate and transport of

15   contaminants.  So you're saying --

16       A.   That as well is part of that work, yes.

17   Implementation of a Contaminant Treatment System,

18   MT3D.

19       Q.   The one from 2011?

20       A.   Yes.

21       Q.   Modified 2D Field Generator for

22   Deterministic and Stochastic Groundwater Modeling.

23   That includes contaminant transport

24   considerations.

25           Shannon, Spilotopoulos and Tonkin, 2011,

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    Estimating Contaminant Migration Pathways.

2    Particle tracking is part of the fate and

3    transport evaluations.

4             Remediation of the 100-HR-3 Operable

5    Unit, Hanford, Washington, 2011.

6             Groundwater Modeling in Support of

7    Remedial Process Optimization, 2010.

8             2008, Robust Pump and Treat Remedy

9    Evaluation for MTBE Mega-Plume.

10            2008, Rapid Mapping to Support

11   Accelerated Site Assessments.

12            The Multi-period Approach to the

13   Solution -- that's the paper in the peer-reviewed

14   publication.

15       Q.    That's a journal.  That's not a

16   conference proceeding; right?

17       A.    Yes.

18       Q.    And then the Biconcave-Decomposition

19   Method For The optimal Design of Pump-and-Treat

20   Remediation Systems, 2000.

21            And even back in '98, the development of

22   two optimization models multi-period, et cetera.

23       Q.    That's a complete list?

24       A.    Yes.

25       Q.    I want to ask you -- if you go to page 3

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    of your CV, you list on the top right-hand side a

2    confidential client that you did some work for.

3           Can you tell me who that client was?

4        A.   I cannot.

5        Q.   Why not?

6        A.   Because it's confidential.  I have a

7    confidentiality agreement.

8        Q.   What about on page 4.  You've got

9    another confidential client from El Campo, Texas.

10   Can you tell me who that is?

11       A.   No, for exactly the same reason.

12       Q.   Well, the El Campo, Texas work concerned

13   modeling groundwater flow and contaminant

14   transport using MODFLOW, right, and MT3?

15       A.   MT3D and ATRANS.

16       Q.   So can you identify who you did that

17   work for?

18       A.   I cannot.  It's a client that at least

19   at the time when I did it, there was a

20   confidentiality agreement.  I don't think that has

21   changed since then.

22       Q.   So you're going to refuse to answer the

23   question?

24       A.   I don't think I can answer the question

25   because of the confidentiality clause.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      Q.    The work that you did at El Campo, was

2   that historical reconstruction?

3      A.    That's a very long time ago to remember

4   the details of that work.

5      Q.    Do you know?

6      A.    I do not recall the details of that

7   project.

8      Q.    It says on your CV that you constructed,

9   calibrated and deployed numerical and

10  semi-analytic methods or simulating groundwater

11  flow and contaminant transport to estimate the

12  contaminant release history at the site based on a

13  recent monitoring data; right?

14     A.    Yes, that is correct.

15     Q.    So the work was to go back in time to

16  determine what happened in the past; right?

17           MR. ANWAR:   Object to form.

18           THE WITNESS:   Generally speaking, yes.

19  I just don't recall the details of what it

20  entailed.

21  BY MS. BAUGHMAN:

22     Q.    So you can't tell us how you helped this

23  confidential client determine what had been

24  released in the past at that site?

25     A.    Not off the top of my head right now.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    It's been a very long time since I did that work.

2        Q.   You can't say what modeling method you

3    used to do that?

4        A.   What do you mean by modeling method?

5        Q.   Well, let's put it more generally.  You

6    weren't modeling into the future, were you?  You

7    weren't forecasting?

8             MR. ANWAR:  Object to form.

9             THE WITNESS:  No.  I was not

10   forecasting.

11   BY MS. BAUGHMAN:

12       Q.   You were --

13       A.   Estimating the contaminant release

14   history at the site.  At least that's the

15   description of the work that was done then.  I'm

16   just saying that I do not recall the specifics of

17   the work at this moment.

18       Q.   According to your CV, you used MODFLOW

19   and MT3DMS to try to determine what had been

20   released in the past; right?

21       A.   I used the simulation software to

22   perform that work, yes.

23       Q.   Which simulation software?

24       A.   MODFLOW and MT3D.

25       Q.   When you say MT3D, is that the same

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    thing as MT3DMS?

2        A.    It's a variation of that.

3        Q.    Is MT3D the precursor to MT3DMS?

4        A.    It's a version -- MT3DMS is a version of

5    the code that's had some different capabilities on

6    doing certain dates, but they're very much the

7    same foundation of the code.

8        Q.    Were you able to use these models that

9    you've identified, MODFLOW and MT3D, to determine

10   the historical releases that had occurred at the

11   El Campo site?

12       A.    That's a very general question.  Yes.

13   In looking back in time, that's very much what you

14   do most of the times.  But the specifics I do not

15   recall.

16       Q.    Since you received your Ph.D. in 1999,

17   you've worked at two different engineering

18   consulting companies; right?

19       A.    Where do you mean?

20       Q.    Well, On your CV you've listed ADK

21   Consulting Engineers and you listed S.S.

22   Papadopulos & Associates.

23            Have you worked anywhere else since

24   getting your Ph.D.?

25       A.    I have not.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      Q.   So for your entire professional career,

2  you've worked at either ADK Consulting or S.S.

3  Papadopulos; right?

4      A.   Correct.

5      Q.   So ADK Consulting Engineers was in

6  Athens; correct?

7      A.   Yes.

8      Q.   And you were there from 2001 to 2004?

9      A.   From 1999 to 2004 I was in Greece.  2001

10  I believe was the time when I became an employee,

11  full-time employee of ADK Consulting Engineers.

12  Between '99 and 2001, I was working part time for

13  them while I was serving in the Army in Greece.

14      Q.   According to your LinkedIn profile, you

15  were a civil engineer in the hydraulics division.

16  Does that sound correct?

17      A.   That is correct.

18      Q.   And while you were at ADK, did you

19  develop or use groundwater flow models?

20      A.   As part of my work at ADK, no.

21      Q.   While you were the ADK, did you develop

22  or use any contaminant transport models?

23      A.   I did not.  For groundwater

24  contamination?

25      Q.   For groundwater; right.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      A.   I did not.

2      Q.   So then you started S.S. Papadopulos in

3   2004; right?

4      A.   Correct.

5      Q.   You spent the majority of your career at

6   S.S. Papadopulos; correct?

7      A.   I spent all of my professional career so

8   far in the United States at Papadopulos &

9   Associates.

10      Q.   And according to is S.S. Papadopulos'

11   website, it is an employee-owned groundwater and

12   environmental consulting firm.  Does that sound

13   correct?

14      A.   That sounds right.

15      Q.   Do you have an equity stake in the

16   company?

17      A.   You have to be more specific about that.

18   What do you mean?

19      Q.   You have ownership in is S.S.

20   Papadopulos?

21      A.   Yes.  I have ownership.  I have some

22   ownership.

23      Q.   Can you describe what that is?  How does

24   that work?

25      A.   I have a number of -- small number of

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    shares, and all employees, we have shares of the

2    company as well.

3         Q.   Is it publicly owned?

4         A.   It is not.

5         Q.   Privately owned?

6         A.   Private.

7         Q.   And how is it that you get shares?  Is

8    that based on rewards, performance, evaluations?

9         A.   Internal evaluations and promotions and

10   contributions to the company.

11        Q.   When was the last time you got a

12   promotion?

13        A.   The most recent one would have been

14   maybe two years ago, three years ago.

15        Q.   And are the -- is the award of shares in

16   the company based on how much money you bring into

17   the company?

18        A.   I'm not the one to judge that, but my

19   understanding is that it's a combination of

20   project work, quality of the work, recognition of

21   the work within our client base and how that

22   contributes to the reputation of the company in

23   our field.

24        Q.   Do you also receive bonuses based on

25   your performance?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          A.    Everybody in the company does depending

2    on how well the company does on a year-by-year

3    basis.

4          Q.    You have designed and used groundwater

5    models while you've been working at S.S.

6    Papadopulos; right?

7          A.    Yes, plenty.

8          Q.    And you've used those models to evaluate

9    contaminant migration in groundwater; right?

10         A.    Yes, that is correct.

11         Q.    You've also used groundwater models to

12   design remediation systems?

13         A.    That is correct.

14         Q.    Have you used them for any other

15   purpose?

16         A.    What do you mean by that?

17         Q.    When you use a groundwater model, you're

18   using it to do something; right?

19         A.    That's correct.

20         Q.    I know you've used it to determine

21   different or to recommend different remedial

22   designs at groundwater sites, right, to clean up

23   the groundwater?

24         A.    The modeling work that I have done in

25   terms of contaminant transport revolves around the

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    presence and migration of contamination in an

2    aquifer.  And then there are different things that

3    we look at, design a monitoring system, evaluate

4    the extent of contamination, design a remedy to

5    clean up the aquifer or contain the aquifer.  So

6    there are different aspects to it.

7        Q.   How does a flow and transport model help

8    you to design a remedial design, to come up with a

9    remedial design?  How does that work?

10       A.   Well, the process first involves the

11   collection of monitoring data that can help us

12   understand or get a quick understanding of what is

13   happening in the aquifer depending the project.

14   If we have a source water or if we have just a

15   dissolved plume, the groundwater model then

16   becomes a tool to try to approximate the

17   conditions in the aquifer so we can simulate the

18   plume migration, the extent of contamination.  And

19   then if it's about the design of a remedial

20   system, determine where, for example, extraction

21   wells should be placed to extract contaminated

22   water or a combination of injection extraction

23   wells, let's say, if we're trying to contain

24   contamination.  There are different objectives we

25   look at remedial systems.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          Q.   So it's fair to say your models, your

2     groundwater modeling has been used to make

3     important decisions like on how to clean up

4     contaminated sites?

5               MR. ANWAR:  Object to form.

6               THE WITNESS:  The importance is

7     relative, but it is -- they are designed to be

8     used for making decisions, yes.

9     BY MS. BAUGHMAN:

10          Q.   In your opinion, is groundwater modeling

11     a reliable methodology to estimate groundwater

12     flow?

13               MR. ANWAR:  Object to form.

14               THE WITNESS:  What do you mean by

15     reliable?

16     BY MS. BAUGHMAN:

17          Q.   Something that you can recommend to your

18     clients that they can rely upon.

19          A.   In our profession, we use different

20     methods and approaches to evaluate environmental

21     data or water level data, for example, anything

22     that goes into understanding groundwater flow and

23     contaminant transport in the aquifer.  And we use

24     them in different ways to make these decisions.

25          Q.   Is groundwater modeling a reliable

1    methodology?

2            MR. ANWAR:  Object to form.

3            THE WITNESS:  Groundwater modeling is a

4    methodology that is used in helping us to make

5    decisions.

6    BY MS. BAUGHMAN:

7        Q.   And you consider it reliable?

8        A.   It by itself the methodology or approach

9    is not reliable.  What makes it reliable is how

10   well constructed, for example, the model is to

11   perform this calculation.

12       Q.   Is groundwater modeling a reliable

13   methodology to determine contaminant transport?

14           MR. ANWAR:  Object to form.

15           THE WITNESS:  Again, the methodology

16   itself is not reliable.  There are tools that we

17   use.  How they're implemented is what makes them

18   reliable.

19           (Spiliotopoulos Exhibit 2 was marked.)

20   BY MS. BAUGHMAN:

21       Q.   Dr. Spilotopoulos, the court reporter

22   has handed you what we have marked as Exhibit 2 to

23   your deposition, which is the first chapter from

24   the book Applied Groundwater Modeling:  Simulation

25   of Flow and Effective Transport, by Anderson and

1    others.  It's Second Edition from 2015.

2              This is a book that you cited repeatedly

3    in your expert report for this case; right?

4         A.   That is correct.

5         Q.   I just have a very general question

6    about it.  If you turn to -- it's page 4.  The

7    pages are at the top right-hand side.  At the very

8    bottom of the page, Dr. Anderson and her

9    colleagues wrote, "To date groundwater models are

10   accepted as essential" --

11        A.   I'm sorry.  I'm not following you.  Say

12   that again.  Where is that?

13        Q.   The very last line.

14        A.   Yes.  Okay.

15        Q.   Dr. Anderson wrote, "Today groundwater

16   models are accepted as essential tools for

17   addressing groundwater problems."

18             Do you agree with that statement?

19        A.   That is a very general statement, and I

20   agree.

21        Q.   As I mentioned, this book Applied

22   Groundwater Modeling, you cited multiple times in

23   your report, didn't you?

24        A.   I believe I had.

25        Q.   Do you consider Applied Groundwater

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    Modeling by Anderson and others to be a reliable

2    source in the area of groundwater modeling?

3              MR. ANWAR:  Object to form.

4              THE WITNESS:  I believe that is a very

5    good and useful book that has many good points

6    that are made there regarding how we construct,

7    calibrate and use -- evaluate and use a

8    groundwater model.

9    BY MS. BAUGHMAN:

10       Q.   Now, you have used MODFLOW and MT3DMS

11   multiple times in your career; fair?

12       A.   Yes.

13       Q.   You've used MODFLOW to analyze

14   groundwater flow; right?

15       A.   Yes.

16       Q.   MODFLOW is a code that was created by

17   the U.S. Geological Survey in the 1980s; right?

18       A.   There was a precursor to MODFLOW early

19   on, and then about sometime in the '80s, yes, I

20   think the first version was 1988, if I remember

21   correctly.

22       Q.   MODFLOW --

23       A.    In the '80s developed by the USGS, yes.

24       Q.   Would you agree that the source code and

25   the underlying equations for MODFLOW have been

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    tested extensively?

2              MR. ANWAR:   Object to form.

3              THE WITNESS:   Generally, yes, I agree,

4    although there have been corrections, additions,

5    extensions and things like that over time to make

6    it even more efficient.

7    BY MS. BAUGHMAN:

8         Q.   And how many groundwater flow models

9    have you developed or used using MODFLOW

10   approximately?

11        A.   It's hard to remember because they're

12   the ones that I have been directly been involved

13   as leading the work and there are many others that

14   I have participated in their development.   So

15   there's tens of models.

16        Q.   How many?

17        A.   Tens, many tens.

18        Q.   Using MODFLOW?

19        A.   Among other codes of similar capacity.

20   But MODFLOW, yes, tens of times.

21        Q.   You've used MT3DMS to model the fate and

22   transport of contaminants; right?

23        A.   Yes.

24        Q.   And the source code and the underlying

25   equations for MT3DMS have been extensively tested;

1    true?

2              MR. ANWAR:  Object to form.

3              THE WITNESS:  The validity of the

4    calculations that MT3D performs, yes, they have

5    been tested and benchmarked.

6    BY MS. BAUGHMAN:

7         Q.   About how many fate and transport models

8    have you developed or used using MT3DMS?

9         A.   Tens of models as well.

10        Q.   Would you agree that the use of MT3DMS

11   in combination with MODFLOW a generally accepted

12   and widely used methodology in your field?

13             MR. ANWAR:  Object to form.

14             THE WITNESS:  They're both widely used

15   tools in simulating groundwater flow and

16   contaminant transport in our field, yes.

17   BY MS. BAUGHMAN:

18        Q.   And ATSDR used MODFLOW coupled with

19   MT3DMS to model groundwater flow and contaminant

20   transport at Camp LeJeune; right?

21        A.   Yes.

22        Q.   You agree that those were appropriate

23   models to use for that purpose?

24             MR. ANWAR:  Object to form.

25             THE WITNESS:  I believe I said before

1    the tools themselves are tested and good to be

2    used for groundwater flow and contaminant

3    transport analysis.  It's their construction,

4    calibration and evaluation of their uncertainty

5    that is critical on how they're used.

6    BY MS. BAUGHMAN:

7         Q.    Obviously in your report, you have

8    multiple criticisms of how ATSDR used the models;

9    right?

10        A.    That is correct.

11        Q.    I want to start with this.  You have no

12   criticism that ATSDR chose MODFLOW and MT3DMS as

13   tools to use for its groundwater modeling; is that

14   true?

15        A.    I did not criticize the use of those

16   tools.

17        Q.    Do you have any criticisms today of

18   ATSDR's choice to use MODFLOW and MT3DMS as models

19   for their modeling of groundwater flow and

20   contaminant transport?

21        A.    My criticism is only on how those tools

22   were used to construct, calibrate and evaluate the

23   uncertainty analysis of these models to be used

24   for the calculations intended in the analysis.

25        Q.    Your criticism is not on the choice of

1   those models, fair?

2        A.   On the tools.  Let's be very careful.

3   I'm saying MT3D and MODFLOW are great tools to be

4   used in our field for these calculations.  How

5   they're used is what's in question at times.

6        Q.   And your criticisms of how ATSDR used

7   MODFLOW and MT3DMS, your standards on what they

8   should have been done and not done, would you

9   apply those same standards to the work that you do

10  for your clients?

11       A.   Every situation is different.  So you

12  can never compare two models side by side unless

13  they're exactly the same, they use the same data,

14  they use the same -- they have the same

15  objectives.  Every time is different and has to be

16  judged on its own merit.

17            So the general standards about how well

18  one calibrates a model, for example, is something

19  that -- there's some general standards, but then

20  every situation is different.  So you cannot apply

21  the same metric to two models.

22       Q.   But there are very some standards on how

23  one should calibrate a model; fair?

24       A.   I believe there are.

25       Q.   You'd apply the same standards to your

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    work as you'd apply to ATSDR; fair?

2         A.   We have to look specifically at two

3    situations, and I think offer an opinion on that.

4         Q.   Let me ask you this:  In your field, are

5    there standards that are written about how to

6    calibrate a groundwater flow and fate and

7    transport model?

8         A.   There are guidelines on how to construct

9    and calibrate a model, yes.

10        Q.   Where are they?  Can you identify them?

11        A.   We have several standards like ASTM

12   standards.  We have the USGS guidelines on

13   constructing the groundwater flow model.  These

14   are the ones that I can think of, off the top of

15   my head.  These standards, however, are generally

16   enough to provide a blanket statement as to how

17   things need to be done.

18             But, like I said, there are no specific

19   metrics that come with the standard that say, and

20   this is how it's done, you have to follow this

21   guideline, that guideline.  But again, every

22   situation is different.

23        Q.   What do you mean there are no specific

24   metrics?

25        A.   Like what is a calibration standard.

1      Q.    There's no specific calibration

2    standard?

3      A.    There's no metric that says if you are

4    within that range, for example, you have a good

5    model; if you're in that range, you're not.

6      Q.    And that's true in your field of

7    groundwater modeling and hydrogeology; correct?

8      A.    I believe so, yes.

9      Q.    In your CV, it says that you've used

10   in-house enhanced versions of MODFLOW and MT3DMS.

11          What does that mean that you have

12   enhanced versions, in-house enhanced versions?

13     A.    At SSPA we have been using these codes

14   not as black box.  In other words, we have experts

15   that have contributed to the development of these

16   codes.  And since these codes are not proprietary

17   like other experts in the field, we can go into

18   the code and tweak it at times to do certain

19   things that maybe the code doesn't do it in the

20   way that is suitable for a particular problem.

21          In many cases, that becomes an

22   additional package, let's say, that people call

23   for using with MODFLOW.  These are presented at

24   conferences, papers, and often they become

25   standard packages that are used in new versions of

1    the code.

2         Q.   So any of the enhanced versions of

3    MODFLOW and MT3DMS that are in-house, have those

4    been published?

5         A.   An example that comes to mind is this --

6    I don't think I have the paper there -- where we

7    edited MT3D to allow for the recirculation of

8    water that comes out of a treatment plant, from

9    extraction wells, into the treatment plant, and

10   back to injection wells to make sure that we

11   properly simulate the recirculation of

12   contaminants in the aquifer.  And that's a package

13   we developed first as an in-house tool to use for

14   our own calculation purposes.  And later on that

15   also became a package and a tool that is now

16   available in the newer versions of MODFLOW and

17   MT3D.

18        Q.   So it's been published in a journal?

19        A.   Yes.  And it's included also in the

20   instructions manual of the newer versions of the

21   code.

22        Q.   Are all of the enhanced versions,

23   in-house enhanced versions of the MODFLOW and

24   MT3DM at SSPA, have they all been published and

25   peer reviewed?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1       A.    No.

2       Q.    Would you characterize your in-house

3    enhanced versions of MODFLOW and MT3DMS as custom

4    methods?

5       A.    Sometimes we have customized approaches,

6    yes.  The work that that I have been involved in,

7    those customized methods have been documented,

8    benchmarked and they have also been published,

9    like the one I just mentioned.

10      Q.    All of them have been published?

11      A.    The ones that I can speak of.

12      Q.    What do you mean the ones you can speak

13   of?

14      A.    The ones that I've worked on, that I'm

15   familiar with.

16      Q.    Does SSPA have any proprietary enhanced

17   versions of the groundwater models?

18      A.    There was a time that a version of MT3D

19   was developed as proprietary, and I think for

20   sometime it was something that we were offering.

21   I'm not sure that that's the case anymore.  It's a

22   very old version of the code anyway.  It was

23   included in some modeling interfaces, for example,

24   as is a version of choice, of course, documented,

25   benchmarked and all that.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1              I don't think we offer anything.

2      Everything we have as part of the software we

3      develop is always open source and available for

4      people to use.

5              Q.    What do you mean benchmarked?

6              A.    Benchmarking is the process where

7      analytical methods, equations and other forms of

8      performing a calculation are used to compare the

9      results of this modified version to those accepted

10     expressions of condition in the field and how we

11     calculate that condition to make sure that code

12     matches the results of the analytical solutions,

13     for example, making sure of their accuracy.

14             Q.    What's the longest time, looking

15     forward, the longest time you've predicted

16     contaminant fate and transport using modeling?

17             A.    You mean any on project I ever worked

18     on?

19             Q.    Yes.

20             A.    They're very different timeframes, from

21     a few years to many years.

22             Q.    Many years, decades?

23             A.    Yes.  In some cases, yes.  But, of

24     course, let's not forget that these calculations

25     all come with the necessary disclaimers regarding

1    the uncertainty or what underlie these

2    calculations so it's always perfectly clear what

3    exactly they represent or what their intended

4    purpose is, by the way, which is equally

5    important.

6         Q.    Have you used models to generate

7    concentrations in monthly time steps, meaning

8    concentrations of contaminants?

9         A.    That has been part of calculations that

10   I've performed.  But that was something that was

11   done in the past.  There were some predictions at

12   times.  Again, the framework of these calculations

13   is important.

14        Q.    But you have predicted in the future

15   contaminant concentrations in monthly time steps;

16   right?

17        A.    As a prediction?

18        Q.    Yes.

19        A.    Yes.  And that was part of potential

20   plume migration as part of an analysis to give a

21   sense of what should be expected in a remediation

22   project so that decisions could be made on how

23   exactly to operate wells to contain that plume.

24        Q.    Is that at the Hanford site?

25        A.    That's an example of that, yes.

1      Q.   Have you done it at other sites?

2      A.   I can't recall the time stepping of

3   predictions at other sites, but I have done

4   predictive modeling, yes, as part of remediation

5   projects to guide the remediation process and make

6   decisions on the design of the extraction wells,

7   for example, how much they need to pump, and then

8   use that information then to see how it compares

9   with data collected afterwards, see whether the

10  predictions are good enough or update them where

11  there is a disconnect between what the model

12  suggested and what the data indicated later on.

13     Q.   Have you ever performed a historical

14  reconstruction or hind casting using groundwater

15  modeling?

16     A.   Hind casting is a very general

17  description, term.  We have developed models to

18  simulate conditions in the past and perform

19  calculations using those results, yes.  But the

20  framework, again, is something that needs to be

21  discussed.  Not every hind casting work is the

22  same.

23     Q.   Which projects have you done hind

24  casting on?

25     A.   Hanford work is behind casting.  By that

1    I mean that we went back in time and looked at the

2    conditions in the aquifer, plume migration in the

3    past.  We have done that for Hanford.  I've done

4    that for other projects, looking in the last 20,

5    25 years and migration of a plume in the aquifer,

6    looking at data that would inform and the model

7    construction and the model calibration.

8        Q.    I want to ask you some more questions

9    about Dr. Pinder, your thesis advisor for your

10   Ph.D.

11            Are you aware that Dr. Pinder performed

12   hind casting for a model that was prepared for

13   litigation regarding PCE contamination?

14       A.    I'm not sure which one you're referring

15   to.

16       Q.    Are you aware that Dr. Pinder was the

17   plaintiff's expert in the Woburn case?

18       A.    Yes.

19       Q.    And he performed hind casting for

20   Woburn, didn't he?

21       A.    He looked at, yes.  He used groundwater

22   modeling to perform some calculations concerning

23   past conditions.

24       Q.    And he did that in order to do a few

25   things.  He did that in order to determine whether

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    the PCE contamination could reach certain

2    groundwater wells; right?

3         A.   I believe the issue in that case was to

4    determine whether certain wells were impacted by

5    one or another source.

6         Q.   And also when they were impacted; right?

7         A.   I'm not sure about that.  I think the

8    main issue was which sources contributed to which

9    wells.  I do not recall the specifics of when.

10        Q.   We'll get to that in a minute.  So you

11   agree that the case, the Woburn case, Woburn,

12   Massachusetts, it involved TCE contamination

13   wastes that had been dumped on the ground by

14   different industries?

15        A.   That is right.

16        Q.   Just to be clear, you did discuss the

17   Woburn case in your expert report in this case;

18   right?

19        A.   I mentioned the general framework of

20   that with respect to how it compares to Camp

21   LeJeune.

22        Q.   So the plaintiffs in the Woburn case

23   claim that they had developed cancer, that they

24   had developed leukemia from drinking contaminated

25   well water; right?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1       A.    Yes.

2       Q.    By the way, did you work with Dr. Pinder

3    on the Woburn case?

4       A.    No, I did not.

5       Q.    Had that happened before you were there?

6       A.    That happened before, yeah.

7       Q.    Did you ever talk to Dr. Pinder about

8    Woburn?

9       A.    There were very general discussions

10   about the Woburn case, but never a detailed one on

11   exactly how work was done.

12      Q.    So did you ever review Dr. Pinder's

13   modeling work for Woburn?

14      A.    No, I did not.

15      Q.    Did he mention Woburn in his teaching?

16      A.    Woburn was a very known case at the

17   time.  There was a movie I think at the time as

18   well.  But under the very general terms.  We never

19   went into details as far as I can remember.

20      Q.    But you learned how to do groundwater

21   modeling from Dr. Pinder; right?

22      A.    Among others, yes.

23      Q.    And did he teach hind casting or

24   historical reconstruction?

25            MR. ANWAR:  Object to form.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          THE WITNESS:  I'm not sure how to answer

2    that question.  Part of the things that I learned

3    with him was how to construct the model, how to

4    calibrate a model and use it also as a management

5    tool.

6    BY MS. BAUGHMAN:

7          Q.   Just to be clear, you're offering an

8    opinion in this case about the differences between

9    Woburn and Camp LeJeune; right?  You've commented

10    on that in your report?

11          A.   The comment that I made in my report --

12          Q.   Try to answer my question.  You are

13    comparing Woburn and Camp LeJeune in your report;

14    right?

15          A.   In my report I'm offering a comparison

16    between the two with respect to the level of

17    detail and the kind of results that we're getting

18    from the ATSDR models in Camp LeJeune versus the

19    different approach or results that are produced by

20    the Woburn case model.

21          Q.   Have you reviewed the Woburn case model?

22          A.   I have not reviewed the model itself.

23          Q.   Did you review Dr. Pinder's testimony in

24    that case?

25          A.   No, I did not.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      Q.   He was deposed for many days, and he

2   testified at trial.  Did you review any of that

3   testimony?

4      A.   No, I did not.

5      Q.   Have you reviewed his expert report,

6   Dr. Pinder's report in Woburn?

7      A.   No, I did not.

8      Q.   Do you know whether Dr. Pinder used a

9   groundwater model to demonstrate that water

10  contaminated with PCE reached water wells in

11  Woburn?

12           MR. ANWAR:   Object to form.

13  BY MS. BAUGHMAN:

14     Q.   Do you know whether he did that?

15     A.   He did determine or he offered an

16  opinion on which sources contributed contamination

17  to which wells.

18     Q.   Using groundwater modeling?

19     A.   That is correct.

20     Q.   Are you aware that there was no sampling

21  data of groundwater or well water prior to 1979,

22  which was when the wells had been discovered to be

23  contaminated?

24     A.   I do not recall the dates on when

25  monitoring data were available.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      Q.   Well, let me just ask this.  For

2   Dr. Pinder's work, did he have available to him

3   past groundwater and well water contamination

4   data?

5           MR. ANWAR:  Object to form.

6           THE WITNESS:  Again, I do not recall

7   when he had data available to construct his

8   models.

9   BY MS. BAUGHMAN:

10      Q.   So for your opinion in this case in

11   comparing Woburn to Camp LeJeune, you don't know

12   how the amount of data compared, like what

13   Dr. Pinder had versus what ATSDR had; fair?

14      A.   The comparison that I made was --

15      Q.   I want you to answer my question.  Can

16   you tell us the difference between the past, the

17   historical groundwater and well water

18   contamination data, how that compared, Camp

19   LeJeune versus Woburn?

20           MR. ANWAR:  Object to form.

21           THE WITNESS:  Again, I'm not sure that I

22   can do that, but that was not the opinion I

23   offered in my --

24           MR. ANWAR:  Let him finish.

25           THE WITNESS:  That is not the opinion

1    that I offered in my expert report.  Therefore,

2    that is somewhat irrelevant to what I said there

3    and the comparison I made.

4    BY MS. BAUGHMAN:

5        Q.    That's your opinion.  I'm going to ask

6    you questions about it.  In 1979 it was discovered

7    that the Woburn wells, two of them, were

8    contaminated with PCE; correct?

9        A.    That is possible.  I do not recall the

10   details.  So I cannot opine on an analysis that

11   was done for a different project with different

12   data that were not part of what I reviewed as part

13   of my opinions for this project.

14       Q.    Can you tell me anything about the

15   amount of data Dr. Pinder had available to him in

16   terms of concentrations to do his modeling work in

17   Woburn?

18       A.    I cannot do that today.

19   BY MS. BAUGHMAN:

20           MR. ANWAR:  Laura, whenever you're at a

21   good place.  We've been going for about an hour.

22           MS. BAUGHMAN:  Let me try to get through

23   this.

24   BY MS. BAUGHMAN:

25       Q.    What did you review about Woburn to

1    offer your opinions about Woburn in this case?

2         A.   Mr. Maslia offered a summary of the work

3    that was done in different studies that he

4    considered similar to the Camp LeJeune case.  And

5    there, even from that summary, it was obvious and

6    again from additional opinions that Mr. Maslia has

7    offered over time, that the work at Camp LeJeune

8    was different from all of them and the fundamental

9    part that it was all novel, complex and the level

10   of detail in the results that it produced was

11   something unprecedented in that sense.

12        So there may similarities with other

13   work on certain aspects of the different studies

14   or projects.  But this one was unique.  And that

15   was the whole point of my opinion, that the

16   uniqueness of the modeling work done here cannot

17   be compared with the other studies.

18        The fact the Camp LeJeune models

19   calculate monthly concentrations at the treatment

20   plant is something that the other analysis that he

21   provided as examples did not do and for the

22   timeframe that that was done.  So this is where my

23   critique is primarily based on.

24             MS. BAUGHMAN:  I'm going to object to

25   that answer as nonresponsive.

1    BY MS. BAUGHMAN:

2        Q.    The question I asked you, which I'll ask

3    you again, what materials did you review about

4    Woburn to offer an opinion about how Woburn

5    compares to Camp LeJeune?

6        A.    I reviewed the material that Mr. Maslia

7    provided in offering that comparison between his

8    work and the work that others have done.

9        Q.    So you reviewed Mr. Maslia's expert

10   report about Woburn.

11       A.    Yes.

12       Q.    Did you review anything else to offer

13   your opinion about the comparison of Woburn to

14   Camp LeJeune other than Mr. Maslia's report in

15   this case?

16       A.    It was not relevant for the work that I

17   was doing.  So, therefore, I did not.

18       Q.    Just a couple more questions.  Then

19   we'll take a break.

20             Can you tell me how far back in time the

21   wells at Woburn operated that Dr. Pinder offered

22   his analysis on?  In other words, how long were

23   those wells operating?

24       A.    I cannot do that.

25       Q.    How far back in time did Dr. Pinder

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    model?  From when the contaminants were disposed

2    of until the alleged contamination, what was that

3    timeframe?

4        A.   You're asking me questions about a case

5    that I did not review because it is irrelevant to

6    the opinion that I'm offering here regarding the

7    criticisms on this model.

8        Q.   But you've talked about Camp LeJeune and

9    the fact that it went back 30 or 40 years.  And

10   that's one of your criticisms, that there weren't

11   data that far back.

12            So I'm just asking when you're comparing

13   Woburn to Camp LeJeune, how far back did Woburn go

14   in the hind casting?

15       A.   I do not know that.  But again, it is

16   irrelevant to my criticism of Camp LeJeune because

17   I have specific comments with respect to how the

18   work was done for Camp LeJeune.

19       Q.   You can't tell us today how far back

20   Dr. Pinder modeled, can you?

21       A.   No, I cannot.

22       Q.   Did Dr. Pinder have concentration

23   measurements that he could use to calibrate his

24   model?

25            MR. ANWAR:  Object to form.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          THE WITNESS:  I am not familiar with the

2     details of that work to answer that question.

3     BY MS. BAUGHMAN:

4          Q.   Did Dr. Pinder have available to him

5     historic concentrations of the contaminant that

6     had been dumped by any of the industries that were

7     at issue?

8          MR. ANWAR:  Object to form.

9          THE WITNESS:  I do not know the details

10    of that work to answer this question.

11    BY MS. BAUGHMAN:

12         Q.   Do you know whether Dr. Pinder performed

13    calculations and modeling to determine how long it

14    would take the PCE to reach the water wells at

15    issue in the Woburn case?

16         A.   I do not recall that.

17         Q.   You don't know.  Do you know what

18    opinions Dr. Pinder actually did reach?

19         MR. ANWAR:  Object to form.

20         THE WITNESS:  No.  I did not remember

21    that, the details of that, no.

22    BY MS. BAUGHMAN:

23         Q.   Do you know whether Dr. Pinder used

24    historical reconstruction to prove that

25    individuals had been exposed to PCE?

GOLKOW TECHNOLOGIES

ALEXANDROS SPILIOTOPOULOS, PH.D.

1                    MR. ANWAR:  Object to form.

2                    THE WITNESS:  The only thing that I

3      can -- the only opinion that I can offer with

4      respect to that work was essentially what

5      Mr. Maslia provided as a comparison of different

6      cases.  And for this one he illustrated the fact

7      that the work that was done for Woburn was not

8      same as what was done at Camp LeJeune for the

9      level of detail that Camp LeJeune sought to

10     provide calculations.

11                   MS. BAUGHMAN:  I'm going to object as to

12     nonresponsive.

13                   THE WITNESS:  That's the extent of what

14     I know about the Woburn case or the other cases.

15                   MS. BAUGHMAN:  I'll object as to

16     nonresponsive.

17     BY MS. BAUGHMAN:

18          Q.    The extent of what you know about Woburn

19     is what you read in Mr. Maslia's expert report;

20     fair?

21                   MR. ANWAR:  Object to form.

22                   THE WITNESS:  He was the one that

23     provided the summary, and I commented on that

24     summary.

25

1    BY MS. BAUGHMAN:

2         Q.   The extent of what you know about Woburn

3    is what you read in Mr. Maslia's expert report; is

4    that true?

5              MR. ANWAR:   Same objection.

6              THE WITNESS:   Like I said, I'm not

7    familiar with the details of the Woburn case other

8    than what Mr. Maslia has provided in his summary.

9    BY MS. BAUGHMAN:

10        Q.   You didn't read anything about Woburn

11   for your opinion in this case other than

12   Mr. Maslia's expert report; is that true?

13             MR. ANWAR:   Object to form.

14             THE WITNESS:   It was not necessary for

15   the opinions that I offered in this case.

16             MS. BAUGHMAN:   Object as nonresponsive.

17   BY MS. BAUGHMAN:

18        Q.   You're not answering my question.

19             Whether you think it's necessary or not,

20   did you read anything about Woburn to offer your

21   opinion in this case other than Mr. Maslia's

22   expert report?

23        A.   I do not recall reading anything in more

24   detail about the Woburn case.

25        Q.   You don't know how detailed Dr. Pinder's

1    historical reconstruction was because you didn't

2    review it, did you?

3              MR. ANWAR:  Object to form.

4    BY MS. BAUGHMAN:

5         Q.   You didn't review any of that modeling

6    work, did you?

7              MR. ANWAR:  Object to form.

8              THE WITNESS:  I don't know how I could

9    have reviewed their modeling work.

