# EXHIBIT 6

**Author's Reply** by T. Prabhakar Clement

Department of Civil Engineering, Auburn University, Auburn, AL 36849-5337; (334) 844-6268; fax: (334) 844-6290; clement@auburn.edu

The goal of my article was not to review the Camp Lejeune (CLJ) modeling studies. Rather it was to use the CLJ problem as an example to highlight issues related to model complexities and to spark an open debate on when, where, and why we should limit model complexity. I would like to first thank Maslia and his nine co-authors for contributing to this debate. I believe this is an important debate given the fact that our understanding of contaminant transport processes is limited. For example, Konikow (2011) reviewed the current state of knowledge and concluded that the classical transport equation does not always adequately represent what we see at the field scale, and in such cases, commonly used numerical models are solving the wrong equation! He went on to recommend that the secret to successful transport modeling is simply to lower expectations (of the public and sponsoring agencies). Konikow's (2011) review make a case that we still do not fully understand conservative tracer transport in groundwater systems. Chlorinated solvent transport mediated by biogeochemical reactions is clearly a more complex problem. On the basis of my own experience in developing computer codes and applying them to model various types of laboratory and field datasets (Clement et al. 1997, 2000, 2004), I believe that bioreactive transport modeling is still in its infancy. With this background, in the sections below I provide my point of view on the issues/questions raised by the authors.

## Hindcasting vs. Historic Reconstruction

I limited the scope of my paper to hindcasting models; Maslia et al. disagree with my scope and definitions. I respect their opinion and will let *Ground Water* readers interpret our respective view points. The authors claim that a plethora of hindcasting examples are available in the published literature and imply that hindcasting reactive transport is a routine exercise. Unfortunately, the reality is that groundwater experts are still debating how to model conservative tracer transport in glass-bead columns. For example, Berkowitz et al. (2009) reported a laboratory experiment where they studied tracer transport in a column packed with two layers of homogeneous glass beads. They completed a simple breakthrough experiment where a pulse of conservative tracer (chloride) was first injected from left and then from right and the data showed an unexpected asymmetric behavior different from theoretical predictions. The advection-dispersion equation was unable to predict this asymmetric transport observed in a 40-cm long, glass-bead-packed column over 3 to 4 h. Given this state of knowledge, predicting chlorinated solvent transport at a field scale poses a considerable challenge, and I am not aware of a bioreactive transport modeling study that has predicted all tetrachloroethene/trichloroethene (PCE/TCE) biodegradation processes even in a laboratory column. I also believe that hindcasting models are indeed uniquely disadvantaged since if the past is unavailable there is no way to test the hypotheses derived from hindcast predictions.

## Application of Complex Model vs. Simple Model

The actual words attributed to Occam's razor are: "entities must not be multiplied beyond necessity." The key issue here is—how to define the word "necessity."


Case 7:23-cv-00897-RJ Document 397-7 Filed 06/04/25 Page 2 of 4

The authors propose that it should be defined by project requirements (or study objectives), which are usually based on the expectations of stakeholders (congress, public, health scientists, and funding agencies). These expectations, at least to some extent, drive the project requirements, which the authors argue should decide the level of model complexity. If conscious efforts were made to lower expectations the project requirements could perhaps be redefined.

An implicit assumption the authors make is that their model is the optimal choice to meet their project requirement (predicting monthly averaged contaminant concentration levels). But this may not be true, since their model ignored several key processes including carbon limitations and microbial growth. I pointed out these limitations in my article simply to raise a philosophical question: how can one know whether another model, having the capability to simulate more processes, is not a better choice for the project? Identifying an optimal model structure is not a trivial issue, and I suggested perhaps "available data" can be used as a guide to limit the level of model complexity in hindcasting models, although what is "good/useful" data itself is difficult to judge. Another possible option is to use a conceptual economic analysis to limit model complexity, as illustrated in Figure 4 in Clement (2011).

The authors go on to review the limitations associated with analytical models to argue against simplicity. Having developed several complex numerical models and analytical solutions (Clement et al. 1998; Srinivasan and Clement 2008), I am fully aware of the relative merits and demerits of these models. As stated in the NRC (2009) report, simpler models might be a better choice because the studies can be completed quickly in a cost-effective manner and this should help speed up the decision-making process.

