# EXHIBIT 7

## Maslia, Morris (ATSDR/DHAC/EISAB)

**From:** Prabhakar Clement [clemept@auburn.edu]
**Sent:** Thursday, February 21, 2008 2:05 PM
**To:** Maslia, Morris (ATSDR/DHAC/EISAB)
**Subject:** Re: Sensitivity analysis on well TT-26

Dear Morris,
Thanks for the data.. Also, thanks for considering to add this information. This is purely for my own thinking to assess the sensitivity of the assumption. I will not share it with anyone until you reviewed it carefully and released it officially.
In your final report it will be nice to see some plume maps that has no retardation and no decay, my thinking is that if wells are pulling fast the plume may not look different and may show lesser sensitivity than breakthrough curves.. but I could be wrong.

Yesterday, I read most of your report and I found them to be very thoughtfully organized work. It is a complex problem, but you guys did the best possible job a modeler can.. They are lucky to have you guys as the modeling team. Thanks for your support.

Regards,
Prabhakar

PS: Please feel free to address me by first name "Prabhakar."

>>> On 2/21/2008 at 12:08 PM, in message
<6E4B6301AF0D0E4481FE82E87771B62E03EB5A9F@LTA3VS001.ees.hhs.gov>,
"Maslia,
Morris (ATSDR/DHAC/EISAB)" <mfm4@cdc.gov> wrote:
> Dear Dr. Clement:
>
>
>
> Per our emails yesterday, attached is a sensitivity analysis on Well
> TT-26 with no decay and no retardation.
>
>
>
> Please note, this has NOT been cleared or reviewed, so I am
requesting
> that you NOT release or make it public.
>
>
>
> I am about to post Chapters F (fate and transport) and Chapter H
> (water-supply well schedule variation) on the web (this afternoon).
> Will send you a link when it goes up. Hard copies should be
available
> in 2-3 weeks
>
>
>
> Morris
>
>
>
>
>
>
>
> ====================================

>
> Morris L. Maslia, P.E., D.WRE, DEE
>
> Research Environmental Engineer
>
> Agency for Toxic Substances and Disease Registry
>
> Centers for Disease Control and Prevention
>
>
>
> TEL: +1 770-488-3842
>
> FAX: +1 770-488-1536
>
> Email: mmaslia@cdc.gov
>
> Web: http://www.atsdr.cdc.gov/edrp/
>
>
>
> Mail and Package Address:
>
> 4770 Buford Highway
>
> Mail Stop F-59, Room 02-004
>
> Atlanta, Georgia 30341-3717
>
> U.S.A.
>
>
>
> =====================================
>
>