# EXHIBIT 8

**From:** Prabhakar Clement
**To:** Maslia, Morris (ATSDR/DHAC/EISAB)
**Cc:** Susan Martel
**Subject:** Re: Tarawa Terrace Chapter I Report available on ATSDR web site
**Date:** Wednesday, February 18, 2009 12:41:28 PM

---

Dear Morris,
Nice report, I wish we would had more time to review this work as a panel. May not have the time to digest and incorporate this information at this late stage, however.
I also noticed that you have an interesting meeting coming up:
Camp Lejeune Water-Modeling Expert Panel Meeting - April 29–30, 2009, 8:30 am - 5:00 pm, Atlanta, Georgia.
I hope you and your experts will have a copy of our report before this meeting. I will be very interested in following up how the experts viewed some of our suggestions. Our panel's goal was to help you guys ATSDR/CLJ to make a quick policy decision, hope we contributed to this cause.
I and my exposure group members have thought and debated this problem a lot. It has fundamentally changed my own thinking on modeling and policy making. Let me know if I can be of help to you guys in any way to speed-up the resolution process. I or perhaps even others may be glad to help with your April panel if we can do this without violating any conflict of interest.
Regards,
Prabhakar

PS: I am copying this email to Susan at NAS

--

Prabhakar Clement, Ph.D., P.E.
Professor and Arthur H. Feagin Chair of Civil Engineering
Department of Civil Engineering
212 Harbert Engineering Center
Auburn University, AL 36849-5337
+1 (334) 844-6268 telephone
+1 (334) 844-6290 facsimile
Email: clement@auburn.edu
Home page: http://www.eng.auburn.edu/users/clemept/
Dept page: http://www.eng.auburn.edu/department/ce/
RT3D webpage: http://bioprocess.pnl.gov/rt3d.htm

>>> On 2/18/2009 at 10:39 AM, in message
<2FE93DA9114E7E4A9A2EB70A77C9FFD3057C5383@LTA3VS003.ees.hhs.gov>,
"Maslia,
Morris (ATSDR/DHAC/EISAB)" <mfm4@cdc.gov> wrote:
> ATSDR's Tarawa Terrace Chapter I report,
>
>
>
> "Analyses of Groundwater Flow, Contaminant Fate and Transport, and
> Distribution of Drinking Water at Tarawa Terrace and Vicinity, U.S.
> Marine Corps Base Camp Lejeune, North Carolina: Historical
> Reconstruction and Present-Day Conditions, Chapter I: Parameter
> Sensitivity, Uncertainty, and Variability Associated with Model
> Simulations of Groundwater Flow, Contaminant Fate and Transport, and

> Distribution of Drinking Water" by M.L. Maslia, R.J. Suarez-Soto, J.
> Wang, M.M. Aral, R.E. Faye, J.B. Sautner, C. Valenzuela, and W.M.
> Grayman
>
>
>
> is now available for download on the ATSDR web site:
> http://www.atsdr.cdc.gov/sites/lejeune/index.html
>
>
>
> (look under the heading of "SELECTED RESOURCES")
>
>
>
> There also is an accompanying CD-ROM containing model input files
that
> can be down loaded from the site.
>
>
>
>
>
> Printed copies of the report should be available after March 20,
2009.
>
>
>
>
>
> Best regards
>
>
>
> Morris L. Maslia
>
>
>

> ==================================
> Morris L. Maslia, P.E., D.WRE, DEE
> Research Environmental Engineer
> Agency for Toxic Substances and Disease Registry
> National Center for Environmental Health
>
> TEL: +1 770.488.3842
> FAX: +1 770.488.1536
> Email: mmaslia@cdc.gov
> Web: http://www.atsdr.cdc.gov/edrp/
>
> Mail and Package Address
> 4770 Buford Highway
> Mail Stop F-59, Room 02-004
> Atlanta, Georgia 30341-3717, USA
> ==================================

> P Please only print this e-mail if necessary
>
>