# EXHIBIT 9

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF NORTH CAROLINA
2              SOUTHERN DIVISION
                NO. 7:23-CV-897
3

   IN RE:                        )
4                                )
   CAMP LEJEUNE WATER LITIGATION )
5                                )
                                 )
6  This Document Relates to:     )
   ALL CASES                     )
7  _____)

8

9          VIDEOTAPED DEPOSITION OF
10          REMY J-C. HENNET, PH.D.,
11  a witness herein, called by the Plaintiffs for
    examination, taken by and before Ann Medis, RPR, CLR,
12  CSR-WA, and Notary Public in and for the Commonwealth
    of Pennsylvania, via Zoom Videoconference, at the
13  offices of Motley Rice, 401 9th Street, NW, Washington,
    DC  20004, on Thursday, March 20, 2025, commencing at
14  9:05 a.m.
15
16
17
18
19
20
21
22
23
24
25

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 2 of 370

```
 1              A P P E A R A N C E S
 2   On behalf of Plaintiff
 3             MOTLEY RICE
             BY:   KEVIN R. DEAN, ESQUIRE
 4                 MARGARET SCALISE JOHNSON, ESQUIRE
             28 Bridgeside Boulevard
 5             Mount Pleasant, South Carolina  29464
             843.216.9000
 6             kdean@motleyrice.com
             mscalise@motleyrice.com
 7
             WEITZ & LUXENBERG, P.C.
 8             BY:   LAURA J. BAUGHMAN, ESQUIRE
                 DEVIN BOLTON, ESQUIRE
 9             700 Broadway
             New York, New York  10003
10             212.558.5915
             lbaughman@weitzlux.com
11             dbolton@weitzlux.com
12
     On behalf of Defendant United States of America
13
             U.S. DEPARTMENT OF JUSTICE
14             BY:   ALLISON O'LEARY, ESQUIRE
                 ALANNA HORAN, ESQUIRE
15             1100 L Street NW
             Washington, DC  20005
16             202.552.9843
             allison.o'leary@usdoj.com
17             allana.horan@usdoj.com
18
     Also present via Zoom
19
     Bradley Loy, videographer
20
21
22
23
24
25
```

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 3 of 370

1              * I N D E X *
2     REMY J.-C. HENNET, PH.D.                          PAGE
3        EXAMINATION BY MR. DEAN                          7
4     Page 94 Line 6 - Page 99 Line bound separately
5

6              * INDEX OF HENNET EXHIBITS *
7     NO.                DESCRIPTION                    PAGE
8     Exhibit 1   Plaintiffs' Amended Notice of          9
                  30(b)(1) Individual Deposition
9                 Notice
10    Exhibit 2   Defendant United States of            12
                  America's Responses and
11                Objections to Notices of
                  Deposition and Requests for
12                Production of Documents to Alex
                  Spiliotopoulos, Ph.D. and Remy
13                Hennet, Ph.D.
14    Exhibit 3   Expert Report of Remy J.-C.           26
                  Hennet
15
      Exhibit 4   S.S. Papadopulos & Associates         66
16                invoices
                  CLJA_SSPA_INVOICES_0000000001 - 42
17                and Invoice 27153
18    Exhibit 5   USASpending.gov chart                 80
19    Exhibit 6   Excel spreadsheet of contract         91
                  awards to S.S. Papadopulos &
20                Associates taken from
                  Hennet Exhibit 4
21
      Exhibit 7   (Withdrawn)
22
      Exhibit 8   Metadata from the billing            104
23                production by S.S. Papadopulos &
                  Associates
24
      Exhibit 9   USDOJ publication Expert            105
25                Witnesses, 2010

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 4 of 370

```
 1       * INDEX OF HENNET EXHIBITS (Continued) *
 2    NO.          DESCRIPTION              PAGE
 3    Exhibit 10  Letter, 2/25/25, from A. O'Leary   111
                  to Lead Counsel for Plaintiffs, Re:
 4                Supplemental Expert Reliance
                  Materials of Remy Hennet, Ph.D.
 5
      Exhibit 11  Handwritten notes of site visit   117
 6                of 2/11/25
                  HENNET_USA_0000000034 and 0000000076
 7
      Exhibit 12  Thumb drive containing photos      124
 8                taken during site visits
 9    Exhibit 13  AH Environmental Consultants        172
                  December 2004 report
10
      Exhibit 14  Jennings Laboratory report,         187
11                10/31/80
                  CLJA_USMCGEN_0000006650 - 0000006655
12
      Exhibit 15  Table C7 Summary of analysis of     196
13                water samples taken at Hadnot
                  Point
14                CLJA_WATERMODELING_01-0000033723 - 33726
15    Exhibit 16  JTC Environmental Consultants        196
                  Report # 7, prepared 12/19/84
16                CLJA_NAVLANT-0000563489 - 0000563498
17    Exhibit 17  JTC Environmental Consultants        197
                  Report # 17, prepared 2/6/85
18                CLJA_WATERMODELING_09-0000423217 - 423254
19    Exhibit 18  Chronology of well sampling data     200
                  CLJA_WATERMODELING_09-0000424933 - 494944
20
      Exhibit 19  USMC memo, 4/1989, subject: Water    207
21                Monitoring Related to the
                  Installation Restoration Program
22                CLJA_WATERMODELING_09-0000425332 - 425337
23    Exhibit 20  2/27/85 meeting notes               216
                  CLJA_WATERMODELING_09-0000427825 - 427827
24
25
```

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 5 of 370

```
 1        * INDEX OF HENNET EXHIBITS (Continued) *
 2    NO.                DESCRIPTION                PAGE
 3    Exhibit 21  Operational Monthly Report        223
                  between 11/28/84 and 1/6/85
 4                CLJA_WATERMODELING_07-0000019001 - 19004
 5    Exhibit 22  Operational history for           239
                  well HP-622
 6                CLJA_WATERMODELING_05-0000826091 - 826118
 7    Exhibit 23  Operational history for           246
                  well HP-651
 8                CLJA_WATERMODELING_05-0000826112
 9    Exhibit 24  Exhibit I-9, Frequency of Use of  249
                  Supply Wells, 11/28/84 to 2/85,
10                page 4-18 from Dr. Hennet's report
11    Exhibit 25  Email chain, 7/15/11, from A.     250
                  Short to K. Pritchard, subject: Re:
12                HP & HB Well Pumps; Jan-Jun 1980
                  CLJA_USMC_CAGE_0000350325 - 350345
13
      Exhibit 26  Well pumping data 1978 - 1983     251
14                CLJA_USMC_CAGE_0000067935 - 68188
15    Exhibit 27  Exhibit 3-1, Conceptual           272
                  Illustration for PCE Transport
16                Between ABC Cleaners and Well TT-26
17    Exhibit 28  USA v DICO, INC., et al., Order   278
                  on Bench Trial
18
      Exhibit 29  Dr. Hennet's 12/22/20 expert      281
19                report In Re:  Baby Washington case
                  CLDEP0000002071 - 0000002127
20                     - - - -
21
22
23
24
25
```

```
1                  P R O C E E D I N G S
2                        - - - -
3              THE VIDEOGRAPHER:  We are now other
4    record.  My name is Bradley Loy.  I'm a
5    videographer for Golkow.  Today's date is
6    March 20, 2025.  The time 9:05.  This deposition
7    is being held at 401 9th Street, Northwest,
8    Washington, D.C., taken in the matter of Camp
9    LeJeune Water Litigation, for the United States
10   District Court for the Eastern District of North
11   Carolina, Southern Division.  The deponent is Remy
12   J.-C. Hennet.
13              Will counsel please identify themselves.
14              MR. DEAN:  Good morning.  This is Kevin
15   Dean here on behalf of THE PLG.
16              MS. O'LEARY:  Allison O'Leary on behalf
17   of the United States.
18              MS. BAUGHMAN:  Laura Baughman on behalf
19   of plaintiffs.
20              MS. BOLTON:  Devin Bolton on behalf of
21   the plaintiffs.
22              MS. HORAN:  Alanna Horan on behalf of
23   the United States.
24              MS. JOHNSON:  Margaret Johnson on behalf
25   of the plaintiffs.
```

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 7 of 370

 1              THE VIDEOGRAPHER:  Will the court

 2    reporter please swear in the witness.

 3                  REMY J.-C. HENNET, PH.D.,

 4         having been first duly sworn, was examined

 5                    and testified as follows:

 6                         EXAMINATION

 7    BY MR. DEAN:

 8         Q.    Good morning, Dr. Hennet.

 9         A.    Good morning.

10         Q.    Did I pronounce your name correctly?

11         A.    Yes, you did.

12         Q.    I'm going to try to always refer to you

13    as Dr. Hennet.  But I've read so much about you in

14    the last several months, it may very be I

15    mistakenly refer to you as Remy, but I don't do so

16    out of disrespect.  Okay.

17         A.    You choose.

18         Q.    Thank you.  You just swore under oath to

19    tell the truth.  Do you understand what that means

20    today?

21         A.    Yes, I do.

22         Q.    And are you having any illnesses today

23    or anything wrong with you that would prevent you

24    from completely responding to all my questions and

25    telling the truth?

1       A.   I do not.

2       Q.   You're not under any medications or

3  anything like that that would cause you not to be

4  able to testify truthfully?

5       A.   I am not.

6       Q.   From your CV, I believe at least since

7  2020 you've been deposed about three times; right?

8       A.   I would have to look at my CV.

9       Q.   We'll look at that in a minute.  My

10 point is there's a few typical ground rules for

11 depositions.  First of all, if you feel like you

12 need to take a break at all during the deposition

13 today, you tell me, and I'll be happy to stop and

14 we'll take a break.  I recognize the camera is

15 rolling and a lot of people in the room, but we'll

16 be as informal as we can.  And if need to take a

17 break, you just and I'll stop.  Okay?

18      A.   I will.

19      Q.   If, however, we do take a break, if you

20 would he refrain from talking with the lawyers

21 with regard to your testimony today, I would

22 appreciate that.  Okay?

23      A.   Yes.

24      Q.   Now, sometimes I ask two questions in

25 one.  I'll be honest with you.  It's called a

1    compound question.  Lawyers may even object.  But
2    what I want to make sure you do today is I ask a
3    question that you understand and you feel like you
4    can respond.  And if I don't, you tell me you
5    don't understand my question, and I'll rephrase it
6    or re-ask it.  Okay?
7         A.    I do understand.
8         Q.    Because I want to be able to rely today
9    on your responses in the sense that you understood
10   my question.  Okay?
11        A.    I understand that.
12        Q.    So if you answer a question and you
13   don't ask me to re-ask it or that you don't
14   understand it, then I'm going to assume you
15   understood my question.  Fair?
16        A.    Fair.
17              (Hennet Exhibit 1 was marked.)
18   BY MR. DEAN:
19        Q.    Now I'm going to show you what I've
20   marked as Deposition Exhibit No. 1 Dr. Hennet.
21   It's called a deposition notice.  And attached to
22   it is a subpoena.  At the back of the subpoena is
23   a list documents that we asked that you and S.S.
24   Papadopulos & Associates produce to us.
25              Do you see that list?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 10 of 370

1          A.    Yes, I do.

2          Q.    Now, my first question about that is:

3     Did you bring anything today additional that that

4     was responsive to that subpoena?

5          A.    No.   I don't have anything.

6          Q.    Have you seen that list of items to

7     bring to the deposition attached to the subpoena

8     before today?

9          A.    I have.

10          Q.    Did you personally or anyone at your

11     direction after seeing that subpoena undertake an

12     effort to gather documents?

13          A.    To the extent that we could answer those

14     questions, it was done.   I asked, you know -- I

15     reviewed my files to respond to the subpoena.

16     Everything I did have, I just provided it to

17     counsel.

18          Q.    And when would you have provided that to

19     counsel after receipt of the subpoena?

20          A.    I don't recall when.

21          Q.    Actually, I've got a copy right here

22     myself.   Look at the date of the subpoena.

23               The original subpoena, it was the middle

24     of February.   I'll get a specific date in just a

25     moment.   But it was sometime in the middle of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 11 of 370

1    February that the subpoena was first served with a
2    deposition notice after we agreed on your date for
3    your deposition.

4             What my question you to is, that's a
5    little over 30 days ago, 30, 35, 40 days ago.  Do
6    you know when you responded and provided documents
7    to the Department of Justice to produce in this
8    case after receipt of the first subpoena?

9             MS. O'LEARY:  Object to the form and
10   foundation.

11            THE WITNESS:  I do not recall when.
12   BY MR. DEAN:

13        Q.   Now, you said you supplied some
14   materials that you could find or that were
15   responsive.

16            Did you hand deliver them, or did you
17   send them electronically, a share file?  Do you
18   remember the delivery method of that information?

19        A.   I do not recall the details of it, but
20   most of it was done, I suppose, electronically.

21        Q.   Did you send an email forwarding the
22   responsive information or a staff member do that?

23        A.   I don't recall who did it.

24        Q.   But either you or someone working at
25   your direction would have sent an email to the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 12 of 370

1    Department of Justice or one of its attorneys

2    saying, hey, here's attached FYI that you asked

3    for or a response to the subpoena.  It would be

4    some sort of general email along those lines;

5    correct?

6         A.   I don't recall.  A lot of the

7    interactions with counsel was, you know, meetings,

8    speaking over the phone or those kind of

9    interactions.

10        Q.   Understood.  But what I'm trying to do

11   is after receipt of the subpoena, which was

12   sometime in February, February 12, 2025 -- you

13   earlier testified you sent information, documents,

14   things that were in response to the subpoena

15   electronically; right?

16             MS. O'LEARY:  Object to foundation and

17   form.

18             THE WITNESS:  I didn't say that.  I say

19   some of it was electronic, not all of it.

20   BY MR. DEAN:

21        Q.   And who would have sent it?

22        A.   I don't recall.  It could be me or it

23   could be -- it would have been me, I suppose.

24             (Hennet Exhibit 2 was marked.)

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 13 of 370

1    BY MR. DEAN:

2        Q.    Let me go ahead and mark as Exhibit 2

3    something called an objection.  Now, I'm not sure

4    if you've seen this document or not.  Just for the

5    record and for your benefit, this is what is

6    referred to as a response and objection to

7    Exhibit 1, the subpoena.

8            Do you see that?

9        A.    I'll look at it.

10       Q.    You can actually go to last page and see

11   it was served on March 14, 2025.  It's not

12   important necessarily that you go through it.  I

13   don't have any specific questions for you.  You

14   can glance that you it.  I guess I'm trying to see

15   if you had seen it before today.

16           (Witness reviewed the exhibit.)

17           THE WITNESS:  It sounds familiar, but I

18   don't recall by memory if I saw this exact

19   document.

20   BY MR. DEAN:

21       Q.    Now, get Exhibit 1 back out, if you

22   don't mind, and turn to Exhibit A that's at the

23   back that has the list of documents, if you don't

24   mind.

25           MS. O'LEARY:  What page is that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 14 of 370

1          MR. DEAN:  Just Exhibit A behind the
2    subpoena.
3    BY MR. DEAN:
4       Q.   Do you see that there's basically 16
5    numbered items over three pages?
6       A.   Yes.  I do see 16 paragraphs.
7       Q.   Now, I'll mark it in a moment, but I
8    received I guess it was last Friday and then last
9    night a supplemental bill, invoice.  I don't
10   remember the totality of the pages, but they were
11   there was invoices from S.S. Papadopulos &
12   Associates to the Department of Justice for
13   billings in this case.
14          Do you know what I'm generally referring
15   to?
16          MS. O'LEARY:  Object to the form
17   foundation.
18          THE WITNESS:  I can guess, but I don't
19   know exactly what you are referring to.
20   BY MR. DEAN:
21      Q.   I'll show it to you in a moment.  Let's
22   read together No. 5.  It asks for all bills,
23   invoices or other documents related to payments
24   from the United States or any of its agencies to
25   you, S.S. Papadopulos, or principals or agents of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 15 of 370

1   S.S. Papadopulos relating to any work completed by
2   Remy J.C. Hennet and Alexandros Spilotopoulos.
3           Do you see that?
4        A.   I see that.
5        Q.   And then No. 6 asks a little -- let me
6   stay on five just for a moment.
7           When you -- I'll get to a point where we
8   talk about everything you've done to prepare for
9   your deposition, but let's just use yesterday for
10  an example.  I assume you did a little prep work
11  of some sort yesterday.
12       A.   I did.
13       Q.   Now, at the end of the day, did you
14  write down on a note pad your time, or did you go
15  into a computer or a program or something and
16  input your time or someone do it for you?
17       A.   I did not do that yesterday.
18       Q.   But is that normally how you track your
19  time?
20       A.   Normally I track my time daily or
21  sometimes it takes two days.  It depends if I'm on
22  travel or those type of issues.
23       Q.   I'm way behind on my time, so don't feel
24  bad.  Lawyers do the same thing.
25          How do you keep track of your daily

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 16 of 370

1    activities though?  Do you handwrite on a note pad

2    or do you put it into a computer?

3         A.   We have a system.  It's a software

4    system into which we enter basically our time for

5    billing purposes.

6         Q.   And what is that program called?

7         A.   I don't know.  I don't recall the name

8    of it.

9         Q.   It's generic, but there's one called

10   Timekeeper.  You don't remember the name of the

11   computer program?

12        A.   I don't remember the name of the

13   computer program.

14        Q.   Have you in the past -- say you wanted

15   to do a review of your time.  Maybe someone asked

16   you to take a look at your time.  Is that

17   something that you could print out a summary of

18   your time so you can see what you entered into the

19   computer, say, for a month, like last February?

20             Could you print out your time entries to

21   see what you did in case there was a need?

22        A.   I don't know how to do it, but admin,

23   administration staff is doing that.  And if I

24   wanted to see something, I would have to request

25   it.

1    Q.    And who would you go to to request that
2   information?
3    A.    To our administrative person.
4    Q.    And who is that?
5    A.    Her name is Seema, S-E-E-M-A, and she's
6   one of the administrative person that I would
7   request that from.
8    Q.    No. 6 is a similar question, but a
9   little different.  It says all bills, invoices or
10  other documents relating to payments from the U.S.
11  or any of its agencies to you, S.S. Papadopulos
12  principals or agents, related in any way to Camp
13  LeJeune water litigation.
14        Do you see that?
15   A.    I see that.
16   Q.    It also refers to the CLJ litigation.
17  It refers to the word "remediation" related to
18  Camp LeJeune.
19        Do you see those?
20   A.    It says from 2004 through the present.
21   Q.    Correct.  My question to you on 5 and
22  6 -- let's go to 5.  Did you respond to No. 5 and
23  send anything or documents to the Department of
24  Justice in response to No. 5?
25   A.    I believe it was done, but via

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 18 of 370

1    administration, not me.

2         Q.   And that related to your work on this

3    case?

4         A.   I do not know exactly what was

5    transferred.

6         Q.   No. 6, did you gather any historic

7    documents, bills, invoices or anything related to

8    your time working on Camp LeJeune issues,

9    remediation issues from 2004 to the present?  Did

10   you send anything to the Department of Justice to

11   respond to No. 6?

12             MS. O'LEARY:  Object to form.

13             THE WITNESS:  I did not personally, but

14   admin may have.

15   BY MR. DEAN:

16        Q.   You don't know if they sent documents

17   responsive to 6 or not?

18        A.   I do not know what I could find because

19   we are talking about a long time ago.

20        Q.   No. 7 says all timekeeping and billing

21   records related to time you did any work on Camp

22   LeJeune litigation from the time you or S.S.

23   Papadopulos were first retained, hired or

24   contracted.

25             Do you see that?

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 19 of 370

1    MS. O'LEARY:  Object to foundation.

2    THE WITNESS:  I see that.

3 BY MR. DEAN:

4    Q.   Did you or someone S.S. Papadopulos &

5 Associates send any other supporting timekeeping

6 and billing records related to work done by you or

7 S.S. Papadopulos & Associates from the first time

8 you were retained for anything related to Camp

9 LeJeune?  Do you know if you responded to No. 7?

10    A.   Again, that would have gone through

11 admin, administration at SSPA.  That's what I can

12 recall.

13    Q.   With regard to five, six and seven,

14 we've now established that something was sent.

15 You just don't know specifically what it was.  If

16 it was done, it was through Ms. Seema.

17    MS. O'LEARY:  Object to form.

18    THE WITNESS:  I don't know if it was

19 done through Ms. Seema, but I don't know what was

20 sent.

21 BY MR. DEAN:

22    Q.   No. 8 talks about emails.  It says

23 communications, but it's primarily looking for

24 letters or emails between S.S. Papadopulos and the

25 U.S. from 2004 to the present related to any

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 20 of 370

1    issues concerning Camp LeJeune, remediation
2    related to Camp LeJeune.
3                Do you see No. 8?
4                MS. O'LEARY:  And object to form and
5    foundation.
6                THE WITNESS:  I see No. 8.
7    BY MR. DEAN:
8         Q.   And you see it asks for stuff back from
9    2004?  Do you see that?
10        A.   I see that.
11        Q.   Did you personally search for documents
12   that were responsive to No. 8 and provide them
13   either to administration to provide to the
14   Department of Justice or you personally remember
15   sending some stuff to the Department of Justice to
16   respond to No. 8?
17        A.   Well, all communications by email was
18   basically for this litigation always with a lawyer
19   present in the conversation, and those
20   communications particularly the lawyers have it.
21        Q.   The lawyers what?
22        A.   Lawyers would have that to the extent
23   that they do exist.
24        Q.   Let's go back to my question.  I
25   understood your answer, but my question was a

Golkow Technologies,
877-370-3377              A Veritext Division         www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 21 of 370

1    little different.

2              My question was:  After getting this

3    subpoena sometime after February 12, 2025, did you

4    personally go search historic emails, records,

5    communications, letters from 2004 to the present

6    and provide them to the Department of Justice?

7              MS. O'LEARY:  Object to foundation.

8    BY MR. DEAN:

9         Q.    That was my question.

10             MS. O'LEARY:  I'm sorry.  Object to

11   foundation.

12             THE WITNESS:  I don't recall exactly.

13   The issue is can I retrieve things all way 20

14   years back.  Personally, I can't because we have

15   an archive system.  I am not understanding how it

16   is done.

17             Since then we have changed computer

18   systems.  We've changed location.  So that's not

19   the type of thing that I do.  But it was looked at

20   to see what we could find.  And my understanding

21   is Dr. Spiliotopoulos might have done something.

22   I don't know.  Personally I gave everything I have

23   to the Department of Justice.  That's what I

24   recall.

25

1   BY MR. DEAN:

2       Q.   Let me go back to my question one more

3   time.  I think I understood it, but I just want to

4   be clear.

5            You didn't personally undertake an

6   effort to search your computer or any file servers

7   or file folders for emails or other communications

8   as far back as 2004 related to Camp LeJeune

9   issues?  You didn't personally undertake that

10  effort?

11      A.   I looked at what I have on my computer

12  and I gave -- I responded to this the way -- I

13  looked.  What do I have?  I found no email that

14  are old.  Whatever emails that are related to this

15  case were basically always in the presence of

16  counsel, and those were -- counsel has copies of

17  it because they were involved.

18      Q.   I'll use a particular person's name,

19  Scott Williams.  He's a NAVFAC employee.

20           Does that name sound familiar to you?

21      A.   The same sounds familiar to me.

22      Q.   But I'm just using that as an example.

23  You know that Camp LeJeune Justice Act and this

24  case was formally initiated sometime in the summer

25  of 2022.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 23 of 370

1           MS. O'LEARY:  Object to foundation.

2           THE WITNESS:  Can you repeat the

3    question, please?

4    BY MR. DEAN:

5        Q.   Yes.  This case, the Camp LeJeune

6    Justice Act litigation for which we're here today

7    was initiated in the summer of 2022.

8           MS. O'LEARY:  Object to form.

9           THE WITNESS:  I don't recall exactly

10   when that would have been initiated.

11   BY MR. DEAN:

12       Q.   Your billing records, which we'll get to

13   in a minute, I think your first invoice was in

14   September of '22.

15       A.   That's possible.

16       Q.   So let's separate.  I want to talk to

17   you about 2004 until June, July, August of '22,

18   that time period.  Okay?

19           Did you search for any emails,

20   communications, letters between yourself and any

21   government agency, EPA, Navy, Scott Williams?  Did

22   you search for any old emails between 2004 and

23   July of '22?

24       A.   There are none that I could find on my

25   computer.

1      Q.   And you said something about them being
2   archived in another location.  You don't have
3   access to it personally.  Can you tell me what
4   you're referring to?
5           MS. O'LEARY:  Object to foundation.
6           THE WITNESS:  I would be referring to,
7   for example, reports that I wrote if I did and
8   other documents that were part of the files at the
9   time.
10  BY MR. DEAN:
11     Q.   Do you know anyone that has filed -- let
12  me change it a little.  Withdraw that.
13          Have you or anyone at S.S. Papadopulos &
14  Associates filed a Camp LeJeune Justice Act claim?
15          MS. O'LEARY:  Object to foundation.
16          THE WITNESS:  I have not, and I don't
17  know about -- I don't know what all other people
18  do.
19  BY MR. DEAN:
20     Q.   Do you know of a relative that you have
21  or a friend that has filed Camp LeJeune Justice
22  Act claim?
23     A.   I do not know of any such person.  I
24  want to say I don't know if they did it or not.  I
25  do not know anybody who did.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 25 of 370

1      Q.   Now, do you remember when you became
2  aware of a Marines military base known as Camp
3  LeJeune?  And you don't have to be on a specific
4  date.  Do you know generally when you first
5  learned?  Is that something you learned in high
6  school or college or after you became a
7  professional?  Do you know when you first became
8  aware there was a Marines base called Camp
9  LeJeune?
10     A.   I do not recall when.  Camp LeJeune is a
11 big important Defense Department facility.  I read
12 the newspaper.  So I don't know when I would have
13 first heard about Camp LeJeune, per se.
14     Q.   Do you remember when you first might
15 have been hired by any United States government
16 agency or military organization to do any sort of
17 work at Camp LeJeune?
18     A.   Yes.  That would have been around the
19 mid 2005 period.  I know that in 2005 I did work
20 on Camp LeJeune issues.
21     Q.   Do you remember who contracted or hired,
22 reached out to you or S.S. Papadopulos to do some
23 work related to Camp LeJeune?
24     A.   The Department of Justice.
25     Q.   So the first time you were asked do any

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 26 of 370

1    work related to Camp LeJeune, as best you can

2    remember as you sit here today, it had to do with

3    the Department of Justice reaching out and saying

4    inquiring about retaining you and your company to

5    do some work?

6         A.   My recollection is that the person who

7    has been -- was contacted for doing work was

8    Gordon -- Mr. Gordon Bennett.  And then I got

9    involved as well.

10        Q.   We'll come back to that in a moment.

11             (Hennet Exhibit 3 was marked.)

12   BY MR. DEAN:

13        Q.   Let's go ahead and mark your report as

14   Exhibit 3.  I've handed you Exhibit 3.  Can you

15   identify Exhibit 3?

16        A.   The first page of Exhibit 3 is expert

17   report of Remy J.C. Hennet.

18        Q.   And it's dated December 9, 2024.  Do you

19   see that?

20        A.   That's correct.

21        Q.   At the time you issued this report -- I

22   think your signature on it at the end.  Your

23   signature is on page 2 of this document.

24             Do you see that?

25        A.   That's correct.

1      Q.   And it says it's an expert report of

2  Remy J.C. Hennet, and it's got the style of this

3  case.

4           Do you see that?

5      A.   Yes, I do.

6      Q.   At the time of your signing this report,

7  do you believe you had all of the information and

8  data in order to provide the opinions that are

9  listed in this report?

10     A.   At the time of my expert report, all the

11  opinions that I expressed in the report were based

12  on the information that I had at that time and

13  before.

14     Q.   And at that time, to the extent you have

15  information and opinions in this report, you had

16  at that time all the information you felt like and

17  documents and data to issue these opinions?

18     A.   Yes, I did.

19     Q.   Now, you issued it December 9.  We're

20  here today on March 20, 2025, about three months,

21  give or take.

22          Is there any of your opinions in this

23  report that you want to change, take back, modify

24  or add to so that it is correct and complete?

25     A.   All the opinions in my report I stand by

1    today.  I want to add that in February after my

2    report, I did go back to Camp LeJeune, and I did

3    some measurements that basically -- I performed

4    those measurements.

5         Q.   I believe I remember seeing some of

6    that, and we'll get it to later this morning.  I

7    think it was the like February 11 that you went

8    back because there's a couple pages of handwritten

9    notes.

10              Does that sound about right about the

11   date?

12        A.   That's right.

13        Q.   Why did you -- what triggered you to go

14   back to Camp LeJeune to do those measurements you

15   just referred to?

16        A.   A couple of things.  If I recall, there

17   were two affidavits that were basically produced

18   after my report was submitted that described some

19   witness of some operations at Camp LeJeune.  And

20   that was one element.  And the other element was

21   in the report of Dr. Sabatini, there was a general

22   agreement on the methodologies I applied to

23   calculate losses from the water, losses of the

24   contaminant of concern from water that the

25   parameters of was a disagreement with

1  Dr. Sabatini, not the methodologies.  And I
2  wanted -- in particular there was a parameter that
3  I wanted to establish, and I did that.
4      Q.   When you went back on February 11, 2025,
5  that was not the first time you had been on on
6  board Camp LeJeune?
7      A.   That was not the first time.
8      Q.   If I remember correctly some old emails,
9  which I can pull out if I need to, but I think you
10 were involved in some issues related to advising
11 on some remediation issues and were at Camp
12 LeJeune sometime in 2005 for the first time.
13         MS. O'LEARY:  Objection to form.
14 BY MR. DEAN:
15     Q.   Does that sound about right?
16     A.   I don't recall those.  That's possible.
17 In 2005 I was involved in work for the Department
18 of Justice on issues at Camp LeJeune that it had
19 nothing to do with this case.  It was a different
20 case or different cases.  And that's what I
21 recall.
22     Q.   How many times do you think between 2005
23 and February 11, 2025, when you went back this
24 most recent, how many times do you think you've
25 actually been to Camp LeJeune, ballpark?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 30 of 370

1    A.    I believe -- my recollection is for this
2    particular case here, I went to Camp LeJeune, I
3    believe, three times.  Before that, I don't
4    recall, but it was more than once.
5    Q.    We'll get to the billing records in a
6    little bit, see if we can figure that out.  But
7    what you're telling me right now as best you
8    remember is somewhere between August of '22 and
9    today, you think you've been there approximately
10   three times?
11   A.    That's what I recall at this moment.
12   Q.    Had you spent the night in the area of
13   Jacksonville, North Carolina while doing some work
14   or meetings at Camp LeJeune those three times?
15   A.    Not the three times.
16   Q.    At least once?
17   A.    Yes.
18   Q.    So you've made three trips.  One of
19   those trips you stayed multiple days or at least
20   two days?
21   A.    I think that's correct.  One of the trip
22   may have spanned over two days.  I believe so.
23   Q.    Before February 11, 2025, had you gone
24   to the Tawara Terrace water treatment plant and
25   taken a look at it?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 31 of 370

1      A.   Tawara Terrace treatment plant doesn't

2   exist anymore.  Anymore I want to add.

3      Q.   I understand.  So you've never

4   physically inspected personally from 2005 to 2025

5   the Tawara Terrace water treatment facility?

6      A.   Not the water treatment facility at

7   Tawara Terrace because it was not there to be

8   visited.

9      Q.   Do you know when the water treatment

10  plant at Tawara Terrace was dismantled?

11     A.   I do not recall when it was dismantled.

12     Q.   But you've personally never been there?

13     A.   In the Tawara Terrace water treatment

14  plant, I've never been in there.

15     Q.   And S.S. Papadopulos & Associates was

16  retained in 2022 to work on this Camp LeJeune

17  litigation case.  You told me that earlier.  Is

18  that fair?

19     A.   That's correct.

20     Q.   And is that first time that

21  Mr. Spilotopoulos started doing some work on this

22  case along with you?

23          MS. O'LEARY:  Object to foundation.

24  BY MR. DEAN:

25     Q.   For this litigation case.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 32 of 370

1          MS. O'LEARY:  Same objection.

2          THE WITNESS:  For this litigation case,

3     I was the one who was contacted.  And I was

4     contacted to evaluate the work that had been done

5     by ATSDR and to basically evaluate whether or not

6     the data that was or the values that were

7     estimated by ATSDR would be quantitatively

8     reliable to provide reliable values for the

9     chemical of concern in the water supply.  That, as

10    I recall, was basically the task.

11    BY MR. DEAN:

12         Q.   Dr. Spilotopoulos or

13    Mr. Spilotopoulos -- I can't remember if he's a

14    doctor or not; I apologize -- he would have

15    started doing some work on this case, as far as

16    this litigation case sometime in '22 along with

17    you?

18         MS. O'LEARY:  Object to foundation.

19         THE WITNESS:  It would have been a

20    little bit after I was involved.

21    BY MR. DEAN:

22         Q.   Fair.

23         A.   That's what I recall.

24         Q.   Between '22 and '25, did he make

25    independent trips to Camp LeJeune separately from

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 33 of 370

1  you, if you remember, or was he accompanying you
2  on these two or three times that you went to Camp
3  LeJeune?
4      A.   As far as he's concerned, you will have
5  to ask him.  As far as I am concerned, he was
6  there one time when I was there.
7      Q.   Do you know whether he was able to
8  personally go take a look at Camp LeJeune Tawara
9  Terrace water treatment plant between '22 and '25?
10     A.   Again, Tawara Terrace plant doesn't
11 exist.  So he could not have visited it.
12     Q.   Now, Hadnot Point water treatment plant
13 have, you ever in the last -- since August of
14 2022, have you gone to the Hadnot Point water
15 treatment plant and done any inspection or done
16 any work there?
17     A.   Can you repeat the question?  I didn't
18 catch the time.
19     Q.   Since August of '22.
20     A.   Yes.  I have been there.
21     Q.   And when have you been that?
22     A.   Every time I went to the base, I went to
23 that plant.
24     Q.   So approximately three times?
25     A.   Approximately three times.  That's what

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 34 of 370

1    I recall, yes.

2         Q.   And that includes two times before

3    February of '25 and you also went a third time

4    approximately -- we'll look at the records -- on

5    February 11 of this year, you went back to the

6    treatment plant?

7         A.   I went back to the treatment plant, and

8    the other times I also went to the treatment

9    plant.

10        Q.   The other two times -- again dates are

11   not important to me -- was the plant operating?

12        A.   Hadnot Point?

13        Q.   Yes.

14        A.   Yes.

15        Q.   Do you remember if those prior two

16   occasions you did any inspections or take a look

17   at the spiractors?

18        A.   Every time I went to the plant, I did

19   that.

20        Q.   Now, who all from S.S. Papadopulos &

21   Associates has done some work on this case along

22   with you to support your work?  I know about

23   Dr. Spilotopoulos.  Whom else?

24        A.   There were others.  I do not remember

25   each one of them probably because there were quite

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 35 of 370

1  a few, I suppose, but I can give you the one I

2  remember.

3        Q.    That's fine.

4        A.    Dr. Soderberg.

5        Q.    Can you spell last name for us?

6        A.    S-O-D-E-R-B-E-R-G.  He's a Ph.D. staff

7  member.  That would be one.  Mr. Saul, S-A-U-L,

8  Allen, A-L-L-E-N.  That would be another one.

9        Q.    Can you give a title or a position as we

10  go through these?  You said Dr. Soderberg.  Is he

11  a principal?

12        A.    He's not a principal, but he's, I

13  believe, an associate.

14        Q.    How about Mr. Allen?

15        A.    He's not a principal.  He's basically

16  our document manager.

17        Q.    Before we go keep going through the

18  list, what is your title at S.S. Papadopulos &

19  Associates?

20        A.    I am a senior principal.

21        Q.    How many senior principals are there at

22  S.S. Papadopulos & Associates approximately?

23        A.    Fully active, there are two.

24        Q.    And who are those?

25        A.    The other one is Dr. Matt Tonkin,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 36 of 370

1  T-O-N-K-I-N.

2      Q.   When you refer to yourself and

3  Mr. Tonkin as senior principals, do you have an

4  ownership interest or a share interest in S.S.

5  Papadopulos & Associates?

6      A.   I do.

7      Q.   And what is the nature of that ownership

8  interest?

9      A.   The ownership structure at my company is

10 basically you have two types.  Every employee has

11 some shares via what is called an ESOP, E-S-O-P,

12 employee-owned stock partnership.

13     Q.   Yes, sir.

14     A.   Then you have the other ownership share

15 types, which are basically -- it's a private

16 company, and other ownership types which is

17 basically -- I don't know how many people have

18 such shares, but 10, 15 maybe.

19     Q.   So what is the nature of your ownership

20 of shares in S.S. Papadopulos & Associates?

21     A.   It's a minority position.

22     Q.   Can you quantify what that minority

23 position is?  So, for example, you said there's

24 two principals, yourself and Mr. Tonkin.

25          When you say minority, I assume you both

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 37 of 370

1    don't own 50 percent of the company; is that fair?

2              MS. O'LEARY:  Object to foundation and

3    fair.

4              THE WITNESS:  That's fair.  I want to --

5    we are not the only two principals.  We're the two

6    full-time senior principals.  You have additional

7    senior principals who are basically retired, but

8    still involved.  And you will you would have that

9    situation.  And the ownership is basically

10   distributed including those people.

11   BY MR. DEAN:

12        Q.   How many is the total?  Yourself and

13   Mr. Tonkin or Dr. Tonkin.  How many others are

14   there that are principal shareholders?

15        A.   Principal?

16        Q.   Yes, sir.

17        A.   Well, you have the one who are

18   semiretired.  They would be senior principals at

19   least.

20        Q.   How many and who are they?

21        A.   Three.

22        Q.   Who?

23        A.   So the first one, the oldest one, if you

24   wish, is still there, still active, not in a full

25   time.  It's Dr. Papadopulos.  Dr. Papadopulos is

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 38 of 370

1  the founder of the firm.  He used to be at the

2  USGS and basically started his firm in 1979.

3           The second one would be Mr. Steve

4  Larson, L-A-R-S-O-N.  He joined Mr. Papadopulos or

5  Dr. Papadopulos shortly after the firm started up.

6  And he also used to be at the USGS.  Dr. -- Mr.

7  Larson was basically working on the precursor of

8  MODFLOW at the USGS and did some recognized work

9  of that nature.  And then he joined

10  Dr. Papadopulos.

11           After that, maybe three or four years

12  later, I do not know exactly the timing,

13  Dr. Charles Andrews, A-N-D-R-E-W-S, joined the

14  company.  And basically they are considered the

15  three founders of the company.

16       Q.   And they're semiretired, not full-time

17  principals, I guess, is the best wait you

18  described them; right?

19       A.   That's right.  Different duties.

20       Q.   So those five have a majority ownership

21  interest together?

22       A.   I do not believe so, but I don't know.

23       Q.   Now, did either Dr. Tonkin or any of the

24  other semiretired principals, Dr. Papadopulos,

25  Mr. Larson, Mr. Andrews, did any of them also work

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 39 of 370

1 on any issue related to this litigation over the
2 last three years and did some billing that you
3 would know about?
4          MS. O'LEARY:  Object to foundation.
5 BY MR. DEAN:
6     Q.   Or is it just you?
7     A.   I do not believe that those persons have
8 worked on this case.
9     Q.   So if I see your name on billing records
10 or time records -- not your name, but it says
11 senior principal and those hours that are
12 attributable to that senior principal, the only
13 person that would be to your knowledge would be
14 referring to work yourself did?
15     A.   I believe that's correct.
16     Q.   Now, other than Dr. Soderberg,
17 Mr. Allen, who else has done some work on this
18 case to support you?
19     A.   Right now I don't recall all of them,
20 but, you know, for example, Mr. Cousin, Jim
21 Cousin, C-O-U-S-I-N, has done some work.  There
22 are others, but I would have check the billing
23 again if I wanted to know exactly.
24     Q.   What billing records would you have to
25 check?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 40 of 370

1     A.   Well, I would ask admin to tell me who
2  worked on that project probably, and I think they
3  would be able to tell me.
4     Q.   They have to pull up some time records
5  or a summary of time records to figure that out
6  for you; right?
7     A.   I don't know exactly how they do it.  I
8  would expect an answer from them.
9     Q.   There's another name that I've noticed
10 in some of the billing records for some travel
11 whose last name was the same as yours.
12     A.   Yes.  That's correct.
13     Q.   And who would that be?
14     A.   Crystal Hennet, she's a Ph.D., and she's
15 actually my wife.  And on special times when I
16 need support, she has on and off provided some
17 support.
18     Q.   What's her expertise?
19     A.   She's a geoscientist.
20     Q.   What is her title, do you remember?
21     A.   I do not know what her title would be,
22 but she's a scientist, Ph.D.  She would be an
23 external associate, if you wish.  She's not a
24 full-time employee.
25     Q.   So she's not a senior hydrologist or a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 41 of 370

1  project hydrologist?

2      A.   I do not know for sure.  She could be a

3  senior scientist.

4      Q.   How about senior staff hydrologist?

5      A.   I don't know.

6      Q.   So you don't know really as far as the

7  folks that we've now discussed, four people, you

8  don't know exactly what the billing records

9  reflect their position to be specifically?

10          MS. O'LEARY:  Object to foundation.

11          THE WITNESS:  At present I do not.

12  BY MR. DEAN:

13     Q.   Anybody else provide any additional

14  support or work on Camp LeJeune that you haven't

15  told me about that you remember as you sit there?

16  I recognize you might have to look at some

17  records, but we've talked Dr. Spilotopoulos and

18  these other four.

19          Is there anybody else you haven't talked

20  about that you remember?

21     A.   There are others, but specifically the

22  name of them I would not remember right now.

23     Q.   How many employees today does

24  Papadopulos & Associates have active?

25     A.   Active I believe is 60 to 65.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 42 of 370

1    Q.   And are they all located in your offices
2    located -- I believe it's Maryland, isn't it, the
3    address, Rockville?
4    A.   No.   They are not all located in
5    Rockville.
6    Q.   Do you have another office somewhere?
7    A.   Yes, we do.
8    Q.   Where is it?
9    A.   We have more than one.
10   Q.   How many offices does S.S. Papadopulos &
11   Associates have, and where are they located?
12   A.   Well, we have one office in San
13   Francisco.  We have one office in Boulder,
14   Colorado.  We have one office in Waterloo, Canada.
15   And I think that's it as offices are concerned.
16   Some of our employees are basically remote, but
17   those, I don't count those as offices.
18   Q.   I understand.  Do those offices,
19   San Francisco, Boulder, Colorado or Waterloo,
20   Canada, do they focus on any specific area or
21   region of work?
22   A.   The San Francisco office is more dealing
23   with engineering and remediation type of issues,
24   to my general knowledge, because I don't know
25   everything.  The same would be for the Waterloo,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 43 of 370

1    Canada office.  And the Boulder, Colorado office

2    is dealing mostly with water issues.

3         Q.   Let's go to your CV, and it's not --

4    it's the first document, your CV, behind

5    Attachment A, like about a third of the way

6    through.

7              MS. O'LEARY:  Are you on Exhibit 3?

8              MR. DEAN:  Exhibit 3.

9              MS. O'LEARY:  If we have a stopping

10   point sometime soon, we've been going for about an

11   hour, can we stop soon?

12             MR. DEAN:  Yep.  Let me ask these next

13   couple questions, and we'll stop.

14   BY MR. DEAN:

15        Q.   Do you have your CV in front of you?

16        A.   I have the CV attached to my report in

17   front of me.

18        Q.   I believe the CV, it was attached when

19   the report was issued in December '24.  My

20   question to you is:  Do you still believe that

21   this CV is correct and complete, or is there

22   anything you need to add to the CV?

23             MS. O'LEARY:  Object to foundation.

24             THE WITNESS:  Well, the CV is complete.

25   It contains examples of what I have done, not

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 44 of 370

1   everything I have ever done.

2   BY MR. DEAN:

3       Q.   Understood.

4       A.   As well as the CV is limited to

5   deposition experience for the last four years or

6   five years, whatever.

7       Q.   That's what I was going to ask you on

8   this question.  Then we'll take a break.  It is

9   showing three depositions that you've been

10  involved in over the last four years.

11          Has there been any others since

12  December?  Have you given a deposition since last

13  December that this three would be incorrect?

14      A.   Not since December.

15      Q.   So the past four years, you've had three

16  depositions.  Have you provided some deposition or

17  trial testimony before 2020?

18      A.   Yes, I have.

19      Q.   Do you remember approximately how many

20  times?

21      A.   Depositions or trial --

22      Q.   Both.

23      A.   -- testimony.  To the best of my

24  recollection, over my career, that would include

25  whatever is in the CV, I testified in court either

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 45 of 370

1  front of a judge or a magistrate about a dozen
2  times.  As far as depositions are concerned, the
3  best of my recollection would be about three dozen
4  times.
5       Q.   Any trials since 2020?
6       A.   No.  It is not in my CV.  I have no
7  trials since 2020.
8       Q.   I just wanted to to clarify and confirm.
9            MR. DEAN:  We'll take a break right now
10  if you'd like.
11            THE VIDEOGRAPHER:  We are off the record
12  at 1004.
13            (Recess from 10:04 a.m. to 10:15 a.m.)
14            THE VIDEOGRAPHER:  We are on the record
15  at 1015.
16  BY MR. DING:
17       Q.   Let's jump to a little bit different new
18  topic.  We may jump around a little bit today.
19  That's just how I roll.  Okay?
20            What did you do to prepare for your
21  deposition today?
22       A.   Today basically nothing today.  But to
23  prepare for the deposition, I did prepare, of
24  course, but not today.  Yesterday and before that.
25       Q.   Let's break it down.  Who have you met

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 46 of 370

1   with in the past 30 days to prepare for your
2   deposition?
3          A.   To prepare for my deposition I met
4   yesterday with counsel, counsel who are present
5   here today.  And before that, we had conference
6   calls, maybe two or three times, in which we did
7   address some issues of deposition, but the
8   conference calls were not uniquely on depositions.
9   That is what I recall for the last 30 days.
10         Q.   Since July or August of '22, since you
11  started doing work in this specific case, other
12  than the Department of Justice lawyers, have you
13  met or had any phone conversations with any
14  Marines, Navy personnel, NAVFAC personnel, other
15  federal government agencies to find out
16  information or to have a conversation about
17  something that might be needed for your work?
18         A.   Not that I can recall.  Any such
19  interaction would have been through counsel.
20         Q.   So, for example, I know you were at the
21  base in May of '24.  It's, in your opinion, report
22  and it shows some photos and there's a little date
23  May of 2024.  I'm using that simply as an example
24  so you understand where I'm going with this.
25              I'm just trying to find out if you

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 47 of 370

1    interacted with any nonlawyers in the past two and

2    a half years either, in person or by phone, about

3    issues related to Camp LeJeune.  Counsel might

4    have been present.  And I'm not asking what

5    necessarily was discussed.  I'm trying to find out

6    if there was other individuals, nonlawyers, that

7    might have been at the May '24 inspection or that

8    you've had conversations with over the last couple

9    years.

10        A.    Counsel was always present during those

11   visits, and there were people from the base that

12   were there.  And those people would be there to

13   give us a tour and explain where we were and so

14   on.  They would occasionally answer questions that

15   were asked.

16        Q.    So can we agree on this, that at least

17   over the past two years, you don't remember having

18   any phone calls with any nonlawyers for any

19   purpose related to this Camp LeJeune work?

20        A.    There was no phone calls that would be

21   with base personnel or so without the presence of

22   a lawyer there.

23        Q.    That's what trying to figure out.  Have

24   you had any phone conversations in the past two

25   and a half years for which a nonlawyer was on the

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 48 of 370

1    phone representing the base or any U.S. agencies
2    and DOJ lawyers were also on the call?  That was
3    my question, if you remember.
4         A.    I don't remember any.
5         Q.    Now, those several times you were on the
6    base, you've indicated that there were some base
7    representatives, nonlawyers that were present that
8    you my question interacted with; right?
9         A.    That's correct.
10        Q.    Do you remember who they were?
11        A.    I do not remember who they were.  I do
12   not remember their names, perhaps with the
13   exception of the one you mentioned before who I
14   don't remember the name of right now.
15        Q.    Scott Williams?
16        A.    Scott Williams.  Because he was there to
17   basically provide a tour.  Basically just the
18   times I was at the base for this case, he was
19   there for at least a part of it.
20        Q.    Let's talk about these visits on base as
21   far as locations that you went.  I've only been on
22   the base I think once, maybe twice, and I went to
23   something referred to as the cages or a cage.  It
24   was a big warehouse and it had some documents in
25   it, some boxes and boxes of documents.  I'm using

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 49 of 370

1    that as an example.

2           Where on the base have you generally

3    been to to do anything related to your work at

4    Camp LeJeune to the best of your recollection on

5    those three visits?

6         A.   To the best of my recollection, the

7    visits all together included a thorough visit of a

8    large portion of the base, where we were allowed

9    to go because I believe that you may have sections

10   of the base where you cannot go unless you have

11   some clearance or something like that.  That's

12   what I recall.  But we went to many places with

13   basically a focus on the water treatment plant,

14   the wells and issues that are basically of

15   relevance to what I did.

16        Q.   So those three times, and just use this

17   as an example, you'd pull up to the gate.  Someone

18   would meet you there, maybe Scott Williams or

19   others.  You'd all get in a car and you've ridden

20   around Hadnot Point in a car; right?

21        A.   In a bus.

22        Q.   In a bus?  Car wasn't big enough for all

23   the people; right?

24        A.   At least on two visits.

25        Q.   Rode around Hadnot Point observing

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 50 of 370

1  whatever it may be that you all were looking at;
2  right?
3      A.   We were just basically just performing a
4  site visit, that's right.
5      Q.   Do you remember getting off the bus to
6  walk into a building to do any sort of an
7  inspection or take measurements or do anything
8  other than the water treatment plant?
9      A.   We were doing site visits, and that
10 included going into certain buildings.
11     Q.   Do you remember which buildings you went
12 into?
13     A.   I do not remember the number of the
14 buildings.  Each building has a number.  The only
15 one I remember is where we went to eat.
16     Q.   Where was that?
17     A.   I think it was the officer compound.
18     Q.   Do you know what Building 20 is?
19     A.   Yes, I do.
20     Q.   What is Building 20?
21     A.   That's Hadnot Point water treatment
22 plant.
23     Q.   Do you know what the Building 900 series
24 are?
25     A.   Yes, I do.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 51 of 370

1    Q.   And have you been to the Building 900,
2  901, 902, 903 area?
3    A.   For this litigation, I have been not
4  been inside those buildings.
5    Q.   Did you go in any buildings while you
6  were there for those three occasions to look at
7  documents or to see if you could locate
8  information that might be helpful to your work in
9  the case?
10    A.   I recall that we went into the building
11  you're describing, I believe, before where you
12  have basically locked documents, boxes of
13  documents.  I recall we went into that building.
14    Q.   Did you go through any boxes, look at
15  any documents and pull anything out or flag
16  anything for someone to provide to you?
17    A.   No.
18    Q.   Now, we'll get to it in a moment about
19  your reference list, and there's quite a lot of
20  materials listed that.  I guess why I'm asking it
21  now is the only way in which you've received
22  information and documents -- let's confine it to
23  documents in this case is from the Department of
24  Justice and their counsel?
25    A.   For documents, I believe that's correct,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 52 of 370

1  for documents related to the base.

2      Q.   Did you have any historical documents

3  that you had prior to July, August of '22, any old

4  files or old working documents, maps, whatever it

5  may be, reports that you might have used prior to

6  '22 that you used and looked at in this case?

7      A.   Well, my understanding is that all the

8  documents that I had seen before for the base were

9  included into what was basically available for

10  this case.

11     Q.   So if it's on your reference list, it's

12  complete as far as you know as you sit here today?

13     A.   What is on the reference list in my

14  report is what supports my report.

15     Q.   Do you have other documents in your

16  files or old computers at S.S. Papadopulos that

17  related to Camp LeJeune that you have referred to,

18  reviewed or relied upon that are not listed?

19          MS. O'LEARY:   Object to foundation.

20          THE WITNESS:   I do not believe so as far

21  as the way the question was phrased.

22  BY MR. DING:

23     Q.   The reason I ask it was just simply to

24  make sure you and I understand one another and

25  that your reference and reliance materials, which

1  we'll get to in a minute, that list is complete

2  and there's not something that's not on that list

3  that's back at your office or on a computer that

4  you reviewed that was maybe in a historical file

5  that you already had and it's something that

6  you've reviewed or relied upon that also supports

7  and it's just not listed.  That's why I asked you

8  the question.  Okay?

9              MS. O'LEARY:  Object to form.

10             THE WITNESS:  I understand the question.

11 And there is information that I collected after my

12 report that we discussed previously that

13 particularly is not in my report because it didn't

14 exist at the time.

15 BY MR. DING:

16     Q.   Understood.  Agreed.  That's your

17 supplemental materials, which we'll get to in a

18 moment.

19             Other than that, you're not aware of

20 anything else historical in your files that you

21 reviewed or relied upon that are not listed?

22     A.   I cannot think of any documents that

23 relate to the base.

24     Q.   So what do you consider or how would you

25 define your expertise as a professional?

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 54 of 370

1    A.    That is described in my CV.

2    Q.    Understand.  Are you a fate and

3  transport expert, groundwater expert, hydrologist?

4  How would you classify your general area of

5  expertise?

6    A.    I am a geochemist.  I have a

7  hydrologist.  I am a geologist.  And in each of

8  those disciplines, I have university degrees.

9  That's basically what describes my education, if

10  you wish.

11    Q.    Your registrations and/or licenses are

12  listed.  There's two of them on your CV,

13  geoscientist in Texas and a certified professional

14  geological scientist for the American Institute

15  for Professional Geologists; correct?

16        MS. O'LEARY:  Object to foundation.

17        THE WITNESS:  Licenses and

18  certifications, I believe that's complete.

19  BY MR. DING:

20    Q.    And that's complete.  So, for example,

21  you're not a professional engineer and hold a

22  professional engineer's license?

23    A.    I am not a professional engineer.

24    Q.    Do you have you ever served on a

25  peer-review committee?

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 55 of 370

1     A.   Yes, I have.

2     Q.   Are there any that you've served on that

3 are related to any of the issues involved in this

4 case related to water contamination?

5     A.   It was related to water contamination.

6     Q.   What was that generally just so we have

7 identification?

8     A.   For example, the one I am thinking and

9 recalling right now was dealing with fuel issues

10 and PCB issues at many sites.

11     Q.   What sites were they?  What was the

12 project referred to or the papers?

13     A.   It was an expert panel on that topic

14 that dealt with groundwater contamination by fuel

15 compounds as well as PCBs, and that was actually

16 across the country along a pipeline that had

17 basically stations.  And most of the one where the

18 issues were the most looked at, if you wish, was

19 Pennsylvania.  That's what I recall.

20     Q.   Did it have another location more

21 specific than Pennsylvania that it was referred

22 to?

23     A.   There would be many stations within

24 Pennsylvania because the pipeline at the level of

25 the entire country is basically, you know...

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 56 of 370

1        Q.    Was that Hudson Valley?

2        A.    That one was not Hudson Valley.

3        Q.    Who was the committee that asked you to

4    do the peer review for the one you're just

5    referring to in Pennsylvania?

6        A.    It was a panel that was doing actually

7    peer review of what existed at the time as well as

8    conducting some research for the panel.

9        Q.    Did you do the report, do a report or is

10   there anything that's publicly available about

11   this peer review?

12       A.    I do not know about publicly available.

13   But there were several reports, and I was one of

14   the contributors.  I was not the only one on the

15   panel.

16       Q.    Is it listed in your CV?

17       A.    I believe it's with one of the clients

18   listed there in the paper.

19       Q.    Who was the client involved in the one

20   you're referring to in Pennsylvania?

21       A.    At the time, I recall the client was

22   Texas Eastern.

23       Q.    Are you a member of the National Academy

24   of Engineering?

25       A.    I am not.

1    Q.   Have you ever served on any editorial
2  boards for any publications?
3    A.   Not editorial boards.
4    Q.   Now, remind me again when you first came
5  to S.S. Papadopulos & Associates, the year
6  approximately.
7    A.   That was 1989.
8    Q.   So you've spent pretty much the entirety
9  of your professional career affiliated with S.S.
10  Papadopulos & Associates; is that fair?
11    A.   As a consultant, that's correct.  And
12  before that, I was in research more in the
13  academic world, if you wish.
14    Q.   Has all of your work for any issue going
15  back as far as you can remember as far as
16  compensation for services rendered by yourself
17  been through S.S. Papadopulos?  Let me tell you
18  why I'm asking that.
19         Do you have any other entity that you
20  own or affiliated with that has in the past done
21  any work related to Camp LeJeune to your
22  knowledge, or has it always been through S.S.
23  Papadopulos & Associates?
24         MS. O'LEARY:  Object to form.
25         THE WITNESS:  It has always been through

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 58 of 370

1    S.S. Papadopulos & Associates and the Department
2    of Justice.
3    BY MR. DING:
4        Q.   So have you done -- let's use, for
5    example, and we'll just talk 50,000 feet on the
6    ATSDR water modeling and health studies at Camp
7    LeJeune.
8             You know that there was a component of
9    it that involved water modeling and then that
10   water modeling component was then utilized on the
11   health side to do some health studies.
12           MS. O'LEARY:  Objection to foundation.
13   BY MR. DING:
14       Q.   Correct?
15       A.   That's my general understanding.
16       Q.   Is this the first time you've done any
17   work where you've looked at and reviewed and
18   commented on the water modeling and how it may or
19   may not impact activities on the health side, or
20   is there some other projects you've have worked on
21   in the past that are similar?
22           MS. O'LEARY:  Object to form.
23           THE WITNESS:  This case, this present
24   case is the first time I was asked to evaluate the
25   results of the ATSDR models both for Tawara

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 59 of 370

1    Terrace and Hadnot Point as far as the reliability
2    of the estimated values to be quantitatively used
3    for this case.
4    BY MR. DING:
5         Q.   Have you over the past two and a half
6    years rerun any water modeling computer programs
7    to do any water modeling of Camp LeJeune other
8    than what might be identified, disclosed in your
9    report?
10        A.   I have not.
11        Q.   Do you know anybody at S.S. Papadopulos
12   & Associates that's done any additional water
13   modeling computer work related to Camp LeJeune at
14   your direction or with your knowledge?
15        A.   I know that Dr. Spilotopoulos has
16   basically run the ATSDR model as part of his
17   evaluation of the models.  We have two models.  He
18   did that.  I didn't do that.
19        Q.   And do you have any comment about his
20   work on that, or do you defer to him about his
21   work and his opinions about it?
22             MS. O'LEARY:  Object to form.
23             THE WITNESS:  I have reviewed the model
24   inputs and basically all the materials that are
25   supporting the decisions or the assumptions that

Golkow Technologies,
877-370-3377                     A Veritext Division                     www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 60 of 370

1    ATSDR has brought into the model, especially

2    because there is very little data to predict what

3    happened 35 years ago, 35 years before 1985.  And

4    I have reviewed the parameters.  I have compared

5    the parameters in the models.  I have done that

6    because that's something I do as a geochemist.

7    BY MR. DING:

8         Q.   Any comment or opinion about those

9    reviews?

10            MS. O'LEARY:  Object to form.

11   BY MR. DING:

12        Q.   You personally or do you defer to

13   Dr. Spiliotopoulos?

14            MS. O'LEARY:  Object to form.

15            THE WITNESS:  I have not run the models.

16   He did.  So I have no opinion or comment on that,

17   but I have reviewed.

18   BY MR. DING:

19        Q.   Understood.  Have you ever, yourself,

20   performed any historical reconstruction or hind

21   casting using any sort of groundwater modeling

22   tools to reconstruct historical mean monthly or

23   concentration data?

24            MS. O'LEARY:  Object to form.

25            THE WITNESS:  Well, there have been

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 61 of 370

1   cases where a question like that will be asked.  I
2   remember one case where I did participate and that
3   was to reconstruct basically some certain
4   chemicals concentration, and that was based on
5   estimates.  And I recall having participated to
6   that.  And you had data and that was -- that's
7   what I recall.
8   BY MR. DING:
9       Q.   Do you remember the name of that project
10  or the client or anything like that?
11      A.   I don't remember the details or the
12  client of that, but it was related to uranium
13  mining.
14      Q.   Uranium mining?
15      A.   That's my recollection.
16      Q.   And location?
17      A.   I believe it was in New Mexico, that
18  one.
19      Q.   And timeframe, if you remember?
20      A.   I don't remember the timeframe, but it
21  was maybe 2000.
22      Q.   As a result of that work, was a
23  concentration -- reconstructed values calculated
24  using that groundwater modeling work that you
25  participated in?

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 62 of 370

1          MS. O'LEARY:  Object to form and
2    foundation.
3          THE WITNESS:  I was doing geochemistry
4    in that, and I do not recall door if there was --
5    there was no complex monitoring done.  It was, you
6    know, more like -- if I recall, it was a very
7    large pile of tailings, and the question was, all
8    right, where does it go from the tailings.
9    BY MR. DING:
10         Q.   So go back to my first question and
11   understanding what you just testified to about.
12         Other than Camp LeJeune work, have you
13   ever worked on any other project whose goal was to
14   determine and measure human exposure or dose to
15   toxins and contaminants?
16         A.   Right now, I can not really remember
17   specific ones, but as a geochemist, what my
18   expertise is in is to understand the origin, fate
19   and transport of contaminants in the environment.
20   That's what I do basically.  That's what I've been
21   doing all my research years and professional
22   years.
23         Q.   Have you ever in history utilized and
24   relied upon the ATSDR water modeling results to
25   support any work you've done in any other case or

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 63 of 370

1    any other project?

2              MS. O'LEARY:  Object to form.

3              THE WITNESS:  Could you repeat the

4    question?  I missed the first part.

5    BY MR. DING:

6         Q.   Have you in any other historical

7    activities prior to August of '22 ever utilized

8    and relied upon the ATSDR water modeling chapters,

9    conclusions and work to do work in some other

10   matter?

11        A.   In other cases and this case, the ATSDR

12   models were used by others.  I was not tasked to

13   review the model.  And I may have cited to what

14   ATSDR has done at the time without having had done

15   what I have done for the purpose of this

16   particular case, which was to evaluate whether or

17   not the values or the estimated values that ATSDR

18   is presenting with the model could be

19   quantitatively reliable to provide concentrations

20   of the chemical of concern in this case over a

21   long period of time.

22        Q.   So go back to my question.  My

23   question -- I'll ask it a little different,

24   because you seem to affirmatively say you've

25   referred to it in the past and maybe cited to the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 64 of 370

1  report in some other work in the past.

2          Do you remember what occasions those

3  were?

4      A.   I would have to look at it.  There was a

5  case that I did work.  I don't remember exactly

6  the timing of it, but I believe it's called the

7  Washington case or something like this.  And I

8  worked on that.  Because it was related to

9  contamination at Camp LeJeune, I probably referred

10  to the ATSDR work.  But I had not done a review

11  that I conducted for this as far as reliability of

12  the work for quantitative views of concentrations

13  in the context of this project.

14      Q.   We'll call it Washington, and we'll come

15  back to it later in more detail.  But you believe

16  it's scientifically valid or you did at the time

17  to cite to a -- cite to this ATSDR water modeling

18  project or refer to it without ever having

19  analyzed whether it was scientifically reliable at

20  the time you relied on it?

21          MS. O'LEARY:  Object to form and

22  foundation.

23          THE WITNESS:  Me citing to it, if I did,

24  doesn't mean that -- doesn't mean that -- doesn't

25  explain what I have done to review it.  I just

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 65 of 370

1    mention that it does exist.

2    BY MR. DING:

3         Q.   But you believe in the context of an

4    expert witness it's okay for you to cite to, refer

5    to, rely upon the ATSDR water modeling in this

6    prior activity without knowing whether or not at

7    that time it was scientifically reliable?

8              MS. O'LEARY:   Object to form and

9    foundation.

10              THE WITNESS:   It all depends what is the

11    task and the purpose of the citation.

12    BY MR. DING:

13         Q.   Well, did you at the time -- who

14    retained you in the Washington case?

15         A.   As I recall, it was the Department of

16    Justice.

17         Q.   Mr. Bain was your contact at that time?

18         A.   Probably.

19         Q.   Did you recommend in that case the need

20    to analyze the model in order for you to provide a

21    scientifically reliable opinion in the Washington

22    case?

23         A.   Without seeing the report to refresh my

24    memory, I don't know.

25         Q.   As you sit there -- I'll show you the

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 66 of 370

1  report later on -- you don't remember advising

2  Mr. Bain at the Department of Justice the need for

3  you to do a deep dive into analyzing the model at

4  the time you were referring to it back then as

5  best you remember right now?

6        A.    Again, I will have to see the report.

7              (Hennet Exhibit 4 was marked.)

8              MR. DING:  For the record, I've handed

9  the witness Exhibit 4, which are the billing

10  records, I believe it's around 42 pages or

11  thereabouts, received a week and a half ago and

12  I've also supplemented Exhibit 4 and added the

13  additional bill we received last night for

14  February of 2025, so the record is clear.  Okay?

15  BY MR. DING:

16        Q.    I understand, obviously, March is not

17  over with, so the March bill, invoice, time

18  records, those haven't been finalized; correct?

19        A.    Yes.

20        Q.    Now, a couple things I want to ask you

21  about on these Exhibit 4 billing records.  Take a

22  look at the first page.  In the top right-hand

23  corner, it says the project name DOJ_CL_2022.

24              Do you see that?

25        A.    I see that.

1    Q.   And that's what you referred to as the
2    project name for your and the S.S. Papadopulos
3    work on the Camp LeJeune litigation since '22?
4    A.   That's an internal name.
5    Q.   Project number is 1817.  And then it
6    refers to a PO number.  What does that mean?  What
7    does PO number mean?
8    A.   I guess it's a project order number.
9    This number is probably from the DOJ.  I do not do
10   admin.  So that's what I would guess.
11   Q.   Is it a purchase order number?
12   A.   I believe that would be right, yes.
13   Q.   Is there a document that's referred to
14   as a purchase order that's got this number on it
15   somewhere that ends in 502?
16   A.   Personally I don't know, but it must be
17   because it is written here.
18   Q.   And did you gather that document and
19   provide it to the Department of Justice?
20   A.   If it comes from the Department of
21   Justice, I must have it.  Personally, I do not to
22   admin.
23   Q.   So you didn't and you don't believe
24   admin sent that purchase order over to the
25   Department of Justice in response to the subpoena?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 68 of 370

```
 1          MS. O'LEARY:  Object to foundation.
 2   BY MR. DING:
 3      Q.   Because you assumed they already had it?
 4          MS. O'LEARY:  Object to foundation.
 5          THE WITNESS:  I do not know.
 6   BY MR. DING:
 7      Q.   Under the comments on the left side
 8   there a little further down, it says DJ File
 9   Number.  What does DJ stand for?
10      A.   I am not sure.  I do not know.  Again,
11   it is admin.
12      Q.   Then it says DOJ contract
13   #2W-CIV-03-0513.  Do you see that?
14      A.   I see that.
15      Q.   Is there a written contract of some sort
16   that that contract number is referred to that's in
17   possession of you or S.S. Papadopulos &
18   Associates' records?
19      A.   Probably.
20      Q.   Did you gather that contract and provide
21   it in response to the subpoena and provide that
22   contract to the Department of Justice to produce
23   to me?
24      A.   My understanding is if it's contract
25   with the Department of Justice as you describe it,
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 69 of 370

1   the Department of Justice has it.

2       Q.   Again, I agree with you.  You didn't,

3   however, in response to the subpoena supply that

4   document to the Department of Justice because you

5   assumed they had it and would produce it if

6   needed?

7           MS. O'LEARY:  Object to foundation.

8   BY MR. DING:

9       Q.   Is that fair?

10      A.   That would have been through admin, and

11  I don't do admin.

12      Q.   Now, if we look down below this on the

13  first page -- and if you want to, you can glance

14  through -- we'll look at a few pages together.

15  How about we just do it that way.

16           Do you see it says Professional

17  Services, and under Employee Type there's some

18  positions, for example, senior principal, but

19  there's no names, specific names?

20      A.   I see that.

21      Q.   And you told me earlier, as best you

22  know, you're the only senior principal.  So when

23  it refers to senior principal, that would be

24  Dr. Hennet?

25      A.   That's my understanding, yes.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 70 of 370

1      Q.   And it says two hours.  We don't know
2   what you did for two hours looking at this
3   document, but you did key in on a computer,
4   timekeeping computer program what you did for
5   those two hours?
6           MS. O'LEARY:  Object to foundation.
7           THE WITNESS:  Well, maybe, maybe not,
8   because it's not done always the same way.  And my
9   recollections is our accounting system or the way
10  we enter time has been basically changed or
11  upgraded.  It appears to be upgraded relatively
12  frequently.  So I don't remember the situation
13  then.
14  BY MR. DING:
15     Q.   Does Papadopulos & Associates send this
16  one-page invoice that you see on Exhibit 4, that
17  first page, because the second page is for a
18  different month.  Do you see that?  The one on the
19  back of the first page is a different month.  So
20  the one ending 9/21/22 is just a single page
21  ending in Bates-stamp CLJA_SSPA_INVOICES_1.  Do
22  you see that?
23     A.   You have to help me here.
24     Q.   Do you see that the invoice is a single
25  page for the Bates-stamp that I provided?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 71 of 370

1          MS. O'LEARY:  You're on the first page
2    of Exhibit 4?
3          MR. DING:  Yes.
4    BY MR. DING:
5      Q.   Exhibit 4, page one is a single-page
6    invoice?
7          MS. O'LEARY:  Object to foundation.
8          THE WITNESS:  This is a single-page
9    document.
10   BY MR. DING:
11     Q.   Is that for the month -- it's dated 9/21
12   and it says it's for services rendered through
13   August 31, 2022.  Do you see that?
14     A.   I see that in the middle there, yes.
15     Q.   And this is the first invoice you and I
16   are looking at that I have; correct?
17         MS. O'LEARY:  Object to foundation.
18         THE WITNESS:  I will take your word for
19   it.
20   BY MR. DING:
21     Q.   Do you know whether or not when this
22   invoice -- it says it's being -- the client and
23   the address there at the top left is Branch Chief,
24   Finance and Accounting under U.S. Department of
25   Justice.  Do you see that, and an address, PO box?

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 72 of 370

1          A.    I can read that, yes.

2          Q.    Is this one-page invoice the only thing

3    that is sent to the Department of Justice for

4    payment of this invoice, or does it have

5    attachments when it goes that itemizes the time

6    that's shown on the summary?

7          A.    I don't know.

8          Q.    Who would know that?

9          A.    Admin.

10          Q.    The Department of Justice receiving this

11    invoice would also know that, wouldn't they?

12          A.    I don't know.

13               MS. O'LEARY:  Object to foundation.

14    BY MR. DING:

15          Q.    Do you understand it's your obligation

16    as an expert as part of the federal rules to

17    specifically provide open and complete information

18    about your billing in a case like this?  Are you

19    aware of that?

20               MS. O'LEARY:  Object to form and

21    foundation.

22               THE WITNESS:  This is administrative.

23    BY MR. DING:

24          Q.    I'm asking you are you familiar with

25    what's called Rule 26 and an expert's obligation

1  to provide open and detailed billing records in
2  litigation?
3              MS. O'LEARY:  Object to form and
4  foundation.
5  BY MR. DING:
6       Q.    Are you aware of that?
7       A.    I am generally aware of Rule 26, but
8  specifically -- but, you know, my firm gets a
9  contract with the Department of Justice.  I don't
10  do the billing.  So I don't know if it has one
11  page, two pages or 20 pages.  I do not know that.
12       Q.    Would you agree with me it's your
13  obligation, all experts' obligations to provide as
14  much detail and all information about their
15  compensation and billing to the opposing side in
16  response to what we refer to and you refer to as
17  Rule 26?
18              MS. O'LEARY:  Object to foundation.
19              THE WITNESS:  I do not know.  We do
20  abide by everything because when you work with the
21  Department of Justice, you have to abide by
22  everything, and we do.
23  BY MR. DING:
24       Q.    Now, if you look through these invoices
25  or this one page, it says the initial budget at

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 74 of 370

1   the bottom left-hand corner was $100,000.

2          Do you see that?

3      A.   I do.

4      Q.   And then if you flip through it to the

5   invoice that's Bates-stamped page 6, so there will

6   be a 6 at the end of the page, do you see that the

7   behind casting changed 611,664?  Do you see that?

8      A.   Where is it on the page?

9      Q.   Bottom left, Project Summary.

10     A.   Yes.  I do see that.

11     Q.   Do you remember and can you tell me why

12  it went from a $100,000 budget to a budget of

13  $611,664?

14     A.   I don't recall the details of it, but

15  this is typical of a project like this.  The first

16  phase is to evaluate, to do a first evaluation of

17  an understanding what the cases is about, do a

18  first evaluation of certain aspect of it.  And I

19  am typically required or requested, if you wish,

20  to provide an estimate of how much it would cost

21  to provide services.

22          And I do a best estimate by saying I

23  would need a team to do this because I cannot do

24  it all by myself.  It's too many documents, too

25  much to do.  And then I provide my best estimate

1   of how much it would cost.
2        Q.   To do XYZ?
3        A.   To do the project up to a certain --
4   typically it's what will it cost for a year, for
5   example.
6        Q.   Is there a document that you use to
7   provide that estimate?  Is it called a budget, or
8   is it called something else?
9        A.   It is my budget estimate, and that's
10  what my budget estimate is and I believe --
11       Q.   How do you transmit that budget estimate
12  to the Department of Justice for approval?  Is it
13  a letter?  Is it email?  Is it a report?  Is it a
14  budget?  What do you remember refer to it as?
15       A.   I do not recall about this one in
16  particular.  I do not recall how it was that.  But
17  obviously, it was transmitted to the DOJ whether
18  by phone or by -- in some manner.  Again, I do the
19  budget estimate.
20       Q.   I think we've got enough here on this
21  issue.  Then I'll move on.  You don't remember
22  specifically the mode of the transfer of the
23  information, whether it went from accounting,
24  whether was a formal budget document, an email or
25  a phone call, to provide the budget estimate of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 76 of 370

1   $611,664?

2        A.   I do not know the detail for this

3   particular thing, but there is an estimate

4   somewhere.  And I am typically the one who would

5   do such an estimate.

6        Q.   And does the process work you send the

7   estimate over to the Department of Justice and

8   they approve or sign off on it and then you

9   proceed with whatever work that's been authorized?

10       A.   It's a budget request, and it is

11  evaluated.  And then if it was approved, we

12  probably get a green light that it is approved.

13  And then we'll probably have a meeting to explain

14  what we thought should be done.  And that's the

15  way it works for most cases like this.

16       Q.   Now, turn to page 19.

17       A.   By that you mean the Bates number?

18       Q.   Yes, sir.  Do you see at the bottom of

19  the Bates-stamped page 19 the budget under Project

20  Summary on the left at the bottom says $611,664?

21       A.   I see that.

22       Q.   Turn to the next page, 20.  And does it

23  reflect that the budget is changed between

24  November and December of '23 to a budget an

25  approved budget of the $1,216,284?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 77 of 370

1           A.    I see that.

2           Q.    If you turn to page 25, Bates-stamped

3     page 25, bottom left has that budget now in March

4     of '24 increased to $1,466,224?

5           A.    I see that.

6                 MS. O'LEARY:  Object to foundation.

7     BY MR. DING:

8           Q.    If you flip to page 33 or Bates-stamped

9     page 33.  Let me know when you're there.

10          A.    I see that, yes.

11          Q.    Under the Project Summary, column left

12    has the budget now increased in September of

13    $1,716,284?

14          A.    I see that.

15          Q.    If you turn to the top of page

16    Bates-stamp page 37, on December 23, 2024, do you

17    see under the column Budget on page 37 or

18    Bates-stamped 37, the budget has increased to

19    $1,966,284?

20                MS. O'LEARY:  Object to foundation.

21                THE WITNESS:  I see that.

22    BY MR. DING:

23          Q.    And that was approved by the Department

24    of Justice at some point in time; right?

25          A.    I suppose so.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 78 of 370

1      Q.    If you turn to be Bates-stamped page 40.

2      A.    I am there.

3      Q.    On January 17, 2025, invoice No. 27034

4  at the top of the page Bates-stamp 40, did the

5  budget increase to 2,216,275.50?

6      A.    I see that.

7      Q.    And if you turn to the supplemental

8  Bates-stamp and Allison, I don't know how you want

9  me to refer to it.  I made it as one exhibit.  I

10 don't know if you're going to Bates-stamp it 43.

11         MS. O'LEARY:  Can you refer to it by the

12 invoice number at the top?

13         MR. DING:  I can do that.

14 BY MR. DING:

15     Q.    The last page of Exhibit 4, the

16 invoices, I received last night invoices 27513,

17 and it's dated March 19, 2025.  Do you see that on

18 the first page?

19     A.    I see that.  That's a loose page.

20     Q.    Yes, sir.

21     A.    It's not bound with Exhibit 4.

22     Q.    Well, it is part of Exhibit 4 for the

23 record.  I made it a part of it.  It just doesn't

24 have a Bates-stamp because Ms. O'Leary just

25 provided it to me last night.

1      MR. DING:  We'll supplement it with the

2  correct Bates-stamp once we get it.  We'll

3  supplement with Exhibit 4, if that's fair.

4      MS. O'LEARY:  That seems fine.

5  BY MR. DING:

6      Q.   On the back of invoice 27513, it still

7  reflects a budget of 2,216,275.50.

8      Do you see that?

9      A.   I do see that.

10     Q.   And it says that the budget remaining is

11  only $171,667.59.  Do you see that?

12     A.   I see that.

13     Q.   And this does not account for the work

14  done in March by you, Mr. Spilotopoulos and any

15  others that might have been working in March.

16  That will come out of that remaining budget once

17  we get the next invoice; right?

18     A.   That's my understanding.

19     Q.   So my question to you to end this area

20  of the deposition is:  Have you prepared a budget

21  estimate and provided it to the Department of

22  Justice to provide for additional funding and/or

23  budget for your work after this month?

24     A.   I've not done so because we still have

25  money.

1     Q.   Have you had any discussions with anyone

2  about the needs for a future budget approval

3  moving forward from today if this budget is used

4  up this month?

5     A.   I have not talked to anyone about that.

6     Q.   And you've not prepared anything about

7  that?

8     A.   I have not prepared anything about that.

9          (Hennet Exhibit 5 was marked.)

10 BY MR. DING:

11    Q.   I hand you what I marked as Exhibit 5,

12 and I'll tell you this for the record.  Exhibit 5

13 I had to print it on larger paper so you and I --

14 with my advanced age, I couldn't see it on eight

15 and a half by 11.  So I had to print it on larger

16 paper.  Okay?

17         Are you familiar with a website known as

18 USASpending.gov maintained by the federal

19 government of the United States of America?

20    A.   I am not.

21    Q.   Do you see on Exhibit 5, the first page

22 at the very top it says Active Filters.  It says

23 EPA -- it identifies the recipient as S.S.

24 Papadopulos & Associates, Inc.  Do you see that?

25    A.   I see that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 81 of 370

1      Q.   And then down in the center, it gives
2  you a prime award ID number, and there's about, I
3  don't know, six or eight listed there.  And out
4  beside that is the recipient's name, S.S.
5  Papadopulos & Associates.  And then the
6  obligations are listed there in dollars and cents.
7  Do you see that column?
8      A.   I see that column.
9      Q.   Then there's some tabs you can click on.
10 It talks about contract IDDs, grants, direct
11 payments, loans and other.
12           Do you see those other tabs?
13     A.   No, I did not.
14     Q.   Although they're hidden, you see the
15 little tabs beside the contracts?
16     A.   Okay.  Right on top there, yes.
17     Q.   If you turn to the second page on this
18 USASpending.gov federal government website, do you
19 see the awarding agency in the topic left-hand
20 corner, it says Department of Defense and
21 recipients is S.S. Papadopulos & Associates?  Do
22 you see that?
23     A.   I see that.
24     Q.   Do you see the purchase order referenced
25 there is just above that is listed as

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 82 of 370

1    W912DW11P0056?  Do you see that?

2         A.    I see that.

3         Q.    And over on the right corner of that

4    first block, do you see the start date of that

5    contract was February 16, 2011?

6         A.    I see that.

7         Q.    And this was for $40,000.  Do you see

8    that?

9         A.    Where is that?

10        Q.    In the center there it says Current

11   Award Amount.  Do you see that, $40,000 potential

12   award amount?

13        A.    I see that.

14        Q.    And if you keep going down under the

15   Award History, you see Action Date of 2/24/11.

16   Amount is 40,000.  To the right of that, it says

17   Transaction Description:  MODFLOW Model

18   Recalibration.

19        A.    I see that.

20        Q.    Do you know what this work was for for

21   the Department of Defense that's being referred to

22   there in 2011?

23        A.    I do not.  I had nothing to do with

24   this.

25        Q.    Do you know what location someone at

1   S.S. Papadopulos was working on in order to do

2   some MODFLOW model recalibration work?

3          A.   I do not.

4          Q.   Turn to the next page of Exhibit 5,

5   third page I think it is.  Do you see the top

6   left-hand corner there's a new purchase order

7   number listed there of W912DW09P0253?  Do you see

8   that?

9          A.   I see that.

10          Q.   And the awarding agency is the

11   Department of Defense.  Do you see that?

12          A.   I see that.

13          Q.   The start date of the project was

14   September 18, 2009.

15          A.   I see that.

16          Q.   The amount that was obligated or

17   potential award amount was $66,500.  Do you see

18   that?

19          A.   I see that.

20          Q.   By the way, if you go back to the top

21   out to the right, far right of the purchase order

22   number, does it show the word "Completed"?

23          A.   I see that.

24          Q.   Now, if you go to the section under the

25   Award History, do you see the Action Date, the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 84 of 370

1    first one listed there of 9/18/2009 for 22,000?

2        A.    I see that.

3        Q.    To put in context just for dates, Tawara

4    Terrace report by ATSDR was released in 2007;

5    correct?

6        A.    I believe it's correct.

7        Q.    And the National Academy of Science

8    released an alleged review of that report in July,

9    I believe, or August of 2009.  Do you remember

10   that?  I'm not going to hold you to the specific

11   date.  But the National Academy of Science

12   released an alleged review of the ATSDR report in

13   the summer of 2009.

14             MS. O'LEARY:  Object to form.

15             THE WITNESS:  I will take your word for

16   it.

17   BY MR. DING:

18       Q.    Do you see -- who is Howard Hanson?

19   Excuse me.  Not who.  Where is Howard Hanson Dam?

20       A.    Howard Hanson?  Where is that?

21       Q.    In the center of the webpage or the

22   document, out beside 9/18/2009 and 22,000, it says

23   groundwater model.  Independent technical review,

24   ITR, right the abutment integrity, Howard Hanson

25   Dam.  Do you see that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 85 of 370

1      A.    I see that.

2      Q.    Do you know what that's referring to and

3   were you involved?

4      A.    I was not involved.

5      Q.    And you don't know what it's referring

6   to?

7      A.    I do not know what it is referring to.

8      Q.    Turn to the next page.  I guess we're

9   now on page 4; right?

10     A.    You are right.

11     Q.    Do you see the purchase order at the top

12  is 15JCIV22P502?

13     A.    I see that.

14     Q.    And out to the right, it says in

15  progress.  9 months remaining.

16     A.    It says "Nine months remain."

17     Q.    Excuse me.  "Nine months remain."  Do

18  you see that?

19     A.    I see that.

20     Q.    And it shows the start date of this

21  contract with the Department of Justice as the

22  awarding agency was July 21, 2022.

23           Do you see that, top right-hand corner?

24     A.    I see that.

25     Q.    Now, that purchase order number ending

1  in 502, would you go back and look at Exhibit 4
2  and tell me if that's not the exact same purchase
3  order in your very first invoice number 1?
4         On exhibit, 4 Bates-stamped first page
5  1, up in the topic right-hand corner, it says PO
6  Number.  That is the exact same number I just read
7  you to ending in 502 that is on page 4 of
8  Exhibit 5; is it not?
9      A.   Both numbers or whatever codes are the
10 same.
11     Q.   Thank you.  Now, does it show in this
12 Award Amounts that the obligated amount currently
13 is 2.2 million?  Do you see that?
14         MS. O'LEARY:  Are we back on Exhibit 5?
15         MR. DING:  I'm sorry.  Exhibit 5.
16 BY MR. DING:
17     Q.   Back on Exhibit 5 on page 4, the
18 Department of Justice purchase order page, does it
19 show that the current award amount is the
20 2.2 million?
21     A.   Yes.  I see that.
22     Q.   And that number under Potential Award
23 Amount several lines down, do you see it's
24 2,216,275.50, and that's consistent with the very
25 last page of invoices that we reviewed from

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 87 of 370

1  Exhibit 4.  The March invoice I received last
2  night has the same number.  Do you agree with
3  that?
4        MS. O'LEARY:  Object to form, just to
5  clarify what you mean by March and February.
6        MR. DING:  The March I received last
7  night dated March 19, 2025.
8        THE WITNESS:  I see that.  Those numbers
9  are the same.
10 BY MR. DING:
11     Q.   Now, under the Award History --
12     A.   By the way, when we are done with this,
13 I would like to take a break.
14     Q.   Yes, sir, no problem.  We'll be there
15 very soon.
16        Under the Award History, you see that
17 first entry modification, it says zero at the
18 first line there.  And then it's got an Action
19 Date 7/21/2022 and $100,000.  Are you with me?
20     A.   I'm with you.
21     Q.   Then there's a modification number.  The
22 first one says P1.  If you look under it, there's
23 additional P1, P2, 3, 4, P5 and 6.  Do you see
24 that?
25     A.   I do see that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 88 of 370

1      Q.   Now, if you scroll over to the right
2  under Action Type, does it say Change Order out
3  beside the one that says P1?
4      A.   It says that D column Change Order.
5      Q.   Is the change order the estimation
6  document you referred to earlier that's sent over
7  Department of Justice to get approval for
8  additional work, or is that a different document?
9           MS. O'LEARY:   Object to foundation.
10     A.   I believe it must be similar or the
11 same.  I don't know.
12     Q.   Who would know that?  Someone in your
13 office, admin, or the Department of Justice?
14     A.   I personally do not know if this is what
15 you say it is or not.
16     Q.   Turn to the next page.  If you want to
17 take a break now and then come back to the
18 exhibit, that's fine with me.  I may have more
19 than five minutes left on these last two pages.
20     A.   Take a break now.
21     Q.   That's fine.  Go off the record.
22     A.   Coffee is working.
23     Q.   Yes, sir.  Understood.
24          THE VIDEOGRAPHER:  We are off the record
25 at 1123.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 89 of 370

```
 1              (Recess from 11:23 a.m. to 11:32 a.m.)
 2              THE VIDEOGRAPHER:  We are on the record
 3     at 1132.
 4     BY MR. DEAN:
 5          Q.   Dr. Hennet, we've been going for about a
 6     couple hours, a little over two hours.  We had a
 7     couple breaks during the day.
 8              Have you discussed -- had any
 9     discussions with the Department of Justice lawyers
10     at all?
11          A.   We just chatted on things that have
12     nothing to do with the deposition.
13          Q.   Thank you.  Now, if you turn to, for the
14     record, page 5, the last two pages -- this is a
15     six-page document -- the last two pages, 5 and 6,
16     do you see recipient is identified at the top as
17     Papadopulos & Associates, Inc.?
18          A.   I'm confused about what is 6 because the
19     last two pages or double sided.
20          Q.   Yes, sir.
21          A.   And you say the last two.  So is this
22     one or this one?
23          Q.   I'm sorry.  Good point.  We'll just stay
24     on that page 5 for right now.  Do you see on page
25     5 at the top it says Recipient under the Active
```

Golkow Technologies,
877-370-3377                A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 90 of 370

1    Filter is S.S. Papadopulos & Associates do you see
2    that?
3         A.   I see that.
4         Q.   And do you see that in the center of the
5    page there, and it's the tap that's opened says
6    Contracts, and then it says Prime Award ID under
7    that?
8         A.   I see that.
9         Q.   And you see from there all the way to
10   the bottom of page 5, there's a list of different
11   award IDs for different contracts, and out beside
12   that is S.S. Papadopulos & Associates and an
13   obligated amount?  Do you see that?
14        A.   It says Obligations.
15        Q.   Thank you.  It says obligations and then
16   under that is Amounts; right?
17        A.   I see that.
18        Q.   If you turn to page 6, the next page,
19   the contracts continue with the same information
20   we had on page 5.  Do you see that?
21        A.   It appears to be a continuation of page
22   5.
23        Q.   If you go to page 7, do you see the same
24   where it lists the awarding agency as the
25   Department of Justice, the recipient, S.S.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 91 of 370

1  Papadopulos & Associates up at that top as far as
2  active filters?  Do you see that?
3        A.    I see that.
4        Q.    And on page 7 you see a list of awards,
5  prime awards for contracts with the Department of
6  Justice with the recipient S.S. Papadopulos &
7  Associates, and then there's an amount over in the
8  Obligations section next to each one of those
9  contracts?  Do you see that?
10       A.    Yes.  To make sure, page 7 is the one
11  before the last?
12       Q.    Yes, sir.  As a matter of fact, the very
13  first one listed there is that same one that we're
14  here about, which is our case, the award ID is
15  identified as 15JCIV22P502, which is the name
16  number you and I have looked at on the invoices
17  for your work on this litigation; right?
18       A.    It appears to be the same number, yes.
19       Q.    And the obligated amount are lining up
20  as the $2,216,275.50; right?
21       A.    That to my recollection is the same
22  amount, yes.
23             (Hennet Exhibit 6 was marked.)
24  BY MR. DEAN:
25       Q.    Now, I'll show you what I've marked as

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 92 of 370

1  Exhibit 6.  For the record, Exhibit 6 is an Excel
2  spreadsheet created by my office after clicking on
3  all of those contracts on all of pages that you
4  and I just went the over on Exhibit 5, and if you
5  see I've added the award ID number at the top.
6  I've added the column for Total Obligated Amount.
7  I've added the Award Date that's listed in the
8  government's database on USASpending.gov.  I've
9  added the Period of Performance start date column
10 and the end date, the Awarding Agency and the
11 Funding Agency, and they're all listed as
12 Papadopulos & Associates.
13          Do you see that Excel spreadsheet that I
14 created?
15     A.   I see the Excel spreadsheet.  I didn't
16 really follow everything you said.
17     Q.   I understand.  I'm just laying what
18 lawyers call a foundation so understand where this
19 document came from.  I created it based on the
20 information that's on the website for the
21 USASpending.gov.
22          Do you see that?
23     A.   Right here I have no possibility to
24 check that.
25     Q.   I understand that.  I'm representing to

Golkow Technologies,
877-370-3377                A Veritext Division               www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 93 of 370

1    you that the information on Exhibit 6 came from

2    the information on the website shown on Exhibit 5.

3    Okay?

4         A.    Okay.

5         Q.    Now, do you remember me asking you about

6    when you started doing work on this case?  Excuse

7    me.

8              Do you remember me asking you about when

9    you started doing any work associated with Camp

10   LeJeune?

11        A.    I believe you asked me a question like

12   that.

13        Q.    And you told me something along the

14   lines you couldn't remember the exact date, but it

15   was sometime you thought in 2005.

16        A.    Approximately, yes.

17        Q.    If you look at the second entry there,

18   do you see the one that ends in 66 in the first

19   yellow mark, Obligated Amount was $45,634.10 and

20   it said the period of performance start date was

21   11/30/2005 and that the awarding agency is the

22   Department of Justice?

23        A.    I see that.

24        Q.    And does that sort of refresh your

25   recollection about the approximate timeframe of

1  starting to do work with Papadopulos & Associates

2  at Camp LeJeune somewhere in November of 2005?

3          MS. O'LEARY:  Object to foundation.

4          THE WITNESS:  I have no clue if this

5  represents work done at Camp LeJeune or not.

6

7      (Questions on Exhibt 7 bound separately.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2   BY MR. DEAN:

3       Q.   Now, going back to Exhibit 6, the Excel

4   spreadsheet that I prepared and that first one

5   first yellow entry that you and I were just

6   talking about, does that now refresh your

7   recollection that the $45,634.10 under that award

8   ID DJJ6WENR010066, showing the awarding agency

9   Department of Justice and the recipient as S.S.

10  Papadopulos & Associates is the project for which

11  you first began working at Camp LeJeune in

12  November 2005 more likely than not?

13          MS. O'LEARY:  Object to foundation.

14          THE WITNESS:  I don't know.  It could

15  be.  I don't know.

16  BY MR. DEAN:

17      Q.   Fine.  If we go down, and I'm not going

18  to go into every single one of these, but do you

19  see a number of entries between 2005 and all the

20  way on the backside -- if you turn it over, you'll

21  see more entries that go through -- the last one

22  is listed as ending in 49 for $494,846 for some

23  work for the EPA with a start date of 9/30/2024?

24  Do you see that?

25      A.   I see that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 96 of 370

1      Q.   And if you total up -- before we go
2   there, the one for the Department of Justice that
3   we've been talking about, the last invoice page
4   number, Exhibit 4, remember we talked about there
5   was a $2,200,000 budget and we had used up about
6   1.9, and there was 178,000 or thereabouts left
7   over.  Do you remember that?
8      A.   I remember that if that's what you are
9   talking about, the last page of Exhibit 4.
10     Q.   If you turn over to page 2 of my
11  Exhibit 6, about the sixth entry there is where
12  the 15JCIV22P502 purchase order is listed and it's
13  got that amount we've been talking about,
14  2,216,275.50.  Do you see that?
15     A.   I see that.
16     Q.   The $2,216,275.50 is money that
17  Department of Justice has paid your firm or is
18  obligated potentially with a budget from July of
19  '22 to present?
20     A.   That's my understanding.
21     Q.   However, we know that the Department of
22  Justice and yourself started doing some work at
23  Camp LeJeune, like we've already discussed,
24  beginning in 2005; right?
25     A.   Yes.  Whether it began in 2005, about.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 97 of 370

1     Q.   Not a specific date.  There are amounts

2  there for the Department of Justice listed for

3  contracts, 45,634.  We can go to the next one.  It

4  says 40,000.  It was 2007 work.  Skip the next

5  one, it was EPA, and we go to some work that was

6  done for the Department of Justice in February of

7  2009.  That had a $440,096 payment, do you see

8  that, or obligation?

9          MS. O'LEARY:  Object to foundation.

10         THE WITNESS:  I see that.

11  BY MR. DEAN:

12    Q.   So the point I'm making, and you'll

13  probably agree now that we've gone through this,

14  the amount the Department of Justice has paid

15  Papadopulos & Associates for all of its work at

16  Camp LeJeune since 2005 is an amount in excess of

17  the current obligated $2,216,275.50.  Can we agree

18  on that?

19    A.   I do not agree in the sense that not at

20  all of the Department of Justice cases we're

21  talking about here have to do with Camp LeJeune.

22    Q.   I don't disagree with that.  But some of

23  these invoices and contracts, were they to be

24  produced, would show us, for example that very

25  first one, the 45,634.10 for the November 2005

1    work, it would show some of these that would be

2    work at Camp LeJeune more likely than not;

3    correct?

4              MS. O'LEARY:  Object to foundation.

5              THE WITNESS:  I don't know.  I don't to

6    admin, but probably.

7    BY MR. DEAN:

8         Q.   Now, if you turn to the second page,

9    just to finish up this line of questions, do you

10   see that all of the total obligated contracts that

11   are listed on my exhibit that I received the

12   information from USASpending.gov, part of the

13   federal government's website, shows that of all of

14   these agencies, Department of Justice, the EPA,

15   General Services Admission, Department of Energy,

16   are currently or in the past with a potential

17   total value of awards to your company of

18   $137,244,621.84 if my math is correct in column 3

19   on the second page?

20             MS. O'LEARY:  Object to foundation.

21             THE WITNESS:  If your interpretation is

22   correct.  My understanding is that does include --

23   most of those are not litigation projects.  I am

24   not involved, but I know that we work for the

25   Hanford site, for example.  And I know that we

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 99 of 370

1  work for EPA Region V.  I am not involved.  I know

2  that we do work for the government.

3          And over the yours, it has been maybe in

4  the 10, 15 percent of the business that my company

5  performs service for.  I personally am only

6  involved in a subset of those, and that would be

7  through the Department of Justice.

8  BY MR. DEAN:

9      Q.   So let me finish this up with this

10  question.  The total amount that's paid out for

11  all of those various contracts that you just

12  mentioned that has a potential subtotal award of

13  $137,244.621.84, as a shareholder, you would

14  financially benefit at some potential percentage,

15  whatever your share interest is, with whatever

16  those government contracts are that are paid by

17  these different agencies, including the Department

18  of Justice?

19          MS. O'LEARY:  Object to foundation.

20  BY MR. DEAN:

21      Q.   Whether you were involved that the

22  project or not, you would personally financially

23  benefit from all these projects; correct?

24          MS. O'LEARY:  Same objection.

25          THE WITNESS:  If the company does well,

1   I do well as well.  Like every employee, we all
2   participate.  But I want to make one correction
3   here.  A potential award is not the same as
4   basically what was actually done.
5   BY MR. DEAN:
6       Q.   Understood.
7       A.   And I'm not finished.  And the potential
8   award sometimes in some of those projects, not the
9   one that I have been involved in, includes
10  subcontracts that can be substantial because --
11  that's all I can say about that because I don't
12  know the details of all of those contracts.
13          (Hennet Exhibit 8 was marked.)
14  BY MR. DEAN:
15      Q.   Understood.  I'm going to show you
16  Exhibit 8.  I'm going to represent to you this is
17  the metadata from the billing production in this
18  case from you, and you see it indicates there the
19  Bates number is CLJA_SSPA_INVOICES_1 through 42.
20  Do you see that?
21      A.   At the bottom there I see that.
22      Q.   You see the file name for this
23  particular file was named by somebody 1817
24  invoices through 11125 without backup.pdf.
25          Do you see that.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 101 of 370

1      A.    I see that that.

2      Q.    What does backup mean?

3            MS. O'LEARY:  Object to foundation.

4            THE WITNESS:  I don't want to speculate,

5      but it seems that -- I don't know what it means.

6      It may be reflecting some notes.  For example, if

7      I enter -- today I will enter in my time sheet

8      eight hours, whatever it is, and say deposition or

9      something like that.

10     BY MR. DEAN:

11     Q.    You're not a computer person nor admin

12     person at the office, but someone would have those

13     backup records indicating what work was being done

14     and when that serve to create those invoices that

15     I previously showed you?

16     A.    I suppose so, yes.

17           (Hennet Exhibit 9 was marked.)

18     BY MR. DEAN:

19     Q.    I'm going to show you Exhibit 9.

20     Exhibit 9, you see that it's a January 2010

21     publication from the United States Department of

22     Justice, Executive Office for Attorneys.  Further

23     down, it appears to be some sort of a bulletin,

24     United States Attorneys bulletins of some sort.

25           Do you see that?

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 102 of 370

1        MS. O'LEARY:  Object to foundation.

2        THE WITNESS:  I don't know of some sort,

3   what you mean by that.

4   BY MR. DEAN:

5        Q.   Can we agree at least on the left-hand

6   side, it says January 10, Volume 58, Number 1,

7   under that United States Department of Justice

8   Executive Office for the United States Attorneys,

9   Washington, D.C., H. Marshall Jarrett, Director.

10  Then under it says, "Contributors' opinions and

11  statements should not be considered an endorsement

12  by EOUSA of any policy, program or service.  The

13  United States Attorneys' Bulletin is Published

14  Pursuant to 28 CFR Section 0.22(b)."

15       Do you see that?

16       A.   I see that.

17       Q.   Then at the top of the document, page 1,

18  it says Expert Witnesses.  Do you see that?

19       A.   Yes.

20       Q.   The first one says, "Considering the

21  proposed changes to Federal Rules of Civil

22  Procedure regarding expert witness discovery by

23  Adam Bain."

24       Do you see that?

25       A.   I see that.

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 103 of 370

1      Q.    Then under that it says, "Working With
2  Lawyers:   The Expert Witness Perspective, by Remy
3  J.C. Hennet, Ph.D."
4           Do you see that?
5      A.    I see that.
6      Q.    Did you participate and work at some
7  point in time to prepare a journal article for the
8  Department of Justice back in 2010 by that name?
9      A.    Yes.  I recall it was an invited paper,
10  and it was invited to be included in there.  I
11  don't remember exactly the detail of it.  I will
12  have to read it.
13      Q.    Do you see that on page 5 -- it's a
14  black and white document, but you can see there's
15  some highlights that's been added to the document.
16           Do you see that in the center about Rule
17  26 trial preparation, protection for
18  communications it party's attorney and expert
19  witnesses?
20           So you see that section?
21           MS. O'LEARY:  Just for the record,
22  you're referring to the graying as highlighting?
23           MR. DEAN:  Yes, ma'am.
24  BY MR. DEAN:
25      Q.    Do you see that grayed area?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 104 of 370

1      A.   I see some gray area, but I've not read
2  it yet.
3      Q.   I'll read it with you and read it for
4  you.  It says, "Rules 26(b)(3)(A) and (B) protect
5  communications between a party's attorney and any
6  witnesses required to provide a report under
7  26(a)(2)(B) regardless of the form of the
8  communications, except to the extent that the
9  communications (i) relate to compensation for the
10  expert's study or testimony."
11           Do you see that?
12      A.   I can read that, yes.
13      Q.   Now, if you turn to your section which
14  begins about page 14 of the document.  Down at the
15  bottom left-hand corner are the page numbers.  Do
16  you see that?
17      A.   I do see that.
18      Q.   Is this the section that you wrote,
19  which is about four pages long in January 2010
20  published in this bulletin?
21      A.   I take your word for it.  I mean, I know
22  I did contribute to this.  I don't see -- I have
23  not read it for more than 10 years I am sure.  So
24  I don't recall exactly what is in it, but it
25  appears to be what I contributed upon an

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 105 of 370

 1   invitation to contribute.

 2        Q.   And do you say in the first full

 3   paragraph on page 16, "The expert witness is often

 4   publicly stigmatized as ethically comprised

 5   considered by some as nothing more than hired

 6   gun"?

 7             Did I read that correctly?

 8        A.   You read that correctly.

 9        Q.   It goes on it says, "The stigma is borne

10   from misconceptions and from unavoidable human

11   nature.  The concept that anyone who charges which

12   high hourly rates would say anything to satisfy

13   the paying party along with a few well publicized

14   examples of professional misconduct server to

15   anchor the stigma.  In reality, the enduring

16   expert witness must demonstrate strong

17   professional and ethical conduct."

18             Did I read that correctly?

19        A.   You did.

20        Q.   Do you see at the next to last sentence

21   at the bottom, it says, "Opinions of the court and

22   transcripts of depositions and trial testimony

23   constitute a public record.  That record serves as

24   an effective quality control tool that lawyers and

25   the finders of fact can consult.  To succeed as an

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 106 of 370

1  expert witness, credibility and thoroughness have

2  to complement education and experience."

3          Did I read that correctly?

4      A.   You did.

5      Q.   If you turn to page 17, the next page,

6  and this is last page of your section, does it

7  say, "First, for expert testimony, it is important

8  to," and you listed a bullet point of a number of

9  things there, do you remember?

10         Do you see that?

11     A.   I don't remember, but I see that.

12     Q.   And then you've got, "Second, for a

13  successful lawyer-expert relationship, is

14  important for the expert to."  And can you read

15  into record the last bullet point that you wrote?

16         MS. O'LEARY:  Object to foundation.

17         THE WITNESS:  The blast bullet point

18  reads, "Keep track of the budget since it can be a

19  limiting factor."

20  BY MR. DEAN:

21     Q.   What did you mean by that?

22     A.   It is important for what I do as a

23  professional to make sure that the client is aware

24  of the degree of effort and cost of a project.  So

25  it is important to follow how much money is being

1    billed.  And some projects may have -- when you

2    have a budget, you have a budget.  And if you go

3    above budget, you may not be paid.

4        Q.   But you do believe and you wrote in your

5    article that it's important in order to maintain

6    your integrity as an expert witness that you're

7    thorough and provide truthful accurate information

8    in those situations?

9              MS. O'LEARY:  Object to foundation.

10             THE WITNESS:  Yes.  As an expert

11   witness, I just follow those ethical rules and

12   answer to the best of my recollections and

13   ability.  I am doing that here.

14             (Hennet Exhibit 10 was marked.)

15   BY MR. DEAN:

16       Q.   I'll show you what I'll mark -- I'll

17   show you Exhibit No. 10.  And we're going to use

18   the TV in just a second and try to get through

19   this, if we can, by lunch.  I don't know.  We'll

20   see if we can.  We're going to turn now to your

21   reliance materials list and supplemental materials

22   that you provided to the Department of Justice to

23   produce in this case in the last few weeks.  Okay?

24       A.   Let's see.

25       Q.   I'm going to show you Exhibit No. 10.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 108 of 370

1          MS. O'LEARY:  Is all of this 10?
2     There's several loose papers.
3          MR. DEAN:  Yeah.  I was going to make it
4     all one exhibit.  I'll go through and identify
5     just so it's clear on the record what we're doing.
6     BY MR. DEAN:
7          Q.   Do you see there's a cover letter from
8     Ms. O'Leary, dated February 25, 2025.  I'll read
9     into the record what it says.  It says, "Counsel,
10    pursuant to Federal Rule of Civil Production
11    Number No. 26(e)(1) & (2), the United States now
12    produces supplemental facts and data considered or
13    relied upon by Dr. Hennet."
14          Do you see that?
15          A.   I see that.
16          Q.   Now, do you agree with her, this is the
17    way she wrote the letter, that these are new facts
18    and new data that was considered by you after your
19    report?
20          MS. O'LEARY:  Object to foundation.
21          THE WITNESS:  I believe it relates to
22    what I did on February 11.
23    BY MR. DEAN:
24          Q.   Which is after your original report in
25    December of 2024?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 109 of 370

1     A.    That was after my expert report, yes.

2     Q.    And then the second part of Exhibit 10

3 is an errata sheet -- actually, it's a couple

4 pages -- that relates to some updates, changes or

5 corrections that you wanted to make to your report

6 footnotes.

7          Do you see that?

8          MS. O'LEARY:  Object to foundation.  I

9 have two pages of errata.  Am I meant to have two?

10          MR. DEAN:  I agree with that, one on the

11 25th and one on the 28th.

12 BY MR. DEAN:

13     Q.    Do you have the errata sheets there?

14     A.    I have Exhibit 10.

15     Q.    Hand it back to me, and I'll see if I

16 can help find where it's at in the group here.  At

17 the end there's two pages.  So there's three

18 sections to this.  Exhibit 10, first page, one and

19 two are two letters, February 25 and 28.  The

20 second section of Exhibit 10 is your supplemental

21 reliance materials list that came with these

22 letters.  The last thing is the errata sheets, two

23 pages of errata sheets that came with the letter

24 on the 28th.

25          MS. O'LEARY:  I object to foundation

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 110 of 370

1    there.  I don't think both errata came with the
2    letter, either letter from February.
3           MR. DEAN:  What's that?
4           MS. O'LEARY:  I don't think both errata
5    came with the letters from February.
6    BY MR. DEAN:
7        Q.  If you look on the backside of the first
8    page there, you'll see a second letter, dated
9    February 28, and then the last sentence says,
10   "Also produced are errata correcting citations to
11   Bates-stamped documents with the prefix."
12          Do you see that?
13       A.  Which date of which letter because I
14   don't know which page -- the second page.
15       Q.  Yes.
16       A.  February 28, 2025.
17       Q.  Does it say in the second sentence,
18   "Also produced are errata correcting citations to
19   Bates stamps"?
20          MS. O'LEARY:  Object to foundation.
21          THE WITNESS:  Bates-stamp documents with
22   the prefix.
23   BY MR. DEAN:
24       Q.  Errata sheets.
25       A.  So it's not full sentence you gave.  But

GolkowTechnologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 111 of 370

1   I can see what you say.

2        Q.   And do you see at the end of Exhibit 10,

3   the last two pages of Exhibit 10 are those two

4   errata pages?

5             MS. O'LEARY:  Object to foundation.

6             THE WITNESS:  The last -- you have one

7   page that is two sides and one page that is one

8   side.

9   BY MR. DEAN:

10       Q.   Agreed.

11       A.   And it is a three pages or four

12  depending on how you look at it.

13       Q.   But those are errata sheets that you

14  created subsequent to your report to make some

15  minor changes to some references in footnotes;

16  right?

17       A.   Appears to be, yes.  It appears to be

18  that.

19       Q.   Now, the other section of Exhibit 10

20  that I want to spend most of the time with you is

21  it titled Supplemental and Corrective Reliance

22  List.  Do you see that?

23       A.   I see that.

24       Q.   Did you prepare this document or someone

25  work with you to prepare the supplemental

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 112 of 370

1    corrective reliance list?

2         A.    My recollection is that it was -- I

3    delegated this could be done by a staff to

4    basically get those things with the errata

5    incorporated.  That's my recollection.

6         Q.    And it also was to list the photographs

7    and handwritten notes of February 11, 2025 when

8    you made that third visit, and those are listed in

9    here too as well; right?

10        A.    I do not know that.  You have to show me

11   where they are listed.

12        Q.    Sure.  Do you see on page 24?

13        A.    24 of the second section of the

14   four-section exhibit?

15        Q.    Exhibit 10, yes, sir.  Turn to page 24

16   at the bottom.  Do you see in the center it says

17   CLJA Photos SSPA 1 through 58, Bates stamps CLJA

18   Photos SSPA 1 through 52.

19        A.    I see that.

20        Q.    Is that photos you believe to be that

21   you took -- scratch that.  I'll show them to you

22   in a second.  Turn to page 28.

23        A.    Yes.

24        Q.    Do you see the last entry there is

25   called Hennet USA 1 through 96?

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 113 of 370

1      A.    I see that.

2            (Hennet Exhibit 11 was marked.)

3    BY MR. DEAN:

4      Q.    I'll show you Exhibit 11.  Do you see

5    that Exhibit 11 are your notes, sheets one and

6    two, you prepared it appears on February 11, 2025.

7    The Bates-stamp of this exhibit is Hennet_USA_34

8    and Hennet_USA_76.  Do you see that?

9      A.    I see that.

10     Q.    So that is part of the reason for the

11   supplemental reliance materials in addition to the

12   errata changes, was also to provide these updated

13   supplemental documents and data.

14            Do you see that?

15            MS. O'LEARY:  Object to foundation.

16            THE WITNESS:  I see that.

17   BY MR. DEAN:

18     Q.    Now, what we're going to do, just so you

19   know -- you can put that aside for the time being.

20   Let me ask a couple more questions.

21            We talked about it earlier, but the

22   supplemental reliance materials that are listed, I

23   noticed that pages 1 through the middle of page 22

24   you listed out a lot of different specific

25   materials.  You've provided whether it be an

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 114 of 370

1    author or whether it be a Bates-stamp, whether it
2    be a JTC Environmental Consultant report, you
3    listed out a lot of things individually on pages 1
4    through 22.
5              Do you see that?
6         A.   I see that.
7         Q.   Then the last, page 22 through 28,
8    there's a lot of documents listed, which appear to
9    be a lot of the production's Bates-stamps in this
10   case.
11             Do you see that as well?
12        A.   I see that.
13        Q.   I guess my question is to understand how
14   you may have prepared this list and did your work.
15             The first 22 pages where you
16   specifically list out things, are those all of the
17   documents, individual documents that you
18   specifically rely upon for your opinions in this
19   case?
20             MS. O'LEARY:   Object to foundation.
21             THE WITNESS:   Those are the documents
22   that I provide in support of my expert report plus
23   what you mentioned that I did after my expert
24   report.
25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 115 of 370

1    BY MR. DEAN:

2         Q.    February 11?

3         A.    February 11, yes.

4         Q.    The documents that are listed in pages

5    22 through 28, and I'll just give you an example,

6    if you look at page 23 and let's go down to the

7    third entry CLJA OCPL 1 through 12, do you see

8    that?

9         A.    I see that.

10        Q.    Can you tell me as you sit here what

11   specifically those documents are?

12        A.    I cannot.

13        Q.    If there's anything in there that's

14   important to your opinions and that you reviewed

15   and relied upon, it's going to be in the first 22

16   pages?

17             MS. O'LEARY:   Object to form and

18   foundation.

19             THE WITNESS:   I wouldn't agree with that

20   without seeing those other documents.

21   BY MR. DEAN:

22        Q.    Well, have you looked at every single

23   page of every single one of these groups of

24   millions of documents on pages 22 through 28?

25   Under oath, had you reviewed every single page of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 116 of 370

1  every single one of these productions?

2           MS. O'LEARY:  Object to form.

3           THE WITNESS:  No.  I didn't review every

4  page, but I basically went through a lot.  And I

5  may have missed some, but what was relevant to

6  what I did I basically...

7  BY MR. DEAN:

8      Q.   And you feel like you did a very

9  thorough review of all these materials that are

10 grouped together on pages 22 through 28?

11     A.   I did as best I could.

12          MS. O'LEARY:  Object to form.

13 BY MR. DEAN:

14     Q.   And those that you found that were

15 relevant to your opinions, you pulled them out and

16 you've listed them on the first 22 pages that are

17 cited in your report or referred to?

18     A.   I do not think that reflects that.  But

19 in the report itself, you have footnotes.  When

20 something is specifically relevant, I would cite.

21 Now, on the list of documents considered and/or

22 relied upon, I listed basically what I have.

23     Q.   Let's do this.  I don't know if we can

24 finish.  I doubt we can finish, but we're going to

25 try.  Your photographs.

1          Well, let me ask you this:  Is there
2    some new opinion you now have as a result of the
3    supplemental work that was done on February 12, or
4    does this information just support some of your
5    prior opinions?
6          A.    You mean February 11?
7          Q.    Yes, sir.  I'm sorry.
8          A.    No.  My opinions are unchanged.
9          Q.    So am I accurate that the work you did
10   you believe supports what you've already said.
11   You don't have any sort of new opinions?
12         A.    Support or confirm.
13         Q.    Did you create some new calculations to
14   confirm for support some prior opinions that you
15   expressed on or after February 11, 2025?
16         A.    I didn't do calculations per se, but I
17   just basically thought about what I observed on
18   February 11, especially under filling of the water
19   buffalo that I witnessed.  But I didn't write
20   anything or I did not calculate anything.
21   Otherwise, you would have obtained it.
22         Q.    So I've looked at the photographs, the
23   still photographs that you took, which we're
24   fixing to look at, and I think there was some
25   movies in there, some video.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 118 of 370

1           Do you remember that?

2      A.    You will have to show me.

3      Q.    Did you take all of those photos

4  yourself and record those videos, or did someone

5  else do it?

6      A.    On February 11 I believe I took all the

7  photographs.  It might have been that I passed the

8  camera to somebody if I was busy.  Can you take a

9  picture of that?  I do not recall that.  But on

10  the previous visit, because of what we were told,

11  I could not personally take photographs.  So I

12  would ask counsel to take photographs because I

13  wanted to have that basically as a document.

14      Q.    So all of these prior visits -- I won't

15  hold you to the specific.  We think it's about

16  three -- including February 11, there were

17  photographs taken either by yourself or at your

18  direction by counsel?

19      A.    I don't know if it was on every visit

20  because sometimes they'd say no photographs.  I

21  don't recall exactly what the circumstances were,

22  but they are not always the same.

23      Q.    We'll get to it in a minute, but you

24  clearly went in May of '24, and you clearly took

25  photos or someone did because they're in your

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 119 of 370

1    report.  Okay?

2         A.   Yeah, on that one, on that specific one,

3    I believe I had to ask counsel to take photographs

4    because I was not -- the name of the game was the

5    expert don't take photographs.

6         Q.   Did they then send those images -- they,

7    DOJ lawyer, whoever it was that took the photos,

8    did they then text or email you those digital

9    photos for the May '24 inspection if you didn't

10   take the photo?

11        A.   If I didn't take the photo?

12        Q.   Yeah.

13        A.   At some point I got them, yes.

14        Q.   And the photographs that you took on

15   February 11 using your phone, do you still have

16   those digital original native images?

17        A.   I don't remember taking them with my

18   phone.  I think I took them with a camera.

19        Q.   Do you still have that camera digital

20   photographs, original native files of the photos

21   you took that day?

22        A.   Well, I used the company camera, not my

23   personal camera, and that camera is used for

24   different projects.

25        Q.   I'm not asking about the camera.  I'm

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 120 of 370

1  asking the images, the Bates native images.  Do
2  you still have the native images of those photos
3  you took on February 11?
4          MS. O'LEARY:  Object to foundation.
5          THE WITNESS:  My recollection they were
6  downloaded and provided to counsel.
7  BY MR. DEAN:
8      Q.   So you don't have copies of these native
9  images?
10     A.   I think I do.
11     Q.   But, obviously, the Department of
12  Justice, you believe you provided the native image
13  files to them?
14     A.   My recollection, it would have been
15  electronic transfer of those photographs to them.
16          (Hennet Exhibit 12 was marked.)
17  BY MR. DEAN:
18     Q.   We'll call it Exhibit 12 is all of those
19  photos provided to us, whatever that date Haroon
20  provided them.
21          MS. O'LEARY:  I think just referencing
22  Exhibit 10, which has the supplemental and
23  corrected reliance list, we're talking about the
24  Bates-stamps HENNET_USA_1 through 96?
25          MR. DEAN:  Correct.  Like I said, I'll

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 121 of 370

1    just give you this.

2              MS. O'LEARY:  Is this a copy?

3              MR. DEAN:  Yeah.  I'm going to put them

4    on the screen.  Actually, I was going to put it

5    into the record, but for all of us, I'm going to

6    throw them on the screen and refresh his

7    recollection about all these photos.

8              So for the record I've given you

9    Exhibit 12, which are the photos and we're fixing

10   to show the witness.

11   BY MR. DEAN:

12        Q.   Now, do you see on the screen,

13   Dr. Hennet, a photograph dated -- with a

14   timestamp, date stamp of 2/11/2025 at

15   HENNET_USA_1?

16        A.   I recognize that photograph, yes.

17        Q.   That document was produced to me as a

18   .pdf.  I'm representing to you I don't have the

19   native file, but your representation to me is that

20   you personally took that photo and you took it on

21   February 11, 2025; right?

22        A.   That's what I recall, yes.

23        Q.   Now, whose hands are there?  One person

24   actually has got a booboo.

25        A.   It's not me.

GolKow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 122 of 370

1      Q.   Are your hands in that picture?

2      A.   I don't believe so.

3      Q.   Do you wear were cowboy boots?

4      A.   I didn't wear cowboy boots that I

5 recall.

6      Q.   Do you know who's wearing the brown

7 cowboy boots and the gray pants?

8      A.   I do not know.

9      Q.   Do you know who person is kneeling down

10 with the blue jacket, tan pants and brown boots

11 holding something?

12      A.   That was a person.  I don't see his

13 face.  But that was a person who helped doing

14 those measurements because you cannot take those

15 measurements alone.

16      Q.   There's a rope there and there's a

17 person holding to the left with a bandage on their

18 left thumb.

19      Do you see that?

20      A.   I see a bandage on somebody's hand?

21      Q.   And that's not your hand?

22      A.   That's not my hand.

23      Q.   Now, there's a person standing back, and

24 all I can see is two feet or two boots.

25      Are those boots you were wearing that

 1  day?

 2        A.    I don't think so.

 3        Q.    So you're not in this photo?

 4        A.    I am not in the photo, but I was there.

 5        Q.    So we got at least one, two, three,

 6  four, five people at least were the there on

 7  February 11, 2025.  Four are shown in the photo in

 8  some manner, and you're off to the side somewhere;

 9  is that correct?

10        A.    The people who were there as I recall

11  were basically myself, counsel.  And then there

12  was three, four, five people who work at the water

13  treatment plant that were basically there to

14  assist.  And I asked them questions.

15        Q.    What does that photo show?  What is the

16  purpose of that photo?

17        A.    The photograph is at the water Hadnot

18  Point water treatment plant treatment next to a

19  spiractor effluent to the left.  That structure

20  that is covered with some metals there, that's the

21  head of the spiractor at that plant.

22              Now, what is represented on the

23  photograph we needed to use certain tools in order

24  to be able to estimate through measurement certain

25  distances, and the distance we wanted to measure

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 124 of 370

1    was the distance between a reference point, which
2    was that metal bar that was basically held on each
3    side of the spiractor effluent area at the level
4    that was basically making the bar always
5    horizontal.
6              And then we had to measure a distance
7    between that bar and the top of the effluent pipe
8    in the spiractor.  And the spiractor, at the time
9    could do that because the spiractor was not
10   online.  So it didn't have water in it.  So we
11   could see the pipe and we could measure things.
12             So the way to do that was to use that
13   bar and then in order to be able to get that
14   distance, you could not go there physically
15   because it would have been a complicated thing to
16   do.  You could not go there physically as a
17   person.  So we used a rope, that rope there, to
18   basically position it where we wanted it to be
19   positioned, vertically, to give a distance between
20   the bar, the top of the bar in this case here, and
21   what we wanted to measure, which was the top of
22   the effluent pipe.
23             And then we could bring -- we did bring
24   the rope, if you wish, and the bar back, and we
25   measured that distance that way because we could

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 125 of 370

1  not do it directly.  It would have been involved

2  getting into a system which would -- we were not

3  prepared to do and would be extremely complicated

4  to do.

5      Q.   Maybe not the safest thing to do either;

6  right?

7      A.   It would not have been a safe thing to

8  do.

9      Q.   So the spiractor that you were doing

10  this measurement there from top to bottom, I

11  believe you mentioned or said that it was empty,

12  it was dry, there was no water in.

13      A.   There was no water in it, yes.

14      Q.   You're at Hadnot Point water treatment

15  plant; right?

16      A.   That's correct.

17      Q.   Did you take a look -- did you do any

18  research before you did this experiment?  I say

19  experiment.  I didn't mean to use that word.

20          Before you did these measurements and

21  went to do the work, whatever it was you did that

22  day on February 11, did you do any work to

23  research or look at any design drawings or

24  research anything about the history of the

25  equipment that you were there measuring?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 126 of 370

1      A.   I looked at documents.  Among those

2  documents were drawings, but the drawings were not

3  providing me what I wanted to evaluate directly,

4  at least the drawings I was looking at.

5      Q.   Where are these drawings that you were

6  looking at?

7      A.   In the records, I believe.

8      Q.   Can you give me -- do you know what the

9  dates of those design drawings were that you're

10  referring to?  Do you know where they were right

11  now as you sit there today?

12          MS. O'LEARY:  Object to form.

13          THE WITNESS:  I do not know.  They're in

14  the record.

15  BY MR. DEAN:

16      Q.   Are they in your office?

17      A.   I don't know.  They're in the record.

18  So the records, I have access to the records.

19      Q.   I need to identify what those records

20  are is what I'm trying to get you to help me do,

21  and we don't have to do it today if you don't

22  remember.  But do you have a copy back at your

23  office of these drawings you were looking at

24  before you went to do this work on February 11?

25      A.   We have access of them.  I believe so.

1   It will be in the record.

2       Q.   How many pages were they?

3       A.   I do not know.

4       Q.   Do you remember anything about the dates

5   of the documents?

6       A.   I do not know.

7       Q.   So other than looking at an unidentified

8   yet design drawing or two, did you do any other

9   work to ascertain the -- any historical

10  maintenance, installation or anything like that

11  related to the equipment you were measuring?

12          MS. O'LEARY:  Object to foundation.

13          THE WITNESS:  What I did is basically

14  looked at schematics of the spiractors.  And that

15  didn't change over time to whatever I saw.  It was

16  the same type of spiractors.  And there is nothing

17  that I found in the records that say that would be

18  a different type or that would have been changed.

19  Spiractors are the spiractors, and they have to

20  fit the bill in the sense that they are very

21  large, very large volume for treatment that

22  basically have to fit the plumbing of the a plant.

23  BY MR. DEAN:

24      Q.   Understood.  And you remember and it's

25  listed in your reliance materials that AH

GolkowTechnologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 128 of 370

1  Environmental in 2004 did some of these similar,

2  if not same, measurements you're talking about?

3      A.   I don't think that's correct.  AH did

4  not do any measurement.  They just looked at stuff

5  and they estimated.

6      Q.   So you don't think AH Environmental

7  measured the spiractors like you did and similar

8  equipment back then 20 years ago?

9      A.   They did not.

10      Q.   Let's go to photo 2.

11          What is the basis or why do you think or

12  what do you rely upon to say that AH Environmental

13  did not do some of these same measurements on

14  certain equipment like you did in 2004?  What are

15  you relying on?

16      A.   The AH report.

17      Q.   And you don't remember anything in my

18  report that relates to their doing any

19  measurements?

20          MS. O'LEARY:  Object to foundation.

21          THE WITNESS:  What I recall is a report

22  that say visual estimate.

23  BY MR. DEAN:

24      Q.   Just a different angle, page 3?

25      A.   Yes.  This is just another angle.  And

1  if you see the opening into the spiractor, it's

2  that little basically rectangular opening there to

3  the left.  And that's one of the complication with

4  the Hadnot Point spiractors.  They are covered

5  with basically a metallic protection cover.

6          MR. DEAN:  Give me about seven more

7  minutes -- it will be at a quarter till -- and see

8  if I can get through this or not.  Then we can

9  take a break till about -- 45 minutes or so?

10          MS. O'LEARY:  Are you okay?  Do you need

11  a break?

12          MR. DEAN:  It will be about seven or

13  eight minutes.

14          THE WITNESS:  I can do seven minutes.

15  BY MR. DEAN:

16      Q.   Next page.  What is shown on page

17  HENNET_USA Bates-stamp 4, and why are you taking

18  that photo?

19      A.   This photograph is basically taken from

20  the other side of the spiractor, which has a

21  bigger, a larger opening.  You saw on the previous

22  photograph you have a smaller opening on one side

23  and a larger one on this side.

24          On here you can see the interior of the

25  spiractor, no water.  And what you are seeing in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 130 of 370

1    the middle of the photograph is a spiractor
2    effluent pipe.
3         Q.   And you say no water.  How can you look
4    at this photo and tell there's no water?
5         A.   I am telling you there is no water.  If
6    there was water, you would see because the water
7    when the spiractor is online is all the way to the
8    rim of that pipe.
9         Q.   Was there any water inside that pipe?
10        A.   Can you repeat that, please?
11        Q.   Is any water inside the effluent pipe?
12        A.   No.
13        Q.   The ruler there, again my eyes are
14   getting bad as I age.  I can't read the ruler
15   there, the yellow ruler.  Can you read it?
16        A.   Maybe on another photograph you can.  It
17   was very difficult to measure this.  I noticed
18   that in my notes.  And what we're trying to do
19   here was without going into this dangerous place
20   is basically to measure the distance between the
21   horizontal bar and the rim of the spiractor
22   effluent pipe.
23        Q.   Why is that?
24        A.   Because another measurements was to
25   measure the distance between the horizontal bar to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 131 of 370

1  the top of the pipe.  That would be to the left of

2  this.  The pipe basically doesn't come as much

3  further out there.

4       Q.  Can we go back one photo, please.  Go

5  back one more.  We'll come back to that.  We'll

6  come back to that.

7           On photo 1, Bates-stamp 1, we can see --

8  it's a little blurry, but you can read those

9  numbers.  It looks like the gentleman's thumb on

10  the right side is somewhere around -- is it 28 or

11  not?

12      A.  I think it was 28.

13      Q.  Is that important that number 28, or is

14  there some other important number?

15      A.  Yes, it is.

16      Q.  Why is the 28 important?

17      A.  Because that's the distance, the total

18  dance between the bar, the horizontal bar and the

19  top of the pipe where it becomes -- after it

20  finishes curving, if you wish.

21      Q.  And the bar, is he holding it level or

22  not?

23      A.  Not here because now we removed it from

24  the spiractor environment.  But when it was in the

25  spiractor environment where we deployed the roll

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 132 of 370

1    there, there it was horizontal because it was held

2    on both sides at the same level.  And you can see

3    the level on the rim of the spiractor itself

4    because it is marked by the water.

5         Q.   Did you measure that?

6              MS. O'LEARY:  Object to form.

7    BY MR. DEAN:

8         Q.   So when this was inside the spiractor

9    like you're referring to, was there a measurement

10   there so you would know the 28 inches here is

11   correct?

12             MS. O'LEARY:  Object to foundation.

13             THE WITNESS:  Yes.  When it was inside,

14   it was the rope that was used because we could

15   bring the rope there and basically have it

16   suspended on the metallic horizontal bar to touch

17   the top of the pipe.

18   BY MR. DEAN:

19        Q.   Do you have the rope that's shown on

20   page 1?

21        A.   Do I have the rope?

22        Q.   You used that rope as a part of this

23   experiment or measurement and that was a vital

24   piece of your tools that day to get this

25   measurement; right?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 133 of 370

1          MS. O'LEARY:  Object to foundation.
2    BY MR. DEAN:
3          Q.    Right?
4          A.    The rope was provided by the base
5    personnel.
6          Q.    I understand that.  My question, it was
7    important for you to use a vital piece of tool to
8    get the measurements.  That rope was the one
9    pieces of it?
10         MS. O'LEARY:  Object to form.
11         THE WITNESS:  Yes.  That rope was
12    selected because it's not a rubber band.  It is
13    basically something that will give you an
14    estimate, a measured estimate of a distance.
15    BY MR. DEAN:
16         Q.    Did you conduct a measurement to
17    determine what the elastic characteristics of that
18    rope was before you used it other than visual and
19    yourself?
20         MS. O'LEARY:  Object to foundation.
21         THE WITNESS:  It's held the hope in my
22    hand and said that's fine.
23    BY MR. DEAN:
24         Q.    Did you take possession of that rope
25    when you left doing this?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 134 of 370

1      A.    The base has possession of that rope.

2      Q.    Who on the base has possession of that

3  rope right now?

4      A.    The water treatment plant personnel.

5      Q.    Have you seen that rope since

6  February 11, 2025?

7      A.    I didn't go to the base since then.  So

8  the rope is there.  I didn't see it since then.

9      Q.    Did you ask anybody that day when you

10  were talking to the personnel there at the water

11  treatment plant, did you ask them to preserve that

12  rope?

13      A.    I did not ask them to preserve the rope.

14      Q.    Have you ever since 2005, which we

15  believe was maybe some of the first time periods

16  you started doing a little work at time Camp

17  LeJeune, for the last 20 years, have you ever

18  observed Hadnot Point water treatment plant

19  operations on and water in that spiractor?

20      A.    Yes, I have.

21      Q.    When was that?

22      A.    For this case, the times I went to the

23  base, every time I went there.  And the spiractors

24  that I observed at the time were actually online.

25      Q.    When was that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 135 of 370

1      A.   I went one time in 2024 and I believe I

2  went one time in 2023.

3      Q.   Did you take any photographs of the

4  spiractors and the operations?

5      A.   On the 2024 I didn't take pictures, but

6  some pictures were taken by counsel.

7      Q.   These same spiractors were there in

8  2024, is that what your testimony is?

9      A.   Yes.

10      Q.   And did you conduct any measurements

11  when you were there in '24?

12      A.   I did not.

13      Q.   Was that rope there in 2024?

14      A.   Not where you see on the picture.  It

15  was not there.  I don't know if the base had that

16  rope or not.

17      Q.   When you were there in '24, you had some

18  DOJ attorneys with you; right?

19      A.   Yes.

20      Q.   Did you have some of the well men, some

21  of the well operations people there with you as

22  well?

23           MS. O'LEARY:  Object to foundation.

24           THE WITNESS:  The best I recall, some

25  people from the water treatment plant were there

1    when we visited.

2    BY MR. DEAN:

3        Q.    And in '24, did you have a cell phone

4    with you?

5        A.    Probably.

6        Q.    Did you have a camera with you?

7        A.    I did not have a camera with me because

8    we were told pictures will not be taken by us.

9        Q.    But pictures could be taken by base

10   personnel, which they did?

11       A.    Not base personnel.  It was counsel.

12       Q.    Did you ask the DOJ lawyers in '24 if

13   you could do these measurements you did in 2025

14   when you were there in '24?

15       A.    Could not have done those because you

16   need some preparation to do this.  It's

17   complicated.  On top of it, we were on a site

18   visit with several people, other experts, counsel,

19   several counsel.  And the purpose of the site

20   visit was not to do measurements at the spiractor.

21   I do recall that -- and I could not have done this

22   measurement there because I would not have had

23   what I needed to do them.  Now --

24       Q.    After you were there in 2024 through

25   February 11, 2025, did you make -- during that

GolKow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 137 of 370

1    timeframe, May of '24, February 1, 2025, did you
2    ever make any request for an additional visit --
3    excuse me.  Strike that.
4              Between May of '24 and when you issued
5    your report on December 9, 2024, did you make any
6    request of the DOJ or the Marines to go back to
7    the base to do measurements?
8         A.   Through counsel I did.  And I want to
9    add that during the 2024 visit, unexpectedly there
10   was a spiractor on the truck bed, that was on a
11   truck bed.  That was at the Holcomb Boulevard
12   water treatment plant.  And when I saw that, I
13   said, well, it is there.  It's not going to be
14   there forever.  And I asked counsel to take some
15   photographs of that spiractor effluent pipe using
16   a Metro card as a scale.
17             I have a Metro card.  I know exactly the
18   distance of it.  And I used that as a scale on the
19   spiractor and had counsel take photographs of
20   that.  So that's one.
21             Second, I did through counsel ask if the
22   base could measure the distance that I am talking
23   about here, that measurement that is important for
24   parameters that is used in volatilization
25   calculations.  And I did on one spiractor effluent

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 138 of 370

1  pipe at Holcomb Boulevard.  And they provided me

2  with a measurement.  It was much easier to do that

3  at the Holcomb Boulevard water treatment plant

4  because the spiractor there are not covered with

5  this metallic cover that you have at the Hadnot

6  Point water treatment plant.

7      Q.  Two more points.  Then we'll take a

8  break.

9          So you did think about the need to do

10 the measurements you did on February 11, 2025 when

11 you saw the effluent pipe over at Holcomb

12 Boulevard; right?

13     A.  The reason why --

14     Q.  Let me go slowly through this and, if

15 you could, you did think about the need to do some

16 of these measurements that you ultimately did on

17 February 11, 2025 back in May of '24 when you saw

18 the effluent pipe on the back of the truck, but

19 you were at Holcomb Boulevard and you did some

20 measurements there; right?

21     A.  Yes.  That was an opportunity.  I did

22 that.

23     Q.  Didn't have the equipment, didn't what

24 you needed or circumstances weren't right for you

25 at the time May of '24 and you went back and did

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 139 of 370

1   it February of '25?

2       A.   Yes.  And reason I went -- that's one of

3   the reasons I went back on February 11, 2025.

4   It's because of what Dr. Sabatini basically in

5   some sense rebutted my report on some aspect of

6   it.  In his estimates, he relied on a fall height,

7   which is a very important parameter for

8   calculating the losses that AH report basically

9   provided as a visual estimate.

10             And I was in some sense criticized

11  because the measurement I had was not measurements

12  for Hadnot Point water treatment plant.  They were

13  measurements for the Holcomb Boulevard water

14  treatment plant spiractor effluent pipe.  And you

15  have two such measurements.  You have the one that

16  was on the truck bed.  Basically I was there when

17  that was done.  And later on, I had requested

18  through counsel that the base perform a

19  measurement on the spiractor pump, and I provided

20  that to me because I did it.

21      Q.   When you took those photographs, and

22  they're in your report, we're going to go over

23  them a little bit after lunch.

24             On the pipe that you saw, the effluent

25  pipe that was in truck bed over at Holcomb

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 140 of 370

1  Boulevard and you saw it, I guess it had been used

2  and it had been removed and it was in spare parts

3  or to be discarded area or something like that;

4  right?

5       A.   That's my understanding on the truck

6  bed.

7       Q.   Did you do any work, see if had any

8  serial numbers to ascertain how old it was?  Did

9  you do any metallurgy work on it, anything to

10  ascertain how old that particular pipe was?

11      A.   I didn't see anything that would allow

12  me to do that.

13      Q.   Do you even know if that pipe had

14  actually been used in the past?

15      A.   That pipe obviously had been used.

16      Q.   Why do you say obviously?  Because it

17  was sitting in the back of a pickup truck in a

18  base salvage area.  How do you know where it came

19  from?

20           MS. O'LEARY:  Object to foundation.

21           THE WITNESS:  Two things.  The pipe had

22  been obviously used because it was encrusted, if

23  you wish, with deposits, which is typical of all

24  the spiractor pipes that I've seen in place.  That

25  was one.  And the second point is I was told at

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 141 of 370

1    other times that it came from the Holcomb
2    Boulevard.
3    BY MR. DEAN:
4         Q.    Did someone show you where it was before
5    it went in the truck bed when it was actually
6    functioning?
7         A.    No.
8         Q.    Did you ask anybody where that pipe came
9    from specifically?
10        A.    I came from the plant.
11        Q.    Which plant?
12        A.    The Holcomb Boulevard plant.
13        Q.    What do you base that on?
14        A.    That's what I was told.
15        Q.    By who?
16        A.    The people from the water treatment
17   plant.
18        Q.    What was that person's name?
19        A.    I do not know that person's name.
20        Q.    Did you make a record of that person's
21   name so if you need to go back to confirm
22   anything, you'd have his or her information?
23        A.    I did not.
24        Q.    That pipe could have equally come from
25   Hadnot Point, been on the back of a truck, and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 142 of 370

 1  they parked it back there behind Holcomb
 2  Boulevard, couldn't it?
 3          MS. O'LEARY:  Object to foundation.
 4          THE WITNESS:  I was told it was from
 5  Holcomb Boulevard.
 6  BY MR. DEAN:
 7      Q.   But to be fair and reasonable with me,
 8  you don't know, you didn't see where it came in
 9  from.  It could have come from Hadnot Point as
10  well?
11          MS. O'LEARY:  Object to form.
12          THE WITNESS:  It was on the bed of a
13  truck, and that's all I can tell you.
14          MR. DEAN:  Let's take a lunch break.
15          MS. O'LEARY:  Before we go off record, I
16  just wanted to note that Exhibit 7, which was the
17  email, I understand from colleagues who's looked
18  into this, we agree that this one was not among
19  the group where we requested the clawback, but
20  that was an oversight.  We think it was missed
21  because of the sort of thread nature.  And we
22  assert privilege over Exhibit 7.
23          MR. DEAN:  So let's do it this way.
24  Let's mark that section of the transcript
25  confidential.  And let's note on the record when

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 143 of 370

1    we don't agree with you, but we'll deal with it

2    later.  And we'll mark that document pursuant to

3    your request it be considered privilege and we

4    won't share it outside.  We probably won't even --

5    let's remove Exhibit 7.  Exhibit 7 will not be

6    attached to the transcript until this issue is

7    resolved.

8              THE VIDEOGRAPHER:  We are off the record

9    at 1255.

10             (Recess from 12:55 p.m. to 1:47 p.m.)

11             THE VIDEOGRAPHER:  We are on the record

12   at 1347.

13   BY MR. DEAN:

14        Q.   Let's go back to Exhibit 11, your notes.

15   It should be in there Exhibit 11.

16        A.   Got it.

17        Q.   Now, as we go through this, if you want

18   me -- I'm going to throw some photos -- we're

19   going to go back through the photos at some point

20   in time.  But what I'm saying is if you feel like

21   it would be better for me to throw one of these

22   photos up for you to illustrate what you're doing

23   here, just tell me.

24        A.   I will.

25        Q.   We may jump around a little bit too

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 144 of 370

1  because I don't have photos of water buffalos up
2  here yet.  But let's go to item number two.
3  Explain to me -- it says spiractor effluent pipe.
4  That's a good photo to use?  Tell me.  If not,
5  I'll find a different one.  Tell me what your
6  notes say in No. 2 and how that information
7  supports your opinions.
8          MS. O'LEARY:  For the record, that's in
9  Exhibit 11.
10          MR. DEAN:  Correct, Exhibit 11.
11          THE WITNESS:  So item two on Exhibit 11
12  is basically an explanation of the result of the
13  estimated measurements that I performed on
14  February 11, 2025 at the HP WTP, HP water
15  treatment plant spiractor effluent pipe.
16  BY MR. DEAN:
17      Q.  So which pipe -- so we're clear, you
18  appear to be taking some measurements.  You've
19  recorded some measurements here.  Which pipe are
20  you measuring the 14-1/2 to 15, the 24 to 18?  Is
21  it at Hadnot Point?  Is it the one that was --
22  which pipe are you measuring?
23      A.  This is specifically related to Hadnot
24  Point and the photographs that we have looked at.
25      Q.  So you're measuring that pipe in photo

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 145 of 370

1    Hennet 4 dated 2/11/25?

2         A.   That's correct.

3         Q.   Is that a good photo for you to use

4    to -- let me tell you what I'm trying to figure

5    out, and I don't care how we do it, whatever is

6    most convenient and quick for you and me both.

7    I'm trying to find a photo that can demonstrate

8    what you're doing in number two.

9              MS. O'LEARY:  And that's on Exhibit 11?

10             MR. DEAN:  On Exhibit 11.

11             MS. BAUGHMAN:  Kevin, for the record

12   what you're showing now is No. 8?

13             MR. DEAN:  Is HENNET_USA_8.

14   BY MR. DEAN:

15        Q.   So eight is one possibility.  Stop me if

16   you see a photo that you think might help us

17   illustrate what you're doing in No. 2.

18        A.   This is a photograph that I took.

19        Q.   We're looking at HENNET_USA_38 taken

20   2/11/25.

21             My question is:  Do that help

22   illustrated the measurements that you're showing

23   on Exhibit 11 under item No. 2?

24        A.   Yes, it does.

25        Q.   And what does it show?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 146 of 370

1      A.    It is basically a measurement of the

2    diameter of the effluent pipe.

3      Q.    And is that effluent pipe that you're

4    measuring there at Hadnot Point water treatment

5    plant?

6      A.    Yes.

7      Q.    And did you inspect -- first of all, did

8    you ask anybody when that particular pipe was

9    installed?  Did you get any history from anyone?

10     A.    Nobody knew.

11     Q.    Did you ask?

12     A.    Yes, I did.

13     Q.    Did you look at any documents to

14   ascertain when that effluent pipe extension or end

15   was installed?

16     A.    I found no information as to this

17   particular pipe installment.

18     Q.    Did you look at the pipe to see if it

19   had any markings on it, serial numbers, markings,

20   where it came from, anything like that, to give

21   you any information about its era?

22     A.    There is no such information that I

23   could see.

24     Q.    Again, do you have a better photo?  Is

25   that is the best photo angle?  Because of where

1    you were situated, I understand it was a safety

2    issue.  You didn't have the ability to shoot

3    straight down, did you?

4         A.   I did not have that ability.

5         Q.   So you're measuring the inside diameter;

6    is that fair?

7         A.   That's correct.

8         Q.   And so the 14-1/2 to 15-inch measurement

9    that you're doing there is the inside diameter

10   best estimation just because you can't see

11   straight down?

12        A.   Right.  It is the best measured estimate

13   of the diameter of the effluent pipe.

14        Q.   Now, see if we can get this other

15   measurement photo.  You were measuring -- is this

16   the same pipe at a different angle?

17             MS. O'LEARY:  For the record, this is

18   82.

19             MR. DEAN:  I'm sorry.

20   BY MR. DEAN:

21        Q.   I'm showing you, Dr. Hennet,

22   HENNET_USA_82 showing that you took it on 2/11.

23             Is that the same you pipe or a different

24   pipe than the photo we saw before?

25        A.   This is the same pipe.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 148 of 370

1      Q.   And what is purpose of the measurement
2  in the photograph 82, page 82?
3      A.   It's to obtain measurement -- measure
4  estimate of the distance between the top of the
5  metallic bar, the horizontal bar, to the rim of
6  the effluent pipe.
7      Q.   And is that shown on your -- your
8  interpretation or your measurement estimate, is it
9  shown in Section 2?
10          MS. O'LEARY:  Exhibit 11.
11  BY MR. DEAN:
12      Q.   On Exhibit 11.
13      A.   It is not shown on Exhibit 11, but that
14  was measured in order to have dimensions for the
15  pipe, per se.  This is the distance from the
16  reference bar to the rim.
17      Q.   And what's the inside diameter of the
18  horizontal part of the pipe?
19      A.   The inside -- I couldn't measure that
20  part, but having observed the other effluent pipe
21  that was from the Hadnot Point treatment plant,
22  the pipe is actually -- the diameter appears to be
23  actually a little bit smaller away from this area
24  that you have on the photograph and maybe further
25  away than what even you can see on the photograph.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 149 of 370

```
 1        Q.   So this is a Hadnot Point spiractor
 2   tube, right, pipe?
 3        A.   This one is at Holcomb Boulevard water
 4   treatment plant.  That photograph was not taken by
 5   me.
 6        Q.   Who took that a photo?
 7        A.   Base personnel upon my request.
 8        Q.   We're looking at CLJA_USMC_spiractors 2,
 9   and you believe that photo was taken at Holcomb
10   Boulevard?
11        A.   Yes.  It was taken at Holcomb Boulevard.
12        Q.   That pipe, the effluent pipe and the
13   supply pipe at the bottom where they come
14   together, they're the same size appear in this
15   photo?
16        A.   Yes, they do.
17        Q.   Where is that photo, HENNET_USA_9,
18   taken?
19        A.   This one was taken at the Hadnot Point
20   water treatment plant.
21        Q.   And did you measure -- so is this the
22   same pipe that you measured the inside diameter of
23   the top of the spiractor?
24        A.   That is the same pipe that we looked at
25   before, yes.
```

1       Q.    Did you measure the section of the pipe,

2    the supply pipe that comes to the curved spiractor

3    end?

4       A.    No.   What I measured was the distance

5    between the top of the horizontal bar to the top

6    of the pipe at that location with a rope that we

7    discussed before, and then I measured the length

8    of that distance.

9       Q.    I understand that.   If I also remember

10   for the record, I mean, all this stuff was empty,

11   dry?

12      A.    Everything was dry.

13      Q.    But what I was trying to figure out is

14   what is your belief the diameter of this pipe is

15   right here?   It looks like to me it's PVC of some

16   court.

17      A.    It is not PVC.

18      Q.    The two pieces are assembled in this

19   little area here with the crease; right?

20      A.    That's my understanding, yes.

21      Q.    Did you measure the diameter of the

22   first part of the pipe that's coming out of the

23   wall?

24      A.    No.   I could not do that.

25      Q.    So you don't have any idea of the size

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 151 of 370

1  of this pipe that's supplying the effluent pipe

2  ending piece there?

3        A.    That portion of the pipe doesn't supply.

4  It is an exit.  So the water enters the effluent

5  pipe from the rim you see there, and it goes by

6  gravity that way (indicating).

7        Q.    Do you know when the spiractor is active

8  what the level of water would be in the effluent

9  pipe horizontally?

10       A.    That was estimated in the AH report as

11  approximately 6 inches.  That would be called the

12  tail end water height.

13       Q.    Can you show me -- I've got on the

14  screen -- I'm showing you HENNET_USA_10.  Can you

15  tell me the purpose of that measurement?

16       A.    This measurement is a measurement of the

17  distance between the top of the water reservoir to

18  basically vent, exit.

19       Q.    I cannot -- is there some reason someone

20  didn't take the photo so you can see the

21  measurement of the pipe clearly?

22       A.    I think there are photographs that show

23  that.

24       Q.    But that particular one you can't tell

25  the exactness of the measurement, can you, in that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 152 of 370

1   angle?

2        A.   You can make a fair guess, but I think

3   you have a better photograph of that particular

4   vent pipe.

5        Q.   I'm showing you HENNET_USA_11.  Do you

6   know what the purpose of that photo is and what's

7   going on there?

8        A.   This is -- this was explained to me to

9   be the treated water after it comes out of the

10  sand filters, treated water.

11       Q.   I'm not following.  Is this an

12  experiment?  A demonstration.  First of all, let

13  me ask you this:  Where was photo taken

14  HENNET_USA_11?

15       A.   It is inside the Hadnot Point water

16  treatment plant.

17       Q.   Did you turn the water on?

18       A.   No.  The water is the always on.

19       Q.   The water is always on.  And that vial

20  that's being filled up, was it always there?

21       A.   I do not know.

22       Q.   Did you put the vial under the water

23  faucet?

24       A.   I did not.

25       Q.   So do you know why that is there at all

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 153 of 370

1    from any water supply reasons?

2           A.    I do not know the reason for the

3    (indecipherable) to be there.  I do not know.

4           Q.    Does this have anything to do with any

5    of your opinions other than it's just an

6    observation when you were in the treatment plant?

7           A.    I took these photographs because it was

8    explained to me this is where the treated water,

9    after it comes out of the treatment, that's where

10   the samples are taken.  That's why I took that

11   picture.

12          Q.    We're looking at HENNET_USA_7.  Is that

13   okay size-wise?  Can you tell me what HENNET_USA_7

14   is or the purpose of the photo?

15          A.    This is an open area that was open for

16   me of the finished water reservoir at the Hadnot

17   Point water treatment plant.

18          Q.    And is this season normally covered up?

19          A.    Normally that door is closed, yes.

20          Q.    And where is the normal water level?

21          A.    The water level for the reservoir

22   fluctuates I was basically informed of by about,

23   if I recall, 4 feet per day up and down.

24          Q.    So when you measured it at whatever time

25   it was on February 11 -- I guess the water level

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 154 of 370

1  is this level right here under the first stair?

2      A.   I interpret this as the top of the water

3  level.

4      Q.   You interpreted this to be the top of

5  the water level just below -- between the first

6  and the second step?

7      A.   Yes.  And, as a matter of fact, it was

8  explained to me to be that, because if it goes

9  higher, the water would exit the reservoir through

10  an overflow pipe or vent.

11      Q.   Now, what stage of treatment is this?

12  Is this ready to be furnished?  Is this finished

13  water ready to be pumped out, or is it still in

14  the treatment process?

15      A.   This is finished water, which is

16  basically ready to be pumped into the supply

17  system.

18      Q.   When you were there on February 11, did

19  you drink any water?

20      A.   I don't recall.  I probably -- not

21  there.  I wasn't there.

22      Q.   You might have had bolted water.  But

23  did you drink this water at Hadnot Point?

24      A.   I didn't go down there to have a look,

25  no.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 155 of 370

1      Q.   Does that look like water you would want
2   to drink with all the rust in that tank and all
3   the pipe going down?  Does that look like safe
4   water even today?
5      A.   Safe water is based on measurement of
6   that water.  And this is not an unusual setting
7   for a water reservoir that has been there for a
8   while.
9      Q.   Who told you the fluctuation was 4 feet?
10      A.   People at the base when I asked that
11   question.  They have a system, and based on that
12   system, they were able to answer that question.
13      Q.   What do you mean by "they have a
14   system"?
15      A.   They measure it, I mean, automatic
16   measurement.
17      Q.   What was the person's name that told you
18   that it was a fluctuations of 4 foot?
19      A.   It was a person who worked at the water
20   treatment plant.
21      Q.   What was that person's name?
22      A.   I do not recall his name.
23      Q.   Did you make any notes other than the
24   two pages that we have that would identify this
25   person and the specific statement they made about

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 156 of 370

1   4 feet?

2        A.    I did not take his name.  The people

3   were there basically serving the base.  They don't

4   give me their names.  They're working.  They're

5   doing their job.  And I ask them questions and

6   they responded and I noted it.

7        Q.    Do you, yourself, personally observe a

8   4-foot fluctuation of the water level in order to

9   be able to use that information to support or use

10  those observations to support your opinions?

11           MS. O'LEARY:  Object to foundation.

12           THE WITNESS:  No.  I could not have seen

13  that within the short time that I observed this

14  reservoir water level.

15  BY MR. DEAN:

16       Q.    If you stayed there for 24 hours and

17  observed this well, you would possibly have been

18  able to make that observation; right?

19       A.    That's possibly.

20       Q.    And was there more than one person who

21  told you about the 4 feet or were there like four

22  or five people standing around that agreed it was

23  4 feet?  How many people were you talking about to

24  about the fluctuation, one or more?

25           MS. O'LEARY:  Object to form.

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 157 of 370

1          THE WITNESS:  There were several people.
2     And the question was posed when we were in the
3     room where they have the water pressure monitoring
4     done.  They have a computer that basically shows
5     water levels in different places.  And the
6     reservoirs are one of those places.
7     BY MR. DEAN:
8          Q.   Did the system of measuring the
9     fluctuation of the water levels, did you ask them
10    if they kept any records of that?
11         A.   I know they measure it.  I would say
12    they probably keep a record of that for a period
13    of time.
14         Q.   Not you.  I'm talking about you got
15    information from the unnamed person who gave you
16    the 4-foot fluctuation.  My question was a little
17    different.
18              Did you ask them whether they kept
19    records of that fluctuation using their measuring
20    system?  Did they keep any records of this 4-foot
21    fluctuation measuring system?
22         A.   I do not know if they keep records, but
23    that's something they monitor because it is
24    important.  If it is too low, there can be a
25    failure.  If it who high, it will overflow.

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 158 of 370

1      Q.   Did you ask how long they had been using
2  this system to measure the fluctuation to be able
3  to say it's 4 feet?
4      A.   What I was told is that that's a
5  parameter that has to be measured for the system
6  to function.  I can extrapolate that to say from
7  day, one they were monitoring the water level on
8  the reservoir, and it goes up and down because it
9  demands (indecipherable).
10     Q.   You did you ask this person how long
11 their measuring system had been a recording a
12 4-foot fluctuation?  Did you ask this person that
13 question?
14     A.   I was told that it was basically typical
15 fluctuation.
16     Q.   Do you know how long that person had
17 worked to the water treatment plant?
18     A.   Not exactly, but I ask.  People that
19 were there were working there for 10 years, 15
20 years, but not a hundred years.
21     Q.   The specific person that told you the
22 4-foot fluctuation, specifically since you don't
23 remember that person's name, do you know how long
24 that person had been on the base to make these
25 observations?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 159 of 370

1        A.    As I said before, they were several
2    person in the room, and all those people were
3    operating this.  And basically the answer was
4    provided, and everybody chimed in.  They say
5    that's typical.  That's what I do recall.
6        Q.    You said in the room.  Did you all have
7    a meeting either before or after you did the site
8    work?
9        A.    Yes.  When we talked about those
10   specific things, like water level fluctuation,
11   that was done inside the water treatment plant.
12       Q.    At a conference room of some sort?
13       A.    Yes, in a room inside the Hadnot Point
14   water treatment plant.
15       Q.    You had a note pad that has S.S.
16   Papadopulos & Associates with you; right?
17       A.    Yes.
18       Q.    Did you create Exhibit 11, the two pages
19   of notes, on February 11, or did you go home the
20   next day or two and fill out these from some other
21   records you had?
22       A.    I don't remember when I did this.
23   Probably the next day this.
24       Q.    Did you copy off of something else that
25   you had?

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 160 of 370

1     A.   I probably took some notes of that, like

2  very brief notes because some of those notes you

3  have standing.  And then I just put them so they

4  can be understood.

5     Q.   While you were in the room and you were

6  taking notes on some other note pad or some other

7  notes, did you write down the things that this

8  person was telling you on that note pad?

9         MS. O'LEARY:  Object to foundation.

10        THE WITNESS:  Yes, I did.  Then I

11  transferred that here.  And then basically I

12  discarded the draft or I may still have it.  I do

13  not know that.

14  BY MR. DEAN:

15     Q.   Do you know where those other notes are

16  for which you created Exhibit 11 notes the next

17  day?

18     A.   If they still do exist, I have them in

19  my office probably.

20     Q.   Well, do you know as you sit here today

21  if you still have them?

22     A.   And I do not know right now.

23     Q.   But right now we do know you don't

24  remember the names of the individual or

25  individuals in the room that provided you this

1    that 4-foot fluctuation history; right?

2        A.    The names of those people was not

3    provided to me.

4        Q.    Did you ask and they just didn't want to

5    give you that info?

6        A.    I was told that there is no photograph

7    of individuals.  And basically you had four, five

8    people there depending on when in the tour.  And I

9    did not ask the name of those individuals one

10   after the other.

11       Q.    Did you walk in the room and extend your

12   hand and introduce yourself?

13       A.    No.

14       Q.    Did they introduce themselves to you?

15       A.    No.  I was basically following the

16   leader of the visit or the leaders of the visit,

17   which to my understanding was basically the person

18   in charge of the entire treatment plant.

19       Q.    Did you tell me you thought they kept

20   measurement records or not?

21       A.    I said you can ask them if you want.

22   But they do measure things, and measurements

23   typically are kept for a period of time.  I do not

24   know the period of time.

25       Q.    Fair.  Did you ask them whether -- to

1    look at those measurement records to verify the 4

2    foot that you had been told?

3        A.   Well, I recall that they showed me on

4    the screen some fluctuations.  I recall that.  And

5    those numbers came basically from those.

6        Q.   What screen were you looking at?

7        A.   Again, it was in a room where they do

8    monitor those devices that measure the elevation

9    in many places, including the water towers, in the

10   water reservoirs, the finished water reservoirs,

11   the old water reservoirs, those kinds of things.

12       Q.   We're making progress.  You're in a room

13   with some individuals that operate the water

14   treatment plant at Hadnot Point; right?

15       A.   Some?

16           MS. O'LEARY:  Object to form.

17   BY MR. DEAN:

18       Q.   And you are taking some notes on another

19   piece of paper about observations, what you're

20   learning as you're talking to these and they're

21   showing you a computer screen with some data.

22   Sounds like to me it's a chart, flowchart of some

23   sort.

24           MS. O'LEARY:  Object to form.

25           THE WITNESS:  First of all, there was

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 163 of 370

1  individuals, not only one.

2  BY MR. DEAN:

3      Q.   I understand.

4      A.   Second of all, they showed me that.  And

5  I asked specific questions, like what is the water

6  level fluctuation in the finished water reservoir.

7  I asked that question and they answered.

8      Q.   I understand.

9      A.   I am not finished.  And then they also

10  showed me on the screen some graphs of water

11  fluctuations in the water towers and the

12  reservoirs.  That's what I recall.  I'm not

13  finished.

14         And then I took notes of that.  And for

15  the reservoirs, my note is 4 feet typical per day.

16  And for the water tower, it's basically 6 feet, if

17  I recall, typical per day.

18      Q.   Thank you for that.  I was asking a

19  little different question sort of as a lawyer.

20         The screen you were looking at, is it a

21  computer screen or a TV screen?

22      A.   It was a computer screen smaller than

23  the one you're showing me now, but it was hooked

24  up to a computer I suppose because I did not check

25  where the extension word went.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 164 of 370

1     Q.   And you were looking at some from
2  computer data history records of some fluctuation
3  data of some sort; right?
4     A.   That's right.
5     Q.   And could you tell from looking at the
6  screen or asking questions how far back the
7  information and data went?
8     A.   I think so because you had two axes.
9  One was in feet and the other axis was basically
10 time, time and date, as I recall.  And what I saw
11 was basically what was going on.
12    Q.   But you don't know how far back that
13 information went?
14    A.   I do not know how far back that
15 information could be retrieved.  I do not know
16 that.
17    Q.   Was there a printer room?
18    A.   I do not know that.
19    Q.   Did you take a picture of the screen
20 that you were looking at to get the information
21 for which you now opine that it's approximately a
22 4-foot fluctuation?
23    A.   I did not taking a picture of that.
24    Q.   Did you ask anybody if they had the
25 capability to print out the screen you were

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 165 of 370

1    looking at in order to base your opinion of a

2    4-foot fluctuation?

3                MS. O'LEARY:  Object to form.

4                THE WITNESS:  I did not.

5    BY MR. DEAN:

6        Q.   If you were talking to these well

7    operators in 2025 and they've been there 10 or 15

8    years, assuming you're accurate, that means that

9    they may have started their employment 2010

10   hypothetically using that math; right?

11               MS. O'LEARY:  Object to form.

12               THE WITNESS:  I do not know the exact

13   employment history of each one of those

14   individuals.  But I asked was anyone there in the

15   1980s, and the answer was no.

16   BY MR. DEAN:

17       Q.   So none of them were there in the '80s.

18            Do you know if any of them were there in

19   2004?  Did you ask that question?

20       A.   I did not ask that question.

21       Q.   And the record you were looking at, how

22   long did you spend looking at the screen -- let me

23   strike that and ask a different way.

24            All I'm trying to figure out is the

25   fluctuation data you were looking at, the screen,

1    and you said it was an axis chart.  Do you know

2    what the timeframe of that chart was that you were

3    looking at?  Was it data for 2024 or 2025, the

4    last few weeks?  What era was that data and the

5    information you were looking at on the screen?

6         A.   My recollection, the time axis was by

7    the week.

8         Q.   So the week before you got there?

9         A.   Yes, because it was up to date.

10         Q.   Did you ask anybody what were any

11    changes in the operations, the pumping operations

12    there from 2004 to the week before you were there?

13    Did you ask anybody if they were aware of any

14    differences in the operational characteristics of

15    the plant?

16         A.   I asked that question.  Basically, to

17    their knowledge, it was still the same.  They were

18    just keeping operating it the same way.

19         Q.   How long were you in the room with them

20    approximately?

21         A.   Which room?

22         Q.   The room where you were looking at the

23    data on the screen.

24         A.   I don't know, 20 minutes, 30 minutes.

25         Q.   Was there a desk in this room, chairs?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 167 of 370

1      A.   For the people who work there, yes.   I
2 was standing.
3      Q.   Were there file cabinets?
4      A.   I do not recall that.
5      Q.   Did you ask them while they were on the
6 computer showing you that screen to go into any
7 historic records and look at any additional
8 documents or information?
9      A.   No, because I asked the question.   The
10 question I asked was in another room.   Everybody
11 was standing.   But it's inside the plant.   And
12 then to answer those questions, we went to that
13 room where you had the computer screen that
14 basically showed me the fluctuations.
15      Q.   Did you ask before you went out to do
16 your measurements -- for example, you can see the
17 spiractor pipe HENNET_USA_4.
18           Did you ask any of those gentlemen in
19 the 20-minute meeting whether or not any of these
20 spiractor pipes had been changed since 2004?
21      A.   I asked that question, but it was not in
22 the same room.   It was in the previous room when I
23 asked a series of questions.   Nobody was aware
24 that any one of those pipes was ever changed to
25 their recollection.   That's what that answer was.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 168 of 370

1    So the answer was no.

2        Q.    And you don't know their names.  You

3    don't know exactly how many people were in the

4    room.  You were looking at data on the screen that

5    was for the week before you arrived.  The pipes,

6    they don't remember them being changed while

7    they've been employees, but you don't know how

8    long they've been employees; right?

9        A.    Approximately as I answered before.

10       Q.    10 to 15 years?

11       A.    The oldest one maybe 20.  I don't know.

12   I just tell you what I recollect.

13           (Hennet Exhibit 13 was marked.)

14   BY MR. DEAN:

15       Q.    Now, Exhibit 13 I believe is the AH

16   Consultants December 2004 report that you and I

17   have been talking about; correct?

18       A.    That's the report I mentioned, yes.

19       Q.    Do you see on -- turn to page 1-1.

20       A.    Yes.

21       Q.    The last sentence at the bottom of

22   Section 1.1, does it read, "As a part of this

23   effort, AH conducted a literature review and a

24   search of the appropriate archives to assist in

25   the development of reference estimates of the VOC

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 169 of 370

1    removal rates that you might have occurred through

2    Hadnot Point, Holcomb Boulevard and Tawara Terrace

3    water treatment plants."

4          Did I read that correctly?

5    A.    You read that correctly.

6    Q.    On page 2-1 under the Chronology

7    section, second full paragraph beginning, in 1982

8    contamination of the Hadnot Point and Tawara

9    Terrace water systems with tetrachloroethylene or

10   PCE and TCE was detected during monitoring of

11   trihalomethanes.

12          Do you see that?

13   A.    I see that except you didn't read it

14   correctly.

15   Q.    Do you want to read it for me?  I was

16   embarrassed because I couldn't pronounce the

17   words.  So you go ahead and read it.

18   A.    "In 1982, contamination at the Hadnot

19   Point and Tawara Terrace water systems with

20   tetrachloroethylene (perchloroethylene or PCE) and

21   trichloroethylene (TCE) was detected during

22   monitoring of trihalomethanes."

23   Q.    Now, on page -- in your report -- you

24   might want to lay your report next to you.  I

25   believe we marked it Exhibit 3.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 170 of 370

1       A.    I found Exhibit 3.

2       Q.    Let's finish this first.  On page 3-6 of

3  the AH report is where I'm at now.

4             MS. O'LEARY:  Is that Exhibit 13?

5             MR. DEAN:  Yes, ma'am.

6             THE WITNESS:  Yes.

7  BY MR. DEAN:

8       Q.    It says at the bottom, "The spiractors

9  at three treatment plants were identical in

10  capacity and dimensions.  In the model, removal of

11  VOC occurred from the top surfaces are shown in

12  Figure 3.1 as well as from the nappe (i.e., the

13  sheet of water falling over a weir) believed to be

14  formed at the center effluent pipe."

15            Do you see that?

16      A.    I see that.

17      Q.    And then that figure is on the next page

18  at the top.

19      A.    Yes.  I see that.

20      Q.    What's in that photo or that figure?

21            MS. O'LEARY:  Object to foundation.

22            THE WITNESS:  This is a schematic of the

23  entire spiractor.

24  BY MR. DEAN:

25      Q.    And it shows in it the entire spiractor

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 171 of 370

1    is a 22 foot tall; right?

2        A.    That's correct.

3        Q.    It's 10.4 foot wide?

4        A.    At the top.

5        Q.    And it shows the spiractor pipe, I

6    guess, at the top exiting to the right?

7        A.    Yes.  That's the exit by gravity of the

8    spiractor pipe at the top.

9        Q.    At the end of that first paragraph --

10   let's read the first sentence.  "Images of the

11   pipes at the Hadnot Point water treatment plant

12   are provided in Figure 3.2 and in Figure 3.3 and a

13   detailed sketch of the effluent pipe is shown on

14   Figure 3.4."

15            Do you see that?

16       A.    That's the first sentence on that page.

17   Yes.

18       Q.    The last sentence, and I just want you

19   to tell me what you understand this means, says,

20   "The critical depth for a circular 12-inch pipe at

21   a flow rate of 1 MGD is approximately 6 inches."

22            What does that mean?

23            MS. O'LEARY:  Object to foundation.

24            THE WITNESS:  Well, the MGD is million

25   gallon per day.  And that's basically the flow,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 172 of 370

1  the capacity of flow through for a spiractor.

2  BY MR. DEAN:

3      Q.   If you turn to page 3.8, next page, you

4  see a picture, Figure 3.2 of that effluent pipe?

5          Do you see that?

6      A.   I see that, yes.

7      Q.   And it says the era according to the

8  research done by AH Environmental in 2004, that

9  this photo was a 1941/1942 era photo.

10         MS. O'LEARY:  Object to foundation.

11 BY MR. DEAN:

12     Q.   Correct?

13     A.   That's what it says.  I have no way to

14 verify that the photograph was taken in 1942 or

15 1941.

16     Q.   Then there's a different looking pipe at

17 the same Hadnot Point water treatment plant

18 spiractor in a photo in Figure 3.3, on the next

19 page, 3-9, says on the photo it was a 1944, 1945

20 era photo.  Do you see that?

21         MS. O'LEARY:  Object to foundation.

22         THE WITNESS:  I can read that under the

23 photograph.

24 BY MR. DEAN:

25     Q.   And do you agree with me that effluent

1  pipe is different than effluent pipe in 3.2?

2       A.    That particular pipe is I would call it

3  L shaped.  The other one is called J shaped pipe,

4  but they serve the same purpose.

5       Q.    I understand they serve, but they're

6  different pipes?

7       A.    They are different shape pipes.

8       Q.    Now, if you go to Figure 3.4, do you see

9  where AH Environmental has measured those

10 dimensions of those pipes?

11            MS. O'LEARY:  Object to foundation.

12            THE WITNESS:  My understanding is I

13 didn't measure those dimensions.  It's a visual

14 estimate.

15 BY MR. DEAN:

16      Q.    Where do you get that from?

17      A.    I don't recall exactly where, but it is

18 in the report.

19      Q.    Turn to page 3-7.  In the middle of the

20 paragraph it says the fall height.  Do you see

21 that?

22      A.    Yes.

23      Q.    Is that the sentence you're referring

24 to?

25      A.    Yes.  And I define the fall height on

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 174 of 370

1    Figure 3.4 that we just looked at.  And there you

2    have the fall height sketched out.

3         Q.   No, sir.  That says the fall height was

4    estimated visually.  That doesn't say that the

5    pipe was not measured.  Do you see what I'm

6    saying?

7              MS. O'LEARY:  Object to foundation.

8              THE WITNESS:  What I am saying is that

9    the fall height was not measured.  The fall height

10   is the most important parameter here.

11   BY MR. DEAN:

12        Q.   I'm not disagreeing with you.

13        A.   And that was not measured.  I see no

14   indication they did actually measure the diameter

15   of the pipe.

16        Q.   Well, there's no evidence they didn't in

17   this report, is there?

18             MS. O'LEARY:  Object to foundation.

19             THE WITNESS:  I will have to read the

20   report again, but to my understanding, they did

21   not measure those values.  I estimated them.  And

22   the most important one is the fall height.

23   BY MR. DEAN:

24        Q.   They measured the inside diameter of

25   that pipe to be 12 inches, that top measurement;

1  right?

2          MS. O'LEARY:  Object to form and

3  foundation.

4          THE WITNESS:  You will have to show me

5  where in the report it says they measured it.

6  BY MR. DEAN:

7      Q.   Can you show me in the report where they

8  say they did not measure it and they got these

9  measurements visually from some picture of a pipe?

10     A.   I have not soon seen a picture of a pipe

11  with a scale that could give you a measurement of

12  any of those values.

13     Q.   So then you would agree with me they

14  would have had to have physically measured these

15  pipes on the scene?

16          MS. O'LEARY:  Object to foundation.

17          THE WITNESS:  They did a visual estimate

18  for the fall height.  Why not a visual estimate

19  for the other dimensions that they provide on this

20  diagram.

21  BY MR. DEAN:

22     Q.   They're showing that the water in the

23  pipe and the measurement they're taking is

24  12 inches plus 2 to get 14; correct?

25          MS. O'LEARY:  I'm sorry.  What are we

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 176 of 370

1    looking at?

2              MR. DEAN:  I'm looking at the AH report,

3    and I'm going to stay on the AH report until I

4    give you another exhibit number.  I believe it's

5    Exhibit 13.

6              MS. O'LEARY:  What page?

7              MR. DEAN:  I'm on page 3-10, same page

8    we've been on.

9              THE WITNESS:  Can you repeat the

10   question, please?

11   BY MR. DEAN:

12        Q.   Do you see that they took three

13   different measurements or they show three

14   different measurements there.  First one is at the

15   top, 2 inches.  And then they go -- the pipe goes

16   down 12 inches and it stops in the center, and

17   they're depicting a water level.

18              Do you see that?

19              MS. O'LEARY:  On object to foundation.

20   BY MR. DEAN:

21        Q.   Which would be at 14 inches.

22              MS. O'LEARY:  Same objection.

23              THE WITNESS:  Again, it is a visual

24   estimate.  They did not show any measurement that

25   would show the 2 inch.  It could be 2 inch.  But

                    Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 177 of 370

 1    the 12-inch for the fall height, which is a value

 2    that is important, I did not measure.

 3    BY MR. DEAN:

 4         Q.   And then there's a measurement here of 6

 5    inches from the center down to the bottom of the

 6    pipe; right?

 7              MS. O'LEARY:  Objection.  Foundation.

 8              THE WITNESS:  My understanding is I did

 9    not measure that either.  I assumed that.

10    BY MR. DEAN:

11         Q.   Well, that's what I'm saying.  You're

12    speculating regarding whether AH took actual

13    measurements of whatever pipe they were looking at

14    or what they were doing in 2004; right?

15              MS. O'LEARY:  Object to foundation.

16    BY MR. DEAN:

17         Q.   You don't know what they did.

18              MS. O'LEARY:  Object to form.

19              THE WITNESS:  Let's look at them one at

20    a time.  We discussed already the 12-inch I

21    estimated.  The 2 inch is also an estimate.  And

22    the 6 inch, they also estimated for a pipe of

23    12-inch diameter that is basically flowing by

24    gravity at the given flow of the spiractor.  To me

25    all of those are estimates, not measurements.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 178 of 370

1    BY MR. DEAN:

2        Q.   Is that AH Environmental still in

3    business?

4        A.   I don't know.  I believe so, but I do

5    not know specifically.

6        Q.   Did you make any attempt to reach to

7    contact maybe at AH Environmental to verify what

8    they were referring to on the page we were just

9    reviewing?

10           MS. O'LEARY:  Object to the form.

11           THE WITNESS:  I did not.

12   BY MR. DEAN:

13       Q.   Now, turn to page 4-15 in your report,

14   please.

15           MS. O'LEARY:  This is Exhibit 3.

16           MR. DEAN:  I'm sorry.

17   BY MR. DEAN:

18       Q.   Let's go back.  Before we go back, let's

19   go back to Exhibit 13.  There's one thing I forgot

20   to ask you.

21           If you turn to page 2-5 of Exhibit 13.

22       A.   I am on page 2-5.

23       Q.   Under 2.3 Water Plant Descriptions

24   Systems, does it read, "The water systems of

25   concern in the ATSDR study including Hadnot Point,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 179 of 370

 1   Holcomb Boulevard and Tawara Terrace are described
 2   in the following sections.  The descriptions are
 3   based on interviews with base personnel, site
 4   visits and an examination of the design and
 5   as-built drawings that were obtained as a part of
 6   this project."
 7        Did I read that correctly?
 8        A.   You did.
 9        Q.   So AH did do site visits?
10        MS. O'LEARY:  Object to foundation.
11        THE WITNESS:  It says they did, yes.
12   BY MR. DEAN:
13        Q.   And in 2004, 21 years before you were
14   there, the personnel at the base in 2004 would
15   have been closer in time to the early 2000s.
16        A.   I don't know.  It's likely.
17        Q.   Now we're finished with Exhibit 13.
18             Would you go to page 4-15 in your
19   report, which I believe is Exhibit 3.
20        A.   4-15?
21        Q.   Yes, sir.
22        A.   Yes.
23        Q.   In the second paragraph, you say, under
24   4.5, "The first known analysis of the Camp LeJeune
25   drinking water for VOCs that included COCs was in

GolKow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 180 of 370

1    October 1980."  And you footnote 41 and refer to
2    1980 Jennings lab report; right?
3         A.   You read that correctly.
4         Q.   If you turn over, let's start the
5    sentence at the bottom of page 4-15, last
6    sentence, it begins for, about three lines up,
7    "For example, the composite sample contained
8    39 percent, 18 and 11 percent of finished water
9    from HP, TT and HB-WTPs, respectively."
10        Did I read that right so far?
11        A.   Yes, but you didn't finish sentence.
12        Q.   You're right.  I'll come back.  "The
13   39 percent that's above that is the Hadnot Point
14   reference, the 18 is Tawara Terrace, and the 11 is
15   at Hadnot Point, Holcomb Boulevard.
16        A.   Yes, that's correct.
17        Q.   Then the sentence completes.  The rest
18   was from the five other water supply systems.
19        A.   Correct.
20        Q.   "Analytical results" -- go to the next
21   page 4-16 -- "reported on October 31, 1980 showed
22   only trace levels of COCs in the composite (TCE
23   reported at .005 milligrams a liter; 1,2-DCE at
24   .006 micrograms a liter; VC at .01 micrograms a
25   liter; PCE not detected; benzene not detected)."

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 181 of 370

1          Do you see that?

2          MS. O'LEARY:  Object to foundation.

3          THE WITNESS:  I see that except that for

4    TCE you said 0.05 milligrams per liter.

5    BY MR. DEAN:

6         Q.   What is it?

7         A.   It is microgram per liter.

8         Q.   Then you say, "Even assuming a worst

9    case scenario that all the reported COCs came from

10   Hadnot Point water treatment plant water, that

11   would yield only trace level COCs in that system."

12          Do you see that?

13        A.   I see that.

14        Q.   Then "The same can be calculated for

15   each water system, and none would show COC

16   concentrations above trace levels.  This indicates

17   that none of the water supply systems were

18   contaminated with COCs at that time."

19          Did I read that correctly?

20        A.   You did.

21        Q.   Am I understanding that opinion is based

22   on a composite sample that was taken in 1980, that

23   sole opinion is based on this composite sample,

24   sole composite sample taken in 1980?

25          MS. O'LEARY:  Object to form.

1          THE WITNESS:  That description is based
2    on water samples taken at eight different water
3    treatment plants, brought to the lab, composited
4    by the lab.  Labs do know how to do that.  And the
5    composite that was analyzed.
6    BY MR. DEAN:
7          Q.   Do you know if all those wells were
8    operating the day that sample, composite sample
9    was created?
10          MS. O'LEARY:  Object to form and
11    foundation.
12          THE WITNESS:  Explain to me what you
13    mean all of those wells.
14    BY MR. DEAN:
15          Q.   Well, the wells that you say were
16    sampled to make up the composite sample, were
17    those wells operating the day the sample was
18    taken?
19          MS. O'LEARY:  Object to foundation.
20          THE WITNESS:  It was not wells that were
21    sampled.  It was --
22    BY MR. DEAN:
23          Q.   I'm sorry.  Water at water treatment
24    plants that created the composite sample, do you
25    know if the plant was operating or the wells were

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 183 of 370

1    operating that day the composite samples were

2    taken from the water treatment plant?

3              MS. O'LEARY:  Object to foundation.

4              THE WITNESS:  I'm confused because it

5    seems you confused wells and water supply.

6    BY MR. DEAN:

7         Q.   I may have in my first part of my

8    question.  I'm trying to clear it up now.  My

9    understanding is composite samples that are being

10   referred to here, eight systems were taken,

11   39 percent from the Hadnot Point water treatment

12   plant, 18 percent from the Tawara Terrace water

13   treatment plant, and 11 percent from the Holcomb

14   Boulevard water treatment plant; right?

15        A.   I don't think that's correct.  What is

16   correct is samples were taken at eight water

17   treatment plants, basically finished water.  So

18   samples were.  And then they were brought to the

19   lab or the lab took them.  And in the lab they

20   were composited in a manner that is reflected in

21   that paragraph, 39 percent for Hadnot Point,

22   et cetera.

23              (Hennet Exhibit 14 was marked.)

24   BY MR. DEAN:

25        Q.   I'll show you Exhibit 14.  Just lay it

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 184 of 370

1   there next to you.  We'll be referring to that.

2   For the record, this is Exhibit 14.  It's CLW 430

3   through 434, which is the document you reference

4   for your sentence footnote 41.  Also known as

5   CLJA_USMCGEN_6650 through 6654.

6             MS. O'LEARY:  Object to foundation.

7   BY MR. DEAN:

8        Q.   Do you see listed on the first page of

9   Exhibit 14 the eight marked samples?

10       A.   Just checking something here.  I see

11   this.

12       Q.   Let me ask you --

13       A.   It seems to be an issue with the Bates

14   number on these documents because you have --

15       Q.   No, sir.  Let me help you if I can.

16  Your sentence, The first known analysis of Camp

17  LeJeune drinking water's plot for VOCs that has

18  included COCs was in October 1980.  Footnote 41.

19            Footnote 41 says Jenning Laboratories

20  10/31/1980 Camp LeJeune Justice Act CLW, CLW 430

21  through 435.  I put in front of you Exhibit 14 is

22  the CLW 430 through 435 document you're referring

23  to.

24       A.   You are correct.  But there is another

25  Bates number.

 1        Q.   I agree.  I agree.  But you refer to --

 2   I'm just using the one you refer to and making it

 3   clear that it's the same one.

 4             You agree with that?

 5        A.   I agree with that.

 6        Q.   The first two samples are Hadnot Point

 7   water treatment plant samples; right?

 8             MS. O'LEARY:  Object to foundation.

 9   BY MR. DEAN:

10        Q.   Sample 1 is Hadnot Point Building 20,

11   which is the Hadnot Point treatment plant?

12        A.   Right.

13        Q.   Sample 2 is -- and they took two quarts

14   from there, which is a 152 milliliters; right?

15        A.   No.  It's 1,500.

16        Q.   I'm sorry.  You're right.  And Number

17   two sample, they one quart from Hadnot Point

18   Building 670?

19             MS. O'LEARY:  Object to foundation.

20             THE WITNESS:  Yes.  Building 670 is

21   Holcomb Boulevard.

22   BY MR. DEAN:

23        Q.   Treatment plant?

24        A.   Treatment plant.

25        Q.   Now, this is dated October 31, 1980 when

Golkow Technologies,
877-370-3377              A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 186 of 370

1    the report was issued, but it says the samples
2    were taken on October 1.
3         A.   That's right.
4         Q.   Do you know if on October 1, 1980 Hadnot
5    Point well 651 was running?
6         A.   I do not know.  Nobody knows that.
7         Q.   Have you done any work to ascertain from
8    historic records whether or not well 651 was
9    operating on October 1, 1980?
10        A.   I have looked.  I have looked quite a
11   lot to see what is the information on when well
12   651 was operated.
13        Q.   So go back to your report.  And your
14   report, last sentence of that first paragraph I
15   read, says, "This indicates that none of the water
16   supply systems were contaminated with COCs at that
17   time."
18             Do you see that?
19        A.   That's a true statement, yes.
20        Q.   And you rely on this report, October 31,
21   and everything else you say in that paragraph to
22   reach that conclusion?
23        A.   Yes.
24        Q.   I just want to make sure I understand
25   that last sentence.  You're saying it's your

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 187 of 370

1    opinion based on what we just talked about that

2    none of the water supply systems at Hadnot Point,

3    at Holcomb Boulevard or Tawara Terrace were

4    contaminated on October 31, 1980?

5              MS. O'LEARY:  Object to foundation.

6    BY MR. DEAN:

7         Q.   October 1, 1980.

8         A.   Yeah.  I indicated that you had no

9    significant contamination in any of those systems

10   on October 1, 1980.  That's what that reports.

11             MS. O'LEARY:  If we've been going for a

12   little over an hour.  So if there's point where we

13   can take a short break.

14             MR. DEAN:  Now is a good time.  I'm

15   fixing to go to another subject.

16             THE VIDEOGRAPHER:  We are off the record

17   at 1455.

18             (Recess from 2:55 p.m. to 3:06 p.m.)

19             THE VIDEOGRAPHER:  We are on the record

20   at 1506.

21   BY MR. DEAN:

22        Q.   Can you go to Exhibit 3.  Actually --

23   yeah, Exhibit 3.  Let me get the right page for

24   you.  I want to talk about your opinions for

25   Hadnot Point well 634.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 188 of 370

```
1              Do you have independent opinions on
2    contamination analysis of HP-634 as far as its
3    start date of contamination, contamination at all?
4    Do you have independent opinion on that or do you
5    rely on Alex Spiliotopoulos?
6              MS. O'LEARY:  Object to form and
7    foundation.
8              THE WITNESS:  I have reviewed
9    independent data for well 634, and it is in my
10   opinions.  I describe that.
11   BY MR. DEAN:
12        Q.   What is your opinions with respect to
13   contamination at HP-634?
14        A.   It is in my report.  So I can go there.
15        Q.   Please if you don't mind.
16        A.   If you permit me to find it.
17        Q.   I'm trying to get there myself.  I
18   believe it's page 530.  Page 531, bullet point --
19   I guess it's the third bullet point down, it says,
20   "Supply well HP-634 was not contaminated with
21   TCE."
22              Do you see that?
23        A.   I see that, yes.
24        Q.   And what's the basis of that opinion?
25        A.   The data.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 189 of 370

1     Q.    What data are you referring to?

2     A.    The available data.

3     Q.    It's in your report.  Let's just read it

4  together.  You're saying that there's two samples

5  taken in December of 1984 after the well was shut

6  down and, two, after wells shut down in '86 and

7  '91.  But on those first two, December 4 and 10th

8  they were nondetects.

9          MS. O'LEARY:  Object to form and

10  foundation.

11          THE WITNESS:  For TCE they were

12  nondetect.

13  BY MR. DEAN:

14     Q.    Do you know what the nondetected level

15  was?

16     A.    By memory, no, but we have to go back to

17  the data sheets.

18     Q.    Do you know, did you do any work or

19  research or data analysis for the December 4, 1984

20  sample at HP-634 to determine whether or not that

21  was a good sample?

22          MS. O'LEARY:  Object to form.

23          THE WITNESS:  I looked at what is

24  available for the results on that date, and my

25  recollection is that it's some information from

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 190 of 370

1    the laboratory.

2    BY MR. DEAN:

3        Q.   Do you know whether or not that

4    December 4 sample was contaminated in any way?

5        A.   I would have to go back to the data

6    sheets to answer that question if it is.  But I

7    recall for TCE, it was nondetect as I recall it.

8    I would need to see the datasheet to confirm.

9        Q.   I think this is in your report.  Table

10   C7 report ATSDR, let's see if that's in here.

11            According to your -- I'll show you the

12   form the data in just a second.  I'm making a copy

13   of it.  But according to your bullet pointed note

14   there, there's only one sample that shows a

15   positive result for TCE, which was taken

16   January 16, 1985 at 1300 micrograms per liter;

17   right?

18       A.   Out of the five samples taken during the

19   period, yes, that's my understanding.

20       Q.   But you're saying -- what's wrong with

21   that 1300 micrograms per liter measurement

22   taken in -- reported out January 16, 1985?

23       A.   So you mean the one with 1300 reported?

24       Q.   Yes, sir.

25       A.   Well, that particular sample was part of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 191 of 370

1  a questionable sample sets that contained broken
2  bottles based on what I have reviewed.
3       Q.   And do you believe that the sample that
4  rendered the 1300 microgram per liter measurement,
5  was that sample vial broken?
6       A.   Again, I will have go to look at that.
7  There were several samples broken.
8       Q.   What about the sample for 634, was that
9  vial broken?
10      A.   I have to back to look at that
11 information that I cite in my report.  And I want
12 to say for these type of samples, for those type
13 of analytical means, you always -- the protocol is
14 to take more than one flask or one sample, so
15 typically two or three.
16      Q.   But you believed that somehow because
17 some of the vials collected January 16 that that
18 means that the vial for 634 was somehow comprised?
19      A.   It is a QA/QC flag.  So the data should
20 be marked as such.  You a problem with that
21 shipment.  And all the samples could have been
22 contacted by the broken vials in the package, if
23 you wish.  And typically the flag, you say, well,
24 you should resample.
25      Q.   Have you seen any documents to date that

Golkow Technologies,
877-370-3377                 A Veritext Division           www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 192 of 370

1    indicate specifically which vials were broken and

2    what the condition of the 634 vial was?  Have you

3    seen any documents or data that gives you that

4    information?

5         A.   I recall two or three different sources

6    there.  And I do not specifically recall the

7    content of those.  You'll have to show them to me.

8              (Hennet Exhibit 15 was marked.)

9    BY MR. DEAN:

10        Q.   We'll show you Exhibit 15, and this is

11   the data for -- and for the record, it's

12   CLJA_WATERMODELING_01-33723 through 3726.  And on

13   page -- I'm going to to this referring to the

14   Bates-stamp 3724.  So it's the second page.

15             Do you see the data reported out for

16   HP-634?

17        A.   Well, this is, I believe, from the ATSDR

18   report.

19        Q.   Correct.

20        A.   And this is not the documents I was

21   referring to.  I refer to original documents that

22   basically describe the sample set.

23             (Hennet Exhibit 16 was marked.)

24   BY MR. DEAN:

25        Q.   Now, I'm going to show you Exhibit 16.

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 193 of 370

1    This is report # 7.

2              MS. O'LEARY:  Do you have a copy of for

3    me of 16?

4              MR. DEAN:  Did I hand him two copies?

5              MS. O'LEARY:  I'm not sure.  The last

6    one I got was 15 which was Table C7 from the ATSDR

7    report.

8    BY MR. DEAN:

9         Q.   This is report 7 from the JTC

10   Environmental, December 18, 1984 report,

11   CLJA_NAVLANT-563489 through the 563498.  If you

12   turn to page 3495, you see that that particular

13   Navy sample for HP-634 was received on the 12th

14   and analyzed December 14.  And that's when they

15   got the chloroform, the 44V methylene chloride 130

16   reading.

17             Do you see that?

18             MS. O'LEARY:  Object to form.

19             THE WITNESS:  I see that.

20   BY MR. DEAN:

21        Q.   Do you remember that when that -- let's

22   go to something else first.

23             (Hennet Exhibit 17 was marked.)

24   BY MR. DEAN:

25        Q.   I show you Exhibit 17.  That first one,

Golkow Technologies,
877-370-3377                A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 194 of 370

1   Exhibit 16, it's listed as a part of your
2   reference materials; correct?
3        A.   I believe so.
4        Q.   I'll show you just page 9 of your
5   reliance materials, which are Exhibit 1 --
6   Exhibit 10 is your supplemental reliance
7   materials.  Do you see just the two reports I've
8   handed to you, Exhibit 16 and 17, do you see where
9   you listed both those reports in your reliance
10  materials, the highlighted ones that I've got
11  there for you?
12            MS. O'LEARY:  What do you have
13  highlighted?
14            MR. DEAN:  Report 7, Exhibit 16 and the
15  report 17 which is Exhibit 17.
16            THE WITNESS:  Stay with me.
17  BY MR. DEAN:
18       Q.   Exhibit 16 is the report 7; right?
19       A.   563.
20       Q.   Do you see it says test report number 7.
21  That's all you got to look at on the top.  Do you
22  see it on Exhibit 16?
23       A.   I see that.  It says Report # 7, but the
24  a Bates-stamp numbers for some reason --
25       Q.   Don't worry about Bates numbers.  Don't

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 195 of 370

1  worry about Bates numbers.  Okay?  Exhibit 16 is
2  test report # 7 that's referenced that in
3  Exhibit 10 of your reliance materials on page 9;
4  correct?
5      A.   It's not the same Bates number.  But it
6  has the title report number 17.
7      Q.   Now go to Exhibit 17 laying there.  Top
8  left-hand corner it says it's report number 17
9  Enclosure.  Actually if you'll turn to the second
10 page that would be the easiest.  Turn to the
11 second page.  And it says at the top report 17.
12     A.   It says report number 17.
13     Q.   And is report 17 in your reliance
14 materials on page 9?
15     A.   I believe it is.
16     Q.   Now, on Exhibit 17, if you turn to the
17 page -- the easiest one for me to use is the CLW
18 number 5611, so about a third of the way in.  Do
19 you see the large CLW number?
20         MS. O'LEARY:  That would be the Bates at
21 the bottom CLJA_WATERMODELING_09 and then 423234.
22         MR. DEAN:  Mine is cut off.  Sorry I
23 couldn't give you that one.
24 BY MR. DEAN:
25     Q.   Do you see on 5611 the sample received

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 196 of 370

1    January 18 reported out at 1300 microgram per
2    liter on that page 5611?
3         A.   Can you repeat that?
4         Q.   Do you see at the bottom besides 87V,
5    TCE is reported out at 1300 on the sample for
6    January 18?
7         A.   Yes.  I see that.
8         Q.   Do you see anything on this lab sample
9    log, page 5611, that says anything about that
10   sample being compromised or there being some sort
11   of an issue with that sample?
12        A.   Not on this sheet.
13             (Hennet Exhibit 18 was marked.)
14   BY MR. DEAN:
15        Q.   I'll show you Exhibit 18 and ask you if
16   you've ever seen that document before today.  I
17   will tell you it's not listed in your reliance
18   materials as a part of the ones you specifically
19   set out.  It's probably covered in the catch-all.
20             My question is just:  Do you as you sit
21   there today remember reading this chronology?
22        A.   Those documents seem familiar, but there
23   are several chronologies in the record that look
24   about the same.  So I think I have seen this.
25        Q.   It's not again listed specifically in

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 197 of 370

```
 1   your reliance reference materials, although it's
 2   probably in a catch-all at the end in those
 3   others, and I just was not certain of whether or
 4   not you've ever considered this document and
 5   considered it for your opinion in this case.
 6   That's my question.
 7              MS. O'LEARY:  Object to form.
 8              THE WITNESS:  I have looked at many
 9   documents, and this is probably one of the one I
10   looked at because I do remember documents that
11   looked like that that were basically chronologies.
12   I don't think they are more than one to my
13   recollection.
14   BY MR. DEAN:
15       Q.   Now, do you see that January 16, 1985
16   entry?  Actually let's go back up.  So December 4,
17   which was the date we were talking about earlier
18   shown on the summary that had a nondetect
19   remember, it says, "Sampled Hadnot Point water
20   plant raw and treated water, plus wells 601, 603,
21   608, 634, 637 and 642 because of their proximity
22   to the 602."
23              Do you see that?
24       A.   I see that.
25       Q.   And it also says on 10 December, a
```

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 198 of 370

1  couple lines down, "Sampled HP treated water, plus
2  wells 601, 602, 608, 634, 637 and 642."
3          Do you see that?
4      A.   I see that.
5      Q.   14 December, "Received the result of the
6  10 December '84 sampling.  Treated water levels
7  dropped.  Wells 634 and 637 previously showing
8  nothing showed significant levels of methyl
9  chloride.  634 and 637 were shut down."
10         Do you see that?
11     A.   Yes.  It is methylene chloride.  Yes.
12     Q.   I'm sorry.  Now, I think in your report
13 your opinion is that as of December 14, 634 has
14 been shut down and no longer operating; is that
15 right?
16     A.   634 was shut down because of methylene
17 chloride detection.
18     Q.   And it stayed shut down.  It was the
19 never turned back on as far as you know?
20     A.   It was not returned to service as far as
21 I know.
22     Q.   I don't know exactly what page that is.
23 It might have Dr. Spilotopoulos' report.
24         But as far as you know as you sit here
25 today, you don't know of any information that 634

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 199 of 370

```
1    was turned back on after that December 12?
2        A.    My recollection is that it was shut
3    down.  It was said shut down temporarily, but I
4    saw no indication that it was ever put back in
5    service.
6        Q.    Let's look at that.  Do you see the next
7    entry about two down, it says 16 January 1985?  Do
8    you see that entry?
9        A.    Yes, I do.
10       Q.    And we've already established from
11   Exhibit 17, the JTC report, that 634 was, in fact,
12   tested on January 16; right?
13       A.    Can you show me which?
14       Q.    Exhibit 17 or you can go to Exhibit --
15   Exhibit 17, January 16, 1985, 634 was tested.
16            MS. O'LEARY:  What page is that?
17            MR. DEAN:  5611.
18   BY MR. DEAN:
19       Q.    Page 5611, 634 was a well that was
20   sampled on the 16th, the sample received 18th, and
21   it was reported out on the 28th.  Do you see that?
22       A.    Where is the date of sampling here on
23   this page?
24       Q.    Do you see at the top of 5611 it says
25   the Navy received the 634 on January 18?
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 200 of 370

1       A.    Yes, but that's not the sampling data.

2       Q.    Hold on.  Bear with me.  If you go to

3   exhibit -- go to Exhibit 15, which is this

4   document, the chart.  Do you see on the second

5   page besides or down there where it says the

6   sample date for Hadnot Point 634, it lists 12/4,

7   12/10 and January 16, 1300 micrograms per liter?

8       A.    Two more dates later.  Yes.  This is

9   from ATSDR.

10      Q.    Correct.

11      A.    This is not primary source of

12  information.

13      Q.    Sir, the primary source of the

14  information for the 1300 reading right there shows

15  that the Navy received the sample.  I'll give you

16  it doesn't say when specifically on that page the

17  sample was taken.  It says the Navy received it on

18  the 18th.  The result for TCE on the bottom

19  right-hand corner is 1300, isn't it?

20      A.    That's correct, but it doesn't give me a

21  sampling date.

22      Q.    I understand it's not there, but we can

23  get that date, assuming it's accurate, from

24  Exhibit 15; right?

25      A.    Assuming that the ATSDR is accurate.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 201 of 370

1    There were a few typos in the ATSDR sampling
2    dates.
3          Q.    Also on Exhibit -- the chronology,
4    Exhibit 18, on the first page, CLW 4546, beside 16
5    January 1985, which is the same date that ATSDR
6    listed in their report as the sample date, does it
7    read, "Sampled all operating wells for Hadnot
8    Point and Holcomb Boulevard water plant (HB).  37
9    wells"?
10          Did I read that correctly?
11          A.    You read that correct.
12          Q.    So we got two.  That's the original
13    source or that a source, not the original.  That's
14    a source of the date of January 16 that all
15    operating wells including HP-634 were sampled;
16    right.
17          A.    It doesn't say January 16 HP-634 on what
18    you showed me.
19          Q.    It says, "All operating wells were
20    sampled that day."
21          Do you see that?
22          A.    That what it says.
23          Q.    634 was sampled on that day.
24          MS. O'LEARY:  Object to foundation.
25          THE WITNESS:  Could be.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 202 of 370

1  BY MR. DEAN:

2      Q.   The history says it was operating that

3  day; right?

4      A.   That's the words that is being used in

5  this.

6      Q.   So my question is:  Did you disregard

7  that fact or not consider that fact when you

8  issued your opinion saying that the well shut down

9  on December 12, 1984 and never went back into

10  service?

11           MS. O'LEARY:  Object to foundation.

12           THE WITNESS:  I did not disregard that.

13  I did look at the 37 wells that were sampled, and

14  it included both operating wells and the wells

15  that were shut down.  For example, 602 was

16  sampled.  It was shut down.  So I think the person

17  who wrote this narrative just basically probably

18  used the incorrect word because what I did is I

19  sampled all water supply well that they could

20  sample.  That's my interpretation of that, because

21  when I look at what was actually sampled, it

22  included wells that were not on.

23  BY MR. DEAN:

24      Q.   Do you know if there's any other

25  evidence that well 634 was, in fact, operating on

Golkow Technologies,
877-370-3377           A Veritext Division           www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 203 of 370

1   January 6, 1985 other than the document you and I

2   just looked at, the chronology, 4546, CLW 4546?

3   It's Exhibit 18.

4        A.   Well, I have searched for that.  There

5   is no document I could find that would say well

6   634 after it was shut down because of methylene

7   chloride was ever restarted.  You are quoting

8   something that is out of the -- not of the time,

9   but somebody just did a narrative.

10             And when they say all operating wells

11   were sampled, 37 wells, I looked at the data from

12   those resampling, and it does include wells that

13   were shut down, but they could be sampled because

14   technically because they could be sampled.

15       Q.   Did you find any other historical

16   documents or any other information about operation

17   of 634 when you were doing your in-depth document

18   review in order to base your opinions other than

19   you now believe you might have seen Exhibit 18?

20       A.   Yeah.  My memory come back.  I have seen

21   this.  And then I just went to look at all the

22   wells that we sampled, and those included wells

23   that were in operation or operable as well as

24   wells that were closed at that time.

25             (Hennet Exhibit 19 was marked.)

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 204 of 370

1  BY MR. DEAN:

2      Q.   Let me show you Exhibit 19.  The

3  Department of Justice has retained you as an

4  expert in this case; right?

5      A.   Yes.

6      Q.   And they are defending the United

7  States; right?

8      A.   Pardon me?

9      Q.   That they are defending the United

10  States in this litigation?

11      A.   That's the role of the Department of

12  Justice in this case, yes.

13      Q.   And the location that's at issue in this

14  case is Camp Lejeune, North Carolina, which is a

15  Marine base under the jurisdiction of the Marine

16  Corps which falls under the Navy.

17      A.   That's my understanding.  I have not

18  seen documents that state specifically that.  I

19  have not looked for that.

20      Q.   Do you believe that the United States

21  Marine Corps, if they were to prepare a history

22  that applies to operation 634, that the Marines

23  would be accurate and truthful in that chronology?

24          MS. O'LEARY:  Object to foundation.

25          THE WITNESS:  As I mentioned, those

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 205 of 370

```
 1   chronologies are put together by somebody who was
 2   probably task to do that.  That doesn't mean that
 3   it is absolutely correct.  I have noticed several
 4   times where things are contradictory in the
 5   record.
 6   BY MR. DEAN:
 7        Q.    Do you trust Marine Corps chemists?
 8              MS. O'LEARY:  Object to foundation.
 9              THE WITNESS:  What do you mean by trust?
10   BY MR. DEAN:
11        Q.    Do you not believe or trust a Marine
12   Corps chemist?
13              MS. O'LEARY:  Object to form and
14   foundation.
15              MR. DEAN:  Let me withdraw that.  A
16   little argumentative.  I'll object to my own
17   question and ask a different way.
18   BY MR. DEAN:
19        Q.    Do you have any reason as you sit there
20   today right now to distrust, not believe, not feel
21   comfortable with a United States Marine Corps
22   chemist analyzing the operation of these wells in
23   1989?
24        A.    1989?  Everybody do the best they can.
25   I don't see malfeasance, if that's what you mean,
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 206 of 370

1    but it is not to the exclusion of sometimes some

2    verbiage that is not correct for litigation or

3    basically some error.  Human error happens, but --

4    I want to finish -- I don't see anyone who's is

5    trying to basically say something that I didn't

6    think was the way they said it.

7         But I do not cherry pick what I look at.

8    I look at everything.  The basis of me as a

9    professional rendering an opinion it's not based

10   on the cherry picked one piece or one sentence

11   here ignoring the other ones.  I am taking the

12   entirety of that, and then I make my opinion.

13        Q.   And your opinions are based on the stuff

14   that's been provided to you or that you've

15   developed or researched and located, produced to

16   you.  That's where you get all your information;

17   right?

18        MS. O'LEARY:  Object to form.

19   BY MR. DEAN:

20        Q.   Let me ask a different way.  Did you get

21   any information, did you get any documents

22   directly from the Marine Corps or the Navy, or did

23   you get all of the documents and information

24   supplied to you by the Department of Justice?

25        A.   My understanding as far as documents,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 207 of 370

1  base-related documents that they basically all

2  came through the Justice Department.  But if you

3  have a newspaper article, I may have read that,

4  but it was not coming from the Justice department.

5       Q.   Understood.  I'm going to show you

6  Exhibit 19.  Exhibit 19 is a memo from a

7  supervisory chemist Elizabeth Betz, dated 11

8  April 1989.  Its subject says Water Monitoring

9  Related to the Installation Restoration Program at

10  the top.

11          Do you see that?

12     A.   I see that.

13     Q.   This document is not listed in your

14  reliance materials in any of the call-outs through

15  page 22, although it could be covered in some of

16  the other catch-alls.

17          My question:  Do you, as you sit there

18  today, specifically remember reviewing a 1989

19  Marine Corps water monitoring program history

20  document?

21          MS. O'LEARY:  Object to form.

22          THE WITNESS:  I believe I have seen

23  this.  At least it looks like something I've seen

24  in the past.

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 208 of 370

1    BY MR. DEAN:

2         Q.    And do you see on the second page, 1819,

3    it says Installation Restoration Program

4    Background Information?  Do you see that?

5         A.    I see that.

6         Q.    And if you go down to line 6, that very

7    similar sentence where it says, "On December 4,

8    1984 the Hadnot Point water treatment plant's raw

9    water and treated water was sampled as well as any

10   drinking water wells within a mile of Hadnot Point

11   fuel farm or Building 202.  The building numbers

12   sampled were 601, 603, 608, 634, 642."

13            Do you see that?

14        A.    I do see that.

15        Q.    Then the results are received on

16   December 6.  In item number 8, it says from

17   October 31 -- excuse me.  Does it say, "From 10-31

18   December 84 duplicate and quality control samples

19   were run to confirm the presence of TCE, DCE and

20   PCE in the wells.  Wells 634 and 637 on a second

21   sampling shows methyl chloride.  The wells were

22   temporarily closed until it was determined that

23   the methyl chloride was probably a laboratory

24   contaminant."

25            Do you see that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 209 of 370

```
 1        A.    I see that.
 2        Q.    If you turn to the next page, paragraph
 3   9, Ms. Betz notes "On January 16, 198 37 wells
 4   serving the Hadnot Point and Holcomb Boulevard
 5   water plants were the sampled."
 6              Do you see that?
 7        A.    I see that.
 8        Q.    Item number 13, moving forward, says,
 9   "On 1 February 1985, the 31 January 1985 samples
10   showed that there was still a contaminated well
11   operating in the Hadnot Point system.  The results
12   of the 16 January '85 sampling were phoned into
13   Natural Resource and showed high levels of TCE in
14   651.  Well 651 is located on the backside of
15   DRMO's disposal storage lot.  It was not initially
16   sampled as being in proximity to a NACIP site.  It
17   had the highest levels of TCE found.  The
18   concentration was in the 17,000 to 18,000 parts
19   per billion range.  Well 651 was shut down."
20              Can you read what the record what it
21   says on February 1, 1985 about well 634?
22        A.    Well, we're talking back to this 1300.
23        Q.    Can you read into the record the rest of
24   the paragraph I just read beginning well 634, sir.
25              MS. O'LEARY:  Object to form.
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 210 of 370

1          THE WITNESS:  "Well 634 showed TCE also

2     and was shut down."

3     BY MR. DEAN:

4          Q.   That document says 634 continued to run

5     some point in time after it was temporarily

6     closed, put back in service the end of December,

7     middle to end of December, and it ran until

8     February 1, 1985.  That's what that document says;

9     right?

10          MS. O'LEARY:  Object to foundation.

11          THE WITNESS:  You have to help me here.

12     I don't see where says that 634 was operated for

13     the water simply.

14     BY MR. DEAN:

15          Q.   Well, it says on the 1st of

16     February 1985, it was shut down.  That's the

17     sentence you read.  And if it shut down, it means

18     it was operating before it was shut down.

19          A.   No.  That's one interpretation of this.

20     But my interpretation based on everything I have

21     looked at is -- remember that this chronology here

22     was done basically four years or five years after

23     the fact.  So it's basically some rehashing of

24     things.  I put more credential to basically

25     documents that are close to when things happen or

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 211 of 370

1  when things happened.

2       Q.   Well, this is 1989 and the other

3  document is February 26, 1985.  If you go look at

4  Exhibit 18, tell me the date it says that that

5  chronology was prepared.

6            MS. O'LEARY:  Object to form.

7            THE WITNESS:  That chronology we talked

8  about was February 26, 1985.  This one --

9  BY MR. DEAN:

10       Q.   30 days later.

11       A.   That one.  And this one is five years

12  later.

13       Q.   Four years later and it has the same

14  wording, for the most part, of the wording that

15  was done when it was created 30 days within that

16  well -- actually, the well was shut down

17  February 1.  So that's 25 days after 634 was shut

18  down.  This chronology was prepared.  Isn't that

19  sufficiently close in time, sir?

20            MS. O'LEARY:  Object to form and

21  foundation.

22            THE WITNESS:  No.  I think you are

23  trying to argue with me.  But the information I

24  have seen and reviewed was that well 634 was shut

25  down in December after methylene chloride was

Golkow Technologies,
877-370-3377                    A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 212 of 370

1    reported in the water from the well.

2    BY MR. DEAN:

3        Q.    And your opinion is it was never started

4    back up?

5        A.    I'm not finished.  I'm not finished.

6    Then I looked for information that would just

7    support what you say, that well 634 was basically

8    reused for the water supply.  And you have

9    information from the time that shows you that that

10   well was not on.  And that information is given in

11   my report for the period November -- for 69 days,

12   November to basically February 5, 1985, that

13   period of time.  And well 634 after this period of

14   shutdown on December 10 or whatever that was, was

15   not on.  And that is contemporary information that

16   tells you which wells were on and which wells were

17   off.  And that I rely as being primary indication

18   and support for my opinion and deduction and

19   conclusion that well 634, once it was shut down,

20   was not restarted for the water supply.

21       Q.    We'll circle back to that in a minute,

22   move onto another subject.

23           (Hennet Exhibit 20 was marked.)

24   BY MR. DEAN:

25       Q.    I'll show you Exhibit 20.  Do you see

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 213 of 370

1    that Exhibit 20, which is

2    CLJA_WATERMODELING_09-427825 through 427827 is a

3    meeting, 2/27/85 meeting, the day after the

4    chronology document is dated, Exhibit 19.

5         A.   Are we on 19 or 20?

6         Q.   I think we're on Exhibit 20.  I was

7    referring back to 19 because it's got that date at

8    the top.  The chronology is 18.

9              Have you seen this document before?

10        A.   I believe I did.

11        Q.   It's not listed in your reliance

12   materials specifically as a call-out.  It could be

13   covered in some of the catch-alls at the back.

14             My question you to is:  Do you know for

15   certain one way or the other in forming your

16   opinions in this case, did you, in fact, review

17   this document or not?

18             MS. O'LEARY:  Object to form.

19   BY MR. DEAN:

20        Q.   If you don't remember, tell me.  But if

21   you remember, I'd like to know.

22             MS. O'LEARY:  Same objection.

23             THE WITNESS:  This document looks

24   familiar to me.  I believe I have seen it.

25

1  BY MR. DEAN:

2      Q.   If you turn to the second page, do you

3  see on the page 826 it is Wilmington Regional

4  Office.  It's got a stamp February 7, 1985 in the

5  right corner.  Do you see that?

6      A.   I see that.

7      Q.   And at the top it says Hadnot Point

8  Water Systems.  There's a location line across the

9  top with different dates to the right.  Do you see

10 that?  So the locations are up and down the left

11 side, and the dates are across the top on the

12 right.

13     A.   That I see that, yes.

14     Q.   And if you go down to the bottom, in the

15 middle, do you see the section that says "Wells

16 out of service and could not be sampled on

17 January 16, 1985"?

18          Do you see that section?

19     A.   I do see it.

20     Q.   They list 610, 615, 654 and LCH 4006.

21 Did I read that list correctly?

22     A.   I see that.

23     Q.   634 is not listed there as being out of

24 service, is it, sir?

25     A.   It is not listed there as being out of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 215 of 370

1    service.

2         Q.   On a report generated or received on

3    February 27, 1985; correct?

4              MS. O'LEARY:   Object to form.

5              THE WITNESS:   That's correct.  And this

6    is one piece of information I have looked at.

7    BY MR. DEAN:

8         Q.   And you discounted and didn't -- before

9    we go there, do you see the information for the

10   vials in the list under 1/16?  Do you see there's

11   a 1/16 date.  Then there's some results listed

12   under it.

13        A.   I see that.

14        Q.   And the location is over along the left

15   side.  Would you agree with me that this is

16   additional information that shows that samples

17   were taken January 16 because under January 16

18   next to well 634, out to the right is that same

19   reading we looked at before, 1300.

20        A.   I see that.

21        Q.   Do you agree with that?

22        A.   Yes.  And if I may elaborate on this,

23   the meaning of what you read in the record that

24   wells out of service and could not be sampled.

25   Now, if you look at the wells that were sampled

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 216 of 370

1  and you go, for example, from the top, Building

2  20, Building 20, well 601, well 602, 603, 608,

3  634, 637, 642, 651, all of those wells were

4  sampled.  All of those wells were sampled.

5         Those wells sampled, basically some of

6  them were not in service.  And then you have the

7  list of the wells that were sampled.

8       Q.   16 is not at the top.

9            MS. O'LEARY:  Object to the foundation.

10  BY MR. DEAN:

11       Q.   16 is not listed as a sample taken

12  because it was out of service, nor was 615, nor

13  was 654, nor was LCH 4006.  Those are noted listed

14  at the top on this document.

15       A.   I would like to answer, and listen to my

16  logic.  You try and pick the one you want, but

17  listen to what is important here.  Let's take, for

18  example, well 608.  Well 608 says for 1/16 it was

19  broken.  You read that; right?

20       Q.   Yes, sir.  I can read.

21       A.   Does that mean it was sampled?  I

22  conclude that it does mean it was sampled.  Well

23  608, was it an active well?  No.  It had been had

24  shut down before.  It was never restarted, but it

25  could be sampled.  In my evaluation of this, I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 217 of 370

1    made the same conclusion for 634.

2         Q.    But this says on its face that this

3    along with the other two documents I showed you,

4    shows that 634 was, in fact, pumping, operating,

5    when the samples were taken on January 16, 1985 as

6    well as all the way through at least February 1,

7    if not February 27 when this document was

8    prepared.

9         A.    No.  What this means is that 634 could

10   be sampled like 608 could be sampled.  We know

11   that 608 was not in service.  And what you made me

12   read earlier is that wells out of service and

13   could not be sampled outside those four.

14              What is meant by that is those you could

15   not sample.  Sometimes it's because you do not

16   have a pump that function anymore or the well has

17   been probably abandoned, so it could not be

18   sampled.

19              Now, 608 was abandoned before, but it

20   was sampled as indicated by the data.  634, I saw

21   nothing that says that 634 was restarted after it

22   was shut down because of methylene chloride.

23         Q.    I just shown you three documents.  I'm

24   not going to argue with you anymore about it.

25              I'm just asking you:  Does that change

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 218 of 370

```
 1    your view with regard to whether your opinion is
 2    correct that 634 was shut down temporarily January
 3    12 and was thereafter was restarted?
 4              MS. O'LEARY:  Object to form.
 5              THE WITNESS:  And I explained to you
 6    that you are reading words in a wishful manner for
 7    what you try to express.  And I am explaining to
 8    you that basically I have not seen any indication
 9    that well 634 was restarted for service, but it
10    could be sampled similarly to well 608 for
11    example, which we know for sure was never put back
12    in service.  And by the way, the same is true for
13    well 602.
14    BY MR. DEAN:
15         Q.   What is your basis to say that 634 was
16    shut down December 12 and never turned back on?
17    What is the basis for that statement?
18              MS. O'LEARY:  Object to foundation.
19              THE WITNESS:  The well was shut down at
20    that time because of methylene chloride.  And I
21    found no indication that it was put back into
22    service.  And the fact that you are trying to make
23    me admit that because it was sampled on
24    January 16, that means it was in service.
25              You have plenty of more direct evidence
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 219 of 370

1  that shows that 634 was not restarted.  And I
2  mentioned before the document that shows the wells
3  that were on and the wells that were off between
4  November -- sometime in November all the way to
5  February 5, 1985.  By November I mean November
6  1984.
7          (Hennet Exhibit 21 was marked.)
8  BY MR. DEAN:
9      Q.  We're going to look at it right now.
10  Now, in your report -- I'll show you Exhibit 21.
11  I blew it up.  You've seen that chart before.  I
12  think that's what you're referring to; right?
13      A.  That's correct.
14      Q.  And you took Exhibit 21, which is an
15  operational monthly report of when these wells
16  were all -- between November 28, '84 and
17  January 6, '85; right?
18          THE WITNESS:  That's right.  This is
19  independent data, if you wish.
20  BY MR. DEAN:
21      Q.  That you believe shows that this -- do
22  you think when this document was created,
23  Exhibit 21.
24          MS. O'LEARY:  I'm sorry.  I have a
25  foundation objection. I think you said January 6,

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 220 of 370

1   '85.  I think it goes to February 5, if you look

2   at page 2.

3              MR. DEAN:  I'm sorry.  You're exactly

4   right.  My apologies.

5   BY MR. DEAN:

6       Q.   This chart for all these wells gives

7   November 28, 1984 and continues through

8   February 5, 1985; right?

9       A.   That's correct.

10      Q.   And you took that chart and you've

11  created an Excel spreadsheet, and we'll talk about

12  it later on, but you used that spreadsheet to then

13  do some calculations and come up with percentages

14  of operation time at these wells; right?

15      A.   That's a basis for that, yes.

16      Q.   So this is not a report.  Someone

17  created a summary after they went and looked at

18  some records to create this well operational

19  history document; right?

20              MS. O'LEARY:  Object to foundation.

21              THE WITNESS:  Somebody working there did

22  this.

23  BY MR. DEAN:

24      Q.   What did you do to ascertain or

25  investigate whether the data or the information

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 221 of 370

1  about what months shown on this chart these
2  different wells were operating?  What work did you
3  do to verify that this chart was accurate before
4  you created your own chart?
5      A.   Well, the chart -- you have information
6  for the well we know were shut down.  Let's take
7  634 off the table now.  602, 608, we know when
8  that well was shut down.  And we have some others.
9  By memory I don't remember them all.
10          But those wells were basically but out
11  of service, and that's documented.  And they were
12  never restarted.  By memory 602 608 are the ones I
13  remember right now.  There are probably some other
14  ones.  And when you look at this chart, one of the
15  things that I checked was, right, is this
16  consistent with that information.  And it is.  So
17  602 for example, I know that it was shut down
18  before November '84, and it's never on.
19          608, I know that it was shut down
20  approximately in early December, and it was never
21  on.  All the ones that were contaminated, once
22  they discovered the contamination, they shut them
23  down.
24          Same for 634 now.  634 basically was
25  never on, was never on at all after December,

Golkow Technologies,
877-370-3377                 A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 222 of 370

1    December 10.  And it was off a few days before
2    because it was off.  But it was never put back on
3    all the way to February 1985.
4         Q.   I let you finish.  I let you finish.  So
5    let me ask a question.
6         A.   Let me finish then.  So this to me is
7    important data in that context, because it's not
8    somebody like ASTDR, like me or anyone else who
9    just generated this information.
10        Q.   My question was:  You rely primarily on
11   Exhibit 21, this chart someone created based on
12   some other information to create your chart on
13   page 418 in your report; right?
14        A.   I basically base what have in my report
15   on this, and I made it to fit on one page.
16        Q.   Second question, you mentioned some data
17   you conferred with to verify that the information
18   in the chart is accurate.
19             Do you remember what you were referring
20   to?
21        A.   I thought I explained that.  You have
22   information in the record that, for example --
23        Q.   Be specific.  What information are you
24   referring to that you conferred or reviewed to
25   determine that you felt this chart was accurate?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 223 of 370

1    That's what my question is.

2        A.    For example, well 602, remember this

3    chart are for the wells that are actually used for

4    the water supply.  They're water supply wells when

5    you have an X that were in use to supply the

6    water.  Now, I know from the record, for example,

7    well 602 was contaminated but was shut down.

8        Q.    Let me stop you there.  I don't know

9    what you're referring to.  You just say the

10   record.  I need to know what documents you're

11   relying upon that you claim you reviewed to

12   confirm that this chart was accurate.

13           MS. O'LEARY:  Object to form.

14           THE WITNESS:  They are documents in the

15   record that I reviewed that basically give you the

16   date when 602 was --

17   BY MR. DEAN:

18       Q.    Can we agree we'll move on.  As you sit

19   there, you believe there's records.  You believe

20   you reviewed something, but you can't cite to them

21   specifically to me right now?

22       A.    By memory I am describing those, but I

23   cannot just all of a sudden present them out of my

24   nose.

25

1      Q.    So on Exhibit 21, the chart, beside 634

2   it shows it was operating on December 28 and 29

3   and it shows it was operating December 2, 3 and 5,

4   and then there's nothing for it throughout --

5      A.    That was too fast for me.  Can you

6   repeat, please?

7      Q.    For 634 it shows only on the chart that

8   634 was operating November 28, November 29,

9   February 2, 3, 4, 5 and 6, and it stops.  If you

10  turn and look all the way across that, it shows it

11  wasn't operated the rest of December, wasn't

12  operating in January.  And on the back, if you go

13  to 634, it doesn't show it operating at all in

14  January or February.

15         MS. O'LEARY:  Object to foundation.  I

16  think you just misspoke and February when you

17  meant December.

18  BY MR. DEAN:

19     Q.    The well did not operate at all in

20  December according this document or January or

21  February, and that's where you got your

22  information it must have been shut down and not

23  come back on; right?

24         MS. O'LEARY:  Object to foundation.

25         THE WITNESS:  That is consistent because

Golkow Technologies,
877-370-3377                A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 225 of 370

1   if it were to have been used, it will be

2   represented with X on this chart, and it was not.

3   BY MR. DEAN:

4       Q.   Then, sir, go back to Exhibit 20 for me.

5   It's the handwritten memo page.

6       A.   Yes.

7       Q.   I think you missed a document.  If you

8   look at page 2, that analysis, if you look at well

9   634 under the date 12/10, what is the 130F?

10      A.   F stands for methylene chloride.

11      Q.   Out beside both 12/4, 12/10 you have

12   this 130 reading; right?

13         MS. O'LEARY:  I'm sorry for which well?

14   BY MR. DEAN:

15      Q.   Well location 634 there's a methyl

16   chloride finding on a sample taken on 12/10;

17   right?

18      A.   Methylene chloride, yes, on 12/10.

19      Q.   And in order to obtain that sample, the

20   well is operating; right?

21      A.   It doesn't mean it was operating.  It

22   means it was sampled.

23      Q.   Well, wouldn't you want to sample it

24   when the well is operating?

25      A.   Actually, you sample when you can

1    sample.  It doesn't have to have the well

2    operating.  By operating, I mean providing water

3    to the water supply.

4         Q.   If this chart you created on 418 that

5    you pulled from Exhibit 21, the historical summary

6    chart --

7              MS. O'LEARY:  That's 418 of Exhibit 3?

8              MR. DEAN:  Yes.

9    BY MR. DEAN:

10        Q.   You'd need to rethink your opinions,

11   wouldn't you?  If this chart is wrong, Exhibit 21,

12   for which you created 418 and did some

13   calculations, if his chart is wrong, then your

14   opinions with regard to this information and

15   calculation of these well operational

16   contributions by percentages, those opinions would

17   be wrong, wouldn't they?

18             MS. O'LEARY:  Object to form.

19             THE WITNESS:  This is a major piece of

20   information that I considered.  It's not the only

21   one.

22   BY MR. DEAN:

23        Q.   I understand.  But what if it's wrong?

24   What if this information you thought was accurate

25   is wrong?  Would you please agree with me you

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 227 of 370

1    would need to go back and look at your opinions?

2              MS. O'LEARY:  Object to form.

3              THE WITNESS:  You're asking me to

4    speculate that this is wrong.

5    BY MR. DEAN:

6         Q.   I'm saying I want you to assume it's

7    wrong.

8         A.   If you assume anything is wrong, if it

9    is wrong, then I would consider that and see if it

10   affects my opinion or not.

11        Q.   What if some of these wells that shows

12   they're not operating on this chart are, in fact,

13   operating.  Wouldn't that call into question this

14   chart that you relied upon for your calculations?

15   Yes or no.

16             MS. O'LEARY:  Object to form.

17             THE WITNESS:  That depends which

18   information you would show me.  Is that

19   information that a well was sampled?  For me, if

20   you show me information that the well was sampled,

21   it doesn't mean it was actually being pumped

22   through the water supply at the time.

23   BY MR. DEAN:

24        Q.   Let's relax and go to something else.

25        A.   Can we take a break sometimes for

1    relaxation?  I can wait a little bit more, but at
2    some point, my coffee is working.
3            THE WITNESS:  We've gone a little over
4    an hour.
5            MR. DEAN:  I'm fine taking five or so
6    minutes if we could.
7            THE WITNESS:  Five minutes is fine.
8            MR. DEAN:  Let's take a break.
9            THE VIDEOGRAPHER:  We are off the record
10   at 1610.
11           (Recess from 4:10 p.m. to 4:19 p.m.)
12           THE VIDEOGRAPHER:  We are on the record
13   at 1619.
14   BY MR. DEAN:
15       Q.   Can you pull back out your handwritten
16   note, please, sir, Exhibit 11.
17       A.   Got it.
18       Q.   And also out beside your report.  We're
19   going to go to page 5-7.
20       A.   Can you repeat, please?
21       Q.   In your report page 5-7.  We're talking
22   about volatilization losses at Hadnot Point water
23   treatment plant; right?  On Exhibit 2-4 you did
24   some calculation work?
25           MS. O'LEARY:  I'm sorry.  What's Exhibit

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 229 of 370

1  2?  Excuse me.  I'm just confused.

2  BY MR. DEAN:

3      Q.   Page 5-7.  It's also at the top called

4  Exhibit 2-4 in your report; right?

5      A.   Yes.  Exhibit 2-4 is actually starting

6  on 5-6.

7      Q.   How did you do those calculations?

8      A.   I applied a formula that I describe in

9  an appendix to my report.

10      Q.   And you started with 1000 parts per

11  billion, and you say that the treatment process

12  removes like 30 percent; is that right?

13          MS. O'LEARY:  Object to foundation.

14          THE WITNESS:  No.  I did do everything

15  in percent.  I started at 100 microgram per liter

16  and then basically taking 100 percent and then

17  that's what you reduced.

18  BY MR. DEAN:

19      Q.   I'm sorry.  You took 100 percent,

20  started with that.  You took out 30 percent for

21  treatment process; right?

22          MS. O'LEARY:  Object to foundation.

23          THE WITNESS:  Where is that, please?

24  BY MR. DEAN:

25      Q.   I'm trying to get you to explain to me

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 230 of 370

1  how you did the calculations that are shown on

2  Exhibit 2-4.  Starting with 100 percent, how did

3  you do these calculations?

4      A.   In a manner similar to what was done in

5  the AH report basically for the different

6  elements, if you wish, of the storage treatment

7  and water towers.

8      Q.   You started with 100 percent.  How much

9  do you believe the treatment process reduces the

10  volatilization losses?

11          MS. O'LEARY:  Object to form.

12          THE WITNESS:  As a whole?

13  BY MR. DEAN:

14      Q.   Yes, sir.

15      A.   For which compound?

16      Q.   Did you apply a constant percentage of

17  30 percent to volatilization losses -- let me ask

18  it this way.

19          Your overall -- on Exhibit 2-4 under

20  TCE, your overall evaporative removal at the very

21  bottom comes out to be 17.07.

22          Do you see that?

23      A.   I see that.

24      Q.   And if you add up these percentages, I

25  believe, they -- do you know what they total?

1          MS. O'LEARY:  Object to foundation.

2          THE WITNESS:  I am not sure I understand

3     your question.  What this 17 percent is is the sum

4     of the numbers that are in bold in the table for

5     each chemical.  This one in particular would be

6     for TCE.

7          I want to add something.  Those

8     calculated results are for the system and do not

9     include the operation of the recarbonization

10    basin.  I didn't put any value on that or it does

11    not include other type of losses.  This is

12    evaporative losses as it is today, if you wish, or

13    as it was when the recarbonization basin at Hadnot

14    Point water treatment plant was not operating and

15    the period of operation for the recarbonization

16    basin when it was used for its purpose is unknown.

17    BY MR. DEAN:

18    Q.   Thank you for that.  We'll circle back

19    to this in a minute.  Let's talk about stressor

20    periods.

21    A.   Stressor periods.

22    Q.   So the stressor period that ATSDR did in

23    calculating and doing its water modeling, they use

24    one month and look at all this well information;

25    right?

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 232 of 370

```
1              MS. O'LEARY:  Object to foundation.
2    BY MR. DEAN:
3         Q.   They didn't do it daily?
4         A.   The ASTDR model reported their results
5    as monthly averages.
6         Q.   Your chart we talked about earlier that
7    you created is basically two full months?
8         A.   This one?
9         Q.   Yes, sir.
10        A.   This is the information we have on which
11   wells were on, which wells were off for a period
12   of 69 days.
13             MS. O'LEARY:  For the record, we're
14   referencing 21?
15             MR. DEAN:  Yes.
16             THE WITNESS:  As shown in Exhibit 21.
17   BY MR. DEAN:
18        Q.   Do you believe that it's representative
19   of the true nature of well pumping and
20   contributions of these various wells look at just
21   one month?
22             MS. O'LEARY:  Object to form.
23             THE WITNESS:  That's not one month.
24   It's more than two months.
25
```

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 233 of 370

1    BY MR. DEAN:

2        Q.    Do you think that's sufficient to look

3    at two months of data in December of '84 and

4    January of '85 to analyze this issue about the

5    contributions of these various wells to the

6    pumping operations?

7            MS. O'LEARY:    Object to form.

8            THE WITNESS:    This is the data that is

9    available.    And I will comment on this in the

10   sense that during this period of time, you had

11   less wells available for pumping because some of

12   them had been closed because of contamination,

13   which implies that the other wells had to

14   compensate for that.    So that information probably

15   exaggerates -- not exaggerates -- but gives a

16   relative on and off period for the well that is --

17   you had less wells.    So you had do operate the

18   wells a little bit more to compensate for that.

19   BY MR. DEAN:

20       Q.    Do you remember -- well, you made the

21   mention about wells coming off line.    You know

22   that new wells were put in as well in this same

23   timeframe; right?    Have you seen that data?

24           MS. O'LEARY:    Object to foundation.

25           THE WITNESS:    I don't recollect the date

1   of new wells you would be talking about.  But

2   there were new wells, especially -- probably -- I

3   do not know the date of the new wells by memory,

4   but there were some, and I believe they were

5   either for Hadnot -- Holcomb Boulevard system came

6   later as far as Hadnot Point system was concerned.

7   BY MR. DEAN:

8        Q.   If new wells were coming online

9   hypothetically at a particular water treatment

10  plant area, that sort of changes the history or

11  what's going on with pumping because you're taking

12  some off line and then you're bringing on some new

13  ones.  And if all this is occurring at the same

14  time, it could artificially not represent the true

15  history of what might have been taking place

16  previously with respect is to certain wells.

17             Do you see what I'm saying?

18             MS. O'LEARY:  Object to form.

19             THE WITNESS:  I understand what you are

20  saying and I understand you are talking about the

21  tools in that sense, and nobody knows for the past

22  except this period of time, which is data in my

23  opinion.

24  BY MR. DEAN:

25       Q.   And you think it's okay just to look at

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 235 of 370

1    these two months even though at the same time of

2    these two months, some wells are coming off and

3    others are potentially coming on?

4              MS. O'LEARY:  Object to foundation.

5              THE WITNESS:  This is the data that is

6    available.

7              (Hennet Exhibit 22 was marked.)

8    BY MR. DEAN:

9         Q.   I'll show you Exhibit 22.  Do you see

10   that HP-622 -- let me just for the record,

11   Exhibit 22 is CLJA_WATERMODELING_05-826091 through

12   826118.

13             Do you see that HP-622, Hadnot Point,

14   new well 622 put in 5/19/82 the construction was

15   completed.  And on 6/1 there's a note that it went

16   in service.  Do you see that?

17             MS. O'LEARY:  Object to foundation.

18   BY MR. DEAN:

19        Q.   Do you see that?

20        A.   I don't see the last part, but you have

21   to be patient with me.

22        Q.   At the top, 5/19/83, construction

23   completed.  6/1/84 it's in service.

24        A.   I see that on this document, which is

25   from the ATSDR, I believe.

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 236 of 370

1     Q.   Right.  But I mean they're citing -- let

2  me ask you this:  Do you not trust any of the

3  historical information that was completed by

4  ATSDR?  And they've even footnoted where they got

5  the information from, including Scott Williams, a

6  June 6, 2008 email about well runs from Scott

7  Williams.

8          Do you not just the information that's

9  on this chart?

10          MS. O'LEARY:  Object to form.

11          THE WITNESS:  It is trust, but verified.

12  I do not care who did what.  I just go always to

13  the original document that's close to that that

14  and I can do, and I consider everything in

15  between.

16  BY MR. DEAN:

17     Q.   And the capacity for which this well was

18  originally drilled and -- I don't know if

19  certified is the right word, but capacity in

20  gallons per minute was 323 at the top.

21          Do you see that?

22     A.   That's capacity of the well at

23  construction, yes.

24     Q.   And well capacity test was performed

25  again 9/5/85 it's at 320.  1986 it's 320.  1988,

1   290.  1988, 330.  Do you see that?  So it's
2   consistently in the 320, 330 range; right?
3         A.    For this well, it is.
4         Q.    Now, if you turn to well 623, its
5   construction was, I guess, about the same day, a
6   few days off.  May 25 it says it was completed.
7   Its capacity was originally 360.  It went in
8   service August of 1984 according to operation
9   records.  1985 it's got a well capacity test of
10  242.
11          Do you see that?
12        A.    1985 I see that 242 capacity.
13        Q.    Turn to the next page Bates-stamp ending
14  97.  The next one HP-628 (new).  Do you see that
15  new well went in 6/1/1984 construction completed.
16  I guess there's some capacity reading of 160 in
17  October 1984.
18          Do you see that?
19        A.    I see that.
20        Q.    Turn to the next well, well HP-660, that
21  one, construction was completed in July of '83.
22  Capacity test or whatever result in service
23  7/1/84, and it had I guess a capacity test
24  previously at 151 in November of '83.
25          Do you see that?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 238 of 370

1      A.   I see that.  That's the only capacity
2  test.
3      Q.   Agree with you.
4      A.   And it was put out of service and later
5  abandoned.
6      Q.   Correct, 1994.  HP-661, drilled in March
7  of '83.  In service August of '84.  Well capacity
8  test October 26, '84 was 280.
9           Do you see that?
10     A.   I see that.
11     Q.   And the last one is 662, last page
12  ending 118.  Says it was in service August of '83.
13  Well capacity test October of '83 146.  In service
14  November 1984.  Another well capacity test August
15  of '85 at 168.
16          Do you see that?
17     A.   I see that.
18     Q.   So going back to my question, with all
19  of those wells contributing, if you add them all
20  up, over 988 gallons per minute in addition to the
21  raw water supply, do you really think looking at
22  the two months that you looked at still are
23  representative of well cycling?
24          MS. O'LEARY:  Object to foundation.
25          THE WITNESS:  What we talked about on

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 239 of 370

1  this sheet, it tells you which wells were on,

2  which wells were off.  A well can be in service

3  and but not being bumped.

4  BY MR. DEAN:

5      Q.   Are you aware that November 30, 1984 the

6  Navy received test results for 22 sampled wells,

7  that well 602 was contaminated with benzene and

8  that that initiated additional plans for further

9  testing?

10          Do you remember that fact?

11     A.   What was the date you mentioned?

12     Q.   December 30, 1984.

13          MS. O'LEARY:  Object to foundation.

14          THE WITNESS:  I don't recall the exact

15  date, but during that time, well 602 was shown to

16  be contaminated and was basically shut down.

17  BY MR. DEAN:

18     Q.   And that finding initially would have

19  resulted in some additional testing and the well

20  shut down?

21          MS. O'LEARY:  Object to foundation.

22          THE WITNESS:  Yes.  The evaluation by

23  the base went step-wise.  They were trying to

24  understand the problem.

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 240 of 370

1   BY MR. DEAN:

2       Q.   For 602, and I believe it's in the

3   records, there were well tests of 602 December of

4   '84 and January '85 to locate the sources of

5   contamination; right.

6           MS. O'LEARY:  Object to foundation.

7           THE WITNESS:  What do you mean by well

8   test?

9   BY MR. DEAN:

10      Q.   If you take a look at Exhibit 15, it's

11  the chart with all the well tests summarized.

12  It's Exhibit 15, ATSDR table.  You can use mine.

13      A.   I'd love to find mine so you can keep

14  yours.  Got it.

15      Q.   Do you see beside HP-602 all of the

16  testing that was done in November and December

17  checking for contamination?

18      A.   I see that.  We're talking about

19  chemical tests, I mean sampling and laboratory

20  analysis of chemicals.  Just before we were

21  talking about capacities.

22      Q.   Would those tests have affected pumping?

23          MS. O'LEARY:  Object to the foundation.

24  BY MR. DEAN:

25      Q.   Operations.

1          MS. O'LEARY:  Object to form.

2          THE WITNESS:  Test affected pumping?

3    The sampling of a well may be done when the well

4    is actually supplying water or when a well is not

5    supplying water if you have a pump that works that

6    is (indecipherable).

7    BY MR. DEAN:

8       Q.   And that well was shut down, 602 was

9    shut down after those contamination results were

10   received in December of '84; correct?

11         MS. O'LEARY:  Object to foundation.

12         THE WITNESS:  My understanding, it was

13   shut down because contamination was reported.

14   BY MR. DEAN:

15      Q.   Would the fact 602 being shut down not

16   impact pumping schedules for the other wells?

17         MS. O'LEARY:  Object to form.

18         THE WITNESS:  That depends if the well

19   was in use or not.  But, of course, you had one

20   less well for the supply when they shut down that

21   well.

22   BY MR. DEAN:

23      Q.   When you shut down one well and you got

24   so many people on base, doesn't it potentially

25   impact pumping operations at other wells?

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 242 of 370

1     A.   Yes, it does.  You either have to pump

2   the one you have for a longer time or you have to

3   add wells.

4     Q.   What information would you need, going

5   back to Exhibit -- going back to the well service

6   for the couple months that we've been talking

7   about record that you used to create your chart,

8   what records would you need to look at if you

9   wanted to enhance this analysis to look and see

10  about what was going on with well operations

11  either before or after these time periods?

12          What sort of records would you need?

13          MS. O'LEARY:  Object to form.  This is

14  Exhibit 21.

15          THE WITNESS:  It doesn't exist to my

16  knowledge, because I have looked for.  And for the

17  time prior to this, you basically have -- if any

18  record, you basically have nothing all the way to

19  1942.  You know the number of wells, more or less,

20  that you had that were potentially in service.

21  But you do not know if were they pumping or which

22  group of wells were pumping.

23          (Hennet Exhibit 23 was marked.)

24  BY MR. DEAN:

25    Q.   I'll show you what I'm going to mark as

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 243 of 370

1    Exhibit 23.  This is some historical information
2    about well capacity, operational history for
3    HP-651.  Do you see that?  It's Bates-stamped
4    CLJA_WATERMODELING_05-826112.
5         A.    I see this is again from the ATSDR
6    report.
7         Q.    Yes, sir.  You see like some of the
8    other ones we've looked at, this information down
9    at the bottom under the footnotes, you see there's
10   footnote number three.  For example, under that it
11   lists all the data sources for which this
12   information came including operation records.
13          Do you see that?
14        A.    Number three?
15        Q.    Footnote three.
16        A.    AH Environmental Consultants, Inc.,
17   electronic communication, September 3, 2004.
18        Q.    Now, you see that well was constructed
19   in 1971.  Do you see that?
20        A.    I see that.
21        Q.    It says it went in service in '72.  And
22   I think you got that in your report.  Do you
23   remember that?
24        A.    Yes, I do.
25        Q.    And it was originally marked with a

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 244 of 370

1    capacity or constructed with a capacity rating of

2    200 gallons per minute; right?

3         A.   It was tested at the capacity of

4    200 gallons per minute with a set pump at a given

5    elevation.  We were given horsepower.

6         Q.   1977 well capacity test.  It says 190.

7    1979, well test capacity test is the 167.  1980,

8    capacity 178.  1981 it goes up to 232.  1983 it

9    goes up to 239.  And October 29, 1984, it's

10   pumping at its highest rate, 242, according to

11   this information; correct?

12        A.   According to this, it is correct.  And I

13   have looked at the information for this well as

14   well.

15        Q.   And in your report, you opined that

16   HP-651 is only operating 39 percent of the time

17   based on your calculations and using the

18   spreadsheet you created from the historical record

19   of operation of these various wells, Exhibit 21;

20   right?

21             MS. O'LEARY:  Object to foundation.

22             THE WITNESS:  That's the data I have and

23   that's the data I used.

24   BY MR. DEAN:

25        Q.   If it's pumping all of those historical

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 245 of 370

1    timeframes where it was tested, does it really

2    make sense that it's only pumping at 39 percent?

3              MS. O'LEARY:  Object to foundation.

4    BY MR. DEAN:

5        Q.    According to your calculations?

6        A.    39 percent of the time?

7        Q.    That's right.

8        A.    This is what the data supports.

9              (Hennet Exhibit 24 was marked.)

10   BY MR. DEAN:

11       Q.    Now, again so you and I can see it

12   better, I took your page 4-18, which is your Excel

13   spreadsheet graph, and this is Exhibit 24.  It's

14   that same page out of your report.  It says in

15   your report under that chart Exhibit I-9,

16   Frequency of Use of Supply Wells, November 28, '84

17   to February '85.  And your conclusion, Supply well

18   HP-651 was on for 27 out of 69 days, and that gave

19   you an average pumping frequency of .39; right?

20       A.    That's correct.

21       Q.    And that is the basis for your opinion

22   that this HP-651 was only pumping 40 percent of

23   the time or thereabouts?

24             MS. O'LEARY:  Object to foundation.

25             THE WITNESS:  That's it, yes.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 246 of 370

1           (Hennet Exhibit 25 was marked.)

2    BY MR. DEAN:

3        Q.   Now, I'll show you Exhibit 25.  And that

4    document is an email from Anita Short at the top.

5    It was a document found in the CAGE, identified as

6    CLJA_USMC_CAGE_350325 through 345.  You see the

7    subject line of all these emails is the same.  It

8    says HP & HB Well Pumps:  January to June 1980.

9            Do you see that?

10       A.   I see that.

11       Q.   Now, I didn't see this document listed

12   on your reference materials specifically called

13   out, although I think it might potentially --

14   while I'm doing that, just confirm if it's in the

15   catch-all.

16           Do you remember ever seeing that

17   document before?

18       A.    I may if it is -- I may have seen it,

19   but it seems to be indicating some water levels.

20       Q.    In order to get these water levels,

21   would you agree with me the well has to be

22   pumping?

23       A.   No.  Some of them when you have a 3-foot

24   water level, it's probably not pumping, 3-foot

25   draw down as it's called.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 247 of 370

 1      Q.   If you go to well 651, which will be on
 2  page 29, it's about the third page in, you see
 3  well 651, the January 1980, that first record, you
 4  say it says stat 25 foot, pump a hundred, draw
 5  down 75.  Do you see that?
 6      A.   I see that.
 7      Q.   If you look across that, you see in
 8  February, March, April, May it shows all those
 9  lines filled out and it's pumping?
10      A.   It's pumping sometime during that period
11  of time; right.
12           (Hennet Exhibit 26 was marked.)
13  BY MR. DEAN:
14      Q.   I'll show you Exhibit 26.  This is
15  CLJA_USMC_CAGE_67935 through 68188.  This document
16  is not listed in your reliance materials
17  specifically.  But do you see that it starts in
18  1978 at the beginning on that second page at the
19  top?
20      A.   I see that.
21      Q.   If you turn about four pages in till you
22  get to the well 651, do you see some operational
23  data in the information there?
24           MS. O'LEARY:  What's Bates-stamp?
25           MR. DEAN:  CLJA_USMC_CAGE_67935 through

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 248 of 370

1    8188.

2    BY MR. DEAN:

3        Q.    Right now I'm asking the question about

4    age 7944.  Do you see well data, monthly well

5    pumping data for Hadnot Point, well 651, for July

6    on that particular page, August, September?

7        A.    This does not give you pumping values.

8    It just tells you that during those months, the

9    well that we are talking about were used.  That

10   doesn't mean they were used all the time.  Of

11   course, they were not.

12       Q.    I understand, but that's some

13   information that on that particular month that

14   well 651 was operated at sometime.  We don't know

15   the exact date?

16       A.    Exactly.  But what this tells you as

17   well is for 651 is that it was not operated in

18   October of that year at all.

19       Q.    Let's go back to -- where do you see

20   that?  Show me what page you're looking at.

21       A.    We were looking at page 7944.

22       Q.    I agree 100 percent.  October it's not

23   working at all?

24       A.    At least it's not reported.

25       Q.    Did you consider this information at all

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 249 of 370

1  in forming your opinions about what months --
2  scratch that.
3           If you look through this entire exhibit,
4  do you see that it goes all the way through July
5  of 1983, December?
6           MS. O'LEARY:  Objection.  Foundation.
7  BY MR. DEAN:
8      Q.   Do you see on the last page, page 68188,
9  is July of '83 to December of '83?
10          MS. O'LEARY:  Object to foundation.
11          THE WITNESS:  That page does not inform
12 me on 651.  But that page goes to December 1983
13 but for some wells at different places.  So that's
14 fine.  I see you probably have it under Hadnot
15 Point.
16 BY MR. DEAN:
17     Q.   Here it is.  It's going to be on page
18 68148, well 651.  The previous page, 68146, began
19 January of '83.  Do you see that?
20     A.   I am on 68146.
21     Q.   Do you see 1983 Hadnot Point at the top?
22     A.   I see that.
23     Q.   And the next page, which for whatever
24 reason, there's a Bates -- my next page says
25 68148.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 250 of 370

1          MS. O'LEARY:  That's what I have as

2    well.  I don't have a 7.

3          MR. DEAN:  I don't know what's going on

4    there at all.

5    BY MR. DEAN:

6          Q.    But you see 651?

7          A.    I see that, yes.

8          Q.    January through June?

9          A.    Right.

10         Q.    July through December is on about three

11    page over beginning page 54.

12         A.    Yes.  It goes all the way to December.

13    And I believe if you follow the logic of this, it

14    would be '83.

15         Q.    So we have some information for all of

16    those months, 1978 through January of '84 where

17    well 651 is pumping.  I'm not sure how many days.

18    But it's pumping at least one day.  And you didn't

19    consider that evidence in forming your opinions

20    that the well is only operating 39 percent of the

21    time?

22         A.    I have never said that well 651 was not

23    a water supply well during the period 1972 until

24    it was shut down in 1985.  It was available.

25    Those sheets are consistent with that, but I did

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 251 of 370

1    not give you a frequency of use.

2         Q.   Do you agree that if you took into

3    consideration those operational months, it would

4    expand potentially the time periods to consider

5    for reaching your calculation of 39 percent using

6    only two months versus five years of well

7    operational history?

8              MS. O'LEARY:  Object to form and

9    foundation.

10             THE WITNESS:  I will re-answer.  This

11   information shows that the well was available for

12   that period that is documented in this Exhibit 26.

13   But that doesn't give you a frequency of use.

14   BY MR. DEAN:

15        Q.   Now, let's go to something else, talk

16   about water buffaloes.  When you read

17   Dr. Sabatini's report, you realized that

18   Dr. Brigham had made a mistake about how the water

19   buffaloes were filled back in the day as far as

20   what hatch or location they were filled; right?

21             MS. O'LEARY:  Object to foundation.

22             THE WITNESS:  I don't see what mistakes.

23   My recollection is Dr. Brigham just showed water

24   buffaloes, several types of water buffaloes that

25   were used at the base at the time.

1    BY MR. DEAN:

2        Q.   Well, Dr. Brigham assumed that all you

3    water buffaloes were M107s or if they all -- if

4    they had other models, that they were being filled

5    through the filler neck; right?

6            MS. O'LEARY:  Object to foundation.

7    BY MR. DEAN:

8        Q.   That what he says in his historical

9    expert opinion report, that these water buffaloes

10   were filled through the filler neck.

11           MS. O'LEARY:  Object to form and

12   foundation.

13           THE WITNESS:  You have to show me where

14   he says that because I don't recall that.

15   BY MR. DEAN:

16       Q.   Well, you relied upon that up until the

17   time you issued your report to support certain

18   opinions about volatilization.  And after

19   Dr. Sabatini provided his report, you then went

20   back out there February 11 and did your work

21   including filling a water buffalo; right?

22           MS. O'LEARY:  Object to foundation.

23           THE WITNESS:  When I made my calculation

24   for the fill up of a water buffalo, I had a

25   diagram of a water buffalo and I filled it up

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 253 of 370

1    through the filler pipe for my calculation.  And

2    then I made that calculation.  And then I just saw

3    the expert report that rebutted my report by

4    Dr. Sabatini in which he basically agrees with me

5    on the methodologies.  But there he just also

6    included two affidavits that I had seen before

7    that says that the water buffaloes, at least some

8    of them, were filled up through the manhole.  I

9    understand that, and that one of the reasons I

10   went back to the base to basically evaluate that.

11   BY MR. DEAN:

12        Q.   When you issued your report in

13   December 2024, December 9, 2024 when you issued

14   your original report, did you do anything at that

15   time to verify any of the data in Dr. Brigham's

16   report?

17             MS. O'LEARY:  Object to foundation.

18             THE WITNESS:  I wrote my report.

19   BY MR. DEAN:

20        Q.   Can you answer my question yes or no.

21             Did you do anything to verify his data

22   when you first saw his report before you prepared

23   yours?

24             MS. O'LEARY:  Object to form and

25   foundation.

1          THE WITNESS:  I did not do anything to
2    verify Dr. Brigham report, which basically came at
3    the same time as mine.  And I made my calculation
4    as I explained in my report.
5    BY MR. DEAN:
6          Q.    In your report, you did your
7    calculations based on Dr. Brigham's report saying
8    that they were filled through the filler neck;
9    right?
10          MS. O'LEARY:  Object to foundation.
11          THE WITNESS:  You will have to show me
12    where and what Dr. Brigham says about that if he
13    said it as you tried to insinuate, that they were
14    only filled up through the filler.  I don't recall
15    reading that.  So you have to show me that, and I
16    will be able to answer.
17    BY MR. DEAN:
18          Q.    You assumed when you wrote your report
19    on volatilization issues about the water buffaloes
20    you relied on Dr. Brigham's report.  And I can
21    represent to you he says in the report they were
22    filled through the filler neck, and that's what
23    you have in your report.
24          MS. O'LEARY:  Object to foundation.
25          THE WITNESS:  You have to show me

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 255 of 370

1    Dr. Brigham's report where he says that because I
2    don't recollect that specifically, not that it
3    really matter for my opinion.
4    BY MR. DEAN:
5         Q.   So you go back and you do this work.
6    How does that either change your opinions about
7    how these water buffaloes were -- the
8    volatilization of the water buffaloes?
9         A.   You are going to have volatilization
10   losses when a water buffalo is being filled up.
11        Q.   Let me ask you this.
12        A.   I am not finished.
13        Q.   Let me withdraw the question.
14        A.   I am not finished.
15        Q.   I'm withdrawing the question.  It's my
16   question.  I'm trying to get us out of here on a
17   timely basis.  Okay?
18             Did you do any work before you issued
19   your first report to that determine how long it
20   takes to fill a water buffalo either through the
21   filler neck or the manhole cover?
22        A.   I didn't make a specific calculation
23   because I didn't have time of fill up.  But my
24   understanding was that it goes relatively fast
25   because we are dealing with big filling pipes or

Golkow Technologies,
877-370-3377                   A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 256 of 370

 1  hoses, if you wish.  They are not a garden hose.

 2  Those hoses are full pressure hoses that can

 3  deliver 100, 200 gallon per minute.

 4      Q.  You went back on February 11 and you

 5  evidently filled up a water buffalo with a hose

 6  because I've seen in it photos; right?

 7      A.  I did not fill it up myself.  I

 8  witnessed the fill-up of a water buffalo by the

 9  base personnel.

10      Q.  Did you time -- not time -- did you

11  videotape the filling of the water tank?

12      A.  I did not videotape it.  I took many

13  pictures as it was being filled up.  And I did

14  time the time it took to fill up that water

15  buffalo at that stage.

16      Q.  What did you use to record that time?  A

17  watch?  A stopwatch?

18      A.  I asked specifically counsel stopwatch.

19  And I said start and at the end I say end.  And I

20  was on the top of the water buffalo taking

21  pictures.

22      Q.  Did you record somehow that stopwatch by

23  the Department of Justice employee or lawyer to

24  see if they actually started and stopped the watch

25  when you told them to?  Did you do anything to

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 257 of 370

1  record this timing of the filling?

2      A.    It was reported to me as 3 minutes and

3  23 seconds, which is consistent with whatever

4  Dr. Sabatini says about filling up through a

5  manhole.

6      Q.    When you did this experiment or document

7  the timing, did they fill it through the filler

8  neck or the manhole cover?

9      A.    It was filled through the manhole.

10     Q.    And did you all tell him how to fill the

11  water buffalo?

12     A.    I did not.

13     Q.    Did he stay on top of the water buffalo

14  holding on the hose for the 3 minutes and 23

15  seconds to fill the water buffalo?

16         MS. O'LEARY:  Object to form.

17         THE WITNESS:  Who is "he"?

18  BY MR. DEAN:

19     Q.    Whoever filled the water buffalo as

20  shown in the photos.

21     A.    Yes.  There two personnel from the base,

22  two Navy Marines.  And one of them was basically

23  holding the hose and filling up.  The other one

24  was basically handling the shutoff valve and

25  shut-on valve.  I was on the other side of the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 258 of 370

1  water buffalo observing and taking pictures.

2      Q.   Did you have an iPhone that you were

3  taking picture on?

4      A.   I think I took them with my company

5  camera.

6      Q.   Did you have the capacity, you or the

7  DOJ lawyer with you, to record the video if you

8  had wanted to?

9      A.   Well, I took a lot of pictures of that

10 filling up.

11     Q.   Could you have videotaped it if you

12 wanted to?

13     A.   I was not permitted to videotape.  I

14 wanted to take photographs and I did.  And for me

15 as an expert for that, this is sufficient

16 information to support my conclusions.

17     Q.   My question is not that.

18          Did your phone have the capability or

19 the DOJ's lawyer to videotape?

20     A.   My private phone has that capability.

21     Q.   So when you had the Marine stick the

22 hose, did he hold it up at a certain level, or did

23 he drop it all the way into the tank?  How did he

24 handle the hose?

25     A.   My recollection, and that can be seen on

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 259 of 370

1  the pictures.  Basically the hose is partially

2  inside, but it's still under water.  It is above

3  the water level in the tank.

4       Q.   Well, did he start with the hose all the

5  way at the bottom and then pull it up as it comes

6  out, or did he leave it in there and let the water

7  buffalo fill up and then when it got to the top,

8  pulled it out then?  How did he handle the hose?

9       A.   He was holding the hose, to the best of

10  my recollection, and that's documented in the

11  picture.  The end of the hose, if you wish, was

12  basically always above the water level in the

13  tank.

14           I want to say one more thing.  It is

15  possible that some of the picture I took with my

16  cell phone because at the time, there was some --

17  because it was cold and raining, if I recall, you

18  get some fog on the camera I had.  So I don't know

19  if it was -- that's kind of what I recall.  I

20  wanted to put that in the record.

21       Q.   Let's move to different subject.  NRC

22  review report issued in 2009, did you play any

23  role in any aspect of the start of that report,

24  assisting with getting -- identifying who might be

25  a good person to be the panel?

GolkowTechnologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 260 of 370

1          Did you have any discussions with
2     anyone, whether it be someone with the Marines or
3     the NRC, a lady named Susan Martel whose
4     deposition you read.  Did you talk to anybody
5     about the formation of that committee back in
6     2006, '7, '8?
7          A.   I do not recall such discussion, and I
8     don't know that person Martel you mentioned is.
9     You suggested that I read that deposition.  I do
10    not know.  You will have to show it to me.
11         Q.   You don't remember reading Susan
12    Martel's as you sit there today?
13         A.   As I sit here today, I have read a lot
14    of depositions and I do not associate names, this
15    name, to anything that I have seen unless you were
16    to show me the documents you are talking about.
17         Q.   How many water modeling hydrogeology
18    experts do you remember that served on that NRC
19    committee panel?
20         A.   I have no recollection or understanding
21    of that.
22         Q.   Let's talk about travel time of
23    contaminants at TT-26.  In your report 5-15 -- I
24    believe your report is Exhibit 3 -- 5-15 you say
25    it's 15 to 25 years travel time for PCE from the

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 261 of 370

1  dry cleaners to TT-26; right?

2            MS. O'LEARY:  Object to foundation.

3            THE WITNESS:  Can you repeat, please?

4  BY MR. DEAN:

5       Q.   Yeah.  Let me ask you a question I

6  forgot to ask you at the end of the last one about

7  the water buffalo.

8            I didn't see anything.  You haven't done

9  any new calculation based on the observations you

10 made when you were filling the water buffalo on

11 2/11?

12      A.   I have not done calculations, but I have

13 basically looked at some EPA information that

14 gives information on, for example, when I saw the

15 water buffalo being filled up with aeration, I

16 say, well, the best comparison to that would be

17 faster fill-up, but it would be much less

18 aeration, if you wish, because I have seen

19 bathtubs being filled up.

20            And I considered that, and I say, well,

21 with the large amount of aeration that I observed

22 when the water buffalo was filled up in 3 minutes

23 and 23 seconds or so for 400 gallons, you have a

24 lot of aeration.  And I estimated that, yeah,

25 substantial loss that is comparable to what I

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 262 of 370

1  calculated for the strainer.  That's basically --

2  I didn't do calculations, but I did for myself an

3  evaluation of that.

4  BY MR. DEAN:

5       Q.   So travel time for contaminants at

6  TT-26, on page 5-14, you state, "The release of

7  waste materials containing PCE at ABC Cleaners was

8  gradual."  Okay?  Do you see that?

9       A.   I don't see that, but I believe I say

10  that.  Can you tell me where it is?

11       Q.   Second sentence in the last paragraph at

12  the bottom.  "ABC Cleaners started operations in

13  mid 1954.  The release of waste materials

14  containing PCE at ABC Dry Clearance was gradual."

15  Footnote 86.  And you're citing to a North

16  Carolina Department of Resources Community

17  Development report by Rick Shiver.

18            Do you see that?

19       A.   I see that.

20       Q.   And then page 5-15, you opine in the

21  bottom paragraph that the PCE travel time between

22  ABC Dry Cleaners and TT-26 are in the 15 to

23  25-year range.  And you've got a chart on page

24  5-16 where you -- the next page, Dr. Hennet --

25  where you illustrate in Exhibit 3-1 those travel

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 263 of 370

1    times.

2         Do you see that?

3         A.   Yes.   That's an illustration.   And

4    details of this is provided as an attachment to my

5    report.

6         Q.   How did you choose those three travel

7    pathways at 25, 20 and 15?

8         A.   Well, I calculated the time it would

9    take for the contaminant PCE dissolved in

10   groundwater to travel to the well from ABC

11   Cleaner, and I used as a basis a simplified setup

12   which is the same as the ATSDR model used, the

13   same layers, the same thickness of each layer, the

14   same permeability in each layer and such.

15         And what I did as a hydrogeologist and a

16   geochemist, I applied the fundamental equations of

17   formulas of evaluating fate and transport when you

18   don't have data to illustrate that basically you

19   can get answers that are different from what ATSDR

20   has done as far as the travel time that are as

21   valid and even more in this case, because ATSDR

22   made mistakes and errors in what they did at

23   Tawara Terrace on the parameters.

24         I used parameters that were the same as

25   in the Hadnot Point model, and I used to calculate

Golkow Technologies,
877-370-3377                 A Veritext Division                 www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 264 of 370

1 the retardation for those travel time. I relied

2 on the site-specific data that the ATSDR did not

3 consider even though it did exist.

4 So nobody knows what happened in the

5 domain where you have no data with any degree of

6 reasonable scientific certainty. You have many

7 ways that you can calculate travel times to arrive

8 to a well.

9 The thing I want to say, in this case,

10 you are trying to calculate travel times for a

11 period of 30 years during which you have zero data

12 for the contamination arriving at the well. And

13 you have two or three years -- well, you have some

14 data, and that data is a huge portal, if you wish,

15 because it has a huge range. It goes from zero to

16 hundreds.

17 So ultimately you have many ways to get

18 through that portal. This is one way. This way

19 here, is there's no fundamental error like in like

20 ATSDR has. It's a Tawara Terrace model. And it

21 is actually something that is -- that I would rely

22 on to give you what is a range, a reasonable

23 range, and that's what I did.

24 Q. How, if at all, did your methodology

25 take into account the cone of depression that

1    develops around a pumping well which causes the
2    losses to increase in the direction of the well?
3         A.   In this calculation here that is
4    basically summarized on this figure, I considered
5    ATSDR water level that they use in their model for
6    both layer one and layer three.  And I derived
7    congruent gradient from that.
8              Now, it is true that the closer to you
9    get to the well, you have what is called a cone of
10   depression, and that cone of depression for
11   potentiometric values would be in layer three
12   because that's where the well is pumping, and it
13   will be less marked in layer one.
14             So you have several things that you can
15   say that would slightly accelerate or diminish
16   those travel time, if you wish, but you have other
17   things that would actually make them longer.  The
18   thing that would accelerate potentially would be
19   as us you get very close to the well, you
20   accelerate.  But before you get it close to the
21   well, you have a long way to go.  That's the first
22   thing.
23             The second thing would be you could have
24   dispersion that is not in this calculation.
25   Nobody knows what the dispersion is, but that

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 266 of 370

1   would accelerate this as well somewhat.  On the
2   other end, on the other end, things that would
3   actually elongate the time of travel are two major
4   things.  The first one --
5       Q.   Let me withdraw --
6       A.   I am not finished.
7       Q.   I don't know what question you're
8   answering.
9       A.   I am not finished.
10      Q.   I don't know what question you're
11  answering.  That's not what I asked you.  I
12  withdraw the question.  I withdraw the question.
13          What makes your three path flows
14  representative of what actually occurred with
15  contamination at well TT-26?
16      A.   This is the setup that -- this setup,
17  those layers, the permeability is in each one of
18  those layers.  The thickness of those layers is
19  directly from the ATSDR model.  I am not trying to
20  critique those.  I am just adopting them just to
21  show if you do a calculation in the same framework
22  that the ATSDR model is and you do it without
23  mistakes or errors, you actually can get a
24  representation that is like this.
25          So it gives you representative travel

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 267 of 370

1    time within a large range which is meant to show
2    that you don't have a single model that would tell
3    you the truth because you don't know where the
4    truth is when you don't have data.
5         Q.    What makes the three pathways you chose
6    representative of what occurred at TT-26?
7         A.    Well, similarly to what the ATSDR model
8    represent, you have transport in layer one, and
9    you have transport in layer three.  And in order
10   to go to the well, you have to basically end up in
11   layer three because the well is screened in layer
12   three, not in layer one.
13             Now, between the source, which is the
14   ABC Cleaner, all the way to the well, you have
15   basically many ways for the groundwater to get
16   there.  You don't go there through one single
17   pathway.  So that's why I choose some pathways,
18   one which would go a short period of time in layer
19   one and some of that contamination would go
20   through the less permeable layer down to layer
21   three and continue in layer three.
22             I have another pathway that is closer to
23   the well, and I have another pathway that is in
24   between.  Those are basically estimates that give
25   you a range of travel time of this situation.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 268 of 370

```
 1            (Hennet Exhibit 27 was marked.)
 2    BY MR. DEAN:
 3        Q.   I'm going to show you -- this is my
 4    copy.  I'm only using page 5-16.  It's the same
 5    page he's looking at.
 6            MS. O'LEARY:  The report, sure.
 7    BY MR. DEAN:
 8        Q.   You've got it in front of you.  I'll
 9    hand you a copy in a moment, but there's actually
10    four pathways represented here on your chart;
11    right?
12        A.   There are three pathways to the well
13    screen, the well screen where the pumped water
14    goes through.
15        Q.   But isn't it true that one of the
16    pathways which you actually show an arrow -- you
17    just stop the arrow -- one of the pathways that
18    you're not considering is the pathway that ATSDR
19    utilized, and that's as I drew on Exhibit 27 where
20    the contaminants go directly in the aquifer all
21    the way to the well; right?
22        A.   Again --
23        Q.   Is that a possible travel way?
24            MS. O'LEARY:  Object to form and
25    foundation.
```

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 269 of 370

1          THE WITNESS:  This is a possible
2     pathway.  That's an extreme pathway.  That will be
3     the fastest of the fastest, and it doesn't go to
4     the screen, as you know.  It goes basically to
5     touch the casing of the well which is basically
6     not accepting water.
7     BY MR. DEAN:
8          Q.    Do you know who Dr. Konikow is?
9          A.    I do know who Dr. Konikow is.
10         Q.    And did you read his report on pages 28
11    and 29 where Dr. Konikow calculated the
12    alternative travel time to be only 3-1/2 to 5
13    years, not the 15 to 25 that you did?
14         A.    You have to show me that.  And I
15    understand he said something like this.  However,
16    I think it was for groundwater transport, not at
17    all related.
18         Q.    Do you take issue that Dr. Konikow
19    opined in his rebuttal report it was 3-1/2 to 5
20    years he calculated?  Can you and I agree that's
21    what he said in his report?
22         A.    You have to show me his report.
23         Q.    I'm going to represent to you that's
24    what it says.  Do you disagree or have any basis
25    to disagree with Dr. Konikow's calculations, and

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 270 of 370

```
1   if so, what are the bases of your disagreement?
2              MS. O'LEARY:  Object to foundation.
3              THE WITNESS:  What do you represent
4   exactly that Dr. Konikow says?
5   BY MR. DEAN:
6         Q.   I'm representing to you that Dr. Konikow
7   calculated an alternative travel time and opined
8   in this case of 3-1/2 to 5 years, not the 15 to 25
9   you calculated.
10        A.   Well, I would disagree with
11  Dr. Konikow's calculation.
12        Q.   Why?
13        A.   Because I made my calculation, and I
14  agree that my calculations are based on
15  site-specific data and they are based the
16  principles of hydrogeology that would allow me to
17  make this calculation that includes the time of
18  travel that it takes for dissolved PCE, which is a
19  compound, a chemical compound in groundwater, and
20  that dissolved PCE is retarded relative to
21  groundwater.
22              And I took that into consideration, and
23  I focused on the site-specific data.  I did not
24  make the same errors that the ATSDR did for the
25  Tawara Terrace model.
```

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 271 of 370

1      Q.   So page 5-21 of your report, page 5-21,
2   second sentence, you say in the second sentence
3   "Pumping of well TT-26 was likely not continuous
4   as the well had to be shut down for maintenance
5   and repair."
6           Do you see that?
7      A.   I see that.
8      Q.   You're aware that ATSDR took into
9   account based on the pumping records when these
10  various wells were on and off; right?
11     A.   ATSDR for well TT-26 took into account
12  two stoppage of the well for maintenance that
13  happened, if I recall, in the 1980s.  They did
14  that.  But there is no information from before
15  that.
16          And what ATSDR did in a conservative
17  way, if you wish, was to assume it was always on,
18  never maintained, never stopped, which is wrong
19  because wells that are used for decades, every
20  well needs maintenance or repair.
21     Q.   What evidence do you have, documents,
22  interviews of anybody that you've conducted or
23  review, what factual basis do you have that
24  support a thought, view, your opinion that TT-26
25  had additional shutdown time not accounted for by

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 272 of 370

1    ATSDR?

2              MS. O'LEARY:  Object to form.

3              THE WITNESS:  My answer to this is ATSDR

4    has no information, and, therefore, they assume

5    something that is not realistic in the real world.

6    BY MR. DEAN:

7         Q.   Do you have any evidence they are wrong?

8         A.   My evidence that they are wrong is that

9    you don't have wells that would be pumped for 30

10   years without being maintained.  That doesn't

11   exist.

12        Q.   You don't have any specific data, any

13   specific documents or specific testimony about

14   specific periods when the wells were shut down;

15   right?

16             MS. O'LEARY:  Objection to form.

17             THE WITNESS:  I believe there is some

18   information.  Some capacity test might have been

19   redone.  I don't remember specifically for well

20   TT-26.  But it is not a correct assumption in my

21   field, in the field of hydrogeology, to assume

22   that because you don't know, it was always on.

23   That is not reasonable.

24   BY MR. DEAN:

25        Q.   Have you ever evaluated a contamination

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 273 of 370

1    site for human risk?

2         A.    As a geochemist, I do not do human risk.

3    I just do geochemistry.

4         Q.    For the Hadnot Point spiractor, did you

5    measure the fall height under operating conditions

6    with backwater?

7              MS. O'LEARY:  Object to foundation.

8              THE WITNESS:  With backwater?  I do not

9    understand what you mean by that.

10   BY MR. DEAN:

11        Q.    When you were there, did you measure the

12   fall height under operating conditions on

13   February 11 when there was any water left in the

14   bottom of the spiractor, tubes, pipes?

15        A.    So that means the spiractor was working?

16        Q.    Correct.

17        A.    I did not do that.

18        Q.    Ever done that at all?

19        A.    Could never have done that there.

20        Q.    Are you aware that 43 percent of Camp

21   Lejeune samples tested for FOC had values less

22   than .0001?

23             MS. O'LEARY:  Object to foundation.

24             THE WITNESS:  Show me the data you are

25   talking about because --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 274 of 370

```
1    BY MR. DEAN:
2         Q.   I'm just asking.
3         A.   .001 of what?
4         Q.   Have you ever been stricken as an
5    expert?
6         A.   I have never been stricken as an expert.
7         Q.   Have you ever had your opinions
8    disregarded by a court in the United States?
9         A.   Among all the testimonies I have done in
10   court, which is 12 or 13, there was one time when
11   one of my answer was actually taken away from the
12   record because I addressed a topic that had
13   already been decided before, and that was
14   basically not -- I should not have talked about
15   that.  And the judge decided that that should be
16   stricken, my response should be stricken because
17   it had been decided before.  And that's what I
18   understand.
19        Q.   You've never had your opinion -- do you
20   remember the name of that case?
21        A.   I believe that case was Titan,
22   T-I-T-A-N, versus -- I think it's versus the
23   United States.
24              (Hennet Exhibit 28 was marked.)
25
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 275 of 370

1    BY MR. DEAN:

2        Q.   You don't believe a judge has ever

3    disregarded your testimony because he believed

4    that you had insufficient data to provide the

5    opinions that you had given?

6        A.   I do not recollect any case like this

7    based on data.

8        Q.   I show you Exhibit 28.  Turn to page 75.

9    Are you on page 75?

10       A.   Yes.

11       Q.   Page 75, look at page footnote 31.  "The

12   court disregards the testimony of the defense

13   expert Remy Hennet geochemical fingerprints of the

14   PCBs found at the DICO site and those found at the

15   SIM site did not match.  During cross-examination,

16   Hennet admitted he was mistaken concerning the

17   data on which he based that opinion.  Because the

18   opinion was based on unreliable methods utilizing

19   insufficient facts of data, it is inadmissible

20   under Federal Rule of Evidence 702."

21            Do you see that?  Did I read that

22   correctly?

23       A.   You read that correctly.

24       Q.   Now, in the middle of the next paragraph

25   after Federal Rule of Evidence 701, the court went

GolkowTechnologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 276 of 370

1  on to say, "In contrast, the court concludes the

2  testimony by defense expert Dr. Remy Hennet that

3  other sources of PCBs were present on the SIM site

4  constituted impermissible expert testimony.  The

5  court noted the testimony was based on shear

6  speculation rather than sufficient facts or data

7  and was not the product of reliable principles and

8  methods.  Additionally, the court notes the

9  testimony was not supported by personal knowledge

10  or observation as Hennet neither conducted any

11  testing on other items at the SIM site nor

12  observed any labels on other items at the SIM site

13  indicating the presence of PCBs."

14          Did I read that correct?

15      A.   You read that correct.

16      Q.   Isn't that the same thing you've done in

17  this case?

18      A.   Pardon me?

19      Q.   You speculated, you've not taken into

20  consideration other well pumping information that

21  I've shown you today.  Isn't that true?

22          MS. O'LEARY:  Object to foundation.

23          THE WITNESS:  I disagree.

24  BY MR. DEAN:

25      Q.   That court didn't believe anything --

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 277 of 370

1    didn't believe or struck your opinions for the

2    reasons I just read to you; right?

3              MS. O'LEARY:  Object to form.

4    BY MR. DEAN:

5         Q.   That was 2017, September 2017.

6              MS. O'LEARY:  Object to form.

7              THE WITNESS:  Yes, I remember that case.

8    And I think, you know, for that case there was

9    very little information, and it was basically --

10   that was the case.  That's the way it went.  And

11   the judge made his decision.

12             (Hennet Exhibit 29 was marked.)

13   BY MR. DEAN:

14        Q.   I'll show you what I marked as

15   Exhibit 29 and 30.  Exhibit 29, is this the

16   affidavit you referred to earlier regarding Baby

17   Washington?

18             MS. O'LEARY:  Object to foundation.

19   BY MR. DEAN:

20        Q.   Is this your report you issued 5 years

21   ago, 4-1/2 years ago, December 22, 2020 expert

22   report Remy Hennet, In Re:  Baby Washington case?

23        A.   It looks like it.  I haven't looked at

24   it in a while, but it looks like it's my expert

25   report, not an affidavit.

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 278 of 370

1    Q.   And this was in a Camp Lejeune case
2    pending back in 2020 when you issued this report?
3              MS. O'LEARY:   Object to foundation and
4    form.
5              THE WITNESS:   That was one case, one
6    litigation that basically was -- that is basically
7    some correlation to basically Camp Lejeune.
8    BY MR. DEAN:
9    Q.   And in the bottom paragraph on page 1,
10   last full paragraph, you say, "The opinions
11   presented in this report were reached by applying
12   accepted methods in the fields of hydrogeology,
13   geochemistry and environmental sciences.  Opinions
14   expressed in the report are my own based on my
15   education, my training, my experience and the
16   documents, the information, the photographs, the
17   diagrams, the data and the facts available to me
18   at the time of the writing.  I hold these opinions
19   to a reasonable degree of scientific certainty."
20             Did I read that correctly?
21   A.   You read that correctly.
22   Q.   And on page 3, next to the bottom
23   paragraph, did you write, "The ATSDR conducted a
24   detailed review of the available data and the
25   information and of the history and contamination

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 279 of 370

1    of the base water systems.  (See, for example,

2    Faye and Venezuela 2007; Sautner, et al., 2013)."

3              Did I read that correctly?

4         A.   You did read that correctly.

5         Q.   You didn't just cite to them.  You said

6    they conducted a detailed review; right?

7              MS. O'LEARY:  Object.

8              THE WITNESS:  Yes, I did.

9    BY MR. DEAN:

10        Q.   Turn to page 10, opinion number three,

11   you opined that Holcomb Boulevard water supply

12   wells weren't contaminated during the time period

13   when Rhonda Bell resided on base; did you not?

14        A.   It speaks for itself.

15        Q.   And in the first paragraph, does it

16   read, "The main monthly contaminant concentrations

17   in the Holcomb Boulevard water supply over the

18   period of the relevant" --

19             MS. O'LEARY:  I'm sorry.  We're at time.

20             MR. DEAN:  Let me finish this sentence.

21   BY MR. DEAN:

22        Q.   Did you state, "The mean monthly

23   contaminant concentrations in the Holcomb

24   Boulevard water supply over the period of

25   relevance to the complaint as shown in Exhibit C,"

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 280 of 370

1  and you relied upon those in opining Ms. Bell was

2  not there when there was contamination?

3       A.   That's at Holcomb Boulevard, and I agree

4  with the ATSDR that the Holcomb Boulevard was not

5  contaminated with the exception of a very short

6  period of time as discussed in my expert report.

7       Q.   You utilized, relied upon that work,

8  ATSDR work and those reports when you signed this

9  affidavit, this report in 2020; right?

10      A.   I did rely.

11      Q.   Did you have time --

12           MS. O'LEARY:  I'm sorry.  That's your

13  third question now.

14           THE WITNESS:  Can I answer?

15  BY MR. DEAN:

16      Q.   Yeah, if you answer my question.  Yes or

17  no.  Did you rely --

18      A.   You cannot jump on me and just confuse

19  me.

20      Q.   Yes or no.  Did you rely upon ATSDR mean

21  monthly concentration data in order to opine that

22  Ms. Bell was not on base at a time period when

23  contamination existed at Holcomb Boulevard?  Did

24  you opine that?

25      A.   Well, my report speaks for itself.

```
1        Q.   And you did opine on that issue using
2   ATSDR's work; correct?
3        A.   I considered the ATSDR work.  It is not
4   the same --
5             MS. O'LEARY:  I'm sorry.  We're
6   finished.
7             THE WITNESS:  It is not the same as what
8   I did for this case.
9             MS. O'LEARY:  We've gone over seven
10  hours, and this deposition is finished.
11  BY MR. DEAN:
12       Q.   Did you have an opportunity --
13            MS. O'LEARY:  You don't have to answer.
14  BY MR. DEAN:
15       Q.   Did you have an opportunity to review
16  and do the same work you've done in this case at
17  that time that you wanted to?  Can you answer my
18  question?
19       A.   I am advised by counsel that it's out of
20  time.  I don't have to answer.
21       Q.   And you're not going to answer my
22  question?
23            MS. O'LEARY:  I'm instructing you not to
24  answer.
25            THE WITNESS:  I did answer your
```

1    question.  My report stands for itself.

2    BY MR. DEAN:

3         Q.   No.  My question was -- last question I

4    asked you was:  Did you have an opportunity to do

5    the same work you did in this case back before you

6    did that report if you wanted to?

7              MS. O'LEARY:  I'm instructing you not to

8    answer.

9              MR. DEAN:  Can we put on the record that

10   Ms. O'Leary has instructed this witness not to

11   answer my last question.  What time is it?

12             MS. O'LEARY:  Can we put on the

13   record --

14             MR. DEAN:  What's the time?

15             THE VIDEOGRAPHER:  7 hours and 3

16   minutes.

17             MR. DEAN:  7 hours and 3 minutes.

18   Ms. O'Leary has instructed this witness not to

19   answer my final question.

20             Thank you for being here, sir.  I wish

21   you'd answer my question, but thank you for the

22   time.  That's all I have at this time.

23             THE VIDEOGRAPHER:  We are off the record

24   at 1742.

25             (Whereupon, at 5:42 p.m., the taking of

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 283 of 370

1    the instant deposition ceased.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    COMMONWEALTH OF PENNSYLVANIA  )

2    COUNTY OF ALLEGHENY              )      SS:

3             C E R T I F I C A T E

4             I, Ann Medis, RPR, CLR, CSR-WA and

5    Notary Public within and for the Commonwealth of

6    Pennsylvania, do hereby certify:

7             That REMY J.-C. HENNET, PH.D, the

8    witness whose deposition is hereinbefore set

9    forth, was duly sworn by me and that such

10   deposition is a true record of the testimony given

11   by such witness.

12            I further certify the inspection,

13   reading and signing of said deposition were not

14   waived by counsel for the respective parties and

15   by the witness.

16            I further certify that I am not related

17   to any of the parties to this action by blood or

18   marriage and that I am in no way interested in the

19   outcome of this matter.

20            IN WITNESS WHEREOF, I have hereunto set

21   my hand this 19th day of March, 2025.

22

23

     _____

24                Notary Public

25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 285 of 370

COMMONWEALTH OF PENNSYLVANIA    )    E R R A T A
COUNTY OF ALLEGHENY             )      S H E E T

I, REMY J.-C. HENNET, PH.D, have read the
foregoing pages of my deposition given on
March 20, 2025, and wish to make the following, if
any, amendments, additions, deletions or
corrections:

Page    Line    Change and reason for change:

____    ____    _____

____    ____    _____

____    ____    _____

____    ____    _____

____    ____    _____

____    ____    _____

____    ____    _____

____    ____    _____

____    ____    _____

____    ____    _____

____    ____    _____

In all other respects, the transcript is true and
correct.

                    _____
                    REMY J.-C. HENNET, PH.D

_____ day of _____, 2025.
_____
            Notary Public

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 286 of 370

```
 1                GOLKOW, a Veritext Division
                     One Liberty Place
 2              1650 Market Street, Suite 5150
               Philadelphia, Pennsylvania  19103
 3                     877.370.3377
 4
           March 26, 2025
 5
 6
           Allison O'Learly, Esquire
 7         U.S. Department of Justice
           1100 L Street NW
 8         Washington, DC  20005
 9         Re:  Deposition of REMY J.-C. HENNET, PH.D
                Notice of Non-Waiver of Signature
10
           Dear Ms. O'Leary:
11
           Please have the deponent read his deposition
12         transcript.  All corrections are to be noted on
           the Errata Sheet.
13
           Upon completion of the above, the Deponent must
14         affix his signature on the Errata Sheet, and it is
           to then be notarized.
15
           Please forward the signed original of the Errata
16         Sheet to Kevin R. Dean, Esquire for attachment to
           the original transcript, which is in his
17         possession.  Send a copy of same to all counsel.
18         Please return the completed Errata Sheet within 30
           days of receipt hereof.
19
           Sincerely,
20
21
           Ann Medis, RPR, CLR, CSR-WA
22
23         cc:
24
25         Kevin R. Dean, Esquire
```

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 287 of 370

| & |
|---|
| **&** 2:7 3:15,19 3:23 5:12 9:24 14:11 19:4,7 24:13 31:15 34:20 35:18,22 36:5,20 41:24 42:10 57:5,10 57:23 58:1 59:12 68:17 70:15 80:24 81:5,21 89:17 90:1,12 91:1,6 92:12 94:1 99:10 101:15 112:11 163:16 250:8 |

| 0 |
|---|
| **0.05** 185:4 |
| **0.22** 106:14 |
| **0000000001** 3:16 |
| **0000000034** 4:6 |
| **0000000076** 4:6 |
| **0000002127** 5:19 |
| **0000006650** 4:11 |
| **0000006655** 4:11 |
| **0000067935** 5:14 |

**0000350325**
5:12
**0000563489**
4:16
**0000563498**
4:16
**0001** 277:22
**001** 278:3
**005** 184:23
**006** 184:24
**01** 184:24
**01-00000337...**
4:14
**01-33723**
196:12
**03-0513** 68:13
**05-00008260...**
5:6
**05-00008261...**
5:8
**05-826091**
239:11
**05-826112**
247:4
**07-00000190...**
5:4
**09** 199:21
**09-00004232...**
4:18
**09-00004249...**
4:19
**09-00004253...**
4:22

**09-00004278...**
4:23
**09-427825**
217:2

| 1 |
|---|
| **1** 3:8,8 9:17,20 13:7,21 70:21 86:3,5 104:19 106:6,17 112:11 116:17 116:18,25 117:23 118:3 119:7 124:24 125:15 135:7,7 136:20 141:1 175:21 189:10 190:2,4,9 191:7,10 198:5 213:9,21 214:8 215:17 221:6 282:9 |

**1,2** 184:23
**1,216,284** 76:25
**1,466,224** 77:4
**1,500** 189:15
**1,716,284** 77:13
**1,966,284** 77:19
**1-1** 172:19
**1.1** 172:22
**1.9** 100:6
**1/16** 219:10,11
220:18

**1/6/85** 5:3
**10** 4:3 36:18
103:4 106:6
108:23 111:14
111:17,25
112:1 113:2,14
113:18,20
115:2,3,19
116:15 124:22
155:14 162:19
169:7 172:10
198:6 199:3
201:25 202:6
216:14 226:1
283:10
**10-31** 212:17
**10.4** 175:3
**10/31/1980**
188:20
**10/31/80** 4:11
**100** 233:15,16
233:19 234:2,8
252:22 260:3
**100,000** 74:1,12
87:19
**1000** 233:10
**10003** 2:9
**1004** 45:12
**1015** 45:15
**104** 3:22
**105** 3:24
**10:04** 45:13
**10:15** 45:13

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 288 of 370

| | | | |
|---|---|---|---|
| **10th** 193:7 | **11125** 104:24 | **130** 197:15 | **1506** 191:20 |
| **11** 4:5 28:7 | **1123** 88:25 | 229:12 | **151** 241:24 |
| 29:4,23 30:23 | **1132** 89:3 | **1300** 194:16,21 | **152** 189:14 |
| 34:5 80:15 | **117** 4:5 | 194:23 195:4 | **15jciv22p502** |
| 112:22 116:7 | **118** 242:12 | 200:1,5 204:7 | 85:12 91:15 |
| 117:2,4,5,6 | **11:23** 89:1 | 204:14,19 | 100:12 |
| 119:2,3 121:6 | **11:32** 89:1 | 213:22 219:19 | **16** 4:15 14:4,6 |
| 121:15,18 | **12** 3:10 4:7 | **130f** 229:9 | 82:5 109:3 |
| 122:6,16 | 12:12 21:3 | **1347** 147:12 | 194:16,22 |
| 123:15 124:3 | 119:7 121:3 | **137,244,621....** | 195:17 196:23 |
| 125:21 127:7 | 124:16,18 | 102:18 | 196:25 197:3 |
| 129:22 130:24 | 125:9 175:20 | **137,244.621....** | 198:1,8,14,18 |
| 138:6 140:25 | 178:25 179:24 | 103:13 | 198:22 199:1 |
| 142:10,17 | 180:16 181:1 | **13877** 288:23 | 201:15 203:7 |
| 143:3 147:14 | 181:20,23 | **14** 4:10 13:11 | 203:12,15 |
| 147:15 148:9 | 203:1 206:9 | 108:14 179:24 | 204:7 205:4,14 |
| 148:10,11,14 | 222:3,16 | 180:21 187:23 | 205:17 213:3 |
| 149:9,10,23 | 278:10 | 187:25 188:2,9 | 213:12 218:17 |
| 152:10,12,13 | **12/10** 204:7 | 188:21 197:14 | 219:17,17 |
| 156:5,14 | 229:9,11,16,18 | 202:5,13 | 220:8,11 221:5 |
| 157:25 158:18 | **12/19/84** 4:15 | **14-1/2** 148:20 | 222:24 |
| 163:18,19 | **12/22/20** 5:18 | 151:8 | **160** 241:16 |
| 164:16 184:8 | **12/4** 204:6 | **1455** 191:17 | **1610** 232:10 |
| 184:14 187:13 | 229:11 | **146** 242:13 | **1619** 232:13 |
| 211:7 232:16 | **124** 4:7 | **15** 4:12 36:18 | **1650** 290:2 |
| 256:20 260:4 | **1255** 147:9 | 103:4 148:20 | **167** 248:7 |
| 277:13 | **12:55** 147:10 | 151:8 162:19 | **168** 242:15 |
| **11/28/84** 5:3,9 | **12th** 197:13 | 169:7 172:10 | **16th** 203:20 |
| **11/30/2005** | **13** 4:9 172:13 | 196:8,10 197:6 | **17** 4:17,17 78:3 |
| 93:21 | 172:15 174:4 | 204:3,24 | 110:5 197:23 |
| **1100** 2:15 | 180:5 182:19 | 244:10,12 | 197:25 198:8 |
| 290:7 | 182:21 183:17 | 264:25 266:22 | 198:15,15 |
| **111** 4:3 | 213:8 278:10 | 267:7 273:13 | 199:6,7,8,11,12 |
| | | 274:8 | 199:13,16 |

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 289 of 370

203:11,14,15
235:3
**17,000** 213:18
**17.07.** 234:21
**171,667.59.**
79:11
**172** 4:9
**1742** 286:24
**178** 248:8
**178,000** 100:6
**18** 4:19 83:14
148:20 184:8
184:14 187:12
197:10 200:1,6
200:13,15
203:25 205:4
207:3,19 215:4
217:8
**18,000** 213:18
**1817** 67:5
104:23
**1819** 212:2
**187** 4:10
**18th** 203:20
204:18
**19** 4:20 76:16
76:19 78:17
87:7 207:25
208:2 211:6,6
217:4,5,7
**190** 248:6
**19004** 5:4
**19103** 290:2

**1941** 176:15
**1941/1942**
176:9
**1942** 176:14
246:19
**1944** 176:19
**1945** 176:19
**1954** 266:13
**196** 4:12,15
**197** 4:17
**1971** 247:19
**1972** 254:23
**1977** 248:6
**1978** 5:13
251:18 254:16
**1979** 38:2
248:7
**198** 213:3
**1980** 5:12
184:1,2,21
185:22,24
188:18 189:25
190:4,9 191:4
191:7,10 248:7
250:8 251:3
**1980s** 169:15
275:13
**1981** 248:8
**1982** 173:7,18
**1983** 5:13
248:8 253:5,12
253:21
**1984** 193:5,19
197:10 206:9

212:8 223:6
224:7 241:8,17
242:14 243:5
243:12 248:9
**1985** 60:3
194:16,22
201:15 203:7
203:15 205:5
207:1 213:9,9
213:21 214:8
214:16 215:3,8
216:12 218:4
218:17 219:3
221:5 223:5
224:8 226:3
241:9,12
254:24
**1986** 240:25
**1988** 240:25
241:1
**1989** 57:7
209:23,24
211:8,18 215:2
**1994** 242:6
**19th** 288:21
**1:47** 147:10
**1st** 214:15

**2**

**2** 3:10 12:24
13:2 26:23
100:10 108:7
112:11 132:10
148:6 149:17

149:23 152:9
153:8 179:24
180:15,25,25
181:21 189:13
224:2 228:3,9
229:8 233:1
**2,200,000** 100:5
**2,216,275.50**
78:5 86:24
91:20 100:16
**2,216,275.50.**
79:7 100:14
101:17
**2-1** 173:6
**2-4** 232:23
233:4,5 234:2
234:19
**2-5** 182:21,22
**2.2** 86:13,20
**2.3** 182:23
**2/11** 151:22
265:11
**2/11/2025**
125:14
**2/11/25** 4:6
149:1,20
**2/24/11** 82:15
**2/25/25** 4:3
**2/27/85** 4:23
217:3
**2/6/85** 4:17
**2/85** 5:9
**20** 1:13 4:23
6:6 21:13

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 397-10 Filed 06/04/25 Page 290 of 370

| | | | |
|---|---|---|---|
| 27:20 50:18,20 | **2007** 84:4 | 31:4 66:14 | 239:7,9,11 |
| 73:11 76:22 | 101:4 283:2 | 78:3,17 87:7 | 243:6 281:21 |
| 132:8 138:17 | **2008** 240:6 | 112:8 114:16 | **22,000** 84:1,22 |
| 170:24 171:19 | **2009** 83:14 | 116:7 117:6 | **223** 5:3 |
| 172:11 189:10 | 84:9,13 101:7 | 121:15 125:21 | **23** 5:7 76:24 |
| 216:23,25 | 263:22 | 127:7 138:6 | 77:16 119:6 |
| 217:1,5,6 | **2010** 3:25 | 140:13,25 | 246:23 247:1 |
| 220:2,2 229:4 | 105:20 107:8 | 141:1 142:10 | 261:3,14 |
| 267:7 289:4 | 108:19 169:9 | 142:17 143:3 | 265:23 |
| **200** 4:19 248:2 | **2011** 82:5,22 | 148:14 169:7 | **232** 248:8 |
| 248:4 260:3 | **2013** 283:2 | 170:3 288:21 | **239** 5:5 248:9 |
| **2000** 61:21 | **2017** 281:5,5 | 289:4,23 290:4 | **24** 5:9 43:19 |
| **20004** 1:13 | **202** 212:11 | **207** 4:20 | 46:21 47:7 |
| **20005** 2:15 | **202.552.9843** | **21** 5:3 85:22 | 77:4 116:12,13 |
| 290:8 | 2:16 | 183:13 223:7 | 116:15 122:24 |
| **2000s** 183:15 | **2020** 8:7 44:17 | 223:10,14,23 | 123:9 139:11 |
| **2004** 4:9 17:20 | 45:5,7 281:21 | 226:11 228:1 | 139:17 140:3 |
| 18:9 19:25 | 282:2 284:9 | 230:5,11 | 140:12,14 |
| 20:9 21:5 22:8 | **2022** 22:25 | 236:14,16 | 141:1,4 142:17 |
| 23:17,22 132:1 | 23:7 31:16 | 246:14 248:19 | 142:25 148:20 |
| 132:14 169:19 | 33:14 66:23 | **212.558.5915** | 160:16 249:9 |
| 170:12 171:20 | 71:13 85:22 | 2:10 | 249:13 |
| 172:16 176:8 | **2023** 139:2 | **216** 4:23 | **242** 241:10,12 |
| 181:14 183:13 | **2024** 26:18 | **22** 5:5 23:14,17 | 248:10 |
| 183:14 247:17 | 46:23 77:16 | 23:23 30:8 | **246** 5:7 |
| **2005** 25:19,19 | 112:25 139:1,5 | 32:16,24 33:9 | **249** 5:9 |
| 29:12,17,22 | 139:8,13 | 33:19 46:10 | **25** 5:11 32:24 |
| 31:4 93:15 | 140:24 141:5,9 | 52:3,6 63:7 | 33:9 34:3 77:2 |
| 94:2 99:12,19 | 170:3 257:13 | 67:3 100:19 | 77:3 112:8 |
| 100:24,25 | 257:13 | 117:23 118:4,7 | 113:19 143:1 |
| 101:16,25 | **2025** 1:13 6:6 | 118:15 119:5 | 215:17 241:6 |
| 138:14 | 12:12 13:11 | 119:15,24 | 250:1,3 251:4 |
| **2006** 264:6 | 21:3 27:20 | 120:10,16 | 264:25 266:23 |
| | 29:4,23 30:23 | 175:1 211:15 | 267:7 273:13 |

Golkow Technologies,
877-370-3377                                     A Veritext Division                        www.veritext.com
Case 7:23-cv-00897-RJ        Document 397-10        Filed 06/04/25        Page 291 of 370

274:8
**250**   5:11
**251**   5:13
**25th**   113:11
**26**   3:14 5:13,16
72:25 73:7,17
107:17 108:4,7
112:11 215:3,8
242:8 251:12
251:14 255:12
264:23 265:1
266:6,22
270:15 271:6
275:3,11,24
276:20 290:4
**27**   5:15 219:3
221:7 249:18
272:1,19
**27034**   78:3
**27153**   3:17
**272**   5:15
**27513**   78:16
79:6
**278**   5:17
**28**   2:4 5:17
106:14 113:19
114:9,16
116:22 118:7
119:5,24
120:10 135:10
135:12,13,16
136:10 223:16
224:7 228:2,8
249:16 273:10

278:24 279:8
**280**   242:8
**281**   5:18
**28th**   113:11,24
203:21
**29**   5:18 228:2,8
248:9 251:2
273:11 281:12
281:15,15
**290**   241:1
**29464**   2:5
**2:55**   191:18
**2w**   68:13

**3**

**3**   3:14 26:11,14
26:14,15,16
43:7,8 87:23
102:18 108:4
132:24 173:25
174:1 182:15
183:19 191:22
191:23 228:3,9
230:7 247:17
250:23,24
261:2,14
264:24 265:22
282:22 286:15
286:17
**3-1**   5:15 266:25
**3-1/2**   273:12,19
274:8
**3-10**   180:7

**3-6**   174:2
**3-7**   177:19
**3-9**   176:19
**3.1**   174:12
**3.2**   175:12
176:4 177:1
**3.3**   175:12
176:18
**3.4**   177:8 178:1
**3.4.**   175:14
**3.8**   176:3
**30**   3:8 11:5,5
46:1,9 170:24
215:10,15
233:12,20
234:17 243:5
243:12 268:11
276:9 281:15
290:18
**31**   71:13
184:21 189:25
190:20 191:4
212:17 213:9
279:11
**320**   240:25,25
241:2
**323**   240:20
**33**   77:8,9
**330**   241:1,2
**33726**   4:14
**34**   117:7
**345**   250:6
**3495**   197:12

**35**   11:5 60:3,3
**350325**   250:6
**350345**   5:12
**360**   241:7
**37**   77:16,17,18
205:8 206:13
207:11 213:3
**3724**   196:14
**3726**   196:12
**38**   149:19
**39**   184:8,13
187:11,21
248:16 249:2,6
249:19 254:20
255:5
**3:06**   191:18

**4**

**4**   3:15,20 66:7
66:9,12,21
70:16 71:2,5
78:15,21,22
79:3 85:9 86:1
86:4,7,17 87:1
87:23 100:4,9
133:17 149:1
157:23 159:9
159:18 160:1,8
160:21,23
161:16,20
162:3,12,22
165:1 166:1
167:15 168:22
169:2 171:17

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 292 of 370

193:7,19 194:4
201:16 212:7
228:9
**4-1/2** 281:21
**4-15** 182:13
183:18,20
184:5
**4-16** 184:21
**4-18** 5:10
249:12
**4.5** 183:24
**4/1989** 4:20
**40** 11:5 78:1,4
249:22
**40,000** 82:7,11
82:16 101:4
**400** 265:23
**4006** 218:20
220:13
**401** 1:13 6:7
**41** 184:1 188:4
188:18,19
**418** 226:13
230:4,7,12
**42** 3:16 66:10
104:19
**423234** 199:21
**423254** 4:18
**425337** 4:22
**427827** 4:23
217:2
**43** 78:10
277:20

**430** 188:2,20,22
**434** 188:3
**435** 188:21,22
**440,096** 101:7
**44v** 197:15
**45** 133:9
**45,634** 101:3
**45,634.10** 93:19
99:7 101:25
**4546** 205:4
207:2,2
**49** 99:22
**494,846** 99:22
**494944** 4:19
**4:10** 232:11
**4:19** 232:11

**5**

**5** 3:18 14:22
17:21,22,22,24
80:9,11,12,21
83:4 86:8,14
86:15,17 89:14
89:15,24,25
90:10,20,22
92:4 93:2
107:13 216:12
223:5 224:1,8
228:3,9 273:12
273:19 274:8
281:20
**5-14** 266:6
**5-15** 264:23,24
266:20

**5-16** 266:24
272:4
**5-21** 275:1,1
**5-6** 233:6
**5-7** 232:19,21
233:3
**5/19/82** 239:14
**5/19/83** 239:22
**50** 37:1
**50,000** 58:5
**502** 67:15 86:1
86:7
**5150** 290:2
**52** 116:18
**530** 192:18
**531** 192:18
**54** 254:11
**5611** 199:18,25
200:2,9 203:17
203:19,24
**563** 198:19
**563489** 197:11
**563498** 197:11
**58** 106:6
116:17
**5:42** 286:25

**6**

**6** 3:4,19 15:5
17:8,22 18:6
18:11,17 74:5
74:6 87:23
89:15,18 90:18
91:23 92:1,1

93:1 99:3
100:11 155:11
167:16 175:21
181:4,22 207:1
212:6,16
223:17,25
228:9 240:6
**6/1** 239:15
**6/1/1984**
241:15
**6/1/84** 239:23
**60** 41:25
**601** 201:20
202:2 212:12
220:2
**602** 201:22
202:2 206:15
220:2 222:13
225:7,12,17
227:2,7,16
243:7,15 244:2
244:3,15 245:8
245:15
**603** 201:20
212:12 220:2
**608** 201:21
202:2 212:12
220:2,18,18,23
221:10,11,19
222:10 225:7
225:12,19
**610** 218:20
**611,664** 74:7,13
76:1,20

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-10 Filed 06/04/25 Page 293 of 370

**615** 218:20
220:12
**622** 5:5 239:10
239:13,14
**623** 241:4
**628** 241:14
**634** 191:25
192:2,9,13,20
193:20 195:8
195:18 196:2
196:16 197:13
201:21 202:2,7
202:9,13,16,25
203:11,15,19
203:25 204:6
205:15,17,23
206:25 207:6
207:17 208:22
212:12,20
213:21,24
214:1,4,12
215:17,24
216:7,13,19
218:23 219:18
220:3 221:1,4
221:9,20,21
222:2,9,15
223:1 225:7,24
225:24 228:1,7
228:8,13 229:9
229:15
**637** 201:21
202:2,7,9
212:20 220:3

**642** 201:21
202:2 212:12
220:3
**65** 41:25
**651** 5:7 190:5,8
190:12 213:14
213:14,19
220:3 247:3
248:16 249:18
249:22 251:1,3
251:22 252:5
252:14,17
253:12,18
254:6,17,22
**654** 218:20
220:13
**66** 3:15 93:18
**66,500** 83:17
**660** 241:20
**661** 242:6
**662** 242:11
**6650** 188:5
**6654** 188:5
**670** 189:18,20
**67935** 251:15
251:25
**68146** 253:18
253:20
**68148** 253:18
253:25
**68188** 5:14
251:15 253:8
**69** 216:11
236:12 249:18

**7**

**7** 3:3,21 4:15
18:20 19:9
90:23 91:4,10
94:7 146:16,22
147:5,5 157:12
157:13 197:1,9
198:14,18,20
198:23 199:2
218:4 254:2
264:6 286:15
286:17
**7/1/84** 241:23
**7/15/11** 5:11
**7/21/2022**
87:19
**700** 2:9
**701** 279:25
**702** 279:20
**72** 247:21
**75** 251:5 279:8
279:9,11
**76** 117:8
**7944** 252:4,21
**7:23** 1:2

**8**

**8** 3:22 19:22
20:3,6,12,16
104:13,16
149:12,13
212:16 264:6
**80** 3:18

**80s** 169:17
**8188** 252:1
**82** 151:18,22
152:2,2
**826** 218:3
**826118** 5:6
239:12
**83** 241:21,24
242:7,12,13
253:9,9,19
254:14
**84** 202:6
212:18 223:16
225:18 237:3
242:7,8 244:4
245:10 249:16
254:16
**843.216.9000**
2:5
**85** 213:12
223:17 224:1
237:4 242:15
244:4 249:17
**86** 193:6
266:15
**877.370.3377**
290:3
**87v** 200:4
**897** 1:2

**9**

**9** 3:8,24 5:9
26:18 27:19
85:15 105:17

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-10 Filed 06/04/25 Page 294 of 370

105:19,20
141:5 153:17
198:4 199:3,14
213:3 249:15
257:13
**9/18/2009**   84:1
84:22
**9/21**   71:11
**9/21/22**   70:20
**9/30/2024**
99:23
**9/5/85**   240:25
**900**   50:23 51:1
**901**   51:2
**902**   51:2
**903**   51:2
**91**   3:19 193:7
**94**   3:4
**96**   116:25
124:24
**97**   241:14
**988**   242:20
**99**   3:4
**9:05**   1:14 6:6
**9th**   1:13 6:7

**a**

**a.m.**   1:14 45:13
45:13 89:1,1
**abandoned**
221:17,19
242:5
**abc**   5:16 266:7
266:12,14,22

267:10 271:14
**abide**   73:20,21
**ability**   111:13
151:2,4
**able**   8:4 9:8
33:7 40:3
127:24 128:13
159:12 160:9
160:18 162:2
258:16
**above**   81:25
111:3 184:13
185:16 263:2
263:12 290:13
**absolutely**
209:3
**abutment**
84:24
**academic**   57:13
**academy**   56:23
84:7,11
**accelerate**
269:15,18,20
270:1
**accepted**
282:12
**accepting**
273:6
**access**   24:3
130:18,25
**accompanying**
33:1
**account**   79:13
268:25 275:9

275:11
**accounted**
275:25
**accounting**
70:9 71:24
75:23
**accurate**   111:7
121:9 169:8
204:23,25
208:23 225:3
226:18,25
227:12 230:24
**act**   22:23 23:6
24:14,22
188:20
**action**   82:15
83:25 87:18
88:2 288:17
**active**   35:23
37:24 41:24,25
80:22 89:25
91:2 155:7
220:23
**activities**   16:1
58:19 63:7
**activity**   65:6
**actual**   181:12
**actually**   10:21
13:10 29:25
40:15 55:15
56:6 104:4
113:3 125:4,24
138:24 144:14
145:5 152:22

152:23 178:14
191:22 199:9
201:16 206:21
215:16 227:3
229:25 231:21
233:5 245:4
260:24 268:21
269:17 270:3
270:14,23
272:9,16
278:11
**adam**   106:23
**add**   27:24 28:1
31:2 43:22
141:9 234:24
235:7 242:19
246:3
**added**   66:12
92:5,6,7,9
107:15
**addition**
117:11 242:20
**additional**   10:3
37:6 41:13
59:12 66:13
79:22 87:23
88:8 141:2
171:7 219:16
243:8,19
275:25
**additionally**
280:8
**additions**   289:4

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 295 of 370

**address** 42:3
46:7 71:23,25
**addressed**
278:12
**admin** 16:22
18:14 19:11
40:1 67:10,22
67:24 68:11
69:10,11 72:9
88:13 102:6
105:11
**administration**
16:23 18:1
19:11 20:13
**administrative**
17:3,6 72:22
**admission**
102:15
**admit** 222:23
**admitted**
279:16
**adopting**
270:20
**advanced**
80:14
**advised** 285:19
**advising** 29:10
66:1
**aeration**
265:15,18,21
265:24
**affected** 244:22
245:2

**affects** 231:10
**affidavit**
281:16,25
284:9
**affidavits** 28:17
257:6
**affiliated** 57:9
57:20
**affirmatively**
63:24
**affix** 290:14
**age** 80:14
134:14 252:4
**agencies** 14:24
17:11 46:15
48:1 102:14
103:17
**agency** 23:21
25:16 81:19
83:10 85:22
90:24 92:10,11
93:21 99:8
**agents** 14:25
17:12
**ago** 11:5,5
18:19 60:3
66:11 132:8
281:21,21
**agree** 47:16
69:2 73:12
87:2 101:13,17
101:19 106:5
112:16 113:10
119:19 146:18

147:1 176:25
179:13 189:1,1
189:4,5 219:15
219:21 227:18
230:25 242:3
250:21 252:22
255:2 273:20
274:14 284:3
**agreed** 11:2
53:16 115:10
160:22
**agreement**
28:22
**agrees** 257:4
**ah** 4:9 131:25
132:3,6,12,16
143:8 155:10
172:15,23
174:3 176:8
177:9 180:2,3
181:12 182:2,7
183:9 234:5
247:16
**ahead** 13:2
26:13 173:17
**al** 5:17 283:2
**alanna** 2:14
6:22
**alex** 3:12 192:5
**alexandros**
15:2
**allana.horan**
2:17

**alleged** 84:8,12
**allegheny**
288:2 289:1
**allen** 35:8,14
39:17
**allison** 2:14
6:16 78:8
290:6
**allison.o'leary**
2:16
**allow** 144:11
274:16
**allowed** 49:8
**alls** 211:16
217:13
**alternative**
273:12 274:7
**amended** 3:8
**amendments**
289:4
**america** 2:12
80:19
**america's** 3:10
**american** 54:14
**amount** 82:11
82:12,16 83:16
83:17 86:12,19
86:23 90:13
91:7,19,22
92:6 93:19
100:13 101:14
101:16 103:10
265:21

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-10 Filed 06/04/25 Page 296 of 370

**amounts** 86:12 90:16 101:1

**analysis** 4:12 183:24 188:16 192:2 193:19 229:8 244:20 246:9

**analytical** 184:20 195:13

**analyze** 65:20 237:4

**analyzed** 64:19 186:5 197:14

**analyzing** 66:3 209:22

**anchor** 109:15

**andrews** 38:13 38:25

**angle** 132:24 132:25 150:25 151:16 156:1

**anita** 250:4

**ann** 1:11 288:4 290:21

**answer** 9:12 10:13 20:25 40:8 47:14 111:12 159:12 163:3 169:15 171:12,25 172:1 194:6 220:15 255:10 257:20 258:16 276:3 278:11

284:14,16 285:13,17,20 285:21,24,25 286:8,11,19,21

**answered** 167:7 172:9

**answering** 270:8,11

**answers** 267:19

**anybody** 24:25 41:13,19 59:11 138:9 145:8 150:8 168:24 170:10,13 264:4 275:22

**anymore** 31:2,2 221:16,24

**apologies** 224:4

**apologize** 32:14

**appear** 118:8 148:18 153:14

**appears** 70:11 90:21 91:18 105:23 108:25 115:17,17 117:6 152:22

**appendix** 233:9

**applied** 28:22 233:8 267:16

**applies** 208:22

**apply** 234:16

**applying** 282:11

**appreciate** 8:22

**appropriate** 172:24

**approval** 75:12 80:2 88:7

**approve** 76:8

**approved** 76:11,12,25 77:23

**approximate** 93:25

**approximately** 30:9 33:24,25 34:4 35:22 44:19 57:6 93:16 155:11 168:21 170:20 172:9 175:21 225:20

**april** 211:8 251:8

**aquifer** 272:20

**archive** 21:15

**archived** 24:2

**archives** 172:24

**area** 30:12 42:20 51:2 54:4 79:19 107:25 108:1 128:3 144:3,18 152:23 154:19 157:15 238:10

**argue** 215:23 221:24

**argumentative** 209:16

**arrive** 268:7

**arrived** 172:5

**arriving** 268:12

**arrow** 272:16 272:17

**article** 107:7 111:5 211:3

**artificially** 238:14

**ascertain** 131:9 144:8,10 150:14 190:7 224:24

**aside** 117:19

**asked** 9:23 10:14 12:2 16:15 25:25 47:15 53:7 56:3 58:24 61:1 93:11 127:14 141:14 159:10 167:5,7 169:14 170:16 171:9,10,21,23 260:18 270:11 286:4

**asking** 47:4 51:20 57:18 72:24 93:5,8 123:25 124:1

Golkow Technologies,
A Veritext Division
877-370-3377                                                   www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 297 of 370

167:18 168:6
221:25 231:3
252:3 278:2
**asks** 14:22 15:5
20:8
**aspect** 74:18
143:5 263:23
**assembled**
154:18
**assert** 146:22
**assist** 127:14
172:24
**assisting**
263:24
**associate** 35:13
40:23 264:14
**associated** 93:9
**associates** 3:15
3:20,23 9:24
14:12 19:5,7
24:14 31:15
34:21 35:19,22
36:5,20 41:24
42:11 57:5,10
57:23 58:1
59:12 68:18
70:15 80:24
81:5,21 89:17
90:1,12 91:1,7
92:12 94:1
99:10 101:15
163:16
**assume** 9:14
15:10 36:25

231:6,8 275:17
276:4,21
**assumed** 68:3
69:5 181:9
256:2 258:18
**assuming** 169:8
185:8 204:23
204:25
**assumption**
276:20
**assumptions**
59:25
**astdr** 226:8
236:4
**atsdr** 32:5,7
58:6,25 59:16
60:1 62:24
63:8,11,14,17
64:10,17 65:5
84:4,12 182:25
194:10 196:17
197:6 204:9,25
205:1,5 235:22
239:25 240:4
244:12 247:5
267:12,19,21
268:2,20 269:5
270:19,22
271:7 272:18
274:24 275:8
275:11,16
276:1,3 282:23
284:4,8,20
285:3

**atsdr's** 285:2
**attached** 9:21
10:7 12:2
43:16,18 147:6
**attachment**
43:5 267:4
290:16
**attachments**
72:5
**attempt** 182:6
**attorney**
107:18 108:5
**attorneys** 12:1
105:22,24
106:8,13
139:18
**attributable**
39:12
**august** 23:17
30:8 33:13,19
46:10 52:3
63:7 71:13
84:9 241:8
242:7,12,14
252:6
**author** 118:1
**authorized**
76:9
**automatic**
159:15
**available** 52:9
56:10,12 193:2
193:24 237:9
237:11 239:6

254:24 255:11
282:17,24
**average** 249:19
**averages** 236:5
**award** 81:2
82:11,12,15
83:17,25 86:12
86:19,22 87:11
87:16 90:6,11
91:14 92:5,7
99:7 103:12
104:3,8
**awarding**
81:19 83:10
85:22 90:24
92:10 93:21
99:8
**awards** 3:19
91:4,5 102:17
**aware** 25:2,8
53:19 72:19
73:6,7 110:23
170:13 171:23
243:5 275:8
277:20
**axes** 168:8
**axis** 168:9
170:1,6

|  **b**  |

**b** 3:8 35:6
106:14 108:4,4
108:7

Golkow Technologies,
877-370-3377        A Veritext Division        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 298 of 370

**baby** 5:19
281:16,22
**back** 9:22
13:21,23 20:8
20:24 21:14
22:2,8 26:10
27:23 28:2,8
28:14 29:4,23
34:5,7 53:3
57:15 62:10
63:22 64:15
66:4 70:19
79:6 83:20
86:1,14,17
88:17 99:3
107:8 113:15
126:23 128:24
130:22 132:8
135:4,5,5,6
141:6 142:17
142:18,25
143:3 144:17
145:21,25
146:1 147:14
147:19 168:6
168:12,14
182:18,18,19
184:12 190:13
193:16 194:5
195:10 201:16
202:19 203:1,4
206:9 207:20
213:22 214:6
216:4,21 217:7

217:13 222:11
222:16,21
226:2 228:12
228:23 229:4
231:1 232:15
235:18 242:18
246:5,5 252:19
255:19 256:20
257:10 259:5
260:4 264:5
282:2 286:5
**background**
212:4
**backside** 99:20
114:7 213:14
**backup** 105:2
105:13
**backup.pdf.**
104:24
**backwater**
277:6,8
**bad** 15:24
134:14
**bain** 65:17 66:2
106:23
**ballpark** 29:25
**band** 137:12
**bandage**
126:17,20
**bar** 128:2,4,7
128:13,20,20
128:24 134:21
134:25 135:18
135:18,21

136:16 152:5,5
152:16 154:5
**base** 25:2,8
33:22 46:21
47:11,21 48:1
48:6,6,18,20,22
49:2,8,10 52:1
52:8 53:23
137:4 138:1,2
138:7,23
139:15 140:9
140:11 141:7
141:22 143:18
144:18 145:13
153:7 159:10
160:3 162:24
169:1 183:3,14
207:18 208:15
211:1 226:14
243:23 245:24
255:25 257:10
260:9 261:21
283:1,13
284:22
**based** 27:11
61:4 92:19
159:5,11 183:3
185:21,23
186:1 191:1
195:2 210:9,13
214:20 226:11
248:17 258:7
265:9 274:14
274:15 275:9

279:7,17,18
280:5 282:14
**bases** 274:1
**basically** 14:4
16:4 20:18
22:15 28:3,17
32:5,10 35:15
36:10,15,17
37:7,9 38:2,7
38:14 42:16
45:22 48:17,17
49:13,14 50:3
51:12 52:9
54:9 55:17,25
59:16,24 61:3
62:20 70:10
104:4 116:4
120:4,6,22
121:17 122:13
127:11,13
128:2,4,18
131:13,22
133:2,5,19
134:20 135:2
136:15 137:13
143:4,8,16
148:12 150:1
155:18 157:22
158:16 160:3
161:4 162:14
163:3 164:11
165:7,15,17
166:5 167:16
168:9,11

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 299 of 370

| | | | |
|---|---|---|---|
| 170:16 171:14 | 79:2 86:4 | **believe** 8:6 | 266:9 276:17 |
| 175:25 181:23 | 104:19 114:11 | 17:25 27:7 | 278:21 279:2 |
| 187:17 196:22 | 114:19,21 | 28:5 30:1,3,22 | 280:25 281:1 |
| 201:11 206:17 | 116:17 117:7 | 35:13 38:22 | **believed** 174:13 |
| 210:3,5 211:1 | 118:1,9 124:1 | 39:7,15 41:25 | 195:16 279:3 |
| 214:22,23,24 | 124:24 133:17 | 42:2 43:18,20 | **bell** 283:13 |
| 216:7,12 220:5 | 135:7 188:13 | 49:9 51:11,25 | 284:1,22 |
| 222:8 225:10 | 188:25 196:14 | 52:20 54:18 | **bench** 5:17 |
| 225:24 226:14 | 198:24,25 | 56:17 61:17 | **benefit** 13:5 |
| 227:15 233:16 | 199:1,5,20 | 64:6,15 65:3 | 103:14,23 |
| 234:5 236:7 | 241:13 247:3 | 66:10 67:12,23 | **bennett** 26:8 |
| 243:16 246:17 | 251:24 253:24 | 75:10 84:6,9 | **benzene** 184:25 |
| 246:18 257:4 | **bathtubs** | 88:10 93:11 | 243:7 |
| 257:10 258:2 | 265:19 | 111:4 112:21 | **best** 26:1 30:7 |
| 261:22,24 | **baughman** 2:8 | 116:20 121:10 | 38:17 44:23 |
| 263:1,12 | 6:18,18 149:11 | 122:6 123:3 | 45:3 49:4,6 |
| 265:13 266:1 | **bear** 204:2 | 124:12 126:2 | 66:5 69:21 |
| 267:18 269:4 | **bed** 141:10,11 | 129:11 130:7 | 74:22,25 |
| 271:10,15,24 | 143:16,25 | 130:25 138:15 | 111:12 120:11 |
| 273:4,5 278:14 | 144:6 145:5 | 139:1 153:9 | 139:24 150:25 |
| 281:9 282:6,6 | 146:12 | 172:15 173:25 | 151:10,12 |
| 282:7 | **began** 99:11 | 180:4 182:4 | 209:24 263:9 |
| **basin** 235:10 | 100:25 253:18 | 183:19 192:18 | 265:16 |
| 235:13,16 | **beginning** | 195:3 196:17 | **better** 147:21 |
| **basis** 132:11 | 100:24 173:7 | 198:3 199:15 | 150:24 156:3 |
| 192:24 210:8 | 213:24 251:18 | 207:19 208:20 | 249:12 |
| 222:15,17 | 254:11 | 209:11,20 | **betz** 211:7 |
| 224:15 249:21 | **begins** 108:14 | 211:22 217:10 | 213:3 |
| 259:17 267:11 | 184:6 | 217:24 223:21 | **big** 25:11 48:24 |
| 273:24 275:23 | **behalf** 2:2,12 | 227:19,19 | 49:22 259:25 |
| **bates** 70:21,25 | 6:15,16,18,20 | 234:9,25 | **bigger** 133:21 |
| 74:5 76:17,19 | 6:22,24 | 236:18 238:4 | **bill** 14:9 66:13 |
| 77:2,8,16,18 | **belief** 154:14 | 239:25 244:2 | 66:17 131:20 |
| 78:1,4,8,10,24 | | 254:13 264:24 | |

Golkow Technologies,
877-370-3377 · A Veritext Division · www.veritext.com
Case 7:23-cv-00897-RJ · Document 397-10 · Filed 06/04/25 · Page 300 of 370

**billed** 111:1
**billing** 3:22
  16:5 18:20
  19:6 23:12
  30:5 39:2,9,22
  39:24 40:10
  41:8 66:9,21
  72:18 73:1,10
  73:15 104:17
**billings** 14:13
**billion** 213:19
  233:11
**bills** 14:22 17:9
  18:7
**bit** 30:6 32:20
  45:17,18
  143:23 147:25
  152:23 232:1
  237:18
**black** 107:14
**blast** 110:17
**blew** 223:11
**block** 82:4
**blood** 288:17
**blue** 126:10
**blurry** 135:8
**board** 29:6
**boards** 57:2,3
**bold** 235:4
**bolted** 158:22
**bolton** 2:8 6:20
  6:20
**booboo** 125:24

**boots** 126:3,4,7
  126:10,24,25
**borne** 109:9
**bottles** 195:2
**bottom** 74:1,9
  76:18,20 77:3
  90:10 104:21
  108:15 109:21
  116:16 129:10
  153:13 172:21
  174:8 181:5
  184:5 199:21
  200:4 204:18
  218:14 234:21
  247:9 263:5
  266:12,21
  277:14 282:9
  282:22
**boulder** 42:13
  42:19 43:1
**boulevard** 2:4
  141:11 142:1,3
  142:12,19
  143:13 144:1
  145:2,12 146:2
  146:5 153:3,10
  153:11 173:2
  183:1 184:15
  187:14 189:21
  191:3 205:8
  213:4 238:5
  283:11,17,24
  284:3,4,23

**bound** 3:4
  78:21 94:7
**box** 71:25
**boxes** 48:25,25
  51:12,14
**bradley** 2:19
  6:4
**branch** 71:23
**break** 8:12,14
  8:17,19 44:8
  45:9,25 87:13
  88:17,20 133:9
  133:11 142:8
  146:14 191:13
  231:25 232:8
**breaks** 89:7
**bridgeside** 2:4
**brief** 164:2
**brigham**
  255:18,23
  256:2 258:2,12
**brigham's**
  257:15 258:7
  258:20 259:1
**bring** 10:3,7
  128:23,23
  136:15
**bringing**
  238:12
**broadway** 2:9
**broken** 195:1,5
  195:7,9,22
  196:1 220:19

**brought** 60:1
  186:3 187:18
**brown** 126:6
  126:10
**budget** 73:25
  74:12,12 75:7
  75:9,10,11,14
  75:19,24,25
  76:10,19,23,24
  76:25 77:3,12
  77:17,18 78:5
  79:7,10,16,20
  79:23 80:2,3
  100:5,18
  110:18 111:2,2
  111:3
**buffalo** 121:19
  256:21,24,25
  259:10,20
  260:5,8,15,20
  261:11,13,15
  261:19 262:1
  263:7 265:7,10
  265:15,22
**buffaloes**
  255:16,19,24
  255:24 256:3,9
  257:7 258:19
  259:7,8
**buffalos** 148:1
**building** 50:6
  50:14,18,20,23
  51:1,10,13
  189:10,18,20

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 301 of 370

212:11,11 220:1,2
**buildings** 50:10 50:11,14 51:4 51:5
**built** 183:5
**bullet** 110:8,15 110:17 192:18 192:19 194:13
**bulletin** 105:23 106:13 108:20
**bulletins** 105:24
**bumped** 243:3
**bus** 49:21,22 50:5
**business** 103:4 182:3
**busy** 122:8

**c**

**c** 1:10 2:1 3:2 3:14 6:1,12 7:3 39:21 283:25 288:3,3,7 289:3,21 290:9
**c7** 4:12 194:10 197:6
**cabinets** 171:3
**cage** 5:12,14 48:23 250:5,6 251:15,25
**cages** 48:23

**calculate** 28:23 121:20 267:25 268:7,10
**calculated** 61:23 185:14 235:8 266:1 267:8 273:11 273:20 274:7,9
**calculating** 143:8 235:23
**calculation** 230:15 232:24 255:5 256:23 257:1,2 258:3 259:22 265:9 269:3,24 270:21 274:11 274:13,17
**calculations** 121:13,16 141:25 224:13 230:13 231:14 233:7 234:1,3 248:17 249:5 258:7 265:12 266:2 273:25 274:14
**call** 48:2 64:14 75:25 92:18 124:18 177:2 211:14 217:12 231:13
**called** 1:11 8:25 9:21 13:3 16:6

16:9 25:8 36:11 64:6 72:25 75:7,8 116:25 155:11 177:3 233:3 250:12,25 269:9
**calls** 46:6,8 47:18,20
**camera** 8:14 122:8 123:18 123:19,22,23 123:23,25 140:6,7 262:5 263:18
**camp** 1:4 6:8 17:12,18 18:8 18:21 19:8 20:1,2 22:8,23 23:5 24:14,21 25:2,8,10,13,17 25:20,23 26:1 28:2,14,19 29:6,11,18,25 30:2,14 31:16 32:25 33:2,8 41:14 47:3,19 49:4 52:17 57:21 58:6 59:7,13 62:12 64:9 67:3 93:9 94:2,5 99:11 100:23 101:16 101:21 102:2

138:16 183:24 188:16,20 208:14 277:20 282:1,7
**canada** 42:14 42:20 43:1
**capability** 168:25 262:18 262:20
**capacities** 244:21
**capacity** 174:10 176:1 240:17,19,22 240:24 241:7,9 241:12,16,22 241:23 242:1,7 242:13,14 247:2 248:1,1 248:3,6,7,8 262:6 276:18
**car** 49:19,20,22
**card** 141:16,17
**care** 149:5 240:12
**career** 44:24 57:9
**carolina** 1:1 2:5 6:11 30:13 208:14 266:16
**case** 5:19 11:8 14:13 16:21 18:3 22:15,24 23:5 27:3

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 302 of 370

29:19,20 30:2
31:17,22,25
32:2,15,16
34:21 39:8,18
46:11 48:18
51:9,23 52:6
52:10 55:4
58:23,24 59:3
61:2 62:25
63:11,16,20
64:5,7 65:14
65:19,22 72:18
91:14 93:6
104:18 111:23
118:10,19
128:20 138:22
185:9 201:5
208:4,12,14
217:16 267:21
268:9 274:8
278:20,21
279:6 280:17
281:7,8,10,22
282:1,5 285:8
285:16 286:5
**cases** 1:6 29:20
61:1 63:11
74:17 76:15
101:20
**casing** 273:5
**casting** 60:21
74:7
**catch** 33:18
200:19 201:2

211:16 217:13
250:15
**cause** 8:3
**causes** 269:1
**cc** 290:23
**ceased** 287:1
**cell** 140:3
263:16
**center** 81:1
82:10 84:21
90:4 107:16
116:16 174:14
180:16 181:5
**cents** 81:6
**certain** 50:10
61:3 74:18
75:3 127:23,24
132:14 201:3
217:15 238:16
256:17 262:22
**certainty** 268:6
282:19
**certifications**
54:18
**certified** 54:13
240:19
**certify** 288:6,12
288:16
**cetera** 187:22
**cfr** 106:14
**chain** 5:11
**chairs** 170:25
**change** 24:12
27:23 88:2,4,5

131:15 221:25
259:6 289:6,6
**changed** 21:17
21:18 70:10
74:7 76:23
131:18 171:20
171:24 172:6
**changes** 106:21
113:4 115:15
117:12 170:11
238:10
**chapters** 63:8
**characteristics**
137:17 170:14
**charge** 165:18
**charges** 109:11
**charles** 38:13
**chart** 3:18
166:22 170:1,2
204:4 223:11
224:6,10 225:1
225:3,4,5,14
226:11,12,18
226:25 227:3
227:12 228:1,7
229:2 230:4,6
230:11,13
231:12,14
236:6 240:9
244:11 246:7
249:15 266:23
272:10
**chatted** 89:11

**check** 39:22,25
92:24 167:24
**checked** 225:15
**checking**
188:10 244:17
**chemical** 32:9
63:20 235:5
244:19 274:19
**chemicals** 61:4
244:20
**chemist** 209:12
209:22 211:7
**chemists** 209:7
**cherry** 210:7
210:10
**chief** 71:23
**chimed** 163:4
**chloride** 197:15
202:9,11,17
207:7 212:21
212:23 215:25
221:22 222:20
229:10,16,18
**chloroform**
197:15
**choose** 7:17
267:6 271:17
**chose** 271:5
**chronologies**
200:23 201:11
209:1
**chronology**
4:19 173:6
200:21 205:3

207:2 208:23
214:21 215:5,7
215:18 217:4,8
**circle** 216:21
235:18
**circular** 175:20
**circumstances**
122:21 142:24
**citation** 65:11
**citations**
114:10,18
**cite** 64:17,17
65:4 120:20
195:11 227:20
283:5
**cited** 63:13,25
120:17
**citing** 64:23
240:1 266:15
**civ** 68:13
**civil** 106:21
112:10
**cl** 66:23
**claim** 24:14,22
227:11
**clarify** 45:8
87:5
**classify** 54:4
**clawback**
146:19
**cldep000000...**
5:19
**cleaner** 267:11
271:14

**cleaners** 5:16
265:1 266:7,12
266:22
**clear** 22:4
66:14 112:5
148:17 187:8
189:3
**clearance**
49:11 266:14
**clearly** 122:24
122:24 155:21
**click** 81:9
**clicking** 92:2
**client** 56:19,21
61:10,12 71:22
110:23
**clients** 56:17
**clj** 17:16
**clja** 3:16 4:11
4:14,16,18,19
4:22,23 5:4,6,8
5:12,14 70:21
104:19 116:17
116:17 119:7
153:8 188:5
196:12 197:11
199:21 217:2
239:11 247:4
250:6 251:15
251:25
**close** 214:25
215:19 240:13
269:19,20

**closed** 157:19
207:24 212:22
214:6 237:12
**closer** 183:15
269:8 271:22
**clr** 1:11 288:4
290:21
**clue** 94:4
**clw** 188:2,20,20
188:22 199:17
199:19 205:4
207:2
**coc** 185:15
**cocs** 183:25
184:22 185:9
185:11,18
188:18 190:16
**codes** 86:9
**coffee** 88:22
232:2
**cold** 263:17
**colleagues**
146:17
**collected** 53:11
195:17
**college** 25:6
**colorado** 42:14
42:19 43:1
**column** 77:11
77:17 81:7,8
88:4 92:6,9
102:18
**come** 26:10
64:14 79:16

88:17 135:2,5
135:6 145:24
146:9 153:13
184:12 207:20
224:13 228:23
**comes** 67:20
154:2 156:9
157:9 234:21
263:5
**comfortable**
209:21
**coming** 154:22
211:4 237:21
238:8 239:2,3
**commencing**
1:13
**comment** 59:19
60:8,16 237:9
**commented**
58:18
**comments** 68:7
**committee**
54:25 56:3
264:5,19
**commonwealth**
1:12 288:1,5
289:1
**communication**
247:17
**communicati...**
19:23 20:17,20
21:5 22:7
23:20 107:18
108:5,8,9

Golkow Technologies,
A Veritext Division
877-370-3377                                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 304 of 370

community
  266:16
company  26:4
  36:9,16 37:1
  38:14,15
  102:17 103:4
  103:25 123:22
  262:4
comparable
  265:25
compared  60:4
comparison
  265:16
compensate
  237:14,18
compensation
  57:16 73:15
  108:9
complaint
  283:25
complement
  110:2
complete  27:24
  43:21,24 52:12
  53:1 54:18,20
  72:17
completed  15:1
  83:22 239:15
  239:23 240:3
  241:6,15,21
  290:18
completely
  7:24

completes
  184:17
completion
  290:13
complex  62:5
complicated
  128:15 129:3
  140:17
complication
  133:3
component
  58:8,10
composite
  184:7,22
  185:22,23,24
  186:5,8,16,24
  187:1,9
composited
  186:3 187:20
compound  9:1
  50:17 234:15
  274:19,19
compounds
  55:15
comprised
  109:4 195:18
compromised
  200:10
computer
  15:15 16:2,11
  16:13,19 21:17
  22:6,11 23:25
  53:3 59:6,13
  70:3,4 105:11

161:4 166:21
  167:21,22,24
  168:2 171:6,13
computers
  52:16
concentration
  60:23 61:4,23
  213:18 284:21
concentrations
  63:19 64:12
  185:16 283:16
  283:23
concept  109:11
conceptual
  5:15
concern  28:24
  32:9 63:20
  182:25
concerned  33:4
  33:5 42:15
  45:2 238:6
concerning
  20:1 279:16
conclude
  220:22
concludes
  280:1
conclusion
  190:22 216:19
  221:1 249:17
conclusions
  63:9 262:16
condition  196:2

conditions
  277:5,12
conduct  109:17
  137:16 139:10
conducted
  64:11 172:23
  275:22 280:10
  282:23 283:6
conducting
  56:8
cone  268:25
  269:9,10
conference
  46:5,8 163:12
conferred
  226:17,24
confidential
  146:25
confine  51:22
confirm  45:8
  121:12,14
  145:21 194:8
  212:19 227:12
  250:14
confuse  284:18
confused  89:18
  187:4,5 233:1
congruent
  269:7
conservative
  275:16
consider  53:24
  206:7 231:9
  240:14 252:25

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 305 of 370

254:19 255:4 268:3

**consideration** 255:3 274:22 280:20

**considered** 38:14 106:11 109:5 112:12 112:18 120:21 147:3 201:4,5 230:20 265:20 269:4 285:3

**considering** 106:20 272:18

**consistent** 86:24 225:16 228:25 254:25 261:3

**consistently** 241:2

**constant** 234:16

**constitute** 109:23

**constituted** 280:4

**constructed** 247:18 248:1

**construction** 239:14,22 240:23 241:5 241:15,21

**consult** 109:25

**consultant** 57:11 118:2

**consultants** 4:9 4:15,17 172:16 247:16

**contact** 65:17 182:7

**contacted** 26:7 32:3,4 195:22

**contained** 184:7 195:1

**containing** 4:7 266:7,14

**contains** 43:25

**contaminant** 28:24 212:24 267:9 283:16 283:23

**contaminants** 62:15,19 264:23 266:5 272:20

**contaminated** 185:18 190:16 191:4 192:20 194:4 213:10 225:21 227:7 243:7,16 283:12 284:5

**contamination** 55:4,5,14 64:9 173:8,18 191:9 192:2,3,3,13 225:22 237:12

244:5,17 245:9 245:13 268:12 270:15 271:19 276:25 282:25 284:2,23

**contemporary** 216:15

**content** 196:7

**context** 64:13 65:3 84:3 226:7

**continuation** 90:21

**continue** 90:19 271:21

**continued** 4:1 5:1 214:4

**continues** 224:7

**continuous** 275:3

**contract** 3:19 68:12,15,16,20 68:22,24 73:9 81:10 82:5 85:21

**contracted** 18:24 25:21

**contracts** 81:15 90:6,11,19 91:5,9 92:3 101:3,23 102:10 103:11 103:16 104:12

**contradictory** 209:4

**contrast** 280:1

**contribute** 108:22 109:1

**contributed** 108:25

**contributing** 242:19

**contributions** 230:16 236:20 237:5

**contributors** 56:14 106:10

**control** 109:24 212:18

**convenient** 149:6

**conversation** 20:19 46:16

**conversations** 46:13 47:8,24

**copies** 22:16 124:8 197:4

**copy** 10:21 125:2 130:22 163:24 194:12 197:2 272:4,9 290:17

**corner** 66:23 74:1 81:20 82:3 83:6 85:23 86:5 108:15 199:8

Golkow Technologies,
877-370-3377　　A Veritext Division　　www.veritext.com
Case 7:23-cv-00897-RJ　　Document 397-10　　Filed 06/04/25　　Page 306 of 370

204:19 218:5
**corps** 208:16
208:21 209:7
209:12,21
210:22 211:19
**correct** 12:5
17:21 26:20,25
27:24 30:21
31:19 39:15
40:12 43:21
48:9 51:25
54:15 57:11
58:14 66:18
71:16 79:2
84:5,6 102:3
102:18,22
103:23 124:25
127:9 129:16
132:3 136:11
148:10 149:2
151:7 172:17
175:2 176:12
179:24 184:16
184:19 187:15
187:16 188:24
196:19 198:2
199:4 204:10
204:20 205:11
209:3 210:2
219:3,5 222:2
223:13 224:9
242:6 245:10
248:11,12
249:20 276:20

277:16 280:14
280:15 285:2
289:19
**corrected**
124:23
**correcting**
114:10,18
**correction**
104:2
**corrections**
113:5 289:5
290:12
**corrective**
115:21 116:1
**correctly** 7:10
29:8 109:7,8
109:18 110:3
173:4,5,14
183:7 184:3
185:19 205:10
218:21 279:22
279:23 282:20
282:21 283:3,4
**correlation**
282:7
**cost** 74:20 75:1
75:4 110:24
**counsel** 4:3
6:13 10:17,19
12:7 22:16,16
46:4,4,19 47:3
47:10 51:24
112:9 122:12
122:18 123:3

124:6 127:11
139:6 140:11
140:18,19
141:8,14,19,21
143:18 260:18
285:19 288:14
290:17
**count** 42:17
**country** 55:16
55:25
**county** 288:2
289:1
**couple** 28:8,16
43:13 47:8
66:20 89:6,7
113:3 117:20
202:1 246:6
**course** 45:24
245:19 252:11
**court** 1:1 6:10
7:1 44:25
109:21 154:16
278:8,10
279:12,25
280:1,5,8,25
**cousin** 39:20,21
**cover** 112:7
133:5 142:5
259:21 261:8
**covered** 127:20
133:4 142:4
157:18 200:19
211:15 217:13

**cowboy** 126:3,4
126:7
**crease** 154:19
**create** 105:14
121:13 163:18
224:18 226:12
246:7
**created** 92:2,14
92:19 115:14
164:16 186:9
186:24 215:15
223:22 224:11
224:17 225:4
226:11 230:4
230:12 236:7
248:18
**credential**
214:24
**credibility**
110:1
**critical** 175:20
**criticized**
143:10
**critique** 270:20
**cross** 279:15
**crystal** 40:14
**csr** 1:12 288:4
290:21
**current** 82:10
86:19 101:17
**currently** 86:12
102:16
**curved** 154:2

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 307 of 370

**curving** 135:20
**cut** 199:22
**cv** 1:2 8:6,8
  43:3,4,15,16,18
  43:21,22,24
  44:4,25 45:6
  54:1,12 56:16
**cycling** 242:23

**d**

**d** 3:1 6:1 35:6
  38:13 88:4
**d.c.** 6:8 106:9
**daily** 15:20,25
  236:3
**dam** 84:19,25
**dance** 135:18
**dangerous**
  134:19
**data** 4:19 5:13
  27:8,17 32:6
  60:2,23 61:6
  112:12,18
  117:13 166:21
  168:2,3,7
  169:25 170:3,4
  170:23 172:4
  192:9,25 193:1
  193:2,17,19
  194:5,12
  195:19 196:3
  196:11,15
  204:1 207:11
  221:20 223:19

224:25 226:7
226:16 237:3,8
237:23 238:22
239:5 247:11
248:22,23
249:8 251:23
252:4,5 257:15
257:21 267:18
268:2,5,11,14
268:14 271:4
274:15,23
276:12 277:24
279:4,7,17,19
280:6 282:17
282:24 284:21
**database** 92:8
**datasheet**
  194:8
**date** 6:5 10:22
  10:24 11:2
  25:4 28:11
  46:22 82:4,15
  83:13,25 84:11
  85:20 87:19
  92:7,9,10
  93:14,20 99:23
  101:1 114:13
  124:19 125:14
  168:10 170:9
  192:3 193:24
  195:25 201:17
  203:22 204:6
  204:21,23
  205:5,6,14

215:4 217:7
219:11 227:16
229:9 237:25
238:3 243:11
243:15 252:15
**dated** 26:18
  71:11 78:17
  87:7 112:8
  114:8 125:13
  149:1 189:25
  211:7 217:4
**dates** 34:10
  84:3 130:9
  131:4 204:8
  205:2 218:9,11
**day** 15:13 89:7
  123:21 127:1
  129:22 136:24
  138:9 157:23
  162:7 163:20
  163:23 164:17
  167:15,17
  175:25 186:8
  186:17 187:1
  205:20,23
  206:3 217:3
  241:5 254:18
  255:19 288:21
  289:23
**days** 11:5,5
  15:21 30:19,20
  30:22 46:1,9
  215:10,15,17
  216:11 226:1

236:12 241:6
249:18 254:17
290:18
**dbolton** 2:11
**dc** 1:13 2:15
  290:8
**dce** 184:23
  212:19
**deal** 147:1
**dealing** 42:22
  43:2 55:9
  259:25
**dealt** 55:14
**dean** 2:3 3:3
  6:14,15 7:7
  9:18 11:12
  12:20 13:1,20
  14:1,3,20
  18:15 19:3,21
  20:7 21:8 22:1
  23:4,11 24:10
  24:19 26:12
  29:14 31:24
  32:11,21 37:11
  39:5 41:12
  43:8,12,14
  44:2 45:9 89:4
  91:24 99:2,16
  101:11 102:7
  103:8,20 104:5
  104:14 105:10
  105:18 106:4
  107:23,24
  110:20 111:15

Golkow Technologies,
877-370-3377   A Veritext Division   www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 308 of 370

112:3,6,23
113:10,12
114:3,6,23
115:9 117:3,17
119:1,21 120:7
120:13 124:7
124:17,25
125:3,11
130:15 131:23
132:23 133:6
133:12,15
136:7,18 137:2
137:15,23
140:2 145:3
146:6,14,23
147:13 148:10
148:16 149:10
149:13,14
151:19,20
152:11 160:15
161:7 164:14
166:17 167:2
169:5,16
172:14 174:5,7
174:24 176:2
176:11,24
177:15 178:11
178:23 179:6
179:21 180:2,7
180:11,20
181:3,10,16
182:1,12,16,17
183:12 185:5
186:6,14,22

187:6,24 188:7
189:9,22 191:6
191:14,21
192:11 193:13
194:2 196:9,24
197:4,8,20,24
198:14,17
199:22,24
200:14 201:14
203:17,18
206:1,23 208:1
209:6,10,15,18
210:19 212:1
214:3,14 215:9
216:2,24
217:19 218:1
219:7 220:10
222:14 223:8
223:20 224:3,5
224:23 227:17
228:18 229:3
229:14 230:8,9
230:22 231:5
231:23 232:5,8
232:14 233:2
233:18,24
234:13 235:17
236:2,15,17
237:1,19 238:7
238:24 239:8
239:18 240:16
243:4,17 244:1
244:9,24 245:7
245:14,22

246:24 248:24
249:4,10 250:2
251:13,25
252:2 253:7,16
254:3,5 255:14
256:1,7,15
257:11,19
258:5,17 259:4
261:18 265:4
266:4 272:2,7
273:7 274:5
276:6,24
277:10 278:1
279:1 280:24
281:4,13,19
282:8 283:9,20
283:21 284:15
285:11,14
286:2,9,14,17
290:16,25
**dear** 290:10
**decades** 275:19
**december** 4:9
26:18 27:19
43:19 44:12,13
44:14 76:24
77:16 112:25
141:5 172:16
193:5,7,19
194:4 197:10
197:14 201:16
201:25 202:5,6
202:13 203:1
206:9 212:7,16

212:18 214:6,7
215:25 216:14
222:16 225:20
225:25 226:1
228:2,3,11,17
228:20 237:3
243:12 244:3
244:16 245:10
253:5,9,12
254:10,12
257:13,13
281:21
**decided** 278:13
278:15,17
**decision** 281:11
**decisions** 59:25
**deduction**
216:18
**deep** 66:3
**defendant** 2:12
3:10
**defending**
208:6,9
**defense** 25:11
81:20 82:21
83:11 279:12
280:2
**defer** 59:20
60:12
**define** 53:25
177:25
**degree** 110:24
268:5 282:19

Golkow Technologies,
877-370-3377            A Veritext Division            www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 309 of 370

**degrees** 54:8
**delegated**
  116:3
**deletions** 289:4
**deliver** 11:16
  260:3
**delivery** 11:18
**demands** 162:9
**demonstrate**
  109:16 149:7
**demonstration**
  156:12
**department**
  2:13 11:7 12:1
  14:12 17:23
  18:10 20:14,15
  21:6,23 25:11
  25:24 26:3
  29:17 46:12
  51:23 58:1
  65:15 66:2
  67:19,20,25
  68:22,25 69:1
  69:4 71:24
  72:3,10 73:9
  73:21 75:12
  76:7 77:23
  79:21 81:20
  82:21 83:11
  85:21 86:18
  88:7,13 89:9
  90:25 91:5
  93:22 99:9
  100:2,17,21

101:2,6,14,20
102:14,15
103:7,17
105:21 106:7
107:8 111:22
124:11 208:3
208:11 210:24
211:2,4 260:23
266:16 290:7
**depending**
  115:12 165:8
**depends** 15:21
  65:10 231:17
  245:18
**depicting**
  180:17
**deployed**
  135:25
**deponent** 6:11
  290:11,13
**deposed** 8:7
**deposition** 1:9
  3:8,11 6:6 8:12
  9:20,21 10:7
  11:2,3 15:9
  44:5,12,16
  45:21,23 46:2
  46:3,7 79:20
  89:12 105:8
  264:4,9 285:10
  287:1 288:8,10
  288:13 289:3
  290:9,11

**depositions**
  8:11 44:9,16
  44:21 45:2
  46:8 109:22
  264:14
**deposits** 144:23
**depression**
  268:25 269:10
  269:10
**depth** 175:20
  207:17
**derived** 269:6
**describe** 68:25
  192:10 196:22
  233:8
**described**
  28:18 38:18
  54:1 183:1
**describes** 54:9
**describing**
  51:11 227:22
**description** 3:7
  4:2 5:2 82:17
  186:1
**descriptions**
  182:23 183:2
**design** 129:23
  130:9 131:8
  183:4
**desk** 170:25
**detail** 64:15
  73:14 76:2
  107:11

**detailed** 73:1
  175:13 282:24
  283:6
**details** 11:19
  61:11 74:14
  104:12 267:4
**detected**
  173:10,21
  184:25,25
**detection**
  202:17
**determine**
  62:14 137:17
  193:20 226:25
  259:19
**determined**
  212:22
**developed**
  210:15
**development**
  172:25 266:17
**develops** 269:1
**devices** 166:8
**devin** 2:8 6:20
**diagram**
  179:20 256:25
**diagrams**
  282:17
**diameter** 150:2
  151:5,9,13
  152:17,22
  153:22 154:14
  154:21 178:14
  178:24 181:23

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 310 of 370

**dico** 5:17
279:14
**differences**
170:14
**different** 17:9
21:1 29:19,20
38:19 45:17
63:23 70:18,19
88:8 90:10,11
103:17 117:24
123:24 131:18
132:24 148:5
151:16,23
161:5,17
167:19 169:23
176:16 177:1,6
177:7 180:13
180:14 186:2
196:5 209:17
210:20 218:9
225:2 234:5
253:13 263:21
267:19
**difficult** 134:17
**digital** 123:8,16
123:19
**dimensions**
152:14 174:10
177:10,13
179:19
**diminish**
269:15
**ding** 45:16
52:22 53:15

54:19 58:3,13
59:4 60:7,11
60:18 61:8
62:9 63:5 65:2
65:12 66:8,15
68:2,6 69:8
70:14 71:3,4
71:10,20 72:14
72:23 73:5,23
77:7,22 78:13
78:14 79:1,5
80:10 84:17
86:15,16 87:6
87:10
**direct** 81:10
222:25
**direction** 10:11
11:25 59:14
122:18 269:2
**directly** 129:1
130:3 210:22
270:19 272:20
**director** 106:9
**disagree**
101:22 273:24
273:25 274:10
280:23
**disagreeing**
178:12
**disagreement**
28:25 274:1
**discarded**
144:3 164:12

**disciplines** 54:8
**disclosed** 59:8
**discounted**
219:8
**discovered**
225:22
**discovery**
106:22
**discussed** 41:7
47:5 53:12
89:8 100:23
154:7 181:20
284:6
**discussion**
264:7
**discussions**
80:1 89:9
264:1
**dismantled**
31:10,11
**dispersion**
269:24,25
**disposal** 213:15
**disregard**
206:6,12
**disregarded**
278:8 279:3
**disregards**
279:12
**disrespect** 7:16
**dissolved** 267:9
274:18,20
**distance** 127:25
128:1,6,14,19

128:25 134:20
134:25 135:17
137:14 141:18
141:22 152:4
152:15 154:4,8
155:17
**distances**
127:25
**distributed**
37:10
**district** 1:1,1
6:10,10
**distrust** 209:20
**dive** 66:3
**division** 1:2
6:11 290:1
**dj** 68:8,9
**djj6wenr010...**
99:8
**doctor** 32:14
**document** 1:6
13:4,19 26:23
35:16 43:4
67:13,18 69:4
70:3 71:9 75:6
75:24 84:22
88:6,8 89:15
92:19 106:17
107:14,15
108:14 115:24
122:13 125:17
147:2 188:3,22
200:16 201:4
204:4 207:1,5

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 311 of 370

207:17 211:13
211:20 214:4,8
215:3 217:4,9
217:17,23
220:14 221:7
223:2,22
224:19 228:20
229:7 239:24
240:13 250:4,5
250:11,17
251:15 261:6
**documented**
225:11 255:12
263:10
**documents**
3:12 9:23
10:12 11:6
12:13 13:23
14:23 17:10,23
18:7,16 20:11
24:8 27:17
48:24,25 51:7
51:12,13,15,22
51:23,25 52:1
52:2,4,8,15
53:22 74:24
114:11,21
117:13 118:8
118:17,17,21
119:4,11,20,24
120:21 130:1,2
131:5 150:13
171:8 188:14
195:25 196:3

196:20,21
200:22 201:9
201:10 207:16
208:18 210:21
210:23,25
211:1 214:25
221:3,23
227:10,14
264:16 275:21
276:13 282:16
**doing** 16:23
26:7 30:13
31:21 32:15
46:11 50:9
56:6 62:3,21
93:6,9 100:22
111:13 112:5
126:13 129:9
132:18 137:25
138:16 147:22
149:8,17 151:9
160:5 181:14
207:17 235:23
250:14
**doj** 48:2 66:23
67:9 68:12
75:17 123:7
139:18 140:12
141:6 262:7
**doj's** 262:19
**dollars** 81:6
**domain** 268:5
**door** 62:4
157:19

**dose** 62:14
**double** 89:19
**doubt** 120:24
**downloaded**
124:6
**dozen** 45:1,3
**dr** 5:10,18 7:8
7:13 9:20
21:21 28:21
29:1 32:12
34:23 35:4,10
35:25 37:13,25
37:25 38:5,6
38:10,13,23,24
39:16 41:17
59:15 60:13
69:24 89:5
112:13 125:13
143:4 151:21
202:23 255:17
255:18,23
256:2,19 257:4
257:15 258:2,7
258:12,20
259:1 261:4
266:24 273:8,9
273:11,18,25
274:4,6,11
280:2
**draft** 164:12
**draw** 250:25
251:4
**drawing** 131:8

**drawings**
129:23 130:2,2
130:4,5,9,23
183:5
**drew** 272:19
**drilled** 240:18
242:6
**drink** 158:19
158:23 159:2
**drinking**
183:25 188:17
212:10
**drive** 4:7
**drmo's** 213:15
**drop** 262:23
**dropped** 202:7
**dry** 129:12
154:11,12
265:1 266:14
266:22
**duly** 7:4 288:9
**duplicate**
212:18
**duties** 38:19

e

**e** 2:1,1 3:1 6:1,1
17:5,5 35:6,6,8
36:11 38:13
112:11 288:3,3
289:1,1,1
**earlier** 12:13
31:17 69:21
88:6 117:21

Golkow Technologies,
A Veritext Division
877-370-3377          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 312 of 370

201:17 221:12
236:6 281:16
**early** 183:15
225:20
**easier** 142:2
**easiest** 199:10
199:17
**eastern** 1:1
6:10 56:22
**eat** 50:15
**editorial** 57:1,3
**education** 54:9
110:2 282:15
**effective**
109:24
**effluent** 127:19
128:3,7,22
134:2,11,22
141:15,25
142:11,18
143:14,24
148:3,15 150:2
150:3,14
151:13 152:6
152:20 153:12
155:1,4,8
174:14 175:13
176:4,25 177:1
**effort** 10:12
22:6,10 110:24
172:23
**eight** 80:14
81:3 105:8
133:13 149:15

186:2 187:10
187:16 188:9
**either** 11:24
20:13 38:23
44:25 47:2
114:2 122:17
129:5 163:7
181:9 238:5
246:1,11 259:6
259:20
**elaborate**
219:22
**elastic** 137:17
**electronic**
12:19 124:15
247:17
**electronically**
11:17,20 12:15
**element** 28:20
28:20
**elements** 234:6
**elevation** 166:8
248:5
**elizabeth** 211:7
**elongate** 270:3
**email** 5:11
11:21,25 12:4
20:17 22:13
75:13,24 123:8
146:17 240:6
250:4
**emails** 19:22,24
21:4 22:7,14
23:19,22 29:8

250:7
**embarrassed**
173:16
**employee** 22:19
36:10,12 40:24
69:17 104:1
260:23
**employees**
41:23 42:16
172:7,8
**employment**
169:9,13
**empty** 129:11
154:10
**enclosure**
199:9
**encrusted**
144:22
**endorsement**
106:11
**ends** 67:15
93:18
**enduring**
109:15
**energy** 102:15
**engineer** 54:21
54:23
**engineer's**
54:22
**engineering**
42:23 56:24
**enhance** 246:9
**enter** 16:4
70:10 105:7,7

**entered** 16:18
**enters** 155:4
**entire** 55:25
165:18 174:23
174:25 253:3
**entirety** 57:8
210:12
**entity** 57:19
**entries** 16:20
99:19,21
**entry** 87:17
93:17 99:5
100:11 116:24
119:7 201:16
203:7,8
**environment**
62:19 135:24
135:25
**environmental**
4:9,15,17
118:2 132:1,6
132:12 176:8
177:9 182:2,7
197:10 247:16
282:13
**eousa** 106:12
**epa** 23:21
80:23 99:23
101:5 102:14
103:1 265:13
**equally** 145:24
**equations**
267:16

Golkow Technologies,
A Veritext Division
877-370-3377　　　　　　　　　　　　www.veritext.com
Case 7:23-cv-00897-RJ　　Document 397-10　　Filed 06/04/25　　Page 313 of 370

**equipment**
129:25 131:11
132:8,14
142:23
**era** 150:21
170:4 176:7,9
176:20
**errata** 113:3,9
113:13,22,23
114:1,4,10,18
114:24 115:4
115:13 116:4
117:12 290:12
290:14,15,18
**error** 210:3,3
268:19
**errors** 267:22
270:23 274:24
**esop** 36:11
**especially** 60:1
121:18 238:2
**esquire** 2:3,4,8
2:8,14,14
290:6,16,25
**establish** 29:3
**established**
19:14 203:10
**estimate** 74:20
74:22,25 75:7
75:9,10,11,19
75:25 76:3,5,7
79:21 127:24
132:22 137:14
137:14 143:9

151:12 152:4,8
177:14 179:17
179:18 180:24
181:21
**estimated** 32:7
59:2 63:17
132:5 148:13
155:10 178:4
178:21 181:21
181:22 265:24
**estimates** 61:5
143:6 172:25
181:25 271:24
**estimation** 88:5
151:10
**et** 5:17 187:22
283:2
**ethical** 109:17
111:11
**ethically** 109:4
**evaluate** 32:4,5
58:24 63:16
74:16 130:3
257:10
**evaluated**
76:11 276:25
**evaluating**
267:17
**evaluation**
59:17 74:16,18
220:25 243:22
266:3
**evaporative**
234:20 235:12

**everybody**
163:4 171:10
209:24
**evidence**
178:16 206:25
222:25 254:19
275:21 276:7,8
279:20,25
**evidently** 260:5
**exact** 13:18
86:2,6 93:14
169:12 243:14
252:15
**exactly** 14:19
18:4 21:12
23:9 38:12
39:23 40:7
41:8 64:5
107:11 108:24
122:21 141:17
162:18 172:3
177:17 202:22
224:3 252:16
274:4
**exactness**
155:25
**exaggerates**
237:15,15
**examination**
1:11 3:3 7:6
183:4 279:15
**examined** 7:4
**example** 15:10
22:22 24:7

36:23 39:20
46:20,23 49:1
49:17 54:20
55:8 58:5
69:18 75:5
101:24 102:25
105:6 119:5
171:16 184:7
206:15 220:1
220:18 222:11
225:17 226:22
227:2,6 247:10
265:14 283:1
**examples** 43:25
109:14
**excel** 3:19 92:1
92:13,15 99:3
224:11 249:12
**except** 108:8
173:13 185:3
238:22
**exception**
48:13 284:5
**excess** 101:16
**exclusion** 210:1
**excuse** 84:19
85:17 93:6
141:3 212:17
233:1
**executive**
105:22 106:8
**exhibit** 3:8,10
3:14,15,18,19
3:20,21,22,24

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 314 of 370

4:3,5,7,9,10,12
4:15,17,19,20
4:23 5:3,5,7,9,9
5:11,13,15,15
5:17,18 9:17
9:20 12:24
13:2,7,16,21,22
14:1 26:11,14
26:14,15,16
43:7,8 66:7,9
66:12,21 70:16
71:2,5 78:9,15
78:21,22 79:3
80:9,11,12,21
83:4 86:1,4,8
86:14,15,17
87:1 88:18
91:23 92:1,1,4
93:1,2 99:3
100:4,9,11
102:11 104:13
104:16 105:17
105:19,20
111:14,17,25
112:4 113:2,14
113:18,20
115:2,3,19
116:14,15
117:2,4,5,7
124:16,18,22
125:9 146:16
146:22 147:5,5
147:14,15
148:9,10,11

149:9,10,23
152:10,12,13
163:18 164:16
172:13,15
173:25 174:1,4
180:4,5 182:15
182:19,21
183:17,19
187:23,25
188:2,9,21
191:22,23
196:8,10,23,25
197:23,25
198:1,5,6,8,14
198:15,18,22
199:1,3,7,16
200:13,15
203:11,14,14
203:15 204:3,3
204:24 205:3,4
207:3,19,25
208:2 211:6,6
215:4 216:23
216:25 217:1,4
217:6 223:7,10
223:14,23
226:11 228:1
229:4 230:5,7
230:11 232:16
232:23,25
233:4,5 234:2
234:19 236:16
239:7,9,11
244:10,12

246:5,14,23
247:1 248:19
249:9,13,15
250:1,3 251:12
251:14 253:3
255:12 264:24
266:25 272:1
272:19 278:24
279:8 281:12
281:15,15
283:25
**exhibits** 3:6 4:1
5:1
**exhibt** 94:7
**exist** 20:23 31:2
33:11 53:14
65:1 164:18
246:15 268:3
276:11
**existed** 56:7
284:23
**exit** 155:4,18
158:9 175:7
**exiting** 175:6
**expand** 255:4
**expect** 40:8
**experience** 44:5
110:2 282:15
**experiment**
129:18,19
136:23 156:12
261:6
**expert** 3:14,24
4:4 5:18 26:16

27:1,10 54:3,3
55:13 65:4
72:16 106:18
106:22 107:2
107:18 109:3
109:16 110:1,7
110:13,14
111:6,10 113:1
118:22,23
123:5 208:4
256:9 257:3
262:15 278:5,6
279:13 280:2,4
281:21,24
284:6
**expert's** 72:25
108:10
**expertise** 40:18
53:25 54:5
62:18
**experts** 73:13
140:18 264:18
**explain** 47:13
64:25 76:13
148:3 186:12
233:25
**explained**
156:8 157:8
158:8 222:5
226:21 258:4
**explaining**
222:7
**explanation**
148:12

Golkow Technologies,
877-370-3377       A Veritext Division       www.veritext.com
Case 7:23-cv-00897-RJ       Document 397-10       Filed 06/04/25       Page 315 of 370

| | | | |
|---|---|---|---|
| **exposure** 62:14 | **facts** 112:12,17 | **farm** 212:11 | 221:6,7 223:5 |
| **express** 222:7 | 279:19 280:6 | **fast** 228:5 | 224:1,8 226:3 |
| **expressed** | 282:17 | 259:24 | 228:9,14,16,21 |
| 27:11 121:15 | **factual** 275:23 | **faster** 265:17 | 249:17 251:8 |
| 282:14 | **failure** 161:25 | **fastest** 273:3,3 | 256:20 260:4 |
| **extend** 165:11 | **fair** 9:15,16 | **fate** 54:2 62:18 | 277:13 |
| **extension** | 31:18 32:22 | 267:17 | **federal** 46:15 |
| 150:14 167:25 | 37:1,3,4 57:10 | **faucet** 156:23 | 72:16 80:18 |
| **extent** 10:13 | 69:9 79:3 | **faye** 283:2 | 81:18 102:13 |
| 20:22 27:14 | 146:7 151:6 | **february** 10:24 | 106:21 112:10 |
| 108:8 | 156:2 165:25 | 11:1 12:12,12 | 279:20,25 |
| **external** 40:23 | **fall** 143:6 | 16:19 21:3 | **feel** 8:11 9:3 |
| **extrapolate** | 177:20,25 | 28:1,7 29:4,23 | 15:23 120:8 |
| 162:6 | 178:2,3,9,9,22 | 30:23 34:3,5 | 147:20 209:20 |
| **extreme** 273:2 | 179:18 181:1 | 66:14 82:5 | **feet** 58:5 |
| **extremely** | 277:5,12 | 87:5 101:6 | 126:24 157:23 |
| 129:3 | **falling** 174:13 | 112:8,22 | 159:9 160:1,21 |
| **eyes** 134:13 | **falls** 208:16 | 113:19 114:2,5 | 160:23 162:3 |
| **f** | **familiar** 13:17 | 114:9,16 116:7 | 167:15,16 |
| | 22:20,21 72:24 | 117:6 119:2,3 | 168:9 |
| **f** 229:10 288:3 | 80:17 200:22 | 121:3,6,15,18 | **felt** 27:16 |
| **face** 126:13 | 217:24 | 122:6,16 | 226:25 |
| 221:2 | **far** 22:8 32:15 | 123:15 124:3 | **field** 276:21,21 |
| **facility** 25:11 | 33:4,5 41:6 | 125:21 127:7 | **fields** 282:12 |
| 31:5,6 | 45:2 48:21 | 129:22 130:24 | **figure** 30:6 |
| **fact** 91:12 | 52:12,20 57:15 | 138:6 140:25 | 40:5 47:23 |
| 109:25 158:7 | 57:15 59:1 | 141:1 142:10 | 149:4 154:13 |
| 203:11 206:7,7 | 64:11 83:21 | 142:17 143:1,3 | 169:24 174:12 |
| 206:25 214:23 | 91:1 168:6,12 | 148:14 157:25 | 174:17,20 |
| 217:16 221:4 | 168:14 184:10 | 158:18 163:19 | 175:12,12,14 |
| 222:22 231:12 | 192:2 202:19 | 213:9,21 214:8 | 176:4,18 177:8 |
| 243:10 245:15 | 202:20,24 | 214:16 215:3,8 | 178:1 269:4 |
| **factor** 110:19 | 210:25 238:6 | 215:17 216:12 | **file** 11:17 22:6 |
| | 255:19 267:20 | 218:4 219:3 | 22:7 53:4 68:8 |

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ      Document 397-10      Filed 06/04/25      Page 316 of 370

104:22,23
125:19 171:3
**filed** 24:11,14
24:21
**files** 10:15 24:8
52:4,16 53:20
123:20 124:13
**fill** 163:20
256:24 259:20
259:23 260:7,8
260:14 261:7
261:10,15
263:7 265:17
**filled** 156:20
251:9 255:19
255:20 256:4
256:10,25
257:8 258:8,14
258:22 259:10
260:5,13 261:9
261:19 265:15
265:19,22
**filler** 256:5,10
257:1 258:8,14
258:22 259:21
261:7
**filling** 121:18
256:21 259:25
260:11 261:1,4
261:23 262:10
265:10
**filter** 90:1
**filters** 80:22
91:2 156:10

**final** 286:19
**finalized** 66:18
**finance** 71:24
**financially**
103:14,22
**find** 11:14
18:18 21:20
23:24 46:15,25
47:5 113:16
148:5 149:7
192:16 207:5
207:15 244:13
**finders** 109:25
**finding** 229:16
243:18
**fine** 35:3 79:4
88:18,21 99:17
137:22 232:5,7
253:14
**fingerprints**
279:13
**finish** 102:9
103:9 120:24
120:24 174:2
184:11 210:4
226:4,4,6
283:20
**finished** 104:7
157:16 158:12
158:15 166:10
167:6,9,13
183:17 184:8
187:17 216:5,5
259:12,14

270:6,9 285:6
285:10
**finishes** 135:20
**firm** 38:1,2,5
73:8 100:17
**first** 7:4 8:11
10:2 11:1,8
18:23 19:7
23:13 25:4,7
25:13,14,25
26:16 29:5,7
29:12 31:20
37:23 43:4
57:4 58:16,24
62:10 63:4
66:22 69:13
70:17,19 71:1
71:15 74:15,16
74:18 78:18
80:21 82:4
84:1 86:3,4
87:17,18,22
91:13 93:18
99:4,5,11
101:25 106:20
109:2 110:7
113:18 114:7
118:15 119:15
120:16 138:15
150:7 154:22
156:12 158:1,5
166:25 174:2
175:9,10,16
180:14 183:24

187:7 188:8,16
189:6 190:14
193:7 197:22
197:25 205:4
251:3 257:22
259:19 269:21
270:4 283:15
**fit** 131:20,22
226:15
**five** 15:6 19:13
38:20 44:6
88:19 127:6,12
160:22 165:7
184:18 194:18
214:22 215:11
232:5,7 255:6
**fixing** 121:24
125:9 191:15
**flag** 51:15
195:19,23
**flask** 195:14
**flip** 74:4 77:8
**flow** 175:21,25
176:1 181:24
**flowchart**
166:22
**flowing** 181:23
**flows** 270:13
**fluctuates**
157:22
**fluctuation**
159:9 160:8,24
161:9,16,19,21
162:2,12,15,22

Golkow Technologies,
A Veritext Division
877-370-3377
www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 317 of 370

163:10 165:1
167:6 168:2,22
169:2,25
**fluctuations**
159:18 166:4
167:11 171:14
**foc** 277:21
**focus** 42:20
49:13
**focused** 274:23
**fog** 263:18
**folders** 22:7
**folks** 41:7
**follow** 92:16
110:25 111:11
254:13
**following**
156:11 165:15
183:2 289:4
**follows** 7:5
**foot** 159:18
160:8 161:16
161:20 162:12
162:22 165:1
166:2 168:22
169:2 175:1,3
250:23,24
251:4
**footnote** 184:1
188:4,18,19
247:10,15
266:15 279:11
**footnoted**
240:4

**footnotes** 113:6
115:15 120:19
247:9
**foregoing**
289:3
**forever** 141:14
**forgot** 182:19
265:6
**form** 11:9
12:17 14:16
18:12 19:17
20:4 23:8
29:13 53:9
57:24 58:22
59:22 60:10,14
60:24 62:1
63:2 64:21
65:8 72:20
73:3 84:14
87:4 108:7
119:17 120:2
120:12 130:12
136:6 137:10
146:11 160:25
166:16,24
169:3,11 179:2
181:18 182:10
185:25 186:10
192:6 193:9,22
194:12 197:18
201:7 209:13
210:18 211:21
213:25 215:6
215:20 217:18

219:4 222:4
227:13 230:18
231:2,16
234:11 236:22
237:7 238:18
240:10 245:1
245:17 246:13
255:8 256:11
257:24 261:16
272:24 276:2
276:16 281:3,6
282:4
**formal** 75:24
**formally** 22:24
**formation**
264:5
**formed** 174:14
**forming** 217:15
253:1 254:19
**formula** 233:8
**formulas**
267:17
**forth** 288:9
**forward** 80:3
213:8 290:15
**forwarding**
11:21
**found** 22:13
120:14 131:17
150:16 174:1
213:17 222:21
250:5 279:14
279:14

**foundation**
11:10 12:16
14:17 19:1
20:5 21:7,11
23:1 24:5,15
31:23 32:18
37:2 39:4
41:10 43:23
52:19 54:16
58:12 62:2
64:22 65:9
68:1,4 69:7
70:6 71:7,17
72:13,21 73:4
73:18 77:6,20
88:9 92:18
94:3 99:13
101:9 102:4,20
103:19 105:3
106:1 110:16
111:9 112:20
113:8,25
114:20 115:5
117:15 118:20
119:18 124:4
131:12 132:20
136:12 137:1
137:20 139:23
144:20 146:3
160:11 164:9
174:21 175:23
176:10,21
177:11 178:7
178:18 179:3

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 397-10 Filed 06/04/25 Page 318 of 370

179:16 180:19
181:7,15
183:10 185:2
186:11,19
187:3 188:6
189:8,19 191:5
192:7 193:10
205:24 206:11
208:24 209:8
209:14 214:10
215:21 220:9
222:18 223:25
224:20 228:15
228:24 233:13
233:22 235:1
236:1 237:24
239:4,17
242:24 243:13
243:21 244:6
244:23 245:11
248:21 249:3
249:24 253:6
253:10 255:9
255:21 256:6
256:12,22
257:17,25
258:10,24
265:2 272:25
274:2 277:7,23
280:22 281:18
282:3
**founder**  38:1
**founders**  38:15

**four**  38:11 41:7
41:18 44:5,10
44:15 108:19
115:11 116:14
127:6,7,12
160:21 165:7
214:22 215:13
221:13 251:21
272:10
**framework**
270:21
**francisco**  42:13
42:19,22
**frequency**  5:9
249:16,19
255:1,13
**frequently**
70:12
**friday**  14:8
**friend**  24:21
**front**  43:15,17
45:1 188:21
272:8
**fuel**  55:9,14
212:11
**full**  37:6,24
38:16 40:24
109:2 114:25
173:7 236:7
260:2 282:10
**fully**  35:23
**function**  162:6
221:16

**functioning**
145:6
**fundamental**
267:16 268:19
**funding**  79:22
92:11
**furnished**
158:12
**further**  68:8
105:22 135:3
152:24 243:8
288:12,16
**future**  80:2
**fyi**  12:2

**g**

**g**  6:1 35:6
**gallon**  175:25
260:3
**gallons**  240:20
242:20 248:2,4
265:23
**game**  123:4
**garden**  260:1
**gate**  49:17
**gather**  10:12
18:6 67:18
68:20
**general**  12:4
28:21 42:24
54:4 58:15
102:15
**generally**  14:14
25:4 49:2 55:6

73:7
**generated**
219:2 226:9
**generic**  16:9
**gentleman's**
135:9
**gentlemen**
171:18
**geochemical**
279:13
**geochemist**
54:6 60:6
62:17 267:16
277:2
**geochemistry**
62:3 277:3
282:13
**geological**
54:14
**geologist**  54:7
**geologists**
54:15
**geoscientist**
40:19 54:13
**getting**  21:2
50:5 129:2
134:14 263:24
**give**  27:21 35:1
35:9 47:13
119:5 125:1
128:19 130:8
133:6 137:13
150:20 160:4
165:5 179:11

Golkow Technologies,
877-370-3377                        A Veritext Division                        www.veritext.com
Case 7:23-cv-00897-RJ        Document 397-10        Filed 06/04/25        Page 319 of 370

180:4 199:23
204:15,20
227:15 252:7
255:1,13
268:22 271:24
**given** 44:12
125:8 181:24
216:10 248:4,5
279:5 288:10
289:3
**gives** 81:1
196:3 224:6
237:15 265:14
270:25
**glance** 13:14
69:13
**go** 13:2,10,12
15:14 17:1,22
20:24 21:4
22:2 26:13
28:2,13 33:8
35:10,17 43:3
49:9,10 51:5
51:14 62:8,10
63:22 83:20,24
86:1 88:21
90:23 99:17,18
99:21 100:1
101:3,5 111:2
112:4 119:6
128:14,16
132:10 135:4,4
138:7 141:6
142:14 143:22

145:21 146:15
147:14,17,19
148:2 158:24
163:19 171:6
173:17 177:8
180:15 182:18
182:18,19
183:18 184:20
190:13 191:15
191:22 192:14
193:16 194:5
195:6 197:22
199:7 201:16
203:14 204:2,3
212:6 215:3
218:14 219:9
220:1 228:12
229:4 231:1,24
232:19 240:12
251:1 252:19
255:15 259:5
269:21 271:10
271:16,18,19
272:20 273:3
**goal** 62:13
**goes** 72:5 109:9
155:5 158:8
162:8 180:15
224:1 248:8,9
253:4,12
254:12 259:24
268:15 272:14
273:4

**going** 7:12 9:14
9:19 35:17
43:10 44:7
46:24 50:10
57:14 78:10
82:14 84:10
89:5 99:3,17
104:15,16
105:19 111:17
111:20,25
112:3 117:18
119:15 120:24
125:3,4,5
134:19 141:13
143:22 147:18
147:19 156:7
159:3 168:11
180:3 191:11
196:13,25
211:5 221:24
223:9 232:19
238:11 242:18
246:4,5,10,25
253:17 254:3
259:9 272:3
273:23 285:21
**golkow** 6:5
290:1
**good** 6:14 7:8,9
89:23 148:4
149:3 191:14
193:21 263:25
**gordon** 26:8,8

**government**
23:21 25:15
46:15 80:19
81:18 103:2,16
**government's**
92:8 102:13
**gradient** 269:7
**gradual** 266:8
266:14
**grants** 81:10
**graph** 249:13
**graphs** 167:10
**gravity** 155:6
175:7 181:24
**gray** 108:1
126:7
**grayed** 107:25
**graying** 107:22
**green** 76:12
**ground** 8:10
**groundwater**
54:3 55:14
60:21 61:24
84:23 267:10
271:15 273:16
274:19,21
**group** 113:16
146:19 246:22
**grouped**
120:10
**groups** 119:23
**guess** 13:14
14:8,18 38:17
51:20 67:8,10

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 320 of 370

85:8 118:13
144:1 156:2
157:25 175:6
192:19 241:5
241:16,23
**gun**   109:6

**h**

**h**   106:9 289:1
**hadnot**   4:13
  33:12,14 34:12
  49:20,25 50:21
  59:1 127:17
  129:14 133:4
  138:18 142:5
  143:12 145:25
  146:9 148:21
  148:23 150:4
  152:21 153:1
  153:19 156:15
  157:16 158:23
  163:13 166:14
  173:2,8,18
  175:11 176:17
  182:25 184:13
  184:15 185:10
  187:11,21
  189:6,10,11,17
  190:4 191:2,25
  201:19 204:6
  205:7 212:8,10
  213:4,11 218:7
  232:22 235:13
  238:5,6 239:13

252:5 253:14
253:21 267:25
277:4
**half**   47:2,25
  59:5 66:11
  80:15
**hand**   11:16
  66:22 74:1
  80:11 81:19
  83:6 85:23
  86:5 106:5
  108:15 113:15
  126:20,21,22
  137:22 165:12
  197:4 199:8
  204:19 272:9
  288:21
**handed**   26:14
  66:8 198:8
**handle**   262:24
  263:8
**handling**
  261:24
**hands**   125:23
  126:1
**handwrite**   16:1
**handwritten**
  4:5 28:8 116:7
  229:5 232:15
**hanford**   102:25
**hanson**   84:18
  84:19,20,24
**happen**   214:25

**happened**   60:3
  215:1 268:4
  275:13
**happens**   210:3
**happy**   8:13
**haroon**   124:19
**hatch**   255:20
**hb**   5:12 184:9
  205:8 250:8
**head**   127:21
**health**   58:6,11
  58:11,19
**heard**   25:13
**height**   143:6
  155:12 177:20
  177:25 178:2,3
  178:9,9,22
  179:18 181:1
  277:5,12
**held**   6:7 128:2
  136:1 137:21
**help**   70:23
  113:16 130:20
  149:16,21
  188:15 214:11
**helped**   126:13
**helpful**   51:8
**hennet**   1:10 3:2
  3:6,13,14,20
  4:1,4,6 5:1
  6:12 7:3,8,13
  9:17,20 12:24
  15:2 26:11,17
  27:2 40:14

66:7 69:24
80:9 89:5
91:23 104:13
105:17 107:3
111:14 112:13
116:25 117:2,7
117:8 124:16
124:24 125:13
125:15 133:17
149:1,13,19
151:21,22
153:17 155:14
156:5,14
157:12,13
171:17 172:13
187:23 196:8
196:23 197:23
200:13 207:25
216:23 223:7
239:7 246:23
249:9 250:1
251:12 266:24
272:1 278:24
279:13,16
280:2,10
281:12,22
288:7 289:3,21
290:9
**hennet's**   5:10
  5:18
**hereinbefore**
  288:8
**hereof**   290:18

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ      Document 397-10      Filed 06/04/25      Page 321 of 370

**hereunto** 288:20
**hey** 12:2
**hidden** 81:14
**high** 25:5 109:12 161:25 213:13
**higher** 158:9
**highest** 213:17 248:10
**highlighted** 198:10,13
**highlighting** 107:22
**highlights** 107:15
**hind** 60:20
**hired** 18:23 25:15,21 109:5
**historic** 18:6 21:4 171:7 190:8
**historical** 52:2 53:4,20 60:20 60:22 63:6 131:9 207:15 230:5 240:3 247:1 248:18 248:25 256:8
**history** 5:5,7 62:23 82:15 83:25 87:11,16 129:24 150:9 165:1 168:2

169:13 206:2 208:21 211:19 224:19 238:10 238:15 247:2 255:7 282:25
**holcomb** 141:11 142:1,3 142:11,19 143:13,25 145:1,12 146:1 146:5 153:3,9 153:11 173:2 183:1 184:15 187:13 189:21 191:3 205:8 213:4 238:5 283:11,17,23 284:3,4,23
**hold** 54:21 84:10 122:15 204:2 262:22 282:18
**holding** 126:11 126:17 135:21 261:14,23 263:9
**home** 163:19
**honest** 8:25
**hooked** 167:23
**hope** 137:21
**horan** 2:14 6:22,22
**horizontal** 128:5 134:21

134:25 135:18 136:1,16 152:5 152:18 154:5
**horizontally** 155:9
**horsepower** 248:5
**hose** 260:1,5 261:14,23 262:22,24 263:1,4,8,9,11
**hoses** 260:1,2,2
**hour** 43:11 191:12 232:4
**hourly** 109:12
**hours** 39:11 70:1,2,5 89:6,6 105:8 160:16 285:10 286:15 286:17
**howard** 84:18 84:19,20,24
**hp** 5:5,7,12 148:14,14 184:9 192:2,13 192:20 193:20 196:16 197:13 202:1 205:15 205:17 239:10 239:13 241:14 241:20 242:6 244:15 247:3 248:16 249:18 249:22 250:8

**hudson** 56:1,2
**huge** 268:14,15
**human** 62:14 109:10 210:3 277:1,2
**hundred** 162:20 251:4
**hundreds** 268:16
**hydrogeologist** 267:15
**hydrogeology** 264:17 274:16 276:21 282:12
**hydrologist** 40:25 41:1,4 54:3,7
**hypothetically** 169:10 238:9

**i**

**i.e.** 174:12
**idds** 81:10
**idea** 154:25
**identical** 174:9
**identification** 55:7
**identified** 59:8 89:16 91:15 250:5
**identifies** 80:23
**identify** 6:13 26:15 112:4 130:19 159:24

Golkow Technologies,
A Veritext Division
877-370-3377          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 322 of 370

**identifying**
263:24
**ids** 90:11
**ignoring**
210:11
**illnesses** 7:22
**illustrate**
147:22 149:17
266:25 267:18
**illustrated**
149:22
**illustration**
5:15 267:3
**image** 124:12
**images** 123:6
123:16 124:1,1
124:2,9 175:10
**impact** 58:19
245:16,25
**impermissible**
280:4
**implies** 237:13
**important**
13:12 25:11
34:11 110:7,14
110:22,25
111:5 119:14
135:13,14,16
137:7 141:23
143:7 161:24
178:10,22
181:2 220:17
226:7

**inadmissible**
279:19
**inch** 151:8
175:20 180:25
180:25 181:1
181:20,21,22
181:23
**inches** 136:10
155:11 175:21
178:25 179:24
180:15,16,21
181:5
**include** 44:24
102:22 207:12
235:9,11
**included** 49:7
50:10 52:9
107:10 183:25
188:18 206:14
206:22 207:22
257:6
**includes** 34:2
104:9 274:17
**including** 37:10
103:17 122:16
166:9 182:25
205:15 240:5
247:12 256:21
**incorporated**
116:5
**incorrect** 44:13
206:18
**increase** 78:5
269:2

**increased** 77:4
77:12,18
**indecipherable**
157:3 162:9
245:6
**independent**
32:25 84:23
192:1,4,9
223:19
**index** 3:6 4:1
5:1
**indicate** 196:1
**indicated** 48:6
191:8 221:20
**indicates**
104:18 185:16
190:15
**indicating**
105:13 155:6
250:19 280:13
**indication**
178:14 203:4
216:17 222:8
222:21
**individual** 3:8
118:17 164:24
**individually**
118:3
**individuals**
47:6 164:25
165:7,9 166:13
167:1 169:14
**info** 165:5

**inform** 253:11
**informal** 8:16
**information**
11:18,22 12:13
17:2 27:7,12
27:15,16 46:16
51:8,22 53:11
72:17 73:14
75:23 90:19
92:20 93:1,2
102:12 111:7
121:4 145:22
148:6 150:16
150:21,22
160:9 161:15
168:7,13,15,20
170:5 171:8
190:11 193:25
195:11 196:4
202:25 204:12
204:14 207:16
210:16,21,23
212:4 215:23
216:6,9,10,15
219:6,9,16
224:25 225:5
225:16 226:9
226:12,17,22
226:23 228:22
230:14,20,24
231:18,19,20
235:24 236:10
237:14 240:3,5
240:8 246:4

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 323 of 370

247:1,8,12
248:11,13
251:23 252:13
252:25 254:15
255:11 262:16
265:13,14
275:14 276:4
276:18 280:20
281:9 282:16
282:25
**informed**
157:22
**initial** 73:25
**initially** 213:15
243:18
**initiated** 22:24
23:7,10 243:8
**input** 15:16
**inputs** 59:24
**inquiring** 26:4
**inside** 51:4
134:9,11 136:8
136:13 151:5,9
152:17,19
153:22 156:15
163:11,13
171:11 178:24
263:2
**insinuate**
258:13
**inspect** 150:7
**inspected** 31:4
**inspection**
33:15 47:7

50:7 123:9
288:12
**inspections**
34:16
**installation**
4:21 131:10
211:9 212:3
**installed** 150:9
150:15
**installment**
150:17
**instant** 287:1
**institute** 54:14
**instructed**
286:10,18
**instructing**
285:23 286:7
**insufficient**
279:4,19
**integrity** 84:24
111:6
**interacted** 47:1
48:8
**interaction**
46:19
**interactions**
12:7,9
**interest** 36:4,4
36:8 38:21
103:15
**interested**
288:18
**interior** 133:24

**internal** 67:4
**interpret** 158:2
**interpretation**
102:21 152:8
206:20 214:19
214:20
**interpreted**
158:4
**interviews**
183:3 275:22
**introduce**
165:12,14
**investigate**
224:25
**invitation**
109:1
**invited** 107:9
107:10
**invoice** 3:17
14:9 23:13
66:17 70:16,24
71:6,15,22
72:2,4,11 74:5
78:3,12 79:6
79:17 86:3
87:1 100:3
**invoices** 3:16
3:16 14:11,23
17:9 18:7
70:21 73:24
78:16,16 86:25
91:16 101:23
104:19,24
105:14

**involved** 22:17
26:9 29:10,17
32:20 37:8
44:10 55:3
56:19 58:9
85:3,4 102:24
103:1,6,21
104:9 129:1
**iphone** 262:2
**issue** 21:13
27:17 39:1
57:14 75:21
147:6 151:2
188:13 200:11
208:13 237:4
273:18 285:1
**issued** 26:21
27:19 43:19
141:4 190:1
206:8 256:17
257:12,13
259:18 263:22
281:20 282:2
**issues** 15:22
18:8,9 20:1
22:9 25:20
29:10,11,18
42:23 43:2
46:7 47:3
49:14 55:3,9
55:10,18
258:19
**item** 148:2,11
149:23 212:16

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 324 of 370

213:8
**itemizes** 72:5
**items** 10:6 14:5
280:11,12
**itr** 84:24

### j

**j** 1:10 2:8 3:2
3:14 6:12 7:3
177:3 288:7
289:3,21 290:9
**j.c.** 15:2 26:17
27:2 107:3
**jacket** 126:10
**jacksonville**
30:13
**jan** 5:12
**january** 78:3
105:20 106:6
108:19 194:16
194:22 195:17
200:1,6 201:15
203:7,12,15,25
204:7 205:5,14
205:17 207:1
213:3,9,12
218:17 219:17
219:17 221:5
222:2,24
223:17,25
228:12,14,20
237:4 244:4
250:8 251:3
253:19 254:8

254:16
**jarrett** 106:9
**jenning** 188:19
**jennings** 4:10
184:2
**jim** 39:20
**job** 160:5
**johnson** 2:4
6:24,24
**joined** 38:4,9
38:13
**journal** 107:7
**jtc** 4:15,17
118:2 197:9
203:11
**judge** 45:1
278:15 279:2
281:11
**july** 23:17,23
46:10 52:3
84:8 85:22
100:18 241:21
252:5 253:4,9
254:10
**jump** 45:17,18
147:25 284:18
**jun** 5:12
**june** 23:17
240:6 250:8
254:8
**jurisdiction**
208:15
**justice** 2:13
11:7 12:1

14:12 17:24
18:10 20:14,15
21:6,23 22:23
23:6 24:14,21
25:24 26:3
29:18 46:12
51:24 58:2
65:16 66:2
67:19,21,25
68:22,25 69:1
69:4 71:25
72:3,10 73:9
73:21 75:12
76:7 77:24
79:22 85:21
86:18 88:7,13
89:9 90:25
91:6 93:22
99:9 100:2,17
100:22 101:2,6
101:14,20
102:14 103:7
103:18 105:22
106:7 107:8
111:22 124:12
188:20 208:3
208:12 210:24
211:2,4 260:23
290:7

### k

**k** 5:11 36:1
**kdean** 2:6

**keep** 15:25
35:17 82:14
110:18 161:12
161:20,22
244:13
**keeping** 170:18
**kept** 161:10,18
165:19,23
**kevin** 2:3 6:14
149:11 290:16
290:25
**key** 70:3
**kind** 12:8
263:19
**kinds** 166:11
**kneeling** 126:9
**knew** 150:10
**know** 10:14
11:6 12:7
14:14,19 16:7
16:22 18:4,16
18:18 19:9,15
19:18,19 21:22
22:23 24:11,17
24:17,20,23,24
24:25 25:4,7
25:12,19 31:9
33:7 34:22
36:17 38:12,22
39:3,20,23
40:7,21 41:2,5
41:6,8 42:24
46:20 50:18,23
52:12 55:25

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-10 Filed 06/04/25 Page 325 of 370

56:12 58:8
59:11,15 62:6
65:24 67:16
68:5,10 69:22
70:1 71:21
72:7,8,11,12
73:8,10,11,19
76:2 77:9 78:8
78:10 81:3
82:20,25 85:2
85:5,7 88:11
88:12,14 99:14
99:15 100:21
102:5,24,25
103:1 104:12
105:5 106:2
108:21 111:19
114:14 116:10
117:19 120:23
122:19 126:6,8
126:9 130:8,10
130:13,17
131:3,6 136:10
139:15 141:17
144:13,18
145:19 146:8
155:7 156:6,21
156:25 157:2,3
161:11,22
162:16,23
164:13,15,20
164:22,23
165:24 168:12
168:14,15,18

169:12,18
170:1,24 172:2
172:3,7,11
181:17 182:4,5
183:16 186:4,7
186:25 190:4,6
193:14,18
194:3 202:19
202:21,22,24
202:25 206:24
217:14,21
221:10 222:11
225:6,7,17,19
227:6,8,10
234:25 237:21
238:3 240:18
246:19,21
252:14 254:3
263:18 264:8
264:10 270:7
270:10 271:3
273:4,8,9
276:22 281:8
**knowing** 65:6
**knowledge**
39:13 42:24
57:22 59:14
170:17 246:16
280:9
**known** 25:2
80:17 183:24
188:4,16
**knows** 190:6
238:21 268:4

269:25
**konikow** 273:8
273:9,11,18
274:4,6
**konikow's**
273:25 274:11

**l**

**l** 2:15 35:7,8,8
38:4 177:3
290:7
**lab** 184:2 186:3
186:4 187:19
187:19,19
200:8
**labels** 280:12
**laboratories**
188:19
**laboratory**
4:10 194:1
212:23 244:19
**labs** 186:4
**lady** 264:3
**large** 49:8 62:7
131:21,21
199:19 265:21
271:1
**larger** 80:13,15
133:21,23
**larson** 38:4,7
38:25
**laura** 2:8 6:18
**lawyer** 20:18
47:22 110:13

123:7 167:19
260:23 262:7
262:19
**lawyers** 8:20
9:1 15:24
20:20,21,22
46:12 48:2
89:9 92:18
107:2 109:24
140:12
**lay** 173:24
187:25
**layer** 267:13,14
269:6,6,11,13
271:8,9,11,11
271:12,18,20
271:20,21
**layers** 267:13
270:17,18,18
**laying** 92:17
199:7
**lbaughman**
2:10
**lch** 218:20
220:13
**lead** 4:3
**leader** 165:16
**leaders** 165:16
**learned** 25:5,5
**learning**
166:20
**leave** 263:6
**left** 68:7 71:23
74:1,9 76:20

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-10 Filed 06/04/25 Page 326 of 370

77:3,11 81:19
83:6 88:19
100:6 106:5
108:15 126:17
126:18 127:19
133:3 135:1
137:25 199:8
218:10 219:14
277:13
**lejeune** 1:4 6:9
17:13,18 18:8
18:22 19:9
20:1,2 22:8,23
23:5 24:14,21
25:3,9,10,13,17
25:20,23 26:1
28:2,14,19
29:6,12,18,25
30:2,14 31:16
32:25 33:3,8
41:14 47:3,19
49:4 52:17
57:21 58:7
59:7,13 62:12
64:9 67:3
93:10 94:2,5
99:11 100:23
101:16,21
102:2 138:17
183:24 188:17
188:20 208:14
277:21 282:1,7
**length** 154:7

**letter** 4:3 75:13
112:7,17
113:23 114:2,2
114:8,13
**letters** 19:24
21:5 23:20
113:19,22
114:5
**level** 55:24
128:3 135:21
136:2,3 155:8
157:20,21,25
158:1,3,5
160:8,14 162:7
163:10 167:6
180:17 185:11
193:14 250:24
262:22 263:3
263:12 269:5
**levels** 161:5,9
184:22 185:16
202:6,8 213:13
213:17 250:19
250:20
**liberty** 290:1
**license** 54:22
**licenses** 54:11
54:17
**light** 76:12
**likely** 99:12
102:2 183:16
275:3
**limited** 44:4

**limiting** 110:19
**line** 3:4,4 87:18
102:9 212:6
218:8 237:21
238:12 250:7
289:6
**lines** 12:4 86:23
93:14 184:6
202:1 251:9
**lining** 91:19
**list** 9:23,25
10:6 13:23
35:18 51:19
52:11,13 53:1
53:2 90:10
91:4 111:21
113:21 115:22
116:1,6 118:14
118:16 120:21
124:23 218:20
218:21 219:10
220:7
**listed** 27:9
51:20 52:18
53:7,21 54:12
56:16,18 81:3
81:6,25 83:7
84:1 91:13
92:7,11 99:22
100:12 101:2
102:11 110:8
116:8,11
117:22,24
118:3,8 119:4

120:16,22
131:25 188:8
198:1,9 200:17
200:25 205:6
211:13 217:11
218:23,25
219:11 220:11
220:13 250:11
251:16
**listen** 220:15
220:17
**lists** 90:24
204:6 247:11
**liter** 184:23,24
184:25 185:4,7
194:16,21
195:4 200:2
204:7 233:15
**literature**
172:23
**litigation** 1:4
6:9 17:13,16
18:22 20:18
23:6 31:17,25
32:2,16 39:1
51:3 67:3 73:2
91:17 102:23
208:10 210:2
282:6
**little** 11:5 15:5
15:10 17:9
21:1 24:12
30:6 32:20
45:17,18 46:22

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-10 Filed 06/04/25 Page 327 of 370

60:2 63:23
68:8 81:15
89:6 133:2
135:8 138:16
143:23 147:25
152:23 154:19
161:16 167:19
191:12 209:16
232:1,3 237:18
281:9
**loans** 81:11
**locate** 51:7
244:4
**located** 42:1,2
42:4,11 210:15
213:14
**location** 21:18
24:2 55:20
61:16 82:25
154:6 208:13
218:8 219:14
229:15 255:20
**locations** 48:21
218:10
**locked** 51:12
**log** 200:9
**logic** 220:16
254:13
**long** 18:19
63:21 108:19
162:1,10,16,23
169:22 170:19
172:8 259:19
269:21

**longer** 202:14
246:2 269:17
**look** 8:8,9
10:22 13:9
16:16 30:25
33:8 34:4,16
41:16 51:6,14
64:4 66:22
69:12,14 73:24
86:1 87:22
93:17 114:7
115:12 119:6
121:24 129:17
129:23 134:3
150:13,18
158:24 159:1,3
166:1 171:7
181:19 195:6
195:10 198:21
200:23 203:6
206:13,21
207:21 210:7,8
215:3 219:25
223:9 224:1
225:14 228:10
229:8,8 231:1
235:24 236:20
237:2 238:25
244:10 246:8,9
251:7 253:3
279:11
**looked** 21:19
22:11,13 52:6
55:18 58:17

91:16 119:22
121:22 130:1
131:14 132:4
146:17 148:24
153:24 178:1
190:10,10
193:23 201:8
201:10,11
207:2,11
208:19 214:21
216:6 219:6,19
224:17 242:22
246:16 247:8
248:13 265:13
281:23
**looking** 19:23
50:1 70:2
71:16 130:4,6
130:23 131:7
149:19 153:8
157:12 166:6
167:20 168:1,5
168:20 169:1
169:21,22,25
170:3,5,22
172:4 176:16
180:1,2 181:13
242:21 252:20
252:21 272:5
**looks** 135:9
154:15 211:23
217:23 281:23
281:24

**loose** 78:19
112:2
**loss** 265:25
**losses** 28:23,23
143:8 232:22
234:10,17
235:11,12
259:10 269:2
**lot** 8:15 12:6
51:19 117:24
118:3,8,9
120:4 190:11
213:15 262:9
264:13 265:24
**love** 244:13
**low** 161:24
**loy** 2:19 6:4
**lunch** 111:19
143:23 146:14
**luxenberg** 2:7

**m**

**m** 17:5
**m107s** 256:3
**ma'am** 107:23
174:5
**made** 30:18
78:9,23 116:8
159:25 221:1
221:11 226:15
237:20 255:18
256:23 257:2
258:3 265:10
267:22 274:13

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-10 Filed 06/04/25 Page 328 of 370

281:11
**magistrate**
45:1
**main** 283:16
**maintain** 111:5
**maintained**
80:18 275:18
276:10
**maintenance**
131:10 275:4
275:12,20
**major** 230:19
270:3
**majority** 38:20
**make** 9:2 32:24
52:24 91:10
104:2 110:23
112:3 113:5
115:14 140:25
141:2,5 145:20
156:2 159:23
160:18 162:24
182:6 186:16
190:24 210:12
222:22 249:2
259:22 269:17
274:17,24
289:4
**makes** 270:13
271:5
**making** 101:12
128:4 166:12
189:2 194:12

**malfeasance**
209:25
**manager** 35:16
**manhole** 257:8
259:21 261:5,8
261:9
**manner** 75:18
127:8 187:20
222:6 234:4
**maps** 52:4
**march** 1:13 6:6
13:11 27:20
66:16,17 77:3
78:17 79:14,15
87:1,5,6,7
242:6 251:8
288:21 289:4
290:4
**margaret** 2:4
6:24
**marine** 208:15
208:15,21
209:7,11,21
210:22 211:19
262:21
**marines** 25:2,8
46:14 141:6
208:22 261:22
264:2
**mark** 13:2 14:7
26:13 93:19
111:16 146:24
147:2 246:25

**marked** 9:17
9:20 12:24
26:11 66:7
80:9,11 91:23
91:25 104:13
105:17 111:14
117:2 124:16
136:4 172:13
173:25 187:23
188:9 195:20
196:8,23
197:23 200:13
207:25 216:23
223:7 239:7
246:23 247:25
249:9 250:1
251:12 269:13
272:1 278:24
281:12,14
**market** 290:2
**markings**
150:19,19
**marriage**
288:18
**marshall** 106:9
**martel** 264:3,8
**martel's** 264:12
**maryland** 42:2
**match** 279:15
**materials** 4:4
11:14 51:20
52:25 53:17
59:24 111:21
111:21 113:21

117:11,22,25
120:9 131:25
198:2,5,7,10
199:3,14
200:18 201:1
211:14 217:12
250:12 251:16
266:7,13
**math** 102:18
169:10
**matt** 35:25
**matter** 6:8
63:10 91:12
158:7 259:3
288:19
**mean** 60:22
64:24,24 67:6
67:7 76:17
87:5 105:2
106:3 108:21
110:21 121:6
129:19 154:10
159:13,15
175:22 186:13
194:23 209:2,9
209:25 220:21
220:22 223:5
229:21 230:2
231:21 240:1
244:7,19
252:10 277:9
283:22 284:20
**meaning**
219:23

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 329 of 370

**means** 7:19
105:5 169:8
175:19 195:13
195:18 214:17
221:9 222:24
229:22 277:15
**meant** 113:9
221:14 228:17
271:1
**measure** 62:14
127:25 128:6
128:11,21
134:17,20,25
136:5 141:22
152:3,19
153:21 154:1
154:21 159:15
161:11 162:2
165:22 166:8
177:13 178:14
178:21 179:8
181:2,9 277:5
277:11
**measured**
128:25 132:7
137:14 151:12
152:14 153:22
154:4,7 157:24
162:5 177:9
178:5,9,13,24
179:5,14
**measurement**
127:24 129:10
132:4 136:9,23

136:25 137:16
140:22 141:23
142:2 143:11
143:19 150:1
151:8,15 152:1
152:3,8 155:15
155:16,16,21
155:25 159:5
159:16 165:20
166:1 178:25
179:11,23
180:24 181:4
194:21 195:4
**measurements**
28:3,4,14 50:7
126:14,15
129:20 132:2
132:13,19
134:24 137:8
139:10 140:13
140:20 141:7
142:10,16,20
143:11,13,15
148:13,18,19
149:22 165:22
171:16 179:9
180:13,14
181:13,25
**measuring**
129:25 131:11
148:20,22,25
150:4 151:5,15
161:8,19,21
162:11

**medications**
8:2
**medis** 1:11
288:4 290:21
**meet** 49:18
**meeting** 4:23
76:13 163:7
171:19 217:3,3
**meetings** 12:7
30:14
**member** 11:22
35:7 56:23
**memo** 4:20
211:6 229:5
**memory** 13:18
65:24 193:16
207:20 225:9
225:12 227:22
238:3
**men** 139:20
**mention** 65:1
237:21
**mentioned**
48:13 103:12
118:23 129:11
172:18 208:25
223:2 226:16
243:11 264:8
**met** 45:25 46:3
46:13
**metadata** 3:22
104:17
**metal** 128:2

**metallic** 133:5
136:16 142:5
152:5
**metallurgy**
144:9
**metals** 127:20
**method** 11:18
**methodologies**
28:22 29:1
257:5
**methodology**
268:24
**methods**
279:18 280:8
282:12
**methyl** 202:8
212:21,23
229:15
**methylene**
197:15 202:11
202:16 207:6
215:25 221:22
222:20 229:10
229:18
**metro** 141:16
141:17
**mexico** 61:17
**mgd** 175:21,24
**microgram**
185:7 195:4
200:1 233:15
**micrograms**
184:24,24
194:16,21

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 330 of 370

204:7
**mid** 25:19
266:13
**middle** 10:23
10:25 71:14
117:23 134:1
177:19 214:7
218:15 279:24
**mile** 212:10
**military** 25:2
25:16
**milligrams**
184:23 185:4
**milliliters**
189:14
**million** 86:13
86:20 175:24
**millions** 119:24
**mind** 13:22,24
192:15
**mine** 199:22
244:12,13
258:3
**mining** 61:13
61:14
**minor** 115:15
**minority** 36:21
36:22,25
**minute** 8:9
23:13 53:1
122:23 171:19
216:21 235:19
240:20 242:20
248:2,4 260:3

**minutes** 88:19
133:7,9,13,14
170:24,24
232:6,7 261:2
261:14 265:22
286:16,17
**misconceptio...**
109:10
**misconduct**
109:14
**missed** 63:4
120:5 146:20
229:7
**misspoke**
228:16
**mistake** 255:18
**mistaken**
279:16
**mistakenly**
7:15
**mistakes**
255:22 267:22
270:23
**mode** 75:22
**model** 59:16,23
60:1 63:13,18
65:20 66:3
82:17 83:2
84:23 174:10
236:4 267:12
267:25 268:20
269:5 270:19
270:22 271:2,7
274:25

**modeling** 58:6
58:9,10,18
59:6,7,13
60:21 61:24
62:24 63:8
64:17 65:5
235:23 264:17
**models** 58:25
59:17,17 60:5
60:15 63:12
256:4
**modflow** 38:8
82:17 83:2
**modification**
87:17,21
**modify** 27:23
**moment** 10:25
14:7,21 15:6
26:10 30:11
51:18 53:18
272:9
**money** 79:25
100:16 110:25
**monitor** 161:23
166:8
**monitoring**
4:21 62:5
161:3 162:7
173:10,22
211:8,19
**month** 16:19
70:18,19 71:11
79:23 80:4
235:24 236:21

236:23 252:13
**monthly** 5:3
60:22 223:15
236:5 252:4
283:16,22
284:21
**months** 7:14
27:20 85:15,16
85:17 225:1
236:7,24 237:3
239:1,2 242:22
246:6 252:8
253:1 254:16
255:3,6
**morning** 6:14
7:8,9 28:6
**motley** 1:13 2:3
**motleyrice.com**
2:6,6
**mount** 2:5
**move** 75:21
216:22 227:18
263:21
**movies** 121:25
**moving** 80:3
213:8
**mscalise** 2:6
**multiple** 30:19

**n**

**n** 2:1 3:1 6:1
35:8 36:1,1
38:4,13 39:21
278:22

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 331 of 370

nacip 213:16
name 6:4 7:10
  16:7,10,12
  17:5 22:18,20
  35:5 39:9,10
  40:9,11 41:22
  48:14 61:9
  66:23 67:2,4
  81:4 91:15
  104:22 107:8
  123:4 145:18
  145:19,21
  159:17,21,22
  160:2 162:23
  165:9 264:15
  278:20
named 104:23
  264:3
names 48:12
  69:19,19 160:4
  164:24 165:2
  172:2 264:14
nappe 174:12
narrative
  206:17 207:9
national 56:23
  84:7,11
native 123:16
  123:20 124:1,2
  124:8,12
  125:19
natural 213:13
nature 36:7,19
  38:9 109:11

146:21 236:19
navfac 22:19
  46:14
navlant 4:16
  197:11
navy 23:21
  46:14 197:13
  203:25 204:15
  204:17 208:16
  210:22 243:6
  261:22
necessarily
  13:12 47:5
neck 256:5,10
  258:8,22
  259:21 261:8
need 8:12,16
  16:21 29:9
  40:16 43:22
  65:19 66:2
  74:23 130:19
  133:10 140:16
  142:9,15
  145:21 194:8
  227:10 230:10
  231:1 246:4,8
  246:12
needed 46:17
  69:6 127:23
  140:23 142:24
needs 80:2
  275:20
neither 280:10

never 31:3,12
  31:14 202:19
  206:9 216:3
  220:24 222:11
  222:16 225:12
  225:18,20,25
  225:25 226:2
  254:22 275:18
  275:18 277:19
  278:6,19
new 2:9,9 45:17
  61:17 83:6
  112:17,18
  121:2,11,13
  237:22 238:1,2
  238:3,8,12
  239:14 241:14
  241:15 265:9
newspaper
  25:12 211:3
night 14:9
  30:12 66:13
  78:16,25 87:2
  87:7
nine 85:16,17
non 290:9
nondetect
  193:12 194:7
  201:18
nondetected
  193:14
nondetects
  193:8

nonlawyer
  47:25
nonlawyers
  47:1,6,18 48:7
normal 157:20
normally 15:18
  15:20 157:18
  157:19
north 1:1 6:10
  30:13 208:14
  266:15
northwest 6:7
nose 227:24
notarized
  290:14
notary 1:12
  288:5,24
  289:24
note 15:14 16:1
  146:16,25
  163:15 164:6,8
  167:15 194:13
  232:16 239:15
noted 160:6
  220:13 280:5
  290:12
notes 4:5,23
  28:9 105:6
  116:7 117:5
  134:18 147:14
  148:6 159:23
  163:19 164:1,2
  164:2,6,7,15,16
  166:18 167:14

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 332 of 370

213:3 280:8
**notice** 3:8,9
9:21 11:2
290:9
**noticed** 40:9
117:23 134:17
209:3
**notices** 3:11
**november**
76:24 94:2
99:12 101:25
216:11,12
223:4,4,5,5,16
224:7 225:18
228:8,8 241:24
242:14 243:5
244:16 249:16
**nrc** 263:21
264:3,18
**number** 50:13
50:14 67:5,6,7
67:8,9,11,14
68:9,16 76:17
78:12 81:2
83:7,22 85:25
86:3,6,6,22
87:2,21 91:16
91:18 92:5
99:19 100:4
104:19 106:6
110:8 112:11
135:13,14
148:2 149:8
180:4 188:14

188:25 189:16
198:20 199:5,6
199:8,12,18,19
212:16 213:8
246:19 247:10
247:14 283:10
**numbered** 14:5
**numbers** 86:9
87:8 108:15
135:9 144:8
150:19 166:5
198:24,25
199:1 212:11
235:4
**nw** 1:13 2:15
290:7

**o**

**o** 6:1 35:6 36:1
36:11 38:4
39:21
**o'learly** 290:6
**o'leary** 2:14 4:3
6:16,16 11:9
12:16 13:25
14:16 18:12
19:1,17 20:4
21:7,10 23:1,8
24:5,15 29:13
31:23 32:1,18
37:2 39:4
41:10 43:7,9
43:23 52:19
53:9 54:16

57:24 58:12,22
59:22 60:10,14
60:24 62:1
63:2 64:21
65:8 68:1,4
69:7 70:6 71:1
71:7,17 72:13
72:20 73:3,18
77:6,20 78:11
78:24 79:4
84:14 86:14
87:4 88:9 94:3
99:13 101:9
102:4,20
103:19,24
105:3 106:1
107:21 110:16
111:9 112:1,8
112:20 113:8
113:25 114:4
114:20 115:5
117:15 118:20
119:17 120:2
120:12 124:4
124:21 125:2
130:12 131:12
132:20 133:10
136:6,12 137:1
137:10,20
139:23 144:20
146:3,11,15
148:8 149:9
151:17 152:10
160:11,25

164:9 166:16
166:24 169:3
169:11 174:4
174:21 175:23
176:10,21
177:11 178:7
178:18 179:2
179:16,25
180:6,19,22
181:7,15,18
182:10,15
183:10 185:2
185:25 186:10
186:19 187:3
188:6 189:8,19
191:5,11 192:6
193:9,22 197:2
197:5,18
198:12 199:20
201:7 203:16
205:24 206:11
208:24 209:8
209:13 210:18
211:21 213:25
214:10 215:6
215:20 217:18
217:22 219:4
220:9 222:4,18
223:24 224:20
227:13 228:15
228:24 229:13
230:7,18 231:2
231:16 232:25
233:13,22

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 333 of 370

234:11 235:1
236:1,13,22
237:7,24
238:18 239:4
239:17 240:10
242:24 243:13
243:21 244:6
244:23 245:1
245:11,17
246:13 248:21
249:3,24
251:24 253:6
253:10 254:1
255:8,21 256:6
256:11,22
257:17,24
258:10,24
261:16 265:2
272:6,24 274:2
276:2,16 277:7
277:23 280:22
281:3,6,18
282:3 283:7,19
284:12 285:5,9
285:13,23
286:7,10,12,18
290:10

**oath**   7:18
119:25

**object**   9:1 11:9
12:16 14:16
18:12 19:1,17
20:4 21:7,10
23:1,8 24:5,15

31:23 32:18
37:2 39:4
41:10 43:23
52:19 53:9
54:16 57:24
58:22 59:22
60:10,14,24
62:1 63:2
64:21 65:8
68:1,4 69:7
70:6 71:7,17
72:13,20 73:3
73:18 77:6,20
84:14 87:4
88:9 94:3
99:13 101:9
102:4,20
103:19 105:3
106:1 110:16
111:9 112:20
113:8,25
114:20 115:5
117:15 118:20
119:17 120:2
120:12 124:4
130:12 131:12
132:20 136:6
136:12 137:1
137:10,20
139:23 144:20
146:3,11
160:11,25
164:9 166:16
166:24 169:3

169:11 174:21
175:23 176:10
176:21 177:11
178:7,18 179:2
179:16 180:19
181:15,18
182:10 183:10
185:2,25
186:10,19
187:3 188:6
189:8,19 191:5
192:6 193:9,22
197:18 201:7
205:24 206:11
208:24 209:8
209:13,16
210:18 211:21
213:25 214:10
215:6,20
217:18 219:4
220:9 222:4,18
224:20 227:13
228:15,24
230:18 231:2
231:16 233:13
233:22 234:11
235:1 236:1,22
237:7,24
238:18 239:4
239:17 240:10
242:24 243:13
243:21 244:6
244:23 245:1
245:11,17

246:13 248:21
249:3,24
253:10 255:8
255:21 256:6
256:11,22
257:17,24
258:10,24
261:16 265:2
272:24 274:2
276:2 277:7,23
280:22 281:3,6
281:18 282:3
283:7

**objection**   13:3
13:6 29:13
32:1 58:12
103:24 180:22
181:7 217:22
223:25 253:6
276:16

**objections**   3:11

**obligated**   83:16
86:12 90:13
91:19 92:6
93:19 100:18
101:17 102:10

**obligation**
72:15,25 73:13
101:8

**obligations**
73:13 81:6
90:14,15 91:8

**observation**
157:6 160:18

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 334 of 370

280:10
**observations**
  160:10 162:25
  166:19 265:9
**observe**  160:7
**observed**
  121:17 138:18
  138:24 152:20
  160:13,17
  265:21 280:12
**observing**
  49:25 262:1
**obtain**  152:3
  229:19
**obtained**
  121:21 183:5
**obviously**
  66:16 75:17
  124:11 144:15
  144:16,22
**occasionally**
  47:14
**occasions**  34:16
  51:6 64:2
**occurred**  173:1
  174:11 270:14
  271:6
**occurring**
  238:13
**ocpl**  119:7
**october**  184:1
  184:21 188:18
  189:25 190:2,4
  190:9,20 191:4

191:7,10
212:17 241:17
242:8,13 248:9
252:18,22
**office**  42:6,12
42:13,14,22
43:1,1 53:3
88:13 92:2
105:12,22
106:8 130:16
130:23 164:19
218:4
**officer**  50:17
**offices**  1:13
42:1,10,15,17
42:18
**okay**  7:16 8:17
8:22 9:6,10
23:18 45:19
53:8 65:4
66:14 80:16
81:16 93:3,4
111:23 123:1
133:10 157:13
199:1 238:25
259:17 266:8
**old**  22:14 23:22
29:8 52:3,4,16
144:8,10
166:11
**oldest**  37:23
172:11
**once**  30:4,16
48:22 79:2,16

216:19 225:21
**ones**  62:17
198:10 200:18
210:11 225:12
225:14,21
238:13 247:8
**online**  128:10
134:7 138:24
238:8
**open**  72:17
73:1 157:15,15
**opened**  90:5
**opening**  133:1
133:2,21,22
**operable**
207:23
**operate**  166:13
228:19 237:17
**operated**
190:12 214:12
228:11 252:14
252:17
**operating**
34:11 163:3
170:18 186:8
186:17,25
187:1 190:9
202:14 205:7
205:15,19
206:2,14,25
207:10 213:11
214:18 221:4
225:2 228:2,3
228:8,12,13

229:20,21,24
230:2,2 231:12
231:13 235:14
248:16 254:20
277:5,12
**operation**
207:16,23
208:22 209:22
224:14 235:9
235:15 241:8
247:12 248:19
**operational**  5:3
5:5,7 170:14
223:15 224:18
230:15 247:2
251:22 255:3,7
**operations**
28:19 138:19
139:4,21
170:11,11
237:6 244:25
245:25 246:10
266:12
**operators**
169:7
**opine**  168:21
266:20 284:21
284:24 285:1
**opined**  248:15
273:19 274:7
283:11
**opining**  284:1
**opinion**  46:21
60:8,16 65:21

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 335 of 370

| | | | |
|---|---|---|---|
| 121:2 169:1 | **order** 5:17 27:8 | **oversight** | 76:19,22 77:2 |
| 185:21,23 | 65:20 67:8,11 | 146:20 | 77:3,8,9,15,16 |
| 191:1 192:4,24 | 67:14,24 81:24 | **own** 37:1 57:20 | 77:17 78:1,4 |
| 201:5 202:13 | 83:1,6,21 | 209:16 225:4 | 78:15,18,19 |
| 206:8 210:9,12 | 85:11,25 86:3 | 282:14 | 80:21 81:17 |
| 216:3,18 222:1 | 86:18 88:2,4,5 | **owned** 36:12 | 83:4,5 85:8,9 |
| 231:10 238:23 | 100:12 111:5 | **ownership** 36:4 | 86:4,7,17,18,25 |
| 249:21 256:9 | 127:23 128:13 | 36:7,9,14,16,19 | 88:16 89:14,15 |
| 259:3 275:24 | 152:14 160:8 | 37:9 38:20 | 89:24,24 90:5 |
| 278:19 279:17 | 169:1 207:18 | | 90:10,18,18,20 |
| 279:18 283:10 | 229:19 250:20 | **p** | 90:21,23 91:4 |
| **opinions** 27:8 | 271:9 284:21 | | 91:10 100:3,9 |
| 27:11,15,17,22 | **organization** | **p** 2:1,1 6:1 | 100:10 102:8 |
| 27:25 59:21 | 25:16 | 36:11 | 102:19 106:17 |
| 106:10 109:21 | **origin** 62:18 | **p.c.** 2:7 | 107:13 108:14 |
| 118:18 119:14 | **original** 10:23 | **p.m.** 147:10,10 | 108:15 109:3 |
| 120:15 121:5,8 | 112:24 123:16 | 191:18,18 | 110:5,5,6 |
| 121:11,14 | 123:20 196:21 | 232:11,11 | 113:18 114:8 |
| 148:7 157:5 | 205:12,13 | 286:25 | 114:14,14 |
| 160:10 191:24 | 240:13 257:14 | **p1** 87:22,23 | 115:7,7 116:12 |
| 192:1,10,12 | 290:15,16 | 88:3 | 116:15,22 |
| 207:18 210:13 | **originally** | **p2** 87:23 | 117:23 118:7 |
| 217:16 230:10 | 240:18 241:7 | **p5** 87:23 | 119:6,23,25 |
| 230:14,16 | 247:25 | **package** 195:22 | 120:4 132:24 |
| 231:1 253:1 | **outcome** | **pad** 15:14 16:1 | 133:16,16 |
| 254:19 256:18 | 288:19 | 163:15 164:6,8 | 136:20 152:2 |
| 259:6 278:7 | **outs** 211:14 | **page** 3:2,4,4,7 | 172:19 173:6 |
| 279:5 281:1 | **outside** 147:4 | 4:2 5:2,10 | 173:23 174:2 |
| 282:10,13,18 | 221:13 | 13:10,25 26:16 | 174:17 175:16 |
| **opportunity** | **overall** 234:19 | 26:23 66:22 | 176:3,3,19 |
| 142:21 285:12 | 234:20 | 69:13 70:16,17 | 177:19 180:6,7 |
| 285:15 286:4 | **overflow** | 70:17,19,20,25 | 180:7 182:8,13 |
| **opposing** 73:15 | 158:10 161:25 | 71:1,5,5,8 72:2 | 182:21,22 |
| | | 73:11,25 74:5 | 183:18 184:5 |
| | | 74:6,8 76:16 | |

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 336 of 370

184:21 188:8
191:23 192:18
192:18 196:13
196:14 197:12
198:4 199:3,10
199:11,14,17
200:2,9 202:22
203:16,19,23
204:5,16 205:4
211:15 212:2
213:2 218:2,3
224:2 226:13
226:15 229:5,8
232:19,21
233:3 241:13
242:11 249:12
249:14 251:2,2
251:18 252:6
252:20,21
253:8,8,11,12
253:17,18,23
253:24 254:11
254:11 266:6
266:20,23,24
272:4,5 275:1
275:1 279:8,9
279:11,11
282:9,22
283:10 289:6
**pages** 14:5,10
28:8 66:10
69:14 73:11,11
88:19 89:14,15
89:19 92:3

108:19 113:4,9
113:17,23
115:3,4,11
117:23 118:3
118:15 119:4
119:16,24
120:10,16
131:2 159:24
163:18 251:21
273:10 289:3
**paid** 100:17
101:14 103:10
103:16 111:3
**panel** 55:13
56:6,8,15
263:25 264:19
**pants** 126:7,10
**papadopulos**
3:15,19,23
9:24 14:11,25
15:1 17:11
18:23 19:4,7
19:24 24:13
25:22 31:15
34:20 35:18,22
36:5,20 37:25
37:25 38:4,5
38:10,24 41:24
42:10 52:16
57:5,10,17,23
58:1 59:11
67:2 68:17
70:15 80:24
81:5,21 83:1

89:17 90:1,12
91:1,6 92:12
94:1 99:10
101:15 163:16
**paper** 56:18
80:13,16 107:9
166:19
**papers** 55:12
112:2
**paragraph**
109:3 173:7
175:9 177:20
183:23 187:21
190:14,21
213:2,24
266:11,21
279:24 282:9
282:10,23
283:15
**paragraphs**
14:6
**parameter** 29:2
143:7 162:5
178:10
**parameters**
28:25 60:4,5
141:24 267:23
267:24
**pardon** 208:8
280:18
**parked** 146:1
**part** 24:8 48:19
59:16 63:4
72:16 78:22,23

102:12 113:2
117:10 136:22
152:18,20
154:22 172:22
183:5 187:7
194:25 198:1
200:18 215:14
239:20
**partially** 263:1
**participate**
61:2 104:2
107:6
**participated**
61:5,25
**particular**
22:18 29:2
30:2 63:16
75:16 76:3
104:23 144:10
150:8,17
155:24 156:3
177:2 194:25
197:12 235:5
238:9 252:6,13
**particularly**
20:20 53:13
**parties** 288:14
288:17
**partnership**
36:12
**parts** 144:2
213:18 233:10
**party** 109:13

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 337 of 370

**party's** 107:18
108:5
**passed** 122:7
**past** 16:14
44:15 46:1
47:1,17,24
57:20 58:21
59:5 63:25
64:1 102:16
144:14 211:24
238:21
**path** 270:13
**pathway**
271:17,22,23
272:18 273:2,2
**pathways**
267:7 271:5,17
272:10,12,16
272:17
**patient** 239:21
**paying** 109:13
**payment** 72:4
101:7
**payments**
14:23 17:10
81:11
**pcb** 55:10
**pcbs** 55:15
279:14 280:3
280:13
**pce** 5:15 173:10
173:20 184:25
212:20 264:25
266:7,14,21

267:9 274:18
274:20
**pdf** 125:18
**peer** 54:25 56:4
56:7,11
**pending** 282:2
**pennsylvania**
1:12 55:19,21
55:24 56:5,20
288:1,6 289:1
290:2
**people** 8:15
24:17 36:17
37:10 41:7
47:11,12 49:23
127:6,10,12
139:21,25
140:18 145:16
159:10 160:2
160:22,23
161:1 162:18
163:2 165:2,8
171:1 172:3
245:24
**percent** 37:1
103:4 184:8,8
184:13 187:11
187:12,13,21
233:12,15,16
233:19,20
234:2,8,17
235:3 248:16
249:2,6,22
252:22 254:20

255:5 277:20
**percentage**
103:14 234:16
**percentages**
224:13 230:16
234:24
**perchloroeth...**
173:20
**perform** 143:18
**performance**
92:9 93:20
**performed** 28:3
60:20 148:13
240:24
**performing**
50:3
**performs** 103:5
**period** 23:18
25:19 63:21
92:9 93:20
161:12 165:23
165:24 194:19
216:11,13,13
235:15,22
236:11 237:10
237:16 238:22
251:10 254:23
255:12 268:11
271:18 283:12
283:18,24
284:6,22
**periods** 138:15
235:20,21
246:11 255:4

276:14
**permeability**
267:14 270:17
**permeable**
271:20
**permit** 192:16
**permitted**
262:13
**person** 17:3,6
24:23 26:6
39:13 47:2
105:11,12
125:23 126:9
126:12,13,17
126:23 128:17
159:19,25
160:20 161:15
162:10,12,16
162:21,24
163:2 164:8
165:17 206:16
263:25 264:8
**person's** 22:18
145:18,19,20
159:17,21
162:23
**personal**
123:23 280:9
**personally**
10:10 18:13
20:11,14 21:4
21:14,22 22:5
22:9 24:3 31:4
31:12 33:8

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-10 Filed 06/04/25 Page 338 of 370

60:12 67:16,21
88:14 103:5,22
122:11 125:20
160:7
**personnel**
46:14,14 47:21
137:5 138:4,10
140:10,11
153:7 183:3,14
260:9 261:21
**persons** 39:7
**perspective**
107:2
**ph.d** 288:7
289:3,21 290:9
**ph.d.** 1:10 3:2
3:12,13 4:4 7:3
35:6 40:14,22
107:3
**phase** 74:16
**philadelphia**
290:2
**phone** 12:8
46:13 47:2,18
47:20,24 48:1
75:18,25
123:15,18
140:3 262:18
262:20 263:16
**phoned** 213:12
**photo** 123:10
123:11 125:20
127:3,4,7,15,16
132:10 133:18

134:4 135:4,7
148:4,25 149:3
149:7,16
150:24,25
151:15,24
153:6,9,15,17
155:20 156:6
156:13 157:14
174:20 176:9,9
176:18,19,20
**photograph**
125:13,16
127:17,23
133:19,22
134:1,16
149:18 152:2
152:24,25
153:4 156:3
165:6 176:14
176:23
**photographs**
116:6 120:25
121:22,23
122:7,11,12,17
122:20 123:3,5
123:14,20
124:15 139:3
141:15,19
143:21 148:24
155:22 157:7
262:14 282:16
**photos** 4:7
46:22 116:17
116:18,20

122:3,25 123:7
123:9,20 124:2
124:19 125:7,9
147:18,19,22
148:1 260:6
261:20
**phrased** 52:21
**physically** 31:4
128:14,16
179:14
**pick** 210:7
220:16
**picked** 210:10
**pickup** 144:17
**picture** 122:9
126:1 139:14
157:11 168:19
168:23 176:4
179:9,10 262:3
263:11,15
**pictures** 139:5
139:6 140:8,9
260:13,21
262:1,9 263:1
**piece** 136:24
137:7 155:2
166:19 210:10
219:6 230:19
**pieces** 137:9
154:18
**pile** 62:7
**pipe** 128:7,11
128:22 134:2,8
134:9,11,22

135:1,2,19
136:17 141:15
142:1,11,18
143:14,24,25
144:10,13,15
144:21 145:8
145:24 148:3
148:15,17,19
148:22,25
150:2,3,8,14,17
150:18 151:13
151:16,23,24
151:25 152:6
152:15,18,20
152:22 153:2
153:12,12,13
153:22,24
154:1,2,6,14,22
155:1,1,3,5,9
155:21 156:4
158:10 159:3
171:17 174:14
175:5,8,13,20
176:4,16 177:1
177:1,2,3
178:5,15,25
179:9,10,23
180:15 181:6
181:13,22
257:1
**pipeline** 55:16
55:24
**pipes** 144:24
171:20,24

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 339 of 370

172:5 175:11
177:6,7,10
179:15 259:25
277:14
**place** 134:19
144:24 238:15
290:1
**places** 49:12
161:5,6 166:9
253:13
**plaintiff** 2:2
**plaintiffs** 1:11
3:8 4:3 6:19,21
6:25
**plans** 243:8
**plant** 30:24
31:1,10,14
33:9,10,12,15
33:23 34:6,7,9
34:11,18 49:13
50:8,22 127:13
127:18,21
129:15 131:22
138:4,11,18
139:25 141:12
142:3,6 143:12
143:14 145:10
145:11,12,17
148:15 150:5
152:21 153:4
153:20 156:16
157:6,17
159:20 162:17
163:11,14

165:18 166:14
170:15 171:11
175:11 176:17
182:23 185:10
186:25 187:2
187:12,13,14
189:7,11,23,24
201:20 205:8
232:23 235:14
238:10
**plant's** 212:8
**plants** 173:3
174:9 186:3,24
187:17 213:5
**play** 263:22
**pleasant** 2:5
**please** 6:13 7:2
23:3 134:10
135:4 180:10
182:14 192:15
228:6 230:25
232:16,20
233:23 265:3
290:11,15,18
**plenty** 222:25
**plg** 6:15
**plot** 188:17
**plumbing**
131:22
**plus** 118:22
179:24 201:20
202:1
**po** 67:6,7 71:25
86:5

**point** 4:13 8:10
15:7 33:12,14
34:12 43:10
49:20,25 50:21
59:1 77:24
89:23 101:12
107:7 110:8,15
110:17 123:13
127:18 128:1
129:14 133:4
138:18 142:6
143:12 144:25
145:25 146:9
147:19 148:21
148:24 150:4
152:21 153:1
153:19 156:15
157:17 158:23
163:13 166:14
173:2,8,19
175:11 176:17
182:25 184:13
184:15 185:10
187:11,21
189:6,10,11,17
190:5 191:2,12
191:25 192:18
192:19 201:19
204:6 205:8
212:8,10 213:4
213:11 214:5
218:7 232:2,22
235:14 238:6
239:13 252:5

253:15,21
267:25 277:4
**pointed** 194:13
**points** 142:7
**policy** 106:12
**portal** 268:14
268:18
**portion** 49:8
155:3
**posed** 161:2
**position** 35:9
36:21,23 41:9
128:18
**positioned**
128:19
**positions** 69:18
**positive** 194:15
**possession**
68:17 137:24
138:1,2 290:17
**possibility**
92:23 149:15
**possible** 23:15
29:16 263:15
272:23 273:1
**possibly** 160:17
160:19
**potential** 82:11
83:17 86:22
102:16 103:12
103:14 104:3,7
**potentially**
100:18 239:3
245:24 246:20

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-10 Filed 06/04/25 Page 340 of 370

250:13 255:4
269:18
**potentiometric**
269:11
**precursor** 38:7
**predict** 60:2
**prefix** 114:11
114:22
**prep** 15:10
**preparation**
107:17 140:16
**prepare** 15:8
45:20,23,23
46:1,3 107:7
115:24,25
208:21
**prepared** 4:15
4:17 79:20
80:6,8 99:4
117:6 118:14
129:3 215:5,18
221:8 257:22
**presence** 22:15
47:21 212:19
280:13
**present** 2:18
17:20 18:9
19:25 20:19
21:5 41:11
46:4 47:4,10
48:7 58:23
100:19 227:23
280:3

**presented**
282:11
**presenting**
63:18
**preserve**
138:11,13
**pressure** 161:3
260:2
**pretty** 57:8
**prevent** 7:23
**previous**
122:10 133:21
171:22 253:18
**previously**
53:12 105:15
202:7 238:16
241:24
**primarily**
19:23 226:10
**primary**
204:11,13
216:17
**prime** 81:2
90:6 91:5
**principal** 35:11
35:12,15,20
37:14,15 39:11
39:12 69:18,22
69:23
**principals**
14:25 17:12
35:21 36:3,24
37:5,6,7,18
38:17,24

**principles**
274:16 280:7
**print** 16:17,20
80:13,15
168:25
**printer** 168:17
**prior** 34:15
52:3,5 63:7
65:6 121:5,14
122:14 246:17
**pritchard** 5:11
**private** 36:15
262:20
**privilege**
146:22 147:3
**probably** 34:25
40:2 64:9
65:18 67:9
68:19 76:12,13
101:13 102:6
140:5 147:4
158:20 161:12
163:23 164:1
164:19 200:19
201:2,9 206:17
209:2 212:23
221:17 225:13
237:14 238:2
250:24 253:14
**problem** 87:14
195:20 243:24
**procedure**
106:22

**proceed** 76:9
**process** 76:6
158:14 233:11
233:21 234:9
**produce** 9:24
11:7 68:22
69:5 111:23
**produced**
28:17 101:24
114:10,18
125:17 210:15
**produces**
112:12
**product** 280:7
**production**
3:12,23 104:17
112:10
**production's**
118:9
**productions**
120:1
**professional**
25:7 53:25
54:13,15,21,22
54:23 57:9
62:21 69:16
109:14,17
110:23 210:9
**program** 4:21
15:15 16:6,11
16:13 70:4
106:12 211:9
211:19 212:3

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 397-10 Filed 06/04/25 Page 341 of 370

**programs** 59:6
**progress** 85:15
  166:12
**project** 40:2
  41:1 55:12
  61:9 62:13
  63:1 64:13,18
  66:23 67:2,5,8
  74:9,15 75:3
  76:19 77:11
  83:13 99:10
  103:22 110:24
  183:6
**projects** 58:20
  102:23 103:23
  104:8 111:1
  123:24
**pronounce**
  7:10 173:16
**proposed**
  106:21
**protect** 108:4
**protection**
  107:17 133:5
**protocol**
  195:13
**provide** 20:12
  20:13 21:6
  27:8 32:8
  41:13 48:17
  51:16 63:19
  65:20 67:19
  68:20,21 72:17
  73:1,13 74:20

74:21,25 75:7
  75:25 79:22
  108:6 111:7
  117:12 118:22
  179:19 279:4
**provided** 10:16
  10:18 11:6
  40:16 44:16
  70:25 78:25
  79:21 111:22
  117:25 124:6
  124:12,19,20
  137:4 142:1
  143:9,19 163:4
  164:25 165:3
  175:12 210:14
  256:19 267:4
**providing**
  130:3 230:2
**proximity**
  201:21 213:16
**public** 1:12
  109:23 288:5
  288:24 289:24
**publication**
  3:24 105:21
**publications**
  57:2
**publicized**
  109:13
**publicly** 56:10
  56:12 109:4
**published**
  106:13 108:20

**pull** 29:9 40:4
  49:17 51:15
  232:15 263:5
**pulled** 120:15
  230:5 263:8
**pump** 143:19
  221:16 245:5
  246:1 248:4
  251:4
**pumped** 158:13
  158:16 231:21
  272:13 276:9
**pumping** 5:13
  170:11 221:4
  236:19 237:6
  237:11 238:11
  244:22 245:2
  245:16,25
  246:21,22
  248:10,25
  249:2,19,22
  250:22,24
  251:9,10 252:5
  252:7 254:17
  254:18 269:1
  269:12 275:3,9
  280:20
**pumps** 5:12
  250:8
**purchase** 67:11
  67:14,24 81:24
  83:6,21 85:11
  85:25 86:2,18
  100:12

**purpose** 47:19
  63:15 65:11
  127:16 140:19
  152:1 155:15
  156:6 157:14
  177:4 235:16
**purposes** 16:5
**pursuant**
  106:14 112:10
  147:2
**put** 16:2 84:3
  117:19 125:3,4
  156:22 164:3
  188:21 203:4
  209:1 214:6,24
  222:11,21
  226:2 235:10
  237:22 239:14
  242:4 263:20
  286:9,12
**pvc** 154:15,17

**q**

**qa** 195:19
**qc** 195:19
**quality** 109:24
  212:18
**quantify** 36:22
**quantitative**
  64:12
**quantitatively**
  32:7 59:2
  63:19

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 342 of 370

**quart** 189:17
**quarter** 133:7
**quarts** 189:13
**question** 9:1,3
  9:5,10,12,15
  10:2 11:4 17:8
  17:21 20:24,25
  21:2,9 22:2
  23:3 33:17
  43:20 44:8
  48:3,8 52:21
  53:8,10 61:1
  62:7,10 63:4
  63:22,23 79:19
  93:11 103:10
  118:13 137:6
  149:21 159:11
  159:12 161:2
  161:16 162:13
  167:7,19
  169:19,20
  170:16 171:9
  171:10,21
  180:10 187:8
  194:6 200:20
  201:6 206:6
  209:17 211:17
  217:14 226:5
  226:10,16
  227:1 231:13
  235:3 242:18
  252:3 257:20
  259:13,15,16
  262:17 265:5

  270:7,10,12,12
  284:13,16
  285:18,22
  286:1,3,3,11,19
  286:21
**questionable**
  195:1
**questions** 7:24
  8:24 10:14
  13:13 43:13
  47:14 94:7
  102:9 117:20
  127:14 160:5
  167:5 168:6
  171:12,23
**quick** 149:6
**quite** 34:25
  51:19 190:10
**quoting** 207:7

**r**

**r** 2:1,3 6:1 35:6
  35:6 38:4,13
  288:3 289:1,1
  290:16,25
**raining** 263:17
**ran** 214:7
**range** 213:19
  241:2 266:23
  268:15,22,23
  271:1,25
**rate** 175:21
  248:10

**rates** 109:12
  173:1
**rather** 280:6
**rating** 248:1
**raw** 201:20
  212:8 242:21
**reach** 182:6
  190:22
**reached** 25:22
  282:11
**reaching** 26:3
  255:5
**read** 7:13 14:22
  25:11 72:1
  86:6 107:12
  108:1,3,3,12,23
  109:7,8,18
  110:3,14 112:8
  134:14,15
  135:8 172:22
  173:4,5,13,15
  173:17 175:10
  176:22 178:19
  182:24 183:7
  184:3,10
  185:19 190:15
  193:3 205:7,10
  205:11 211:3
  213:20,23,24
  214:17 218:21
  219:23 220:19
  220:20 221:12
  255:16 264:4,9
  264:13 273:10

  279:21,23
  280:14,15
  281:2 282:20
  282:21 283:3,4
  283:16 289:3
  290:11
**reading** 197:16
  200:21 204:14
  219:19 222:6
  229:12 241:16
  258:15 264:11
  288:13
**reads** 110:18
**ready** 158:12
  158:13,16
**real** 276:5
**realistic** 276:5
**reality** 109:15
**realized** 255:17
**really** 41:6
  62:16 92:16
  242:21 249:1
  259:3
**reason** 52:23
  117:10 142:13
  143:2 155:19
  157:2 198:24
  209:19 253:24
  289:6
**reasonable**
  146:7 268:6,22
  276:23 282:19
**reasons** 143:3
  157:1 257:9

Golkow Technologies,
A Veritext Division
877-370-3377　　　　　　　　　　　　　　www.veritext.com
Case 7:23-cv-00897-RJ　　Document 397-10　　Filed 06/04/25　　Page 343 of 370

281:2
**rebuttal** 273:19
**rebutted** 143:5
257:3
**recalibration**
82:18 83:2
**recall** 10:20
11:11,19,23
12:6,22 13:18
16:7 19:12
21:12,24 23:9
25:10 28:16
29:16,21 30:4
30:11 31:11
32:10,23 34:1
39:19 46:9,18
49:12 51:10,13
55:19 56:21
61:5,7 62:4,6
65:15 74:14
75:15,16 107:9
108:24 122:9
122:21 125:22
126:5 127:10
132:21 139:24
140:21 157:23
158:20 159:22
163:5 166:3,4
167:12,17
168:10 171:4
177:17 194:7,7
196:5,6 243:14
256:14 258:14
263:17,19

264:7 275:13
**recalling** 55:9
**recarbonizati...**
235:9,13,15
**receipt** 10:19
11:8 12:11
290:18
**received** 14:8
51:21 66:11,13
78:16 87:1,6
102:11 197:13
199:25 202:5
203:20,25
204:15,17
212:15 219:2
243:6 245:10
**receiving** 72:10
**recent** 29:24
**recess** 45:13
89:1 147:10
191:18 232:11
**recipient** 80:23
89:16,25 90:25
91:6 99:9
**recipient's** 81:4
**recipients**
81:21
**recognize** 8:14
41:16 125:16
**recognized**
38:8
**recollect**
172:12 237:25
259:2 279:6

**recollection**
26:6 30:1
44:24 45:3
49:4,6 61:15
91:21 93:25
99:7 116:2,5
124:5,14 125:7
170:6 171:25
193:25 201:13
203:2 255:23
262:25 263:10
264:20
**recollections**
70:9 111:12
**recommend**
65:19
**reconstruct**
60:22 61:3
**reconstructed**
61:23
**reconstruction**
60:20
**record** 6:4 13:5
45:11,14 66:8
66:14 78:23
80:12 88:21,24
89:2,14 92:1
107:21 109:23
109:23 110:15
112:5,9 122:4
125:5,8 130:14
130:17 131:1
145:20 146:15
146:25 147:8

147:11 148:8
149:11 151:17
154:10 161:12
169:21 188:2
191:16,19
196:11 200:23
209:5 213:20
213:23 219:23
226:22 227:6
227:10,15
232:9,12
236:13 239:10
246:7,18
248:18 251:3
260:16,22
261:1 262:7
263:20 278:12
286:9,13,23
288:10
**recorded**
148:19
**recording**
162:11
**records** 18:21
19:6 21:4
23:12 30:5
34:4 39:9,10
39:24 40:4,5
40:10 41:8,17
66:10,18,21
68:18 73:1
105:13 130:7
130:18,18,19
131:17 161:10

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 344 of 370

161:19,20,22
163:21 165:20
166:1 168:2
171:7 190:8
224:18 227:19
241:9 244:3
246:8,12
247:12 275:9
**rectangular**
133:2
**redone** 276:19
**reduced** 233:17
**reduces** 234:9
**refer** 7:12,15
36:2 64:18
65:4 73:16,16
75:14 78:9,11
184:1 189:1,2
196:21
**reference** 51:19
52:11,13,25
128:1 152:16
172:25 184:14
188:3 198:2
201:1 250:12
**referenced**
81:24 199:2
**references**
115:15
**referencing**
124:21 236:14
**referred** 13:6
28:15 48:23
52:17 55:12,21

63:25 64:9
67:1,13 68:16
82:21 88:6
120:17 187:10
281:16
**referring** 14:14
14:19 24:4,6
39:14 56:5,20
66:4 85:2,5,7
107:22 130:10
136:9 177:23
182:8 188:1,22
193:1 196:13
196:21 217:7
223:12 226:19
226:24 227:9
**refers** 17:16,17
67:6 69:23
**reflect** 41:9
76:23
**reflected**
187:20
**reflecting**
105:6
**reflects** 79:7
120:18
**refrain** 8:20
**refresh** 65:23
93:24 99:6
125:6
**regard** 8:21
19:13 222:1
230:14

**regarding**
106:22 181:12
281:16
**regardless**
108:7
**region** 42:21
103:1
**regional** 218:3
**registrations**
54:11
**rehashing**
214:23
**relate** 53:23
108:9
**related** 4:21
14:23 17:12,17
18:2,7,21 19:6
19:8,25 20:2
22:8,14 25:23
26:1 29:10
39:1 47:3,19
49:3 52:1,17
55:3,4,5 57:21
59:13 61:12
64:8 131:11
148:23 211:1,9
273:17 288:16
**relates** 1:6
112:21 113:4
132:18
**relating** 15:1
17:10
**relationship**
110:13

**relative** 24:20
237:16 274:20
**relatively** 70:11
259:24
**relax** 231:24
**relaxation**
232:1
**release** 266:6
266:13
**released** 84:4,8
84:12
**relevance**
49:15 283:25
**relevant** 120:5
120:15,20
283:18
**reliability** 59:1
64:11
**reliable** 32:8,8
63:19 64:19
65:7,21 280:7
**reliance** 4:4
52:25 111:21
113:21 115:21
116:1 117:11
117:22 124:23
131:25 198:5,6
198:9 199:3,13
200:17 201:1
211:14 217:11
251:16
**relied** 52:18
53:6,21 62:24
63:8 64:20

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 345 of 370

112:13 119:15
120:22 143:6
231:14 256:16
258:20 268:1
284:1,7
**rely** 9:8 65:5
118:18 132:12
190:20 192:5
216:17 226:10
268:21 284:10
284:17,20
**relying** 132:15
227:11
**remain** 85:16
85:17
**remaining**
79:10,16 85:15
**remediation**
17:17 18:9
20:1 29:11
42:23
**remember**
11:18 14:10
16:10,12 20:14
25:1,14,21
26:2 28:5 29:8
30:8 32:13
33:1 34:15,24
35:2 40:20
41:15,20,22
44:19 47:17
48:3,4,10,11,12
48:14 50:5,11
50:13,15 57:15

61:2,9,11,19,20
62:16 64:2,5
66:1,5 70:12
74:11 75:14,21
84:9 93:5,8,14
100:4,7,8
107:11 110:9
110:11 122:1
123:17 130:22
131:4,24
132:17 154:9
162:23 163:22
164:24 172:6
197:21 200:21
201:10,19
211:18 214:21
217:20,21
225:9,13
226:19 227:2
237:20 243:10
247:23 250:16
264:11,18
276:19 278:20
281:7
**remind** 57:4
**remote** 42:16
**removal** 173:1
174:10 234:20
**remove** 147:5
**removed**
135:23 144:2
**removes** 233:12
**remy** 1:10 3:2
3:12,14 4:4

6:11 7:3,15
15:2 26:17
27:2 107:2
279:13 280:2
281:22 288:7
289:3,21 290:9
**rendered** 57:16
71:12 195:4
**rendering**
210:9
**repair** 275:5,20
**repeat** 23:2
33:17 63:3
134:10 180:9
200:3 228:6
232:20 265:3
**rephrase** 9:5
**report** 3:14 4:9
4:10,15,17 5:3
5:10,19 26:13
26:17,21 27:1
27:6,9,10,11,15
27:23,25 28:2
28:18,21 43:16
43:19 46:21
52:14,14 53:12
53:13 56:9,9
59:9 64:1
65:23 66:1,6
75:13 84:4,8
84:12 108:6
112:19,24
113:1,5 115:14
118:2,22,24

120:17,19
123:1 132:16
132:18,21
141:5 143:5,8
143:22 155:10
172:16,18
173:23,24
174:3 177:18
178:17,20
179:5,7 180:2
180:3 182:13
183:19 184:2
190:1,13,14,20
192:14 193:3
194:9,10
195:11 196:18
197:1,7,9,10
198:14,15,18
198:20,23
199:2,6,8,11,12
199:13 202:12
202:23 203:11
205:6 216:11
219:2 223:10
223:15 224:16
226:13,14
232:18,21
233:4,9 234:5
247:6,22
248:15 249:14
249:15 255:17
256:9,17,19
257:3,3,12,14
257:16,18,22

Golkow Technologies,
877-370-3377                   A Veritext Division                   www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 346 of 370

258:2,4,6,7,18
258:20,21,23
259:1,19
263:22,23
264:23,24
266:17 267:5
272:6 273:10
273:19,21,22
275:1 281:20
281:22,25
282:2,11,14
284:6,9,25
286:1,6
**reported**
184:21,23
185:9 194:22
194:23 196:15
200:1,5 203:21
216:1 236:4
245:13 252:24
261:2
**reporter** 7:2
**reports** 24:7
52:5 56:13
191:10 198:7,9
284:8
**represent**
104:16 238:14
258:21 271:8
273:23 274:3
**representation**
125:19 270:24
**representative**
236:18 242:23

270:14,25
271:6
**representatives**
48:7
**represented**
127:22 229:2
272:10
**representing**
48:1 92:25
125:18 274:6
**represents** 94:5
**request** 16:24
17:1,7 76:10
141:2,6 147:3
153:7
**requested**
74:19 143:17
146:19
**requests** 3:11
**required** 74:19
108:6
**rerun** 59:6
**resample**
195:24
**resampling**
207:12
**research** 56:8
57:12 62:21
129:18,23,24
176:8 193:19
**researched**
210:15
**reservoir**
155:17 157:16

157:21 158:9
159:7 160:14
162:8 167:6
**reservoirs**
161:6 166:10
166:10,11
167:12,15
**resided** 283:13
**resolved** 147:7
**resource**
213:13
**resources**
266:16
**respect** 192:12
238:16
**respective**
288:14
**respectively**
184:9
**respects** 289:19
**respond** 9:4
10:15 17:22
18:11 20:16
**responded** 11:6
19:9 22:12
160:6
**responding**
7:24
**response** 12:3
12:14 13:6
17:24 67:25
68:21 69:3
73:16 278:16

**responses** 3:10
9:9
**responsive** 10:4
11:15,22 18:17
20:12
**rest** 184:17
213:23 228:11
**restarted** 207:7
216:20 220:24
221:21 222:3,9
223:1 225:12
**restoration**
4:21 211:9
212:3
**result** 61:22
121:2 148:12
194:15 202:5
204:18 241:22
**resulted** 243:19
**results** 58:25
62:24 184:20
193:24 212:15
213:11 219:11
235:8 236:4
243:6 245:9
**retained** 18:23
19:8 31:16
65:14 208:3
**retaining** 26:4
**retardation**
268:1
**retarded**
274:20

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 347 of 370

| | | | |
|---|---|---|---|
| **rethink** 230:10 | **rick** 266:17 | 179:1 181:6,14 | **rim** 134:8,21 |
| **retired** 37:7 | **ridden** 49:19 | 184:2,10,12 | 136:3 152:5,16 |
| **retrieve** 21:13 | **right** 8:7 10:21 | 187:14 189:7 | 155:5 |
| **retrieved** | 12:15 28:10,12 | 189:12,14,16 | **risk** 277:1,2 |
| 168:15 | 29:15 30:7 | 190:3 191:23 | **rockville** 42:3,5 |
| **return** 290:18 | 38:18,19 39:19 | 194:17 198:18 | **rode** 49:25 |
| **returned** | 40:6 41:22 | 202:15 203:12 | **role** 208:11 |
| 202:20 | 45:9 48:8,14 | 204:14,19,24 | 263:23 |
| **reused** 216:8 | 49:20,23 50:2 | 205:16 206:3 | **roll** 45:19 |
| **review** 16:15 | 50:4 55:9 62:8 | 208:4,7 209:20 | 135:25 |
| 54:25 56:4,7 | 62:16 66:5,22 | 210:17 214:9 | **rolling** 8:15 |
| 56:11 63:13 | 67:12 77:24 | 218:5,9,12 | **room** 8:15 |
| 64:10,25 84:8 | 79:17 81:16 | 219:18 220:19 | 161:3 163:2,6 |
| 84:12,23 120:3 | 82:3,16 83:21 | 223:9,12,17,18 | 163:12,13 |
| 120:9 172:23 | 83:21 84:24 | 224:4,8,14,19 | 164:5,25 |
| 207:18 217:16 | 85:9,10,14,23 | 225:13,15 | 165:11 166:7 |
| 263:22 275:23 | 86:5 88:1 | 226:13 227:21 | 166:12 168:17 |
| 282:24 283:6 | 89:24 90:16 | 228:23 229:12 | 170:19,21,22 |
| 285:15 | 91:17,20 92:23 | 229:17,20 | 170:25 171:10 |
| **reviewed** 10:15 | 100:24 115:16 | 232:23 233:4 | 171:13,22,22 |
| 13:16 52:18 | 116:9 125:21 | 233:12,21 | 172:4 |
| 53:4,6,21 | 129:6,15 | 235:25 237:23 | **rope** 126:16 |
| 58:17 59:23 | 130:10 135:10 | 240:1,19 241:2 | 128:17,17,24 |
| 60:4,17 86:25 | 136:25 137:3 | 244:5 248:2,20 | 136:14,15,19 |
| 119:14,25 | 138:3 139:18 | 249:7,19 | 136:21,22 |
| 192:8 195:2 | 142:12,20,24 | 251:11 252:3 | 137:4,8,11,18 |
| 215:24 226:24 | 144:4 151:12 | 254:9 255:20 | 137:24 138:1,3 |
| 227:11,15,20 | 153:2 154:15 | 256:5,21 258:9 | 138:5,8,12,13 |
| **reviewing** | 154:19 158:1 | 260:6 265:1 | 139:13,16 |
| 182:9 211:18 | 160:18 163:16 | 272:11,21 | 154:6 |
| **reviews** 60:9 | 164:22,23 | 275:10 276:15 | **rpr** 1:11 288:4 |
| **rhonda** 283:13 | 165:1 166:14 | 281:2 283:6 | 290:21 |
| **rice** 1:13 2:3 | 168:3,4 169:10 | 284:9 | **rubber** 137:12 |
| | 172:8 175:1,6 | | |

Golkow Technologies,
877-370-3377                  A Veritext Division                  www.veritext.com
Case 7:23-cv-00897-RJ      Document 397-10      Filed 06/04/25      Page 348 of 370

**rule** 72:25 73:7
73:17 107:16
112:10 279:20
279:25
**ruler** 134:13,14
134:15
**rules** 8:10
72:16 106:21
108:4 111:11
**run** 59:16
60:15 212:19
214:4
**running** 190:5
**runs** 240:6
**rust** 159:2

**s**

**s** 2:1 6:1 17:5
35:6,7 36:11
38:4,13 39:21
289:1
**s.s.** 3:15,19,23
9:23 14:11,25
15:1 17:11
18:22 19:4,7
19:24 24:13
25:22 31:15
34:20 35:18,22
36:4,20 42:10
52:16 57:5,9
57:17,22 58:1
59:11 67:2
68:17 80:23
81:4,21 83:1

90:1,12,25
91:6 99:9
163:15
**sabatini** 28:21
29:1 143:4
256:19 257:4
261:4
**sabatini's**
255:17
**safe** 129:7
159:3,5
**safest** 129:5
**safety** 151:1
**salvage** 144:18
**sample** 184:7
185:22,23,24
186:8,8,16,17
186:24 189:10
189:13,17
193:20,21
194:4,14,25
195:1,3,5,8,14
196:22 197:13
199:25 200:5,8
200:10,11
203:20 204:6
204:15,17
205:6 206:20
220:11 221:15
229:16,19,23
229:25 230:1
**sampled**
186:16,21
201:19 202:1

203:20 205:7
205:15,20,23
206:13,16,19
206:21 207:11
207:13,14,22
212:9,12 213:5
213:16 218:16
219:24,25
220:4,4,5,7,21
220:22,25
221:10,10,13
221:18,20
222:10,23
229:22 231:19
231:20 243:6
**samples** 4:13
157:10 186:2
187:1,9,16,18
188:9 189:6,7
190:1 193:4
194:18 195:7
195:12,21
212:18 213:9
219:16 221:5
277:21
**sampling** 4:19
202:6 203:22
204:1,21 205:1
212:21 213:12
244:19 245:3
**san** 42:12,19,22
**sand** 156:10
**satisfy** 109:12

**saul** 35:7
**sautner** 283:2
**saw** 13:18
131:15 133:21
141:12 142:11
142:17 143:24
144:1 151:24
168:10 203:4
221:20 257:2
257:22 265:14
**saying** 12:2
26:3 74:22
147:20 178:6,8
181:11 190:25
193:4 194:20
206:8 231:6
238:17,20
258:7
**says** 17:9,20
18:20 19:22
27:1 39:10
66:23 68:8,12
69:16 70:1
71:12,22 73:25
76:20 79:10
80:22,22 81:20
82:10,16 84:22
85:14,16 86:5
87:17,22 88:3
88:4 89:25
90:5,6,14,15
101:4 106:6,10
106:18,20
107:1 108:4

Golkow Technologies,
877-370-3377    A Veritext Division    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 349 of 370

109:9,21 112:9
112:9 114:9
116:16 148:3
174:8 175:19
176:7,13,19
177:20 178:3
179:5 183:11
188:19 190:1
190:15 192:19
198:20,23
199:8,11,12
200:9 201:19
201:25 203:7
203:24 204:5
204:17 205:19
205:22 206:2
211:8 212:3,7
212:16 213:8
213:21 214:4,8
214:12,15
215:4 218:7,15
220:18 221:2
221:21 241:6
242:12 247:21
248:6 249:14
250:8 251:4
253:24 256:8
256:14 257:7
258:12,21
259:1 261:4
273:24 274:4
scale   141:16,18
179:11

scalise   2:4
scenario   185:9
scene   179:15
schedules
  245:16
schematic
  174:22
schematics
  131:14
school   25:6
science   84:7,11
sciences   282:13
scientific   268:6
  282:19
scientifically
  64:16,19 65:7
  65:21
scientist   40:22
  41:3 54:14
scott   22:19
  23:21 48:15,16
  49:18 240:5,6
scratch   116:21
  253:2
screen   125:4,6
  125:12 155:14
  166:4,6,21
  167:10,20,21
  167:21,22
  168:6,19,25
  169:22,25
  170:5,23 171:6
  171:13 172:4
  272:13,13

273:4
screened
  271:11
scroll   88:1
se   25:13 121:16
  152:15
search   20:11
  21:4 22:6
  23:19,22
  172:24
searched   207:4
season   157:18
second   38:3
  70:17 81:17
  93:17 102:8,19
  110:12 111:18
  113:2,20 114:8
  114:14,17
  116:13,22
  141:21 144:25
  158:6 167:4
  173:7 183:23
  194:12 196:14
  199:9,11 204:4
  212:2,20 218:2
  226:16 251:18
  266:11 269:23
  275:2,2
seconds   261:3
  261:15 265:23
section   83:24
  91:8 106:14
  107:20 108:13
  108:18 110:6

113:20 115:19
116:13,14
146:24 152:9
154:1 172:22
173:7 218:15
218:18
sections   49:9
  113:18 183:2
see   9:25 13:8
  13:10,14 14:4
  14:6 15:3,4
  16:18,21,24
  17:14,15,19
  18:25 19:2
  20:3,6,8,9,10
  21:20 26:19,24
  27:4 30:6 39:9
  51:7 66:6,24
  66:25 68:13,14
  69:16,20 70:16
  70:18,22,24
  71:13,14,25
  74:2,6,7,10
  76:18,21 77:1
  77:5,10,14,17
  77:21 78:6,17
  78:19 79:8,9
  79:11,12 80:14
  80:21,24,25
  81:7,8,12,14,19
  81:22,23,24
  82:1,2,4,6,7,11
  82:13,15,19
  83:5,7,9,11,12

Golkow Technologies,
877-370-3377                A Veritext Division                www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 350 of 370

| | | | |
|---|---|---|---|
| 83:15,17,19,23 | 117:8,9,14,16 | 202:3,4,10 | 267:2 275:6,7 |
| 83:25 84:2,18 | 118:5,6,11,12 | 203:6,8,21,24 | 279:21 283:1 |
| 84:25 85:1,11 | 119:7,9 125:12 | 204:4 205:21 | **seeing** 10:11 |
| 85:13,18,19,23 | 126:12,19,20 | 209:25 210:4 | 28:5 65:23 |
| 85:24 86:13,21 | 126:24 128:11 | 211:11,12 | 119:20 133:25 |
| 86:23 87:8,16 | 133:1,7,24 | 212:2,4,5,13,14 | 250:16 |
| 87:23,25 89:16 | 134:6 135:7 | 212:25 213:1,6 | **seem** 63:24 |
| 89:24 90:1,3,4 | 136:2 138:8 | 213:7 214:12 | 200:22 |
| 90:8,9,13,17,20 | 139:14 144:7 | 216:25 218:3,5 | **seema** 17:5 |
| 90:23 91:2,3,4 | 144:11 146:8 | 218:6,9,13,15 | 19:16,19 |
| 91:9 92:5,13 | 149:16 150:18 | 218:18,19,22 | **seems** 79:4 |
| 92:15,22 93:18 | 150:23 151:10 | 219:9,10,13,20 | 105:5 187:5 |
| 93:23 99:19,21 | 151:14 152:25 | 231:9 234:22 | 188:13 250:19 |
| 99:24,25 | 155:5,20 | 234:23 238:17 | **seen** 10:6 13:4 |
| 100:14,15 | 171:16 172:19 | 239:9,13,16,19 | 13:15 52:8 |
| 101:7,10 | 173:12,13 | 239:20,24 | 138:5 144:24 |
| 102:10 104:18 | 174:15,16,19 | 240:21 241:1 | 160:12 179:10 |
| 104:20,21,22 | 175:15 176:4,5 | 241:11,12,14 | 195:25 196:3 |
| 104:25 105:1 | 176:6,20 177:8 | 241:18,19,25 | 200:16,24 |
| 105:20,25 | 177:20 178:5 | 242:1,9,10,16 | 207:19,20 |
| 106:15,16,18 | 178:13 180:12 | 242:17 244:15 | 208:18 211:22 |
| 106:24,25 | 180:18 185:1,3 | 244:18 246:9 | 211:23 215:24 |
| 107:4,5,13,14 | 185:12,13 | 247:3,5,7,9,13 | 217:9,24 222:8 |
| 107:16,20,25 | 188:8,10 | 247:18,19,20 | 223:11 237:23 |
| 108:1,11,16,17 | 190:11,18 | 249:11 250:6,9 | 250:18 257:6 |
| 108:22 109:20 | 192:22,23 | 250:10,11 | 260:6 262:25 |
| 110:10,11 | 194:8,10 | 251:2,5,6,7,17 | 264:15 265:18 |
| 111:20,24 | 196:15 197:12 | 251:20,22 | **selected** 137:12 |
| 112:7,14,15 | 197:17,19 | 252:4,19 253:4 | **semiretired** |
| 113:7,15 114:8 | 198:7,8,20,22 | 253:8,14,19,21 | 37:18 38:16,24 |
| 114:12 115:1,2 | 198:23 199:19 | 253:22 254:6,7 | **send** 11:17,21 |
| 115:22,23 | 199:25 200:4,7 | 255:22 260:24 | 17:23 18:10 |
| 116:12,16,19 | 200:8 201:15 | 265:8 266:8,9 | 19:5 70:15 |
| 116:24 117:1,4 | 201:23,24 | 266:18,19 | 76:6 123:6 |

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 397-10 Filed 06/04/25 Page 351 of 370

290:17
**sending** 20:15
**senior** 35:20,21
36:3 37:6,7,18
39:11,12 40:25
41:3,4 69:18
69:22,23
**sense** 9:9
101:19 131:20
143:5,10
237:10 238:21
249:2
**sent** 11:25
12:13,21 18:16
19:14,20 67:24
72:3 88:6
**sentence**
109:20 114:9
114:17,25
172:21 175:10
175:16,18
177:23 184:5,6
184:11,17
188:4,16
190:14,25
210:10 212:7
214:17 266:11
275:2,2 283:20
**separate** 23:16
**separately** 3:4
32:25 94:7
**september**
23:14 77:12
83:14 247:17

252:6 281:5
**serial** 144:8
150:19
**series** 50:23
171:23
**serve** 105:14
177:4,5
**served** 11:1
13:11 54:24
55:2 57:1
264:18
**server** 109:14
**servers** 22:6
**serves** 109:23
**service** 103:5
106:12 202:20
203:5 206:10
214:6 218:16
218:24 219:1
219:24 220:6
220:12 221:11
221:12 222:9
222:12,22,24
225:11 239:16
239:23 241:8
241:22 242:4,7
242:12,13
243:2 246:5,20
247:21
**services** 57:16
69:17 71:12
74:21 102:15
**serving** 160:3
213:4

**set** 196:22
200:19 248:4
288:8,20
**sets** 195:1
**setting** 159:6
**setup** 267:11
270:16,16
**seven** 19:13
133:6,12,14
285:9
**several** 7:14
48:5 56:13
86:23 112:2
140:18,19
161:1 163:1
195:7 200:23
209:3 255:24
269:14
**shape** 177:7
**shaped** 177:3,3
**share** 11:17
36:4,14 103:15
147:4
**shareholder**
103:13
**shareholders**
37:14
**shares** 36:11,18
36:20
**shear** 280:5
**sheet** 105:7
113:3 174:13
200:12 243:1
290:12,14,16

290:18
**sheets** 113:13
113:22,23
114:24 115:13
117:5 193:17
194:6 254:25
**shipment**
195:21
**shiver** 266:17
**shoot** 151:2
**short** 5:11
160:13 191:13
250:4 271:18
284:5
**shortly** 38:5
**show** 9:19
14:21 65:25
83:22 86:11,19
91:25 101:24
102:1 104:15
105:19 111:16
111:17,25
116:10,21
117:4 122:2
125:10 127:15
145:4 149:25
155:13,22
179:4,7 180:13
180:24,25
185:15 187:25
194:11 196:7
196:10,25
197:25 198:4
200:15 203:13

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-10 Filed 06/04/25 Page 352 of 370

208:2 211:5
216:25 223:10
228:13 231:18
231:20 239:9
246:25 250:3
251:14 252:20
256:13 258:11
258:15,25
264:10,16
270:21 271:1
272:3,16
273:14,22
277:24 279:8
281:14
**showed** 105:15
166:3 167:4,10
171:14 184:21
202:8 205:18
213:10,13
214:1 221:3
255:23
**showing** 44:9
99:8 149:12,22
151:21,22
155:14 156:5
166:21 167:23
171:6 179:22
202:7
**shown** 72:6
93:2 127:7
133:16 136:19
152:7,9,13
174:11 175:13
201:18 221:23

225:1 234:1
236:16 243:15
261:20 280:21
283:25
**shows** 46:22
85:20 102:13
161:4 174:25
175:5 194:14
204:14 212:21
216:9 219:16
221:4 223:1,2
223:21 228:2,3
228:7,10
231:11 251:8
255:11
**shut** 193:5,6
202:9,14,16,18
203:2,3 206:8
206:15,16
207:6,13
213:19 214:2
214:16,17,18
215:16,17,24
216:19 220:24
221:22 222:2
222:16,19
225:6,8,17,19
225:22 227:7
228:22 243:16
243:20 245:8,9
245:13,15,20
245:23 254:24
261:25 275:4
276:14

**shutdown**
216:14 275:25
**shutoff** 261:24
**side** 58:11,19
68:7 73:15
106:6 115:8
127:8 128:3
133:20,22,23
135:10 218:11
219:15 261:25
**sided** 89:19
**sides** 115:7
136:2
**sign** 76:8
**signature** 26:22
26:23 288:23
290:9,14
**signed** 284:8
290:15
**significant**
191:9 202:8
**signing** 27:6
288:13
**sim** 279:15
280:3,11,12
**similar** 17:8
58:21 88:10
132:1,7 212:7
234:4
**similarly**
222:10 271:7
**simplified**
267:11

**simply** 46:23
52:23 214:13
**sincerely**
290:19
**single** 70:20,24
71:5,8 99:18
119:22,23,25
120:1 271:2,16
**sir** 36:13 37:16
76:18 78:20
87:14 88:23
89:20 91:12
116:15 121:7
178:3 183:21
188:15 194:24
204:13 213:24
215:19 218:24
220:20 229:4
232:16 234:14
236:9 247:7
286:20
**sit** 26:2 41:15
52:12 65:25
119:10 130:11
164:20 200:20
202:24 209:19
211:17 227:18
264:12,13
**site** 4:5,8 50:4,9
102:25 140:17
140:19 163:7
183:3,9 213:16
268:2 274:15
274:23 277:1

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-10 Filed 06/04/25 Page 353 of 370

279:14,15
280:3,11,12
**sites** 55:10,11
**sitting** 144:17
**situated** 151:1
**situation** 37:9
70:12 271:25
**situations**
111:8
**six** 19:13 81:3
89:15
**sixth** 100:11
**size** 153:14
154:25 157:13
**sketch** 175:13
**sketched** 178:2
**skip** 101:4
**slightly** 269:15
**slowly** 142:14
**smaller** 133:22
152:23 167:22
**soderberg** 35:4
35:10 39:16
**software** 16:3
**sole** 185:23,24
**somebody**
104:23 122:8
207:9 209:1
224:21 226:8
**somebody's**
126:20
**somewhat**
270:1

**soon** 43:10,11
87:15 179:10
**sorry** 21:10
86:15 89:23
121:7 151:19
179:25 182:16
186:23 189:16
199:22 202:12
223:24 224:3
229:13 232:25
233:19 283:19
284:12 285:5
**sort** 12:4 15:11
25:16 50:6
60:21 68:15
93:24 105:23
105:24 106:2
121:11 146:21
163:12 166:23
167:19 168:3
200:10 238:10
246:12
**sound** 22:20
28:10 29:15
**sounds** 13:17
22:21 166:22
**source** 204:11
204:13 205:13
205:13,14
271:13
**sources** 196:5
244:4 247:11
280:3

**south** 2:5
**southern** 1:2
6:11
**spanned** 30:22
**spare** 144:2
**speaking** 12:8
**speaks** 283:14
284:25
**special** 40:15
**specific** 10:24
13:13 25:3
42:20 46:11
55:21 62:17
69:19 84:10
101:1 117:24
122:15 123:2
159:25 162:21
163:10 167:5
226:23 259:22
268:2 274:15
274:23 276:12
276:13,13,14
**specifically**
19:15 41:9,21
72:17 73:8
75:22 118:16
118:18 119:11
120:20 145:9
148:23 162:22
182:5 196:1,6
200:18,25
204:16 208:18
211:18 217:12
227:21 250:12

251:17 259:2
260:18 276:19
**speculate** 105:4
231:4
**speculated**
280:19
**speculating**
181:12
**speculation**
280:6
**spell** 35:5
**spend** 115:20
169:22
**spent** 30:12
57:8
**spiliotopoulos**
3:12 21:21
60:13 192:5
**spilotopoulos**
15:2 31:21
32:12,13 34:23
41:17 59:15
79:14 202:23
**spiractor**
127:19,21
128:3,8,8,9
129:9 133:1,20
133:25 134:1,7
134:21 135:24
135:25 136:3,8
138:19 140:20
141:10,15,19
141:25 142:4
143:14,19

Golkow Technologies,
877-370-3377          A Veritext Division          www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 354 of 370

144:24 148:3
148:15 153:1
153:23 154:2
155:7 171:17
171:20 174:23
174:25 175:5,8
176:1,18
181:24 277:4
277:14,15
**spiractors**
34:17 131:14
131:16,19,19
132:7 133:4
138:23 139:4,7
153:8 174:8
**spreadsheet**
3:19 92:2,13
92:15 99:4
224:11,12
248:18 249:13
**ss** 288:2
**sspa** 3:16 19:11
70:21 104:19
116:17,18
**staff** 11:22
16:23 35:6
41:4 116:3
**stage** 158:11
260:15
**stair** 158:1
**stamp** 70:21,25
77:16 78:4,8
78:10,24 79:2
114:21 117:7

118:1 125:14
133:17 135:7
196:14 198:24
218:4 241:13
251:24
**stamped** 74:5
76:19 77:2,8
77:18 78:1
86:4 114:11
247:3
**stamps** 114:19
116:17 118:9
124:24
**stand** 27:25
68:9
**standing**
126:23 160:22
164:3 171:2,11
**stands** 229:10
286:1
**start** 82:4
83:13 85:20
92:9 93:20
99:23 184:4
192:3 260:19
263:4,23
**started** 31:21
32:15 38:2,5
46:11 93:6,9
100:22 138:16
169:9 216:3
233:10,15,20
234:8 260:24
266:12

**starting** 94:1
233:5 234:2
**starts** 251:17
**stat** 251:4
**state** 208:18
266:6 283:22
**statement**
159:25 190:19
222:17
**statements**
106:11
**states** 1:1 2:12
3:10 6:9,17,23
14:24 25:15
80:19 105:21
105:24 106:7,8
106:13 112:11
208:7,10,20
209:21 278:8
278:23
**stations** 55:17
55:23
**stay** 15:6 89:23
180:3 198:16
261:13
**stayed** 30:19
160:16 202:18
**step** 158:6
243:23
**steve** 38:3
**stick** 262:21
**stigma** 109:9
109:15

**stigmatized**
109:4
**stock** 36:12
**stop** 8:13,17
43:11,13
149:15 227:8
272:17
**stoppage**
275:12
**stopped** 260:24
275:18
**stopping** 43:9
**stops** 180:16
228:9
**stopwatch**
260:17,18,22
**storage** 213:15
234:6
**straight** 151:3
151:11
**strainer** 266:1
**street** 1:13 2:15
6:7 290:2,7
**stressor** 235:19
235:21,22
**stricken** 278:4
278:6,16,16
**strike** 141:3
169:23
**strong** 109:16
**struck** 281:1
**structure** 36:9
127:19

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 355 of 370

studies 58:6,11
study 108:10
 182:25
stuff 20:8,15
 132:4 154:10
 210:13
style 27:2
subcontracts
 104:10
subject 4:20
 5:11 191:15
 211:8 216:22
 250:7 263:21
submitted
 28:18
subpoena 9:22
 9:22 10:4,7,11
 10:15,19,22,23
 11:1,8 12:3,11
 12:14 13:7
 14:2 21:3
 67:25 68:21
 69:3
subsequent
 115:14
subset 103:6
substantial
 104:10 265:25
subtotal 103:12
succeed 109:25
successful
 110:13
sudden 227:23

sufficient 237:2
 262:15 280:6
sufficiently
 215:19
suggested
 264:9
suite 290:2
sum 235:3
summarized
 244:11 269:4
summary 4:12
 16:17 40:5
 72:6 74:9
 76:20 77:11
 201:18 224:17
 230:5
summer 22:24
 23:7 84:13
supervisory
 211:7
supplement
 79:1,3
supplemental
 4:4 14:9 53:17
 78:7 111:21
 112:12 113:20
 115:21,25
 117:11,13,22
 121:3 124:22
 198:6
supplemented
 66:12
supplied 11:13
 210:24

supply 5:9 32:9
 69:3 153:13
 154:2 155:3
 157:1 158:16
 184:18 185:17
 187:5 190:16
 191:2 192:20
 206:19 216:8
 216:20 227:4,4
 227:5 230:3
 231:22 242:21
 245:20 249:16
 249:17 254:23
 283:11,17,24
supplying
 155:1 245:4,5
support 34:22
 39:18 40:16,17
 41:14 62:25
 118:22 121:4
 121:12,14
 160:9,10 216:7
 216:18 256:17
 262:16 275:24
supported
 280:9
supporting
 19:5 59:25
supports 52:14
 53:6 121:10
 148:7 249:8
suppose 11:20
 12:23 35:1
 77:25 105:16

 167:24
sure 9:2 13:3
 41:2 52:24
 68:10 91:10
 108:23 110:23
 116:12 190:24
 197:5 222:11
 235:2 254:17
 272:6
surfaces 174:11
susan 264:3,11
suspended
 136:16
swear 7:2
swore 7:18
sworn 7:4
 288:9
system 16:3,4
 21:15 70:9
 129:2 158:17
 159:11,12,14
 161:8,20,21
 162:2,5,11
 185:11,15
 213:11 235:8
 238:5,6
systems 21:18
 173:9,19
 182:24,24
 184:18 185:17
 187:10 190:16
 191:2,9 218:8
 283:1

Golkow Technologies,
877-370-3377      A Veritext Division      www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 356 of 370

| t | | | |
|---|---|---|---|
| **t** 36:1 278:22 278:22 288:3,3 289:1,1 | 273:18 | 101:21 124:23 | 204:18 212:19 |
| **table** 4:12 194:9 197:6 225:7 235:4 244:12 | **taken** 1:11 3:20 4:8,13 6:8 30:25 122:17 133:19 139:6 140:8,9 149:19 | 132:2 138:10 141:22 160:23 161:14 166:20 169:6 172:17 | 213:13,17 214:1 234:20 235:6 |

**t** 36:1 278:22
  278:22 288:3,3
  289:1,1
**table** 4:12
  194:9 197:6
  225:7 235:4
  244:12
**tabs** 81:9,12,15
**tail** 155:12
**tailings** 62:7,8
**take** 8:12,14,16
  8:19 16:16
  27:21,23 33:8
  34:16 44:8
  45:9 50:7
  66:21 71:18
  84:15 87:13
  88:17,20
  108:21 122:3,8
  122:11,12
  123:3,5,10,11
  126:14 129:17
  133:9 137:24
  139:3,5 141:14
  141:19 142:7
  146:14 155:20
  160:2 168:19
  191:13 195:14
  220:17 225:6
  231:25 232:8
  244:10 262:14
  267:9 268:25

273:18
**taken** 1:11 3:20
  4:8,13 6:8
  30:25 122:17
  133:19 139:6
  140:8,9 149:19
  153:4,9,11,18
  153:19 156:13
  157:10 176:14
  185:22,24
  186:2,18 187:2
  187:10,16
  190:2 193:5
  194:15,18,22
  204:17 219:17
  220:11 221:5
  229:16 278:11
  280:19
**takes** 15:21
  259:20 274:18
**talk** 15:8 23:16
  48:20 58:5
  191:24 224:11
  235:19 255:15
  264:4,22
**talked** 41:17,19
  80:5 100:4
  117:21 163:9
  191:1 215:7
  236:6 242:25
  278:14
**talking** 8:20
  18:19 99:6
  100:3,9,13

101:21 124:23
  132:2 138:10
  141:22 160:23
  161:14 166:20
  169:6 172:17
  201:17 213:22
  232:21 238:1
  238:20 244:18
  244:21 246:6
  252:9 264:16
  277:25
**talks** 19:22
  81:10
**tall** 175:1
**tan** 126:10
**tank** 159:2
  260:11 262:23
  263:3,13
**tap** 90:5
**task** 32:10
  65:11 209:2
**tasked** 63:12
**tawara** 30:24
  31:1,5,7,10,13
  33:8,10 58:25
  84:3 173:2,8
  173:19 183:1
  184:14 187:12
  191:3 267:23
  268:20 274:25
**tce** 173:10,21
  184:22 185:4
  192:21 193:11
  194:7,15 200:5

204:18 212:19
  213:13,17
  214:1 234:20
  235:6
**team** 74:23
**technical** 84:23
**technically**
  207:14
**tell** 7:19 8:13
  9:4 24:3 40:1,3
  57:17 74:11
  80:12 86:2
  119:10 134:4
  146:13 147:23
  148:4,5 149:4
  155:15,24
  157:13 165:19
  168:5 172:12
  175:19 200:17
  215:4 217:20
  261:10 266:10
  271:2
**telling** 7:25
  30:7 134:5
  164:8
**tells** 216:16
  243:1 252:8,16
**temporarily**
  203:3 212:22
  214:5 222:2
**terrace** 30:24
  31:1,5,7,10,13
  33:9,10 59:1
  84:4 173:2,9

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-10 Filed 06/04/25 Page 357 of 370

173:19 183:1
184:14 187:12
191:3 267:23
268:20 274:25
**test** 198:20
199:2 240:24
241:9,22,23
242:2,8,13,14
243:6 244:8
245:2 248:6,7
248:7 276:18
**tested** 203:12
203:15 248:3
249:1 277:21
**testified** 7:5
12:13 44:25
62:11
**testify** 8:4
**testimonies**
278:9
**testimony** 8:21
44:17,23
108:10 109:22
110:7 139:8
276:13 279:3
279:12 280:2,4
280:5,9 288:10
**testing** 243:9
243:19 244:16
280:11
**tests** 244:3,11
244:19,22
**tetrachloroet...**
173:9,20

**texas** 54:13
56:22
**text** 123:8
**thank** 7:18
86:11 89:13
90:15 167:18
235:18 286:20
286:21
**thereabouts**
66:11 100:6
249:23
**thickness**
267:13 270:18
**thing** 15:24
21:19 72:2
76:3 113:22
128:15 129:5,7
182:19 263:14
268:9 269:18
269:22,23
280:16
**things** 12:14
21:13 28:16
66:20 89:11
110:9 116:4
118:3,16
128:11 144:21
163:10 164:7
165:22 166:11
209:4 214:24
214:25 215:1
225:15 269:14
269:17 270:2,4

**think** 22:3
23:13 26:22
28:7 29:9,22
29:24 30:9,21
40:2 42:15
48:22 50:17
53:22 75:20
83:5 114:1,4
120:18 121:24
122:15 123:18
124:10,21
127:2 132:3,6
132:11 135:12
142:9,15
146:20 149:16
155:22 156:2
168:8 187:15
194:9 200:24
201:12 202:12
206:16 210:6
215:22 217:6
223:12,22,25
224:1 228:16
229:7 237:2
238:25 242:21
247:22 250:13
262:4 273:16
278:22 281:8
**thinking** 55:8
**third** 34:3 43:5
83:5 116:8
119:7 192:19
199:18 251:2
284:13

**thorough** 49:7
111:7 120:9
**thoroughness**
110:1
**thought** 76:14
93:15 121:17
165:19 226:21
230:24 275:24
**thread** 146:21
**three** 8:7 14:5
27:20 30:3,10
30:14,15,18
33:2,24,25
37:21 38:11,15
39:2 44:9,13
44:15 45:3
46:6 49:5,16
51:6 113:17
115:11 122:16
127:5,12 174:9
180:12,13
184:6 195:15
196:5 221:23
247:10,14,15
254:10 267:6
268:13 269:6
269:11 270:13
271:5,9,11,12
271:21,21
272:12 283:10
**throw** 125:6
147:18,21
**thumb** 4:7
126:18 135:9

Golkow Technologies,
877-370-3377 A Veritext Division www.veritext.com
Case 7:23-cv-00897-RJ Document 397-10 Filed 06/04/25 Page 358 of 370

| | | | |
|---|---|---|---|
| **thursday** 1:13 | 181:20 183:15 | **timeframe** | 27:20 28:1 |
| **till** 133:7,9 | 185:18 190:17 | 61:19,20 93:25 | 30:9 41:23 |
| 251:21 | 191:14 207:8 | 141:1 170:2 | 45:18,21,22,22 |
| **time** 6:6 15:14 | 207:24 214:5 | 237:23 | 45:24 46:5 |
| 15:16,19,20,23 | 215:19 216:9 | **timeframes** | 52:12 80:3 |
| 16:4,15,16,18 | 216:13 222:20 | 249:1 | 105:7 130:11 |
| 16:20 18:8,19 | 224:14 231:22 | **timekeeper** | 130:21 159:4 |
| 18:21,22 19:7 | 237:10 238:14 | 16:10 | 164:20 200:16 |
| 22:3 23:18 | 238:22 239:1 | **timekeeping** | 200:21 202:25 |
| 24:9 25:25 | 243:15 246:2 | 18:20 19:5 | 209:20 211:18 |
| 26:21 27:6,10 | 246:11,17 | 70:4 | 235:12 264:12 |
| 27:12,14,16 | 248:16 249:6 | **timely** 259:17 | 264:13 280:21 |
| 29:5,7,12 | 249:23 251:11 | **times** 8:7 29:22 | **today's** 6:5 |
| 31:20 33:6,18 | 252:10 254:21 | 29:24 30:3,10 | **together** 14:22 |
| 33:22 34:3,18 | 255:4,25 | 30:14,15 33:2 | 38:21 49:7 |
| 37:6,25 38:16 | 256:17 257:15 | 33:24,25 34:2 | 69:14 120:10 |
| 39:10 40:4,5 | 258:3 259:23 | 34:8,10 40:15 | 153:14 193:4 |
| 40:24 53:14 | 260:10,10,14 | 44:20 45:2,4 | 209:1 |
| 56:7,21 58:16 | 260:14,16 | 46:6 48:5,18 | **told** 31:17 |
| 58:24 63:14,21 | 263:16 264:22 | 49:16 138:22 | 41:15 69:21 |
| 64:16,20 65:7 | 264:25 266:5 | 145:1 209:4 | 93:13 122:10 |
| 65:13,17 66:4 | 266:21 267:8 | 267:1 268:7,10 | 140:8 144:25 |
| 66:17 70:10 | 267:20 268:1 | **timestamp** | 145:14 146:4 |
| 72:5 77:24 | 269:16 270:3 | 125:14 | 159:9,17 |
| 105:7 107:7 | 271:1,18,25 | **timing** 38:12 | 160:21 162:4 |
| 115:20 117:19 | 273:12 274:7 | 64:6 261:1,7 | 162:14,21 |
| 128:8 131:15 | 274:17 275:25 | **titan** 278:21 | 165:6 166:2 |
| 138:15,16,23 | 278:10 282:18 | **title** 35:9,18 | 260:25 |
| 138:24 139:1,2 | 283:12,19 | 40:20,21 199:6 | **tonkin** 35:25 |
| 142:25 147:20 | 284:6,11,22 | **titled** 115:21 | 36:3,24 37:13 |
| 157:24 160:13 | 285:17,20 | **today** 7:20,22 | 37:13 38:23 |
| 161:13 165:23 | 286:11,14,22 | 8:13,21 9:2,8 | **took** 116:21 |
| 165:24 168:10 | 286:22 | 10:3,8 13:15 | 121:23 122:6 |
| 168:10 170:6 | | 23:6 26:2 | 122:24 123:7 |

Golkow Technologies,
A Veritext Division
877-370-3377   www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 359 of 370

123:14,18,21
124:3 125:20
125:20 143:21
149:18 151:22
153:6 157:7,10
164:1 167:14
180:12 181:12
187:19 189:13
223:14 224:10
233:19,20
249:12 255:2
260:12,14
262:4,9 263:15
274:22 275:8
275:11
**tool** 109:24
137:7
**tools** 60:22
127:23 136:24
238:21
**top** 66:22 71:23
77:15 78:4,12
80:22 81:16
83:5,20 85:11
85:23 89:16,25
91:1 92:5
106:17 128:7
128:20,21
129:10 135:1
135:19 136:17
140:17 152:4
153:23 154:5,5
155:17 158:2,4
174:11,18

175:4,6,8
178:25 180:15
198:21 199:7
199:11 203:24
211:10 217:8
218:7,9,11
220:1,8,14
233:3 239:22
240:20 250:4
251:19 253:21
260:20 261:13
263:7
**topic** 45:18
55:13 81:19
86:5 278:12
**total** 37:12 92:6
100:1 102:10
102:17 103:10
135:17 234:25
**totality** 14:10
**touch** 136:16
273:5
**tour** 47:13
48:17 165:8
**tower** 167:16
**towers** 166:9
167:11 234:7
**toxins** 62:15
**trace** 184:22
185:11,16
**track** 15:18,20
15:25 110:18
**training** 282:15

**transaction**
82:17
**transcript**
146:24 147:6
289:19 290:12
290:16
**transcripts**
109:22
**transfer** 75:22
124:15
**transferred**
18:5 164:11
**transmit** 75:11
**transmitted**
75:17
**transport** 5:15
54:3 62:19
267:17 271:8,9
273:16
**travel** 15:22
40:10 264:22
264:25 266:5
266:21,25
267:6,10,20
268:1,7,10
269:16 270:3
270:25 271:25
272:23 273:12
274:7,18
**treated** 156:9
156:10 157:8
201:20 202:1,6
212:9

**treatment**
30:24 31:1,5,6
31:9,13 33:9
33:12,15 34:6
34:7,8 49:13
50:8,21 127:13
127:18,18
129:14 131:21
138:4,11,18
139:25 141:12
142:3,6 143:12
143:14 145:16
148:15 150:4
152:21 153:4
153:20 156:16
157:6,9,17
158:11,14
159:20 162:17
163:11,14
165:18 166:14
173:3 174:9
175:11 176:17
185:10 186:3
186:23 187:2
187:11,13,14
187:17 189:7
189:11,23,24
212:8 232:23
233:11,21
234:6,9 235:14
238:9
**trial** 5:17 44:17
44:21 107:17
109:22

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-10 Filed 06/04/25 Page 360 of 370

**trials** 45:5,7
**trichloroethyl...**
173:21
**tried** 258:13
**triggered** 28:13
**trihalometha...**
173:11,22
**trip** 30:21
**trips** 30:18,19
32:25
**truck** 141:10
141:11 142:18
143:16,25
144:5,17 145:5
145:25 146:13
**true** 190:19
222:12 236:19
238:14 269:8
272:15 280:21
288:10 289:19
**trust** 209:7,9
209:11 240:2
240:11
**truth** 7:19,25
271:3,4
**truthful** 111:7
208:23
**truthfully** 8:4
**try** 7:12 111:18
120:25 220:16
222:7
**trying** 12:10
13:14 46:25
47:5,23 130:20

134:18 149:4,7
154:13 169:24
187:8 192:17
210:5 215:23
222:22 233:25
243:23 259:16
268:10 270:19
**tt** 5:16 184:9
264:23 265:1
266:6,22
270:15 271:6
275:3,11,24
276:20
**tube** 153:2
**tubes** 277:14
**turn** 13:22
76:16,22 77:2
77:15 78:1,7
81:17 83:4
85:8 88:16
89:13 90:18
99:20 100:10
102:8 108:13
110:5 111:20
116:15,22
156:17 172:19
176:3 177:19
182:13,21
184:4 197:12
199:9,10,16
213:2 218:2
228:10 241:4
241:13,20
251:21 279:8

283:10
**turned** 202:19
203:1 222:16
**tv** 111:18
167:21
**twice** 48:22
**two** 8:24 15:21
28:17 30:20,22
33:2 34:2,10
34:15 35:23
36:10,24 37:5
37:5 46:6 47:1
47:17,24 49:24
54:12 59:5,17
70:1,2,5 73:11
88:19 89:6,14
89:15,19,21
113:9,9,17,19
113:19,22
115:3,3,7
117:6 126:24
126:24 127:5
131:8 142:7
143:15 144:21
148:2,11 149:8
154:18 159:24
163:18,20
168:8 189:6,13
189:17 193:4,6
193:7 195:15
196:5 197:4
198:7 203:7
204:8 205:12
221:3 236:7,24

237:3 239:1,2
242:22 255:6
257:6 261:21
261:22 268:13
270:3 275:12
**type** 15:22
21:19 42:23
69:17 88:2
131:16,18
195:12,12
235:11
**types** 36:10,15
36:16 255:24
**typical** 8:10
74:15 144:23
162:14 163:5
167:15,17
**typically** 74:19
75:4 76:4
165:23 195:15
195:23
**typos** 205:1

## u

**u** 35:7 39:21
**u.s.** 2:13 17:10
19:25 48:1
71:24 290:7
**ultimately**
142:16 268:17
**unavoidable**
109:10
**unchanged**
121:8

Golkow Technologies,
877-370-3377     A Veritext Division     www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 361 of 370

**under** 7:18 8:2
68:7 69:17
71:24 76:19
77:11,17 82:14
83:24 86:22
87:11,16,22
88:2 89:25
90:6,16 99:7
106:7,10 107:1
108:6 119:25
121:18 149:23
156:22 158:1
173:6 176:22
182:23 183:23
208:15,16
219:10,12,17
229:9 234:19
247:9,10
249:15 253:14
263:2 277:5,12
279:20
**understand**
7:19 9:3,5,7,11
9:14 31:3
42:18 46:24
52:24 53:10
54:2 62:18
66:16 72:15
92:17,18,25
118:13 137:6
146:17 151:1
154:9 167:3,8
175:19 177:5
190:24 204:22

230:23 235:2
238:19,20
243:24 252:12
257:9 273:15
277:9 278:18
**understanding**
21:15,20 52:7
58:15 62:11
68:24 69:25
74:17 79:18
100:20 102:22
144:5 154:20
165:17 177:12
178:20 181:8
185:21 187:9
194:19 208:17
210:25 245:12
259:24 264:20
**understood** 9:9
9:15 12:10
20:25 22:3
44:3 53:16
60:19 88:23
104:6,15
131:24 164:4
211:5
**undertake**
10:11 22:5,9
**unexpectedly**
141:9
**unidentified**
131:7
**uniquely** 46:8

**united** 1:1 2:12
3:10 6:9,17,23
14:24 25:15
80:19 105:21
105:24 106:7,8
106:13 112:11
208:6,9,20
209:21 278:8
278:23
**university** 54:8
**unknown**
235:16
**unnamed**
161:15
**unreliable**
279:18
**unusual** 159:6
**updated** 117:12
**updates** 113:4
**upgraded**
70:11,11
**uranium** 61:12
61:14
**usa** 4:6 5:17
116:25 117:7,8
124:24 125:15
133:17 149:13
149:19 151:22
153:17 155:14
156:5,14
157:12,13
171:17
**usaspending....**
3:18 80:18

81:18 102:12
**usaspending....**
92:8,21
**usdoj** 3:24
**usdoj.com** 2:16
2:17
**use** 5:9 15:9
22:18 49:16
58:4 75:6
111:17 127:23
128:12 129:19
137:7 148:4
149:3 160:9,9
199:17 227:5
235:23 244:12
245:19 249:16
255:1,13
260:16 269:5
**used** 38:1,6
52:5,6 59:2
63:12 80:3
100:5 123:22
123:23 128:17
136:14,22
137:18 141:18
141:24 144:1
144:14,15,22
206:4,18
224:12 227:3
229:1 235:16
246:7 248:23
252:9,10
255:25 267:11
267:12,24,25

Golkow Technologies,
877-370-3377   A Veritext Division   www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-10    Filed 06/04/25    Page 362 of 370

275:19
**usgs** 38:2,6,8
**using** 22:22
46:23 48:25
60:21 61:24
123:15 141:15
161:19 162:1
169:10 189:2
248:17 255:5
272:4 285:1
**usmc** 4:20 5:12
5:14 153:8
250:6 251:15
251:25
**usmcgen** 4:11
188:5
**utilized** 58:10
62:23 63:7
272:19 284:7
**utilizing** 279:18

**v**

**v** 5:17 103:1
**valid** 64:16
267:21
**valley** 56:1,2
**value** 102:17
181:1 235:10
**values** 32:6,8
59:2 61:23
63:17,17
178:21 179:12
252:7 269:11
277:21

**valve** 261:24,25
**various** 103:11
236:20 237:5
248:19 275:10
**vc** 184:24
**venezuela**
283:2
**vent** 155:18
156:4 158:10
**verbiage** 210:2
**verified** 240:11
**verify** 166:1
176:14 182:7
225:3 226:17
257:15,21
258:2
**veritext** 290:1
**versus** 255:6
278:22,22
**vertically**
128:19
**vial** 156:19,22
195:5,9,18
196:2
**vials** 195:17,22
196:1 219:10
**video** 121:25
262:7
**videoconfere...**
1:12
**videographer**
2:19 6:3,5 7:1
45:11,14 88:24
89:2 147:8,11

191:16,19
232:9,12
286:15,23
**videos** 122:4
**videotape**
260:11,12
262:13,19
**videotaped** 1:9
262:11
**view** 222:1
275:24
**views** 64:12
**visit** 4:5 49:7
50:4 116:8
122:10,19
140:18,20
141:2,9 165:16
165:16
**visited** 31:8
33:11 140:1
**visits** 4:8 47:11
48:20 49:5,7
49:24 50:9
122:14 183:4,9
**visual** 132:22
137:18 143:9
177:13 179:17
179:18 180:23
**visually** 178:4
179:9
**vital** 136:23
137:7
**voc** 172:25
174:11

**vocs** 183:25
188:17
**volatilization**
141:24 232:22
234:10,17
256:18 258:19
259:8,9
**volume** 106:6
131:21

**w**

**w** 38:13
**w912dw09p0...**
83:7
**w912dw11p0...**
82:1
**wa** 1:12 288:4
290:21
**wait** 38:17
232:1
**waived** 288:14
**waiver** 290:9
**walk** 50:6
165:11
**wall** 154:23
**want** 9:2,8 22:3
23:16 24:24
27:23 28:1
31:2 37:4
66:20 69:13
78:8 88:16
104:2 105:4
115:20 141:8
147:17 159:1

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-10 Filed 06/04/25 Page 363 of 370

| | | | |
|---|---|---|---|
| 165:4,21 | 33:14 43:2 | 173:3,9,19 | 261:13,15,19 |
| 173:15,24 | 49:13 50:8,21 | 174:13 175:11 | 262:1 263:2,3 |
| 175:18 190:24 | 55:4,5 58:6,9 | 176:17 179:22 | 263:6,12 |
| 191:24 195:11 | 58:10,18 59:6 | 180:17 182:23 | 264:17 265:7 |
| 210:4 220:16 | 59:7,12 62:24 | 182:24 183:25 | 265:10,15,22 |
| 229:23 231:6 | 63:8 64:17 | 184:8,18 | 269:5 272:13 |
| 235:7 263:14 | 65:5 121:18 | 185:10,10,15 | 273:6 277:13 |
| 268:9 | 127:12,17,18 | 185:17 186:2,2 | 283:1,11,17,24 |
| **wanted**  16:14 | 128:10 129:12 | 186:23,23 | **water's**  188:17 |
| 16:24 29:2,3 | 129:13,14 | 187:2,5,11,12 | **waterloo**  42:14 |
| 39:23 45:8 | 133:25 134:3,4 | 187:14,16,17 | 42:19,25 |
| 113:5 122:13 | 134:5,6,6,9,11 | 189:7 190:15 | **watermodeling** |
| 127:25 128:18 | 136:4 138:4,10 | 191:2 201:19 | 4:14,18,19,22 |
| 128:21 130:3 | 138:18,19 | 201:20 202:1,6 | 4:23 5:4,6,8 |
| 146:16 246:9 | 139:25 141:12 | 205:8 206:19 | 196:12 199:21 |
| 262:8,12,14 | 142:3,6 143:12 | 211:8,19 212:8 | 217:2 239:11 |
| 263:20 285:17 | 143:13 145:16 | 212:9,9,10 | 247:4 |
| 286:6 | 148:1,14 150:4 | 213:5 214:13 | **way**  15:23 |
| **warehouse** | 153:3,20 155:4 | 216:1,8,20 | 17:12 21:13 |
| 48:24 | 155:8,12,17 | 218:8 227:4,4 | 22:12 43:5 |
| **washington** | 156:9,10,15,17 | 227:6 230:2,3 | 51:21 52:21 |
| 1:13 2:15 5:19 | 156:18,19,22 | 231:22 232:22 | 69:15 70:8,9 |
| 6:8 64:7,14 | 157:1,8,16,17 | 234:7 235:14 | 76:15 83:20 |
| 65:14,21 106:9 | 157:20,21,25 | 235:23 238:9 | 87:12 90:9 |
| 281:17,22 | 158:2,5,9,13,15 | 242:21 245:4,5 | 99:20 112:17 |
| 290:8 | 158:19,22,23 | 250:19,20,24 | 128:12,25 |
| **waste**  266:7,13 | 159:1,4,5,6,7 | 254:23 255:16 | 134:7 146:23 |
| **watch**  260:17 | 159:19 160:8 | 255:18,23,24 | 155:6 169:23 |
| 260:24 | 160:14 161:3,5 | 256:3,9,21,24 | 170:18 176:13 |
| **water**  1:4 4:13 | 161:9 162:7,17 | 256:25 257:7 | 194:4 199:18 |
| 4:20 6:9 17:13 | 163:10,11,14 | 258:19 259:7,8 | 209:17 210:6 |
| 28:23,24 30:24 | 166:9,10,10,11 | 259:10,20 | 210:20 217:15 |
| 31:5,6,9,13 | 166:13 167:5,6 | 260:5,8,11,14 | 221:6 222:12 |
| 32:9 33:9,12 | 167:10,11,16 | 260:20 261:11 | 223:4 226:3 |

Golkow Technologies,
A Veritext Division
877-370-3377  www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-10   Filed 06/04/25   Page 364 of 370

228:10 234:18
246:18 253:4
254:12 262:23
263:5 268:18
268:18 269:21
271:14 272:21
272:23 275:17
281:10 288:18
**ways**  268:7,17
271:15
**we've**  19:14
21:18 41:7,17
43:10 75:20
89:5 100:3,13
100:23 101:13
180:8 191:11
203:10 232:3
246:6 247:8
285:9
**wear**  126:3,4
**wearing**  126:6
126:25
**webpage**  84:21
**website**  80:17
81:18 92:20
93:2 102:13
**week**  66:11
170:7,8,12
172:5
**weeks**  111:23
170:4
**weir**  174:13
**weitz**  2:7

**weitzlux.com**
2:10,11
**wells**  5:9 49:14
186:7,13,15,17
186:20,25
187:5 193:6
201:20 202:2,7
205:7,9,15,19
206:13,14,14
206:22 207:10
207:11,12,22
207:22,24
209:22 212:10
212:20,20,21
213:3 216:16
216:16 218:15
219:24,25
220:3,4,5,7
221:12 223:2,3
223:15 224:6
224:14 225:2
225:10 227:3,4
231:11 236:11
236:11,20
237:5,11,13,17
237:18,21,22
238:1,2,3,8,16
239:2 242:19
243:1,2,6
245:16,25
246:3,19,22
248:19 249:16
253:13 275:10
275:19 276:9

276:14 283:12
**went**  28:7 29:4
29:23 30:2
33:2,22,22
34:3,5,7,8,18
48:21,22 49:12
50:11,15 51:10
51:13 74:12
75:23 92:4
120:4 122:24
129:21 130:24
138:22,23
139:1,2 142:25
143:2,3 145:5
167:25 168:7
168:13 171:12
171:15 206:9
207:21 224:17
239:15 241:7
241:15 243:23
247:21 256:19
257:10 260:4
279:25 281:10
**whereof**  288:20
**white**  107:14
**wide**  175:3
**wife**  40:15
**williams**  22:19
23:21 48:15,16
49:18 240:5,7
**wilmington**
218:3
**wise**  157:13
243:23

**wish**  37:24
40:23 54:10
55:18 57:13
74:19 128:24
135:20 144:23
195:23 223:19
234:6 235:12
260:1 263:11
265:18 268:14
269:16 275:17
286:20 289:4
**wishful**  222:6
**withdraw**
24:12 209:15
259:13 270:5
270:12,12
**withdrawing**
259:15
**withdrawn**
3:21
**witness**  1:11
7:2 11:11
12:18 13:16,17
14:18 18:13
19:2,18 20:6
21:12 23:2,9
24:6,16 28:19
32:2,19 37:4
41:11 43:24
52:20 53:10
54:17 57:25
58:23 59:23
60:15,25 62:3
63:3 64:23

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ      Document 397-10      Filed 06/04/25      Page 365 of 370

| | | | |
|---|---|---|---|
| 65:4,10 66:9 | 187:4 189:20 | 285:7,25 | 73:20 76:6,9 |
| 68:5 70:7 71:8 | 192:8 193:11 | 286:10,18 | 79:13,23 82:20 |
| 71:18 72:22 | 193:23 197:19 | 288:8,11,15,20 | 83:2 88:8 |
| 73:19 77:21 | 198:16 201:8 | **witnessed** | 91:17 93:6,9 |
| 84:15 87:8 | 205:25 206:12 | 121:19 260:8 | 94:1,5 99:23 |
| 94:4 99:14 | 208:25 209:9 | **witnesses** 3:25 | 100:22 101:4,5 |
| 101:10 102:5 | 211:22 214:1 | 106:18 107:19 | 101:15 102:1,2 |
| 102:21 103:25 | 214:11 215:7 | 108:6 | 102:24 103:1,2 |
| 105:4 106:2,22 | 215:22 217:23 | **word** 17:17 | 105:13 107:6 |
| 107:2 109:3,16 | 219:5 222:5,19 | 71:18 83:22 | 115:25 118:14 |
| 110:1,17 111:6 | 223:18 224:21 | 84:15 108:21 | 121:3,9 127:12 |
| 111:10,11 | 227:14 228:25 | 129:19 167:25 | 129:21,22 |
| 112:21 114:21 | 230:19 231:3 | 206:18 240:19 | 130:24 131:9 |
| 115:6 117:16 | 231:17 232:3,7 | **wording** | 138:16 144:7,9 |
| 118:21 119:19 | 233:14,23 | 215:14,14 | 163:8 171:1 |
| 120:3 124:5 | 234:12 235:2 | **words** 173:17 | 190:7 193:18 |
| 125:10 130:13 | 236:16,23 | 206:4 222:6 | 225:2 232:24 |
| 131:13 132:21 | 237:8,25 | **work** 15:1,10 | 256:20 259:5 |
| 133:14 136:13 | 238:19 239:5 | 18:2,21 19:6 | 259:18 284:7,8 |
| 137:11,21 | 240:11 242:25 | 25:17,19,23 | 285:2,3,16 |
| 139:24 144:21 | 243:14,22 | 26:1,5,7 29:17 | 286:5 |
| 146:4,12 | 244:7 245:2,12 | 30:13 31:16,21 | **worked** 39:8 |
| 148:11 160:12 | 245:18 246:15 | 32:4,15 33:16 | 40:2 58:20 |
| 161:1 164:10 | 248:22 249:25 | 34:21,22 38:8 | 62:13 64:8 |
| 166:25 169:4 | 253:11 255:10 | 38:25 39:14,17 | 159:19 162:17 |
| 169:12 174:6 | 255:22 256:13 | 39:21 41:14 | **working** 11:24 |
| 174:22 175:24 | 256:23 257:18 | 42:21 46:11,17 | 18:8 38:7 52:4 |
| 176:22 177:12 | 258:1,11,25 | 47:19 49:3 | 79:15 83:1 |
| 178:8,19 179:4 | 261:17 265:3 | 51:8 57:14,21 | 88:22 99:11 |
| 179:17 180:9 | 273:1 274:3 | 58:17 59:13,20 | 107:1 160:4 |
| 180:23 181:8 | 276:3,17 277:8 | 59:21 61:22,24 | 162:19 224:21 |
| 181:19 182:11 | 277:24 280:23 | 62:12,25 63:9 | 232:2 252:23 |
| 183:11 185:3 | 281:7 282:5 | 63:9 64:1,5,10 | 277:15 |
| 186:1,12,20 | 283:8 284:14 | 64:12 67:3 | |

Golkow Technologies,
877-370-3377                    A Veritext Division                    www.veritext.com
Case 7:23-cv-00897-RJ     Document 397-10     Filed 06/04/25     Page 366 of 370

| | | |
|---|---|---|
| **works** 76:15 | **y** | **yield** 185:11 |
| 245:5 | | **york** 2:9,9 |
| **world** 57:13 | **yeah** 112:3 | **z** |
| 276:5 | 123:2,12 125:3 | |
| **worry** 198:25 | 191:8,23 | **zero** 87:17 |
| 199:1 | 207:20 265:5 | 268:11,15 |
| **worst** 185:8 | 265:24 284:16 | **zoom** 1:12 2:18 |
| **write** 15:14 | **year** 34:5 57:5 | |
| 121:19 164:7 | 75:4 252:18 | |
| 282:23 | 266:23 | |
| **writing** 282:18 | **years** 21:14 | |
| **written** 67:17 | 38:11 39:2 | |
| 68:15 | 44:5,6,10,15 | |
| **wrong** 7:23 | 47:2,9,17,25 | |
| 194:20 230:11 | 59:6 60:3,3 | |
| 230:13,17,23 | 62:21,22 | |
| 230:25 231:4,7 | 108:23 132:8 | |
| 231:8,9 275:18 | 138:17 162:19 | |
| 276:7,8 | 162:20,20 | |
| **wrote** 24:7 | 169:8 172:10 | |
| 108:18 110:15 | 183:13 214:22 | |
| 111:4 112:17 | 214:22 215:11 | |
| 206:17 257:18 | 215:13 255:6 | |
| 258:18 | 264:25 268:11 | |
| **wtp** 148:14 | 268:13 273:13 | |
| **wtps** 184:9 | 273:20 274:8 | |
| **x** | 276:10 281:20 | |
| | 281:21 | |
| **x** 3:1 227:5 | **yellow** 93:19 | |
| 229:2 | 99:5 134:15 | |
| **xyz** 75:2 | **yep** 43:12 | |
| | **yesterday** 15:9 | |
| | 15:11,17 45:24 | |
| | 46:4 | |

Golkow Technologies,
877-370-3377              A Veritext Division              www.veritext.com
Case 7:23-cv-00897-RJ      Document 397-10      Filed 06/04/25      Page 367 of 370

# Federal Rules of Civil Procedure

## Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.