# EXHIBIT 11

# Leonard F. Konikow, PhD, NAE

## Contact Information

11316 Myrtle Ln, Reston, VA 20191; 703-855-5498 (Cell); email: LFKonikow@gmail.com

## Education

| | |
|---|---|
| 1966 | BA, Geology, Hofstra University, Hempstead, New York |
| 1969 | MS, Geology, Pennsylvania State University |
| 1973 | PhD, Geology, Pennsylvania State University |

## Work Experience

| | |
|---|---|
| 2020-2023 | Editor-in-Chief, *Groundwater* journal |
| 2013-2023 | Emeritus Scientist, Water Mission Area, U.S. Geological Survey |
| 1980–2013 | Project Chief, Natl. Research Program, Water Resources Division, U.S. Geological Survey, Research Project "Digital modeling of transport in saturated zone" |
| 1978–1980 | Staff Hydrologist, Ground Water Branch, U.S. Geological Survey, Reston, Virginia |
| 1974–1978 | Project Chief, Research Project "Solute Transport in Ground Water," U.S. Geological Survey, Central Region, Lakewood, Colorado |
| 1972–1974 | Project Chief, Subsurface Waste Investigations, U.S. Geological Survey, Lakewood, Colo. |
| 5/66-7/66 | Hydrogeologist assistant, Geraghty & Miller, Inc., Groundwater Consultants, Port Washington, NY. |

## Other Experience*

*Instructor and lecturer at:*

| | |
|---|---|
| Fall 1991 & 1992 | Department of Environmental Sciences, University of Virginia |
| Fall 1997 | Department of Geological Sciences, Stanford University |

## Professional Societies*

- American Geophysical Union (AGU) (1970–present; elected Fellow, 2001)
- AGU Spring Meeting Program Chairman for Hydrology (1984–1987)
- AGU Groundwater Committee (1977–1986; Chairman, 1980–1982)
- Geological Society of America (GSA) (1974–present; Fellow since 1990)
- Management Board, Hydrogeology Division, GSA (1991–1995); Chair (1993-1994)
- International Association of Hydrogeologists (IAH) (1985–present); IAH Vice President, North America and IAH Executive Council (2009-2012); Chairman of U.S. National Chapter, IAH (2001–2004)
- National Ground Water Association (NGWA), Scientists and Engineers Division (SAE) (1990–present)
- NGWA/SAE—Board of Directors (1996–2000)
- American Institute of Hydrology (Certified Professional Hydrogeologist) (1991–2023)
- Registered Professional Geologist, Pennsylvania (1996–2023)

## Honors and Awards*

- Birdsall Distinguished Lecturer (1985–1986), GSA, Hydrogeology Division
- M. King Hubbert Science Award (1989), Life Member Award (2013) National Ground Water Association
- O.E. Meinzer Award (1997), Distinguished Service Award (2000), GSA, Hydrogeology Division
- C.V. Theis Award (1998), American Institute of Hydrology
- Distinguished Service Award (1999), U.S. Department of Interior
- Elected as Fellow (2001), American Geophysical Union
- President's Award (2001), International Association of Hydrogeologists
- **Elected to National Academy of Engineering (2015)**

