# EXHIBIT 12

Jan. 13, 2025

**Leonard F. Konikow**

**Publications During Past 10 Years**


Konikow, L.F., 2015, Long-term groundwater depletion in the United States: Groundwater, v. 53, no. 1, p. 2-9, doi: 10.1111/gwat.12306.

Alley, W.M., and Konikow, L.F., 2015, Bringing GRACE Down to Earth: Groundwater, v. 53, no. 6, p. 826-829, doi: 10.1111/gwat.12379.

Simmons, C.T., Anderson, M.P., Bredehoeft, J.D., Freeze, R.A., Gorelick, S.M., Konikow, L.F., de Marsily, G., Sudicky, E.A., and Voss, C.I., 2015. *Call for an International Strategic Plan for Groundwater*, Aqua 2015 - Hydrogeology: Back to the Future, 42nd International Congress of the International Association of Hydrogeologists, September 13-18, Rome, Italy.

Konikow, L.F., 2020, Passing the Torch. [Editorial] Groundwater, v. 58, no. 1, p. 1-2. doi: 10.1111/gwat.12964.

Marshall, S.K., Cook, P.G., Konikow, L.F., Simmons, C.T., and Dogramaci, S., 2020, Conjoint use of hydraulic head and groundwater age data to detect hydrogeologic barriers. *Hydrogeology Journal,* v. 28, 1003–1019. https://doi.org/10.1007/s10040-019-02095-9

Konikow, L.F. and J.D. Bredehoeft, 2020. Groundwater Resource Development: Effects and Sustainability. The Groundwater Project, Guelph, Ontario, Canada. https://gw-project.org/books/groundwater-resource-development/.

Konikow, L.F., 2021, Science and Politics. [Editorial] Groundwater, v. 59, no. 3, p. 310–311. doi: 10.1111/gwat.13097.

S.K. Marshall, P.G. Cook, C.T. Simmons, L.F. Konikow, and S. Dogramaci. 2022. An Approach to Include Hydrogeologic Barriers With Unknown Geometric Properties in Groundwater Model Inversions. Water Resources Research, 58(7). https://doi.org/10.1029/2021WR031458

Scanlon, B.R., Fakhreddine, S., Rateb, A., I. de Graaf, J. Famiglietti, T. Gleeson, R.Q. Grafton, E. Jobbagy, S. Kebede, S. Kolusu, L.F. Konikow, *et al.* 2023. Global water resources and the role of groundwater in a resilient water future. *Nat. Rev. Earth Environ.* **4**, 87–101. https://doi.org/10.1038/s43017-022-00378-6

L.F. Konikow, E.G. Reichard, and M.J. King, 2023, John D. Bredehoeft (1933-2023)—A Geologist at the Frontiers of Hydrogeology. Groundwater, v. 61, no. 3, p. 446-451. https://doi.org/10.1111/gwat.13313.

Konikow, L.F., 2023, Peer Review: Again. [Editorial] Groundwater, v. 61, no. 3, p. 289-290. doi: 10.1111/gwat.13312.