# EXHIBIT 14

1                IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NORTH CAROLINA
2                        SOUTHERN DIVISION
                        No. 7:23-cv-897
3
    ----------------------------    )
4                                   )
    IN RE:                          )
5                                   )
    CAMP LEJEUNE WATER              )
6    LITIGATION                     )
                                    )
7    This Document Relates To:      )
                                    )
8    ALL CASES                      )
                                    )
9    ----------------------------    )
10
              VIDEOTAPED VIDEOCONFERENCE DEPOSITION
11
                   UPON ORAL EXAMINATION
12
                   OF DAN WADDILL, Ph.D.
13
            TAKEN ON BEHALF OF THE PLAINTIFFS
14
                     Norfolk, Virginia
15
                  Tuesday, August 6, 2024
16
                     11:07 a.m. EST
17
18
19
20
21
22
23      Reported by:
24      Bobbi J. Case, RPR, CCR
25

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 2 of 332

```
 1      Appearances:

 2

        For the Plaintiffs:

 3

 4            MOTLEY RICE, LLC

 5            28 Bridgeside Boulevard

 6            Mount Pleasant, SC  29464

 7            (843) 216-9152

 8            By:  KEVIN R. DEAN, ESQUIRE

 9                 kdean@motleyrice.com

10                 (Via videoconference)

11

12      For the Defendants:

13            U.S. DEPARTMENT OF JUSTICE

14            Environmental Tort Litigation, Torts Branch

15            P.O. Box 340, Ben Franklin Station

16            Washington, DC  20044

17            (202) 552-9843

18            By:  KAILEY SILVERSTEIN, ESQUIRE

19                 kailey.silverstein@usdoj.gov

20                 HAROON ANWAR, ESQUIRE

21                 haroon.anwar@usdoj.gov

22

23

24

25
```

1    Appearances (Continued):

2

3    For the Navy:

4         NAVFAC ATLANTIC

5         Office of Counsel

6         6506 Hampton Boulevard

7         Norfolk, VA  23508

8         (757) 262-8016

9         By:  JENNIFER BENTIVEGNA, ESQUIRE

10              jennifer.e.bentivegna.civ@us.navy.mil

11

12

13

14

15

16

17    Also Present:

18         Gary Payne, Jr., Video Specialist

19         Golkow/Veritext Litigation Services

20

21

22

23

24

25

Golkow Technologies,
A Veritext Division
877-370-3377                                   www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 4 of 332

1                          I N D E X

2     DEPONENT                                    PAGE

3     DAN WADDILL, Ph.D.

4        DIRECT EXAMINATION

5              BY MR. DEAN                         15

6        CROSS-EXAMINATION

7              BY MS. SILVERSTEIN                 178

8        REDIRECT EXAMINATION

9              BY MR. DEAN                        235

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 5 of 332

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Plaintiff's Notice of Rule 30(b)(1) Individual Deposition, 7 pages | 27 |
| Exhibit 2 | Memo from Mary Ann Simmons to Scott R. Williams and Dan W. Waddill; Subject:  E-mailing: CL Notification 12-04, CL Studies & Reviews 12-04, CL General Health & Exposure 12-04, CL Legal Issues FAQ 12-04, CL Water Contamination 12-04, CL water model FAQ 12-04; with attachments; December 5, 2008; Contains Information Subject to Protective Order:  Do Not Disclose to Unauthorized Persons; CLJA_NAVY_WADDILL_ HC_0000000263-318 | 39 |
| Exhibit 3 | Epimonitor, Special Issue, An Interview with Geoffrey Kabat, Epidemiologist at the Albert Einstein College of Medicine and Author of "Hyping Health | 63 |

Golkow Technologies,
A Veritext Division
877-370-3377                                www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 6 of 332

```
 1                    Risks--Environmental Hazards in
 2                    Daily Life and the Science of
 3                    Epidemiology"; Contains
 4                    Information Subject to
 5                    Protective Order:  Do Not
 6                    Disclose to Unauthorized
 7                    Persons; CLJA_NAVY_WADDILL_
 8                    HC_0000000545-562
 9     Exhibit 4      Memo from Dan W. Waddill to          75
10                    Scott R. Williams and Kim P.
11                    Brown; Subject:  RE:  Agenda for
12                    July 15 DHWG meeting; July 8,
13                    2010; Signed by
14                    dan.waddill@navy.mil; with
15                    attachment; Contains Information
16                    Subject to Protective Order:  Do
17                    Not Disclose to Unauthorized
18                    Persons; CLJA_NAVY_WADDILL_
19                    HC_0000000975-1011
20     Exhibit 5      Camp Lejeune Data Mining            88
21                    Technical Workgroup Plan of
22                    Operation, July XX, 2010, Draft,
23                    July 9, 2010, "Do Not Cite or
24                    Quote"; Contains Information
25                    Subject to Protective Order:  Do
```

```
 1                    Not Disclose to Unauthorized
 2                    Persons; CLJA_NAVY_WADDILL_HC_
 3                    0000000421-454
 4     Exhibit 6      ATSDR Modeling Report, Tarawa          93
 5                    Terrace, Contains Information
 6                    Subject to Protective Order:  Do
 7                    Not Disclose to Unauthorized
 8                    Persons, CLJA_NAVY_WADDILL_HC_
 9                    0000000645-694
10     Exhibit 7      PowerPoint Slides, DON                120
11                    Perspective on ATSDR Water
12                    Modeling at Camp Lejeune,
13                    January 2011, Contains
14                    Information Subject to
15                    Protective Order:  Do Not
16                    Disclose to Unauthorized
17                    Persons, CLJA_NAVY_WADDILL_HC_
18                    0000000363-374
19     Exhibit 8      Camp Lejeune Water Model, Hadnot      124
20                    Point, 3/19/2013, Contains
21                    Information Subject to
22                    Protective Order:  Do Not
23                    Disclose to Unauthorized
24                    Persons, CLJA_NAVY_WADDILL_
25                    HC_0000000319-362
```

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 8 of 332

1    Exhibit 12    Analyses of Groundwater Flow,        128

2                  Contaminant Fate and Transport,

3                  and Distribution of Drinking

4                  Water at Tarawa Terrace and

5                  Vicinity, U.S. Marine Corps Base

6                  Camp Lejeune, North Carolina:

7                  Historical Reconstruction and

8                  Present-Day Conditions; Chapter

9                  A:  Summary of Findings; ATSDR,

10                 Atlanta, Georgia; July 2007;

11                 Contains Information Subject to

12                 Protective Order:  Do Not

13                 Disclose to Unauthorized

14                 Persons; 116 pages

15   Exhibit 9     Various documents with cover        137

16                 sheet being Action Items:  Dan &

17                 Morris meet, Notes, Contains

18                 Information Subject to

19                 Protective Order:  Do Not

20                 Disclose to Unauthorized

21                 Persons,

22                 CLJA_NAVY_WADDILL_HC_0000000153-

23                 220

24   Exhibit 10    Various e-mails, the first          148

25                 document being an e-mail from

Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 9 of 332

```
1                    Dan W. Waddill to Mary Ann
2                    Simmons, Scott R. Williams,
3                    Mario O. Dumenigo, Kim P. Brown,
4                    Brian P. Harrison, Wanda Holmes,
5                    Edward J. Newbaker, Christopher
6                    D. Gamache, Christopher P.
7                    Rennix, and Uzo Chukwuma;
8                    Subject:  RE:  Major After
9                    Action from DON/ATSDR Meeting of
10                   7/16/09; signed by
11                   dan.waddill@navy.mil; July 17,
12                   2009; 6:07 p.m.; Contains
13                   Information Subject to
14                   Protective Order:  Do Not
15                   Disclose to Unauthorized
16                   Persons; CLJA_NAVY_WADDILL
17                   _HC_0000000909-974
18    Exhibit 11    Various documents with cover          162
19                   sheet being Action Items:  Dan &
20                   Morris meet, Notes, Contains
21                   Information Subject to
22                   Protective Order:  Do Not
23                   Disclose to Unauthorized
24                   Persons, CLJA_NAVY_WADDILL_
25                   HC_0000000153-220
```

1    Exhibit 13    Analyses of Groundwater Flow,        164

2                  Contaminant Fate and Transport,

3                  and Distribution of Drinking

4                  Water at Tarawa Terrace and

5                  Vicinity, U.S. Marine Corps Base

6                  Camp Lejeune, North Carolina:

7                  Historical Reconstruction and

8                  Present-Day Conditions; Chapter

9                  A:  Summary of Findings; ATSDR,

10                 Atlanta, Georgia; July 2007;

11                 Contains Information Subject to

12                 Protective Order:  Do Not

13                 Disclose to Unauthorized

14                 Persons; 116 pages,

15   Exhibit 14    ENCToday.com Article:  ATSDR        165

16                 report sheds light on extent of

17                 Lejeune water contaminants;

18                 October 22, 2010; Contains

19                 Information Subject to

20                 Protective Order:  Do Not

21                 Disclose to Unauthorized

22                 Persons; CLJA_NAVY_WADDILL_HC

23                 _0000000823-908

24

25

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 11 of 332

1        Exhibit 15    Flights of Imagination;              174
2                      Intelligent Design; An essay on
3                      Intelligent Design from Salvo
4                      #65 in Headquarters; An Engineer
5                      Examines Darwinian Explanations;
6                      by Dan Waddill; Salvo Magazine;
7                      6 pages
8        Exhibit 16    Dan W. Waddill, P.E., Ph.D.,         178
9                      Curriculum Vitae, 4 pages
10       Exhibit 17    Letter from B.P. Harrison, MPA,      220
11                     P.E., to Thomas Sinks, Ph.D.,
12                     National Center for
13                     Environmental Health/Agency for
14                     Toxic Substances and Disease
15                     Registry; June 19, 2008; with
16                     attachment, Assessment of ATSDR
17                     Water Modeling for Tarawa
18                     Terrace;
19                     CLJA_2019ATSDR04-0000002372-2379
20       Exhibit 18    Analyses of Groundwater Flow,        243
21                     Contaminant Fate and Transport,
22                     and Distribution of Drinking
23                     Water at Tarawa Terrace and
24                     Vicinity, U.S. Marine Corps Base
25                     Camp Lejeune, North Carolina:

Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 12 of 332

```
 1                Historical Reconstruction and
 2                Present-Day Conditions, Response
 3                to the Department of the Navy's
 4                Letter on:  Assessment of ATSDR
 5                Water Modeling for Tarawa
 6                Terrace; ATSDR, Atlanta,
 7                Georgia, March 2009; 64 pages
 8    Exhibit 19  Memorandum:  Subject:  ATSDR        245
 9                Camp Lejeune Water Modeling;
10                CH00000038-44, Disco ID 448046-1
11                to 7
12    Exhibit 20  Analyses of Groundwater Flow,       251
13                Contaminant Fate and Transport,
14                and Distribution of Drinking
15                Water at Tarawa Terrace and
16                Vicinity, U.S. Marine Corps Base
17                Camp Lejeune, North Carolina:
18                Historical Reconstruction and
19                Present-Day Conditions, Response
20                to the Department of the Navy's
21                Letter on:  Assessment of ATSDR
22                Water Modeling for Tarawa
23                Terrace; ATSDR, Atlanta,
24                Georgia, March 2009; Contains
25                Information Subject to
```

Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 13 of 332

1              Protective Order:  Do Not
2              Disclose to Unauthorized
3              Persons; ATSDR_WATERMODELING_
4              01-0000887461-887524
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 14 of 332

1                Videotaped videoconference deposition

2       upon oral examination of DAN WADDILL, Ph.D., taken

3       on behalf of the Plaintiffs, before Bobbi J. Case,

4       a Registered Professional Reporter and Notary

5       Public for the Commonwealth of Virginia at Large,

6       pursuant to notice, commencing at 11:07 a.m. EST

7       on Tuesday, August 6, 2024, at the offices of

8       NAVFAC Atlantic, Office of Counsel, 6506 Hampton

9       Boulevard, Norfolk, Virginia; and this in

10      accordance with the Federal Rules of Civil

11      Procedure.

12

13              THE VIDEOGRAPHER:  This is the video

14      deposition of Dr. Dan Waddill in the matter of

15      Camp Lejeune Water Litigation, U.S. District

16      Court, Eastern District of North Carolina, Case

17      No. 7:23-cv-897.

18              This is being held at 6506 Hampton

19      Boulevard, Norfolk, Virginia.

20              The time is 11:07 a.m., August 6,

21      2024.

22              My name is Gary Payne, Jr., on behalf

23      of Golkow.

24              Will the counsel please introduce

25      themselves?

```
 1                  MR. DEAN:  Good morning.  My name is
 2      Kevin Dean.  I'm here on behalf of Camp Lejeune
 3      plaintiffs.
 4                  MS. SILVERSTEIN:  Kailey Silverstein
 5      on behalf of the United States.
 6                  MR. ANWAR:  Haroon Anwar on behalf of
 7      the United States.
 8                  MS. BENTIVEGNA:  Jennifer Bentivegna
 9      on behalf of the Navy.
10                  THE VIDEOGRAPHER:  We are now on the
11      record.
12                  Would you please swear in the
13      witness?
14
15                  DAN WADDILL, Ph.D., was sworn and
16      deposed on behalf of the Plaintiffs as follows:
17
18                       DIRECT EXAMINATION
19      BY MR. DEAN:
20           Q.   All right.  Good afternoon,
21      Dr. Waddill.  My name is Kevin Dean.  I hope
22      you're doing well this morning.
23           A.   Yes, sir.  You, too.
24           Q.   A couple of preliminaries before we
25      get started, just to make sure you and I are on
```

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 16 of 332

1    the same page.

2             Have you ever had your deposition

3    taken before?

4         A.   No.

5         Q.   Okay.  Well, I always tell everybody,

6    welcome to the club.

7             Secondly, I need for you to let me

8    finish my question before you answer, because the

9    court reporter can't take both of us down at the

10   same time.

11        A.   Understood.

12        Q.   Okay.  Also -- of course, I can be an

13   offender of that as well.  So if we talk over one

14   another, the court reporter is going to get mad at

15   both of us.

16            Also, I need you to answer orally.

17   Even though video takes down nods of the head, the

18   court reporter needs you to answer yes or no or,

19   you know, answer orally.

20            If you need to take a break, tell me

21   you want to take a break.  We can go off record

22   easily enough and come back if we need to.

23            I'm going to try to go through -- I

24   don't know how you feel about lunch.  I'm going to

25   try and go through and maybe be finished by 3:00,

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 17 of 332

1    but if you feel like you want to take, you know, a
2    lunch break, 30 minutes or whatever, that's fine.
3                   I know we're getting started late and
4    I apologize, but it's sort of out of my control in
5    Charleston, in the Low Country.
6                   I usually try to break every hour or
7    hour and 15 minutes, but if you, again, need a
8    break, let me know.
9                   If you don't understand one of my
10   questions, stop me and tell me you don't
11   understand my question.  Sometimes I can ask two
12   questions in one sentence and not even recognize
13   it, and I just want to make sure you understand my
14   questions.  Okay?
15           A.   Okay.  Sounds good.
16           Q.   All right.  And you also understand
17   you're under oath?
18           A.   Yes.
19           Q.   All right.  So for the record, would
20   you give us your full name?
21           A.   Dan Waddill.
22           Q.   Okay.  And, Dr. Waddill, can you tell
23   me a little bit about your -- and just summarize
24   it, maybe beginning with college -- your
25   educational background?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 18 of 332

1           A.   I graduated from Davidson College in
2    1983.
3                I graduated from Virginia Tech in
4    1998 with a Ph.D. in civil engineering.  My
5    emphasis was in the environmental field;
6    specifically, groundwater contaminant transport
7    modeling.
8           Q.   Okay.  And where are you currently
9    employed?
10          A.   I'm employed by NAVFAC Atlantic.
11   That's the Naval Facilities Engineering Systems
12   Command.  We say "NAVFAC."
13               So it's NAVFAC Atlantic in Norfolk,
14   Virginia.
15          Q.   All right.  When did you go to work
16   for NAVFAC?
17          A.   2000.
18          Q.   So tell me what you did between 1998
19   and 2000 when you went to work with NAVFAC.
20          A.   I was --
21               '98 to 2000.
22               I was working -- yeah, working
23   briefly out West in Colorado.
24          Q.   How did it come about that you took a
25   position with NAVFAC?

Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 19 of 332

1            And I guess what I'm asking you is,
2    did you see an ad somewhere?  Did you know someone
3    that worked at NAVFAC?  Did you see -- apply
4    online?  Or how is it that you became aware that
5    there might be an opening and made application to
6    NAVFAC?
7            A.   My adviser at Virginia Tech had done
8    work with NAVFAC, and he made me aware of the
9    opening, and I applied for it.
10           It was an online application.
11           Q.   Okay.  Now, what is your current
12    title or position?
13           A.   I'm a supervisor.  My title is the
14    Vieques and Munitions Response branch head.
15           Q.   What was the first word?
16           A.   Vieques.  It's V-i-e-q-u-e-s.  It's a
17    small island in Puerto Rico.
18           Q.   Okay.  And so that -- is that sort of
19    like a specific project?
20           A.   Yes.
21           We are cleaning up the former Navy
22    bombing and training ranges on Vieques Island.
23           Q.   All right.  And how long have you
24    been in that role as the branch head?
25           A.   I believe, since 2011.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 20 of 332

1          Q.   All right.  And how does it work when
2     you -- I guess what I'm trying to get you to
3     explain to me is, I know that you had some
4     involvement with Camp Lejeune at some sort of a
5     timeframe, and what I'm trying to do right now is
6     sort of bookend your involvement with these
7     different projects, if that's appropriate, all the
8     way back to 2000.
9               So it sounds like to me that you
10    maybe worked with a focus on a particular project
11    for a particular timeframe, and then you may move
12    to something else if you're asked to do so.
13               Is that fair?
14               MS. SILVERSTEIN:  Object to form.
15               You can go ahead and answer.
16               THE DEPONENT:  Yeah.
17               I mean, I wouldn't say it the way you
18    did, but, yeah, I have had different positions and
19    a different focus over time with NAVFAC.
20
21    BY MR. DEAN:
22          Q.   All right.  So from 2011 to the
23    present, your focus has primarily been the cleanup
24    activity of this --
25               Where was the island located?

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 21 of 332

1          A.   It's in Puerto Rico.  It's just

2     southeast of the main island.

3          Q.   All right.  Now, did you also work on

4     other projects in that same timeframe?

5          A.   Yes.

6               My group does technical support for

7     munitions response projects throughout the Navy.

8     Vieques is our biggest project, but we support

9     many munitions response projects.

10          Q.   Well, can you give me an idea of what

11     you would consider other munitions technical

12     support projects that you may have been involved

13     in from '11 to the present?

14          A.   You know, everywhere from Hawaii to

15     Virginia.

16               You know, the Navy has project

17     managers that manage these projects, and when they

18     need technical help, they generally come to my

19     group.

20          Q.   Let me ask you this about that

21     technical help:  Is it focused upon -- is it

22     focused upon the -- when your group is called in,

23     is it technical support related to water modeling

24     issues, or is your focus a little bit broader than

25     groundwater transport and water modeling?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 22 of 332

1          A.   The work that I do now does not focus
2     on groundwater modeling.  That was -- that was my
3     focus prior to 2011.
4          Q.   Okay.  Okay.  That's -- that's where
5     I'm trying to make sure that I'm on the same page
6     and understand your role.
7               So when we're talking about technical
8     support for munitions 2011 forward, which has been
9     what you've been involved in, and your team, it's
10    unrelated to water modeling and contamination
11    issues?
12         A.   In general, yes.
13              Associated with munitions sites,
14    there are also contaminants, but we have not done
15    any kind of contaminant transport modeling for
16    that.  The big concern is the explosive hazard of
17    the unexploded ordnance.
18         Q.   Okay.  All right.
19              So what was the -- well, who is your
20    current supervisor, or who do you answer to?
21         A.   Byron Brant is my supervisor.
22         Q.   B-r-y-a-n-t?
23         A.   Well, his first name is B-y-r-o-n.
24    Last name is B-r-a-n-t, Brant.
25         Q.   Okay.  Do you know what his title is?

1          A.   He is the Environmental Restoration

2     division head for NAVFAC Atlantic.

3          Q.   Okay.  Now, let's go -- let's go back

4     in time before 2011.

5               Is there a project that you --

6               What was your position prior to 2011,

7     and what was the project or projects you were

8     working on?

9               MS. SILVERSTEIN:  Object to form.

10               THE DEPONENT:  Well, I started with

11     NAVFAC at Southern Division in Charleston, South

12     Carolina, and I was a member of the technical

13     support group, and we supported what the Navy

14     called the Installation Restoration Program, and

15     that involves the cleanup of chemical

16     contaminants, and in that role I worked on a lot

17     of projects.

18               In 2006, I moved to NAVFAC Atlantic,

19     and I continued in the same role working with, you

20     know, the chemical contaminants, and I was the

21     subject matter expert for groundwater modeling and

22     contaminant transport modeling.  So that's how I

23     was called upon to support the Camp Lejeune work.

24

25

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 24 of 332

1     BY MR. DEAN:

2             Q.   All right.  So you were in Charleston

3     from 2000 to 2006?

4             A.   Correct.

5             Q.   Okay.  Well, then, you know what the

6     Low Country is?

7             A.   Yes, sir.

8             Q.   Okay.

9             A.   Stay dry.

10            Q.   Downtown Charleston is flooded right

11    now.

12                 And then from 2006 through 2011, you

13    had some involvement working as a subject matter

14    expert dealing with some water modeling issues,

15    and one of those projects was Camp Lejeune?

16            A.   Correct.

17            Q.   During the time 2006 to 2011, did you

18    work on other groundwater modeling-related

19    contamination chemical issues for other locations?

20            A.   You know, I don't recall

21    specifically.

22                 I did work with Camp Lejeune

23    groundwater modeling at NAS Jacksonville.  That

24    was probably when I was still at Southern

25    Division, though.

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 25 of 332

```
1                   Oh.   And I did -- actually, I did
2       work with the modeling associated with Bethpage.
3                   Q.    Beth --
4                   A.    Bethpage in Long Island.
5                   Q.    Okay.  Was that some sort of a
6       chemical spill restoration project?
7                   A.    Yes.
8                   Q.    All right.  And so we've got three
9       possible or three projects that you worked on from
10      '06 to '11 that related to water modeling.  Right?
11                  A.    Jacksonville might have been prior to
12      '06.  I don't really recall.
13                  Q.    Okay.  What were you -- what was your
14      involvement and how long did it last as it
15      concerns the Jacksonville Naval Air Station?
16                        MS. SILVERSTEIN:  Object to form.
17                        THE DEPONENT:  I was -- I was not
18      involved in developing the model, but I was
19      involved with the project team that was, you know,
20      cleaning up the base, and part of that work
21      involved using that model for planning purposes.
22
23      BY MR. DEAN:
24                  Q.    Who was involved in creating the
25      model?
```

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 26 of 332

1          A.   I do not remember.

2          Q.   Okay.  But you didn't have any

3    involvement as it concerns the creation of the

4    model, suggesting changes to it, or, actually, you

5    know, running any predictions through it?

6               MS. SILVERSTEIN:  Object to form.

7               THE DEPONENT:  I did not.

8

9    BY MR. DEAN:

10         Q.   How about Bethpage, Long Island?

11   What was your involvement there, more specific?

12         A.   I was asked by our Navy leadership to

13   evaluate the groundwater contaminant transport

14   model that had been developed for Bethpage.

15              The model predictions -- the

16   measurements that we were getting in the field did

17   not match the model predictions, and I was asked

18   to evaluate the model and see if there were any

19   problems with it.

20         Q.   Okay.  All right.  We'll come back to

21   that, because that's kind of what I want to talk

22   to you about today.

23              And then -- you came to NAVFAC in

24   2000.  I understand Naval Air Station Jacksonville

25   work was in the late '90s or the beginning of the

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 27 of 332

1    late '90s.  Is that right?

2              A.   I mean, I don't know.

3                   If you're talking about the

4    environmental restoration work, it probably

5    started before then, but I -- I don't know

6    specifically when it started.

7              Q.   How many years would you say you were

8    involved with Naval Air Station Jacksonville

9    activities?

10             A.   Maybe -- maybe two years, give or

11   take.

12                  I do not recall specifically.

13                  (Whereupon, Waddill Deposition

14   Exhibit 1, Plaintiff's Notice of Rule 30(b)(1)

15   Individual Deposition, 7 pages, was marked for

16   identification.)

17                  (Whereupon, Waddill Deposition

18   Exhibit 1 was displayed via screen share.)

19

20   BY MR. DEAN:

21             Q.   All right.  Okay.  So I've marked as

22   Exhibit 1 to your deposition an individual

23   deposition notice.

24                  Have you seen this deposition notice

25   or the amended one that might have changed the

1    date and time?

2             A.    I don't -- based on what I can see, I

3    don't believe I've seen it.

4             Q.    Okay.  Were you -- were you aware

5    that request included a provision for you to

6    search for and produce certain documents to the

7    Department of Justice to produce to plaintiffs?

8             A.    Yes.

9             Q.    All right.  So let's go through a

10   couple of things.

11            MR. DEAN:  I'm going to stop sharing

12   on the actual document.  I don't need that right

13   now.

14            (Whereupon, Waddill Deposition

15   Exhibit 1 was removed from screen share.)

16

17   BY MR. DEAN:

18            Q.    Between 2006 and 2011 -- I'm going to

19   try to see if we can bookend this.  If we can't,

20   then tell me.

21            Between 2006 and 2011, you were

22   working in Norfolk.  Right?

23            A.    Correct.

24            Q.    And were you working at an office

25   location or at home, remotely, or a little of

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 29 of 332

1    both?

2              A.    I was working at an office location.

3              Q.    All right.  And did you have a

4    specific office or a little cubicle or a little --

5    or were you in an open area?

6              A.    When I arrived in 2006, I had a

7    cubicle.

8                    I was promoted to be a supervisor in

9    2007, I believe, and at that point I had an

10   office.

11             Q.    All right.  And where was that office

12   located?

13             A.    It's at what we call the Lafayette

14   River Annex.  It's where NAVFAC Atlantic is

15   located in Norfolk, Virginia.

16             Q.    Is your office still there?

17             A.    Yes.

18             Q.    Do you still have the same office?

19             A.    I have had -- I do not have the same

20   office, no.

21             Q.    Okay.  Now, did you work from a

22   desktop computer, or did you have a laptop that

23   was connected to a network?

24             A.    I worked from a desktop computer

25   longer than most people, but I do have a laptop

 1    now, and I do not recall when that transition
 2    occurred.
 3              Q.   Okay.  And when you worked -- let's
 4    talk about the desktop.
 5              Did you have -- when you would do
 6    work on projects and save them to a file, whether
 7    it was a hard drive, C drive, or whether it was a
 8    network drive, would you -- would the project name
 9    that you were working on be the name of the file
10    as a part of the file?
11              A.   I'm sorry.  I don't understand the
12    question.
13              Could you repeat it?
14              Q.   Yes.
15              So, for example, I don't -- you know,
16    the file structure or the file name may start out
17    with a drive, like a T drive slash something and
18    get down to a project name, Camp Lejeune, Naval
19    Air Station Jacksonville, Bethpage, Long Island,
20    hypothetically, and then under that there would be
21    other folders.  That's what I'm asking about.
22              Did you work within some framework of
23    the directory structure of the computer where
24    files were saved on it based on location of the
25    project?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 31 of 332

1          A.    Yes.

2                I organize my files by -- you know,

3     for example, I had a Camp Lejeune folder, and then

4     within that, I would have subfolders, and all the

5     work that I did for Camp Lejeune would go under

6     that folder.  And it was the same for all the

7     projects that I worked on.

8          Q.    All right.  Now, you're familiar with

9     the Navy regulation and other laws that require

10    you, just like any other employee, to maintain and

11    save and archive certain documents.  Right?

12         A.    Yes.

13         Q.    And that includes e-mails?

14         A.    Yes.

15         Q.    And did you have a folder of some

16    sort under some of those project files where you

17    would sort the different types of documents,

18    including e-mails?

19         A.    Yes.

20                I mean, my e-mails were sorted in

21    Outlook, the same as, you know, with the other

22    files.

23                I had a Camp Lejeune folder in

24    Outlook and everything went into it, with

25    subfolders, of course.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 32 of 332

1            Q.   All right.  Now, you and I are

2       probably -- we may be close to the same age --

3       have transitioned from a work desktop to an iPad,

4       and that's been difficult for me.  But you, at

5       some point in time, have transitioned to a laptop,

6       and you don't remember exactly when.

7                 Is that right?

8            A.   You're breaking up a little bit.

9                 I believe you asked if I remember

10      when I transitioned to a laptop?

11           Q.   Yes, sir.

12           A.   That is correct.  I do not remember

13      when.

14           Q.   All right.  Have you, before today,

15      looked at your laptop to ascertain on it whether

16      there is a file folder named Camp Lejeune?

17           A.   Yes.

18           Q.   And is there a file on your laptop

19      that says Camp Lejeune?

20           A.   Yes.

21           Q.   Okay.  Now, that file that's on your

22      computer laptop, has anyone asked you to copy the

23      contents of that folder and provide it to them?

24           A.   No one has asked me to copy the

25      contents of that folder.  I was asked to provide

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 33 of 332

1      certain information.

2                  Initially, it was how big in terms

3      of, you know, megabytes was my Camp Lejeune

4      folder.

5           Q.   Well, oddly enough, that was my next

6      question.

7                  Can you tell me the size of that

8      folder when you did go and look?

9           A.   I cannot say now, because I don't

10     recall, but I did report that to the legal team

11     who was asking me those questions.

12                  I believe they were associated with

13     the Department of Justice.

14          Q.   Okay.  Do you remember whom you

15     communicated that concept to?

16          A.   At that time, I was mostly talking

17     with Katie McCormick.  She's in D.C., works for

18     the Navy litigation office, I believe.

19          Q.   Okay.  But you've not been asked to

20     copy that folder yet and provide it to any of the

21     DOJ attorneys?

22          A.   No.  I was not asked that.

23          Q.   Do you by chance have an index that's

24     been pre-created that would tell us what's on your

25     C drive hard drive?

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 34 of 332

1          A.    I do not have an index.

2          Q.    Okay.  And is it possible -- well,

3     let me ask a different way.

4                Could there be documents on that

5     C drive hard drive that are possibly not on a

6     share drive on your desktop?

7          A.    You know, it depends on what you mean

8     by a "share drive."

9                I believe the answer is no, but --

10         Q.    Okay.

11         A.    -- people use the term "share drive"

12    in different ways, so.

13         Q.    Yeah.

14               So let me ask it a little different

15    so we're clear.  I'm not trying to hide anything

16    or stump you up.

17               Is it possible that when you got the

18    laptop, you copied your files from the hard

19    drive -- from the computer you had previously been

20    working on, the desktop, and you moved them over

21    to your laptop so you would have your historical

22    data and then you continued to save material there

23    if they related to Camp Lejeune?

24         A.    Yes.

25               Everything has been copied over, and

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 35 of 332

1          so nothing has been lost.

2                    Q.   Okay.  Great.

3                         Now, let's move to a different

4          subject, and that is hard copy of documents.

5                         Are you aware that the plaintiffs

6          made a request for copies of hard copy documents

7          that you might have in some previous discovery

8          requests?

9                    A.   Yes.

10                   Q.   Again, I'm still old-fashioned.  I've

11         got the old file cabinets in my office.

12                        Did you have in your office a

13         specific location, whether it was a notebook,

14         whether it was a file cabinet, whether it was a

15         drawer, where you kept materials related to Camp

16         Lejeune, or boxes -- or boxes?

17                   A.   I kept all the Camp Lejeune hard

18         copies in a file drawer.

19                   Q.   And what was the size of that drawer,

20         as best you can describe it?

21                   A.   Well, you know, the hard copy was

22         provided to you, I believe, so.

23                   Q.   Let me withdraw it and ask it a

24         different way.

25                   A.   Okay.  Sure.

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 36 of 332

1          Q.   Do you think, or is it your testimony
2     under oath in this case, that that drawer that
3     contained Camp Lejeune hard copy documents, that
4     you scanned or had scanned all of those documents
5     and sent to the Department of Justice?
6          A.   Yes, but let me explain what they
7     asked for exactly.
8               That drawer contained a number of
9     reports that were produced by the ATSDR, and those
10    are publicly available reports.  And so I -- I was
11    told not to provide those, because, you know, they
12    weren't specific to me.
13              But all of my files I provided to a
14    paralegal who came and scanned them.  And so that
15    was 100 percent of my files.  100 percent of what
16    I was asked to produce, I produced.
17         Q.   Okay.  Now, those other copies of a
18    different -- I guess it was the different chapters
19    of the ATSDR reports.  Right?
20         A.   I believe so, yes.
21              I didn't really look back at them.  I
22    just know there was a stack of them.
23         Q.   By chance, you didn't have tape flags
24    on them, highlights in them, or notes in them?
25         A.   I don't know, I mean.

Golkow Technologies,
A Veritext Division
877-379-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 37 of 332

1          Q.   Is it possible that they could have

2     had handwritten notes or highlights in those

3     different chapters?

4          A.   I just don't recall.  I didn't look

5     back at them.  I didn't -- I didn't look at them.

6          Q.   Okay.  Fair enough.

7               Now, who do you remember asking or

8     getting you to be involved in Camp Lejeune and the

9     approximate timeframe?

10         A.   The approximate timeframe would have

11    been early 2008.

12              And, you know, I don't recall

13    specifically who asked me, but it would have been

14    somebody at NAVFAC headquarters in D.C.

15         Q.   Do you know who a General Stallings

16    may be?

17         A.   You know, I do not recall, but...

18         Q.   Or Keith -- Keith Stallings or Kevin

19    Stallings?  Does that ring a bell?

20         A.   No, sir.

21         Q.   Okay.  What were you asked to do in

22    2008 when you first took this assignment?

23         A.   The ATSDR had put out part of their

24    draft report on Tarawa Terrace, and I was asked to

25    review that report and provide an evaluation of

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 38 of 332

1      it.

2             Q.   Okay.  And who asked you to do that?

3             A.   As I said, I don't recall, but it --

4      it would have been somebody at NAVFAC

5      headquarters, I believe.

6             Q.   All right.

7             A.   I mean, the request could have come

8      down through my supervisor.

9             Q.   Who was your supervisor?

10            A.   Byron Brant.

11            Q.   Okay.  Do you remember if the

12     communication and the task assignment came to you

13     by way of an e-mail, a written memo, or a

14     telephone call, or an in-person meeting?

15            A.   I do not recall.

16                 It was probably an e-mail.

17            Q.   Okay.  Did you have a team working

18     with you for the task that you were assigned, or

19     was it just you?

20            A.   It was just me.

21            Q.   Okay.

22            A.   But in completing that task, I did

23     work with a number of other people, you know, from

24     NAVFAC headquarters, and -- but, you know, I was

25     the one evaluating the model.

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 39 of 332

1          Q.   All right.  And give me the names of
2     some of those people that you remember.
3          A.   Probably, Kim Parker Brown.  She was
4     at headquarters.
5               Brian Harrison at NAVFAC
6     headquarters.
7               There were probably others, but I
8     don't remember.
9               With the department of the Assistant
10    Secretary of the Navy, Richard Mach, M-a-c-h.
11               (Whereupon, Waddill Deposition
12    Exhibit 2 Memo from Mary Ann Simmons to Scott R.
13    Williams and Dan W. Waddill; Subject:  E-mailing:
14    CL Notification 12-04, CL Studies & Reviews 12-04,
15    CL General Health & Exposure 12-04, CL Legal
16    Issues FAQ 12-04, CL Water Contamination 12-04, CL
17    water model FAQ 12-04; with attachments;
18    December 5, 2008; Contains Information Subject to
19    Protective Order:  Do Not Disclose to Unauthorized
20    Persons; CLJA_NAVY_WADDILL_HC_0000000263-318, was
21    marked for identification.)
22
23    BY MR. DEAN:
24          Q.   Okay.  I'll show you what I'm going
25    to introduce as Exhibit No. 2, and let me know if

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 40 of 332

1    you can see it in the box.

2              Sometimes you have to refresh, but I

3    don't know -- we need to learn how to refresh that

4    screen.  I'm not exactly sure how to do it.

5         A.   I have it on the iPad.

6         Q.   Is that okay?  Can you look at it and

7    I'll ask you a couple of questions?

8         A.   Sure.

9         Q.   And if you need to take a look at it,

10   feel free.

11        A.   Okay.

12        Q.   Some of these exhibits -- I'll tell

13   you this, too, for the record, some of these

14   exhibits, the way they were produced to me, they

15   could be 50 pages, okay, for each document.  I'm

16   probably going to ask you about certain pages and

17   certain information in them, but I want you to

18   feel comfortable and free.  If you want to take

19   some time to look through the document, you just

20   -- you just tell me.  Okay?  I'm not going to go

21   through every page, is my point.

22        A.   Okay.  Well, I'm going to take a

23   minute to read what's in front of me here.

24        Q.   That's fine.

25              And this first one's pretty long, you

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 41 of 332

1    know.  It's about a 50-page document, so.

2              A.   I'm just looking at an e-mail.  Is

3    it --

4              Q.   Well, if you turn to the next page --

5    I mean, this document is about 50-plus pages long.

6              A.   Okay.

7              Q.   And that's what I was meaning to tell

8    you.

9              There's only a few pages in the

10   document that I'm going to be talking about.  I

11   want you to feel free to peruse the whole

12   document, but if you do that, I'm just warning

13   you, it's going to take us a long time to get

14   through the depo.

15             I just wanted you to know, I'm not

16   going to ask you about every single page.

17             A.   Okay.  Well, if you want to tell me

18   where you want to start, I can --

19             Q.   All right.  Let's do that, and if you

20   feel like you need to review something a little

21   bit more after I ask a question about it, feel

22   free to do so.

23             A.   Okay.

24             Q.   So on page 1, you recognize this as

25   an e-mail that was printed off of your computer,

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 42 of 332

1      because your name is at the top, left corner.

2              Do you see that?

3          A.   Correct.  Yes.

4          Q.   And it's got the Bates stamp at the

5      bottom of Waddill_HC_263.

6              So that's one of the recently

7      produced hard copies.  Right?

8          A.   I believe so, yes.

9          Q.   All right.  So who is Mary Ann

10     Simmons, and what was her involvement with you and

11     this project at Camp Lejeune?

12         A.   Mary Ann Simmons worked for the Navy

13     Environmental Health Center.  So she was involved

14     in that role.

15         Q.   All right.  Was she a supervisor?

16     Was she a higher-level rank than you, the same, or

17     were you all collaborating?

18         A.   I don't know specifically.

19              We -- our relationship was

20     collaborative.

21         Q.   All right.  The second -- the next

22     one -- well, let me ask you this:

23              What was her primary -- what was your

24     understanding of her involvement and contribution?

25         A.   You know, she worked for the

1    Environmental Health Center.  So, you know, my
2    understanding is it had something to do with the
3    health and medical aspect of all of this, as
4    opposed to my role was with the water modeling.
5            Q.   Okay.  And then there's a gentleman
6    by the name -- the next one it says it's to --
7    your name is listed there, but it's also to Scott
8    Williams.
9            A.   Yes.
10           Q.   And who is Scott Williams?
11           A.   Scott Williams worked for the Marine
12   Corps.
13                He was -- you know, he was in
14   attendance with the meetings, you know.  He -- he
15   was -- you know, I worked with him, you know, over
16   time with this.
17           Q.   Okay.  So do you know what his title
18   or position was with regard to this project at
19   Camp Lejeune?
20           A.   I do not.
21           Q.   He wasn't a water modeling expert?
22           A.   No, he was not.
23           Q.   Was he more of -- and I don't mean it
24   negatively, but was he more of a facilitator or
25   liaison type of person?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 44 of 332

1      A.   I don't believe that would be
2  accurate.
3           He was more, you know -- he was
4  involved, you know, directly with things that went
5  on at Camp Lejeune.  You know, that was his
6  location, and he was involved with the
7  environmental issues there.
8      Q.   Okay.  Had you had any communications
9  with him since 2011 when you left the Camp Lejeune
10  project?
11      A.   Well, I didn't say I left the Camp
12  Lejeune project in 2011.
13           My involvement was significant in
14  2008 and '9 and probably '10.  And then, you know,
15  I had some involvement, you know, a while after
16  that.  I don't recall.
17      Q.   Okay.
18      A.   But then I didn't answer -- there was
19  another part to your question that I don't recall.
20      Q.   Well, my question was whether or not
21  had you continued to communicate with Scott
22  Williams in the past five years, hypothetically,
23  relating to Camp Lejeune, either in person or by
24  e-mail.
25      A.   Not that I recall, no.

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 45 of 332

1          Q.   Okay.  And that reminds me, what did
2     you do to prepare for your deposition?
3               So let me explain what that question
4     is exactly.
5               I'm asking not what you discussed,
6     but I'm asking whom you talked to about your
7     deposition and documents related to it in the
8     past, say -- well, let me strike that.
9               When did you first -- did someone
10    speak to you about what your historic knowledge
11    and documents might be related to Camp Lejeune?
12    Was it six months ago or a year ago, or do you
13    remember?
14         A.   I do not remember exactly.
15              It feels like it might have been a
16    couple of months ago when, you know, I first
17    started getting questions about, you know, what
18    do I -- what information do I have related to Camp
19    Lejeune.
20         Q.   Okay.  And that probably came from
21    Ms. McCormick?
22         A.   As best as I remember, it did.
23         Q.   Okay.  And at some point in time, you
24    found out that you might need to give a
25    deposition?

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 46 of 332

1          A.    Yes.

2          Q.    And what I'm asking you is, is when

3     did you first Zoom, have a telephone call, or meet

4     in person with someone about your deposition?

5          A.    Yeah.

6                I was informed probably more than a

7     month ago there would be a deposition, and then

8     Thursday, like a week and a half ago -- not last

9     week, but the week before -- we had a Teams call

10    that was referred to as a prep session for the

11    deposition, and that was with legal staff here at

12    NAVFAC Atlantic and the Department of Justice and

13    I believe others in D.C.

14         Q.    Was there anybody, other than lawyers

15    or paralegals, on the call?  For example, another

16    witness?

17         A.    There was not another witness.

18                And I did not know everybody on the

19    call, but my understanding is, they were all legal

20    staff.

21         Q.    All right.  So that's one Zoom

22    meeting specifically about the deposition.

23                Do you remember how long it lasted?

24         A.    Not specifically.

25                I think it was two hours, maybe.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 47 of 332

1          Q.   Okay.  And then had -- did you meet
2     with anyone between that time and today?
3          A.   Yes.
4               Yesterday we had in-person prep
5     session here at NAVFAC Atlantic.
6          Q.   All right.  And how long did that
7     last?  Half a day?  Eight hours?
8          A.   That was a good half a day.
9               We started at 10:00 and we went to, I
10    think, roughly 3:00, with an hour out for lunch.
11         Q.   All right.  Now, the second series of
12    the questions along those lines.
13              Were you presented with any documents
14    to review?
15         A.   At the prep sessions?
16         Q.   Yes, sir.
17         A.   Yes.  Yesterday, I was.
18         Q.   Okay.  How many documents?
19         A.   I think it was just one.
20         Q.   And what was it?
21         A.   It was a letter from Brian Harrison
22    to the ATSDR, summarizing the Navy's position on
23    water modeling efforts.
24         Q.   All right.  I think that's about a
25    June 2009 document.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 48 of 332

1          Does that sound about right?

2          A.   It kind of doesn't, but I don't

3     remember.

4          Q.   All right.  We'll -- I think I know

5     what you're talking about, and we may go over it

6     today.

7               Did you do any independent work to

8     review any materials to refresh your recollection

9     about certain things that maybe they didn't

10    present to you, but you wanted to take a look at?

11    Some other historic document?

12         A.   I did look through the hard copy

13    files that were provided to you.

14         Q.   Okay.  Did you mark any with any

15    notes, or did you take any notes related to your

16    review of those documents?

17         A.   I did not, not since they went to

18    you.

19         Q.   Okay.  So let's go back to --

20               Do you still have Exhibit 2 up by

21    chance?

22         A.   They're going to help me out here.

23    Just a second.

24               Yes.  I have it.

25         Q.   If you look at the first page of this

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 49 of 332

1    e-mail dated -- so it's dated December the 5th,

2    2008.

3              Do you see that?

4         A.   Yes.

5         Q.   How could we ascertain what timeframe

6    in 2008 you started working on this project in

7    relationship to this e-mail?

8              So, for example, you told me sometime

9    in 2008.  The e-mail's dated December the 5th,

10   2008.  I'm wondering, you know, did you get

11   involved at that time, or was it earlier in the

12   year from which you have a recollection that it

13   might have been in the summer?

14             MS. SILVERSTEIN:  Object to form.

15             THE DEPONENT:  Yeah.  It was earlier

16   than December, I believe, you know.  And I don't

17   recall these dates specifically, but I do believe

18   we had a meeting with ATSDR prior to this e-mail.

19

20   BY MR. DEAN:

21        Q.   Okay.  I think you're probably right.

22             Let me ask you, did you keep a

23   calendar, an Outlook calendar for meetings and

24   telephone calls and things like that?

25        A.   Yes.  Yeah, somewhat.  But I was -- I

Golkow Technologies,
A Veritext Division
877-379-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 50 of 332

1    mean, I was still -- am, old school.

2              I worked off of a paper calendar that

3    I put in my pocket, but I probably had some of it

4    in Outlook, too.

5         Q.   Do you still have that paper-calendar

6    notebook or the Outlook calendar, to the extent it

7    had entries on it?

8         A.   I don't know.  I don't know.

9              I mean, I -- I have all of my

10   e-mails, but I don't know how Outlook saves

11   calendar entries.

12        Q.   Okay.  All right.  So with respect to

13   this specific e-mail, one of the questions that I

14   had for you about it, it looks like Ms. Simmons is

15   circulating to this group, and she has taken one

16   of those documents that is attached and she has

17   marked it up with some comments.

18              As a matter of fact, if you see right

19   there at the bottom of the first paragraph, it

20   says, "I made comments as I went through."

21              Do you see that?

22              The first paragraph, right under the

23   description of attached documents.

24        A.   Okay.  I see it.  Yep.  I see it.

25        Q.   All right.  And then it says, "Scott,

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 51 of 332

1    your information was really easy to find.  Nice

2    job."

3              Do you see that?

4         A.   Yes.

5         Q.   And then the next sentence says, "One

6    thing that really struck me was the lack of

7    anything at all on uncertainty."

8              Do you see that?

9         A.   Yes.

10        Q.   I'm not a water modeling expert, but

11   what are you -- do you know what she was meaning

12   there?

13        A.   Well, you know, I don't know what she

14   meant specifically, but I -- I understand the idea

15   of uncertainty relating to water modeling.  And

16   certainly, at the outset, ATSDR was not addressing

17   that issue adequately, in my opinion.

18        Q.   Okay.  And what do you know -- what

19   is your definition or understanding of the concept

20   of uncertainty with water modeling issues?

21        A.   Well, with respect to, you know,

22   groundwater contaminant transport modeling,

23   uncertainty, in general, is just how -- it's

24   recognizing that you don't know exactly how to

25   estimate all of the inputs.  That creates

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 52 of 332

1    uncertainty with the output.

2              They -- you know, you might get a

3    number for the output, but that's not a sure

4    number.  There's an uncertainty associated with

5    it.

6         Q.   What was it that ATSDR, in your mind,

7    was not doing appropriately to address the issue

8    of uncertainty?

9         A.   Well, they just weren't acknowledging

10   that their output concentrations had, you know,

11   uncertainty associated with it, and that's --

12   that's something that would be typically done.

13        Q.   How would -- if they had addressed

14   it, what would it look like, is what I'm trying to

15   understand from your perspective.  You're saying

16   they didn't address it in the context you thought

17   they should.  What would that have looked like?

18        A.   Well, it could be in the form of, you

19   know, error bars on a graph.  It could be in the

20   form of, you know, plus or minus certain numbers,

21   you know, like --

22             I mean, there are many different ways

23   to express uncertainty, but the idea is you need

24   to analyze for it and communicate it clearly.

25        Q.   Okay.  So if you turn to the next

Golkow Technologies,
A Veritext Division
877-379-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 53 of 332

1    page.

2              Let me get back to that page.

3              I guess it begins -- I got messed up.

4              Do you see on the next page there,

5    there's some comments in the blue?

6              MS. SILVERSTEIN:  Kevin, what Bates

7    page are you on?  I want to make sure that

8    Dr. Waddill is on the right page.

9              MR. DEAN:  Yeah.  I knew you were

10   going to ask me that, because I sort of dropped

11   mine and it went everywhere.  So I was trying to

12   fudge.  Let's see the page where we are.

13             THE DEPONENT:  Maybe you could read

14   us what's at the top?

15             MR. DEAN:  Yeah.  I've got mine back

16   in order.  We're good now.

17

18   BY MR. DEAN:

19        Q.   So it says, "Notification."

20             Bates stamp would be 265.

21             MS. SILVERSTEIN:  Great.  Thank you.

22             THE DEPONENT:  Yes.

23

24   BY MR. DEAN:

25        Q.   Okay.  I'm not exactly sure --

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 54 of 332

1           Well, I guess if you look at the

2    e-mail to start with, in the word -- little

3    picture there, you can see there's a document that

4    says "CL Notification," right above the paragraph

5    we just looked at.  Do you see that?

6           A.   So you're back on the first page?

7           Q.   I'm back on the first page.

8                Do you see --

9           A.   Yeah.   Attachments.

10               "CL Notification," yes, I see it.

11          Q.   And there's one that says, "Studies,"

12   one that says "General Health," one says "Legal

13   Issues," one says "Water Contamination," and one

14   says "Water Modeling"?

15          A.   Yes.

16          Q.   And for the record and for your

17   benefit, I think all of those attachments are

18   here, from what I can tell, as one document.

19   Okay?

20          A.   Okay.

21          Q.   It looks like to me you printed out

22   the e-mail and you printed out all of the

23   attachments and put them together, but we'll go

24   through it.

25          A.   Okay.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 55 of 332

1          Q.   So on the first one on page 265, the
2     Notification at the top, there's an area there in
3     the center that says, "Comment" in parentheses,
4     "wjs1."
5          A.   Okay.
6          Q.   Do you see that?
7          A.   I do.
8          Q.   Do you know, is that a comment you
9     made or someone else?  And if so, who is that
10    comment attributable to?
11         A.   I mean, I don't think I made the
12    comment.
13              You know, this is something I haven't
14    looked at for, what, 16 years.  So I just don't
15    have any recollection.
16              I don't think I would have made the
17    comment, because I wouldn't be wjs1, I don't
18    think.
19         Q.   Well, I guess that's one of my
20    questions.
21              Do you know who, of the people on
22    this e-mail, would be referred to as wjs1 or what
23    wjs1 stands for?
24         A.   I do not.
25         Q.   Okay.  Turn to page 277.  Bates stamp

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 56 of 332

1    277.

2          A.    Okay.  It's the first time I've used

3    an iPad.

4                There we go.  Okay.

5          Q.    There is a comment to a paragraph

6    under Question 7.

7                Do you see that?

8          A.    I do.

9          Q.    And the question at 7 says, "What can

10   we do about adults and children who lived on base

11   and were not conceived, period -- or born at Camp

12   Lejeune, closed parentheses, with health effects?"

13               And then there's a paragraph under

14   that, a response, that says that, "ATSDR, a United

15   States Public Health Agency, established the scope

16   of the survey.  ATSDR states that its survey was

17   the first major step to study the potential health

18   effects of BOCs in drinking water on unborn

19   children."

20               And then there's something there in

21   parentheses, an M and a C.

22               Do you see that?

23         A.    Yes.

24         Q.    Do you know what that refers to?

25         A.    No.

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 57 of 332

1           Q.   And then there's a comment that says,

2      "wjs9, Shouldn't we just say unless a connection

3      between exposure and health outcome is

4      established, nothing else can be done?"

5                Do you see that?

6           A.   Yes.

7           Q.   Is that your comment?

8           A.   I'm sure that is not my comment.

9           Q.   And why is that?

10          A.   Because this is not within my area of

11     expertise, and I would -- I have never made any

12     such comments.

13          Q.   Okay.  And -- but you recognize that

14     comment as suggesting that unless there's an

15     absolute way to make a connection between exposure

16     and health outcome, there shouldn't be any study

17     taking place to begin with.  Right?

18          A.   I do not believe that's a correct

19     interpretation of the comment.

20          Q.   Well, what is your interpretation?

21               Because what it says, "Shouldn't we

22     just say unless a connection between exposure and

23     health outcome is established, nothing can be

24     done?"  What is nothing?

25          A.   I don't know.

1          That -- that comment is too vague for

2     me to offer any kind of interpretation.

3          Q.   All right.  Do you think that the

4     families -- or was it one of the things that you

5     all were doing was to evaluate exposure to these

6     families, including these children?

7               MS. SILVERSTEIN:  Object to form.

8               THE DEPONENT:  Yeah.  I don't think I

9     understand the question.

10

11    BY MR. DEAN:

12         Q.   Yeah.

13              I understood that what the Navy and

14    ATSDR were doing, including your review of the

15    activities of ATSDR, was to study or understand if

16    there was any connection between the contamination

17    and the -- any health effects that the people that

18    were exposed may have had.

19              Is that fair?

20         A.   You know, the Navy and the Marine

21    Corps wanted to support scientific studies, you

22    know, to -- in support of the people -- the

23    Marines and their families who lived there, you

24    know.  So that was definitely a goal of the Navy

25    and Marine Corps.

1          Q.   The Navy wasn't trying to hide
2     anything from the residents, the Marines, or their
3     families or children, were they?
4          A.   No.  Absolutely not.
5          Q.   Okay.  Turn to page 297 now, if you
6     don't mind.
7               And just tell me when you get there,
8     and we'll move forward.
9               It begins "Legal Issues" at the top.
10         A.   Okay.  I'm there.
11         Q.   Question No. 1 says, "Is any legal
12    action pending against the Marine Corps?"
13              And the answer was, "One lawsuit
14    related to Camp Lejeune's past drinking quality
15    was filed against the United States."
16              Do you see that?
17         A.   I do.
18         Q.   Were you involved in any of the legal
19    aspects of those early cases that were filed
20    between 2008 and 2010?
21         A.   I was not.
22         Q.   There's a comment out in the side
23    there that says, "Does this need updated?"
24              Do you see that?
25         A.   I do.

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 60 of 332

1          Q.   Do you know what was meant by that?

2          A.   No.  Nothing specific.

3               I mean, it's just asking does the

4     response need to be updated, I believe.

5          Q.   Do you see Question No. 3?  At the

6     bottom there it says --

7               And I'll let you get there.

8               Do you see No. 3 at the bottom?

9          A.   "I think my medical condition," that

10    one?

11         Q.   Yes, sir.

12         A.   I see it, yes.

13         Q.   Can you read it into the record?

14    No. 3?

15         A.   "I think my medical condition/disease

16    is related to the water at Lejeune.  What should I

17    do?"

18         Q.   And turn to the next page and read

19    the response that is shown on page 299 at the top.

20         A.   "You may want to talk with an

21    attorney to decide what to do next."

22         Q.   And can you tell me what the comment

23    was that says "wjs3"?

24         A.   Yes.

25         Q.   And what is it?

1          A.    "This is not appropriate."

2          Q.    So somebody that's reviewing, editing

3     this document, thought that it was not appropriate

4     to have someone who thinks they may have had some

5     exposure to talk to an attorney.  Is that right?

6               MS. SILVERSTEIN:  Object to form.

7               THE DEPONENT:  Yeah.

8               I don't know what the commenter was

9     thinking.

10

11    BY MR. DEAN:

12         Q.    So that's not your quote?

13         A.    Absolutely not my quote.

14         Q.    And do you remember anything about

15    that?

16               I know it's been a long time.  Do you

17    remember anything about that?  Who may have made

18    that insertion?

19               MS. SILVERSTEIN:  Object to form.

20               THE DEPONENT:  I mean, I do not.

21               I just know that everybody on the

22    team that I was working with was focused on

23    health.  So if someone thought -- that lived at

24    Lejeune thought they had a medical condition, we

25    were focused on getting them the healthcare that

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 62 of 332

1      they needed or addressing that condition of -- you
2      know, evaluating their health, not of a legal
3      action.  That just wasn't the focus of the people
4      that I was working with.
5
6      BY MR. DEAN:
7             Q.   Okay.  Do you have a belief that in
8      science, in general, especially when you're
9      dealing with science-related health effects, that
10     scientists who study a particular issue or conduct
11     a long-term study can be biased because they want
12     to see a positive outcome?
13            A.   Well, I believe that in science, it's
14     -- it's very important to eliminate bias as much
15     as possible, and the scientific method is designed
16     to do that.  And I believe that it's important to
17     follow scientific methods to prevent bias from
18     creeping in.
19            Q.   But you don't have a particular
20     opinion or view that these long-term related
21     health studies have a natural concept of bias
22     built into them where scientists want to hype --
23     h-y-p-e -- hype the risk so that their outcome is
24     one that is supportive of the work they're doing?
25                 MS. SILVERSTEIN:  Object to form.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 63 of 332

1          THE DEPONENT:  Yeah.

2          I don't have any -- I don't hold any

3    ideas like that.  I just know that, you know, if

4    they're working in a scientific manner, then, you

5    know, bias will be eliminated, and I think that's

6    appropriate.

7          I mean -- and that bias, if it exists

8    at all, will be eliminated.

9          MR. DEAN:  Let me know when you get

10   Exhibit 3 in your folder there.  I want to take a

11   look at it.

12         (Whereupon, Waddill Deposition

13   Exhibit 3, Epimonitor, Special Issue, An Interview

14   with Geoffrey Kabat, Epidemiologist at the Albert

15   Einstein College of Medicine and Author of "Hyping

16   Health Risks--Environmental Hazards in Daily Life

17   and the Science of Epidemiology"; Contains

18   Information Subject to Protective Order:  Do Not

19   Disclose to Unauthorized Persons;

20   CLJA_NAVY_WADDILL_HC_0000000545-562, was marked

21   for identification.)

22         THE DEPONENT:  Okay.  I have it.

23

24   BY MR. DEAN:

25         Q.   All right.  This is a -- this is an

Golkow Technologies,
A Veritext Division
877-379-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 64 of 332

1    interview with a Dr. Kabat, K-a-b-a-t.

2              A.   Uh-huh.

3              Q.   Sir?

4              A.   Yes.

5              Q.   And it's Bates-stamped Waddill hard

6    copy 545.

7              A.   Right.

8              Q.   If you turn to page 547.

9              MR. DEAN:  And, Kailey and Haroon, I

10   want to bring to you-all's attention something

11   that I've noticed.

12              Page 546 is a blank page.  Do you see

13   that?

14              MS. SILVERSTEIN:  Yeah.  I see that.

15              MR. DEAN:  Can we agree that every

16   time Sarah advocates that you all produce

17   16 million pages of documents, she Bates-stamps

18   every other page so she can increase her count,

19   which in reality, is only 8 million pages?

20              MS. SILVERSTEIN:  I don't think we

21   agree with that, Kevin.

22              I agree there's a blank page here,

23   but I don't think I agree with that for all of the

24   documents.

25              MR. DEAN:  All right.  Well,

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 65 of 332

1    sometimes a little humor helps.

2                 MS. SILVERSTEIN:  All right.  Point

3    taken.

4

5    BY MR. DEAN:

6         Q.   So on page 547, Dr. Waddill, do you

7    see some handwritten marks on the document?

8         A.   Yes.

9         Q.   Are those yours?

10        A.   I believe they are.

11        Q.   What was the purpose of your pulling

12   up this article and saving it to this file for

13   this Camp Lejeune litigation, in general?

14        A.   I don't recall.

15             I mean, I don't recall the --

16   receiving the article or reading it.  But, you

17   know, it's -- it expresses the author's views on

18   epidemiology, which is, you know, a subject that I

19   really don't know anything about.

20        Q.   Well, this came out, evidently, in a

21   periodical called The Epidemiology Monitor in

22   November 2009.

23             Do you see that?

24        A.   I see that.

25        Q.   Do you -- do you prescribe or have a

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 66 of 332

1    subscription to this magazine?

2           A.    No.

3           Q.    Do you know how you came to acquire

4    this article?

5           A.    No.

6           Q.    Did you ask someone to send it --

7    somebody to send it to you, or did you look it up

8    on the Internet?

9           A.    I just don't recall.

10          Q.    Do you agree with the statements that

11   are made in it that you underlined?

12          A.    Like I say, I don't -- you know,

13   epidemiology is not my field, and -- so I would --

14   I would -- I cannot say that I agree with any of

15   this.  I was just underlining the portions that

16   seemed interesting to me.

17          Q.    Did you use it, this article or any

18   of its suggestions on how to proceed with work

19   that you were doing with others on this Camp

20   Lejeune ATSDR review water modeling aspect?

21          A.    I don't believe I did.

22                You know, this is dealing with

23   epidemiology, and my piece of the project was the

24   groundwater and water distribution modeling, not

25   epidemiology.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 67 of 332

1          Q.   So can you turn to page 553?

2               I believe it says, "Kabat interview

3     continued from page 4."  So it would be page 5.

4               Do you see that?

5          A.   Yes.

6          Q.   Do you see in the top, right-hand

7     corner you've underlined a response by Dr. Kabat

8     that reads as follows:  "Another step would be to

9     be more careful in vetting the makeup of members

10    of committees to evaluate a hazard to exclude

11    those with a strong professional or an ideological

12    investment in a given issue."

13              Do you see that?

14         A.   I do.

15         Q.   And you've written out beside that,

16    "Camp Lejeune."

17              Do you see that?

18         A.   I do.

19         Q.   Do you know why you wrote Camp

20    Lejeune out beside that and why you underlined it?

21         A.   I don't recall.  This is 15 years

22    ago.

23         Q.   Well, as far as the committees that

24    evaluated -- you know, any formal committees that

25    evaluated the ATSDR studies, the only one -- well,

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 68 of 332

1    there might have been some other panels, but the

2    primary one was the one by the National Academy of

3    Science, also referred to as the NRC 2009 report.

4    Right?

5              A.   Well, the NRC did do a report in

6    2009.

7              Q.   Do you -- do you agree with that

8    statement by Dr. Kabat there that I just read to

9    you?

10             A.   You know, I don't see how that could

11   be done.  So I really don't agree with it.

12                  And again, this is -- you know, this

13   is not my area, epidemiology.

14                  I ultimately did see at least one of

15   their epidemiological reports, but my evaluations

16   were focused on the -- the water modeling.

17             Q.   Well, I understand that.

18                  But in the NRC 2009 report --

19                  You read it.  Right?

20             A.   Yes, sir.

21             Q.   And you know it contains a section or

22   some discussion about water modeling aspects.

23   Right?

24             A.   Yes.

25             Q.   And you know that, I guess, summary,

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 69 of 332

1      big picture of what NRC was -- report findings

2      were, that because there was a lack of data at

3      Tarawa Terrace, there was inability to have

4      accurate predicted monthly concentrations?

5                   Do you remember that?

6             A.    I do.

7             Q.    And I believe that the only water

8      modeling expert on that panel was Dr. Prabhakar

9      Clement.

10                  Do you remember him?

11            A.    I do remember the name.  I do not

12     remember --

13                  You're talking about the panel --

14                  Are you talking about the NRC members

15     or a different panel?

16            Q.    Yes.

17            A.    Okay.

18            Q.    The NRC panel 2009 report, there was

19     a gentleman by the name Dr. Prabhakar Clement, I

20     believe at the time from Auburn University?

21            A.    I do recall his name, yes.

22            Q.    Did you ever communicate with him,

23     either before or after issuance of the NRC report?

24            A.    Not that I recall.

25            Q.    Do you know a lady by the name of

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 70 of 332

1     Susan Martel at NRC?

2          A.   I do not recall that name.

3          Q.   Do you remember having any

4     communications with her, either before or after

5     the committee was formed or the report issued?

6          A.   No.  I do not remember any

7     communications like that.

8          Q.   Okay.

9          A.   I mean, I will say that, you know,

10    the National Research Council pulls from the

11    National Academies of Science and Engineering and,

12    you know -- you know, that's like the all-star

13    team for scientists and engineers, and nobody on

14    that panel, in my opinion, would have had any kind

15    of bias or ideological investment.  I mean, if

16    they did, they just wouldn't be in that position.

17         Q.   Why do you say that?

18         A.   Because, you know, they've

19    demonstrated that they -- they do science the

20    right way, and they -- you know, based on their

21    achievements as scientists, you know, that track

22    record speaks for itself.  And I just...

23         Q.   Well -- I'm sorry.

24         A.   You're breaking up.

25         Q.   Let me know when you've finished.

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 71 of 332

1          A.    Oh, I'm done.

2                You're breaking up a little bit.

3          Q.    What I was trying --

4                Go ahead.

5          A.    I was just saying, you're breaking up

6      a little bit.

7          Q.    Okay.  So given what you just said,

8      you know, the high quality of the participants of

9      the National Academy of Sciences, when one of

10     these groups is put together, you would assume

11     that there's a certain level of vetting to make

12     sure you weed out people who have a predetermined

13     bias.

14                Would you agree with that?

15         A.    No.

16                I'm just saying that, you know, the

17     National Academy of Science and the National

18     Academy of Engineering, those are -- you know,

19     people are -- become a part of those groups after

20     very significant achievement.

21         Q.    I understand, but I'm asking about if

22     you're going to have an impartial committee, an

23     impartial review, do you want somebody serving on

24     that that has subject matter bias, or not?

25         A.    Well, I mean, I think that question

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 72 of 332

1    answers itself.

2              I mean, I've said that, you know,

3    bias is not appropriate in science.

4         Q.   And, therefore, you agree with me

5    that if you're going to establish an independent

6    committee to do a review like this, you would want

7    to have a certain level of vetting.  Right?

8              MS. SILVERSTEIN:  Object to form.

9              THE DEPONENT:  Yeah.  I mean, I'm not

10   agreeing with that.

11             You know, I wasn't involved with the

12   NRC report.  I just know that it's the mission of

13   the NRC to, you know, evaluate scientific issues

14   and provide independent reports to policymakers

15   and to the public, and that's -- that's their

16   role.

17

18   BY MR. DEAN:

19        Q.   And you used the word "independent."

20             Who do you think participated in

21   choosing the members of the committee?

22        A.   I do not know.

23             You're talking about the committee of

24   NRC people who reviewed --

25        Q.   Yes.

Golkow Technologies,
A Veritext Division
877-379-3377                                                   www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 73 of 332

1          A.   I don't know how they were chosen.

2          Q.   Well, you know that the Navy

3     contracted with the NRC for the study.  Right?

4          A.   That is my understanding, yes.

5          Q.   And do you think it's okay for the

6     Navy to participate in choosing who is going to be

7     on the committee, or not?

8          A.   Well, the Navy -- my understanding is

9     the Navy funded the project, but I don't know who

10    was involved in choosing the members of the

11    committee.

12         Q.   Well, if it's going to be an

13    independent study and you wanted a nonbiased

14    report issued, you would assume that the person

15    asking for the study is not participating in who

16    is on the committee.  Right?

17         A.   I mean, I don't -- I don't know how

18    to answer that.

19              I don't make any assumptions about

20    that kind of thing.  I just -- I just wasn't

21    involved in that.

22         Q.   Okay.  But you do agree it would need

23    to be an independent panel?

24         A.   Well, the -- what I said was, you

25    know, the purpose of the NRC -- and I believe you

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 74 of 332

1    can find this on their -- on the website, is to

2    provide independent reviews of scientific issues

3    in order to support policy and the public.

4             So that's -- you know, that's their

5    mission.  That's why they're there.

6             You know, how they get there, you

7    know, I don't know.  They pull people from the

8    National Academy of Science and Engineering, and

9    those are highly respected scientists.

10            Q.   Okay.  Let's move on to something

11   else.

12            Do you know who Dr. --

13            MS. SILVERSTEIN:  Hey, Kevin?  Before

14   we get into the next line of questioning, we've

15   been going for about an hour and a half.  Can we

16   take a break soon?

17            MR. DEAN:  I'm perfectly fine with

18   taking a break now.  I get on a roll, having fun.

19   So let's take a break.

20            MS. SILVERSTEIN:  Great.  Thanks.

21            THE VIDEOGRAPHER:  We're going off

22   the record at 12:33 p.m.

23            (Whereupon, a recess was taken from

24   12:33 p.m. to 12:45 p.m. EST.)

25            (Whereupon, Waddill Deposition

1    Exhibit 4, Memo from Dan W. Waddill to Scott R.

2    Williams and Kim P. Brown; Subject:  RE:  Agenda

3    for July 15 DHWG meeting; July 8, 2010; Signed by

4    dan.waddill@navy.mil; with attachment; Contains

5    Information Subject to Protective Order:  Do Not

6    Disclose to Unauthorized Persons;

7    CLJA_NAVY_WADDILL_HC_0000000975-1011, was marked

8    for identification.)

9

10   BY MR. DEAN:

11        Q.   And let's go take a look at the

12   exhibit folder and let's go to Exhibit No. 4.

13        A.   Okay.  I'm there.

14             THE VIDEOGRAPHER:  Doctor, could you

15   clip your mic back on?

16             THE DEPONENT:  Oh, yeah.  Sorry.

17   Okay.

18

19   BY MR. DEAN:

20        Q.   Are you ready?

21        A.   Yes.

22        Q.   This is Exhibit 4 to your deposition,

23   and it begins with a Waddill hard copy Bates stamp

24   975.  And mine, the way it was produced, goes

25   through page 1011.

1          Do you recognize this as an e-mail

2    you printed off that you also authored and sent to

3    Scott Williams and others on July 8, 2010?

4          A.   Yes.

5          Q.   And on -- you said -- in the first

6    paragraph or so, you say, "Hi, Scott.  I hope

7    these comments may be helpful.  Please let me know

8    if you have questions or would like more detail.

9    Dan."

10          And then can you read what you said

11    about Slide 56?

12          A.   "Slide 56 is vague.  It summarizes

13    some issues from the NRC report, but it does not

14    begin to capture all the issues or the magnitude

15    of the issues."

16          Q.   So the draft comments that are

17    referred to there that are attached, it has a file

18    name of Draft Comments -- Draft_Comments_2.

19          Do you see that?

20          A.   I do.

21          Q.   And do you see that it's -- you were

22    specifically talking about Slides 56 and 57.

23          Do you see that?

24          A.   I do.

25          Q.   I will give you an opportunity to

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 77 of 332

1    look through this attachment --

2           A.    Okay.

3           Q.    -- but I do not see the referenced

4    attachment and your Draft_Comments_2.

5                 I have searched through all the

6    documents produced by the government, for the

7    record, and if you type in a search term for that

8    attachment, it does not show up having been

9    produced.

10                And if you turn to your comments

11   section on the next two pages, you'll notice

12   there's only comments for Slides 5, 6, 12 through

13   18, and 20 through 38, and I just don't see any

14   comments on the slides that you're commenting

15   about.  So if I'm wrong, correct me.

16                Looking through this document, I'm

17   just having trouble finding the attachment or

18   references to those slides.

19           A.    Yeah.

20                I'm looking through.

21                Well, I'm not sure how far I should

22   look down, but I don't see anything about

23   Slides 56 and 57.

24           Q.    So evidently -- okay.

25                Go ahead.

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 78 of 332

1          A.   Other than in the e-mail on the first
2     page.
3          Q.   You seem to be commenting about a
4     PowerPoint presentation.
5               So if you -- if you look further down
6     the e-mail, you'll see where Scott Williams sent
7     it to you at 4:20 the day before.
8               Do you see that?
9          A.   Oh, yes.  Yes, I do.
10         Q.   And Williams says to you, "Dan, Can
11    you please take a look at Slides 56 and 57 and let
12    me know what you think?"
13         A.   Yes.
14         Q.   Do you know where -- is it possible
15    that the Draft_Comments_2.PDF that's referenced
16    here is on your laptop computer historical archive
17    file?
18         A.   It's possible, yes.
19         Q.   Is it possible that those Slides 56
20    and 57 that were forwarded to you on July 7, 2010,
21    at 4:20 p.m. are on your laptop computer?
22         A.   Yes.  Possible.
23         Q.   Do you know why -- do you know who
24    created --
25               Did Scott Williams create this

GolKow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 79 of 332

1    PowerPoint, or do you remember?

2              A.   I do not remember.

3                   I mean, he asked me to review

4    Slides 56 and 57, but that doesn't mean he created

5    it.  He might have, but it could have been someone

6    else.

7              Q.   If you look further down, in all

8    fairness, it's been forwarded to Williams by

9    Kelley B. Brix.

10             A.   Yes.

11             Q.   Who is Kelley.Brix@tma.osd?

12             A.   I don't know.

13                  The OSD would refer to Office of the

14   Secretary of Defense, I believe.

15             Q.   Is it possible that you also have the

16   complete e-mail trail?  Because this one seems

17   like you cut -- like you printed off just your

18   first page that had your comments, and then you

19   had made some attachments that you put together.

20                  Do you think you might have the

21   complete e-mail that had been forwarded to you?

22             A.   Yeah.  It's certainly possible.

23                  I mean, I didn't -- I didn't make any

24   kind of attempt to print everything out, so.

25             Q.   I understand.

Golkow Technologies,
A Veritext Division
877-379-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 80 of 332

1                   Just a second.

2                   If you turn to page 993,

3       Bates-stamped 993?

4            A.    993.

5            Q.    Actually, let's back up a little bit

6       before that.

7                   Go to 8- -- 987.

8            A.    987.

9                   Okay.

10           Q.    Do you know who Professor Mustafa

11      Aral is?

12           A.    Yeah.

13                  I know a little bit about him.  I

14      know he wrote -- he wrote something about the NRC

15      report.

16           Q.    Obviously, this is a document that

17      has -- it's dated June the 30th, and it says,

18      "Response to Comments with NRC Report on ATSDR

19      Water Modeling Study."

20                  Do you see that?

21           A.    I do.

22           Q.    So obviously, this is a memo prepared

23      by Dr. Aral that was sent to Morris Maslia at

24      ATSDR, and it became -- you somehow got a copy of

25      it as a part of your work and reviewed this

Golkow Technologies,
A Veritext Division
877-379-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 81 of 332

1     document.  Right?

2            A.    Yes.

3            Q.    And if you turn -- if you turn to

4     page 5 of it.  So it's page 991.

5            A.    Okay.

6            Q.    Down at the bottom, there's a big

7     paragraph that begins, "Thus."

8            A.    Yes.

9            Q.    And about three-fourths of the way

10    down, you've highlighted, "Also reporting the

11    solubility of PCN water at about half the value of

12    the data reported in ATSDR Chapter D report,

13    (Lawrence 2007) without providing a reference

14    (page 38 of the NRC report) is a scientifically

15    unacceptable practice."

16                 Do you see that?

17           A.    I do.

18           Q.    And you have made a mark there, sort

19    of vertically, capturing what that section -- you

20    know, that section area.

21                 Do you see that?

22           A.    I do.

23           Q.    Why is it that you highlighted and

24    made that mark?

25           A.    I do not remember.

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 82 of 332

1          Q.   Do you agree or disagree with his

2     statement?

3          A.   Well, you know, I don't have enough

4     context here to really disagree with it.  But I --

5     you know, I know the NRC basically responded that

6     they stand behind their report, so.  I think they

7     would have disagreed with this.

8          Q.   If you turn to page 993.  So a couple

9     more pages.  993.

10         A.   Yes.

11         Q.   At the bottom --

12              Well, earlier, in the top paragraph

13    you've highlighted a section about TechFLOW.

14              Do you see that?

15         A.   Yes.

16         Q.   And then at the bottom of the last

17    paragraph at the bottom, you've highlighted a

18    paragraph and you've underlined it.  It says,

19    "Misrepresentation of the scientific and public

20    domain facts is extremely burdensome and, in my

21    opinion, sheds a dark cloud over the scientific

22    credibility and integrity of the NRC report."

23              Do you see that?

24         A.   I do.

25         Q.   And then you made a mark, same as you

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 83 of 332

1      made before, and you wrote in your own

2      handwriting, "Dark cloud."

3              A.   Yes.

4              Q.   Do you know why you wrote the words,

5      "Dark cloud"?

6              A.   I do not recall.

7              Q.   Were you agreeing at the time with

8      his statement, or not?

9              A.   I was not agreeing, no.

10             Q.   So you disagree with this statement?

11             A.   Let me get the context here.  Give me

12     a minute.

13             Q.   Sure.

14             A.   Well, I certainly believe that the

15     NRC report had scientific credibility and

16     integrity.

17                  So in that sense, I disagree with

18     this statement.

19             Q.   And the reason that you feel like

20     that the NRC committee that we're talking about

21     had scientific validity and credibility, I think

22     is your words -- if it's not, I apologize -- the

23     reason you say that is because your general

24     understanding that this is a world-renowned,

25     independent, nongovernmental entity that's

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 84 of 332

1      comprised of these world-renowned scientists who

2      are all impartial.  Right?

3                     MS. SILVERSTEIN:  Object to form.

4                     THE DEPONENT:  Yeah.  I would not say

5      that.

6                     I was using the words "credibility"

7      and "integrity" because that's what Dr. Aral --

8      those are the words that he used.

9                     The reason I believe that their

10     report has credibility and integrity is because

11     of, you know, what they said about the water

12     modeling in the report.  It just -- it matched

13     with the scientific approach that's required in

14     that field.

15                    So, you know, they -- they

16     demonstrated, not only through their credentials,

17     but also in what they wrote in their report, that

18     it has integrity and credibility.

19

20     BY MR. DEAN:

21         Q.   And you -- as of today, you don't

22     have any reason to believe that there's anything

23     in that 2009 report that is -- that you disagree

24     with?  You agree with the report and its

25     conclusions?

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 85 of 332

1          A.   You're talking about the 2009 NRC

2     report.  Right?

3          Q.   Yes, sir.

4          A.   Yeah.

5               You know it covered a lot of topics,

6     and I only looked closely at the water modeling

7     sections.  I did glance through some of the other

8     sections.

9               But, you know, I would say, in

10    general, I thought the report was well written and

11    accurate.

12         Q.   Okay.  Do you know whether or not the

13    Marine Corps, including its civilian employees

14    working under NAVFAC, provided an appropriate

15    level of documentation in a timely fashion to the

16    ATSDR to do their work?

17              MS. SILVERSTEIN:  Object to form.

18              THE DEPONENT:  Well, I do know from

19    sitting at meetings that the Marine Corps provided

20    voluminous amounts of information to ATSDR, and

21    they went to great effort to provide everything

22    that ATSDR asked for.

23

24    BY MR. DEAN:

25         Q.   Do you know whether or not the Marine

Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 86 of 332

1      Corps or NAVFAC or its other associated people
2      involved withheld any data from ATSDR?
3                  MS. SILVERSTEIN:  Object to form.
4                  THE DEPONENT:  I mean, I'm sure
5      nobody withheld anything.
6                  That's just -- it's just not
7      something that anybody I work with -- we actually
8      do the opposite.  We want to make everything
9      available and go to great effort to do that.
10
11     BY MR. DEAN:
12          Q.   Were you ever concerned that there
13     was -- with data being withheld or that ATSDR was
14     going to accuse the Navy of withholding data?
15                  MS. SILVERSTEIN:  Object to form.
16
17     BY MR. DEAN:
18          Q.   Were you worried about that?
19                  MS. SILVERSTEIN:  Object to form.
20                  THE DEPONENT:  I think there's a
21     couple of questions in there.
22                  I was never concerned that the Navy
23     or Marine Corps was withholding data.  I know
24     that's -- that's just not the case.  As I've said,
25     it is the exact opposite.  People were going to

Golkow Technologies,
A Veritext Division
877-370-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 87 of 332

1    great effort to get ATSDR everything they wanted.

2                    But I was aware that ATSDR --

3                    Pardon me?

4                    I was aware that ATSDR --

5

6    BY MR. DEAN:

7            Q.    Were you were worried that ATSDR --

8            A.    Kevin, you're breaking up.

9                    MR. ANWAR:  Kevin, since you're not

10   on --

11                   And we can go off the record for a

12   second.

13                   THE VIDEOGRAPHER:  Going off the

14   record at 1:02 p.m.

15                   (Whereupon, a recess was taken from

16   1:02 p.m. to 1:03 p.m. EST.)

17

18                   THE VIDEOGRAPHER:  Back on the record

19   at 1:03 p.m.

20

21   BY MR. DEAN:

22           Q.    Let me ask the question again, and I

23   apologize, Mr. Waddill, because I didn't hear your

24   response.

25                   My question was:  Were you concerned

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 88 of 332

1    that ATSDR was going to claim or allege that the

2    Marines had withheld data?

3          A.   Well, I mean, I did observe them in

4    meetings or complaining or saying that they didn't

5    have all of the data that they needed, and, you

6    know, the Marine Corps personnel took that to

7    heart.  And so, you know, it did concern me.

8          But I don't -- I don't believe they

9    ever -- I don't believe they ever implied that

10   anyone was withholding information.  It's just

11   that there's so much of it, they didn't have

12   everything that they wanted.

13         And, you know, that's -- that's a

14   concern, because that can be -- that kind of thing

15   can be misunderstood.

16         (Whereupon, Waddill Deposition

17   Exhibit 5, Camp Lejeune Data Mining Technical

18   Workgroup Plan of Operation, July XX, 2010, Draft,

19   July 9, 2010, "Do Not Cite or Quote"; Contains

20   Information Subject to Protective Order:  Do Not

21   Disclose to Unauthorized Persons;

22   CLJA_NAVY_WADDILL_HC_0000000421-454, was marked

23   for identification.)

24

25

Golkow Technologies,
A Veritext Division
877-379-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 89 of 332

1      BY MR. DEAN:

2              Q.    So take a look at Exhibit 5.  I just

3      put it in your folder.

4              For the record, this is a collection

5      of documents beginning Waddill hard copy 421

6      through 454.

7              A.    Okay.

8              Q.    Got it?

9              A.    Yes.

10             Q.    The only page I'm interested in in

11     this collection of documents is page 441.

12             A.    441.  Okay.

13             Q.    I want to make sure I can understand

14     your handwriting, for the most part.  Okay?

15             A.    Okay.

16             Q.    This is your handwriting on this

17     page.  Right?

18             A.    Yes.

19             Q.    All right.  And according to the

20     document for which it's attached to, the

21     document --

22             If you need to flip back to page 1,

23     feel free to, but it says a draft dated July

24     the 9th, 2010.

25             A.    Okay.  Sorry.  Say that again?

Golkow Technologies,
A Veritext Division
877-379-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 90 of 332

1          Q.   Actually, at the top of the page --
2          A.   Okay.
3          Q.   -- on 441, doesn't it say July 8,
4    2010, draft?
5          A.   Yes, it does.
6          Q.   All right.  Can you just read at the
7    bottom so it's in your way which you believe it
8    should be read?  Can you read it into the record
9    for me?  Below -- the section below the block?
10         A.   Okay.
11              "We don't know the timing of the
12    releases.  Big data gap that cannot be filled.  We
13    have no concentration data from the '60s -- 1960s
14    and 1970s."
15              "If we" -- and that's not -- thought
16    is not finished.
17              "Completeness.  Focus on the data
18    (that the model is sensitive to).  Evaluate the
19    quality of the data.  How would a nonexpert find
20    some of this info.  In case that there is no data,
21    will we all certify that there is no data."
22              And then in parentheses, "Will ATSDR
23    say that Marine Corps has not withheld data?"
24         Q.   There's a note you missed there.
25         A.   Yeah.

Golkow Technologies,
A Veritext Division
877-379-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 91 of 332

 1              To the right it says, "wife" with an

 2      arrow, "grocery store, (needle in haystack)."

 3              Q.  Do you have the context of why you

 4      had those in that location?

 5              A.  I don't recall.  That doesn't make

 6      any sense to me.

 7              Q.  I can tell you, my wife does not get

 8      lost in a grocery store.

 9              But you did recognize that there was

10      some sort of a perception or struggle between the

11      Marine Corps and ATSDR about whether ATSDR was

12      getting all the information and whether or not

13      there was a claim that there might be some

14      withheld data.  Because that's why you made the

15      note.  Right?

16              A.  Well, as I said before, you know, I

17      was at this meeting.

18              I was aware that ATSDR felt like they

19      didn't have all the data.  And, you know, that's

20      certainly reasonable, given, you know, it's years

21      of data, and it's just -- it's a lot of it.

22              And as I said, I know the Marine

23      Corps was making every effort to do so.

24              And I'm not aware of -- I'm not aware

25      of ATSDR ever saying that the Marine Corps

1    withheld data.

2              And, you know, I think the note, "In

3    case that there is no data, will we all certify

4    that there is no data," I think that might have

5    been the request that ATR was making.

6              And in parentheses, it was just my

7    thought that, you know, in return, would they

8    acknowledge that we're not withholding data.

9              It never -- like I said, none of this

10   ever materialized.  We just -- the Marine Corps

11   just kept giving them information as requested,

12   everything that they could.

13       Q.   Let's go back to one exhibit,

14   Exhibit 4.  I think I forgot to ask you a question

15   before we took a break earlier.

16              And if the team wants to take a lunch

17   break now, that would be a good time, but I just

18   want to quickly go back to Exhibit 4.

19       A.   Okay.  Okay.

20       Q.   At the bottom of the e-mail, we had

21   finished the ones about the slides up front.

22              Actually, you know what?  Maybe I

23   didn't show you this exhibit.

24              Let me show -- let me check

25   something.

Golkow Technologies,
A Veritext Division
877-379-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 93 of 332

1          A.   You're talking about 975?

2          Q.   You know, you're exactly right.  I'm

3     pulling up a --

4               Let me see here.

5               Let's see.

6               Let's just go ahead and take a break

7     now.  I guess I was finished with that Exhibit 4.

8     I'm thinking of a different exhibit number, and we

9     can do that after lunch.

10              Tell me how much time you need.  The

11    shorter the better, but I know you guys have a

12    long drive.

13              MR. ANWAR:  Do you want to go off the

14    record?

15              MR. DEAN:  Can we go off the record?

16              THE VIDEOGRAPHER:  Going off the

17    record at 1:12 p.m.

18              (Whereupon, a lunch recess was taken

19    from 1:12 p.m. to 2:07 p.m. EST.)

20

21              THE VIDEOGRAPHER:  Back on the record

22    at 2:07 p.m.

23              (Whereupon, Waddill Deposition

24    Exhibit 6, ATSDR Modeling Report, Tarawa Terrace,

25    Contains Information Subject to Protective Order:

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 94 of 332

1      Do Not Disclose to Unauthorized Persons,

2      CLJA_NAVY_WADDILL_HC_0000000645-694, was marked

3      for identification.)

4

5      BY MR. DEAN:

6              Q.   Okay.  Dr. Waddill, can you take a

7      look at the folder, and I've just put Exhibit 6 in

8      there.

9              A.   Okay.

10             MR. DEAN:  And for the record,

11     Exhibit 6, again, is Bates-stamped Waddill hard

12     copy 645, and it goes through 694, it appears.

13             THE DEPONENT:  Okay.

14

15     BY MR. DEAN:

16             Q.   Are you there?

17             A.   Yes.

18             Q.   All right.  Number one, do you

19     recognize the handwriting on this document?

20             A.   Yes.

21             Q.   And is it yours?

22             A.   Yes.

23             Q.   So this -- this -- these notes --

24             If you look at the title on page 1, I

25     guess you were in some sort of a meeting or you

Golkow Technologies,
A Veritext Division
877-379-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 95 of 332

1    were somewhere where you were taking notes related

2    to Tarawa Terrace water model.

3            A.   I don't remember, but undoubtedly,

4    that's the way it was, yes.

5            Q.   Okay.  And if you turn to Item 14 on

6    the second page?

7            A.   Okay.

8            Q.   First of all, I don't know the timing

9    of this document.  I don't see -- I don't know if

10   you remember, but I don't see dates on it.

11           A.   Yeah.  I don't remember.

12                But, yeah.

13                Do you have a question about 14?

14           Q.   I believe it is around in 2008, and

15   I'll show you why in a little bit.

16                But in any event, Item 14, there is a

17   star and it says, "how much real data available."

18           A.   Yeah.

19           Q.   What were you thinking there?  What

20   was your question about what data?

21           A.   Well, the data would be, you know,

22   concentration of contaminants.

23                So, you know, early on it seemed

24   clear that there was not much of that kind of data

25   available.  And, you know, ultimately, the reports

Golkow Technologies,
A Veritext Division
877-379-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 96 of 332

 1    said exactly how much was available.  But at this

 2    point, I didn't know.  And so that was, to me, an

 3    important question and I noted it there.

 4            Q.   Well, do you currently hold a belief

 5    that the Tarawa Terrace water modeling by ATSDR

 6    was deficient because of a lack of real data?

 7            A.   Well, I certainly, you know, observed

 8    and presented this to ATSDR numerous times that,

 9    you know, since concentrations of contaminants

10    were only available -- measured concentrations

11    were only available in the '80s, that that made

12    modeling the concentrations in the '70s and the

13    '60s and the '50s a very difficult proposition.

14            Q.   So -- and we can go through some

15    other documents, but from my studying you over the

16    last few weeks, your writings, that seems to be

17    one of your, sort of, top-tier criticisms of the

18    ATSDR water modeling project, was this issue

19    concerning lack of real measured data.

20                 Is that fair?

21            A.   Correct.

22                 Because it's that real measured data

23    that ties a model like this to the real world, and

24    if you can't tie the model results to the real

25    world, then the model results just aren't valid or

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 97 of 332

1    useful.

2             Q.    Okay.  Now, we'll come back to that.

3                   But fast-forward over to Hadnot Point

4    modeling.

5                   They certainly had more data there.

6    Right?

7             A.    I don't know.  I don't remember.

8                   I think it was somewhat similar as

9    far as the years when those kinds of

10   concentrations were available.

11            Q.    Okay.  Well, back to Tarawa Terrace.

12                  I guess what you're saying, they only

13   had, like, one set of data, and you're critical of

14   that because you think it lacks the ability to be

15   validated?

16            A.    Yes.

17                  And ATSDR, you know, agreed and

18   stated that the model was not validated, because

19   they didn't have data to do that step.

20            Q.    Where do you understand that was

21   stated, or was that in a meeting?

22            A.    You know, I don't recall exactly.

23                  I think they said as much in response

24   to some of my comments.  And, you know, I believe

25   it was in writing, and it could have also been

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 98 of 332

1    verbally in meetings.

2              But it was -- you know, there was no

3    dispute that that model was not validated.  They

4    freely admitted that there wasn't enough data to

5    validate the model.

6         Q.   And I guess what you're saying, if

7    there had been a second set of data available or

8    some other work done like you referred to for

9    validation, that would cause you to relook or

10   question whether, in fact, it was done properly?

11        A.   No.  I'm definitely not saying that.

12             I'm just saying since there was no

13   data available for the '50s, '60s, and '70s,

14   almost, you know, 35 years of time of interest,

15   that the model is not accurate enough to -- to be

16   useful for the purpose that it was being run.

17        Q.   Right.

18             But what I'm asking is a

19   hypothetical, and I recognize that.

20             But what if there was additional data

21   that you were not aware of that was being used to

22   validate the model, would you reconsider that

23   view?

24        A.   Well, you know, there is not

25   additional data, and -- but, of course, you know,

Golkow Technologies,
A Veritext Division
877-370-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 99 of 332

1      I would always consider all available data, which
2      I did in this case.
3              Q.   As a matter of fact, you've got a
4      note there in Item 17 just below 14, "Other
5      observed data available?"
6                   And then you put, "Any other model
7      evaluation done?"
8                   Do you see that?
9              A.   Yes.  I think this was an early
10     meeting where there were more questions than
11     answers.
12                  But, you know, the answers, you know,
13     were clear later on, that, you know, the data was
14     only available in the '80s, and the model
15     validation was not done.
16                  During this meeting, my notes
17     indicate I couldn't tell what the answers to those
18     questions was yet.
19             Q.   All right.  So let's flip forward to
20     page 653.
21             A.   653?
22             Q.   Yes, sir.
23                  And it's some -- an e-mail string
24     with you.
25             A.   Okay.  Okay.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 100 of 332

1          Q.   Let's go -- you know, you read

2     e-mails backwards, so let's go to page 655.

3          A.   Okay.

4          Q.   So do you see that this is an e-mail

5     dated March the 3rd, 2008, and you indicate that,

6     "Hi, Chuck and Peter.  Kim and I just talked with

7     some of the folks at NAVFAC headquarters about our

8     meeting with ATSDR last week."

9               Do you see that?

10         A.   Yes.

11         Q.   And you go down a couple of other

12    sentences and you said, "I'd like to propose that

13    I write a first draft of my thoughts and ask you

14    guys to add comment, revise.  Scott and I don't

15    want to engage Peter without your permission.

16    Would that be something you'd support?  We'd

17    definitely appreciate Peter's opinion, if it's

18    okay with you."

19               Do you see that?

20         A.   I do.

21         Q.   So why are you asking about

22    Peter's -- Peter --

23               How do you pronounce his last name?

24         A.   Pommerenk, I believe.

25         Q.   Pommerenk.  Okay.  P-o-m-m-e-r-e-n-k,

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 101 of 332

1  Mr. Pommerenk.

2  Why were you having to ask for

3  permission to consult with Mr. Peter Pommerenk?

4  A.  Well, I don't remember specifically,

5  but I think he must have been a contractor who

6  worked for Scott.

7  And so, you know, I would be asking

8  permission because I would not ever task Scott's

9  contractor to do something.  It was -- Scott would

10  need to do that himself.

11  Q.  And then Kim Brown responds to your

12  e-mail, and she says, "Scott, I have mentioned to

13  Kelly that we, the Navy, had some concerns with

14  the overall water modeling methodology, but didn't

15  feel comfortable stating such in the meeting since

16  we're getting involved much later in the game and

17  plus we all know of all the high visibility CL has

18  gotten already.  We thought it would be effective

19  to provide a solid position from a scientific

20  technical perspective.  So if all the technical

21  folks could collaborate, then I can provide an

22  overall picture of how everything ties together,

23  along with Kelly's help, since she's been involved

24  on this site much more closer than me, sometime

25  next week for all to review."

1              Do you see that?

2         A.   I do.

3         Q.   And do you think that the notes that

4    we just looked at on pages 645 through 659, the

5    handwritten notes, probably are talking about that

6    and that's why you have them stapled together,

7    this meeting you all had with ATSDR in late March

8    of '08?

9              MS. SILVERSTEIN:  Object to form.

10             THE DEPONENT:  Yeah.  I don't know.

11   I don't recall anything like that, so.

12

13   BY MR. DEAN:

14        Q.   Well, in March of '08, you're asking

15   questions about whether or not there was model

16   validation done and whether or not there was other

17   data?

18        A.   You're referring to my notes?

19        Q.   Yes, sir.

20        A.   Well, I think we already established

21   there's no date on those notes.

22        Q.   Well, you're referring to an ATSDR

23   modeling report, and you're making reference --

24   for example, Item 1, Figure 811, and then to ES-4.

25             So you're making reference to a

1    report.  Right?

2              A.   Sounds like, yeah.

3              Q.   Wouldn't that be the draft report

4    that was provided to the Navy before the final was

5    issued?

6              A.   I mean, I don't know.

7                   Remember, I'm getting all of this out

8    of context.  So, you know, I just can't remember

9    that kind of thing.

10             Q.   But if you all were questioning back

11   in -- in this e-mail chain that we just read in

12   the end of March 2008 and not sure exactly what

13   went on, why is it that Kim Brown has already

14   decided that you all are going to take a position

15   to disagree with the ATSDR findings?

16                  MS. SILVERSTEIN:  Objection.

17                  THE DEPONENT:  We had -- you know, as

18   it says in my e-mail, we were concerned -- we had

19   concerns, especially about the uncertainties

20   related to the model, and we wanted to express

21   those clearly to ATSDR.

22

23   BY MR. DEAN:

24             Q.   Yeah.

25                  But she -- in the March 1, 2008,

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 104 of 332

1    e-mail at 4:02 in the afternoon, Kelly says she

2    doesn't feel comfortable stating the concerns of

3    your group, since we are just getting involved

4    much later in the game.

5              That means she didn't have all the

6    information.  Right?

7              MS. SILVERSTEIN:  Objection.

8              THE DEPONENT:  Well, I mean, I think

9    it means, you know, what she says, you know, just

10   face value.

11             You know, there was a meeting and,

12   you know, we had a series of meetings with ATSDR

13   over time, but at this one, Kim was not

14   comfortable expressing concerns yet because we

15   didn't have a position to present -- that was in a

16   presentable shape.

17             So I think, you know, what she's

18   saying is, let's figure out where we stand and go

19   from there.

20

21   BY MR. DEAN:

22        Q.   Well, flip to the previous page,

23   Page 653.

24        A.   Okay.

25        Q.   And look at your e-mail at the bottom

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 105 of 332

1    and read it into the record for me at April the
2    2nd, a couple of days later, 2008, at 3:26.
3            A.    "Please find attached my initial
4    impressions of the ATSDR water modeling.  Our
5    intent is to keep this internal to Navy and Marine
6    Corps for now and to use it to brief our
7    management.  Please don't share this version with
8    others.  If it ever goes outside, we'll want to
9    soften the wording.  I wasn't trying to be too
10   diplomatic for now.  Your input, additions,
11   corrections, et cetera, would be most welcome.  I
12   did not address the uncertainties arising from
13   karst geology, but perhaps that is worth
14   mentioning.  Also, Peter, I know you have concerns
15   about the groundwater flow calibrations,
16   et cetera, so feel free to add if you think
17   appropriate.  Please comment by COB tomorrow,
18   April 23rd, so I can send the final to Kim on
19   Friday.  Best regards, Dan."
20           Q.    So where are your attached initial
21   impressions of the ATSDR water model?
22           A.    Well, it sounds like they weren't
23   printed out for the hard copy that you got.  More
24   than that, I can't say.
25           Q.    Is it possible that they are in that

1    Camp Lejeune folder on your laptop?

2         A.   Yes, it's possible.

3         Q.   Again, how about flipping forward to

4    page 669 in this collection.

5         A.   669.  Okay.

6         Q.   Do you see that agenda?

7         A.   I do.

8         Q.   Do you see it's dated March 26, 2008?

9         A.   I do.

10        Q.   Four days before your e-mail of

11   March 31st where you said, "We had our meeting

12   with ATSDR last week."

13             And you have -- your notes, all of

14   this stuff is packaged, stapled together, in

15   conjunction with that meeting.  Right?

16        A.   I don't know.  I mean, I don't know

17   what you got.

18        Q.   Well, take a look at page 673.

19        A.   Well, I'm talking about stapled

20   together.

21        Q.   Yeah.

22        A.   Well, I see the dates in front of me,

23   and they certainly seem related to me.

24             But, again, this is all coming out of

25   context.  I haven't had time to look at any of

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 107 of 332

1    this and try to figure it out.  So, you know, I'm

2    just kind of --

3            Q.   I understand.

4            A.   And I'm not trying to dispute

5    anything you're saying.  I just -- I can't verify

6    it.  That's all I'm trying to get across.

7            Q.   Look at 681.

8                 This is part of the meeting minutes

9    section for that March meeting.

10           A.   Okay.

11           Q.   Do you see a section there in that

12   bullet point under Uncertainty?  There was a

13   discussion and recognition of uncertainties in the

14   water modeling project.

15                If you read that first bullet point

16   there, you see how Davis is commenting about his

17   two biggest sources of uncertainty.

18                Do you see that?

19           A.   Yes.

20           Q.   And Robert Faye indicated that most

21   of the uncertainty in [sic] when sources began is

22   associated with the BTEX sources.

23                Which is the underground storage tank

24   areas.  Right?

25           A.   I see that, yes.

1          Q.   And are you aware that ultimately,

2     although he may have not had it at the time,

3     ultimately Bob Faye and ATSDR obtained those

4     underwater storage tank data from Scott Williams?

5          A.   I mean, I don't doubt it.  I just --

6     I don't -- I'm not aware of that.

7          Q.   Okay.  And then there's a bullet

8     point by Mr. Pommerenk asking about the validity

9     of the model, and he thinks, quote, there is no

10    way to determine the model can predict what

11    happened before 1982 because no data is available.

12          Do you see that?

13          A.   I do.

14          Q.   So the whole premise, again, of the

15    concern with model validation is the fact that

16    they're very limited to one set of data.

17          A.   The concern is there was no data for

18    model validation, so the model was not validated.

19          Q.   Okay.  And if you look -- go back to

20    page 653.

21          The very -- at the beginning.  It's

22    about four pages in.  It's the last e-mail I want

23    to talk to you on this exhibit.

24          A.   653?

25          Q.   Yes, sir.

1          A.    Okay.

2          Q.    So page 1 of the original e-mail.

3          A.    Okay.

4          Q.    Tell me when you get there.

5          A.    Okay.  I'm there.

6          Q.    All right.  The next day you send a

7     follow-up e-mail on April 3, 2008, 10:52 a.m.

8                Do you see that?

9          A.    Yes.  I do.

10         Q.    And it says, "All, I've been looking

11    through the expert peer review panel report for

12    2005.  (Peter, saw your name as one of the

13    reviewers.)  The review came before the modeling

14    work that was discussed last week.  Thus, the

15    review can't be considered a response to the 2008

16    water modeling as I have been thinking

17    previously."

18                Do you see that?

19         A.    Yes.

20         Q.    "A number of concerns were raised in

21    the review, and I wonder how they're addressed.

22    Here are a few interesting ones.  No. 1" --

23                Well, it says page 18.

24                -- "ATSDR acknowledged that a lack of

25    historical data exists for the contaminant source,

1    groundwater pumpage and levels, and water

2    distribution system operations."

3              Do you see that?

4         A.    Yep.

5         Q.    Is that maybe a reference to what you

6    told me earlier, that you thought there had been a

7    recognition of limitation on available data?

8         A.    I don't think this pertains to what I

9    was saying earlier.

10             What I said earlier was, you know,

11   ATSDR, you know, acknowledged that there was no

12   data available for model validation, and that they

13   did not validate the model and that

14   acknowledgement came later.  That's not part of

15   this 2005 document.

16        Q.    You're thinking that's something

17   after 2008?

18        A.    Yes.

19             This was part of the ongoing meetings

20   and discussions we were having with ATSDR.

21        Q.    And then the end of that little

22   section, it says, "I'm wondering if ATSDR ever

23   really got enough data."

24             Do you see that?

25        A.    I do.

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 111 of 332

1          Q.   If you go down a couple more lines.
2     It says, page 23, "Dr. Clark recommended
3     developing an independent data set to validate
4     projections in addition to parameter estimation.
5     (At our meeting, ATSDR said they did not have
6     enough data for model validation.)"
7               Do you see that?
8          A.   I do.
9          Q.   So who was Dr. Clark?
10         A.   You know, it looks like he was one of
11    the reviewers for the expert peer review panel
12    report from 2005.
13         Q.   Okay.
14              And evidently, at this meeting you're
15    making reference to, which was probably the
16    March 26th meeting that's recorded in the meeting
17    minutes attached to this exhibit, that in that
18    meeting, ATSDR said they did not have enough data
19    for model validation at that time.
20              So sort of what you're saying?
21         A.   Well, I'm clearly saying that at our
22    meeting, ATSDR said they did not have enough data
23    for model validation.
24              I mean -- and I'll take your word for
25    it, that that could have been the March meeting.

1     But like I say, you know, I can't put together

2     timelines and meetings.  I can't do it with the

3     information in front of me, but I don't dispute it

4     either.

5          Q.   But as you sit there today, you're

6     not aware that -- your understanding is they were

7     only utilizing one set of data for the Tarawa

8     Terrace model?

9            MS. SILVERSTEIN:  Objection.

10           THE DEPONENT:  Yeah.

11           I mean, these questions that I had

12     became very clear fairly quickly.

13           And, you know, it is clear that ATSDR

14     only had real-world data in the 1980s, and they

15     used all of it for calibration, and they had no

16     data leftover for model validation.  That became

17     very clear.

18           I did have questions at first,

19     because I just didn't know yet.  But that became

20     clear, and ATSDR does not dispute that.

21

22     BY MR. DEAN:

23          Q.   Okay.  Now, the last question about

24     this, there is a report.  It's Bates-stamped 657.

25     It's behind the e-mail.  657.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 113 of 332

1          A.    What is that -- oh, page 657.

2                I've got you.  Got you.  I'm getting

3     there.

4                Okay.  Yes.

5          Q.    Now, this is from Dr. Pommerenk to

6     Scott Williams, dated April 2, 2008, and it says,

7     "Draft comments on Tarawa Terrace, Reports Chapter

8     A and C."

9                Do you see that?

10         A.    I do.

11         Q.    This is Pommerenk's comments, not the

12    ones that you were referring to in your e-mail?

13         A.    Which e-mail?

14                I mean, this is --

15         Q.    On page 653.  On page 653.

16                On page 653 you say, "Please find

17    attached my initial impression."

18         A.    Yeah.  Yeah.  Okay.  Yeah, no.

19         Q.    My question is:  Is that something

20    different than this attachment?

21         A.    Correct.

22                This is -- yes.  This is clearly

23    Dr. Pommerenk's memo.  It's not mine.

24         Q.    Okay.  Yeah.

25                And have you read his memo

Golkow Technologies,
A Veritext Division
877-370-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 114 of 332

1    historically?

2           A.   Yeah.  I read it in 2008.

3           Q.   Okay.  As you sit there today, do you

4    remember anything, you know, an earth-shattering

5    position in this paper that you disagreed with?

6           A.   You know, I don't remember.  That's

7    16 years ago, so.

8           Q.   Let's see.

9                At any time did the DoD, Department

10   of Navy, NAVFAC, or the Marine Corps, to your

11   knowledge, try to put together a workshop or a

12   work group to address the issues related to model

13   calibration and uncertainty?

14              MS. SILVERSTEIN:  Objection.

15              THE DEPONENT:  Certainly, might have.

16              We had a lot of meetings and, you

17   know, that could have been one of them.

18              I do not remember specifically.

19

20   BY MR. DEAN:

21          Q.   Well, there was a complaint that

22   there was a lack of model validation and a lack of

23   data to validate the model.

24              I'm just asking you, as you sit there

25   today, are you aware of a single meeting that the

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 115 of 332

1    Department of the Navy invited ATSDR into to have

2    a work session to address that issue and resolve

3    it?

4            A.   Well, I just know we addressed that

5    issue at numerous meetings, and it's not a

6    complaint.  It's just an observation that everyone

7    agrees with, that there was only enough data to

8    calibrate the model, and there was no more data to

9    validate it.  So the model was not validated.

10   That's just an observation.

11           Q.   Well, let me ask you this:  If a

12   model is calibrated, can it be used to reconstruct

13   historical values?

14           A.   Not in any scientifically valid way.

15           Q.   What about predict future values?

16           A.   Well, you know, the ATSDR model was

17   intended to reconstruct past concentrations, but

18   in general, groundwater modeling can be used very

19   effectively to predict future concentrations

20   because you can validate the model at any point,

21   you know.

22           As time goes on, you can take

23   real-world data and validate the model against it.

24   The issue with historical concentrations is, you

25   know, if you don't have data to validate the

1    model, you're never going to have any because you

2    can't go back into the past and take samples.

3         Q.   Well, it had to be validated with

4    additional data in order to -- in order for it to

5    be scientifically sound.  Is that what you're

6    saying?

7         A.   Yes.  That's the approach.

8              Because during model calibration, you

9    adjust the input parameters to match the

10   calibration data that you have as best as you can.

11   That's a standard practice.

12             But it's also standard, and it's

13   absolutely essential to fix those parameters after

14   calibration and not adjust them further and do

15   your model validation on a separate data set, and

16   that way you compare how does the calibrated model

17   match up to the real-world data, and that's how

18   you get model accuracy.

19             And for a model to be useful, it

20   needs to accurately represent the real world, you

21   know.  Otherwise, it's irrelevant.

22        Q.   All right.  Are you familiar with the

23   U.S. Geological Survey modeling of the

24   Jacksonville Naval Air Station 1000?

25        A.   Yes.

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 117 of 332

1          Q.   Do you have any criticisms of that
2     modeling world?
3          A.   No.  You know, not that I recall.
4               Because, you know, that model was
5     used for planning purposes, you know, going into
6     the future.
7               And, you know, as I've said, and
8     certainly, you know, working at Jacksonville, we
9     were -- we were always taking a lot of samples
10     and, you know, we could always compare model
11     predictions with real-world samples.  We were not
12     relying solely on the model to make any kind of
13     decisions.
14          Q.   Let me ask you this:  Did you ever do
15     a comparison -- sit down at your desk or wherever
16     and do -- look at what was done in Jacksonville
17     and compare it to what was done at Tarawa Terrace?
18          A.   Well, I -- you know, I worked on both
19     projects.  So, you know.
20               But as far as sitting down and
21     writing up a comparison, I did not.  But, you
22     know, the comparison was clear in my mind, as I've
23     stated.
24          Q.   Did they have a secondary set of data
25     with Jacksonville Naval Air Station and that's

Golkow Technologies,
A Veritext Division
877-370-3377                                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 118 of 332

1    what you're using to say that that was done

2    properly?

3            A.   You know what?  I'll just try to say

4    again what I said, you know.

5            At Jacksonville, we were not relying

6    solely on the model to make decisions.  The model

7    was used as a planning tool.  And, you know, as

8    part of the restoration program, we were regularly

9    taking real-world samples.  And that, in

10   conjunction with the model, is how we planned our

11   approach, you know.  It's -- and that -- that is

12   common enough, you know.

13           You -- sometimes the model helps you

14   with your planning, but you don't rely on it

15   alone.  You have to take real-world samples, and

16   we always do that in the cleanup program.  It just

17   happens regularly.

18           Q.   And you don't think with respect to

19   Tarawa Terrace they did that?

20           A.   Well, I just know they could not have

21   taken any samples from the '70s, '60s, and '50s,

22   because you can't go back in time and do that.

23           It's the historical reconstruction.

24   It's those years that are at issue.

25           Q.   If -- if Tarawa Terrace's model had

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 119 of 332

1        been verified with a second independent set of

2        data, what would your position be?

3                A.    I mean, first of all, it was not

4        verified.  It was not validated with a second set

5        of data.

6                       And, you know, if it were, my

7        position would depend on what -- what's it all

8        look like.  I mean, there's just -- there's just

9        no --

10                Q.    (Talking over each other.)

11                       If there were, in fact, a second

12        independent set of data that was utilized

13        following these March meetings to which you were

14        not aware of, where the model was validated, you

15        still wouldn't change your opinion.  Is that what

16        you're telling me?

17                       MS. SILVERSTEIN:  Objection.  That's

18        misstating his testimony.

19                       THE DEPONENT:  Yeah.

20                       I'm just saying, you're not giving

21        enough information for me to say one way or

22        another.

23                       I will say that if -- let's say they

24        found additional data for the '90s, which maybe

25        they did.  I don't know.  Maybe that's what you're

Golkow Technologies,
A Veritext Division
877-370-3377                                                   www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 120 of 332

1    getting at.

2                    If they validated the model against

3    data from the '90s, that would not change my

4    position on the uncertainty associated with what's

5    really going on in '70s, the '60s, and the '50s.

6                    It's not the '90s that are at issue.

7    It's the '70s, the '60s, and the '50s.

8                    (Whereupon, Waddill Deposition

9    Exhibit 7, PowerPoint Slides, DON Perspective on

10   ATSDR Water Modeling at Camp Lejeune, January

11   2011, Contains Information Subject to Protective

12   Order:  Do Not Disclose to Unauthorized Persons,

13   CLJA_NAVY_WADDILL_HC_0000000363-374, was marked

14   for identification.)

15

16   BY MR. DEAN:

17        Q.   All right.  Let's go to Exhibit --

18   pull up Exhibit 7.  Let me know when you've got it

19   up.

20        A.   Okay.  I'm up.

21        Q.   This appears to me --

22                    Well, for the record, it's

23   Bates-stamped 363 for this series of exhibits.

24   It's 363 through 374.  The first four or five

25   pages is a PowerPoint.

Golkow Technologies,
A Veritext Division
877-370-3377                                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 121 of 332

1              Do you see that?

2        A.    Yes.

3        Q.    Did you create this PowerPoint?

4        A.    Yes.

5        Q.    And it's dated January of 2011?

6        A.    Correct.

7        Q.    Can you tell me what the -- so you

8    told me earlier in your depo you moved -- or your

9    concentration sort of moved to munitions in '11.

10   I don't know if this is about that same timeframe

11   or before it.

12             Do you remember how this came about,

13   that you were asked to prepare this PowerPoint?

14       A.    No, I don't.

15             But the way we -- the way we work is,

16   you know, even if I had moved to focus on

17   munitions, you know, I was still the subject

18   matter expert for the Camp Lejeune groundwater

19   modeling.  So I still would have been the one that

20   people would come to for this type of thing,

21   and -- yeah.

22       Q.    But you don't remember what the

23   purpose of this was as far as --

24       A.    No.  No, I don't.

25       Q.    -- why you prepared it?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 122 of 332

1           Throughout this PowerPoint, in the
2     blue box at the bottom -- not every slide, but
3     most of the slides -- you point to the NRC as
4     supporting citation for whatever proposition might
5     be on the -- on that particular slide.
6           Do you see that?
7           A.   Yes.
8           Q.   And that's because with respect to
9     the NRC's criticisms of ATSDR Tarawa Terrace's
10    water modeling, you agree with all of those
11    criticisms.  Right?
12          A.   You're asking if I agree with
13    everything in the blue boxes?
14          Q.   No.
15          I'm asking you, do you know what all
16    of the criticisms were by NRC as it pertains to
17    ATSDR Tarawa Terrace's water modeling?
18          And I'm just simply asking you, do
19    you agree with all of them, or is there some you
20    take exception with?
21          A.   I mean, I don't know that I recall
22    all of their criticisms or all of their
23    statements, but certainly the ones -- you know,
24    the ones here, I agree with.
25          I mean, they're stating the same

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 123 of 332

1    concerns that I had stated.  And I -- you know, I

2    agree with that, absolutely.

3              Q.   Okay.  And, that's fair.

4                   I guess a different way to ask it is,

5    nothing comes to mind, as you sit there, where you

6    disagreed with a position by NRC in their 2009

7    report?

8              A.   If you're limiting it to just the

9    water modeling, that is correct.  Nothing comes to

10   mind.

11                  But there was a lot more in that

12   report other than just the water modeling, and for

13   that, I wouldn't have an opinion because I'm not

14   an expert.

15             Q.   Okay.  Well, that was my second

16   question on the topic was to -- you know, NRC has

17   a lot of criticisms of ATSDR, and I was going to

18   ask if you had any position or whether you agree

19   with NRC or take exception with any of their

20   positions?

21             A.   I mean, I don't have any position as

22   a knowledgeable person on epidemiological studies.

23                  I did -- I do recall reviewing one of

24   their epidemiological studies, and as a layperson,

25   you know, I have opinions, but I would not say

Golkow Technologies,
A Veritext Division
877-370-3377                                                           www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 124 of 332

1    that they're of any value.  It's just -- you know.

2          Q.   So with respect to criticisms, you're

3    sticking with those that you would agree with the

4    NRC as it concerns water modeling?

5          A.   Yes.

6               I mean, my position as an expert is

7    limited to the water modeling, and it doesn't get

8    into the other issues that the NRC got into.

9               (Whereupon, Waddill Deposition

10   Exhibit 8, Camp Lejeune Water Model, Hadnot Point,

11   3/19/2013, Contains Information Subject to

12   Protective Order:  Do Not Disclose to Unauthorized

13   Persons, CLJA_NAVY_WADDILL_HC_0000000319-362, was

14   marked for identification.)

15

16   BY MR. DEAN:

17          Q.   Okay.  Let's go to Exhibit 8.  I only

18   have about three or four more.  I'm trying to get

19   everybody out of there by 4:00, at the latest.

20               This is Exhibit 8.  Let me know when

21   it is there.

22          A.   What page?

23          Q.   I'm sorry?

24          A.   What page are you on?

25          Q.   So Exhibit 8 in the exhibit folder,

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 125 of 332

1    for the record, is Waddill hard copy 319 through

2    362.

3              A.    Okay.

4              Q.    Got it?

5              A.    Yes.

6              Q.    Okay.  Well, you see, luckily, on

7    this one, you dated it, your notes.

8              Do you see that?  March 19, 2013?

9              A.    Yes.

10             Q.    The first note you have there --

11   well, this is -- Camp Lejeune Water Model, Hadnot

12   Point.

13             So I guess even though you had gone

14   to munitions, you're back in 2013 assisting with

15   some sort of review of the Hadnot Point water

16   model?

17             A.    It certainly looks that way.

18             And as I said, my level of

19   involvement did continue, it just was very

20   infrequent.  And I'm not sure when it stopped

21   altogether.  I just don't remember.

22             Q.    Okay.  And you agree with me, the NRC

23   did not take a look at the water modeling work and

24   conclusions of ATSDR.  It was only Tarawa Terrace.

25   Right?

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 126 of 332

1          A.   Well, they made recommendations for

2      the Hadnot Point water modeling in their 2009

3      report.

4               But as far as I know, they did not

5      look at final reports for Hadnot Point.

6          Q.   Okay.  Were you ever told there was a

7      possibility of a plan to do that and it was

8      abandoned?

9          A.   No.

10         Q.   On bullet -- or not bullet point --

11     Item 1 says, "Scott W.," and then it says, "Only

12     issue Mr. S doesn't know about."

13              Do you know what that is -- why you

14     made that note and what that is referring to?

15         A.   No.

16              I mean, it's followed with "PCE?  Or

17     TCE not showing in wells."

18              So maybe it's related to that.  I

19     just don't know.  I can't remember.

20         Q.   And you don't know who Mr. S is?

21         A.   No.

22              I mean, there's -- no, I don't.

23              Scott W. is probably Scott Williams.

24         Q.   All right.  And then if you turn to

25     page 321.

1                    There is a NAVFAC ATSD water modeling

2      brief dated April 13th.

3              A.   Yes.

4              Q.   Do you see that?

5              A.   I do.

6              Q.   Did you prepare that PowerPoint?

7              A.   Yes.

8              Q.   And on page 328, Bates-stamped 328,

9      there's a section or a slide that says, "Bottom

10     Line Up Front."

11             A.   On 328?

12             Q.   326.

13             A.   326.

14                  Yes.  Got it.

15             Q.   You see there's a section that you

16     typed out there about uncertainty?

17                  Do you see that?

18             A.   Yes.

19             Q.   You say that ATSDR utilized

20     uncertainty in model precision, but ATSDR did not

21     analyze uncertainty in model accuracy.

22                  Do you see that?

23             A.   I do.

24             Q.   And do you still believe that that's

25     the truth?

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 128 of 332

1          A.   Yes.  It is the truth, as far as I
2      know.
3               They never analyzed uncertainty with
4      respect to model accuracy, and it's a very
5      important distinction.
6          Q.   Okay.  Well, let's go to a different
7      exhibit.
8               And I've already labeled some things,
9      so we'll call this one -- jump ahead a little bit
10      for the record, and call the next exhibit as
11      Exhibit 12, and we'll come back to it.
12               (Whereupon, Waddill Deposition
13      Exhibit 12, Analyses of Groundwater Flow,
14      Contaminant Fate and Transport, and Distribution
15      of Drinking Water at Tarawa Terrace and Vicinity,
16      U.S. Marine Corps Base Camp Lejeune, North
17      Carolina:  Historical Reconstruction and
18      Present-Day Conditions; Chapter A:  Summary of
19      Findings; ATSDR, Atlanta, Georgia; July 2007;
20      Contains Information Subject to Protective Order:
21      Do Not Disclose to Unauthorized Persons;
22      116 pages, was marked for identification.)
23
24      BY MR. DEAN:
25          Q.   If you'll look in there and see

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 129 of 332

1    Exhibit 12, and let me know when you've got it.

2            A.   Got it.

3            Q.   And I want you to go to page 852.

4            A.   852.

5            Q.   You should be able to scroll, and I

6    know it may take awhile.

7                 And at the top of the page it says,

8    "Probable Listing Analysis."

9            A.   Okay.  Okay.  I'm there.

10           Q.   So let's read together --

11                Well, let me ask you this:  Have you

12   ever read this page?

13           A.   I probably did back in the day, yes.

14           Q.   Do you know what a "probable listing

15   analysis" is?

16           A.   Yes.

17           Q.   What is it?

18           A.   Basically, it's a sensitivity

19   analysis in which they -- and it's a standard

20   thing to do.

21                For certain input parameters that can

22   be variable or difficult to measure directly, you

23   can allow them, as a modeler, to vary.  And, you

24   know, you devise ways of picking a set of input

25   parameters and then you run the model.  And so

Golkow Technologies,
A Veritext Division
877-370-3377                                                 www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 130 of 332

1    that's the first run.

2              Then you -- you know, you let the

3    parameters vary according to your method and you

4    pick a second set and then you run the model

5    again.  That's two.

6              And for Tarawa Terrace, they did it

7    800-and-some times.  And so you end up with, you

8    know -- you know, in this case, 840 runs of the

9    model, and then you can do a statistical analysis

10   about how the output compares, you know, what sort

11   of statistical distribution does it form.

12             The important thing to note is that

13   this is all comparing output that comes from the

14   model.  There's no comparison to any real-world

15   concentrations.

16             And so that's -- that's it in a

17   nutshell.

18        Q.   So you would agree, I guess, then, by

19   that statement that a probable listing analysis is

20   a form of an uncertainty analysis?

21        A.   It is.

22             It's -- it gets at how the model

23   output varies within the model world.  So it gets

24   at -- you know, it gets at answering, you know,

25   what's the uncertainty with respect to model

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 131 of 332

1    precision.

2              It does not address the uncertainty

3    with respect to model accuracy, because accuracy

4    requires the model output to be compared against

5    real-world concentrations.

6              Q.   A second set of data?

7              A.   Correct.

8              Q.   So do you see in that first paragraph

9    anything that you -- just jumps out that you

10   disagree with?  And we can read it together, if

11   you prefer.

12             A.   No.  Let me read it.

13             Q.   It's that first paragraph.

14             A.   Yeah.

15             I think it's basically, you know,

16   describing what I described.

17             And it's -- again, it's all within

18   the model world.  There are no comparisons to

19   real-world concentrations.  So this -- this gives

20   you uncertainty with respect to model precision

21   and not with respect to how accurately the model

22   captures what's going on in the real world.

23             Q.   Do you agree, you know, that a true

24   uncertainty analysis, as you've described it,

25   you're looking for a possible range of

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 132 of 332

1    concentration at a given historical time?

2              A.    I don't really understand what you

3    said, so I cannot agree with it.

4              Q.    Okay.  So is an uncertainty analysis

5    to look at possible -- to provide with a range so

6    that you -- you're recognizing that maybe it's not

7    this exact level, but there's a range?

8                    As a matter of fact, they make

9    reference in the second paragraph there, if you

10   want to take a look at the Monte Carlo analysis.

11             A.    Yes.

12             Q.    Do you see that?

13             A.    Yes.

14             Q.    And so what I'm trying to get at is,

15   do you think there might be a misunderstanding

16   between you and what the ATSDR did with respect to

17   their uncertainty analysis in creating this

18   uncertainty analysis and coming up with this

19   possible range of concentrations with that low,

20   medium, and high?

21             A.    Yes.

22                   I can assure you, there's no

23   misunderstanding.

24                   Let me give you an example to

25   illustrate.

1          If you say, "I'm going to shoot
2     arrows at a target," and you can shoot -- you
3     launch 100 arrows and you go and you see where
4     they landed, they might be clustered very close
5     together.  They might be spread out somewhat, and
6     that gives you an idea of how precise your
7     shooting is, you know, how one shot compares to
8     another.
9          But what you'd really like to know in
10    addition to that is how accurate are you.  Like,
11    your arrows might be very tightly clustered
12    together, but very far away from the bulls-eye.
13    You know, they might miss the target altogether.
14          And so, you know, the point that I'm
15    trying to make is, if you talk about uncertainty,
16    you need to be clear what type of uncertainty it
17    is you're describing.
18          What ATSDR did in this case is
19    uncertainty with respect to model precision.
20    That's how tightly the model runs compared to one
21    another, and they did.  They created ranges and
22    all of that.
23          But it's precision, and it has
24    nothing to do with uncertainty with respect to
25    model accuracy, which is how -- how closely does

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 134 of 332

1     that cluster come to the real world, and that's

2     just unknown because they didn't have data to do

3     that kind of analysis.

4             Q.   And if you turn to page 860, so about

5     eight pages forward.  You'll see a section there

6     that continues this summary of findings, and you

7     see where they charted those Monte Carlo runs.

8             Do you see that?

9             A.   Okay.  Page 864 you said?

10            Q.   860.  8-6-0.

11            A.   Okay.  Okay.  I'm there.

12            Q.   My question is:  Do you see that they

13    graph on that page those Monte Carlo runs, and

14    they come out with -- with a range of

15    concentrations representing 95 percent of those

16    Monte Carlo simulations that you referred to?

17            A.   Yes.

18            I'm very familiar with this graph.

19            Q.   And you're just saying -- you're

20    saying that is not an uncertainty analysis in your

21    sense of what that meaning is?

22            MS. SILVERSTEIN:  Object to form.

23            THE DEPONENT:  No.  And I'll say it

24    again.  I said it a couple of times already.

25            This is an uncertainty analysis with

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 135 of 332

Page 135

1    respect to model precision.  This tells very

2    clearly how all the various runs of the model

3    compare to each other, but it is not an

4    uncertainty analysis with respect to model

5    accuracy.

6                For example, if you look at January

7    1975, all of the model outputs are clustered, you

8    know, around -- just looking at the graph -- from

9    100 to maybe 50.

10               It's a log scale.  The concentration

11   on the left is a log scale, you know.

12               So this tells you how closely the

13   model runs matched up with each other, but what's

14   unknown at this time is what was the real

15   concentration.  The real concentration could have

16   been over 1,000.  It could have been less than

17   0.1.

18               It's just, you know --

19               And that's the uncertainty analysis

20   with respect to accuracy that's very important.

21   That's the tie to the real world and that's what's

22   missing.

23          Q.   Okay.  Thank you for that.

24               Let's move in a different area real

25   quick.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 136 of 332

1          So the ATSDR water modeling, do you
2     know if it went through a peer review process?
3          A.   I don't know what they did.  I may
4     have heard at the time.  I don't remember.
5          Q.   Do you remember that -- anything
6     about the ATSDR being peer-reviewed before,
7     during, and after the studies were completed?
8          A.   You know, I don't remember what they
9     did.
10          I mean, I know they had procedures
11     that they follow.
12          Q.   Do you remember that the ATSDR peer
13     review activities and peer review work was all
14     made public?  It's all there on their website
15     where it is available in the public domain.
16          A.   Well, I don't doubt that they did it,
17     then.
18          But you're asking me if I remember,
19     and I just -- I don't remember what they did.
20          Q.   I want you to take it as a fact for
21     purposes of my next few questions, that that ATSDR
22     peer review activities and work was made public,
23     was available to you or anyone else at the time
24     should you care to -- you know, if somebody had a
25     need to look at it.  Okay?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 137 of 332

1          A.   Sure.  I accept that.
2          Q.   Now, what do you know about the
3    NRC's -- do you know whether or not the NRC's 2009
4    paper, was it peer-reviewed?
5          A.   I do not know.
6          Q.   Well, I'll tell you it was.
7          A.   Okay.
8          Q.   I want you to accept my word that it
9    was.
10         A.   Fair enough.
11         Q.   Have you ever seen it?
12         A.   Not that I recall, no.
13              (Whereupon, Waddill Deposition
14    Exhibit 9, Various documents with cover sheet
15    being Action Items:  Dan & Morris meet, Notes,
16    Contains Information Subject to Protective Order:
17    Do Not Disclose to Unauthorized Persons,
18    CLJA_NAVY_WADDILL_HC_0000000153-220, was marked
19    for identification.)
20
21    BY MR. DEAN:
22         Q.   Turn to Exhibit No. 9.  I've got it
23    in the folder for you.
24              MS. SILVERSTEIN:  Kevin, I see what's
25    marked as Exhibit 11.  Is that Exhibit 9?

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 138 of 332

1                    MR. DEAN:  Well, let's see.  Did I
2      put the wrong one in there?
3                    That's possible.  We'll leave that
4      one in there.  I'm going to put 11 -- I mean, 9 in
5      there.
6                    Give it just a second to refresh.  It
7      should be in there now.
8                    MS. SILVERSTEIN:  Yeah.  I see it.
9
10     BY MR. DEAN:
11          Q.   Have you got it up, Dr. Waddill?
12          A.   Not yet.
13          Q.   Okay.
14                   MS. SILVERSTEIN:  Is this 153?
15                   MR. DEAN:  Yes, ma'am.
16                   MS. SILVERSTEIN:  Great.
17                   THE DEPONENT:  Okay.  Yes.
18
19     BY MR. DEAN:
20          Q.   Is this the Bates-stamped one --
21                   MS. SILVERSTEIN:  Kevin, you're
22     breaking up.
23
24     BY MR. DEAN:
25          Q.   Exhibit 9, page 153?

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 139 of 332

1                    Is that your handwriting on page 153?

2          A.    Yes.

3          Q.    If you look at the bottom, you've got

4      a note about NRC peer review.

5                    Do you see that?

6          A.    Yes.

7          Q.    And you say -- you say the word,

8      "transparent, but cost and time."

9                    What did you mean by that?

10         A.    You know, I don't know.  I don't --

11     you know, I don't remember this.

12                   I mean, it may be, you know,

13     considering the NRC review of the ATSDR work to be

14     a peer review.  I don't know.

15         Q.    Well, let me see if you agree.

16                   If you're going to judge the peer

17     review process for ATSDR, the peer review process

18     that was done -- and you could review both of

19     them --

20         A.    You're breaking up.

21                   THE VIDEOGRAPHER:  Going off the

22     record at 3:15 p.m.

23                   (Whereupon, a recess was taken from

24     3:15 p.m. to 3:20 p.m. EST.)

25

Golkow Technologies,
A Veritext Division
877-370-3377                                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 140 of 332

1                THE VIDEOGRAPHER:  Back on the record

2        at 3:20 p.m.

3

4        BY MR. DEAN:

5                Q.   Okay.  So let me know if you have any

6        difficulty hearing me, and I'll try to -- but I

7        hope this is better.

8                A.   So far, so good.

9                Q.   All right.  So Exhibit 9 is where we

10        are, and I was having you try to remember and

11        reflect on the note, No. 2, that's on the bottom

12        of page 153.

13                Do you see that?

14                A.   153, yes.

15                Q.   The very -- okay.

16                And my point that I was asking you to

17        comment on was, if you're going to evaluate the

18        transparency of the peer review process and

19        compare two, like in this case, NRC and ATSDR, you

20        would need to see both of their peer-reviewed

21        reviews and process documents.  Right?

22                MS. SILVERSTEIN:  Object to form.

23                THE DEPONENT:  Yeah.

24                I mean, it's a hypothetical.  I've

25        never compared or was aware of their peer review

1    processes, at least not that I call.

2

3    BY MR. DEAN:

4         Q.   You don't know how -- let me ask you

5    this:  You don't know how the committee was formed

6    that made up the NRC committee, do you?

7         A.   That is correct.  I do not know how

8    that was formed.

9         Q.   You don't know who had input, and you

10   don't know what communications took place for the

11   selection of those members?

12             MS. SILVERSTEIN:  Object to form.

13             THE DEPONENT:  I do not.

14

15   BY MR. DEAN:

16        Q.   You don't know if any of those

17   committee members had any sort of conflicts of

18   interest that were not considered at the time, do

19   you?

20        A.   No.

21             That would follow from what I've been

22   saying about not being aware of how that process

23   occurred.

24        Q.   Okay.  You don't know whether or

25   not -- and you don't know how the debate took

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 142 of 332

1   place with regard to the final drafting of the
2   report, because neither you nor I have seen those
3   drafts.  Right?
4         A.   Well, I don't know about you, but I
5   have not seen any --
6              You're talking about draft NRC
7   reports, I believe.  I saw the final.
8         Q.   That's all I've seen.
9              You haven't seen any of the work done
10  by the peer review committee that's referenced in
11  the NRC report.  You haven't seen any of those
12  peer review activities or e-mails or comments,
13  have you?
14        A.   I mean, not that I recall.
15        Q.   So you don't know whether or not the
16  NRC peer review was actually transparent or not,
17  do you?
18        A.   I don't know anything about the NRC
19  peer review.
20        Q.   All right.  Now, go to the next page,
21  155, of the same Exhibit 9.
22        A.   Okay.
23        Q.   You have a note there under Item 6
24  that says, "Basic instruction is that water
25  modeling will provide exposure concentrations

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 143 of 332

1    monthly to support these health steps."

2                Do you see that?

3        A.    Yes.

4        Q.    And then you say, "But we now agree

5    that Hadnot Point modeling may be a no-go."

6                Why did you say it's a no-go?

7        A.    You know, I don't know.

8                These are -- these are my notes from

9    some meeting.  And, you know, I assume I'm just

10   taking notes on what people are saying, you know.

11               I know there were concerns about how

12   to follow up with Tarawa Terrace, you know, but I

13   don't remember.

14               But, I mean, regardless, they -- they

15   did do modeling at Hadnot Point.

16       Q.    And then in Item No. 7 you state,

17   "There's a public perception that we are trying to

18   kill the modeling at Hadnot Point."

19               Do you see that?

20       A.    Again, these are my notes.

21               Probably, somebody at the meeting was

22   saying something to that effect.

23       Q.    Were you and your team and others at

24   NAVFAC trying to kill the water modeling at Hadnot

25   Point?

 1          A.   Absolutely not.

 2               I mean, we -- we supported studies at

 3     Camp Lejeune, the Navy supported studies,

 4     countless studies, and we continued to support all

 5     scientific studies that could be helpful to our

 6     service members and their families.

 7          Q.   All right.  Go to the next page, 159.

 8               It's a typed-up page, "Department of

 9     the Navy statement for the expert panel assessing

10     ATSDR's methods and analysis."

11               Do you see that?

12          A.   Yes.

13          Q.   It looks like some prepared statement

14     that you sort of read to the panel.  Is that

15     right?

16          A.   I believe that's correct, yes.

17          Q.   And then if you turn to page 209 --

18          A.   209?

19          Q.   Yes.  Bates-stamped page 209.

20          A.   Huh.  I'm on 161.

21          Q.   It doesn't go to 209?

22          A.   Well, I'm in the 160s.  Do I go way

23     down?

24          Q.   Yeah.  All the way to 209.

25          A.   Okay.  Okay.

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 145 of 332

1          Q.   I'm sorry, but I'm not being critical
2     of anybody, but the way this document was
3     produced, it had this many pages together.  So I
4     don't know if it was a file folder or stapled
5     together, but it was one document when I received
6     it, so I tried to keep it like I received it.
7          A.   Okay.  209.  Okay.
8          Q.   So this is a draft response, I guess,
9     from ATSDR back to the Navy, and you're commenting
10    there on -- in that first paragraph where they're
11    saying this historical reconstruction was
12    successfully applied to Tarawa Terrace, and then
13    you've got some notes below it.
14              Do you see that?
15         A.   I do.
16         Q.   So I just want to make sure that I
17    read this correctly.
18              You've got a line drawn through the
19    word "successfully," and you say, "How has success
20    been judged?"
21              Do you see that?
22         A.   I do.
23         Q.   Can you read what you said under
24    there?
25         A.   "Given -- given the uncertainty

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 146 of 332

1    associated with the reconstructed concentrations,

2    the failure to meet calibration targets, and the

3    lack of real data -- for example, no validation --

4    are the historically reconstructed concentrations

5    actually useful for the EPI study?"

6            Q.   And, of course, your answer to that

7    question is no?

8            A.   Well, I do not answer that question

9    here.  I just raised the question, and I think

10   it's a fair one.

11           You know, ultimately, there were

12   quite a few of us that felt like those monthly

13   concentrations were not accurate enough to support

14   the epidemiological studies.

15           Q.   Well, would you defer to Dr. Bove as

16   the lead epidemiologist, the study that he had

17   authored, '17 and '18, to comment on whether or

18   not those monthly concentrations were useful for

19   his EPI studies?

20           A.   You're asking would I defer?

21           Q.   Yes.

22           A.   No, I would not defer, because the

23   monthly concentrations come from the water

24   modeling, and his expertise is in epidemiology,

25   just like --

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 147 of 332

1              So, you know, it's -- it's my
2    evaluation and certainly the NRC's evaluation that
3    those monthly concentrations were not accurate
4    enough or valid to be of use in the EPI studies.
5              I mean, the NRC went further to say
6    that to use them could be harmful, because it
7    could give a misleading perception that these
8    erroneous values are, you know, correctly
9    assigning exposure levels.  In the words they
10   used, it could, you know, erroneously implicate or
11   exonerate exposure levels.  And so that's --
12   that's a serious concern.
13        Q.   What if -- you recognize that Morris
14   Maslia who did the water modeling at Tarawa
15   Terrace is an internal employee to ATSDR, as well
16   as Dr. Bove.  Right?
17        A.   I believe that's correct.
18        Q.   What if Dr. Bove was aware of the
19   validation of this model that made him feel
20   comfortable that the monthly concentration data
21   was sufficiently accurate for his use, would you
22   in that case defer to Dr. Bove?
23             MS. SILVERSTEIN:  Objection.
24             THE DEPONENT:  I mean, I'm just
25   saying that the concern with the monthly

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 148 of 332

1      concentrations is a water modeling concern.  And

2      so, you know, the experts with respect to water

3      modeling, it would be inappropriate to defer those

4      concerns to an epidemiologist.

5                    (Whereupon, Waddill Deposition

6      Exhibit 10, Various e-mails, the first document

7      being an e-mail from Dan W. Waddill to Mary Ann

8      Simmons, Scott R. Williams, Mario O. Dumenigo, Kim

9      P. Brown, Brian P. Harrison, Wanda Holmes, Edward

10     J. Newbaker, Christopher D. Gamache, Christopher

11     P. Rennix, and Uzo Chukwuma; Subject:  RE:  Major

12     After Action from DON/ATSDR Meeting of 7/16/09;

13     signed by dan.waddill@navy.mil; July 17, 2009;

14     6:07 p.m.; Contains Information Subject to

15     Protective Order:  Do Not Disclose to Unauthorized

16     Persons; CLJA_NAVY_WADDILL_HC_0000000909-974, was

17     marked for identification.)

18

19     BY MR. DEAN:

20            Q.   Let's go to Exhibit 10, and we're

21     getting close to being done.

22                 And just let me know when it's there.

23            A.   Thank you.  I'm here.

24            Q.   Now, Exhibit 10 is a series of

25     Waddill hard copy documents beginning Bates stamp

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 149 of 332

1    909 through 973.

2              A.   Okay.

3              Q.   Do you recognize the e-mail that's on

4    page 909, sent by yourself on July 17th to Mary

5    Simmons, Scott Williams, and others?

6              A.   Yes.  I see it here.

7              Q.   Now, do you know when the NRC report

8    was issued?

9              A.   It's a 2009 date.  I don't recall

10   exactly.

11             Q.   Let me see if I can find it.

12                  Well, I don't have the exact date on

13   the summary -- public summary.

14                  Do -- do you remember that it was in

15   the summer of 2009?  In or about -- it's about the

16   July -- June or July 2009?

17             A.   I do not remember.

18             Q.   Let me scratch that and ask it again.

19                  Yeah.  Let me scratch that and ask

20   you a new question.

21                  Do you believe that the NRC report

22   had already been issued when you issued -- when

23   you wrote this e-mail?

24             A.   Yes.  Yes.

25                  We had seen the report.  There was a

1    prepublication copy and then the final came out.

2           Q.    So it's possible the final came out

3    after you wrote this e-mail and had been reviewing

4    the draft?

5           A.    Well, it wasn't a draft.  It was a

6    prepublication copy.  So it was --

7           Q.    Yes.  I'm sorry.

8           A.    Yeah.

9                 I mean -- and I guess it's possible,

10   but I just don't know.

11          Q.    The prepublication copy was made

12   available -- yeah.  It was made available to the

13   Navy and ATSDR and everyone to give them a

14   heads-up before its release to the public.  I'm

15   not suggesting that there was anything wrong with

16   that, but that's how it worked.  Right?

17          A.    Yes.  That's what I recall.

18                We had a prepublication copy, and the

19   final came at some point thereafter.

20          Q.    And then you say, "Here are my

21   thoughts on NRC and the water modeling budget and

22   schedule."

23          A.    Yes.

24          Q.    Do you see that?

25          A.    I do.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 151 of 332

1          Q.    And then at the end of that first
2    paragraph, "The NRC committee for Camp Lejeune was
3    comprised of world-class scientists, and given the
4    NRC mission, our motive and decisions are readily
5    defended and supported if we follow the NRC
6    recommendations."
7               Is that what you wrote?
8          A.    Yes.
9          Q.    Actually, let's go to the end of the
10   e-mail trail, page 913.
11         A.    Okay.
12         Q.    Now, do you -- while you're getting
13   to page 913, do you remember that there were
14   annual budgeting meetings where there were funding
15   issues that would come up from time to time in the
16   different stages of ATSDR work and the NRC
17   activities or the NRC report and review was a -- a
18   tool or a resource -- a resource that was
19   available to help guide those budget discussions?
20              MS. SILVERSTEIN:  Object to form.
21              THE DEPONENT:  I mean, I -- I
22   interpreted the NRC report to be a guide to
23   scientific approaches, not to budgeting.
24              (Interruption by alarm.)
25              MR. DEAN:  Hold on.  I'm sorry.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 152 of 332

1          Tornado warning.  If you all see me

2     disappear in a minute, you'll know where I went.

3          THE DEPONENT:  I mean, I am aware

4     that there were budget discussions, and I may have

5     been at meetings when the budget was discussed,

6     but, you know, that was -- that was not my area.

7     So I would have been tuning out those discussions.

8

9     BY MR. DEAN:

10         Q.   So if you look at the bottom of

11    page 913, there's an e-mail from Kim Brown to

12    yourself and others.  The subject is "Major --

13    Major Act or Actions from the DON/ATSDR meeting of

14    July 16, 2009."

15         A.   Okay.

16         Q.   And it says at the top of the

17    page 915 where that e-mail continues, "We had a

18    few action items from our meeting today, but the

19    more immediate one was to provide a decision back

20    to ATSDR if we're going to fund all the efforts

21    for Option 1 of FY09.  ATSDR provided some

22    enlightening messages in their concerns with the

23    NRC report.  In order to provide some feedback on

24    any reservations with funding of any portions of

25    the ATSDR activities, I need to hear complete

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 153 of 332

1    justification from everyone based on sound --
2    sound scientific reasoning.  Dan provided some
3    justification for the water modeling, and Chris
4    provided some justification for the mortality
5    study.  If everyone can provide their
6    justification to me, I will consolidate and
7    provide to ATSDR once we are back early next week.
8    Please respond to me by close of business 21
9    July."
10                   Do you see that?
11            A.    I do.
12            Q.    And then if you come back to the
13    previous page, page 913, and go up to the e-mail
14    before that, there's an e-mail from Mario
15    Dumenigo, D-u-m-e-n-i-g-o.
16                   Do you see that?
17            A.    Yes.  Yes.
18            Q.    To you and others.  He's with NAVFAC.
19                   Do you know who he is?
20            A.    Yes.
21            Q.    Okay.  He says, "Well, we may have to
22    see what they provide to justify the additional
23    work, cost increase, for the water modeling and
24    decide if we want to pay the increase this year or
25    make them wait until next year.  It is clear that

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 154 of 332

1     they want to keep as much of the funding issued as
2     possible.  They said they want to proceed with the
3     mortality study as originally planned and without
4     changing the scope, regardless of expert panel's
5     findings.  If you disagree and want to see what --
6     their official rationale for this decision, we
7     need the justification to support our actions for
8     not funding."
9               Do you see that?
10         A.   I do.
11         Q.   So the Navy and NAVFAC was going to
12    utilize the NRC study to either stop funding for
13    that year or no funding for the following year or
14    curtail their spending and reduce what they were
15    doing.
16               Is that fair?
17               MS. SILVERSTEIN:  Objection.
18               THE DEPONENT:  No.  I will say that's
19    not fair.
20               The situation that's being shown here
21    is that, you know, the Navy was willing at the
22    time, and always was and still is, willing to fund
23    scientifically defensible work that will be a
24    benefit to our sailors, our Marine Corps
25    personnel, and their families.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 155 of 332

1          And, you know, the NRC was
2     questioning the scientific value of some of that,
3     and so what this reflects is Navy leadership
4     trying to figure out, you know, how do we fund it
5     and when, in order to best support our people.
6               That's what this is.
7
8     BY MR. DEAN:
9          Q.   Well, it seems to me, if you read the
10    e-mail, historically what Mr. Dumenigo said, we
11    need to -- "We need a justification to support our
12    actions for not funding this fiscal year."
13               How else can you read that except
14    Mr. Dumenigo, at least in his mind, is seeking the
15    NRC's justification for not funding any more ATSDR
16    activity as of July 2009?
17               MS. SILVERSTEIN:   Objection.
18
19    BY MR. DEAN:
20         Q.   That's what it says, isn't it?
21         A.   He's just saying --
22               Okay.  ATSDR told them they "want to
23    proceed with the mortality study as originally
24    planned and without changing the scope, regardless
25    of expert panel's findings.  If you disagree and

Golkow Technologies,
A Veritext Division
877-370-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 156 of 332

1    want to see what -- their official rational --

2    rationale for this decision, we need the

3    justification to support our actions if we're not

4    funding this FY."

5            So, you know, all he's saying is that

6    if we -- if we disagree with the ATSDR proposal,

7    then we would have to justify that.

8         Q.   And then -- let's see.

9            Whose comments are these, page 913,

10   912?

11           912.

12          And then on page 911, do you see an

13   e-mail from Mary Ann Simmons in this chain,

14   Friday, July 17, 2009, at 3:53?  Do you see that?

15         A.   Yes.

16         Q.   She says, "Agree with all the below,

17   and here's my 2 cents.  We have been -- we have

18   been saying that we will, quote, use the results

19   of the National Academy of Science's review to

20   respond to future Camp Lejeune historic drinking

21   water initiatives."

22            Did I read that correctly?

23         A.   Yes.

24         Q.   So there was a predetermined decision

25   that this group, including you, would use the

Golkow Technologies,
A Veritext Division
877-370-3377                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 157 of 332

1   results of National Academy of Science's review to
2   refine or reduce future Camp Lejeune historic
3   drinking water studies.  Is that right?
4                   MS. SILVERSTEIN:  Objection.  That's
5   misstating the testimony.
6                   THE DEPONENT:  Yeah.  I mean, as I've
7   said --
8
9   BY MR. DEAN:
10              Q.   Well, I think --
11                   Let me ask you this, Mr. -- Mr. --
12  Dr. Waddill:  Did I read the context of what that
13  first paragraph said about what you and the others
14  in NAVFAC were doing and going to use this report
15  for?
16              A.   I -- I don't believe I follow.
17                   You know, as I've said, we -- we were
18  perfectly willing to fund and support any
19  scientifically defensible studies, but if NRC came
20  out with concerns about the studies, as they did,
21  then, you know, that would be factored into
22  decisionmaking, which is appropriate because
23  that's the purpose of having the NRC.
24                   A couple of other things to note.  I
25  see below Congress directed us to have the NRC do

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 158 of 332

1    this report.  So that's the answer to your

2    question, you know, where did that come from.

3    Congress directed the Navy to do it, to fund the

4    NRC to do a report.

5              Q.   To fund an impartial study by

6    nonbiased scientists.  You agree with that.

7    Right?

8              A.   Well, you know, it looks like --

9              Q.   World-renowned.  World-renowned

10   scientists.

11             A.   It looks here like Congress --

12             Q.   Let me --

13             A.   -- directed the Navy to fund the NRC

14   to do their report.  And, you know, my

15   understanding certainly is that the NRC is made up

16   of scientists who are doing their best to be

17   unbiased and truthful, and I see no reason to

18   dispute that.

19             Q.   Well, then, how do you explain why

20   Ms. Simmons knew that NRC report was going to come

21   out against ATSDR's conclusion?  Because that's

22   what she says in this paragraph.

23             A.   That is clearly not what she says.

24             Q.   I'm going to quote it to you one more

25   time, and then you and I will move on.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 159 of 332

1              "We" --

2              And you're a part of this e-mail.

3      Right?

4         A.   Yes.

5         Q.   "We have been saying that we will use

6      the result" --

7              And she quotes from somewhere.

8              -- "use the results of the National

9      Academy of Science's review to refine future Camp

10     Lejeune historic drinking water initiatives."

11             Did I read that correctly?

12        A.   You did read that correctly, and what

13     it means is, that, you know, depending on what the

14     NRC said, we would refine our reproach.

15             It could be that we would fund many

16     more studies than expected.  We might spend a lot

17     more money, depending on what the NRC recommended.

18     You know, it goes both ways.

19        Q.   Well -- that's right.

20             But what Ms. Simmons wanted to do and

21     your group -- if you keep reading, she says, "Now

22     that the NRC has spoken and provided their expert

23     opinion, seems to me that we have at least a

24     partial path forward, based on their findings."

25             Quote -- or then she says, "Can we

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 160 of 332

 1    pick and choose which recommendation to use or not

 2    use?  We can, but to me anyway, that makes our

 3    lives much more difficult."

 4                    Do you see that?

 5           A.    Yes.

 6                    And I -- you know, I agree with her.

 7    Picking and choosing is not -- is not the way to

 8    go.

 9                    And, you know, what she's saying is,

10    before we got the NRC report, we were agreeing to

11    adjust our approach, based on what they said.

12    That might mean that we fund a lot more studies if

13    they recommended that, or it might mean that we go

14    the other way, and then -- you know.

15                    So once we had their report, then,

16    you know, we know what their recommendations are.

17                    And as I said before, we were very

18    much concerned about funding studies that could be

19    to the detriment of our personnel.  And the NRC

20    raised that issue, and that was a serious concern

21    for us.

22                    I'll also point out that, you know,

23    Mary Ann Simmons was, you know, a public health

24    center person, and, you know, she's not part of

25    the budgeting decision.  That was made by NAVFAC.

Golkow Technologies,
A Veritext Division
877-370-3377                                             www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 161 of 332

1      Q.   Okay.  And is it your testimony,

2  before you saw the prepublication copy, you did

3  not know that the findings by the NRC were going

4  to be critical and against the findings of ATSDR?

5  Is that what you're telling me?

6      A.   No, that's not what I'm telling you.

7           But what I will tell you is that I

8  did not have any idea of what the NRC was going to

9  say until I saw their prepublication copy, and

10  then I knew what they said.

11      Q.   How did you -- when was it you first

12  learned they were going to be critical?  Was it

13  before they started doing their work, or was it

14  during the process of them doing the work?  Who

15  told you they were going to be critical?

16           MS. SILVERSTEIN:  Objection.

17           THE DEPONENT:  As I've said, nobody

18  told me they were going to be critical.  I had no

19  idea what they were going to say until I read

20  their report.

21

22  BY MR. DEAN:

23      Q.   Okay.  I misunderstood.  I'm sorry.

24           I thought you just told me you were

25  aware before you got the prepublication copy that

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 162 of 332

1        they were going to be critical.

2                    Did I misunderstand you?

3            A.    You did.  Perhaps it broke up a

4        little bit.

5                    I would have said I was unaware.  I

6        did not know what they were going to say until I

7        read their report, which would have been the

8        prepublication copy.

9                    MR. DEAN:  Okay.  Let's go to the

10       last exhibit and see if we can do this in

11       6 minutes, which Haroon knows I take a little bit

12       longer than what I say, but I'll try.

13                   MS. SILVERSTEIN:  Is this Exhibit 11?

14                   MR. DEAN:  Tell me when you've got

15       Exhibit 11 up.

16                   Yes, ma'am.

17                   (Whereupon, Waddill Deposition

18       Exhibit 11, Various documents with cover sheet

19       being Action Items:  Dan & Morris meet, Notes,

20       Contains Information Subject to Protective Order:

21       Do Not Disclose to Unauthorized Persons,

22       CLJA_NAVY_WADDILL_HC_0000000153-220, was marked

23       for identification.)

24                   THE DEPONENT:  Okay.

25

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 163 of 332

1        BY MR. DEAN:

2              Q.    Now, Exhibit 11 to your deposition is

3        Bates-stamped 823, Waddill_HC_823 through --

4              A.    Where are you?

5                    I'm on some notes pages.

6              Q.    Just a couple of pages I want to talk

7        to you about in here.

8              A.    I'm not with you yet.

9              Q.    If you turn to page 840.

10                    Okay.

11                    MS. SILVERSTEIN:  Kevin, what's the

12        Bates stamp of the first page?

13                    MR. DEAN:  Of Exhibit 11?

14                    MS. SILVERSTEIN:  Yes.

15                    MR. DEAN:  823.

16                    MS. SILVERSTEIN:  Okay.  Our

17        Exhibit 11 is --

18                    MR. DEAN:  Did I introduce it in the

19        folder?

20                    MS. SILVERSTEIN:  There's an

21        Exhibit 11, but it is 153.

22                    MR. DEAN:  Is what?

23                    Let me go into the Marked Exhibits

24        folder.

25                    Okay.  So let me just -- I'll re- --

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 164 of 332

1                    MS. SILVERSTEIN:  Yeah.  I don't
2        think we have the right exhibit.
3                    MR. DEAN:  Give me just a second.
4        I'll redo it.
5                    MS. SILVERSTEIN:  Okay.  Great.
6                    MR. DEAN:  I will put it in there and
7        I'll call it 13.
8                    MS. SILVERSTEIN:  Thanks.
9                    MR. DEAN:  Okay.  To be marked.
10                   I'll rename that as Exhibit 13.
11                   (Whereupon, Waddill Deposition
12       Exhibit 13, Analyses of Groundwater Flow,
13       Contaminant Fate and Transport, and Distribution
14       of Drinking Water at Tarawa Terrace and Vicinity,
15       U.S. Marine Corps Base Camp Lejeune, North
16       Carolina:  Historical Reconstruction and
17       Present-Day Conditions; Chapter A:  Summary of
18       Findings; ATSDR, Atlanta, Georgia; July 2007;
19       Contains Information Subject to Protective Order:
20       Do Not Disclose to Unauthorized Persons;
21       116 pages, was marked for identification.)
22
23                   MR. DEAN:  I'm sorry about that.  It
24       should be showing up in the folder as 13.
25                   Do you see 13?

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 165 of 332

1                    MS. SILVERSTEIN:  Yeah.  Mine is

2        coming up as the ATSDR report.

3                    MR. ANWAR:  Did he say, "13"?

4                    MS. SILVERSTEIN:  Is this the

5        Chapter A?

6                    MR. DEAN:  Exhibit 13 -- I'm looking

7        in the Marked Exhibits folder.

8                    MS. SILVERSTEIN:  Yeah.  Exhibit A --

9        or Exhibit 13 is Chapter A, Summary Findings.

10                   I just want to make sure that we're

11       pulling up the same document.

12                   MR. DEAN:  Okay.  That's what happens

13       when you mark exhibits on the fly.

14                   THE COURT REPORTER:  Kevin, does it

15       say "ENC Today" on the top of it?

16                   MR. DEAN:  Yes.

17                   THE COURT REPORTER:  Yes.  So somehow

18       you're not getting the right exhibit.

19                   (Whereupon, Waddill Deposition

20       Exhibit 14, ENCToday.com Article:  ATSDR report

21       sheds light on extent of Lejeune water

22       contaminants; October 22, 2010; Contains

23       Information Subject to Protective Order:  Do Not

24       Disclose to Unauthorized Persons;

25       CLJA_NAVY_WADDILL_HC_0000000823-908, was marked

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 166 of 332

1      for identification.)

2

3                      MR. DEAN:  Exhibit 14?

4                      THE COURT REPORTER:  I've got -- this

5      is the court reporter.

6                      My Exhibit 11 and my Exhibit 13 say

7      "ENC Today" on it.

8                      MS. SILVERSTEIN:  I've got it as 14.

9                      THE COURT REPORTER:  Now the court

10     reporter is confused.

11                     So I have Exhibit 11, Exhibit 13, and

12     Exhibit 14 are the same exhibit.

13                     MS. SILVERSTEIN:  I just pulled up

14     what you put in as Exhibit 14.  It has the Bates

15     stamp ending in 823.  Is that what --

16                     MR. DEAN:  Let me see.

17                     MS. SILVERSTEIN:  The "ENC Today.

18     The ATSDR Report sheds light on extent of Lejeune

19     water contaminants."

20                     MR. DEAN:  So I'm in the Marked

21     Exhibits folder.  Exhibit 13 is Chapter A

22     document.

23                     I don't know what you're looking at,

24     Madam Court Reporter, but in the Marked Exhibits

25     folder, Exhibit 13 is Chapter A.  It's

```
 1      Bates-stamped, for the record, in the Marked
 2      Exhibits folder -- it's not Bates-stamped,
 3      actually.
 4                  It's the -- a pretty long document.
 5                  (Audio was interrupted.)
 6
 7                  MR. DEAN:  And then the other one you
 8      said was 11?  Is that right, 11?
 9                  And then in the folder -- I mean, in
10      the Marked Exhibits folder for Exhibit 11, that
11      Bates stamp again is 153.
12                  MS. SILVERSTEIN:  Yeah.  I've got
13      that one.
14                  MR. DEAN:  Okay.  So the new exhibit
15      I entered now --
16                  MS. SILVERSTEIN:  I have --
17                  MR. DEAN:  -- is Exhibit 14.
18                  THE COURT REPORTER:  Okay.  I have
19      Exhibit 9 is 153.
20                  MR. ANWAR:  That's Exhibit --
21                  THE COURT REPORTER:  Okay.  He's
22      changed -- these numbers are wrong, then.
23                  MR. ANWAR:  It might be Exhibit 9,
24      too.
25                  MR. DEAN:  So, no.  You're in the
```

1      wrong folder, Madam Court Reporter.

2                    THE COURT REPORTER:  Okay.

3                    MR. DEAN:  The folder you need to be

4      in is the Marked Exhibits.

5                    THE COURT REPORTER:  Okay.

6                    MR. DEAN:  It says, "Dan Waddill."

7                    THE COURT REPORTER:  Okay.

8      Exhibit 14?

9                    MR. DEAN:  Yes.

10                   THE COURT REPORTER:  Okay.

11                   MR. DEAN:  The other folder is sort

12     of a work -- the other folder is sort of a working

13     folder, and I put the final exhibits we marked in

14     the deposition in the Dan Waddill Marked Exhibits.

15                   THE COURT REPORTER:  That's fine.  I

16     just need to make sure I've got the exhibits

17     correct.  Sorry.

18                   MR. DEAN:  Yes.  That's okay.  No

19     problem.

20                   I've only been doing this two days,

21     so it's all new to me.

22                   So are you ready, Dr. Waddill, and

23     got Exhibit 14, beginning Bates stamp 823?

24                   THE DEPONENT:  I believe so.

25

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 169 of 332

1    BY MR. DEAN:

2          Q.   I want you to turn in that document

3    to -- there's a PowerPoint in here that came from

4    your hard copy files and it begins on page 843.

5    Bates stamp 843.

6          A.   Okay.  Yes.

7          Q.   Now, this is a PowerPoint prepared

8    September 2nd, or it's dated September 2, 2010.

9          A.   Correct.

10         Q.   Do you see that?

11         A.   Yes.

12         Q.   Did you prepare -- did you prepare

13   this PowerPoint?

14         A.   Yes.

15         Q.   Do you know what it was for, other

16   than what it says?

17         A.   No.

18              I mean, it says it's for the APOW

19   meeting.

20              I don't remember what that is.

21         Q.   What is the APOW meeting?

22         A.   I don't remember what that is.

23         Q.   Could it be the Annual Punt on the

24   Water modeling?

25         A.   I have no idea.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 170 of 332

1          Q.   If you turn two pages over to page
2     845, there's some handwritten notes.  I want to
3     make sure I understand what they say.
4          A.   Sure.
5          Q.   Are you on that page?
6          A.   Yes.
7          Q.   Okay.  You've got an Objective slide,
8     and you've handwritten a note there.  It says,
9     Follow the NRC recommendation because it's there
10    mentioned, they are qualified, or something to
11    that effect.
12              Do you see that?
13         A.   Yes.
14         Q.   And then there's a typed note that --
15              Do you see those two typed notes
16    below this slide?
17         A.   Yes.
18         Q.   Did you type those notes?
19         A.   I guess so.  I don't remember.
20         Q.   But the notes found in your hard copy
21    file with that typed slide under it says, "NRC
22    report is mentioned because they are a neutral
23    party and it fits their mission to make
24    recommendations in these situations."
25              Do you see that?

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 171 of 332

1          A.   I do.

2          Q.   So throughout the deposition you and

3     I have talked a lot about ATSDR and a lot about

4     the NRC.  And I give you credit, your belief,

5     right or wrong, is the NRC was completely

6     impartial, the NRC is a neutral body.  They are

7     created by Congress, and they are a mission to

8     provide sound policy recommendations to the

9     federal government.  Right?

10               MS. SILVERSTEIN:  Object to form.

11               THE DEPONENT:  Yes.

12               Some of that is -- represents what I

13     said, but certainly not all of it.

14

15     BY MR. DEAN:

16          Q.   Understood.

17               But, I mean, have you ever met any of

18     the people that were on the committee?

19          A.   The NRC committee?

20          Q.   Yes.

21          A.   No.  I did not meet any of them.

22          Q.   Did you talk to any of them on the

23     telephone?

24          A.   Not that I recall, no.

25          Q.   Did you have any e-mail

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 172 of 332

1    communications with any of them during their

2    deliberation?

3            A.   Certainly not that I recall.  I can't

4    imagine that occurring.

5            Q.   Were you privy to any agreements or

6    disagreements that were expressed during their

7    deliberations?  Did anybody provide you with

8    information about how they did their work?

9            MS. SILVERSTEIN:  Objection.

10           THE DEPONENT:  Yeah.  I certainly

11   don't recall anything like that.  I can't imagine

12   it would have occurred.

13

14   BY MR. DEAN:

15           Q.   So how is it -- so -- so your belief

16   that they are neutral and impartial is based on

17   your historic understanding of what that group's

18   mission is, because you, as a matter of fact,

19   quote some from their mission.

20               Is that fair?

21           A.   My understanding is based on the NRC

22   mission, which you're right, I've quoted, and they

23   are tasked with providing independent analysis for

24   this kind of purpose.

25               Also, based on their credentials,

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 173 of 332

 1    they are the top scientists in their fields, and
 2    then also based -- and most significantly based on
 3    what they wrote, which was soundly scientific and
 4    impartial, and so all of those things give me
 5    confidence in the NRC.
 6             Q.   And you're not -- you're not aware,
 7    as you sit there today, of any inherent bias, any
 8    secret meetings, any conflicts of interest that
 9    were not made -- you were not made aware of?
10    You're not aware of any of that, if it exists?
11                  MS. SILVERSTEIN:  Objection.
12                  THE DEPONENT:  No.  I'm certainly not
13    aware of that, and I can't imagine that would
14    occur.  And, you know, the --
15
16    BY MR. DEAN:
17             Q.   If there was some inherent conflicts
18    of interest not considered or ignored, if there
19    were secret meetings between the Navy and NRC, and
20    if there were some inherent biases of certain
21    committee members that were pre- -- pre-expressed
22    opinions against the ATSDR report before serving
23    on that committee, would you then have reason to
24    pause at the credibility of the NRC report?
25                  MS. SILVERSTEIN:  Objection.

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 174 of 332

1            THE DEPONENT:  I'm just saying that
2      none of those things occurred, to my knowledge.
3
4      BY MR. DEAN:
5            Q.   What if they did, and I can prove it
6      to you?
7            A.   I'm just not aware that they did.
8            Q.   Okay.  When this information comes to
9      light, I'll make sure you get a copy of that
10     deposition transcript and you can be enlightened.
11     Okay, sir?
12            A.   Sounds good.
13            (Whereupon, Waddill Deposition
14     Exhibit 15, Flights of Imagination; Intelligent
15     Design; An essay on Intelligent Design from Salvo
16     #65 in Headquarters; An Engineer Examines
17     Darwinian Explanations; by Dan Waddill; Salvo
18     Magazine; 6 pages, was marked for identification.)
19
20     BY MR. DEAN:
21            Q.   All right.  Last thing.  I always
22     like to end on a good happy note, and out of
23     curiosity, take a look at Exhibit 15.
24            Let me know when you --
25            A.   Got it.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 175 of 332

1          Q.   So how is it we can apply Darwinian

2     explanations to civil engineering science?

3               Let me ask first of all, did you

4     author this paper that was published in Volume 65

5     of something called Salvo?

6          A.   I did.

7          Q.   And is Salvo, A Magazine of Society,

8     Sex, & Science?

9          A.   I don't know that.  I mean, I don't

10    -- no, I don't see it that way.

11              I mean, if you found it, that's what

12    they say of themselves, I don't dispute it.  I

13    just don't know.

14         Q.   Well, if you go to Salvo magazine dot

15    com, Salvomag.com, under the "About" page, I was

16    trying --

17              Actually, you know what?  I can share

18    that.

19              (Whereupon, a document was displayed

20    via screen share.)

21

22    BY MR. DEAN:

23         Q.   Can you see my page?

24         A.   Yes.

25         Q.   Did I read it correctly?  It says

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 176 of 332

1        it's a magazine about society, sex, and science.

2               A.   Oh, yeah.  Yeah.  At the top, yeah.

3               Q.   So did you publish Exhibit 15?

4                    And it looks like it was published

5        the summer of '23, that article.

6               A.   Yes.

7                    And that falls under the science

8        section of their -- of their magazine.

9               Q.   And you stand by everything you said

10       in this article?

11              A.   Yeah.  I believe I do.

12                   (Whereupon, the document was removed

13       from screen share.)

14

15                   MR. DEAN:  All right.  I do

16       appreciate your time today.

17                   I'll pass the witness.

18                   I do want to put on the record that

19       the witness has identified certain specific

20       documents and attachments to documents that were

21       produced in the Waddill hard copy production that

22       have not been produced, and he also made reference

23       to the files on his computer hard drive, his

24       laptop, that are subject to Request for Production

25       No. 7, and appended to the filed motion to compel.

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 177 of 332

1    To the extent those documents are ever made
2    available, I would reserve the right to come back
3    to this witness.
4                    But with that said, I pass the
5    witness.
6                    MS. SILVERSTEIN:  Let's take a short
7    break before we ask any questions.  It's been a
8    while.
9                    MR. DEAN:  That would be fine.
10                   THE VIDEOGRAPHER:  We're going off
11   the record at 4:15 p.m.
12                   (Whereupon, a recess was taken from
13   4:15 p.m. to 4:27 p.m. EST.)
14
15                   THE VIDEOGRAPHER:  Back on the record
16   at 4:27 p.m.
17
18                   MS. SILVERSTEIN:  Great.  Just for
19   the record, we are aware there are ongoing
20   conversations regarding discovery.
21                   And, Kevin, we're happy to meet and
22   confer on any discovery concerns that you raised
23   earlier and look forward to written correspondence
24   on the issue to discuss that.
25

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 178 of 332

1                   CROSS-EXAMINATION

2     BY MS. SILVERSTEIN:

3           Q.   Dr. Waddill, do you remember

4     receiving a litigation hold related to Camp

5     Lejeune at some point?

6           A.   Yes.

7                It would have been many years ago.

8           Q.   And did you save or preserve your

9     documents related to Camp Lejeune after receiving

10    that hold?

11          A.   Yes.

12               I saved everything, and I -- I saved

13    everything related to Camp Lejeune regardless of

14    when the lit hold came.  It might have been before

15    I started, but if it came -- I never threw

16    anything away associated with Camp Lejeune.

17          Q.   Is that true for your electronic

18    documents also?

19          A.   Yes.

20               (Whereupon, Waddill Deposition

21    Exhibit 16, Dan W. Waddill, P.E., Ph.D.,

22    Curriculum Vitae, 4 pages, was marked for

23    identification.)

24

25               MS. SILVERSTEIN:  Okay.  I am adding

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 179 of 332

1       to the folder Exhibit 16.

2                       Oh.  Actually, I am not adding to the

3       folder Exhibit 16.  No.  I don't have permission

4       to upload files.

5                       THE COURT REPORTER:  You can upload

6       them to Zoom.

7                       MS. SILVERSTEIN:  Yeah.  I don't have

8       the Zoom up.

9                       All right.  Kevin, what do you want

10      me to do for exhibits?  I can't upload exhibits to

11      the shared folder.

12                      MR. DEAN:  You cannot upload.

13                      MS. SILVERSTEIN:  I don't have

14      permission.

15                      MR. DEAN:  Well, imagine that.

16                      Do you want to screen -- do you have

17      a hard copy or have you got them on a computer?

18                      MR. ANWAR:  Go off the record?

19                      MS. SILVERSTEIN:  Yeah.  Can we go

20      off the record?

21                      THE VIDEOGRAPHER:  Going off the

22      record at 4:30 p.m.

23                      (Whereupon, a recess was taken from

24      4:30 p.m. to 4:33 p.m. EST.)

25

Golkow Technologies,
A Veritext Division
877-370-3377                                                   www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 180 of 332

1          THE VIDEOGRAPHER:  We are back on the

2    record at 4:33 p.m.

3

4    BY MS. SILVERSTEIN:

5          Q.   Okay.  Dr. Waddill, I just handed you

6    Exhibit 16.

7               Is this your C.V.?

8          A.   Yes.

9          Q.   Did you draft this C.V.?

10         A.   Yes.

11         Q.   Does this C.V. accurately reflect

12   your education, background, and work experience?

13         A.   Yes, through about 2014, which is

14   when I drafted this C.V.

15              I haven't been looking for a job, so

16   I haven't updated it since then.

17         Q.   Okay.

18         A.   But it's accurate through,

19   approximately, 2014.

20         Q.   Okay.  I'll ask you some questions

21   post-2014 --

22         A.   Okay.

23         Q.   -- so we can get an accurate picture

24   of that --

25         A.   Okay.

Golkow Technologies,
A Veritext Division
877-370-3377                                           www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 181 of 332

1          Q.   -- but I want to start with your
2     education background, which is on the last page.
3               Where did you get your bachelor's
4     degree from?
5          A.   Davidson College near Charlotte,
6     North Carolina.  I majored in mathematics.
7          Q.   When did you graduate with that
8     degree?
9          A.   1983.
10         Q.   And it says here you had a 3.75?
11         A.   Correct.
12         Q.   And then did you earn a master's
13    degree after that?
14         A.   Yes.
15              A master's degree at Virginia Tech.
16         Q.   What did you study?
17         A.   Crop and soil environmental sciences.
18              Part of that degree, I was working on
19    groundwater contaminant modeling.
20              It was -- the environmental subjects
21    cross over between departments, and so I completed
22    my master's in 1994.
23         Q.   What is crop and soil environmental
24    sciences?
25         A.   Well, it -- historically, it was

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 182 of 332

1      called the agronomy department.  So it was, you

2      know, related to growing crops for agriculture.

3      But as I said, they moved into the environmental

4      arena, and so it included that, and they changed

5      the name to make it more comprehensive.

6               Q.   And you said you did some groundwater

7      modeling.

8                    Could you explain a little bit what

9      you did in your master's program?

10              A.   I took courses, a couple of courses

11     in groundwater modeling and contaminant transport.

12                   One of the professors in that

13     department was, you know, a researcher in that

14     area.

15              Q.   And when did you graduate with your

16     master's degree?

17              A.   1994.

18              Q.   And that was with a 3.97?

19              A.   Yes.

20              Q.   And after your master's, you earned a

21     Ph.D.?

22              A.   Yes.

23              Q.   Where was that from?

24              A.   That was Virginia Tech, again.

25                   I switched into the civil engineering

1   department, and my emphasis was environmental.  My
2   dissertation focused on groundwater contaminant
3   transport modeling.
4           Q.   When you say groundwater contaminant
5   transport modeling was your focus for your
6   dissertation, can you explain what you mean?
7           A.   Well, my dissertation was essentially
8   developing a model to do that on the computer.  It
9   was called Scene 3-D.
10          My advisor, you know, was working in
11  that area, and so it -- it looked at modeling
12  contaminants and how they move in the subsurface
13  and also how they biodegrade as they're moving.
14  And so it was a computer model that captured those
15  processes.
16          Q.   What kind of contaminants did you
17  focus on?
18          A.   That one could do a range from the
19  chlorinated solvents, which would include PCE and
20  TCE, like at Camp Lejeune, and their breakdown
21  products, but also the petroleum products like
22  benzene, toluene, ethylbenzene, and xylene.
23          Q.   You said you developed a model.  Has
24  anyone else used that model?
25          A.   Some.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 184 of 332

1          My professor through Virginia Tech
2    set up a little, you know, corporation and sold
3    some copies of the model, and the proceeds were
4    split among the university and he and I.  So it
5    was not a big moneymaker, but some people did buy
6    it, and I assume they used it.
7          Q.   And when did you graduate with that
8    degree?
9          A.   When?
10         Q.   Yes.
11         A.   1998.
12         Q.   And that was, again, with a 3.97?
13         A.   Yes.
14         Q.   When you were studying for your
15    master's and Ph.D., was following the science of
16    the utmost importance?
17         A.   Yes.
18              And, you know, I think that, you
19    know, scientists have a position of privilege and
20    responsibility within society.  I mean, we get to
21    work on interesting problems to the benefit of the
22    community, and it's our responsibility to do that
23    truthfully, you know, and diligently and tell
24    people truthfully what we know, but also be honest
25    about what we don't know.

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 185 of 332

1          Q.   Do you have any professional licenses
2     or certifications?
3          A.   I'm a professional engineer.  So
4     that's the significant license for engineers.
5          Q.   What does it mean to be a
6     professional engineer?
7          A.   Well, you pass a couple of exams.
8     You have to have a certain amount of work
9     experience, and then, you know, you get
10    recommended from other people that you've worked
11    with who are professional engineers.
12               And at that point, you know, I'm
13    registered with the State of Virginia, and you
14    have the ability then to work independently as an
15    engineer to review documents, stamp documents, and
16    you're then responsible for those documents and
17    information.
18         Q.   I want to talk about some of the
19    roles that you've had since finishing your Ph.D.
20               What was the first job that you had
21    after earning your Ph.D.?
22         A.   I worked for a local consulting
23    company, Anderson & Associates.  I was a manager
24    of environmental projects.
25         Q.   What did you do -- what kind of work

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 186 of 332

1    did you do at Anderson & Associates?

2         A.   Well, it was, you know, just a

3    variety of environmental projects.

4              One was, there was a jet crash in the

5    mountains nearby, and we were involved in

6    designing the cleanup of the fuel that spilled

7    that was a result of that crash.

8         Q.   Did you provide the technical support

9    in that role?

10        A.   Well, yes.  I mean, yeah.

11        Q.   How long were you at Anderson &

12   Associates?

13        A.   Two or three years.

14        Q.   After leaving Anderson & Associates,

15   where did you work?

16        A.   I worked out west for a while -- that

17   was not in an environmental field -- for about a

18   year and then got the job with the Navy in 2000.

19        Q.   Was that with NAVFAC?

20        A.   Yes.

21             NAVFAC Southern Division in

22   Charleston.

23        Q.   And what was your position with

24   NAVFAC Southern Division?

25        A.   I was in the technical support branch

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 187 of 332

1    for the Environmental Restoration Program, and so

2    that's where we clean up contaminated sites.  And

3    so I worked with many project managers at their

4    site, and designing and negotiating with

5    regulators over how those sites would be

6    investigated and cleaned up.

7             Q.   Did -- while you were at NAVFAC

8    Southern Division, did you provide technical

9    support for cleanup projects?

10            A.   Yes.  That was my -- that was my

11   role.

12            Q.   As part of that role, did you do any

13   water modeling?

14            A.   Not directly, but I worked with the

15   model at Jacksonville.

16                 That was a USGS model, I believe.

17   But, you know, that was -- that was -- part of the

18   work was working with that model.

19            Q.   What was your involvement with the

20   Jacksonville model?

21            A.   Well, just, you know, the looking at

22   the results and planning follow-on work and, you

23   know, just basically -- the model was just one

24   piece of the overall information that we used.

25                 There were a lot of -- we'd take

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 188 of 332

1       samples, do investigation, and then, you know, put

2       it all together to design a cleanup.

3                   And then, of course, this is done in

4       collaboration with the state and federal

5       regulatory agencies.

6             Q.   How was the water model for

7       Jacksonville used?

8             A.   It was a predictive model, predicting

9       flow of contaminants into the future and when they

10      might reach receptor.  And so it helped us with

11      planning, just to have a preliminary idea of, you

12      know, when that might occur.

13                  But, of course, we did not use that

14      as a sole basis for decisions.  We took samples

15      and, you know, made sure that, you know, that --

16      that we were making the right decisions for what

17      was going on in the real world in the field.

18            Q.   You mentioned that you also took

19      samples.  How -- how did that affect the use of

20      the model?

21            A.   Well, you know, depending on what the

22      contamination is and where it is, we sample soil

23      sediment.  We do groundwater samples a lot with

24      monitoring wells.

25                  And, you know, any of that

Golkow Technologies,
A Veritext Division
877-370-3377                                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 189 of 332

1    information that's relevant to the model would be
2    incorporated into it to -- to make it more
3    accurate.
4            And, again, it was really USGS that
5    was -- that was doing all of that.  So I'm a
6    little fuzzy on exactly how -- how we used it.  It
7    was a long time ago.
8            But, you know, basically it helped us
9    with the planning, but everything was always
10   verified with sampling in the field.
11        Q.   Was the verification with sampling in
12   the field an important part of the process?
13        A.   Yes.
14            I mean, that's certainly the most
15   important part of the process.  And, you know, to
16   be able to communicate what we want to do to the
17   regulators, they -- you know, they always want to
18   see samples, in my experience.
19        Q.   How long were you at NAVFAC Southern
20   Division?
21        A.   Roughly, six years.
22            Left in 2006.
23        Q.   And where did you go after 2006?
24        A.   I came here to NAVFAC Atlantic in
25   Norfolk.

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 190 of 332

1          Q.   Okay.  It looks like here you were in

2     environmental engineering technical support?

3          A.   Yes.

4               So I was basically doing the exact

5     same thing I did at Southern Division, it was just

6     I was working out of this office.  Had a different

7     area of responsibility.

8               So I started working bases in

9     Virginia and the Northeast as opposed to the

10    Southeast.

11              But it was basically just the same

12    kind of work, working with project managers,

13    providing technical support for cleanup

14    investigations, and remediation.

15         Q.   Did you work on any water modeling

16    projects?

17         A.   Yes.

18              Bethpage was a significant project

19    that had water modeling associated with it.

20         Q.   What was your role or your

21    involvement with the Bethpage water modeling?

22         A.   What happened was the model had been

23    put together by Geraghty & Miller, a very

24    reputable outfit, and it was predicting when

25    contamination would reach water distribution wells

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 191 of 332

1    on Long Island.  And so, you know, that was very

2    important, because, you know, if contamination

3    gets in the drinking water, there's, you know,

4    potential exposure.

5                    And so, you know, the model made its

6    predictions, and then just wisps of contamination

7    started showing up earlier than expected.  So I

8    was asked, you know, as the Navy subject matter

9    expert, to look at the model and see if there were

10   any problems.

11                   And, you know, there were no problems

12   with the model.  And it just -- it's just that

13   models are -- you know, there's only a degree of

14   accuracy that you can achieve with such a model,

15   and that's why, you know, we were also sampling,

16   to ensure that what we knew -- that we knew what

17   was going on in the field and that we could

18   protect the water supply.

19                   But, you know, for preliminary

20   planning, the model is a very useful tool.

21        Q.   If there was nothing wrong with the

22   model, why did the sampling data not match the

23   model?

24        A.   Well, it's just -- it's basically --

25   there's an element of just unpredictability

Golkow Technologies,
A Veritext Division
877-370-3377                                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 192 of 332

1    associated with the movement of groundwater and

2    with the movement of contaminants in groundwater.

3                And, you know, you can do your best,

4    but you just -- it's just they're -- the model

5    predictions are only -- have limited accuracy.

6           Q.   It looks like from your C.V., in May

7    2007 you changed roles to engineering support

8    section head, supervisory.

9           A.   Yes.

10          Q.   What was that role?

11          A.   You know, basically, I was doing the

12   same kinds of things.  I was just a supervisor of

13   a group.  So I was promoted to supervisor.

14               I continued in my technical support

15   role, you know, the same as before.

16               I would say my supervisor duties

17   were, maybe, 10 percent of the work and the

18   technical support would be the other 90.

19          Q.   While you were in this engineering

20   support supervisory role, did you work on any

21   water modeling?

22          A.   That's probably when the Bethpage

23   work occurred.  I had been promoted to supervisor

24   when that was going on.

25               I'm fuzzy on the dates.  But, yeah.

Golkow Technologies,
A Veritext Division
877-370-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 193 of 332

1      Q.    Okay.   And it lists here May 2007 to

2  January 2010.

3            Would that have been when the Camp

4  Lejeune project was ongoing as well?

5      A.    Yes.

6            I was pulled into Camp Lejeune, you

7  know, early 2008, as best I recall.   And, you

8  know, I was, you know, regularly involved through

9  2009, probably 2010, and then it started to slow

10 down.

11           But I did continue to be involved as

12 needed, just once in a while, probably through

13 2013, maybe a little later.

14           But, yeah.   2008 is when the Camp

15 Lejeune work started for me.

16     Q.    The next position that you list here

17 is from January 2010 to February 2011, RCRA and

18 hazardous waste branch head, supervisory.

19           What is that role?

20     A.    I moved out of environmental cleanup

21 and into the environmental compliance area.

22           So what that involves is doing the

23 planning and the execution needed to keep our Navy

24 and Marine Corps bases in compliance with the

25 various environmental laws.

Golkow Technologies,
A Veritext Division
877-370-3377                                             www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 194 of 332

1          And so it's just -- it's a different

2     aspect of the environmental work.  And I did that

3     for a year, a year and a half maybe, and then came

4     back to restoration.

5          Q.   When you came back to restoration,

6     was that for the Vieques restoration branch

7     position?

8          A.   Yes.

9          Q.   Could you describe what you do in

10     your current position?

11          A.   Sure.

12          It's -- my group does technical

13     support for the Navy and Marine Corps Munitions

14     Response Program across the country.

15          So it's the same kind of thing that I

16     was doing for the chemical contaminants, it's just

17     the explosive hazard is the focus.

18          And so there's unexploded ordnance

19     associated with ranges that have been used and

20     closed, and that unexploded ordnance needs to be

21     cleaned up.  And so we provided technical support

22     -- we do provide technical support for project

23     managers across the country.

24          And then we also manage directly here

25     the cleanup of the Vieques bombing range, which is

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 195 of 332

1    the biggest project in the Navy Munitions Response

2    Program.  That's an island off the coast of

3    mainland Puerto Rico.

4         Q.   In your current role with the Vieques

5    Restoration Program, do you spend any time working

6    with chemical component cleanup?

7         A.   Some.

8              There's an element associated with

9    munitions, you know.  Chemical contaminants are --

10   we still investigate and clean up as necessary,

11   but the vast majority of that work is addressing

12   the explosive hazard.

13        Q.   And is this the -- have you had --

14   been in this position, the Vieques position,

15   continuously since 2011?

16        A.   Yes.

17        Q.   Have you held any other positions

18   during that time?

19        A.   Not officially.

20             I was detailed for a couple of years

21   unofficially to the Deputy Assistant Secretary of

22   the Navy's Office for Environment and Mission

23   Readiness.  And I started out filling in for one

24   of the deputy's people who had become seriously

25   ill, and he asked me to fill in.

Golkow Technologies,
A Veritext Division
877-370-3377                                            www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 196 of 332

1           And then, ultimately, I started
2    working out at Red Hill for the closure plan that
3    was -- that the Navy developed for closing the Red
4    Hill fuel storage tanks.
5           Q.   What did that -- that position --
6    what did that role include?
7           A.   Basically, you know, I put together a
8    team to write the closure plan, negotiate with the
9    regulators.
10          We -- all of our products were
11   reviewed, you know, by a lot of people, right up
12   through the Secretary of Defense at first, and
13   then, you know, subsequent documents, to kind of
14   refine the process and work with other pieces.
15          And so that -- that planning -- it's
16   about a year and a half of that -- lays the
17   foundation for how the Navy will close the tanks.
18          And while we were doing our planning,
19   the defueling team was getting the fuel -- well,
20   planning and then removing the fuel from the
21   tanks.
22          Q.   As part of the planning for the
23   closure at Red Hill, did you do any kind of
24   assessment for chemical components or other
25   contaminants?

1          A.    A site assessment is part of tank
2     closure, so we did write a plan for that, but we
3     did not do any fieldwork.
4               There's a lot of fieldwork ongoing
5     associated with that, but that was not part of
6     what my group was doing.  And there is some
7     modeling associated with that work.  But, again, I
8     was not involved with that.
9          Q.    Okay.  It also looks like you've
10    received some awards and recognitions.  There's a
11    couple that I have a few questions about.
12         A.    Sure.
13         Q.    One of them is NAVFAC Leadership
14    Development Program candidate.
15              What is the leadership development
16    program?
17         A.    It's a program that you apply for.
18              You have to be recommended by your
19    supervisor and a higher-level manager, and there's
20    an interview process, and if you're accepted --
21    the idea is to train people to be better leaders
22    for NAVFAC.  And so there's various things that
23    you do over a couple of years, including
24    interviewing senior leaders, projects.  There's
25    training classes that you take, rotations.  Like

1    one rotation I had was with the NAVFAC business

2    manager in D.C.

3              So you just get to see different

4    aspects of how NAVFAC works with the idea of

5    training future leaders.

6         Q.   Is it a competitive program?

7         A.   It's competitive.

8              You fill out a recommendation and you

9    get recommended, and they -- out of that pool,

10   they select a certain number to interview and you

11   go through the interview process to be selected.

12        Q.   And it says here -- and I know you

13   said you haven't updated this in a while.  It

14   says, "Expected graduation 2014."

15        A.   Yes.

16        Q.   Did you graduate from that program?

17        A.   I did, yes.

18        Q.   Was that around 2014?

19        A.   Yes.

20        Q.   Okay.  And then the other one I

21   wanted to ask about is top 10 finalist for

22   National Society of Professional Engineers,

23   Federal Engineer of the Year.

24              What is that?

25        A.   Well, that's a national program that

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 199 of 332

1    the society runs.

2             And when I was at the Southern

3    Division, my supervisor nominated me for that

4    award at the local Southern Division level.

5             And so I was selected there, and then

6    went up -- you enter the pool for, I guess, for

7    NAVFAC-wide.  It may be Navy-wide.  And so I was

8    selected at that level, too, and became one of the

9    10 finalists.

10            And, you know, we went up to D.C. and

11   there was, you know, a ceremony.

12            Ultimately, I was not selected as the

13   winner, but it was just a big deal to just be in

14   the top 10.

15        Q.   Have you ever published any papers?

16        A.   I published several associated with

17   my Ph.D. research, and I have been a coauthor on

18   at least one, maybe a few other papers since I've

19   worked for the Navy.  But my role with the Navy is

20   not to do research.

21            I do work with researchers.  I help

22   identify what the research needs are for the

23   program, and, you know, review reports, that kind

24   of thing, but I've not done research, really,

25   since I graduated.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 200 of 332

1          Q.   Okay.  For the papers that you
2     published, as I understand before you were a part
3     of the Navy or part of NAVFAC --
4          A.   Yes.
5          Q.   -- do you remember what those papers
6     were about?
7          A.   Well, one was about my dissertation,
8     describing the development and application of that
9     groundwater transport model.
10               I also did, associated with my Ph.D.,
11     laboratory work associated with how nonaqueous
12     phase liquids move through the subsurface.
13               So a nonaqueous phase liquid is
14     something like dry cleaning fluid, PCE, which, you
15     know, it's a -- it's a fluid that doesn't mix with
16     water.  It's nonaqueous.
17               And so gasoline is another, you know.
18     When it spills, it doesn't mix with water, but it
19     dissolves a little bit into water.  So lab work
20     associated with that.  There was a paper or two
21     coming out of that work.
22               But it was all related to, you know,
23     applications of modeling related to environmental
24     spills and cleanup.
25          Q.   Okay.  I know I'm asking you to

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 201 of 332

1    remember a long time ago, but do you remember any
2    of the journals those were published in?
3            A.    Journal of Contaminant Hydrology was
4    one.  Groundwater was one.  Journal of
5    Environmental Engineering, I believe, was one.
6                Those are the ones I remember.
7            Q.    Were those peer-reviewed papers?
8            A.    Yes.
9            Q.    In addition to those papers, have you
10   published any -- anything else?
11           A.    No.
12                Just the one publication that Kevin
13   brought up.
14           Q.    Okay.  And so you've spent, roughly,
15   24 years with NAVFAC?
16           A.    Yes.  Yes.
17           Q.    And is it accurate to characterize
18   your work as working on environmental cleanup
19   efforts at Navy or military installations around
20   the country?
21           A.    Yes.
22           Q.    And have the environmental cleanup
23   efforts you've worked on helped ensure that Navy
24   and military installations are clean and safe for
25   service members and their families?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 202 of 332

1          A.    Yes.

2                MR. DEAN:  Object to the form of the

3    question.

4                THE DEPONENT:  Yes.

5                I mean, that's the primary focus, is

6    to clean up sites and in the process be sure that,

7    you know, everybody is safe and unaffected.

8                And it also -- you know, also, it's

9    not just Navy and Marine Corps installations.

10   It's also closed installations, like Vieques, you

11   know.

12               Our work there is to keep the public

13   safe while we're cleaning up the old bombing

14   range, and we put a tremendous amount of effort

15   into educating people into doing things in a way

16   that the public is not exposed and not at risk.

17

18   BY MS. SILVERSTEIN:

19          Q.    During, you know, the past 24 years

20   when you've been working on these cleanup efforts,

21   is it important to you and your work that you

22   follow scientific approaches in the cleanup

23   efforts?

24          A.    Yes.

25                I mean, that's -- that is something

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 203 of 332

1      that we all value highly and, you know, that we

2      use data and scientific methods to design our

3      approaches.

4                    And one aspect of being a

5      professional engineer that they really, really

6      emphasize is, -- you know, the engineering ethic

7      of doing things the right way and not putting

8      people in danger.

9                    Like, we have potential dangers from

10     environmental hazards, but engineers that build

11     bridges, say, you know, they have to do things the

12     right way or, you know, a bridge can collapse --

13     or a building.

14                    So that is a really, really big part

15     of the engineering profession, and it starts in

16     school and it just continues.  So that's something

17     that I value, and everybody that I work with, I've

18     seen that they value it as well.

19          Q.   I want to shift gears from talking

20     about your background to talking about water

21     modeling more specifically.

22                    Just to make sure we're kind of all

23     on the same page, when we're talking about water

24     modeling, what is water modeling?

25          A.   It's -- it's a term that ATSDR used

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 204 of 332

1    to describe their work, and it's a good one, and
2    their work had two aspects to it.
3                One was the groundwater contaminant
4    transport modeling.  And, you know, that's what I
5    did in graduate school and that's what I was
6    focused on.  It's how the contaminants, you know,
7    get into the groundwater and how they move through
8    it.
9                But a big piece of ATSDR's work was
10   when those contaminants reach a water supply
11   well -- you know, it's pumped out of the ground,
12   it's put into pipes, it goes through water
13   treatment, it gets into more pipes, and it reaches
14   people's homes and it comes out the tap.  And what
15   they want to know is -- at Camp Lejeune -- you
16   know, they want to know what concentrations came
17   out of the tap.  So that second piece is very
18   important.  You might call it water distribution
19   modeling.
20               And so ATSDR appropriately used the
21   term "water modeling" to encompass both of those
22   pieces.
23          Q.   Okay.  So if I say, like, groundwater
24   modeling, that would apply to the transfer of
25   contaminants in the groundwater?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 205 of 332

1          A.    Not necessarily.

2                There's also a water supply question

3     that groundwater modelers address, like the City

4     of Savannah and Hilton Head, cities that use

5     groundwater near the coast, they might use models

6     to determine how much water can I pump out of the

7     ground and still not have any saltwater intrusion.

8     And so there's no contaminants involved.  It's

9     just water supply.

10                So that is one aspect of groundwater

11     modeling.

12                And if you throw in the contaminant

13     transport, it's how the contaminants move through

14     the groundwater.

15          Q.    Okay.  What was your involvement with

16     the ATSDR Camp Lejeune water modeling work?

17          A.    Basically, I was asked, you know, by

18     -- and I don't remember specifically, but I

19     believe it surely must have been NAVFAC

20     headquarters who asked me to review a draft report

21     by ATSDR on their water modeling effort at Tarawa

22     Terrace, and that report was not yet complete, and

23     I think they made a presentation associated with

24     it.

25                So, you know, I reviewed what ATSDR

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 206 of 332

1    had at the time and, you know, provided my

2    comments to the Navy people, and then from there,

3    you know, I ended up participating in meetings

4    regularly for, I think it was, at least a couple

5    of years, and, you know, providing that kind of

6    technical input into their groundwater contaminant

7    transport modeling.  That was -- that was my role.

8            Q.   Did you provide comments on both the

9    Tarawa Terrace modeling and the Hadnot Point

10   modeling?

11           A.   Yes, but far more comments on Tarawa

12   Terrace.

13           You know, Hadnot Point was not -- I

14   don't think that modeling effort had even started

15   yet.  And then my involvement was much, much less

16   by the time Hadnot Point came around.

17           Q.   Did you -- when you say you provided

18   technical support, what exactly do you mean?

19           A.   Well, I was -- you know, I was

20   looking at what Tarawa Terrace -- I mean, what

21   ATSDR reported, you know, they were doing with the

22   model.

23           And then, you know, the question is,

24   you know, as a technical expert, what do you think

25   of that?  Is it a good approach?  Do you have

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 207 of 332

1    concerns?

2              And so, you know, I did see concerns,

3    and I expressed those, and it became an ongoing

4    source of discussion for ATSDR for many meetings,

5    you know, over a year or two.

6              Q.   Who did you work with on the water

7    modeling?

8              A.   Mostly, you know, I worked with Kim

9    Parker Brown.  She was at NAVFAC headquarters.

10   Scott Williams was the Marine Corps, you know.  I

11   think those were the primary people that I worked

12   with.

13              But as far as doing the evaluations,

14   you know, there really -- I was the technical

15   expert for the Navy, and we didn't have anybody

16   else.  So, you know, I was essentially doing that

17   by myself.

18              There were, you know, consultants who

19   were involved at times.  But, you know, the real

20   -- most of the effort I was doing myself as far as

21   technical evaluation, but then meeting with people

22   regularly and talking about, you know, what it all

23   means and explaining to them what it means.

24              Q.   Do you remember who at ATSDR you

25   worked for?

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 208 of 332

1          A.   Morris Maslia was their head water
2     modeler.  And I never worked with him, but he was
3     certainly at meetings and, you know, he -- he was
4     the point of contact on that side.
5               Frank Bove was a name I remember from
6     many meetings.  He was an epidemiologist.
7          Q.   When you say you didn't work with
8     them but they were at meetings, were those the
9     people at ATSDR that you communicated with?
10         A.   Yes.
11              And, you know, ATSDR was doing their
12    water modeling -- you know, they were doing it
13    themselves, you know.  I wasn't helping them at
14    all or even involved in their decisions.  It was
15    just -- my role was, you know, evaluating what
16    they were doing and presenting that evaluation to
17    Navy folks and to ATSDR at meetings.
18              And, you know, so I -- you know, I
19    don't recall really communicating with anyone at
20    ATSDR directly.  That may have occurred once in a
21    while, but, you know, by and large, it was just --
22    you know, I was working with the Navy personnel
23    and then participating in these larger meetings.
24         Q.   Okay.  What is your understanding of
25    how the ATSDR water modeling work was funded?

Golkow Technologies,
A Veritext Division
877-370-3377                                         www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 209 of 332

1          A.    As far as I know, the Navy funded it.

2     It was -- you know, the Navy funded that work.

3          Q.    Do you know if after 2009, the Navy

4     continued to fund ATSDR work related to Camp

5     Lejeune?

6          A.    My understanding is yes, they

7     continued to fund that work for many years.

8               And, you know, I sort of lost

9     contact, but they may still be.  I just -- I don't

10    know about that.  It's possible.

11              But, yeah.  That continued.

12         Q.    Based on your experience with water

13    modeling, what is water modeling generally used

14    for?

15         A.    Well, for -- you know, for

16    groundwater contaminant transport modeling, it's

17    generally used for planning purposes and the

18    predictions are run into the future.

19              And as I said, you -- you take

20    samples and you be sure that you have real-world

21    measurements to verify what the model has said.

22              But the model in that case can be

23    very useful just because you can plan.  But you

24    would never let your plans depend on the model

25    alone.  There would always be real-world samples

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 210 of 332

1    taken to verify and to be sure that you're doing

2    things right.

3          Q.   Why -- why would you take real-world

4    samples along the way to verify the model?

5          A.   Well, partly, you know, sampling and

6    analysis of the samples, that's just part of the

7    cleanup programs that we work under.  And it's

8    those samples that drive decisions, that drives

9    how we do the cleanup.

10              You know, the samples are the

11   drivers, you know.  A model can be useful as far

12   as planning, but the model would not be driving

13   decisions.  Certainly, not alone.  It might help

14   guide where you take samples.

15              But, you know, the sampling is just

16   an essential part of the cleanup program.

17         Q.   How did ATSDR use water modeling?

18         A.   Well, the -- what they described at

19   their -- in their draft report was that, for the

20   epidemiological studies that they wanted to do,

21   they needed monthly concentrations of contaminants

22   that people were exposed to, going back --

23   starting in the '80s and going back through the

24   '70s and the '60s and the '50s.  So it's unusual.

25              You know, typically models are

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 211 of 332

1    predicting the future.  This one is trying to
2    reconstruct the past.  And it may have been done
3    at other places, but the only one I'm aware of is
4    the ATR's work at Camp Lejeune.
5                   The difficulty, of course, if you're
6    trying to reconstruct the past with a model, is
7    that you cannot go back into the past to take
8    samples.  You know, when you're predicting into
9    the future, you can always take samples and be
10   sure that the model is actually helping you rather
11   than giving some erroneous results.
12                   But if you -- if you're hindcasting
13   or trying to recreate the past, you can't check
14   the model.  There's no way to check it.  If you
15   don't have data, you can't go back.
16        Q.   Why would the ability --
17                   MR. DEAN:  I'm sorry.
18                   Can you hear me?
19                   MS. SILVERSTEIN:  Yeah.  We can hear
20   you.
21                   MR. DEAN:  Can you hear me?
22                   I'm sorry.  I made an objection to
23   the form of the question on that last question,
24   but my speaker wasn't working.  So please make a
25   note, I object to the form of that last question.

Golkow Technologies,
A Veritext Division
877-370-3377                                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 212 of 332

1          You may continue.

2          Also, it was nonresponsive, by the

3   way.

4

5   BY MS. SILVERSTEIN:

6          Q.   Why is the -- why does it matter

7   whether or not -- why does it matter that you

8   can't go back into the past and take historical

9   samples?

10         A.   Well, you know, groundwater

11  contaminant transport modeling is not accurate

12  enough to produce results that can support health

13  studies if you can't check it.

14         You know, if -- like the situation at

15  Camp Lejeune was, they had real-world samples in

16  the 1980s.  They used all of the sample data to

17  calibrate the model, and so they had no additional

18  data to compare to the '50s, '60s, and '70s, and

19  that's the same frame of interest.

20         And so the model is just sort of out

21  there on its own with no support.  And, you know,

22  models are just not accurate enough to be used in

23  that way.

24         Q.   Is it possible to validate the

25  results of a groundwater transport model without

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 213 of 332

1       historical data samples?

2               A.   Well --

3                    MR. DEAN:  Objection to the form.

4                    MS. SILVERSTEIN:  Kevin, for -- for

5       what reason, so I can rephrase my question?

6                    MR. DEAN:  Object to the form.

7       That's all I have to provide as far as the nature

8       of my objection.

9                    MS. SILVERSTEIN:  Okay.  I'm just

10      wondering --

11                   MR. DEAN:  The question --

12                   MS. SILVERSTEIN:  -- what the reason

13      is so I can rephrase my question to make sure the

14      form is proper.

15                   MR. DEAN:  He's your witness.  You're

16      leading him and have been for an hour.

17                   MS. SILVERSTEIN:  Okay.

18

19      BY MS. SILVERSTEIN:

20              Q.   Okay.  Is it possible to validate the

21      results of a water model without historical data?

22              A.   Well, you know, if -- the way

23      validation works is, you know, you use a certain

24      portion of the data to calibrate the model and

25      that involves adjusting the inputs, the model

Golkow Technologies,
A Veritext Division
877-370-3377                                             www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 214 of 332

1  inputs, such that your model output matches the
2  real-world data as best as you can do it.  And
3  ATSDR did that at Camp Lejeune, but they only had
4  data in the '80s.
5           So validation involves, you take your
6  calibrated model and you don't change the inputs
7  anymore.  That would be forbidden.  That would be,
8  you know, biasing the results.
9           So you take your calibrated model,
10 you stick with the inputs that you have, and you
11 run -- in this case they're running the model into
12 the past.
13          Now, validation would be you have to
14 have another data set during a different
15 timeframe, and you compare the model output with
16 the different data set that you have.  And so if
17 -- if you're running the model into the past and
18 the data aren't available, then they never will be
19 available.  And so your model is, and the ATSDR
20 was, unvalidated.  They were not able to validate
21 it.
22          Q.   You've mentioned calibration a couple
23 of times.  What does it mean to calibrate a model?
24          A.   Well, when you -- when you apply a
25 model, you need various inputs.

Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 215 of 332

1           There are things like -- you know,
2    how big is the site?  Where did the -- where was
3    the source of contamination?  Where are the
4    receptors?  Like, the water supply wells.
5           What's the pumping rate for the water
6    supply wells?  When did they come on and off?
7           And then you have to know soil
8    properties.  Like the hydraulic conductivity of
9    the soil describes how fast water might be able to
10   move through the soil, and it varies a lot.
11          You have to describe the contaminant
12   properties.
13          So there are all these inputs that
14   you need to provide, and some of them are
15   difficult to measure or you can't measure them
16   directly, and so the calibration step is just --
17   in order to improve the model accuracy, you -- you
18   use measured values.  You go to literature, you
19   look up values, and you take your best shot at the
20   input numbers.  And then you run the model and you
21   compare the output -- in this case it would be the
22   concentrations, to the measured concentrations
23   that you have in the 1980s for Camp Lejeune.
24          And then you tweak the inputs and run
25   the model again, and you keep tweaking until you

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 216 of 332

1    get the best fit that you can get, you know,

2    between the model and the real world.

3                    And so, you know, that's what helps

4    build confidence that the model -- that the model

5    inputs are what you want them to be.

6                    But then, you know, as I've said, the

7    really important step is to validate that

8    calibrated model against another data set, to see,

9    you know, how do your model outputs match the real

10   world, because if the model doesn't match the real

11   world, then it's of no value.  Because we don't --

12   you know, people are exposed to real-world

13   concentrations.  It goes without saying, really,

14   but...

15              Q.   Did you have concerns about the ATSDR

16   Tarawa Terrace water model?

17              A.   Yes.  Yes.

18              Q.   What concerns did you have?

19              A.   Well, starting with the calibration,

20   there was -- the difficulty with the calibration.

21                   You know, they were adjusting the

22   parameters as best as they could.  But at the

23   water supply wells, the majority of the wells,

24   they could not make the model predictions come

25   within the calibration range that they had chosen.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 217 of 332

1           So they just couldn't get the model
2    to match up very well with the real world during
3    calibration, and that suggests that there's some
4    process that the model is just not capturing, and
5    you don't really know what it is.  You just know
6    that it's not working out.  It's not matching up,
7    despite your best efforts to adjust the input
8    parameters.  So that's a concern.
9           The bigger concern is, though, that
10   there's no validation data.  So when they run that
11   model into the past, the model is just
12   unvalidated.  And there's no check between the
13   model output and the real world for over three
14   decades, and those are the decades of interest.
15           Q.   Did you raise these concerns with
16   anybody?
17           A.   Yes.
18           I certainly expressed them at first
19   to Navy and Marine Corps folks, and then, you
20   know, brought it to the attention of ATSDR in
21   numerous meetings.
22           Q.   Within the relationship between the
23   Navy and ATSDR, was that the appropriate way to
24   raise the concerns?
25           A.   I believe so, yes.

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 218 of 332

1              I mean, you know, these were
2      regularly scheduled, ongoing meetings to try to,
3      you know, work together as well as possible.
4              Q.   Was ATSDR using a groundwater model
5      together with the water distribution model?
6              A.   Yes.
7                   They did do the modeling of the
8      distribution system.  I didn't really evaluate
9      that.  I'm not as familiar with that.
10                  I am aware that they had issues with
11     just not knowing when the supply wells were coming
12     on and off and what the pumping rates were, you
13     know.  That information, in many cases, is
14     unknown.
15                  And sometimes, like the piping and
16     the valves, when valves were opened and closed,
17     that information was unknown.  And, of course,
18     that affects how the water distribution goes.
19                  But I -- you know, other than kind of
20     hearing about the issues that they were facing, I
21     did not evaluate that work.
22             Q.   Okay.  Based on your experience with
23     groundwater, with water modeling generally, do you
24     know whether it's common to do the two types of
25     water modeling together?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 219 of 332

1          A.    You know, I don't think it is.

2                There's certainly nothing wrong with

3     it.

4          Q.    Okay.

5          A.    And, you know, it's -- it would be

6     what you want.

7                You know, it depends on what the

8     receptor is.  Like the receptor might be

9     discharged to a water body, and, you know, a

10    groundwater well there would be representative and

11    you wouldn't -- there would be no distribution to

12    model.

13                But in this case, I think, you know,

14    having that portion of it was appropriate.

15          Q.    Okay.  Does having the two types of

16    water models together affect the uncertainty

17    analysis at all?

18          A.    Well, it -- there's uncertainty

19    associated with both pieces.  And, you know, it's

20    certainly incumbent upon the modelers to express

21    that uncertainty clearly to the stakeholders.

22          Q.    Okay.  When you raised your concerns

23    about calibration and model validation to ATSDR,

24    what kind of response did you receive?

25          A.    You know, it was negative and some

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 220 of 332

1    meetings were contentious.  And, you know, they

2    didn't like to hear what I was saying.  Because,

3    you know, basically, I was -- you know, I was

4    saying that the model results were not valid and

5    were not appropriate to use for the EPI studies,

6    that these monthly concentrations that they needed

7    were just more than the model could produce with

8    any kind of accuracy.

9                    (Whereupon, Waddill Deposition

10   Exhibit 17, Letter from B.P. Harrison, MPA, P.E.,

11   to Thomas Sinks, Ph.D., National Center for

12   Environmental Health/Agency for Toxic Substances

13   and Disease Registry; June 19, 2008; with

14   attachment, Assessment of ATSDR Water Modeling for

15   Tarawa Terrace; CLJA_2019ATSDR04-0000002372-2379,

16   was marked for identification.)

17

18   BY MS. SILVERSTEIN:

19            Q.   I'm handing you Exhibit 17.

20                 Exhibit 17 ends in -- is

21   Bates-stamped 2019ATSDR042372.

22                 If you look at the top, right-hand

23   corner, do you see that this is a letter dated

24   June 19, 2008?

25            A.   Yes.

1          Q.   And it's addressed to Thomas Sinks,

2     Ph.D.?

3          A.   Right.

4          Q.   Do you know who Dr. Sinks is?

5          A.   Well, you know, he was leadership

6     with ATSDR.

7          Q.   Okay.  On the second page, the letter

8     is signed B.P. Harrison.

9               Who is B.P. Harrison?

10         A.   Brian Harrison was the head of the

11    Environmental Restoration Program for NAVFAC in

12    Washington, D.C.

13         Q.   And under "Copy to," it lists NAVFAC

14    Atlantic, D. Waddill.

15              Is that you?

16         A.   That's me, yes.

17         Q.   Are you familiar with this letter?

18         A.   Yes.

19         Q.   Did you contribute to writing the

20    body?

21         A.   Not to writing the body of the

22    letter, but to writing the attached assessment.  I

23    wrote that.

24         Q.   By "the attached assessment," are you

25    referring to "Assessment of ATSDR Water Modeling

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 222 of 332

1      for Tarawa Terrace"?

2               A.    Yes.

3               Q.    And does this letter accurately

4      reflect the Navy's activities and views of working

5      with ATSDR on the Camp Lejeune water modeling?

6               A.    The letter itself?

7               Q.    The letter and attached assessment.

8               A.    Yeah.

9                     I think -- I think it does.  In

10     particular, you know, the letter, he says -- he

11     reiterates continued support for working with

12     ATSDR.  And I think that's always the way we

13     wanted it to be, to look for ways to cooperate

14     best.

15                    The -- you know, there were some

16     concerns, but the idea at this point was, you

17     know, we're -- we just want to work with you to,

18     you know, make improvements, and with the goal of,

19     you know, supporting the health of our personnel.

20                    You know, what -- what we want more

21     than anything is, you know, good science,

22     scientific information that's accurate, that helps

23     our people get the right -- be healthy.

24                    And so, you know, that's -- that's

25     the goal expressed in the letter.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 223 of 332

1          The document that I wrote expresses,
2      I think, accurately our concerns at that time.
3      And, you know, we were just getting started, so
4      there were questions that we didn't know the
5      answers to yet.
6          But this, you know, raises the basic
7      issues, and, you know, more information certainly
8      followed.
9          Q.   On the page ending with Bates 2376,
10     you talk about ATSDR performing a sensitivity
11     analysis.
12          What is a sensitivity analysis?
13          A.   It's where the -- you determine how
14     important certain of the input parameters are.
15          Like, some -- some of the input
16     parameters, if you change them a little bit, the
17     model output might change a lot, so you say the
18     model is very sensitive to that parameter.
19     Others, you can change them and the output doesn't
20     change very much, so it's not very sensitive.
21          So, you know, associated with that,
22     you know, they did a probabilistic analysis of,
23     you know, repeated runs of the model in which
24     input parameters were varied, and then they
25     compared how the various runs of the model

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 224 of 332

1  compared with each other. And so that gives you

2  an idea of how precise the model is, you know, how

3  well do different model outputs agree with one

4  another.

5           It's all -- it's done within the

6  model world. There are no comparisons to the real

7  world for either the sensitivity analysis or the

8  probabilistic one.

9           Q.   Does the sensitivity -- what does the

10 sensitivity analysis tell you about the validity

11 of a model?

12          A.   You know, really nothing, because,

13 you know, it's not part of -- it's not the model

14 validation step.

15          You know, when we're talking about

16 model validation and model accuracy, what we want

17 to know is how well does the model match the real

18 world, and that's the most important question.

19          When we're talking about the kinds of

20 things that they did with, you know, running the

21 model repeatedly and seeing how it behaves and how

22 different outputs compare to one another, that's

23 all within the model world. And so, you know, it

24 can be useful in telling you how the model itself

25 behaves, but it doesn't tell you anything about

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 225 of 332

1    how your model matches the real world.

2              Q.   And for my understanding, this was a

3    concern -- was this a concern that you raised to

4    ATSDR?

5              A.   Well, we talked about it.

6                   And there's no concern with doing

7    this work per se, it's just the concern is that

8    these results not be represented as showing that

9    the model is accurate or as showing that the model

10   provides a good match to the real world, because

11   that's not what this does, and it can be easily

12   confused.

13                  So it's important to clarify the

14   difference and to communicate that effectively.

15             Q.   Okay.  Did your assessment, this

16   assessment, raise any concerns about the

17   calibration of the Tarawa Terrace model?

18             A.   Yeah.

19                  Just the ones that I expressed about,

20   you know, they couldn't bring the model into the

21   calibration range in many cases.

22                  And if you look at the last page,

23   2379, at the bottom, these graphs represent model

24   calibrations.

25                  The circles are the observed

1    real-world concentrations and the lines are the

2    model-predicted concentrations, and these are at

3    five of the water supply wells.

4              And it's just -- you know, the model

5    is not corresponding very well to the circles, and

6    that's -- you know, that's -- that's an issue.  It

7    makes you think the model is -- is not capturing

8    something correctly.

9         Q.   After you raised concerns about model

10   calibration, what changes do you recall ATSDR

11   making?

12        A.   I'm not sure they changed anything.

13             I mean, they did say that they felt

14   the calibration was successful, and to me this

15   shows that it was not.  But I think they -- I

16   believe they stuck with that.  And if they made

17   changes, I don't recall what they were.

18        Q.   Did you raise concerns in the

19   assessment about the validity of the Tarawa

20   Terrace model?

21        A.   I'm sure I must have.

22             If I didn't raise it here, I

23   certainly raised it soon.

24        Q.   If you look at page 2375, the second

25   full paragraph.

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 227 of 332

1           It says, "Furthermore, all of the
2     measured concentrations were used during model
3     calibration, leaving no data available for model
4     validation.  As a result, the Tarawa Terrace model
5     was not validated."
6           A.    Okay.
7           Q.    Is that -- did I read that correctly?
8           A.    Yes.
9                 And so yes, I definitely did raise
10    that validation concern here.
11          Q.    After you raised the validation
12    concern with ATSDR, what changes or modifications
13    did ATSDR make regarding validation?
14          A.    Well, for that one, it's really not
15    possible to change anything because, you know, the
16    change that you need is to have a validation data
17    set, and they just didn't have it.  And when it's
18    in the past, you can't get it.  You know you can't
19    measure concentrations from the past.
20                So, yeah.  They were not able to make
21    changes to address that concern.
22          Q.    What were your recommendations for
23    ATSDR regarding the Tarawa Terrace model?
24          A.    Well, at this point our
25    recommendations were -- you know, this was

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 228 of 332

1  preliminary.

2          There -- you know, it was just

3  improved communication, talking about presenting

4  the uncertainty, recommended an expert panel,

5  which they did do.

6          One of the recommendations was just

7  finalize the remaining sections of the report,

8  because it wasn't all finished yet.

9          And then, you know, to take any

10  lessons learned from Tarawa Terrace into the

11  Hadnot Point scope of effort, which was, you know,

12  in the distant future still at this point.

13      Q.   You said these were kind of

14  preliminary.

15          Do you recall additional

16  recommendations that you had for ATSDR related to

17  the Tarawa Terrace model?

18      A.   Well, ultimately, you know, in

19  conjunction with the NRC, you know, we were saying

20  that, you know, the -- the monthly concentrations

21  are not accurate enough to be used in EPI studies;

22  and, you know, that given the complexity of the

23  site and the -- you know, the need to make

24  assumptions that you can't verify and the lack of

25  data to do data validation, that those historic

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 229 of 332

1    concentrations just simply cannot be

2    reconstructed.  That was our position, and, you

3    know, the NRC said the same things.

4         Q.    To the best of your recollection, did

5    ATSDR incorporate any of your recommendations?

6         A.    You know, as far as I know, they went

7    ahead with EPI studies.

8              You know, I did see one of their

9    epidemiological studies.  I think they did others.

10   I don't recall looking at them.

11             And then they also were planning to

12   do a mortality study, which they did do.

13             THE COURT REPORTER:  When you get to

14   a stopping point, can we take a break?  We've been

15   going about an hour and a half.

16             MS. SILVERSTEIN:  Yeah.  We can take

17   a break.

18             Yeah.  We can take a break now.  Now

19   is good.

20             THE VIDEOGRAPHER:  Going off the

21   record at 5:41 p.m.

22             (Whereupon, a recess was taken from

23   5:41 p.m. to 5:50 p.m. EST.)

24

25             THE VIDEOGRAPHER:  Back on the record

Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 230 of 332

1    at 5:50 p.m.

2

3    BY MS. SILVERSTEIN:

4          Q.   Dr. Waddill, do you remember sitting

5    on an expert panel related to the water modeling

6    at Camp Lejeune?

7          A.   Yes.

8          Q.   Do you remember around when that was?

9          A.   Not exactly.  Probably, 2009-ish.

10         Q.   Does April 2009 sound right?

11         A.   Yeah.  I mean -- yeah, but I don't

12   really remember.  Yeah.

13         Q.   Okay.  Why did you participate in the

14   expert panel?

15         A.   Somebody must have asked me to do it,

16   and I -- so I wrote an opening statement and just

17   brought up some questions for the panel to

18   consider during the day.

19         Q.   What do you remember about what you

20   said during the expert panel?

21         A.   Well, you know, not much.  It -- but

22   I read from a prepared statement, I believe.

23               And it was, you know, just asking

24   them to consider some of the issues that we've

25   been talking about, you know, accuracy versus

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 231 of 332

1    precision, and, you know, is the model capable of

2    producing monthly concentrations that would work

3    for an epidemiological study.

4              So just to kind of consider these

5    fundamental questions.

6         Q.   What kind of -- when you say "these

7    fundamental questions," are you referring to

8    whether the model can work for an epidemiology

9    study?

10        A.   Yes.

11             Like the issues we've been talking

12   about, you know, the validation, all of that.  The

13   lack of data.

14        Q.   Did you bring those questions to the

15   expert panel?

16        A.   Yeah.

17             I just asked them to consider these

18   questions.

19        Q.   To your recollection and knowledge,

20   did ATSDR incorporate or address these questions?

21        A.   No.  I don't recall that they did.

22             I mean, they had -- you know, they --

23   they were running the meeting.  They had their own

24   agenda.  And, you know, it just --- really, the

25   discussion never got around to the issues that I

1    had brought up.

2           Q.   Are you aware of any changes that

3    ATSDR made to their approach to the water modeling

4    following the expert panel?

5           A.   I don't recall any, but they very

6    well could have.  I just don't -- I don't know.

7           Q.   I want to talk briefly about the NRC

8    report.

9           What is your understanding of the

10   findings of the NRC report?

11          A.   Well, I think fundamentally, the real

12   meaty issues that they raised were, you know,

13   concluding that the Tarawa Terrace modeling --

14   well, the situation was such that really a

15   qualitative evaluation was called for, rather than

16   a quantitative one, and you could categorize

17   people as exposed or unexposed but not give a

18   monthly concentration that they were exposed to.

19          They also clearly stated that, you

20   know, given the lack of data, the complexity of

21   the site, it's impossible to recreate those

22   historical concentrations accurately.

23          And, you know, significantly, too,

24   they raised the concern that if -- if you do that,

25   you run the risk of doing harm, because the

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 233 of 332

1    results are unvalidated and inaccurate, and so you

2    mislead people into thinking that that's what's

3    actually happened, when, in fact, it's -- and

4    these were their words -- that, you know, the

5    erroneous results, you know, lead to, you know,

6    implication, a false implication or exoneration of

7    the model exposures.

8              So, you know, it makes you think you

9    were exposed when you weren't or you were.  You

10   know, it just -- and -- and that's just not good

11   for -- you know, that's not what we want for our

12   personnel.  We want them to have good, accurate

13   information to make good health decisions.

14             And so, you know, those -- those were

15   significant concerns that the NRC report raised.

16        Q.   Do you agree with the concerns that

17   were raised in the NRC report?

18        A.   Yes.

19             I mean, certainly those that they

20   raised about the water modeling.  They also

21   covered a lot of other ground, like EPI studies

22   and other things that I don't have an opinion on

23   because I didn't really focus on that.  I'm not an

24   expert.

25        Q.   Okay.  So as it relates to the water

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 234 of 332

1    modeling --

2              A.   Yes.

3              Q.   -- do you agree with the NRC's

4    findings?

5              A.   Yes.  Yes.

6              Q.   Do you -- in your opinion, did the

7    ATSDR water modeling efforts for Tarawa Terrace at

8    that point, and Holcomb Boulevard, reliably

9    estimate the concentration of contamination in the

10   water at Camp Lejeune from 1953 to 1987?

11             A.   No.  It did not accomplish that.

12             Q.   Do you have an opinion as to whether

13   ATSDR water modeling followed the scientific

14   approach -- followed a scientific approach?

15             MR. DEAN:  Objection.  Object to the

16   form of the question.

17             THE DEPONENT:  You know, I do not

18   think their results were scientifically valid,

19   because, you know, science needs to be based on

20   real-world observation and analysis.  That's the

21   first thing, and there were just not enough

22   real-world measurements for this to count as a

23   scientifically valid approach.

24             The other thing that's fundamental to

25   science is that if you have a hypothesis, it has

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 235 of 332

1    to be testable and it has to be a hypothesis that
2    can succeed or fail.  And the -- you know, the
3    idea that the model reconstruction of those
4    three-plus decades, '70s, '60s, '50s, there's just
5    no way to test that.  There's no data to test it
6    against.  So it's not a testable idea.
7                    There's no way it can fail.  You can
8    say it's successful, but you can't -- you can't
9    justify that claim.
10                   And so for those two reasons, I just
11   -- I just don't think it's a scientifically valid
12   approach.
13                   MS. SILVERSTEIN:  Okay.  I have no
14   further questions for you, Dr. Waddill.
15                   Thank you for your time today.
16                   THE DEPONENT:  Sure.
17                   MS. SILVERSTEIN:  And, Kevin, if you
18   have --
19                   MR. DEAN:  Okay.  Oh, yeah.  I've got
20   quite a few questions, so let's rock and roll.
21
22                   REDIRECT EXAMINATION
23   BY MR. DEAN:
24           Q.   Dr. Waddill, during the break that we
25   took between my questions and questions from the

1    Department of Justice, did you have an opportunity

2    to talk to them?

3            A.    I did not have an opportunity, and I

4    did not talk to them.

5            Q.    Did you talk to them at lunch about

6    any of the questions that they may ask you about

7    after my questions?

8            A.    No.

9            Q.    Did you discuss your testimony

10   yesterday with them with regards to some of the

11   questions that were asked of you this afternoon?

12           MS. SILVERSTEIN:  Objection.  That's

13   privileged.

14           Don't answer that.

15           MR. DEAN:  I don't think that is

16   privileged, for me to ask a witness about whether

17   or not the same questions that were asked today

18   were discussed yesterday in planning for your

19   testimony.

20           MS. SILVERSTEIN:  Discussions about

21   -- questions about what we discussed during our

22   prep sessions are privileged, and I am instructing

23   Dr. Waddill not to answer.

24           MR. DEAN:  Okay.  Make sure we're

25   clear.  I wasn't asking about the general nature

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 237 of 332

1    of the conversations.  I was asking about whether

2    or not he was asked and you all discussed the

3    specific questions that you've now got on the

4    record for purposes for your preparation

5    yesterday, and I understand you've instructed him

6    not to answer, so we'll move on.

7

8    BY MR. DEAN:

9         Q.   Now, Dr. Waddill, if I remember

10   correctly, you said your thesis -- and I agree

11   with you, there's two components to water

12   modeling.  You can describe it differently, but

13   some people say it's the belowground and the

14   aboveground modeling; one's safe transport below,

15   and the other one's the mixing or the

16   distribution, I guess you could say.  Right?

17        A.   Yes.

18        Q.   And your thesis and your Ph.D. is on

19   which, below or above?

20        A.   Below.

21             My dissertation was on contaminant

22   transport in groundwater.

23        Q.   All right.  Now, the -- and we don't

24   have to go through them specifically, and I think

25   a lot of them are in the Harrison 2009 letter, but

1    your criticisms of ATSDR and that -- many that

2    you've discussed today either with me or with

3    counsel for DOJ, those criticisms you have of the

4    ATSDR water modeling to which you're testifying

5    today involved both criticisms of safe transport

6    belowground and distribution aboveground?

7           A.   Well, I've stated that my focus was

8    on the belowground, and that's really --

9           Like, for example, the letter that

10   Mr. Harrison sent, you know, my focus was entirely

11   belowground, at least as much as I can remember.

12          I did say that the distribution

13   system modeling is not my area of expertise, and I

14   do recall ATSDR describing some of the

15   difficulties they were having and some of the

16   unknowns, but I did not really address that aspect

17   of the water modeling.

18          Q.   Okay.  Fair enough.

19          Now, you have described to me that

20   you've been with NAVFAC only about four -- well, I

21   say four or five.  I know there were probably

22   multiple projects for each of these locations.

23          But have you authored and been the

24   primary or lead investigator for any previous

25   water modeling projects similar to what we've been

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 239 of 332

1      talking about today?

2                   MS. SILVERSTEIN:  Object to form.

3                   THE DEPONENT:  I mean, I've -- you

4      know, as stated, I was not the lead water modeler

5      for any of these projects that we've discussed.

6      My role was either in, you know, how do we apply

7      the model or how do we evaluate model performance.

8      That was my role.

9

10     BY MR. DEAN:

11          Q.   I mean, isn't it true that in all the

12     work you've done for NAVFAC, which has been

13     commendable, but it's been basically in a

14     consulting role, reviewing what's been previously

15     done by somebody else and critiquing that work or

16     trying to suggest improvements to that work.  Is

17     that fair?

18          A.   No.

19               That's -- that would be fair to

20     describe my role with respect to the three

21     groundwater modeling projects that we discussed,

22     but overall, no, that's not correct.

23          Q.   But you've not led a team and

24     conducted an in-depth document-mining effort,

25     analyzing the underground storage tanks, doing all

1      the work that was done at Camp Lejeune, and then
2      writing a peer-reviewed paper about it.  That's
3      not something that was in your purview of history,
4      at least today?
5                A.   Well, you know, I've written many
6      documents that have been reviewed, right up to the
7      Secretary of Defense.  So, yeah.
8                Q.   Well, I'm not talking about memos.
9                A.   They don't apply to --
10               No.  I'm not talking about memos,
11     either.
12               You know, very lengthy and in-depth
13     documents.  And, you know, I've prepared countless
14     of those.
15               I'm just saying that, with respect to
16     the three groundwater contaminant transport
17     projects that we've talked about, I did not have
18     that kind of a role.  You know, my role was to
19     evaluate.
20               Q.   Okay.  That's what I'm trying to get
21     you and I on the same page.
22               Your role historically in all these
23     various projects is to evaluate, improve,
24     critique, make suggestions to make the work
25     better, in your view.  Right?

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 241 of 332

1          A.    I'm taking issue when you say, "all
2     these various projects."  You know, I'm only
3     talking about the three.
4               You know, in my career I have --
5          Q.    Okay.
6          A.    -- written many, many in-depth
7     documents, lengthy, and they have been thoroughly
8     reviewed by others.
9          Q.    Right.
10              But what I'm saying is, other than
11    those three involvements, those are the only three
12    involvements you have had in water modeling
13    predictive analysis.
14         A.    Those are certainly the most
15    significant ones, yeah.
16         Q.    Okay.  Now, is there some reason that
17    you forgot to tell the Department of Justice, the
18    judge, or jury who are watching this videotape
19    that the Brian Harrison letter was not drafted by
20    either Mr. Harrison or yourself?  Is there some
21    reason you didn't tell us about that?
22              MS. SILVERSTEIN:  Object to form.
23              THE DEPONENT:  There's -- I don't --
24    I don't think your statement is necessarily
25    accurate.

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 242 of 332

1    BY MR. DEAN:

2              Q.   Do you know who Jacobs Engineering

3    is, and before that, they were known as CH2M?

4              A.   Yes.

5              Q.   Does CH2M Hill draft letters for

6    NAVFAC and the Secretary of the Navy, as well as

7    memos and technical memos and things like that

8    which you and other NAVFAC employees edit before

9    they're put in final form for the Secretary of the

10   Navy, the Assistant Secretary of the Navy, and

11   other NAVFAC employees?

12             A.   I'm not sure I understand the

13   question.

14             I mean, we do work with Jacobs,

15   formerly CH2M Hill.  They are one of our big

16   contractors.  We work on, you know, many, many

17   sites with them.

18             They prepare documents for us.  They

19   make drafts.  We work intimately with them.

20             I'm not aware of any of their

21   projects going to the Navy secretariat, but

22   perhaps.  I'm just not aware of that.

23             Q.   Well, you do know that 30 -- the

24   testimony yesterday by Ms. Kim Henderson, who was

25   a project engineer --

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 243 of 332

1          Do you remember Ms. Henderson?

2     A.   I know her, yes.

3     Q.   And she testified yesterday, reading

4     the 10K report, that traditionally and

5     specifically in 2023, that 31 percent of the

6     16 billion-dollar gross income that Jacobs

7     Engineering had came from the federal government,

8     like the work that we're talking about here.  Were

9     you aware of that?

10         A.   I was not aware of her testimony, nor

11    of that figure.

12              MR. DEAN:  All right.  What was the

13    last exhibit number, Madam Court Reporter, that

14    was used so I know I've got --

15              MS. SILVERSTEIN:  It's 17.

16              MR. DEAN:  All right.  So I'll need

17    to go with 18?

18              THE COURT REPORTER:  Yes.

19              (Whereupon, Waddill Deposition

20    Exhibit 18, Analyses of Groundwater Flow,

21    Contaminant Fate and Transport, and Distribution

22    of Drinking Water at Tarawa Terrace and Vicinity,

23    U.S. Marine Corps Base Camp Lejeune, North

24    Carolina:  Historical Reconstruction and

25    Present-Day Conditions, Response to the Department

Golkow Technologies,
A Veritext Division
877-370-3377                                      www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 244 of 332

1    of the Navy's Letter on:  Assessment of ATSDR

2    Water Modeling for Tarawa Terrace; ATSDR, Atlanta,

3    Georgia, March 2009; 64 pages, was marked for

4    identification.)

5

6    BY MR. DEAN:

7         Q.   All right.  I want you to take a look

8    in the folder, please, Mr. Waddill, when it shows

9    up and open up Exhibit 18.

10        A.   Yes.

11        Q.   Do you have it?

12        A.   Got it.

13        Q.   Okay.  This is -- I've marked it as

14   Exhibit 18 to your deposition, but it was

15   Exhibit 14 to Ms. Henderson's deposition

16   yesterday, and is a memorandum that was drafted by

17   CH2M Hill -- it's Bates-stamped beginning CH38 --

18   that was done --

19             MS. SILVERSTEIN:  Kevin, you uploaded

20   the wrong document.  We've got the wrong document.

21             Our Exhibit 18 is the Response to the

22   Department of Navy's Letter on:  Assessment of

23   ATSDR Water Modeling for Tarawa Terrace.

24             MR. DEAN:  So I'm sorry.

25             Let me see.  Hold on a second.

Golkow Technologies,
A Veritext Division
877-370-3377                                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 245 of 332

1              Marked exhibits, 18.

2              Yeah.  Okay.  We'll come back to that

3    one.  Let me go get the right one.  I clicked the

4    wrong one.

5              To be marked.

6              Exhibit -- yes.

7              All right.  I'm sorry about that.

8              Take a look and see if you've got

9    Exhibit 19 in there.

10             MS. SILVERSTEIN:  What should the

11   Bates be?

12             MR. DEAN:  Say again?

13             MS. SILVERSTEIN:  What should the

14   Bates be?

15             MR. DEAN:  Let's see.  Exhibit --

16   Exhibit 19 is CH38.

17             MS. SILVERSTEIN:  Okay.  We've got

18   that.

19             (Whereupon, Waddill Deposition

20   Exhibit 19, Memorandum:  Subject:  ATSDR Camp

21   Lejeune Water Modeling; CH00000038-44, Disco ID

22   448046-1 to 7, was marked for identification.)

23

24   BY MR. DEAN:

25             Q.  All right.  So do you recognize this

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 246 of 332

1    memorandum draft, Mr. -- Dr. Waddill?

2            A.    I see I commented on it.

3            Q.    And do you recognize that it was a

4    memo that was circulated around NAVFAC and went to

5    Mr. Harrison and was a part of the foundation for

6    the letter that you referred -- that you

7    identified earlier?

8                  Does that refresh your recollection?

9            A.    No.

10                 I mean, I'm not aware, nor can I tell

11   in glancing at it, that this memo was used by

12   Mr. Harrison to write the letter.

13           Q.    Turn to page CH39, and let me see if

14   this will help --

15           A.    Okay.

16           Q.    -- jog your memory.

17                 Do you see the recommendations down

18   at the bottom?

19           A.    Uh-huh.

20           Q.    The first one says, "Department of

21   Navy should send a letter to ATSDR that clearly

22   states our agreement with NRC's conclusions about

23   the water model."

24                 Do you see that?

25           A.    I do.

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 247 of 332

1        Q.   And requests that "ATSDR cease water

2   modeling efforts and adopt the NRC's suggestion to

3   simplify their approach by categorizing as

4   exposed, not exposed."

5            Do you see that?

6        A.   Yes.

7        Q.   "Request that ATSDR provide detailed

8   discussions on the" -- someone marked out

9   uncertainties and input accuracy -- "of their

10  model and practical limitations that prevent

11  accurate reconstruction and historical exposure

12  concentrations at Camp Lejeune."

13           Do you see that?

14       A.   Yes.

15       Q.   Those are all -- they may not be

16  worded the same way you have in the past, but

17  those were all some of the criticisms, or at least

18  some of them that you have had, you testified

19  about today.  Right?

20       A.   Yes.

21           And I raised them again and again,

22  and I've put them in writing again and again in

23  different ways.

24       Q.   Right.

25           Now, you've --

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 248 of 332

 1                    Make sure there's not something else

 2      here I want to ask you about.

 3                    Oh, go to CH42.

 4           A.    Okay.

 5           Q.    And I thought that you said you were

 6      just trying to evaluate and assist, provide input

 7      and have them, ATSDR, accept some changes and

 8      improve upon their work.  I may be saying it a

 9      little bit differently, but isn't that what you

10      said?

11           A.    Yeah.

12                    That was the situation early on,

13      because we were still in the process of figuring

14      things out, and we wanted to work with them as

15      effectively as we could.

16           Q.    And if you take a look at the bottom,

17      at Paragraph 2, Format for Review and Comment

18      Section on CH42.

19                    Do you see the section there I'm

20      referring to?

21           A.    Yes.

22           Q.    And it says, "Review and comment on

23      facility-specific environmental matters."  And you

24      made a comment.  And can you tell -- read that

25      comment that you made there in the pink?

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 249 of 332

1          A.    "I think Mary Ann has a point.  ATSDR

2     will wriggle out of this -- wiggle out of this."

3          Q.    So now, was it your testimony

4     earlier -- and I may have misunderstood -- that

5     when you sent that 2009 letter, Brian Harrison

6     sent it to Tom Sinks, that --

7          A.    Well, wait.  The letter I have is

8     dated 2008.

9          Q.    Okay.  What, December?  Or what's the

10    date on that?

11         A.    June 19, 2008.

12         Q.    Okay.  And you don't think you've

13    seen a response to that or it was -- or the

14    recommendations were not considered?

15              I can't remember exactly what you

16    said, but you said something along the lines that

17    you don't believe that those recommendations were

18    ever accepted or responded to or something like

19    that.

20              Do you remember what you said?

21         A.    You know, I said at this point our

22    recommendations were fairly mild.

23              And, you know, I think they did

24    convene an expert panel.  I noted that.

25              They did finalize the remaining

Golkow Technologies,
A Veritext Division
877-370-3377                                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 250 of 332

1      sections of the Tarawa Terrace report.  I noted

2      that.

3                    Applying all lessons learned to

4      Hadnot Point, I just noted that that was certainly

5      something we thought would be worthwhile.

6                    And improve communication, that was

7      the fourth recommendation.  I think they did make

8      an effort at that.

9                    As I stated earlier.

10                   So the four recommendations that came

11     out of this document, they did follow through on,

12     you know, most of them.

13                   MR. ANWAR:  Kevin, we can't hear you.

14                   MR. DEAN:  Sorry.

15                   Take a look at your Marked Exhibit

16     folder and pull up Exhibit 20 I just put into the

17     box.

18                   And I actually -- let's see here.

19                   This is the last question, so just

20     bear with me.  I've gotten the wrong document.

21                   Well --

22                   Okay.  Here we go.

23                   All right.  It should be in there

24     now.  I'm sorry about that.  I was having to find

25     the marked version.

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 251 of 332

1                  (Whereupon, Waddill Deposition

2       Exhibit 20, Analyses of Groundwater Flow,

3       Contaminant Fate and Transport, and Distribution

4       of Drinking Water at Tarawa Terrace and Vicinity,

5       U.S. Marine Corps Base Camp Lejeune, North

6       Carolina:  Historical Reconstruction and

7       Present-Day Conditions, Response to the Department

8       of the Navy's Letter on:  Assessment of ATSDR

9       Water Modeling for Tarawa Terrace; ATSDR, Atlanta,

10      Georgia, March 2009; Contains Information Subject

11      to Protective Order:  Do Not Disclose to

12      Unauthorized Persons; ATSDR_WATERMODELING_

13      01-0000887461-887524, was marked for

14      identification.)

15

16                  MR. DEAN:  Exhibit 20, for the

17      record, is ATSDR_WATERMODELING_01-887461.

18                  THE DEPONENT:  Okay.

19                  MR. DEAN:  Through 887524.

20                  THE DEPONENT:  Okay.

21

22      BY MR. DEAN:

23           Q.   Now if you turn to -- it's about the

24      third page in.  Bates stamp is 463.

25                  You see a letter from Tom Sinks to

1          Brian Harrison.  Right?

2                    A.   Yes.

3                    Q.   And it's dated March the 10th, 2009?

4                    A.   Yes.

5                    Q.   And he is responding to Harrison's

6          letter dated June 19, 2008.

7                         Do you see that?

8                    A.   Yes.

9                    Q.   Have you seen this response before

10         today?

11                   A.   Not that I recall.

12                        You're talking about this letter

13         right here?

14                   Q.   Yes.

15                   A.   I mean, I may have, but if I did, I

16         don't recall it.

17                        A long time ago.

18                   Q.   Well -- well, you see it's very long

19         and detailed.

20                        And if you turn to about page 466,

21         these are all the specific comments, some of which

22         are yours or questions that derive from yours.

23                   A.   Okay.

24                   Q.   Do you see that?

25                   A.   Now, this -- this, I probably do

```
1       recall.
2                   I thought you were referring to
3       Dr. Sinks' letter.
4              Q.   No.  I was referring to -- my
5       understanding is you were -- I can't see the
6       exhibits because they weren't e-mailed.  I'm not
7       fussing, but I don't know exactly what letter you
8       were handed.
9                   I thought you were handed a letter
10      from Harrison to Sinks.
11             A.   Yeah.  That is correct.
12             Q.   Okay.  And this is that response.
13      Right?
14             A.   Well --
15             Q.   By ATSDR to Harrison.
16             A.   Yeah.
17                  I mean, it is a response to that
18      letter.  They say it is.
19             Q.   That's right.
20                  And you have or have not seen this?
21             A.   Well, I believe I have seen their
22      response, yes.  But, you know, I'm just trying to
23      familiarize myself with all these many pages here,
24      so.
25                  But, yes, I believe so.
```

1          Q.   I understand.

2               But on page 464, you're shown as

3     being copied.  You're the fourth to the bottom,

4     D. Waddill.

5          A.   Yeah.

6               And I'm not saying I didn't get this

7     letter.  I'm just saying I didn't recall it.

8          Q.   Well --

9          A.   But I also am telling you that I

10    recall seeing their response, which is many pages

11    following that letter.

12              So, you know, if I misunderstood your

13    question --

14         Q.   You testified --

15         A.   -- originally, I apologize.

16         Q.   No.

17              You testified a few minutes ago in

18    response to DOJ's questioning that -- that you

19    were not aware of your concerns that were

20    expressed in Brian Harrison's letter ever being

21    addressed or -- or responded to by ATSDR.

22         A.   That is incorrect.  And we've --

23         Q.   And responded --

24         A.   That's incorrect, and we've already

25    been over that.

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 255 of 332

1          You know, I said that they did
2     respond to the four recommendations in that
3     letter.
4          What they did not appear to respond
5     to was other -- other concerns that came later.
6     That was my previous testimony.
7          Q.   And these -- and this is those
8     responses to your concerns that they're responding
9     to in March of '09 before the NRC report is issued
10    in June of '09.  Right?
11         A.   That appears to be correct.
12         Q.   Did you, Mr. Harrison, anybody with
13    the Navy, anybody with NAVFAC, did anybody respond
14    to this March 10, 2009, letter and rebut any of
15    the positions or take issue with any of the
16    positions raised by ATSDR in this letter before
17    the NRC report was issued?
18         A.   I don't know.
19         I believe that I did respond to this
20    letter.  I'd have to look at it more carefully to
21    be sure, but I do not recall the timing.
22         MR. DEAN:  Well, I'll tell you this:
23    I anticipate resuming your deposition when all of
24    your documents are produced.
25         So we'll end the deposition today and

Golkow Technologies,
A Veritext Division
877-370-3377                                          www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 256 of 332

1   suggest that if you -- if and when we do

2   reconvene, you might want to be prepared to show

3   me where you respond, or Brian Harrison or anybody

4   with the Navy, responded to this letter in some

5   fashion.

6               So with that, I conclude this part of

7   your deposition, and I certainly appreciate your

8   time.

9               I'm sorry we went late, but I do

10  appreciate the accommodation given the storm that

11  we have here in the Low Country.

12              MR. ANWAR:  And, Kailey, before we go

13  off the record, I just want to put on the record

14  that, you know, our understanding of this

15  deposition is that it's closed.  It happened.

16              You had the opportunity to ask your

17  questions.

18              We're happy to meet and confer with

19  you after the fact.  But, you know, we don't agree

20  with your characterization of the conclusion of

21  the deposition.

22              MS. SILVERSTEIN:  Additionally, these

23  ATSDR documents are publicly available.

24              MR. DEAN:  Yes.  You're talking about

25  all the documents that are being hidden on his

Golkow Technologies,
A Veritext Division
877-370-3377                                              www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 257 of 332

1    laptop, or are you talking about the document I

2    have on the screen?

3                  MS. SILVERSTEIN:  Your questions

4    regarding the ATSDR letters, these letters are all

5    publicly available.

6                  MR. DEAN:  I got you.

7                  Well, guys, I love doing business

8    with you, but I don't believe we agree on much

9    when it comes to the state of evidence in this

10   case.

11                 I understand your point, Haroon, and

12   you guys have a great day.

13                 MR. ANWAR:  You, too.

14                 THE VIDEOGRAPHER:  This deposition is

15   complete at 6:32 p.m.

16                 (Signature was not waived.)

17                 (Whereupon, the deposition of DAN

18   WADDILL, Ph.D., was concluded at 6:32 p.m. EST.)

19

20

21

22

23

24

25

1                    CERTIFICATE

2              I, Bobbi J. Case, RPR, CCR, and

3     Notary Public for the Commonwealth of Virginia at

4     Large, do hereby certify that prior to the

5     commencement of the examination, DAN WADDILL,

6     Ph.D., was duly sworn by me to testify to the

7     truth, the whole truth, and nothing but the truth.

8              I DO FURTHER CERTIFY that the

9     foregoing is a verbatim transcript of the

10    testimony as taken stenographically by me to the

11    best of my ability, at the time, place, and on the

12    date hereinbefore set forth.

13             I DO FURTHER CERTIFY that I am

14    neither a relative nor employee nor attorney nor

15    counsel of any of the parties to this action, and

16    that I am neither a relative nor employee of such

17    attorney or counsel, and that I am not financially

18    interested in this action.

19

20    _____

      BOBBI J. CASE, RPR, CCR

21    Notary No. 181018

      NCRA No. 837774, VCRA No. 0315042

22

23

24

25

Golkow Technologies,
A Veritext Division
877-370-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 259 of 332

1    DECLARATION UNDER PENALTY OF PERJURY

2

3            I, DAN WADDILL, Ph.D., do hereby

4    certify under penalty of perjury that I have read

5    the foregoing transcript of my deposition

6    testimony taken on August 6, 2024; that I have

7    made such corrections as appear noted herein in

8    ink, initialed by me; that my testimony as

9    contained herein, as corrected, is true and

10   correct.

11           Dated this _____ day of _____,

12   2024 at _____, Virginia.

13

14           _____

         DAN WADDILL, Ph.D.

15

16

17   COMMONWEALTH OF VIRGINIA AT LARGE, to wit:

18   City/County _____

19       Subscribed and sworn to before me this

20   _____ day of _____, 20_____.

21

         _____

22       Notary Public

23

     MY COMMISSION EXPIRES:

24

     _____

25

```
1                           ERRATA SHEET

2      Page No. _____    Line No. _____

3      Change: _____

4      Reason for change: _____

5      Page No. _____    Line No. _____

6      Change: _____

7      Reason for change: _____

8      Page No. _____    Line No. _____

9      Change: _____

10     Reason for change: _____

11     Page No. _____    Line No. _____

12     Change: _____

13     Reason for change: _____

14     Page No. _____    Line No. _____

15     Change: _____

16     Reason for change: _____

17     Page No. _____    Line No. _____

18     Change: _____

19     Reason for change: _____

20     Page No. _____    Line No. _____

21     Change: _____

22     Reason for change: _____

23

       _____    _____

24     DAN WADDILL, Ph.D.                       DATE

25
```

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 261 of 332

| & | | | |
|---|---|---|---|
| **&**   5:10,11 8:16<br>9:19 39:14,15<br>137:15 162:19<br>175:8 185:23<br>186:1,11,14<br>190:23 | **01-887461**<br>251:17<br>**0315042**   258:21<br>**06**   25:10,12<br>**08**   102:8,14<br>**09**   255:9,10 | 167:8,10<br>**116**   8:14 10:14<br>128:22 164:21<br>**11:07**   1:16 14:6<br>14:20<br>**12**   8:1 77:12<br>128:11,13<br>129:1 | 174:14,23<br>176:3<br>**153**   138:14,25<br>139:1 140:12<br>140:14 163:21<br>167:11,19<br>**155**   142:21 |

| **0** | **1** | **12-04**   5:9,10,11 | **159**   144:7 |
|---|---|---|---|
| **0.1.**   135:17<br>**0000000153**<br>8:22<br>**0000000153-...**<br>9:25 137:18<br>162:22<br>**0000000263-...**<br>5:20 39:20<br>**0000000319-...**<br>7:25 124:13<br>**0000000363-...**<br>7:18 120:13<br>**0000000421-...**<br>7:3 88:22<br>**0000000545-...**<br>6:8 63:20<br>**0000000645-...**<br>7:9 94:2<br>**0000000823-...**<br>10:23 165:25<br>**0000000909-...**<br>9:17 148:16<br>**0000000975-...**<br>6:19 75:7<br>**01-00008874...**<br>13:4 251:13 | **1**   5:3,4 27:14<br>27:14,18,22<br>28:15 41:24<br>59:11 89:22<br>94:24 102:24<br>103:25 109:2<br>109:22 126:11<br>152:21<br>**1,000**   135:16<br>**10**   8:24 44:14<br>148:6,20,24<br>192:17 198:21<br>199:9,14<br>255:14<br>**100**   36:15,15<br>133:3 135:9<br>**1000**   116:24<br>**1011**   75:25<br>**10:00**   47:9<br>**10:52**   109:7<br>**10k**   243:4<br>**10th**   252:3<br>**11**   9:18 21:13<br>25:10 121:9<br>137:25 138:4<br>162:13,15,18<br>163:2,13,17,21<br>166:6,11 167:8 | 5:12,13,14<br>39:14,14,15,16<br>39:16,17<br>**120**   7:10<br>**124**   7:19<br>**128**   8:1<br>**12:33**   74:22,24<br>**12:45**   74:24<br>**13**   10:1 164:7<br>164:10,12,24<br>164:25 165:3,6<br>165:9 166:6,11<br>166:21,25<br>**137**   8:15<br>**13th**   127:2<br>**14**   10:15 95:5<br>95:13,16 99:4<br>165:20 166:3,8<br>166:12,14<br>167:17 168:8<br>168:23 244:15<br>**14503**   258:19<br>**148**   8:24<br>**15**   4:5 6:12<br>11:1 17:7<br>67:21 75:3 | **16**   11:8 55:14<br>64:17 114:7<br>152:14 178:21<br>179:1,3 180:6<br>243:6<br>**160s**   144:22<br>**161**   144:20<br>**162**   9:18<br>**164**   10:1<br>**165**   10:15<br>**17**   9:11 11:10<br>99:4 146:17<br>148:13 156:14<br>220:10,19,20<br>243:15<br>**174**   11:1<br>**178**   4:7 11:8<br>**17th**   149:4<br>**18**   11:20 77:13<br>109:23 146:17<br>243:17,20<br>244:9,14,21<br>245:1<br>**181018**   258:21<br>**19**   11:15 12:8<br>125:8 220:13<br>220:24 245:9 |

245:16,20
249:11 252:6
**1953** 234:10
**1960s** 90:13
**1970s** 90:14
**1975** 135:7
**1980s** 112:14
212:16 215:23
**1982** 108:11
**1983** 18:2
181:9
**1987** 234:10
**1994** 181:22
182:17
**1998** 18:4,18
184:11
**1:02** 87:14,16
**1:03** 87:16,19
**1:12** 93:17,19

**2**

**2** 5:6 39:12,25
48:20 76:18
77:4 113:6
140:11 156:17
169:8 248:17
**2.pdf** 78:15
**20** 12:12 77:13
250:16 251:2
251:16 259:20
**2000** 18:17,19
18:21 20:8
24:3 26:24
186:18
**20044** 2:16

**2005** 109:12
110:15 111:12
**2006** 23:18
24:3,12,17
28:18,21 29:6
189:22,23
**2007** 8:10
10:10 29:9
81:13 128:19
164:18 192:7
193:1
**2008** 5:15
11:15 37:11,22
39:18 44:14
49:2,6,9,10
59:20 95:14
100:5 103:12
103:25 105:2
106:8 109:7,15
110:17 113:6
114:2 193:7,14
220:13,24
249:8,11 252:6
**2009** 9:12 12:7
12:24 47:25
65:22 68:3,6
68:18 69:18
84:23 85:1
123:6 126:2
137:3 148:13
149:9,15,16
152:14 155:16
156:14 193:9
209:3 230:9,10
237:25 244:3

249:5 251:10
252:3 255:14
**2010** 6:13,22,23
10:18 59:20
75:3 76:3
78:20 88:18,19
89:24 90:4
165:22 169:8
193:2,9,17
**2011** 7:13
19:25 20:22
22:3,8 23:4,6
24:12,17 28:18
28:21 44:9,12
120:11 121:5
193:17 195:15
**2013** 125:8,14
193:13
**2014** 180:13,19
180:21 198:14
198:18
**2019atsdr04-...**
11:19 220:15
**2019atsdr042...**
220:21
**202** 2:17
**2023** 243:5
**2024** 1:15 14:7
14:21 259:6,12
**209** 144:17,18
144:19,21,24
145:7
**21** 153:8
**216-9152** 2:7

**22** 10:18
165:22
**220** 8:23 11:10
**23** 111:2 176:5
**235** 4:9
**23508** 3:7
**2375** 226:24
**2376** 223:9
**2379** 225:23
**23rd** 105:18
**24** 201:15
202:19
**243** 11:20
**245** 12:8
**251** 12:12
**26** 106:8
**262-8016** 3:8
**263** 42:5
**265** 53:20 55:1
**26th** 111:16
**27** 5:3
**277** 55:25 56:1
**28** 2:5
**29464** 2:6
**297** 59:5
**299** 60:19
**2:07** 93:19,22
**2nd** 105:2
169:8

**3**

**3** 5:21 60:5,8
60:14 63:10,13
109:7 183:9
**3.75** 181:10

**3.97** 182:18 184:12

**3/19/2013** 7:20 124:11

**30** 5:4 17:2 27:14 242:23

**30th** 80:17

**31** 243:5

**319** 125:1

**31st** 106:11

**321** 126:25

**326** 127:12,13

**328** 127:8,8,11

**340** 2:15

**35** 98:14

**362** 125:2

**363** 120:23,24

**374** 120:24

**38** 77:13 81:14

**39** 5:6

**3:00** 16:25 47:10

**3:15** 139:22,24

**3:20** 139:24 140:2

**3:26** 105:2

**3:53** 156:14

**3rd** 100:5

**4**

**4** 6:9 11:9 67:3 75:1,12,22 92:14,18 93:7 102:24 178:22

**421** 89:5

**441** 89:11,12 90:3

**448046-1** 12:10 245:22

**454** 89:6

**463** 251:24

**464** 254:2

**466** 252:20

**4:00** 124:19

**4:02** 104:1

**4:15** 177:11,13

**4:20** 78:7,21

**4:27** 177:13,16

**4:30** 179:22,24

**4:33** 179:24 180:2

**5**

**5** 5:15 6:20 39:18 67:3 77:12 81:4 88:17 89:2

**50** 40:15 41:1,5 135:9

**50s** 96:13 98:13 118:21 120:5,7 210:24 212:18 235:4

**545** 64:6

**546** 64:12

**547** 64:8 65:6

**552-9843** 2:17

**553** 67:1

**56** 76:11,12,22 77:23 78:11,19 79:4

**57** 76:22 77:23 78:11,20 79:4

**5:41** 229:21,23

**5:50** 229:23 230:1

**5th** 49:1,9

**6**

**6** 1:15 7:4 11:7 14:7,20 77:12 93:24 94:7,11 142:23 162:11 174:18 259:6

**60s** 90:13 96:13 98:13 118:21 120:5,7 210:24 212:18 235:4

**63** 5:21

**64** 12:7 244:3

**645** 94:12 102:4

**65** 11:4 174:16 175:4

**6506** 3:6 14:8 14:18

**653** 99:20,21 104:23 108:20 108:24 113:15 113:15,16

**655** 100:2

**657** 112:24,25 113:1

**659** 102:4

**669** 106:4,5

**673** 106:18

**681** 107:7

**694** 94:12

**6:07** 9:12 148:14

**6:32** 257:15,18

**7**

**7** 5:5 7:10 12:11 27:15 56:6,9 78:20 120:9,18 143:16 176:25 245:22

**7/16/09** 9:10 148:12

**70s** 96:12 98:13 118:21 120:5,7 210:24 212:18 235:4

**75** 6:9

**757** 3:8

**7:23** 1:2 14:17

**8**

**8** 6:12 7:19 64:19 75:3 76:3 80:7 90:3 124:10,17,20 124:25

**8-6-0** 134:10

**800** 130:7

**80s** 96:11 99:14 210:23 214:4

**811** 102:24

**823** 163:3,3,15 166:15 168:23

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-15 Filed 06/04/25 Page 264 of 332

**837774**  258:21
**840**  130:8
  163:9
**843**  2:7 169:4,5
**845**  170:2
**852**  129:3,4
**860**  134:4,10
**864**  134:9
**88**  6:20
**887524**  251:19
**897**  1:2 14:17

**9**

**9**  6:23 8:15
  44:14 88:19
  137:14,22,25
  138:4,25 140:9
  142:21 167:19
  167:23
**90**  192:18
**909**  149:1,4
**90s**  26:25 27:1
  119:24 120:3,6
**911**  156:12
**912**  156:10,11
**913**  151:10,13
  152:11 153:13
  156:9
**915**  152:17
**93**  7:4
**95**  134:15
**973**  149:1
**975**  75:24 93:1
**98**  18:21
**987**  80:7,8

**991**  81:4
**993**  80:2,3,4
  82:8,9
**9th**  89:24

**a**

**a.m.**  1:16 14:6
  14:20 109:7
**abandoned**
  126:8
**ability**  97:14
  185:14 211:16
  258:11
**able**  129:5
  189:16 214:20
  215:9 227:20
**above**  54:4
  237:19
**aboveground**
  237:14 238:6
**absolute**  57:15
**absolutely**  59:4
  61:13 116:13
  123:2 144:1
**academies**
  70:11
**academy**  68:2
  71:9,17,18
  74:8 156:19
  157:1 159:9
**accept**  137:1,8
  248:7
**accepted**
  197:20 249:18
**accommodati...**
  256:10

**accomplish**
  234:11
**accordance**
  14:10
**accuracy**
  116:18 127:21
  128:4 131:3,3
  133:25 135:5
  135:20 191:14
  192:5 215:17
  220:8 224:16
  230:25 247:9
**accurate**  44:2
  69:4 85:11
  98:15 133:10
  146:13 147:3
  147:21 180:18
  180:23 189:3
  201:17 212:11
  212:22 222:22
  225:9 228:21
  233:12 241:25
  247:11
**accurately**
  116:20 131:21
  180:11 222:3
  223:2 232:22
**accuse**  86:14
**achieve**  191:14
**achievement**
  71:20
**achievements**
  70:21
**acknowledge**
  92:8

**acknowledged**
  109:24 110:11
**acknowledge...**
  110:14
**acknowledging**
  52:9
**acquire**  66:3
**act**  152:13
**action**  8:16 9:9
  9:19 59:12
  62:3 137:15
  148:12 152:18
  162:19 258:15
  258:18
**actions**  152:13
  154:7 155:12
  156:3
**activities**  27:9
  58:15 136:13
  136:22 142:12
  151:17 152:25
  222:4
**activity**  20:24
  155:16
**actual**  28:12
**actually**  25:1
  26:4 80:5 86:7
  90:1 92:22
  142:16 146:5
  151:9 167:3
  175:17 179:2
  211:10 233:3
  250:18
**ad**  19:2

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 265 of 332

add 100:14
105:16
adding 178:25
179:2
addition 111:4
133:10 201:9
additional
98:20,25 116:4
119:24 153:22
212:17 228:15
additionally
256:22
additions
105:10
address 52:7,16
105:12 114:12
115:2 131:2
205:3 227:21
231:20 238:16
addressed
52:13 109:21
115:4 221:1
254:21
addressing
51:16 62:1
195:11
adequately
51:17
adjust 116:9,14
160:11 217:7
adjusting
213:25 216:21
admitted 98:4
adopt 247:2

adults 56:10
adviser 19:7
advisor 183:10
advocates
64:16
affect 188:19
219:16
affects 218:18
afternoon
15:20 104:1
236:11
age 32:2
agencies 188:5
agency 11:13
56:15 220:12
agenda 6:11
75:2 106:6
231:24
ago 45:12,12,16
46:7,8 67:22
114:7 178:7
189:7 201:1
252:17 254:17
agree 64:15,21
64:22,23 66:10
66:14 68:7,11
71:14 72:4
73:22 82:1
84:24 122:10
122:12,19,24
123:2,18 124:3
125:22 130:18
131:23 132:3
139:15 143:4
156:16 158:6

160:6 224:3
233:16 234:3
237:10 256:19
257:8
agreed 97:17
agreeing 72:10
83:7,9 160:10
agreement
246:22
agreements
172:5
agrees 115:7
agriculture
182:2
agronomy
182:1
ahead 20:15
71:4 77:25
93:6 128:9
229:7
air 25:15 26:24
27:8 30:19
116:24 117:25
alarm 151:24
albert 5:23
63:14
all's 64:10
allege 88:1
allow 129:23
altogether
125:21 133:13
amended 27:25
amount 185:8
202:14

amounts 85:20
analyses 8:1
10:1 11:20
12:12 128:13
164:12 243:20
251:2
analysis 129:8
129:15,19
130:9,19,20
131:24 132:4
132:10,17,18
134:3,20,25
135:4,19
144:10 172:23
210:6 219:17
223:11,12,22
224:7,10
234:20 241:13
analyze 52:24
127:21
analyzed 128:3
analyzing
239:25
anderson
185:23 186:1
186:11,14
ann 5:6 9:1
39:12 42:9,12
148:7 156:13
160:23 249:1
annex 29:14
annual 151:14
169:23
answer 16:8,16
16:18,19 20:15

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-15 Filed 06/04/25 Page 266 of 332

22:20 34:9
44:18 59:13
73:18 146:6,8
158:1 236:14
236:23 237:6
**answering**
130:24
**answers** 72:1
99:11,12,17
223:5
**anticipate**
255:23
**anwar** 2:20
15:6,6 87:9
93:13 165:3
167:20,23
179:18 250:13
256:12 257:13
**anybody** 46:14
86:7 145:2
172:7 207:15
217:16 255:12
255:13,13
256:3
**anymore** 214:7
**anyway** 160:2
**apologize** 17:4
83:22 87:23
254:15
**apow** 169:18
169:21
**appear** 255:4
259:7
**appearances**
2:1 3:1

**appears** 94:12
120:21 255:11
**appended**
176:25
**application**
19:5,10 200:8
**applications**
200:23
**applied** 19:9
145:12
**apply** 19:3
175:1 197:17
204:24 214:24
239:6 240:9
**applying** 250:3
**appreciate**
100:17 176:16
256:7,10
**approach**
84:13 116:7
118:11 160:11
206:25 232:3
234:14,14,23
235:12 247:3
**approaches**
151:23 202:22
203:3
**appropriate**
20:7 61:1,3
63:6 72:3
85:14 105:17
157:22 217:23
219:14 220:5
**appropriately**
52:7 204:20

**approximate**
37:9,10
**approximately**
180:19
**april** 105:1,18
109:7 113:6
127:2 230:10
**aral** 80:11,23
84:7
**archive** 31:11
78:16
**area** 29:5 55:2
57:10 68:13
81:20 135:24
152:6 182:14
183:11 190:7
193:21 238:13
**areas** 107:24
**arena** 182:4
**arising** 105:12
**arrived** 29:6
**arrow** 91:2
**arrows** 133:2,3
133:11
**article** 10:15
65:12,16 66:4
66:17 165:20
176:5,10
**ascertain** 32:15
49:5
**asked** 20:12
26:12,17 32:9
32:22,24,25
33:19,22 36:7
36:16 37:13,21

37:24 38:2
79:3 85:22
121:13 191:8
195:25 205:17
205:20 230:15
231:17 236:11
236:17 237:2
**asking** 19:1
30:21 33:11
37:7 45:5,6
46:2 60:3
71:21 73:15
98:18 100:21
101:7 102:14
108:8 114:24
122:12,15,18
136:18 140:16
146:20 200:25
230:23 236:25
237:1
**aspect** 43:3
66:20 194:2
203:4 205:10
238:16
**aspects** 59:19
68:22 198:4
204:2
**assessing** 144:9
**assessment**
11:16 12:4,21
196:24 197:1
220:14 221:22
221:24,25
222:7 225:15
225:16 226:19

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-15 Filed 06/04/25 Page 267 of 332

244:1,22 251:8
**assigned** 38:18
**assigning** 147:9
**assignment**
37:22 38:12
**assist** 248:6
**assistant** 39:9
195:21 242:10
**assisting**
125:14
**associated**
22:13 25:2
33:12 52:4,11
86:1 107:22
120:4 146:1
178:16 190:19
192:1 194:19
195:8 197:5,7
199:16 200:10
200:11,20
205:23 219:19
223:21
**associates**
185:23 186:1
186:12,14
**assume** 71:10
73:14 143:9
184:6
**assumptions**
73:19 228:24
**assure** 132:22
**atlanta** 8:10
10:10 12:6,23
128:19 164:18
244:2 251:9

**atlantic** 3:4
14:8 18:10,13
23:2,18 29:14
46:12 47:5
189:24 221:14
**atr** 92:5
**atr's** 211:4
**atsd** 127:1
**atsdr** 7:4,11 8:9
9:9 10:9,15
11:16 12:4,6,8
12:21,23 13:3
36:9,19 37:23
47:22 49:18
51:16 52:6
56:14,16 58:14
58:15 66:20
67:25 80:18,24
81:12 85:16,20
85:22 86:2,13
87:1,2,4,7 88:1
90:22 91:11,11
91:18,25 93:24
96:5,8,18
97:17 100:8
102:7,22
103:15,21
104:12 105:4
105:21 106:12
108:3 109:24
110:11,20,22
111:5,18,22
112:13,20
115:1,16
120:10 122:9

122:17 123:17
125:24 127:19
127:20 128:19
132:16 133:18
136:1,6,12,21
139:13,17
140:19 145:9
147:15 148:12
150:13 151:16
152:13,20,21
152:25 153:7
155:15,22
156:6 161:4
164:18 165:2
165:20 166:18
171:3 173:22
203:25 204:20
205:16,21,25
206:21 207:4
207:24 208:9
208:11,17,20
208:25 209:4
210:17 214:3
214:19 216:15
217:20,23
218:4 219:23
220:14 221:6
221:25 222:5
222:12 223:10
225:4 226:10
227:12,13,23
228:16 229:5
231:20 232:3
234:7,13 238:1
238:4,14 244:1

244:2,23
245:20 246:21
247:1,7 248:7
249:1 251:8,9
251:12,17
253:15 254:21
255:16 256:23
257:4
**atsdr's** 144:10
158:21 204:9
**attached** 50:16
50:23 76:17
89:20 105:3,20
111:17 113:17
221:22,24
222:7
**attachment**
6:15 11:16
75:4 77:1,4,8
77:17 113:20
220:14
**attachments**
5:15 39:17
54:9,17,23
79:19 176:20
**attempt** 79:24
**attendance**
43:14
**attention** 64:10
217:20
**attorney** 60:21
61:5 258:14,17
**attorneys** 33:21
**attributable**
55:10

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-15 Filed 06/04/25 Page 268 of 332

**auburn** 69:20
**audio** 167:5
**august** 1:15
14:7,20 259:6
**author** 5:25
63:15 175:4
**author's** 65:17
**authored** 76:2
146:17 238:23
**available** 36:10
86:9 95:17,25
96:1,10,11
97:10 98:7,13
99:1,5,14
108:11 110:7
110:12 136:15
136:23 150:12
150:12 151:19
177:2 214:18
214:19 227:3
256:23 257:5
**award** 199:4
**awards** 197:10
**aware** 19:4,8
28:4 35:5 87:2
87:4 91:18,24
91:24 98:21
108:1,6 112:6
114:25 119:14
140:25 141:22
147:18 152:3
161:25 173:6,9
173:10,13
174:7 177:19
211:3 218:10

232:2 242:20
242:22 243:9
243:10 246:10
254:19
**awhile** 129:6

**b**

**b** 5:1,4 22:22
22:23,24 27:14
64:1 79:9
**b.p.** 11:10
220:10 221:8,9
**bachelor's**
181:3
**back** 16:22
20:8 23:3
26:20 36:21
37:5 48:19
53:2,15 54:6,7
75:15 80:5
87:18 89:22
92:13,18 93:21
97:2,11 103:10
108:19 116:2
118:22 125:14
128:11 129:13
140:1 145:9
152:19 153:7
153:12 177:2
177:15 180:1
194:4,5 210:22
210:23 211:7
211:15 212:8
229:25 245:2
**background**
17:25 180:12

181:2 203:20
**backwards**
100:2
**bars** 52:19
**base** 8:5 10:5
11:24 12:16
25:20 56:10
128:16 164:15
243:23 251:5
**based** 28:2
30:24 70:20
153:1 159:24
160:11 172:16
172:21,25
173:2,2 209:12
218:22 234:19
**bases** 190:8
193:24
**basic** 142:24
223:6
**basically** 82:5
129:18 131:15
187:23 189:8
190:4,11
191:24 192:11
196:7 205:17
220:3 239:13
**basis** 188:14
**bates** 42:4 53:6
53:20 55:25
64:5,17 75:23
80:3 94:11
112:24 120:23
127:8 138:20
144:19 148:25

163:3,12
166:14 167:1,2
167:11 168:23
169:5 220:21
223:9 244:17
245:11,14
251:24
**bear** 250:20
**began** 107:21
**beginning**
17:24 26:25
89:5 108:21
148:25 168:23
244:17
**begins** 53:3
59:9 75:23
81:7 169:4
**behalf** 1:13
14:3,22 15:2,5
15:6,9,16
**behaves** 224:21
224:25
**belief** 62:7 96:4
171:4 172:15
**believe** 19:25
28:3 29:9 32:9
33:12,18 34:9
35:22 36:20
38:5 42:8 44:1
46:13 49:16,17
57:18 60:4
62:13,16 65:10
66:21 67:2
69:7,20 73:25
79:14 83:14

Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 269 of 332

84:9,22 88:8,9
90:7 95:14
97:24 100:24
127:24 142:7
144:16 147:17
149:21 157:16
168:24 176:11
187:16 201:5
205:19 217:25
226:16 230:22
249:17 253:21
253:25 255:19
257:8
**bell** 37:19
**belowground**
237:13 238:6,8
238:11
**ben** 2:15
**benefit** 54:17
154:24 184:21
**bentivegna** 3:9
15:8,8
**benzene** 183:22
**best** 35:20
45:22 105:19
116:10 155:5
158:16 192:3
193:7 214:2
215:19 216:1
216:22 217:7
222:14 229:4
258:11
**beth** 25:3
**bethpage** 25:2
25:4 26:10,14

30:19 190:18
190:21 192:22
**better** 93:11
140:7 197:21
240:25
**bias** 62:14,17
62:21 63:5,7
70:15 71:13,24
72:3 173:7
**biased** 62:11
**biases** 173:20
**biasing** 214:8
**big** 22:16 33:2
69:1 81:6
90:12 184:5
199:13 203:14
204:9 215:2
242:15
**bigger** 217:9
**biggest** 21:8
107:17 195:1
**billion** 243:6
**biodegrade**
183:13
**bit** 17:23 21:24
32:8 41:21
71:2,6 80:5,13
95:15 128:9
162:4,11 182:8
200:19 223:16
248:9
**blank** 64:12,22
**block** 90:9
**blue** 53:5 122:2
122:13

**bob** 108:3
**bobbi** 1:24 14:3
258:2,20
**bocs** 56:18
**body** 171:6
219:9 221:20
221:21
**bombing** 19:22
194:25 202:13
**bookend** 20:6
28:19
**born** 56:11
**bottom** 42:5
50:19 60:6,8
81:6 82:11,16
82:17 90:7
92:20 104:25
122:2 127:9
139:3 140:11
152:10 225:23
246:18 248:16
254:3
**boulevard** 2:5
3:6 14:9,19
234:8
**bove** 146:15
147:16,18,22
208:5
**box** 2:15 40:1
122:2 250:17
**boxes** 35:16,16
122:13
**branch** 2:14
19:14,24
186:25 193:18

194:6
**brant** 22:21,24
38:10
**break** 16:20,21
17:2,6,8 74:16
74:18,19 92:15
92:17 93:6
177:7 229:14
229:17,18
235:24
**breakdown**
183:20
**breaking** 32:8
70:24 71:2,5
87:8 138:22
139:20
**brian** 9:4 39:5
47:21 148:9
221:10 241:19
249:5 252:1
254:20 256:3
**bridge** 203:12
**bridges** 203:11
**bridgeside** 2:5
**brief** 105:6
127:2
**briefly** 18:23
232:7
**bring** 64:10
225:20 231:14
**brix** 79:9
**broader** 21:24
**broke** 162:3
**brought** 201:13
217:20 230:17

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-15 Filed 06/04/25 Page 270 of 332

232:1
**brown**  6:11 9:3
  39:3 75:2
  101:11 103:13
  148:9 152:11
  207:9
**btex**  107:22
**budget**  150:21
  151:19 152:4,5
**budgeting**
  151:14,23
  160:25
**build**  203:10
  216:4
**building**
  203:13
**built**  62:22
**bullet**  107:12
  107:15 108:7
  126:10,10
**bulls**  133:12
**burdensome**
  82:20
**business**  153:8
  198:1 257:7
**buy**  184:5
**byron**  22:21
  38:10

**c**

**c**  30:7 33:25
  34:5 39:10
  56:21 113:8
**c.v.**  180:7,9,11
  180:14 192:6

**cabinet**  35:14
**cabinets**  35:11
**calendar**  49:23
  49:23 50:2,5,6
  50:11
**calibrate**  115:8
  212:17 213:24
  214:23
**calibrated**
  115:12 116:16
  214:6,9 216:8
**calibration**
  112:15 114:13
  116:8,10,14
  146:2 214:22
  215:16 216:19
  216:20,25
  217:3 219:23
  225:17,21
  226:10,14
  227:3
**calibrations**
  105:15 225:24
**call**  29:13
  38:14 46:3,9
  46:15,19 128:9
  128:10 141:1
  164:7 204:18
**called**  21:22
  23:14,23 65:21
  175:5 182:1
  183:9 232:15
**calls**  49:24
**camp**  1:5 6:20
  7:12,19 8:6

10:6 11:25
12:9,17 14:15
15:2 20:4
23:23 24:15,22
30:18 31:3,5
31:23 32:16,19
33:3 34:23
35:15,17 36:3
37:8 42:11
43:19 44:5,9
44:11,23 45:11
45:18 56:11
59:14 65:13
66:19 67:16,19
88:17 106:1
120:10 121:18
124:10 125:11
128:16 144:3
151:2 156:20
157:2 159:9
164:15 178:4,9
178:13,16
183:20 193:3,6
193:14 204:15
205:16 209:4
211:4 212:15
214:3 215:23
222:5 230:6
234:10 240:1
243:23 245:20
247:12 251:5
**candidate**
  197:14
**capable**  231:1

**capture**  76:14
**captured**
  183:14
**captures**
  131:22
**capturing**
  81:19 217:4
  226:7
**care**  136:24
**career**  241:4
**careful**  67:9
**carefully**
  255:20
**carlo**  132:10
  134:7,13,16
**carolina**  1:1 8:6
  10:6 11:25
  12:17 14:16
  23:12 128:17
  164:16 181:6
  243:24 251:6
**case**  1:24 14:3
  14:16 36:2
  86:24 90:20
  92:3 99:2
  130:8 133:18
  140:19 147:22
  209:22 214:11
  215:21 219:13
  257:10 258:2
  258:20
**cases**  1:8 59:19
  218:13 225:21
**categorize**
  232:16

Golkow Technologies,
A Veritext Division
877-370-3377                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 271 of 332

**categorizing**
  247:3
**cause**  98:9
**ccr**  1:24 258:2
  258:20
**cease**  247:1
**center**  11:12
  42:13 43:1
  55:3 160:24
  220:11
**cents**  156:17
**ceremony**
  199:11
**certain**  28:6
  31:11 33:1
  40:16,17 48:9
  52:20 71:11
  72:7 129:21
  173:20 176:19
  185:8 198:10
  213:23 223:14
**certainly**  51:16
  79:22 83:14
  91:20 96:7
  97:5 106:23
  114:15 117:8
  122:23 125:17
  147:2 158:15
  171:13 172:3
  172:10 173:12
  189:14 208:3
  210:13 217:18
  219:2,20 223:7
  226:23 233:19
  241:14 250:4

  256:7
**certificate**
  258:1
**certifications**
  185:2
**certify**  90:21
  92:3 258:4,8
  258:13 259:4
**cetera**  105:11
  105:16
**ch00000038-...**
  12:10 245:21
**ch2m**  242:3,5
  242:15 244:17
**ch38**  244:17
  245:16
**ch39**  246:13
**ch42**  248:3,18
**chain**  103:11
  156:13
**chance**  33:23
  36:23 48:21
**change**  119:15
  120:3 214:6
  223:16,17,19
  223:20 227:15
  227:16 260:3,4
  260:6,7,9,10,12
  260:13,15,16
  260:18,19,21
  260:22
**changed**  27:25
  167:22 182:4
  192:7 226:12

**changes**  26:4
  226:10,17
  227:12,21
  232:2 248:7
**changing**  154:4
  155:24
**chapter**  8:8
  10:8 81:12
  113:7 128:18
  164:17 165:5,9
  166:21,25
**chapters**  36:18
  37:3
**characterizati...**
  256:20
**characterize**
  201:17
**charleston**  17:5
  23:11 24:2,10
  186:22
**charlotte**  181:5
**charted**  134:7
**check**  92:24
  211:13,14
  212:13 217:12
**chemical**  23:15
  23:20 24:19
  25:6 194:16
  195:6,9 196:24
**children**  56:10
  56:19 58:6
  59:3
**chlorinated**
  183:19

**choose**  160:1
**choosing**  72:21
  73:6,10 160:7
**chosen**  73:1
  216:25
**chris**  153:3
**christopher**  9:5
  9:6 148:10,10
**chuck**  100:6
**chukwuma**  9:7
  148:11
**circles**  225:25
  226:5
**circulated**
  246:4
**circulating**
  50:15
**citation**  122:4
**cite**  6:23 88:19
**cities**  205:4
**city**  205:3
  259:18
**civil**  14:10 18:4
  175:2 182:25
**civilian**  85:13
**cl**  5:9,10,10,12
  5:13,13 39:14
  39:14,15,15,16
  39:16 54:4,10
  101:17
**claim**  88:1
  91:13 235:9
**clarify**  225:13
**clark**  111:2,9

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 272 of 332

**class** 151:3
**classes** 197:25
**clean** 187:2
  195:10 201:24
  202:6
**cleaned** 187:6
  194:21
**cleaning** 19:21
  25:20 200:14
  202:13
**cleanup** 20:23
  23:15 118:16
  186:6 187:9
  188:2 190:13
  193:20 194:25
  195:6 200:24
  201:18,22
  202:20,22
  210:7,9,16
**clear** 34:15
  95:24 99:13
  112:12,13,17
  112:20 117:22
  133:16 153:25
  236:25
**clearly** 52:24
  103:21 111:21
  113:22 135:2
  158:23 219:21
  232:19 246:21
**clement** 69:9
  69:19
**clicked** 245:3
**clip** 75:15

**clja** 5:19 6:7,18
  7:2,8,17,24
  8:22 9:16,24
  10:22 11:19
  39:20 63:20
  75:7 88:22
  94:2 120:13
  124:13 137:18
  148:16 162:22
  165:25 220:15
**close** 32:2
  133:4 148:21
  153:8 196:17
**closed** 56:12
  194:20 202:10
  218:16 256:15
**closely** 85:6
  133:25 135:12
**closer** 101:24
**closing** 196:3
**closure** 196:2,8
  196:23 197:2
**cloud** 82:21
  83:2,5
**club** 16:6
**cluster** 134:1
**clustered** 133:4
  133:11 135:7
**coast** 195:2
  205:5
**coauthor**
  199:17
**cob** 105:17
**collaborate**
  101:21

**collaborating**
  42:17
**collaboration**
  188:4
**collaborative**
  42:20
**collapse** 203:12
**collection** 89:4
  89:11 106:4
**college** 5:24
  17:24 18:1
  63:15 181:5
**colorado** 18:23
**com** 175:15
**come** 16:22
  18:24 21:18
  26:20 38:7
  97:2 121:20
  128:11 134:1
  134:14 146:23
  151:15 153:12
  158:2,20 177:2
  215:6 216:24
  245:2
**comes** 123:5,9
  130:13 174:8
  204:14 257:9
**comfortable**
  40:18 101:15
  104:2,14
  147:20
**coming** 106:24
  132:18 165:2
  200:21 218:11

**command**
  18:12
**commencem...**
  258:5
**commencing**
  14:6
**commendable**
  239:13
**comment** 55:3
  55:8,10,12,17
  56:5 57:1,7,8
  57:14,19 58:1
  59:22 60:22
  100:14 105:17
  140:17 146:17
  248:17,22,24
  248:25
**commented**
  246:2
**commenter**
  61:8
**commenting**
  77:14 78:3
  107:16 145:9
**comments**
  50:17,20 53:5
  57:12 76:7,16
  76:18,18 77:4
  77:10,12,14
  78:15 79:18
  80:18 97:24
  113:7,11
  142:12 156:9
  206:2,8,11
  252:21

commission
  259:23
committee  70:5
  71:22 72:6,21
  72:23 73:7,11
  73:16 83:20
  141:5,6,17
  142:10 151:2
  171:18,19
  173:21,23
committees
  67:10,23,24
common
  118:12 218:24
commonwealth
  14:5 258:3
  259:17
communicate
  44:21 52:24
  69:22 189:16
  225:14
communicated
  33:15 208:9
communicating
  208:19
communication
  38:12 228:3
  250:6
communicati...
  44:8 70:4,7
  141:10 172:1
community
  184:22
company
  185:23

compare
  116:16 117:10
  117:17 135:3
  140:19 212:18
  214:15 215:21
  224:22
compared
  131:4 133:20
  140:25 223:25
  224:1
compares
  130:10 133:7
comparing
  130:13
comparison
  117:15,21,22
  130:14
comparisons
  131:18 224:6
compel  176:25
competitive
  198:6,7
complaining
  88:4
complaint
  114:21 115:6
complete  79:16
  79:21 152:25
  205:22 257:15
completed
  136:7 181:21
completely
  171:5
completeness
  90:17

completing
  38:22
complexity
  228:22 232:20
compliance
  193:21,24
component
  195:6
components
  196:24 237:11
comprehensive
  182:5
comprised  84:1
  151:3
computer
  29:22,24 30:23
  32:22 34:19
  41:25 78:16,21
  176:23 179:17
  183:8,14
conceived
  56:11
concentration
  90:13 95:22
  121:9 132:1
  135:10,15,15
  147:20 232:18
  234:9
concentrations
  52:10 69:4
  96:9,10,12
  97:10 115:17
  115:19,24
  130:15 131:5
  131:19 132:19

  134:15 142:25
  146:1,4,13,18
  146:23 147:3
  148:1 204:16
  210:21 215:22
  215:22 216:13
  220:6 226:1,2
  227:2,19
  228:20 229:1
  231:2 232:22
  247:12
concept  33:15
  51:19 62:21
concern  22:16
  88:7,14 108:15
  108:17 147:12
  147:25 148:1
  160:20 217:8,9
  225:3,3,6,7
  227:10,12,21
  232:24
concerned
  86:12,22 87:25
  103:18 160:18
concerning
  96:19
concerns  25:15
  26:3 101:13
  103:19 104:2
  104:14 105:14
  109:20 123:1
  124:4 143:11
  148:4 152:22
  157:20 177:22
  207:1,2 216:15

216:18 217:15
217:24 219:22
222:16 223:2
225:16 226:9
226:18 233:15
233:16 254:19
255:5,8
**conclude** 256:6
**concluded**
257:18
**concluding**
232:13
**conclusion**
158:21 256:20
**conclusions**
84:25 125:24
246:22
**condition** 60:9
60:15 61:24
62:1
**conditions** 8:8
10:8 12:2,19
128:18 164:17
243:25 251:7
**conduct** 62:10
**conducted**
239:24
**conductivity**
215:8
**confer** 177:22
256:18
**confidence**
173:5 216:4
**conflicts**
141:17 173:8

173:17
**confused**
166:10 225:12
**congress**
157:25 158:3
158:11 171:7
**conjunction**
106:15 118:10
228:19
**connected**
29:23
**connection**
57:2,15,22
58:16
**consider** 21:11
99:1 230:18,24
231:4,17
**considered**
109:15 141:18
173:18 249:14
**considering**
139:13
**consolidate**
153:6
**consult** 101:3
**consultants**
207:18
**consulting**
185:22 239:14
**contact** 208:4
209:9
**contained** 36:3
36:8 259:9
**contains** 5:16
6:3,15,24 7:5

7:13,20 8:11
8:17 9:12,20
10:11,18 12:24
39:18 63:17
68:21 75:4
88:19 93:25
120:11 124:11
128:20 137:16
148:14 162:20
164:19 165:22
251:10
**contaminant**
8:2 10:2 11:21
12:13 18:6
22:15 23:22
26:13 51:22
109:25 128:14
164:13 181:19
182:11 183:2,4
201:3 204:3
205:12 206:6
209:16 212:11
215:11 237:21
240:16 243:21
251:3
**contaminants**
10:17 22:14
23:16,20 95:22
96:9 165:22
166:19 183:12
183:16 188:9
192:2 194:16
195:9 196:25
204:6,10,25
205:8,13

210:21
**contaminated**
187:2
**contamination**
5:13 22:10
24:19 39:16
54:13 58:16
188:22 190:25
191:2,6 215:3
234:9
**contentious**
220:1
**contents** 32:23
32:25
**context** 52:16
82:4 83:11
91:3 103:8
106:25 157:12
**continue**
125:19 193:11
212:1
**continued** 3:1
23:19 34:22
44:21 67:3
144:4 192:14
209:4,7,11
222:11
**continues**
134:6 152:17
203:16
**continuously**
195:15
**contracted**
73:3

Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 275 of 332

contractor
101:5,9
contractors
242:16
contribute
221:19
contribution
42:24
control 17:4
convene 249:24
conversations
177:20 237:1
cooperate
222:13
copied 34:18,25
254:3
copies 35:6,18
36:17 42:7
184:3
copy 32:22,24
33:20 35:4,6
35:21 36:3
48:12 64:6
75:23 80:24
89:5 94:12
105:23 125:1
148:25 150:1,6
150:11,18
161:2,9,25
162:8 169:4
170:20 174:9
176:21 179:17
221:13
corner 42:1
67:7 220:23

corporation
184:2
corps 8:5 10:5
11:24 12:16
43:12 58:21,25
59:12 85:13,19
86:1,23 88:6
90:23 91:11,23
91:25 92:10
105:6 114:10
128:16 154:24
164:15 193:24
194:13 202:9
207:10 217:19
243:23 251:5
correct 24:4,16
28:23 32:12
42:3 57:18
77:15 96:21
113:21 121:6
123:9 131:7
141:7 144:16
147:17 168:17
169:9 181:11
239:22 253:11
255:11 259:10
corrected 259:9
corrections
105:11 259:7
correctly
145:17 147:8
156:22 159:11
159:12 175:25
226:8 227:7
237:10

corresponden...
177:23
corresponding
226:5
cost 139:8
153:23
council 70:10
counsel 3:5
14:8,24 238:3
258:15,17
count 64:18
234:22
countless 144:4
240:13
country 17:5
24:6 194:14,23
201:20 256:11
county 259:18
couple 15:24
28:10 40:7
45:16 82:8
86:21 100:11
105:2 111:1
134:24 157:24
163:6 182:10
185:7 195:20
197:11,23
206:4 214:22
course 16:12
31:25 98:25
146:6 188:3,13
211:5 218:17
courses 182:10
182:10

court 1:1 14:16
16:9,14,18
165:14,17
166:4,5,9,9,24
167:18,21
168:1,2,5,7,10
168:15 179:5
229:13 243:13
243:18
cover 8:15 9:18
137:14 162:18
covered 85:5
233:21
crash 186:4,7
create 78:25
121:3
created 33:24
78:24 79:4
133:21 171:7
creates 51:25
creating 25:24
132:17
creation 26:3
credentials
84:16 172:25
credibility
82:22 83:15,21
84:6,10,18
173:24
credit 171:4
creeping 62:18
critical 97:13
145:1 161:4,12
161:15,18
162:1

Case 7:23-cv-00897-RJ Document 397-15 Filed 06/04/25 Page 276 of 332

| | | | |
|---|---|---|---|
| **criticisms** 96:17 117:1 122:9,11,16,22 123:17 124:2 238:1,3,5 247:17 | **daily** 6:2 63:16 **dan** 1:12 4:3 5:7 6:9 8:16 9:1,19 11:6,8 14:2,14 15:15 17:21 39:13 | 98:4,7,13,20,25 99:1,5,13 102:17 108:4 108:11,16,17 109:25 110:7 110:12,23 | 249:8 252:3,6 259:11 **dates** 49:17 95:10 106:22 192:25 |
| **critique** 240:24 | 75:1 76:9 | 111:3,6,18,22 | **davidson** 18:1 |
| **critiquing** 239:15 | 78:10 105:19 137:15 148:7 | 112:7,14,16 114:23 115:7,8 | 181:5 **davis** 107:16 |
| **crop** 181:17,23 | 153:2 162:19 | 115:23,25 | **day** 8:8 10:8 |
| **crops** 182:2 | 168:6,14 | 116:4,10,15,17 | 12:2,19 47:7,8 |
| **cross** 4:6 178:1 | 174:17 178:21 | 117:24 119:2,5 | 78:7 109:6 |
| 181:21 | 257:17 258:5 | 119:12,24 | 128:18 129:13 |
| **cubicle** 29:4,7 | 259:3,14 | 120:3 131:6 | 164:17 230:18 |
| **curiosity** | 260:24 | 134:2 146:3 | 243:25 251:7 |
| 174:23 | **dan.waddill** | 147:20 191:22 | 257:12 259:11 |
| **current** 19:11 | 6:14 9:11 75:4 | 203:2 211:15 | 259:20 |
| 22:20 194:10 | 148:13 | 212:16,18 | **days** 105:2 |
| 195:4 | **danger** 203:8 | 213:1,21,24 | 106:10 168:20 |
| **currently** 18:8 | **dangers** 203:9 | 214:2,4,14,16 | **dc** 2:16 |
| 96:4 | **dark** 82:21 | 214:18 216:8 | **deal** 199:13 |
| **curriculum** | 83:2,5 | 217:10 227:3 | **dealing** 24:14 |
| 11:9 178:22 | **darwinian** 11:5 | 227:16 228:25 | 62:9 66:22 |
| **curtail** 154:14 | 174:17 175:1 | 228:25 231:13 | **dean** 2:8 4:5,9 |
| **cut** 79:17 | **data** 6:20 34:22 | 232:20 235:5 | 15:1,2,19,21 |
| **cv** 1:2 14:17 | 69:2 81:12 | **date** 28:1 | 20:21 24:1 |
| | 86:2,13,14,23 | 102:21 149:9 | 25:23 26:9 |
| **d** | 88:2,5,17 | 149:12 249:10 | 27:20 28:11,17 |
| **d** 4:1 9:6 81:12 | 90:12,13,17,19 | 258:12 260:24 | 39:23 49:20 |
| 148:10 153:15 | 90:20,21,23 | **dated** 49:1,1,9 | 53:9,15,18,24 |
| 183:9 221:14 | 91:14,19,21 | 80:17 89:23 | 58:11 61:11 |
| 254:4 | 92:1,3,4,8 | 100:5 106:8 | 62:6 63:9,24 |
| **d.c.** 33:17 37:14 | 95:17,20,21,24 | 113:6 121:5 | 64:9,15,25 |
| 46:13 198:2 | 96:6,19,22 | 125:7 127:2 | 65:5 72:18 |
| 199:10 221:12 | 97:5,13,19 | 169:8 220:23 | 74:17 75:10,19 |
| | | | 84:20 85:24 |

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-15 Filed 06/04/25 Page 277 of 332

86:11,17 87:6
87:21 89:1
93:15 94:5,10
94:15 102:13
103:23 104:21
112:22 114:20
120:16 124:16
128:24 137:21
138:1,10,15,19
138:24 140:4
141:3,15
148:19 151:25
152:9 155:8,19
157:9 161:22
162:9,14 163:1
163:13,15,18
163:22 164:3,6
164:9,23 165:6
165:12,16
166:3,16,20
167:7,14,17,25
168:3,6,9,11,18
169:1 171:15
172:14 173:16
174:4,20
175:22 176:15
177:9 179:12
179:15 202:2
211:17,21
213:3,6,11,15
234:15 235:19
235:23 236:15
236:24 237:8
239:10 242:1
243:12,16

244:6,24
245:12,15,24
250:14 251:16
251:19,22
255:22 256:24
257:6
**debate** 141:25
**decades** 217:14
217:14 235:4
**december** 5:15
39:18 49:1,9
49:16 249:9
**decide** 60:21
153:24
**decided** 103:14
**decision** 152:19
154:6 156:2,24
160:25
**decisionmaki...**
157:22
**decisions**
117:13 118:6
151:4 188:14
188:16 208:14
210:8,13
233:13
**declaration**
259:1
**defendants**
2:12
**defended** 151:5
**defense** 79:14
196:12 240:7
**defensible**
154:23 157:19

**defer** 146:15,20
146:22 147:22
148:3
**deficient** 96:6
**definitely** 58:24
98:11 100:17
227:9
**definition**
51:19
**defueling**
196:19
**degree** 181:4,8
181:13,15,18
182:16 184:8
191:13
**deliberation**
172:2
**deliberations**
172:7
**demonstrated**
70:19 84:16
**department**
2:13 12:3,20
28:7 33:13
36:5 39:9
46:12 114:9
115:1 144:8
182:1,13 183:1
236:1 241:17
243:25 244:22
246:20 251:7
**departments**
181:21
**depend** 119:7
209:24

**depending**
159:13,17
188:21
**depends** 34:7
219:7
**depo** 41:14
121:8
**deponent** 4:2
20:16 23:10
25:17 26:7
49:15 53:13,22
58:8 61:7,20
63:1,22 72:9
75:16 84:4
85:18 86:4,20
94:13 102:10
103:17 104:8
112:10 114:15
119:19 134:23
138:17 140:23
141:13 147:24
151:21 152:3
154:18 157:6
161:17 162:24
168:24 171:11
172:10 173:12
174:1 202:4
234:17 235:16
239:3 241:23
251:18,20
**deposed** 15:16
**deposition** 1:10
5:4 14:1,14
16:2 27:13,15
27:17,22,23,24

28:14 39:11
45:2,7,25 46:4
46:7,11,22
63:12 74:25
75:22 88:16
93:23 120:8
124:9 128:12
137:13 148:5
162:17 163:2
164:11 165:19
168:14 171:2
174:10,13
178:20 220:9
243:19 244:14
244:15 245:19
251:1 255:23
255:25 256:7
256:15,21
257:14,17
259:5
**depth** 239:24
240:12 241:6
**deputy** 195:21
**deputy's**
195:24
**derive** 252:22
**describe** 35:20
194:9 204:1
215:11 237:12
239:20
**described**
131:16,24
210:18 238:19
**describes** 215:9

**describing**
131:16 133:17
200:8 238:14
**description** 5:2
50:23
**design** 11:2,3
174:15,15
188:2 203:2
**designed** 62:15
**designing**
186:6 187:4
**desk** 117:15
**desktop** 29:22
29:24 30:4
32:3 34:6,20
**despite** 217:7
**detail** 76:8
**detailed** 195:20
247:7 252:19
**determine**
108:10 205:6
223:13
**detriment**
160:19
**developed**
26:14 183:23
196:3
**developing**
25:18 111:3
183:8
**development**
197:14,15
200:8
**devise** 129:24

**dhwg** 6:12 75:3
**difference**
225:14
**different** 20:7
20:18,19 31:17
34:3,12,14
35:3,24 36:18
36:18 37:3
52:22 69:15
93:8 113:20
123:4 128:6
135:24 151:16
190:6 194:1
198:3 214:14
214:16 224:3
224:22 247:23
**differently**
237:12 248:9
**difficult** 32:4
96:13 129:22
160:3 215:15
**difficulties**
238:15
**difficulty** 140:6
211:5 216:20
**diligently**
184:23
**diplomatic**
105:10
**direct** 4:4 15:18
**directed** 157:25
158:3,13
**directly** 44:4
129:22 187:14
194:24 208:20

215:16
**directory** 30:23
**disagree** 82:1,4
83:10,17 84:23
103:15 131:10
154:5 155:25
156:6
**disagreed** 82:7
114:5 123:6
**disagreements**
172:6
**disappear**
152:2
**discharged**
219:9
**disclose** 5:18
6:6,17 7:1,7,16
7:23 8:13,20
9:15,23 10:13
10:21 13:2
39:19 63:19
75:6 88:21
94:1 120:12
124:12 128:21
137:17 148:15
162:21 164:20
165:24 251:11
**disco** 12:10
245:21
**discovery** 35:7
177:20,22
**discuss** 177:24
236:9
**discussed** 45:5
109:14 152:5

236:18,21
237:2 238:2
239:5,21
**discussion**
68:22 107:13
207:4 231:25
**discussions**
110:20 151:19
152:4,7 236:20
247:8
**disease** 11:14
60:15 220:13
**displayed**
27:18 175:19
**dispute** 98:3
107:4 112:3,20
158:18 175:12
**dissertation**
183:2,6,7
200:7 237:21
**dissolves**
200:19
**distant** 228:12
**distinction**
128:5
**distribution**
8:3 10:3 11:22
12:14 66:24
110:2 128:14
130:11 164:13
190:25 204:18
218:5,8,18
219:11 237:16
238:6,12
243:21 251:3

**district** 1:1,1
14:15,16
**division** 1:2
23:2,11 24:25
186:21,24
187:8 189:20
190:5 199:3,4
**doctor** 75:14
**document** 1:7
8:25 28:12
40:15,19 41:1
41:5,10,12
47:25 48:11
54:3,18 61:3
65:7 77:16
80:16 81:1
89:20,21 94:19
95:9 110:15
145:2,5 148:6
165:11 166:22
167:4 169:2
175:19 176:12
223:1 239:24
244:20,20
250:11,20
257:1
**documentation**
85:15
**documents**
8:15 9:18 28:6
31:11,17 34:4
35:4,6 36:3,4
45:7,11 47:13
47:18 48:16
50:16,23 64:17

64:24 77:6
89:5,11 96:15
137:14 140:21
148:25 162:18
176:20,20
177:1 178:9,18
185:15,15,16
196:13 240:6
240:13 241:7
242:18 255:24
256:23,25
**dod** 114:9
**doing** 15:22
52:7 58:5,14
62:24 66:19
154:15 157:14
158:16 161:13
161:14 168:20
189:5 190:4
192:11 193:22
194:16 196:18
197:6 202:15
203:7 206:21
207:13,16,20
208:11,12,16
210:1 225:6
232:25 239:25
257:7
**doj** 33:21 238:3
**doj's** 254:18
**dollar** 243:6
**domain** 82:20
136:15
**don** 7:10 9:9
120:9 148:12

152:13
**dot** 175:14
**doubt** 108:5
136:16
**downtown**
24:10
**dr** 14:14 15:21
17:22 53:8
64:1 65:6 67:7
68:8 69:8,19
74:12 80:23
84:7 94:6
111:2,9 113:5
113:23 138:11
146:15 147:16
147:18,22
157:12 168:22
178:3 180:5
221:4 230:4
235:14,24
236:23 237:9
246:1 253:3
**draft** 6:22
37:24 76:16,18
76:18 77:4
78:15 88:18
89:23 90:4
100:13 103:3
113:7 142:6
145:8 150:4,5
180:9 205:20
210:19 242:5
246:1
**drafted** 180:14
241:19 244:16

Case 7:23-cv-00897-RJ Document 397-15 Filed 06/04/25 Page 280 of 332

**drafting** 142:1
**drafts** 142:3
  242:19
**drawer** 35:15
  35:18,19 36:2
  36:8
**drawn** 145:18
**drinking** 8:3
  10:3 11:22
  12:14 56:18
  59:14 128:15
  156:20 157:3
  159:10 164:14
  191:3 243:22
  251:4
**drive** 30:7,7,8
  30:17,17 33:25
  33:25 34:5,5,6
  34:8,11,19
  93:12 176:23
  210:8
**drivers** 210:11
**drives** 210:8
**driving** 210:12
**dropped** 53:10
**dry** 24:9
  200:14
**duly** 258:6
**dumenigo** 9:3
  148:8 153:15
  155:10,14
**duties** 192:16

**e**

**e** 4:1 5:1,8 8:24
  8:25 19:16,16
  31:13,18,20
  38:13,16 39:13
  41:2,25 44:24
  49:1,7,9,18
  50:10,13 54:2
  54:22 55:22
  62:23 76:1
  78:1,6 79:16
  79:21 92:20
  99:23 100:2,4
  100:25,25
  101:12 103:11
  103:18 104:1
  104:25 106:10
  108:22 109:2,7
  112:25 113:12
  113:13 142:12
  148:6,7 149:3
  149:23 150:3
  151:10 152:11
  152:17 153:13
  153:14,15
  155:10 156:13
  159:2 171:25
  253:6
**earlier** 49:11
  49:15 82:12
  92:15 110:6,9
  110:10 121:8
  177:23 191:7
  246:7 249:4
  250:9

**early** 37:11
  59:19 95:23
  99:9 153:7
  193:7 248:12
**earn** 181:12
**earned** 182:20
**earning** 185:21
**earth** 114:4
**easily** 16:22
  225:11
**eastern** 1:1
  14:16
**easy** 51:1
**edit** 242:8
**editing** 61:2
**educating**
  202:15
**education**
  180:12 181:2
**educational**
  17:25
**edward** 9:5
  148:9
**effect** 143:22
  170:11
**effective**
  101:18
**effectively**
  115:19 225:14
  248:15
**effects** 56:12,18
  58:17 62:9
**effort** 85:21
  86:9 87:1
  91:23 202:14

  205:21 206:14
  207:20 228:11
  239:24 250:8
**efforts** 47:23
  152:20 201:19
  201:23 202:20
  202:23 217:7
  234:7 247:2
**eight** 47:7
  134:5
**einstein** 5:24
  63:15
**either** 44:23
  69:23 70:4
  112:4 154:12
  224:7 238:2
  239:6 240:11
  241:20
**electronic**
  178:17
**element** 191:25
  195:8
**eliminate** 62:14
**eliminated** 63:5
  63:8
**emphasis** 18:5
  183:1
**emphasize**
  203:6
**employed** 18:9
  18:10
**employee** 31:10
  147:15 258:14
  258:16

Golkow Technologies,
A Veritext Division
877-370-3377                                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 281 of 332

**employees**
85:13 242:8,11
**enc** 165:15
166:7,17
**encompass**
204:21
**enctoday.com**
10:15 165:20
**ended** 206:3
**ends** 220:20
**engage** 100:15
**engineer** 11:4
174:16 185:3,6
185:15 198:23
203:5 242:25
**engineering**
18:4,11 70:11
71:18 74:8
175:2 182:25
190:2 192:7,19
201:5 203:6,15
242:2 243:7
**engineers**
70:13 185:4,11
198:22 203:10
**enlightened**
174:10
**enlightening**
152:22
**ensure** 191:16
201:23
**enter** 199:6
**entered** 167:15
**entirely** 238:10

**entity** 83:25
**entries** 50:7,11
**environment**
195:22
**environmental**
2:14 6:1 11:13
18:5 23:1 27:4
42:13 43:1
44:7 63:16
181:17,20,23
182:3 183:1
185:24 186:3
186:17 187:1
190:2 193:20
193:21,25
194:2 200:23
201:5,18,22
203:10 220:12
221:11 248:23
**epi** 146:5,19
147:4 220:5
228:21 229:7
233:21
**epidemiologi...**
68:15 123:22
123:24 146:14
210:20 229:9
231:3
**epidemiologist**
5:23 63:14
146:16 148:4
208:6
**epidemiology**
6:3 63:17
65:18,21 66:13

66:23,25 68:13
146:24 231:8
**epimonitor**
5:21 63:13
**errata** 260:1
**erroneous**
147:8 211:11
233:5
**erroneously**
147:10
**error** 52:19
**es** 102:24
**especially** 62:8
103:19
**esquire** 2:8,18
2:20 3:9
**essay** 11:2
174:15
**essential**
116:13 210:16
**essentially**
183:7 207:16
**est** 1:16 14:6
74:24 87:16
93:19 139:24
177:13 179:24
229:23 257:18
**establish** 72:5
**established**
56:15 57:4,23
102:20
**estimate** 51:25
234:9
**estimation**
111:4

**et** 105:11,16
**ethic** 203:6
**ethylbenzene**
183:22
**evaluate** 26:13
26:18 58:5
67:10 72:13
90:18 140:17
218:8,21 239:7
240:19,23
248:6
**evaluated**
67:24,25
**evaluating**
38:25 62:2
208:15
**evaluation**
37:25 99:7
147:2,2 207:21
208:16 232:15
**evaluations**
68:15 207:13
**event** 95:16
**everybody** 16:5
46:18 61:21
124:19 202:7
203:17
**evidence** 257:9
**evidently** 65:20
77:24 111:14
**exact** 86:25
132:7 149:12
190:4
**exactly** 32:6
36:7 40:4 45:4

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-15 Filed 06/04/25 Page 282 of 332

45:14 51:24
53:25 93:2
96:1 97:22
103:12 149:10
189:6 206:18
230:9 249:15
253:7
**examination**
1:11 4:4,6,8
14:2 15:18
178:1 235:22
258:5
**examines** 11:5
174:16
**example** 30:15
31:3 46:15
49:8 102:24
132:24 135:6
146:3 238:9
**exams** 185:7
**except** 155:13
**exception**
122:20 123:19
**exclude** 67:10
**execution**
193:23
**exhibit** 5:3,6,21
6:9,20 7:4,10
7:19 8:1,15,24
9:18 10:1,15
11:1,8,10,20
12:8,12 27:14
27:18,22 28:15
39:12,25 48:20
63:10,13 75:1

75:12,12,22
88:17 89:2
92:13,14,18,23
93:7,8,24 94:7
94:11 108:23
111:17 120:9
120:17,18
124:10,17,20
124:25,25
128:7,10,11,13
129:1 137:14
137:22,25,25
138:25 140:9
142:21 148:6
148:20,24
162:10,13,15
162:18 163:2
163:13,17,21
164:2,10,12
165:6,8,9,18,20
166:3,6,6,11,11
166:12,12,14
166:21,25
167:10,14,17
167:19,20,23
168:8,23
174:14,23
176:3 178:21
179:1,3 180:6
220:10,19,20
243:13,20
244:9,14,15,21
245:6,9,15,16
245:20 250:15
250:16 251:2

251:16
**exhibits** 40:12
40:14 120:23
163:23 165:7
165:13 166:21
166:24 167:2
167:10 168:4
168:13,14,16
179:10,10
245:1 253:6
**exists** 63:7
109:25 173:10
**exonerate**
147:11
**exoneration**
233:6
**expected**
159:16 191:7
198:14
**experience**
180:12 185:9
189:18 209:12
218:22
**expert** 23:21
24:14 43:21
51:10 69:8
109:11 111:11
121:18 123:14
124:6 144:9
154:4 155:25
159:22 191:9
206:24 207:15
228:4 230:5,14
230:20 231:15
232:4 233:24

249:24
**expertise** 57:11
146:24 238:13
**experts** 148:2
**expires** 259:23
**explain** 20:3
36:6 45:3
158:19 182:8
183:6
**explaining**
207:23
**explanations**
11:5 174:17
175:2
**explosive** 22:16
194:17 195:12
**exposed** 58:18
202:16 210:22
216:12 232:17
232:18 233:9
247:4,4
**exposure** 5:11
39:15 57:3,15
57:22 58:5
61:5 142:25
147:9,11 191:4
247:11
**exposures**
233:7
**express** 52:23
103:20 219:20
**expressed**
172:6 173:21
207:3 217:18
222:25 225:19

Golkow Technologies,
A Veritext Division
877-370-3377                                                        www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 283 of 332

254:20
**expresses** 65:17
223:1
**expressing**
104:14
**extent** 10:16
50:6 165:21
166:18 177:1
**extremely**
82:20
**eye** 133:12

**f**

**face** 104:10
**facilitator**
43:24
**facilities** 18:11
**facility** 248:23
**facing** 218:20
**fact** 50:18
98:10 99:3
108:15 119:11
132:8 136:20
172:18 233:3
256:19
**factored**
157:21
**facts** 82:20
**fail** 235:2,7
**failure** 146:2
**fair** 20:13 37:6
58:19 96:20
123:3 137:10
146:10 154:16
154:19 172:20
238:18 239:17

239:19
**fairly** 112:12
249:22
**fairness** 79:8
**falls** 176:7
**false** 233:6
**familiar** 31:8
116:22 134:18
218:9 221:17
**familiarize**
253:23
**families** 58:4,6
58:23 59:3
144:6 154:25
201:25
**faq** 5:12,14
39:16,17
**far** 67:23 77:21
97:9 117:20
121:23 126:4
128:1 133:12
140:8 206:11
207:13,20
209:1 210:11
213:7 229:6
**fashion** 85:15
256:5
**fashioned**
35:10
**fast** 97:3 215:9
**fate** 8:2 10:2
11:21 12:13
128:14 164:13
243:21 251:3

**faye** 107:20
108:3
**february**
193:17
**federal** 14:10
171:9 188:4
198:23 243:7
**feedback**
152:23
**feel** 16:24 17:1
40:10,18 41:11
41:20,21 83:19
89:23 101:15
104:2 105:16
147:19
**feels** 45:15
**felt** 91:18
146:12 226:13
**field** 18:5 26:16
66:13 84:14
186:17 188:17
189:10,12
191:17
**fields** 173:1
**fieldwork**
197:3,4
**figure** 102:24
104:18 107:1
155:4 243:11
**figuring** 248:13
**file** 30:6,9,10
30:16,16 32:16
32:18,21 35:11
35:14,18 65:12
76:17 78:17

145:4 170:21
**filed** 59:15,19
176:25
**files** 30:24 31:2
31:16,22 34:18
36:13,15 48:13
169:4 176:23
179:4
**fill** 195:25
198:8
**filled** 90:12
**filling** 195:23
**final** 103:4
105:18 126:5
142:1,7 150:1
150:2,19
168:13 242:9
**finalist** 198:21
**finalists** 199:9
**finalize** 228:7
249:25
**financially**
258:17
**find** 51:1 74:1
90:19 105:3
113:16 149:11
250:24
**finding** 77:17
**findings** 8:9
10:9 69:1
103:15 128:19
134:6 154:5
155:25 159:24
161:3,4 164:18
165:9 232:10

Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 284 of 332

234:4
**fine** 17:2 40:24
  74:17 168:15
  177:9
**finish** 16:8
**finished** 16:25
  70:25 90:16
  92:21 93:7
  228:8
**finishing**
  185:19
**first** 8:24 19:15
  22:23 37:22
  40:25 45:9,16
  46:3 48:25
  50:19,22 54:6
  54:7 55:1 56:2
  56:17 76:5
  78:1 79:18
  95:8 100:13
  107:15 112:18
  119:3 120:24
  125:10 130:1
  131:8,13
  145:10 148:6
  151:1 157:13
  161:11 163:12
  175:3 185:20
  196:12 217:18
  234:21 246:20
**fiscal** 155:12
**fit** 216:1
**fits** 170:23
**five** 44:22
  120:24 226:3

238:21
**fix** 116:13
**flags** 36:23
**flights** 11:1
  174:14
**flip** 89:22 99:19
  104:22
**flipping** 106:3
**flooded** 24:10
**flow** 8:1 10:1
  11:20 12:12
  105:15 128:13
  164:12 188:9
  243:20 251:2
**fluid** 200:14,15
**fly** 165:13
**focus** 20:10,19
  20:23 21:24
  22:1,3 62:3
  90:17 121:16
  183:5,17
  194:17 202:5
  233:23 238:7
  238:10
**focused** 21:21
  21:22 61:22,25
  68:16 183:2
  204:6
**folder** 31:3,6
  31:15,23 32:16
  32:23,25 33:4
  33:8,20 63:10
  75:12 89:3
  94:7 106:1
  124:25 137:23

145:4 163:19
  163:24 164:24
  165:7 166:21
  166:25 167:2,9
  167:10 168:1,3
  168:11,12,13
  179:1,3,11
  244:8 250:16
**folders** 30:21
**folks** 100:7
  101:21 208:17
  217:19
**follow** 62:17
  109:7 136:11
  141:21 143:12
  151:5 157:16
  170:9 187:22
  202:22 250:11
**followed**
  126:16 223:8
  234:13,14
**following**
  119:13 154:13
  184:15 232:4
  254:11
**follows** 15:16
  67:8
**forbidden**
  214:7
**foregoing**
  258:9 259:5
**forgot** 92:14
  241:17
**form** 20:14
  23:9 25:16

26:6 49:14
  52:18,20 58:7
  61:6,19 62:25
  72:8 84:3
  85:17 86:3,15
  86:19 102:9
  130:11,20
  134:22 140:22
  141:12 151:20
  171:10 202:2
  211:23,25
  213:3,6,14
  234:16 239:2
  241:22 242:9
**formal** 67:24
**format** 248:17
**formed** 70:5
  141:5,8
**former** 19:21
**formerly**
  242:15
**forth** 258:12
**forward** 22:8
  59:8 97:3
  99:19 106:3
  134:5 159:24
  177:23
**forwarded**
  78:20 79:8,21
**found** 45:24
  119:24 170:20
  175:11
**foundation**
  196:17 246:5

Golkow Technologies,
A Veritext Division
877-370-3377                                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 285 of 332

**four** 106:10 108:22 120:24 124:18 238:20 238:21 250:10 255:2

**fourth** 250:7 254:3

**fourths** 81:9

**frame** 212:19

**framework** 30:22

**frank** 208:5

**franklin** 2:15

**free** 40:10,18 41:11,22 89:23 105:16

**freely** 98:4

**friday** 105:19 156:14

**front** 40:23 92:21 106:22 112:3 127:10

**fudge** 53:12

**fuel** 186:6 196:4,19,20

**full** 17:20 226:25

**fun** 74:18

**fund** 152:20 154:22 155:4 157:18 158:3,5 158:13 159:15 160:12 209:4,7

**fundamental** 231:5,7 234:24

**fundamentally** 232:11

**funded** 73:9 208:25 209:1,2

**funding** 151:14 152:24 154:1,8 154:12,13 155:12,15 156:4 160:18

**further** 78:5 79:7 116:14 147:5 235:14 258:8,13

**furthermore** 227:1

**fussing** 253:7

**future** 115:15 115:19 117:6 156:20 157:2 159:9 188:9 198:5 209:18 211:1,9 228:12

**fuzzy** 189:6 192:25

**fy** 156:4

**fy09** 152:21

**g**

**g** 153:15

**gamache** 9:6 148:10

**game** 101:16 104:4

**gap** 90:12

**gary** 3:18 14:22

**gasoline** 200:17

**gears** 203:19

**general** 5:11 22:12 37:15 39:15 51:23 54:12 62:8 65:13 83:23 85:10 115:18 236:25

**generally** 21:18 209:13,17 218:23

**gentleman** 43:5 69:19

**geoffrey** 5:22 63:14

**geological** 116:23

**geology** 105:13

**georgia** 8:10 10:10 12:7,24 128:19 164:18 244:3 251:10

**geraghty** 190:23

**getting** 17:3 26:16 37:8 45:17 61:25 91:12 101:16 103:7 104:3 113:2 120:1 148:21 151:12 165:18 196:19 223:3

**give** 17:20 21:10 27:10 39:1 45:24 76:25 83:11 132:24 138:6 147:7 150:13 164:3 171:4 173:4 232:17

**given** 67:12 71:7 91:20 132:1 145:25 145:25 151:3 228:22 232:20 256:10

**gives** 131:19 133:6 224:1

**giving** 92:11 119:20 211:11

**glance** 85:7

**glancing** 246:11

**go** 16:21,23,25 18:15 20:15 23:3,3 28:9 31:5 33:8 40:20 48:5,19 54:23 56:4 71:4 75:11,12 77:25 80:7 86:9 87:11 92:13,18 93:6 93:13,15 96:14 100:1,2,11 104:18 108:19 111:1 116:2

Golkow Technologies,
A Veritext Division
877-370-3377                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 286 of 332

118:22 120:17
124:17 128:6
129:3 133:3
142:20 143:5,6
144:7,21,22
148:20 151:9
153:13 160:8
160:13 162:9
163:23 175:14
179:18,19
189:23 198:11
211:7,15 212:8
215:18 237:24
243:17 245:3
248:3 250:22
256:12
**goal** 58:24
222:18,25
**goes** 75:24
94:12 105:8
115:22 159:18
204:12 216:13
218:18
**going** 16:14,23
16:24 28:11,18
39:24 40:16,20
40:22 41:10,13
41:16 48:22
53:10 71:22
72:5 73:6,12
74:15,21 86:14
86:25 87:13
88:1 93:16
103:14 116:1
117:5 120:5

123:17 131:22
133:1 138:4
139:16,21
140:17 152:20
154:11 157:14
158:20,24
161:3,8,12,15
161:18,19
162:1,6 177:10
179:21 188:17
191:17 192:24
210:22,23
229:15,20
242:21
**golkow** 3:19
14:23
**good** 15:1,20
17:15 47:8
53:16 92:17
140:8 174:12
174:22 204:1
206:25 222:21
225:10 229:19
233:10,12,13
**gotten** 101:18
250:20
**government**
77:6 171:9
243:7
**graduate** 181:7
182:15 184:7
198:16 204:5
**graduated** 18:1
18:3 199:25

**graduation**
198:14
**graph** 52:19
134:13,18
135:8
**graphs** 225:23
**great** 35:2
53:21 74:20
85:21 86:9
87:1 138:16
164:5 177:18
257:12
**grocery** 91:2,8
**gross** 243:6
**ground** 204:11
205:7 233:21
**groundwater**
8:1 10:1 11:20
12:12 18:6
21:25 22:2
23:21 24:18,23
26:13 51:22
66:24 105:15
110:1 115:18
121:18 128:13
164:12 181:19
182:6,11 183:2
183:4 188:23
192:1,2 200:9
201:4 204:3,7
204:23,25
205:3,5,10,14
206:6 209:16
212:10,25
218:4,23

219:10 237:22
239:21 240:16
243:20 251:2
**group** 21:6,19
21:22 23:13
50:15 104:3
114:12 156:25
159:21 192:13
194:12 197:6
**group's** 172:17
**groups** 71:10
71:19
**growing** 182:2
**guess** 19:1 20:2
36:18 53:3
54:1 55:19
68:25 93:7
94:25 97:12
98:6 123:4
125:13 130:18
145:8 150:9
170:19 199:6
237:16
**guide** 151:19
151:22 210:14
**guys** 93:11
100:14 257:7
257:12

**h**

**h** 5:1 39:10
62:23
**hadnot** 7:19
97:3 124:10
125:11,15
126:2,5 143:5

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-15 Filed 06/04/25 Page 287 of 332

143:15,18,24
206:9,13,16
228:11 250:4
**half** 46:8 47:7,8
74:15 81:11
194:3 196:16
229:15
**hampton** 3:6
14:8,18
**hand** 67:6
220:22
**handed** 180:5
253:8,9
**handing** 220:19
**handwriting**
83:2 89:14,16
94:19 139:1
**handwritten**
37:2 65:7
102:5 170:2,8
**happened**
108:11 190:22
233:3 256:15
**happens**
118:17 165:12
**happy** 174:22
177:21 256:18
**hard** 30:7
33:25 34:5,18
35:4,6,17,21
36:3 42:7
48:12 64:5
75:23 89:5
94:11 105:23
125:1 148:25

169:4 170:20
176:21,23
179:17
**harm** 232:25
**harmful** 147:6
**haroon** 2:20
15:6 64:9
162:11 257:11
**haroon.anwar**
2:21
**harrison** 9:4
11:10 39:5
47:21 148:9
220:10 221:8,9
221:10 237:25
238:10 241:19
241:20 246:5
246:12 249:5
252:1 253:10
253:15 255:12
256:3
**harrison's**
252:5 254:20
**hawaii** 21:14
**haystack** 91:2
**hazard** 22:16
67:10 194:17
195:12
**hazardous**
193:18
**hazards** 6:1
63:16 203:10
**hc** 5:20 6:8,19
7:2,8,17,25
8:22 9:17,25

10:22 39:20
42:5 63:20
75:7 88:22
94:2 120:13
124:13 137:18
148:16 162:22
163:3 165:25
**head** 16:17
19:14,24 23:2
192:8 193:18
205:4 208:1
221:10
**headquarters**
11:4 37:14
38:5,24 39:4,6
100:7 174:16
205:20 207:9
**heads** 150:14
**health** 5:11,25
11:13 39:15
42:13 43:1,3
54:12 56:12,15
56:17 57:3,16
57:23 58:17
61:23 62:2,9
62:21 63:16
143:1 160:23
212:12 220:12
222:19 233:13
**healthcare**
61:25
**healthy** 222:23
**hear** 87:23
152:25 211:18
211:19,21

220:2 250:13
**heard** 136:4
**hearing** 140:6
218:20
**heart** 88:7
**held** 14:18
195:17
**help** 21:18,21
48:22 101:23
151:19 199:21
210:13 246:14
**helped** 188:10
189:8 201:23
**helpful** 76:7
144:5
**helping** 208:13
211:10
**helps** 65:1
118:13 216:3
222:22
**henderson**
242:24 243:1
**henderson's**
244:15
**hereinbefore**
258:12
**hey** 74:13
**hi** 76:6 100:6
**hidden** 256:25
**hide** 34:15 59:1
**high** 71:8
101:17 132:20
**higher** 42:16
197:19

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 288 of 332

**highlighted**
81:10,23 82:13
82:17
**highlights**
36:24 37:2
**highly** 74:9
203:1
**hill** 196:2,4,23
242:5,15
244:17
**hilton** 205:4
**hindcasting**
211:12
**historic** 45:10
48:11 156:20
157:2 159:10
172:17 228:25
**historical** 8:7
10:7 12:1,18
34:21 78:16
109:25 115:13
115:24 118:23
128:17 132:1
145:11 164:16
212:8 213:1,21
232:22 243:24
247:11 251:6
**historically**
114:1 146:4
155:10 181:25
240:22
**history** 240:3
**holcomb** 234:8
**hold** 63:2 96:4
151:25 178:4

178:10,14
244:25
**holmes** 9:4
148:9
**home** 28:25
**homes** 204:14
**honest** 184:24
**hope** 15:21
76:6 140:7
**hour** 17:6,7
47:10 74:15
213:16 229:15
**hours** 46:25
47:7
**huh** 64:2
144:20 246:19
**humor** 65:1
**hydraulic**
215:8
**hydrology**
201:3
**hype** 62:22,23
**hyping** 5:25
63:15
**hypothesis**
234:25 235:1
**hypothetical**
98:19 140:24
**hypothetically**
30:20 44:22

**i**

**idea** 21:10
51:14 52:23
133:6 161:8,19
169:25 188:11

197:21 198:4
222:16 224:2
235:3,6
**ideas** 63:3
**identification**
27:16 39:21
63:21 75:8
88:23 94:3
120:14 124:14
128:22 137:19
148:17 162:23
164:21 166:1
174:18 178:23
220:16 244:4
245:22 251:14
**identified**
176:19 246:7
**identify** 199:22
**ideological**
67:11 70:15
**ignored** 173:18
**illustrate**
132:25
**imagination**
11:1 174:14
**imagine** 172:4
172:11 173:13
179:15
**immediate**
152:19
**impartial** 71:22
71:23 84:2
158:5 171:6
172:16 173:4

**implicate**
147:10
**implication**
233:6,6
**implied** 88:9
**importance**
184:16
**important**
62:14,16 96:3
128:5 130:12
135:20 189:12
189:15 191:2
202:21 204:18
216:7 223:14
224:18 225:13
**impossible**
232:21
**impression**
113:17
**impressions**
105:4,21
**improve**
215:17 240:23
248:8 250:6
**improved**
228:3
**improvements**
222:18 239:16
**inability** 69:3
**inaccurate**
233:1
**inappropriate**
148:3
**include** 183:19
196:6

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-15 Filed 06/04/25 Page 289 of 332

**included** 28:5
182:4
**includes** 31:13
**including** 31:18
58:6,14 85:13
156:25 197:23
**income** 243:6
**incorporate**
229:5 231:20
**incorporated**
189:2
**incorrect**
254:22,24
**increase** 64:18
153:23,24
**incumbent**
219:20
**independent**
48:7 72:5,14
72:19 73:13,23
74:2 83:25
111:3 119:1,12
172:23
**independently**
185:14
**index** 33:23
34:1
**indicate** 99:17
100:5
**indicated**
107:20
**individual** 5:4
27:15,22
**info** 90:20

**information**
5:16 6:4,15,24
7:5,14,21 8:11
8:18 9:13,21
10:11,19 12:25
33:1 39:18
40:17 45:18
51:1 63:18
75:5 85:20
88:10,20 91:12
92:11 93:25
104:6 112:3
119:21 120:11
124:11 128:20
137:16 148:14
162:20 164:19
165:23 172:8
174:8 185:17
187:24 189:1
218:13,17
222:22 223:7
233:13 251:10
**informed** 46:6
**infrequent**
125:20
**inherent** 173:7
173:17,20
**initial** 105:3,20
113:17
**initialed** 259:8
**initially** 33:2
**initiatives**
156:21 159:10
**ink** 259:8

**input** 105:10
116:9 129:21
129:24 141:9
206:6 215:20
217:7 223:14
223:15,24
247:9 248:6
**inputs** 51:25
213:25 214:1,6
214:10,25
215:13,24
216:5
**insertion** 61:18
**installation**
23:14
**installations**
201:19,24
202:9,10
**instructed**
237:5
**instructing**
236:22
**instruction**
142:24
**integrity** 82:22
83:16 84:7,10
84:18
**intelligent** 11:2
11:3 174:14,15
**intended**
115:17
**intent** 105:5
**interest** 98:14
141:18 173:8
173:18 212:19

217:14
**interested**
89:10 258:18
**interesting**
66:16 109:22
184:21
**internal** 105:5
147:15
**internet** 66:8
**interpretation**
57:19,20 58:2
**interpreted**
151:22
**interrupted**
167:5
**interruption**
151:24
**interview** 5:22
63:13 64:1
67:2 197:20
198:10,11
**interviewing**
197:24
**intimately**
242:19
**introduce**
14:24 39:25
163:18
**intrusion** 205:7
**investigate**
195:10
**investigated**
187:6
**investigation**
188:1

Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 290 of 332

**investigations** 190:14
**investigator** 238:24
**investment** 67:12 70:15
**invited** 115:1
**involved** 21:12 22:9 25:18,19 25:21,24 27:8 37:8 42:13 44:4,6 49:11 59:18 72:11 73:10,21 86:2 101:16,23 104:3 186:5 193:8,11 197:8 205:8 207:19 208:14 238:5
**involvement** 20:4,6 24:13 25:14 26:3,11 42:10,24 44:13 44:15 125:19 187:19 190:21 205:15 206:15
**involvements** 241:11,12
**involves** 23:15 193:22 213:25 214:5
**ipad** 32:3 40:5 56:3
**irrelevant** 116:21

**ish** 230:9
**island** 19:17,22 20:25 21:2 25:4 26:10 30:19 191:1 195:2
**issuance** 69:23
**issue** 5:21 51:17 52:7 62:10 63:13 67:12 96:18 115:2,5,24 118:24 120:6 126:12 160:20 177:24 226:6 241:1 255:15
**issued** 70:5 73:14 103:5 149:8,22,22 154:1 255:9,17
**issues** 5:12 21:24 22:11 24:14,19 39:16 44:7 51:20 54:13 59:9 72:13 74:2 76:13,14,15 114:12 124:8 151:15 218:10 218:20 223:7 230:24 231:11 231:25 232:12
**item** 95:5,16 99:4 102:24 126:11 142:23

143:16
**items** 8:16 9:19 137:15 152:18 162:19

| j |
| --- |

**j** 1:24 9:5 14:3 148:10 258:2 258:20
**jacksonville** 24:23 25:11,15 26:24 27:8 30:19 116:24 117:8,16,25 118:5 187:15 187:20 188:7
**jacobs** 242:2,14 243:6
**january** 7:13 120:10 121:5 135:6 193:2,17
**jennifer** 3:9 15:8
**jennifer.e.be...** 3:10
**jet** 186:4
**job** 51:2 180:15 185:20 186:18
**jog** 246:16
**journal** 201:3,4
**journals** 201:2
**jr** 3:18 14:22
**judge** 139:16 241:18
**judged** 145:20

**july** 6:12,12,22 6:23 8:10 9:11 10:10 75:3,3 76:3 78:20 88:18,19 89:23 90:3 128:19 148:13 149:4 149:16,16 152:14 153:9 155:16 156:14 164:18
**jump** 128:9
**jumps** 131:9
**june** 11:15 47:25 80:17 149:16 220:13 220:24 249:11 252:6 255:10
**jury** 241:18
**justice** 2:13 28:7 33:13 36:5 46:12 236:1 241:17
**justification** 153:1,3,4,6 154:7 155:11 155:15 156:3
**justify** 153:22 156:7 235:9

| k |
| --- |

**k** 64:1 100:25
**kabat** 5:22 63:14 64:1 67:2,7 68:8

| | | | |
|---|---|---|---|
| **kailey** 2:18 | 100:6 101:11 | 37:17 38:23,24 | 86:23 88:6,7 |
| 15:4 64:9 | 103:13 104:13 | 39:25 40:3 | 88:13 90:11 |
| 256:12 | 105:18 148:8 | 41:1,15 42:18 | 91:16,19,20,22 |
| **kailey.silvers...** | 152:11 207:8 | 42:25 43:1,13 | 92:2,7,22 93:2 |
| 2:19 | 242:24 | 43:14,15,15,17 | 93:11 95:8,9 |
| **karst** 105:13 | **kind** 22:15 | 44:3,4,5,14,15 | 95:21,23,25 |
| **katie** 33:17 | 26:21 48:2 | 45:16,17 46:18 | 96:2,7,9 97:7 |
| **kdean** 2:9 | 58:2 70:14 | 48:4 49:10,16 | 97:17,22,24 |
| **keep** 49:22 | 73:20 79:24 | 50:8,8,10 | 98:2,14,24,25 |
| 105:5 145:6 | 88:14 95:24 | 51:11,13,13,18 | 99:12,12,13 |
| 154:1 159:21 | 103:9 107:2 | 51:21,24 52:2 | 100:1 101:7,17 |
| 193:23 202:12 | 117:12 134:3 | 52:10,19,20,21 | 102:10 103:6,8 |
| 215:25 | 172:24 183:16 | 55:8,13,21 | 103:17 104:9,9 |
| **keith** 37:18,18 | 185:25 190:12 | 56:24 57:25 | 104:11,12,17 |
| **kelley** 79:9 | 194:15 196:13 | 58:20,22,24 | 105:14 106:16 |
| **kelley.brix** | 196:23 199:23 | 60:1 61:8,16 | 106:16 107:1 |
| 79:11 | 203:22 206:5 | 61:21 62:2 | 110:10,11 |
| **kelly** 101:13 | 218:19 219:24 | 63:3,3,5,9 | 111:10 112:1 |
| 104:1 | 220:8 228:13 | 65:17,18,19 | 112:13,19 |
| **kelly's** 101:23 | 231:4,6 240:18 | 66:3,12,22 | 114:4,6,17 |
| **kept** 35:15,17 | **kinds** 97:9 | 67:19,24 68:10 | 115:4,16,21,25 |
| 92:11 | 192:12 224:19 | 68:12,21,25 | 116:21 117:3,4 |
| **kevin** 2:8 15:2 | **knew** 53:9 | 69:25 70:9,12 | 117:5,7,8,10,18 |
| 15:21 37:18 | 158:20 161:10 | 70:12,18,20,21 | 117:19,22 |
| 53:6 64:21 | 191:16,16 | 70:25 71:8,16 | 118:3,4,7,11,12 |
| 74:13 87:8,9 | **know** 16:19,24 | 71:18 72:2,11 | 118:20 119:6 |
| 137:24 138:21 | 17:1,3,8 19:2 | 72:12,13,22 | 119:25 120:18 |
| 163:11 165:14 | 20:3 21:14,16 | 73:1,2,9,17,25 | 121:10,16,17 |
| 177:21 179:9 | 22:25 23:20 | 74:4,6,7,7,12 | 122:15,21,23 |
| 201:12 213:4 | 24:5,20 25:19 | 76:7 78:12,14 | 123:1,16,25 |
| 235:17 244:19 | 26:5 27:2,5 | 78:23,23 79:12 | 124:1,20 126:4 |
| 250:13 | 30:15 31:2,21 | 80:10,13,14 | 126:12,13,19 |
| **kill** 143:18,24 | 33:3 34:7 | 81:20 82:3,5,5 | 126:20 128:2 |
| **kim** 6:10 9:3 | 35:21 36:11,22 | 83:4 84:11,15 | 129:1,6,14,24 |
| 39:3 75:2 | 36:25 37:12,15 | 85:5,9,12,18,25 | 130:2,8,8,10,24 |

Golkow Technologies,
A Veritext Division
877-370-3377                                                          www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 292 of 332

130:24 131:15
131:23 133:7,9
133:13,14
135:8,11,18
136:2,3,8,10,24
137:2,3,5
139:10,10,11
139:12,14
140:5 141:4,5
141:7,9,10,16
141:24,25
142:4,15,18
143:7,7,9,10,11
143:12 145:4
146:11 147:1,8
147:10 148:2
148:22 149:7
150:10 152:2,6
153:19 154:21
155:1,4 156:5
157:17,21
158:2,8,14
159:13,18
160:6,9,14,16
160:16,22,23
160:24 161:3
162:6 166:23
169:15 173:14
174:24 175:9
175:13,17
182:2,13
183:10 184:2
184:18,19,23
184:24,25
185:9,12 186:2

187:17,21,23
188:1,12,15,15
188:21,25
189:8,15,17
191:1,2,3,5,8
191:11,13,15
191:19 192:3
192:11,15
193:7,8,8
195:9 196:7,11
196:13 198:12
199:10,11,23
200:15,17,22
200:25 202:7,8
202:11,19
203:1,6,11,12
204:4,6,11,15
204:16,16
205:17,25
206:1,3,5,13,19
206:21,23,24
207:2,5,8,10,14
207:16,18,19
207:22 208:3
208:11,12,13
208:15,18,18
208:21,22
209:1,2,3,8,10
209:15 210:5
210:10,11,15
210:25 211:8
212:10,14,21
213:22,23
214:8 215:1,7
216:1,3,6,9,12

216:21 217:5,5
217:20 218:1,3
218:13,19,24
219:1,5,7,9,13
219:19,25
220:1,3,3
221:4,5 222:10
222:15,17,18
222:19,20,21
222:24 223:3,4
223:6,7,21,22
223:23 224:2
224:12,13,15
224:17,20,23
225:20 226:4,6
227:15,18,25
228:2,9,11,18
228:19,20,22
228:23 229:3,6
229:6,8 230:21
230:23,25
231:1,12,22,24
232:6,12,20,23
233:4,5,5,8,10
233:11,14
234:17,19
235:2 238:10
238:21 239:4,6
240:5,12,13,18
241:2,4 242:2
242:16,23
243:2,14
249:21,23
250:12 253:7
253:22 254:12

255:1,18
256:14,19
**knowing**
218:11
**knowledge**
45:10 114:11
174:2 231:19
**knowledgeable**
123:22
**known** 242:3
**knows** 162:11

**l**

**lab** 200:19
**labeled** 128:8
**laboratory**
200:11
**lack** 51:6 69:2
96:6,19 109:24
114:22,22
146:3 228:24
231:13 232:20
**lacks** 97:14
**lady** 69:25
**lafayette** 29:13
**landed** 133:4
**laptop** 29:22,25
32:5,10,15,18
32:22 34:18,21
78:16,21 106:1
176:24 257:1
**large** 14:5
208:21 258:4
259:17
**larger** 208:23

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 293 of 332

lasted  46:23
late  17:3 26:25
    27:1 102:7
    256:9
latest  124:19
launch  133:3
lawrence  81:13
laws  31:9
    193:25
lawsuit  59:13
lawyers  46:14
layperson
    123:24
lays  196:16
lead  146:16
    233:5 238:24
    239:4
leaders  197:21
    197:24 198:5
leadership
    26:12 155:3
    197:13,15
    221:5
leading  213:16
learn  40:3
learned  161:12
    228:10 250:3
leave  138:3
leaving  186:14
    227:3
led  239:23
left  42:1 44:9
    44:11 135:11
    189:22

leftover  112:16
legal  5:12
    33:10 39:15
    46:11,19 54:12
    59:9,11,18
    62:2
lejeune  1:5
    6:20 7:12,19
    8:6 10:6,17
    11:25 12:9,17
    14:15 15:2
    20:4 23:23
    24:15,22 30:18
    31:3,5,23
    32:16,19 33:3
    34:23 35:16,17
    36:3 37:8
    42:11 43:19
    44:5,9,12,23
    45:11,19 56:12
    60:16 61:24
    65:13 66:20
    67:16,20 88:17
    106:1 120:10
    121:18 124:10
    125:11 128:16
    144:3 151:2
    156:20 157:2
    159:10 164:15
    165:21 166:18
    178:5,9,13,16
    183:20 193:4,6
    193:15 204:15
    205:16 209:5
    211:4 212:15

214:3 215:23
    222:5 230:6
    234:10 240:1
    243:23 245:21
    247:12 251:5
lejeune's  59:14
lengthy  240:12
    241:7
lessons  228:10
    250:3
letter  11:10
    12:4,21 47:21
    220:10,23
    221:7,17,22
    222:3,6,7,10,25
    237:25 238:9
    241:19 244:1
    244:22 246:6
    246:12,21
    249:5,7 251:8
    251:25 252:6
    252:12 253:3,7
    253:9,18 254:7
    254:11,20
    255:3,14,16,20
    256:4
letters  242:5
    257:4,4
level  42:16
    71:11 72:7
    85:15 125:18
    132:7 197:19
    199:4,8
levels  110:1
    147:9,11

liaison  43:25
license  185:4
licenses  185:1
life  6:2 63:16
light  10:16
    165:21 166:18
    174:9
limitation
    110:7
limitations
    247:10
limited  108:16
    124:7 192:5
limiting  123:8
line  74:14
    127:10 145:18
    260:2,5,8,11,14
    260:17,20
lines  47:12
    111:1 226:1
    249:16
liquid  200:13
liquids  200:12
list  193:16
listed  43:7
listing  129:8,14
    130:19
lists  193:1
    221:13
lit  178:14
literature
    215:18
litigation  1:6
    2:14 3:19
    14:15 33:18

Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 294 of 332

65:13 178:4
**little**   17:23
21:24 28:25
29:4,4 32:8
34:14 41:20
54:2 65:1 71:2
71:6 80:5,13
95:15 110:21
128:9 162:4,11
182:8 184:2
189:6 193:13
200:19 223:16
248:9
**lived**   56:10
58:23 61:23
**lives**   160:3
**llc**   2:4
**local**   185:22
199:4
**located**   20:25
29:12,15
**location**   28:25
29:2 30:24
35:13 44:6
91:4
**locations**   24:19
238:22
**log**   135:10,11
**long**   19:23 25:4
25:14 26:10
30:19 40:25
41:5,13 46:23
47:6 61:16
62:11,20 93:12
167:4 186:11

189:7,19 191:1
201:1 252:17
252:18
**longer**   29:25
162:12
**look**   33:8 36:21
37:4,5 40:6,9
40:19 48:10,12
48:25 52:14
54:1 63:11
66:7 75:11
77:1,22 78:5
78:11 79:7
89:2 94:7,24
104:25 106:18
106:25 107:7
108:19 117:16
119:8 125:23
126:5 128:25
132:5,10 135:6
136:25 139:3
152:10 174:23
177:23 191:9
215:19 220:22
222:13 225:22
226:24 244:7
245:8 248:16
250:15 255:20
**looked**   32:15
52:17 54:5
55:14 85:6
102:4 183:11
**looking**   41:2
77:16,20
109:10 131:25

135:8 165:6
166:23 180:15
187:21 206:20
229:10
**looks**   50:14
54:21 111:10
125:17 144:13
158:8,11 176:4
190:1 192:6
197:9
**lost**   35:1 91:8
209:8
**lot**   23:16 85:5
91:21 114:16
117:9 123:11
123:17 159:16
160:12 171:3,3
187:25 188:23
196:11 197:4
215:10 223:17
233:21 237:25
**love**   257:7
**low**   17:5 24:6
132:19 256:11
**luckily**   125:6
**lunch**   16:24
17:2 47:10
92:16 93:9,18
236:5

| m |
| --- |

**m**   39:10 56:21
100:25,25
153:15
**ma'am**   138:15
162:16

**mach**   39:10
**mad**   16:14
**madam**   166:24
168:1 243:13
**made**   19:5,8
35:6 50:20
55:9,11,16
57:11 61:17
66:11 79:19
81:18,24 82:25
83:1 91:14
96:11 126:1,14
136:14,22
141:6 147:19
150:11,12
158:15 160:25
173:9,9 176:22
177:1 188:15
191:5 205:23
211:22 226:16
232:3 248:24
248:25 259:7
**magazine**   11:6
66:1 174:18
175:7,14 176:1
176:8
**magnitude**
76:14
**mail**   8:25 38:13
38:16 41:2,25
44:24 49:1,7
49:18 50:13
54:2,22 55:22
76:1 78:1,6
79:16,21 92:20

Golkow Technologies,
A Veritext Division
877-370-3377                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 295 of 332

99:23 100:4
101:12 103:11
103:18 104:1
104:25 106:10
108:22 109:2,7
112:25 113:12
113:13 148:7
149:3,23 150:3
151:10 152:11
152:17 153:13
153:14 155:10
156:13 159:2
171:25
**mail's** 49:9
**mailed** 253:6
**mailing** 5:8
39:13
**mails** 8:24
31:13,18,20
50:10 100:2
142:12 148:6
**main** 21:2
**mainland**
195:3
**maintain** 31:10
**major** 9:8
56:17 148:11
152:12,13
**majored** 181:6
**majority**
195:11 216:23
**make** 15:25
17:13 22:5
53:7 57:15
71:11 73:19

79:23 86:8
89:13 91:5
117:12 118:6
132:8 133:15
145:16 153:25
165:10 168:16
170:3,23 174:9
182:5 189:2
203:22 211:24
213:13 216:24
222:18 227:13
227:20 228:23
233:13 236:24
240:24,24
242:19 248:1
250:7
**makes** 160:2
226:7 233:8
**makeup** 67:9
**making** 91:23
92:5 102:23,25
111:15 188:16
226:11
**manage** 21:17
194:24
**management**
105:7
**manager**
185:23 197:19
198:2
**managers**
21:17 187:3
190:12 194:23
**manner** 63:4

**march** 12:7,24
100:5 102:7,14
103:12,25
106:8,11 107:9
111:16,25
119:13 125:8
244:3 251:10
252:3 255:9,14
**marine** 8:5
10:5 11:24
12:16 43:11
58:20,25 59:12
85:13,19,25
86:23 88:6
90:23 91:11,22
91:25 92:10
105:5 114:10
128:16 154:24
164:15 193:24
194:13 202:9
207:10 217:19
243:23 251:5
**marines** 58:23
59:2 88:2
**mario** 9:3
148:8 153:14
**mark** 48:14
81:18,24 82:25
165:13
**marked** 27:15
27:21 39:21
50:17 63:20
75:7 88:22
94:2 120:13
124:14 128:22

137:18,25
148:17 162:22
163:23 164:9
164:21 165:7
165:25 166:20
166:24 167:1
167:10 168:4
168:13,14
174:18 178:22
220:16 244:3
244:13 245:1,5
245:22 247:8
250:15,25
251:13
**marks** 65:7
**martel** 70:1
**mary** 5:6 9:1
39:12 42:9,12
148:7 149:4
156:13 160:23
249:1
**maslia** 80:23
147:14 208:1
**master's**
181:12,15,22
182:9,16,20
184:15
**match** 26:17
116:9,17
191:22 216:9
216:10 217:2
224:17 225:10
**matched** 84:12
135:13

matches   214:1
225:1
matching   217:6
material   34:22
materialized
92:10
materials   35:15
48:8
mathematics
181:6
matter   14:14
23:21 24:13
50:18 71:24
99:3 121:18
132:8 172:18
191:8 212:6,7
matters   248:23
mccormick
33:17 45:21
mean   20:17
27:2 31:20
34:7 36:25
38:7 41:5
43:23 50:1,9
52:22 55:11
60:3 61:20
63:7 65:15
70:9,15 71:25
72:2,9 73:17
79:3,4,23 86:4
88:3 103:6
104:8 106:16
108:5 111:24
112:11 113:14
119:3,8 122:21

122:25 123:21
124:6 126:16
126:22 136:10
138:4 139:9,12
140:24 142:14
143:14 144:2
147:5,24 150:9
151:21 152:3
157:6 160:12
160:13 167:9
169:18 171:17
175:9,11 183:6
184:20 185:5
186:10 189:14
202:5,25
206:18,20
214:23 218:1
226:13 230:11
231:22 233:19
239:3,11
242:14 246:10
252:15 253:17
meaning   41:7
51:11 134:21
means   104:5,9
159:13 207:23
207:23
meant   51:14
60:1
measure
129:22 215:15
215:15 227:19
measured
96:10,19,22
215:18,22

227:2
measurements
26:16 209:21
234:22
meaty   232:12
medical   43:3
60:9,15 61:24
medicine   5:24
63:15
medium   132:20
meet   8:17 9:20
46:3 47:1
137:15 146:2
162:19 171:21
177:21 256:18
meeting   6:12
9:9 38:14
46:22 49:18
75:3 91:17
94:25 97:21
99:10,16 100:8
101:15 102:7
104:11 106:11
106:15 107:8,9
111:5,14,16,16
111:18,22,25
114:25 143:9
143:21 148:12
152:13,18
169:19,21
207:21 231:23
meetings   43:14
49:23 85:19
88:4 98:1
104:12 110:19

112:2 114:16
115:5 119:13
151:14 152:5
173:8,19 206:3
207:4 208:3,6
208:8,17,23
217:21 218:2
220:1
megabytes   33:3
member   23:12
members   67:9
69:14 72:21
73:10 141:11
141:17 144:6
173:21 201:25
memo   5:6 6:9
38:13 39:12
75:1 80:22
113:23,25
246:4,11
memorandum
12:8 244:16
245:20 246:1
memory   246:16
memos   240:8
240:10 242:7,7
mentioned
101:12 170:10
170:22 188:18
214:22
mentioning
105:14
messages
152:22

Golkow Technologies,
A Veritext Division
877-370-3377                                                                      www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 297 of 332

messed   53:3
met   171:17
method   62:15
    130:3
methodology
    101:14
methods   62:17
    144:10 203:2
mic   75:15
mild   249:22
military   201:19
    201:24
miller   190:23
million   64:17
    64:19
mind   52:6 59:6
    117:22 123:5
    123:10 155:14
mine   53:11,15
    75:24 113:23
    165:1
mining   6:20
    88:17 239:24
minus   52:20
minute   40:23
    83:12 152:2
minutes   17:2,7
    107:8 111:17
    162:11 254:17
mislead   233:2
misleading
    147:7
misrepresent...
    82:19

missed   90:24
missing   135:22
mission   72:12
    74:5 151:4
    170:23 171:7
    172:18,19,22
    195:22
misstating
    119:18 157:5
misunderstand
    162:2
misunderstan...
    132:15,23
misunderstood
    88:15 161:23
    249:4 254:12
mix   200:15,18
mixing   237:15
model   5:14
    7:19 25:18,21
    25:25 26:4,14
    26:15,17,18
    38:25 39:17
    90:18 95:2
    96:23,24,25
    97:18 98:3,5
    98:15,22 99:6
    99:14 102:15
    103:20 105:21
    108:9,10,15,18
    108:18 110:12
    110:13 111:6
    111:19,23
    112:8,16
    114:12,22,23

115:8,9,12,16
115:20,23
116:1,8,15,16
116:18,19
117:4,10,12
118:6,6,10,13
118:25 119:14
120:2 124:10
125:11,16
127:20,21
128:4 129:25
130:4,9,14,22
130:23,25
131:3,4,18,20
131:21 133:19
133:20,25
135:1,2,4,7,13
147:19 183:8
183:14,23,24
184:3 187:15
187:16,18,20
187:23 188:6,8
188:20 189:1
190:22 191:5,9
191:12,14,20
191:22,23
192:4 200:9
206:22 209:21
209:22,24
210:4,11,12
211:6,10,14
212:17,20,25
213:21,24,25
214:1,6,9,11,15
214:17,19,23

214:25 215:17
215:20,25
216:2,4,4,8,9
216:10,16,24
217:1,4,11,11
217:13 218:4,5
219:12,23
220:4,7 223:17
223:18,23,25
224:2,3,6,11,13
224:16,16,17
224:21,23,24
225:1,9,9,17,20
225:23 226:2,4
226:7,9,20
227:2,3,4,23
228:17 231:1,8
233:7 235:3
239:7,7 246:23
247:10
modeler   129:23
    208:2 239:4
modelers   205:3
    219:20
modeling   7:4
    7:12 11:17
    12:5,9,22 18:7
    21:23,25 22:2
    22:10,15 23:21
    23:22 24:14,18
    24:23 25:2,10
    43:4,21 47:23
    51:10,15,20,22
    54:14 66:20,24
    68:16,22 69:8

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 298 of 332

80:19 84:12
85:6 93:24
96:5,12,18
97:4 101:14
102:23 105:4
107:14 109:13
109:16 115:18
116:23 117:2
120:10 121:19
122:10,17
123:9,12 124:4
124:7 125:23
126:2 127:1
136:1 142:25
143:5,15,18,24
146:24 147:14
148:1,3 150:21
153:3,23
169:24 181:19
182:7,11 183:3
183:5,11
187:13 190:15
190:19,21
192:21 197:7
200:23 203:21
203:24,24
204:4,19,21,24
205:11,16,21
206:7,9,10,14
207:7 208:12
208:25 209:13
209:13,16
210:17 212:11
218:7,23,25
220:14 221:25

222:5 230:5
232:3,13
233:20 234:1,7
234:13 237:12
237:14 238:4
238:13,17,25
239:21 241:12
244:2,23
245:21 247:2
251:9
**models** 191:13
205:5 210:25
212:22 219:16
**modifications**
227:12
**money** 159:17
**moneymaker**
184:5
**monitor** 65:21
**monitoring**
188:24
**monte** 132:10
134:7,13,16
**month** 46:7
**monthly** 69:4
143:1 146:12
146:18,23
147:3,20,25
210:21 220:6
228:20 231:2
232:18
**months** 45:12
45:16
**morning** 15:1
15:22

**morris** 8:17
9:20 80:23
137:15 147:13
162:19 208:1
**mortality** 153:4
154:3 155:23
229:12
**motion** 176:25
**motive** 151:4
**motley** 2:4
**motleyrice.com**
2:9
**mount** 2:6
**mountains**
186:5
**move** 20:11
35:3 59:8
74:10 135:24
158:25 183:12
200:12 204:7
205:13 215:10
237:6
**moved** 23:18
34:20 121:8,9
121:16 182:3
193:20
**movement**
192:1,2
**moving** 183:13
**mpa** 11:10
220:10
**multiple**
238:22
**munitions**
19:14 21:7,9

21:11 22:8,13
121:9,17
125:14 194:13
195:1,9
**mustafa** 80:10

**n**

**n** 4:1 22:22,23
22:24 100:25
153:15
**name** 14:22
15:1,21 17:20
22:23,24 30:8
30:9,16,18
42:1 43:6,7
69:11,19,21,25
70:2 76:18
100:23 109:12
182:5 208:5
**named** 32:16
**names** 39:1
**nas** 24:23
**national** 11:12
68:2 70:10,11
71:9,17,17
74:8 156:19
157:1 159:8
198:22,25
220:11
**natural** 62:21
**nature** 213:7
236:25
**naval** 18:11
25:15 26:24
27:8 30:18
116:24 117:25

**navfac** 3:4 14:8
18:10,12,13,16
18:19,25 19:3
19:6,8 20:19
23:2,11,18
26:23 29:14
37:14 38:4,24
39:5 46:12
47:5 85:14
86:1 100:7
114:10 127:1
143:24 153:18
154:11 157:14
160:25 186:19
186:21,24
187:7 189:19
189:24 197:13
197:22 198:1,4
199:7 200:3
201:15 205:19
207:9 221:11
221:13 238:20
239:12 242:6,8
242:11 246:4
255:13
**navy** 3:3 5:19
6:7,18 7:2,8,17
7:24 8:22 9:16
9:24 10:22
15:9 19:21
21:7,16 23:13
26:12 31:9
33:18 39:10,20
42:12 58:13,20
58:24 59:1

63:20 73:2,6,8
73:9 75:7
86:14,22 88:22
94:2 101:13
103:4 105:5
114:10 115:1
120:13 124:13
137:18 144:3,9
145:9 148:16
150:13 154:11
154:21 155:3
158:3,13
162:22 165:25
173:19 186:18
191:8 193:23
194:13 195:1
196:3,17 199:7
199:19,19
200:3 201:19
201:23 202:9
206:2 207:15
208:17,22
209:1,2,3
217:19,23
242:6,10,10,21
246:21 255:13
256:4
**navy's** 12:3,20
47:22 195:22
222:4 244:1,22
251:8
**navy.mil** 6:14
9:11 75:4
148:13

**ncra** 258:21
**near** 181:5
205:5
**nearby** 186:5
**necessarily**
205:1 241:24
**necessary**
195:10
**need** 16:7,16,20
16:22 17:7
21:18 28:12
40:3,9 41:20
45:24 52:23
59:23 60:4
73:22 89:22
93:10 101:10
133:16 136:25
140:20 152:25
154:7 155:11
155:11 156:2
168:3,16
214:25 215:14
227:16 228:23
243:16
**needed** 62:1
88:5 193:12,23
210:21 220:6
**needle** 91:2
**needs** 16:18
116:20 194:20
199:22 234:19
**negative**
219:25
**negatively**
43:24

**negotiate** 196:8
**negotiating**
187:4
**neither** 142:2
258:14,16
**network** 29:23
30:8
**neutral** 170:22
171:6 172:16
**never** 57:11
86:22 92:9
116:1 128:3
140:25 178:15
208:2 209:24
214:18 231:25
**new** 149:20
167:14 168:21
**newbaker** 9:5
148:10
**nice** 51:1
**nods** 16:17
**nominated**
199:3
**nonaqueous**
200:11,13,16
**nonbiased**
73:13 158:6
**nonexpert**
90:19
**nongovernm...**
83:25
**nonresponsive**
212:2
**norfolk** 1:14
3:7 14:9,19

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-15 Filed 06/04/25 Page 300 of 332

18:13 28:22
29:15 189:25
**north** 1:1 8:6
10:6 11:25
12:17 14:16
128:16 164:15
181:6 243:23
251:5
**northeast**
190:9
**notary** 14:4
258:3,21
259:22
**note** 90:24
91:15 92:2
99:4 125:10
126:14 130:12
139:4 140:11
142:23 157:24
170:8,14
174:22 211:25
**notebook** 35:13
50:6
**noted** 96:3
249:24 250:1,4
259:7
**notes** 8:17 9:20
36:24 37:2
48:15,15 94:23
95:1 99:16
102:3,5,18,21
106:13 125:7
137:15 143:8
143:10,20
145:13 162:19

163:5 170:2,15
170:18,20
**notice** 5:3 14:6
27:14,23,24
77:11
**noticed** 64:11
**notification** 5:9
39:14 53:19
54:4,10 55:2
**november**
65:22
**nrc** 68:3,5,18
69:1,14,18,23
70:1 72:12,13
72:24 73:3,25
76:13 80:14,18
81:14 82:5,22
83:15,20 85:1
122:3,16 123:6
123:16,19
124:4,8 125:22
139:4,13
140:19 141:6
142:6,11,16,18
147:5 149:7,21
150:21 151:2,4
151:5,16,17,22
152:23 154:12
155:1 157:19
157:23,25
158:4,13,15,20
159:14,17,22
160:10,19
161:3,8 170:9
170:21 171:4,5

171:6,19
172:21 173:5
173:19,24
228:19 229:3
232:7,10
233:15,17
255:9,17
**nrc's** 122:9
137:3,3 147:2
155:15 234:3
246:22 247:2
**number** 36:8
38:23 52:3,4
93:8 94:18
109:20 198:10
243:13
**numbers** 52:20
167:22 215:20
**numerous** 96:8
115:5 217:21
**nutshell** 130:17

## o

**o** 9:3 22:23
100:25 148:8
153:15
**oath** 17:17 36:2
**object** 20:14
23:9 25:16
26:6 49:14
58:7 61:6,19
62:25 72:8
84:3 85:17
86:3,15,19
102:9 134:22
140:22 141:12

151:20 171:10
202:2 211:25
213:6 234:15
239:2 241:22
**objection**
103:16 104:7
112:9 114:14
119:17 147:23
154:17 155:17
157:4 161:16
172:9 173:11
173:25 211:22
213:3,8 234:15
236:12
**objective** 170:7
**observation**
115:6,10
234:20
**observe** 88:3
**observed** 96:7
99:5 225:25
**obtained** 108:3
**obviously**
80:16,22
**occur** 173:14
188:12
**occurred** 30:2
141:23 172:12
174:2 192:23
208:20
**occurring**
172:4
**october** 10:18
165:22

Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 301 of 332

| | | | |
|---|---|---|---|
| **oddly** 33:5 | 43:5,17 44:8 | 138:13,17 | 250:22 251:18 |
| **offender** 16:13 | 44:17 45:1,20 | 140:5,15 | 251:20 252:23 |
| **offer** 58:2 | 45:23 47:1,18 | 141:24 142:22 | 253:12 |
| **office** 3:5 14:8 | 48:14,19 49:21 | 144:25,25 | **old** 35:10,11 |
| 28:24 29:2,4 | 50:12,24 51:18 | 145:7,7 149:2 | 50:1 202:13 |
| 29:10,11,16,18 | 52:25 53:25 | 151:11 152:15 | **once** 153:7 |
| 29:20 33:18 | 54:19,20,25 | 153:21 155:22 | 160:15 193:12 |
| 35:11,12 79:13 | 55:5,25 56:2,4 | 161:1,23 162:9 | 208:20 |
| 190:6 195:22 | 57:13 59:5,10 | 162:24 163:10 | **one's** 40:25 |
| **offices** 14:7 | 62:7 63:22 | 163:16,25 | 237:14,15 |
| **official** 154:6 | 69:17 70:8 | 164:5,9 165:12 | **ones** 92:21 |
| 156:1 | 71:7 73:5,22 | 167:14,18,21 | 109:22 113:12 |
| **officially** | 74:10 75:13,17 | 168:2,5,7,10,18 | 122:23,24 |
| 195:19 | 77:2,24 80:9 | 169:6 170:7 | 201:6 225:19 |
| **oh** 25:1 71:1 | 81:5 85:12 | 174:8,11 | 241:15 |
| 75:16 78:9 | 89:7,12,14,15 | 178:25 180:5 | **ongoing** 110:19 |
| 113:1 176:2 | 89:25 90:2,10 | 180:17,20,22 | 177:19 193:4 |
| 179:2 235:19 | 92:19,19 94:6 | 180:25 190:1 | 197:4 207:3 |
| 248:3 | 94:9,13 95:5,7 | 193:1 197:9 | 218:2 |
| **okay** 16:5,12 | 97:2,11 99:25 | 198:20 200:1 | **online** 19:4,10 |
| 17:14,15,22 | 99:25 100:3,18 | 200:25 201:14 | **open** 29:5 |
| 18:8 19:11,18 | 100:25 104:24 | 204:23 205:15 | 244:9 |
| 22:4,4,18,25 | 106:5 107:10 | 208:24 213:9 | **opened** 218:16 |
| 23:3 24:5,8 | 108:7,19 109:1 | 213:17,20 | **opening** 19:5,9 |
| 25:5,13 26:2 | 109:3,5 111:13 | 218:22 219:4 | 230:16 |
| 26:20 27:21 | 112:23 113:4 | 219:15,22 | **operation** 6:22 |
| 28:4 29:21 | 113:18,24 | 221:7 225:15 | 88:18 |
| 30:3 32:21 | 114:3 120:20 | 227:6 230:13 | **operations** |
| 33:14,19 34:2 | 123:3,15 | 233:25 235:13 | 110:2 |
| 34:10 35:2,25 | 124:17 125:3,6 | 235:19 236:24 | **opinion** 51:17 |
| 36:17 37:6,21 | 125:22 126:6 | 238:18 240:20 | 62:20 70:14 |
| 38:2,11,17,21 | 128:6 129:9,9 | 241:5,16 | 82:21 100:17 |
| 39:24 40:6,11 | 132:4 134:9,11 | 244:13 245:2 | 119:15 123:13 |
| 40:15,20,22 | 134:11 135:23 | 245:17 246:15 | 159:23 233:22 |
| 41:6,17,23 | 136:25 137:7 | 248:4 249:9,12 | 234:6,12 |

Golkow Technologies,
A Veritext Division
877-370-3377                                                    www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 302 of 332

**opinions**
123:25 173:22
**opportunity**
76:25 236:1,3
256:16
**opposed** 43:4
190:9
**opposite** 86:8
86:25
**option** 152:21
**oral** 1:11 14:2
**orally** 16:16,19
**order** 5:17 6:5
6:16,25 7:6,15
7:22 8:12,19
9:14,22 10:12
10:20 13:1
39:19 53:16
63:18 74:3
75:5 88:20
93:25 116:4,4
120:12 124:12
128:20 137:16
148:15 152:23
155:5 162:20
164:19 165:23
215:17 251:11
**ordnance** 22:17
194:18,20
**organize** 31:2
**original** 109:2
**originally**
154:3 155:23
254:15

**osd** 79:13
**outcome** 57:3
57:16,23 62:12
62:23
**outfit** 190:24
**outlook** 31:21
31:24 49:23
50:4,6,10
**output** 52:1,3
52:10 130:10
130:13,23
131:4 214:1,15
215:21 217:13
223:17,19
**outputs** 135:7
216:9 224:3,22
**outset** 51:16
**outside** 105:8
**overall** 101:14
101:22 187:24
239:22
**own** 83:1
212:21 231:23

**p**

**p** 6:10 9:3,4,6
62:23 75:2
100:25 148:9,9
148:11
**p.e.** 11:8,11
178:21 220:10
**p.m.** 9:12 74:22
74:24,24 78:21
87:14,16,16,19
93:17,19,19,22
139:22,24,24

140:2 148:14
177:11,13,13
177:16 179:22
179:24,24
180:2 229:21
229:23,23
230:1 257:15
257:18
**p.o.** 2:15
**packaged**
106:14
**page** 4:2 5:2
16:1 22:5
40:21 41:1,4
41:16,24 48:25
53:1,2,4,7,8,12
54:6,7 55:1,25
59:5 60:18,19
64:8,12,12,18
64:22 65:6
67:1,3,3 75:25
78:2 79:18
80:2 81:4,4,14
82:8 89:10,11
89:17,22 90:1
94:24 95:6
99:20 100:2
104:22,23
106:4,18
108:20 109:2
109:23 111:2
113:1,15,15,16
124:22,24
126:25 127:8
129:3,7,12

134:4,9,13
138:25 139:1
140:12 142:20
144:7,8,17,19
149:4 151:10
151:13 152:11
152:17 153:13
153:13 156:9
156:12 163:9
163:12 169:4
170:1,5 175:15
175:23 181:2
203:23 221:7
223:9 225:22
226:24 240:21
246:13 251:24
252:20 254:2
260:2,5,8,11,14
260:17,20
**pages** 5:5 8:14
10:14 11:7,9
12:7 27:15
40:15,16 41:5
41:9 64:17,19
77:11 82:9
102:4 108:22
120:25 128:22
134:5 145:3
163:5,6 164:21
170:1 174:18
178:22 244:3
253:23 254:10
**panel** 69:8,13
69:15,18 70:14
73:23 109:11

111:11 144:9
144:14 228:4
230:5,14,17,20
231:15 232:4
249:24
**panel's** 154:4
155:25
**panels** 68:1
**paper** 50:2,5
114:5 137:4
175:4 200:20
240:2
**papers** 199:15
199:18 200:1,5
201:7,9
**paragraph**
50:19,22 54:4
56:5,13 76:6
81:7 82:12,17
82:18 131:8,13
132:9 145:10
151:2 157:13
158:22 226:25
248:17
**paralegal** 36:14
**paralegals**
46:15
**parameter**
111:4 223:18
**parameters**
116:9,13
129:21,25
130:3 216:22
217:8 223:14
223:16,24

**pardon** 87:3
**parentheses**
55:3 56:12,21
90:22 92:6
**parker** 39:3
207:9
**part** 25:20
30:10 37:23
44:19 71:19
80:25 89:14
107:8 110:14
110:19 118:8
159:2 160:24
181:18 187:12
187:17 189:12
189:15 196:22
197:1,5 200:2
200:3 203:14
210:6,16
224:13 246:5
256:6
**partial** 159:24
**participants**
71:8
**participate**
73:6 230:13
**participated**
72:20
**participating**
73:15 206:3
208:23
**particular**
20:10,11 62:10
62:19 122:5
222:10

**parties** 258:15
**partly** 210:5
**party** 170:23
**pass** 176:17
177:4 185:7
**past** 44:22 45:8
59:14 115:17
116:2 202:19
211:2,6,7,13
212:8 214:12
214:17 217:11
227:18,19
247:16
**path** 159:24
**pause** 173:24
**pay** 153:24
**payne** 3:18
14:22
**pce** 126:16
183:19 200:14
**pcn** 81:11
**peer** 109:11
111:11 136:2,6
136:12,13,22
137:4 139:4,14
139:16,17
140:18,20,25
142:10,12,16
142:19 201:7
240:2
**penalty** 259:1,4
**pending** 59:12
**people** 29:25
34:11 38:23
39:2 55:21

58:17,22 62:3
71:12,19 72:24
74:7 86:1,25
121:20 143:10
155:5 171:18
184:5,24
185:10 195:24
196:11 197:21
202:15 203:8
206:2 207:11
207:21 208:9
210:22 216:12
222:23 232:17
233:2 237:13
**people's** 204:14
**percent** 36:15
36:15 134:15
192:17 243:5
**perception**
91:10 143:17
147:7
**perfectly** 74:17
157:18
**performance**
239:7
**performing**
223:10
**period** 56:11
**periodical**
65:21
**perjury** 259:1,4
**permission**
100:15 101:3,8
179:3,14

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-15 Filed 06/04/25 Page 304 of 332

person  38:14
  43:25 44:23
  46:4 47:4
  73:14 123:22
  160:24
personnel  88:6
  154:25 160:19
  208:22 222:19
  233:12
persons  5:19
  6:7,18 7:2,8,17
  7:24 8:14,21
  9:16,24 10:14
  10:22 13:3
  39:20 63:19
  75:6 88:21
  94:1 120:12
  124:13 128:21
  137:17 148:16
  162:21 164:20
  165:24 251:12
perspective
  7:11 52:15
  101:20 120:9
pertains  110:8
  122:16
peruse  41:11
peter  100:6,15
  100:22 101:3
  105:14 109:12
peter's  100:17
  100:22
petroleum
  183:21

ph.d.  1:12 4:3
  11:8,11 14:2
  15:15 18:4
  178:21 182:21
  184:15 185:19
  185:21 199:17
  200:10 220:11
  221:2 237:18
  257:18 258:6
  259:3,14
  260:24
phase  200:12
  200:13
pick  130:4
  160:1
picking  129:24
  160:7
picture  54:3
  69:1 101:22
  180:23
piece  66:23
  187:24 204:9
  204:17
pieces  196:14
  204:22 219:19
pink  248:25
pipes  204:12,13
piping  218:15
place  57:17
  141:10 142:1
  258:11
places  211:3
plaintiff's  5:3
  27:14

plaintiffs  1:13
  2:2 14:3 15:3
  15:16 28:7
  35:5
plan  6:21 88:18
  126:7 196:2,8
  197:2 209:23
planned  118:10
  154:3 155:24
planning  25:21
  117:5 118:7,14
  187:22 188:11
  189:9 191:20
  193:23 196:15
  196:18,20,22
  209:17 210:12
  229:11 236:18
plans  209:24
pleasant  2:6
please  14:24
  15:12 76:7
  78:11 105:3,7
  105:17 113:16
  153:8 211:24
  244:8
plus  41:5 52:20
  101:17 235:4
pocket  50:3
point  7:20 29:9
  32:5 40:21
  45:23 65:2
  96:2 97:3
  107:12,15
  108:8 115:20
  122:3 124:10

  125:12,15
  126:2,5,10
  133:14 140:16
  143:5,15,18,25
  150:19 160:22
  178:5 185:12
  206:9,13,16
  208:4 222:16
  227:24 228:11
  228:12 229:14
  234:8 249:1,21
  250:4 257:11
policy  74:3
  171:8
policymakers
  72:14
pommerenk
  100:24,25
  101:1,3 108:8
  113:5
pommerenk's
  113:11,23
pool  198:9
  199:6
portion  213:24
  219:14
portions  66:15
  152:24
position  18:25
  19:12 23:6
  43:18 47:22
  70:16 101:19
  103:14 104:15
  114:5 119:2,7
  120:4 123:6,18

Golkow Technologies,
A Veritext Division
877-370-3377                                                                    www.veritext.com
Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 305 of 332

123:21 124:6
184:19 186:23
193:16 194:7
194:10 195:14
195:14 196:5
229:2
**positions** 20:18
123:20 195:17
255:15,16
**positive** 62:12
**possibility**
126:7
**possible** 25:9
34:2,17 37:1
62:15 78:14,18
78:19,22 79:15
79:22 105:25
106:2 131:25
132:5,19 138:3
150:2,9 154:2
209:10 212:24
213:20 218:3
227:15
**possibly** 34:5
**post** 180:21
**potential** 56:17
191:4 203:9
**powerpoint**
7:10 78:4 79:1
120:9,25 121:3
121:13 122:1
127:6 169:3,7
169:13
**prabhakar**
69:8,19

**practical**
247:10
**practice** 81:15
116:11
**pre** 33:24
173:21,21
**precise** 133:6
224:2
**precision**
127:20 131:1
131:20 133:19
133:23 135:1
231:1
**predetermined**
71:12 156:24
**predict** 108:10
115:15,19
**predicted** 69:4
226:2
**predicting**
188:8 190:24
211:1,8
**predictions**
26:5,15,17
117:11 191:6
192:5 209:18
216:24
**predictive**
188:8 241:13
**prefer** 131:11
**preliminaries**
15:24
**preliminary**
188:11 191:19
228:1,14

**premise** 108:14
**prep** 46:10 47:4
47:15 236:22
**preparation**
237:4
**prepare** 45:2
121:13 127:6
169:12,12
242:18
**prepared** 80:22
121:25 144:13
169:7 230:22
240:13 256:2
**prepublication**
150:1,6,11,18
161:2,9,25
162:8
**prescribe** 65:25
**present** 3:17
8:8 10:8 12:2
12:19 20:23
21:13 48:10
104:15 128:18
164:17 243:25
251:7
**presentable**
104:16
**presentation**
78:4 205:23
**presented**
47:13 96:8
**presenting**
208:16 228:3
**preserve** 178:8

**pretty** 40:25
167:4
**prevent** 62:17
247:10
**previous** 35:7
104:22 153:13
238:24 255:6
**previously**
34:19 109:17
239:14
**primarily**
20:23
**primary** 42:23
68:2 202:5
207:11 238:24
**print** 79:24
**printed** 41:25
54:21,22 76:2
79:17 105:23
**prior** 22:3 23:6
25:11 49:18
258:4
**privilege**
184:19
**privileged**
236:13,16,22
**privy** 172:5
**probabilistic**
223:22 224:8
**probable** 129:8
129:14 130:19
**probably** 24:24
27:4 32:2
38:16 39:3,7
40:16 44:14

Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 306 of 332

45:20 46:6
49:21 50:3
102:5 111:15
126:23 129:13
143:21 192:22
193:9,12 230:9
238:21 252:25
**problem**
168:19
**problems** 26:19
184:21 191:10
191:11
**procedure**
14:11
**procedures**
136:10
**proceed** 66:18
154:2 155:23
**proceeds** 184:3
**process** 136:2
139:17,17
140:18,21
141:22 161:14
189:12,15
196:14 197:20
198:11 202:6
217:4 248:13
**processes** 141:1
183:15
**produce** 28:6,7
36:16 64:16
212:12 220:7
**produced** 36:9
36:16 40:14
42:7 75:24

77:6,9 145:3
176:21,22
255:24
**producing**
231:2
**production**
176:21,24
**products**
183:21,21
196:10
**profession**
203:15
**professional**
14:4 67:11
185:1,3,6,11
198:22 203:5
**professor** 80:10
184:1
**professors**
182:12
**program** 23:14
118:8,16 182:9
187:1 194:14
195:2,5 197:14
197:16,17
198:6,16,25
199:23 210:16
221:11
**programs**
210:7
**project** 19:19
20:10 21:8,16
23:5,7 25:6,19
30:8,18,25
31:16 42:11

43:18 44:10,12
49:6 66:23
73:9 96:18
107:14 187:3
190:12,18
193:4 194:22
195:1 242:25
**projections**
111:4
**projects** 20:7
21:4,7,9,12,17
23:7,17 24:15
25:9 30:6 31:7
117:19 185:24
186:3 187:9
190:16 197:24
238:22,25
239:5,21
240:17,23
241:2 242:21
**promoted** 29:8
192:13,23
**pronounce**
100:23
**proper** 213:14
**properly** 98:10
118:2
**properties**
215:8,12
**proposal** 156:6
**propose** 100:12
**proposition**
96:13 122:4
**protect** 191:18

**protective** 5:17
6:5,16,25 7:6
7:15,22 8:12
8:19 9:14,22
10:12,20 13:1
39:19 63:18
75:5 88:20
93:25 120:11
124:12 128:20
137:16 148:15
162:20 164:19
165:23 251:11
**prove** 174:5
**provide** 32:23
32:25 33:20
36:11 37:25
72:14 74:2
85:21 101:19
101:21 132:5
142:25 152:19
152:23 153:5,7
153:22 171:8
172:7 186:8
187:8 194:22
206:8 213:7
215:14 247:7
248:6
**provided** 35:22
36:13 48:13
85:14,19 103:4
152:21 153:2,4
159:22 194:21
206:1,17
**provides**
225:10

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-15 Filed 06/04/25 Page 307 of 332

**providing**
81:13 172:23
190:13 206:5
**provision** 28:5
**public** 14:5
56:15 72:15
74:3 82:19
136:14,15,22
143:17 149:13
150:14 160:23
202:12,16
258:3 259:22
**publication**
201:12
**publicly** 36:10
256:23 257:5
**publish** 176:3
**published**
175:4 176:4
199:15,16
200:2 201:2,10
**puerto** 19:17
21:1 195:3
**pull** 74:7
120:18 250:16
**pulled** 166:13
193:6
**pulling** 65:11
93:3 165:11
**pulls** 70:10
**pump** 205:6
**pumpage** 110:1
**pumped** 204:11
**pumping** 215:5
218:12

**punt** 169:23
**purpose** 65:11
73:25 98:16
121:23 157:23
172:24
**purposes** 25:21
117:5 136:21
209:17 237:4
**pursuant** 14:6
**purview** 240:3
**put** 37:23 50:3
54:23 71:10
79:19 89:3
94:7 99:6
112:1 114:11
138:2,4 164:6
166:14 168:13
176:18 188:1
190:23 196:7
202:14 204:12
242:9 247:22
250:16 256:13
**putting** 203:7

**q**

**qualified**
170:10
**qualitative**
232:15
**quality** 59:14
71:8 90:19
**quantitative**
232:16
**question** 16:8
17:11 30:12
33:6 41:21

44:19,20 45:3
56:6,9 58:9
59:11 60:5
71:25 87:22,25
92:14 95:13,20
96:3 98:10
112:23 113:19
123:16 134:12
146:7,8,9
149:20 158:2
202:3 205:2
206:23 211:23
211:23,25
213:5,11,13
224:18 234:16
242:13 250:19
254:13
**questioning**
74:14 103:10
155:2 254:18
**questions** 17:10
17:12,14 33:11
40:7 45:17
47:12 50:13
55:20 76:8
86:21 99:10,18
102:15 112:11
112:18 136:21
177:7 180:20
197:11 223:4
230:17 231:5,7
231:14,18,20
235:14,20,25
235:25 236:6,7
236:11,17,21

237:3 252:22
256:17 257:3
**quick** 135:25
**quickly** 92:18
112:12
**quite** 146:12
235:20
**quote** 6:24
61:12,13 88:19
108:9 156:18
158:24 159:25
172:19
**quoted** 172:22
**quotes** 159:7

**r**

**r** 2:8 5:7 6:10
9:2 22:22,23
22:24 39:12
75:1 100:25
148:8
**raise** 217:15,24
225:16 226:18
226:22 227:9
**raised** 109:20
146:9 160:20
177:22 219:22
225:3 226:9,23
227:11 232:12
232:24 233:15
233:17,20
247:21 255:16
**raises** 223:6
**range** 131:25
132:5,7,19
134:14 183:18

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-15 Filed 06/04/25 Page 308 of 332

194:25 202:14
216:25 225:21
**ranges** 19:22
133:21 194:19
**rank** 42:16
**rate** 215:5
**rates** 218:12
**rather** 211:10
232:15
**rational** 156:1
**rationale** 154:6
156:2
**rcra** 193:17
**reach** 188:10
190:25 204:10
**reaches** 204:13
**read** 40:23
53:13 60:13,18
68:8,19 76:10
90:6,8,8 100:1
103:11 105:1
107:15 113:25
114:2 129:10
129:12 131:10
131:12 144:14
145:17,23
155:9,13
156:22 157:12
159:11,12
161:19 162:7
175:25 227:7
230:22 248:24
259:4
**readily** 151:4

**readiness**
195:23
**reading** 65:16
159:21 243:3
**reads** 67:8
**ready** 75:20
168:22
**real** 95:17 96:6
96:19,22,23,24
112:14 115:23
116:17,20
117:11 118:9
118:15 130:14
131:5,19,22
134:1 135:14
135:15,21,24
146:3 188:17
207:19 209:20
209:25 210:3
212:15 214:2
216:2,9,10,12
217:2,13 224:6
224:17 225:1
225:10 226:1
232:11 234:20
234:22
**reality** 64:19
**really** 25:12
36:21 51:1,6
65:19 68:11
82:4 110:23
120:5 132:2
133:9 189:4
199:24 203:5,5
203:14,14

207:14 208:19
216:7,13 217:5
218:8 224:12
227:14 230:12
231:24 232:14
233:23 238:8
238:16
**reason** 83:19
83:23 84:9,22
158:17 173:23
213:5,12
241:16,21
260:4,7,10,13
260:16,19,22
**reasonable**
91:20
**reasoning**
153:2
**reasons** 235:10
**rebut** 255:14
**recall** 24:20
25:12 27:12
30:1 33:10
37:4,12,17
38:3,15 44:16
44:19,25 49:17
65:14,15 66:9
67:21 69:21,24
70:2 83:6 91:5
97:22 102:11
117:3 122:21
123:23 137:12
142:14 149:9
150:17 171:24
172:3,11 193:7

208:19 226:10
226:17 228:15
229:10 231:21
232:5 238:14
252:11,16
253:1 254:7,10
255:21
**receive** 219:24
**received** 145:5
145:6 197:10
**receiving** 65:16
178:4,9
**recently** 42:6
**receptor**
188:10 219:8,8
**receptors** 215:4
**recess** 74:23
87:15 93:18
139:23 177:12
179:23 229:22
**recognition**
107:13 110:7
**recognitions**
197:10
**recognize**
17:12 41:24
57:13 76:1
91:9 94:19
98:19 147:13
149:3 245:25
246:3
**recognizing**
51:24 132:6
**recollection**
48:8 49:12

Golkow Technologies,
A Veritext Division
877-370-3377                                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 309 of 332

55:15 229:4
231:19 246:8
**recommendat...**
160:1 170:9
198:8 250:7
**recommendat...**
126:1 151:6
160:16 170:24
171:8 227:22
227:25 228:6
228:16 229:5
246:17 249:14
249:17,22
250:10 255:2
**recommended**
111:2 159:17
160:13 185:10
197:18 198:9
228:4
**reconsider**
98:22
**reconstruct**
115:12,17
211:2,6
**reconstructed**
146:1,4 229:2
**reconstruction**
8:7 10:7 12:1
12:18 118:23
128:17 145:11
164:16 235:3
243:24 247:11
251:6
**reconvene**
256:2

**record**  15:11
16:21 17:19
40:13 54:16
60:13 70:22
74:22 77:7
87:11,14,18
89:4 90:8
93:14,15,17,21
94:10 105:1
120:22 125:1
128:10 139:22
140:1 167:1
176:18 177:11
177:15,19
179:18,20,22
180:2 229:21
229:25 237:4
251:17 256:13
256:13
**recorded**
111:16
**recreate**  211:13
232:21
**red**  196:2,3,23
**redirect**  4:8
235:22
**redo**  164:4
**reduce**  154:14
157:2
**refer**  79:13
**reference**  81:13
102:23,25
110:5 111:15
132:9 176:22

**referenced**  77:3
78:15 142:10
**references**
77:18
**referred**  46:10
55:22 68:3
76:17 98:8
134:16 246:6
**referring**
102:18,22
113:12 126:14
221:25 231:7
248:20 253:2,4
**refers**  56:24
**refine**  157:2
159:9,14
196:14
**reflect**  140:11
180:11 222:4
**reflects**  155:3
**refresh**  40:2,3
48:8 138:6
246:8
**regard**  43:18
142:1
**regarding**
177:20 227:13
227:23 257:4
**regardless**
143:14 154:4
155:24 178:13
**regards**  105:19
236:10
**registered**  14:4
185:13

**registry**  11:15
220:13
**regularly**  118:8
118:17 193:8
206:4 207:22
218:2
**regulation**  31:9
**regulators**
187:5 189:17
196:9
**regulatory**
188:5
**reiterates**
222:11
**related**  21:23
24:18 25:10
34:23 35:15
45:7,11,18
48:15 59:14
60:16 62:9,20
95:1 103:20
106:23 114:12
126:18 178:4,9
178:13 182:2
200:22,23
209:4 228:16
230:5
**relates**  1:7
233:25
**relating**  44:23
51:15
**relationship**
42:19 49:7
217:22

**relative** 258:14
 258:16
**release** 150:14
**releases** 90:12
**relevant** 189:1
**reliably** 234:8
**relook** 98:9
**rely** 118:14
**relying** 117:12
 118:5
**remaining**
 228:7 249:25
**remediation**
 190:14
**remember** 26:1
 32:6,9,12
 33:14 37:7
 38:11 39:2,8
 45:13,14,22
 46:23 48:3
 61:14,17 69:5
 69:10,11,12
 70:3,6 79:1,2
 81:25 95:3,10
 95:11 97:7
 101:4 103:7,8
 114:4,6,18
 121:12,22
 125:21 126:19
 136:4,5,8,12,18
 136:19 139:11
 140:10 143:13
 149:14,17
 151:13 169:20
 169:22 170:19

178:3 200:5
 201:1,1,6
 205:18 207:24
 208:5 230:4,8
 230:12,19
 237:9 238:11
 243:1 249:15
 249:20
**reminds** 45:1
**remotely** 28:25
**removed** 28:15
 176:12
**removing**
 196:20
**rename** 164:10
**rennix** 9:7
 148:11
**renowned**
 83:24 84:1
 158:9,9
**repeat** 30:13
**repeated**
 223:23
**repeatedly**
 224:21
**rephrase** 213:5
 213:13
**report** 7:4
 10:16 33:10
 37:24,25 68:3
 68:5,18 69:1
 69:18,23 70:5
 72:12 73:14
 76:13 80:15,18
 81:12,14 82:6

82:22 83:15
 84:10,12,17,23
 84:24 85:2,10
 93:24 102:23
 103:1,3 109:11
 111:12 112:24
 123:7,12 126:3
 142:2,11 149:7
 149:21,25
 151:17,22
 152:23 157:14
 158:1,4,14,20
 160:10,15
 161:20 162:7
 165:2,20
 166:18 170:22
 173:22,24
 205:20,22
 210:19 228:7
 232:8,10
 233:15,17
 243:4 250:1
 255:9,17
**reported** 1:23
 81:12 206:21
**reporter** 14:4
 16:9,14,18
 165:14,17
 166:4,5,9,10,24
 167:18,21
 168:1,2,5,7,10
 168:15 179:5
 229:13 243:13
 243:18

**reporting**
 81:10
**reports** 36:9,10
 36:19 68:15
 72:14 95:25
 113:7 126:5
 142:7 199:23
**represent**
 116:20 225:23
**representative**
 219:10
**represented**
 225:8
**representing**
 134:15
**represents**
 171:12
**reproach**
 159:14
**reputable**
 190:24
**request** 28:5
 35:6 38:7 92:5
 176:24 247:7
**requested**
 92:11
**requests** 35:8
 247:1
**require** 31:9
**required** 84:13
**requires** 131:4
**research** 70:10
 199:17,20,22
 199:24

**researcher**
  182:13
**researchers**
  199:21
**reservations**
  152:24
**reserve** 177:2
**residents** 59:2
**resolve** 115:2
**resource**
  151:18,18
**respect** 50:12
  51:21 118:18
  122:8 124:2
  128:4 130:25
  131:3,20,21
  132:16 133:19
  133:24 135:1,4
  135:20 148:2
  239:20 240:15
**respected** 74:9
**respond** 153:8
  156:20 255:2,4
  255:13,19
  256:3
**responded** 82:5
  249:18 254:21
  254:23 256:4
**responding**
  252:5 255:8
**responds**
  101:11
**response** 12:2
  12:19 19:14
  21:7,9 56:14

60:4,19 67:7
80:18 87:24
97:23 109:15
145:8 194:14
195:1 219:24
243:25 244:21
249:13 251:7
252:9 253:12
253:17,22
254:10,18
**responses**
  255:8
**responsibility**
  184:20,22
  190:7
**responsible**
  185:16
**restoration**
  23:1,14 25:6
  27:4 118:8
  187:1 194:4,5
  194:6 195:5
  221:11
**result** 159:6
  186:7 227:4
**results** 96:24
  96:25 156:18
  157:1 159:8
  187:22 211:11
  212:12,25
  213:21 214:8
  220:4 225:8
  233:1,5 234:18
**resuming**
  255:23

**return** 92:7
**review** 37:25
  41:20 47:14
  48:8,16 58:14
  66:20 71:23
  72:6 79:3
  101:25 109:11
  109:13,15,21
  111:11 125:15
  136:2,13,13,22
  139:4,13,14,17
  139:17,18
  140:18,25
  142:10,12,16
  142:19 151:17
  156:19 157:1
  159:9 185:15
  199:23 205:20
  248:17,22
**reviewed** 72:24
  80:25 136:6
  137:4 140:20
  196:11 201:7
  205:25 240:2,6
  241:8
**reviewers**
  109:13 111:11
**reviewing** 61:2
  123:23 150:3
  239:14
**reviews** 5:10
  39:14 74:2
  140:21
**revise** 100:14

**rice** 2:4
**richard** 39:10
**rico** 19:17 21:1
  195:3
**right** 15:20
  17:16,19 18:15
  19:23 20:1,5
  20:22 21:3
  22:18 24:2,10
  25:8,10 26:20
  27:1,21 28:9
  28:12,22 29:3
  29:11 31:8,11
  32:1,7,14
  36:19 38:6
  39:1 41:19
  42:7,9,15,21
  46:21 47:6,11
  47:24 48:1,4
  49:21 50:12,18
  50:22,25 53:8
  54:4 57:17
  58:3 61:5
  63:25 64:7,25
  65:2 67:6 68:4
  68:19,23 70:20
  72:7 73:3,16
  81:1 84:2 85:2
  89:17,19 90:6
  91:1,15 93:2
  94:18 97:6
  98:17 99:19
  103:1 104:6
  106:15 107:24
  109:6 116:22

Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 312 of 332

120:17 122:11
125:25 126:24
140:9,21 142:3
142:20 144:7
144:15 147:16
150:16 157:3
158:7 159:3,19
164:2 165:18
167:8 171:5,9
172:22 174:21
176:15 177:2
179:9 188:16
196:11 203:7
203:12 210:2
220:22 221:3
222:23 230:10
237:16,23
240:6,25 241:9
243:12,16
244:7 245:3,7
245:25 247:19
247:24 250:23
252:1,13
253:13,19
255:10
**ring** 37:19
**risk** 62:23
202:16 232:25
**risks** 6:1 63:16
**river** 29:14
**robert** 107:20
**rock** 235:20
**role** 19:24 22:6
23:16,19 42:14
43:4 72:16

186:9 187:11
187:12 190:20
192:10,15,20
193:19 195:4
196:6 199:19
206:7 208:15
239:6,8,14,20
240:18,18,22
**roles** 185:19
192:7
**roll** 74:18
235:20
**rotation** 198:1
**rotations**
197:25
**roughly** 47:10
189:21 201:14
**rpr** 1:24 258:2
258:20
**rule** 5:3 27:14
**rules** 14:10
**run** 98:16
129:25 130:1,4
209:18 214:11
215:20,24
217:10 232:25
**running** 26:5
214:11,17
224:20 231:23
**runs** 130:8
133:20 134:7
134:13 135:2
135:13 199:1
223:23,25

**s**

**s** 5:1 19:16
126:12,20
**safe** 201:24
202:7,13
237:14 238:5
**sailors** 154:24
**saltwater** 205:7
**salvo** 11:3,6
174:15,17
175:5,7,14
**salvomag.com**
175:15
**sample** 188:22
212:16
**samples** 116:2
117:9,11 118:9
118:15,21
188:1,14,19,23
189:18 209:20
209:25 210:4,6
210:8,10,14
211:8,9 212:9
212:15 213:1
**sampling**
189:10,11
191:15,22
210:5,15
**sarah** 64:16
**savannah**
205:4
**save** 30:6 31:11
34:22 178:8
**saved** 30:24
178:12,12

**saves** 50:10
**saving** 65:12
**saw** 109:12
142:7 161:2,9
**saying** 52:15
71:5,16 88:4
91:25 97:12
98:6,11,12
104:18 107:5
110:9 111:20
111:21 116:6
119:20 134:19
134:20 141:22
143:10,22
145:11 147:25
155:21 156:5
156:18 159:5
160:9 174:1
216:13 220:2,4
228:19 240:15
241:10 248:8
254:6,7
**says** 32:19 43:6
50:20,25 51:5
53:19 54:4,11
54:12,12,13,14
55:3 56:9,14
57:1,21 59:11
59:23 60:6,23
67:2 78:10
80:17 82:18
89:23 91:1
95:17 101:12
103:18 104:1,9
109:10,23

Golkow Technologies,
A Veritext Division
877-370-3377                                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 313 of 332

110:22 111:2
113:6 126:11
126:11 127:9
129:7 142:24
152:16 153:21
155:20 156:16
158:22,23
159:21,25
168:6 169:16
169:18 170:8
170:21 175:25
181:10 198:12
198:14 222:10
227:1 246:20
248:22
**sc** 2:6
**scale** 135:10,11
**scanned** 36:4,4
36:14
**scene** 183:9
**schedule**
150:22
**scheduled**
218:2
**school** 50:1
203:16 204:5
**science** 6:2 62:8
62:9,13 63:17
68:3 70:11,19
71:17 72:3
74:8 175:2,8
176:1,7 184:15
222:21 234:19
234:25

**science's**
156:19 157:1
159:9
**sciences** 71:9
181:17,24
**scientific** 58:21
62:15,17 63:4
72:13 74:2
82:19,21 83:15
83:21 84:13
101:19 144:5
151:23 153:2
155:2 173:3
202:22 203:2
222:22 234:13
234:14
**scientifically**
81:14 115:14
116:5 154:23
157:19 234:18
234:23 235:11
**scientists** 62:10
62:22 70:13,21
74:9 84:1
151:3 158:6,10
158:16 173:1
184:19
**scope** 56:15
154:4 155:24
228:11
**scott** 5:7 6:10
9:2 39:12 43:7
43:10,11 44:21
50:25 75:1
76:3,6 78:6,25

100:14 101:6,9
101:12 108:4
113:6 126:11
126:23,23
148:8 149:5
207:10
**scott's** 101:8
**scratch** 149:18
149:19
**screen** 27:18
28:15 40:4
175:20 176:13
179:16 257:2
**scroll** 129:5
**se** 225:7
**search** 28:6
77:7
**searched** 77:5
**second** 42:21
47:11 48:23
80:1 87:12
95:6 98:7
119:1,4,11
123:15 130:4
131:6 132:9
138:6 164:3
204:17 221:7
226:24 244:25
**secondary**
117:24
**secondly** 16:7
**secret** 173:8,19
**secretariat**
242:21

**secretary** 39:10
79:14 195:21
196:12 240:7
242:6,9,10
**section** 68:21
77:11 81:19,20
82:13 90:9
107:9,11
110:22 127:9
127:15 134:5
176:8 192:8
248:18,19
**sections** 85:7,8
228:7 250:1
**sediment**
188:23
**see** 19:2,3
26:18 28:2,19
40:1 42:2 49:3
50:18,21,24,24
51:3,8 53:4,12
54:3,5,8,10
55:6 56:7,22
57:5 59:16,24
60:5,8,12
62:12 64:12,14
65:7,23,24
67:4,6,13,17
68:10,14 76:19
76:21,23 77:3
77:13,22 78:6
78:8 80:20
81:16,21 82:14
82:23 93:4,5
95:9,10 99:8

Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 314 of 332

100:4,9,19
102:1 106:6,8
106:22 107:11
107:16,18,25
108:12 109:8
109:18 110:3
110:24 111:7
113:9 114:8
121:1 122:6
125:6,8 127:4
127:15,17,22
128:25 131:8
132:12 133:3
134:5,7,8,12
137:24 138:1,8
139:5,15
140:13,20
143:2,19
144:11 145:14
145:21 149:6
149:11 150:24
152:1 153:10
153:16,22
154:5,9 156:1
156:8,12,14
157:25 158:17
160:4 162:10
164:25 166:16
169:10 170:12
170:15,25
175:10,23
189:18 191:9
198:3 207:2
216:8 220:23
229:8 244:25

245:8,15 246:2
246:13,17,24
247:5,13
248:19 250:18
251:25 252:7
252:18,24
253:5
**seeing** 224:21
254:10
**seeking** 155:14
**seem** 78:3
106:23
**seemed** 66:16
95:23
**seems** 79:16
96:16 155:9
159:23
**seen** 27:24 28:3
137:11 142:2,5
142:8,9,11
149:25 203:18
249:13 252:9
253:20,21
**select** 198:10
**selected** 198:11
199:5,8,12
**selection**
141:11
**send** 66:6,7
105:18 109:6
246:21
**senior** 197:24
**sense** 83:17
91:6 134:21

**sensitive** 90:18
223:18,20
**sensitivity**
129:18 223:10
223:12 224:7,9
224:10
**sent** 36:5 76:2
78:6 80:23
149:4 238:10
249:5,6
**sentence** 17:12
51:5
**sentences**
100:12
**separate**
116:15
**september**
169:8,8
**series** 47:11
104:12 120:23
148:24
**serious** 147:12
160:20
**seriously**
195:24
**service** 144:6
201:25
**services** 3:19
**serving** 71:23
173:22
**session** 46:10
47:5 115:2
**sessions** 47:15
236:22

**set** 97:13 98:7
108:16 111:3
112:7 116:15
117:24 119:1,4
119:12 129:24
130:4 131:6
184:2 214:14
214:16 216:8
227:17 258:12
**several** 199:16
**sex** 175:8 176:1
**shape** 104:16
**share** 27:18
28:15 34:6,8
34:11 105:7
175:17,20
176:13
**shared** 179:11
**sharing** 28:11
**shattering**
114:4
**sheds** 10:16
82:21 165:21
166:18
**sheet** 8:16 9:19
137:14 162:18
260:1
**shift** 203:19
**shoot** 133:1,2
**shooting** 133:7
**short** 177:6
**shorter** 93:11
**shot** 133:7
215:19

Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 315 of 332

show   39:24
   77:8 92:23,24
   95:15 256:2
showing   126:17
   164:24 191:7
   225:8,9
shown   60:19
   154:20 254:2
shows   226:15
   244:8
sic   107:21
side   59:22
   208:4
signature
   257:16 258:19
signed   6:13
   9:10 75:3
   148:13 221:8
significant
   44:13 71:20
   185:4 190:18
   233:15 241:15
significantly
   173:2 232:23
silverstein   2:18
   4:7 15:4,4
   20:14 23:9
   25:16 26:6
   49:14 53:6,21
   58:7 61:6,19
   62:25 64:14,20
   65:2 72:8
   74:13,20 84:3
   85:17 86:3,15
   86:19 102:9

103:16 104:7
112:9 114:14
119:17 134:22
137:24 138:8
138:14,16,21
140:22 141:12
147:23 151:20
154:17 155:17
157:4 161:16
162:13 163:11
163:14,16,20
164:1,5,8
165:1,4,8
166:8,13,17
167:12,16
171:10 172:9
173:11,25
177:6,18 178:2
178:25 179:7
179:13,19
180:4 202:18
211:19 212:5
213:4,9,12,17
213:19 220:18
229:16 230:3
235:13,17
236:12,20
239:2 241:22
243:15 244:19
245:10,13,17
256:22 257:3
similar   97:8
238:25
simmons   5:6
9:2 39:12

42:10,12 50:14
148:8 149:5
156:13 158:20
159:20 160:23
simplify   247:3
simply   122:18
229:1
simulations
134:16
single   41:16
114:25
sinks   11:11
220:11 221:1,4
249:6 251:25
253:3,10
sir   15:23 24:7
32:11 37:20
47:16 60:11
64:3 68:20
85:3 99:22
102:19 108:25
174:11
sit   112:5 114:3
114:24 117:15
123:5 173:7
site   101:24
187:4 197:1
215:2 228:23
232:21
sites   22:13
187:2,5 202:6
242:17
sitting   85:19
117:20 230:4

situation
   154:20 212:14
   232:14 248:12
situations
   170:24
six   45:12
   189:21
size   33:7 35:19
slash   30:17
slide   76:11,12
   122:2,5 127:9
   170:7,16,21
slides   7:10
   76:22 77:12,14
   77:18,23 78:11
   78:19 79:4
   92:21 120:9
   122:3
slow   193:9
small   19:17
society   175:7
   176:1 184:20
   198:22 199:1
soften   105:9
soil   181:17,23
   188:22 215:7,9
   215:10
sold   184:2
sole   188:14
solely   117:12
   118:6
solid   101:19
solubility   81:11
solvents   183:19

Golkow Technologies,
A Veritext Division
877-370-3377                                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 316 of 332

**somebody**
37:14 38:4
61:2 66:7
71:23 136:24
143:21 230:15
239:15
**somewhat**
49:25 97:8
133:5
**soon** 74:16
226:23
**sorry** 30:11
70:23 75:16
89:25 124:23
145:1 150:7
151:25 161:23
164:23 168:17
211:17,22
244:24 245:7
250:14,24
256:9
**sort** 17:4 19:18
20:4,6 25:5
31:16,17 53:10
81:18 91:10
94:25 96:17
111:20 121:9
125:15 130:10
141:17 144:14
168:11,12
209:8 212:20
**sorted** 31:20
**sound** 48:1
116:5 153:1,2
171:8 230:10

**soundly** 173:3
**sounds** 17:15
20:9 103:2
105:22 174:12
**source** 109:25
207:4 215:3
**sources** 107:17
107:21,22
**south** 23:11
**southeast** 21:2
190:10
**southern** 1:2
23:11 24:24
186:21,24
187:8 189:19
190:5 199:2,4
**speak** 45:10
**speaker** 211:24
**speaks** 70:22
**special** 5:21
63:13
**specialist** 3:18
**specific** 19:19
26:11 29:4
35:13 36:12
50:13 60:2
176:19 237:3
248:23 252:21
**specifically**
18:6 24:21
27:6,12 37:13
42:18 46:22,24
49:17 51:14
76:22 101:4
114:18 203:21

205:18 237:24
243:5
**spend** 159:16
195:5
**spending**
154:14
**spent** 201:14
**spill** 25:6
**spilled** 186:6
**spills** 200:18,24
**split** 184:4
**spoken** 159:22
**spread** 133:5
**stack** 36:22
**staff** 46:11,20
**stages** 151:16
**stakeholders**
219:21
**stallings** 37:15
37:18,19
**stamp** 42:4
53:20 55:25
75:23 148:25
163:12 166:15
167:11 168:23
169:5 185:15
251:24
**stamped** 64:5
80:3 94:11
112:24 120:23
127:8 138:20
144:19 163:3
167:1,2 220:21
244:17

**stamps** 64:17
**stand** 82:6
104:18 176:9
**standard**
116:11,12
129:19
**stands** 55:23
**stapled** 102:6
106:14,19
145:4
**star** 70:12
95:17
**start** 30:16
41:18 54:2
181:1
**started** 15:25
17:3 23:10
27:5,6 45:17
47:9 49:6
161:13 178:15
190:8 191:7
193:9,15
195:23 196:1
206:14 223:3
**starting** 210:23
216:19
**starts** 203:15
**state** 143:16
185:13 188:4
257:9
**stated** 97:18,21
117:23 123:1
232:19 238:7
239:4 250:9

Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 317 of 332

statement   68:8
  82:2 83:8,10
  83:18 130:19
  144:9,13
  230:16,22
  241:24
statements
  66:10 122:23
states   1:1 15:5
  15:7 56:15,16
  59:15 246:22
stating   101:15
  104:2 122:25
station   2:15
  25:15 26:24
  27:8 30:19
  116:24 117:25
statistical
  130:9,11
stay   24:9
stenographic...
  258:10
step   56:17 67:8
  97:19 215:16
  216:7 224:14
steps   143:1
stick   214:10
sticking   124:3
stop   17:10
  28:11 154:12
stopped   125:20
stopping
  229:14
storage   107:23
  108:4 196:4

239:25
store   91:2,8
storm   256:10
strike   45:8
string   99:23
strong   67:11
struck   51:6
structure   30:16
  30:23
struggle   91:10
stuck   226:16
studies   5:10
  39:14 54:11
  58:21 62:21
  67:25 123:22
  123:24 136:7
  144:2,3,4,5
  146:14,19
  147:4 157:3,19
  157:20 159:16
  160:12,18
  210:20 212:13
  220:5 228:21
  229:7,9 233:21
study   56:17
  57:16 58:15
  62:10,11 73:3
  73:13,15 80:19
  146:5,16 153:5
  154:3,12
  155:23 158:5
  181:16 229:12
  231:3,9
studying   96:15
  184:14

stuff   106:14
stump   34:16
subfolders   31:4
  31:25
subject   5:8,16
  6:4,11,16,25
  7:6,14,21 8:11
  8:18 9:8,13,21
  10:11,19 12:8
  12:25 23:21
  24:13 35:4
  39:13,18 63:18
  65:18 71:24
  75:2,5 88:20
  93:25 120:11
  121:17 124:11
  128:20 137:16
  148:11,14
  152:12 162:20
  164:19 165:23
  176:24 191:8
  245:20 251:10
subjects   181:20
subscribed
  259:19
subscription
  66:1
subsequent
  196:13
substances
  11:14 220:12
subsurface
  183:12 200:12
succeed   235:2

success   145:19
successful
  226:14 235:8
successfully
  145:12,19
sufficiently
  147:21
suggest   239:16
  256:1
suggesting   26:4
  57:14 150:15
suggestion
  247:2
suggestions
  66:18 240:24
suggests   217:3
summarize
  17:23
summarizes
  76:12
summarizing
  47:22
summary   8:9
  10:9 68:25
  128:18 134:6
  149:13,13
  164:17 165:9
summer   49:13
  149:15 176:5
supervisor
  19:13 22:20,21
  29:8 38:8,9
  42:15 192:12
  192:13,16,23
  197:19 199:3

Case 7:23-cv-00897-RJ   Document 397-15   Filed 06/04/25   Page 318 of 332

**supervisory**
  192:8,20
  193:18
**supply**  191:18
  204:10 205:2,9
  215:4,6 216:23
  218:11 226:3
**support**  21:6,8
  21:12,23 22:8
  23:13,23 58:21
  58:22 74:3
  100:16 143:1
  144:4 146:13
  154:7 155:5,11
  156:3 157:18
  186:8,25 187:9
  190:2,13 192:7
  192:14,18,20
  194:13,21,22
  206:18 212:12
  212:21 222:11
**supported**
  23:13 144:2,3
  151:5
**supporting**
  122:4 222:19
**supportive**
  62:24
**sure**  15:25
  17:13 22:5
  35:25 40:4,8
  52:3 53:7,25
  57:8 71:12
  77:21 83:13
  86:4 89:13

  103:12 125:20
  137:1 145:16
  165:10 168:16
  170:3,4 174:9
  188:15 194:11
  197:12 202:6
  203:22 209:20
  210:1 211:10
  213:13 226:12
  226:21 235:16
  236:24 242:12
  248:1 255:21
**surely**  205:19
**survey**  56:16
  56:16 116:23
**susan**  70:1
**swear**  15:12
**switched**
  182:25
**sworn**  15:15
  258:6 259:19
**system**  110:2
  218:8 238:13
**systems**  18:11

**t**

**t**  5:1 22:22,24
  30:17 64:1
**take**  16:9,20,21
  17:1 27:11
  40:9,18,22
  41:13 48:10,15
  63:10 74:16,19
  75:11 78:11
  89:2 92:16
  93:6 94:6

  103:14 106:18
  111:24 115:22
  116:2 118:15
  122:20 123:19
  125:23 129:6
  132:10 136:20
  162:11 174:23
  177:6 187:25
  197:25 209:19
  210:3,14 211:7
  211:9 212:8
  214:5,9 215:19
  228:9 229:14
  229:16,18
  244:7 245:8
  248:16 250:15
  255:15
**taken**  1:13 14:2
  16:3 50:15
  65:3 74:23
  87:15 93:18
  118:21 139:23
  177:12 179:23
  210:1 229:22
  258:10 259:6
**takes**  16:17
**talk**  16:13
  26:21 30:4
  60:20 61:5
  108:23 133:15
  163:6 171:22
  185:18 223:10
  232:7 236:2,4
  236:5

**talked**  45:6
  100:6 171:3
  225:5 240:17
**talking**  22:7
  27:3 33:16
  41:10 48:5
  69:13,14 72:23
  76:22 83:20
  85:1 93:1
  102:5 106:19
  119:10 142:6
  203:19,20,23
  207:22 224:15
  224:19 228:3
  230:25 231:11
  239:1 240:8,10
  241:3 243:8
  252:12 256:24
  257:1
**tank**  107:23
  108:4 197:1
**tanks**  196:4,17
  196:21 239:25
**tap**  204:14,17
**tape**  36:23
**tarawa**  7:4 8:4
  10:4 11:17,23
  12:5,15,22
  37:24 69:3
  93:24 95:2
  96:5 97:11
  112:7 113:7
  117:17 118:19
  118:25 122:9
  122:17 125:24

128:15 130:6
143:12 145:12
147:14 164:14
205:21 206:9
206:11,20
216:16 220:15
222:1 225:17
226:19 227:4
227:23 228:10
228:17 232:13
234:7 243:22
244:2,23 250:1
251:4,9
**target** 133:2,13
**targets** 146:2
**task** 38:12,18
38:22 101:8
**tasked** 172:23
**tce** 126:17
183:20
**team** 22:9
25:19 33:10
38:17 61:22
70:13 92:16
143:23 196:8
196:19 239:23
**teams** 46:9
**tech** 18:3 19:7
181:15 182:24
184:1
**techflow** 82:13
**technical** 6:21
21:6,11,18,21
21:23 22:7
23:12 88:17

101:20,20
186:8,25 187:8
190:2,13
192:14,18
194:12,21,22
206:6,18,24
207:14,21
242:7
**telephone**
38:14 46:3
49:24 171:23
**tell** 16:5,20
17:10,22 18:18
28:20 33:7,24
40:12,20 41:7
41:17 54:18
59:7 60:22
91:7 93:10
99:17 109:4
121:7 137:6
161:7 162:14
184:23 224:10
224:25 241:17
241:21 246:10
248:24 255:22
**telling** 119:16
161:5,6 224:24
254:9
**tells** 135:1,12
**term** 34:11
62:11,20 77:7
203:25 204:21
**terms** 33:2
**terrace** 7:5 8:4
10:4 11:18,23

12:6,15,23
37:24 69:3
93:24 95:2
96:5 97:11
112:8 113:7
117:17 118:19
125:24 128:15
130:6 143:12
145:12 147:15
164:14 205:22
206:9,12,20
216:16 220:15
222:1 225:17
226:20 227:4
227:23 228:10
228:17 232:13
234:7 243:22
244:2,23 250:1
251:4,9
**terrace's**
118:25 122:9
122:17
**test** 235:5,5
**testable** 235:1,6
**testified** 243:3
247:18 254:14
254:17
**testify** 258:6
**testifying** 238:4
**testimony** 36:1
119:18 157:5
161:1 236:9,19
242:24 243:10
249:3 255:6
258:10 259:6,8

**thank** 53:21
135:23 148:23
235:15
**thanks** 74:20
164:8
**thesis** 237:10
237:18
**thing** 51:6
73:20 88:14
103:9 121:20
129:20 130:12
174:21 190:5
194:15 199:24
234:21,24
**things** 28:10
44:4 48:9
49:24 58:4
128:8 157:24
173:4 174:2
192:12 197:22
202:15 203:7
203:11 210:2
215:1 224:20
229:3 233:22
242:7 248:14
**think** 36:1
46:25 47:10,19
47:24 48:4
49:21 54:17
55:11,16,18
58:3,8 60:9,15
63:5 64:20,23
71:25 72:20
73:5 78:12
79:20 82:6

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 320 of 332

83:21 86:20
92:2,4,14 97:8
97:14,23 99:9
101:5 102:3,20
104:8,17
105:16 110:8
118:18 131:15
132:15 146:9
157:10 164:2
184:18 205:23
206:4,14,24
207:11 219:1
219:13 222:9,9
222:12 223:2
226:7,15 229:9
232:11 233:8
234:18 235:11
236:15 237:24
241:24 249:1
249:12,23
250:7
**thinking**  61:9
93:8 95:19
109:16 110:16
233:2
**thinks**  61:4
108:9
**third**  251:24
**thomas**  11:11
220:11 221:1
**thoroughly**
241:7
**thought**  52:16
61:3,23,24
85:10 90:15

92:7 101:18
110:6 161:24
248:5 250:5
253:2,9
**thoughts**
100:13 150:21
**three**  25:8,9
81:9 124:18
186:13 217:13
235:4 239:20
240:16 241:3
241:11,11
**threw**  178:15
**throw**  205:12
**thursday**  46:8
**tie**  96:24
135:21
**tier**  96:17
**ties**  96:23
101:22
**tightly**  133:11
133:20
**time**  14:20
16:10 20:19
23:4 24:17
28:1 32:5
33:16 40:19
41:13 43:16
45:23 47:2
49:11 56:2
61:16 64:16
69:20 83:7
92:17 93:10
98:14 104:13
106:25 108:2

111:19 114:9
115:22 118:22
132:1 135:14
136:4,23 139:8
141:18 151:15
151:15 154:22
158:25 176:16
189:7 195:5,18
201:1 206:1,16
223:2 235:15
252:17 256:8
258:11
**timeframe**  20:5
20:11 21:4
37:9,10 49:5
121:10 214:15
**timelines**  112:2
**timely**  85:15
**times**  96:8
130:7 134:24
207:19 214:23
**timing**  90:11
95:8 255:21
**title**  19:12,13
22:25 43:17
94:24
**tma.osd**  79:11
**today**  26:22
32:14 47:2
48:6 84:21
112:5 114:3,25
152:18 165:15
166:7,17 173:7
176:16 235:15
236:17 238:2,5

239:1 240:4
247:19 252:10
255:25
**together**  54:23
71:10 79:19
101:22 102:6
106:14,20
112:1 114:11
129:10 131:10
133:5,12 145:3
145:5 188:2
190:23 196:7
218:3,5,25
219:16
**told**  36:11 49:8
110:6 121:8
126:6 155:22
161:15,18,24
**toluene**  183:22
**tom**  249:6
251:25
**tomorrow**
105:17
**took**  18:24
37:22 88:6
92:15 141:10
141:25 182:10
188:14,18
235:25
**tool**  118:7
151:18 191:20
**top**  42:1 53:14
55:2 59:9
60:19 67:6
82:12 90:1

Golkow Technologies,
A Veritext Division
877-370-3377                                                www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 321 of 332

96:17 129:7
152:16 165:15
173:1 176:2
198:21 199:14
220:22
**topic** 123:16
**topics** 85:5
**tornado** 152:1
**tort** 2:14
**torts** 2:14
**toxic** 11:14
220:12
**track** 70:21
**traditionally**
243:4
**trail** 79:16
151:10
**train** 197:21
**training** 19:22
197:25 198:5
**transcript**
174:10 258:9
259:5
**transfer** 204:24
**transition** 30:1
**transitioned**
32:3,5,10
**transparency**
140:18
**transparent**
139:8 142:16
**transport** 8:2
10:2 11:21
12:13 18:6
21:25 22:15

23:22 26:13
51:22 128:14
164:13 182:11
183:3,5 200:9
204:4 205:13
206:7 209:16
212:11,25
237:14,22
238:5 240:16
243:21 251:3
**treatment**
204:13
**tremendous**
202:14
**tried** 145:6
**trouble** 77:17
**true** 131:23
178:17 239:11
259:9
**truth** 127:25
128:1 258:7,7
258:7
**truthful** 158:17
**truthfully**
184:23,24
**try** 16:23,25
17:6 28:19
107:1 114:11
118:3 140:6,10
162:12 218:2
**trying** 20:2,5
22:5 34:15
52:14 53:11
59:1 71:3
105:9 107:4,6

124:18 132:14
133:15 143:17
143:24 155:4
175:16 211:1,6
211:13 239:16
240:20 248:6
253:22
**tuesday** 1:15
14:7
**tuning** 152:7
**turn** 41:4 52:25
55:25 59:5
60:18 64:8
67:1 77:10
80:2 81:3,3
82:8 95:5
126:24 134:4
137:22 144:17
163:9 169:2
170:1 246:13
251:23 252:20
**tweak** 215:24
**tweaking**
215:25
**two** 17:11
27:10 46:25
77:11 107:17
130:5 140:19
168:20 170:1
170:15 186:13
200:20 204:2
207:5 218:24
219:15 235:10
237:11

**type** 43:25 77:7
121:20 133:16
170:18
**typed** 127:16
144:8 170:14
170:15,21
**types** 31:17
218:24 219:15
**typically** 52:12
210:25

## u

**u** 19:16 153:15
**u.s.** 2:13 8:5
10:5 11:24
12:16 14:15
116:23 128:16
164:15 243:23
251:5
**uh** 64:2 246:19
**ultimately**
68:14 95:25
108:1,3 146:11
196:1 199:12
228:18
**unacceptable**
81:15
**unaffected**
202:7
**unauthorized**
5:18 6:6,17 7:1
7:7,16,23 8:13
8:20 9:15,23
10:13,21 13:2
39:19 63:19
75:6 88:21

94:1 120:12
124:12 128:21
137:17 148:15
162:21 164:20
165:24 251:12
**unaware** 162:5
**unbiased**
158:17
**unborn** 56:18
**uncertainties**
103:19 105:12
107:13 247:9
**uncertainty**
51:7,15,20,23
52:1,4,8,11,23
107:12,17,21
114:13 120:4
127:16,20,21
128:3 130:20
130:25 131:2
131:20,24
132:4,17,18
133:15,16,19
133:24 134:20
134:25 135:4
135:19 145:25
219:16,18,21
228:4
**under** 17:17
30:20 31:5,16
36:2 50:22
56:6,13 85:14
107:12 142:23
145:23 170:21
175:15 176:7

210:7 221:13
259:1,4
**underground**
107:23 239:25
**underlined**
66:11 67:7,20
82:18
**underlining**
66:15
**understand**
17:9,11,13,16
22:6 26:24
30:11 51:14
52:15 58:9,15
68:17 71:21
79:25 89:13
97:20 107:3
132:2 170:3
200:2 237:5
242:12 254:1
257:11
**understanding**
42:24 43:2
46:19 51:19
73:4,8 83:24
112:6 158:15
172:17,21
208:24 209:6
225:2 232:9
253:5 256:14
**understood**
16:11 58:13
171:16
**underwater**
108:4

**undoubtedly**
95:3
**unexploded**
22:17 194:18
194:20
**unexposed**
232:17
**united** 1:1 15:5
15:7 56:14
59:15
**university**
69:20 184:4
**unknown** 134:2
135:14 218:14
218:17
**unknowns**
238:16
**unofficially**
195:21
**unpredictabil...**
191:25
**unrelated**
22:10
**unusual** 210:24
**unvalidated**
214:20 217:12
233:1
**updated** 59:23
60:4 180:16
198:13
**upload** 179:4,5
179:10,12
**uploaded**
244:19

**us.navy.mil**
3:10
**usdoj.gov** 2:19
2:21
**use** 34:11 66:17
105:6 147:4,6
147:21 156:18
156:25 157:14
159:5,8 160:1
160:2 188:13
188:19 203:2
205:4,5 210:17
213:23 215:18
220:5
**used** 56:2 72:19
84:8 98:21
112:15 115:12
115:18 117:5
118:7 147:10
183:24 184:6
187:24 188:7
189:6 194:19
203:25 204:20
209:13,17
212:16,22
227:2 228:21
243:14 246:11
**useful** 97:1
98:16 116:19
146:5,18
191:20 209:23
210:11 224:24
**usgs** 187:16
189:4

Golkow Technologies,
A Veritext Division
877-370-3377                                                        www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 323 of 332

**using** 25:21
84:6 118:1
218:4
**usually** 17:6
**utilize** 154:12
**utilized** 119:12
127:19
**utilizing** 112:7
**utmost** 184:16
**uzo** 9:7 148:11

**v**

**v** 19:16
**va** 3:7
**vague** 58:1
76:12
**valid** 96:25
115:14 147:4
220:4 234:18
234:23 235:11
**validate** 98:5
98:22 110:13
111:3 114:23
115:9,20,23,25
212:24 213:20
214:20 216:7
**validated** 97:15
97:18 98:3
108:18 115:9
116:3 119:4,14
120:2 227:5
**validation** 98:9
99:15 102:16
108:15,18
110:12 111:6
111:19,23

112:16 114:22
116:15 146:3
147:19 213:23
214:5,13
217:10 219:23
224:14,16
227:4,10,11,13
227:16 228:25
231:12
**validity** 83:21
108:8 224:10
226:19
**value** 81:11
104:10 124:1
155:2 203:1,17
203:18 216:11
**values** 115:13
115:15 147:8
215:18,19
**valves** 218:16
218:16
**variable** 129:22
**varied** 223:24
**varies** 130:23
215:10
**variety** 186:3
**various** 8:15,24
9:18 135:2
137:14 148:6
162:18 193:25
197:22 214:25
223:25 240:23
241:2
**vary** 129:23
130:3

**vast** 195:11
**vcra** 258:21
**verbally** 98:1
**verbatim** 258:9
**verification**
189:11
**verified** 119:1,4
189:10
**verify** 107:5
209:21 210:1,4
228:24
**veritext** 3:19
**version** 105:7
250:25
**versus** 230:25
**vertically** 81:19
**vetting** 67:9
71:11 72:7
**vicinity** 8:5
10:5 11:24
12:16 128:15
164:14 243:22
251:4
**video** 3:18
14:13 16:17
**videoconfere...**
1:10 2:10 14:1
**videographer**
14:13 15:10
74:21 75:14
87:13,18 93:16
93:21 139:21
140:1 177:10
177:15 179:21
180:1 229:20

229:25 257:14
**videotape**
241:18
**videotaped**
1:10 14:1
**vieques** 19:14
19:16,22 21:8
194:6,25 195:4
195:14 202:10
**view** 62:20
98:23 240:25
**views** 65:17
222:4
**virginia** 1:14
14:5,9,19 18:3
18:14 19:7
21:15 29:15
181:15 182:24
184:1 185:13
190:9 258:3
259:12,17
**visibility**
101:17
**vitae** 11:9
178:22
**volume** 175:4
**voluminous**
85:20

**w**

**w** 5:7 6:9 9:1
11:8 39:13
75:1 126:11,23
148:7 178:21
**waddill** 1:12
4:3 5:8,19 6:7

| | | | |
|---|---|---|---|
| 6:9,18 7:2,8,17 | 259:3,14 | **wanted** 41:15 | 122:17 123:9 |
| 7:24 8:22 9:1 | 260:24 | 48:10 58:21 | 123:12 124:4,7 |
| 9:16,24 10:22 | **wait** 153:25 | 73:13 87:1 | 124:10 125:11 |
| 11:6,8 14:2,14 | 249:7 | 88:12 103:20 | 125:15,23 |
| 15:15,21 17:21 | **waived** 257:16 | 159:20 198:21 | 126:2 127:1 |
| 17:22 27:13,17 | **wanda** 9:4 | 210:20 222:13 | 128:15 136:1 |
| 28:14 39:11,13 | 148:9 | 248:14 | 142:24 143:24 |
| 39:20 42:5 | **want** 16:21 | **wants** 92:16 | 146:23 147:14 |
| 53:8 63:12,20 | 17:1,13 26:21 | **warning** 41:12 | 148:1,2 150:21 |
| 64:5 65:6 | 40:17,18 41:11 | 152:1 | 153:3,23 |
| 74:25 75:1,7 | 41:17,18 53:7 | **washington** | 156:21 157:3 |
| 75:23 87:23 | 60:20 62:11,22 | 2:16 221:12 | 159:10 164:14 |
| 88:16,22 89:5 | 63:10 64:10 | **waste** 193:18 | 165:21 166:19 |
| 93:23 94:2,6 | 71:23 72:6 | **watching** | 169:24 187:13 |
| 94:11 120:8,13 | 86:8 89:13 | 241:18 | 188:6 190:15 |
| 124:9,13 125:1 | 92:18 93:13 | **water** 1:5 5:13 | 190:19,21,25 |
| 128:12 137:13 | 100:15 105:8 | 5:14 7:11,19 | 191:3,18 |
| 137:18 138:11 | 108:22 129:3 | 8:4 10:4,17 | 192:21 200:16 |
| 148:5,7,16,25 | 132:10 136:20 | 11:17,23 12:5 | 200:18,19 |
| 157:12 162:17 | 137:8 145:16 | 12:9,15,22 | 203:20,23,24 |
| 162:22 163:3 | 153:24 154:1,2 | 14:15 21:23,25 | 204:10,12,18 |
| 164:11 165:19 | 154:5 155:22 | 22:10 24:14 | 204:21 205:2,6 |
| 165:25 168:6 | 156:1 163:6 | 25:10 39:16,17 | 205:9,16,21 |
| 168:14,22 | 165:10 169:2 | 43:4,21 47:23 | 207:6 208:1,12 |
| 174:13,17 | 170:2 176:18 | 51:10,15,20 | 208:25 209:12 |
| 176:21 178:3 | 179:9,16 181:1 | 54:13,14 56:18 | 209:13 210:17 |
| 178:20,21 | 185:18 189:16 | 60:16 66:20,24 | 213:21 215:4,5 |
| 180:5 220:9 | 189:17 203:19 | 68:16,22 69:7 | 215:9 216:16 |
| 221:14 230:4 | 204:15,16 | 80:19 81:11 | 216:23 218:5 |
| 235:14,24 | 216:5 219:6 | 84:11 85:6 | 218:18,23,25 |
| 236:23 237:9 | 222:17,20 | 95:2 96:5,18 | 219:9,16 |
| 243:19 244:8 | 224:16 232:7 | 101:14 105:4 | 220:14 221:25 |
| 245:19 246:1 | 233:11,12 | 105:21 107:14 | 222:5 226:3 |
| 251:1 254:4 | 244:7 248:2 | 109:16 110:1 | 230:5 232:3 |
| 257:18 258:5 | 256:2,13 | 120:10 122:10 | 233:20,25 |

234:7,10,13
237:11 238:4
238:17,25
239:4 241:12
243:22 244:2
244:23 245:21
246:23 247:1
251:4,9
**watermodeling**
13:3 251:12,17
**way** 20:8,17
34:3 35:24
38:13 40:14
57:15 70:20
75:24 81:9
90:7 95:4
108:10 115:14
116:16 119:21
121:15,15
123:4 125:17
144:22,24
145:2 160:7,14
175:10 202:15
203:7,12 210:4
211:14 212:3
212:23 213:22
217:23 222:12
235:5,7 247:16
**ways** 34:12
52:22 129:24
159:18 222:13
247:23
**we've** 25:8
74:14 229:14
230:24 231:11

238:25 239:5
240:17 244:20
245:17 254:22
254:24
**website** 74:1
136:14
**weed** 71:12
**week** 46:8,9,9
100:8 101:25
106:12 109:14
153:7
**weeks** 96:16
**welcome** 16:6
105:11
**wells** 126:17
188:24 190:25
215:4,6 216:23
216:23 218:11
226:3
**went** 18:19
31:24 44:4
47:9 48:17
50:20 53:11
85:21 103:13
136:2 147:5
152:2 199:6,10
229:6 246:4
256:9
**west** 18:23
186:16
**wide** 199:7,7
**wife** 91:1,7
**wiggle** 249:2
**williams** 5:7
6:10 9:2 39:13

43:8,10,11
44:22 75:2
76:3 78:6,10
78:25 79:8
108:4 113:6
126:23 148:8
149:5 207:10
**willing** 154:21
154:22 157:18
**winner** 199:13
**wisps** 191:6
**wit** 259:17
**withdraw**
35:23
**withheld** 86:2,5
86:13 88:2
90:23 91:14
92:1
**withholding**
86:14,23 88:10
92:8
**witness** 15:13
46:16,17
176:17,19
177:3,5 213:15
236:16
**wjs1** 55:4,17,22
55:23
**wjs3** 60:23
**wjs9** 57:2
**wonder** 109:21
**wondering**
49:10 110:22
213:10

**word** 19:15
54:2 72:19
111:24 137:8
139:7 145:19
**worded** 247:16
**wording** 105:9
**words** 83:4,22
84:6,8 147:9
233:4
**work** 18:15,19
19:8 20:1 21:3
22:1 23:23
24:18,22 25:2
25:20 26:25
27:4 29:21
30:6,22 31:5
32:3 38:23
48:7 62:24
66:18 80:25
85:16 86:7
98:8 109:14
114:12 115:2
121:15 125:23
136:13,22
139:13 142:9
151:16 153:23
154:23 161:13
161:14 168:12
172:8 180:12
184:21 185:8
185:14,25
186:15 187:18
187:22 190:12
190:15 192:17
192:20,23

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-15 Filed 06/04/25 Page 326 of 332

193:15 194:2
195:11 196:14
197:7 199:21
200:11,19,21
201:18 202:12
202:21 203:17
204:1,2,9
205:16 207:6
208:7,25 209:2
209:4,7 210:7
211:4 218:3,21
222:17 225:7
231:2,8 239:12
239:15,16
240:1,24
242:14,16,19
243:8 248:8,14
**worked** 19:3
20:10 23:16
25:9 29:24
30:3 31:7
42:12,25 43:11
43:15 50:2
101:6 117:18
150:16 185:10
185:22 186:16
187:3,14
199:19 201:23
207:8,11,25
208:2
**workgroup**
6:21 88:18
**working** 18:22
18:22 23:8,19
24:13 28:22,24

29:2 30:9
34:20 38:17
49:6 61:22
62:4 63:4
85:14 117:8
168:12 181:18
183:10 187:18
190:6,8,12
195:5 196:2
201:18 202:20
208:22 211:24
217:6 222:4,11
**works** 33:17
198:4 213:23
**workshop**
114:11
**world** 83:24
84:1 96:23,25
112:14 115:23
116:17,20
117:2,11 118:9
118:15 130:14
130:23 131:5
131:18,19,22
134:1 135:21
151:3 158:9,9
188:17 209:20
209:25 210:3
212:15 214:2
216:2,10,11,12
217:2,13 224:6
224:7,18,23
225:1,10 226:1
234:20,22

**worried** 86:18
87:7
**worth** 105:13
**worthwhile**
250:5
**wriggle** 249:2
**write** 100:13
196:8 197:2
246:12
**writing** 97:25
117:21 221:19
221:21,22
240:2 247:22
**writings** 96:16
**written** 38:13
67:15 85:10
177:23 240:5
241:6
**wrong** 77:15
138:2 150:15
167:22 168:1
171:5 191:21
219:2 244:20
244:20 245:4
250:20
**wrote** 67:19
80:14,14 83:1
83:4 84:17
149:23 150:3
151:7 173:3
221:23 223:1
230:16

| x |
|---|

**x** 4:1 5:1
**xx** 6:22 88:18
**xylene** 183:22

| y |
|---|

**y** 22:22,23
62:23
**yeah** 18:22
20:16,18 34:13
46:5 49:15,25
53:9,15 54:9
58:8,12 61:7
63:1 64:14
72:9 75:16
77:19 79:22
80:12 84:4
85:4 90:25
95:11,12,18
102:10 103:2
103:24 106:21
112:10 113:18
113:18,18,24
114:2 119:19
121:21 131:14
138:8 140:23
144:24 149:19
150:8,12 157:6
164:1 165:1,8
167:12 172:10
176:2,2,2,11
179:7,19
186:10 192:25
193:14 209:11
211:19 222:8
225:18 227:20

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ    Document 397-15    Filed 06/04/25    Page 327 of 332

229:16,18
230:11,11,12
231:16 235:19
240:7 241:15
245:2 248:11
253:11,16
254:5
**year** 45:12
49:12 153:24
153:25 154:13
154:13 155:12
186:18 194:3,3
196:16 198:23
207:5
**years** 27:7,10
44:22 55:14
67:21 91:20
97:9 98:14
114:7 118:24
178:7 186:13
189:21 195:20
197:23 201:15
202:19 206:5
209:7
**yep** 50:24
110:4
**yesterday** 47:4
47:17 236:10
236:18 237:5
242:24 243:3
244:16

**z**

**zoom** 46:3,21
179:6,8

Golkow Technologies,
A Veritext Division
877-370-3377 www.veritext.com
Case 7:23-cv-00897-RJ Document 397-15 Filed 06/04/25 Page 328 of 332

Rules of Supreme Court of Virginia

Part Four - Pretrial Procedures

Depositions and Production at Trial

Rule 4.5

(e) Submission to Witness; Changes; Signing.
When the testimony is fully transcribed, the
deposition shall be submitted to the witness for
examination and shall be read to or by him, unless
such examination and reading are waived by the
witness and by the parties. Any changes in form or
substance which the witness desires to make shall
be entered upon the deposition by the officer with
a statement of the reasons given by the witness for
making them. The deposition shall then be signed by
the witness, unless the parties by stipulation
waive the signing or the witness is ill or cannot
be found or refuses to sign. If the deposition is
not signed by the witness within 21 days of its
submission to him, the officer shall sign it and
state on the record the fact of the waiver or of
the illness or absence of the witness or the fact
of the refusal to sign together with the reason, if
any, given therefor; and the deposition may then be
used as fully as though signed unless on a motion

to suppress under Rule 4:7(d)(4) the court holds
that the reasons given for the refusal to sign
require rejection of the deposition in whole or in
part.


DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT


Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.


Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.