# EXHIBIT 15

DEPARTMENT OF THE NAVY
NAVAL FACILITIES ENGINEERING COMMAND
1322 PATTERSON AVENUE, SE SUITE 1000
WASHINGTON NAVY YARD DC 20374-5065

IN REPLY REFER TO:

November 24, 2008

Thomas Sinks, Ph.D.
Deputy Director
National Center for Environmental
Health/Agency for Toxic Substances and
Disease Registry
1600 Clifton Road, Mail Stop E-28
Atlanta, Georgia 30333

Dear Dr. Sinks,

Thank you for your October 28, 2008 letter to Mr. Richard Mach, regarding the Agency for Toxic Substances and Disease Registry (ATSDR) request to the Department of Navy (DON) to provide names for the Hadnot Point water modeling expert panel at the Marine Corps Base, Camp Lejeune. We appreciate being given the opportunity to nominate experts for the panel.

In preparation for the panel meeting, we recommend that the charge for the Hadnot Point water modeling experts be clearly defined, as was mentioned in our minutes from our July 8, 2008 meeting. The meeting minutes also reflect that the panel should be charged with the specific task of evaluating and deciding next steps in applying water modeling to the Hadnot Point area. In order to effectively achieve this goal, we would like to see the composition reflect an appropriate number of water modeling experts. We understand and agree that it will be beneficial to have the panel comprised of some health study experts, but would recommend that the expertise be primarily directed to the water modeling tasks. We also would like to see a copy of the charge once it is developed for the expert panel.

The following are our list of expert panelists for consideration. They are provided in our recommended priority order with No. 1 being our Highest Priority. Although your request asked for two or three names, we had many water modeling experts whom we considered highly qualified and are therefore, providing five names. We request that you consider all these nominees and request that you consider accepting three for the panel. Again, all of the nominees are experts in their field, and we appreciate ATSDR considering all of their qualifications in establishing the most scientifically competent expert panel to support all concerned stakeholders.

1. Jack Parker
   Civil and Environmental Engineering
   The University of Tennessee
   62 Perkins Hall
   Knoxville, TN 37996-2010
   Phone: (865) 974-7718
   Email: jparker@utk.edu

2. Mary Hill
   USGS
   3215 Marine Street
   Boulder, CO 80303
   Phone: (303) 541-3014
   Fax: (303) 447-2505
   Email: mchill@usgs.gov

3. Peter Pommerenk
   AH Environmental Consultants
   804 Omni Boulevard, Suite 201
   Newport News, VA 23606
   Phone: (757) 873-4959
   Fax: (757) 873-4952
   Email - ppommerenk@ahenv.com

4. Chuck Newell
   GSI Environmental Inc.
   2211 Norfolk, Suite 1000
   Houston, TX 77098-4054
   Phone: (713)-522-6300
   Fax: (713)-522-8010 fax
   Email: inquiries@gsi-net.com

5. Tom Sale
   Colorado State University
   B001 Engineering Research Center
   Fort Collins, CO
   Phone: 970-491-8413
   Email: saletm@engr.colostate.edu

Also, in the water modeling expertise context, our office recommends that ATSDR consider having a National Academy of Sciences (NAS) member on the expert panel.

Thanks for the opportunity to contribute to the expert panel, and we look forward to reviewing its charge and having them meet in March of 2009. We are also forwarding the names to Ms. Elizabeth Bertelsen, per your request. If you have any questions, my point of contact to support you in this matter is Ms. Kim Brown, who can be reached at (202) 685-0096 or kim.brown@navy.mil.

B. P. Harrison

B. P. HARRISON, M.P.A., P.E.
by direction

Copy to:
ATSDR (H. Frumkin, C. Aloisio, M. Campbell, J. Masone)
ERG (E. Bertelsen)
MCHB-TS-E (M. White)
ASN(E) (R. Mach)
CNO (N-45C)(W. Holmes)
NAVFACHQ (K.Brown)
USMCHQ (C. Sakai, S. Williams)
NMCPHC (Y. Walker, M. Simmons)