10   BY MS. BAUGHMAN:

11        Q.   Did you read any publications about

12   Woburn to offer your opinion?

13        A.   What do you mean by that?

14        Q.   Anything that's been published in the

15   literature.

16        A.   I have not reviewed the Woburn case at

17   that level of detail.

18        Q.   Mr. Maslia cited some publications about

19   Woburn.  Did you read those?

20        A.   I did not read any publication that

21   Mr. Maslia offered.  I looked at his summary

22   and...

23        Q.   In his report?

24        A.   That he provided in his report, yes.

25        Q.   And that's it?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          A.    That is correct.

2                MS. BAUGHMAN:  We can take a break now.

3                THE VIDEOGRAPHER:  Off the record at

4     10:48.

5                (Recess from 10:48 a.m. to 11:06 a.m.)

6                THE VIDEOGRAPHER:  On the record at

7     11:06.

8     BY MS. BAUGHMAN:

9          Q.    Dr. Spilotopoulos, have you ever worked

10    on a project that had as its goal determining or

11    measuring human exposure to contaminants?

12         A.    I have not.

13         Q.    Has anyone to your knowledge from S.S.

14    Papadopulos worked on such a project?

15         A.    I do not know.

16         Q.    Have you ever worked on behalf of people

17    who've been exposed to contaminants in water or

18    air or soil?

19         A.    Not that I can think of, no.

20         Q.    We mentioned a few times your work at

21    Hanford.  Can you tell us what the Hanford site

22    is?

23         A.    Hanford is a federal site.  That's where

24    plutonium was enriched back in the '40s as part of

25    the Manhattan project.  There was a lot of

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    contamination.  It's a very large site, over 500

2    square miles, several nuclear reactors and

3    groundwater -- soil and groundwater contamination

4    resulting from different activities and a large

5    remediation site in the last few decades where

6    cleanup operations are taking place.

7        Q.    Are you still working on the Hanford

8    site, on the Hanford project?

9        A.    No, I am not.

10       Q.    When did you last work on it?

11       A.    As part of contracting work we did, I

12   think it was 2021 maybe, the last year we worked

13   as part of that project.

14       Q.    So in your CV, you said that you were

15   the technical lead and lead modeler for certain

16   parts of the Hanford site; is that true?

17       A.    That is true.

18       Q.    And part of your work for Hanford was to

19   develop and calibrate a groundwater flow and

20   contaminant transport model; right?

21       A.    Several groundwater models.

22       Q.    You did that to evaluate the migration

23   of hexavalent chromium and other contaminants in

24   the groundwater; right?

25       A.    Yes.

1      Q.    And your modeling work to model the

2   migration of hexavalent chromium in groundwater,

3   you used MODFLOW and MT3DMS for that?

4      A.    For most of the calculations we

5   performed with respect to modeling, yes.

6      Q.    We talked about it earlier.  One of the

7   papers you said was about fate and transport

8   modeling is -- I'll mark it as an exhibit.

9            (Spiliotopoulos Exhibit 3 was marked.)

10   BY MS. BAUGHMAN:

11      Q.    Our court reporter has marked as

12   Exhibit 3 a 2010 conference paper called

13   Groundwater Modeling in the Support of Remedial

14   Process Optimization:  Implementing a Developing

15   Conceptual Site Model into Comparative Remedy

16   Analyses; correct?

17      A.    That is right.

18      Q.    This is one of your papers that you

19   presented at a conference on contaminant fate and

20   transport; right?

21      A.    Yes.

22      Q.    And you're the author, you're lead

23   author of Exhibit 3?

24      A.    Yes.

25      Q.    And Exhibit 3, your 2010 conference

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    paper, describes model construction calibration

2    used to determine which remedial alternatives to

3    use at Hanford; fair?

4        A.   Yes.

5        Q.   On the first page, you describe the

6    remedial action objectives, in other words, the

7    objectives you were trying to reach in doing the

8    modeling; right?  You were trying to protect the

9    aquatic receptors, this first one.  That means

10   fish and aquatic organisms; is that right?

11       A.   Yes.

12       Q.   You were also trying to protect human

13   health by preventing exposure to contaminants in

14   groundwater; right?

15       A.   These are the action objectives for the

16   project, yes.

17       Q.   The third was to provide information

18   that will lead to a final remedy; right?

19       A.   Correct.

20       Q.   The goal there is actually -- the remedy

21   is like to clean up the contamination in the

22   groundwater, right, to at least to an acceptable

23   level?

24       A.   Contain or clean up.  It depends on the

25   situation.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      Q.   I'm looking at the second page, and it's

2   not numbered, but the second page of your 2010

3   conference.  That first full paragraph says,

4   "Groundwater flow and contaminant transport

5   modeling was performed to support the calculation

6   of appropriate pumping rates for injection and

7   extraction wells to achieve the remedial process

8   optimization objective."

9           So that's what you did.  You did this

10  modeling to try to achieve remediation goals;

11  right?

12     A.   Yes.

13     Q.   On page 2, it does say that MODFLOW is

14  used for the groundwater model; right?

15     A.   Yes.  We developed -- we used MODFLOW

16  from the groundwater flow model, yes.

17     Q.   And also MT3DMS, it says right there on

18  page 2, was used to simulate the contaminant plume

19  migration; right?

20     A.   Yes.

21     Q.   The primary contaminant you were

22  modeling is chromium 6?

23     A.   Correct.

24     Q.   And you modeled chromium 6 using monthly

25  periods; right?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1         A.    Monthly stress periods, yes.

2         Q.    Forward and backward?

3         A.    That was for model calibration, yes, and

4   I believe, if I remember correctly -- I have to go

5   back and see the calibration.

6               The model was looking at how we can

7   develop a pump-and-treat configuration to contain

8   the plume and clean it up to required

9   concentration levels.

10        Q.    So you did do predictive modeling then;

11  right?  You looked into the future to see, well,

12  if you use this remediation versus that

13  remediation, which one is going to be the best way

14  to clean up and contain the contamination; right?

15        A.    Yes.

16        Q.    So you did do predictive forward

17  modeling; right?

18        A.    Correct.

19        Q.    In monthly time steps?

20        A.    Yes.

21        Q.    And you did backwards in time?

22        A.    Yes.  We calibrated the model to past

23  data.

24        Q.    Did you have past data on chromium in

25  the groundwater?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1        A.    Yes.

2        Q.    How far back?

3        A.    More years than even the model was

4    calibrated for.

5        Q.    On the fourth page -- let me ask you a

6    general question.  You didn't have site time

7    specific data for all of the parameters for this

8    model; right?

9        A.    Actually at Hanford, there were plenty

10   of site-specific data to be used because there

11   were several analyses that were done to calculate

12   these parameters.

13            MS. BAUGHMAN:  I'm going to object as

14   nonresponsive.

15   BY MS. BAUGHMAN:

16       Q.    You did not have site-specific data for

17   all of the parameters that you used in your

18   groundwater modeling in Hanford, did you?

19            MR. ANWAR:  Object to form.

20            THE WITNESS:  Which parameters would you

21   refer to?

22   BY MS. BAUGHMAN:

23       Q.    Let's look at their paper on page 4

24   where it says Parameter Values - Model

25   Calibration.  Do you see that heading?

1      A.    Yes.

2      Q.    The second sentence says, "In

3  particular, values for some of the boundary

4  conditions and aquifer parameters were estimated

5  through a combined manual and automated

6  calibration process."

7            Do you see that?

8      A.    Yes.

9      Q.    So you did have to estimate some

10  parameters.  You didn't have data for all of them,

11  did you?

12     A.    But this refers to the distribution of

13  these parameters in the aquifer, which is part of

14  the model calibration process based on available

15  site-specific data.  An example of that is

16  hydraulic conductivity distribution.  In any model

17  we do not have values everywhere in the model

18  domain, we have to estimate them.  The question is

19  whether we have available data to do so.

20     Q.    Let's look at the next paragraph.  The

21  second sentence, you wrote, "The model was

22  calibrated to data from throughout CY2018."

23            Do you see that?

24     A.    CY2008.

25     Q.    That means the year 2008.  Okay.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1        Now, what data -- if you look up above
2    at the very top of the page, that's talking
3    about -- from previous page to that page -- it
4    says, "The stress periods correspond to monthly
5    average river stages representing the time varying
6    river stage for the period January 1, 2008 through
7    December 31, 2008.  It is assumed that these
8    conditions are representative of the typical
9    conditions in the field and that future conditions
10   will not vary."
11        Do you see that?
12   A.   Yes.
13   Q.   And then going down below, it says, "The
14   model was calibrated to data from throughout
15   CY2008."
16        Did you have chromium 6 concentrations
17   or just the flow concentrations to calibrate?
18   A.   There were water level data available,
19   and there were chromium 6 available data.  And I'm
20   just highlighting two key inputs to the model that
21   were used for the model calibration.
22   Q.   The next sentence says, "No formal
23   calibration statistics were calculated to
24   determine the goodness of fit of the model results
25   to the measured data."

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          Did I read that correctly?

2      A.   That is correct.

3      Q.   Is that true?

4      A.   That's what it says there.  It's 15

5  years ago.

6      Q.   What's a calibration statistic?

7      A.   Usually it's the root mean square error

8  or something that calculates the difference

9  between observed and simulated values.

10     Q.   How you don't know if observed and

11 simulated values match if you don't do

12 calculations?

13     A.   Well, there are different ways of

14 looking at model calibration, and that is

15 sometimes using the statistic and sometimes it's

16 using visual calibration, for example, when you

17 look at hydrographs of water levels or

18 concentrations over time to see how well you fit

19 the data.

20     Q.   So looking at visuals or hydrographs to

21 determine how well data fits for calibration,

22 that's an appropriate methodology?

23     A.   That's a methodology.  It depends on the

24 number of data available to do that.

25     Q.   You used that methodology in Hanford?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      A.    I will have to go back.  I cannot recall

2   exactly what the specifics were, what the data we

3   used for that one.  Again, like I said, it was 15

4   years ago.

5          We have developed models for a much

6   longer period of time with lots of data.  We have

7   calculated calibration statistics.  It's in the

8   reports that we have published for Hanford.  So

9   this is just one example where a specific

10  calculation was performed.  And that was a scoping

11  in calculation based on limited data apparently if

12  we're looking for one year.

13      Q.    You then said in that same paragraph,

14  "In addition, maps of water level contours

15  calculated by the model were compared to contours

16  included in published reports."

17          So that's another way of doing

18  calibration, right, comparing the maps?

19      A.    Again, that was a limited calibration

20  process based on limited data available at the

21  time as far as I recall.  At that time the

22  conditions in the K area were being under

23  development.  The remediation scheme was evolving.

24  There were a few wells in place, and they were

25  planned on adding more.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          So that was a scoping calculation with

2    respect to what we could expect for the

3    contaminant migration to be and what it would take

4    to capture that plume.  That was a two-dimensional

5    plume model as far as I remember.  So it was in

6    the very early stages of the design process.  This

7    was, by no means, a regress calibration of the

8    model.

9          Q.   So for your modeling of chromium 6 at

10   Hanford, did you have a calibration target for the

11   chromium?

12         A.   You mean for this particular

13   application?

14         Q.   Well, the idea was that you did modeling

15   of chromium 6 predict inned the future, right, to

16   determine the best remediation strategy; right?

17         A.   Yes.

18         Q.   And you say that you calibrated the

19   model with chromium 6 data; right?

20         A.   Correct.

21         Q.   What was calibration target?

22         A.   There wasn't a single calibration target

23   because the dataset was too small for that.  This

24   was again a visual qualitative calibration of the

25   model because there were not enough data for us to

1    use for a rigorous calibration.

2            So again, this model was created with

3    best information available at the time to be used

4    as a scoping calculation for how the remediation

5    system could be designed.

6        Q.   Not just how it could be designed.  You

7    made recommendations to the federal government on

8    how to design their remediation at Hanford based

9    on this model; right?

10       A.   Well, there are additional dimensions to

11   this.  This is only one part of the process at the

12   time that used this modeling to estimate what the

13   migration could be.  As part of that effort,

14   there's also recommendations for monitoring to

15   collect additional data and see whether these

16   predictions can be accurate so adjustment to the

17   remediation scheme can be performed.

18       Q.   Well, we're going to look through the

19   paper.

20            You agree with me that you and your

21   colleagues made recommendations based on this

22   model at the time in 2010 on what to do to meet

23   2012 and 2020 goals on remediation.  You used the

24   model to do that then; right?

25       A.   That was preliminary estimates that they

1    were developed using a scoping calculation and a
2    model that was calibrated to limited data at the
3    time to guide the remediation process.  The
4    recommendations that came out of this were
5    essentially suggesting that wells could be placed
6    at several locations to start containing the
7    plume.

8            But there is a lot more that goes with
9    it, which is monitoring program, collection of
10   additional data and adjustments to the remediation
11   effort, which has happened over the year since
12   then.

13        Q.   Turn to -- I know you don't have numbers
14   on yours, but toward the end, there's a Results
15   and Discussion section.

16            Do you see that?

17        A.   Yes.

18        Q.   Under Results and Discussion, you've
19   written, "The proposed design for attainment of
20   the 2012 and 2020 goals consist of the following
21   as a minimum."

22            And you have six bullet points of
23   recommendation of your proposed design; correct?

24        A.   Correct.

25        Q.   And that proposed design includes, among

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    other things, 40 new -- I'm sorry -- yeah, 40 new

2    extraction/injection wells in the 100-H area and

3    30 new extraction/injection wells in the 100-D;

4    correct?

5         A.    Correct.

6         Q.    So at least 70 new wells among other

7    recommendations you were making at the time;

8    correct?

9         A.    Yes.

10        Q.    And that based on this model that we're

11   talking about right now with the information you

12   had available at that time; correct?

13        A.    That was an initial proposal, yes.

14        Q.    And the modeling that you did to make

15   that proposal, you just -- you didn't have a

16   calibration target, right, for your chromium 6

17   model?

18        A.    There were not sufficient data to do

19   that.  Again, this was a design effort to start

20   the remediation process and provide a framework

21   for developing the remediation scheme, which was

22   further updated in years to come.

23              In fact, this model here was just the

24   basis for what became a much more expensive model

25   after that, multiple layers.  There was additional

1    efforts in more recent years to do more focused

2    modeling and refine the process.  So this is just

3    a snapshot of the work that was done to design the

4    remedial scheme.

5              MS. BAUGHMAN:  I'm going to object as

6    nonresponsive to everything after the initial

7    first sentence of the answer.

8    BY MS. BAUGHMAN:

9         Q.    Let me go back to the page 4 and the

10   parameter values model calibration.

11             When you're talking about these contours

12   that you used --

13        A.    I'm sorry.  Can you give me a second to

14   go back there?

15        Q.    Talking about the water level contours

16   that were calculated and compared to contours in

17   published reports.  Were calculations done

18   regarding the goodness of fit of those contours?

19        A.    No.  That wouldn't be meaningful at the

20   time because the monitoring network at the time

21   was very limited.  So there were only a few data

22   available.  On the basis of that, water level maps

23   were created using interpolation methods, for

24   example, as an interpretation of these data across

25   a much larger are and the model attempted to get

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    as close to these water levels as possible so we

2    can have some confidence that the model is

3    representative to some extent to the limited data

4    available.

5        Q.   With respect to chromium 6 at the time,

6    what method did you use to determine whether your

7    predictive model values reasonably fit measured

8    data?

9        A.   The predicted values could not match

10   data because there were no data available at the

11   time.  This was a predictive calculation to

12   determine whether the limited information

13   available at the time and dissolved chromium plume

14   that was delineated on the basis of these limited

15   data, where it was possible to migrate to and what

16   would be needed to contain that plume.  That was

17   the level of effort at the time.

18       Q.   So you didn't have data to measure what

19   your predictions -- to say whether your

20   predictions would be accurate; fair?

21       A.   I could not have data from the future to

22   evaluate whether my predictions were correct.

23   That came afterwards, and adjustments were made to

24   the design on the basis of these new data.

25       Q.   So had you calibrated at this time, in

1     2010, your chromium 6 with past chromium data?

2          A.   We had very limited data over a short

3     timeframe as wells were installed, and data were

4     collected.  Those provided the basis of limited

5     interpretation of the extent of contamination in

6     the aquifer.  On the basis of that limited

7     interpretation we were asked to evaluate the plume

8     migration in the future knowing, of course, that

9     additional data would be collected in the future

10    and those calculations would be updated.

11         Q.   But at that time in 2010, what analysis,

12    what method did you use to determine how -- let me

13    ask you this:  Had you done a sensitivity analysis

14    or an uncertainty analysis with regard to your

15    predictions of chromium 6 levels with a different

16    remediation?

17         A.   Well, actually an uncertainty analysis

18    has been done.

19         Q.   No, at this time in 2010.  That's what

20    I'm asking.  Had it been done then?

21         A.   That's what I'm providing.  Yes.  During

22    that time, not presented in this paper, a

23    sensitivity and uncertainty analysis was done to

24    see based on the limited information available

25    what could be possible plume migrations and what

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    the remediation system could do to contain that

2    plume migration in the future based on the limited

3    data available.  And, in fact, a sophisticated

4    uncertainty analysis was done at the time to do

5    that again with the data available at the time.

6              This is a scoping calculation that is

7    very common in what we could.  Based on limited

8    data, we're try to see what is possible to happen.

9    We do not determine what happens.  We evaluate

10   what is possible to happen.

11       Q.   Your testimony under oath now is that in

12   2010, you did an uncertainty analysis with respect

13   to the transport model for chromium 6.

14       A.   We did an uncertainty analysis that

15   evaluated the uncertainty of the hydraulic

16   conductivity fields that would impact plume

17   migration in the aquifer under the remediation

18   schemes.

19             MS. BAUGHMAN:  I'm going to object as

20   nonresponsive.

21   BY MS. BAUGHMAN:

22       Q.   I'm talking about your uncertainty

23   analysis with regard to your predictions of

24   chromium 6 distribution.

25             Did you do an uncertainty analysis for

1    that in 2010?

2         A.    Yes.  The uncertainty analysis we did

3    for the model looked at the uncertainty of the

4    hydraulic conductivity fields in the groundwater

5    flow model and the impact of that uncertainty in

6    the predicted concentrations in the aquifer

7    treatment system and the extraction wells.

8         Q.    Your uncertainty analysis focused on the

9    groundwater flow model; right?

10        A.    The uncertainty analysis looked at the

11   conduct activity fields and how those would impact

12   concentrations, yes.

13        Q.    That's the flow model, isn't it?

14        A.    That was the flow model, yes.

15        Q.    Not contaminant transport?

16        A.    No.  At the time, that was not the scope

17   of that evaluation.

18        Q.    So at the time in 2010, you had not done

19   an uncertainty analysis regarding contaminant

20   transport; fair?

21        A.    We looked at the uncertainty of the

22   transport simulations because of the variability

23   in the hydraulic conductivity fields.

24             MS. BAUGHMAN:  I'm going to object as

25   nonresponsive because I don't think you're

1    answering the question.

2    BY MS. BAUGHMAN:

3        Q.    Did you do a history matching with

4    regard to chromium 6 concentrations for your

5    modeling in 2010 at Hanford?

6        A.    For this modeling it was impossible to

7    do because we had very limited data.  We have done

8    a lot more modeling work that goes back in time

9    and covers 10 or 15 years of available data for

10   history matching.

11           MS. BAUGHMAN:  Object as nonresponsive

12   everything after "it was impossible to do."

13   BY MS. BAUGHMAN:

14       Q.    I understand what you're saying, because

15   you're saying you did it then you didn't do it.

16           At the time in 2010 when you made these

17   recommendations regarding the remediation strategy

18   model, had you done history match for chromium 6

19   concentrations?

20       A.    This particular model, the only thing

21   that we looked at was one year's worth of data for

22   this scoping calculation.  I'm only adding that

23   there's a lot more modeling work that was done at

24   Hanford where we included history matching over a

25   long period of time.

1          MS. BAUGHMAN:  Object as nonrsponsive.

2     BY MS. BAUGHMAN:

3          Q.   Talking about this paper and the work

4     presented in this paper.  For what's presented in

5     this paper, was history matching done?  Had it

6     been done for chromium 6?

7          A.   No.  There was in history matching in

8     this model.  The conditions in 2008 was used as

9     initial conditions for the scoping calculations

10    with respect to the model, this particular model.

11         MS. BAUGHMAN:  I'll object as

12    nonresponsive to everything after "no."

13    BY MS. BAUGHMAN:

14         Q.   Back to the initial conditions issue in

15    a minute.  The modeling that you did that's

16    presented in your 2010 paper, you used one year of

17    data, like you said.  That was the flow data from

18    2008; right?

19         A.   Correct.

20         Q.   And you modeled 12 years into the

21    future; is that right?

22         A.   Yes.

23         Q.   On page 5, this page --

24         A.   Yes.

25         Q.   On number three on that page, you've got

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    the phrase "aquifer testing data are limited."  Do
2    you see that?
3          A.    Yes.
4          Q.    Do you know how many aquifer tests you
5    had at the time?
6          A.    I do not recall, but there were very
7    few.
8          Q.    I don't know how to pronounce this word.
9    Kriging?
10         A.    Kriging.
11         Q.    The paper describes under item number
12   four on this page, model calibration describes the
13   use of kriging for your model's hydraulic
14   conductivity; right?
15         A.    Correct.
16         Q.    Hydraulic conductivity, that's an
17   important parameter when you're simulating
18   groundwater flow; right?
19         A.    It is an important parameter.
20         Q.    Probably the most important one; right?
21         A.    I wouldn't say that.  It's very
22   important parameter.
23         Q.    My understanding is kriging is a
24   statistical method used to estimate values at
25   locations where data isn't directly available; is

1    that fair?

2         A.   Yes.  It's an interpolation technique.

3         Q.   So you estimated initial mean values for

4    the hydraulic conductivity using your limited

5    aquifer test data; is that right?

6         A.   That is correct.

7         Q.   That's because you didn't have hydraulic

8    conductivity data that covered the entire study

9    area?

10        A.   Of course.

11        Q.   And then those values were updated in

12   the calibration process; right?

13        A.   Yes, some calibration again based on the

14   limit data available at the time.

15        Q.   Just to be clear, you adjusted hydraulic

16   conductivity using model calibration; right?

17        A.   Correct.

18        Q.   And that's an appropriate methodology;

19   right?

20        A.   In general, yes.

21        Q.   Adjusting model parameters during the

22   calibration process, that's a standard practice in

23   groundwater modeling; right?

24        A.   We do adjust parameter values during

25   model calibration on the basis of input data that

1    we have available and calibration data.

2         Q.   The next page talks about this in the

3    second full paragraph about effective porosity and

4    a specific yield.  Those two parameters, you

5    determined those used model calibration as well;

6    right?

7         A.   Yes.  That is correct.

8         Q.   Then if you look at Contaminant

9    Transport Model, the heading on the page we're on

10   right now, do you do the heading Contaminant

11   Transport Model?

12        A.   Yes.

13        Q.   It says, "The migration of chromium 6 in

14   response to current and projected well operations

15   in the 100-HR-3 area was simulated to support the

16   remedial optimization process design for attaining

17   the 2012 and 2020 river protection and aquifer

18   cleanup goals."

19             Did I read that correctly?

20        A.   Yes, you did.

21        Q.   So you were using the contaminant

22   transport model in your projections to determine

23   the best remedial strategy; right?

24        A.   We used the groundwater flow model and

25   the contaminant transport model for scoping

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    calculations to see what kind of a design we

2    should have based on the limited information to

3    protect the river and provide aquifer cleanup, a

4    projection of aquifer cleanup.

5         Q.   So under the heading Contaminant

6    Transport Model, then the next subheading is

7    Initial Conditions for that Model; right?

8         A.   That's correct.

9         Q.   You used chromium 6 concentrations from

10   2008; correct?

11        A.   Yes.

12        Q.   And that was basically like your source

13   or mass loading.  Like that was how much is there

14   to figure out how to decrease it; right?  Initial

15   conditions your source loading for this model;

16   right?

17        A.   No.  There were no source loading in

18   this model actually.  This only considered the

19   delineated chromium 6 plume based on the limited

20   data available and being conservative with respect

21   to the concentrations we used so we don't

22   underestimate that plume size when we perform

23   these calculations.  That's why the maximum

24   concentrations were used.

25        Q.   And then it says here to attain the

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    initial conditions, you, in this second full

2    paragraph, you said use a stepwide procedure.

3    First, the quantile kriging used to obtain the

4    contours for chromium 6, right, and that would be

5    estimation based on your 2008 data; is that right?

6        A.    Correct.

7        Q.    Then it says, "The contours were

8    digitized and manually adjusted to reflect

9    institutional knowledge of the historical plume

10   migration and the local conditions affecting the

11   actual chromium 6 distribution in the aquifer."

12            Did I read that correctly?

13       A.    Yes.

14       Q.    So that means that manual adjustments to

15   your initial conditions of how much chromium 6 was

16   in the water were made based on professional

17   judgment; right?

18       A.    What we did, the data from 2008 included

19   a number of wells that were sampled during that

20   year.  Other wells were not sampled that year.

21   Therefore, if we only relied on the data from that

22   particular year, we would have missed known extent

23   of the plume from previous years through its

24   migration since it was first introduced in the

25   aquifer.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          So we used additional data to provide a
2   more conservative delineation of that plume so we
3   can make sure that in our design, we don't
4   underdesign the system and miss some of that mass.
5          Q.   It says here you made manual adjustments
6   to reflect institutional knowledge of the
7   historical plume migration under local conditions;
8   right?
9          A.   That is correct.
10          Q.   And those manual adjustments means you
11   went in and you added or changed the data; right?
12          A.   We enhanced data asset, yes.
13          Q.   That was based on professional judgment,
14   wasn't it?
15          A.   Yes.
16          Q.   Page 9, two pages forward, there's a
17   heading called Model Assumptions and Limitations.
18   Do you see that?
19          A.   Yes.
20          Q.   It's standard protocol when you write up
21   and you present a report of a model to present the
22   assumptions and the limitations of the model;
23   right?
24          A.   In general, yes.
25          Q.   A good practice in your field is that if

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    you're publishing or presenting a report on the

2    model, you would say what are the assumption of

3    this model and what are the limitation; right?

4          A.    Of course.

5          Q.    It's fair to say all groundwater models

6    include assumptions?

7                MR. ANWAR:  Object to form.

8                THE WITNESS:  That's a blanket

9    statement, yes.  In general, yes, that applies to

10   every model.

11   BY MS. BAUGHMAN:

12         Q.    All groundwater models have limitations?

13         A.    That is also correct.

14         Q.    One of your assumptions and limitations

15   was that that second bullet point, you said that a

16   sensitivity analysis should be performed regarding

17   a vertical no flow boundary.

18                Do you see that?

19         A.    Yes.

20         Q.    This publication doesn't mention any

21   sensitivity analyses that had been done.  Had a

22   sensitivity analysis been done for this model at

23   the time?

24         A.    This model was the springboard of the

25   modeling work that was done over several years.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    So that model evolved to a three-dimensional model

2    eventually with additional layers and all the

3    proper evaluations of the model sensitivity.

4        Q.   As of 2010, had you done your

5    sensitivity analysis?

6        A.   No.  That was not done.  That's why it

7    was included in there as an assumption and

8    limitation.

9        Q.   We already talked it.  If you turn to

10   two pages ahead, the Results and Discussion, that

11   Results and Discussion presents your

12   recommendations at the time of the remedial

13   strategy based on your modeling; right?

14       A.   Yes.  That is correct.

15       Q.   And you said at the bottom of that page,

16   "Given the modeling assumptions and limitations,

17   the calculated chromium 6 distribution at

18   different times in the future should be considered

19   relative estimates and not absolute predictions of

20   the actual plume migration patterns that will

21   prevail."

22            Did I read that correctly?

23       A.   Yes, you did because, we're highlighting

24   the fact that we didn't have enough information to

25   say with certainty that that would be plume

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    migration in the future.

2         Q.   At the time you had not done an

3    uncertainty analysis with respect to chrome 6;

4    right?

5              MR. ANWAR:   Object to form.

6              THE WITNESS:   Not as part of the work

7    that is presented right here.

8    BY MS. BAUGHMAN:

9         Q.   When you say that work that's presented

10   here in the paper that we've marked at Exhibit 3,

11   does it follow like proper model calibrations

12   practices?

13             MR. ANWAR:   Object to form.

14             THE WITNESS:   It did follow practices

15   that could be applied to the conditions presented

16   herein.  In other words, we did look at the

17   comparison of water levels, measured to calculate

18   it.  We used input data available.  And that

19   calibration stopped there because we didn't have

20   enough information to develop a very detailed

21   model.  And that's why this model was only used

22   for scoping calculations understanding the

23   limitations that were presented here.

24   BY MS. BAUGHMAN:

25        Q.   So your opinion is that whether proper

1    model calibrations practices have been done

2    depends on the case.  It depends on the model.

3         A.   It depends on the intended purpose of

4    the model, and it also depends on what data are

5    available to perform that calculation, and,

6    therefore, how confident you are in the calibrated

7    model that you have.

8         Q.   Is it also true that -- let me ask you

9    this:  Are there published standards in your field

10   on how to do an uncertainty analysis?

11        A.   Standards for performing an uncertainty

12   analysis?

13        Q.   Yes.

14        A.   There are various methods for performing

15   uncertainty analysis.

16        Q.   I mean, within your profession, is there

17   like a guideline or a standard where it says okay

18   this is how to do an uncertainty analysis for

19   groundwater flow and contaminant transport

20   modeling?

21        A.   Not that I'm aware of.

22        Q.   What about for sensitivity analysis, is

23   there a standard within your field that's accepted

24   that says this is how the sensitivity analysis

25   should be performed for groundwater flow and

1    contaminant transport modeling?

2        A.    I would have to go back and look at the

3    standard of calibration and see if sensitivity

4    analysis is mentioned.  However, sensitivity

5    analysis in many ways is a very standard approach

6    with respect to how we deal with it in our

7    profession.  We all follow the same approach, I

8    would say, to validate the sensitivity of the

9    different parameters.

10        Q.    But some models or some modelers might

11    evaluate sensitivity for two parameters or five

12    parameters or eight parameters.

13            Is there a guideline that says when you

14    model the transport of contaminants, you need to

15    or you must do a sensitivity analysis for these

16    specific parameters in this specific way?  Does

17    that exist?

18        A.    Not that I know of.  This is something

19    you evaluate on a case-by-case basis.

20        Q.    Were any of your proposed design methods

21    or alternatives implemented based on this work

22    that's presented in Exhibit 3?

23        A.    A lot of what is presented here in some

24    form or shape was actually implemented as an

25    interim remedy to initiate the containment of the

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    contaminant plume and start mass recovery from the

2    well, but it was enhanced over time based on

3    additional data that became available.

4              (Spiliotopoulos Exhibit 4 was marked.)

5    BY MS. BAUGHMAN:

6        Q.   Dr. Spilotopoulos, the court reporter

7    has handed you Exhibit 4 to your deposition.

8              Is Exhibit 4 your expert report that was

9    presented in this litigation?

10       A.   That appears to be the case, yes.

11       Q.   Is that your signature on the first

12   page?

13       A.   Yes.

14       Q.   Did you write this report?

15       A.   Yes, I did.

16       Q.   Did anyone assist you other than

17   counsel?

18       A.   No.  I wrote my report myself.

19       Q.   We'll get to the bills or the invoices

20   later, but I notice on the invoices from S.S.

21   Papadopulos, there are a lot of people who worked

22   on this project at your firm.

23             Are you saying no one helped you write

24   your report?

25       A.   No one helped me write my report.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      Q.   Does your report that we've marked as

2   Exhibit 4, does that contain all of the opinions

3   that you will testify to in this litigation?

4      A.   Yes.

5      Q.   And does your report contain the basis

6   and reasons for each of your opinions that you

7   will testify to in this litigation?

8      A.   At a different level of detail, yes.

9      Q.   What do you mean by "a different level

10  of detail"?

11     A.   Well, in many cases I provide an

12  opinion, and I offer a reason for that.  There is

13  underlying details.  None of them are listed at

14  that level of detail in my report.  There's a lot

15  that comes with it.  I provide an opinion that

16  describes the issue at hand and the critique that

17  I provide.  It doesn't have all the data or

18  everything I could say it.  If you ask me a

19  question, I will provide additional information.

20     Q.   Did you purposely leave out any data or

21  references that support any of your opinions in

22  Exhibit 4?

23     A.   No.  I did not I just provided the

24  description of my opinions and the critique on the

25  model.  But there's a lot that goes with it.

1          (Spiliotopoulos Exhibit 5 was marked.)

2    BY MS. BAUGHMAN:

3          Q.   Our court reporter has marked Exhibit 5

4    to your deposition, which is a one-page errata

5    sheet.

6               Are you familiar with that errata sheet?

7          A.   Yes.

8          Q.   So Other than the two corrections that

9    are identified in Exhibit 5, your errata sheet,

10   have you identified any other changes that you

11   wish to make to your report?

12         A.   Not at this time, no.

13              (Spiliotopoulos Exhibit 6 was marked.)

14   BY MS. BAUGHMAN:

15         Q.   The court reporter has handed you what I

16   marked as Exhibit 6 to your deposition, which is

17   the Supplemental and Corrective Reliance List

18   that's been provided to us with respect to your

19   report.

20              Have you reviewed this document?

21         A.   Yes.  I have looked at the information

22   that is included in this document.

23         Q.   Did you prepare it?

24         A.   I provided information to our secretary

25   that was putting this stuff together.  So I

1    provided references, yes.

2        Q.   Does your Supplemental and Corrective

3    Reliance List list all of the documents you've

4    reviewed and you're relying on for your opinions

5    in this case?

6        A.   It includes the documents that were

7    available to me and I reviewed a different level

8    of detail.

9        Q.   So to be clear, does Exhibit 6, your;

10   Supplemental and Corrective Reliance List, include

11   all of the materials that you considered in

12   reaching your opinions expressed in your expert

13   report in this case?

14       A.   At a different level and extent, yes.

15       Q.   So I think what you're trying to tell me

16   is you didn't review every document in Exhibit 6

17   cover to cover?

18       A.   No, I did not.

19       Q.   Some of them you paid more attention to

20   than others; fair?

21       A.   That is correct.

22       Q.   But are there any documents or data or

23   materials that you are relying on for your

24   opinions in this case that are not on Exhibit 6?

25       A.   Not that I can think of at the moment

1    besides perhaps that came to my attention as part

2    of the depositions that I have attended, in other

3    words, information that was included in these

4    depositions.  I'm not sure depositions if

5    depositions are included in here.

6    BY MS. BAUGHMAN:

7         Q.    Well, I'll help you out on that.  Like

8    the second page lists the deposition of Dr. Aral

9    and the deposition of Mr. Davis.  And then on page

10   6, you've got the deposition of Dr. Jones and the

11   deposition of Dr. Konikow.  And I'll tell you that

12   this was dated or provided to us on February 28,

13   2025.

14         So given that, is there any document,

15   data or information you're relying on for your

16   opinions that is not provided on Exhibit 6?

17         A.    Dr. Maslia's deposition of last week is

18   not there.  That's what comes to mind.  I don't

19   think I can think of something else right now that

20   is not there.

21         Q.    If we added in Mr. Maslia's deposition

22   to Exhibit 6, it would be complete; fair?

23         A.    I would think so.

24         Q.    You don't have anything else to add

25   today?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1        A.    Not off the top of my head, not at this
2    time.
3        Q.    Have you actually read all of the
4    documents that are on Exhibit 6?
5        A.    No, I did not.
6        Q.    Is there a way for us to be able to tell
7    which ones you read and which ones you didn't?
8        A.    I don't think so.  There are things that
9    I may have checked in different documents.
10   There's certainly the ATSDR documents that I read
11   in more detail depending on the content and what
12   was relevant to my opinions.
13       Q.    Why would there be documents on
14   Exhibit 6 that you haven't read?  Why would those
15   be included?
16       A.    If they were available to us.
17       Q.    In other words, the lawyers provided you
18   the documents?
19       A.    We have these documents, yes, available.
20       Q.    So anything the DOJ lawyers said to you
21   you included on your reliance list even if you
22   didn't read it; is that fair?
23       A.    It is included in here because I'm
24   assuming that this is something I needed to
25   disclose as being in my possession and available

1    to me to review.

2         Q.   You've attended by Zoom many depositions

3    taken in this case; right?

4              MR. ANWAR:  Object to form.

5              THE WITNESS:  I have attended the

6    depositions of the people listed here including

7    Mr. Maslia's deposition last week.

8    BY MS. BAUGHMAN:

9         Q.   You've also attended Dr. Waddill's

10   deposition, right, by Zoom?