## Corrections and Clarifications

### Objective of the Modeling Effort

While the immediate goal of the modeling effort was to make predictions for epidemiology studies, the ultimate goal of these studies was to resolve issues related CLJ health concerns and facilitate the process of providing healthcare and other compensations to the Marines who were exposed to these contaminants. As pointed out in NRC (2009), while science can help facilitate this dialogue, the results of further studies might be of little help in deciding who should get the healthcare and who should not; this will eventually be a policy decision. The inability of scientific methods in resolving complex policy questions has been pointed out by others (Oreskes 2003; Pilkey and Jarvis 2007). Sarewitz (2004) noted that science can make certain controversial environmental problems worse and argued that simple linear thinking that expects "more science" will lead to "less uncertainly" and help facilitate "political action" is inherently flawed.

### Characterization of the Contaminant Source

The reported level of PCE concentration determined near the source area (12,000 μg/L, which is about an order of magnitude below the solubility level) is an unusually high value. Based on my own experience with field and laboratory datasets, it is reasonable to expect the presence of some form of residual dense nonaqueous phase liquid (DNAPL) if concentrations are this high. For example, in our earlier study (Clement et al. 2004), we observed concentrations of about an order of magnitude below the solubility level at about 50 cm away from a DNAPL source placed in laboratory sand tank. Another controlled field study completed by the Waterloo group at the Borden site indicated that dissolved concentrations exceeding 10% of the effective solubility provided a strong indication for the presence of DNAPL phase (Broholm et al. 1999). There is no question that uncertainties associated with chlorinated solvent source geometry, release history, possible presence of DNAPL, and loading rates are extremely difficult (if not impossible) to quantify in these types of hindcasting applications that have few or no past data.

### Degradation Product of PCE

There is no microbiological evidence (or microcosm data) available for the site to demonstrate site-specific biodegradation conditions exist that favor *trans*-dichloroethylene (DCE) production. Past field studies have shown that *cis*-DCE is the predominant degradation by-product (Wiedemeier et al. 1999). However, in my article I have already pointed out that recent studies have shown specialized microbial cultures can produce *trans*-DCE, but it is rare. None of the studies cited by the authors has shown 100% *trans*-DCE production. Therefore, assuming 100% percent yield (as assumed in CLJ models) without any microbial evidence might not be appropriate.

### Model Calibration

Complex models are inherently limited by the issue of equifinality (Beven 1993). Therefore, I simply pointed out that calibration results of a complex reactive transport model can yield multiple solutions that can appear to fit the limited number of data equally well. One can better constrain the solution using site-specific geochemical data (Clement et al. 2000), and/or one could also use laboratory scale microcosm data.

### Research vs. Public Domain Models

The authors claim that TechFlowMP, a research tool developed by their group, is the most appropriate tool available for simulating chlorinated solvent bioreactive transport problems. It is a futile effort to argue for or against such claims that favor specific computer codes. However, if the authors truly believed in this tool, it is unclear why they also used MODFLOW and MT3D, instead of just running their sophisticated research code in a simpler (nonreactive) mode to mimic MODFLOW/MT3D capabilities. The reason is simple—every modeler understands that public-domain tools have more credibility since they have been openly


Case 7:23-cv-00897-RJ Document 397-7 Filed 06/04/25 Page 3 of 4

reviewed and challenged by multiple groups in the past. As pointed in my article, when resolving community problems, the US courts commonly recognize public-domain codes more than research codes that are primarily used only by model developers (Denton and Sklash 2006).

#### Uncertainty and Variability in Simulation Results

I agree uncertainly is indeed a problem in any groundwater modeling effort. However, the problem is compounded in reactive transport applications where the assumed model structure (or conceptualization) itself introduces uncertainties that are difficult to quantify. For example, the CLJ models assume both spatial and temporal homogeneity in bioreaction rates (by assuming constant first-order rate constants)—is this a reasonable approximation? How can we quantify the errors introduced in a bioreactive transport model when we ignore important processes such as biological growth, geochemical conditions, and carbon limitations? Issues like these add further uncertainty to bioreactive transport models.