* **Partial list; more details available upon request.**

## Selected Professional Activities*

- Rocky Mountain Arsenal (Colorado) Technical Review Committee (1975–1977)
- National Research Council, Panel on Groundwater Contamination (1981–1982)
- National Research Council, Committee on Ground-Water Modeling Assessment (1987–1989)
- National Research Council, Waste Isolation Pilot Plant Committee (1989–1997)
- Peer Review Panel, U.S. EPA Environmental Monitoring Systems Lab, Las Vegas, Nevada (1991)
- National Science Foundation, Review Panel for Hydrologic Sciences and interim staff assistant (1992)
- Member of Modeling Project Subcommittee, Science Advisory Board, U.S. EPA (1993)
- Associate Editor, Ground Water Journal (1993–1995); Water Resources Research (1981-1984)
- Adviser to U.S. AID project studying seawater intrusion in Gaza and Morocco (1994–1997)
- National Research Council, Committee on Principles and Operational Strategies for Staged Repository Systems (2001–2002)
- Expert Peer Review Panel for ATSDR to evaluate historical ground-water contamination and water-supply distribution problems at Tarawa Terrace, U.S. Marine Corps Base, Camp Lejeune, NC (March 2005)
- Expert Peer Review Panel for the South Florida Water Management District (SFWMD) to evaluate East Central Florida Transient model (Oct. 2006-Feb. 2007)
- Coastal Sound Science Initiative Technical Advisory Committee for Georgia and S.C. (2008)
- Expert Peer Review Panel for ATSDR to evaluate historical ground-water contamination at Hadnot Point area of the U.S. Marine Corps Base, Camp Lejeune, NC (April, 2009)
- International Scientific Advisory Committee for the National Centre for Groundwater Research & Training of Australia (2009-2014)
- Member of an Independent Review Panel to evaluate the Death Valley Regional Flow System Project for the USGS Nevada Water Science Center (March-July 2014)
- AGI, Geoscience Policy Advisory Comm. (2005-16); Critical Needs Working Group (2015-16)
- Invited lecturer, McCormick Specialized Reporting Institute 2015: Covering Water in a Changing World, University of Florida, College of Journalism & Communications, Gainesville, FL (Nov. 2015)
- Chair, DOE Expert Peer Review Panel for the Rainier Mesa/Shoshone Mountain Flow and Transport Model, Nevada National Security Site (NNSS), Nevada (Oct. 2017-April 2018)
- Member, DOE Expert Peer Review Panel for the Pahute Mesa Flow and Transport Model, NNSS (2022)

## Publications*

Author or coauthor of numerous articles in peer-reviewed journals, government publications, conference proceedings, book chapters, and talks given at professional society meetings (complete detailed list available on request).

Konikow, L.F., and Bredehoeft, J.D., 1974, Modeling flow and chemical-quality changes in an irrigated stream-aquifer system: Water Resources Research, v. 10, no. 3, p. 546-562.

Konikow, L.F., and Bredehoeft, J.D., 1978, Computer model of two-dimensional solute transport and dispersion in ground water: U.S. Geol. Survey Techniques of Water-Resources Investigations, Book 7, Chapter C2, 90 p.

Konikow, L.F., 1986, Predictive accuracy of a ground-water model -- Lessons from a postaudit: Ground Water, v. 24, no. 2, p. 173-184.

Konikow, L.F., and Bredehoeft, J.D., 1992, Ground-water models cannot be validated: Adv. Water Res., v. 15, no. 1, p. 75-83.

Ewing, R.C., Tierney, M.S., Konikow, L.F., and Rechard, R.P., 1999, Performance assessments of nuclear waste repositories: A dialogue on their value and limitations: Risk Analysis, v. 19, no. 5, p. 933-958.

Konikow, L.F., and Kendy, E., 2005, Groundwater depletion: A global problem: Hydrogeol. Jour., v. 13, no. 1, p. 317-320.

Konikow, L.F., 2011, The Secret to Successful Solute-Transport Modeling: Ground Water, v. 49, no. 2, p. 144-159. doi: 10.1111/j.1745-6584.2010.00764.x.

Bredehoeft, J.D., and Konikow, L.F., 2012, Reflections on Our Model Validation Editorial: Ground Water, v. 50, no. 4, p. 495.

Konikow, L.F., and Leake, S.A., 2014, Depletion and Capture: Revisiting "The Source of Water Derived from Wells": Groundwater, v. 52, no. S1, p. 100-111. DOI: 10.1111/gwat.12204.

Konikow, L.F., 2015, Long-term groundwater depletion in the United States: Groundwater, v. 53, no. 1, p. 2-9.

Konikow, L.F. and J.D. Bredehoeft, 2020. Groundwater Resource Development: Effects and Sustainability. The Groundwater Project, Guelph, Ontario, Canada. https://gw-project.org/books/groundwater-resource-development/

* **Partial list; more details available upon request.**