11        A.   No, I did not.  I don't believe I did.

12   I don't recall attending it.  I could be wrong.

13        Q.   What about Renee Suárez?

14        A.   That's a good question.  I'm not sure.

15        Q.   Susan Martel?

16        A.   No.

17        Q.   Did you assist with preparing any of

18   those individuals for the depositions?

19        A.   No.

20        Q.   Have you had any calls or meetings or

21   Zooms or other communications with Dan Waddill

22   about this case?

23        A.   No.

24        Q.   You refer in your report to Dan Waddill

25   as the Navy's water modeling expert.  That's on

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    page 8 if you want to look at it.

2              My question you to is:  What makes

3    Dr. Waddill an expert on modeling, groundwater

4    modeling?

5              MR. ANWAR:  Object to form.

6              THE WITNESS:  That's how he has been

7    described in different documents where his

8    opinions are stated.

9    BY MS. BAUGHMAN:

10        Q.   Are you familiar with Dr. Waddill's

11   expertise, to the extent he has it, in groundwater

12   modeling?

13        A.   No.

14        Q.   Do you know whether Dr. Waddill has ever

15   developed a model, a groundwater model?

16        A.   I'm not aware of his work.

17        Q.   Do you know whether Dr. Waddill has even

18   read a groundwater model himself?

19        A.   I don't know.  I'm not familiar with his

20   work.

21        Q.   Have you reviewed the rebuttal expert

22   reports of Dr. Konikow?

23        A.   Yes, I have.

24        Q.   Did you review Mr. Maslia's rebuttal

25   report?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1     A.   Yes.

2     Q.   And what about Dr. Jones and Mr. Davis?

3     A.   Yes.

4     Q.   Dr. Sabatini?

5     A.   No.

6     Q.   We've already talked about Dr. Konikow.

7   Do you know any of the others personally?  Do you

8   know Mr. Maslia personally?

9     A.   No.  I only saw Mr. Maslia in 2005

10  during the expert panel meeting event.

11    Q.   That's the only time you've ever seen

12  him in person?

13    A.   Yes.

14    Q.   What about Dr. Jones and Jeff Davis, do

15  you know them?

16    A.   I've never met them in person.

17    Q.   Dr. Sabatini?

18    A.   No.

19    Q.   I assume you never worked with

20  Mr. Maslia or Dr. Jones or Mr. Davis or

21  Dr. Sabatini?

22    A.   No.

23    Q.   You had heard of Mr. Maslia before this

24  case.  Had you heard of any of the others other

25  than Dr. Konikow?

1      A.    I know Mr. Maslia from this case only.

2   Mr. Konikow I mentioned.  The other ones, Dr. Aral

3   I know by name, but I'm not familiar with his

4   work.  Dr. Jones, to the extent that he was

5   involved in the development of GMS, which is a

6   software that people use in our industry, but not

7   Mr. Davis.

8      Q.    What's your opinion of the professional

9   reputation of Mr. Maslia in the groundwater -- in

10   the hydrogeology industry?

11      A.    I don't have an opinion because I'm not

12   familiar with his work.  I'm only familiar with

13   work done for the ATSDR.  I'm not familiar with

14   this work otherwise.

15      Q.    Have you reviewed any of the

16   Mr. Maslia's publications in the peer-reviewed

17   literature?

18      A.    I've only looked at the Auburn case

19   report in trying to see what kind of connection it

20   may have, how it could compare with the work done

21   by ATSDR for the calculation.

22      Q.    So you read his publications on the

23   Dova.  Anything else?

24      A.    I have not.

25      Q.    Your report mentions on page 1 that you

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    reviewed interview summaries.  Interviews of who?

2        A.   I'm sorry.  Where are you?

3        Q.   So the second to last paragraph on

4    Section 1, page 1, talks about all the different

5    kinds of materials you've reviewed.  And one of

6    them says interview summaries.

7             Which interview summaries did you

8    review?

9        A.   I'm trying to remember if it was just

10   the information we collected during the site visit

11   and with the scope of people there, and they

12   provided information on the operation of the

13   treatment system and the components of the

14   treatment system.

15       Q.   I'm sorry.  So you went to site.  I'm

16   going to ask you about that.  So you're saying

17   there were interview summaries made regarding your

18   visit to Camp LeJeune?

19       A.   As we took notes during the site visit

20   of the information we got from people working at

21   Camp LeJeune on past operations and knowledge of

22   the system components.

23       Q.   And did you do that yourself?  You took

24   notes from those site visits?

25       A.   I do not recall if they were just my

1    notes or others.

2         Q.   How many people were with you?

3         A.   There were a large group of people

4    including the lawyers, other experts, I believe.

5         Q.   And when was this meeting?  When was

6    this visit?

7         A.   May of 2024.

8         Q.   And who did you interview, or who did

9    you speak to about past Camp LeJeune operations?

10        A.   I don't remember the names of the people

11   that we met.  But there were people like operators

12   of the treatment system.  I'm trying to remember

13   the name of the person that gave us the

14   introduction.  Williams, I'm trying to remember if

15   that's right.

16        Q.   Scott Williams?

17        A.   Scott Williams, yeah, because he

18   accompanied us through the whole site visit.

19        Q.   So you, yourself, took notes at the site

20   visit; is that right?

21        A.   I think I did.

22        Q.   And when you refer to that you relied on

23   interview notes, you also reviewed notes of other

24   people from that site visit?

25        A.   No.  That would be my notes of people

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    that gave us information, but I don't recall.  I

2    can't remember the notes that I took.

3         Q.   Are those the only interview summaries

4    you're relying on, the notes that you took at your

5    site visit?

6         A.   I'm trying to remember if I had anything

7    else that I relied on.  I can recall, off the top

8    of my head, if there was something else.

9         Q.   So that's the only time you been at Camp

10   LeJeune, that one time in May 2024?

11        A.   That is correct.

12        Q.   How long were you there?

13        A.   One day.

14        Q.   All day long?

15        A.   Yes.  It was a day visit, sometime in

16   the morning.

17        Q.   You remember Scott Williams.  Do you

18   remember anyone else that you gathered information

19   from?

20        A.   I don't remember their names, but there

21   were different people involved in the operations

22   and providing us the tour.

23        Q.   What did you tour specifically?

24        A.   Things that I can readily recall were

25   the treatment systems and Tarawa Terrace and

1    Hadnot Point.  And we stopped at different

2    locations like the landfill area Hadnot Point.  We

3    toured by bus those two parts of the base.  And

4    then we went by bus all around the other side of

5    the river, the other areas including the training

6    zone as far as I remember.  These are the things I

7    can readily recall of my visit.

8         Q.   The Tarawa Terrace treatment plant is

9    shut down; right?

10        A.   Yes.

11        Q.   But you were still actually able to tour

12   it?

13        A.   We toured plant to see where water was

14   coming in, where the tanks were, trying to get the

15   lay of the land with respect to how water was

16   coming to treatment plant and where samples were

17   taken, for example.

18        Q.   So it's still existing.  It's just shut

19   down, not operating?

20        A.   I don't know its current operation.

21        Q.   Well, when you toured the Tarawa Terrace

22   water treatment plant, was it operating?

23        A.   There was water there, yes.

24        Q.   So they were treating water at the

25   plant?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      A.   I do not recall what the operations were

2   at the time.

3      Q.   Do you know what the Tarawa Terrace

4   water treatment plant is being used for now?

5      A.   I don't know its current use.

6      Q.   Tell me, is there information that you

7   gained from your site visit at Camp LeJeune that

8   you're relying on for your opinions?

9      A.   Other than getting a sense of the area

10  extent and the lay of the land, like I said,

11  nothing else.

12     Q.   Did you take any photographs or videos

13  of Camp LeJeune while you were that?

14     A.   I did not personally take pictures.  I

15  appointed the lawyers to take pictures that could

16  be of interest in terms of remembering the lay of

17  the land.

18     Q.   Are the lawyers the only ones who took

19  pictures while you were there?

20     A.   Yes, as far as I recall.

21     Q.   Was there video taken?

22     A.   I do not recall.

23     Q.   How long have you been consulting with

24  the Department of Justice regarding Camp LeJeune?

25     A.   As far as this litigation, I started

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    working maybe sometime in 2023, if I remember

2    correctly.

3         Q.   You said as part of this litigation.

4    Have you done work regarding Camp LeJeune that's

5    not part of this litigation?

6         A.   I was on the expert panel in 2005.  So

7    that timeframe.

8         Q.   What were you doing -- who was employing

9    you to be at the expert panel in 2005?

10        A.   In 2005 Gordon Bennett and Remy Hennet

11   asked me to attend the meeting so I can see what

12   is discussed about the development of the model at

13   the time, the data available, and how they were

14   considered, and just listen in and provide them

15   with information about that.

16        Q.   Were you working for a particular

17   client?

18        A.   I didn't know at the time who the client

19   was.  I was just asked by the principal,

20   Dr. Bennett and Dr. Hennet to attend the meeting.

21   So I didn't know the details.

22        Q.   Did you bill your time to a specific

23   file?

24        A.   My time was billed on the project, yes.

25        Q.   What project was it?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1     A.   I don't recall the name of that.

2     Q.   Was it for the Department of Justice?

3     A.   Well, at the time for me, it was project

4   the number.  I believe it was part of consultation

5   to the Department of Justice at the time.

6     Q.   Did you take notes at the expert panel

7   meeting?

8     A.   I don't recall.

9     Q.   Did you submit any kind of report or

10   writeup or email to Mr. Gordon Bennett and Remy

11   Hennet about what you learned?

12     A.   I briefed them when I came back because

13   that was the intent of my visit.  So I told them

14   what I heard, but I do not recall if there were

15   any notes involved.

16     Q.   Other than attending the expert panel in

17   2005, did you do any other work related to Camp

18   LeJeune prior to being retained in this case in

19   2022?

20     A.   I do not recall doing any work after

21   that time.  No, off the top of my head, I do not

22   recall doing other work.

23     Q.   Are you aware of work that

24   Spilotopoulos -- I'm sorry -- that Papadopulos &

25   Associates has done for the DOJ prior to 2022

1    regarding Camp LeJeune?

2         A.    I know Dr. Hennet has provided services,

3    but that's as far as I can go with what I know

4    about the project.  I don't know any other details

5    or who else has been involved in that.

6         Q.    Do you know what he's done before 2022

7    for the DOJ at Camp LeJeune?

8         A.    Not in any detail, no.

9         Q.    And you did not assist him with that

10   work other than attending the one expert panel

11   meeting?

12        A.    That is correct.

13        Q.    Has S.S. Papadopulos had any role

14   regarding remediation of Camp LeJeune?

15        A.    I'm not aware of any of that.

16        Q.    Have you at any time recommended any

17   testing done at Camp LeJeune?

18        A.    No.

19        Q.    Or any specific remediation?

20        A.    No, I have not.

21        Q.    Has all of your work related to Camp

22   LeJeune been for the purpose of litigation?

23        A.    I'm not sure how to answer that

24   question.  My participation in 2005 was part of

25   work that SSPA or Dr. Hennet was doing at the

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    time.

2         Q.    Let's separate that out to be clear.

3    You don't know whether -- for what reason

4    Dr. Hennet asked you to be at that expert panel

5    meeting, whether it was for litigation or

6    something else; right?

7         A.    I have no idea.

8         Q.    I'm going to set that aside.

9              After that, the next time you did work

10   on this case was when you were retained for this

11   litigation.  I'm sorry.  After going to the expert

12   panel meeting, the next time you did work related

13   to Camp LeJeune was part of this case; correct?

14        A.    As far as I can recall, yes.

15        Q.    So other than attending one expert panel

16   meeting, it's fair to say that all of your work,

17   your professional work related to Camp LeJeune has

18   been done for the purpose of litigation; right?

19        A.    To the best of my recollection, yes.

20   It's 2023, so it was part of that litigation.

21        Q.    Other than attending one expert panel

22   meeting, you haven't done any other work related

23   to Camp LeJeune that was not conducted for the

24   purpose of litigation.  True?

25             MR. ANWAR:  Object to form.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          THE WITNESS:  Of this litigation?

2     BY MS. BAUGHMAN:

3          Q.   Yes.

4          A.   No.  For this litigation is the work

5     that is presented here in my expert report.

6          Q.   The answer is kind of confusing because

7     you said no, but I think you mean yes.  So let me

8     just ask it again to be clear.

9          Other than attending one expert panel

10    meeting, all of your related to Camp LeJeune has

11    been conducted for the purpose of this litigation;

12    correct?

13         A.   Work that I did back in 2005, that

14    included that visit at the expert panel meeting, I

15    do not recall.  Maybe I reviewed some documents,

16    for example, and things like that back at that

17    time.  That's all I can remember about the work

18    that I have done with respect or related to Camp

19    LeJeune until my involvement in this litigation.

20         Q.   Other than attending the expert panel

21    meeting in 2005, can you identify any work that

22    you have done related to Camp LeJeune in your

23    career that was not related to litigation,

24    specifically this litigation?

25         A.   No other work that I have done is

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    related to this litigation.  If I understand your

2    question correctly, I'm saying that work that I

3    did prior to my involvement in this litigation

4    here for which I provided an expert report, work

5    that I did prior to that was related to my visit

6    in Atlanta for the expert panel meeting and some

7    review of reports and other documents at the time.

8         Q.   Let me try it again.  Let's try it this

9    way.  Other than you attending the 2005 expert

10   panel meeting and reviewing some reports and

11   documents at the time related to that panel

12   meeting, other than that, can you identify any

13   work that you have done that was not -- that was

14   related to Camp LeJeune and not related to

15   litigation?

16        A.   I do not recall any other work that I

17   have done.

18        Q.   So it's fair to say that the vast

19   majority of your work related to Camp LeJeune is

20   litigation related; right?

21             MR. ANWAR:  Object to form.

22             THE WITNESS:  This litigation work here,

23   yes.

24   BY MS. BAUGHMAN:

25        Q.   When you attended the expert panel

1    meeting, you were just an observer right?

2         A.    That is correct.

3         Q.    And you don't know whether the DOJ paid

4    for you to be there or not.  You just know that

5    you billed it to whatever code your boss told you

6    to bill it to; right?

7              MR. ANWAR:  Object to form.

8              THE WITNESS:  Yes.  I provided my

9    expenses to our accounting.

10   BY MS. BAUGHMAN:

11        Q.    Did you speak at the expert panel

12   meeting in 2005 about Camp LeJeune?

13        A.    No, I did not.

14        Q.    That wasn't a very good question.

15             The expert panel meeting in 2005, it was

16   about the water modeling for Camp LeJeune; right?

17        A.    Yes.

18        Q.    Did you speak at that meeting?

19        A.    No, I did not.

20        Q.    And the panel was presenting

21   methodologies -- to be clear let -- me back up.

22             That expert panel had ATSDR scientists

23   presenting to the panel their methodologies that

24   they were using to model groundwater flow and

25   contaminant transport at Camp LeJeune; right?

1        A.   At the time, yes, they presented

2    methodologies and I believe some preliminary

3    approaches to performing groundwater flow

4    modeling.  I believe they had some draft results

5    of discussions revolved around how this model was

6    constructed.  The panel experts provided comments.

7    And there were some discussion of the next steps,

8    I believe, that would include transport modeling

9    as well.

10        Q.   And the focus at that time at that 2005

11    expert panel meeting was about Tarawa Terrace;

12    fair?

13        A.   That is correct.

14        Q.   The subject of your expert report in

15    this case, Exhibit 4, is a critique of some of

16    those methodologies that were presented at that

17    meeting; right?

18        A.   It's a critique of the implementation of

19    the methodologies for reconstructing contamination

20    history at Tarawa Terrace.

21        Q.   Did you raise any of the concerns you

22    about ATSDR's modeling methodology or

23    implementation of it with the panel when the

24    observers at the meeting were given an opportunity

25    to speak?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          MR. ANWAR:  Object to form.

2          THE WITNESS:  I don't think I was in a

3     position to offer an opinion at the time.  I was

4     just listening to what they were presenting as an

5     approach.  I didn't have an opinion at the time.

6     BY MS. BAUGHMAN:

7          Q.   You said you had reviewed some

8     documents; right?

9          A.   Documents that I reviewed at the time, I

10    think they were general about groundwater

11    modeling, hydrogeology, something to give me some

12    understanding of the setting at Camp LeJeune as

13    far as I recall.

14         Q.   So when you listened to the ATSDR

15    present regarding their methodologies and their

16    preliminary results, at that time, you didn't have

17    any critique to provide them?

18         A.   No.

19         Q.   You didn't have any criticisms to voice?

20         A.   I didn't know enough about it, and I was

21    not familiar with that work at all.  So I was just

22    listening in to provide information to Dr. Hennet

23    and Dr. Bennett on what was discussed.  That was

24    the extent of my involvement at the time.

25         Q.   Just to be clear, based on your review

1   of documents and your attendance at that 2005

2   meeting, you did not make any recommendations to

3   the ATSDR regarding the methodologies that they

4   were using for groundwater flow and contaminant

5   transport or how to implement them?  You did not

6   make any recommendations; right?

7        A.   I did not.

8             MR. ANWAR:  Object to form.

9   BY MS. BAUGHMAN:

10       Q.   You did not?

11       A.   I did make any recommendations.  I was

12  not familiar enough with the project to do that.

13       Q.   So you didn't make any recommendations

14  to ATSDR; right?

15       A.   I did not.

16       Q.   You didn't make any comment at the

17  meeting to the expert panel right?

18            MR. ANWAR:  Object to form.

19            THE WITNESS:  No, I did not make any

20  recommendations.

21  BY MS. BAUGHMAN:

22       Q.   Did you report back to Gordon Bennett

23  and Remy Hennet regarding your thoughts on how the

24  ATSDR should do anything differently than what

25  they were doing?

1     A.    Like I said, I was not familiar enough

2     to provide critique, opinions or anything to that

3     effect.  I only provided a briefing on what I

4     heard that ATSDR was doing and some of the

5     comments and thoughts that I heard from the panel

6     experts to the extent that I could fully assess

7     them and understand them within the context of

8     this project and my very short involvement in it.

9          Q.    The ATSDR modeling project went on, as

10    you know, for several years; right?

11         A.    Yes.

12         Q.    To your knowledge, did you or anyone

13    else from S.S. Papadopulos make any recommendation

14    to ATSDR about the methodologies they were using

15    for groundwater flow and contaminant transport or

16    the implementation of them or anything they should

17    do differently?

18              MR. ANWAR:  Object to form.

19              THE WITNESS:  I'm not aware of anything

20    like that.

21    BY MS. BAUGHMAN:

22         Q.    Dr. Hennet, he was involved in a more

23    detailed and a higher level of detail working at

24    the DOJ at that time than you; right?

25              MR. ANWAR:  Object to form.  Foundation.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          THE WITNESS:  I do not know what his

2   involvement was.

3   BY MS. BAUGHMAN:

4          Q.   To your knowledge, did Dr. Hennet ever

5   make a recommendation to the ATSDR that they

6   should do anything differently with respect to

7   their groundwater modeling project for Camp

8   LeJeune?

9          A.   I do not know.

10          MR. ANWAR:  When you're at a good place,

11   we're coming close to 12:30.  It might be a good

12   time for a lunch break.

13          MS. BAUGHMAN:  Sure.  We can take a

14   lunch break.

15          THE VIDEOGRAPHER:  Off the record at

16   12:27.

17          (Recess from 12:27 p.m. to 1:35 p.m.)

18          THE VIDEOGRAPHER:  On the record at

19   1335.

20   BY MS. BAUGHMAN:

21          Q.   Dr. Spilotopoulos, you know you're still

22   under oath?

23          A.   Yes.

24          Q.   Did you talk to the DOJ counsel about

25   any of your substantive testimony during the lunch

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    break?

2         A.   No, I did not.

3         Q.   Earlier today we had a discussion about

4    your interview notes, in particular notes that you

5    and perhaps others took when you visited Camp

6    LeJeune in approximately May, 2024.  I'll make a

7    formal request that you produce those notes.

8              Do you have any problem with producing

9    them?

10             MR. ANWAR:  I will just jump in.  We'll

11   discuss, but we object.  We served our objections

12   on the basis of work product privilege as that

13   was -- all of that work was conducted in

14   anticipation of litigation or in litigation.

15             So our view is that is work product

16   privilege.  But we'll note your request.  That's

17   protected by the work product privilege, but we'll

18   note your request.  I'm happy to meet and confer

19   with you on it.

20   BY MS. BAUGHMAN:

21        Q.   Dr. Spilotopoulos, you're relying in

22   part on your visit to Camp LeJeune for your

23   opinions in this case; right?

24        A.   With respect to the opinions that I

25   provided here, I do not think that anything that I

1    saw during the visit form the basis for my

2    opinions.

3         MR. ANWAR:  I'm sorry to interrupt you.

4    You're asking about the 2005 notes or the site

5    visit notes?  I'm sorry if I confused the issue.

6         MS. BAUGHMAN:  I think it was 2004.

7         MR. ANWAR:  2004?

8         MS. BAUGHMAN:  Yeah.

9         THE WITNESS:  2024 site visit.

10         MR. ANWAR:  I'm assuming you're

11    referring to that one; right?

12    BY MS. BAUGHMAN:

13         Q.   May 2025 hasn't happened yet.  You said

14    May 2024 is when you went there?

15         A.   Yes, last year.

16         Q.                      That's the one I'm

17    talking about.  You went to Camp LeJeune, and you

18    testified that you took notes; right?

19         A.   I believe I took some notes, yes.

20         Q.   Right.  And is it your testimony you're

21    not relying for your opinions in this case on

22    anything that you learned during your suit visit

23    at Camp LeJeune?

24         A.   No.  The things that I heard about and

25    people described to us did not help me form my

1    opinions.

2        Q.   So when you testify, you're not going to

3    tell the court that you have like increased

4    knowledge compared to someone else because you

5    actually visited the site and talked to to the

6    people and you learned something there.  That's

7    not relevant.  Your site visit isn't relevant at

8    to your opinions; is that true?

9            MR. ANWAR:  Object to form.

10           For the opinions I provide regarding the

11   modeling work, the things I learned at the site

12   there did not help me in any way.

13   BY MS. BAUGHMAN:

14       Q.   So on page 1 of your report, you talk

15   about what you did and what you reviewed and what

16   you're relying on for your opinions, and you

17   listed your interview summaries as some of the

18   materials that you reviewed.  But you're saying

19   even though you reviewed the interview summaries,

20   your not relying on them for any opinion?

21       A.   I'm saying that the notes that I took

22   with respect to what I saw there and the

23   information that I got during my visit helped me

24   understand the lay of the land, where things are,

25   where the treatment plants are, the Tarawa Terrace

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    residential area, for example.  But that's to form

2    a visual context of the area.

3            The opinions that I provide here are

4    based -- rely on -- I'm looking at the model

5    implementation.  So I have them in my mind, but I

6    don't think that there's something in those notes

7    that I took directly and used them here.  I

8    considered them.  I remember what I saw.  That's

9    why I'm listing it there for completeness.  But I

10   don't think there was anything that I took from

11   those notes used them in my analysis.

12           MR. ANWAR:  I just want to clarify my

13   objection earlier.  I misunderstood and thought

14   you were requesting any notes that exist from the

15   2005 panel, 2005 expert panel you had that asked

16   questions about earlier.

17           To the extent there were notes taken

18   related to the site visit along with photographs

19   and things of the like, that stuff, I believe, has

20   been produced.  We're happy to go back and check

21   and meet and confer with you about it.  The work

22   product objection that I made was with respect to

23   the 2005 expert panel.

24           MS. BAUGHMAN:  So just to be clear, I'm

25   asking for any notes that Dr. Spilotopoulos

1    reviewed or took, either took himself or others

2    related to the 2024 Camp LeJeune site visit.  But

3    I'm also, now that you bring it up, requesting

4    notes that you took regarding the 2005 expert

5    panel meeting.  You say you have those notes.  We

6    request that you produce them.

7              MR. ANWAR:  I'll note for the record we

8    served our objections in response to that request,

9    and I believe anything we believe is not protected

10   by the work product doctrine has been produced.

11             MS. BAUGHMAN:  So we'll meet and confer

12   about that after the deposition.

13             MR. ANWAR:  Sure.

14             (Spiliotopoulos Exhibit 7 was marked.)

15   BY MS. BAUGHMAN:

16        Q.    I've handed you marked as Exhibit 7 to

17   the deposition, and that is a series of invoices

18   from S.S. Papadopulos to the DOJ that were

19   produced to us.  And those are Bates-stamped

20   CLJA_SSPA_INVOICES 1 through 442.

21             Have you reviewed these documents

22   before?

23        A.    I have seen the document.  I haven't

24   reviewed it in detail.  This is something that the

25   accounting department has produced.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    Q.   So you see these are in date order, and
2    page 1 starts for services rendered through
3    August 31, 2022.  Do you see that?
4    A.   Yes.
5    Q.   Is that when your work began in this
6    litigation?
7    A.   It is possible.  I don't recall the
8    exact date when I started working on this.
9    Q.   So these bills don't identify you by
10   name, but are you the senior hydrologist on the
11   case?  In other words, if I wanted to know which
12   of these hours were your work, how would I figure
13   that out based on these invoices?
14   A.   I'm not sure there are other senior
15   hydrologists involved.  It could be me, but I do
16   not recall.
17   Q.   What is your title?
18   A.   I'm a senior associate, senior
19   hydrogeologist.
20   Q.   Has that been your title since August of
21   2022?
22   A.   Probably around that time is when I
23   became a senior hydrogeologist.  I'm not the only
24   one, but it sounds right.  I don't recall the
25   exact date I got the last promotion.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      Q.   Who are the other members of your team,

2  people at S.S. Papadopulos who are billing the DOJ

3  for the Camp LeJeune work?  Obviously, Dr. Hennet

4  and yourself.  Who else?

5      A.   There are several people that I've

6  worked with.  I'm not sure this is something to

7  disclose.  I have to ask attorneys if this is

8  something that I can disclose.

9      Q.   He didn't object, so you can answer.

10      A.   That's fine.  The names that I can

11  recall are Keir Soderberg, Chris Muffels, Zdravka

12  Karanovic.  Off the top of my head, these are

13  people that I can think of.

14      Q.   So the first one is Soderberg.  How do

15  you spell that?

16      A.   S-O-D-E-R-B-E-R-G.

17      Q.   What's that person's job title?

18      A.   He is a senior geochemist, but I don't

19  know if that falls in this category here with the

20  same title, a generic title for the rank in our

21  company.

22      Q.   Next one you said Muffles?

23      A.   Chris Muffels.

24      Q.   How do you spell the last name?

25      A.   M-U-F-F-E-L-S.

1      Q.    What the job title?

2      A.    I do not recall his -- senior project

3   scientist or senior scientist.  I don't recall.

4      Q.    What's the next person?

5      A.    Zdravka Karanovic; K-A-C-A-N-O-V-I-C,

6   same senior project, I think.

7      Q.    Senior project scientist?

8      A.    Yes, I think.

9      Q.    Have you worked with anyone else on this

10   case?

11      A.    I'm not sure I recall other names, off

12   the top of my head, right now.

13      Q.    That would be invoices for work that

14   you've done related to Camp LeJeune that aren't

15   included here, right, because that would be from

16   2005?

17           MR. ANWAR:  Object to form.

18           THE WITNESS:  This only reflects my work

19   after, whatever, August 2022.  To the extent I'm

20   included in the early ones, I don't recall the

21   exact time I start working on this.  But it

22   wouldn't include any work prior to that.

23   BY MS. BAUGHMAN:

24      Q.    But you did have work related to Camp

25   LeJeune prior to August 2022; right?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      A.   I said before what my involvement in the

2  work related to Camp LeJeune was in the 2005

3  period as far as I recall.

4      Q.   So that would be invoices for that work;

5  right?  They would exist somewhere?

6      A.   I don't know what the accounting

7  practice is for maintaining records.  Possibly.  I

8  don't know.

9      Q.   You said that you went to -- let's try

10  to find the invoice for the trip to you said in

11  May 2024?

12      A.   If I'm not mistaken.  I want to say it

13  was May of 2024.  Yes, that looks about right,

14  yep.

15      Q.   So if you look at the invoice with the

16  last number 28, there are employee expenses right

17  related to a rental car and meals.

18           Do you see that?

19      A.   Yep.

20      Q.   So we can date this that your trip was

21  on May 21 and 22, 2024; correct?

22      A.   Yes, around those dates 21 to 24

23  perhaps, yes.

24      Q.   So if we go to the end, I see a few.  At

25  least since August of 2022, it appears based on

1  page 42 of Exhibit 7 that it says S.S. Papadopulos

2  billed the DOJ $2,004,131.67; correct?

3     A.   If I'm reading this right, I believe,

4  yes.

5     Q.   And that last bill, if you look at the

6  second to last page, that's for services rendered

7  through January 21, 2025; right?

8     A.   That's what it says.

9     Q.   But you've done a significant amount of

10  work in February and March 2025, haven't you?

11           MR. ANWAR:  Object to form.

12           THE WITNESS:  I do not recall how much

13  work I've done during that time.  So I wouldn't be

14  able to characterize that as significant.

15  BY MS. BAUGHMAN:

16     Q.   Well, we know that you've attended via

17  Zoom the depositions of Dr. Aral, Mr. Davis,

18  Dr. Jones and Mr. Maslia; right?

19     A.   Yes.

20     Q.   And you've prepared for your deposition?

21     A.   Correct.

22     Q.   Did you have anything to do with working

23  on going back to the site in February and then

24  doing new calculations regarding volatilization in

25  response to Dr. Sabatini's report?  Were you

1   involved in that work?

2       A.   No.  I was actually out of the country

3   on a different project.

4       Q.   So can you tell me how much time you've

5   billed in February or March 2025 for this case?

6       A.   Not off the top of my head.

7       Q.   Do you keep track of your time?

8       A.   We have an accounting system that we use

9   to register our working hours every week.

10      Q.   So you keep track of it.  Do you keep

11  track of it yourself weekly or daily?  How do you

12  do it?

13      A.   Daily.

14      Q.   Do you write it down on paper, input it

15  somewhere?  How does that work?

16      A.   We have a software system where we log

17  our hours on a daily basis.

18      Q.   When you log your hours, you obviously

19  say who client is that should be billed, right, in

20  the log so they know who to bill?

21      A.   They're billed to a particular project

22  number.

23      Q.   Do you say what you did?

24      A.   It depends.  Not always.

25      Q.   Like, for example, if you logged hours

1    for today, will you say, this was my time being

2    deposed, or would you just put the hours in with

3    no explanation?

4         A.   I would probably put in the deposition

5    or some general description of the work that is

6    done, but not always.  It's not required.

7         Q.   Where is that information stored on what

8    you did on a day-to-day basis for the DOJ?

9         A.   That's within our accounting system.

10        Q.   And does S.S. Papadopulos send bills to

11   DOJ that include a log of the tasks that were

12   performed?

13        A.   I'm not aware of this information

14   because I do not handle that.

15        Q.   Well, the file name for the document

16   that was sent to us with this was called 1817

17   Invoices through January 31, 2025, 013125, without

18   backup.pdf.

19             Do you know, what does the without

20   backup refer to?

21        A.   I don't know what accounting describes

22   as such.  I'm assuming that there will be

23   additional information on the project work, but I

24   don't know what that would be, notes for other.

25        Q.   So you don't know whether DOJ, in

1    addition to a bill like this, gets some kind of

2    backup that says, for example, what you did for

3    this certain amount of time in that month?

4        A.   I do not recall what the files were that

5    were sent to DOJ and what they contained.

6            MS. BAUGHMAN:  So I'm going to request

7    on the record that we be provided with the backup

8    information and the time tracking that tells us

9    what each person did on a day-to-day basis that

10   backs up the more than $2 million of bills that

11   have been sent.

12           MR. ANWAR:  I'm just going to note for

13   the record we responded to your request for

14   production.  I believe we've produced rat required

15   under rule, but we're happy to meet and confer

16   about it.

17           THE WITNESS:  Just to make sure I

18   provide a complete answer on this, that our system

19   has notes.  I just do not recall what was produced

20   for this and what is entailed in the other one.

21   Maybe there's more information.  I will have to go

22   back and check as well.

23   BY MS. BAUGHMAN:

24       Q.   In other words, internally at S.S.

25   Papadopulos, there is information about the tasks

1     that you've performed for the DOJ beyond how many

2     hours you billed in a given month; right?

3          A.    In our system we provide notes, not

4     necessarily always, and I don't know to what

5     detail.  It all depends.

6          Q.    Does it depend on the client?

7          A.    Or how general the description is, for

8     example.  Sometimes it's not because it's work on

9     something that is a continuous task, for example,

10    so it's not necessary to log every day specific

11    details.  I've never been told that there's

12    specific requirements for producing note like

13    that.  This is usually for our internal purposes

14    and keeping track of the work that we do

15    sometimes, not always.

16             (Spiliotopoulos Exhibit 8 was marked.)

17    BY MS. BAUGHMAN:

18         Q.    I'm handing you what I've marked as

19    Exhibit 8 to your deposition.  Exhibit 8 is the

20    notice of your deposition, and then attached to

21    that is a subpoena, and then attached to that is

22    an Exhibit A that has a list of 16 different types

23    of documents that we had requested that you

24    produce to us.

25             Have you reviewed this and in particular

1    reviewed Exhibit A?

2         A.    I have reviewed this with the lawyers.

3              MR. ANWAR:  For the record, we provided

4    a written response to each and every one of the

5    document requests.

6    BY MS. BAUGHMAN:

7         Q.    I want to ask you some questions about

8    what kind of documents you might have in your

9    possession.  So if you look at the request No. 2,

10   it ask abs materials in your possession and it

11   lists all different kinds of documents, emails,

12   memoranda, et cetera, in any way related to work

13   performed by you related in any way to Camp

14   LeJeune since 2004 to the present.

15             Do you have a working file of documents

16   that you've reviewed and you're relying on for

17   this case, for this litigation?

18        A.    As part of this particular litigation, I

19   have the material that is mentioned in my expert

20   report.  So I have the backup of that.  I have the

21   model files.

22        Q.    Anything else?

23        A.    Potentially, yes, in the project

24   folders.

25        Q.    What else would be in the project

1    folders?

2         A.    Notes, input files for the models,

3    things of that sort.

4         Q.    Your notes?

5         A.    By notes, I mean whatever goes into the

6    model, for example, for the different calculations

7    or the parameters to be used in our tests and

8    calculations as part of what is presented in this

9    expert report.

10        Q.    Have you had any communications with

11   anyone, current or former employees, of the

12   Department of the Navy to form the basis of your

13   opinions?

14        A.    The Department of the Navy?

15        Q.    Yes.

16        A.    No, I don't think so.

17        Q.    Or any Marines or anyone who had worked

18   at Camp LeJeune, any communications with them?

19        A.    Not that I can recall, no.

20        Q.    Other than your in-person meetings?

21        A.    That's the only thing I can think of.

22        Q.    Number 14 asks for photographs and

23   videos taken by you or S.S. Papadopulos related to

24   Camp LeJeune.

25             Do you have any photographs or

ALEXANDROS SPILIOTOPOULOS, PH.D.

1   videotapes in your possession, meaning at your

2   office or wherever it is that you work?

3           A.   No.   I recall receiving the photographs

4   in communication with the lawyers.

5           Q.   So that means you do have them in your

6   possession?

7           A.   I received them, yes.

8           Q.   Did you rely photographs for your work?

9           A.   For my opinions presented herein, no.

10          Q.   Do you have any video of Camp LeJeune?

11          A.   I don't believe so.   I didn't take any

12  video.   I don't know if that was any video

13  included there.   I cannot recall.

14          MR. ANWAR:   For the record, photographs

15  and to the extent there are videos, that's been

16  produced.

17  BY MS. BAUGHMAN:

18          Q.   Other than the expert panel meeting in

19  2005, did you attend any other meeting related to

20  Camp LeJeune prior to being retained as an expert

21  witness for this litigation regarding Camp

22  LeJeune?

23          A.   What type of meetings do you mean?

24          Q.   Any kind of meeting related to Camp

25  LeJeune.   So at some point in 2022 or 2023, you

1    were retained as an expert in this case; right?

2         A.   I do not recall the exact time I was

3    retained as an expert.  I was first involved in

4    the work for Camp LeJeune for this site.  I do not

5    recall the date when I was actually retained to be

6    an expert and provide an expert report on this.

7         Q.   Prior to your work in 2022 or 2023

8    regarding this litigation, prior to that, did you

9    attend any other meetings related to Camp LeJeune

10   other than the 2005 expert panel?

11        A.   But again that's a very general

12   question.  No, I don't believe so.

13        Q.   Number 16 asks about letters, emails,

14   other communications you sent or received related

15   to the National Research Council, NRC, report

16   related to Camp LeJeune, including who would be on

17   that panel and any draft of the reports.

18             Do you have any communications about

19   that?

20        A.   No, I do not.

21        Q.   What role did you have, if any,

22   regarding the NRC report about Camp LeJeune?