#### Review and Dissemination of Model Results and the NRC Study

The US Congress mandated the Navy to request the NRC review. I believe the use of voluntary expert committees organized by the NRC and other such organizations is an excellent approach for resolving complex scientific issues. In their concluding remarks, Maslia et al. (2011) attempt to discredit the NRC effort by stating: "*the NRC report contained numerous factual errors, incorrectly characterized the contaminant PCE source, and overlooked data*. . . ." Debating or defending the NRC effort, which followed a well-established process setup by the National Academies, is beyond the scope of this discussion. However, here are some facts: as a part of this NRC review effort, several multiyear, multimillion dollar studies completed by Agency for Toxic Substances and Disease Registry (ATSDR) and its partnering agencies were carefully reviewed by a diverse group of 13 well-established scientists, who volunteered their time (received no personal compensation) for over two years. Their assessment was documented in a 318-page report (NRC 2009). The report was peer reviewed by another group of distinguished scientists selected by the NRC. After its release, various agencies had the opportunity to express their concerns to NRC. ATSDR has formally communicated its dissatisfaction with the NRC report (including the committee's assessment of the role of groundwater models) to the Navy, which was then forwarded to NRC. In response to a letter from the Secretary of the Navy requesting comment on ATSDR's criticisms, the President of the National Academy of Sciences wrote a letter dated May 10, 2011 that addressed all the criticisms. The letter concluded (NAS 2011): "*regarding the question in your April 26 letter as to whether any analyses or conclusions in the NRC's 2009 report need to be changed in response to the ATSDR letter, I can assure you that the NRC stands by its report. No changes are warranted.*" To my knowledge, ATSDR has not contested these statements.

## References


Berkowitz, B., A. Cortis, I. Dror, and H. Scher. 2009. Laboratory experiments on dispersive transport across interfaces: The role of flow direction. *Water Resources Research* 45: W02201. DOI: 10.1029/2008WR007342.

Beven, K.J. 1993. Prophecy, reality and uncertainty in distributed hydrological modeling. *Advances in Water Resources* 16: 41–51.

Broholm, K., S. Feenstra, and J.A. Cherry. 1999. Solvent release into a sandy aquifer. 1. Overview of source distribution and dissolution behavior. *Environmental Science & Technology* 33: 681–690.

Clement, T.P., Y. Sun, B.S. Hooker, and J.N. Petersen. 1998. Modeling multi-species reactive transport in groundwater aquifers. *Groundwater Monitoring & Remediation Journal* 18, no. 2: 79–92.

Clement, T.P., C.D. Johnson, Y. Sun, G.M. Klecka, and C. Bartlett. 2000. Natural attenuation of chlorinated solvent compounds: Model development and field-scale application. *Journal of Contaminant Hydrology* 42: 113–140.

Clement, T.P., Y.C. Kim, T.R. Gautam, and K.K. Lee. 2004. Experimental and numerical investigation of NAPL dissolution processes in a laboratory scale aquifer model. *Groundwater Monitoring and Remediation* 24, no. 4: 88–96.

Denton, C.M., and M.G. Sklash. 2006. Contaminant fate and transport in courtroom. In *Contaminated Soils, Sediments, and Water—Success and Challenges*, ed. E.J. Calabrese, P.T. Kostecki, and J. Dragun, 81–118. New York: Springer. DOI: 10.1007/0-387-28324-2.

Konikow, L.F. 2011. The secret to successful solute-transport modeling. *Ground Water* 49, no. 2: 144–159.

National Academy of Science. 2011. President Cicerone's letter to US Navy Secretary Mabus. http://insideepa.com/. Document details: NAS disputes ATSDR criticisms of key Camp Lejeune contamination report. http://insideepa.com//index.php?option=com_iwpfile&file=may2011/epa2011_0987.pdf (accessed on October 30, 2011).

National Research Council. 2009. Contaminated water supplies at Camp Lejeune: Assessing potential health effects. In: *Board on Environmental Studies and Toxicology*, 328. Washington, DC: National Academies Press.

Oreskes, N. 2003. The role of quantitative models in science. In *Models in Ecosystem Science*, ed. C.D. Canham, J.J. Cole, and W.K. Lauenroth, Chapter 2, 13–31. New Jersey: Princeton University Press.

Pilkey, O.H., and L.P. Jarvis. 2007. *Useless Arithmetic—Why Environmental Scientists Can't Predict the Future*, 230. New York: Columbia University Press.

Sarewitz, D. 2004. How science makes environmental controversies worse. *Environmental Science & Policy* 7: 385–403.

Srinivasan, V., and T.P. Clement. 2008. Analytical solutions for sequentially coupled one-dimensional reactive transport problems—Part I: Mathematical derivations. *Advances in Water Resources* 31, no. 2: 203–218.

Wiedemeier, T.H., H.S. Rifai, C.J. Newell, and J.T. Wilson. 1999. *Natural Attenuation of Fuels and Chlorinated Solvents in the Subsurface*, 617. New York: John Wiley & Sons.



**Note:** Reply received September 23, 2011, accepted September 30, 2011.





Case 7:23-cv-00897-RJ Document 397-7 Filed 06/04/25 Page 4 of 4