23        A.   Role.

24        Q.   Role.  What role?

25             MR. ANWAR:  Object to form.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1            THE WITNESS:  I was not involved.

2      BY MS. BAUGHMAN:

3            Q.    Did you assist with identifying anyone

4      who would be on the NRC panel?

5            A.    No, I did not.

6            Q.    Did you assist with drafting any part of

7      the NRC report?

8            A.    No.

9            Q.    To your knowledge, did anyone from S.S.

10     Papadopulos have a role in drafting the NRC

11     report?

12           A.    I do not know.

13           Q.    How many experts in water modeling or

14     geohydrology in your field were on NRC panel that

15     published the report about Camp LeJeune?

16           MR. ANWAR:  Object to form.

17           THE WITNESS:  I do not recall.

18     BY MS. BAUGHMAN:

19           Q.    Dr. Clement is in your field; right?

20           A.    Yes.

21           Q.    Is there anyone else on the NRC panel

22     who has expertise in groundwater modeling or

23     geohydrology?

24           A.    Not that I can recall, no.

25           Q.    You had a statement in your report.

1  It's on page 21, if you want to look at it.  But

2  it said Dr. Clement's article you're referring to

3  the 2011 published article published in

4  Groundwater on complexities in hind cast models.

5  You said, "Dr. Clement's article echoed NRC's

6  concerns."

7          Isn't that really Dr. Clement repeating

8  his own concerns?

9          MR. ANWAR:  Object to form.

10          THE WITNESS:  I looked at the two

11  separately.  The NRC report was a document that I

12  looked at.  And Dr. Clement's paper was another

13  piece of information that I looked at.  And I drew

14  that conclusion.  I didn't look at the time who

15  was participating in the NRC group that provided

16  that report.

17  BY MS. BAUGHMAN:

18      Q.   But as you sit here now, you recognize

19  that the only water modeling expert on NRC's panel

20  was Dr. Clement; right?

21      A.   That is correct.

22      Q.   That NRC report from 2009 was limited to

23  critiquing Tarawa Terrace; right?

24      A.   That's my recollection, yes.

25      Q.   It doesn't critique the model for Hadnot

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    Point Holcomb Boulevard because that hadn't been

2    completed yet; right?

3        A.   Yes.

4        Q.   On page 21 of your report, you quote

5    from NRC, and you say that, "Per the NRC regarding

6    ATSDR using computer codes and modeling

7    techniques" --

8        A.   I'm sorry.  Can you point exactly where

9    you're looking at just to make sure I'm following.

10   You said page 21?

11       Q.   Page 21 on the second bullet point.

12       A.   Some of the modeling approaches, is that

13   correct, is that what you're looking at it?

14       Q.   No.  You say that, "Some of the modeling

15   approaches used by ATSDR were cutting edge,

16   meaning that they used computer codes and modeling

17   techniques that are still in the research stage."

18            Which computer codes and modeling

19   techniques are you referring to there?

20       A.   First of all, that's a quote; right.

21       Q.   Sure.  In your opinion, which computer

22   codes and modeling techniques of ATSDR were still

23   in the research stage that they used for their

24   modeling of Tarawa Terrace?

25            MR. ANWAR:  Object to form.

1          THE WITNESS:  I believe that's something

2     for the NRC to articulate.

3     BY MS. BAUGHMAN:

4          Q.    Can you identify any today?

5          A.    That's not part of the opinions that I

6     provide.  So I don't have an opinion on that.

7          Q.    You chose to put that quote in your

8     report though; right?

9          A.    Well, it's a big quote.  It involves

10    other things in there as well.  So contextually it

11    contains what report was saying, but there's a lot

12    in there.

13         Q.    But you're the one who chose to put the

14    quote in there; true?

15         A.    Yes.

16         Q.    Have you communicated with Dr. Clement

17    regarding Camp LeJeune?

18         A.    No, I have not.

19         Q.    Turn to page 18 of your report.  I want

20    to focus on a statement that you have on page 18

21    toward the top of the page where you say, "ATSDR's

22    reports indicated that the Tarawa Terrace reports

23    indicated that the water modeling was intended to

24    support an epidemiological study, not for the

25    purpose of making exposure assessments in

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    individuals."

2            Do you see that?

3        A.   Yes.

4        Q.   I want to then focus on the second

5    bullet point underneath that.  In that bullet

6    point, you have a long quote from ATSDR Tarawa

7    Terrace Chapter A report.

8            Do you see that?

9        A.   Yes.

10       Q.   What you wrote there or what you quoted

11   in support of this statement you've made that

12   these modeling was for the purpose of making

13   exposure -- not for the purpose of making exposure

14   assessments in individuals, you quote, "ATSDR is

15   using water modeling techniques to provide the

16   epidemiological study with quantitative estimates

17   of monthly contaminant concentrations in finished

18   water because contaminant concentration data and

19   exposure information are limited.  Results

20   obtained by using water modeling techniques along

21   with information from the mother on her water use

22   can be used by the epidemiological study to

23   estimate the level and duration of exposures to

24   the mother during her pregnancy and to the infant

25   up to one year of age."

1        Did I read that correctly?

2        A.   Yes.

3        Q.   So the ATSDR stated that its water

4   modeling results can be used in combination with

5   information from the mother on her water use to

6   estimate the level and duration of her exposure to

7   these contaminants; right?

8        MR. ANWAR:  Object to form.

9        THE WITNESS:  No.  It clearly says it

10  was to be used by the epidemiological study to

11  estimate the level and duration of exposures to

12  the mother.  But there are caveats with respect to

13  that.

14  BY MS. BAUGHMAN:

15       Q.   Is that a caveat right there?

16       A.   This is not the only quote in my

17  opinions regarding what that did.  This is just

18  one piece.  You cannot take it out of context.

19       Q.   Does this not say that the ATSDR's work,

20  the monthly mean concentrations can be used by the

21  epidemiological study to estimate the level and

22  duration of exposures to the mother?  It says

23  that; right?

24       MR. ANWAR:  Object to form.

25       THE WITNESS:  Even though that is said

1    there, Mr. Maslia has also provided responses to

2    the expert panel, for example, with respect to how

3    the results of these analyses will be used or the

4    level of detail that would be required.  Then, in

5    fact, he said things like medium, high, medium,

6    low rather than actual values, detailed

7    concentrations.

8              So there is a caveat here with respect

9    to how that should be interpreted.

10              MS. BAUGHMAN:  I'm going to object as

11    nonresponsive.

12    BY MS. BAUGHMAN:

13         Q.   Let me ask you this:  Have you reviewed

14    the published epidemiology studies regarding Camp

15    LeJeune?

16         A.   I have not.

17         Q.   Do you know whether in any of the

18    published epidemiology studies they document that

19    the epidemiologist used the modeling in order to

20    calculate the level and duration of exposure to

21    contaminants?

22              MR. ANWAR:  Object to form.

23    BY MS. BAUGHMAN:

24         Q.   Do you know whether it says that in the

25    published studies?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          A.    No.  I have not read those studies.

2          Q.    Do you know if the ATSDR epidemiologists

3     actually used ATSDR modeling of the historical

4     concentration -- strike that.

5               Do you know if ATSDR epidemiologists had

6     used the mean monthly levels of contaminants

7     predicted by ATSDR's models to calculate the

8     cumulative exposure for any individuals who lived

9     at Camp LeJeune?

10              MR. ANWAR:  Object to form.

11              THE WITNESS:  I do not know that.  I'm

12    not familiar with the epidemiological studies at

13    Camp LeJeune.

14    BY MS. BAUGHMAN:

15         Q.    So if the modeling was sent to support

16    the epidemiology studies and the epidemiologists

17    used the modeling to calculate cumulative exposer

18    to individuals, you don't know that; right?

19              MR. ANWAR:  Object to form, foundation.

20              THE WITNESS:  My work here is only to

21    critique the quality of the modeling work and

22    outcome of that modeling.

23    BY MS. BAUGHMAN:

24         Q.    So you don't know whether ATSDR's work

25    was used for the purpose of making exposure

1    assessments in individuals?  You don't know either

2    way, do you?

3              MR. ANWAR:  Object to form and

4    foundation.

5    BY MS. BAUGHMAN:

6         Q.   By the ATSDR epidemiologists.  Do you

7    know?

8         A.   This is irrelevant to my opinions on

9    this matter.

10             MS. BAUGHMAN:  I'm going to object as

11   nonresponsive.

12   BY MS. BAUGHMAN:

13        Q.   Page 23 of your report, you chose to put

14   in your report a statement about this work being

15   to support and epidemiologic study and not for

16   purpose of making exposure assessments in

17   individuals.  You included that in your report;

18   right?

19        A.   I included that in my report because it

20   provides context with respect to how this work was

21   done, what it was intended to do, what the

22   timeframe of that was and, therefore, support my

23   work in looking at whether the modeling work that

24   was done provided good results to rely on and

25   support such evaluations.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          Q.   Can you tell me whether or not the ATSDR

2     epidemiologist used the ATSDR's mean monthly

3     concentrations from the modeling in order to make

4     exposure assessments in individuals?  Do you know

5     whether they did that?  Yes or no.

6               MR. ANWAR:  Object to form and

7     foundation.

8               THE WITNESS:  I do not know that, but

9     it's not relevant to work that I did and the

10    opinions that I provide.

11              MS. BAUGHMAN:  I'll object as

12    nonresponsive to everything after "I do not know

13    that."

14    BY MS. BAUGHMAN:

15         Q.   Did you do any research to determine how

16    ATSDR's modeling studies were used by the

17    epidemiologists?

18         A.   That was not my role in this case.

19         Q.   Your report at 25 on a similar subject

20    here, the last sentence on the first paragraph,

21    you've written, "ATSDR further acknowledged this

22    uncertainty by stating," quote, "'ATSDR's exposure

23    assessment cannot be used to determine whether you

24    or your family suffered any health effects as a

25    result of past exposures to contaminated water at

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    Camp LeJeune.'"

2              You put that quote in your report;

3    right?

4         A.    Yes.

5         Q.    And you're citing there two documents

6    including ATSDR had Hadnot Point Chapter A; right?

7         A.    Looks about right.

8         Q.    Yes?

9         A.    Yes.

10             (Spiliotopoulos Exhibit 9 was marked.)

11   BY MS. BAUGHMAN:

12        Q.    I'm handing you what's marked as

13   Exhibit 9 to your deposition, which is Chapter A,

14   Summary and Findings from Hadnot Point.  That's

15   the document that you cited there; correct?

16        A.    Yes.

17        Q.    Let's turn to the page you cited page

18   A182.  The very first sentence under the bolded

19   statement is your quote, right, what you quoted?

20   But you left out a word, didn't you?  What the

21   ATSDR wrote was "ATSDR's exposure estimates cannot

22   be used alone to determine whether you or your

23   family suffered any health effects as a result of

24   past exposure to TCE contaminated drinking water

25   at U.S. Military Base Camp LeJeune."  Right?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          MR. ANWAR:  Object to form.

2    BY MS. BAUGHMAN:

3          Q.   That's what it says in the document

4    right?  Is that true?

5               Did I read that correctly?

6          A.   This is correct, yes.  That was --

7          Q.   Cannot be used alone.

8          A.   Yeah.  That's what's in there, that is

9    correct.

10         Q.   In your report, you have that quote, but

11   you left out the word "alone," didn't you?

12         A.   That was an omission on my part.  Yes, I

13   didn't realize that.

14              MR. ANWAR:  Object to form.  There are

15   two documents cited there.

16              THE WITNESS:  Exactly.  The first one

17   where I took the quote from was the Tarawa Terrace

18   one.  And in looking at that and in looking at

19   this, it seemed to me like it was exactly the same

20   statement.

21   BY MS. BAUGHMAN:

22         Q.   It's a misrepresentation to leave out

23   the word "alone," isn't it?

24              MR. ANWAR:  Object to form.

25              THE WITNESS:  Well, in the first

1    statement, that word was not there.  In the

2    statement Tarawa Terrace modeling was not there.

3    BY MS. BAUGHMAN:

4        Q.   You had sent a letter to us saying that

5    we should limit objections to "Objection.  Form."

6    Your last objection was a statement and coaching

7    of the witness.  Don't do it again or we'll write

8    a letter back and we'll bring it up with the

9    judge.

10            MR. ANWAR:  Noted.

11            MS. BAUGHMAN:  You cannot tell him about

12   two statements or if it's in another document.

13   That's coaching the witness.  You just coached the

14   witness on record.

15            MR. ANWAR:  I'm not coaching the

16   witness.

17            MS. BAUGHMAN:  Don't do it again.

18            MR. ANWAR:  I'm not.

19            THE WITNESS:  This is an exhibit?

20   BY MS. BAUGHMAN:

21       Q.   Yes.  It goes in the pile.

22            You're aware that the Tarawa Terrace and

23   the Hadnot Point Holcomb Boulevard models have

24   been peer reviewed; right?

25            MR. ANWAR:  Object to form.

1          THE WITNESS:  The Tarawa Terrace model

2    has been reviewed.  I don't believe that the

3    Hadnot Point model has been reviewed.

4    BY MS. BAUGHMAN:

5          Q.   We're talking about peer review, not

6    just review.  So you're saying only Tarawa Terrace

7    has been peer reviewed; is that right?

8          A.   I do not recall seeing a peer review of

9    the Hadnot Point model, but you can show me where

10   that is.

11         Q.   We're going to get back to it.  Let me

12   go back to something else.  I forgot one thing.

13   Let's go back to page 26 of your report.

14         We were talking about what Mr. Maslia

15   said or didn't say about -- I'm sorry -- not your

16   report.

17         (Spiliotopoulos Exhibit 10 was marked.)

18   BY MS. BAUGHMAN:

19         Q.   I'm marking as Exhibit 10 the expert

20   report of Morris Maslia from October of 2024.

21         You've reviewed that document; right?

22         A.   Yes.  I've read it.

23         Q.   And you said that when you -- part of

24   the reason you included these statements in your

25   report about what the intent was of doing the

1    modeling or how it was going to be used is you

2    were relying on what Mr. Maslia had said about

3    that; right?  You had mentioned something about

4    that?

5         A.   I mentioned that there are several

6    quotes by Mr. Maslia at different times including

7    his depositions, the ATSDR reports, his expert

8    report and so on, regarding this subject.

9         Q.   Turn to page 26 of Mr. Maslia's

10   October 2024 expert report under the heading 7.3,

11   Water Modeling and Study Objectives.  Do you see

12   that?

13        A.   Yes.

14        Q.   And Mr. Maslia says there, "When ATSDR

15   health study epidemiologists requested scientific

16   and technical support from the exposure dose

17   program, they presented a list of the five

18   objectives and questions that they wanted to

19   achieve an answer."

20             So the epidemiologists presented this

21   list to Mr. Maslia and his team; correct?

22             MR. ANWAR:  Object to form.

23   BY MS. BAUGHMAN:

24        Q.   Is that right?

25        A.   That's what it says.

1          Q.    It says that that these five objectives

2     and questions were originally presented at a

3     meeting held on October 28, 2023 at ATSDR's

4     headquarters in Chamblee, Georgia with attendance

5     by ATSDR, Department of the Navy, Naval Facilities

6     Engineering command staff, and the ATSDR

7     university partner and contractors.

8               I left out some parentheticals, but

9     that's what it says; correct?

10         A.    Correct.

11         Q.    Then it lists the five study objectives

12    and questions that the epidemiologists asked ATSDR

13    to address; correct?

14         A.    Yes.

15         Q.    And those include what were the mean

16    monthly drinking water concentrations; correct?

17         A.    Yes.

18         Q.    That's the third one.  But the first one

19    is what chemical compounds contaminated the

20    drinking water and where did they come from.

21    Right?

22         A.    Correct.

23         Q.    The second one is when did contaminated

24    groundwater reach water supply wells and what was

25    the duration of the contamination.  Correct?

1      A.    Correct.

2      Q.    Let me ask you a question about that.

3  You've done a lot of work, and you've written a

4  report that's about a hundred pages on this

5  subject matter; correct?

6      A.    Yes.

7      Q.    Do you have an opinion about when any

8  contaminant reached a water supply well at Tarawa

9  Terrace or Hadnot Point?  Had you offered those

10  opinions?

11      A.    My opinions critiqued the estimates

12  provided by ATSDR on the basis of poor

13  calibration, poor model construction, and lots of

14  assumptions that cannot be tested as well as the

15  accuracy of the model results.

16          MS. BAUGHMAN:  I'll object as

17  nonresponsive.

18  BY MS. BAUGHMAN:

19      Q.    Try answering my question.  If the

20  answers is no, that's fine.

21          Do you have an opinion for the court,

22  for the four judges in this case, about when any

23  contaminant in groundwater reached any water

24  supply well at Tarawa Terrace or Hadnot Point?

25      A.    I did not offer an opinion that would

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    pinpoint a date or a timeframe for that to happen.

2         Q.   Do you have an opinion that you can

3    provide to any of the judges that are addressing

4    this case on when any contaminant in

5    groundwater -- strike that.

6              Do you have an opinion that you can

7    provide the court in this case about the duration

8    of contamination for any contaminant that

9    contaminated a water supply well at Tarawa Terrace

10   or Hadnot Point?  In other words, how long did it

11   contaminate the well?

12             MR. ANWAR:   Object to form.

13   BY MS. BAUGHMAN:

14        Q.   Do you have any opinions like that?

15        A.   My opinions actually suggest that it is

16   not possible with any kind of certainty to answer

17   that question.

18        Q.   So you don't have an answer?

19        A.   I only know what the data suggests with

20   respect to when we know the contamination was

21   there, but with respect to when it arrived there

22   or at what level, I don't think it's possible to

23   provide that answer with any kind of certainty.

24        Q.   With any kind of certainty.  Okay.

25             The next question that Mr. Maslia

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    addresses is what were mean monthly drinking water

2    concentrations?  Do you have an opinion for the

3    court in this case as to what a mean monthly

4    drinking water concentration was for any

5    contaminant at Tarawa Terrace or Hadnot Point

6    water treatment plant at any point in time?

7         A.    Prior to the dates for which data are

8    available, it is not possible to do that at all.

9    And even within the timeframe for which data were

10   available, and I'm talking about the period up to

11   1985 for starters, this is also not possible to be

12   done with any kind of certainty estimates.

13        Q.    So you're not going to offer in this

14   case to the court an opinion as to what the mean

15   monthly drinking water concentration was for any

16   month or at any point in time at the Tarawa

17   Terrace or Hadnot Point water treatment plant;

18   right?  You're not offering those opinions, are

19   you?

20        A.    The only opinion that I'm offering is

21   that we have data for the months for which we can

22   say what kind of contamination we had in the

23   treatment system, but for the other months, I'm

24   saying that we cannot know with any kind of

25   certainty.

1      Q.    Have you performed modeling to try to

2   answer the question yourself?

3      A.    I've only performed modeling to test the

4   ATSDR models for their accuracy.

5      Q.    You haven't tried to do it yourself?

6      A.    No.  In fact, my opinion suggests with

7   the data available, it is not possible to do that.

8      Q.    So let's go back to the peer review.

9   There were two expert peer-review panels, right,

10   that were conducted regarding ATSDR's modeling

11   work; right?

12      A.    Yes.

13      Q.    You attended one of them; right?

14      A.    Correct.

15      Q.    Why didn't you attend the other one?

16      A.    I was not asked to do at the time,

17   something like that.  I was not involved in the

18   project otherwise.

19      Q.    Just to guide our discussion, if you

20   could turn to Mr. Maslia's report, which we've

21   marked as Exhibit 10, on page 99 there is a

22   section in his report called Peer Review of ATSDR

23   Analyses, Results and Reports.

24           Do you see that?

25      A.    Yes.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      Q.   So I want to talk about five different

2  kinds of peer review.  First, there were two

3  expert peer-review panels that looked at the

4  modeling work of ATSDR and reviewed it in 2005 and

5  in 2009; correct?

6      A.   In 2005 the expert panel reviewed the

7  preliminary work and approaches that ATSDR offered

8  for doing this work.  In 2009, I believe there

9  were some discussion with respect to the findings

10  based on the model, the ATSDR model for Tarawa

11  Terrace.  I think the discussion after that was

12  for the approaches proposed for the Hadnot Point

13  model.  At the time, they didn't review the Hadnot

14  Point model.

15      Q.   So in 2005, they discussed methodology

16  and approaches being used for the model of Tarawa

17  Terrace; right?

18      A.   That is correct.

19      Q.   And the experts provided feedback, and

20  ATSDR considered that feedback and, in fact, wrote

21  a report about the panel and what they were going

22  to do as a result; correct?

23           MR. ANWAR:  Object to form and

24  foundation.

25           THE WITNESS:  They offered comments and

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    opinions on what was preliminary work at the time,

2    and I believe it was primarily or mostly related

3    to the groundwater flow model, not the transport

4    model because it was not available at the time.

5    They discussed in 2005 approaches on how to go

6    about performing the transport modeling.

7    BY MS. BAUGHMAN:

8        Q.   ATSDR took that advice under advisement

9    and wrote a report about that panel meeting;

10   right?

11       A.   It was a report that summarized the

12   discussions, comments and recommendations.

13       Q.   And then four years later.  ATSDR got

14   another panel, expert panel together and talked

15   more about their methodologies and their

16   approaches, presented Tawara Terrace results and

17   talked about their approach for Hadnot Point;

18   right?

19           MR. ANWAR:  Object to form.

20           THE WITNESS:  I'm not sure at the time

21   what the panel reviewed with respect to the work

22   that was done in terms of reports, model files and

23   things like that.  So I'm not sure what exactly

24   they looked at.

25

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    BY MS. BAUGHMAN:

2        Q.    Just to be clear, you weren't at the

3    2009 panel; right?

4        A.    No, I was not.

5        Q.    Did you read those two days of

6    testimony, of remarks?

7        A.    I reviewed some of that, but not in

8    detail word by word.

9        Q.    Did you review the report that was

10   written about the two-day meeting in 2009?

11       A.    Again, I reviewed that to some extent,

12   yes.

13       Q.    Not all the way through?

14       A.    I can't recall if I reviewed every --

15   because it involved many different things, some of

16   which were not within the scope of the work that I

17   was doing.

18       Q.    So Mr. Maslia wrote in the middle of

19   that first paragraph on page 99, he said, "The

20   panels were composed of nationally and

21   internationally recognized experts with

22   professional backgrounds in government, academia

23   and the private sector."

24            Do you agree with that?

25            MR. ANWAR:   Object to form.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1        THE WITNESS:  That's his opinion on the

2   status of the person.

3   BY MS. BAUGHMAN:

4        Q.   What's your opinion?

5        A.   I do not have one.

6        Q.   You don't know the reputations of the

7   experts that were on those two panels?

8        MR. ANWAR:  Object to form and

9   foundation.

10       THE WITNESS:  I know of them, but I

11  don't think I can form an opinion on how that they

12  are, their work in general.  I know some of them

13  or all of them, but that's as far as I would go.

14  BY MS. BAUGHMAN:

15       Q.   So as part of your work on this case,

16  you didn't say it was important to look at who was

17  on these expert panels and whether they were

18  qualified to provide opinions to ATSDR on the

19  methodologies?

20       MR. ANWAR:  Object to form and

21  foundation.

22  BY MS. BAUGHMAN:

23       Q.   That wasn't part of your work?

24       MR. ANWAR:  Same objection.

25       THE WITNESS:  I think what is important

1    to know is what they reviewed and how.  I'm not

2    even sure that they went into the detail of the

3    review that I performed on this modeling work to

4    offer my opinions on this.

5              MS. BAUGHMAN:  Let me start with I'm

6    going to object as nonresponsive.

7    BY MS. BAUGHMAN:

8         Q.   Did you as part of your work on this

9    case look into the qualifications and backgrounds

10   of the panelists who were on the two expert

11   peer-review panels for ATSDR?

12        A.   I know a few of the people on those

13   panels, and I respect their reputation in the

14   field.  But, like I said, I do not know what they

15   reviewed to come to their conclusions and

16   recommendations or comments.

17        Q.   So you know a few of the people in the

18   field and you respect them, but you didn't look at

19   the qualifications of all of the expert panelists;

20   is that fair?

21             MR. ANWAR:  Object to form.

22             THE WITNESS:  I don't think that it's

23   relevant to the work that I'm doing here with

24   respect to the level of detail that I looked into

25   these models.  Like I said, unless I knew what

1    exactly they looked at and we could have a

2    conversation face to face on these issues, I

3    cannot offer an opinion on what kind of comments

4    they produced.

5            MS. BAUGHMAN:  I'm going to object as

6    nonresponsive.

7    BY MS. BAUGHMAN:

8        Q.   Whether you think something is relevant

9    or not actually doesn't matter.  You're required

10   to answer my questions whether you think it's

11   relevant or not.

12           So let me ask this question again.  Did

13   you look into the qualifications and background of

14   each of the expert panelists that were on the 2005

15   and 2009 panels for ATSDR?  Did you do it or not?

16           MR. ANWAR:  Object to form.

17           THE WITNESS:  I know most of the people

18   there as members of the scientific community in

19   our field, and I know their reputation and their

20   qualifications.

21   BY MS. BAUGHMAN:

22       Q.   And they're qualified, aren't they?

23           MR. ANWAR:  Object to form and

24   foundation.

25           THE WITNESS:  This is a very general

1    description to provide.  I think they're good

2    practitioners or researchers in the field.  But

3    this is not relevant to whether they formed an

4    opinion based on facts similar to those that I

5    looked at.  So that's important with respect to

6    the opinion they provided there.

7    BY MS. BAUGHMAN:

8        Q.    What materials did ATSDR provide to the

9    panelists in advance of the 2005 panel?

10       A.    I do not know.

11       Q.    What materials did ATSDR provide to the

12   panelists in advance of the 2009 panel?

13       A.    I do not know.

14       Q.    You know it's documented in the reports

15   what they were provided.  You just didn't look,

16   did you?

17            MR. ANWAR:  Object to form.

18            THE WITNESS:  I'm not sure I recall, but

19   I do not think that the actual model files and

20   especially the final model files were provided,

21   but I can't be sure.  And I don't know to what

22   level of detail the panel looked at these files

23   and formed opinions.

24   BY MS. BAUGHMAN:

25       Q.    Did you attempt to find out what the

1    panelist members reviewed prior to meeting in 2005

2    or 2009?

3                MR. ANWAR:  Object to form.

4                THE WITNESS:  I'm sorry.  Can you repeat

5    the question?

6    BY MS. BAUGHMAN:

7        Q.    Did you do any research or did you read

8    any documents to try to determine what the

9    panelists were provided to review prior to the

10   2005 and 2009 meetings?

11               MR. ANWAR:  Same objection.

12               THE WITNESS:  No, because it was not

13   relevant to the work that I was doing.  It's

14   performed an independent evaluation.

15               MS. BAUGHMAN:  I'm going to object as

16   nonresponsive to everything after "no."

17   BY MS. BAUGHMAN:

18       Q.    Now, let's go to the next level of

19   review.  The second paragraph of Mr. Maslia's

20   report says under the section of peer review on

21   page 99, says "In addition to the expert panels

22   and implementing their recommendations, ATSDR

23   sought out independent external peer review for

24   every chapter report for the Tawara Terrace,

25   Hadnot Point, Holcomb Boulevard reports.  These

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    peer reviewers were subject matter experts in all

2    topics covered by the ATSDR historical

3    reconstruction analysis reports."

4            Did I read that correctly?

5        A.   You read that correctly, yes.

6        Q.   Now, were you aware that each chapter of

7    Tawara Terrace and Hadnot Point, Holcomb Boulevard

8    received independent external peer review?

9        A.   I don't see any reference here as to who

10   these people were and what work they did.  So I

11   don't know.

12       Q.   Were you aware -- this is my question --

13   that each chapter was independently externally

14   peer reviewed?  Were you aware of that?

15       A.   Not other than what I'm reading here.

16       Q.   Are you aware that as part of the file

17   that's been produced in this case actually by the

18   Department of Justice, there are documents

19   documenting the peer review and the comments and

20   the responses regarding every chapter?  Did you

21   review those documents?

22            MR. ANWAR:  Object to form.

23            THE WITNESS:  I only performed an

24   independent evaluation of the work done by the

25   ATSDR.

1          MS. BAUGHMAN:  I object as

2    nonresponsive.

3    BY MS. BAUGHMAN:

4          Q.   Here's my question.  Did you review the

5    documents regarding the external peer review of

6    the every chapter of the Tawara Terrace and Hadnot

7    Point, Holcomb Boulevard reports?  Did you review

8    those peer-review comments and responses?

9          MR. ANWAR:  Object to form.

10          THE WITNESS:  You will have to present

11    me with these documents, and I can tell you if I

12    reviewed them or not.  I cannot recall, off the

13    top of my head, if something I reviewed was

14    relevant to your question.

15    BY MS. BAUGHMAN:

16          Q.   Do you recall at this point having

17    reviewed the peer-review comments of the chapters

18    at Hadnot Point and Holcomb Boulevard and Tawara

19    Terrace from the independent external peer review?

20          Do you recall reviewing those documents?

21          MR. ANWAR:  Object to form.

22          THE WITNESS:  You're referring to the

23    external peer review mentioned in that paragraph?

24    BY MS. BAUGHMAN:

25          Q.   Yes.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      A.    I do not recall off the top of my head.

2      Q.    You don't.  Okay.

3            Do you know whether the individuals who

4    did that independent external peer review of each

5    chapter, do you know whether they were subject

6    matter experts in the topics covered by the ATSDR

7    historical reconstruction reports?

8      A.    You will have to tell me who these

9    people were so I can tell you more about it.

10     Q.    You did review Mr. Maslia's report;

11   right?

12     A.    Yes.

13     Q.    And you saw that he said that each

14   chapter is externally peer reviewed; right?

15     A.    Yes.

16     Q.    Did you look into that any further?

17     A.    It was not necessary.

18     Q.    So let's talk about the third level of

19   peer review.  You're aware that Mr. Maslia and his

20   colleagues published in peer-reviewed journals

21   articles regarding the modeling of both Tawara

22   Terrace and Hadnot Point; right?

23           MR. ANWAR:  Object to form.

24           THE WITNESS:  I have seen publications

25   to that effect, yes.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    BY MS. BAUGHMAN:

2       Q.   So in 2009 in the journal Water Quality

3    Exposure and Health, Mr. Maslia published an

4    article about his modeling of Tarawa Terrace

5    called Reconstructing Historical Exposures to

6    Volatile Organic Compound Contaminated Drinking

7    Water at a U.S. Military Base.  Correct?

8       A.   Yes.

9       Q.   That's a peer-reviewed journal?

10       A.   Yes.

11       MR. ANWAR:  Object to form.

12    BY MS. BAUGHMAN:

13       Q.   Then in 2016, Mr. Maslia published in

14    the journal Water regarding Hadnot Point and

15    Holcomb Boulevard in an article entitled

16    "Reconstructing Historical VOC Concentrations in

17    Drinking Water for Epidemiologic Studies at a

18    Military Base:  Summary of Results."  Correct?

19       A.   It appears so, yes.

20       Q.   That's also a peer-reviewed journal;

21    right?

22       MR. ANWAR:  Object to form.

23       THE WITNESS:  Well, peer review is with

24    respect to what the paper states and the

25    approaches and results.  But unless you look at

1    how the calculations are performed and the details

2    of how the analysis is done, I don't know that you

3    can offer an opinion to that effect.

4              MS. BAUGHMAN:  I'm going to object as

5    nonresponsive.

6    BY MS. BAUGHMAN:

7         Q.   There's a peer-review process for

8    publishing articles in literature; right?

9         A.   That does not include necessarily look

10   at the actual model files and looking in details

11   on what is presented in the papers.

12             MS. BAUGHMAN:  I'm going to object as

13   nonresponsive.

14   BY MS. BAUGHMAN:

15        Q.   I didn't ask you that.  That's not what

16   I asked you.

17             There is a peer-review process.  There

18   is a process to publish in the peer-reviewed

19   literature; right?

20             MR. ANWAR:  Object to form.

21             THE WITNESS:  My response to your

22   question is yes, but that peer review rarely, if

23   not ever, includes reviewing the actual

24   calculations and the context of those

25   calculations.  It looks at the methods and the

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    results.

2         MS. BAUGHMAN:  I'm going to object as

3    nonresponsive to everything after "yes."

4    BY MS. BAUGHMAN:

5         Q.    So you've published in your career a

6    total of two articles in the peer-reviewed

7    literature; right?

8         MR. ANWAR:  Object to form.

9         THE WITNESS:  Yes.

10   BY MS. BAUGHMAN:

11        Q.    You've never been asked to be a peer

12   reviewer of anyone else's article in the

13   peer-reviewed literature; right?

14        A.    I have 20 years in the field working on

15   very complex problems.

16        Q.    How many articles were you asked to peer

17   review in the literature in your field, how many?

18        A.    I'm not sure how that is relevant to

19   anything.

20        Q.    What's the answer to the question?

21        A.    I believe you said before it's two

22   articles I have in peer review.

23        Q.    No.  How many times have you been asked

24   to review someone else's before it's published in

25   the peer-reviewed literature?

1     A.    I have not been involved in that

2     process.

3          Q.    I didn't think so.

4               So you don't know what the peer

5     reviewers of Mr. Maslia's two published

6     peer-reviewed articles looked at in order to agree

7     that those articles should be published?  You

8     don't know that, do you?

9               MR. ANWAR:  Object to form.

10               THE WITNESS:  You're asking me whether

11     they have reviewed model files and things like

12     that?

13     BY MS. BAUGHMAN:

14          Q.    Dr. Spilotopoulos, I'm asking you:  You

15     don't know what they did or didn't review, do you?

16          A.    I am familiar with the review process in

17     peer-reviewed journals.  And to my experience and

18     knowledge, almost I would say never, but I want to

19     reserve the right to maybe be wrong in some cases,

20     but that is never done.

21               MS. BAUGHMAN:  I object as

22     nonresponsive.

23     BY MS. BAUGHMAN:

24          Q.    I didn't ask about a specific type of

25     document.  I'm asking:  Do you know what the peer

1    reviewers reviewed before agreeing that

2    Mr. Maslia's article on Hadnot Point modeling

3    could be published in Water in 2016?  Do you know

4    what they reviewed?

5              MR. ANWAR:  Object to form.

6              THE WITNESS:  I don't know what they

7    reviewed, but it would still not impact my

8    opinion.

9              MS. BAUGHMAN:  I'm going to object as

10   nonresponsive to everything after "I don't know

11   what they reviewed."

12   BY MS. BAUGHMAN:

13        Q.   Fourth, Mr. Maslia and his peers have

14   presented their modeling work at multiple

15   professional conferences, haven't they?  Are you

16   aware of that?

17        A.   That seems right.  I don't know what the

18   actual number is, but, yes, they have done that.

19        Q.   Just like you've gone to conferences

20   and, for example, talked about their Hanford work,

21   they've gone to work and presented their work

22   regarding modeling methodologies; right?

23        A.   That is correct.

24        Q.   And you view that as a form of peer

25   review.  You told me that earlier; right?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          A.    These conferences and presentations

2     provide a forum for people to present their work,

3     and it stimulates conversation regarding that

4     work.  Peer review for the conferences that I have

5     participated, similar to those that you referred

6     to regarding Mr. Maslia and the ATSDR group, they

7     review the paper that you provide if that's

8     necessary and required.  In many cases it's a

9     presentation that is not even reviewed.  But where

10    it is reviewed, the paper itself is reviewed with

11    respect to how it presents the work, not

12    necessarily what goes behind the calculations that

13    are presented there, whether they're correct or

14    not.

15          This is part of the conversation that

16    the paper and presentations stimulate in the

17    presentation.

18          Q.    And what you just said applies to each

19    of the conferences where you've presented your

20    work to; right?

21          A.    That is correct.

22          Q.    It's not really a true peer review, is

23    it?

24          MR. ANWAR:  Object to form.

25          THE WITNESS:  It's the type of peer

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    review that I just described.

2    BY MS. BAUGHMAN:

3        Q.   You didn't cite either of Mr. Maslia's

4    published peer-reviewed articles regarding the

5    modeling work for Tawara Terrace or Hadnot Point

6    in your report, did you?

7            MR. ANWAR:  Object to form.

8            THE WITNESS:  I'm not sure.  I have to

9    check.

10   BY MS. BAUGHMAN:

11       Q.   We just checked.  It's not cited in your

12   footnotes, and it's not in your up-to-date

13   Supplemental and Corrected Reliance List.  It's

14   not on either one.  Does that surprise you?

15       A.   In what sense?  I'm not sure I'm

16   following your question.

17       Q.   Is there a reason why the two published

18   peer-reviewed articles of Mr. Maslia from 2009 and

19   2016 regarding his work at Camp LeJeune are not

20   cited in your report or in your Supplemental and

21   Amended Reliance List?

22       A.   Because the work that I did relied on

23   the modeling files provided in support of the

24   ATSDR reports.  That's all I needed to look at.

25       Q.   Did you actually review what Mr. Maslia

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    published in 2009 and 2016 regarding his modeling?

2         A.    I'm not sure that I did.  I do not

3    recall.

4         Q.    You don't recall reading those articles?

5         A.    Off the top of my head, I'm not sure

6    that I did.

7         Q.    If you had read them, you would have

8    included them on your Supplemental and Amended

9    Reliance List, right, as something you considered?

10        A.    I would think so.

11        Q.    So you didn't consider them?

12        A.    I'm saying that I do not recall them

13   and, therefore, they were not there.  But I'm not

14   sure even that I did, and I don't think that I

15   would forget to include them there.

16        Q.    Right.  So based on what you know about

17   your methodology, have you reviewed Mr. Maslia's

18   two published peer-reviewed articles on the

19   modeling done for Tawara Terrace and Hadnot Point,

20   you would have put it on your Supplemental and

21   Amended Reliance List; right?

22             MR. ANWAR:  Object to form.

23             THE WITNESS:  I'm sorry.  You mentioned

24   in the beginning of your question based on my

25   methodology?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    BY MS. BAUGHMAN:

2         Q.    Yeah.  Based on your ordinary practice,

3    if you review something, you put it on the list;

4    right?  Isn't that what you did?

5         A.    Hopefully without forgetting to include

6    something just because it slipped my mind.

7         Q.    You told me if you were provided

8    something by the lawyers, you'd put it on your

9    list even if you didn't review it; right?

10        A.    That would be the case in general, yes.

11        Q.    So I guess the lawyers didn't provide

12   you with Mr. Maslia's peer-reviewed articles, and

13   you didn't go out and find them, and you didn't

14   review them for your work on this case; right?

15             MR. ANWAR:  Object to form and

16   foundation.

17             THE WITNESS:  I'm not sure if they were

18   provided, if I reviewed them.  That I certainly

19   don't recall.  But again for my work, they were

20   not necessary.

21   BY MS. BAUGHMAN:

22        Q.    So based on your sworn testimony today,

23   you do not recall ever having reviewed

24   Mr. Maslia's 2009 or 2016 published peer-reviewed

25   articles regarding his modeling at Tawara Terrace

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    and Hadnot Point; right?

2            MR. ANWAR:  Object to form and

3    foundation.

4            THE WITNESS:  Again, I do not recall.  I

5    honestly do not recall.

6    BY MS. BAUGHMAN:

7        Q.   You can't recall having reviewed them;

8    right?

9        A.   I cannot recall.

10       Q.   Are you saying you can't either way, or

11   you don't recall having reviewed them?

12       A.   I do not recall having reviewed them.

13   Whether I did or not, like I said, I do not

14   recall.

15       Q.   And to the extent you did review them,

16   you have no explanation for me as to why they're

17   not on your Supplemental and Amended Reliance

18   List; right?

19       A.   I think I was very clear.  I do not

20   recall if I did.  If I did and they wouldn't be

21   there, would that be omission?  I don't know.  I

22   do not recall.

23       Q.   Did you purposely leave Mr. Maslia's two

24   published peer-reviewed articles on his modeling

25   at Tawara Terrace and Hadnot Point off of your

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    list?  Did you do that on purpose?

2              MR. ANWAR:  Object to form.

3              THE WITNESS:  I'm telling you I do not

4    even recall reviewing them.  So I don't understand

5    how I could have intentionally omitted them.

6    BY MS. BAUGHMAN:

7         Q.   The last thing I want to point out, are

8    you aware that ATSDR's modeling team received an

9    award from the American Academy of Environmental

10   Engineers and Scientists for their modeling work

11   regarding Camp LeJeune?  Are you aware of that?

12        A.   I am aware of that.

13        Q.   In 2015 they received the Excellence in

14   Environmental Engineering Award, grand prize, for

15   the research category from the American Academy of

16   Environmental Engineers and Scientists; correct?

17        A.   Yes.  I do know that.  But like I said

18   before, I don't know whether that was on the merit

19   of developing a novel approach to doing things

20   versus whether the applicability of that method is

21   reliable for the purposes, the intended purposes

22   of this study.  These are two different things.

23        Q.   You're aware they got the grand prize

24   award in 2015; right?

25        A.   Yes.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      Q.   Have you ever gotten a grand prize award

2    for any of your work?

3              MR. ANWAR:  Object to form.

4              THE WITNESS:  No, I have not.

5    BY MS. BAUGHMAN:

6      Q.   Do you know what the criteria were for

7    receiving the grand prize award from the American

8    Academy of Environmental Engineers and Scientists?

9              THE WITNESS:  I do not.

10   BY MS. BAUGHMAN:

11     Q.   Did you look into it?

12     A.   No, I did not.

13     Q.   Are you a member of that organization?

14     A.   I am not.

15              Excuse me, ma'am.  How long have we been

16   going on in this session?  I don't know if it's

17   time for a short break.

18     Q.   If you want a break, we can take a

19   break.

20     A.   Five minutes.

21              THE VIDEOGRAPHER:  Off the record at

22   1447.

23              (Recess from 2:47 p.m. to 3:00 p.m.)

24              THE VIDEOGRAPHER:  On the record at

25   1500.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1           THE WITNESS:  Before we begin, I would

2    like to go back to your question.  I believe you

3    asked me whether I can or will offer an opinion

4    regarding the timing of contamination reaching the

5    wells in Tawara Terrace or Hadnot Point.

6           My complete answer to that is I do not

7    believe that the current model can do this, but I

8    can have an opinion on the likelihood for

9    contamination to reach in those wells without

10   having a certain date, but certainly a timeframe.

11   BY MS. BAUGHMAN:

12       Q.   In your expert report, is there an

13   opinion that states when a contamination, any

14   contamination would reach any well at Tawara

15   Terrace or Hadnot Point?

16       A.   My expert report focused solely on the

17   critiquing the model.  So it was only focused on

18   that.

19           MS. BAUGHMAN:  Objection.

20   Nonresponsive.

21   BY MS. BAUGHMAN:

22       Q.   I'm asking you in your expert report, is

23   there an opinion that tells us the timing of when

24   contamination of any contaminant reached or would

25   reach any well at Tawara Terrace or Hadnot Point?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    Is that opinion in your report?

2         A.    I do not have a formal opinion in that

3    respect.

4         Q.    You didn't cover that in your expert

5    report; right?

6         A.    Explicitly, no.

7         Q.    Or even implicitly.  I mean, if you can

8    show me where in your report you provided the

9    opinion on the timing of when contamination would

10   reach any well at Tawara Terrace or Hadnot Point,

11   I want to see where that is.

12        A.    I do not have an explicit opinion like

13   that.  I state facts and data, but there is

14   additional things that I have thought and

15   considered during this process of depositions and

16   other things that I looked at that can help me

17   form another opinion potentially on that.

18        Q.    Understood.  But you understand that the

19   process in federal court is that if you have an

20   opinion you're going that offer the court, it's

21   supposed to be in your expert report; right?

22        A.    That is correct, although I never had

23   the benefit of rebuttal of -- the rebuttals of the

24   plaintiffs' expert.  Therefore, I'm a little

25   shortchanged in that respect.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      Q.   I asked you about the water wells.  I
2  want to ask you about the water treatment plants.
3  In your report, you haven't offered any opinion as
4  to when contamination reached the water treatment
5  plant initially for Tawara Terrace or Hadnot Point
6  water treatment plants, have you?
7      A.   No.  That falls squarely in what I said
8  before about the wells and the treatment plant.
9  So that's an opinion I can offer.
10     Q.   That is not in your report?
11     A.   That is not currently explicitly in my
12  report.
13     Q.   Well, you say explicitly in your report.
14  It's not implicitly report either; right?  When I
15  say that, if it's in your report, I want you to
16  show me what page it is where you've offered the
17  opinion where any contamination reached any well
18  or the water treatment plant?
19     A.   By implicity I mean I provide opinions
20  and facts regarding when contamination was found,
21  what data suggests that, for example,
22  nondetections were there and the model, for
23  example, falsely ignored them and provided
24  elevated concentrations at the same time.  So all
25  this can inform an opinion as to when

1    contamination could have arrived.

2        Q.    But that opinion is not stated in your

3    report; fair?

4        A.    That is correct.

5        Q.    We talked about this in Mr. Maslia's

6    report about those five questions that the

7    epidemiologist posed to him and his team on page

8    26 and 27 of his report.

9            My question is:  Do you have any basis

10   that disagree with Mr. Maslia that, in fact, these

11   were five objects and questions presented by the

12   epidemiologist to the team?

13           MR. ANWAR:  Object to form.

14           THE WITNESS:  That's what it's stated

15   there as being the objectives.  My question and

16   critique on whether the work that ATSDR did could

17   actually answer those questions with any kind of

18   accuracy or certainty.

19           MS. BAUGHMAN:  I'm going to object as

20   nonresponsive.

21   BY MS. BAUGHMAN:

22       Q.    Here's my question.  Do you have any

23   basis to disagree that at this meeting in October

24   of 2003, the epidemiologist presented these five

25   study objectives and questions to Mr. Maslia and

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    his team?  Do you have to any reason to disagree

2    that that occurred?

3              MR. ANWAR:  Object to form.

4              THE WITNESS:  I'm not sure.  I don't

5    know what happened at that meeting.  That's a

6    statement that Mr. Maslia is providing.  I haven't

7    read anything in support of this to say that it's

8    true or not.

9    BY MS. BAUGHMAN:

10        Q.   So you think it's possible that

11   Mr. Maslia is not telling the truth here, is that

12   what you're saying?

13             MR. ANWAR:  Object to form.

14             THE WITNESS:  I'm saying that I don't

15   know the facts.  So I'm taking this at face value

16   at this point.

17   BY MS. BAUGHMAN:

18        Q.   You have some statements in your report,

19   one of them is on page 30, where you say toward

20   the bottom of the page, "ATSDR ignored any

21   contaminant losses that would occur during

22   treatment."

23             I want to just ask you about that.  I

24   know Dr. Hennet has offered some opinions on

25   volatilization.  So my question for you is:  Have

1    you, yourself, performed any calculations

2    regarding alleged volatilization losses at the

3    water treatment plants?

4         A.   No, I have not, my calculations and at

5    the treatment plant.

6         Q.   So are you relying on the calculations

7    and the opinions of Dr. Hennet regarding the

8    quantification of any alleged VOC losses at the

9    water treatment plants?

10        A.   Yes, I do.

11        Q.   So I want to talk about something

12   different.  In your report, I've counted this up,

13   you've used the word "arbitrary" 16 times to

14   describe ATSDR's estimates or expert judgments

15   regarding parameter values and other assumptions.

16             You're familiar with that, right, your

17   use of the word "arbitrary"?

18        A.   I do not recall the number of times, but

19   you've used the word "arbitrary."

20        Q.   What do you mean by "arbitrary"?

21        A.   Well, I guess we have to go to the

22   specific.  Can you give me an example so I can

23   talk about it?  I don't know if the context across

24   the entire document is the same.

25        Q.   Can you give me a definition of

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      "arbitrary"?

2              MR. ANWAR:  Object to form.

3              THE WITNESS:  Again, I would like to see

4      the actual statement and tell you on that

5      statement what my opinion is.

6      BY MS. BAUGHMAN:

7          Q.   Okay.  Let's go to page 84.

8          A.   84 you said?

9          Q.   Yep.  By the way, so your testimony is

10     your definition of "arbitrary" might change in

11     each time you use it?

12             MR. ANWAR:  Object to form.

13             THE WITNESS:  No.  I'm saying I would

14     like to see the statement and make sure that the

15     context is correct.

16     BY MS. BAUGHMAN:

17         Q.   So the last sentence of the second full

18     paragraph under 4.2.5.1.1 says, "The empirical

19     data for undergrounds storage releases may or may

20     not be applicable to the USTs installed at Camp

21     LeJeune and, therefore, assignment of timing and

22     magnitude for these sources is arbitrary and

23     uncertain."

24             What's the word "arbitrary" mean?

25         A.   It basically means that ATSDR looked at

1    the analysis of 12,000 something leak incidents

2    across the United States, considered the timeframe

3    indicated in that report regarding when leaks

4    might have occurred, and within that timeframe,

5    they selected the mean value that was, if I

6    remember correctly, nine years.

7            The problem is that what happens across

8    the United States that doesn't mean that happened

9    in North Carolina.  It certainly that doesn't mean

10   that we know what happened in each and every one

11   of those tanks at Camp LeJeune.  So the assumption

12   is absolutely arbitrary because it's not informed

13   by any kind of site-specific data.  It's an

14   average over the entire United States.  To me,

15   that's the definition of arbitrary.

16   (Spiliotopoulos Exhibits 11 - 12 were marked.)

17   BY MS. BAUGHMAN:

18       Q.   I'm going to hand you what I've marked

19   as Exhibits 11 and 12.  And these are definitions

20   from the Oxford Dictionary and from the Miriam

21   Dictionary.  Oxford is 11 and Miriam is 12 on the

22   definition of the word "arbitrary."

23           Exhibit 11, in Oxford, the first

24   definition is:  Based on random choice or personal

25   whim rather than any reason or system.  An

1    arbitrary decision.  So random choice.

2              The second definition on Miriam is:

3    Existing or coming about seemingly at random or by

4    chance or as a capricious and unreasonable act of

5    will.

6              Do you see those definitions?

7         A.   I also see the second one there based on

8    or determined by individual preference or

9    convenience rather than by necessity or the

10   intrinsic nature of something.  That's another one

11   there.

12             I would call very much of that semantics

13   in the sense that still ATSDR had no idea when

14   these tanks leaked.  There's a fact that they

15   leaked.

16        Q.   They did leak; right?

17        A.   Yes, they did.  But the problem is when.

18   And ATSDR proceeded one step further to take the

19   mean value and consider that the starting date.

20   When ATSDR did a sensitivity analysis, it

21   considered plus or minus nine years, which

22   actually suggests that there was no foundation in

23   the selection of values in their models, and the

24   uncertainty is so extreme that, yes, to me at that

25   point, it's arbitrary.

1          MS. BAUGHMAN:  I'll object to that whole

2    speech as nonresponsive to any question pending.

3    BY MS. BAUGHMAN:

4          Q.   Now, let's go to Section 4.2.5.1.1 of

5    your report on page 84.  That's where you

6    describe --

7          A.   One second, please.

8          Q.   That's where we just were.

9          A.   Yes, but I closed it to see your other

10   exhibit.

11         Q.   Page 84.

12         A.   Okay.

13         Q.   Page 84, you describe this EPA report

14   from 1986.  Leaking around storage tanks that

15   ATSDR relied upon; right?

16         A.   Yes.

17         Q.   And that report from the EPA was based

18   on records of more than 12,500 reported leak

19   incidents; right?

20         A.   Yes.

21         Q.   And the ATSDR used the median value of

22   nine years after installation to assign release

23   dates to the leaks; correct?

24         A.   Yes.

25         Q.   And you call that assignment arbitrary;

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    right?

2         A.   Yes, I do because we have no idea when

3    they leaked.  And this is a critical parameter

4    that goes into the model because it determines

5    when contamination started entering the aquifer.

6         Q.   Are you aware of any other study that's

7    been performed regarding leaking underground

8    storage tanks in the United States that's

9    considered more data than what the EPA considered

10   in this 1986 study?

11        A.   I'm not sure, but that's absolutely

12   relevant because what happens in a mean sense

13   across United States has nothing to do with what

14   happened at that site.  And when the purpose of

15   this analysis is to determine monthly

16   concentrations over a period of time, we better

17   get right the starting time for that.

18             MS. BAUGHMAN:  Object as nonresponsive.

19   BY MS. BAUGHMAN:

20        Q.   The deposition -- I'm going to ask for

21   more time if you don't start answering my

22   questions instead of giving speeches.

23             MR. ANWAR:  Please don't threaten the

24   witness.  You can direct that to me.

25             MS. BAUGHMAN:  You just make "Objection.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    Form."

2              MR. ANWAR:  Don't threaten me either.

3              MS. BAUGHMAN:  That's the second example

4    I'm going to give the court for you.

5    BY MS. BAUGHMAN:

6         Q.   Now, Dr. Spiliotopoulos, what research

7    did you do for your report regarding what's been

8    published regarding how long it takes for

9    underground storage tanks to leak?  Did you look

10   at any other studies or data in addition to the

11   1986 EPA report?

12             MR. ANWAR:  Object to form.

13             THE WITNESS:  I did not have to.

14   BY MS. BAUGHMAN:

15        Q.   Did you look at any?

16        A.   No.

17        Q.   Did you actually read the EPA's report

18   from 1986 on leaking underground storage tanks?

19        A.   I reviewed the report which is why

20   actually I corrected the number of leaks that was

21   in the ATSDR report.

22        Q.   Now, is there any reason that you can

23   identify as to why EPA's empirical data on the

24   12,000 underground storage tanks would not apply

25   to the USTs installed at Camp LeJeune?

1         MR. ANWAR:  Object to form.

2         THE WITNESS:  Because the empirical data

3    look at different conditions in different places,

4    and, therefore, an average value of those has

5    nothing to do with what happened in Camp LeJeune

6    in each and every one of those tanks.

7    BY MS. BAUGHMAN:

8         Q.   Why would the storage tanks leak at a

9    different time in Camp LeJeune?  In other words,

10   is there something about the tanks that were used

11   at Camp LeJeune, their materials, how they were

12   installed, that's different from the tanks that

13   the EPA studied that you can identify?

14        A.   Because corrosion occurs differently in

15   different parts of the country or even within the

16   same state close or far from the shoreline.  There

17   are different geochemical and environmental

18   conditions.  There are issues with installation,

19   good or bad installation.  There's a number of

20   reasons why tanks would fail.

21        MS. BAUGHMAN:  I'm going to object as

22   nonresponsive.

23   BY MS. BAUGHMAN:

24        Q.   I'm focused first on the kind of tanks

25   that were installed at Camp LeJeune.  Is there

1    something about those tanks, about their materials

2    or how they were installed that makes them

3    different from what the EPA studied in the 12,000

4    tanks?  Can you identify anything different about

5    the tanks themselves?

6         A.    The EPA study looked at a number of

7    different types of tanks across the United States.

8    So they didn't perform a study on the particular

9    type that was installed at Camp LeJeune to provide

10   any kind of confidence in their estimates.  This

11   is across the board for all types of.

12              MS. BAUGHMAN:  Objection.

13   Nonresponsive.

14   BY MS. BAUGHMAN:

15        Q.    Tell me what's different about the tanks

16   specifically at Camp LeJeune as compared to what

17   the EPA studied, the difference in the material,

18   the construction, the installation.  Tell me

19   what's different.

20              MR. ANWAR:  Objection to form to

21   foundation.

22   BY MS. BAUGHMAN:

23        Q.    If you know.

24        A.    I think I responded that the EPA report

25   looks at a number of different types and does not

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    focus on the types of tanks that we encounter at
2    Camp LeJeune.  And even if they did, the fact that
3    that is a range of failure time suggest that we
4    can't really tell when the tank will corrode and,
5    therefore, start leaking.
6              MS. BAUGHMAN:  Objection.
7    Nonresponsive.
8    BY MS. BAUGHMAN:
9         Q.   Can you tell me what type of tank, what
10   type of underground storage tanks were installed
11   at Camp LeJeune?
12        A.   I do not know.
13        Q.   What were they made off?  What were the
14   materials?
15        A.   I believe they were steel tanks, but I'm
16   not sure about the specifics.
17        Q.   Who manufactured them?
18        A.   I don't know.
19             MR. ANWAR:  Object to form.
20   BY MS. BAUGHMAN:
21        Q.   What years, what are the range of years
22   that the underground storage tanks were installed?
23        A.   I'm sorry.  Can you repeat that
24   question?
25        Q.   Yeah.  When were the underground storage

1    tanks installed at Hadnot Point?

2         A.    I don't recall the installation time for

3    each tank.

4         Q.    Did the EPA study include the type of

5    tanks that were installed at Camp LeJeune in the

6    study?

7         A.    I don't even know if that were the case

8    or how close they would come to the exact type.

9         Q.    Do you know whether the EPA study

10   included the type of environmental conditions that

11   the underground storage tanks would find at Camp

12   LeJeune as part of the type as part of their

13   study?  Let's just say this.  Were there -- strike

14   that.

15             Did the EPA study include tanks that had

16   been installed in North Carolina?

17        A.    I do not know, but it would still be

18   irrelevant.  It doesn't answer question as to when

19   the specific ones leaked.

20        Q.    How many of the 12,000 tanks that the

21   EPA studied had similar geochemical and

22   environmental conditions as the tanks at Camp

23   LeJeune?

24             MR. ANWAR:  Object to form.  Foundation.

25             THE WITNESS:  I do not know.  I do know,

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    however, that ATSDR looked at that and actually

2    looked at the sensitivity of 18 years of possible

3    release time.  So that speaks volumes about what

4    ATSDR considered about the time.

5                MS. BAUGHMAN:  Object as nonresponsive

6    to everything after "I do not know."

7    BY MS. BAUGHMAN:

8        Q.   You also believe that the source release

9    timeframe of seven years for the landfill area is

10   arbitrary; right?

11       A.   I don't see how we could have known what

12   the time was.

13       Q.   So let's talk about the landfill for a

14   minute.  You went to the landfill when you had

15   your site visit, right, last year at Camp LeJeune?

16       A.   We went by the landfill.  We saw that at

17   some distance.  We didn't actually walk on it.

18       Q.   So Hadnot Point began operations in

19   1942; right?

20       A.   Yes.  That's my understanding.

21       Q.   When were materials -- when that did

22   waste begin to be disposed at the landfill at

23   Hadnot Point?

24       A.   I don't think we have a good

25   understanding of what types of materials and the

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    timing of the disposal occurred at the landfill.

2    We have some general ideas.  I don't even know

3    that we know exactly where they started being

4    disposed of and the progression of the landfill

5    coverage, that it's fully understood.

6        Q.   I'm not asking about "we."  I'm asking

7    about you, what you know.  When you say "we," I

8    don't know who you're talking about.  So just to

9    be clear, when I ask questions, I'm asking about

10   your knowledge.  Okay?

11           When Hadnot Point opened in late 1941

12   and 1942, where were wastes disposed?  Was there

13   another landfill used, or was it always this

14   landfill?

15           MR. ANWAR:  Object to form and

16   foundations.

17           THE WITNESS:  I think that was the case

18   where things were disposed, but I'm not a hundred

19   percent sure.  In my analysis I worked with the

20   sources identified by ATSDR.  So I took those for

21   granted in terms of the analysis.

22   BY MS. BAUGHMAN:

23       Q.   Turn to page 14 of your report.  The

24   first sentence on page 14, you wrote, "Historical

25   based operations and waste disposal practices have

1    been identified as being responsible for the

2    contamination of groundwater and finished water

3    supply to the Hadnot Point and Holcomb Boulevard

4    area."  Correct?

5         A.   Yes.

6         Q.   Do you agree that those were the sources

7    of contamination at Hadnot Point?

8         A.   I'm just stating what I have read in

9    timelines and reports about Hadnot Point.  I do

10   not have any personal knowledge on this.

11        Q.   You agree that industrial wastes were

12   disposed of at the Hadnot Point landfill?

13        A.   Possibly, yes, I think so.  But I'm not

14   a hundred percent sure.

15        Q.   Do you know what was disposed of at that

16   landfill?

17        A.   I do not recall the details.  Like I

18   said, I took ATSDR's assumptions regarding the

19   source location and type as the starting point of

20   my analysis.

21        Q.   Was the landfill lined at Hadnot Point?

22             MR. ANWAR:  Object to form and

23   foundation.

24   BY MS. BAUGHMAN:

25        Q.   If you know.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      A.    I'm not sure.  I don't think so, but I'm

2   not sure.

3      Q.    So when waste was disposed of there, was

4   it disposed of in containers, or was it just

5   dumped on the ground?

6      A.    I think there were different types of

7   products that were disposed and different

8   packaging of the disposed material.  So there were

9   tanks, but there was other material that was

10  loose.  That's my understanding in general terms,

11  but I do not know in detail how material was

12  disposed there.

13     Q.    You said there were tanks.  Are you

14  referring to underground storage tanks?

15     A.    No.  I'm sorry.  I misspoke.  I think of

16  drums perhaps, but I don't know.  I'm just

17  speculating again on the types of materials that

18  were disposed.

19     Q.    So what precautions were taken in the

20  1940s to make sure that the waste that was dumped

21  at the Hadnot Point did not leach into the

22  groundwater?  Are you aware of any?

23            MR. ANWAR:  Object to form and

24  foundation.

25            THE WITNESS:  I'm not offering an

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    opinion on that.  I'm not in a position to answer

2    that question.

3    BY MS. BAUGHMAN:

4         Q.   You don't know, do you?

5         A.   I do not know.

6         Q.   So if the landfill began accepting

7    industrial waste dumped on the ground without

8    liners and containers in 1942, why would it be

9    arbitrary to assume that the contaminant releases

10   began seven years later?  Why is that arbitrary?

11            MR. ANWAR:  Objection.

12            THE WITNESS:  Because there are no data

13   on which calculations can be based to determine

14   that.

15   BY MS. BAUGHMAN:

16        Q.   What timeframe -- I want you to assume

17   with me that it's opened in 1942 and the waste

18   begins to be dumped there, and they aren't taking

19   precautions because that wasn't done at the time

20   to make sure that these wastes did not leak in the

21   groundwater.

22            How long do you think it would take for

23   the release to start?

24            MR. ANWAR:  Object to form.

25            THE WITNESS:  I have no data to offer an

1    opinion on that.

2    BY MS. BAUGHMAN:

3         Q.   Did you look into it?

4         A.   No, I did not.  I could not, anyways.

5              (Spiliotopoulos Exhibit 13 was marked.)

6    BY MS. BAUGHMAN:

7         Q.   I'm handing you what I've marked as

8    Exhibit 13 to your deposition, and that is Chapter

9    F, Simulation of the Fate and Transport of PCE

10   from Tawara Terrace.

11             I'm going to ask you some questions, but

12   first I wanted to ask you:  Do you agree that the

13   water supply well that was the largest contributor

14   of PCE to the Tawara Terrace water treatment plant

15   was well TT-26?

16        A.   I agree.

17        Q.   Let's look at page F34.  And I want to

18   ask you some questions about the Figure F16.

19   Okay?

20             Now, do you see that there's a short

21   timeframe where there were five observed values of

22   PCE that vary from about 1600 micrograms per liter

23   to about 100 micrograms per liter?

24        A.   I can above the one, but, yes, that's

25   range approximately, yes.

1      Q.   And you can see that the simulated value

2   at that time produced by the Tawara Terrace water

3   model of ATSDR shows approximately 800 micrograms

4   per liter when those five values were measured;

5   right?

6      A.   Actually, if I recall correctly, that

7   800 was a little before that.  It was a little

8   less than that during the time when those

9   measurements were available.  But roughly, yes.

10     Q.   One question I have for you is looking

11  at -- this is TT-26, right, that we're looking at,

12  the simulation and the measured values; right?

13     A.   Yes.

14     Q.   Can you explain to me why, if you

15  believe it, why this result would show an

16  indication of the model results being biased high?

17     A.   First things first.  This is a graph of

18  the historical reconstruction at well TT-26 for

19  which data are available to test its accuracy are

20  only from December '84, January '85, like that

21  critical inflection point, at which point the well

22  is turned off.  Then there's another datapoint in

23  1991.

24          When I look at this graph, the first

25  thing that I see is when we look at what happens

1    in 1991, the model calculates practically double

2    the concentration that is measured in the aquifer

3    at that time.  So that's a bias high.  With

4    respect to what happens prior to that date, this

5    is not the only graph to look at to arrive to that

6    conclusion.

7          You have to look at all of them from F13

8    to F17.  And all of them are showing that the

9    model overestimates the concentrations, the

10   measured concentrations at the wells at all times.

11        Q.    The other three are not about TT-26;

12   right?

13        A.    No.  From RW to near the source to TT23,

14   25 and 54.

15        Q.    Would you agree the PCE values observed

16   at Tawara Terrace showed a high degree of

17   variance?

18        A.    I'm sorry.  Repeat that again.

19        Q.    Do you agree that the PCE values

20   observed at Tawara Terrace show a high degree of

21   variance?

22        A.    Well, the variance that we see in these

23   results is expected given the timeframe that they

24   represent if you collect data within a few days

25   from each other.  Of course, you can have the kind

1    of variability.  The problem here is that you have

2    no historical data to test whether the variability

3    you see in '85 is similar to what you see in the

4    previous year and what the trends are

5    historically.  So we're only looking at a point in

6    time.

7              MS. BAUGHMAN:  I'll object as

8    nonresponsive to everything starting with "the

9    problem here" and going from there.

10   BY MS. BAUGHMAN:

11        Q.   When you're calibrating a transport

12   model to observations with a high degree of

13   variance, is it realistic to expect that the

14   simulated concentrations would match the observed

15   concentrations with a high degree of precision?

16        A.   Precision or accuracy?

17        Q.   I asked precision first.

18        A.   Precision is something that is difficult

19   to get.  You have to have a great model to do

20   that.  You have to have an accurate model,

21   nonetheless, that comes close to the observed

22   values.

23             MS. BAUGHMAN:  I'm going to object as

24   nonresponsive.

25

1    BY MS. BAUGHMAN:

2        Q.   If you're calibrating a transport model

3    to observation to high degree of variance, is it

4    realistic to expect that the simulated

5    concentrations would match the observed

6    concentrations with a high degree of precision?

7            MR. ANWAR:  Object to form.

8            THE WITNESS:  I'm not sure I can answer

9    this question in a different way.  If I only

10   answer with respect to precision, I'm taking

11   things out of context here.

12           The critical issue in the model

13   calibration is that the model is, first of all,

14   accurate.  So it comes close to the real value.

15   How close is determined by precision.  That's a

16   different thing.

17           MS. BAUGHMAN:  I'm going to object as

18   nonresponsive.

19   BY MS. BAUGHMAN:

20       Q.   Would you expect the model results to

21   match each of the five observed values at TT-26

22   with a high degree of precision?

23           MR. ANWAR:  Object to form.

24           THE WITNESS:  Of course, not, because

25   the model simulates monthly concentrations, and

1    these are daily values.

2                  (Spiliotopoulos Exhibit 14 was marked.)

3    BY MS. BAUGHMAN:

4         Q.   Let me ask you.  I'm going to mark as

5    Exhibit 14.  I have one copy, but it's just a

6    blowup of Figure 26 -- F16.

7                  I've handed you Exhibit 14, which you

8    can compare, if you want to, to Exhibit 13, page,

9    F34.  You see it is Figure F16 from Tawara Terrace

10   Chapter F; right?

11        A.   Yes, it looks like it.

12        Q.   So what I'm going to ask you to do --

13   I'll hand you a Sharpie.  If the simulated value

14   was to be precise and to precisely match up to

15   with a high degree of precision the measured

16   numbers, show me what that simulation would look

17   like.  Here's on the marker.

18                  Can you graph that for me what that

19   would look like?

20        A.   But again, we have different values

21   measured over a number of days, and the model

22   calculate a monthly average value.  There's no

23   precision here.  There's accuracy.  What kind of

24   precision can we have if we have different

25   measured concentration over different days and the

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    model calculates a monthly average value?  The

2    model is not constructed to calculate daily

3    values.

4         Q.   Would it be reasonable to assume that

5    the model simulated concentrations would vary as

6    much as the data shown in F16 over that short

7    period of time?

8              MR. ANWAR:  Object to form.

9              THE WITNESS:  I'm sorry.  Can you repeat

10   that question, make sure I understand it.

11   BY MS. BAUGHMAN:

12        Q.   Would it be reasonable to expect the

13   called simulated concentrations to vary the way

14   it's shown in F16 over that period of time?

15             MR. ANWAR:  Object to form.

16             THE WITNESS:  Actually, based on the

17   approximations in the model from the cell size

18   loading and plume size and the variability, I

19   would expect it not to change unless the model had

20   daily pumping rates that would reflect the actual

21   operation of the wells during those days, because

22   what you see at the well is directly related to

23   the pumping rate for that date.

24             Here the model assumes a monthly average

25   flow rate and calculates a monthly concentration.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    BY MS. BAUGHMAN:

2        Q.   Can you draw for me on what we've marked

3    as Exhibit 14 what the simulation would look like

4    if it was accurate with respect to the values

5    shown on F16?

6        A.   You mean with respect to the monthly

7    average concentration that it calculate?

8        Q.   Yes.

9        A.   It would probably be somewhere very

10   close to that.

11       Q.   Close to what's shown in F16 right now?

12       A.   Yes, maybe a little higher or a little

13   lower.  To me they would all be acceptable.  Given

14   the range of observations, something within that

15   range would be accurate enough.

16       Q.   Thank you.

17       A.   That doesn't say anything about the

18   history of contamination at that well,

19   nonetheless.

20           MS. BAUGHMAN:  Object as nonresponsive

21   to everything after "accurate enough."

22   BY MS. BAUGHMAN:

23       Q.   If you could turn in your report to page

24   36.  Just to be clear about F14, what you just

25   told me is -- I asked you to draw on F16, Figure

1   F16 where the simulation would be if you were

2   trying to show accuracy with respect to those

3   datapoints that are almost at the same timeframe.

4   And you said you can't draw anything better than

5   what's on F16 now; is that right?

6       A.   No.  What I said is that a model would

7   predict a value that would be somewhere within

8   that range and we would preferably like it to be

9   somewhere within that range, maybe a little higher

10  or a little lower in by itself.

11      Q.   Show me what you think would be

12  accurate.  If the model were accurate for F16,

13  where would it be?  Here's the marker.

14      A.   Hold on a sec.  I would like to answer

15  your question, but I have to answer it in a way

16  that makes sense.

17          What I said is that the model provides a

18  approximation of the measured concentrations at

19  that time.  The problem here is that in the

20  absence of historical concentrations prior to

21  that, whether a value is a little higher or a

22  little lower cannot be evaluated even by itself.

23          In other words, you can have a model

24  that maybe at that date, it can show a higher

25  concentration than what this one says.  But prior

1    data would show what the trend is like to get

2    there.  And looking at all the data, we would make

3    a determination as scientists whether that's an

4    accurate model.  Having only data for one month

5    and trying to see if the model is accurate on that

6    date, it's not necessarily meaningful because,

7    like I said, maybe the model would give us

8    something lower than that, maybe something that's

9    700, maybe something that's 900.

10         You have to look at the history and not

11    just one datapoint and determine whether it's

12    accurate or not.

13         MR. ANWAR:  Object as nonresponsive.

14    BY MS. BAUGHMAN:

15      Q.  That is not what I asked you.  I asked

16    you to draw if you don't think that's an accurate

17    representation of the values at that time, at that

18    timeframe where those five were taken.  If that

19    doesn't represent accuracy in your definition of

20    accurate, show me what would be accurate.  I want

21    you to draw it.  I don't want an explanation.  I

22    just want you to draw.  What would be more

23    accurate?

24         MR. ANWAR:  I'm just going to note you

25    don't need to draw anything if it's not possible

1    to.

2              THE WITNESS:  I'm answering the

3    question.  I think you changed the question.  But

4    nonetheless, I'm trying to answer your question.

5              An accurate solution within this range

6    of values is this one.  It can be a little, a

7    higher a little lower.  What I'm trying to say

8    that and in by itself with one essentially

9    datapoint with just over one month, you cannot

10   opine on the accuracy of the model because the

11   accuracy of the model cannot be determined on the

12   basis of one point.

13             If you were to take the average of these

14   values and compare the average to that simulated

15   value, you can come as close as 10 micrograms per

16   liter, 20, 50, a hundred.  Any of those would be

17   fine provided that you have enough information to

18   determine that getting there is acceptable.

19   Otherwise, with just one point, you cannot answer

20   that question.

21             MS. BAUGHMAN:  Objection.

22   Nonresponsive.

23   BY MS. BAUGHMAN:

24        Q.   Can you come up with a number or can you

25   mark it on there what would be more accurate than

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    what's simulated on F16 at that point.  I'm not

2    asking before or after.  I'm asking you for that

3    point right there.  Is there a more accurate

4    number or a more accurate point than what we see

5    there in F16?  If there is, I would like you to

6    draw it for me.

7         A.   And I'm saying there are many values

8    here that can be considered accurate with respect

9    to comparing them to the measured values.  There's

10   a range here that is fine.  But there's no single

11   value that is more or less accurate.  This is a

12   relative term.

13        Q.   So what is modeled in F16 is within the

14   range of accuracy for that point in time; right?

15             MR. ANWAR:  Object to form, foundation.

16             THE WITNESS:  And again to provide

17   context to that answer, I'm saying that if we're

18   to look only at that value, we'd say that's close

19   enough.  But that's not enough to say anything

20   about the calibration of the model.

21             MS. BAUGHMAN:  Object as nonresponsive

22   to everything after "that's close enough."

23   BY MS. BAUGHMAN:

24        Q.   Let's go to page 36 of your report.

25   Under Section 4.1.2.1, your first sentence is:

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      "In its contaminant transport model, ATSDR

2      represented the PCE contamination source at Tawara

3      Terrace as ABC One-Hour Cleaners."

4            Do you see that?

5      A.   Yes.

6      Q.   Do you disagree with ATSDR's conclusion

7      that ABC Cleaners was the source of the PCE

8      contamination at Tawara Terrace?

9      A.   That's my understanding of what the

10     source of contamination there is.

11     Q.   You haven't identified any other source;

12     right?

13     A.   No, I have not, or to be more precise, I

14     have not looked at any other sources.  I took this

15     as the source of contamination.

16     Q.   So in terms of determining the mass

17     loading rate at Tawara Terrace, you'd agree that

18     ATSDR looked at the available data and began with

19     a mass loading rate of approximately 200 grams per

20     day; right?

21     A.   I'm sorry.  You're referring to

22     something that I said here?

23     Q.   No, I'm not.  I'm just referring.  Do

24     you remember?

25     A.   Off the top of my head, no.  If you can

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    point me to the document, I can...

2         Q.   You agree with me ATSDR adjusted the

3    mass loading for Tawara Terrace in its calibration

4    process?

5         A.   That I agree on, yeah.

6         Q.   Isn't that a generally-accepted

7    methodology?

8              MR. ANWAR:  Object to form.

9              THE WITNESS:  In general, yes.  But in

10   order to do that, you have to have several

11   datapoints to be able to calibrate to that.

12   Otherwise, it's an assumption that cannot be

13   verified or tested.

14   BY MS. BAUGHMAN:

15        Q.   In your modeling efforts in fate and

16   transport of contaminants, have you ever adjusted

17   the source mass loading rate as part of the

18   calibration process?

19        A.   Of course, following the steps I just

20   described using data to calibrate the model to

21   that.

22        Q.   In your opinion at the bottom of page 36

23   is that ATSDR start date for the PCE source

24   release at ABC One-Hour Cleaners was incorrect;

25   right?

1     A.   Yes.

2     Q.   And what was your methodology that you

3  used to determine the correct start date?

4     A.   I believe Dr. Brigham provides the

5  foundation for supporting this argument.

6     Q.   So you reviewed their report of defense

7  expert Dr. Brigham; right?

8     A.   Yes, I did.

9     Q.   Did you do anything else to determine

10  what the alleged correct start date is at ABC

11  One-Hour Cleaners other than review Dr. Brigham's

12  work?

13     A.   I looked at documents myself, but his

14  expert report provides all the supporting material

15  for that opinion.

16     Q.   Did you review any documents other than

17  those cited by Dr. Brigham?

18     A.   No, I don't believe so.

19     Q.   Are you aware of that ATSDR relied on

20  the sworn testimony of Victor Metz, owner of the

21  ABC One-Hour Cleaners for the 1953 start date?

22     A.   That is true.  Dr. Brigham brings a lot

23  more information to that subject.

24          MS. BAUGHMAN:  Object as nonresponsive

25  to everything after that is true.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    BY MS. BAUGHMAN:

2        Q.   Is it your opinion that relying on sworn

3    testimony is improper?

4            MR. ANWAR:  Object to form.

5            THE WITNESS:  I'm not sure I can answer

6    that question.  I'm just saying that I don't think

7    that the information provided there was correct

8    based on all the information and material that

9    Dr. Brigham provided.

10   BY MS. BAUGHMAN:

11       Q.   Did you review the deposition of Victor

12   Meltz?

13       A.   I think I read the portion where he

14   mentioned -- I think he responded to questions

15   about the starting date.

16       Q.   The deposition of Victor Meltz is not on

17   your Supplemental and Amended Reliance List,

18   Exhibit 6.  Is there a reason it's not on there if

19   you reviewed it?

20       A.   That's a good question.  I would have to

21   check.

22       Q.   Do you actually remember reading the

23   deposition?

24       A.   I'm trying to remember if I read the

25   deposition itself or if it's Dr. Brigham's text

1    that referred to that.  I'm not clear at the

2    moment.  I'm thinking of the deposition and what

3    Mr. Meltz said.  But I don't recall if it was in

4    Dr. Brigham's report.  I do not recall.

5        Q.   As you sit here today, you don't know

6    whether you read Victor Meltz' deposition; is that

7    fair?

8        A.   That's a good question.  I'm not sure.

9    I know that Dr. Brigham provided information on

10   that, and maybe I'm thinking what I read there is

11   as if I was reading his report, his deposition.

12   I'm not sure.

13            MR. ANWAR:  Just for the record to

14   clarify something you said, Laura, it's identified

15   by Bates-stamped on his reliance list.

16            MS. BAUGHMAN:  Where do we look?

17            MR. ANWAR:  It's

18   COW_WATERMODELING_09-0000650741.

19            MS. BAUGHMAN:  In the future, if you're

20   going to deal with something like that, I want you

21   to deal with it with the witness outside the room

22   because that is a form of coaching.  That's the

23   third time that you've done it.  If you want to

24   point that out, we'll take a break.  He can leave

25   and you can tell me.  Or you obviously can ask him

1    questions at the end, but doing that now is

2    improper.

3              MR. ANWAR:  I'll note that for the next

4    deposition.

5    BY MS. BAUGHMAN:

6         Q.   Can you tell me what Victor Meltz said

7    in his deposition about when he began operating

8    ABC One-Hour cleaners?

9         A.   I do not recall verbatim, but I think he

10   said that the business started in '53 perhaps or

11   at least that's -- and I don't recall if that's

12   what he said or what I read in the report, the

13   ATSDR report referring to that source.

14             I'm not clear as to what the source of

15   my recollection is, but my understanding is that

16   ATSDR suggested that, based on Mr. Meltz'

17   deposition, the starting date was 1953.

18        Q.   I just want to know what do you

19   remember.  Assuming you reviewed Victor Meltz'

20   deposition, what did he say?  What do you know

21   about what he said.  If you don't know, just tell

22   me that.

23        A.   I do not remember verbatim.  Like I

24   said --

25        Q.   I'm not having verbatim.  What year did

ALEXANDROS SPILIOTOPOULOS, PH.D.

1  he say he started his business?  What year did

2  Victor Meltz say he started his dry cleaning

3  business, ABC One-Hour Cleaners?

4      A.   I'm not sure.  I remember it is possible

5  that he said 1953, but I'm not a hundred percent

6  sure if that's what it is or what I remember from

7  the ATSDR report stating that date and attributing

8  that to Mr. Meltz' deposition.

9      Q.   So in any event, the impact on using a

10  start date of July 1954 instead of January 1953 is

11  limited to the early 1950s; right?  That's what

12  you wrote in your report?

13      A.   I'm just stating the fact that it's

14  incorrect and to a great extent conservative

15  because even if the business started operation in

16  1953, for ATSDR to choose January 1, 1953 as the

17  starting date for the source of mass loading is a

18  conservative assumption and certainly wrong.

19          MS. BAUGHMAN:  Objection.

20  Nonresponsive.

21  BY MS. BAUGHMAN:

22      Q.   That's not what I asked you.  I'm going

23  to start counting now.  This is number two.  I'm

24  going to keep counting them because you're wasting

25  my time.  Try to answer my questions.

1          MR. ANWAR:  Please speak to the witness

2    respectfully.

3    BY MS. BAUGHMAN:

4          Q.   At the bottom of page 36 of your report,

5    you wrote, "This incorrect assumption resulted an

6    estimate monthly contaminant concentrations that

7    were conservative and biased high in the early

8    1950s."

9          Isn't it true that you're saying the

10   impact of having a start date of July 1954 instead

11   of January 1953, the impact of that is limited to

12   the early 1950s?  It didn't affect the modeling

13   results beyond that, did it?

14         A.   With respect to the starting date, no,

15   it had an impact on that start of contamination in

16   the aquifer by a certain amount of time, yes.

17         Q.   It impacted the early 1950s only;

18   correct?

19         MR. ANWAR:  Object to form.

20         THE WITNESS:  In terms of introducing

21   mass in the aquifer, yes.

22   BY MS. BAUGHMAN:

23         Q.   EPA placed both Camp LeJeune and ABC

24   One-Hour Cleaners on the National Priorities List

25   in 1989; right?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      A.    I will have to check the timeline for

2    the correct date.

3      Q.    Page 16 of your report.

4      A.    Yes.

5      Q.    Why is it important that both Camp

6    LeJeune and ABC One-Hour Cleaners were placed on

7    the National Priorities List?

8      A.    I'm not sure I understand the question.

9      Q.    You put it in your timeline.  What does

10   it mean?  What's the National Priorities List?

11     A.    The National Priorities List is when a

12   site is contaminated and EPA considers that

13   requiring attention in terms of remediation and

14   protection of recipients -- I'm sorry -- receptors

15   of contaminated water.

16     Q.    It's on the National Priorities List

17   also, that's because it's a Superfund list; right?

18   It's a Superfund site; right?

19     A.    That is correct.

20     Q.    Both ABC One-Hour Cleaners and Camp

21   LeJeune are on the Superfund list.

22     A.    Yes.  In 1989 they were placed on the

23   list.

24     Q.    What's a receptor of a contaminated

25   water?  It's a phrase you just used.  Is that a

1    person?

2        A.   It depends.  A person, natural

3    environment.

4        Q.   You agree that the water delivered to

5    residents in Tawara Terrace from the Tawara

6    Terrace water treatment plant was for some period

7    of time between 1954 and 1987 contaminated with

8    PCE?

9            MR. ANWAR:  Object to form.

10           THE WITNESS:  You're talking about the

11   Tawara Terrace treatment plant; is that correct?

12   BY MS. BAUGHMAN:

13       Q.   Yes.

14       A.   For some time, yes.

15       Q.   And you haven't identified that

16   timeframe in your report; right?

17       A.   No, I have not.

18       Q.   We talked about this.  You haven't

19   identified when the contaminated groundwater at

20   Tawara Terrace first reached any water supply well

21   by TT-26-26 or any of the others; right?

22       A.   I think we have -- we have data in 1982

23   and in '85 and beyond that.  We also have a

24   composite sample from 1980 that showed no

25   contamination.  It's one datapoint, but it is a

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    datapoint that suggests there was no contamination

2    there in 1980.

3         MS. BAUGHMAN:  I object as

4    nonresponsive.

5    BY MS. BAUGHMAN:

6         Q.   In your report have you identified the

7    date when contaminated groundwater first reached

8    any water supply well at Tawara Terrace?

9         A.   No, I have not done that in my report.

10        Q.   In your report have you identified the

11   timeframe when contaminated water first reached

12   the Tawara Terrace water treatment plant?

13        A.   No, I have not.

14        Q.   On page 3 of your report, opinion 6, you

15   say that "ATSDR's dose reconstruction groundwater

16   model for drinking water in Tawara Terrace

17   estimated monthly contaminant concentrations that

18   were conservative and biased high, not reflecting

19   observed data that indicated absence of

20   contamination in the aquifer."

21             What data are you referring about that

22   indicate absence of contamination?

23        A.   I would refer to the figures you showed

24   me earlier from the extraction wells.  So I don't

25   know how we can go back to that figure.  That's

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    Exhibit 13, page 34.  For example, Figure F15

2    shows well TT-25, we had a nondetect value.  The

3    model calculates a much higher value.  If you look

4    at TT-54, it shows a nondetect as observations,

5    but the model calculates higher values than that.

6         MS. BAUGHMAN:  I'm going to object as

7    nonresponsive.

8    BY MS. BAUGHMAN:

9         Q.   I'm asking you not if the model didn't

10   reflect the data.  I'm asking you what data

11   indicates absence of contamination?  What's the

12   data you're relying on for absence of

13   contamination of the aquifer at Tawara Terrace?

14        A.   I'm just pointed at them in these

15   figures.

16        Q.   So when there's a nondetect value, in

17   your mind that proves that the aquifer is not

18   contaminated?

19        A.   Well, in Tawara Terrace, where we have

20   samples, for example, where the lab analysis

21   showed that there is trace of contamination below

22   the detection limit, they marked that with a J.

23   Where there was not case, it was just a nondetect.

24             So the lab was capable of detecting

25   traces of contaminations in wells.  When it

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    didn't, it gave a nondetect.  My sense is that in

2    most of those cases and especially when you have

3    multiple samples that show nondetect, it's highly

4    unlikely that there is contamination there.  It's

5    certainly much lower than what the model

6    calculates.

7          Q.   I'm talking about absence of

8    contamination in the aquifer.  That's the phrase

9    that you used.  So you're saying that one

10   nondetect sample means the entire aquifer is not

11   contaminated?

12               MR. ANWAR:  Object to form.

13   BY MS. BAUGHMAN:

14         Q.   Is that what you're saying?

15         A.   I'm saying that the only information we

16   have about contamination -- sorry.  You're talking

17   about contamination in the aquifer or wells?

18         Q.   You used the phrase aquifer.  You used

19   the phrase absence of contamination in the

20   aquifer.  So I'm asking you if there is a

21   nondetect found, does that indicate that the

22   aquifer is not contaminated?

23         A.   I'm saying that it is indication that

24   there is no contamination where samples are taken

25   and, therefore, we have to look a different way on

1    determining how much contamination is in the

2    aquifer, where and when.  I'm looking at just the

3    data.  In the absence of data, I'm just making

4    estimates.

5         Q.   Do you agree that the water delivered to

6    residents at Hadnot Point from the Hadnot Point

7    water treatment plant was for some period of time

8    between 1954 and 1987 contaminated with TCE and

9    PCE?

10        A.   For some period of time, yes.

11        Q.   Same for the BTEX compounds?

12        A.   I do not have an opinion on that.  I

13   have not looked at BTEX.

14        Q.   What about vinyl chloride?

15        A.   I only looked at the modeling work for

16   Hadnot Point.  But there was probably some vinyl

17   chloride, but I did not focus my analysis on that

18   to tell you how much was there and whether that

19   would be considered as contamination above some

20   level.

21        Q.   So you haven't identified the period of

22   time in your report when the Hadnot Point water

23   treatment plant water was contaminated with TCE

24   and PCE; right?

25        A.   For Hadnot Point you're saying?

1    Q.   Yes.

2    A.   I think it's impossible to answer that

3    question with the data available.

4    Q.   It's not in your report, is it?

5    A.   No.  If it's not highlighted the reason

6    why, we cannot answer that question.

7    Q.   You haven't identified in your report

8    when contaminated groundwater first reached any

9    water supply at Hadnot Point; right?

10    A.   No.  I don't think that's possible.

11    Q.   And you haven't identified in your

12    report when contaminated water at Hadnot Point

13    first reached the Hadnot Point water treatment

14    plant; right?

15    A.   In my report I have not, but -- I will

16    stop there.

17    Q.   Do you agree that prior to

18    December 1954, the level of PCE in the water at

19    the Tawara Terrace water treatment plant was zero?

20         MR. ANWAR:  Object to form.

21         THE WITNESS:  You're talking about the

22    aquifer or well?  You're saying in the aquifer,

23    there's no PCE in the aquifer, is that what you

24    asked me?

25

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    BY MS. BAUGHMAN:

2        Q.    Well, I didn't ask you about the

3    aquifer.  I asked you about the PCE in the Tawara

4    Terrace water treatment plant.

5        A.    It was not contaminated with PCE at that

6    time.

7        Q.    So prior to December 1954, you agree

8    that there was not PCE in the water at the Tawara

9    Terrace water treatment plant.  The levels were

10   zero; right?

11       A.    I would be confident about that

12   considering the one source being ABC One-Hour

13   Cleaners.

14       Q.    So level of PCE in the groundwater was

15   zero, you agree, prior to ABC starting its

16   operations; right?

17       A.    Yes.  Assuming that's the only source of

18   contamination in the aquifer, yes.

19       Q.    And you don't have any information about

20   any other source?

21       A.    I only looked at that based on ATSDR's

22   assumptions.

23       Q.    So we know the initial conditions,

24   right, at Tawara Terrace in the aquifer for PCE.

25   We know the initial condition was zero; right?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      A.   Yes.

2      Q.   Do you agree that prior to

3  December 1951, the level of PCE and TCE in the

4  water at the Hadnot Point treatment plant was

5  zero?

6      A.   '51 you said?

7      Q.   Yeah.

8      A.   For Hadnot Point we have no idea when

9  contamination was not there on the basis of the

10 assumptions by ATSDR.  I had my assumption that it

11 would be much later than that actually.

12          MS. BAUGHMAN:  So then I'm going to

13 object as nonresponsive.

14 BY MS. BAUGHMAN:

15     Q.   So do you believe that prior to

16 December 1951, the levels of PCE and TCE in the

17 water at the Hadnot Point watered treatment plant

18 were zero?

19          MR. ANWAR:  Object to form.

20          THE WITNESS:  Based on the data that I

21 have seen, I believe there was no contamination at

22 that time.

23 BY MS. BAUGHMAN:

24     Q.   So again for Hadnot Point, we know what

25 the initial conditions were; right?  They were

1    zero.

2              MR. ANWAR:  Object to form.

3              THE WITNESS:  The initial condition used

4    in the model is the assumed timing of start of

5    mass releases, and those are different times.

6    That's the starting addition.

7    BY MS. BAUGHMAN:

8         Q.   Before --

9         A.   So we have a lead source and see when

10   contamination was introduced in the aquifer based

11   on the model assumptions.

12        Q.   Let me say it this way.  Before 1942

13   when they built the Hadnot Point water treatment

14   plant and Hadnot Point itself, was there any

15   contamination in the aquifer?

16        A.   I don't believe there was there, no.

17        Q.   So it started out at zero; right?

18        A.   In 1942 you said?

19        Q.   Right.

20        A.   Not any other date.

21        Q.   And then we went all the way to

22   December 1951.  And you would agree that even as

23   of December 1951, the water in the water treatment

24   plant at Hadnot Point would be zero; right?

25        A.   Again, that's an arbitrary number.  I

1    don't know where you're coming up with this

2    number.  You have to explain to me where that

3    number is coming from.

4        Q.    I'm asking you.  Do you think water is

5    contaminated at the Hadnot Point water treatment

6    plant in December 1951 with TCE or PCE?

7        A.    I don't know when contamination reached

8    the groundwater at Hadnot Point.  What I'm saying

9    is that we have no idea of knowing what happened

10   at Hadnot Point.  ATSDR showed exactly that in its

11   sensitivity analysis.

12            MR. ANWAR:  Whenever you're at a good

13   spot, we've been going for about an hour.

14            MS. BAUGHMAN:  Sure.  We can take a

15   break.

16            THE VIDEOGRAPHER:  Off the record at

17   1508.

18            (Recess from 4:08 p.m. to 4:22 p.m.)

19            THE VIDEOGRAPHER:  On the record at

20   1622.

21   BY MS. BAUGHMAN:

22       Q.    Dr. Spilotopoulos, do you agree that the

23   lack of a high reading at one sampling location in

24   an aquifer does not mean that the aquifer is not

25   contaminated in other locations?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          MR. ANWAR:  Object to form.

2          THE WITNESS:  You're talking about the

3    sample in one location?

4    BY MS. BAUGHMAN:

5          Q.   Yes.

6          A.   Yes.  It's not representative of what's

7    happening in the entire aquifer.  It's about what

8    it shows at that location.  But other inferences

9    can be made.

10         Q.   Can you turn to page 10 of your report

11   please.

12         A.   Yes.

13         Q.   Under 3.1.8, Concluding Remarks, in the

14   middle of that first paragraph, you have a

15   sentence where you state, "In all cases, a model

16   is required to reasonably fit the measured data to

17   reliably tell us what happens when data are not

18   available."

19         Did I read that correctly?

20         A.   Yes.

21         Q.   And that's your opinion; right?

22         A.   Yes.

23         Q.   Can you define what "reasonably fit"

24   means?

25         A.   It depends on the case.  There's no

1    single metric to that.

2        Q.    I think you answered this question, but

3    is there a -- can it be quantified.  In other

4    words, is there a test or a numerical value that

5    would qualify or be defined as a reasonable fit?

6        A.    We use metrics to calculate that.  And

7    depending on the number of points we have, for

8    example, those metrics can take a different

9    meaning if we have many points versus few things

10   points and things like that.  So everything is

11   relevant and it has to be looked at case by case.

12       Q.    Somewhere is there a definition of

13   reasonable fit in your industry, like a standard

14   that I could look to?

15       A.    No.

16       Q.    ASTM or other kind of standard that this

17   is what reasonable fit means.

18       A.    No.  Like I said, it's a case-by-case

19   situation and it's relative.

20       Q.    Is it also subjective?

21       A.    It can be subjective.  There are

22   considerations that go into it.

23       Q.    I want to ask you for a minute about

24   calibration targets.

25             Are there established standards or

ALEXANDROS SPILIOTOPOULOS, PH.D.

1  guidelines in the fate and transport modeling

2  community for determining and applying specific

3  calibration targets?

4        A.   No.  We try to stay very close to the

5  measured data and have as many data as possible so

6  we can have a reliable calibration.

7              MS. BAUGHMAN:  I'm going to object as

8  nonresponsive to everything after "no."

9  BY MS. BAUGHMAN:

10       Q.   So there are no standards or guidelines

11 in your field for determining or applying

12 calibration targets; right?

13       A.   There's no single standard, no.

14       Q.   Have you used calibration targets for

15 your models?

16       A.   Yes, I have.

17       Q.   Did you use one for Hanford?

18       A.   Many times.

19       Q.   For chromium 6 concentrations?

20       A.   I have to remember.  Yes, I think so.

21       Q.   What was it?  What was your calibration

22 target?

23       A.   Well, it depends.  It was relative to

24 the values that we had.  So it's not a single

25 number.  It was a range, but I think it was

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    also -- I'm trying to remember the actual

2    publication to remember what range was, but we're

3    trying to stay as close as possible.  So it was a

4    subjective number.  I don't think it was the --

5          Q.    It was subjective, is that what you

6    said?

7          A.    It is a subjective number.

8          Q.    So is it your testimony that calibration

9    targets are subjective by definition?

10         A.    Calibration targets look at how close we

11   get to the data.  So we'll look at many different

12   things.  We're looking at the type of gradient to

13   see how close they are.  We're looking at well

14   levels, how close they are.  We look at the

15   concentration trends and we try to get as close to

16   them as possible.  There's no single way of

17   quantifying what is close and what is not.  We all

18   look at it from different standpoints making sure

19   that we have a good fit.  And that's subjective.

20         Q.    If you could turn to page 31.  You wrote

21   under Section 4.1, Tawara Terrace, the third full

22   paragraph, you wrote, "Based on my professional

23   judgment, there were insufficient data to conduct

24   reliable model calibration and uncertainty

25   analysis."

ALEXANDROS SPILIOTOPOULOS, PH.D.

1        Did I read that correctly?

2        A.    Yes.

3        Q.    Can you identify any textbook or

4    published literature that you are relying on for

5    your opinion that there were insufficient data to

6    conduct reliable model calibration and uncertainty

7    analysis?

8        A.    I don't believe there's a document that

9    will give you a number of datapoints.

10        Q.    What about a published standard in the

11    field, is there a published standard in the field

12    you're relying on for your professional judgment

13    and opinion that there were insufficient data to

14    conduct a reliable model calibration and

15    uncertainty analysis?

16        A.    No.  This is something we judge based on

17    professional judgment and experience.

18        Q.    Can you tell me what your method was to

19    reach your opinion that there were insufficient

20    data?

21        A.    I don't think it's a matter of method.

22    It's with respect to all my observations with

23    respect to how the model was constructed and

24    calibrated.

25        Q.    What amount of data would have been

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    sufficient at Tarawa Terrace to conduct a reliable

2    model calibration and uncertainty analysis?

3              MR. ANWAR:  Object to form.

4              THE WITNESS:  I'm afraid it's hard to

5    answer that question because almost everything in

6    the modeling that ATSDR did was based on

7    assumptions and not data.  Please do not take that

8    literally.  I mean, there were data, but the type

9    of data, the quality of the data, the frequency of

10   the data, the location of the data, these are all

11   important things with respect to the flow model.

12             When it comes to the transport model, we

13   had little to nothing especially for the period of

14   interest up to 1985 or '87.  It was as if it was

15   like one or two datapoints and nothing to give us

16   a sense of the history that we can calibrate to.

17             MS. BAUGHMAN:  I object as

18   nonresponsive.

19   BY MS. BAUGHMAN:

20        Q.   Let's start with the flow model.  What

21   amount of data would have been sufficient, in your

22   opinion, to conduct a reliable model calibration

23   and uncertainty analysis for the groundwater flow

24   data at Tawara Terrace?

25             MR. ANWAR:  Object to form.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          THE WITNESS:  I'm afraid I cannot answer

2     your question with a single number.  I can provide

3     a qualitative answer if you'd like.  I do have an

4     answer, but...

5     BY MS. BAUGHMAN:

6          Q.   Can you tell me the amount of data that

7     would be sufficient for the groundwater flow data

8     at Tawara Terrace to conduct a reliable model

9     calibration and uncertainty analysis?

10          A.   There's not a number that would answer

11     your question.  It's about the quality of the

12     data.

13          Q.   If you look at page 69 of your report.

14     By the way, when you talk about the quality of the

15     data, are you relying on any textbook or published

16     literature or standard for your professional

17     judgment regarding the quality of the data at

18     Tawara Terrace?

19          A.   I'm referring to what is very well known

20     in our field as to the kind of data we need for a

21     transient model simulation and calibration.  And I

22     think most people would agree on that.

23          Q.   Is that published somewhere?

24          A.   I have provided information in my report

25     regarding certain references, but otherwise, this

1    is very much common knowledge.  I'm not ready to

2    give you a reference.  But it's one of those

3    things in our field we consider it self evident at

4    this point.

5            MS. BAUGHMAN:  I'll object as

6    nonresponsive.

7    BY MS. BAUGHMAN:

8        Q.    Turn to page 69.  In the second full

9    paragraph, you say you have a similar opinion as

10   what we just talked about, but here it's for

11   Hadnot Point.  You wrote, "Based on my

12   professional judgment, there was insufficient data

13   to conduct groundwater flow and contaminant

14   transport model calibration and uncertainty

15   analysis."

16           Correct?  That's your opinion?

17       A.    That is correct.

18       Q.    If I ask you the same questions, like

19   can you identify a textbook or published

20   literature that you're relying on for this

21   opinion, you're going to give me the same answers;

22   right?

23           MR. ANWAR:  Object to form.

24           THE WITNESS:  Actually, I would refer to

25   you ATSDR statements about the availability of

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    data to conduct the calibration and uncertainty

2    analysis.

3    BY MS. BAUGHMAN:

4        Q.    Can you cite me to a textbook or

5    literature that you're relying on with regard to

6    how much data is sufficient to conduct a

7    groundwater flow and contaminant transport model?

8        A.    I don't believe there's a number

9    anywhere published or not.

10       Q.    You did not cite the published

11   literature for this opinion; right?

12       A.    No.  I'm stating a fact in our industry.

13       Q.    Similar to what we just looked at, if

14   you look at page 32 and then kind of put your

15   finger there and page 70, you have headings for

16   Tawara Terrace and for Hadnot Point that both say

17   "Available data are limited or nonexistent."  Do

18   you see that?

19       A.    One second.  Yes.

20       Q.    Let's look at the -- right after you say

21   Available data are limited or nonexistent for

22   Tawara Terrace, you say that there were horizontal

23   hydraulic conductivities from 36 aquifer test

24   analyses at Tawara Terrace and adjacent areas;

25   right?

1    A.    Correct.

2    Q.    On page 70 you note that there were more

3  than 200 aquifer and slope test analyses; correct?

4    A.    Correct.

5    Q.    That's lot of data, isn't it?

6          MR. ANWAR:  Object to form.

7          THE WITNESS:  Depends on the context.

8  BY MS. BAUGHMAN:

9    Q.    Aquifer tests are time consuming and

10  expensive, aren't they?

11          MR. ANWAR:  Object to form.

12          THE WITNESS:  Usually I believe for most

13  of these here, they're done routinely when that a

14  model well is installed.

15  BY MS. BAUGHMAN:

16    Q.    I remember for Hanford, you said that

17  you had -- your aquifer tests were limited there;

18  right?

19    A.    At the time, yes.

20    Q.    Because they hadn't been done in the

21  past; right?

22    A.    Some were done.  This was still an

23  evaluation of the site.  We're still under a site

24  characterization in many ways.

25    Q.    Would you agree that ATSDR based its

1    hydraulic properties for its models on

2    site-specific data?

3              MR. ANWAR:  Object to form.

4              THE WITNESS:  There are site-specific

5    data with respect to that, but again, I have to

6    provide context to my answer.  I cannot just say

7    yes or no.  Otherwise, I'm misrepresenting my

8    answer.  Would you like to hear my answer?

9    BY MS. BAUGHMAN:

10        Q.   I just want to know if you agree ATSDR

11   based its hydraulic properties for its models on

12   site-specific data.  They used site-specific data,

13   didn't they?

14        A.   They used these site-specific data, yes.

15   They considered them, yes.

16        Q.   The flow model for Hadnot Point used

17   more than 700 water level measurements; right?

18        A.   The number again is irrelevant.  ATSDR

19   offered a statement on the quality of the

20   available data to perform the calibration, and

21   they indicated that it was not sufficient to

22   calibrate the model.

23        Q.   You're saying that ATSDR said they had

24   insufficient data to calibrate their flow model?

25        A.   They said that the calibration was

1    limited because there were no data available

2    beyond two wells to calibrate the transient model.

3    I have a statement in my report on that.  I

4    believe I quoted what ATSDR said in their report.

5         Q.   Let's talk about the steady-state model.

6    They calibrated using that using more than 700

7    water measurement levels; right?

8         A.   Yes, but very little water level data as

9    well.  The model calibration is a complex process

10   that involves development of special distributions

11   or parameter.  So the fact that you have some data

12   somewhere, it all depends on where you have them,

13   how many you have, how many water levels data you

14   have.

15            I can go on and on about the data

16   available at the time.  You're giving me a number.

17   But I'm just saying that there are things that

18   were not available and that were important.

19            MS. BAUGHMAN:  I'm going to object as

20   nonresponsive.

21   BY MS. BAUGHMAN:

22        Q.   On page 77 of your report, under Section

23   4.2.3.1, you have a sentence where you state --

24        A.   I'm sorry.  Say that again.  Which one?

25        Q.   Page 77.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      A.    77.  You're taking me to another page.

2   Give me a second to get that.  Yes.

3      Q.    Under 4.2.3.1, second sentences, "The

4   steady-state model" -- this is for Tawara

5   Terrace -- "constructed for simulating

6   predevelopment condition, i.e., ambient

7   groundwater flow in the absence of pumping, was

8   calibrated using more than 700 water level

9   measurements."

10         Correct?  That's what you wrote?

11      A.    That is correct, but, like I said, I

12   have to provide context on that.  Otherwise, I'm

13   not sure the message gets across.

14      Q.    Was the 700 water level measurement used

15   for the steady-state model an insufficient amount

16   of data for that calibration?

17      A.    They were not even predevelopment data

18   because they were not available.  They used data

19   over a long period of time at the times when the

20   wells were turned off, for example, during

21   remediation when there was no pumping.

22         So they compiled a large dataset from

23   different times.  In the absence of predevelopment

24   data, they called that predevelopment to get some

25   sense of steady-state conditions in the aquifer.

1     So right there that's one thing to consider.

2          Q.   So your opinion that the 700 datapoints

3     used by ATSDR to calibrate the steady-state model

4     is an insufficient amount of data?

5          A.   I'm not saying that.  I'm saying the

6     data available provided some measurement.  They

7     were not development, referring to period prior to

8     1942.  They compiled data from different times.

9     But then I'm just stating that, because the most

10    important part in this model is the transient

11    state model, which reflects the aquifer response

12    to pumping.

13          MS. BAUGHMAN:  Objection.

14    Nonresponsive.

15    BY MS. BAUGHMAN:

16          Q.   You're doing it again.  It's like here

17    you go again.  You're not answering my questions.

18    Try to answer my questions.

19               You wrote in your report that the

20    steady-state model was calibrated using more than

21    700 water level measurements.  I want to know for

22    that model was that an insufficient amount of

23    data, in your opinion?

24          MR. ANWAR:  Object to form.

25          THE WITNESS:  I cannot answer this

1    question like that.  I have to provide context.

2    If allow me, I can.  Otherwise, I can just confirm

3    that what you read is correct.

4    BY MS. BAUGHMAN:

5         Q.    I want to know whether the 700

6    datapoints used for the steady-state model was an

7    insufficient amount of data, in your opinion?

8              MR. ANWAR:  Object to form.

9              THE WITNESS:  I'm saying that where

10   they're coming from is important because they mix

11   and match different times.  I have to give context

12   to my answer.  Otherwise, I cannot answer

13   question.

14   BY MS. BAUGHMAN:

15        Q.    Wherever they came from, I'm not saying

16   that they were predevelopment data.  I'm not

17   saying that they were from last year.  You wrote

18   in your report there were 700 datapoints.

19             Was that an insufficient amount of data

20   to calibrate the steady-state flow model?

21             MR. ANWAR:  Object to form.

22   BY MS. BAUGHMAN:

23        Q.    What is your opinion?

24             MR. ANWAR:  Same objection.

25             THE WITNESS:  I'm not sure they were

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    sufficient.  I have reservations about the time

2    they were collected.  But in any event, that's

3    fine.  The important part is the transient state

4    model.

5              MS. BAUGHMAN:  Objection.  Nonresponsive

6    regarding transient state.

7    BY MS. BAUGHMAN:

8         Q.   So your opinion on whether the 700

9    datapoints and whether those were sufficient to

10   calibrate the steady-state model, your answer is

11   you're not sure if that was sufficient; is that

12   right?

13        A.   I don't have a particular opinion about

14   that.

15        Q.   If you could turn to Exhibit 4, which is

16   the Chapter A from Tawara Terrace.

17        A.   One second, please.

18             MR. ANWAR:  Four I think is his report.

19             THE WITNESS:  Are you referring to my

20   report?

21   BY MS. BAUGHMAN:

22        Q.   Time out.  No.  Exhibit 4.  Wait.  Hold

23   on.  I've got it.  I have it misnumbered.

24             MR. ANWAR:  Exhibit 9.

25

1    BY MS. BAUGHMAN:

2         Q.    Chapter A for Hadnot Point is what I'm

3    talking about, which is I guess Exhibit 9.

4         A.    Exhibit 9?

5         Q.    Yeah.

6         A.    Okay.

7         Q.    Turn to page A10.

8         A.    Okay.

9         Q.    Table A2 has the number and type of data

10   extracted from information sources and reviewed

11   for historical reconstruction analysis for Hadnot

12   Point Holcomb Boulevard and Tawara Terrace study

13   areas.

14             Do you see that?

15        A.    Yes.

16        Q.    Did you consider this table in your

17   opinions?

18        A.    It refers to different sources and

19   different purposes.  So I'm not sure how to answer

20   your question.

21        Q.    So this chart tells us number and the

22   type of data that were extracted from information

23   sources and reviewed by the ATSDR team for its

24   historical reconstruction analysis; correct?

25        A.    They were considered by ATSDR, yes.

1       Q.   Any reason to disagree with the numbers

2   set forth in Table A2?

3       A.   It's probably right.  I'm assuming it's

4   accurate.  I'm not sure.  I haven't looked at them

5   one by one.

6       Q.   For example, ATSDR reports here that for

7   its modeling analysis at Hadnot Point and Holcomb

8   Boulevard, they reviewed 13,133 water level

9   measurements; correct?

10      A.   You read the number correctly there.

11      Q.   And they also reviewed for Tawara

12  Terrace 789 water level measurements; right?

13      A.   Correct.

14      Q.   And for Hadnot Point and Holcomb

15  Boulevard, they had groundwater samples analyzed

16  for chlorinated solvents.  There were 4,104

17  samples; correct?

18      A.   All types of samples, yes.

19      Q.   For chlorinated solvents.

20      A.   That's what they're stating and that's

21  correct.

22      Q.   And 192 for Tarawa Terrace; right?

23      A.   Yes.

24      Q.   And wells hydropunch points and

25  boreholes, for Hadnot Point and Holcomb Boulevard,

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    they reviewed 1,979 different data values;

2    correct?

3            A.    That's what the table says.

4            Q.    For Tawara Terrace 222; correct?

5            A.    The approximate number of data values it

6    says there, yes, I agree.

7            Q.    For Hadnot Point and Holcomb Boulevard,

8    they had 264 datapoints for supply well and

9    monitor well aquifer and slug tests; right?

10           A.    That's what it's stated in the table;

11    correct.

12           Q.    For Tawara Terrace, 33; right?

13           A.    That's what the table says; correct.

14           Q.    Did you review all of this data that

15    I've just talked about?  Did you actually pull up

16    the data and review, for example, the 13,833 water

17    level measurements for Hadnot Point?

18           A.    No.

19                 MR. ANWAR:  Object to form.

20    BY MS. BAUGHMAN:

21           Q.    ATSDR used a test analysis for prior

22    estimation for Hadnot Point; right?

23           A.    For calibrating the full model I

24    believe, yes.

25

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    Q.   Well, didn't they use a test to
2    calibrate the predevelopment model for Hadnot
3    Point?
4    A.   Yes.
5    Q.   Are you aware that John Doherty assisted
6    them with that analysis?
7    A.   I don't know how he assisted them or
8    whether he provided instructions.  My
9    understanding is that he provided a short course
10   on how to use PEST.  That was my understanding.
11   Q.   Were you aware that he visited with the
12   ATSDR people for a week and assisted them with
13   this PEST analyses for Hadnot Point?
14   A.   I don't know if he assisted them.
15   Q.   You don't know?  John Doherty is the man
16   who developed PEST; is that right?
17   A.   Yes.  I know him personally.
18   Q.   Is he associated with Papadopulos &
19   Associates?
20   A.   He has been under different forms and
21   shapes, yes.
22   Q.   Is he now?
23   A.   I'm not sure actually.
24   Q.   You've used PEST; right?
25   A.   Extensively.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      Q.    What is it?  Just in short form, what is

2    PEST?

3      A.    It's a computational method of

4    considering the model structure and using

5    calibration data or targets, adjust model

6    parameters, properties so that the model can match

7    to the extent possible the observed data.

8      Q.    Have you reviewed the PEST analysis that

9    was done by ATSDR at Hadnot Point?

10     A.    The analysis itself you mean?

11     Q.    Yes.

12     A.    No, I have not.

13     Q.    Do you know which parameter of values

14    ATSDR calibrated using PEST for Hadnot Point?

15     A.    I don't recall which parameters, but I

16    would assume hydraulic conductivity.

17     Q.    Would you agree using PEST to calibrate

18    hydraulic conductivity is a reliable methodology?

19          MR. ANWAR:  Object to form.

20          THE WITNESS:  PEST is a reliable tool to

21    be used for analysis, the analysis performed by a

22    hydrogeologist, and the data to be used or judged

23    accordingly.

24    BY MS. BAUGHMAN:

25     Q.    Do you have an opinion on whether ATSDR

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    used PEST reliably in calibrating hydraulic

2    conductivity at Hadnot Point?

3        A.   For the predevelopment model?

4        Q.   Yes.

5        A.   No.  I don't know.

6        Q.   You don't know, is that what you said?

7        A.   I'm not familiar with the work they did.

8    I did not review their calibration.

9        Q.   So as you sit here today, do you have

10   any criticisms of ATSDR's use of PEST at Hadnot

11   Point?

12       A.   That's a very general statement.  I'm

13   saying that the importance there is on the

14   transient model, and for that the ATSDR said that

15   they had practically no data to calibrate the

16   model, and that's the model that was used for the

17   calculation.  So what the predevelopment model

18   does --

19            MS. BAUGHMAN:  Objection.

20   Nonresponsive.

21   BY MS. BAUGHMAN:

22       Q.   As you sit here today, do you have any

23   criticisms of how ATSDR used PEST at Hadnot Point?

24            MR. ANWAR:  Object to form.

25            THE WITNESS:  Again, I don't have an

1    opinion on how they used PEST.

2    BY MS. BAUGHMAN:

3        Q.   Is it your opinion that ATSDR had

4    limited data regarding the geologic

5    representations at Hadnot Point?

6        A.   I'm sorry.  Could you repeat the

7    question?

8        Q.   Is it your opinion that ATSDR had

9    limited data regarding geologic representations at

10   Hadnot Point?

11       A.   What do you mean by representations?

12   What was built into the model?  I'm not sure I

13   understand the question.

14       Q.   The hydrogeologic framework.

15       A.   There were several assumptions that were

16   made with respect to hydrogeologic framework based

17   on the data, and ATSDR discusses that especially

18   with respect to the model construction.

19       Q.   Do you agree that ATSDR had 931

20   datapoints available to describe the hydrogeologic

21   framework?

22       A.   Where do you see that number?

23       Q.   Do you know how many they had?

24       A.   I don't remember the number by heart.

25       Q.   Do you agree that for Hadnot Point for

1    the level three calibration, ATSDR included data

2    from the 1990s and also from 2000 to 2008?

3              MR. ANWAR:  Object to form.

4              THE WITNESS:  Where do you see that just

5    to make sure that I concur to the right numbers?

6    BY MS. BAUGHMAN:

7        Q.   Let's look at page 77 of Mr. Maslia's

8    report.  That's Exhibit 10.

9        A.   What page was that?

10       Q.   77.

11       A.   Hold on a second.  77 you said.  I see

12   page 76.  77 is this statement.  Okay.  Where is

13   that number again?

14       Q.   So --

15       A.   I don't see that number.

16       Q.   There were four remediation extraction

17   wells that were installed over a decade after

18   HP651 was decommissioned, do you see that, to

19   cleanup the groundwater?

20       A.   Excuse me one second.  Can I find that

21   on the page.  You said page 77 of his expert

22   report.

23       Q.   That's right.  The second paragraph.

24       A.   Where are you looking at?

25       Q.   The additional panels in Figure 7.12

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    represent four remediation extraction wells.

2        A.   Yes.

3        Q.   7.21 is on the next page if you need to

4    see it.  That were installed over a decade after

5    HP651 was decommissioned to clean up the

6    groundwater during USEPA installation/restoration

7    program.

8             Do you agree with me that for the level

9    3 calibration for Hadnot Point, ATSDR used both

10   the data in the early 1980s that it had and it

11   used data from these four remediation wells from

12   the 2000 to 2008 timeframe?

13       A.   Your statement is correct.

14       Q.   Is it your opinion that these two sets

15   of data from the '80s and then from 2000 to 2008

16   were an insufficient amount of data to calibrate

17   in level 3 for Hadnot Point?

18       A.   Yes.

19            (Spiliotopoulos Exhibit 15 was marked.)

20   BY MS. BAUGHMAN:

21       Q.   Let's turn to Tawara Terrace, Chapter A.

22            So Exhibit 15, Chapter A:  Summary

23   Findings from Tawara Terrace; correct?

24       A.   Yes.

25       Q.   If you could turn to page A26.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      A.    Okay.

2      Q.    Page A26 provides a Table 8A, provides a

3  summary of calibration targets and resulting

4  calibration statistics for simulation models used

5  to reconstruct historical contamination events at

6  Tawara Terrace and vicinity; correct?

7      A.    Yes.

8      Q.    So to calibrate level one, the

9  predevelopment groundwater flow model, ATSDR had

10  59 separate paired datapoints; correct?

11            MR. ANWAR:  Object to the form.

12            THE WITNESS:  That's what the table

13  says.

14  BY MS. BAUGHMAN:

15      Q.    Is that not true?  Do you have a reason

16  to believe that's not correct?

17      A.    I don't think so.  I'm just stating the

18  fact this is what the table says.

19      Q.    Calibration level two, for Tawara

20  Terrace, ATSDR had 263 transient groundwater flow

21  monitor well paired datapoint and 561 transient

22  groundwater flow supply well paired datapoints;

23  correct?

24      A.    Correct.

25      Q.    For the fate and transport level three,

1    they had 36 paired datapoints; correct?

2         A.    Correct.

3         Q.    And for level four at the treatment

4    plant, they had 25 paired datapoints; correct?

5         A.    That's what the table says, yes.

6         Q.    Did you review all of these pair

7    datapoints as part of your work on the case?

8              MR. ANWAR:  Object to form.

9              THE WITNESS:  I looked at the tables

10   that ATSDR provided for looking at these

11   differences.  I looked at the timing of the data

12   available.  And I also considered ATSDR's own

13   statements about the number of data available and

14   the quality of those data.

15   BY MS. BAUGHMAN:

16        Q.    So you said you considered the timing of

17   the data available.  For the groundwater flow

18   model, the transient flow model for Tawara

19   Terrace, they had four decades of data available

20   for that calibration; right?

21             MR. ANWAR:  Object to form.

22             THE WITNESS:  Actually, that is not

23   correct and I can look at where -- there are that

24   you remember data that span a long period, but the

25   majority of the data are coming from 1978 or so,

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    if I remember correctly, for the pumping wells.

2    And ATSDR provided some graphs to compare the

3    observed and simulated values for those wells.

4    BY MS. BAUGHMAN:

5         Q.   Let's go to Mr. Maslia's report and look

6    at page 50.

7         A.   Yes.

8         Q.   If you flip to page 49, we can see what

9    he's talking about here is level two calibration,

10   right, transient conditions; correct?

11        A.   Yes.

12        Q.   Turn to the next page.  He says input

13   parameter are calibrated to minimize deviations

14   between simulations and observed calibrations.  He

15   says, "It should be noted that four decades of

16   data were available for this calibration, from

17   1951 to 1994."

18             Now, is that correct ATSDR had four

19   decades of data available for that transient flow

20   calibration?

21             MR. ANWAR:  Object to form.

22             THE WITNESS:  They had data from that

23   timeframe, yes.

24   BY MS. BAUGHMAN:

25        Q.   Let's flip back again.  We were just

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    looking at Exhibit 15, Chapter A from Tawara

2    Terrace, Table A8.

3         A.    Table A8.

4         Q.    On page A26, the one we were just

5    looking at.

6         A.    Okay.

7         Q.    Is it your opinion that the 59 paired

8    datapoints that ATSDR had available to calibrate

9    its predevelopment groundwater model, that that

10   was an insufficient amount of data to perform that

11   calibration?

12        A.    I believe that the number of datapoints

13   is somewhat irrelevant when we look at this model

14   and its calibration.  There are additional

15   considerations before we answer that question.

16        Q.    Is it your opinion that there were

17   insufficient data for the ATSDR to calibrate its

18   predevelopment groundwater flow model for Tawara

19   Terrace?

20        A.    I believe so, yes.

21        Q.    And how much data would have been

22   necessary to calibrate that groundwater,

23   predevelopment groundwater flow model?

24             MR. ANWAR:  Object to form.

25             THE WITNESS:  There's not an answer to

1  your question that comes with a particular number.

2  BY MS. BAUGHMAN:

3      Q.   So what is your criticism of the 59

4  paired datapoints used by ATSDR to calibrate the

5  predevelopment groundwater flow model?

6      A.   First of all, they're not true

7  predevelopment data for starters.  They're coming

8  from different times within a very long period of

9  time, from I want to say the '50s if there is a

10  one there, and everything else it's much, much

11  later over the actual period through '85 and

12  beyond during the remediation period.  So it comes

13  from decades.

14      Q.   What's the other criticism?

15      A.   Well, in and by itself, this is not

16  predevelopment to begin with.  So it doesn't

17  necessarily reflect the conditions.

18      Q.   Do you have another criticism?

19      A.   In terms of the number of datapoints?

20      Q.   In terms of why you I think datapoints

21  were insufficient?

22      A.   The location of these datapoints.

23      Q.   What's the problem with the location?

24      A.   Well, I'm not sure that they cover the

25  entire area of interest.  This is a very big

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    model.

2         Q.    Did you map that out to see?

3         A.    I believe I looked at those on the map,

4    yes.

5         Q.    Anything else?

6         A.    For the predevelopment?

7         Q.    Yeah.

8         A.    No.  Basically this is what I have for

9    that.

10        Q.    For the transient groundwater flow model

11   for Tawara Terrace, why do you believe that the

12   263 transient groundwater flow monitoring well

13   paired datapoints and the 526 transient

14   groundwater for a supply well paired datapoints,

15   is it your opinion that's insufficient data to

16   calibrate that model?

17        A.    That comes hand in hand with all the

18   other information that goes into the model.  The

19   model is calculating water levels on a monthly

20   basis.  These transient water level values do not

21   capture the variability in aquifer response to

22   pumping at different times.  It just gives us

23   snapshots at water levels at different locations.

24             So for the frequency of model output and

25   the level of detail that this model is intended

1    for, this is not sufficient information.  We

2    should have continuous data at certain locations

3    to see how aquifer responds to pumping.  So this

4    is definitely not enough.

5          Q.   How much data would have been needed?

6          A.   Again, it's not about the number of

7    data.  It's the location and the type of data.

8          Q.   So where were the locations of these

9    more than 800 datapoints that they used for

10   paired?  What locations were missing?

11         A.   The groundwater flow supply wells, again

12   the well itself is not -- a water supply well, you

13   turn it off and you get a measurement.  You don't

14   have continuous data there to give you --

15         Q.   I'm asking about location now.

16         A.   I'm saying that there should be, first

17   of all, monitoring wells across the domain.  That

18   would be preferable.  So there's a level of

19   uncertainty there.  And the data we use were

20   coming primarily from supply wells, which were

21   turned off at some point and a measurement was

22   taken.

23              So we have no idea what the variability

24   of water levels in the aquifer was near those

25   wells or in the graded area.

272

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    Q.   There were also 263 paired data the

2   monitoring wells.   What's your criticism of that?

3    A.   Because the number of stress periods

4   that we have is much bigger than that in the

5   model.  And so by no means do these datapoints

6   capture the variability of pumping in the aquifer.

7   That is constructed in the -- that is incorporated

8   in the model which is monthly output.

9    Q.   So how many datapoints would have been

10  needed?

11   A.   Many more than that and at different

12  locations and over continuous periods of time to

13  allow the modeler to calibrate the model to the

14  aquifer response because we're pumping on a

15  monthly basis.

16   Q.   Can you give me a number?

17   A.   No.

18   Q.   Can you give me a citation to literature

19  that supports your opinion that data -- that there

20  were insufficient paired datapoints for the

21  predevelopment or transient groundwater flow

22  models for Tarawa Terrace?  What literature are

23  you relying on?

24   A.   I don't believe that there's any

25  literature source that would give you that answer.

**GOLKOW TECHNOLOGIES**

Case 7:23-cv-00897-RJ    Document 397-4    Filed 06/04/25    Page 273 of 337

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          Q.    What standard in your field are you

2     relying on?

3          A.    It's common practice in our field that

4     that to calibrate a phantom model, they need

5     transient data.

6          Q.    Do you have an ASTM standard or some

7     other standard that you're relying on for your

8     opinions regarding insufficiency of data?

9          A.    I do not remember whether that's even

10    stated there, but again, that's common practice in

11    our field.  And I believe -- I probably have to go

12    back to even Anderson and Wuzner to find something

13    to that effect.

14         Q.    As you sit here today, can you cite a

15    standard in your field that ATSDR violated

16    regarding the sufficiency of data used to

17    calibrate the Tawara Terrace model?

18              MR. ANWAR:  Object to form.

19              THE WITNESS:  Off the top of my head, I

20    cannot.

21    BY MS. BAUGHMAN:

22         Q.    Is it in your report?

23         A.    We'll have to see where something like

24    that would have been stated.  I will have to

25    check.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1       Q.    You can't identify it as you sit here

2    today?

3             MR. ANWAR:  Object to form.

4             THE WITNESS:  Again, I would say that

5    any hydrogeologist would agree on that.

6    BY MS. BAUGHMAN:

7       Q.    Page 32 of your report.

8       A.    What page again?

9       Q.    32.  You wrote in the middle of the

10   page, "To construct the contaminant transport

11   model, ATSDR used model parameters that were based

12   on a literature review and the professional

13   judgment of the modelers."

14            Do you see that?

15      A.    Yes.

16      Q.    You have a similar statement on page 70

17   regarding Hadnot Point.  My question is you're

18   basing model parameters on published literature

19   and improper methodology in your field?

20            MR. ANWAR:  Object to form.

21            THE WITNESS:  It's usually the starting

22   point in our analysis.

23   BY MS. BAUGHMAN:

24      Q.    Then calibration after that; right?

25      A.    Considering site-specific data.

1    Q.   What is your basis for criticizing the

2  use of published literature to inform model

3  parameters?

4          MR. ANWAR:  Object to form.

5          THE WITNESS:  Literature sources is a

6  good starting point as a reality check with

7  respect to the values we're using.  But again,

8  site-specific data are the way to go in terms of

9  testing whether the values we're using are

10  appropriate for the particular conditions that

11  we're trying to model.

12          MS. BAUGHMAN:  Object to the

13  nonresponsive portion.

14  BY MS. BAUGHMAN:

15    Q.   Are there any standards outlining the

16  parameters that can and cannot be based on

17  literature in your field?

18    A.   I'm not sure I understand your question.

19    Q.   Are there any standards in your field

20  that say which parameters can and cannot be based

21  on literature?

22    A.   I'm not sure how to answer this

23  question.  No, there's nothing that says that you

24  can or cannot.  Literature sources provide a basis

25  when you look at conditions that you have at hand

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    with similar conditions from literature.  And then
2    site-specific data confirm how far or close we are
3    to those values.  And then model calibration
4    refines that estimate.
5        Q.   So you didn't cite any textbook or
6    literature or anything else for your opinion that
7    supporting ATSDR should not have used literature
8    review and professional judgment with respect to
9    model parameters; correct?
10       A.   That's not what I said in my report.  I
11   said that's the only thing they relied on and they
12   did not consider site-specific data.
13       Q.   You're saying ATSDR didn't consider any
14   site-specific data at all in establishing any
15   parameter for Tawara Terrace; is that true?  Is
16   that what you're saying?
17            MR. ANWAR:  Object to form.
18            THE WITNESS:  No, that's not what I
19   said.
20   BY MS. BAUGHMAN:
21       Q.   So which parameters did they not use
22   site-specific data for?
23       A.   For the transport parameters, the value
24   of Kd.
25       Q.   Anything else?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      A.    Porosity, bulk density.  The reaction

2   rate was based on the pair of values.  So

3   certainly not enough to calibrate the model.

4   These are the ones that come to mind right off the

5   bat.

6      Q.    Anything else?

7      A.    That's all I can think right now.

8      Q.    Are there any standards in your field

9   that say one cannot use professional judgment to

10  set model parameters?

11          MR. ANWAR:  Object to form.

12          THE WITNESS:  Of course, we use

13  professional judgment all the time.

14  BY MS. BAUGHMAN:

15     Q.    Professional judgment is used all the

16  time to calibrate groundwater models; right?

17     A.    That's an incomplete statement.  We use

18  professional judgment, and then we rely on

19  site-specific data and observations to calibrate a

20  model.

21     Q.    Are there any standards outlining the

22  parameters that can and cannot be based on an

23  engineer's professional judgment in your field?

24          MR. ANWAR:  Object to form.

25          THE WITNESS:  Again, it's not about what

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    can or cannot be used.  It's how our assumptions

2    and inputs into the model are checked against

3    observed data or site-specific data to begin with

4    to determine whether our calibration is good

5    enough.

6             MR. ANWAR:  Whenever you're at a good

7    spot to take a break, there are people in the

8    waiting room as well.  We've been going for about

9    an hour.

10            MS. BAUGHMAN:  We can take a break.

11            THE VIDEOGRAPHER:  Off the record 1711.

12            (Recess from 5:11 p.m. to 5:17 p.m.)

13            THE VIDEOGRAPHER:  On the record at

14   1717.

15   BY MS. BAUGHMAN:

16        Q.   Dr. Spilotopoulos, can you identify any

17   site-specific data for Tawara Terrace or Hadnot

18   Point that you believe ATSDR should have

19   considered and didn't in its modeling?

20        A.   The most obvious one was the Kd, the

21   distribution coefficient.  There were data

22   available.  They were not considered and as a

23   result, ATSDR used professional judgment, but also

24   made some errors that resulted in low values.

25        Q.   Anything other than that?

1    A.    Bulk density was another mistake that

2  was made, and it was later corrected as far as I

3  understand.  But it was an error that impacted the

4  uncertainty analysis.

5           MS. BAUGHMAN:  I'm going to object as

6  nonresponsive.

7  BY MS. BAUGHMAN:

8    Q.    Let's focus on the question.  Is there

9  site-specific data that was available that ATSDR,

10  in your opinion, should have used in its modeling

11  and didn't use?  Can you identify that data?

12    A.    I believe the coefficient is one of

13  them, Kd, yes.

14    Q.    Anything else?

15    A.    I don't know that that I know if others

16  were available.

17    Q.    Can you identify any other site-specific

18  data that was available to ATSDR and that they did

19  not use or should have used, in your opinion?

20    A.    Possibly not, but I'm not sure.  I

21  haven't exhaustively checked that.

22    Q.    If you turn to page 16 of your report.

23    A.    Yes.

24    Q.    The last paragraph right before Section

25  3.3, in the second sentence, you wrote, "However

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    assumptions and/or parameter values used by ATSDR

2    in constructing these models were incorrect or

3    inconsistent with site-specific data."

4            Do you see that?

5        A.    Yes.

6        Q.    Can you identify the assumptions and the

7    parameter values that you believe were incorrect

8    or inconsistent with site-specific data?  Please

9    tell me which ones.

10       A.    And we're talking about the Tawara

11   Terrace model; correct?

12       Q.    Either one, both.

13       A.    Assumptions and parameters that I

14   consider incorrect or inconsistent with

15   site-specific data, you would like a list?

16       Q.    Right.

17       A.    For Tawara Terrace, the start of mass

18   loading in the aquifer; the Kd value.  Let me

19   think about this, make sure I provide a correct

20   answer.  The assumption that there were no losses

21   at the treatment system, although this was not

22   part of the model itself.  It was part of the

23   calculation of what went to the customer.  The

24   bulk density value that was used for Tawara

25   Terrace and, hence, the retardation factor.  I

1    would stop at that.

2         Q.   So just going back, this was the list of

3    the assumptions and parameter values that were

4    incorrect and inconsistent with site-specific

5    data; right?

6         A.   Yes.

7         Q.   So what was the site-specific data that

8    was inconsistent or incorrect with respect to the

9    start of the mass loading rate?

10        A.   The fact that we have -- I consider the

11   information we have on when we believe that

12   actually operations started and, therefore,

13   potential contamination into the ground commenced.

14        Q.   So the site-specific data you're talking

15   about there is what was in the other expert's

16   report?

17        A.   Yes.

18        Q.   And the site-specific data on the VOC

19   loss, is that what you're referring to that's in

20   Dr. Hennet's report?

21        A.   Correct.

22        Q.   On page 69 of your report, you have a

23   sentence regarding Hadnot Point.

24        A.   I'm sorry to amend my previous answer.

25   I think site-specific data would also apply to the

1    pumping rates of the wells as applied in both

2    models.

3        Q.   So what was the site-specific data on

4    the pumping?

5        A.   Well, ATSDR developed a scheme where it

6    assigned flow rates to each well for every stress

7    period of the model every month.  Very little to

8    nothing was known about the majority of time for

9    the operation of those wells.  So that was an

10   assumption.

11       Q.   What site-specific data is that

12   inconsistent with?

13       A.   Well, that would be actual information

14   about the operation of those wells.  I'm

15   suggesting that that was an assumption.

16       Q.   But is that assumption inconsistent with

17   site-specific data that you have available to you

18   or that ATSDR had available to it?

19       A.   Well, that's what I'm -- the context of

20   my answer there is that there are some data, and

21   then ATSDR developed a technique to take out of

22   bulk value specific flow rates for the wells.  And

23   so --

24       Q.   But is what ATSDR did inconsistent with

25   existing site-specific data for pumping?

1    A.    Not to the extent that there are

2    available data for those times and those were not

3    used.  It's more about how they were developed

4    with respect to available site-specific data.

5    Q.    ATSDR used all of the available data

6    regarding pumping that it had available to it;

7    right?  It didn't ignore data, did it?

8    A.    I don't believe that they did.

9    Q.    If you turn to page 69, that's what we

10   were just talking about, in the third full

11   paragraph it starts, "Given the fact..."  Do you

12   see that?

13   A.    Um-hum.

14   Q.    I'm going to ask you about the second

15   sentence.  You wrote, "ATSDR's sensitivity and

16   uncertainty analysis evaluated a range parameters

17   values, some of which when compared to site

18   specific value did not reflect the site

19   conditions."

20         Which of the parameter values when

21   compared to site-specific data did not reflect the

22   site conditions?

23   A.    Well, I believe that I have a table

24   where I'm indicating the kind of values that ATSDR

25   used for the sensitivity analysis that were way

1    outside the range of values that were developed
2    either based on site-specific data or what they
3    considered otherwise as the mean values as
4    reasonable for the site.
5              For example, I will have to go to the
6    actual page.  I have that there.  I'm actually
7    providing some numbers here, and I'm saying that
8    for the hydraulic conductivity, they used values
9    equals to .1 or 10 times the calibrated value.
10   That was way outside a reasonable range of values
11   across the model.
12        Q.   Inconsistent with site-specific data?
13        A.   Well, for the distribution of those
14   values across the entire aquifer, yes.
15        Q.   What page are you on there?
16        A.   Page 87.  In fact, I believe that ATSDR
17   indicated that the values would range somewhere
18   between 1 and 50 feet per day, and I have a
19   reference for that period.  We can look at it.
20   They use values 0.1 or 500 feet per day.
21        Q.   Go to page 36 of your report.  You wrote
22   right above Section 4.1.2.1, you have this
23   statement.  "In this section I focus on certain
24   assumptions and parameters due to their
25   significant impact on the model results.  It

1   should be noted that this discussion is not

2   intended to be inclusive of all assumptions or

3   parameters I believe were inappropriately

4   selected."

5           Are there any others that you can

6   identify today that you left out of your report

7   that you intend to testify about at a hearing or

8   at the trial of this matter?

9       A.   I'm not sure I'm ready to offer an

10  opinion on that.  I will focus on the ones that I

11  provided in my report.

12      Q.   You understand that when you wrote the

13  expert report, you were supposed to include all of

14  your opinions and the basis for your opinions in

15  the report; right?

16      A.   Yes.

17      Q.   Flip to page 92 of your report.

18      A.   Okay.

19      Q.   You wrote toward the bottom of the first

20  paragraph under Concluding Remarks, you wrote,

21  "Similarly to Tawara Terrace, there is no observed

22  system behavior, i.e., historical data from the

23  entire period of interest to support a reasonable

24  and accurate model calibration."

25          Do you see that?

1      A.   Yes.

2      Q.   Are you saying here that historical data

3   from the entire period of interest is required in

4   order to have a reasonable and accurate model

5   calibration?

6      A.   I'm saying the data from the historical

7   period are necessary to test the accuracy of the

8   model results, some data.  I'm not offering an

9   opinion as to how many or when, but certainly

10   within that timeframe, it would need more data.

11      Q.   So you didn't cite any textbook or

12   manual or authority for that opinion; right?

13      A.   I'm not sure there is even one out

14   there.  I'm not that I'm aware of.  But again,

15   this is common knowledge.

16      Q.   Is it your opinion that to

17   reconstruct -- to do a historical reconstruction,

18   it's required to have concentration data for the

19   entire historical period?

20      A.   I'm saying we should have some

21   site-specific data to rely upon and not assume

22   their values.  There should be some observation

23   data so we can test the concentration levels over

24   time, something to that effect, because in this

25   particular case, I think I demonstrated by just

1    tweaking one parameter value, we get a completely

2    different calibrated model that is equally

3    plausible, and it was not within the uncertainty

4    range that ATSDR produced that gave me less

5    confidence in the model.

6        Q.   So the citations in your report, the

7    textbooks you rely upon, they recognize historical

8    reconstruction as being valid.  It's a valid

9    methodology; right?

10           MR. ANWAR:  Object to form.

11           THE WITNESS:  That's a very vague

12   statement.  Yes, historical reconstruction can be

13   done, has been done, yes.

14   BY MS. BAUGHMAN:

15       Q.   Is there any reference you can cite to

16   that says you have to have concentration data from

17   the entire historical period to do a historical

18   reconstruction?

19       A.   No.  I'm demonstrating in this

20   particular case, that was not done properly

21   because I could demonstrate that.  I could get a

22   completely different answer.

23       Q.   So what you're saying there is that --

24   you're talking about nonuniqueness; right?

25       A.   Yes.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          Q.    Isn't it always true that water models

2    are nonunique?

3          A.    That's a very general statement, and

4    that is true.

5          Q.    In other words, nonuniqueness is not

6    limited to or unique to ATSDR's Camp LeJeune

7    models; right?

8          A.    I can provide an answer with respect to

9    the particular model.  A blanket statement

10   otherwise might misconstrue my opinion.

11              MS. BAUGHMAN:  What?  I'll object as

12   nonresponsive.

13   BY MS. BAUGHMAN:

14         Q.    You wrote on page 41 of your opinion,

15   the very last sentence on page 41, you wrote,

16   "While professional judgment is essential in model

17   construction, it cannot guarantee model accuracy

18   absent these data."  Right?

19         A.    I'm sorry.  Can you point me again.  The

20   last paragraph?

21         Q.    The last paragraph, the last sentence.

22         A.    Yes.

23         Q.    Cannot guarantee model accuracy.

24              Is there any model that can guarantee

25   accuracy, any groundwater model?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      A.   There are different levels of accuracy
2    that we can evaluate.
3      Q.   Which level of accuracy that's required
4    in this case, do you know?
5      A.   What I showed is that by just tweaking
6    one parameter, I get a completely different
7    calibration.  So I cannot even test the accuracy
8    of the model to say whether it's good or not.
9           MS. BAUGHMAN:  Objection.
10   Nonresponsive.
11   BY MS. BAUGHMAN:
12     Q.   What you're saying is the model is not
13   unique; right?
14          MR. ANWAR:  Object to form.
15          THE WITNESS:  Models are not unique,
16   that's correct.
17   BY MS. BAUGHMAN:
18     Q.   No models are unique, are they?
19          MR. ANWAR:  Object to form.
20          THE WITNESS:  Again, very vague, general
21   statement.  Yes.
22   BY MS. BAUGHMAN:
23     Q.   But it's true, isn't it?
24     A.   Yes.  Models are nonunique, of course.
25     Q.   Now, let's go back.  You're talking

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    about guaranteeing model accuracy.  Have you ever

2    guaranteed to any of your clients that your model

3    is accurate?

4         A.    What I provide to my clients is models

5    where the accuracy can be tested with respect to

6    data, and I illustrate the kind of accuracy that

7    they provide.  Here I cannot provide any such

8    statement.

9         Q.    So the Hanford model, the one that we

10   marked as an exhibit, that paper we talked about,

11   you didn't guarantee the accuracy of your chromium

12   6 concentrations; right?

13        A.    Of course, not.  That was not in the

14   scope of that calculation.  It's was not expected.

15        Q.    What's the standard if court is to judge

16   ATSDR's model?  How accurate is it supposed to be,

17   do you know?

18             MR. ANWAR:  Object to form, foundation.

19             THE WITNESS:  I'm looking at the

20   accuracy of this model, and I say I cannot even

21   test it.  So it's not a matter of providing a

22   level of accuracy.

23             MS. BAUGHMAN:  Object as nonresponsive.

24   BY MS. BAUGHMAN:

25        Q.    Do you know what the standard is in this

1    case for accuracy?

2              MR. ANWAR:  Same objection.

3              THE WITNESS:  My understanding is that

4    the ATSDR model is supposed to provide monthly

5    concentrations over a long period of time.  And

6    ATSDR also calculates the uncertainty range of

7    that, therefore, suggesting that the potential

8    values of contamination in any month, in any given

9    month is within that range.  And I'm saying with

10   respect to that, I can prove that there are so

11   many other models that can actually produce very

12   different results outside that range.  Therefore,

13   the accuracy of the model cannot be tested,

14   especially in the absence of any data to test

15   that.

16             MS. BAUGHMAN:  Objection.

17   Nonresponsive.

18   BY MS. BAUGHMAN:

19        Q.   Let's turn to Morris Maslia's report,

20   Exhibit 10, at page 59.  I want to ask you about a

21   couple statements that Mr. Maslia made.  I'm

22   looking at the past paragraph on page 59 in the

23   sending sentence.  He wrote, "The observed data

24   used for calibration included all available

25   geologic data, supply well characteristics and

1    observed well contaminant values."

2            Do you know whether that's true, that he

3    used all the available data for calibration at

4    Tawara Terrace?

5        A.   All available is a blanket statement.  I

6    would tend to think they considered the data

7    available.  I'm fine with the statement.

8        Q.   You're fine with that.  Okay.

9        A.   Although having said that, I'm saying --

10   hold on a sec.  That ignores site-specific data

11   that I pointed out, for example, the distribution

12   coefficient that was not considered.  So I don't

13   know if that falls in the category of everything

14   you looked at there.

15       Q.   And he's referring to Figure 7.13, which

16   is on page 55 if you need to look at it, but he

17   says, "The observed values at Figure 7.13

18   represent the measured concentration statement

19   about the Tawara Terrace water treatment plant and

20   at other locations in Tawara Terrace water

21   distribution system."

22           But then he says, "It is important to

23   note these observed values were not used in the

24   calibration process and, therefore, represent an

25   additional set of observed field data by which to

1    assess the goodness and fit of the four-level

2    hierarchical calibration process."

3              I want to ask you about that.  Is it

4    your understanding that the values at the water

5    treatment plant for Tawara Terrace were not used

6    in the calibration process.  Is that true?

7         A.   That's my understanding.

8         Q.   Instead, ATSDR used those values as an

9    additional set of data to assess the goodness of

10   fit; right?

11        A.   That's what Mr. Maslia said.

12        Q.   And did the same thing.  Same process

13   was used for Hadnot Point; right?

14        A.   That is true.

15        Q.   Different subject.  There is a criticism

16   that you and/or Mr. Hennet have made about

17   TT-26-26 and when it was and wasn't operating.

18             Do you recall that?

19        A.   I don't think I made a statement about

20   the operation of TT-26.

21        Q.   In your report, if we can turn to page

22   38 and 39.

23        A.   Yes.

24        Q.   You in your summary of opinions 2 and 3

25   at the bottom of the page, you say, "Parameter

1    values in the Tawara Terrace model were different

2    than those in the Hadnot Point model -- you

3    started in this page and go to the next page --

4    even though both models stimulated similar

5    hydrogeologic conditions."

6         Do you see that?

7    A.    Yes.

8         Q.    It your opinion that Tawara Terrace and

9    Hadnot Point had the exact same hydrogeologic

10   conditions?

11   A.    Very similar conditions.

12        Q.    Did you review the hydraulic

13   conductivity measurements from the two sites?

14   A.    I looked at the values, yes, and some

15   distributions depending on the layer, yes.

16        Q.    Did the hydraulic conductivity

17   measurements indicate differences in aquifer for

18   material properties for the two sites?

19   A.    It depends on the layer and the

20   location.  Range-wise they appeared very similar.

21        Q.    But there were differences, weren't

22   there?

23   A.    There are always different.  Especially

24   we see that in the Tawara Terrace model itself.

25        Q.    Are you aware of any textbook or

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    literature that supports calibrating two separate

2    models for two different sites with the same

3    parameter values just because they're adjacent to

4    each other?

5              MR. ANWAR:  Object to form.

6              THE WITNESS:  I don't think there is any

7    document that would suggest something like that.

8    BY MS. BAUGHMAN:

9         Q.   For Hanford, didn't parameter values

10   vary at different parts of the site even when they

11   were contiguous?

12        A.   Of course.

13        Q.   Did you read the rebuttal report of

14   Dr. Konikow?

15        A.   Yes.

16        Q.   If you could turn to page 10 of

17   Dr. Konikow's report, if you look at the large

18   paragraph in the middle, toward the bottom there,

19   it states In Summary.  It says, "In summary, the

20   two specific possible errors cited by

21   Dr. Spilotopoulos for both density and the

22   distribution co-efficient largely offset each

23   other and have a minimal or a negligible impact on

24   the final results."

25              Do you see that?

1          A.    Yes.

2          Q.    Do you disagree with Dr. Konikow?

3          A.    Yes.

4          Q.    On what basis?

5          A.    Because even though those two numbers

6     offset each other in the calculation of the

7     retardation factor, there were both used with

8     their erroneous values in the uncertainty analysis

9     and distributions of values for each one of those

10    that were considered in that analysis.

11              So the errors in those values actually

12    had an impact on the calculation of the

13    uncertainty range.

14         Q.    You reviewed the uncertainty analysis to

15    check that?

16         A.    Yes.

17         Q.    Are you saying that for Tawara Terrace

18    and Hadnot Point?

19         A.    This is for Tawara Terrace.  That

20    statement here is for Tawara Terrace.

21         Q.    All right.  Dr. Konikow also says that

22    the retardation factor of 2.9, if you look toward

23    the middle of that page, he says, it is very

24    consistent with values in other fields -- field

25    studies reported in the literature, e.g. Rogers

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    1992 and Krepp 2019 for aquifers.  And this is

2    regarding aquifers having similar geologic

3    features.

4          Do you disagree with Dr. Konikow's

5    observation that 2.9 is a retardation factor

6    that's similar to aquifers having similar geologic

7    features?

8    A.   I don't know that that statement -- what

9    exactly that means.  Yes, it is possible.  It's

10   also inconsistent with the value used right next

11   door, and especially the value here is based on no

12   site-specific data, but just model calibrations.

13   So there's a lot of discussion to be made about

14   this.

15          MS. BAUGHMAN:  I'll object as

16   nonresponsive.

17   BY MS. BAUGHMAN:

18   Q.   Did you look up any literature regarding

19   retardation factors?

20   A.   I have been looked --

21   Q.   I'm sorry.  Let me ask it differently.

22          Did you look up literature regarding

23   retardation for aquifers having similar geologic

24   features?

25   A.   I believe that the ones Dr. Konikow even

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    mentions here are good.  But again, the

2    calculation of retardation factors is something

3    that comes from site-specific data and model

4    calibration.

5            MS. BAUGHMAN:  Object as nonresponsive

6    everything after "good."

7    BY MS. BAUGHMAN:

8        Q.  Do you agree that the retardation

9    factors is and should be a transport parameter

10   that is tested and adjusted during calibration of

11   the model?

12       A.  Of course.

13       Q.  And the retardation factors, the

14   parameters that the transport model -- strike

15   that.

16           Do you agree that retardation factor is

17   the parameter in the transport model that is used

18   in the governing equation?

19       A.  I'm sorry.  Can you repeat that

20   question?  I missed something there.

21       Q.  Do you agree that the retardation factor

22   is the parameter in the transport model used in

23   the governing equation?

24       A.  It is a parameter used in governing

25   equation, that's right.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      Q.   Do you agree that the same value of

2   retardation factor can be attained with different

3   values of Kd and bulk density that are varied in a

4   balanced way?

5      A.   Yes, provided that the values are

6   consistent with site-specific data conditions.

7           MS. BAUGHMAN:  Object to nonresponsive,

8   everything after "yes."

9   BY MS. BAUGHMAN:

10     Q.   Do you agree that an error in bulk

11  density value can and will be compensated by a

12  balancing error in the value of Kd and can still

13  yield the best fit to the data?

14     A.   What do you mean best fit?  I missed

15  that.

16     Q.   I'll withdraw that one.

17          Do you agree with EPA and numerous other

18  authors that the fraction of organic carbon should

19  not be used to estimate Kd if the organic carbon

20  content is less than .001?

21     A.   I believe Dr. Hannet would be most

22  appropriate to answer that question.  But in

23  general, I would agree that there is consideration

24  that, yes.

25     Q.   43 percent of the Camp LeJeune samples

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    tested for FOC, fraction of organic carbon, had

2    values less than .001; right?

3         A.   I didn't do the math on the list, but

4    that's probably right.

5         Q.   In your report at page 38 you opine

6    regarding what the model would have done if a

7    retardation factor 6.44 had been used.

8              What is the site-specific data basis to

9    choose a retardation factor of 6.44?

10        A.   I'm not sure why this was misunderstood

11   in the rebuttals that I saw.  What I said in my

12   statement there was that using the starting values

13   that ATSDR indicated that they selected for the

14   model calibration, the resulting retardation

15   factor would be 6. something based on the values

16   that ATSDR indicate in their report that they used

17   to start the calibration.

18             That's what I said.  And the model

19   results based on that would be very different than

20   those that they ended up with during calibration.

21        Q.   Are you saying that there is

22   site-specific data that supports the use of 6.44

23   as a retardation factor at Camp LeJeune?

24        A.   I'm not opining on that.  I just said

25   this is what ATSDR used.  I have not done the

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    calculation to see how we can come up with a value

2    like that based on the site-specific data.

3              I have not performed the calculation to

4    answer that question for you.

5         Q.   So you can't identify any site-specific

6    data that would justify using a retardation factor

7    of 6.44, can you?

8              MR. ANWAR:  Object to form.

9              THE WITNESS:  No.  I think it's possible

10   that using a starting value of the Kd based on the

11   range that we see and a value of the bulk density

12   and the porosity, it is possible to calculate a

13   number like that from site-specific data at Tawara

14   Terrace.

15             MS. BAUGHMAN:  I'm going to object as

16   nonresponsive.

17   BY MS. BAUGHMAN:

18        Q.   Did you use site-specific data to

19   calculate a retardation factor of 6.44?

20        A.   I said that what I used was the starting

21   values.  I indicated in my report that when ATSDR

22   started their model calibration, the starting

23   values they used for the parameter of Kd, bulk

24   density and porosity based on their reported

25   values, would end up with a retardation factor of

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    6. something.

2         Q.   Were those three numbers based on

3    site-specific data?

4         A.   You mean that ATSDR considered?

5         Q.   Starting values that you used for your

6    calculation, were those based on site-specific

7    data?

8         A.   I'm not sure how to answer your question

9    better.  I said these are the values that ATSDR

10   used.

11        MS. BAUGHMAN:  I'm going to object as

12   nonresponsive and note for the record that you're

13   refusing to answer the question.  I'm going to

14   move on because I don't have time for you to not

15   answer my question so many times.

16        MR. ANWAR:  We disagree with that.  But

17   let's move on.

18   BY MS. BAUGHMAN:

19        Q.   If you turn to your report at page 52.

20        MR. ANWAR:  What is time?

21        THE VIDEOGRAPHER:  We will be at 6:30 in

22   four minutes.

23   BY MS. BAUGHMAN:

24        Q.   So I want to talk about your criticism

25   the Tawara Terrace uncertainty analysis.  And if

1    you look at the bottom of page 52, the paragraph

2    that begins bottom of page 52, you wrote, "ATSDR

3    selected a range of acceptable values for key

4    parameters, such as Kd, for their uncertainty

5    analysis based solely on professional judgment and

6    literature sources."

7            Do you see that?

8        A.   Yes.

9        Q.   Selecting that range of acceptable

10   values based on professional judgment and

11   literature sources, is that a correct methodology?

12           MR. ANWAR:  Object to form.

13           THE WITNESS:  This is taken out of

14   context.  If I say yes, it's fine.  Yes, as a

15   starting point, that's fine, but there's a lot of

16   caveats to that.

17   BY MS. BAUGHMAN:

18       Q.   What was the range of values for Kd used

19   by ATSDR for the Tawara Terrace uncertainty

20   analysis, do you know?

21       A.   Do you want me to recall the exact

22   numbers that they used?

23       Q.   I don't know if it's in your report.  I

24   didn't see it.  You're very critical of the range

25   they used.  Can you tell me what the range was?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          A.    I'm saying that -- well, one second.

2    Let me answer that properly.

3              They used a range of values based on

4    professional judgment.  They did not look at

5    site-specific data and see how they should vary

6    that value.  Had they considered such

7    site-specific data, they would have used a larger

8    range.  But even the range that they said that

9    they considered was not fully explored because

10   they applied the statistics on how to calculate a

11   distribution around that value that narrowed that

12   range even more.

13         Q.    Have you cited any support in the

14   literature for your criticism of the range of much

15   values used for the uncertainty analysis for

16   Tawara Terrace?

17             MR. ANWAR:  Object to form.

18             THE WITNESS:  I don't understand how I

19   should cite something for that, why I should cite

20   something for that.

21   BY MS. BAUGHMAN:

22         Q.    Well, you have a very specific criticism

23   of how an uncertainty analysis was done for Tawara

24   Terrace based on the range of values that they

25   used.

1           Is there any discussion of that in any

2    textbook or peer-reviewed study or ASTM method

3    that you can point to that supports your opinion

4    on how they should have selected the range of

5    values?

6           MR. ANWAR:  Object to form.

7           THE WITNESS:  The point that I'm making

8    is that they did not consider any site-specific

9    data.  So their starting point is off.  And that

10   they considered a tight range around it that

11   doesn't even consider higher values based on a

12   range they indicated as reasonable for that value.

13          That's all I'm suggesting.  They

14   provided the range of reasonable values, and they

15   did not explore even that range.  They explored a

16   subset of that range.

17          MS. BAUGHMAN:  Objection.

18   Nonresponsive.

19   BY MS. BAUGHMAN:

20     Q.   Can you cite any discussion in the

21   literature, textbooks, standards that supports

22   your criticism of how ATSDR did its uncertainty

23   analysis for Tawara Terrace?

24          MR. ANWAR:  Object to form.

25          THE WITNESS:  I have cited references

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    with respect to how the uncertainty analysis is

2    supposed to be conducted, but it includes various

3    aspects of it.  I'm not sure you want me to --

4    BY MS. BAUGHMAN:

5        Q.    I want to know about this range issue.

6    Where is the citation for your criticism about

7    them not using the correct range of parameter

8    values?  Where is that discussed in the literature

9    or the textbooks?

10            MR. ANWAR:  Object to form.

11            THE WITNESS:  I did not say that it was

12    an incorrect range.  I said that they indicated a

13    reasonable range of values, and they only selected

14    a part of it.  And given the value that they

15    started with, that was a very narrow range.  They

16    didn't explore even the range that they consider

17    as reasonable for these soils.

18    BY MS. BAUGHMAN:

19        Q.    Did you cite any peer-reviewed

20    literature in support of that criticism?

21            MR. ANWAR:  Object to form.

22    BY MS. BAUGHMAN:

23        Q.    Or a textbook or any kind of standard in

24    your field?

25            MR. ANWAR:  Object to form.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          THE WITNESS:  I can't think of something

2     that would support that because there would be a

3     literature source to answer your question.

4     BY MS. BAUGHMAN:

5          Q.   I'm trying to understand the basis for

6     your opinions.  You're not citing any literature

7     or a textbook or standard for the basis of your

8     criticism regarding how ATSDR did its uncertainty

9     analysis; right?

10         A.   I think I explained very clearly what my

11    objections are with respect to how ATSDR selected

12    the range of values in their uncertainty analysis.

13         Q.   Uncertainty analysis done for Tarawa

14    Terrace by ATSDR was done using Monte Carlo

15    simulations; right?

16         A.   That is correct.

17         Q.   And they used a probability density

18    function for the range of the parameter values;

19    right?

20         A.   Correct.

21         Q.   That is a recognized methodology in your

22    field to do an uncertainty analysis; correct?

23         A.   I cannot answer your question with a

24    "yes" or "no."  There are caveats to it.  I have

25    to provide context.

1        Q.    You would agree that using the

2    probability density function for a Monte Carlo

3    simulation is a methodology that is accepted in

4    your field?

5              MR. ANWAR:   Object to form.

6              THE WITNESS:   That's only an element of

7    how we perform uncertainty analysis.   There are

8    other considerations that are very important in

9    applying that.

10   BY MS. BAUGHMAN:

11       Q.    And those other considerations that

12   you're relying on, you haven't cited any textbook

13   or standard or literature for those other

14   considerations that are so important to you;

15   right?

16             MR. ANWAR:   Object to form.

17             THE WITNESS:   I stated actually

18   reasoning for that that had to do with how the

19   model calibration is done, how the calibrated

20   model in this case is used as the truth in the

21   absence of data to test its accuracy.   Therefore,

22   I have provided both reasoning and references with

23   respect to that.

24   BY MS. BAUGHMAN:

25       Q.    References in the literature or

ALEXANDROS SPILIOTOPOULOS, PH.D.

1   textbooks or standards, publications?  Where is

2   that reference?

3        A.   I provided references for how the

4   uncertainty analysis is done, how it's supposed to

5   be done, and what are the deficiencies here with

6   respect to performing the uncertainty analysis.

7        Q.   So if you turn to page 87 of your

8   report.

9        A.   Just one second.  Yes.

10        Q.   At the bottom paragraph on page 87, you

11   wrote, "To understand the importance of this

12   assumption, recall that for the Tawara Terrace

13   uncertainty analysis, ATSDR defined reasonable

14   ranges for the calibrated parameter values."

15   Right?

16        A.   Well, I'm making a distinction between

17   how the uncertainty analysis was done here versus

18   how it was done in Tawara Terrace.  But the term

19   reasonable ranges here indicates that there was a

20   process for selecting these ranges in Tawara

21   Terrace, unlike Hadnot Point.  I'm not qualifying

22   them as correct.

23        Q.   So your opinion here is the ATSDR

24   parameter values for the uncertainty analysis were

25   reasonable; right?  They had a reasonable range?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1                MR. ANWAR:  Object to form.

2                THE WITNESS:  I'm just explaining the

3      context of my response here.

4      BY MS. BAUGHMAN:

5          Q.    So now you're saying they're not

6      reasonable ranges?

7                MR. ANWAR:  Object to form.

8      BY MS. BAUGHMAN:

9          Q.    Are you taking this back?

10         A.    I'm saying that the reasonable ranges

11     that were developed by ATSDR for Tawara Terrace

12     were based on mean values coming out of a

13     calibrated model that I don't believe was even

14     accurately calibrated.  So there's a convoluted

15     process here.

16               I'm not sure I have that I have all the

17     words in there to describe that.  But I'm

18     explaining to you exactly what I mean.

19         Q.    You wrote, "ATSDR defined reasonable

20     ranges for the calibrated parameter values with

21     respect to the Tawara Terrace uncertainty

22     analysis."

23               That's what you wrote here; right?

24         A.    And I'm explaining the context of that

25     to the extent that this is not transparent as to

1    what the means.

2         Q.   Do you agree that for the Tawara Terrace

3    uncertainty analysis, ATSDR defined reasonable

4    ranges for the calibrates parameter values?

5              MR. ANWAR:   Object to form.

6              THE WITNESS:   Again, I'm saying that the

7    reasonableness with respect to how that

8    distribution was defined mathematically, but I

9    don't think that the actual ranges were correct.

10   I'm just saying there was a method for developing

11   that unlike how it was done in Hadnot Point.

12   BY MS. BAUGHMAN:

13        Q.   For Tawara Terrace, you criticized

14   ATSDR's uncertainty analysis because it did not

15   evaluate a wider range of the parameter values;

16   right?

17        A.   I made the point that the values that

18   they selected through their model calibrations

19   were not necessarily correct.  They were low in

20   the case of Kd.  And even though they indicated

21   reasonable ranges, they explored only a tiny

22   portion of them just because they had no data to

23   calibrate the model properly and define a mean

24   value that would make sense.

25             MS. BAUGHMAN:   Objection.

1    Nonresponsive.

2    BY MS. BAUGHMAN:

3        Q.    Turn to page 55 of your report.  In the

4    second paragraph, you wrote, "ATSDR's uncertainty

5    analysis did not evaluate a wider range of

6    possible retardation factor."

7              Did I read that right?

8        A.    Yes.

9        Q.    So you're criticizing ATSDR on the one

10   hand for not evaluating a wider range of factors;

11   right?  That's what you did here; correct?

12       A.    I'm saying that it was not wider with

13   respect to the values that they considered at

14   Tawara Terrace.

15       Q.    Then for Hadnot Point, you criticize

16   ATSDR because they used too wide of a range of

17   parameter values; right?

18             MR. ANWAR:  Object to form.

19   BY MS. BAUGHMAN:

20       Q.    It was extreme what you said; right?

21       A.    It was unreasonable.

22       Q.    Are your criticisms of ATSDR's

23   uncertainty analysis based on your professional

24   judgment?

25       A.    Are you talking about the Tawara Terrace

1   model or the Hadnot Point model?

2        Q.   Both.

3        A.   There are different reasons why I have

4   opinions against how it was done, but --

5        Q.   Are you relying on your professional

6   judgment?

7        A.   And I'm referencing literature sources

8   where a discussion is made about how the --

9        Q.   Show me where the literature in your --

10  specifically where you're criticizing the

11  uncertainty analysis in your report, what's the

12  literature source for that?

13       A.   I'm sorry.  Which part of the criticism

14  that I provided?

15       Q.   Where you're criticizing uncertainty

16  analysis, what's your literature source for that?

17       A.   I believe -- let me just go and check.

18  One aspect is, for example, the value of that

19  prediction should --

20       Q.   What -- I'm sorry?

21       A.   Page 92.

22       Q.   Tell me -- what I want is the citation

23  to a textbook or a standard in your field or a

24  published document.  Is that what you're telling

25  me cited to?

1    A.   Yes, 294, yes.

2    Q.   What page?

3    A.   92.

4    Q.   So Doherty --

5    A.   That's one that I can --

6    Q.   Is this about the uncertainty analysis?

7    A.   Yes.

8    Q.   The page 52.  Anything else?

9    A.   And 35, that's Section 315.

10   Q.   What page?

11   A.   Page 8.

12   Q.   What source are you relying on here?

13   A.   Hill and Tiedeman talking about

14   precision accuracy of the model outputs when we're

15   looking at the uncertainty analysis.

16   Q.   What about the sections of your report

17   where you discuss your criticisms of the

18   uncertainty analysis, did you cite any literature

19   or textbook there in support of your analysis or

20   your opinions?

21   A.   I'm not sure I had to.

22   Q.   Did you?  Yes or no.

23   A.   I don't think I did specific for some --

24   Q.   Let's move on because I don't have much

25   time left.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1                I want to talk to post-audits.  Have you
2    done post-audits yourself before?
3        A.    I'm assuming you mean looking using the
4    existing model to see how it fit data in the
5    future.  Is that what you're referring or what is
6    the context?
7        Q.    Just like it was done here by Norm Davis
8    and -- Norm Jones and Jeff Davis.  That kind of
9    post audit, have you done those before?
10       A.    I have done these.
11       Q.    Have you done any post-audit for Camp
12   LeJeune?
13       A.    No.
14       Q.    On page 10 of your report, you had a
15   statement about post-audits and you say right at
16   the top of the page there, right above 3.1.7, you
17   say, "Post-audits may lead to updates in model
18   calibration using these new data to improve model
19   performance."
20            But that's not always the case, is it?
21       A.    I'm sorry.  Can you repeat the sentence
22   you're talking about?
23       Q.    You wrote, "Post-audits may lead to
24   updates in model calibration using these new data
25   to improve model performance" on page 10.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      A.   Yes.

2      Q.   Do post-audits always lead to updates in

3    model calibration?

4      A.   Not necessarily.  It depends on data

5    available.

6      Q.   You reviewed the post-audit Davis and

7    Jones; right?

8      A.   Right.

9      Q.   Were they missing pumping data that

10   should have been used in the post-audit?  Are you

11   aware of any pumping data they were missing?

12     A.   I'm not aware of any dataset like that.

13   I just saw what they had in their report.  I

14   considered --

15     Q.   The DOJ lawyers asked a lot of questions

16   of these experts about data that may have been

17   missing.  So I'm asking:  Are you aware of any

18   pumping data that was missing?

19          MR. ANWAR:  Object to form.

20          THE WITNESS:  I don't know.

21   BY MS. BAUGHMAN:

22     Q.   I want to ask you about mean error.  In

23   your report at page 60, you talk about mean error.

24   Actually you calculated mean error separately for

25   points where the observed data is higher and

1    separately for points where the simulated value is

2    higher; right?

3        A.    Yes.   That's page 61, yes.

4             (Spiliotopoulos Exhibit 16 was marked.)

5    BY MS. BAUGHMAN:

6        Q.    Turn to Konikow's rebuttal report,

7    Exhibit 16.  On page 17, he discusses your method

8    of calculating mean error.  And right above his

9    opinion -- this is an opinion to it -- right above

10   opinion 13, he said, "This is not a common or

11   standard way to complete mean error.  Based on my

12   experience and expertise, the standard methodology

13   is to compute the mean error for all data."

14            Do you agree with Dr. Konikow?

15       A.    I think there are different ways of

16   looking at the error in terms of how you try to

17   interrogate the model calculations.

18       Q.    You didn't cite any textbook or

19   publication or standard in supportive your

20   methodology of computing mean error in your

21   report; right?

22            MR. ANWAR:  Object to form.

23            THE WITNESS:  My experience and

24   expertise.

25

ALEXANDROS SPILIOTOPOULOS, PH.D.

 1    BY MS. BAUGHMAN:

 2         Q.    Did you cite any literature, any

 3    standard, anything in support of your method?

 4         A.    No.  Neither did Dr. Konikow.

 5         Q.    Also on page 60 of your report, in

 6    paragraph 2, you stated in paragraph 2 on page 60,

 7    "Observed concentrations of zero correspond to

 8    nondetections."

 9              Do you see that?

10         A.    Yes.

11         Q.    Wouldn't you agree that nondetect values

12    do not necessarily have a value of zero?  Their

13    value can be anywhere below the detection level;

14    right?

15         A.    I have to go back to their report

16    because I believe that they show zeros as

17    nondetections in their expert report.  That's my

18    recollection.  I'm just using the data in their

19    table to show them in this graph.

20         Q.    Let me ask you this:  You agree that

21    assuming that a nondetect can be substituted by a

22    value of .1 micrograms per liter is arbitrary;

23    right?

24              MR. ANWAR:  Object to form.

25              THE WITNESS:  It's a way of putting the

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    data in the plot instead of completely excluding

2    them because they're nondetects.

3    BY MS. BAUGHMAN:

4        Q.   You could also put the issue in the plot

5    by using half the value of the detection limit;

6    right?

7        A.   Theoretically, yes.  There are different

8    ways of showing them.

9        Q.   Are you aware of any literature

10   indicating that what you did is an acceptable or

11   standard practice of assuming a nondetect is .1 as

12   opposed to half of the detection limit?

13            MR. ANWAR:  Object to form.

14            THE WITNESS:  I'm not sure I can answer

15   your question like that.  All I did here was to

16   use the data and put them in the plot because they

17   were not shown before.  So whether it's half the

18   detection limit, .1 or something, in the report of

19   Jones and Davis, those data were not plotted

20   anywhere.

21   BY MS. BAUGHMAN:

22       Q.   If a detection limit is 10 micrograms

23   per liter, you agree with me it's possible the

24   actual value could be five or nine or one

25   micrograms per liter rather than zero; right?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1        A.   I don't know.  It depends on the data.

2    You have look at them very carefully.  There are

3    ways of evaluating that.

4        Q.   Just to go back an issue we talked about

5    earlier regarding retardation factor and bulk

6    density and distribution co-efficient, that

7    subject, would you agree that only the retardation

8    factor is used in the contaminant fate and

9    transport equation?

10       A.   The way it's formulated in MT3D, that is

11   correct.

12            MS. BAUGHMAN:  I'll pass the witness.

13            MR. ANWAR:  Sure.

14                        EXAMINATION

15   BY MR. ANWAR:

16       Q.   Good evening, Dr. Spilotopoulos.  I know

17   it's been a long day.  Thanks for your time.  I

18   just had a few questions I wanted to follow up on.

19   Bear with me.  I'm going to try to make this as

20   quick as possible.

21            During the course of Ms. Baughman's

22   examination, you were asked a number of questions

23   about what data ATSDR did and didn't consider.

24            Do you recall that questioning?

25       A.   Yes.

1    Q.   How much sampling data did ATSDR have to

2    consider in their models?

3         MS. BAUGHMAN:  Objection to the form.

4         THE WITNESS:  The large number of data

5    listed in those tables, essentially only a handful

6    were used because those were groundwater samples

7    to be used for model calibrations.

8    BY MS. BAUGHMAN:

9    Q.   What was the timeframe for that handful

10   of concentration level sampling data?

11   A.   With respect to water supply wells for

12   Tawara Terrace, I think they were somewhere

13   between end of December '84, beginning of '85,

14   maybe a couple months into '85 after the wells

15   were turned off and a set of measurements in 1991

16   I believe for Hadnot Point, there were the

17   measurements again around like the end of '84,

18   beginning of '85 at the extraction wells, a few

19   values after that.

20        And then there was also a dataset from

21   the remediation phase I believe at two wells

22   downgradient of well HB-651 in the landfill, so in

23   an area outside the industrial area, for example,

24   where the focus of the calculations was or even

25   near well 651.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      Q.   When I say sampling data, I'm referring
2   to contaminant concentration level data.
3           Do you understand that?
4      A.   Yes.   That's what I'm referring to.
5   When I'm answering your question, I'm talking
6   about the sampling data, concentration data that
7   were used in the model calibrations process.
8      Q.   Why is sampling data or concentration
9   level data important for evaluating the accuracy
10   of a groundwater model for a fate and transport
11   model?
12      A.   In the absence of data, there's no way
13   of testing the accuracy of the model.  And then
14   depending on the number of datapoints you have and
15   how spread out they are, within period of
16   interest, you can build confidence into the model
17   accuracy because important things like arrival of
18   contaminants or the variability of concentrations
19   in the aquifer over time can be somewhat tested
20   rather than assumed based on general assumptions
21   for parameters or operation of the system.
22      Q.   Throughout your report, you were asked
23   about it today, you referenced the limited data or
24   the lack of data.
25           Do you recall that?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    A.    Yes.    I mentioned the lack of

2    site-specific data and the lack of sampling data

3    for model calibrations.

4        Q.    You anticipated my question.    Much of

5    the discussion was focused on certain

6    site-specific data that was and wasn't considered.

7            But when you're referring to the lack of

8    data in your report, are you also referring to

9    sampling data?

10            MS. BAUGHMAN:    Objection.    Leading.

11    Object to form.

12            THE WITNESS:    I'm considering both, the

13    data that go into constructing the model,

14    site-specific data, operational data, and then I'm

15    also look at the sampling data that were used for

16    model calibrations if we're talking about the fate

17    and transport model.

18    BY MR. ANWAR:

19        Q.    Now, you were asked a number of

20    questions today about references that you

21    considered.    Do you recall that discussion?

22        A.    Yes.

23        Q.    Could you turn to page 94 of your

24    report, Exhibit 4?

25        A.    Yes.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1      Q.    What is starting on page 94 -- strike

2    that.

3            Is page 94 entitled References?

4      A.    Yes.

5      Q.    Is this the list of references you

6    considered in forming your expert opinions in your

7    report?

8      A.    You mean the list from page 94 onward

9    and through 100?

10     Q.    Yes.

11     A.    Yes.

12     Q.    I wanted to direct your attention to a

13   couple of references.  If you go to page 98, at

14   the bottom of page 98, there is a reference by

15   Doherty.

16           Do you see that there?

17     A.    Yes.

18     Q.    Is this a reference you considered in

19   offering opinions about the uncertainty analysis

20   performed in ATSDR's model?

21           MS. BAUGHMAN:  Objection.  Leading.

22   Objection to the form.

23           THE WITNESS:  It is a reference that I

24   used in my report, and I considered many points in

25   that reference.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    BY MR. ANWAR:

2        Q.   If you turn to page 100, there's another

3    reference in the middle of the page, Sepúlveda and

4    Doherty.  Do you see that?

5        A.   That's another -- yes.  That's another

6    reference on the uncertainty analysis, yes.

7        Q.   Did you consider that in forming your

8    expert witness in this case?

9            MS. BAUGHMAN:  Objection.  Leading.

10    Objection to the form.

11            THE WITNESS:  It is referenced in my

12    report.  I don't know if it was -- probably more

13    than one point, yes.

14    BY MR. ANWAR:

15        Q.   Could you turn pack to page 98.  You

16    were asked some questions earlier in the

17    deposition about the Woburn study.  Do you recall

18    that?

19        A.   Yes.

20        Q.   If you turn to or if you look near the

21    bottom of the page with the author -- by the

22    authority starting Costas, do you see that?

23        A.   Yes.

24        Q.   Is that a reference you considered in

25    regard to the Woburn study?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          MS. BAUGHMAN:  Objection.  Leading.

2     Object to the form.

3          THE WITNESS:  Yes, in fact.  Yes, yes,

4     yes.

5     BY MR. ANWAR:

6          Q.   And then if you turn to page 99, near

7     the bottom of the page, there is a reference

8     starting with the author name, last name Lagakos.

9     Do you see that?

10         A.   Yes.

11         Q.   Did you consider that reference as well?

12         A.   I looked at it as well.

13         MS. BAUGHMAN:  Objection.  Leading.

14    BY MR. ANWAR:

15         Q.   Does this reference relate to the Woburn

16    study that you were discussing earlier in your

17    deposition?

18         A.   Yes.

19         Q.   Now, earlier in your deposition, you

20    were asked a number of questions about what

21    organizations you do and you don't belong to.  Do

22    you recall that?

23         A.   Yes.

24         Q.   Your professional organizations.  Do you

25    recall that?

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    A.    Yes.

2    Q.    Now, looking at your CV, Exhibit 1.

3    A.    Okay.

4    Q.    And you discussed this with Ms. Baughman

5  during her examination.  But to the right-hand

6  side, you have Example Areas of Expertise; is that

7  right?

8    A.    Correct.

9    Q.    And the example areas of expertise there

10  are groundwater remedy design and evaluation,

11  water resource evaluation and management,

12  environmental data analysis, and groundwater

13  modeling.

14         Do you consider yourself an expert in

15  all of these fields or areas?

16    A.    Yes.

17    Q.    What is that expertise based on?

18    A.    My education, training, more than 20

19  years of professional experience in the field

20  working on a variety of projects with extremely

21  qualified colleagues as part of the firm that I

22  work for, in collaboration with other experts in

23  the field as part of the different project work

24  where collaboration was involved.

25    Q.    Tell me a little bit about your

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    education.  Do you have a Ph.D.?

2         A.   Yes.  I have a Ph.D. in the optimization

3    of groundwater management systems.  That involves

4    both the evaluation of environmental data and

5    groundwater modeling and numerical method and

6    approaches for designing groundwater remediation

7    systems or other types of groundwater management

8    systems in an optimal way.  So that involves

9    advanced mathematics and coding.

10        Q.   Do you know, does Mr. Maslia have a

11   Ph.D.?

12        A.   I don't think so, but I'm not sure.  I

13   don't think so.

14        Q.   Now, you mentioned your 20 years of

15   experience working in the field.  Can you describe

16   that to me a bit more?

17             MS. BAUGHMAN:  Objection.  Form.

18             THE WITNESS:  I have worked in a wide

19   variety of projects involved in groundwater

20   remediation for different contaminants of concern,

21   a wide variety of radio nucleides to volatiles,

22   metals.  I have worked in different projects, many

23   of them very high profile.  I would consider

24   Hanford one of the most high profile ones.  I

25   provided work there for over 15 years.

ALEXANDROS SPILIOTOPOULOS, PH.D.

1          I was the technical lead for all the
2     system performance evaluations, delineation of
3     contaminant plumes, evaluation of environmental
4     data there, including statistics and other methods
5     to determine or evaluate the progress of
6     remediation or design of monitoring systems,
7     designing of various tests, collaborated with
8     Pacific Northwest National Lab and a lot of that
9     work there.
10          I have done work in the litigation field
11    with respect to interstate dispute resolution,
12    usually involving groundwater management issues,
13    the use of groundwater for irrigation and other
14    similar topics for generally disputes between
15    states.  And I have supported expert work
16    conducted by other experts, well recognized
17    experts in our field working for S.S. Papadopulos
18    & Associates various labels.
19          I've also been involved in a very high
20    profile yet confidential -- unfortunately for me
21    because it hasn't been published -- on a very
22    challenging work in modeling groundwater flow in
23    fractured rock.
24          These are the things that come off my
25    head, including other work that was done before I

1   came back to the United States from Greece.

2   BY MR. ANWAR:

3       Q.   During the course of your 20 years

4   working -- 20 plus years working in the field,

5   have you built and evaluated groundwater models?

6       A.   Routinely.

7       Q.   Does that include building or evaluating

8   groundwater flow models?

9       A.   Yes.  Just to make sure, both building

10  and evaluating because as part of the work that

11  S.S. Papadopulos does is we come in the picture

12  when difficult technical problems come up.  And

13  our services are requested to provide expertise

14  and in forming opinions or helping out with a

15  solution.

16      Q.   During the course of your 20 plus years

17  in the field, have you built and/or evaluated fate

18  and transport models?

19      A.   Also routinely, yes.

20      Q.   What about water distribution models?

21      A.   I've worked on water distribution models

22  as part of my work as a civil engineer when I was

23  in Greece for a period of three years.  I have

24  formal education on that subject as well.  And at

25  the time I worked on updating the water main

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    distribution network of the City of Athens, so a

2    pretty large one.

3        Q.   Are your opinions in your expert report

4    and that you're offering in this case based on

5    your education and over 20 years of experience

6    working in the field?

7            MS. BAUGHMAN:  Objection.  Leading.

8    Object to the form.

9            THE WITNESS:  The opinions that I

10   provided were based on my experience and expertise

11   from over 20 years working on projects or problems

12   like that.

13   BY MR. ANWAR:

14       Q.   And as part of your education and

15   working in the field over the course of 20 years,

16   have you referred to or reviewed literature

17   sources during the course of your work?

18           MS. BAUGHMAN:  Objection.  Form.

19           THE WITNESS:  Can you clarify the

20   question?  You mean --

21   BY MR. ANWAR:

22       Q.   Have you kept abreast of the

23   developments in groundwater modeling during the

24   course of your 20 years working in the field?

25           MS. BAUGHMAN:  Objection.  Form.  And

ALEXANDROS SPILIOTOPOULOS, PH.D.

1   object to leading.

2              THE WITNESS:  As part of my work at

3   SSPA, I have participated in conferences to stay

4   abreast with developments in our field.  I have

5   collaborated with experts in developing codes and

6   computational tools.

7              I have participated in the development

8   of these tools in relation to MODFLOW, for

9   example, myself on different occasions.  And I've

10  also been lucky to be working with other experts

11  that have -- perform similar work and provided

12  similar contribution.  So this is where both

13  mentoring in my early years, but also continuing

14  learning experience at my company has occurred

15  over these years.

16  BY MR. ANWAR:

17      Q.   Thank you.  Those are all the questions

18  I have.

19              MS. BAUGHMAN:  We're finished.

20              THE VIDEOGRAPHER:  Off the record at

21  1836.

22              (Whereupon, at 6:36 p.m., the taking of

23  the instant deposition ceased.)

24

25

ALEXANDROS SPILIOTOPOULOS, PH.D.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    COMMONWEALTH OF PENNSYLVANIA  )

2    COUNTY OF ALLEGHENY           )     SS:

3                C E R T I F I C A T E

4            I, Ann Medis, RPR, CLR, CSR-WA and

5    Notary Public within and for the Commonwealth of

6    Pennsylvania, do hereby certify:

7            That ALEXANDROS SPILIOTOPOULOS, PH.D,

8    the witness whose deposition is hereinbefore set

9    forth, was duly sworn by me and that such

10   deposition is a true record of the testimony given

11   by such witness.

12           I further certify the inspection,

13   reading and signing of said deposition were not

14   waived by counsel for the respective parties and

15   by the witness.

16           I further certify that I am not related

17   to any of the parties to this action by blood or

18   marriage and that I am in no way interested in the

19   outcome of this matter.

20           IN WITNESS WHEREOF, I have hereunto set

21   my hand this 19th day of March, 2025.

22

23

                    _____

24                        Notary Public

25

ALEXANDROS SPILIOTOPOULOS, PH.D.

1    COMMONWEALTH OF PENNSYLVANIA    )    E R R A T A
     COUNTY OF ALLEGHENY            )    S H E E T
2

3    I, ALEXANDROS SPILIOTOPOULOS, PH.D, have read the
     foregoing pages of my deposition given on
4    March 18, 2025, and wish to make the following, if
     any, amendments, additions, deletions or
5    corrections:

6

     Page  Line   Change and reason for change:
7

8    ____  ____   _____

9    ____  ____   _____

10   ____  ____   _____

11   ____  ____   _____

12   ____  ____   _____

13   ____  ____   _____

14   ____  ____   _____

15   ____  ____   _____

16   ____  ____   _____

17   ____  ____   _____

18   ____  ____   _____

19   In all other respects, the transcript is true and
     correct.
20

21                _____
                  ALEXANDROS SPILIOTOPOULOS, PH.D
22

23   _____ day of _____, 2025.

24   _____
                  Notary Public
25

GOLKOW TECHNOLOGIES

ALEXANDROS SPILIOTOPOULOS, PH.D.

GOLKOW, a Veritext Division
One Liberty Place
1650 Market Street, Suite 5150
Philadelphia, Pennsylvania  19103
877.370.3377


March 19, 2025


Haroon Anwar, Esquire
U.S. Department of Justice
1100 L Street NW
Washington, DC  20005

Re:  Deposition of ALEXANDROS SPILIOTOPOULOS, PH.D
     Notice of Non-Waiver of Signature

Dear Mr. Anwar:

Please have the deponent read his deposition
transcript.  All corrections are to be noted on
the Errata Sheet.

Upon completion of the above, the Deponent must
affix his signature on the Errata Sheet, and it is
to then be notarized.

Please forward the signed original of the Errata
Sheet to Laura J. Baughman, Esquire for attachment
to the original transcript, which is in her
possession.  Send a copy of same to all counsel.

Please return the completed Errata Sheet within 30
days of receipt hereof.

Sincerely,


Ann Medis, RPR, CLR, CSR-WA

cc:

Laura J. Baughman, Esquire