# EXHIBIT 16

# Expert Rebuttal Report of

# David Sabatini, PhD, PE, BCEE

**January 14, 2025**

**Prepared by:**


**David Sabatini, PhD, PE, BCEE**

**Registered Professional Engineer,** Oklahoma - 17121

**1632 Crestmont Ave., Norman, OK 73069**

## TABLE OF CONTENTS

*Section 1: Background and Experience:* ........ *1*

*Section 2: Introduction* ........ *2*

*Section 3: Brief description of Hadnot Point and Tarawa Terrace water treatment plants and background on volatilization concepts pertinent to my expert rebuttal report* ........ *3*

3.1 Hadnot Point and Tarawa Terrace Water Treatment Plants ........ 3

3.2 Background regarding volatilization losses ........ 4

*Section 4: Summary of My Opinions in Response to Hennet's Opinions 2, 10 and 13* ........ *6*

*Section 5: Discussion of Opinions* ........ *7*

5.1 Hennet (2024) overestimated VOC losses in the raw water during storage, treatment, and distribution; only minor VOC losses occurred in these systems. (in response to Hennet's Opinion 2, which suggests substantial losses). ........ 7

5.1.1 Spiractors ........ 8

5.1.2 Storage Tanks (Raw Water, Treated Water/Clearwells, Water Towers) ........ 9

5.1.3 Other potential VOC losses (filters, recarbonation basin, solids, backwash, distribution) ........ 11

5.1.4 Summary of VOC losses in water treatment plant storage, treatment, and distribution ........ 13

5.2 The ATSDR models indirectly accounted for VOC losses during water treatment, storage, and distribution (in response to Hennet's Opinion 10 that losses were not accounted for - Hennet, 2024, p. 5-36) ........ 14

5.3 Hennet (2024) overestimated VOC losses in the mobile field water tanks (water buffaloes). Water concentrations in the water buffaloes were only moderately lower than in the water treatment plants' treated water. (In response to Hennet's Opinion 13, that they were substantially lower - Hennet, 2024, p. 5-39). ........ 16

**SECTION 1: BACKGROUND AND EXPERIENCE:**

I am David Ross Boyd Professor Emeritus of civil engineering and environmental science at the University of Oklahoma (OU). I joined OU in 1989, became Associate Director of the Institute for Applied Surfactant Research in 2000, and was Founding Director of the OU WaTER Center in 2005. I was appointed the Sun Oil Company Endowed Chair in 2002, and I held this position until my retirement in 2022. I received my BS in Civil Engineering (CE) from the University of Illinois in 1981, my MS CE from Memphis State University in 1985, and my PhD from Iowa State University in 1989. In addition to my PhD, I am a registered Professional Engineer (PE) and am a Board Certified Environmental Engineer (BCEE).

Over the past four decades, my research has focused on advancing and utilizing fundamental physical-chemical concepts for drinking water treatment and groundwater remediation. As an indication of my expertise and reputation on these topics, I served as Editorial Board member of the *Journal of Water, Sanitation and Hygiene for Development* and Editor-in-Chief of the *Journal of Contaminant Hydrology*, and I have coauthored or coedited five books and over 200 refereed journal publications on these topics. For over three decades, I have taught a graduate-level course on the physical-chemical process for drinking water treatment. Further details on these and other items, including any publications I have authored in the last ten years, are in my full vitae, attached to this report as Exhibit B.

The impact of my research is demonstrated by its being cited 13,728 times with an h-index of 67 (67 of my articles have been cited more than 67 times), an i-100 index of 34 (34 of my articles have been cited more than 100 times), and an i-10 index of 202 (Google Scholar Citations: December 30, 2024). My research funding totals $12.8 M, including funding from the National Science Foundation, Environmental Protection Agency, Department of Energy, and Department of Defense.

As a further indication of the impact of my work, my awards include the following (a partial list): Life Member of the American Water Works Association (AWWA, 2022), Oklahoma Higher Education Hall of Fame – Oklahoma Higher Education Heritage Society (2020), International Service Award from U.S. National Chapter of International Association of Hydrogeologists (2017), Distinguished Alumnus Award from the University of Illinois Civil and Environmental Engineering (2012), DaVinci Fellow Award – DaVinci Institute of Oklahoma (2010), the Oklahoma Medal for Excellence from the Oklahoma Foundation for Excellence (2010), the Japanese Oil Chemist Society Lectureship Award (2006), and the National Groundwater Association Groundwater Remediation Project Award (2006). From 1997 to 1998, I was honored to be a Senior Fulbright Scholar at the Universitaet Tuebingen, Germany.

My background and experience sufficiently and uniquely qualify me to comment on the fate of contaminants in Camp Lejeune water treatment plants and distribution systems, as well as the ultimate delivery of contaminated drinking water to marines and their family members.

## SECTION 2: INTRODUCTION

The Bell Legal Group retained me in April 2023 on behalf of the *Camp Lejeune Water Litigation* Plaintiffs. Relevant to my expert rebuttal, my expertise is in physicochemical processes impacting drinking water treatment and water quality. I am being compensated at $300 per hour for preparing this report. My rate for deposition and trial testimony is $400 per hour. I have not testified by deposition or trial in the last four years.

My methodology for assessing Dr. Hennet's Expert Report Opinions 2, 10 and 13 was to evaluate the basis of his opinions relative to losses of VOCs during water treatment, storage, and filling of water buffaloes, study the supporting documents that Hennet relies upon along with the AH Environmental Report (2004), perform calculations to help identify reasons for the disparity in estimated losses between the two studies, evaluate appropriateness of input parameters to Hennet's calculations, and assess limitations of the approaches utilized to estimate VOC losses. Based on these analyses and my professional experience and judgment, I suggest modifications to Hennet's calculations that, in my opinion, more accurately capture the losses experienced in water treatment and storage at Camp Lejeune.

My expert opinion is based on my education and experience as a civil engineer and environmental scientist and on the available data and information, which, in addition to ATSDR reports, include government documents, standard textbooks, and refereed scientific journal articles documenting scientifically accepted contaminant losses in water treatment and delivery (see Exhibit A for a list of these documents). A complete list of all materials I have considered in rendering the opinions in this rebuttal will be produced within seven days of my report's submission.

## SECTION 3: BRIEF DESCRIPTION OF HADNOT POINT AND TARAWA TERRACE WATER TREATMENT PLANTS AND BACKGROUND ON VOLATILIZATION CONCEPTS PERTINENT TO MY EXPERT REBUTTAL REPORT

### 3.1 HADNOT POINT AND TARAWA TERRACE WATER TREATMENT PLANTS

AH Environmental (2004) and Hennet (2024) provide detailed descriptions of the Hadnot Point and Tarawa Terrace water treatment plants, which I briefly summarize below. Additional details can be found in the AH Environmental and Hennet reports. I do not address the Holcomb Boulevard water treatment plant as VOCs did not adversely impact its raw water (Maslia et al., 2013).

Figure 3-1 (AH Environmental, 2004) summarizes the Hadnot Point water treatment plant, showing the raw water reservoir, the five parallel Spiractor softening units, the recarbonation basin, the five parallel gravity filters, and the finished water reservoirs. The system was designed to process the flow of 5 MGD (million gallons per day). Not shown in Figure 3-1 is the 300,000-gallon water tower filled from the finished water reservoir. See AH Environmental (2004) (Exhibit D) and Hennet (2024) for additional details on the treatment system.




Figure 3-1 Hadnot Point Water Treatment Plant (Figure 2-3, p. 2-8, AH Environmental, 2004)

Figure 3-2 (AH Environmental, 2004) summarizes the Tarawa Terrace water treatment plant showing the Spiractor softening unit, the six parallel pressure filters, and the finished water reservoir. The system was designed to process 1 MGD of flow. Not shown in the diagram is the 250,000-gallon water tower filled from the finished water reservoir. See AH Environmental (2004) and Hennet (2024) for additional details on the treatment system.




Figure 3-2 Tarawa Terrace Water Treatment Plant (Figure 2-6, p. 2-11, AH Environmental, 2004)

### 3.2 BACKGROUND REGARDING VOLATILIZATION LOSSES

The primary potential losses of interest in the Hadnot Point and Tarawa Terrace water treatment processes result from contaminant volatilization from the water into the air. In the Camp Lejeune case, the contaminants of concern (COCs) are the volatile organic compounds (VOCs) tetrachloroethylene (PCE), trichloroethylene (TCE), 1,2-trans-dichloroethylene (1,2-tDCE), vinyl chloride (VC) and benzene (Bz).

Equilibrium volatilization is described by Henry's Law (Schwarzenbach et al., 1993; AWWA, 1990; Crittenden et al., 2012), which indicates that the gaseous (air) concentration of a compound ($C_{air}$) is linearly proportional to the liquid (water) concentration of that compound ($C_{water}$), as shown in Equation 3-1. The proportionality constant (H) in Henry's Law (Equation 3-1) is known as Henry's Law Constant. Rearranging Equation 3-1 to Equation 3-2, Henry's constant is a compound's partitioning ratio (relative air to water concentration) at equilibrium.

$$C_{air} = H * C_{water} \qquad \text{(Equation 3-1)}$$

$$H = C_{air} / C_{water} \qquad \text{(Equation 3-2)}$$

An analogy illustrating Henry's law is the carbonation of Coca-Cola (Coke). In a Coke bottle, the $CO_2$ in the Coke (carbonation) is in equilibrium with the $CO_2$ in the air between the Coke and the lid (the headspace); this partitioning follows Henry's Law. If you remove the lid, you hear the pressurized $CO_2$ in the headspace escape the bottle. If you drink half of the Coke and put the lid back on, the $CO_2$ in the remaining Coke will eventually equilibrate with the new headspace, leading to loss of $CO_2$ from the Coke. This reduces the carbonation of the Coke and, in the vernacular, the Coke goes flat.

Henry's Law assumes there is sufficient time for equilibrium partitioning to be achieved. Following up on the Coke analogy, after you consume half the Coke and replace the lid, it takes

time for the Coke $CO_2$ to come into equilibrium with the new headspace (air). If you measured the $CO_2$ in the air over time, you would find that it gradually increases towards the equilibrium value predicted by Henry's Law. Thus, in early time periods, the air concentration and volatilization would be much less than predicted by Henry's Law. This time-dependent (kinetic) process is a function of the driving force for volatilization (the concentration gradient between equilibrium and actual air concentration of the VOC), the area across which volatilizations is occurring, and the resistance to contaminant leaving the liquid and going into the gas phase. This process is analogous to heat flow; in the winter, heat is lost from the home in proportion to the temperature difference from inside to outside, the home's surface area, and the heat flow resistance (degree of insulation).

For volatilization, the kinetic process is described by a two-film mass transfer process (AWWA, 1990; Crittenden et al., 2012), as summarized in Equation 3-3. In this equation, J is the contaminant transfer rate (from liquid to gas in our case), $K_L$ is the inverse resistance to contaminant flow (diffusion-controlled transfer from the water to the air), A is the area over which contaminant transfer occurs, and delta C is the concentration gradient between aqueous concentration and equilibrium gaseous concentration (the driving force). As delta C approaches zero (as we approach equilibrium), contaminant flow from liquid to air (volatilization) decreases until equilibrium is reached.

$$J = K_L A \text{ (delta C)} \qquad \text{(Equation 3-3)}$$

To summarize, Henry's Law indicates the maximum volatilization that can be experienced given sufficient time to reach equilibrium (Equation 3-1). For shorter time periods, the air concentration (volatilization) may be much less than predicted by Henry's Law, depending on how quickly VOCs can migrate from the water to the air phase. In the early stages of contaminant volatilization, the air concentration and associated volatilization losses will be controlled by the area for contaminant transfer, diffusion-controlled transfer from water to air, and the driving force (difference between actual and equilibrium gaseous concentrations) as captured by the two-film transfer processes (Equation 3-3).

## SECTION 4: SUMMARY OF MY OPINIONS IN RESPONSE TO HENNET'S OPINIONS 2, 10 AND 13

Based on my review and analysis of the documents discussed in this report and listed in Exhibit A, my education and experience, and my review of the scientific literature, I have reached the following opinions within reasonable scientific and engineering certainty, all of which are explained in further detail in Section 5 of this report:

4.1 Hennet (2024) overestimated VOC losses in the raw water during storage, treatment, and distribution; only minor VOC losses occurred in these systems (in response to Hennet's Opinion 2 suggesting *substantial* losses - Hennet, 2024, p. 3-1).

- *The water treatment processes at Camp Lejeune would cause only minor losses of the VOCs of interest. Assumptions in Hennet's calculations led to the overestimation of these losses. Rather than 15 to 32% losses by Hennet's calculations, I estimate < 6 to 12% losses for the range of VOCs.*

4.2 The ATSDR models indirectly accounted for VOC losses during water treatment, storage, and distribution (in response to Hennet's Opinion 10, suggesting losses not accounted for - Hennet, 2024, p. 3-3)

- *Water samples from the distribution system and homes were included in the final stage of calibration.*

4.3 Hennet (2024) overestimated VOC losses in the mobile field water tanks (water buffaloes); water concentrations in the water buffaloes were only moderately lower than in the water treatment plants' treated water. (In response to Hennet's Opinion 13, suggesting they were *substantially* lower - Hennet, 2024, p. 3-3).

- *While losses during tank filling were possible, assumptions in Hennet's calculations led to overestimates of these losses. While Hennet estimated on the order of 41% to 61% losses, I estimate no more than 15% to 22% losses for filling through filler pipe/strainer and 4.2% to 6.7% for filling through the manhole for the range of VOCs.*

I reserve the right to amend these opinions should new information be provided or become available to me.

## SECTION 5: DISCUSSION OF OPINIONS

This section provides a detailed discussion substantiating the three opinions summarized in Section 4. Evidence to support my opinions is provided by referring to standard textbooks and peer-reviewed journal articles as documented in my discussion.

### 5.1 HENNET (2024) OVERESTIMATED VOC LOSSES IN THE RAW WATER DURING STORAGE, TREATMENT, AND DISTRIBUTION; ONLY MINOR VOC LOSSES OCCURRED IN THESE SYSTEMS. (IN RESPONSE TO HENNET'S OPINION 2, WHICH SUGGESTS SUBSTANTIAL LOSSES).

Hennet (2024) and AH Environmental (2004) each estimated VOC losses in various stages of the water treatment, storage, and distribution system, as summarized in Hennet's Exhibit 2-1 (reproduced below as Figure 5-1). This schematic represents both the Tarawa Terrace and Hadnot Point treatment systems with the variation that Tarawa Terrace did not have a raw water storage tank and Hadnot Point included a recarbonation basin between the Spiractors and the filters (see Section 3.1 for a brief summary and AH Environmental, 2004, Section 2.3 for a detailed description of the water treatment plants). The Holcomb Boulevard water treatment plant is not addressed as VOCs did not adversely impact its raw water (Maslia et al., 2013).

The main points of potential VOC losses estimated by Hennet (2024) and AH Environmental (2004) are in the treatment process (specifically the Spiractors), the raw water storage (Hadnot Point only), and the treated storage (clearwell) tanks, and the water towers. Since the Spiractor design volumes and flow rates were the same for all Spiractors in both treatment systems, the VOC loss estimate approach applies to Tarawa Terrace and Hadnot Point as discussed in the next section. Since raw water storage, clearwell, and water tower VOC losses are estimated similarly but vary by tank size and flow rate, they will be discussed in the subsequent section. I will present the VOC loss estimates from Hennet (2024) and AH Environmental (2004) along with my own conclusions based on my calculations and assessments.




**Exhibit 2-1. Flow Through Schematic for Water from Supply Wells to Distribution**

Figure 5.1 Flow Schematic for Water Treatment and Distribution (Hennet, 2024, p. 5-2)

#### *5.1.1 Spiractors*

AH Environmental (2004) and Hennet (2024) followed the same approach for estimating VOC losses in the Spiractors, with their results summarized in Table 5.1.

Table 5.1 – Spiractor PCE and TCE volatilization losses estimated by AH Environmental (AH 2004), Hennet (2024), and corrected for AH Environmental

| Source | TCE Loss (%) | PCE Loss (%) |
|---|---|---|
| AH Environmental (2004)* | 6.1 | 7.7 |
| Hennet (2024)** | 10.0 | 12.2 |
| AH Environmental (2004) – corrected*** | 5.2 | 6.2 |

*AH (2004), Sec 4.2, p. 4-1

**Hennet (2024), Exhibit 2-4, p. 5-6

***Exhibit C.1

To understand why Hennet estimated VOC losses larger than AH Environmental, I reviewed the estimation approach they used (both followed the method outlined in Nakasone (1987), summarized in AH (2004), and incorporated into WATER9 (EPA, 1994)). Upon repeating their calculations I identified two reasons for the differences in the estimated VOC losses: (1) AH Environmental transposed an exponent in their Equation 11 (AH 2004 – Exhibit D, p. 3-4) – the last term should be $h^{0.31}$ instead of $h^{0.13}$ (Nakasone, 1987), Hennet caught this error as well; and, (2) AH Environmental used a water drop in the effluent pipe of 1 ft (0.3 m) while Hennet used a fall height of 2 ft (0.6 m) (leading to fall height Z values of 0.375 m and 0.675 m, respectively).

Relative to the transposed exponent, I recalculated AH Environmental's losses using the correct exponent and listed the updated values in Table 5.1 as corrected. Implementing the correct form of the equation reduced the volatilization loss values predicted by AH (Table 5.1), thus not accounting for Hennet's higher loss values. Rather, Hennet's use of 2 ft as the water drop in the effluent pipe is the reason for his higher VOC loss estimates.

So why did Hennet choose to use 2 ft instead of AH Environmental's value of 1 ft? In Exhibit 2-3a (p. 5-5, Hennet, 2024), Hennet shows a picture of a Spiractor effluent pipe that was being replaced, although he doesn't indicate which water treatment plant this came from. In this figure, Hennet indicates a 2 ft drop from the top of the effluent pipe to the top of the pipe, carrying water away from the effluent pipe. I surmise that this is why Hennet chose to use a 2 ft (0.6 m) value. However, AH Environmental (2004) indicates that the water drop was no greater than 1 ft for Hadnot Point (AH, 2004, p. 4-2), while for Holcomb Boulevard, which did not have a recarbonation basin, the water drop could approach 2 ft. AH Environmental indicates that the recarbonation basin created a headloss (constricted the flow) such that water backed up in the Spiractor effluent pipe resulting in a 1 ft versus 2 ft water drop in the Spiractor effluent pipe for Hadnot Point. This impact can be seen visually in AH Environmental (2004) Figure 4-1 (Exhibit D – p. 4-2) for Hadnot Point and AH Environmental (2004) Figure 4-3 (Exhibit

D – p. 4-3) for Holcomb Boulevard; Figure 4-3 shows more free fall versus Figure 4-1 for Hadnot Point, justifying AH Environmental's choice of the 1 ft (0.3 m) water drop in the Spiractor effluent pipe. Hennet (2024) does not refer to AH Environmental's discussion regarding the impact of the Hadnot Point recarbonation basin on the water drop in the Spiractor effluent pipe. Further, AH Environmental's Figure 3-4 (Exhibit D – p. 3-10), which Hennet includes as his Exhibit 2-2 (Hennet, 2024, p. 5-4), shows a 12 in drop. I thus conclude that AH Environmental's use of 1 ft (0.3 m) for the water drop in the Spiractor effluent pipe is justified.

In Table 5.2, I extend AH Environmental's corrected calculations for a 1 ft (0.3 m) drop to 1,2-tDCE, VC (vinyl chloride), and Benzene (Bz) and summarize Hennet's values for a 2 ft drop for all five VOCs. In all cases, Hennet's values are almost twice that compared to AH Environmental's use of 1 ft. In my opinion, as discussed above, the AH values are more appropriate.

Table 5.2 – Spiractor VOC Loss Estimates for AH Environmental Water Drop in Effluent Pipe (1 ft), vs. Hennet (2 ft)

| Source | TCE (%) | PCE (%) | 1,2-tDCE (%) | VC (%) | Bz (%) |
|---|---|---|---|---|---|
| AH Environmental (1 ft)* | 5.2 | 6.2 | 5.9 | 9.9 | 4.3 |
| Hennet (2024) (2 ft)** | 10.0 | 12.2 | 11.1 | 19.1 | 8.1 |

* Exhibit C.1

** Hennet (2024), Exhibit 2-4, p. 5-6

One final observation can be made regarding calculated VOC losses in the Spiractor effluent pipe. The Nakasone (1987) method estimates VOC losses due to water flow over a weir. A weir is a vertical barrier or wall over which water flows, cascading as a free fall onto the other side of the barrier or wall. The water flows over the barrier in a parallel path above and below the weir. In reality, the water exits the Spiractor over the circular edges of a pipe (see AH (2004) Figures 3-2 and 3-3, Exhibit D, pp. 3-8 and 3-9, respectively), so that the water flow after the "weir" is no longer parallel but converges in the center (see AH (2004) Figure 4-1, Exhibit D, p. 4-2). As the water (flow lines) converge in the center, the area for volatilization decreases. Thus, while I am not aware of a better approach than Nakasone (1987) for making this estimate, in my opinion, the estimated values of VOC losses will be conservative (higher than actually experienced). All this to say, I find this to be further justification supporting the corrected AH Environmental Spiractor volatilization losses in Table 5.2 for Hadnot Point and Tarawa Terrace. If anything, in my opinion, the actual values were lower than AH Environmental predicted rather than higher as Hennet (2024) suggests.

#### *5.1.2 Storage Tanks (Raw Water, Treated Water/Clearwells, Water Towers)*

Both AH Environmental (2004) and Hennet (2024) followed the approach outlined in Thomas (1990) for estimating VOC losses in raw water and treated water (clearwell) tanks, and water towers. Whereas AH Environmental (2004) estimated VOC losses of **0.04% or less** (AH, 2004, p. 4-4) for the tanks, Hennet estimated loss values summed across these tanks of **6 to 14%** for the range of VOCs (Hennet, 2004, Exhibits 2-4 and 2-5, pp. 5-6 to 5-10). To understand

why VOC losses from Hennet were greater than AH Environmental's values, I reviewed the estimation approach as summarized in AH Environmental (2004) and referred back to the original Thomas (1990) document. Thomas (1990) compiles four different methods for estimating volatile losses from water bodies open to the atmosphere: (1) Mackay and Wolkoff, (2) Lisa and Slater, (3) Chiou and Freed, and (4) Smith et al. AH Environmental (2004) and Hennet (2024) followed the Smith et al. (1980) approach as outlined in Thomas (1990). I agree with this choice.

Given that they both followed the Smith et al. approach, why did their estimates differ so dramatically? Upon looking further into their respective calculations, AH Environmental (2004) invoked the Southworth (not Southgate as referred to by Hennet, 2024, p. 5-11, footnote 64) method for estimating volatilization rates for input to the Smith et al. approach (AH Environmental used Thomas, 1990, Equations (15-32) to (15-34) in their analysis which are AH's Equations 4 to 6, p. 3-12 to 3-13, 2004 – see Exhibit D). The Southworth technique was developed for moderately volatile compounds ($10^{-5}$ < Henry's Constant < $10^{-3}$ atm-m$^3$/mol), while VOCs of concern to Camp Lejeune are highly volatile (> $10^{-3}$ atm-m$^3$/mol; see Thomas, 1990, Table 15-4, pp. 15-24 to 15-25). As such, the Southworth approach does not apply for VOCs of interest to Camp Lejeune which all have Henry's Constants > $10^{-3}$ atm-m$^3$/mol. Hennet (2024) correctly uses the more generalizable approach outlined in Thomas (1990), which is appropriate for VOCs of interest at Hadnot Point and Tarawa Terrace water treatment plants. This difference explains why Hennet's (2024) estimates are different, and higher, than AH Environmental. Nonetheless, in my opinion, there is much room for improvement in Hennet's calculations, and cause to assess the applicability of the Thomas approach to Camp Lejeune's raw water, clearwell, and water tower tanks.

The approaches outlined in Thomas (1990) are for systems open to the atmosphere (*e.g.*, a pond, lake, or river). In contrast, the Camp Lejeune water treatment tanks, from raw water to clearwell to water towers, are covered – they are not open to the atmosphere. A Coke bottle, with and without a lid, can demonstrate the contrast between a closed (covered) system and an open system. Relative to the Coke bottle, the carbonation in the Coke is analogous to VOCs in Camp Lejeune water. As the carbonation ($CO_2$) comes out of the water (Coke), it will volatilize into the atmosphere if the bottle is uncovered, causing the Coke to "go flat" or lose its carbonation. If the Coke bottle is covered (has a lid), the $CO_2$ leaving the Coke will come into equilibrium with the $CO_2$ in the air above the Coke. As more $CO_2$ accumulates in the air above the Coke, this slows down the rate of volatilization until $CO_2$ in the air and Coke come into equilibrium via Henry's Law (Henry's Constant is the ratio of the gaseous versus liquid concentration of a compound at equilibrium), at which point no more $CO_2$ leaves the Coke (see Section 3.2 for further discussion of these concepts). This simple analogy will help us understand the limitations of the Thomas/Smith (1990) approach, as discussed below.

My first difference with Hennet's calculations has to do with one of the parameters he uses from Thomas (1990). Hennet (2024) uses the $(k_v^c)_{env}$ value of 0.008 hr$^{-1}$ for a pond from Thomas (1990) Table 15-3 (p. 15.20). I concur with Hennet's choice of a pond value versus a river as being more representative of water treatment tanks, but given the discussion above, in my opinion, the lowest $(k_v^c)_{env}$ value in Table 15-3 should have been used – 0.0046 hr$^{-1}$. This

would reduce Hennet's estimates proportionally (0.0046/0.008 times his estimates or 0.58 times his estimates). Applying this to Hennet's values mentioned above (6 to 14% losses across all tanks for the range of VOCs) results in adjusted losses of **3 to 8% losses** (see Exhibit C.2 for calculations).

Further, Thomas suggests that "When one is applying the results of calculations to actual environmental situations, it would probably be advisable to assume that the values of volatilization rate may be high by a factor of ten at most and low by a smaller factor of possibly three." (Thomas, 1990, p. 15-8). Given the disparity between the covered tanks of Camp Lejuene and the assumption of reservoirs open to the atmosphere in Thomas (1990), the calculation errors would obviously be on the high side. Thus, the "high by a factor of ten" is, in my opinion, defensible given the differences between open and closed systems. Applying this to the modified range mentioned above, the new range of VOC losses becomes **0.3 to 0.8%** - closer to the range proposed by AH Environmental. In the absence of a more appropriate estimation approach (and I am not aware of one), in my opinion, this is a more reasonable estimate.

To further support this lower range of estimated volatilization losses, consider that while the Camp Lejeune water treatment tanks are open to water exchange they do not similarly experience air exchange. As new water flows into the tanks, it is exposed to air in the tank that has already been exposed to water with VOCs. This would be analogous to pumping new Coke into a bottle at the same rate Coke flows out of the bottle with a stationary air phase between the Coke and the cover (lid). The Coke is being exchanged with new carbonated Coke, but the air phase above the Coke is not being replaced with fresh air. Thus, the air eventually approaches saturation with $CO_2$ from the previous Coke in the bottle; as this saturation is approached, the driving force for additional $CO_2$ volatilization into the air decreases toward zero (see Section 3.2). In the same way, new water flowing into any storage tank is coming into contact with tank air having increasing levels of VOCs, thereby reducing the driving force for additional volatilization as new water flows into the tank. This understanding of the water treatment tanks' operational nature further supports the low volatilization across these tanks (**0.3 to 0.8% or < 1%** - see Table 5.3).

#### *5.1.3 Other potential VOC losses (filters, recarbonation basin, solids, backwash, distribution)*

Hennet refers to several other potential VOC losses (filters, recarbonation basin, solids, backwash, distribution). While not included in Hennet's overall quantified losses, the suggestion is that these additional losses could have been significant. In my opinion, these potential losses would have been minor to negligible, as discussed below.

##### 5.1.3.1 Sand Filters and Flow-through Recarbonation Basin

Both AH Environmental (2004) and Hennet (2024) estimated that the volatilization losses in sand filters (both Tarawa Terrace and Hadnot Point) and the recarbonation basin without $CO_2$ bubbling (Hadnot Point) were negligible (< 0.1% when adjusting Hennet's estimation for the more appropriate $(k_v^c)_{env}$ as discussed above (see Hennet, 2004, Exhibit 2-4,

p. 5-7 for filters and recarbonation calculations). This is consistent with the flow nature in these basins (versus flow over a weir) along with their short detention times (<0.25 hrs).

#### 5.1.3.2 Recarbonation Basin when $CO_2$ was bubbled up into basin

When installed in 1941/42 the Hadnot Point water treatment recarbonation basin was operational ($CO_2$ was bubbled up into the basin). There is no clear indication of when carbonation ceased, and the unit became a simple flow-through system (AH, 2004; Hennet, 2024). The purpose of recarbonation is to lower the system's pH towards a neutral pH by bubbling $CO_2$ into the bottom of the basin (think of a fish tank with an aerator bubbling air into the fish tank water). In a recarbonation basin, The $CO_2$ reacts with water to form carbonic acid which helps lower the pH of the water.

Hennet states that "the recarbonation of water would likely have removed most (i.e., 90% removal or more) of the dissolved COCs (VOCs) from the water. The aeration of water or air stripping is a well-proven technology to remove VOCs from water." (Hennet, 2024, p. 5-12). While I agree with Hennet's comment that air stripping is a well-proven technology for VOC removal, as demonstrated in standard water treatment textbooks (American Water Works Association - AWWA, 1990; Crittenden et al., 2012), I disagree with Hennet's suggestion of 90% removal during recarbonation. (Interestingly, Hennet does not include this in his final assessment of VOC losses - Hennet, 2024, Exhibit 2-6, p. 5-14). Recarbonation and air stripping are dramatically different processes. Air stripping involves spraying water into the top of a column (think of several shower heads pointing downwards into a column) while blowing air upwards into the bottom of the column, resulting in a very high air to water ratio (commonly A/W of 30:1 or 30 times more air than water – AWWA, 1990; Crittenden et al., 2012). This high A/W ratio greatly increases volatilization (think of pouring coke into a cake pan to increase surface area with a fan blowing air over the top to maximize volatilization). In contrast, in a recarbonation basin, the goal is for CO2 to dissolve into the water; ideally, no $CO_2$ makes it to the surface (think of a fish tank with an air diffuser bubbling air into the water). Functionally, a fraction of the $CO_2$ does make it to the surface, but the $CO_2$ to water ratio (at most 0.05:1 water – Mattingly, 2024) is extremely small relative to the A/W ratio in air stripping (30:1). Thus, recarbonation, with two to three orders of magnitude less A/W ratio, would be orders of magnitude less efficient than air stripping. Further, the low detention time (0.08 hrs – AH, 2004) allowed negligible time for volatilization. All of this combined with the uncertainty of how long recarbonation was implemented causes me to conclude that VOC losses would have been minor, and I agree with Hennet's decision not to include this in his overall VOC loss estimates (Hennet, 2024 - Exhibits 2-4 and 2-6, pp. 5-8, 5-9 and 5-14).

#### 5.1.3.3 Sorption losses onto Spiractor solids

Hennet (2024) suggests that VOC losses may have occurred by sorption onto mineral solids generated in the Spiractor during the softening process (p. 5-12). Hennet points to Schwarzenbach et al. (1993) to support this claim. Generally, when we discuss VOC sorption as a removal process, we talk about sorption onto activated carbon (AWWA, 1990; Crittenden et al., 2012). In contrast, VOC sorption onto mineral surfaces is not discussed as a treatment process in these textbooks. Rather, while the American Water Works textbook (AWWA, 1990)

provides a summary table of heavy metal losses onto softening mineral surfaces, it does not discuss VOC removal onto softening minerals (AWWA, 1990). Upon review of the Schwarzenbach et al. reference (1993), I note that their mention of organic removal onto mineral surfaces is directed at highly hydrophobic organic solutes (versus our slightly hydrophobic VOCs) and high surface area minerals (e.g., 100s of $m^2/g$ – it is unlikely that Spiractor solids would approach this level). This combined with the low detention time in the Spiractor (23.08 m3 / 157.73 m3/h = 0.15 hrs – AH Environmental, 2004) versus the typical 24-hour equilibration time in sorption studies like those reported in Schwarzenbach et al. (1993) leads me to conclude that such losses would be negligible in the Camp Lejeune case. I thus concur with Hennet's decision not to include this in his overall VOC loss estimates (Hennet, 2024 - Exhibits 2-4 and 2-6, pp. 5-8, 5-9 and 5-14).

#### 5.1.3.4 Losses in backwash water

Hennet refers to filter backwashing as a possible source of VOC loss in the Camp Lejeune treatment plants (Hennet, 2024, p. 5-13). Hennet indicates that the filters are backwashed every 48 hours. Typically, backwash is for 20-30 mins (0.33 to 0.5 hrs) with water flowing upwards at 3 to 4 times the filtration rate to cause filter bed expansion and enhance filter cleaning (AWWA, 1990; Crittenden et al., 2012). Using the longer filtration time and lower backwash rate leads to backwashing occurring for ~1% of the time (0.5 hr / 48 hours) at 3 times the rate, or backwash water accounts for roughly 3% of the treated water. Often, this water is sent to a settling basin to allow the solids to settle out of the water. After settling, the water may be returned to the plant for treatment. Some of the VOCs may be lost due to volatilization, and some of the water may be lost due to evaporation and association with the solids in the settling basins. In this case, the volatilization losses may be closer to those estimated by Hennet for tanks as the settling basins are open to the atmosphere (Hennet estimated from 1 to 10% for the various VOCs – see Section 5.1.2). Using the high end of losses to the atmosphere (10%) and assuming 100% of the backwash water is recoverable and recycled to the water treatment plant (which is 3% of the total water treated) leads to at most 10%*3% or 0.3% VOC losses of the overall treated water. I thus conclude that these losses would be minor and concur with Hennet's decision not to include this in his overall VOC loss estimates (Hennet, 2024 - Exhibits 2-4 and 2-6, pp. 5-8, 5-9 and 5-14).

#### 5.1.3.5 Losses in the distribution system

After treatment and storage, the water is delivered to the consumer through the distribution system. Flow in the distribution is through pressurized pipes and thus not open to the atmosphere. AH Environmental (2004) and Hennet (2024) do not consider losses in the distribution system. Given that the distribution system is closed and pressurized, I likewise conclude that losses in the distribution system were negligible.

### *5.1.4 Summary of VOC losses in water treatment plant storage, treatment, and distribution*

In Table 5.3, I summarize my conclusions regarding the likely VOC losses in the Spiractor softening basin, the closed storage tanks (raw water, clearwell, water towers), and other

possible losses in the water treatment systems at Camp Lejeune. AH Environmental suggested an overall loss of <15% based on their calculations for PCE and TCE. Based on Table 5.3, I would suggest that the estimated losses for TCE, PCE, 1,2-tDCE and Bz is actually <10% with only VC slightly above this 10% level but still less than the 15 % suggested by AH Environmental. I thus conclude that AH Environmental was conservative in their estimate of less than 15% PCE/TCE losses.

In contrast, Hennet (2024) estimated higher losses than AH Environmental (Table 5.3). The reasons for Hennet's higher estimates are discussed in Sections 5.1.1 and 5.1.2, along with reasons for why my estimates deviate from Hennet's estimates. (In short, Hennet overestimated the water drop in the Spiractor and used a method that assumed tanks were open to the atmosphere). **As such, I conclude that Hennet (2024) overestimated the potential losses in the water treatment processes. The actual loss values, in my opinion, were less than 6 to 12% for the VOCs of interest versus 15% to 32% as suggested by Hennet (2024). Table 5.4 shows how these volatilization losses would reduce raw water to treated water concentrations.**

Table 5.3 – Summary of VOC Loss Estimates for Spiractor, Storage Tanks, and Other Losses for Camp Lejeune – Tarawa Terrace and Hadnot Point Water Treatment Systems

| Source | TCE (%) | PCE (%) | 1,2-tDCE (%) | VC (%) | Bz (%) |
|---|---|---|---|---|---|
| Spiractor (Sec 5.1.1) | 5.2 | 6.2 | 5.9 | 9.9 | 4.3 |
| Storage tanks (Sec 5.1.2) | <1 | <1 | <1 | <1 | <1 |
| Other losses (Sec 5.1.3) | <1 | <1 | <1 | <1 | <1 |
| **My Estimate - overall losses** | **<7.2** | **<8.2** | **<7.9** | **<11.9** | **<6.3** |
| AH Environmental (2004), p.5-1 | <15 | <15 | - | - | - |
| Hennet (2024), Exhibit 2-6, p.5.14 | 17 | 18 | 22 | 32 | 15 |

**Table 5.4 – VOC Concentrations in Treated Water Considering Volatilization Losses**

| Source | TCE (%) | PCE (%) | 1,2-tDCE (%) | VC (%) | Bz (%) |
|---|---|---|---|---|---|
| VOC in Raw Water | 100 | 100 | 100 | 100 | 100 |
| VOC in Treated Water | 93 | 92 | 92 | 88 | 94 |

### 5.2 THE ATSDR MODELS INDIRECTLY ACCOUNTED FOR VOC LOSSES DURING WATER TREATMENT, STORAGE, AND DISTRIBUTION (IN RESPONSE TO HENNET'S OPINION 10 THAT LOSSES WERE NOT ACCOUNTED FOR - HENNET, 2024, P. 5-36)

Hennet (2024) suggests that ATSDR considered only raw water before treatment in its system modeling approach, concluding that "concentration estimates by ATSDR are therefore not representative of the treated water and exaggerate the COC concentration in the drinking water supply." (Hennet, 2024, p. 5-37). In fact, in his expert report, Maslia points out that "The reconstructed concentrations versus the observed data in Table 7.15 (Table 5-5 in this report) demonstrate successful Level 4 calibration," indicating that treated water samples were used in

the final calibration step for Hadnot Point. The footnotes in Table 5-5 indicate which samples were of untreated water, treated water, and unknown treatment status (eight fell into this last category). Of the twelve samples with known treatment status, nine were of treated water, and three were of untreated water, demonstrating that treated water and associated VOC losses in the treatment plant were well represented in the Level 4 calibration step.

Further evaluation of Table 5-5 provides insight into the fate of VOCs in the Hadnot Point water treatment plant. On three occasions, water samples were taken from the raw water entering the treatment plant and the finished water after treatment. For TCE the dates were 7/27/82 and 12/4/84, while for 1-2-tDCE the date was 12/4/84. In all three cases, the treated concentrations were similar to or higher than the raw water concentrations. While admittedly a small data set, the data do provide further support for the minor to negligible VOC losses I propose in Section 5.1 and my assertion that Hennet overestimated these losses.

Table 5-5: Summary of measured and reconstructed contaminant concentrations used in the Level 4 calibration for Hadnot Point (Maslia, 2024, Table 7.15, p. 86)

| Contaminant | [1]Measured data | | [2]Reconstructed (simulated) | | [2]Reconstructed (maximum value) | |
|---|---|---|---|---|---|---|
| | Sample date | Concentration, in µg/L | Simulation date | Concentration, in µg/L | Simulation date | Concentration, in µg/L |
| PCE | 5/27/1982[3] | 15 | May 1982 | 21 | Nov. 1983 | 39 |
| | 7/27/1982[4] | 100 | July 1982 | 27 | | |
| | 12/4/1984[6] | 3.9J | Nov. 1984 | 31 | | |
| | 2/5/1985[7] | 7.5J | Jan. 1985 | 16 | | |
| TCE | 5/27/1982[3] | 1,400 | May 1982 | 438 | Nov. 1983 | 783 |
| | 7/27/1982[5] | 19 | Aug. 1982 | 670 | | |
| | 7/27/1982[6] | 21 | Aug. 1982 | 670 | | |
| | 12/4/1984[5] | 46 | Nov. 1984 | 639 | | |
| | 12/4/1984[6] | 200 | Nov. 1984 | 639 | | |
| | 12/12/1984[6] | 2.3J | Dec. 1984 | 43 | | |
| | 12/19/1984 | 1.2 | Dec. 1984 | 43 | | |
| | 2/5/1985[7] | 429 | Jan. 1985 | 324 | | |
| 1,2-tDCE | 12/4/1984[6] | 83 | Nov. 1984 | 358 | Nov. 1983 | 435 |
| | 12/4/1984[5] | 15 | Dec. 1984 | 26 | | |
| | 12/12/1984[6] | 2.3J | Dec. 1984 | 26 | | |
| | 2/5/1985[7] | 150 | Jan. 1985 | 163 | | |
| VC | 2/5/1985[7] | 2.9J | Jan. 1985 | 31 | Nov. 1983 | 67 |
| Benzene | 11/19/1985[7,8,9] | 2,500 | Nov. 1985 | 3 | Apr. 1984 | 12 |
| | 12/10/1985[7] | 38 | Dec. 1985 | 3 | | |
| | 12/18/1985[7] | 1.0 | Dec. 1985 | 3 | | |

[1] Data from Faye et al. (2010, Tables C11 and C12)
[2] Simulation results represent the last day of each month (e.g., May 31); results reported for simulation month nearest the sample date; refer to Appendix A7 for complete listing of reconstructed finished-water concentrations
[3] Water sample collected at Building NH-1; data reported as unreliable
[4] Water sample collected at Building FC-530
[5] Untreated water
[6] Treated water
[7] Treatment status unknown
[8] Laboratory analysis noted with: "Sample appears to have been contaminated with benzene, toluene, and methyl chloride" (JTC Environmental Consultants 1985)
[9] Data noted with: "Not Representative" (U.S. Marine Corp Base Camp Lejeune Water Document CLW #1356)

Likewise, for Tarawa Terrace, Maslia (2024) indicates that "The results of these computations compared to an analysis of a water sample collected at a point in time, either at the TTWTP or at a location within the TT water-distribution system such as an outdoor or indoor faucet, are summarized in Table 7.12." (Maslia, 2024, p. 58, with Table 7.12 on p. 60 of his report). Data coming from indoor or outdoor faucets would reflect treated water. Once again, the fact that Tarawa Terrace Level 4 calibration included treated water samples demonstrates that ATSDR indirectly considered losses during water treatment and distribution.

While Maslia's Table 7.12 (2024) does not identify raw versus treated water that can be compared for VOC losses across the treatment process, from CLW 606 we know that the 7/28/82 samples allow a comparison. For the 7/28/82 PCE samples, the raw water was 76 ug/l and the treated water was 82 ug/L (considering analytical error, the same), once again supporting my opinion in Section 5.1 that the treatment processes at Camp Lejeune would produce at most minor VOC losses, if any, and that Hennet (2024) overestimated these losses.

**Thus, for both the Tarawa Terrace and Hadnot Point systems, treated water samples were used in the calibration process and the ATSDR did consider such losses in the treatment system.**

### 5.3 HENNET (2024) OVERESTIMATED VOC LOSSES IN THE MOBILE FIELD WATER TANKS (WATER BUFFALOES). WATER CONCENTRATIONS IN THE WATER BUFFALOES WERE ONLY MODERATELY LOWER THAN IN THE WATER TREATMENT PLANTS' TREATED WATER. (IN RESPONSE TO HENNET'S OPINION 13, THAT THEY WERE SUBSTANTIALLY LOWER - HENNET, 2024, P. 5-39).

Hennet (2024) assesses volatilization losses during the filling of water buffaloes (mobile storage tanks) used for water provision in areas of the base not serviced by the water distribution system (*e.g.*, during training exercises). Hennet's estimates are based on water buffalo diagrams (Exhibit 13-1, p. 5-39, and Attachment C, p. C-15; Hennet, 2024) as shown in Figure 5.2 in this report. Hennet assumes that the water buffaloes were filled through the filler pipe which has a strainer through which water would flow (Figure 5.2). Hennet assumes that water flowing through the strainer would be like water coming out of a shower head, and uses the McKone and Knezovich (1991) analysis for TCE losses in a shower. In adapting this approach for losses in filling the water buffaloes, Hennet (2024) modified TCE mass transfer coefficients as per McKone and Knezovich (1991), assuming that these mass transfer rates apply until the tank is half full, at which point the filling hose becomes submerged. At this point, Hennet assumes a linear decrease in removal rate during the second half of the tank filling (see Hennet, 2024, Exhibit 13-2, p. 5-41). Using this approach, Hennet estimates VOC losses in the water buffaloes as summarized in the Rows 1 and 2 of Table 5-6.

Assuming the tank was filled through the filler pipe and strainer, an assumption addressed further below, there are fundamental differences between the shower and buffalo systems that Hennet does not address, namely time for volatilization and cross sectional area for mass transfer. Relative to time of volatilization, the shower-based VOC loss is for a 1.6 m drop from the showerhead to the bathtub (McKone and Knezovich, 1991, Table 1). As Hennet (2024) points out, the water buffaloes are 0.8 m tall (see upper table in Figure 5-2). During

initial filling, the entire 0.8 m fall would be experienced. As the tank approaches full, the fall height approaches zero (in contrast, during the shower experiment, the fall height remains 1.6 m throughout and the air to water remains the same since the water drains). As such, during filling, the water buffalo would have an average fall height of 0.4 m, which is 1/4th (25%) of that in the shower experiment. Assuming that the shower and strainer produce similar spray patterns with similar downward velocities, and given that the relative time for volatilization is the fall distance divided by downward velocity, since the downward velocities are assumed to be the same, the relative time for volatilization is proportional to the relative fall heights (the velocities cancel out in the ratio). Assuming the strainer produces a similar spray pattern (cross-sectional area) to the shower, no adjustment is necessary for the mass transfer area in this case. Thus, my VOC loss estimate in Table 5-6, Row 3 is ¼ (0.4 m / 1.6 m) or 25% of what Hennet estimates in Row 1 of the same table, which I apply to filling of the tank. If the strainer produced a smaller degree of spray relative to the shower the losses would be reduced, further supporting my lower estimate compared to Hennet's.

**Water Buffalo Dimensions**

| | | |
|---|---|---|
| M107A2 | model | |
| 400 | gal | volume |
| 17.125 | inches | manhole diameter |
| 4.625 | inches | filler pipe cover gasket outer diameter |
| 3.75 | inches | filler pipe cover gasket inner diameter |
| 31.97 | inches | tank height |
| 0.81 | meters | tank height |
| 16.1 | inches | strainer length |
| 0.41 | meters | strainer length |


References:

ATSDR_WATERMODELING_01-0000917100 - ATSDR_WATERMODELING_01-0000917102

Department of the Army. 1964. Operator, Organizational and Field Maintenance Instructions, Including Repair Parts and Special Tools List-for: CHASSIS TRAILER: 1 1/2 TON, 2-WHEEL M103A1, M103A2, M103A3, M103A3C, M103A4, AND M103A4C TRAILER, CARGO: 1 1/2 TON, 2-WHEEL M104, M104A1, M105A1, M105A2, AND M105A2C TRAILER, TANK, WATER: 1 1/2 TON, 2-WHEEL M106, M106A1, M107A1, M107A2, AND M107A2C TRAILER, VAN, SHOP: FOLDING SIDES, 1 1/2 TON, 2-WHEEL, M448. TM 9-2330-213-14. January.

DODParts.com. NSN 4730-00-546-5898 Sediment Strainer Element <https://dodparts.com/nsn/4730-00-546-5898>. Accessed November 21, 2024.

DODParts.com. NSN 5330-00-314-0759 Gasket <https://dodparts.com/nsn/5330-00-314-0759>. Accessed November 21, 2024.

DODParts.com. NSN 2510-00-741-2233 Manhole Cover <https://dodparts.com/nsn/2510-00-741-2233>. Accessed November 21, 2024.







NON-SUPPLY ITEMS

| KEY ITEM | PART NO. | KEY ITEM | PART NO. |
|---|---|---|---|
| 1 - TANK ASSY | 8384144 | 35 - WASHER | 446178 |
| 2 - FRAME | 8384143 | 36 - EXTENSION | 8384134 |
| 3 - TANK | 8384097 | 37 - NUT | 120371 |
| 6 - COVER | 7979648 | 38 - WASHER | 120384 |
| 15 - HINGE | 7979622 | 39 - SCREW | 123605 |
| 16 - WASHER | 120394 | 40 - FENDER | 8384138 |
| 17 - PIN | 121222 | 41 - SCREW | 120424 |
| 19 - BRACKET | 7979666 | 42 - EXTENSION | 8384133 |
| 20 - COVER | 7979665 | 44 - WASHER | 8384130 |
| 21 - GASKET | 7979667 | 45 - NUT | 451027 |
| 23 - BOLT | 7979634 | 47 - SCREW | 428736 |
| 25 - PLATE | 8331227 | 49 - PIN | 187988 |
| 26 - SCREW | 123520 | 50 - PIN | 7412295 |
| 27 - NUT | 120369 | 51 - BRACKET | 7979647 |
| 28 - WASHER | 120382 | 52 - RIVET | 142880 |
| 29 - CLAMP | 8365414 | 53 - RIVET | 588384 |
| 32 - PIN | 8331226 | 57 - WASHER | 120396 |
| 33 - SPACER | 8384102 | | |
| 34 - COVER | 8384106 | | |

ORD E47923

FIGURE 133. WATER TANK, TANK FRAME, AND RELATED PARTS - (M106A1, M107A1, M107A2, M107A2C).

| (1) ILLUST (a) FIG NO | (1) ILLUST (b) ITEM NO | (2) (a) MATERIEL CODE | (2) (b) SOURCE | (2) (c) MAINTENANCE LEVEL | (2) (d) RECOVERABILITY | (3) FEDERAL STOCK NO | (4) DESCRIPTION | (5) UNIT OF ISSUE | (6) QTY INC IN UNIT | (7) 15-DAY MAINTENANCE ALLOWANCE PER 100 EQUIPMENTS (a) CO OR BTRY | (7) (b) SEP CO SEP BN OR REGT | (7) (c) 3RD ECH (DIR SUP) | (7) (d) 4TH ECH (GEN SUP) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | WATER TANK, TANK FRAME, AND RELATED PARTS - (M106A1, M107A1, M107A2, and M107A2C) (Fig. 133) | | | | | | |
| 133 | 4 | | P1 | O | | 2510-741-2233 | COVER: (7412233) | ea | 1 | | | | |
| 133 | 5 | | P | O | | 2510-741-2242 | GASKET: (7412242) | ea | 1 | | | | |
| 133 | 7 | | P1 | O | | 4730-741-2249 | NIPPLE: (7412249) | ea | 1 | | | | |
| 133 | 8 | | P1 | O | | 2510-703-9760 | BEND: (7039760) | ea | 1 | | | | |
| 133 | 9 | | P | O | | 2510-741-2247 | HINGE: (7412247) | ea | 1 | | | | |
| 133 | 10 | 55 | P | O | | 4010-186-9403 | CHAIN: 6 in. (42-C-16887) | ft | ≠ | | | | |
| 133 | 11 | | P | O | | 5315-059-0210 | PIN, COTTER: (96906-24665-504) | ea | 1 | | | | |
| 133 | 12 | | P | O | | 2540-741-2283 | PIN AND CHAIN ASSEMBLY: (7412283) | ea | 2 | | | | |
| 133 | 13 | | P | O | | 5310-741-2276 | NUT, PLAIN, WING: (7412276) | ea | 1 | | | | |
| 133 | 14 | | P | O | | 5310-050-3103 | NUT, PLAIN, WING: (503103) | ea | 1 | | | | |
| 133 | 18 | | P1 | O | | 2510-741-2234 | COVER: w/HINGE, assembly (7412234) | ea | 1 | | | | |
| 133 | 22 | | P | O | | 4730-546-5898 | STRAINER ELEMENT, SEDIMENT: (8735825) | ea | 1 | | | | |
| 133 | 24 | | P | O | | 5315-741-2285 | PIN, STRAIGHT, HEADED: (7412285) | ea | 1 | | | | |
| 133 | 30 | | P | O | | 4720-278-4895 | HOSE, RUBBER: (8330817) | ea | 1 | | | | |
| 133 | 31 | | P | O | | 2540-040-2414 | LOCK: (8330823) | ea | 1 | | | | |
| 133 | 35 | 5 | P | F | | 4462-607-0001 | PIPE, STEEL: galvenized, std. wt., 1-1/4 in. | ft | ≠ | | | | |
| 133 | 43 | | P | F | | 5330-575-9791 | WASHER, NONMETALLIC: (8331544) | ea | 8 | | | | |
| 133 | 46 | | P | O | | 5340-537-2212 | MOUNT, RESILIENT: (8331543) | ea | 8 | | | | |
| 133 | 48 | | P | O | | 4730-525-7160 | PLUG, PIPE: (8735929) | ea | 1 | | | | |
| 133 | 48 | | P | O | | 4730-703-9752 | PLUG, PIPE: (7039752) | ea | 1 | | | | |
| 133 | 54 | | P | O | | 5315-741-2286 | PIN: (7412286) | ea | 2 | | | | |
| 133 | 55 | | P | O | | 5306-741-2228 | BOLT, EYE: (7412228) | ea | 1 | | | | |
| 133 | 56 | | P | O | | 5320-014-2390 | RIVET SOLID: (142390) | ea | 1 | | | | |
| | | | P | F | | 8010-533-9687 | PARTS KIT, WATER TANK INTERIOR COATING (5702157) COMPOSED OF: 2 QTS EPON COATING RW-100-1A 2 QTS EPON COATING RW-100-1B | ea | ≠ | | | | |

Figure 5-2 – Schematic of Water Buffalo showing filler pipe (top figure) and strainer (#22 in lower figure and listed in the table) – Hennet, 2024, p. C-15. Note: Redline dimensions on Hennet's water buffalo diagram are in error, refer to upper table for dimensions.

Table 5.6 – Hennet Estimates of VOC Losses in water buffaloes based on filling through strainer using shower analysis of McKone and Knezovich (1991) (Exhibit 12-3, p. 5-41, Hennet, 2024), and my modifications to Hennet's estimates

| Source | TCE (%) | PCE (%) | 1,2-tDCE (%) | VC (%) | Bz (%) |
|---|---|---|---|---|---|
| (1) Hennet – Losses during filling of bottom half of water tank – based on shower losses | 54 | 58 | 72 | 81 | 60 |
| (2) Hennet – Overall loss (assumes linear decrease in loss during filling top half of tank) | 41 | 44 | 54 | 61 | 45 |
| (3) My estimate of losses during filling tank based on average fall height of 0.4 m vs 1.6 m in shower experiment, assuming downward velocities are the same (25% or 0.25 x Row 1) | 14 | 15 | 18 | 20 | 15 |
| (4) My estimate of maximum possible equilibrium losses when tank half full* | 23 | 35 | 24 | 47 | 16 |

*Exhibit C.3

Another critique of Hennet's use of the McKone and Knezovich (1991) shower analysis is that it is based on kinetics of mass transfer (volatilization) in a shower setting where the system has much more air than water. When the water buffalo is one-half full, the air-to-water ratio is 1:1. In contrast, during the shower experiments, the shower air-to-shower water ratio was more than 12:1 (McKone and Knezovich, 1991 reported 2.3 $m^3$ of air versus 0.19 $m^3$ of water in their experiments). Even this calculated 12:1 air-to-water ratio overestimates the experimental air-to-water ratio; since the water exited through the shower drain rather than accumulating in the tub, the actual air-to-water ratio was much higher. In Table 5.6, I included a row (Row 4) of Henry's Law-based equilibrium losses of the VOCs when the tank was half full – this is the maximum that could be achieved if sufficient time were present to reach equilibrium. Looking at Table 5.6, one notes that Hennet's loss values in filling the bottom half of the tank (Row 1) exceed my equilibrium calculations (Row 4). How can kinetic-based experiments generate higher losses than equilibrium allows? This can be attributed to the fact that the shower experiments had a much higher air-to-water ratio (>12:1) than the water buffalo at half full (1:1). The shower analysis would thus be analogous to a Coke bottle with only a small amount of Coke in the bottom versus the tank analysis based on half full. Had the shower experiments been conducted at a 1:1 water ratio, the losses would have been much lower – even lower than my equilibrium predictions due to mass transfer/volatilization limitations (Section 3-2). This further supports my loss estimates in Row 3, which are all below the equilibrium loss values in Row 4.

Consider the case where water buffaloes were filled through the manhole on top of the water buffalo (Figure 5.2), which seems highly likely for reasons discussed below and in Sabatini Appendix A. For filling through the manhole, the shower-based method would further overestimate VOC removal (the flow would not go through the strainer in the filler pipe). It is not apparent why highly treated water would be put through the strainer. The strainer would more likely be used during field deployment when, in the absence of a treatment plant, the water buffaloes would be filled from a lake or river, and the strainer would remove debris. This is consistent with the presence of a hand pump feeding the filler pipe in early versions of the water buffaloes (Brigham, 2024, Exhibit 32, p. 98), which is absent in later versions of the water buffaloes (Brigham, 2024, Exhibit 35, p. 101). Brigham indicates that at Camp Lejeune, the water buffaloes were filled from standpipes (Brigham, 2024, Exhibit 36 and 37, pp. 103 and 104, respectively), which were 2-inch vertical pipes directly tapping into the water distribution system. The vertical standpipe had two 90-degree elbows and a downspout tube length allowing the water buffaloes to be filled from above (as illustrated in Figure 24 in Sabatini Appendix A, which is attached to this rebuttal report). Sautner et al. indicate that the Hadnot Point distribution system had 60 psi of pressure (Sautner et al., 2013, Figure S8.11, p. S8.16); this and the standpipe configuration are consistent with a reported fill time of two to three minutes (Sabatini Appendix A), and thus a flow rate of 150 to 200 gpm (400 gallons / 200 gallons/minute = 2.0 minutes fill time). For ease of filling and to accommodate this higher flow rate, it seems likely that the water buffaloes would be filled through the manhole (the filler pipe strainer would likely not accommodate these high flow rates). Testimonials from Camp Lejeune employees document that water buffaloes were filled through the manhole cover (Sabatini Appendix A).

Standpipe filling through the manhole cover leads to two additional deviations from Hennet's (2024) calculation. First, since the flow does not go through the strainer, the downward stream of water coming from the 2-inch standpipe/hose would have lower area for mass transfer than in the shower-based estimate. While the standpipe is 2 inches in diameter (Brigham, 2024), the water buffalo filler pipe has an inside diameter of 3.75 inches (Hennet, 2024, p. C-15, inset table – see Figure 5-2) which combined with the strainer produces a larger spray area. The diameter of a shower spray, the basis of Hennet's shower-based loss estimates, is approximately 6 to 7 inches midway between the showerhead to the floor (Sabatini, 2025). Thus, the shower-based volatilization values have at least three times the surface area (6 inches versus 2 inches) for mass transfer versus top-filling through the manhole sans the strainer, and the resulting VOC losses for manhole filling would be 1/3 (0.33 times) of Hennet's estimate relative to area for mass transfer.

Another deviation from Hennet's shower analysis is the relative time of volatilization. For the higher flow rates when filling through the manhole (standpipe flow rates of 150 to 200 gpm), and based on the cross-sectional area of a 2-inch pipe, the downward velocities when filling through the manhole would be 15 to 20 ft/sec (velocity = flow / area). In contrast, the shower-head-induced energy losses would generate lower downward velocities in the shower – approximately 10 to 13 ft/sec (Sabatini, 2025). Thus, the downward velocities in filling the water tank would be approximately 1.5 times higher during manhole filling versus in the

shower/strainer system. Since the volatilization time is inversely proportional to downward velocity (time = distance / velocity), the filling time would be reduced by dividing shower results by 1.5 (or multiplying by 1/1.5 or 0.66). Thus, Hennet's VOC losses must be reduced for the lower surface area discussed above (0.333), and volatilization time (relative fall height (0.4 m/1.6m or 0.25) / relative velocities (1.5) = 0.167) in manhole filling). My estimated manhole filling losses, accounting for area of mass transfer and volatilization time, become 0.333*0.167 = 0.056 or 5.6% of Hennet's values in Table 5.6, Row 1 (see Table 5.7, Row 3 for my estimated losses).

Sabatini Appendix A indicates that water buffaloes were sometimes filled from fire hydrants, which would accommodate larger hoses and higher flow rates (at least twice my flow rates above – Sabatini Appendix A). Increasing the flow rates would decrease my loss estimates proportionally (e.g., doubling the flow rate would reduce my loss estimates in half). In this case and others, Sabatini Appendix A indicates that filling tubes were sometimes inserted into the tank, which would reduce fall height, volatilization times, and VOC losses proportionally, again reducing my estimated losses in Table 5.7, Row 3.

In addition to my estimate for losses during manhole filling (Table 5.7, Row 3 is 5.6% of Hennet's Row 1 in Table 5.6). Table 5.7 also summarizes shower-based VOC losses through filler pipe/strainer by Hennet and by myself (Row 1 and 2, respectively). The data in Table 5.7 demonstrate that necessary adjustments to the shower-based approach to more closely mimic water buffalo filling result in significantly lower VOC loss estimates than Hennet (true for both filler-pipe and manhole filling).

As one final step in the analysis, the minor losses during the filling process estimated here raise the question of what losses might have occurred in the water buffalo headspace during daily operation. We return to the Thomas (1990) approach discussed earlier for water treatment system tanks to address this question. Since the water buffalo drains and the headspace increases during the day, the Thomas approach, while not exact, is more directly applicable. Assuming that the tank is filled (full) first thing in the morning and is used from morning to evening, the operating time could be as much as 12 hours (7 AM to 7 PM). During initial use, minimal volatilization losses would have been experienced, while the maximum volatilization would have occurred after twelve hours. As such, the average volatilization losses during operation would occur at the mid-point in time – after six hours. Row 4 in Table 5.7 summarizes VOC loss estimates during water buffalo use based on this analysis (see Exhibit C.4 for details). My analysis assumes the water buffaloes were filled and used only once per day – if they were filled twice per day, my estimate would be reduced in half.

Table 5.7 provides a summary of the overall VOC losses in the water buffaloes based on Hennet's (2024) calculations and my estimates for filling the water buffaloes from the filler tank and also my analysis for filling from the manhole cover. **I thus conclude that Hennet's calculations overestimated the VOC losses during filling of the water buffaloes; he estimated 41% to 61% for the range of VOCs while I estimated much lower losses (15 to 22% through filler pipe/strainer and 4.2 to 6.7% through the manhole, including daily use not accounted for by Hennet) for the range of VOCs. I thus conclude that the water buffalo**

**water was only mildly to moderately lower in VOCs, not substantially lower as Hennet (2024) states. Table 5.8 shows how these volatilization losses would impact raw water to treated water as well as treated water to water buffalo filling through filler pipe/strainer and through the manhole, both including losses during use (not accounted for in Hennet, 2024). Again, only minor to moderate losses are realized in the water buffaloes.**

Table 5.7 – Summary of my estimates of VOC losses in filling water buffaloes versus Hennet's Estimates (Hennet, 2024)

| **Source** | **TCE (%)** | **PCE (%)** | **1,2-tDCE (%)** | **VC (%)** | **Bz (%)** |
|---|---|---|---|---|---|
| (1) Hennet – filler pipe/strainer - Overall loss (see Table 5-6, Row 2)) | 41 | 44 | 54 | 61 | 45 |
| (2) My estimate – filler pipe/strainer overall filling losses (see Table 5.6, Row 3) | 14 | 15 | 18 | 20 | 15 |
| (3) My estimate – filled by standpipe through manhole cover – 5.6% of Hennet's Row 1 values in Table 5.6 | 3.0 | 3.2 | 4.0 | 4.5 | 3.3 |
| (4) My estimated losses during daily use of water buffaloes (Exhibit C.4) | 1.2 | 1.0 | 1.9 | 2.2 | 1.2 |
| (5) My estimate – overall losses – filler pipe strainer plus daily use (Row 2+4) | 15 | 16 | 20 | 22 | 16 |
| (6) My estimate – overall losses – standpipe filling through manhole plus daily use (Row 3+4) | 4.2 | 4.2 | 5.9 | 6.7 | 4.5 |

Table 5.8 – VOC Concentrations in Treated Water and During Water Buffalo Filling / Use Considering Volatilization Losses

| **Source** | **TCE (%)** | **PCE (%)** | **1,2-tDCE (%)** | **VC (%)** | **Bz (%)** |
|---|---|---|---|---|---|
| VOC in Raw Water | 100 | 100 | 100 | 100 | 100 |
| VOC in Treated Water (Table 5.4) | 93 | 92 | 92 | 88 | 94 |
| VOC in Buffalo Water – filling through filler tube/strainer and daily use (Table 5.7, Row 5) | 79 | 77 | 74 | 69 | 79 |
| VOC in Buffalo Water - standpipe filling through manhole and daily use (Table 5.7, Row 6) | 89 | 88 | 87 | 82 | 90 |

**Exhibit A**

**Documents Reviewed / Referenced**

AH Environmental Consultants, 2004. ATSDR Support – Estimation of VOC Removal. December 2004.

ATSDR, 2005. Expert Peer Review Panel: ATSDR's Historical Reconstruction Analysis – Camp Lejeune, North Carolina. March 28, 2005.

AWWA (American Water Works Association), 1990. *Water Quality and Treatment.* 4th edition, McGraw Hill.

Brigham, Jay. 2024. Expert Report Re: Camp Lejeune Water Litigation. December 9, 2024.

Cheng, H., Hu, Y., Luo, J. and Sabatini, D. A. 2009. "Multipass Membrane Air-Stripping (MAS) for Removing Volatile Organic Compounds (VOCs) from Surfactant Micellar Solutions." Journal of Hazardous Materials. 170, 2009, 1070-1078.

Crittenden, John C., Trussell, R. Rhodes, Had, David W., Howe, Kerry J. and Tchobanoglous, George, 2012. *MWH's Water Treatment: Principles and Design.* 3rd edition, Wiley.

EPA, 1983. Treatment of Volatile Organic Compounds in Drinking Water. EPA-600/8-83-019, May, 1983.

ETB (Engineering Tool Box), 2025. https://www.engineeringtoolbox.com/water-discharge-hose-d_1524.html, accessed January 7, 2025.

Faye, R.E. et al. 2008. "Analyses of Groundwater Flow, Contaminant Fate, and Transport, and Distribution of Drinking Water at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: Historical Reconstruction and Present-Day Conditions Chapter F: Simulation of the Fate and Transport of Tetrachloroethylene (PCE)." ATSDR, February 2008.

Faye, R.E. et al. 2010. "Analyses and Historical Reconstruction of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water Within the Service Areas of the Hadnot Point and Holcomb Boulevard Water Treatment Plants and Vicinities, U.S. Marine Corps Base Camp Lejeune, North Carolina - Chapter C: Occurrence of Selected Contaminants in Groundwater at Installation Restoration Program Sites." ATSDR, October 2010.

GHFC (Garden Hose Flow Calculator), https://www.spikevm.com/calculators/irrigation/garden-hose-flow.php, accessed December 26, 2024.

Hennet, R.J.C. 2024. Expert Report Re: Camp Lejeune Water Litigation. December 9, 2024.

HG (Home and Garden), https://homeandgardentalk.com/gpm-flow-rate-household-garden-hose, accessed December 26, 2024.

Lipe, K. M., Sabatini, D. A., Hasegawa, M., and Harwell, J. H. 1996. "Micellar Enhanced Ultrafiltration and Air Stripping for Surfactant-Contaminant Separation and Surfactant Reuse." Ground Water Monitoring and Remediation. 16(1), Winter 1996, 85-92.

Little, J. C. 1992. Applying the two-resistance theory to contaminant volatilization in showers. Environmental Science and Technology. 26(7), 1341-1349.

McKone, T.E. and Knezovich, J.P., 1991. The transfer of trichloroethyene (TCE) from a shower to indoor air: experimental measurements and their implications. Journal of the Air & Waste Management Association, 41(6), pp.832-837.

Martel, S., 2024. Deposition, November 12, 2024.

Maslia, M.L. 2024. Expert Report Re: Camp Lejeune Water Litigation. October 25, 2024.

Maslia, M.L., 2024. Deposition, September 26, 2024.

Maslia, M.L. (Editor). 2005. "Expert Peer Review Panel Evaluating ATSDR's Water-Modeling Activities in Support of the Current Study of Childhood Birth Defects and Cancer at U.S> Marine Corps Base Camp Lejeune, North Carolina." ATSDR, Meeting March 28-29, 2005, published October 2005.

Maslia, M.L. et al. 2007. "Analyses of Groundwater Flow, Contaminant Fate, and Transport, and Distribution of Drinking Water at Tarawa Terrace and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: Historical Reconstruction and Present-Day Conditions - Chapter A: Summary of Findings." ATSDR, July 2007.

Maslia, M.L. (Editor). 2009. "Expert Panel Assessing ATSDR's Methods and Analyses for Historical Reconstruction of Groundwater Resources and Distribution of Drinking Water at Hadnot Point, Holcomb Boulevard, and Vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina." ATSDR, April 29-30, 2009, published December 2009.

Maslia, M.L. et al. 2013. "Analyses and Historical Reconstruction of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water Within the Service Areas of the Hadnot Point and Holcomb Boulevard Water Treatment Plants and Vicinities, U.S. Marine Corps Base Camp Lejeune, North Carolina - Chapter A: Summary and Findings." ATSDR, March 2013.

Mattingly, Chris. Norman Director of Utilities and formerly director of Norman Water Treatment Plant. Personal Discussion, December 18, 2024.

Nakasone, H. 1987. Study of aeration at weirs and cascades. Journal of environmental engineering, 113(1), pp. 64-81.

NRC (National Research Council) - Committee on Contaminated Drinking Water at Camp Lejeune, 2009. "Contaminated Water Supplies at Camp Lejeune: Assessing Potential Health Effects." The National Academy Press, ISBN 978-0-309-13699-0 | DOI 10.17226/12618, 338 pp.

O'Haver, J. H., Walk, R., Kitiyanan, B., Harwell, J. H. and Sabatini, D. A. 2004. "Packed Column and Hollow Fiber Air Stripping of a Contaminant-Surfactant Stream." Journal of Environmental Engineering Division - ASCE. 130(1), 2004, 4-11.

Sabatini, D.A. 2025. Spray diameter for three showers at mid-point from showerhead to bathtub – 6", 7", 7.5"; spay velocities – showerhead to shower floor – ranged from 10 – 13 ft/sec for ten trials and two showers; January 10, 2025.

Sabatini, D.A. 2025. Appendix A: Response to Reports of Remy J.-C. Hennet & Jay Brigham Regarding Water Buffaloes; January 14, 2025.

Sautner, J.B. et al. 2013. " Analyses and Historical Reconstruction of Groundwater Flow, Contaminant Fate and Transport, and Distribution of Drinking Water Within the Service Areas of the Hadnot Point and Holcomb Boulevard Water Treatment Plants and Vicinities, U.S. Marine Corps Base Camp Lejeune, North Carolina Chapter A–Supplement 8 - Field Tests, Data Analyses, and Simulation of the Distribution of Drinking Water with Emphasis on Intermittent Transfers of Drinking Water Between the Hadnot Point and Holcomb Boulevard Water-Distribution Systems." ATSDR, March 2013.

Schwarzenbach, R.P., Gschwend, P.M. and Imboden, D.M., 1993. Environmental Organic Chemistry. Wiley and Sons.

Schwarzenbach, R.P., Gschwend, P.M. and Imboden, D.M., 1995. Environmental Organic Chemistry: Illustrative Examples, Problems, and Case Studies. Wiley and Sons.

Shiau, B. J., Hasegawa, M. A., Brammer, J. M., Carter, T., Goodspeed, M., Harwell, J. H., Sabatini, D. A., Knox, R. C. and Szekeres, E. 2003. "Field Demonstration of Surfactant-Enhanced DNAPL Remediation: Two Case Studies." in Henry, S. M. and S. D. Warner eds., Chlorinated Solvent and DNAPL Remediation: Innovative Strategies for Subsurface Cleanup. American Chemical Society Symposium Series 837, ACS, Washington, D.C., 2003, 51-72.

Smith, J.H., Bomberger, D.C., and Haynes, D.L. 1980. Prediction of the Volatilization Rates of High-Volatility Chemicals from Natural Water Bodies. Environmental Science and Technology. 14(11), November 1980, 1332-1337.

Spiliotopoulos, Alexandros. 2024. Expert Report Re: Camp Lejeune Water Litigation. December 9, 2024.

Thomas, R.G. 1990. Volatilization from Water. In: Lyman, W.J. et al., Handbook of Chemical Property Estimation Methods. American Chemical Society, Washington, D.C.

Waddill, D. 2024. Deposition, August 6, 2024.

Williams, S. 2024. Deposition, November 15, 2024.

Zinni, A. 2024. Deposition, May 28, 2024.

**Exhibit B – Vitae**

# DAVID A. SABATINI

David Ross Boyd Professor emeritus
School of Civil Engineering and Environmental Science
Adjunct Professor, Chulalongkorn University, Bangkok, Thailand
Adjunct Professor, Addis Ababa University, Addis Ababa, Ethiopia
Founding Director, WaTER (Water Technologies for Emerging Regions) Center
Associate Director, The Institute for Applied Surfactant Research
The University of Oklahoma; 202 West Boyd Street, Room 334; Norman, OK 73019-1024
Phone: (405) 325-4273; Fax: (405) 325-4217; sabatini@ou.edu; www.coe.ou.edu/sabatini/
ORCID ID: 0000-0003-1550-8686

| | | | |
|---|---|---|---|
| PERSONAL: | Born: December 31, 1957, Peoria, IL, USA<br>Married: Wife - Frances; Children - Caleb (12/23/88), Peggy (3/6/91) | | |
| GOALS: | Develop innovative technologies and pedagogical styles to creatively impact the following areas:<br><br>Water Technologies for Emerging Regions: Water & Sanitation/Remote Areas<br>Advanced Microemulsions: Environmental, Consumer & Energy Technologies<br>Transport, Fate, Identification and Treatment of Emerging Contaminants | | |
| APPOINTMENTS: | 7/99 – 6/23 | | Professor (David Ross Boyd Professor – 2005; Sun Oil Company Chair – 2002); The University of Oklahoma |
| | 1/01 – 6/22 | | Director, Environmental and Ground Water Institute / WaTER (Water Technologies for Emerging Regions) Center (June '06) |
| | 3/00 - present | | Associate Director, The Institute for Applied Surfactant Research |
| | 1/20 – present | | Adjunct Professor, Addis Ababa University, Addis Ababa, Ethiopia Africa Center of Excellence for Water Management |
| | 7/02 – present | | Adjunct Professor, Chulalongkorn University, Bangkok, Thailand Center of Excellence for Hazardous Waste Management |
| | 9/97 - 7/98 | | Senior Fulbright Scholar<br>Universität Tübingen, Germany |
| | 5/97 - 8/97 | | Environmental Scientist; USEPA -- Robert S. Kerr Environmental Research Laboratory, Ada, OK |
| | 1/89 - 6/99 | | Assistant Professor, Associate Professor (6/94)<br>The University of Oklahoma |
| | 9/85 - 12/88 | | USDA National Needs Fellow<br>Iowa State University |
| | 1/84 - 8/85 | | Research Assistant / Instructor<br>Memphis State University |
| | 2/81 - 12/83 | | Roadway Designer, Engineer Surveyor<br>Illinois Central Gulf Railroad |
| ADJUNCT APPOINTMENTS: | 1/01 - present | | Adjunct Professor, Chulalongkorn University, Bangkok, Thailand |
| | 1/20 – present | | Adjunct Professor, Addis Ababa University, Addis Ababa, Ethiopia |
| TECHNOLOGY FIRMS: | 5/00 - present | | Partner, Surfactant Associates, Inc., Norman, OK |
| | 12/96 – 10/08 | | Co-Founder / Principal<br>Surbec-ART Environmental, LLC, Norman, OK |
| EDUCATION: | PhD | 1989 | Iowa State University, Ames, IA<br>"Sorption and Transport of Atrazine, Alachlor and Fluorescent Dyes in Alluvial Aquifer Sands" |
| | MSCE | 1985 | Memphis State University, Memphis, TN |

| | | |
|---|---|---|
| | | "Biological Removal of Chlordane from Synthetic Landfill Leachate" |
| BSCE | 1981 | University of Illinois, Urbana, IL |

HONORS:

Life Member, American Water Works Association, 2022
Oklahoma Higher Education Hall of Fame, Oklahoma Higher Education Heritage Society (2020)
Rotary International WASRAG (Water and Sanitation Rotary Action Group) Member of the Year Award (2019)
*Journal of Surfactants and Detergents* Outstanding Paper of the Year Award (2018)
Larry W. Canter Influencing Environmental Interest Award, School of Civil Engineering and Environmental Science – OU (2018)
International Service Award, U.S. National Chapter - International Association of Hydrogeologists (2017)
Larry W. Canter Influencing Environmental Interest Award, School of Civil Engineering and Environmental Science – OU (2017)
Steven K. Dentel Award for Global Outreach, Association of Environmental Engineering and Science Professors (AEESP) (2016)
Pursuit of Excellence Faculty Award, OU Gallogly College of Engineering, Inaugural Winner (2015)
David L. Boren Award for Outstanding Global Engagement, OU (2015).
University of Illinois Civil and Environmental Engineering Alumni Association Distinguished Alumnus Award (2012)
Larry W. Canter Influencing Environmental Interest Award, School of Civil Engineering and Environmental Science – OU (2011)
Water Environment Federation Award of Merit with Distinction for Work in Developing Countries (2011)
Oklahoma Medal for Excellence in Teaching at a Research University – Oklahoma Foundation for Excellence (2010)
DaVinci Fellow Award – DaVinci Institute of Oklahoma (2010)
George W. Tauxe Outstanding Professor Award in School of Civil Engineering and Environmental Science – OU (2010)
Association of Environmental Engineering and Science Professors (AEESP) Wiley Outstanding Educator Award: Outstanding Contribution to Environmental Engineering and Science Education (2008)
Japanese Oil Chemist Society Lectureship Award (2006)
National Ground Water Association Ground Water Remediation Project Award (2006)
David Ross Boyd Professor – University of Oklahoma (2005)
*Journal of Surfactants and Detergents* Outstanding Paper of the Year Award (2003)
Sun Oil Company Endowed Chair – University of Oklahoma (2002)
Charles L. Blackburn Presidential Professorship (2000)
Outstanding Professor's Academy, OK Educational Leadership Academy (2000)
Fulbright Senior Scholar Award -- Universität Tübingen, Germany (1997-1998)
The OU Student Association Outstanding Faculty Award for Engineering (1996)
MAPCO Distinguished Lectureship Award (OU College of Engineering, 1996, 1997)
Regents Award for Superior Teaching (University of Oklahoma - 1995)
Outstanding Young Alumnus Award (Iowa State University - 1995)
Dow Outstanding Young Faculty Award (Midwest Section ASEE - 1993)
Conoco Distinguished Lectureship Award (OU Engineering College - 1993, 1994)
AIChE Outstanding Paper Award (Summer 1992 National Meeting)
Junior Faculty Summer Research Fellowship (OU - 1989)
Research Excellence Award (Dissertation - Iowa State University - 1989)
USDA National Needs Doctoral Fellowship (1985-1988)
Premium for Academic Excellence Award (ISU - 1985)

Chi Epsilon, Tau Beta Pi, Phi Kappa Phi, Sigma Xi

SOCIETIES: American Chemical Society
American Geophysical Union
American Oil Chemists Society
American Society of Civil Engineers
American Society of Engineering Educators
American Water Works Association
Association of Environmental Engineering and Science Professors
International Water Association
National Ground Water Association
Water Environment Federation

REGISTRATION: PE: Tennessee - 0107663, Oklahoma - 17121

REFEREED JOURNALS SERVED AS ASSOCIATE EDITOR/EDITORIAL BOARD/EDITOR-IN-CHIEF:

Editor-in-Chief (Co-): Journal of Contaminant Hydrology. 2008 – 2014

Associate Editor: Journal of Surfactants and Detergents. 2003 –2016; Journal of Contaminant Hydrology. 1998 – 2008, 2014 - present; Ground Water. 1993 – 2000.

Member International Editorial Board: Journal of Water, Sanitation and Hygiene for Development. 2010 – present.

Member International Editorial Board: Development Engineering Journal. 2014 – 2020.

Member Editorial Advisory Board: Journal of Surfactants and Detergents. 2016-2022.

BOOKS (CO-AUTHORED OR CO-EDITED) (6):

6. Acosta, E. Harwell, J. H. and Sabatini, D. A., eds. *Surfactant Formulation Engineering Using HLD and NAC*. American Oil Chemists Society (AOCS) In Press.

5. Chamberlain, J. F. and Sabatini, D. A. *Fundamentals of Water Security: Quantity, Quality and Equity in a Changing Climate.* 2022, John Wylie Publishing, ISBN 9781119824640, 444 pp.

4. Brusseau, M., Sabatini, D. A., Gierke, J. and Annable, M., eds. *Innovative Subsurface Remediation: Field Testing of Physical, Chemical and Characterization Technologies*. ACS Symposium Series 725, American Chemical Society, Washington, D.C., 1999, ISBN 0-8412-3596-1, 299 pp.

3. Sabatini, D. A., Knox, R. C., and Harwell, J. H., eds. *Surfactant Enhanced Subsurface Remediation: Emerging Technologies*. ACS Symposium Series 594, American Chemical Society, Washington, D.C., 1995, ISBN # 0-8412-3225-3, 312 pp.

2. Knox, R. C., Sabatini, D. A. and Canter, L. W. *Subsurface Transport and Fate Processes*. Lewis Publishers, Boca Raton, FL, 1993, ISBN # 0-87371-193-9, 430 pp.

1. Sabatini, D. A. and Knox, R. C., eds. *Transport and Remediation of Subsurface Contaminants*. ACS Symposium Series 491, American Chemical Society, Washington, D.C., 1992, ISBN # 0-8412-2223-1, 252 pp.

NATIONAL RESEARCH COUNCIL BOOKS CO-AUTHORED (1):

1. Committee on Source Removal of Contaminants in the Subsurface. Contaminants in the Subsurface: Source Zone Assessment and Remediation. 2005, The National Academy Press, ISBN# 0-309-09447-X, 358 pp. www.nap.edu.

REFEREED JOURNAL ARTICLES / BOOK CHAPTERS (232):

- Work has been cited 13,728 times with h-index of 67, an i-100 index of 34, and an i-10 index of 202 (Google Scholar Citations: December 30, 2024).

232. Phaodee, P., Harwell, J. H. and Sabatini, D. A. "Detergency System Design: From Hydrophile-Lipophile Balance (HLB) to Hydrophilic-Lipophilic Deviation (HLD)" In Acosta, E. Harwell, J. H. and Sabatini, D. A., eds. *Surfactant Formulation Engineering Using HLD and NAC.* Accepted, 12/1/23, American Oil Chemists Society (AOCS), In Press.

231. Acosta E., Gangopadhyay K., Chan J., and Sabatini D. "HLD-guided design of vegetable oil extraction technology." In Acosta, E. Harwell, J. H. and Sabatini, D. A., eds. *Surfactant Formulation Engineering Using HLD and NAC.* Accepted, 8/21/23, American Oil Chemists Society (AOCS), In Press.

230. Tanner B., McDonald, P., Mahmoud-Elhaj, D., Sabatini, D., Chamberlain, J., Nijhawan, A., Rainbolt-Forbes, E., and Feltz, A. "Not All Information Is Informative: An Exploration of Educational Content on Recycled Potable Water Knowledge and Acceptance." Water Research. 2024, 252, 121254.

229. Sarah E. Jones, S.E., Ding, Y., Sabatini, D.A. and Butler, E.C. "Nitrate Uptake by Cellulose-Based Anion Exchange Polymers Derived from Wheat Straw." Water. 2023, 15(20), 3594; https://doi.org/10.3390/w15203594.

228. Ding, Y., Sharmin, N., Sabatini, D. A., Butler, E. C. "Sorbents for Phosphorous Recovery and Reuse Prepared from Corn Cob Char and Rice Husk Ash: A Life Cycle and Cost Assessment." Resources, Conservation and Recycling. 2023, 198(11), xxx. DOI: 10.1016/j.resconrec.2023.107127.

227. Ding, Y., Sabatini, D. A., Butler, E. C. "Effects of pH and Soil Minerals on Phosphorus Release from Agricultural Waste–Based Sorbents: A Continuous-Flow Column Study." Journal of Environmental Engineering. 2023, 149 (4), 1-9, DOI: DOI: 10.1061/JOEEDU.EEENG-7102.

226. Butler, E. C., Sabatini, D. A., and Ding, Y. "Phosphate Uptake by Precipitation in Model Animal Wastewaters: Adjusting Ionic Strength and Ionic Composition to Maximize Phosphorus Removal." Water. 2022, 14, 1-16, DOI: doi.org/10.3390/w14142229.

225. Boving T., Craver V., Labhasetwar P., and Sabatini D. "Sustainable groundwater treatment technologies for underserved rural communities in emerging economies." Science of the Total Environment. 2022, 813, 1-16, doi.org/10.1016/j.scitotenv.2021.152633.

224. Phaodee, P. and Sabatini, D. A. "Anionic and Cationic Surfactant Synergism: Minimizing Precipitation, Microemulsion Formation, and Enhanced Solubilization and Surface Modification." Journal of Surfactants and Detergents, 2021, 24(4): 551–562.

223. Ding, Y., Sabatini, D. A., Butler, E. C. "Phosphorus recovery and recycling from model animal wastewaters using materials prepared from rice straw and corn cobs." Water Science and

Technology. 2021, 83 (8), 1893-1906, DOI: 10.2166/wst.2021.094.

222. Sharmin, N., Sabatini, D. A., Butler, E. C. "Phosphorus recovery and reuse using calcium-silicate hydrate made from rice husk." Journal of Environmental Engineering 2021, 147(6), 04021015, DOI: 10.1061/(ASCE)EE.1943-7870.0001877.

221. Deal, P. and Sabatini, D. A. "An assessment of penetration for pay-to-fetch water kiosks in rural Ghana using the Huff Gravity Model." Journal of Water, Sanitation and Hygiene for Development. 2020, 10(4), 670-679.

220. Mahmoud-Elhaj, D., Tanner, B., Sabatini, D. and Feltz, A. "Measuring Objective Knowledge of Potable Recycled Water." Journal of Community Psychology, 2020, 48, 2033-2052.

219. Phaodee, P., Harwell, J. H. and Sabatini, D. A. "Correlation between detergency of different oily and solid non-particulate soils and hydrophilic-lipophilic deviation (HLD)." Journal of Surfactants and Detergents, 2020, 23(5), 953-962.

218. Deal, P. and Sabatini, D. A. "Evaluating the level of household water service provided by a private water enterprise in Ghana." Water. 2020, 2, 693; doi:10.3390/w12030693, 1-18.

217. Deal, P. and Sabatini, D. A. "Utilizing Indicator Kriging to Identify Suitable Zones for Manual Drilling in Weathered Crystalline Basement Aquifers." Groundwater for Sustainable Development. 2020, 11, doi.org/10.1016/j.gsd.2020.100402, 1-15.

216. Nijhawan, A., Butler, E., and Sabatini, D. A. "Fluoride Adsorption on Porous Hydroxyapatite Ceramic Media: A Study of Kinetics." Environmental Engineering Science. 2020, 37(6). DOI: 10.1089/ees.2019-0392, 409-416.

215. Chamberlain, J.F., Tromble, E., Graves, M. and Sabatini, D. "Water Reuse vs. Water Conveyance for Supply Augmentation: Cost and Carbon Footprint." AWWA Water Science. 2020; e1170. https://doi.org/10.1002/aws2.1170. 2(1), 1-12.

214. Phaodee, P. and Sabatini, D. A. "Effect of Surfactant Systems, Alcohol Type, and Salinity on Cold Water Detergency of Triacylglycerol Semisolid Soil. Part II." Journal of Surfactants and Detergents. 2020, 23(2), 423-432.

213. Phaodee, P., Attaphong, C. and Sabatini, D. A. "Cold Water Detergency of Triglyceride Semi-solid Soils: The Effect of Salinity, Alcohol Type and Surfactant Systems." Journal of Surfactants and Detergents. 2019, 22, 1175-1187.

212. Chanwattanakit J, Scamehorn J. F., Sabatini, D.A. and Chavadej, S. "Laundry Detergency of Solid Non–particulate Soil or Waxy Solids: Part II. Effect of Surfactant Type." Journal of Surfactants and Detergents. 2019, 22, 571-585.

211. Yami, T. L., Chamberlain, J. F., Beshah, F. Z. and Sabatini, D. A. "Performance Enhancement of Nalgonda Technique and Pilot Testing Electrolytic Defluoridation System for Removing Fluoride from Drinking Water in East Africa." African Journal of Environmental Science and Technology. 2018, 12(10), 357-369.

210. Resasco, D., Wang, B. and Sabatini, D. "Distributed Processes for Biomass Conversion could Aid U.N. Sustainable Development Goals." Nature Catalysis. 2018, 1(10), 731-735.

209. Nijhawan, A., Butler, E., and Sabatini, D. "Hydroxyapatite Ceramic Adsorbents: Effect of Pore Size, Regeneration and Selectivity for Fluoride." J. Environmental Engineering. 2018, 144(11), DOI: 10.1061(ACE)EE.1943-7870.0001464, 04018117, 1-7.

208. Charoensaeng, A., Khaodhiar, S., Sabatini, D. A. and Arpornpong, N., "Exhaust Emissions of a Diesel Engine using Ethanol-in-Palm Oil/Diesel Microemulsion-based Biofuels." Environmental Engineering Research. 2018, 23(3), 242-249.

207. Arpornpong, N., Charoensaeng, A., Khaodhiar, S. and Sabatini, D. A. "Formulation of Microemulsion-Based Washing Agent for Oil Recovery from Spent Bleaching Earth-Hydrophilic Lipophilic Deviation Concept." Colloids and Surfaces A: Physicochemical and Engineering Aspects. 2018, 541, 87-96.

206. Damrongsiri, S., Tongcumpou, C. and Sabatini, D. A. "Effect of Dibutyltin Dichloride on the Partitioning Behavior of Surfactant, n-Butanol, Perchloroethylene and Water." Environmental Engineering Science. 2018, 35(1), 46-52.

205. Yami, T. L., Butler, E. C. and Sabatini, D. A. "Preparation and Evaluation of Monetite as a High-Capacity Adsorbent for Fluoride Removal from Drinking Water." J. Environmental Engineering. 2018, 144(1), DOI: 10.1061(ACE)EE.1943-7970.0001285, 04017081, 1-8.

204. Yami, T. L., Sabatini, D. A. and Busenitz, L. W. "Using Business Models in Designing Market-based Solutions: The Case of Fluoride Removal from Drinking Water." Journal of Water, Sanitation and Hygiene for Development. 2017, 7(3), 387-395.

203. Petts, A.J., Hou, L., Sabatini, D. A. and T.C.G. Kibbey. "Aqueous Surfactant-Based Extraction of Cottonseed Collets from an Industrial Oilseed Processing Facility." Journal of American Oil Chemists Society. 2017, 94(8), 1121-1127.

202. Nijhawan, A., Butler, E., and Sabatini, D. "Macroporous Hydroxyapatite Ceramic Beads for Fluoride Removal from Drinking Water." Journal of Chemical Technology and Biotechnology. 2017, 92(8), 1868-1875.

201. Chanwattanakit J, Scamehorn J. F., Sabatini, D.A. and Chavadej, S. "Laundry Detergency of Solid Non–particulate Soil or Waxy Solids: Part I. Relation to Oily Soil Removal Above the Melting Point." Journal of Surfactants and Detergents. 2017, 20(4), 815-830.

200. Attaphong, C. and Sabatini, D. "Optimized Microemulsion Systems for Detergency of Vegetable Oils at Low Surfactant Concentration and Bath Temperature." Journal of Surfactants and Detergents. 2017, 20(4), 805-813.

199. Du, J., Sabatini, D. A. and Butler, E. C. "Evaluation of Aluminum Hydroxide-Amended Zeolites in Fluoride Removal: Column Filtration and Regeneration." J. Environmental Engineering. 2017, 143(4), DOI: 10.1061/(ASCE)EE.1943-7870.0001114, 04016043, 1-9.

198. Yami, T. L., Chamberlain, J. F., Butler, E. C. and Sabatini, D. A. "Using a High-Capacity Chemically Activated Cow Bone to Remove Fluoride: Field Scale Column Tests and Laboratory Regeneration Studies." J. Environmental Engineering. 2017, 143(2), DOI: 10.1061/(ASCE)EE.1943-7870.0001169, 04016092, 1-9.

197. Rongsayamanont, W., Soonglerdsongpha, S., Khondee, N., Pinyakong, O., Tongcumpou, C., Sabatini, D. and Luepromchai, E. "Formulation of Crude Oil Dispersants Base on the HLD Concept using a Lipeopeptide Biosurfactant." Journal of Hazardous Materials. 2017, 334, 168-177.

196. Attaphong, C., Singh, V., Balakrishnan, A., Do, L. Arpornpong, N., Parthasarathy, R., Gollahalli, S. R., Khaodhiar, S. and Sabatini, D. "Phase Behaviors, Fuel Properties, and Combustion Characteristics of Alcohol-Vegetable Oil-Diesel Microemulsion Fuels." International Journal of Green Energy. 2016, 13(9), 930-943.

195. Du, J., Sabatini, D. A. and Butler, E. C. "Preparation, Characterization, and Regeneration of Aluminum

(Hydr)Oxide–Amended Molecular Sieves for Fluoride Removal from Drinking Water." J. Environmental Engineering. 2016, 142(10), DOI: 10.1061/(ASCE)EE.1943-7870.0001114, 04016043, 1-8.

194. Hoggan, J. L., Sabatini, D. A., Kibbey, T. C. G. "Transport and Retention of $TiO_2$ and Polystyrene Nanoparticles During Drainage from Tall Heterogeneous Layered Columns." Journal of Contaminant Hydrology. 2016, 194, 30-35.

193. Yami, T. L., Butler, E. C. and Sabatini, D. A. "Chemically Activated Cow Bone for Increased Fluoride Removal from Drinking Water." Journal of Water, Sanitation and Hygiene for Development. 2016, 6(2), 215-223.

192. Brunson, L. R. and Sabatini, D. A. "Methods for Optimizing Activated Materials for Removing Fluoride from Drinking Water Sources." J. Environmental Engineering. 2016, 142(2), DOI: 10.1061/(ASCE)EE.1943-7870.0001044, 04015078, 1-9.

191. Brunson, L. R. and Sabatini, D. A. "Role of Surface Area and Surface Chemistry during an Investigation of Eucalyptus Wood Char for Fluoride Adsorption from Drinking Water." J. Environmental Engineering. 2015, 141(2), DOI:10.1061/(ASCE)EE.1943-7870.0000891, 04014060, 1-8.

190. Yami, T. L., Du, J., Brunson, L. R., Chamberlain, J. F., Sabatini, D. A. and Butler, E. C. "Life Cycle Assessment of Adsorbents for Fluoride Removal from Drinking Water in East Africa." The International Journal of Life Cycle Assessment. 2015, 20, 1277-1286.

189. Itsadanont, S., Theptat, P., Scamehorn, J. F., Soontravanich, S., Sabatini, D. A., and Chavadej, S. "Dissolution of Soap Scum by Surfactant. Part III: Effect of Chelant Type on Equilibrium Solubility and Dissolution Rate of Calcium and Magnesium Soap Scums in Various Surfactant Systems." Journal of Surfactants and Detergents. 2015, 18, 925-932.

188. Arpornpong, N., Sabatini, D.A., Khaodhiar, S. and Charoensaeng, A. "Life Cycle Assessment of Palm Oil Microemulsion-based Biofuel." International Journal of Life Cycle Assessment. 2015, 20, 913-926.

187. Do, L. D., Attaphong, C., Scamehorn, J. F. and Sabatini, D. A. "Detergency of Vegetable Oils and Semi-Solid Fats using Microemulsion Mixtures of Anionic Extended Surfactants: The HLD Concept and Cold-Water Applications." Journal of Surfactants and Detergents. 2015, 18, 373-382.

186. Do, L. D., Stevens, T. L., Kibbey, T. C. G. and Sabatini, D. A. "Preliminary Formulation Development for Aqueous Surfactant-based Soybean Oil Extraction." Industrial Crops and Products. 2014, 140-146.

185. Itsadanont, S., Ratanalert, D., Soontravanich, S., Sabatini, D. A., Scamehorn, J. F., and Chavadej, S. "Dissolution of Soap Scum by Surfactant. Part II: Effects of NaCl and Added Chelant on Equilibrium Solubility and Dissolution Rate of Calcium Soap Scum in Amphoteric Surfactant Solutions." Journal of Surfactants and Detergents. 2014, 17, 859-864.

184. Itsadanont, S., Scamehorn, J. F., Soontravanich, S., Sabatini, D. A., and Chavadej, S. "Dissolution of Soap Scum by Surfactant Part I: Effects of Chelant and Type of Soap Scum." Journal of Surfactants and Detergents. 2014, 17, 849-857.

183. Arpornpong, N., Attaphong, C., Charoensaeng, A., Sabatini, D. A. and Khaodhiar, S. "Ethanol-in-Palm Oil/Diesel Microemulsion-based Biofuel: Phase Behavior, Viscosity and Droplet Size." Fuel. 2014, 132, 101-106.

182. Cope, C. O., Webster, D. S. and Sabatini, D. A. "Arsenate Adsorption onto Iron Oxide Amended Rice



Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 36 of 221

Husk Char." Science of the Total Environment. 2014, 488-489, 554-561.

181. Brunson, L. R. and Sabatini, D. A. "Practical Considerations, Column Studies and Natural Organic Material Competition for Fluoride Removal with Bone Char and Aluminum Oxide Amended Materials in the Main Ethiopian Rift Valley." Science of the Total Environment. 2014, 488-489, 580-587.

180. Chamberlain, J.C. and Sabatini, D. A. "Water Supply Options in Arsenic-affected Regions in Cambodia: Targeting the Bottom Income Quintiles." Science of the Total Environment. 2014, 488-489, 521-531.

179. Kibbey, T. C. G., Chen, L., Do, L. D. and Sabatini, D. A. "Predicting the Temperature-Dependent Viscosity of Vegetable Oil/Diesel Reverse Microemulsion Fuels." Fuel. 2014, 116, 432-437.

178. Du, J., Sabatini, D. A. and Butler, E. C. "Synthesis, Characterization and Evaluation of Simple Aluminum-based Adsorbents for Fluoride Removal from Drinking Water." Chemosphere. 2014, 101, 21-27.

177. Singtong, S., Tongcumpou, C. and Sabatini, D. A. "Effects of Ferrocene on the Solubilization of Alkanes in a Microemulsion System." Applied Environmental Research. 2013, 33(2), 57-69.

176. Attaphong, C. and Sabatini, D. A. "Phase Behaviors of Vegetable Oil-based Microemulsion Fuels: The Effects of Temperatures, Surfactants, Oils, and Water in Ethanol." Energy and Fuels. 2013, 27, 6773-6780.

175. Talawat, J., Sabatini, D. A. and Tongcumpou, C. "Behavior of DNAPL mixture of organometallic and chlorinated solvent in the presence of surfactants and alcohols as density modifying agents." J. Environmental Science and Health, Part A. 2013, 48(13), 1619-1627.

174. Brunson, L. R., Busenitz, L. W., Sabatini, D. A. and Spicer, P. "In Pursuit of Sustainable Water Solutions in Emerging Regions." Journal of Water, Sanitation and Hygiene for Development. 2013, 3(4), 489-499.

173. Arpornpong, N., Charoensaeng, A., Sabatini, D.A. and Khaodhiar, S. "Ethoxy Carboxylate Extended Surfactant: Surface Charge of Surfactant-modified Alumina, Adsolubilization and Solubilization of Phenylethanol and Styrene." Journal of Surfactants and Detergents. 2013, 16, 291-298.

172. Damrongsiri, S., Tongcumpou, C., Weschayanwiwat, P. and Sabatini, D. A. "Partition Behavior of Surfactants, Butanol, and Salt During Application of Density-modified Displacement of Dense Non Aqueous Phase Liquids." Journal of Hazardous Materials. 2013, 248-248, 261-267.

171. Panswad, D., Sabatini, D. A. and Khaodhiar, S. "Adsorption, Desorption and Adsolubilization Properties of the Mixed Anionic Extended Surfactants and a Cationic Surfactant." Journal of Surfactants and Detergents. 2012, 15, 787-795.

170. Rojvoranun, S., Chavadej, S., Scamehorn, J. F., and Sabatini, D. A. "Mechanistic Studies of Particulate Soil Detergency: II. Hydrophilic Soil Removal." Journal of Surfactants and Detergents. 2012, 15, 663-667.

169. Mathurasa, L., Tongcumpou, C., Sabatini, D. A. and Luepromchai, E. "Anionic Surfactant Enhanced Bacterial Degradation of Tributyltin in Soil." International Biodegradation and Biodeterioration. 2012, 75, 7-14.

168. Chen, L., Sabatini, D. A., Kibbey, T. C. G. "Transport and Retention of Fullerene ($nC_{60}$) Nanoparticles in Unsaturated Porous Media: Effects of Solution Chemistry and Solid Phase Coating." Journal of Contaminant Hydrology. 2012, Vol. 138-139, 104-112.

167. Rojvoranun, S., Chavadej, S., Scamehorn, J. F., and Sabatini, D. A. "Mechanistic Studies of Particulate Soil Detergency: I. Hydrophobic Soil Removal." Journal of Surfactants and Detergents. 2012, 15, 277-289.

166. Werner, D., Karapanagioti, H. K., and Sabatini, D. A. "Assessing the Effect of Grain-scale Sorption Rate Limitations on the Fate of Hydrophobic Organic Groundwater Pollutants." Journal of Contaminant Hydrology. 2012, 129-130, 70-79.

165. Attaphong, C., Do, L., and Sabatini, D. A. "Vegetable Oil-based Microemulsions Using Carboxylate-based Extended Surfactants and Their Potential as an Alternative Renewable Biofuel." Fuel. 2012, 94, 606-613.

164. Do, L. D., Singh, V., Chen, L. Kibbey, T. C. G., Gollahalli, S. R. and Sabatini, D. "Algae, Canola or Palm Oils-Diesel Microemulsion Fuels: Phase Behaviors, Viscosity and Combustion Properties." International Journal of Green Energy. 2011, 8, 748-767.

163. McCray, J. E., Tick, G. R., Jawitz, J. W., Gierke, J. S., Brusseau, M. L., Falta, R. W., Knox, R. C., Sabatini, D. A., Annable, M. D., Harwell, J. H. and Wood, A. L. "Remediation of NAPL Source Zones: Lessons Learned from Field Studies at Hill and Dover AFB." Ground Water. 2011, 49(5), 727-744.

162. Panswad, D., Sabatini, D. A. and Khaodhiar, S. "Precipitation and Micellar Properties of the Novel Mixed Anionic Extended Surfactant and a Cationic Surfactant." Journal of Surfactants and Detergents. 14, 2011, 577-583.

161. Do, L. and Sabatini, D. A. "Pilot Scale Study of Vegetable Oil Extraction by Surfactant-Assisted Aqueous Extraction Process." Separation Science and Technology. 2011, 46(6), 978-985.

160. Kadioglu, S. I., Phan, T. T. and Sabatini, D. A. "Surfactant Based Oil Extraction of Corn Germ." Journal of American Oil Chemist Society. 2011, 88: 863-869.

159. Nguyen, T. T. and Sabatini, D. A. "Characterization and Emulsification Properties of Rhamnolipid and Sophorolipid Biosurfactants and Their Applications." International Journal of Molecular Science. 2011, 12, 1232-1244.

158. Chen, L., Sabatini, D. A., Kibbey, T. C. G. "Retention and Release of $TiO_2$ Nanoparticles in Unsaturated Porous Media During Dynamic Saturation Change." Journal of Contaminant Hydrology. 2010, 118, 199-207.

157. Soontravanich, S., Landram, G., Shobe, S., Waite, C., Scamehorn, J. F., Sabatini, D. A. and Scheuing, D. R. "Dissolution Study of Salt of Long Chain Fatty Acids (Soap Scum) in Surfactant Solutions. Part II: Kinetics of Dissolution." Journal of Surfactants and Detergents, 13, 2010, 373-379.

156. Soontravanich, S., Lopez, H., Scamehorn, J. F., Sabatini, D. A. and Scheuing, D. R. "Dissolution Study of Salt of Long Chain Fatty Acids (Soap Scum) in Surfactant Solutions. Part I: Equilibrium Dissolution." Journal of Surfactants and Detergents 13, 2010, 367 - 372.

155. Tanthakit, P., Ratchatawetchakul, P., Chavadej, S., Scamehorn, J. F., Sabatini, D. A., Tongcumpou, C. and Tongcumpou, C. "Palm Oil Removal from Fabric using Microemulsion-based Formulations." Journal of Surfactants and Detergents. 13, 2010, 485-495.

154. Do, L. and Sabatini, D. A. "Aqueous Extended-Surfactant Based Method for Vegetable Oil Extraction: Proof of Concept." Journal of American Oil Chemists' Society 2010, 87, 1211-12S20.

153. Kibbey, T. C. G., Chen, L., Sabatini, D. A., Mills, M. A. and Nietch, C. "Model Stream Channel

Testing of a UV-transparent Polymer-based Passive Sampler for Ultra-low-cost Water Screening Applications." Chemosphere. 2010, 80, 908-913.

152. Nguyen, T. T., Edelen, A., Neighbors, B. and Sabatini, D. A. "Biocompatible Lecithin-Based Microemulsions with Rhamnolipid and Sophorolipid Biosurfactants: Formulation and Potential Applications." Journal of Colloid and Interface Science. 2010, 348, 498-504.

151. Damrongsiri, S., Tongcumpou, C., Weschayanwiwat, P. and Sabatini, D. A. "Solubilization of Dibutyltin Dichloride with Surfactant Solutions in Single and Mixed Oil Systems." Journal of Hazardous Materials. 2010, 181, 1109-1114.

150. Nguyen, T., Do, L. and Sabatini, D. A. "Biodiesel Production via Peanut Oil Extraction using Diesel-based Reverse Micellar Microemulsions." Fuel. 2010, 89, 2285-2291.

149. Phan, T. P., Witthayapanyanon, A., Harwell, J. H. and Sabatini, D. A. "Microemulsion-based Vegetable Oil Detergency using an Extended Surfactant." Journal of Surfactants and Detergents. 2010, 13, 313-319.

148. Arpornpong, N., Charoensaeng, A., Sabatini, D.A. and Khaodhiar, S. "Ethoxy Carboxylate Extended Surfactant: Micellar, Adsorption and Adsolubilization Properties." Journal of Surfactants and Detergents. 2010, 13, 305-311.

147. Attaphong, C., Asnachinda, E., Charoensaeng, A., Sabatini, D. A. and Khaodhiar, S. "Adsorption and Adsolubilization of Polyermizable Surfactants on Aluminum Oxide." Journal of Colloid and Interface Science. 2010, 344, 126-131.

146. Mlilo, T. B., Brunson, L. R. and Sabatini, D. A. "Arsenic and Fluoride Removal using Simple Materials." J. Environmental Engineering. 2010, 136(4), 391-398.

145. Phan, T. P., Harwell, J. H. and Sabatini, D. A. "Effects of Triglyceride Molecular Structure on Optimum Formulation of Surfactant-Oil-Water Systems." Journal of Surfactants and Detergents. 2010, 13, 189-194.

144. Asnachinda, E., Khaodhiar, S. and Sabatini, D. A. "Styrene and Phenyethanol Adsolubilization of a Polymerizable Surfactant." Journal of Surfactants and Detergents. 13, 2010, 143-148.

143. Wittayapanyanon, A., Phan, T. P., Heitmann, T. C., Harwell, J. H. and Sabatini. D. A. "Interfacial Properties of Extended-Surfactant-Based Microemulsions and Related Systems." Journal of Surfactants and Detergents. 2010, 13, 127-134.

142. Asnachinda, E., O'Haver, J., Sabatini, D. A. and Khaodhiar, S. "Atomic Force Microscopy and Contact Angle Studies of Polymerizable Gemini Surfactant Admicelles on Mica." Journal of Applied Polymer Science. 2010, 115, 1145-1152.

141. Brunson, L. R. and Sabatini, D. A. "Evaluation of Fish Bone Char as an Appropriate Arsenic and Fluoride Removal Technology for Emerging Regions." Environmental Engineering Science. 26(12), 2009, 1777-1784.

140. Asnachinda, E., Khaodhiar, S. and Sabatini, D. A. "Effect of Ionic Head Group on Admicelle Formation of Polymerizable Surfactants." Journal of Surfactants and Detergents. 12, 2009, 379-386.

139. Kolar, R. L., Sabatini, D. A. and Muraleetharan, K. K. "Sooner City - Reflections on Our Curriculum Reform Project." in Designing Courses for Significant Learning: Voices of Experience. edited by L. D. Fink and A. K. Fink, Jossey-Bass, 2009, 89-95.



Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 39 of 221

138. Naksuk, A., Sabatini, D. A. and Tongcumpou, C. "Microemulsion-based Palm Kernel Oil Extraction using Mixed Surfactant Solutions." Journal of Industrial Crops and Products. 30(2), 2009, 194-198.

137. Acosta, E. J., Szekeres, E., Harwell, J. H., Grady, B. P. and Sabatini, D. A. "Morphology of Ionic Microemulsions: Comparison of SANS studies and the Net-Average Curvature (NAC) Model." Soft Matter. 5(3), 2009, 551-561.

136. Cheng, H., Hu, Y., Luo, J. and Sabatini, D. A. "Multipass Membrane Air-Stripping (MAS) for Removing Volatile Organic Compounds (VOCs) from Surfactant Micellar Solutions." Journal of Hazardous Materials. 170, 2009, 1070-1078.

135. Kibbey, T. C. G., Chen, L., Singhaputtangkul, N. and Sabatini, D. A. "A UV-Transparent Passive Concentrator/Spectrum Deconvolution Method for Simultaneous Detection of Endocrine Disrupting Chemicals (EDCs) and Related Contaminants in Natural Waters." Chemosphere. 76, 2009, 1249-1257.

134. Charoensaeng, A., Sabatini, D. A. and Khaodhiar, S. "Solubilization and Adsolubilization of Polar and Nonpolar Organic Solutes by Linker Molecules and Extended Surfactants." Journal of Surfactants and Detergents. 12, 2009, 209-217.

133. Nguyen, T. T. and Sabatini, D. A. "Microemulsions of Rhamnolipid and Sophorolipid Biosurfactants." In Biobased Surfactants and Detergents: Synthesis, Properties and Applications. D. Hayes, D. Kitamoto, D. K. Y. Solaiman and R. D. Ashby, Eds. AOCS Press, 2009, 107-127.

132. Tanthakit, P., Nakrachata-amorn, A., Scamehorn, J. F., Sabatini, D. A., Tongcumpou, C. and Chavadej, S. "Microemulsion Formation and Detergency with Oily Soil: V. Effects of Water Hardness and Builder." Journal of Surfactants and Detergents. 12, 2009, 173-183.

131. Soontravanich, S., Walsh, S., Scamehorn, J. F., Harwell, J. H., and Sabatini, D. A. "Interaction Between an Anionic and an Amphoteric Surfactant. Part II. Precipitation." Journal of Surfactants and Detergents. 12, 2009, 145-154.

130. Nguyen, T. T. and Sabatini, D. A. "Formulating Alcohol-Free Microemulsions Using Rhamnolipid Biosurfactant and Rhamnolipid Mixtures." Journal of Surfactants and Detergents. 12, 2009, 109-115.

129. Do, L., Wittayapanyanon, A., Harwell, J. H. and Sabatini. D. A. "Environmentally Friendly Vegetable Oil Microemulsions Using Extended Surfactants and Linkers." Journal of Surfactants and Detergents. 12, 2009, 91-99.

128. Soontravanich, S., Munoz, J. A., Scamehorn, J. F., Harwell, J. H., Sabatini, D. A. "Interaction Between an Anionic and an Amphoteric Surfactant. Part I. Monomer-Micelle Equilibrium." Journal of Surfactants and Detergents. 11, 2008, 251-261.

127. Wittayapanyanon, A., Harwell, J. H. and Sabatini. D. A. "Hydrophilic-Lipophilic Deviation (HLD) Method for Characterizing Conventional and Extended Surfactants." Journal of Colloid and Interface Science. 325, 2008, 259-266.

126. Tanthakit, P., Chavadej, S., Scamehorn, J. F., Sabatini, D. A. and Tongcumpou, C. "Microemulsion Formation and Detergency with Oily Soil: IV. Effect of Rinse Cycle Design." Journal of Surfactants and Detergents. 11(2), 2008, 117-128.

125. Charoensaeng, A., Sabatini, D. A. and Khaodhiar, S. "Styrene Solubilization and Adsolubilization on Aluminum Oxide Surface Using Linear Molecule and Extended Surfactants." Journal of Surfactants and Detergents. 11, 2008, 61-71.

124. Chen, L., Sabatini, D. A. and Kibbey, T. C. G. "Role of the Air-Water Interface in the Retention of $TiO_2$ Nanoparticles in Porous Media during Primary Drainage." Environmental Science and Technology. 42(6), 2008, 1916-1921.

123. Nguyen, T. T., Youssef, N. H., McInerney, M. J. and Sabatini, D. A. "Rhamnolipid Biosurfactant Mixtures for Environmental Remediation." Water Research. 42, 2008, 1735-1743.

122. Suntisukaseam, U., Weschayanwiwat, P. and Sabatini, D. A. "Sorption of Amphiphilic Compounds onto Polar and Nonpolar Adsorbents." Environmental Engineering Science. 24(10), 2007, 1457-1465.

121. Thal, A. E., Knox, R. C. and Sabatini, D. A. "Estimating Partition Coefficients of Tracers." Ground Water Monitoring and Remediation. 27(4), 2007, 134-142.

120. Upadhyaya, A., Acosta, E. J., Scamehorn, J. F. and Sabatini, D. A. "Adsorption of Anionic-Cationic Surfactant Mixtures on Metal Oxide Surfaces." Journal of Surfactants and Detergents. 10, 2007, 269-277.

119. Youssef, N. H., Nguyen, T., Sabatini, D. A. and McInerney, M. J. "Basis for Formulating Biosurfactant Mixtures to Achieve Ultra Low Interfacial Tension Values against Hydrocarbons." Journal of Industrial Microbiology and Biotechnology. 34(7), 2007, 497-507.

118. Kibbey, T.C.G., Paruchuri, R., Sabatini, D. A., and Chen, L. "Adsorption of Beta Blockers to Environmental Surfaces." Environmental Science and Technology. 41(15), 2007, 5349-5356.

117. Acosta, E. J., Harwell, J. H., Scamehorn, J. F., and Sabatini, D. A. "Application of Microemulsions in Cleaning Technologies and Environmental Remediation." In Handbook for Cleaning / Decontamination of Surfaces. I. Johansson and P. Somasundaran, Eds. Elsevier, 2007, 831-884.

116. Lorphensri, O., Sabatini, D. A., Kibbey, T. C. G., Osathaphan, K. and Saiwan, C. "Sorption and Transport of Acetaminophen, 17a-Ethynyl Estradiol, Nalidixic Acid with Low Organic Content Aquifer Sand". Water Research. 41, 2007, 2180-2188.

115. Fuangswasdi, A., Krajangpan, S., Sabatini, D. A., Acosta, E. J., Osathaphan, K. and Tongcumpou, C. "Effect of Admicellar Properties on Adsolubilization: Column Studies and Solute Transport." Water Research. 41, 2007, 1343-1349.

114. Cheng, H. and Sabatini, D. A. "Separation of Organic Compounds from Surfactant Solutions: A Review." Separation Science and Technology. 42, 2007, 453-475.

113. Witthayapanyanon, A., Acosta, E.J., Harwell, J.H. and Sabatini, D. A. "Formulation of Ultra Low Interfacial Tension Systems Using Extended Surfactants." Journal of Surfactants and Detergents. 9(4), 2006, 331-339.

112. Komesvarakul, N., M. D. Sanders, E. Szekeres, E. J. Acosta, J. F. Faller, T. Mentlik, L. B. Fisher, G. Nicoll, D. A. Sabatini and J. F. Scamehorn. "Microemulsion of Triglyceride-based Oils: The Effect of Co-Oil and Salinity on Phase Diagrams." Journal of Cosmetic Science. 55, 2006, 309-325.

111. Tongcumpou, C., Acosta, E. J., Scamehorn, J. F., Sabatini, D. A., Yanumet, N. and Chavadej, S. "Enhanced Triolein Removal using Microemulsion Formulated with Mixed Surfactants." Journal of Surfactants and Detergents. 9(2), 2006, 181-189.

110. Upadhyaya, A., Acosta, E. J., Scamehorn, J. F. and Sabatini, D. A. "Micromeulsion Phase Behavior of Anionic-Cationic Surfactant Mixtures: Effect of Tail Branching." Journal of Surfactants and Detergents. 9(2), 2006, 169-179.

109. Lorphensri, O., Intravijit, J., Sabatini, D. A., Kibbey, T. C. G., Osathaphan, K. and Saiwan, C. "Sorption of Acetaminophen, 17a-Ethynyl Estradiol, Nalidixic Acid and Norfloxacin to Silica, Alumina and a Hydrophobic Medium". Water Research. 40, 2006, 1481-1491.

108. Robberson, K. A., Waghe, A. B., Sabatini, D. A. and Butler, E. C. "Adsorption of the Quinolone Antibiotic Nalidixic Acid onto Ion-Exchange and Neutral Polymers". Chemosphere. 63(6), 2006, 934-941.

107. Fuangswasdi, A. Charoensaeng, A. Sabatini, D. A., Scamehorn, J. F., Acosta, E. J., Osathaphan, K. and Khaodhiar, S. "Mixtures of Anionic and Cationic Surfactants with Single and Twin Head Groups: Solubilization and Adsolubilization of Styrene and Ethylcyclohexane." Journal of Surfactants and Detergents. 9(1), 2006, 29-37.

106. Fuangswasdi, A. Charoensaeng, A. Sabatini, D. A., Scamehorn, J. F., Acosta, E. J., Osathaphan, K. and Khaodhiar, S. "Mixtures of Anionic and Cationic Surfactants with Single and Twin Head Groups: Adsorption and Precipitation Studies." Journal of Surfactants and Detergents. 9(1), 2006, 21-28.

105. Gallo, D., Acosta, E. J., Scamehorn, J. F. and Sabatini, D. A. "Pilot Scale Study of Polyelectrolyte Enhanced Ultrafiltration for Arsenic Removal." Journal of American Water Works Association. 98(1), 2006, 106-116.

104. Sabatini, D. A., Knox, R. C., Harwell, J. H. and Shiau, B. J. "Surfactant-Based Systems for Environmental Remediation." In Handbook of Detergents: Part D – Formulations, M. S. Showell, Ed. Marcell Dekker, Inc. 2006, 347-368.

103. Childs, J., Acosta, E., Annable, M. D., Brooks, M. C., Enfield, C. G., Harwell, J. H., Hasegawa, M., Knox, R. C., Rao, S., Sabatini, D. A., Shiau, B., Szekeres, E., and Wood, A. L. "Field Demonstration of Surfactant-Enhanced Solubilization of DNAPL at Dover Air Force Base, Delaware." Journal of Contaminant Hydrology. 82, 2006, 1-22.

102. Szekeres, E., Acosta, E., Sabatini, D. and Harwell, J. H. "Modeling Solubilization of Oil Mixtures in Anionic Microemulsions II: Mixtures of Polar and Non-Polar Oils." Journal of Colloid and Interface Science, 294, 2006, 222-233.

101. Wood, A. L., Enfield, C. G., Espinoza, F. P., Annable, M., Brooks, M. C., Rao, P.S.C., Sabatini, D., and Knox, R. "Design of Aquifer Remediation Systems: (2) Estimating Site-specific Performance and Benefits of Partial Source Removal." Journal of Contaminant Hydrology. 81, 2005, 148-166.

100. Yanatatsaneejit, U., Witthayapanyanon, A., Rangsunvigit, P., Acosta, E. J., Sabatini, D. A., Scamehorn, J. F. and Chacadej, S. "Ethylbenzene Removal by Froth Flotation Under Conditions of Middle-Phase Microemulsion Formation I: Interfacial Tension, Foamability and Foam Stability". Separation Science and Technology. 40, 2005, 1537-1553.

99. Childs, J.D., Acosta, E., Scamehorn, J.F. and Sabatini, D. A. "Surfactant-Enhanced Treatment of Oil-Based Drill Cuttings." Journal of Energy Resources Technology.

127(2), 2005, 153-162.

98. Szekeres, E., Acosta, E., Sabatini, D. and Harwell, J. H. "Preferential Solubilization of Dodecanol from Dodecanol-Limonene Binary Oil Mixture in Sodium Dihexyl Sulfosuccinate Microemulsions: Effect on Optimum Salinity and Oil Solubilization Capacity." Journal of Colloid and Interface Science. 287, 2005, 273-287.

97. Tongcumpou, C., Acosta, E. J., Quencer, L. B., Joseph, A. F., Scamehorn, J. F., Sabatini, D. A., Yanumet., N. and Chavadej, S. "Microemulsion Formation and Detergency with Oily Soils: III. Performance and Mechanisms." Journal of Surfactants and Detergents. 8(2), 2005, 147-156.

96. Hari, A. C., Paruchuri, R. A., Sabatini, D. A. and Kibbey, T. C. G. "Effects of pH and Cationic and Nonionic Surfactants on the Adsorption of Pharmaceuticals to a Natural Aquifer Material." Environmental Science and Technology. 39(8), 2005, 2592-2598.

95. Salager, J. L., Anton, R. E., Sabatini, D. A., Harwell, J. H., Acosta, E. J. and Tolosa, L. I. "Enhancing Solubilization in Microemulsions – State of the Art and Current Trends." Journal of Surfactants and Detergents. 8(1), 2005, 3-21.

94. Acosta, E. J., Nguyen, T., Witthayapanyanon, A., Harwell, J. H. and Sabatini, D. A. "Linker-based Bio-Compatible Microemulsions." Environmental Science and Technology. 39(5), 2005, 1275-1282.

93. Karapanagioti, H. K., Sabatini, D. A. and Bowman, R. S. "Interpreting HOC Partitioning in Anionic and Cationic Surfactant-Modified Sorbents." Water Research. 39, 2005, 669-709.

92. James, G., Sabatini, D. A., Chiou, C. T., Rutherford, D., Scott, A. and Karapanagioti, H. K. "Evaluating Phenanthrene Sorption on Various Wood Chars." Water Research. 39, 2005, 549-558.

91. Karapanagioti, H. K., James, G., Sabatini, D. A., Kalaaitzidis, S., Christanis, K. and Gustafsson, O. "Evaluating Charcoal Presence in Sediments and Its Effect on Phenanthrene Sorption." Water, Air and Soil Pollution. 4, 2004, 359-373.

90. Szekeres, E., Acosta, E., Sabatini, D. A. and Harwell, J. H. "A Two-State Model for Selective Solubilization of Benzene-Limonene Mixtures in Sodium Dihexyl Sulfosuccinate Microemulsions." Langmuir. 20(16), 2004, 6560-6569.

89. Scamehorn, J. F., Sabatini, D. A. and Harwell, J. H. "Surfactants, Part II. Applications." in Encyclopedia of Supramolecular Chemistry (Atwood, J., and Stead, J., Eds.) Marcell Decker, New York, 2004, 1470-1477.

88. Scamehorn, J. F., Sabatini, D. A. and Harwell, J. H. "Surfactants, Part I. Fundamentals." in Encyclopedia of Supramolecular Chemistry (Atwood, J., and Stead, J., Eds.) Marcell Decker, New York, 2004, 1458-1469.

87. Childs, J. D., Acosta, E., Knox, R. C., Harwell, J. H. and Sabatini, D. A. "Improving the Extraction of Tetrachloroethylene from Soil Columns Using Surfactant Gradient Systems." Journal of Contaminant Hydrology. 71, 2004, 27-45.

86. Acosta, E. J., Harwell, J. H. and Sabatini, D. A. "Self-Assembly in Linker Modified Microemulsions." Journal of Colloid and Interface Science. 274(2), 2004, 652-664.

85. O'Haver, J. H., Walk, R., Kitiyanan, B., Harwell, J. H. and Sabatini, D. A. "Packed Column and Hollow Fiber Air Stripping of a Contaminant-Surfactant Stream." Journal of Environmental Engineering Division - ASCE. 130(1), 2004, 4-11.

84. Kolar, R. L. and Sabatini, D. A. "Use of Reflective Writing / Learning Portfolios in a Junior-Level Water Resources Engineering Course." In J. Zubizarreta, The Learning Portfolio: Reflective Practice for Improving Student Learning. Anker Publishing, Bolton, MA, 2004, 121-126.

83. Sabatini, D. A., Acosta, E. and Harwell, J. H. "Linker Molecules in Surfactant Mixtures." Current Opinion in Colloid and Interface Science. 8, 2003, 316-326.

82. Flaming, J. E., Knox, R. C., Sabatini, D. A. and Kibbey, T. C. "Surfactant Effects on Residual Water and Oil Saturations in Porous Media." Vadose Zone Journal. 2(2), May 2003, 168-176.

81. Acosta, E., Mai, P. D., Harwell, J. H. and Sabatini, D. A. "Linker-Modified Microemulsions for a Variety of Oils and Surfactants." Journal of Surfactants and Detergents. 6(4), 2003, 353-363. (Selected as JSD's Outstanding Paper for 2003).

80. Doan, T., Acosta, E., Scamehorn, J. F. and Sabatini, D. A. "Formulating Middle-Phase Microemulsions Using Mixed Anionic and Cationic Surfactant Systems." Journal of Surfactants and Detergents. 6(3), 2003, 215-224.

79. Tongcumpou, C., Acosta, E. J., Quencer, L. B., Joseph, A F., Scamehorn, J. F., Sabatini, D. A., Chavadej, S. and Yanumet, N. "Microemulsion Formation and Detergency with Oily Soils: I. Phase Behavior and Interfacial Tension." Journal of Surfactants and Detergents. 6(3), 2003, 191-203.

78. Tongcumpou, C., Acosta, E. J., Quencer, L. B., Joseph, A F., Scamehorn, J. F., Sabatini, D. A., Chavadej, S. and Yanumet, N. "Microemulsion Formation and Detergency with Oily Soils: II. Detergent Formulation and Performance." Journal of Surfactants and Detergents. 6(3), 2003, 205-214.

77. Acosta, E. J., Le, M. A., Harwell, J. H. and Sabatini, D. A. "Coalescence and Solubilization Kinetics in Linker-Modified Microemulsions and Related Systems." Langmuir. 19(3), 2003, 566-574.

76. Lohateeraparp, P., Wilairuengsuwan, P., Saiwan, C., Sabatini, D. A. and Harwell, J. H. "Study of Alcohol-Free Microemulsion Systems Containing Fatty Acids as Cosurfactants." Journal of Surfactants and Detergents. 6(1), 2003, 15-24.

75. Acosta, E. J., Szekeres, E., Sabatini, D. A. and Harwell, J. H. "Net-Average Curvature Model for Solubilization and Supersolubilization in Surfactant Microemulsions." Langmuir. 19(1), 2003, 186-195.

74. Shiau, B. J., Hasegawa, M. A., Brammer, J. M., Carter, T., Goodspeed, M., Harwell, J. H., Sabatini, D. A., Knox, R. C. and Szekeres, E. "Field Demonstration of Surfactant-

Enhanced DNAPL Remediation: Two Case Studies." in Henry, S. M. and S. D. Warner eds., Chlorinated Solvent and DNAPL Remediation: Innovative Strategies for Subsurface Cleanup. American Chemical Society Symposium Series 837, ACS, Washington, D.C., 2003, 51-72.

73. Acosta, E. J., Tran S., Uchiyama, E., Sabatini, D. A. and Harwell, J. H. "Formulating Chlorinated Hydrocarbon Microemulsions Using Linker Molecules." Environmental Science and Technology. 36(21), 2002, 4618-4624.

72. Kolar, R. L., Sabatini, D. A. and Fink, L. D. "Wireless Laptops in the Classroom: Do They Make a Difference?" Journal of Engineering Education. 91(4), 2002, 397-401.

71. Karapanagioti, H. K., Gossard, C. M., Strevett, K. A., Kolar, R. L. and Sabatini, D. A. "Reply to Comment on Model Coupling Intraparticle Diffusion/Sorption, Nonlinear Sorption, and Biodegradation Processes." Journal of Contaminant Hydrology. 57, 2002, 311-317.

70. Cheng, H. and Sabatini, D. A. "Simultaneous Removal of Anionic Surfactants and Micellar-Solubilized Contaminants using Anion-Exchange Resin." Water Research. 36, 2002, 2062-2076.

69. Acosta, E., Uchiyama, H., Sabatini, D. A. and Harwell, J. H. "The Role of Hydrophilic Linkers." Journal of Surfactants and Detergents. 5(2), 2002, 151-157.

68. Cheng, H. and Sabatini, D. A. "Phase Behavior Based Surfactant-Contaminant Middle Phase Microemulsion Separation." Separation Science and Technology. 37(1), 2002, 127-146.

67. Karapanagioti, H., Childs, J. and Sabatini, D. A. "Impacts of Heterogeneous Organic Matter on Phenanthrene Sorption: Different Soil and Sediment Samples." Environmental Science and Technology. 35(23), 2001, 4684-4690.

66. Cheng, H. and Sabatini, D. A. "Reverse-Micellar Extraction for Micellar-Solubilized Contaminant and Surfactant Removal." Separation and Purification Technology. 24, 2001, 437-449.

65. Wu, B., Cheng, H., Childs, J. and Sabatini, D. A. "Surfactant-Enhanced Removal of Hydrophobic Oils From Source Zones." In Physicochemical Groundwater Remediation. J. A. Smith and S. E. Burns, eds. Kluwer Publishing, NY. 2001, 245-269.

64. Cheng, H., Sabatini, D. A. and Kibbey, T. C. "Solvent Extraction for Separating Micellar-Solubilized Contaminants and Anionic Surfactants." Environmental Science and Technology. 35(14), 2001, 2995-3001.

63. Karapanagioti, H., Gossard, C. M., Strevett, K. A., Kolar, R. L. and Sabatini, D. A. "Model Coupling Intraparticle Diffusion/Sorption, Nonlinear Sorption, and Biodegradation Processes." Journal of Contaminant Hydrology. 48(1-2), 2001, 1-21.

62. Hasegawa, M.H., Shiau, B.J., Sabatini, D.A., Knox, R.C., Harwell, J.H., Lago, R. and Yeh, L. "Surfactant-Enhanced Subsurface Remediation of DNAPLs at the Former Naval Air Station Alameda, California." In Treating Dense Nonaqueaous-Phase Liquids (DNAPLs). G.B. Wickramanayake, A.R. Gavaskar and N. Gupta, eds. Battelle Press, Columbus, OH, 2000, 219-226.

61. Wu, B. and Sabatini, D. "Using Partitioning Alcohol Tracers to Estimate Hydrophobicity of High Molecular Weight LNAPLs." Environmental Science and Technology. 34(22), 2000, 4701-4707.

60. Wu, B., Shiau, B. J., Sabatini, D. A., Harwell, J. H. and Vu, D. Q. "Formulating Microemulsion Systems for a Weathered Jet Fuel Waste using Surfactant / Cosurfactant Mixtures." Separation Science and Technology. 35(12), 2000, 1917-1937.

59. Wu, B., Harwell, J. H., Sabatini, D. A. and Bailey, J. D. "Alcohol-Free Diphenyloxide Disulfonate (DPDS) Middle Phase Microemulsion Systems." Journal of Surfactants and Detergents. 3(4), October 2000, 465-474.

58. Sabatini, D. A, Knox, R. C., Harwell, J. H. and Wu, B. "Integrated Design of Surfactant Enhanced DNAPL Remediation: Effective Supersolubilization and Gradient Systems." Journal of Contaminant Hydrology. 45(1), September 2000, 99-121.

57. Uchiyama, H., Acosta, E., Tran, S., Sabatini, D. A. and Harwell, J. H. "Supersolubilization in Chlorinated Hydrocarbon Microemulsions: Solubilization Enhancement by Lipophilic and Hydrophilic Linkers." Industrial and Engineering Chemistry Research. 39(8), 2000, 2704-2708.

56. Sabatini, D. A. "Sorption and Intraparticle Diffusion of Fluorescent Dyes and Consolidated Aquifer Media." Ground Water. 38(5), September-October 2000, 651-656.

55. Shiau, B. J., Sabatini, D. A. and Harwell, J. H. "Chlorinated Solvent Removal Using Food Grade Surfactants: Column Studies." Journal of Environmental Engineering - ASCE. 126(7), 2000, 611-621.

54. Karapanagioti, H. and Sabatini, D. A. "Impacts of Heterogeneous Organic Matter on Phenanthrene Sorption: Different Aquifer Depths." Environmental Science and Technology. 34(12), 2000, 2453-2460.

53. Kolar, R. L. and Sabatini, D. A. "Environmental Modeling - A Project Driven, Team Approach to Theory and Application." Journal of Engineering Education. 89(2), 2000, 201-207.

52. Karapanagioti, H. K., Kleineidam, S., Sabatini, D. A., Grathwohl, P. and Ligouis, B. "Impacts of Heterogeneous Organic Matter on Phenanthrene Sorption: Equilibrium and Kinetic Studies with Aquifer Material." Environmental Science and Technology. 34(3), 2000, 406-414.

51. Deshpande, S., Wade, D. Wesson, L., Sabatini, D. A. and Harwell, J. H., "Dowfax Surfactant Components for Enhancing Contaminant Solubilization." Water Research. 34(3), 2000, 1030-1036.

50. Kitiyanan, B., O'Haver, J., Harwell, J. H. and Sabatini, D. A. "The Use of Liquid-Liquid Extraction in Hollow Fiber Membrane for the Removal of Organic Contaminants from Aqueous Surfactant Streams." In Surfactant-Based Separations: Recent Advances. J. F. Scamehorn and J. H. Harwell, eds. ACS Symposium Series 740, ACS, Washington, D.C., 2000, 76-89.

49. Karapanagioti, H., Sabatini, D. A., Kleineidam, S. Grathwohl, P. and Ligouis, B. "Phenanthrene Sorption with Heterogeneous Organic Matter in a Landfill Aquifer Material." Journal of Physics and Chemistry of the Earth, 24(6), 1999, 535-541.

48. Knox, R. C., Shiau, B. J., Sabatini, D. A. and Harwell, J. H. "Field Demonstration of Surfactant Enhanced Solubilization and Mobilization at Hill Air Force Base, UT." In Innovative Subsurface Remediation: Field Testing of Physical, Chemical and Characterization Technologies. M. L. Brusseau, D. A. Sabatini, J. S. Gierke and M. D. Annable, eds. American Chemical Society Symposium Series 725, ACS, Washington, D.C., 1999, 49-63.

47. Sabatini, D. A., Harwell, J. H. and Knox, R. C. "Surfactant Selection Criteria for Enhanced Subsurface Remediation." In Innovative Subsurface Remediation: Field Testing of Physical, Chemical and Characterization Technologies. M. L. Brusseau, D. A. Sabatini, J. S. Gierke and M. D. Annable, eds. ACS Symposium Series 725, American Chemical Society, Washington, D.C., 1999, 8-23.

46. Sabatini, D. A. and Knox, R. C. "Results of a Student Discussion Group on Leadership Concepts." Journal of Engineering Education, 88(2), 1999, 185-188.

45. Kasnavia, T., Vu, D. and Sabatini, D. A. "Fluorescent Dye and Media Properties Affecting Sorption and Tracer Selection." Ground Water. 37(3), 1999, 376-381.

44. Harwell, J. H., Sabatini, D. A. and Knox, R. C. "Surfactants for Ground Water Remediation." Colloids and Surfaces: A. Physiochemical and Engineering Aspects. 151, 1999, 255-268.

43. Harwell, J. H., Knox, R. C. and Sabatini, D. A. "Surfactants in Environmental Remediation: Aquifer Restoration." In New Products and Applications in Surfactant Technology. D. Karsa, ed., Sheffield Academic Press, Sheffield, England, 1998, 30-58.

42. Sabatini, D. A., Harwell, J. H. and Knox, R. C. "Surfactant Selection Criteria for Enhanced Subsurface Remediation: Laboratory and Field Observations." Progress in Colloid and Polymer Science. 111, 1998, 168-173.

41. Sabatini, D. A., Harwell, J. H., Hasegawa, M. and Knox, R. C. "Membrane Processes and Surfactant-Enhanced Subsurface Remediation: Results of a Field Demonstration." Journal of Membrane Science. 151(1), 1998, 89-100.

40. Deshpande, S., Shiau, B. J., Wade, D., Sabatini, D. A. and Harwell, J. H. "Surfactant Selection for Enhancing *Ex Situ* Soil Washing." Water Research. 33(2), 1999, 351-360.

39. Knox, R. C., Sabatini, D. A., Hughes, D. E., Lambert, R., and Ketner, R. "Teaching Engineering Design with Practitioner Supervision: A Case Study." Journal of Professional Issues in Engineering Education and Practice - ASCE. 124(4), 1998, 105-109.

38. Carter, T., Wu, B., Sabatini, D. A. and Harwell, J. H. "Increasing the Solubility Enhancement of Anionic DOWFAX Surfactants." Separation Science and Technology. 33(15), 1998, 2363-2377.

37. Soerens, T. S., Sabatini, D. A. and Harwell, J. H. "Effects of Flow Bypassing and Nonuniform

NAPL Distribution on the Mass Transfer Characteristics of NAPL Dissolution." Water Resources Research. 34(7), 1998, 1657-1673.

36. Sabatini, D. A., Knox, R. C., Harwell, J. H. and Shiau, B. J. "Surfactant Enhanced NAPL Remediation: From the Laboratory to the Field." in Soil and Aquifer Pollution: Non-Aqueous Phase Liquids - Contamination and Reclamation, H. Rubin, N. Markis and J. Carberry (eds), Springer-Verlag, Berlin, 1998, 373-391.

35. Sabatini, D. A., Knox, R. C., Harwell, J. H., Soerens, T. S., Chen, L., Brown, R. E. and West, C. C. "Design of a Surfactant Remediation Field Demonstration Based on Laboratory and Modeling Studies." Ground Water. 35(6), November-December 1997, 954-963.

34. Knox, R. C., Sabatini, D. A., Harwell, J. H., Brown, R. E., West, C. C., Blaha, F., and Griffin, S. "Surfactant Remediation Field Demonstration Using a Vertical Circulation Well." Ground Water. 35(6), November-December 1997, 948-953.

33. Sabatini, D. A. "Teaching and Research Synergism: The Undergraduate Research Experience." Journal of Professional Issues in Engineering Education and Practice - ASCE. 123(3), 1997, 98-102.

32. Hasegawa, M. A., Sabatini, D. A. and Harwell, J. H. "Liquid-Liquid Extraction for Surfactant-Contaminant Separation and Surfactant Reuse." Journal of Environmental Engineering Division - ASCE. 123(7), July 1997, 691-697.

31. Smith, S., Shiau, B., Harwell, J., Scamehorn, J. and Sabatini, D. "Performance and Chemical Stability of a New Class of Ethoxylated Sulfate Surfactants in a Subsurface Remediation Application." Colloids and Surfaces. 116, 1996, 225-239.

30. Soerens, T. S. and Sabatini, D. A. "Interpretation of Sorption Studies for Compound Isomers or Mixtures." Ground Water. 34(4), July-August 1996, 605-609.

29. Cates, D. A., Knox, R. C., and Sabatini, D. A. "The Impact of Ion Exchange Processes on Subsurface Brine Transport as Observed on Piper Diagrams," Ground Water. 34(3), 1996, 532-544.

28. Rouse, J. D., Sabatini, D. A., Brown, R. E. and Harwell, J. H. "Evaluation of Ethoxylated Alkylsulfate Surfactants for Use in Subsurface Remediation." Water Environment Research. 68(2), 1996, 162-168.

27. Thirumalainivas, B., Sabatini, D. A., Shiau, B. J., and Harwell, J. H. "Surfactant Enhanced Remediation of Subsurface Chromium Contamination." Water Research. 30(3), 1996, 511-520.

26. Shiau, B. J., Sabatini, D. A., Harwell, J. H. and Vu, D. "Microemulsion of Mixed Chlorinated Solvents Using Food Grade (Edible) Surfactants." Environmental Science and Technology. 30(1), 1996, 97-103.

25. Lipe, K. M., Sabatini, D. A., Hasegawa, M., and Harwell, J. H. "Micellar Enhanced Ultrafiltration and Air Stripping for Surfactant-Contaminant Separation and Surfactant Reuse." Ground Water Monitoring and Remediation. 16(1), Winter 1996, 85-92.

24. Shiau, B. J., Sabatini, D. A. and Harwell, J. H. "Properties of Food Grade Surfactants Affecting Subsurface Remediation of Chlorinated Solvents." Environmental Science and Technology. 29(12), 1995, 2929-2935.

23. Rouse, J. D., Sabatini, D. A., Deeds, N. E., Brown, E., and Harwell, J. H. "Micellar Solubilization of Unsaturated Hydrocarbon Concentrations as Evaluated by Semi-Equilibrium Dialysis." Environmental Science and Technology. 29(10), 1995, 2484-2489.

22. Powell, R. M., Puls, R. W., Hightower, S. K. and Sabatini, D. A. "Coupled Iron Corrosion and Chromate Reduction: Mechanisms for Subsurface Remediation." Environmental Science and Technology. 29(8), 1995, 1913-1922.

21. Shiau, B. J., Rouse, J. D., Sabatini, D. A. and Harwell, J. H. "Surfactant Selection for Optimizing Surfactant Enhanced Subsurface Remediation." in Surfactant Enhanced Subsurface Remediation: Emerging Technologies. ACS Symposium Series 594, American Chemical Society, Washington, DC, 1995, 65-79.

20. Rouse, J. D., Sabatini, D. A. and Harwell, J. H. "Influence of Anionic Surfactants on Bioremediation of Organic Compounds." in Surfactant Enhanced Subsurface Remediation: Emerging Technologies. ACS Symposium Series 594, American Chemical Society, Washington, DC, 1995, 124-140.

19. Sabatini, D. A., Knox, R. C. and Harwell, J. H. "Emerging Technologies in Surfactant-Enhanced Suburface Remediation." in Surfactant Enhanced Subsurface Remediation: Emerging Technologies. ACS Symposium Series 594, American Chemical Society, Washington, DC, 1995, 1-8.

18. Krebbs-Yuill, B., Harwell, J. H., Sabatini, D. A. and Knox, R. C. "Economic Considerations in Surfactant-Enhanced Pump-and-Treat." in Surfactant Enhanced Subsurface Remediation: Emerging Technologies. ACS Symposium Series 594, American Chemical Society, Washington, DC, 1995, 265-278.

17. Knox, R. C., Sabatini, D. A., Sack, R. L., Roach, L. W., Haskins, R.D. and Fairbairn, S.W. "A Practitioner-Educator Partnership for Teaching Civil Engineering Design." Journal of Engineering Education. 84(1), 1995, 5-11.

16. Rouse, J. D., Sabatini, D. A., Suflita, J. M. and Harwell, J. H. "Influence of Surfactants on Biodegradation of Organic Compounds." Critical Reviews in Environmental Science and Technology. 24(4), 1994, 325-370.

15. Nayyar, S. P., Sabatini, D. A. and Harwell, J. H. "Surfactant Adsolubilization and Modified Admicellar Sorption of Nonpolar, Polar and Ionogenic Organic Contaminants." Environmental Science and Technology. 28(11), 1994, 1874-1881.

14. Canter, L. W. and Sabatini, D. A. "Contamination of Public Ground Water Supplies by Superfund Sites." International Journal of Environmental Studies. 46, 1994, 35-57.

13. Shiau, B. J., Sabatini, D. A., and Harwell, J. H. "Solubilization and Microemulsification of Chlorinated Solvents using Direct Food Additive (Edible) Surfactants." Ground Water. 32(4), 1994, 561-569.

12. Soerens, T. S. and Sabatini, D. A. "Cosolvation Effects on Sorption of a Semi-Polar, Ionogenic Compound (Rhodamine WT) with Subsurface Materials." Environmental Science and Technology. 28(6), 1994, 1010-1014.

11. Harwell, J. H., Sabatini, D. A., and Soerens, T. S. "Fate of Non-aqueous Phase Liquids: Modeling of Surfactant Effects." Migration and Fate of Pollutants in Soils and Subsoils. D. Petruzzelli and F. G. Helfferich, eds. Springer-Verlag, Berlin, 1993, 309-328.

10. Rouse, J. D., Sabatini, D. A. and Harwell, J. H. "Minimizing Surfactant Losses using Twin-Head Anionic Surfactants in Subsurface Remediation." Environmental Science and Technology. 27(10), 1993, 2072-2078.

9. Shiau, B., Sabatini, D. A. and Harwell, J. H. "Influence of Rhodamine WT Properties on Sorption and Transport in Subsurface Media." Ground Water. 31(6), 1993, 913-920.

8. Arquiaga, M. C., Canter, L. W. and Sabatini, D. A. "Microbiology of High Sodium Nitrite Wastewater Treatment." Environmental Pollution. 81, 1993, 1-6.

7. Sabatini, D. A. and Knox, R. C. "Transport and Remediation of Subsurface Contaminants: Review and Future Directions." Transport and Remediation of Subsurface Contaminants: Colloidal, Interfacial and Surfactant Phenomena. ACS Symposium Series 491, American Chemical Society, Washington, D.C., 1992, 234-240.

6. Palmer, C., Sabatini, D. A., and Harwell, J. H. "Sorption of Hydrophobic and Amphiphilic (Nonionic Surfactant) Organics with Subsurface Materials." Transport and Remediation of Subsurface Contaminants: Colloidal, Interfacial and Surfactant Phenomena. ACS Symposium Series 491, American Chemical Society, Washington, D.C., 1992, 169-181.

5. Kamath, S., Sabatini, D. A. and Canter, L. W. "Biological Nitrification / Denitrification of High Sodium Nitrite (Navy Shipyard) Wastewater." Environmental Pollution. 69, 1991, 25-38.

4. Sabatini, D. A. and Austin, T. A. "Characteristics of Rhodamine WT and Fluorescein as Adsorbing Groundwater Tracers." Ground Water. 29(3), May-June, 1991, 341-349.

3. Sabatini, D. A., Smith, J. W. and Moore, L. W. "Treatment of Chlordane-Contaminated Water by the Activated Rotating Biological Contactor." Journal of Environmental Quality. 19(2), April-June, 1990, 334-338.

2. Sabatini, D. A. and Austin, T. A. "Sorption and Transport of Pesticides in Groundwater: Critical Review." Journal of Irrigation and Drainage Division - ASCE. 116(1), February, 1990, 3-15.

1. Moore, L. W., Matheny, H., Tyree, T., Klaine, S. J. and Sabatini, D. A. "Nonpoint Agricultural Pollution from a Small West Tennessee Watershed." Journal of the Water Pollution Control Federation. 60(2), February 1988, 242-249.


PATENT ACTIVITY

*Patent Issued:*

- Harwell, J. H. and Sabatini, D. A., US 6,186,938 B1, "Surfactant-Enhanced Intrinsic Remediation for Risk-Based Site Closure." Date of Patent: Feb. 13, 2001.

*Provisional patent applications:*

- Komasvarakul, Sabatini et al., "Alcohol-Free Microemulsions for Cosmetic Applications." 2005.
- Knox, Harwell, Sabatini, Nairn, Strevett et al., 00NOR031, "Tar Creek Remediation Methods," 2000.
- Suflita, Harwell, Sabatini, Knox, Ulrich & Shiau, 01NOR017, "Nutrient Delivery Strategies Using Sediment and Nonaqueous Phase Liquids as Nutrient Storage Compartments," 2000.

*Disclosure received (no provisional patent application):*

- Harwell, Sabatini, Uchiyama, Acosta, Tran & Wu, 00NOR037, "Hydrophilic and Lipophilic Additives for Microemulsion Formulations," 2000.

<u>CONFERENCE PROCEEDINGS (38)</u>:

38. Brunson, L.R. and Sabatini, D.A. "Innovative and Sustainable Technologies for Treatment of Drinking Water with Elevated Fluoride Concentrations." <u>Water 2011: International Conference on Sustainable Water Resource Management and Treatment Technologies.</u> Nagpur, India, (January 19 0 21, 2011).

37. Brunson, L.R. and Sabatini, D.A. "A Sustainable Technology and an Implementation Strategy for Arsenic and Fluoride Removal in Developing Areas." <u>2009 World Environmental Federation Disinfection Conference.</u> Atlanta, GA (February 28 – March 3, 2009).

36. Harwell, J.H., Shiau, B.J., Sabatini, D.A., Knox, R.C. and O'Kelley, M. "Recent Advances in Surfactant-Enhanced Aquifer Remediation: The Golden, OK Case Study." <u>Remediation of Chlorinated and Recalcitrant Compounds: The Fifth International Conference</u>, Monterey, CA (May 22-25, 2006).

35. Shiau, B.J., Brammer, J.M, Sabatini, D.A., Harwell, J.H., Knox, R.C., Integrated Low Concentration Surfactant Flushing and Chemical Oxidation for NAPL-Impacted Site Remediation and Pollution Prevention: Case Studies." <u>NGWA Conference on Remediation: Site Closure and the Total Cost of Cleanup</u>, New Orleans, LA (November 2003).

34. Shiau, B.J., Brammer, J.M, Sabatini, D.A., Harwell, J.H., Knox, R.C., "Recent Development of Low Concentration Surfactant Flushing for NAPL-Impacted Site Remediation and Pollution Prevention," <u>2003 Petroleum Hydrocarbons and Organic Chemicals in Ground Water: Prevention, Assessment, and Remediation Conference and Exposition</u>, Costa Mesa, CA (August, 2003).

33. Sabatini, D. A., Childs, J. D., Acosta, E., Velmurugan, S., Harwell, J. H., Scamehorn, J. and Kibbey, T. "Surfactant-Based Aqueous Systems for Subsurface Remediation, Drill Cuttings, and as Alternatives to Chlorinated Solvents." <u>7th International Conference on Environmental Science and Technology</u>, Ermoupolis, Syros, Greece, Sep. 3-6, 2001.

32. Kolar, R. L., Fink, L. D., Gramoll, K., Knox, R. C., Miller, G. A., Mooney, M. A., Muraleetharan, K. K., Sabatini, D. A. and Vieux, B. E. "Report on the Sooner City Workshop 2000 on Integrated Design." 2001 American Society for Engineering Education Conference, Albuquerque, NM, Jun. 24-27, 2001.

31. Fink, L. D., Kolar, R. L., Muraleetharan, K. K., Nairn, R. W., Sabatini, D. A., Sack, R. L., Rhoads, T. R. and Shirley, D. L. "Reengineering Sooner Civil Engineering Education." Frontiers in Education Conference, Kansas City, Kansas, October 2000.

30. Hasegawa, M. A., Shiau, B. J., Sabatini, D. A., Knox, R. C., Harwell, J. H., Lago, R. and Yeh, L. "Surfactant-Enhanced Subsurface Remediation of DNAPLs at the Former Naval Air Station Alameda, California." In Treating Dense Nonaqueous-Phase Liquids (DNAPLs), Remediation of Chlorinated and Recalcitrant Compounds, The Second International Conference on Remediation of Chlorinated and Recalcitrant Compounds. G. B. Wickramanayake, A. R. Gavaskar, and N. Gupta, eds. Battelle Press, Columbus, Ohio, 2000, (C2-2), 219-226.

29. Karapanagioti, H. and Sabatini, D. A. "Natural Attenuation: Effects of Heterogeneous Soil Organic Matter." Proceedings of the 6th International Conference on Environmental Science and Technology, Pythagorion, Samos, Greece: August 30 - September 2, 1999. Vol. B, 497-504.

28. Sabatini, D. A., Harwell, J. H., Knox, R. C., Wu, B. and Hasegawa, M. "Surfactant Selection for Enhanced Soil Remediation." Proceedings of the 6th International Conference on Environmental Science and Technology, Pythagorion, Samos, Greece: August 30 - September 2, 1999. Vol B, 210-217.

27. Sabatini, D. A. "My Experience on an International Sabbatical." Proceedings of 1999 ASEE Annual Conference and Exposition: Charlotte, NC, June 20-23, 1999. S.3675.

26. Karapanagioti, H. and Sabatini, D. A. "Heterogeneous Organic Matter in a Landfill Aquifer Material and Its Impact on Contaminant Sorption." Morganwalp & Buxton, eds. Proceedings of USGS Toxic Substances Hydrology Program Technical Meeting, Charleston, SC, March 8-12, 1999. USGS Water Resources Investigation Report 99-4018C, pp. 549-556. Invited.

25. Kolar, R. L. and Sabatini, D. A. "Team Teaching in Undergraduate and Graduate Courses." 34th ASEE Midwest Section Conference. April 14-16, 1999, Stillwater, OK, 2a.1.

24. Knox, R. C., Sabatini, D. A. Goodspeed, M., Hasegawa, M. and Chen, L. "Hydraulic Considerations for Advanced Subsurface Characterization and Remediation Technologies." In Groundwater Quality: Remediation and Protection - Proceedings of GQ'98 Conference - Universitaet Tuebingen, Germany, September 1998. IAHS Publication No. 250, 1998, 391-399.

23. Sabatini, D. A., Knox, R. C. and Harwell, J. H. "Surfactant Selection for Enhanced Contaminant Extraction." In Groundwater Quality: Remediation and Protection - Proceedings of GQ'98 Conference - Universitaet Tuebingen, Germany, September 1998. IAHS Publication No. 250, 1998, 361-366. Invited Talk.

22. Kolar, R. L. and Sabatini, D. A. "Changing from a Lecture-Based Format to a Team Learning

/ Project Driven Format: Lessons Learned." 1997 American Society for Engineering Education Annual Conference and Exposition, June 15-18, 1997, Milwaukee, Wisconsin. #1675.04.

21. Kolar, R. L. and Sabatini, D. A. "Coupling Team Learning and Computer Technology in Project-Driven Undergraduate Engineering Education." 1996 Frontiers in Education Conference. November 6-9, 1996. Marriott Hotel, Salt Lake City, Utah. #6b5.4.

20. Scamehorn, J. F., Christian, S. D., Harwell, J. H. and Sabatini, D. A. "Surfactants in the Environment." New Horizons: An AOCS/CSMA Detergent Industry Conference. R. T. Coffey, ed. AOCS Press, Champaign, IL, 1996, 79-96.

19. Sabatini, D. A., Soerens, T. S. and Shaiu, B. J. "Subsurface Characterization Using Fluorescent Dyes: Conservative and Sorptive Behavior." Second Tracer Workshop: November 14-15, 1994, University of Texas-Austin, Austin, TX. 151-156.

18. Rouse, J. D., Shiau, B. J., Sabatini, D. A. and Harwell, J. H. "Surfactant Enhanced Subsurface Remediation: Surfactant Selection." Proceedings of DOE ER'93 Environmental Remediation Conference. Held in Augusta, GA, October 24-28, 1993. 1255-1259.

17. Soerens, T. S. and Sabatini, D. A. "Cosolvency Effects on Sorption of Rhodamine WT," in Proceedings of the 6th International Symposium on Water Tracing: Tracer Hydrology. Held in Karlsruhe, Germany, September 21-26, 1992. H. Hotzl and A. Werner, eds., Balkerma Publishers, Rotterdam, Netherlands, 131-134.

16. Shiau, B. J., Sabatini, D. A. and Harwell, J. H. "Sorption of Rhodamine WT as Affected by Molecular Properties," in Proceedings of the 6th International Symposium on Water Tracing: Tracer Hydrology. Held in Karlsruhe, Germany, September 21-26, 1992. H. Hotzl and A. Werner, eds., Balkerma Publishers, Rotterdam, Netherlands, 57-64.

15. Cates, D., Knox, R. C. and Sabatini, D. A. "Evaluation of Soil Parameters and Multicomponent Ion Exchange on Hydrogeochemical Patterns," in Proceedings of Third International Conference on Ground Water Quality Research: Subsurface Restoration Conference. Held in Dallas, TX, June 21-24, 1992. 99-101.

14. Lipe, K. M., Sabatini, D. A. and Harwell, J. H. "Surfactant Recovery Using MEUF in Subsurface NAPL Remediation," in Proceedings of Third International Conference on Ground Water Quality Research: Subsurface Restoration Conference. Held in Dallas, TX, June 21-24, 1992. 244-246.

13. Soerens, T. S., Sabatini, D. A. and Harwell, J. H. "Surfactant Enhanced Solubilization of Residual DNAPL: Column Studies," in Proceedings of Third International Conference on Ground Water Quality Research: Subsurface Restoration Conference. Held in Dallas, TX, June 21-24, 1992. 269-270.

12. Shiau, B. J., Sabatini, D. A., Gupta, A., and Harwell, J. H. "Enhanced Solubilization and Mobilization of Subsurface DNAPL Contamination Using Edible Surfactants," in Proceedings of Third International Conference on Ground Water Quality Research: Subsurface Restoration Conference. Held in Dallas, TX, June 21-24, 1992. 266-268.

11. Rouse, J. D., Sabatini, D. A. and Harwell, J. H. "Minimizing Surfactant Losses During

Surfactant Enhanced NAPL Remediation," in Proceedings of Third International Conference on Ground Water Quality Research: Subsurface Restoration Conference. Held in Dallas, TX, June 21-24, 1992. 260-262.

10. Sabatini, D. A., Knox, R. C. and Harwell, J. H. "The Potential Use of Edible Surfactants for the Remediation of Contaminated Groundwater Supplies," in Proceedings of 3rd CESIO International Surfactants Congress and Exhibition. Held in London, June 1-5, 1992. 349-358.

9. Harwell, J. H., Sabatini, D. A. and Soerens, T. S. "Fate of Non-Aqueous Phase Liquids: Modeling of Surfactant Effects." in Migration and Fate of Pollutants in Soils and Subsoils. D. Petruzzelli and G. G. Helfferich, eds., NATO ASI Series, Vol. G 32, Springer Verlag, Berlin, 309-328.

8. Sabatini, D. A., Shiau, B. J., Soerens, T. S. and Palmer, C. "Contaminant Migration in the Central Oklahoma (Garber-Wellington) Aquifer: Laboratory Studies," in Ground-Water Quality of the Central Oklahoma (Garber-Wellington) Aquifer Conference: Proceedings. Held in Oklahoma City, OK, February 20, 1992. U.S. Geological Survey Open-File Report 92-116, 17.

7. Kamath, S., Sabatini, D. A., and Canter, L. W. "Treatment of High Nitrogen ($NaNO_2$) Wastewater by Biological Nitrification / Denitrification," in Proceedings 46th Annual Industrial Waste Conference Held at Purdue University, West Lafayette, Indiana, May 14-16, 1991.

6. Sabatini, D. A. and Canter, L. W. "Reclamation of the Houston Ship Channel and Galveston Bay Aided by the Gulf Coast Waste Disposal Authority: 20 Years of Experience." In Proceedings of the National Seminar on Wastewater Management of Bangkok Metropolitan Region with Reference to the Chao Phraya River. Held in Bangkok, Thailand, November 7-8, 1990.

5. Canter, L. W. and Sabatini, D. A. "Use of Aquifer Vulnerability Mapping in Ground Water Management." In Proceedings of the International Conference on Ground Water Resource Management. Held in Bangkok, Thailand, November 5-7, 1990. 227-251.

4. Sabatini, D. A. and Canter, L. W. "Agricultural Chemicals in Ground Water." In Proceedings of the International Conference on Ground Water Resource Management. Held in Bangkok, Thailand, November 5-7, 1990. 279-289.

3. Sabatini, D. A. and Austin, T. A. "Adsorption, Desorption and Transport of Pesticides in Groundwater: A Critical Review." In Irrigation and Drainage Division: Proceedings of the 1988 ASCE Specialty Conference Held in Cincinnati, OH, July 18-21, 1988. Edited by D. Hay, 571-579.

2. Smith, J. W., Moore, L. W. and Sabatini, D. A. "Biological Treatment of Simulated Landfill Leachate Containing Chlordane." In Toxic and Hazardous Wastes: Proceedings of the 18th Mid-Atlantic Industrial Waste Conference Held in Blacksburg, VA, June 29 - July 1, 1986. Edited by G. Boardman, 157-169.

1. Smith, J. W., Moore, L. W. and Sabatini, D. A. "Biological Removal of Low Levels of Chlordane." In Environmental Engineering: Proceedings of the 1986 ASCE Specialty

Conference Held in Cincinnati, OH, July 8-10 1986. Edited by W. Cawley and J. Morand, 327-333.

CONFERENCE PRESENTATIONS / TALKS WITHOUT PROCEEDINGS (493):

493. Shiau, B. J., Harwell, J. H., and Sabatini, D. A. "Applied Surfactants to Improve Remedial Outcomes and Enhance Oil Production." AOCS Annual Meeting & Expo, Denver, CO (Apr 30 – May 3, 2023).

492. Sabatini, D. A. "My Microemulsion Journey – Look Back / Path Forward." AOCS Annual Meeting & Expo, Denver, CO (Apr 30 – May 3, 2023). Special Session Honoring Profs. Harwell and Sabatini.

491. Phaodhee, P. and Sabatini, D. A. "Anionic and Cationic Surfactant Synergism: Minimizing Precipitation, Microemulsion Formation, and Enhanced Solubilization and Surface Modification." AOCS Annual Meeting & Expo, Atlanta, GA (May 1-4, 2022).

490. Phaodhee, P., Harwell, J. H. and Sabatini, D. A. "Advanced Detergent Formulation Design by Progressing from HLB to HLD." AOCS Annual Meeting & Expo, Atlanta, GA (May 1-4, 2022).

489. Galuska, A., Li, C., Li, S., Carter, J., Harwell, J., Phaodee, P., Grady, B., Sabatini, D. and Bang, S. "Advantages of Branched Alcohol Sulfates as 1,4 Dioxane Free Alternatives for Alcohol Ether Sulfate and/or Alcohol Ethoxylate in Cold Water Laundry." AOCS Annual Meeting & Expo (virtual). (May 7-12, 2021).

488. Sabatini, D. A. "Sustainable Water Solutions: The OU WaTER Center." World Water Day 22 March 2021, Workshop on Water, Wastewater and Environment: Technology, Traditions and Culture, Patras, Greece (virtual conference).

487. Sabatini, D. A. "Adsorption onto Natural/Amended Biochars: From Subsurface Contaminant Transport to Water Treatment in Developing Countries." Monash University, Melbourne, Australia. (October 24, 2019).

486. Nijhawan, A. and Sabatini, D. A. "Porous Hydroxyapatite Ceramics for Treatment of Fluoride Impacted Drinking Water." Water Quality, Quantity and Equity: Paths to Security, University of Oklahoma International WaTER Conference, Norman, OK (September 15-16, 2019).

485. Rainbolt, E., Nijhawan, A. and Sabatini, D. A. "Influencing Public Opinion on Water Reclamation Through an Educational Intervention." Water Quality, Quantity and Equity: Paths to Security, University of Oklahoma International WaTER Conference, Norman, OK (September 15-16, 2019).

484. Deal, P. and Sabatini, D. A. "The Impact of a Private Water Enterprise on Household Water Services in Rural Ghana." Water Quality, Quantity and Equity: Paths to Security, University of Oklahoma International WaTER Conference, Norman, OK (September 15-16, 2019).

483. Phaodhee, P. and Sabatini, D. A. "The Effect of Surfactant Systems, Alcohol Types and

Salinity on Cold Water Detergency of Trigylceride Semisolid Soil." AOCS Annual Meeting & Expo, St. Louis, MO. (May 5-8, 2019).

482. Phaodhee, P. and Sabatini, D. A. "Correlation Between Hydrophilic-Lipophilic Deviation (HLD) and Detergency of Different Oily Soils." AOCS Annual Meeting & Expo, St. Louis, MO. (May 5-8, 2019).

481. Sabatini, D. A. "Surfactant-Based Environmental Technologies/Novel Adsorbents for Arsenic/Fluoride Mitigation." Chulalongkorn Seminar, Chulalongkorn University, Bangkok, Thailand. (December 7, 2018).

480. Sabatini, D. A. "The OU WaTER Center." OU Water Day, University of Oklahoma, Norman, OK. (November 16, 2018).

479. Sabatini, D. A. "Adsorption onto Natural/Amended Biochars: From Subsurface Contaminant Transport to Water Treatment in Developing Countries." Out of the Lab – Into the Field, International Alumni Workshop, Department of Geoscience, Eberhard Karls Universitat Tuebingen, Tuebingen, Germany. (August 2-4, 2018).

478. Sabatini, D. A. "Cold Water Detergency of Vegetable Oils and Fats: Challenges and Progress." 22nd International Symposium of Surfactants in Solution, University of Oklahoma, Norman, OK. (June 3-8, 2018).

477. Scamehorn, J. and Sabatini, D. A. "Particulate Soil Removal in Laundry Detergency." 22nd International Symposium of Surfactants in Solution, University of Oklahoma, Norman, OK. (June 3-8, 2018).

476. Scamehorn, J. and Sabatini, D. A. "Laundry Detergeny of Solid Non-Particulate Soil or Waxy Solids." 22nd International Symposium of Surfactants in Solution, University of Oklahoma, Norman, OK. (June 3-8, 2018).

475. Phaodhee, P. and Sabatini, D. A. "The Effect of Salinity, Surfactant Systems, and Alcohol Molecules on Cold Water Detergency of Trigylceride Semi-Solid Soils." 22nd International Symposium of Surfactants in Solution, University of Oklahoma, Norman, OK. (June 3-8, 2018).

474. Charoensaeng, Ampira and Sabatini, D. A. "Palm Oil Based Microemulsion Biofuels using Alcohol Ethoxylate Surfactants: The Effect of Ethylene Oxide (EO) Groups." 22nd International Symposium of Surfactants in Solution, University of Oklahoma, Norman, OK. (June 3-8, 2018).

473. Phaodhee, P. and Sabatini, D. A. "Phase Stability, Basic Fuel Properties, and Engine Performance of Palm Oil-Based Microemulsion Biofuels." 22nd International Symposium of Surfactants in Solution, University of Oklahoma, Norman, OK. (June 3-8, 2018).

472. Sabatini, D. A. "Water and WaTER: OU, Oklahoma, Developing Countries and Ancient Rome." Rotary District 5770 District Conference, Ada, OK. (May 18, 2018).

471. Phaodhee, P. and Sabatini, D. A. "The Effect of Surfactant and Additives on Cold Water Detergency of Semi-solid Soil." 109th AOCS Annual Meeting & Expo, Minneapolis, MN.

(May 6-9, 2018).

470. Sabatini, D. A., Scamehorn, J. F., Chanwattanakit, J. and Chavadej, S. "Laundry Detergency of Solid Non-particulate Soil or Waxy Solids: Effect of Surfactant Type." 109th AOCS Annual Meeting & Expo, Minneapolis, MN. (May 6-9, 2018).

469. Deal, P. and Sabatini, D.A. "An Evaluation of Service Level and Sustainability for a Private Water Enterprise in Ghana." University of Development Studies Conference, Tamale, Ghana. (January 16-19, 2018).

468. Sabatini, D. "Water, WaTER and Water in Ancient Rome." Norman,OK Lion's Club Meeting (Jan 16, 2018).

467. Sabatini, D. "Oklahoma Water Centers – Presentations and Panel Discussion." Oklahoma Governor's Water Conference & Research Symposium, Norman, OK. (October 31-November 1, 2017).

466. Sabatini, D. A. "Surfactant-Based Environmental Technologies/Novel Adsorbents for Arsenic/Fluoride Mitigation." Chulalongkorn Seminar, Chulalongkorn University, Bangkok, Thailand. (October 24, 2017).

465. Sabatini, D. A. "Microemulsion Fundamentals and Applications." Sasol Chemical Company, Lake Charles, LA. (September 20, 2017).

464. Deal, P., Pidduck, R., Sabatini, D., Busenitz, L. and Morgan, P. "New Venture Design in Developing Countries: An Institutional Profile Perspective." OU International WaTER Conference, Norman, OK. (September 18-20, 2017).

463. Nijhawan, A., Butler, E. C. and Sabatini, D. A. "Macroporous Hydroxyapatite Ceramic Beads for Fluoride Removal." OU International WaTER Conference, Norman, OK. (September 18-20, 2017).

462. Yami, T. L., Butler, E. C. and Sabatini, D. A. "High Capacity Chemically Activated Cow Bone Char and Monetite for Increased Fluoride Removal: Laboratory and Field Studies." OU International WaTER Conference, Norman, OK. (September 18-20, 2017).

461. Sabatini, D. A. "Water and WaTER: Developing Countries, Oklahoma and OU." University Jos, Jos, Nigeria. (July 11, 2017).

460. Nijhawan, A., Butler, E. C. and Sabatini, D. A. "Macroporous Hydroxyapatite Ceramic Beads for Fluoride Removal." AEESP Research and Education Conference, Ann Arbor, MI. (June 19-23, 2017).

459. Yami, T. L., Butler, E. C. and Sabatini, D. A. "High Capacity Chemically Activated Cow Bone Char and Monetite for Increased Fluoride Removal: Laboratory and Field Studies." AEESP Research and Education Conference, Ann Arbor, MI. (June 19-23, 2017).

458. Sabatini, D. A. "Water and WaTER: Developing Countries, Oklahoma and OU." Universitaet Tuebingen, Germany, May 29, 2017.

457. Sabatini, D. A. "Surfactant Mixtures: Synergism in Solubilization, Microemulsions and

Detergency." 108th AOCS Annual Meeting & Expo, Orlando, FL. (April 30-May 3, 2017).

456. Sabatini, D. A., Scamehorn, J. F., Chanwattanakit, J. and Chavadej, S. "Laundry Detergency of Solid Non-particulate Soil or Waxy Solids: Relation to Oily Soil Removal Above the Melting Point." 108th AOCS Annual Meeting & Expo, Orlando, FL. (April 30-May 3, 2017).

455. Sabatini, D. A. "Surfactants at the Liquid-Liquid, Liquid-Air and Solid Liquid Interface." 108th AOCS Annual Meeting & Expo, Orlando, FL. (April 30-May 3, 2017).

454. Sabatini, D. A. "Surfactant-Based Environmental Technologies/Novel Adsorbents for Arsenic/Fluoride Mitigation." Chulalongkorn Seminar, Chulalongkorn University, Bangkok, Thailand. (December 15, 2016).

453. Brunson, L., Sabatini, D., Chamberlain, J. and Harris, J. "Participatory Engagement on Drinking Water of the Undeserved in Northern Uganda: How U.S. University Students Can Ethically Engage." Water & Health Conference 2016, UNC Water Institute, Chapel Hill, NC. (October 10-14, 2016).

452. Sabatini, D.A. "Groundwater Quality and Remediation: A Personal Journey and the Ada Lab." EPA Robert S. Kerr Environmental Research Center 50th Anniversary Event and Technical Symposium, Ada, OK. (August 3, 2016).

451. Deal, P. and Sabatini, D.A. "Sustainable Rural Water Delivery Service in Ghana." WEDC 39th International Conference, University of Science and Technology (KNUST), Kumasi, Ghana. (July 11-15, 2016).

450. Sabatini, D.A., Butler, L., Du, Junyi and Yami, T.L. "Novel Adsorbents for Sustainable Fluoride Mitigation in Developing Countries: Laboratory, Field and Life Cycle Analysis Results." EWRI – World Environmental & Water Resources Congress, West Palm Beach, FL. (May 22-26, 2016).

449. Do, L.D., Attaphong, C., Scamehorn, J.F. and Sabatini, D.A. "Cold-water Detergency of Vegetable Oils and Semi-solid Fats Using Surfactant Mixtures: HLD Concept and Initial Probing of Mechanisms." 107th AOCS Annual Meeting & Expo, Salt Lake City, UT. (May 1-4, 2016).

448. Sabatini, D.A. "Surfactant-Based Environmental Technologies/Novel Adsorbents for Arsenic/Fluoride Mitigation." EPA Ada Lab Seminar (April 21, 2016).

447. Sabatini, D.A. "Surfactant-Based Environmental Technologies/Novel Adsorbents for Arsenic/Fluoride Mitigation." University of North Texas Seminar (February 23, 2016).

446. Sabatini, D.A. "Surfactant-based Environmental Technologies and Arsenic/Fluoride Mitigation in Developing Countries." Chulalongkorn University, Bangkok, Thailand. (December 12, 2015).

445. Nijhawan, A, Butler, E.C. and Sabatini, D. "Macroporous Ceramic Material for Fluoride Removal." 2015 University of Oklahoma International WaTER Conference, Norman, OK. (September 21-23, 2015).

444. Chamberlain, J.F. and Sabatini, D.A. Introducing! A new Minor in "Water and Sanitation for Health and Sustainable Development." 2015 University of Oklahoma International WaTER Conference, Norman, OK. (September 21-23, 2015).

443. Yami, T.L., Butler, E.C. and Sabatini, D.A. "Chemically Activated Cow Bone for Increased Fluoride Removal in the Context of Life Cycle Assessment of Fluoride Adsorbents." 2015 University of Oklahoma International WaTER Conference, Norman, OK. (September 21-23, 2015).

442. Du, J., Sabatini, D.A. and Butler, E.C. "Preparation, Characterization and Regeneration of Aluminum Hydroxide Amended Molecular Sieves for Fluoride Adsorption from Drinking Water." 2015 University of Oklahoma International WaTER Conference, Norman, OK. (September 21-23, 2015).

441. Sabatini, D.A. "In Country Capacity Building: Thailand and Ethiopia." Panel: Learning, Teaching and Research in the Developing World. AEESP Research and Education Conference. Yale University, New Haven, CT. (June 15, 2015).

440. Nijhawan, A, Butler, E. and Sabatini, D. "Modified porous ceramics: a low-cost water treatment technology for fluorosis mitigation in developing countries." AEESP Research and Education Conference. Yale University, New Haven, CT. (June 15, 2015).

439. Yami, T.L., Du, J., Butler, E.C. and Sabatini, D.A. "Water-Health-Technology Nexus: Chemically Activated Cow Bone for Increased Fluoride Removal in the Context of Life Cycle Assessment of Fluoride Adsorbents." AEESP Research and Education Conference. Yale University, New Haven, CT. (June 15, 2015).

438. Du, J., Yami, T.L., Sabatini, D.A. and Butler, E.C. "Nexus of water, health and technology: Addressing Fluorosis problems by developing efficient and sustainable aluminum hydroxide amended molecular sieves to remove fluoride from drinking water." AEESP Research and Education Conference. Yale University, New Haven, CT. (June 15, 2015).

437. Sabatini, D.A. "Surfactant-based Environmental Technologies and Arsenic/Fluoride Mitigation in Developing Countries." Peking University, Beijing, China. (June 11, 2015).

436. Sabatini, D.A. "Novel Adsorbents for Arsenic and Fluoride Treatment in Developing Countries." Tsinghua University, China. (June 9, 2015).

435. Attaphong, C., Scamehorn, J.F. and Sabatini, D. "Optimized Microemulsion Systems with Low Surfactant and Salt Concentration for Detergency of Vegetable Oils at Low Bath Temperature." 106th AOCS Annual Meeting. Orlando, FL. (May 3-6, 2015).

434. Sabatini, D.A. "Surfactant-based Environmental Technologies and Arsenic/Fluoride Mitigation in Developing Countries." Chulalongkorn University, Bangkok, Thailand. (December 12, 2014).

433. Sabatini, D. "Oklahomans Solving Global Water Crises." Oklahoma Govenor's Water Conference & Research Symposium, Oklahoma City, OK, October 22, 2014.

432. Chamberlain, J. and Sabatini, D. "Life-Cycle Cost Analysis and Affordability of Fluoride Mitigation Alternatives in Ethiopia." 2014 Water & Health Conference, Where Science Meets Policy, UNC Water Institute, Chapel Hill, NC, October 13-17, 2014.

431. Junyi, D., Yami, T., Butler, E. and Sabatini, D. "Development of low-cost and effective sorbents for drinking-water fluoride mitigation in developing regions in the Rift Valley of Ethiopia." 2014 Water & Health Conference, Where Science Meets Policy, UNC Water Institute, Chapel Hill, NC, October 13-17, 2014.

430. Yami, T., Junyi, D., Butler, E., Brunson, L., Chamberlain, J. and Sabatini, D. "Life Cycle Assessment of Adsorbents for Fluoride Removal from Drinking Water in East Africa." 2014 Water & Health Conference, Where Science Meets Policy, UNC Water Institute, Chapel Hill, NC, October 13-17, 2014.

429. Do, L., Stevens, T., Kibbey, T. and Sabatini, D. "An Investigation on Mechanisms of Soybean Oil Extraction by Aqueous Surfactant Mixtures." 105th AOCS Annual Meeting and Expo, San Antonio, TX, May 4-7, 2014.

428. Rongsayamanont, W., Soonglerdsongpha, S., Pinkyakong, O., Tongcumpou, C., Sabatini, D.A. and Luepromchai, E. "Formulation of Lipopeptide Biosurfactant Mixtures for Dispersing Oil Spill in Seawater." 105th AOCS Annual Meeting and Expo, San Antonio, TX, May 4-7, 2014.

427. Attaphong, C. and Sabatini, D. "Vegetable Oil-based Microemulsion Biofuels Using Renewable Alcohols and Surfactants." 105th AOCS Annual Meeting and Expo, San Antonio, TX, May 4-7, 2014.

426. Panswad, D. Khaodhiar, S. and Sabatini, D. "Solubilization of Mixed Anionic Extended Surfactants and a Cationic Surfactant." 105th AOCS Annual Meeting and Expo, San Antonio, TX, May 4-7, 2014.

425. Lemma, T., Rogers, R. and Sabatini, D. "WaTER – Fluoride in Ethiopia and Water Quality in El Salvador." OU AISES American Indian Science & Engineering Society, Norman, April 4, 2014.

424. Lemma, T., Rogers, R. and Sabatini, D. "WaTER – Fluoride in Ethiopia and Water Quality in El Salvador." OU SWE HS Girls Day, Norman, March 28, 2014.

423. Lemma, T., Rogers, R. and Sabatini, D. "WaTER – Fluoride in Ethiopia and Water Quality in El Salvador." Sooner Mosaic, Norman, March 1, 2014.

422. Sabatini, D.A. "Surfactant-based Environmental Technologies and Arsenic/Fluoride Mitigation in Developing Countries." Chulalongkorn University, Bangkok, Thailand." (November 8, 2013).

421. Chamberlain, J.R. and Sabatini, D.A. "Water Supply Options in Arsenic-Affected Regions of Cambodia: Targeting the Bottom Billion." Water and Health Conference – Where Science Meets Policy, University of North Carolina, Chapel Hill, NC. (October 14-18, 2013).

420. Du, J., Sabatini, D.A. and Butler, E.C. "Synthesis, Characterization and Evaluation of Simple Aluminum-Based Adsorbents for Fluoride Removal from Drinking Water." 2013 University of Oklahoma International WaTER Conference, Norman, OK. (September 22-25, 2013).

419. Yami, T.L., Du, J., Brunson, L.R., Chamberlain, J.F., Butler, E.C. and Sabatini, D.A. "The Life Cycle Assessment of Materials for Fluoride Removal from Drinking Water in Developing Regions." 2013 University of Oklahoma International WaTER Conference, Norman, OK. (September 22-25, 2013).

418. Sabatini, D.A. "Arsenic and Fluoride Mitigation – The U.S. Experience." 2013 University of Oklahoma International WaTER Conference, Norman, OK. (September 22-25, 2013).

417. Brunson, L.R. and Sabatini, D.A. "Optimizing Filtration Materials for Fluoride Removal from Drinking Water." 2013 University of Oklahoma International WaTER Conference, Norman, OK. (September 22-25, 2013).

416. Sabatini, D.A. "Capacity Building: Collaborative Graduate Program with Chulalongkorn University, Bangkok, Thailand." 2013 University of Oklahoma International WaTER Conference, Norman, OK. (September 22-25, 2013).

415. Sabatini, D.A. "Novel Adsorbents: Arsenic and Fluoride Mitigation." University of Illinois, Champaign-Urbana, IL. (September 5, 2013).

414. Chamberlain, J.F., Hong, Y., Kolar, R. and Sabatini, D.A. "Incorporating WASH into the Curriculum – The University of Oklahoma WaTER Center." Environmental Engineers and Scientists of 2050: Education, Research and Practice (AEESP) Conference, Golden, CO. (July 14-16, 2013).

413. Attaphong, C. and Sabatini, D.A. "Vegetable Oil-Based Reverse Micelle Microemulsion Biofuel Using Biodegradable Surfactants." Environmental and Hazardous Substance Management towards a Green Economy (EHSM) International Conference, Bangkok, Thailand. (May 21-23, 2013).

412. Sabatini, D.A. "Special Lecture VI: Surfactant-Microemulsion-based Environmental Technologies: From Subsurface Remediation to Oilseed Extraction to Biodiesel." Environmental and Hazardous Substance Management towards a Green Economy (EHSM) International Conference, Bangkok, Thailand. (May 21-23, 2013).

411. Luepromchai, Ekawan and Sabatini, D.A. "Biosurfactant Production from Glycerol Waste and Its Applications for Enhancing Solubilization, Dispersion and Emulsification of Petroleum." Environmental and Hazardous Substance Management towards a Green Economy (EHSM) International Conference, Bangkok, Thailand. (May 21-23, 2013).

410. Arpornpong, N. and Sabatini, D.A. "Greenhouse Gas Emission in the Production of Microemulsion-based Biofuel." Environmental and Hazardous Substance Management towards a Green Economy (EHSM) International Conference, Bangkok, Thailand. (May 21-23, 2013).

409. Chanwattanakit, J., Chavadej, S., Scamehorn, J. and Sabatini, D.A. "Monoglyceride Removal from Fabrics under Microemulsion-based Formulation." 104th AOCS Annual Meeting &

Expo, Montreal, Quebec, Canada. (April 28-May 1, 2013).

408. Do, L.D., Sabatini and Scamehorn, J. "Synergistic Combination of Extended-surfactants and Biorenewable Surfactants for Cold Temperature Detergency of Vegetable Oils and Fats." 104th AOCS Annual Meeting & Expo, Montreal, Quebec, Canada. (April 28-May 1, 2013).

407. Arpornpong, N., Charoensaeng, A., Sabatini, D.A., Khaodhiar, S. "Palm Oil Microemulsion-based Biofuel: Environmental Impact." 104th AOCS Annual Meeting & Expo, Montreal, Quebec, Canada. (April 28-May 1, 2013).

406. Attaphong, C., Do. L. and Sabatini, D.A. "Solubilization Capacity and Emission Characteristics of Vegetable Oil-based Microemulsion Biofuel." 104th AOCS Annual Meeting & Expo, Montreal, Quebec, Canada. (April 28-May 1, 2013).

405. Do, L.D. and Sabatini, D.A. "Developing Sustainable Oilseed Extraction Using Extended-Surfactants." 104th AOCS Annual Meeting & Expo, Montreal, Quebec, Canada. (April 28-May 1, 2013).

404. Sabatini, D.A. "Water Quality in the Rift Valley, Ethiopia." Water and Climate Change in Africa, Duke University, Durham, N.C. (March 22-23, 2013).

403. Sabatini, D.A. "Fluoride and Arsenic Removal Technologies." Water and Climate Change in Africa, Duke University, Durham, N.C. (March 22-23, 2013).

402. Sabatini, D.A., Chamberlain, J., Brunson, L.R., and Lemma, Teshome. "Arsenic & Fluoride Mitigation: The US Experience." GeoGen 2013, International Conference, Addis Ababa, Ethiopia. (February 5-7, 2013).

401. Brunson, L.R. and Sabatini, D.A. "Optimizing Fluoride Removal Materials for Drinking Water in Ethiopia." GeoGen 2013, International Conference, Addis Ababa, Ethiopia. (February 5-7, 2013).

400. Chamberlain, J. and Sabatini, D.A. "Alternative Water Sources in Regions of Geogenic Contamination; Impact Evaluation and the Challenge of Optimization." GeoGen 2013, International Conference, Addis Ababa, Ethiopia. (February 5-7, 2013).

399. Chamberlain, J., Cope, C. and Sabatini, D.A. "Iron Oxide Amended Rice Husk Char – A Novel, Low Cost Arsenic Filter Media for Cambodian Drinking Water." Water and Health: Where Science Meets Policy Conference, Chapel Hill, NC. (October 30-November 1, 2012).

398. Brunson, L. and Sabatini, D.A. "Methods to Optimize Bone and Wood Chars for Fluoride Removal from Drinking Water." Water and Health: Where Science Meets Policy Conference, Chapel Hill, NC. (October 30-November 1, 2012).

397. Sabatini, D.A. "Sustainable WaTER for Developing Countries." National Environmental Engineering Research Institute (CSIR), Nehru Marg, Nagpur, India. (October 12, 2012).

396. Sabatini, D.A. "Contamination in Drinking Water." National Environmental Engineering Research Institute (CSIR), Nehru Marg, Nagpur, India. (October 11, 2012).



Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 62 of 221

395. Sabatini, D.A. "Water Treatment for Developing Countries." National Environmental Engineering Research Institute (CSIR), Nehru Marg, Nagpur, India. (October 11, 2012).

394. Sabatini, D.A. "Water Treatment Options." National Environmental Engineering Research Institute (CSIR), Nehru Marg, Nagpur, India. (October 8, 2012).

393. Sabatini, D.A. "Clean Water: Sustainable Options." National Environmental Engineering Research Institute (CSIR), Nehru Marg, Nagpur, India. (October 8, 2012).

392. Sabatini, D.A. "Novel Adsorbents for Arsenic & Fluoride Mitigation in Developing Countries." University College London. (October 4, 2012).

391. Sabatini, D.A. "Geogenic Contamination in drinking-water-what is it and what can be done?" World Health Organization, Geneva, Switzerland. (August 24, 2012).

390. Sabatini, D.A. "Novel Adsorbents for Arsenic & Fluoride Mitigation in Developing Countries/Surfactant Based Environmental Technologies: From Subsurface Remediation to Biofuel Applications." Swiss Federal Research Institute (EAWAG), Zurich, Switzerland. (August 21, 2012).

389. Sabatini, D.A. "Surfactant-based Environmental Technologies." Chulalongkorn University, Bangkok, Thailand. (June 29, 2012).

388. Chanwattanakit, J., Scamehorn, J.F., Sabatini, D.A. and Chavadej, S. "Solid Oily Soil Removal from Fabrics by Using Extended Surfactants." 103rd AOCS Annual Meeting & Expo, Long Beach, CA. (April 29-May 2, 2012).

387. Itsadanont, S., Scamehorn, J.F. and Sabatini, D.A. "Dissolution of Calcium and Magnesium Soap Scums by Surfactant in the Presence of Chelant." 103rd AOCS Annual Meeting & Expo, Long Beach, CA. (April 29-May 2, 2012).

386. Do, L. and Sabatini, D.A. "Bio-compatible Low Salinity Triglyceride Microemulsions and Detergency". 103rd AOCS Annual Meeting & Expo, Long Beach, CA. (April 29-May 2, 2012).

385. Panswad, D., Sabatini, D.A. and Khaodhiar, S. "Adsorption and Admicellar Properties of Mixed Anionic Extended Surfactants and a Cationic Surfactant". 103rd AOCS Annual Meeting & Expo, Long Beach, CA. (April 29-May 2, 2012).

384. Attaphong, C., Do. L. and Sabatini, D.A. "Optimizing the Formulation of Vegetable Oil Reverse-Micelle-Microemulsion Biofuel at Low Temperature Using Mixed Surfactant Systems." 103rd AOCS Annual Meeting & Expo, Long Beach, CA. (April 29-May 2, 2012).

383. Arpornpong, N., Sabatini, D.A. and Khaodhiar, S. "Alternative Biofuel from Palm Oil-Diesel Based Reverse Micelle Microemulsion." 103rd AOCS Annual Meeting & Expo, Long Beach, CA. (April 29-May 2, 2012).

382. Sabatini, D.A. "Sustainable WaTER for Developing Countries." Akzo Nobel, New York, NY. (March 23, 2012).

381. Sabatini, D.A. "Arsenic/Fluoride Mitigation in Developing Countries." 2012 Infopoverty World Conference. United National Headquarters, New York. (March 22-23, 2012).

380. Cope, C. and Sabatini, D.A. "Sustainable Application of Bayoxide E33 Iron-based Arsenic Adsorbent for Cambodian Drinking Water." OU International WaTER Conference. Norman, OK (October 24-25. 2011).

379. Webster, D., Cope, C. and Sabatini, D.A. "Investigating Ferric Hydroxide Coated Rice Husk Char as an Arsenic Removal Technology for Developing Countries." OU International WaTER Conference. Norman, OK (October 24-25. 2011).

378. Brunson, L.R., Sabatini, D.A. and Spicer, P.G. "A Discussion of Why Rural Water Projects Fail and Methods for Improving Success Rates". OU International WaTER Conference. Norman, OK (October 24-25. 2011).

377. Brunson, L.R., Sabatini, D.A. and Spicer, P.G. "Community Studies of Fluoride Removal From Drinking Water in Ethiopia". OU International WaTER Conference. Norman, OK (October 24-25. 2011).

376. Brunson, L.R. and Sabatini, D.A. "A Study of Novel Materials for Fluoride removal from Drinking Water in Ethiopia". Water and Health 2011 Conference. Chapel Hill, NC (October 3-7, 2011).

375. Sabatini, D.A. and Brunson, L.R. "A Study of Aluminum Coated Wood and Animal Bone Chars for Household Defluoridation." 2011 AEESP Education and Research Conference. Tampa, FL (July 10-12, 2011).

374. Sabatini, D.A. "Surfactant-based Biofuels and Water Treatment for Arsenic and Fluoride Removal in Developing Countries." Chulalongkorn University, Bangkok, Thailand, June 17, 2011.

373. Itsadanont, S., Scamehorn, J.F., Chavadej, S. and Sabatini, D.A. "Dissolution of Soap Scum by Surfactant in the Presence of Chelant". 102nd AOCS Annual Meeting & Expo. Cincinnati, OH, May 1-4, 2011.

372. Sabatini, D.A., Scamehorn, J.F. and Khaodhiar, S. "Anionic and Cationic Surfactant Mixtures: Admicellar Modified Surfaces and Microemulsion Formation."102nd AOCS Annual Meeting & Expo. Cincinnati, OH (May 1-4, 2011).

371. Rojvoranun, S., Chavadej, S., Scamehorn, J.F. and Sabatini, D.A. "The Relationship between Mechanism of Hydrophilic and Hydropobic Particle Removal in Laundry Detergency." 102nd AOCS Annual Meeting & Expo. Cincinnati, OH (May 1-4, 2011).

370. Panswad, D., Sabatini, D.A. and Khaodhiar, S. "Novel Anionic Extended Surfactant and Cationic Surfactant Mixtures for Maximizing Synergism (Solubilization and Adsolubilization) and Minimizing Precipitation." 102nd AOCS Annual Meeting & Expo. Cincinnati, OH (May 1-4, 2011).

369. Attaphong, C.., Do, L. and Sabatini, D.A. "Vegetable Oil Reverse Micelle Microemulsion as an Alternative Renewable Biofuel Using Extended Surfactant." 102nd AOCS Annual

Meeting & Expo. Cincinnati, OH (May 1-4, 2011).

368. Arpornpong, N., Lewlomphaisan, J., Charoensaeng, A, Sabatini, D.A. and Khaodhiar, S. "Admicelle Formation and Adsolubilization suing Ethoxy Carboxylate Extended Surfactants." 102nd AOCS Annual Meeting & Expo. Cincinnati, OH (May 1-4, 2011).

367. Sabatini, D.A., Harwell, J.H., Shiau, B.J. and Knox, R.C. "Advanced Microemulsion Systems for Subsurface Remediation: Laboratory and Field Results." 102nd AOCS Annual Meeting & Expo. Cincinnati, OH (May 1-4, 2011).

366. Brunson, L.A. and Sabatini, D.A. "A Study of Aluminum Coated Wood and Animal Bone Chars for Household Defluoridation." 2011 World Environmental Federation Disinfection Conference. Cincinnati, OH (April 22-12, 2011).

365. Sabatini, D.A. "Developing Sustainable Water Treatment Technologies for Fluoride and Arsenic Mitigation in Developing Countries." Engineering Sustainability 2011, Pittsburg, PA (April 10-12, 2011).

364. Sabatini, D.A. "OU WaTER Center: In Pursuit of Sustainable Water Technologies for Remote Areas of Developing Countries." Oklahoma State University Seminar, Stillwater, OK (March 31, 2011).

363. Sabatini, D.A. "OU WaTER Center: In Pursuit of Sustainable Water Technologies for Remote Areas of Developing Countries." University of Oklahoma, Industrial Engineering Seminar, Norman, OK (March 11, 2011).

362. Brunson, L.R. and Sabatini, D.A. "Innovative and Sustainable Technologies for Treatment of Drinking Water with Elevated Fluoride Concentrations." Water 2011: International Conference on Sustainable Water Resource Management and Treatment Technologies. Nagpur, India (January 19-21, 2011).

361. Brunson, L. and Sabatini, D.A. "Innovative Aluminum-Based Technologies for Household Treatment of Fluoridated Drinking Water." Water and Health: Where Science Meets Policy, University of North Carolina, Chapel Hill, NC (October 25-26, 2010).

360. Cope, C., Webster, D. and Sabatini, D.A. "Arsenic Removal from Drinking Water Using Iron-Based Adsorbents for Developed and Developing Countries." Water and Health: Where Science Meets Policy, University of North Carolina, Chapel Hill, NC (October 25-26, 2010).

359. Sabatini, D.A., Hong, Y. and Akanda, A. "Floodwater and Health: Assessing the Spatiotemporal Distribution of Global Floods and Linkage to Public Health Risks in a Changing Climate." Water and Health: Where Science Meets Policy, University of North Carolina, Chapel Hill, NC. (October 25-26, 2010).

358. Sabatini, D.A. and Brunson, L. "OU WaTER Center: Health, Education, Development and Peace." Society of American Military Engineers, Norman, OK. (September 23, 2010).

357. Sabatini, D.A. and Brunson, L. "OU WaTER Center: Health, Education, Development and Peace." University of Addis Ababa, Addis, Ababa, Ethiopia. (July 19, 2010).

356. Sabatini, D.A. and Brunson, L. "OU WaTER Center: Health, Education, Development and Peace." OU Green Week, Norman, OK. (April 19, 2010).

355. Sabatini, D.A. and Brunson, L. "OU WaTER Center: Health, Education, Development and Peace." Lions Club, Norman, OK. (April 19, 2010).

354. Pengjun, W., Chavadej, S., Rojvoranun, S., Scamehorn, J.F. and Sabatini, D.A. "Hydrophobic Particulate Soil Removal in Laundry Detergency." 101st AOCS Annual Meeting & Expo. Phoenix, AZ (May 16-19, 2010).

353. Do, L.D., Singh, V., Gollahalli, S.R. and Sabatini, D.A. "Microemulsion Fuels: Phase Behaviors and Combustion Properties." 101st AOCS Annual Meeting & Expo. Phoenix, AZ (May 16-19, 2010).

352. Nguyen, T. and Sabatini, D.A. "Lecithin-Based Ciocompatible Microemulsions Using Sophorolipid and Rhamnolipid Biosurfactants." 101st AOCS Annual Meeting & Expo. Phoenix, AZ (May 16-19, 2010).

351. Rojvoranun, S., Chavadej, S., Scamehorn, J.F. and Sabatini, D.A. "Particulate Soil Detergency: Performance and mechanism of Hydrophilic Soil Removal." 101st AOCS Annual Meeting & Expo. Phoenix, AZ (May 16-19, 2010).

350. Attaphong, C., Phan, T. and Sabatini, D.A. "Vegetable Oil Detergency: Removal of Highly Unsaturated Triglycerides Using Optimized Microemulsion System at Low Surfactant Concentration and Bath Temperature." 101st AOCS Annual Meeting & Expo. Phoenix, AZ (May 16-19, 2010).

349. Arpornpong, N., Lewlomphaisan, J., Charoensaeng, A., Sabatini, D.A. and Khaodhiar, S. "Adsolubilization and Solubilization using Carboxylate-based Extended Surfactants." 101st AOCS Annual Meeting & Expo. Phoenix, AZ (May 16-19, 2010).

348. Islamoglu Kadioglu, S., Do., L. and Sabatini, D.A. "Laboratory-based Small Pilot Scale Surfactant Microemulsion Based Oil Seed Extraction." 101st AOCS Annual Meeting & Expo. Phoenix, AZ (May 16-19, 2010).

347. Sabatini, D.A., Do, L.D. and Phan, T.T. "Microemulsions with Extended-surfactants: Characterization and Applications." 101st AOCS Annual Meeting & Expo. Phoenix, AZ (May 16-19, 2010).

346. Mathurasa, L., Tongcumpou, C., Sabatini, David D.A. and Luepromchai, E. "Desorption Behavior of Toxic Tributyltin from Sandy Clay Loam Soil in Presence of Sodium Dihexylsulfosuccinate." 239th American Chemical Society National Meeting & Exposition. San Francisco, CA (March 21-25, 2010).

345. Damrongsiri, S., Tongcumpou, C., Weschayanwiwat, P. and Sabatini, D.A. "Solubilization of Organotin Compounds in Surfactant Solutions in Single and Mixed Oils." 239th American Chemical Society National Meeting & Exposition. San Francisco, CA (March 21-25, 2010).

344. Cope, Chris and Sabatini, David A. "Arsenic Treatment Options in Drinking Water: Case

Studies from Outside Oklahoma." Options for Controlling Concentrations of Arsenic and Uranium in Public-Drinking Water Supplies. NWC – Norman, OK (March 20, 2010).

343. Mach, Mary Elizabeth and Sabatini, David A. "Pilot Study and Path Forward for Arsenic Treatment at the Well-Head for the City of Norman." Options for Controlling Concentrations of Arsenic and Uranium in Public-Drinking Water Supplies. NWC – Norman, OK (March 20, 2010).

342. Sabatini, David A. "Water-treatment Options for Arsenic Removal in Drinking Water." Options for Controlling Concentrations of Arsenic and Uranium in Public-Drinking Water Supplies. NWC – Norman, OK (March 20, 2010).

341. Lewlomphaisan, J., Charoensaeng, A., Arpornpong, N., Panswad, D., Sabatini, D.A. and Khaodhiar. "Solubilization and Adsolubilization of Phenylethanol Using Anionic Extended Carboxylate Surfactants on Aluminum Oxide Surface." International Conference on Green and Sustainable Innovation. Chiang Rai, Thailand (December 2-4, 2009).

340. Kopke, K., Bain, L., Braden, L., Moen, T.J., Sabatini, D.A. and Brunson, L.R. "Bottom-Up Development: Local Entrepreneurship at the Heart of Economic Growth." OU International WaTER Conference. Norman, OK (October 26-27, 2009).

339. Bush, S., Martin, L., Moore, N., Whitelaw, T., Sabatini, D.A. and Brunson, L.R. "Sustainable Water Treatment and Reuse Technology." OU International WaTER Conference. Norman, OK (October 26-27, 2009).

338. Hitchcock, S.M., Shenoi, D.P., Jones, P.J., Sundaramooftby, A.S., Sabatini, D.A. and Brunson, L.R. "Culturally Sensitive Implementation of Water and Sanitation Projects." OU International WaTER Conference. Norman, OK (October 26-27, 2009).

337. Jenkinson, P., Peirano, C., Stolfa, V., Brunson, L.R. and Sabatini, D.A. "Rural Villages in Developing Countries vs. Rural Communities in the US." OU International WaTER Conference. Norman, OK (October 26-27, 2009).

336. Everest, P., Krause, E., Quintana, T., Salisbury, M., Brunson, L.R. and Sabatini, D.A. "Water Sources in the Face of Climate Change: Ethiopia." OU International WaTER Conference. Norman, OK (October 26-27, 2009).

335. Cope, C., Brunson, L.R., Sabatini, D.A., Alvarado, R. and Barcum, R. "Laying the Groundwork for Large-Scale Sustainable Safe Water Implementation in the Brazilian Amazon." OU International WaTER Conference. Norman, OK (October 26-27, 2009).

334. Brunson, L.R. and Sabatini, D.A., "Fish Bone Char as a Sustainable Technology for Fluoride Removal from Drinking Water in Developing Areas." OU International WaTER Conference. Norman, OK (October 26-27, 2009).

333. Sabatini, D.A. "Surfactant-based Environmental Technologies/Sustainable Water Treatment for Remote Villages." Iowa State University, Ames, IA (July 31, 2009).

332. Sabatini, D.A., Khaodhiar, S., Rachakornkij, M. and Tongcumpou, C. "Collaborative Graduate Program with Chulalongkorn University, Bangkok, Thailand." 2009 AEESP

Conference: Grand Challenges in Environmental Engineering and Science. Iowa City, IA (July 26-28, 2009).

331. Brunson, Laura R. and Sabatini, D.A. "Bone Char as a Sustainable Technology for Water Improvement in Developing Areas." 2009 AEESP Conference: Grand Challenges in Environmental Engineering and Science. Iowa City, IA (July 26-28, 2009).

330. Sabatini, D.A. "Surfactant-based Environmental Technologies." Chulalongkorn University, Bangkok, Thailand (June 26, 2009).

329. Brunson, Laura R. and Sabatini, D.A. "Sustainable Use and Implementation of Bone Char as a Technology for Arsenic and Fluoride Removal." 34th WEDC International Conference. United Nations Conference Centre, Addis Ababa, Ethiopia (May 18-22, 2009).

328. Islamoglu, S., Sabatini, D.A. and Phan, T. "Surfactant Microemulsion Based Oil Extraction from Corn Germ." 100th AOCS Annual Meeting & Expo. Rosen Shingle Creek, Orlando, FL (May 3-6, 2009).

327. Nguyen, T., Do, L., and Sabatini, D.A. "Vegetable Oil Extraction Using Reverse Micellar Microemulsions of Diesel for Biodiesel Application." 100th AOCS Annual Meeting & Expo. Rosen Shingle Creek, Orlando, FL (May 3-6, 2009).

326. Do, L., Nguyen, T. and Sabatini, D. "W/O Microemulsions of Vegetable Oils as a Biodiesel Alternative." 100th AOCS Annual Meeting & Expo. Rosen Shingle Creek, Orlando, FL (May 3-6, 2009).

325. Asnachinda, E., Sabatini, D., O'Haver, J. and Khaodhiar, S. "Adsorption, Adsolubilization and Corresponding AFM Studies for Polymerizable Gemini Surfactant." 100th AOCS Annual Meeting & Expo. Rosen Shingle Creek, Orlando, FL (May 3-6, 2009).

324. Attaphong, C., Arpornpong, N., Charoensaeng, A., Khaodhiar, S. and Sabatini, D.A. "Admicellar Formation and Adsolubilization of Anionic Extended Surfactants onto Aluminum Oxide." 100th AOCS Annual Meeting & Expo. Rosen Shingle Creek, Orlando, FL (May 3-6, 2009).

323. Phan, T, Harwell, J. and Sabatini, D.A. "Microemulsion-based Detergency: Cost-effective and Environmentally-friendly Formulations Optimized for High-unsaturated-content Vegetable Oils." 100th AOCS Annual Meeting & Expo. Rosen Shingle Creek, Orlando, FL (May 3-6, 2009).

322. Brunson, Laura R. and Sabatini, D.A. "Sustainable Technologies and an Implementation Strategy for Arsenic and Fluoride Removal in Developing Areas." WEF Disinfection 2009 Conference. Omni Hotel at CNN Center, Atlanta, GA (March 1-2, 2009).

321. Do, L., Nguyen, T., Islamoglu, S. and Sabatini, D.A. "Microemulsion-based Oilseed Extraction and Biofuels," Oklahoma Biofuels Conference. Skirvin Hotel, Oklahoma City, OK (November 12-13, 2008).

320. Sabatini, D.A. "Surfactant-based Environmental Technologies." Chulalongkorn University, Bangkok, Thailand (June 30, 2008).



Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 68 of 221

319. Do, L., Nguyen, T. and Sabatini, D.A. "Reduction of Viscosity and Low Temperature Property of Microemulsions Fuel Using Extended-Surfactants as an Alternative Diesel." 99th AOCS Annual Meeting & Expo. Seattle, WA (May 18-21, 2008).

318. Nguyen, T., Do, L. and Sabatini, D.A. "Using Biosurfactant Mixtures to Form Microemulsions: Enhanced Solubilization and Potential Applications." 99th AOCS Annual Meeting & Expo. Seattle, WA (May 18-21, 2008).

317. Witthayapanyanon, A., Phan, T., Harwell, J.H. and Sabatini, D.A. "Microemulsion Properties and Cleaning Efficiency of Extended Surfactant-based Mixtures." 99th AOCS Annual Meeting & Expo. Seattle, WA (May 18-21, 2008).

316. Asnachinda, E., Khaodhiar, S. and Sabatini, D.A. "Effect of Ionic Head Group on Admicelle Formation of Polumerizable Surfactant." 99th AOCS Annual Meeting & Expo. Seattle, WA (May 18-21, 2008).

315. Phan, T. and Sabatini, D.A. "Microemulsion-based Detergency for Vegetable Oils: Low Energy and Water Consumption." 99th AOCS Annual Meeting & Expo. Seattle, WA (May 18-21, 2008).

314. Attaphong, C., Khaodhiar, S. and Sabatini, D.A. "Effects of Polymerization on Admicellar Formation and Adsolubilization using Polymerizable Surfactants." 99th AOCS Annual Meeting & Expo. Seattle, WA (May 18-21, 2008).

313. Charoensaeng, A., Khaodhiar, S. and Sabatini, D.A. "Impact of Organic Solute Properties on Adsolubilization in Linker and Extended Surfactant Modified Alumina." 99th AOCS Annual Meeting & Expo. Seattle, WA (May 18-21, 2008).

312. Brunson, L.R., Cope, C.O. and Sabatini, D.A. "Sustainable Technologies and an Implementation Strategy for Arsenic and Fluoride Removal in Developing Areas." 2008 National Ground Water Association Summit. Memphis, TN, March 31, - April 2, 2008.

311. Sabatini, D.A. "Advanced Microemulsion Systems: From Subsurface Remediation to Oil Seed Extraction for Biodiesel." Oklahoma State University, Stillwater, OK, Feb. 13, 2008.

310. Sabatini, D.A. "Advanced Microemulsion Systems: From Subsurface Remediation to Oil Seed Extraction for Biodiesel." Lectures at the Leading Edge, Chemical Engineering and Applied Chemistry, University of Toronto, Toronto, Canada (December 5, 2007).

309. Brunson, L., Mlilo, T.B. and Sabatini, D.A. "Sustainable Technologies for Arsenic and Fluoride Removal and a Business Model for Implementing Them in Developing Areas." 2007 Annual Water Resources Conference, Albuquerque, NM (November 12-15, 2007).

308. Nguyen, T. and Sabatini, D.A. "Biosurfactans for Oil-Seed Extraction." Oklahoma Biofuels Conference, Sheraton Hotel, Oklahoma City, OK (October 16-17, 2007).

307. Do, L., Nguyen, T., Harwell, J.H. and Sabatini, D.A. "Microemulsion based Oilseed Extraction for Biodiesel Production." Oklahoma Biofuels Conference, Sheraton Hotel,

Oklahoma City, OK (October 16-17, 2007).

306. Sabatini, D., Do, L., Phan, T. and Nguyen, T. "Oil-Seed Extraction using Surfactant-based Aqueous Microemulsions." AEESP Interactions at the Interface – Making the Connections Between Environments, Disciplines and Nations, Blacksburg, VA (July 28-August 1, 2007).

305. Mlilo, T., Sabatini, D. and Brunson, L. "Business Model for Implementing Sustainable Water Solutions in Developing Areas." AEESP Interactions at the Interface – Making the Connections Between Environments, Disciplines and Nations, Blacksburg, VA (July 28-August 1, 2007).

304. Mlilo, T., Brunson, L., Braumert, Rajbhandari, S. and Sabatini, D. "Simple Water Treatment Technologies: Arsenic and Fluoride Removal Using Low-Cost Materials." AEESP Interactions at the Interface – Making the Connections Between Environments, Disciplines and Nations, Blacksburg, VA (July 28-August 1, 2007).

303. Sabatini, D.A. "Appropriate Technologies for Developing Countries: The OU WaTER Center/Arsenic and Fluoride Removal Using Simple Media." USEPA Laboratory, Ada, OK (July 24, 2007).

302. Sabatini, D.A. "Surfactant Based Environmental Technologies." Chulalongkorn University, Bangkok, Thailand (June 15, 2007).

301. Soontravanich, S., Shobe, S., Landrum, G., Waite, C., Scamehorn, J., Sabatini, D. and Sheuing, D. "Dissolution Kinetics of Soap Scum: A Wettability Study." 98th AOCS Annual Meeting & Expo, Quebec City, QC, Canada (May 13-16, 2007).

300. Lohateeraparp, P., Scamehorn, J.F. and Sabatini, D. "A Comparison between Experimental Monomer-Micelle Equilibrium Composition Results and Regular Solution Theory Predictions for Ionic/Nonionic Surfactant Mixtures." 98th AOCS Annual Meeting & Expo, Quebec City, QC, Canada (May 13-16, 2007).

299. Tanthakit, P., Chavadej, S., Scamehorn, J.F., Sabatini, D.A. and Tongcumpou, C. "Palm Oil Removal from Fabric using Mixed Surfactants under Microemulsion Conditions." 98th AOCS Annual Meeting & Expo, Quebec City, QC, Canada (May 13-16, 2007).

298. Do., L. and Sabatini, D. "Development and Applications of Environmental Friendly Vegetable Oil Microemulsions." 98th AOCS Annual Meeting & Expo, Quebec City, QC, Canada (May 13-16, 2007).

297. Charoensaeng, A., Khaodhiar, S and Sabatini, D. "Adsolubilization of Polar and Nonpolar Organic Solutes into Extended Surfactant Admicelles on Aluminum Oxide Surface." 98th AOCS Annual Meeting & Expo, Quebec City, QC, Canada (May 13-16, 2007).

296. Do, L., Nguyen, T. and Sabatini, D. "Application of Extended-Surfactants in Triglyceride Microemulsions and Vegetable Oil Extraction: A Pilot Scale Study." 98th AOCS Annual Meeting & Expo, Quebec City, QC, Canada (May 13-16, 2007).

295. Witthayapanyanon, A., Harwell, J.H. and Sabatini, D. "Robust Microemulsion Sstems Using Extended Surfactants." 98th AOCS Annual Meeting & Expo, Quebec City, QC, Canada

(May 13-16, 2007).

294. Phan, T.T., Harwell, J.H. and Sabatini, D. "A Systematic Study of Triglyceride Molecular Structure Effects on Microemulsion Formation." 98th AOCS Annual Meeting & Expo, Quebec City, QC, Canada (May 13-16, 2007).

293. Do., L. and Sabatini, D. "Development and Applications of Environmental Friendly Vegetable Oil Microemulsions." 98th AOCS Annual Meeting & Expo, Quebec City, QC, Canada (May 13-16, 2007).

292. Sabatini, D.A., Do., L., Nguyen, T. and Phan, T. "Oil Extraction from Seeds using Surfactant-Based Aqueous Microemulsions." 98th AOCS Annual Meeting & Expo, Quebec City, QC, Canada (May 13-16, 2007) .

291. Brunson, L., Mlilo, T.B. and Sabatini, D.A. "Business Model for Implementing Sustainable Water Solutions in Developing Areas.' 2007 NGWA Ground Water Summit, Albuquerque, New Mexico (April 29-May 3, 2007).

290. Mlilo, T.B., Brunson, L., Sabatini, D.A., Baumert, C.M. and Rajbhandari, S. "Simple Water Treatment Technologies: Arsenic and Fluoride Removal Using Low-Cost Materials.' 2007 NGWA Ground Water Summit, Albuquerque, New Mexico (April 29-May 3, 2007).

289. Sabatini, D.A. "Arsenic Removal from Drinking Water: PEUF for Urban and IOCS for Remote Applications. Kunming University of Science and Technology." March 23, 2007.

288. Shiau, B.J., Harwell, J.H., Knox, R.C., O'Kelley, M. and Sabatini, D.A. "Surfactant-Enhanced Aquifer Remediation: Recent Advances.' 2006 NGWA Ground Water Expo, Las Vegas, Nevada (December 5-8, 2006).

287. Sabatini, D.A. "Intro to Civil Engineering: Design Early and Design Often." Engineering and Mathematics Workshop, University of Johannesburg, Johannesburg, South Africa (November 20, 2006).

286. Sabatini, D.A. "Microemulsion-Based Environmental and Consumer Product Technologies." Kao Company, Tokyo, Japan, (September 7, 2006).

285. Sabatini, D.A. "Microemulsion-Based Environmental and Consumer Product Technologies." Shisheido Company, Tokyo, Japan, (September 6, 2006).

284. Sabatini, D.A. "Advanced Surfactant Microemulsions: Technology Development/ Application". The 59th Divisional Meeting on Colloid and Surface Chemistry, the Chemical Society of Japan, Hokkaido University, Sapporo, Japan (September 13-15, 2006)

283. Sabatini, D.A. "Advanced Surfactant Microemulsions: Technology Development / Application". The 45th Annual Meeting of the Japanese Oil Chemists' Society", Tokyo University of Science, Tokyo, Japan, (September 8-10, 2006)

282. Sabatini, D.A. "Microemulsion-Based Environmental Technologies". Chulalongkorn University, Bangkok, Thailand.

281. Phan, T. and Sabatini, D.A. "Surfactant Membrane Rigidity and Kinetics of Winsor Type III Microemulsion Formation by Extended Surfactants and Hydrophilic/Lipophilic Linker Systems". 2006 Colloid and Surface Science Symposium, Boulder, CO (June 18-21, 2006)

280. Do, L., Witthayapanyanon, A., Harwell, J.H. and Sabatini, D.A. "Self-Assembling of Linker-based Microemulsions". 2006 Colloid and Surface Science Symposium, Boulder, CO (June 18-21, 2006)

279. Shiau, B.J., O'Kelley, M., Jones, T., Knox, R.C., Sabatini, D.A. and Harwell, J.H. "Recent Advances in Surfactant-Enhanced Aquifer Remediation: The Golden, OK Case Study". Remediation of Chlorinated and Recalcitrant Compounds 5th International Conference, Monterey, CA (May 22-25, 2006)

278. Lohateeraparp, P., Scamehorn, J.F. and Sabatini, D.A. "Measurement of Monomer-Micelle Equilibrium for Ionic and Nonionic Surfactant Mixtures Using Semi-Equilibrium Dialysis: A Comparison between Experimental Results and Regular Solution Theory". 97th AOCS Annual Meeting & Expo, St. Louis, MO (April 30-May 3, 2006)

277. Charoensaeng, A., Khaodhiar, S. and Sabatini, D.A. "Adsorption and Adsolubilization of Linker Molecules and Extended Surfactants onto Aluminum Oxide Surfaces". 97th AOCS Annual Meeting & Expo, St. Louis, MO (April 30-May 3, 2006)

276. Soontravanich, S., Scamehorn, J.F., Harwell, J.H. and Sabatini, D.A. "Precipitation of a Mixture of an Anionic and an Amphoteric Surfactant: Experimental Phase Boundaries and Theoretical Predictions". 97th AOCS Annual Meeting & Expo, St. Louis, MO (April 30-May 3, 2006)

275. Soontravanich, S., Scamehorn, J.F., Harwell, J.H. and Sabatini, D.A. "Monomer-Micelle Equilibrium Compositions in an Anionic/Amphoteric Surfactant Mixture". 97th AOCS Annual Meeting & Expo, St. Louis, MO (April 30-May 3, 2006)

274. Do, L.D., Wittayapanyanon, A., Harwell, J.H., Sabatini, D.A. and Acosta, E. "Aqueous Surfactant-Based Technology for Edible Oil Extraction". 97th AOCS Annual Meeting & Expo, St. Louis, MO (April 30-May 3, 2006)

273. Acosta, E., Yuan, Sh., Harwell, J.H. and Sabatini, D.A. "Formulation of Lecithin-Based Non-Toxic Microemulsions for Drug Delivery Applications". 97th AOCS Annual Meeting & Expo, St. Louis, MO (April 30-May 3, 2006).

272. Nguyen, T., Youssef, N., McInerney, M. and Sabatini, D.A. "Biosurfactant Production and Their Application in Enhanced Petrocarbon Remediation". 97th AOCS Annual Meeting & Expo, St. Louis, MO (April 30-May 3, 2006).

271. Wittayapanyanon, A., Do, L., Acosta, E., Harwell, J.H. and Sabatini, D.A. "Aqueous-Based Microemulsions as an Alternative to Solvent Replacements". 97th AOCS Annual Meeting & Expo, St. Louis, MO (April 30-May 3, 2006).

270. Phan,, T., Acosta, E. and Sabatini, D.A. "Surfactant Membrane Rigidity and Kinetics of Winsor Type III Microemulsion Formation by Extended Surfactants and



Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 72 of 221

Hydrophilic/Lipophilic Linker Systems". 97th AOCS Annual Meeting & Expo, St. Louis, MO (April 30-May 3, 2006).

269. Mlilo, T.B., Rajbhandari, S. and Sabatini, D.A. "Simple Arsenic Water Treatment Technologies: Sorption onto Iron Oxide Surfaces". 2006 Ground Water Summit, San Antonio, TX (April, 2006).

268. Sabatini, D.A. "Shiau, B.J., O'Kelley, M., Jones, T., Knox, R.C., Sabatini, D.A. and Harwell, J.H., "Recent Advances in Surfactant-Enhanced Aquifer Remediation: The Golden, OK Case Study". 18th Annual National Tanks Conference and Expo, Memphis, TN (March 20-22, 2006).

267. Nguyen, T., Youssef, N., McInerney, M. and Sabatini, D. A. "Biosurfactant Production and their Application in Enhanced Petroleum Hydrocarbon Remediation." International Conference Hazardous Waste Management for a Sustainable Future, Bangkok, Thailand, January 10 – 12, 2006.

266. Lorphensri, O., Sabatini, D. A., Kibbey, T. C., Osathaphan, K. and Saiwan, C. "Sorption of Acetaminiophen, Nalidixic Acid, Norfloxacin and 17a-Ethynyl Estradiol to Aquifer Materials." International Conference Hazardous Waste Management for a Sustainable Future, Bangkok, Thailand, January 10 – 12, 2006.

265. Poopa, W., Weschayanwiwat, P. and Sabatini, D. A. "Effect of Hydrophobicity of Amphiphile Molecule on Adsorption Behavior onto Various Adsorbents and its Interface Characteristics." International Conference Hazardous Waste Management for a Sustainable Future, Bangkok, Thailand, January 10 – 12, 2006.

264. Pabute, S., Tongcumpou, C. and Sabatini, D. A. "Enhanced Oil Removal by Using the Surfactant Gradient Approach." International Conference Hazardous Waste Management for a Sustainable Future, Bangkok, Thailand, January 10 – 12, 2006.

263. Fuangswasdi, A., Krajangpan, S., Sabatini, D. A., Acosta, E. J., Osathaphan, K. and Tongcumpou, C. "Utilization of Mixed Anionic/Cationic Surfactants for Styrene and Ethylcyclohexane Solubilization/Entrapment in Contaminated Subsurface Remediation Technologies." International Conference Hazardous Waste Management for a Sustainable Future, Bangkok, Thailand, January 10 – 12, 2006.

262. Sabatini, D. A., Knox, R. C., Harwell, J. H. and Shiau, B. "Advances in Surfactant Enhanced Aquifer Remediation: Coupling of Laboratory/Field Studies and Economic Consideration." International Conference Hazardous Waste Management for a Sustainable Future, Bangkok, Thailand, January 10 – 12, 2006.

261. Malakul, P., Sriplad, T. and Sabatini, D. A. "Simultaneous Removal of Heavy Metal and Organic Contaminants by Mixed Cationic-Anionic Surfactant Modified Zeolite (SMZ)." International Conference Hazardous Waste Management for a Sustainable Future, Bangkok, Thailand, January 10 – 12, 2006.

260. Charoensaeng, A., Khoadhiar, S. and Sabatini, D. A. "Adsorption of Linker Molecular and Extended and Surfactants onto Aluminum Oxide Surface." International Conference Hazardous Waste Management for a Sustainable Future, Bangkok, Thailand, January 10 – 12, 2006.

259. Gallo, D., Acosta, E., Scamehorn, J. F. and Sabatini, D. A. "Pilot Scale Study of Polyelectrolyte Enhanced Ultrafiltration for Arsenic Removal." International Conference Hazardous Waste Management for a Sustainable Future, Bangkok, Thailand, January 10 – 12, 2006.

258. Witthayapananon, A., Do, L., Acosta, E., Harwell, J. H. and Sabatini, D. A. "Extended-Surfactant Based Technology for Edible Oil Extraction." International Conference Hazardous Waste Management for a Sustainable Future, Bangkok, Thailand, January 10 – 12, 2006.

257. Witthayapananon, A., Do, L., Acosta, E., Harwell, J. H. and Sabatini, D. A. "Microemulsion-Enhanced Oil Removal for Solvent Replacement." International Conference Hazardous Waste Management for a Sustainable Future, Bangkok, Thailand, January 10 – 12, 2006.

256. Sabatini, D. A. "Arsenic Removal Using PEUF for Urban and IOCS for Rural Applications." Suranaree University, Korat, Thailand, January 6, 2006.

255. Sabatini, D. A. "Adavanced Microemulsions for Organics and PEUF for Arsenic Treatment." University Aegean, Mytilene, Lesvos, Greece, October 26, 2005.

254. Sabatini, D. A. "Arsenic Removal Using PEUF for Urban and IOCS for Rural Applications." University of Tuebingen, Tuebingen, Germany, October 12, 2005. .

253. Sabatini, D. A. "Innovative Arsenic Removal Technologies: Large or Small Communities." Southwest Section AWWA Annual Conference, Oklahoma City, OK., October 2 – 4, 2005.

252. Sabatini, D. A., Fuangswasdi, A., Charoensaeng, A., Scamehorn, J. F., Acosta, E. J., Osathaphan, K. and Khaodhiar, S. "Self Assembly of Anionic-Cationic Surfactant Mixtures of Alumina: Adsorption Capacity and Adsolubilization Potential." Yale University, New Haven, CT., September 14, 2005.

251. Sabatini, D. A. "Advanced Microemulsion Systems for Innovative Environmental Technologies." Johns Hopkins University, Baltimore, MD., September 9, 2005.

250. Sabatini, D. A. "Arsenic Removal Using PEUF for Urban and IOCS for Rural Applications." Johns Hopkins University, Baltimore, MD., September 7, 2005.

249. Sabatini, D. A., Fuangswasdi, A., Charoensaeng, A., Scamehorn, J. F., Acosta, E. J., Osathaphan, K. and Khaodhiar, S. "Self Assembly of Anionic-Cationic Surfactant Mixtures of Alumina: Adsorption Capacity and Adsolubilization Potential." 230th ACS National Meeting, Washington, D.C., August 28 – September 1, 2005.

248. Sabatini, D. A. "Advanced Microemulsion Systems for Innovative Environmental Technologies." University of Virginia, Charlottesville, Virginia, August 25, 2005.

247. Sabatini, D. A. "Advanced Microemulsion Systems for Environmental Technologies." University of Quangxi, Nanning, Quangxi, China, July 12, 2005.

246. Sabatini, D. A. "Advanced Microemulsion Systems for Environmental Technologies."

Chulalongkorn University, Bangkok, Thailand, July 8, 2005.

245. Acosta, E., Sabatini, D. and Yuan, S. "Intrinsic Curvature of Surfactants: A Novel Method to Characterize and Formulate Surfactant Mixtures." 96th Annual Meeting, Salt Lake City, UT., May 1 – 4, 2005.

244. Soontravanich, S., Lopez, H. E., Scamehorn, J. F., Sabatini, D. and Scheuing, D. R. "Dissolution of Soap Scum with Surfactants and Chelating Agents." 96th AOCS Annual Meeting, Salt Lake City, UT., May 1 – 4, 2005.

243. Upadhyaya, A., Acosta, E., Scamehorn, J. and Sabatini, D. A. "Synergism of Anionic and Cationic Surfactant Mixtures: Adsorption, Precipitation and Phase Behavior Studies." 96th AOCS Annual Meeting, Salt Lake City, UT., May 1 – 4, 2005.

242. Fuangswasdi, A., Sabatini, D. A., Scamehorn, J., Acosta, E. and Osathaphan, K. "Effect of Admicellar Properties on Adsolubilization." 96th AOCS Annual Meeting, Salt Lake City, UT., May 1 – 4, 2005.

241. Acosta, E. J., Neumann, A., Sabatini, D. A. and Mesbah, A. "Surface Tension and Wetting of Mixtures of Anionic and Cationic Surfactant Systems." 96th AOCS Annual Meeting, Salt Lake City, UT., May 1 – 4, 2005.

240. Witthayapananon, A., Do, L., Phan, T., Harwell, J. H. and Sabatini, D. A. "Microemulsion Formation with Triglyceride Oils." 96th AOCS Annual Meeting, Salt Lake City, UT., May 1 – 4, 2005.

239. Sabatini, D. A. and Scamehorn, J. "Measuring Monomer-Micelle Equilibrium by Using Semi-Equilibrium Dialysis: A Comparison Between Experimental Results and Regular Solution Theory." 96th AOCS Annual Meeting, Salt Lake City, UT., May 1 – 4, 2005.

238. Komesvarakul, N., Sanders, M., Sabatini, D. A., Scamehorn, J., Szekeres, E., Acosta, E., Faller, J., Fisher, L., Mentlik, T. and Nicoll, G. "Microemulsification of Triglyceride-Based Oil: The Effect of Type of Co-Oil and Salinity on Phase Diagram." 96th AOCS Annual Meeting, Salt Lake City, UT., May 1 – 4, 2005.

237. Witthayapananon, A., Do, L., Acosta, E. J., Harwell, J. H. and Sabatini, D. A. "Surfactant-Based Microemulsions for Solvent Replacement." 96th AOCS Annual Meeting, Salt Lake City, UT., May 1 – 4, 2005.

236. Sabatini, D. A. "Linker Molecules and Extended Surfactants in Microemulsification of Triglyceride Oils." Unilever Chemical Company, Vlaardingen, The Netherlands, April 8, 2005.

235. Sabatini, D. A. "Expanding the Formulation Space for Mixtures of Anionic and Cationic Surfactants: Precipitation, Adsorption and Microemulsion Formation." Unilever Chemical Company, Vlaardingen, The Netherlands, April 8, 2005.

234. Sabatini, D. A. "Polyelectrolyte Enhanced Ultrafiltration for Arsenic Removal." The University of Delft, Delft, The Netherlands, April 5, 2005.

233. Witthayapananon, A., Phan, T., Acosta, E. J., Harwell, J. H. and Sabatini, D. A. "Self

Assembly of Linker-based Microemulsions." 229th ACS National Meeting, San Diego, CA., March 13 – 17, 2005.

232. Witthayapananon, A., Do, L., Acosta, E. J., Harwell, J. H. and Sabatini, D. A. "Advanced Microemulsion for Solvent Replacement." 229th ACS National Meeting, San Diego, CA., March 13 – 17, 2005.

231. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation." National Cheng-Kung University, Tainan, Taiwan, March 2, 2005.

230. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation." Taiwan EPA, Taipei Taiwan, March 2, 2005.

229. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation." TSMC, Kaohsiung, Taiwan, March 1, 2005.

228. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation." GPPC, Kaohsiung, Taiwan, March 1, 2005.

227. Sabatini, D. A., Knox, R. C., Harwell, J. H. and Shiau, B. J. "Advances in Surfactant Enhanced Aquifer Remediation: Coupling of Laboratory/Field Studies and Economic Considerations." 228th ACS National Meeting, Philadelphia, PA., August 22 – 26, 2004.

226. Sabatini, D. A., Gallo, H. D., Acosta, E. and Scamehorn, J. F. "Removal of Arsenic from Drinking Water Using Polyelectrolyte-Enhanced Ultrafiltration (PEUF)." 228th ACS National Meeting, Philadelphia, PA., August 22 – 26, 2004.

225. Lorphensri, O., Intravichit, J., Sabatini, D. A., Kibbey, T. C. G., Osathaphan, K. and Saiwan, C. "Sorption and Transport of Acetaminophen, Nalidixic Acid and 17-Alpha-Ethynylestradiol to Silica, Alumina and a Hydrophobic Medium." 228th ACS National Meeting, Philadelphia, PA., August 22 – 26, 2004.

224. Hari, A. C., Hisey, D. M., Paruchuri, R. A., Sabatini, D. A. and Kibbey, T. C. G. "Effects of pH and Amphiphilic Chemicals on the Adsorption and Transport of Quinolone Antibiotics." 228th ACS National Meeting, Philadelphia, PA., August 22 – 26, 2004.

223. Sabatini, D. A. "Recent Advances in Microemulsion-Based Technologies." Chulalongkorn University, Bangkok, Thailand, July 2, 2004.

222. Sabatini, D. A. "Recent Advances in Microemulsion-Based Technologies." University of the Andes, Merida, Venezuela, June 2, 2004.

221. Sabatini, D. A. "Surfactant-Enhanced Subsurface Remediation: Evolution of a Technology." University of the Andes, Merida, Venezuela, June 2, 2004.

220. Acosta, E., Sabatini, D. A. and Harwell, J. H. "Lecithin-Based Non-Toxic Microemulsions for Food and Drug Delivery Applications." 95th AOCS Annual Meeting and Expo, Cincinnati, OH., May 9 – 12, 2004.

219. Acosta, E., Sabatini, D., Harwell, J. and Szekeres, E. "Use of the Net-Average Curvature Model for Predicting Microemulsion Properties in Cleaning Formulations." 95th AOCS

Annual Meeting and Expo, Cincinnati, OH., May 9 – 12, 2004.

218. Upadhyaya, A., Acosta, E., Scamehorn, E. and Sabatini, D. "Synergistic Effects of Anionic and Catonic Surfactant Mixtures: Effect of Tail Branching." 95th AOCS Annual Meeting and Expo, Cincinnati, OH., May 9 – 12, 2004.

217. Witthayapanyanon, A., Yanatatsaneejit, U., Scamehorn, J., Sabatini, D., and Chavadej, S. "Light Oil Removal from Wastewater by Middle Phase Microemulsion and Froth Flotation." 95th AOCS Annual Meeting and Expo, Cincinnati, OH., May 9 – 12, 2004.

216. Szekeres, E., Acosta, E., Sabatini, D. and Harwell, J. H. "How to Predict Enhanced-Solubilization in Linker-Modified Limonene Microemulsions." 95th AOCS Annual Meeting and Expo, Cincinnati, OH., May 9 – 12, 2004.

215. Fuangswasdi, A., Charoensaeng, A., Acosta, E., Khaodhiar, S., Osathaphan, K., Scamehorn, J. and Sabatini, D. "Synergism of Cationic and Anionic Surfactant Mixtures with Asymmetric Head Groups." 95th AOCS Annual Meeting and Expo, Cincinnati, OH., May 9 – 12, 2004.

214. Lohateeraparp, P., Sabatini, D. and Scamehorn, J. "Use of Semi-Equilibrium Dialysis Technique to Measure Monomer-Micelle Equilibrium." 95th AOCS Annual Meeting and Expo, Cincinnati, OH., May 9 – 12, 2004.

213. McDaniel, M., Acosta, E., McInerney and Sabatini, D. A. "Screening Studies of Biosurfactants for Applications in Environmental Remediation." 95th AOCS Annual Meeting and Expo, Cincinnati, OH., May 9 – 12, 2004.

212. Szekeres, E., Acosta, E. J., Sabatini, D. A. and Harwell, J. H. "Modeling Solubilization of Mixtures of Polar and Non-Polar Oils in Anionic Microemulsions." 227th ACS National Meeting, Anaheim, CA., March 28 – April 1, 2004.

211. Acosta, E. J., Nguyen, T., Harwell, J. H. and Sabatini, D. A. "Non-Toxic Microemulsion Systems as Drug Delivery Vehicles." 227th ACS National Meeting, Anaheim, CA., March 28 – April 1, 2004.

210. Sabatini, D. A., Witthayapanyanon, Acosta, E. J. and Harwell, J. H. "Formulation and Characterization of Nanostructured Microemulsions as Solvent Replacement Systems." 227th ACS National Meeting, Anaheim, CA., March 28 – April 1, 2004.

209. Acosta, E. J., Szekeres, E., Harwell, J. H., Grady, B. P. and Sabatini, D. A. "Microemulsion Morphology Predictions with the Net-Average Curvature Model Versus Small-Angle Neutron Scattering Measurements." 227th ACS National Meeting, Anaheim, CA., March 28 – April 1, 2004.

208. Sabatini, D. A. and Shiau, B. J. "Remediation Technologies: Old and New: -- A Case Study." 16th Annual UST/LUST National Conference, New Orleans, LA., March 1-3, 2004

207. Sabatini, D. A. Remediation Technologies: Old and New – A Case Study." Universitaat Tuebingen, Germany, Dec 17, 2003.

206. Sabatini, D. A. and Shiau, B. J. "In Situ Surfactant Flushing and Site Remediaton." USEPA

Corrective Action Information Exchange. Oklahoma City, OK, Dec 9-11, 2003.

205. Acosta, E. J., Sabatini, D. A., Gallo, H., Haller, K. Pookrod, P. and Scamehorn, J. "Removal of Arsenic Anions from Water using Polyelectrolyte-Enhanced Ultrafiltration." Fifth International Membrane Science and Technology Conference. Sydney, Australia, Nov. 10-14, 2003.

204. Acosta, E.J., Szekeres, E., Sabatini, D.A. and Harwell, J. H. "Predicting Microemulsion Properties with Net-Average Curvature Model." 226th ACS National Meeting, New York City, NY., Sept. 7-11, 2003.

203. Acosta, E.J., Sabatini, D.A. and Harwell, J.H. "Linker-based Non-Toxic Microemulsions." 226th ACS National Meeting, New York City, NY., Sept. 7-11, 2003.

202. Sabatini, D.A., Acosta, E.J., Scamehorn, J.F., Upadhyaya, A. and Doan, T. "Mixtures of Anionic and Cationic Surfactants in Environmental and Household Cleaning." 226th ACS National Meeting, New York City, NY., Sept. 7-11, 2003.

201. Gallo, H.D., Acosta, E.J., Scamehorn, J.F. and Sabatini, D.A. "Pilot Scale Study of Polymer Enhanced Ultrafiltration Process for the Removal of Arsenic from Ground Water." 226th ACS National Meeting, New York City, NY., Sept. 7-11, 2003.

200. Hari, A.C., Sabatini, D.A. and Kibbey, T.C.G. "Adsorption James, G. "Variability in Phenanthrene Sorption for Charcoal Samples." 226th ACS National Meeting, New York City, NY., Sept. 7-11, 2003.

199. Karapanagiotic, H.K., Sabatini, D.A. and James, G. "Variability in Phenanthrene Sorption for Charcoal Samples." 226th ACS National Meeting, New York City, NY., Sept. 7-11, 2003.

198. Sabatini, D.A., Acosta, E.J. and Harwell, J.H. "Surfactant-based Synthetic Adsorbents of Polar Molecules." 226th ACS National Meeting, New York City, NY., Sept. 7-11, 2003.

197. Shiau, B.J., Brammer, J.M., Sabatini, D.A., Harwell, J.H., and Knox, R.C., "Recent Development of Low Concentration Surfactant Flushing for NAPL-Impacted Site Remediation and Pollution Prevention." 2003 Petroleum Hydrocarbons and Organic Chemicals in Ground Water: Prevention, Organic Chemicals in Ground Water: Prevention, Assessment and Remediation Conference and Exposition., Costa Mesa, CA., August 19-22, 2003.

196. Acosta, E., Sabatini, D. and Harwell, J. "Net-Average Curvature Model for Microemulsions." The 77th Colloid & Surface Science Symposium. Atlanta, GA., June, 2003.

195. Acosta, E., Sabatini, D. and Harwell, J. "Self Assembly Linker Molecules in Microemulsions." The 77th Colloid & Surface Science Symposium. Atlanta, GA., June, 2003.

194. Sabatini, D.A. "Surfactant Enhanced Aquifer Remediation. From Concept to Implementation." Chulalongkorn University, June 6, 2003.

193. Szekeres, E., Acosta, E., Sabatini, D. and Harwell, J. "Selective Solubilization of Dodecanol in Microemulsions of Water/Dihezyl Sulfosuccinate/Dodecanol-Limonene Binary Oil

Mixture Systems: Surface Excess and Solubilization Enhancement." The 94th AOCS Annual Meeting & Expo., Kansas City, MO., May 4-7, 2003.

192. Acosta, E., Scamehoren, J., Harwell, J. and Sabatini, D. "Molecular Design of Microemulsions." The 94th AOCS Annual Meeting & Expo., Kansas City, MO., May 4-7, 2003.

191. Tongcumpou, C., Acosta, E.J., Quencer, L.B., Joseph, A.F., Scamehoren, JF., Sabatini, D.A., Chavadej,, S., and Yanumet, N. "Oily Soil Detergency Related to Microemulsion Formation of Surfactant Mixtures." The 94th AOCS Annual Meeting & Expo., Kansas City, MO., May 4-7, 2003.

190. Yanatatsaneejit, U., Witthayapanyanon, A., Chavadej, S., Acosta, E., Scamehoren, J., and Sabatini, D. "Effect of Middle-Phase Microemulsion Formation on Ethylbenzene Removal Using the Froth Flotation Technique." The 94th AOCS Annual Meeting & Expo., Kansas City, MO., May 4-7, 2003.

189. Upadhyaya, A., Doan, T., Acosta, E., Scamehoren, J. and Sabatini, D. "Formation of Alcohol-Free Anionic-Cationic Micro-emulsions." The 94th AOCS Annual Meeting & Expo, Kansas City, MO., May 4-7, 2003.

188. Shiau, B.J., Brammer, J.M., Sabatini, D.A., Harwell, J.H., and Knox, R. C. "Use of Integrated Low Concentration Surfactant Flushing and Chemical Oxidation for DNAPL-Impacted Site Remediation and Pollution Prevention." Tomorrow's Solutions Today. The 5th Environmental Technology Symposium & Workshop, Charlotte, NC., March, 2003.

187. Harwell, J.H., Acosta, E.J. and Sabatini, D.A. "Reproducing Microemulsion Phase Behavior with the Net-Average Curvature Model." Colloid & Surface Chemistry 225th ACS National Meeting, New Orleans, LA., March 23-27, 2003.

186. Sabatini, D.A. "Surfactant Enhanced Aquifer Remediation. From Concept to Implementation." University of Arkansas, March 11, 2003.

185. Sabatini, D.A. "Surfactant Enhanced Aquifer Remediation. From Concept to Implementation." University of Delft, Feb. 20, 2003.

184. Sabatini, D. A. "Advanced Microemulsion Systems for Environmental Remediation and Protection." University of Tuebingen, Germany, Dec. 17, 2002.

183. Sabatini, D. A. "Fundamental of Surfactant/Cosolvent Flushing." EPA NAPL Remediation Seminar, Chicago, IL, Dec. 10-12, 2002.

182. Acosta, E. J., Szekeres, E., Sabatini, D. A., Harwell, J. H. "Modeling Microemulsion Solubilization and Interfacial Tension: The Net-average Curvature Model." American Institute of Chemical Engineers, November 2002.

181. Sabatini, D. A. "Surfactant Enhanced Aquifer Remediation." John Hopkins University, Baltimore, MD, Nov. 5, 2002.

180. Sabatini, D. A. and Kolar, R. L. "Sooner City – Design Across the Curriculum." ASCE National Meeting. Washington, D. C., Nov. 4-8, 2002.

179. Sabatini, D. A. "Surfactant Enhanced Aquifer Remediation." University of New Mexico, Albuquerque, NM, October 25, 2002.

178. Sabatini, D. A., Acosta, E., Childs, J. and Scamehorn, J. F. "Surfactant Enhanced Ex-Situ Washing of Oil-Impacted Soils and Drill Cuttings." IPEC Conference, Albuquerque, NM, October 22-25, 2002.

177. Sabatini, D. A. "Surfactant Enhanced Aquifer Remediation." New Mexico Tech, Soccorro, NM, October 23, 2002.

176. Acosta, E. J., Harwell, J. H. and Sabatini, D. A. "Combined Linker Effect: A Novel Type of Self-Assemby in Microemulsions." 224th ACS National Meeting and Exposition, Boston, MA, August 18-22, 2002.

175. Karapanagioti, H., James, J., Sabatini, D., Kalaitzidis, S. and Christanis, K. "Impact of Charcoal Sorptive and Petrographical Properties on Phenanthrene Sorption onto Soils and Sediments." 6th International Environmental Protection Conference, Skiathos, Greece, July 17-19, 2002.

174. Sabatini, D. A. "Advanced Microemulsion Systems for Environmental Remediation and Protection." Chulalongkorn University, Bangkok, Thailand, July 12, 2002.

173. Acosta, E. J., Sabatini, D. A., and Harwell, J. H. "Advanced Microemulsions Systems Using Hydrophilic and Lipophilic Linkers." 14th Surfactants In Solution Symposium, June 9-14, 2002.

172. Sabatini, D. A., Harwell, J.H., Knox, R. C., Childs, J. and Shiau, B. "Surfactant Enhanced Soil Remediation: From Concept to Application." 14th Surfactants In Solution Symposium, Barcelona, Spain, June 9-14, 2002.

171. Sabatini, D. A. "Surfactant-Enhanced Aquifer Remediation." University of Einhoven, Holland, June 6, 2002.

170. Shiau, B. J., Hasegawa, M. A., Sabatini, D. A., Knox, R. C., Harwell, J., Childs, J., Annable, M., Brooks, M., Rao, S., and Wood, L. "Field Demonstration of Surfactant-Enhanced Subsurface Remediation at Dover AFB." Third Internationnal Conference on Remediation of Chlorinated and Recalcitrant Compounds, Monterey, California, May 20-23, 2002.

169. Tongcumpou, E., Acosta, E., Sabatini, D. A., Scamehorn, J. F. Quencer, L. B., Chavadej, S. and Yanumet, N. "Using Surfactant Mixture for Microemulsions Formation Related to Oily Soil Detergency." 93rd AOCS Annual Meeting and Expo, Montreal, Quebec, Canada, May 5-8, 2002.

168. Childs, J. D., Acosta, E., Sabatini, D. A. and Scamehorn, J. F. "Surfactant Phase Behavior with Hydrophobic Oils: From Drill Cuttings to Detergency." 93rd AOCS Annual Meeting and Expo, Montreal, Quebec, Canada, May 5-8, 2002.

167. Sabatini, D. A., Acosta, E. J., Uchiyama, H., Harwell, J. H. and Scamehorn, J. F. "Equilibrium and Kinetics of Microemulsion-Based Detergency: The Role of Linker

Molecules." 93rd AOCS Annual Meeting and Expo, Montreal, Quebec, Canada, May 5-8, 2002.

166. Lohateeraparp, P., Crookham, H., Nunn, C. C., Sabatini, D. A. and Scamehorn, J. F. "A New Technique for Measuring Monomer-Micelle Equilibrium." 93rd AOCS Annual Meeting and Expo, Montreal, Quebec, Canada, May 5-8, 2002.

165. Sabatini, D. A. "Surfactant-Enhanced Environmental Remediation." Akzo Nobel Chemical Company, Arnhem, Holland, March 1, 2002.

164. Sabatini, D.A. "Surfactant-Enhanced Environmental Remediation." University of Wageningen, Holland, Feb. 28, 2002.

163. Sabatini, D. A. "Surfactant-Enhanced Environmental Remediation." Universitaet Tuebingen, Tuebingen, Germany, Dec. 12, 2001.

162. Sabatini, D. A., Childs, J. D., Acosta, E., Scamehorn, J. "Surfactant-Enhanced Treatment of Oil-Based Drill Cuttings and Oil-Contaminated Soils." 8th International Petroleum Environmental Conference, Houston, TX, Nov. 6-9, 2001.

161. Sabatini, D. A. "Surfactant-Enhanced Environmental Remediation." Foundation of Research and Technology, Patras, Greece, Sep. 7, 2001.

160. Kolar, R. L. and Sabatini, D. A. "Wireless Laptops in the Classrooms – Do They Make a Difference?" 2001 American Society for Engineering Education Conference, Albuquerque, NM, Jun. 24-27, 2001.

159. Acosta, E. J., Sabatini, D. A., Uchiyama, H. and Harwell, J. H. "Optimizing Microemulsion Formulation for a Wide Range of Oils Using Linker Molecules." 92nd AOCS Annual Meeting and Expo, Minneapolis, MN, May 13-16, 2001.

158. Shiau, B. J., Hasegawa, M. A., Brammer, J. M., Goodspeed, M., Carter, T., Harwell, J. H., Sabatini, D. A., Knox, R. C. and Childs, J. D. "Field Demonstration of Surfactant-Enhanced DNAPL Remediation – Case Studies." 221st National Meeting of American Chemical Society, San Diego, CA, Apr. 1-5, 2001.

157. Sabatini, D. A. "Surfactant-Enhanced Environmental Remediation." Rands Afrikaans University, Johannesburg, South Africa, Mar. 15, 2001.

156. Sabatini, D. A. "Surfactant Enhanced NAPL Removed for Risk Reduction." University of Oklahoma Health Sciences Center, Oklahoma City, OK, December 5, 2000.

155. Childs, J. D., Acosta, E., Sabatini, D. A. and Scamehorn, J. F. "Surfactant Enhanced Treatment of Oil-Based Drill Cuttings and Oil-Contaminated Soils." Seventh Annual International Petroleum Environmental Conference, Albuquerque, NM, November 7-10, 2000.

154. Sabatini, D. A., Harwell, J. H., Knox, R. C. and Hasegawa, M. "Source Zone Removal Using Surfactants." Seventh Annual International Petroleum Environmental Conference,

Albuquerque, NM, November 7-10, 2000.

153. Sabatini, D. A. and Grathwohl, P. "Surfactant Enhanced Remediation of Ford Oil Lubricating Oil." Ford-Europe, Cologne, Germany, October 17, 2000.

152. Sabatini, D. A. "Surfactant Enhanced Solubilization of High Molecular Weight Oils." BASF Research Institute, Ludgwigshafen, Germany, September 29, 2000.

151. Harwell, J. H., Sabatini, D. A. and Knox, R. C. "Remediation of Soils and Aquifers with Surfactants." 220th National Meeting of American Chemical Society, Washington, DC, August 20-24, 2000.

150. Karapanagioti, H. K., Childs, J., Sabatini, D. A., Doan, T. V. and James, G. "Impacts of Charcoal (Opaque Particles) on Phenanthrene Sorption." 220th National Meeting of American Chemical Society, Washington, DC, August 20-24, 2000.

149. Karapanagioti, H. K., Gossard, C. M., Strevett, K. A., Kolar, R. L. and Sabatini, D. A. "Model Coupling Intraparticle Diffusion/Sorption, Nonlinear Sorption and Biodegradation Processes." 220th National Meeting of American Chemical Society, Washington, DC, August 20-24, 2000.

148. Kolar, R. L. and Sabatini, D. A. "Wireless Laptops in the Classroom: Do They Make a Difference?" 2000 Annual American Society for Engineering Education Conference, St. Louis, MO, June 18-21, 2000.

147. Kolar, R., Bush, T., Fink, L., Gramoll, K., Kukreti, A., Miller, G., Muraleetharan, K., Mooney, M., Sabatini, D. and Vieux, B. "Sooner City: Design Across the Curriculum." 2000 Annual American Society for Engineering Education Conference, St. Louis, MO, June 18-21, 2000.

146. Sabatini, D. A. "Surfactant Enhanced Solubilization of High Molecular Weight Oils." Colgate-Palmolive Research Center, Liege, Belgium, May 26, 2000.

145. Sabatini, D. A. "Impacts of Heterogeneities on Sorption and Natural Attenuation Processes." USGS Norman Landfill Symposium, University of Oklahoma, Norman, OK, May 15, 2000.

144. Sabatini, D. A., Harwell, J. H., Knox, R. C. and Hasegawa, M. "Surfactant-Enhanced Remediation of DNAPL Contamination." The Characterization and Remediation of DNAPL Source Zones in Alluvium Workshop. Austin, TX, December 6-7, 1999.

143. Hasegawa, M., Shiau, B., Sabatini, D. A. and Knox, R. C. "Ex Situ Soil Washing for the Removal of Total Petroleum Hydrocarbons and Brine." 6th Annual International Petroleum Environmental Conference. Houston, TX, November 16-18, 1999.

142. Sabatini, D. A., Harwell, J. H., Knox, R. C. and Hasegawa, M. "Surfactant-Enhanced Remediation of Petroleum Contaminated Media: Technical and Economical Considerations." 6th Annual International Petroleum Environmental Conference. Houston, TX, November 16-18, 1999. Invited.

141. Sabatini, D. A., Harwell, J. H., Knox, R. C. and Hasegawa, M. "Surfactant-Enhanced

Subsurface Remediation: Extraction Efficiency and Surfactant Reuse." EPA Workshop: Innovative Clean-up Approaches: Investments in Technology Development, Results and Outlook for the Future. Bloomingdale, IL, November 2-4, 1999. Invited.

140. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation–Recent Advances." University of Tuebingen, Germany, May 20, 1999.

139. Sabatini, D. A. "Properties of Contaminated Aquifers Affecting Sorption Kinetics." Swiss Federal Institute (EAWAG), Zurich, Switzerland, May 17, 1999.

138. Sabatini, D. A. "Surfactant Properties Affecting Environmental Applications." DowEurope, Horgen, Switzerland, May 14, 1999.

137. Sabatini, D. A. "Integrated Design of Surfactant-Based Remediation Systems: Laboratory and Field Observations." University of Waterloo, Waterloo, Canada, April 27, 1999.

136. Kolar, R. L., Muraleetharan, K. K., Mooney, M. A., Kukreti, A. R., Gramoll, K., Sabatini, D. A., Bush, T. D. and Miller, G. A. "Sooner City – Design Across the Curriculum." 34th ASEE Midwest Section Conference: April 14-16, 1999, Stillwater, OK.

135. Knox, R. C., Sabatini, D. A., Harwell, J. H., Hasegawa, M. and Boettcher, L. "Surfactant-Enhanced Remediation of Hydrocarbons - 3 Field Demonstrations." The 5th International Petroleum Environmental Conference, Albuquerque, New Mexico, October 20-23, 1998.

134. Wu, B., Sabatini, D. A., Harwell, J. H., Bailey, J. D. and Carter, T. A. "Enhancing Diphenyloxidedisulfonate Surfactants' Solubilization Potential for PCE." 43rd Annual Pentasectional Meeting: Oklahoma Sections American Chemical Society, Ponca City, OK, August 15, 1998.

133. Karapanagioti, H. K. and Sabatini, D. A. "Phenanthrene Sorption on Natural Aquifer Materials." 43rd Annual Pentasectional Meeting: Oklahoma Sections American Chemical Society, Ponca City, OK, August 15, 1998.

132. Sabatini, D. A. "Dye and Media Properties Affecting Fluorescent Dye Sorption." University of Muenchen, Muenchen, Germany, July 8, 1998.

131. Sabatini, D. A. "Fluorescent Dye Sorption and Surfactant Enhanced Remediation of Subsurface Systems." University of Karlsruhle, Karlsruhle, Germany, June 25, 1998.

130. Danzer, J., Wu, B., Grathwohl, P. And Sabatini, D. A. "Surfactant Enhanced Attenuation/Mobilization of Tar Oil / Lubricating Oil." Horizonte 2000, 6. Wolfgang-Ostwald-Kolloguium Kolloid Gesellschaft. Juelich, Germany, June 4-6, 1998, C13.

129. Sabatini, D. A. "Designing Surfactant Systems for Enhanced Subsurface Remediation." Institute for Applied Physical Chemistry, Juelich, Germany, May 25, 1998.

128. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation: Laboratory and Field Results." The Swiss Federal Institute of Technology, Zuerich, Switzerland, May 20, 1998.

127. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation: Laboratory and Field Results." University of Aegean, Mytilini, Greece, May 8, 1998

126. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation." University of Patras, Patras, Greece, May 4, 1998.

125. Karapanagioti, H., Sabatini, D. A., and Grathwohl, P. "Attenuation by Natural and Enhanced Sorption of HOCs in a Landfill Leachate," European Geophysical Society: XXIII General Assembly, Nice, France, April 20-24, 1998. C 487.

124. Sabatini, D. A., Harwell, J. H. and Knox, R. C. "Surfactant Selection for Enhanced Subsurface Remediation: Laboratory and Field Observations." European Geophysical Society: XXIII General Assembly, Nice, France, April 20-24, 1998. C 491.

123. Sabatini, D. A. "Surfactant Enhanced Soil Remediation: From the Laboratory to the Field." April 2, 1998, Leipzig, Germany.

122. Sabatini, D. A. "Surfactant Enhanced Soil Remediation (Using Soap to Cleanup Contaminated Soil)." Berlin Meeting of German Fulbright Professors. March 29-April 1, 1998, Berlin, Germany.

121. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation: Surfactant Regeneration for Reinjection." Surfactant Workshop, University of Stuttgart, Stuttgart, Germany, March 11, 1998.

120. Sabatini, D. A. " Surfactant Enhanced Soil Remediation: Fundamentals and Economics." Surfactant Workshop, University of Stuttgart, Stuttgart, Germany, March 11, 1998.

119. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation: Laboratory and Field Observations." The University of Strasbourg, Strasbourg, France, December 19, 1997.

118. Sabatini, D. A. "Fluorescent Dyes as Porous Media Tracers: Conservative and Reactive Properties." The Swiss Federal Institute of Technology, Zuerich, Switzerland, December 5, 1997.

117. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation: Laboratory and Field Observations." The University of Tuebingen, Tuebingen, Germany, November 26, 1997.

116. Knox, R. C., Sabatini, D. A., Shiau, B., and Harwell, J. H. "Surfactant Enhanced Remediation of Mixed NAPL Wastes: Solubilization vs. Mobilization." Fifth International Congress of North America - American Chemical Society, November 11-15, 1997, Cancun, Quintana Roo, Mexico.

115. Harwell, J. H., Sabatini, D. A., Knox, R. C., and Shiau, B. "Processes and Concepts for Optimizing the Economics of Surfactant-Enhanced Remediation." Fifth International Congress of North America - American Chemical Society, November 11-15, 1997, Cancun, Quintana Roo, Mexico.

114. Sabatini, D. A., Harwell, J. H. and Knox, R. C. "Surfactant Enhanced In Situ Ground Water Remediation." Separations Technology VII: Separations for Clean Production, Engineering Foundation Conference, Davos, Switzerland, October 26-31, 1997.

113. Sabatini, D. A., Harwell, J. H., Knox, R. C. and Shiau, B. J. "Surfactant Selection Criteria for Enhanced Subsurface Remediation: Laboratory and Field Observations." German Colloid Chemistry Society Meeting, University Essen, Essen, DE. October 2, 1997.

112. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation: Laboratory and Field Observations." The University of Arizona, August 15, 1997.

111. Sabatini, D. A., Knox, R. C. and Harwell, J. H. "Surfactant Enhanced Subsurface Remediation: Laboratory and Field Observations." The R. S. Kerr Environmental Research Laboratory, Ada, OK, July 31, 1997.

110. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation" and "Research at the Norman Landfill / USGS Toxic Substances Research Site." The University of Memphis, Memphis, TN, June 26, 1997.

109. Sabatini, D. A. "Enhanced Subsurface Remediation using DOWFAX Surfactants: From The Laboratory to the Field." Dow Chemical Co., Midland, MI, June 19, 1997.

108. Sabatini, D. A., Kasnavia, T., Shiau, B. J. and Soerens, T. "Fluorescent Dyes as Tracers: Sorptive Properties." Third Tracer Workshop, Center for Petroleum and Geosystems Engineering, The University of Texas, Austin, TX, May 21-22, 1997.

107. Harwell, J. H., Sabatini, D. A., O'Haver, J. and Knox, R. C. "AATDF Demonstrations: Surfactant Recovery." Research Technologies Development Forum, In Situ Flushing Action Team, Hill AFB, UT, May 8-9, 1997.

106. Sabatini, D. A., Harwell, J. H. and Knox, R. C. "SERDP Enhanced Source Removal: Surfactant Mobilization." Research Technologies Development Forum, In Situ Flushing Action Team, Hill AFB, UT, May 8-9, 1997.

105. Knox, R. C., Sabatini, D. A., and Harwell, J. H. "SERDP Enhanced Source Removal: Surfactant Solubilization." Research Technologies Development Forum, In Situ Flushing Action Team, Hill AFB, UT, May 8-9, 1997.

104. Sabatini, D. A., Harwell, J. H., Deshpande, S. and Wade, D. "Surfactant Selection Protocol for Optimizing Ex Situ Soil Washing." Science Advisory Committee Meeting, Northeast Hazardous Substances Research Center, NJIT, Newark, NJ, May 6, 1997.

103. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation: From The Laboratory to the Field." New Jersey Institute of Technology, May 5, 1997.

102. Shiau, B. J., Sabatini, D. A., Knox, R. C., and Harwell, J. H. "Surfactant-Enhanced Mobilization of Mixed NAPL Wastes at Hill AFB: A Case Study." 213th ACS National Meeting, American Chemical Society, San Francisco, CA, April 13-17, 1997.

101. Knox, R. C., Sabatini, D. A., Shiau, B. J. and Harwell, J. H. "Surfactant-Enhanced Solubilization of Mixed NAPL Wastes at Hill AFB: A Case Study." 213th ACS National Meeting, American Chemical Society, San Francisco, CA, April 13-17, 1997.

100. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation: From The Laboratory to the

Field." Oklahoma State University, Stillwater, OK, March 7, 1997.

99. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation: From The Laboratory to the Field." University of Alberta, Edmonton, Canada, February 18, 1997.

98. Krebs-Yuill, B., Harwell, J. H., Sabatini, D. A., Quinton, G. E. and Shoemaker, S. H. "Economic Study of Surfactant-Enhanced Pump-and-Treat Remediation." 69th Annual Conference of the Water Environment Federation, October 5-9, 1996, Dallas, TX.

97. Knox, R. C., Sabatini, D. A., Harwell, J. H. and West, C. C. "Surfactant Enhanced Subsurface Remediation: A Field Demonstration." The 3rd International Petroleum Environmental Conference: September 24-27, 1996, Albuquerque, NM.

96. Carter, T., Nivas, B. T., Sabatini, D. A. and Harwell, J. H. "Surfactant Enhanced Ex Situ Soil Washing: Inorganics Removal." The 3rd International Petroleum Environmental Conference: September 24-27, 1996, Albuquerque, NM.

95. Deshpande, S., Shiau, B. J., Karapanagioti, H., Wade, D., Sabatini, D. A. and Harwell, J. H. "Surfactant Enhanced Ex Situ Soil Washing: Organics Removal." The 3rd International Petroleum Environmental Conference: September 24-27, 1996, Albuquerque, NM.

94. Knox, R. C., Sabatini, D. A., Thal, A. and Harwell, J. H. "Surfactant Enhanced Solubilization of Mixed NAPL Wastes: A Case Study." Emerging Technologies in Hazardous Waste Management VIII: ACS Industrial and Environmental Chemistry Division Meeting, Birmingham, Alabama, September 9-12, 1996.

93. Shiau, B. J., Deshpande, S., Karapanagioti, H. K., Wade, D., Sabatini, D. A. and Harwell, J. H. "Surfactant Selection Protocol for Optimizing Ex Situ Soil Washing." Emerging Technologies in Hazardous Waste Management VIII: ACS Industrial and Environmental Chemistry Division Meeting, Birmingham, Alabama, September 9-12, 1996.

92. Shiau, B. J., Wu, B., Karapanagioti, H. K., Knox, R. C., Sabatini, D. A. and Harwell, J. H. "Use of Surfactants for Aquifer Remediation of Petroleum Wastes." Emerging Technologies in Hazardous Waste Management VIII: ACS Industrial and Environmental Chemistry Division Meeting, Birmingham, Alabama, September 9-12, 1996.

91. Hankins, N. Harwell, J. H., O'Haver, J. and Sabatini, D. A. "Surfactant Adsorption: Modeling pH, Surface Charge and Counterion Interactions on Amphoteric Surfaces." 11th International Symposium on Surfactants in Solution: Synergism and Mixtures, Jerusalem, Israel, June 9-13, 1996. p. 227.

90. Harwell, J. H., O'Rear, E. A., Sabatini, D. A. and Lobban, L. L. "Adsolubilization: Current Knowledge and Future Applications." 11th International Symposium on Surfactants in Solution: Synergism and Mixtures, Jerusalem, Israel, June 9-13, 1996. p. 106.

89. Sabatini, D. A., Harwell, J. H., Shiau, B. J., Van Duine, J., Deshpande, S., and Karapanagioti, H. "Surfactant Selection for Environmental Remediation: In Situ and Ex Situ Applications." 11th International Symposium on Surfactants in Solution: Synergism and Mixtures, Jerusalem, Israel, June 9-13, 1996. p. 177.

88. Sabatini, D. A., Harwell, J. H., Knox, R. C., Shiau, B. J., Brown, E., Wu, B., Wesson, L. and

Carter, T. "Surfactant Enhanced Subsurface Remediation: From the Laboratory to the Field," 11th International Symposium on Surfactants in Solution: Synergism and Mixtures, Jerusalem, Israel, June 9-13, 1996. p. 182.

87. Sabatini, D. A., Knox, R. C., Harwell, J. H. and Shiau, B. J. "Surfactant Enhanced NAPL Remediation: From the Laboratory to the Field," International Workshop on Soil and Aquifer Pollution - Non-Aqueous Phase Liquids - Contamination and Reclamation. Technion - Israel Institute of Technology, Haifa, Israel, May 13-15, 1996. Invited.

86. Shiau, B. J., Wu, B., Karapanagioti, H. K., Carter, T., Sabatini, D. A. and Harwell, J. H. "Surfactant Selection for Subsurface Remediation of Petroleum Wastes." 211th ACS National Meeting, American Chemical Society, New Orleans, LA, March 24-28, 1996.

85. Sabatini, D. A., Knox, R. C, Harwell, J. H., West, C. C., Shiau, B. J. and Brown, E. "Surfactant Enhanced Remediation of Subsurface Petroleum Contamination: Results of a Field Test." 211th ACS National Meeting, American Chemical Society, New Orleans, LA, March 24-28, 1996.

84. Sabatini, D. A. "Enhanced Environmental Remediation Using Dowfax Surfactants." Dow Chemical Company, Midland, MI, January 10, 1996.

83. Soerens, T. S., Sabatini, D. A. and Harwell, J. H. "Column Studies Demonstrating the Effects of Heterogeneity on the Kinetics of PCE Dissolution into Surfactant Solutions" 1995 Fall Meeting, American Geophysical Union, San Francisco, CA, December 11-15, 1995.

82. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation: From the Laboratory to the Field." The University of Tuebingen, Tuebingen, Germany, October 20, 1995.

81. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation: From the Laboratory to the Field in the United States." The German Ministry of the Environment (EPA), Stuttgart, Germany, October 19, 1995.

80. Shiau, B. J., Sabatini, D. A. and Harwell, J. H. "Surfactant Enhanced Subsurface Remediation of Petroleum Wastes." The Second International Petroleum Environmental Conference, New Orleans, LA, September 25-27, 1995.

79. Sabatini, D. A. "Surfactant-Contaminant Separation and Surfactant Reuse in Surfactant Enhanced Subsurface Remediation." Michigan Technological University, Houghton, MI, September 27, 1995.

78. Sabatini, D. A. "Surfactant Enhanced NAPL Remediation: From the Laboratory to the Field." Michigan Technological University, Houghton, MI, September 27, 1995.

77. Knox, R. C., Sabatini, D. A., Harwell, J. H., West, C. C., Blaha, F., Griffin, C., Wallick, D. and Quencer, L. "Traverse City Field Test." Workshop on *In Situ* Surfactant Use, Kansas City, Missouri, September 20, 1995.

76. Van Duine, J., Legiec, I. A., Sabatini, D. A., and Harwell, J. H. "Surfactant Washing of Soils Contaminated with Hazardous Liquids." Emerging Technologies in Hazardous Waste Management VII, Atlanta, Georgia, September 17-20, 1995.

75. Sabatini, D. A. "Integrating Teaching and Research on the Tenure Track: The Undergraduate Research Experience." 1995 ASEE Annual Conference and Exposition, Anaheim, CA, June 25-28, 1995.

74. Sabatini, D. A. "Surfactant Selection Protocol for Optimizing Ex-Situ Soil Washing." 1995 Northeast Hazardous Substance Research Center Annual Research Seminar, New Jersey Institute of Technology, Newark, NJ, May 4-5, 1995.

73. Sabatini, D. A., Shiau, B. J., Rouse, J. D. and Harwell, J. H. "Surfactant Enhanced Subsurface Remediation of Complex Wastes." 5th Annual WERC Technology Development Conference, Las Cruces, NM, April 18-20, 1995.

72. Shiau, B. J., Sabatini, D. A. and Harwell, J. H. "Laboratory Column Studies of Chlorinated Solvent Remediation in Subsurface Media Using Food-Grade Surfactants." 209th ACS National Meeting, American Chemical Society, Anaheim, CA, April 2-6, 1995, Paper 111.

71. Rouse, J. D., Sabatini, D. A. and Harwell, J. H. "Properties of Anionic Surfactants Affecting Biodegradation of Hydrocarbons." 209th ACS National Meeting, American Chemical Society, Anaheim, CA, April 2-6, 1995, Paper 66.

70. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation: Batch and Column Results." The University of Texas, Austin, TX, February 24, 1995.

69. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation of Multicomponent Wastes." Rice University, Houston, TX, January 5, 1995.

68. Soerens, T. S., Sabatini, D. A. and Harwell, J. H. "Mass Transfer Considerations in Surfactant Ehanced Subsurface Remediation." 1994 Fall Meeting, American Geophysical Union, San Francisco, CA, December 5-9, 1994.

67. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation," University of Tubingen, Tubingen, Baden-Wuttemberg, Germany, October 14, 1994.

66. Shiau, B. J., Rouse, J. D., Soerens, T. S., Sabatini, D. A., and Harwell, J. H. "Surfactant Selection for Enhancing Subsurface PAH Remediation." VEGAS Workshop, Institut for Wasserbau, Universitat Stuttgart, Stuttgart, Germany, October 13-14, 1994.

65. Sabatini, D. A. "Surfactant Enhanced Soil Washing," Dywidag Environmental Remediation, Utting, Bavaria, Germany, October 11, 1994.

64. Sabatini, D. A. "Surfactant Enhanced Soil Washing," MBT Environmental Consultants, Zurich, Switzerland, October 10, 1994.

63. Sabatini, D. A. "Surfactant Enhanced Soil Washing," Dow-Europe, Horgen-Zurich, Switzerland, October 10, 1994.

62. Sabatini, D. A. and Harwell, J. H. "Surfactant Washing of Soils Contaminated with Hazardous Liquids II." Emerging Technologies in Hazardous Waste Management VI: Industrial and Engineering Chemistry Division of ACS: September 19-21, 1994, Atlanta, Georgia.

61. Van Duine, J., Donato, M. A., Legiec, I. A., Sabatini, D. A. and Harwell, J. H. "Surfactant Washing of Soils Contaminated with Hazardous Liquids I." Emerging Technologies in Hazardous Waste Management VI: Industrial and Engineering Chemistry Division of ACS: September 19-21, 1994, Atlanta, Georgia.

60. Brown, R. E., Rouse, J. D., Sabatini, D. A., and Harwell, J. H. "Use of Twin-Head and Ethoxylated High Performance Anionic Surfactants in Subsurface Remediation." 1994 RSKERL Ground Water Research Seminar, Oklahoma City, OK, June 1-3, 1994.

59. Thirumalainivas, B., Shiau, B. J., Sabatini, D. A., and Harwell, J. H. "Surfactant Enhanced Extraction of Cr(VI) Using U.S. Coast Guard Media, Elizabeth City, North Carolina." 1994 RSKERL Ground Water Research Seminar, Oklahoma City, OK, June 1-3, 1994.

58. Hasegawa, M. A., Lipe, K. M., Sabatini, D. A, and Harwell, J. H. "Modelling of Air Stripping and Liquid-Liquid Extraction for Use with Surfactant Enhanced Subsurface Remediation." 1994 RSKERL Ground Water Research Seminar, Oklahoma City, OK, June 1-3, 1994.

57. Shiau, B. J., Sabatini, D. A., and Harwell, J. H. "Microemulsification of Single and Mixed Chlorinated Organic Solvents Using Edible Surfactants." 1994 RSKERL Ground Water Research Seminar, Oklahoma City, OK, June 1-3, 1994.

56. Rouse, J. D., Sabatini, D. A., Suflita, J. M., and Harwell, J. H. "Influence of Surfactants on Microbial Degradation of Organic Compounds." 1994 RSKERL Ground Water Research Seminar, Oklahoma City, OK, June 1-3, 1994.

55. Soerens, T. S., Sabatini, D. A. and Harwell, J. H. "The Effects of Heterogeneity on Mass Transfer Characteristics of NAPL Dissolution." 1994 RSKERL Ground Water Research Seminar, Oklahoma City, OK, June 1-3, 1994.

54. Krebbs-Yuill, B., Harwell, J. H., Sabatini, D. A., and Knox, R. C. "Edible Hydrotropes in the Use of Edible Surfactants in Surfactant-Enhanced Subsurface Remediation." 1994 RSKERL Ground Water Research Seminar, Oklahoma City, OK, June 1-3, 1994.

53. Krebbs-Yuill, B., Harwell, J. H., Sabatini, D. A., and Knox, R. C. "Economic Considerations in Surfactant-Enhanced Pump-and-Treat." 1994 RSKERL Ground Water Research Seminar, Oklahoma City, OK, June 1-3, 1994.

52. Sabatini, D. A., Knox, R. C., and Tucker, E. E. "Innovative Measures for Optimizing Subsurface Chromium Remediation." 1994 RSKERL Ground Water Research Seminar, Oklahoma City, OK, June 1-3, 1994.

51. Knox, R. C., Sabatini, D. A., and Harwell, J. H. "Surfactant Selection and Optimization of Single Well Injection/Extraction for DNAPL Remediation." 1994 RSKERL Ground Water Research Seminar, Oklahoma City, OK, June 1-3, 1994.

50. Sabatini, D. A. "Surfactant-Enhanced Subsurface Remediation." Rice University, Houston, TX, March 31, 1994.

49. Krebbs-Yuill, B., Harwell, J. H., Sabatini, D. A., and Knox, R. C. "Edible Hydrotropes in the Use of Edible Surfactants in Surfactant-Enhanced Subsurface Remediation." 207th ACS National Meeting, American Chemical Society, San Diego, CA, March 13-17, 1994, Paper

156.

48. Lipe, K. M., Hasegawa, M., Sabatini, D. A., and Harwell, J. H. "Modeling and Optimization of Ultrafiltration and Air Stripping for Use in Surfactant Recycling." 207th ACS National Meeting, American Chemical Society, San Diego, CA, March 13-17, 1994, Paper 155.

47. Rouse, J. D., Sabatini, D. A., and Harwell, J. H. "Use of Twin-Head and Ethoxylated High Performance Anionic Surfactants in Subsurface Remediation." 207th ACS National Meeting, American Chemical Society, San Diego, CA, March 13-17, 1994, Paper 153.

46. Rouse, J. D., Sabatini, D. A., Suflita, J. M., and Harwell, J. H. "Influence of Surfactants on Microbial Degradation of Organic Compounds." 207th ACS National Meeting, American Chemical Society, San Diego, CA, March 13-17, 1994, Paper 152.

45. Soerens, T. S., Sabatini, D. A., and Harwell, J. H. "Experimental and Modeling Studies of Surfactant Enhanced DNAPL Remediation in 1-D Columns." 207th ACS National Meeting, American Chemical Society, San Diego, CA, March 13-17, 1994, Paper 151.

44. Shiau, B. J., Sabatini, D. A., and Harwell, J. H. "Microemulsification of Single and Mixed Chlorinated Organic Solvents Using Edible Surfactants." 207th ACS National Meeting, American Chemical Society, San Diego, CA, March 13-17, 1994, Paper 149.

43. Krebbs-Yuill, B., Harwell, J. H., Sabatini, D. A., and Knox, R. C. "Economic Considerations in Surfactant-Enhanced Pump-and-Treat." 207th ACS National Meeting, American Chemical Society, San Diego, CA, March 13-17, 1994, Paper 264.

42. Shiau, B. J., Rouse, J. D., Soerens, T. S., Sabatini, D. A., and Harwell, J. H. "Surfactant Selection for Optimizing Surfactant Enhanced Subsurface Remediation." 207th ACS National Meeting, American Chemical Society, San Diego, CA, March 13-17, 1994, Paper 177.

41. Sabatini, D. A. "Surfactant-Enhanced Subsurface Remediation." Geology and Geosciences Seminar, University of Oklahoma, Norman, OK, February 18, 1994.

40. Sabatini, D. A. "Surfactant-Enhanced Subsurface Remediation." Petroleum and Geological Engineering Seminar Series, University of Oklahoma, Norman, OK, February 18, 1994.

39. Sabatini, D. A. "Surfactant-Enhanced Subsurface Remediation." University of Tuebingen, Tuebingen, Germany, January 29, 1994.

38. Sabatini, D. A., Rouse, J. D., Shiau, B. J., Soerens, T. S. and Harwell, J. H. "Surfactant Selection for Chemical-Enhanced Subsurface Remediation of Immiscible Fluids." 1993 Fall Meeting, American Geophysical Union, San Francisco, CA, December 6-10, 1993. Invited.

37. Sabatini, D. A., Rouse, J. D., Shiau, B. J, Soerens, T. S. and Harwell, J. H. "Role of Surfactant Selection in Design of Surfactant Enhanced Subsurface Remediation." AIChE 1993 Summer National Meeting, August 15-18, 1993, Westin and Sheraton Hotels, Seattle, WA. Invited.

36. Harwell, J. H., Roberts, B., Sabatini, D. A. and Knox, R. C. "Model Aquifer Evaluation of

Surfactants for Enhanced Water Flooding." AIChE 1993 Summer National Meeting, August 15-18, 1993, Westin and Sheraton Hotels, Seattle, WA.

35. Harwell, J. H., Sabatini, D. A. and Soerens, T. S. "Formation of Shock-Waves in Surfactant Enhanced Remediation of a DNAPL-Contaminated Aquifer." AIChE 1993 Summer National Meeting, August 15-18, 1993, Westin and Sheraton Hotels, Seattle, WA.

34. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation." USEPA Region X Headquarters, Seattle, WA, August 17, 1993.

33. Sabatini, D. A. "Innovative Subsurface Remediation Technologies." Memphis State University, July 28, 1993.

32. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation." The University of Illinois, Urbana, IL, June 23, 1993.

31. Sabatini, D. A. "Rhodamine WT as Ground Water Tracer and Surfactant Enhanced Subsurface Remediation." Iowa State University, Ames, IA, June 18, 1993.

30. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation." The University of Arizona, Tucson, AZ, May 26, 1993.

29. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation." USEPA Athens Environmental Research Laboratory, Athens, GA, May 3, 1993.

28. Sabatini, D. A., Rouse, J. D., Shiau, B. J. and Soerens, T. S. "Sorption and Transport of Organic Compounds in Oklahoma Ground Water." Oklahoma's Water and Sustainable Development Conference: Metro Tech Conference Center, Oklahoma City, OK, February 17 & 18, 1993.

27. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation." Oklahoma Section of AIChE, Norman, OK, November 10, 1992.

26. Sabatini, D. A., Knox, R. C. and Harwell, J. H. "Surfactant Enhanced Subsurface Remediation of DNAPLs." Subsurface Cleanup and Mobilization Processes (SCAMP) Review Panel. USEPA, R. S. Kerr Environmental Research Laboratory, Ada, OK, October 20-21, 1992.

25. Sabatini, D. A. "Surfactant Selection and Reuse for Subsurface Remediation." Second Forum on NSF Research Activities in Subsurface Systems. The University of Michigan, Ann Arbor, MI, October 7-9, 1992. 40-41.

24. Shiau, B. J., Soerens, T. S., Chen, Y., Sabatini, D. A. and Harwell, J.H. "Enhanced Solubilization and Mobilization of Subsurface DNAPL Contamination Using Edible Surfactants." Aquifer Restoration: Pump-and- Treat and the Alternatives: Annual Meeting of the Association of Ground Water Scientists and Engineers, National Ground Water Association. September 30 - October 2, 1992, Las Vegas, NV.

23. Rouse, J. D., Lipe, M. K., Sabatini, D. A. and Harwell, J. H. "Surfactant Enhanced Subsurface Remediation: Minimization of Surfactant Losses and Recovery of Surfactant." Aquifer Restoration: Pump-and- Treat and the Alternatives: Annual Meeting of the Association of

Ground Water Scientists and Engineers, National Ground Water Association. September 30 - October 2, 1992, Las Vegas, NV.

22. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation." Institute for Applied Physical Chemistry, Julich, Germany, September 28, 1992.

21. Shiau, B. J., Gupta, A., Harwell, J. H., Knox, R. C. and Sabatini, D. A. "Edible Surfactants in Enhanced Remediation Processes." AIChE 1992 Summer National Meeting, Minneapolis, MN, August 9-12, 1992. Received Outstanding Paper Award from AIChE.

20. Sabatini, D. A. "Surfactant Enhanced Subsurface Remediation." Tinker Air Force Base, Oklahoma City, OK, June 18, 1992.

19. Sabatini, D. A. "Subsurface Restoration and Protection." Petroleum Environmental Research Forum, Ponca City, OK, June 17, 1992.

18. Soerens, T. S., Gupta, A., Sabatini, D. A. and Harwell, J. H. "Surfactant Enhanced Solubilization of Residual DNAPL - Column Studies." 9th International Symposium on Surfactants in Solution, Varna, Bulgaria, June 10-15, 1992.

17. Rouse, J. D., Shiau, B. J., Sabatini, D. A., and Harwell, J. H. "Use of Surfactants for Enhanced Solubilization and Mobilization of Subsurface NAPL Contamination." 9th International Symposium on Surfactants in Solution, Varna, Bulgaria, June 10-15, 1992.

16. Sabatini, D. A. "Rhodamine WT for Ground Water Tracing and Surfactants for Advanced Subsurface Remediation." Invited talk presented at the University of Arizona, Tucson, AZ, May 11, 1992.

15. Shiau, B. J., Sabatini, D. A., Gupta, A., Harwell, J. H. "Use of Edible Surfactants for Enhanced Solubilization and Mobilization of Subsurface DNAPL Contamination." 203rd American Chemical Society National Meeting, San Francisco, CA, April 5-10, 1992.

14. Rouse, J. D., Sabatini, D. A., and Harwell, J. H. "Surfactant Properties Affecting the Efficiency of Surfactant Enhanced Subsurface Remediation." 203rd American Chemical Society National Meeting, San Francisco, CA, April 5-10, 1992.

13. Sabatini, D. A. "Advanced Subsurface Characterization and Remediation." Invited talk presented at USGS-WRD, Oklahoma City, OK, March 27, 1992.

12. Soerens, T. S. and Sabatini, D. A. "Cosolvation Effects on Sorption of an Ionogenic Compound (Rhodamine WT) with Subsurface Materials." 1991 Fall Meeting, American Geophysical Union, San Francisco, CA, December 2-6, 1991.

11. Shiau, B. J., Sabatini, D. A. and Harwell, J. H. "Influence of Molecular Structure of Rhodamine WT on Sorptive Transport in Subsurface Media." 1991 Fall Meeting, American Geophysical Union, San Francisco, CA, December 2-6, 1991.

10. Soerens, T. S. and Sabatini, D. A. "Cosolvation Effects on Sorption of an Ionogenic Compound (Rhodamine WT) with Subsurface Materials." 80th Annual Meeting of the Oklahoma Academy of Science. Southeastern Oklahoma State University, Durant, OK,



Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 92 of 221

November 8, 1991.

9. Shiau, B. J., Sabatini, D. A. and Harwell, J. H. "Influence of Molecular Structure of Rhodamine WT on Sorptive Transport in Subsurface Media." 80th Annual Meeting of the Oklahoma Academy of Science. Southeastern Oklahoma State University, Durant, OK, November 8, 1991.

8. Palmer, C., Sabatini, D. A. and Harwell, J. H. "Sorption of Hydrophobic and Amphiphilic (Nonionic Surfactant) Organics with Subsurface Materials," ACS 65th Colloid and Surface Science Symposium, University of Oklahoma, Norman, OK, June 17-19, 1991.

7. Sabatini, D. A. "Pesticides and Nitrates in Ground Water," Annual Meeting of Oklahoma Section of ASCE, University of Oklahoma, Norman, OK, April 25, 1991.

6. Knox, R. C., Canter, L. W., Sabatini, D. A. and Haiges, L. "Innovations in Hydrocarbon Remediation." Second Annual Environmental Protection in the Energy Industry Symposium, University of Tulsa, Tulsa, OK, December 11, 1990.

5. Canter, L. W. and Sabatini, D. A. "Mapping of Aquifer Vulnerability to Pollution." Seventh Advanced Course on Water Resources Management, Strainieri University, Perugia, Italy, August 27-31, 1990.

4. Palmer, C., Sabatini, D. A. and Harwell, J. H. "Nonionic Surfactants as Adsorbing Ground Water Tracers." Ground Water Flow Systems and Land Use: Relation to Quality of Shallow Ground Water. Annual Meeting of the Association of Ground Water Scientists and Engineers, September 25 - 27, 1990, Anaheim, CA.

3. Kamath, S., Sabatini, D. A. and Canter, L. W. "Biological Nitrification / Denitrification of High Sodium Nitrite Wastewater." 78th Annual Meeting of the Oklahoma Academy of Science, Edmond, OK, November 10, 1989.

2. Sabatini, D. A. and Austin, T. A. "Sorption and Nonequilibrium Transport of Atrazine and Alachlor in Alluvial Aquifer Sands: Laboratory Studies and Modeling." 1989 Fall Meeting, American Geophysical Union, San Francisco, CA, December 4 - 8, 1989.

1. Sabatini, D. A. and Austin, T. A. "Rhodamine WT and Fluorescein as Adsorbing Groundwater Tracers for Pesticides." Tracers in Hydrogeology: Principles, Problems and Practical Applications. Annual Meeting of the Association of Ground Water Scientists and Engineers. October 31 - November 1, 1989, Houston, TX.

RESEARCH GRANTS--EXTERNAL (68):

Total External Funding: $12,786,909 (Individual Credit: $4,255,604)

68. Butler, E. C. and Sabatini, D. A. "Nutrient cycles and management: Closing the loop on phosphorus management with waste derived materials for phosphorus recovery and reuse," U.S. Department of Agriculture, National Institute of Food and Agriculture - 2018-67020-27805 (50% credit), co-PI (PI: E.C. Butler), $480,000, 3/15/18-3/14/22.

67. Murray, K., Nairn, R., Knox, R., and Sabatini, D. A. "Water Sampling Plan for Lake

Thunderbird." Central Oklahoma Master Conservancy District (COMCD)", $75,216, 4/15/16 to 4/14/17, co-PI (20%).

66. Sabatini, D. A. and Harwell, J. H. "Studies of Surfactant Properties - Modification." Surfactant Associates, $73,261, 5/6/16 to 4/30/21, PI (50%).

65. Sabatini, D. A. and Kibbey, T.C.G. "Fundamental Processes Influencing Environmentally Benign Aqueous Microemulsion-based Methods for Bio-oil Extraction." National Science Foundation, $255,242, NSF 1160053, 10/1/12 to 9/30/16, PI (50%).

64. Sabatini, D. A. and Butler, E. C. "Sustainable Drinking Water Adsorptive Materials for Arsenic and Fluoride Removal in Emerging Regions." National Science Foundation, $299,968, NSF 1066425, 5/1/11 to 4/30/15, PI (50%).

63. Strevett, K., Cerato, A., Sabatini, D. A. et al. "REU Site: Infrastructure Design and Management." National Science Foundation, $284,729, 6/1/09 to 5/31/12, Co-PI (1%).

62. Scamehorn, J. F., and Sabatini, D. A. "Studies of Surfactant Properties." Surfactant Associates, $100,260, 1/1/09 to 12/31/09, Co-PI (50%).

61. Scamehorn, J. F., Sabatini, D. A., and Grady, B. (Director and Associate Directors), Institute for Applied Surfactant Research Industrial Sponsors, $117,000, 1/1/09 to 12/31/09, (33%).

60. Kolar, R., Butler, E., Sabatini, D., et al. "Doctoral Fellowships in Technologies for Sustainable Infrastructure and Environmental Systems." U.S. Dept. of Education, $783,936, Sept. 1, 2009 to Aug. 31, 2012, Co-PI (8%).

59. Sabatini, D.A. and Kibbey, T.C.G. "RobustVegetable Oil/Diesel Reverse Microemulsion Biofuels." Oklahoma Bioenergy Center (State of Oklahoma – Secretary of Energy), $167,648, July 1, 2009 to June 30, 2011, PI (50%).

58. Sabatini, D.A. "Surfactant Enhanced Remediation of Organolead Contamination." DuPont Chemical Co., $189,481, Sept 1, 2008 to Aug 31, 2011, PI (100%).

57. Scamehorn, J. F., Sabatini, D. A., and Grady, B. (Director and Associate Directors), Institute for Applied Surfactant Research Industrial Sponsors, $104,000, 1/1/08 to 12/31/08, (33%).

56. Sabatini, D.A. "Surfactant-based Oilseed Extraction for Biodiesel: Pilot Scale Testing at an Operating Facility." Oklahoma Bioenergy Center (State of Oklahoma – Secretary of Energy), $118,600, January 1, 2008 to June 30, 2010, PI (100%).

55. Sabatini, D.A. "Surfactant-based Oilseed Extraction for Biodiesel." Oklahoma Center for Advancement of Science and Technology (OCAST), $70,342, June 2007 to May 2009, PI (100%).

54. Sabatini, D.A. "Extraction of Triglycerides for Biofuel using Environmentally Friendly Microemulsions." Oklahoma Department of Energy, $146,000, 7/1/06 to 6/30/08, PI (100%).

53. Scamehorn, J. F. and Sabatini, D. A., (Director and Associate Director), Institute for Applied Surfactant Research Industrial Sponsors, $90,000, 1/1/06 to 12/31/06, (50%).



Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 94 of 221

52. Kibbey, T.C.G and Sabatini, D.A. "Rapid Detection of Trace Endocrine Disrupting Chemicals in Complex Mixtures: A Full-Spectrum Deconvolution Technique with a UV-Transparent Passive Concentrator." EPA, $448,259, 1/1/06 to 12/31/08, co-PI (50%).

51. Kibbey, T.C.G and Sabatini, D.A. "Hysteretic Accumulation and Release of Nanomaterials in the Vadose Zone." EPA, $375,000, 9/1/05 to 8/31/08, co-PI (50%).

50. Scamehorn, J. F. and Sabatini, D. A., (Director and Associate Director), Institute for Applied Surfactant Research Industrial Sponsors, $82,500, 1/1/05 to 12/31/05, (50%).

49. Sabatini, D. A., McInerney, M. and Knox, R. C. "Evaluation of Submicellar Synthetic Surfactants versus Biosurfactants for Enhanced LNAPL Recovery." IPEC-EPA, $97,806, 9/1/04 to 8/31/05, PI (33%).

48. Scamehorn, J. F. and Sabatini, D. A., (Director and Associate Director), Institute for Applied Surfactant Research Industrial Sponsors, $97,500, 1/1/04 to 12/31/04, (50%).

47. Sabatini, D. A. and Scamehorn, J. F. "Detergency Studies." Surfactant Associates, $9,801, 10/1/03 to 9/30/04, PI (50%).

46. Scamehorn, J. F. and Sabatini, D. A. "Studies of Surfactant Properties." Surfactant Associates, $346,470, 10/03 to 7/09, co-PI (50%).

45. Sabatini, D.A. and Harwell, J. H. "Nanostructured Microemulsions as Alternative Solvents to VOCs in Cleaning Technologies and Vegetable Oil Extraction." USEPA, $314,966, 7/03 to 6/06, PI (50%).

44. Kolar, R. L., Knox, R. C., Sabatini, D.A., et al. "Doctoral Fellowships in Sustainable Technologies for Civil and Environmental Systems." U.S. Department of Education, $793,344, 9/03 to 8/06, Co-PI (10%).

43. Butler, E. C. and Sabatini, D. A. "Postdoctoral Fellowship: Natural and Anthropogenic Ground-Water Contamination: Engineered Remediation Technologies, Pollutant Natural Attenuation and Technologies for Pollution Avoidance." Camille and Henry Dreyfus Foundation, $96,000, 1/1/03 to 7/20/05, Co-PI (50%).

42. Scamehorn, J. F. and Sabatini, D. A. "Formulating DOWFAX8390 Aqueous Systems Using Supersolubilization Phenomena to Remove Typical Soils in Detergency Applications." Dow Chemical Company, $7,500, 5/02 to 4/03, Co-PI (50%).

41. Scamehorn, J. F. and Sabatini, D. A. "Measurement of Monomer-Micelle Equilibrium for Mixed Surfactant Systems." Unilever Corporation, $80,000, 11/00 – 10/02, Co-PI (50%).

40. Sabatini, D. A. and Scamehorn, J. F. "Key Surfactant Properties Affecting Their Performance." Surfactant Associates, $16,147, 11/1/01 to 10/31/02, PI (50%).

39. Kibbey, T. and Sabatini, D. A. "The Influence of Amphiphilic Molecules on the Environmental Fate and Transport of Pharmaceuticals." USEPA, $316,597, 9/1/01 to 8/31/04, Co-PI (50%).

38. Sabatini, D. A. and Scamehorn, J. F. "Studies of Surfactant Properties." Surfactant Associates, $8,582, 8/1/00 to 7/31/01, PI (50%).

37. Sabatini, D. A. and Scamehorn, J. F. Surfactant-Enhanced Treatment of Oil-Contaminated Soils and Oil-Based Drill Cuttings." EPA/IPEC, $115,053, 5/16/00 to 11/15/01, PI (50%).

36. Kibbey, T. and Sabatini, D. A. "Evaluation of Micellar Enhanced Ultrafiltration and Air Stripping for Surfactant Solution Separation and Treatment for theOK Tools Site Remediation." Department of Energy-INEEL, $87,526, 4/1/00 to 3/31/01, Co-PI (50%).

35. Kolar, R. L. et al. "Research Experience for Undergraduates in GeoEnvironmental Systems." NSF REU Site Award, $418,111, 3/1/00 to 2/28/05, Co-PI (5%).

34. Miller, G. A., Zaman, M., Sabatini, D. A., Mooney, M. A., Kolar, R. L., Kibbey, T., Muraleetharan, K. K. and Knox, R. C. "Acquisition and Development of Equipment for Unsaturated Soil Research." NSF, $401, 958, 7/1/00 to 6/30/02, Co-PI (5%).

33. Scamehorn, J., Sabatini, D. and Christian, S. "Formulating DOWFAX 8390 Aqueous Systems Using the Supersolubilization Phenomena to Remove Typical Soils in Detergency Applications." Dow Chemical Co., $25,000, 4/1/99 to 6/30/2001, Co-PI (33%).

32. Knox, R. C., Sabatini, D. A. and Harwell, J. H. "Surfactant-Enhanced Treatability Study at Alameda Point." Surbec Environmental, LLC, $40,000, 3/99 to 2/00, Co-PI (33%).

31. Kukreti, A., Kolar, R., Sabatini, D., et al. "Sooner City – Design Across the Curriculum." NSF Action Agenda, $750,000, 9/98 to 8/01.

30. Strevett, K., Tanner, R., Knox, R. C. and Sabatini, D. A. "The Effect of In Situ Biosurfactant Production on Hydrocarbon Biodegradation." U. S. Environmental Protection Agency, $323,072, 3/98 to 3/01, Co-PI (25%).

29. Knox, R. C., Harwell, J. H. and Sabatini, D. A. "Surfactant-enhanced Subsurface Remediation of Petroleum Hydrocarbons -- McClelland." Surbec Environmental, LLC, $50,000, 7/98 to 6/99.

28. Knox, R. C., Kolar, R. L., Sabatini, D. A., et al. "Chemicals in the Environment -- Doctoral Fellowships in Environmental Engineering and Science." U. S. Department of Education, $601,224, 8/15/98 to 8/14/01, Co-PI (6%).

27. Knox, R. C., Harwell, J. H. and Sabatini, D. A. "Surfactant/Cosolvent Treatability Study for DNAPL at WAG6 -- Paducah Gaseous Diffusion." Surbec Environmental, LLC, $100,000, 8/98 to 1/99.

26. Sabatini, D. A. "Fulbright Senior Scholar Award -- Univesität Tübingen." DM 51,000 ($35,500), American-German Fulbright Kommission, 9/97 to 7/98.

25. Knox, R. C., Sabatini, D. A. and Harwell, J. H. "Surfactant-Enhanced Subsurface Remediation of Petroleum Hydrocarbons - Tinker." Surbec Environmental, LLC, $20,000, 8/97 to 7/98.

24. Sabatini, D. A. and Harwell, J. H. "Mechanisms for Enhancing the Solubilization Potential of

DOWFAX Components." Dow Chemical Company, $32,928, 8/97 to 7/98.

23. Suflita, J., Strevett, K. A. and Sabatini, D. A. "A Critique of Biodegradation Test Methodologies for Surfactants." Soap and Detergency Association, $24,958, 5/97 to 4/98.

22. Nelson, D. I., Everett, J. E., Sabatini, D. A., Knox, R. C., Vieux, B. E., Kolar, R. L., Strevett, K. A., and Nanny, M. A. "Research Experience for Undergraduates in Environmental Monitoring and Modeling." National Science Foundation, $175,421, EEC-9619886, 2/97 to 1/00.

21. Knox, R. C., Sabatini, D. A. and Harwell, J. H. "Surfactant Enhanced Subsurface Remediation of Petroleum Hydrocarbons." Trust Environmental Services, LLC, $14,400, 1/97 to 6/97.

20. Sabatini, D. A. and Harwell, J. H. "Dowfax Components for Treating Soils Contaminated with Chlorinated Solvents and Heavy Metals." Dow Chemical, $30,062, 12/95 to 11/96.

19. Harwell, J. H., Sabatini, D. A. and Knox, R.C. "Separation Processes for Surfactant-Contaminant Separation and Surfactant Reuse." Advanced Applied Technology Demonstration Facility (Rice University / SERDP), $398,705, Nov 1995 to Oct 1997.

18. Sabatini, D. A. and Harwell, J. H. "Soil Washing Efficiency Using Individual DOWFAX Components." Dow Chemical, $31,778, September, 1994 to August 1995.

17. Knox, R. C., Sabatini, D. A. and Harwell, J. H. "Design Manual for the Extraction of Contaminants from Unconsolidated Subsurface Environments." USEPA (subcontract from Rice University), R11961-722000-94, $3.3 Million ($1.2 M at University of Oklahoma, $2.1 M subcontracts to Arizona, Michigan and Michigan Tech), September, 1994 to August, 1998.

16. Sabatini, D. A. and Harwell, J. H. "Surfactant Selection Protocol for Optimizing Ex Situ Soil Washing." USEPA Northeast Hazardous Substances Research Center -- New Jersey Institute of Technology, $220,000, R-819679, August, 1994 to July, 1996.

15. Knox, R. C., Sabatini, D. A. and Harwell, J. H. "A Pilot-Scale Demonstration of Surfactant-Enhanced Subsurface Remediation." USEPA, $99,930, CR822689-01-0 (T-2079), August 1994 to July 1995.

14. Sabatini, D. A., Knox, R. C., and Harwell, J. H. "Surfactant Enhanced Soil Remediation." OCAST, $216,352, AR4-046 4754, May 94 to April 97.

13. Sabatini, D. A. and Harwell, J. H. "Surfactant Enhanced Solubilization and Biodegradation of Hydrophobic Petroleum Compounds." Amoco Production Company, $10,000, June, 1993 to June, 1994.

12. Harwell, J. H., Sabatini, D. A. and Knox, R. C. "Mixing Rule Constants for the Optimization of Dowfax Blends for Soil Washing, In Situ Aquifer Remediation, Oil Spill Cleanup, and Solvent-Free Cleaning Systems." Dow Chemical Company, $32,377, August, 1993 to August, 1994.

11. Sabatini, D. A., Knox, R. C. and Tucker, E. E. "Innovative Methods for Remediation of

Subsurface Chromium Contamination." USEPA, $175,000, CR820736-01-0 (T-2079), November, 1992 to November, 1994.

10. Harwell, J. H., Sabatini, D. A. and Knox, R. C. "Sandtank Testing of Surfactant Enhanced Remediation of Subsurface Contamination by Chlorinated Solvents." Surfactant Associates, Norman, OK, $9,600, July 1992 to December 1992.

9. Sabatini, D. A., Harwell, J. H. and Knox, R. C. "Surfactant Enhanced Remediation of Subsurface DNAPL Contamination." USEPA, $302,683, CR818553-01-0, October, 1991 to October, 1994.

8. Canter, L. W., Knox, R. C., Sabatini, D. A., Vieux, B. E. "Contaminant Identification and Classification (Component of Research Plan for Delineating Wellhead Protection Areas Based upon the Assimilative Capacity of the Subsurface)." USEPA, $180,000, CR 819003-01-0, September, 1991 to September, 1993.

7. Sabatini, D. A. "Surfactant Selection for Use in Enhanced Remediation of Petroleum Contaminated Ground Water: Surfactant Enhanced Subsurface Flushing and Micellar-Enhanced Ultrafiltration." NSF, $79,368, BCS-9110780, July, 1991 to December, 1993 (including REU supplement).

6. Canter, L. W., Knox, R. C., Harwell, J. H. and Sabatini, D. A. "Advanced Subsurface Characterization for Sorptive Processes Using Nonionic Surfactants." Battelle, $87,750, 90-555, October, 1990 to August, 1992.

5. Canter, L. W., Knox, R. C. and Sabatini, D. A. "Evaluation of Underground Fuel Spill Cleanup Technologies for Selected Navy Sites." Battelle, $34,831, 89-195, September, 1990 to August, 1992.

4. Sabatini, D. A. and Canter, L. W. "Development of Nitrate-Nitrite Analysis Technique and Heavy Metal Removal Process(es) for Navy Shipyard High Sodium Nitrite Wastewater." Battelle, $18,468, 90-543, September, 1990 to March, 1991.

3. Canter, L. W., Knox, R. C., Nelson, D. I. and Sabatini, D. A. "Development of an Expert System for Soil and Ground Water Remediation." Search Inc., November, 1989 to August, 1992, $68,516.

2. Sabatini, D. A. and Zaman, M. "Underground Storage Tank Assessment Methodology." Search, Inc. $16,500, August, 1989 to April, 1990.

1. Canter, L. W. and Sabatini, D. A. "Biological Denitrification of High Nitrite Navy Shipyard Wastewater." Battelle, $20,875, 89-194, May to October, 1989.

<u>DISSERATIONS ADVISED AT CHULALONGKORN UNIVERSITY – Environmental and Hazardous Waste Management Program (10):</u>

10. Rongsayamanont, Witchaya (Kaewtip - Kwang), Ph.D., 2017.

9. Arpornpong, Noukamol (Aom), Ph.D., December 2014.

8. Talawat, Jaruwan. Ph.D., January 2013.

7. Mathurasa, Lada. Ph.D., June 2012.

6. Panswad, Donyaporn (Pin). Ph.D., March 2012.

5. Damrongsiri, Seelawut. Ph.D., June 2011.

4. Asnachinda, Emma. Ph.D., June 2009.

3. Charoensaeng, Ampira. Ph.D., October 2008.

2. Lorphensri, Oranuj. Ph.D., December 2005.

1. Fuangswasdi, Aranya. Ph.D., December 2005.

COMPLETED OU THESES (31) / DISSERTATIONS (15):

46. Phaodee, Parichat. "Designing and Characterizing Surfactant Formulations for Detergency of Oily and Solid Non-particulate Soils." Ph.D., June 2020.

45. Deal, Philip. "The Impact of a Private Water Enterprise on Household Water Services in Rural Ghana." Ph.D., April 2020.

44. Nijhawan, Anisha. "Synthesis and Characterization of Porous Hydroxyapatite Ceramics for Batch and Column Treatment of Fluoride-Impacted Ground Water." Ph.D., May 2019.

43. Yami, Teshome Lemma. "Low Cost Chemically Activated Cow Bone for Fluoride Removal from Drinking Water: Batch, Field-scale Column and Business Model Studies." Ph.D., May 2017.

42. Brunson, Laura. "An Investigation of Sustainable Fluoride Water Treatment Technologies with a Focus on Ethiopia." Ph.D., September 2014.

41. Attaphong, Chodchanok. "Formulation and Characteristics of Vegetable Oil-based Microemulsion Fuels." Ph.D., March 2014.

40. Ryckman, Hayley. "Iron Amended Rubber Tree (*Havea Brasiliensis*) Sawdust Charcoal for Arsenate Adsorption." MS, May 2013.

39. Cope, Chris. "Improving Arsenate Adsorption Onto Iron Oxide Amended Porous Materials: Rice Husk Char." MS, September 2012.

38. Webster, Damon. "Adsorption of Arsenic onto Iron Oxide Coated Rice Husk Char." MS, December 2011.

37. Do, Linh Dieu. "Formation and Characterization of Vegetable Oil Microemulsions and their Applications in Oilseed Extraction and Biofuel." Ph.D., December 2010.

36. Nguyen, Thu Thi Le. "Biosurfactants: Characterization, MicroemulsionFormation and

Potential Applications." Ph.D., November 2009.

35. Phan, Tri Thanh. "Formation, Characterization and Application of Triglyceride Microemulsions using Extended Surfactants." Ph.D., August 2009.

34. Brunson, Laura. "An Analysis of Fish Bone Char as a Sustainable Arsenic and Fluoride Removal Technology for Emerging Regions." MS, April 2009.

33. Witthayapanyanon, Anuradee. "Extended Surfactants: Characterization and Microemulsion Properties." Ph.D., October 2008.

32. Jones, Patrick Kyle. "Impact of Surface Functionality Modification on Fenton Regeneration of Activated Carbon." MS, November 2007.

31. Mlilo, Thabani. "Appropriate Water Treatment Technologies: Arsenic and Fluoride Removal Using Simple Materials." MS, July 2007.

30. Upadhyaya, Anand. "Design and Characterization of Anionic and Cationic Surfactant Mixtures: Adsorption, Precipitation and Phase Behavior Studies." MS, January 2005.

29. Gallo, Daniel. "Pilot Scale Study of Polyelectrolyte Enhanced Ultrafiltration for Arsenic Removal." MS, May 2004.

28. Acosta, Edgar J. "Modeling and Formulation of Microemulsions: The Net-Average Curvature Model and the Combined Linker Effect." Ph.D., March 2004.

27. Doan, T. "Formulating Middle-Phase Microemulsions Using Mixed Anionic and Cationic Surfactant Systems." MS, June 2002.

26. James, G. "The Impact of Charcoal Properties on Phenanthrene Sorption." MS, September 2001.

25. Cheng, H. "Contaminant and Anionic Surfactant Separation Using Solvent Extraction and Anion Exchange." MS, December 2000.

24. Karapanagioti, H. "Impacts of Heterogeneous Sedimentary Organic Matter on Phenanthrene Sorption and Fate Processes, PhD, December 1999.

23. Walk, R. "Field Demonstration of Packed Tower and Hollow Fiber Air Stripping for Surfactant Regeneration." MS, August 18, 1997.

22. Carter, T. "Enhancement of the Solubilization Potential of the Dowfax Surfactants." MS, August 5, 1997.

21. Kasnavia, T. "Influence of Molecular Structure and Funtional Groups on Fluorescent Dye Sorption." MS, July 18, 1997.

20. Deshpande, S. "Development of a Surfactant Selection Protocol for Optimizing Ex Situ Soil Washing." MS, December 10, 1996.

19. Wu, B. "Formulation of Petroleum Microemulsion Systems for Surfactant-Enhanced In Situ

Subsurface Remediation." MS, December 9, 1996.

18. Fitter, F. "Fate and Transport of Oil Field Brines in Recharge Areas of the Central Oklahoma Aquifer." MS, May 1995 (Part Time Student -- Co-Chair with Dr. R. C. Knox).

17. Paul, C. J. "Ground-Water Sampling: Effects of Turbidity and Sampling Methodology on Trichloroethene, cis-Dichloroethene, and Vinyl Chloride Concentrations." MS, May 1995 (Part Time Thesis Student).

16. Soerens, T. S. "Dissolution of Nonaqueous Phase Liquids in Porous Media: Mass Transfer in Aqeuous and Surfactant Systems." PhD, April 14, 1995.

15. Shiau, B. J. "Subsurface Remediation of Chlorinated Solvents Using Direct Food Additive Surfactants." PhD, January 4, 1995.

14. Rouse, J. D. "Properties of High Performance Anionic Surfactants Affecting Abiotic and Biotic Remediation of Subsurface Hydrocarbon Contamination." PhD, December 1994.

13. Thirumalainivas, B. "Surfactant-Enhanced Remediation of Subsurface Chromium Contamination." MS, August 1994.

12. Hasegawa, Mark A. "Evaluation of Air Stripping and Modelling of Liquid-Liquid Extraction for Use with Surfactant-Aided Subsurface Remediation." MS, July 1994.

11. Powell, Robert M. "Geochemical Effects on Subsurface Chromate Reduction and Remediation Utilizing the Thermodynamic Instability of Zero-Valence-State Iron." MS, May 1994. (Part Time Thesis Student).

10. Gjovick, Nathan. "Iron Removal from Ground Water Using Double-Pump Aeration Well System on Sites within the Cherokee Nation in Northeastern Oklahoma." MS, December 1993. (Part Time Thesis Student).

9. Nayyar, Sandeep. "Modified Admicellar Chromatography as an Alternative to Carbon Adsorption in Water and Wastewater Treatment." MS, November, 1993.

8. Lipe, Michelle. "An Investigation of Micellar Enhanced Ultrafiltration and Air Stripping for Use in Surfactant Enhanced Groundwater Remediation." MS, September, 1993.

7. Palmer, Candace. "The Use of Nonionic Surfactants as Adsorbing Tracers to Mimic the Behavior of Neutral Organic Contaminants in Alluvial Aquifers." MS, May, 1992.

6. Shiau, Bor-Jier. "Influence of Molecular Structures of Rhodamine WT on Sorptive Transport in Subsurface Media." MS, December, 1991.

5. Soerens, Thomas. "Cosolvation Effects on Sorption of an Ionogenic Compound (RWT) with Subsurface Materials." MS, August, 1991.

4. Vasireddy, Satyanarayana. "Design Methodology for Nitrification in Powdered Activated Carbon- Activated Sludge Treatment of Wastewaters with Inhibitory Compounds." MS, January, 1991.

3. Hosagandi, Vitthal. "A Model for Assessing Underground Storage Tank Corrosion Induced Leaks." MS, October, 1990.

2. Lau, Sim Lin. "Adsorption and Desorption Behavior of Benzene, Toluene and p-Xylene in Ground Water." MS, January, 1990.

1. Kamath, Satish. "Biological Nitrification / Denitrification of High Sodium Nitrite Wastewater." MS, December, 1989.

<u>UNIVERSITY COURSES TAUGHT SINCE JANUARY 1989 (28 Different Courses)</u>:

1. CEES 1111 Introduction to Civil and Environmental Engineering and Environmental Science (Fall '03, '04, '06)

2. CEES 1112 Introduction to Civil, Environmental and Architectural Engineering and Environmental Science (Fall '07, '08, '09, '10)

3. ES 1112 Introduction to Environmental Science (Fall '01, '02)

4. CE 1111 Microcomputers for Civil Engineers (Fall '93)

5. CE 3212 Environmental Engineering I (Fall '98, '99, '00, '01)

6. CE 3213 Water Resources Engineering (Fall '04)

7. CE 3234 Environmental Engineering II (Sp '03)

8. CE 4233 Environmental Engineering II (Fall '89, '90, '92)

9. CEES 4243 WaTER (Water Technologies for Emerging Regions) – (Sp '10, '11, '12, '13, '14, '15, '16, '17, '18, '19, '20, '21, '22)

10. CE 4623 Hazardous and Solid Waste Management (Fall '03)

11. CE 4903 Senior Design (Sp '93, '95)

12. CEES 4913/4923 Environmental Engineering/Science Capstone Course (Sp '14)

13. CE 5020 WaTER (Water Technologies for Emerging Regions) – (May Intersession 06, Sp '07, '08, '09)

14. CE 5244 Water and Waste Treatment Processes (Fall '89, '91, Sp '93, '94, '95, '96, '97, '98 -- Universitaet Tuebingen--Sabbatical, Sp '99, '00, '01, '02, '06, '08, '12, '14, '16, '18, '20, '22)

15. CE 5600 Environmental Quality Management (Su '90)

16. ES/Chem/ Colloid and Surface Science (Sp '04,'05,'07,'09,'11, '13)

ChE 5673

17. CE 5833 Ground Water Quality Protection (Fall '91, '92, '93, '94, '95, '96, '97, '99, '00)

18. CE 5853 Groundwater and Seepage (Fall '90)

19. CE 5873 Water Quality Management (Sp '90)

20. CE 5883 Water Quality Modeling (Fall '96)

21. CE 5893 Ground Water Pollution Control (Sp '89, '90, '91)

22. CE 6624 Biological and Industrial Wastewater Treatment and Reuse (Sp '91)

24. ENGR 1510 Introduction to Water (Sp '14, '15, '16, '17, '18)

25. Honors 2973 WaTER for Health, Education, Development and Peace (Fa '09, '11, '14, '16, '18, '20)

26. CEES 2153 Mechanics of Materials (Fa' 2017 – Arezzo)

27. ENGR 4510 Water in Ancient Rome / Developing Countries (Fa' 2017 – Arezzo)

27. ENGR 4051 Lincoln, Leadership and Innovation (Sp' 2019, '20, '21, '22)

28. CEES 5963 Water Security (Sp' 2020, '21, '22)

<u>SHORT COURSES TAUGHT (US and International) (62)</u>:

62. "Applied Surfactant Science and Technology Short Course for 2023." Clorox, Pleasanton, CA, Jan 10-12; Diversey, Charlotte, NC, May 8-10; Norman, OK, August 29-31; Henkel, Trumbull, CT, Nov 7-9.

61. "Applied Surfactant Science and Technology Short Course for 2022." P&G, Cincinnati, Jan 10-12; Jan 12-14; Aug 29-31; Norman, OK, Sept 12-14.

60. "Applied Surfactant Science and Technology Short Course for 2021." Norman, OK, September 14-16.

59. "Fate and Transport." Taught one-half of semester course in NRE-EHWM Program at Chulalongkorn University, Bangkok, Thailand, Dec 7-18, 2020 (taught remotely).

58. "Applied Surfactant Science and Technology Short Course for 2020." Clorox, December 1-3, 2020 (taught remotely).

57. "Applied Surfactant Science and Technology Short Course for 2019." Clorox, January 8-10. Pleasanton, CA; Michelman, March 27-29. Cincinnati, OH; Norman, OK, May 29-31; Proctor & Gamble, August 13-15. Cincinnati, OH.

56. "Fate and Transport." Taught one-half of semester course in NRE-EHWM Program at Chulalongkorn University, Bangkok, Thailand, Dec 3-14, 2018.

55. "Applied Surfactant Science and Technology Short Course for 2017," Norman, OK, May 14-16, 2018.

54. "Fate and Transport." Taught one-half of semester course in NRE-EHWM Program at Chulalongkorn University, Bangkok, Thailand, October 15-28, 2017.

53. "Applied Surfactant Science and Technology Short Course for 2017," Norman, OK, May 22-24, 2017; P&G, Cincinnati, OH, September 3-5, 2017

52. "Fate and Transport." Taught one-half of semester course in NRE-EHWM Program at Chulalongkorn University, Bangkok, Thailand, December 7-18, 2015.

51. "Applied Surfactant Science and Technology Short Course for 2015," InVia, GSK-Stiefel, Research Triangle, NC., February 17-19, 2015; Norman, OK, May 11-13, 2015; P&G, Cincinnati, OH, May 18-20, 2015; Pilot Chemical Co., Cincinnati, OH, August 17-19, 2015; and InVia, Charleston, SC., October 14-16, 2015.

50. "Applied Surfactant Science and Technology Short Course for 2014," InVia, Tulsa, OK, Feb 5-7; Norman, OK, May 12-14, 2014; Cytek, Stamford, CT, June 2-4, 2014.

49. "Fate and Transport." Taught one-half of semester course in NRE-EHWM Program at Chulalongkorn University, Bangkok, Thailand, December 8-19, 2014.

48. "Applied Surfactant Science and Technology Short Course for 2013," Norman, OK, May 7-9, 2013; P&G Cincinnati, June 10-12, 2013; Baker Hughes-Houston, July 22-24, 2013.

47. "Fate and Transport." Taught one-half of semester course in NRE-EHWM Program at Chulalongkorn University, Bangkok, Thailand, Nov 4-15, 2013.

46. "Applied Surfactant Science and Technology Short Course for 2012," Norman, OK, May 6-8, 2012; Mead-WestVaco, December 11-13, 2012.

45. "Fate and Transport." Taught one-half of semester course in NRE-EHWM Program at Chulalongkorn University, Bangkok, Thailand, June 18-29, 2012.

44. "Applied Surfactant Science and Technology Short Course for 2011," Norman, OK, May 9-11, 2011; Clorox, Pleasanton, CA, November 1-3, 2011; Novozymes, Copenhagen, Denmark, December 12-14, 2011.

43. "Fate and Transport." Taught one-half of semester course in NRE-EHWM Program at Chulalongkorn University, Bangkok, Thailand, June 12-26, 2011.

42. "Applied Surfactant Science and Technology Short Course for 2010," Akzo-Nobel, Brewster, NY, April 27-29, 2010; Norman, OK, May 10-12, 2010.

41. "Fate and Transport." Taught one-half of semester course in NRE-EHWM Program at Chulalongkorn University, Bangkok, Thailand, June 14-25, 2010.

40. "Applied Surfactant Science and Technology Short Course for 2009," Norman, OK, September 14-15, 2009; Pilot Chemical Co., Cincinnati, OH, Dec. 14-16, 2009.

39. "Fate and Transport." Taught one-half of semester course in NRE-EHWM Program at Chulalongkorn University, Bangkok, Thailand, June 22- July 3, 2009.

38. "Contaminant Transport Processes." Three and one-half day course, RDIC – Bridge Student Program, Phnom Penh, Cambodia, June 15 -18, 2009.

37. "Ground Water Quality Management." One-half semester taught in ERIC Program at Chulalongkorn University, Bangkok, Thailand, June 16-27, 2008.

36. "Applied Surfactant Science and Technology Short Course for 2008," Ecolab, April 29-May 1; Norman, OK, May 12-14 and Sept. 15-17, 2008.

35. "Ground Water Quality Protection." Two day short course to National Ground Water Agency, Bangkok, Thailand, June 16-17, 2007.

34. "Fate and Transport." Taught one-half of semester course in NRE-EHWM Program at Chulalongkorn University, Bangkok, Thailand, June 11-22, 2007.

33. "Applied Surfactant Science and Technology Short Course for 2007," Norman, OK, May 7-9 and September 17-19; Proctor and Gamble, October 22-24, 2007.

32. "Ground Water Quality Management." One-half semester taught in ERIC Program at Chulalongkorn University, Bangkok, Thailand, June 19-30, 2006.

31. Taught in Microemulsion Short Course for American Oil Chemist Society Meeting, April 29-30, 2006.

30. "Applied Surfactant Science and Technology Short Course for 2006," Norman, OK, May 15-17 and September 18-20; Genecor, Palo Alto, CA, June 6-8; Chulalongkorn University, Bangkok, Thailand, July 3-5; Proctor and Gamble, Cincinnati, OH, October 23-25, 2006.

29. "Physiochemical Processes for Water Treatment." Taught in Applied Environmental Geology Program at Universitaet Tuebingen, Deutschland, October 12-14, 2005.

28. "Ground Water Quality Management." One-half semester taught in ERIC Program at Chulalongkorn University, Bangkok, Thailand, June 27-July 8, 2005.

27. "Applied Surfactant Science and Technology Short Course for 2005," Trumbull, CT, Jan 31-Feb 2; Norman, OK, April 9-11.

26. "Physiochemical Processes for Water Treatment." Taught in Applied Environmental Geology Program at Universitaet Tuebingen, Deutschland, December 15-17, 2004.

25. "Applied Surfactant Science and Technology Short Course for 2004," Beijing, China, Jan 7-9; Norman, May 3-5; Bangkok, Thailand, July 5-7; Norman, September 13-15; and Minneapolis, September 20-22.

24. "Ground Water Quality Management." One-half semester taught in ERIC Program at

Chulalongkorn University, Bangkok, Thailand, June 21-July 2, 2004.

23. “Physiochemical Processes for Water Treatment.” Taught in Applied Environmental Geology Program at Universitaet Tuebingen, Deutschland, December 17-19, 2003.

22. “Applied Surfactant Science and Technology Short Course for 2003,” Vlaardingen, February 17-19; Norman, May 12-14; Norman, September 15-17; and Cincinnati, October 15-17.

21. “Ground Water Quality Management.” One-half semester taught in ERIC Program at Chulalongkorn University, Bangkok, Thailand, May 25-June 6, 2003.

20. “Physiochemical Processes for Water Treatment.” Taught in Applied Environmental Geology Program at Universitaet Tuebingen, Deutschland, December 18-20, 2002.

19. “Applied Surfactant Science and Technology Short Course for 2002,” Vlaardingen, February 25-27; Norman, May 13-15; Amsterdam, June 3-5; Vlaardingen, September 16-18; and Norman, November 11-13, 2002.

18. “Ground Water Quality Management.” One-half semester taught in ERIC Program at Chulalongkorn University, Bangkok, Thailand, July 1-12, 2002

17. “Colloid and Surface Science.” One-half of 3-hour course taught in PPC Program at Chulalongkorn University, Bangkok, Thailand, July 16-27, 2001.

16. “Physiochemical Processes for Water Treatment.” Taught in Applied Environmental Geology Program at Universitaet Tuebingen, Deutschland, December 11-14, 2001.

15. “Applied Surfactant Science and Technology Short Course for 2001,” February 29-21, Vlaardingen, Netherlands; March 12-14, Sasolburg, South Africa; April 10-12, Carter-Wallace, NJ; May 21-23, Norman, OK; June 4-6, Amsterdam, Netherlands; July 18-20, Bangkok, Thailand; October 28-30, Norman, OK.

14. “Physiochemical Processes for Water Treatment.” Taught in Applied Environmental Geology Program at Universitaet Tuebingen, Deutschland, October 18-20, 2000.

13. “Applied Surfactant Science and Technology Short Course: May 8-10, 2000 -- Norman, OK; May 17-19, 2000 -- Novardis Chemical, Basel, Switzerland; November 23-25, 2000 -- Amsterdam, Netherlands; September 25-27, 2000 -- Unilever Chemical Co. -- Milan, Italy; November 6-8, 2000 -- Norman, OK.

12. “Surfactant Enhanced Soil Remediation.” Taught two day short course at Universitaet Tuebingen, Tuebingen, Germany, June 18-19, 1998.

11. “Surfactant-Enhanced Subsurface Remediation.” Taught one day short course at the R. S. Kerr Environmental Research Laboratory -- USEPA, Ada, OK, August 13, 1997.

10. "Risk Based Corrective Action and Modeling in Canada," lectured for one of three day short course in Edmonton and Calgary, Canada, February 18-21, 1997.

9. “Surfactant-Enhanced Subsurface Remediation.” Taught one-half day of three day short course for the Atlanta region of the USEPA, Atlanta, Georgia, January 31, 1997.

8. "Risk Based Corrective Action as Applied at Petroleum Sites," lectured for one-half to one day of three day short course for Trust Environmental, Norman, OK, July 25, August 7, August 22, August 28, and October 19, 1996.

7. "Installation Restoration/Groundwater Monitoring and Protection," lecturer for two and one-half days of five day short course for USDOD Army, Kingsport, TN, February 28 to March 4, 1994.

6. "Basic Soil Science," sole lecturer for five days in USDOD Army short course in Schwetzingen (Heidelberg), Germany, January 31 to February 4, 1994.

5. "Subsurface Transport and Fate Processes," lecturer for two days in USEPA short course in Philadelphia, PA, May 6-7, 1992; one day in Kansas City, MO October 14, 1992; two days in Atlanta, GA (May 4-5, 1993).

4. "Environmental Impact Assessment," U.S. Army Corps of Engineers, lecturer for Ground Water Impacts and Surface Water Impacts, Cincinnati, OH--June 20, 1991; Dallas, TX--July 16, 1991; Denver, CO--July 30, 1991; Huntsville, AL--Aug 13, Aug 20, Sept 24, 1991; Huntsville, AL--July 7-8, July 9-10, 1992, May 24-25, 1995.

3. "Environmentally Sound Management of Water Resources", October 24 - November 6, 1990, International Training Center for Water Resource Management, Bangkok, Thailand, lecturer for November 3, 1990.

2. "International Seminar on Environmental Impact Assessment and Management (11th Annual)", July 9-20, 1990, Center for Environmental Management and Planning, University of Aberdeen, Aberdeen, Scotland, presented lectures, chaired panels and small group discussions and served on review panel July 15-20.

1. "Environmental Impact Assessment for Developing Countries", April 2-20, 1990, International Training Center for Water Resource Management, Bangkok, Thailand, lecturer for April 9-11.

<u>PROFESSIONAL SERVICE (SELECTED) (67)</u>:

67. Advisory Board, Addis Ababa University Water Center of Excellence, Addis Ababa, Ethiopia, August 17-19, 2017.

66. External Reviewer for Tenure and Promotion for promotion to Associate Professor at Auckland University (Ajit Kumar) and Full Professor at UC Davis (Marion Jenkins), 2015.

65. External Reviewer for Tenure and Promotion to Associate Professor at SMU (Andrew Quicksall) and Peking University, China (Hefa Cheng) 2014.

64. Serve on Examination Committee USEPA TQB (Technical Qualification Board) for promotion of Dr. Scott Huling.

63. UWASH Network Executive Committee, 2013-present.

62. External Reviewer for Tenure and Promotion to Full Professor -- Chair for Emory (Tom Clasen) and University of Texas (Charlie Werth); Distinguished Professor at Virginia (James Smith); promotion to full professor at Colorado School of Mines (Junko Muna Kata), Michigan Tech (Erik Seagren), University College London (Richard Taylor) and Associate Professor at Rhode Island (Vinka Craver) 2013.

61. External Reviewer for Tenure and Promotion to Full Professor – Kara Nelson (UC Berkley); Lianfa Song (Texas Tech) and Associate Professor: Stephen Moysey (Clemson), Jenna Davis (Stanford) 2012.

60. External Reviewer for Julie Zimmerman Ph.D student, Dissertation, May, 2011.

59. External Reviewer for Tenure and Promotion to Full Professor – Catherine Peters (Princeton); Associate Professor, David Edwards (Arizona State) and Promotion to Associate Professor, Clayton Clark (Florida State), 2011.

58. External Reviewer for Tenure and Promotion to Associate Professor (Colorado School of Mines) and Promotion to Full Professor (Oklahoma State), 2010.

57. Member, WASH Panel, Washington, DC Event, March 3, 2010 (visited State, USAID on March 4, 2010).

56. External Advisor Board, University of Illinois NSF Science and Technology Center – WaterCaMPWS (Center for Advanced Materials for Purification of Water with Systems), February 2010 - 2012.

55. External Reader, Maggie Montgomery Dissertation, Yale University, June 2009.

54. NSF Review Panel, Office of International Science and Education (OISE), Jan. 13-14, 2009, Washington, D.C.

53. Review proposal (ACS PRF) - 2008.

52. External Reviewer for Tenure and Promotion to Associate Professor (Alabama, Oregon State) and Promotion to Full Professor (Tennessee, Michigan Tech), 2008.

51. Served on Editor-in-Chief Search Committee for Journal of Surfactants and Detergents, August 2007 to March 2008.

50. Editor-in-Chief – Journal of Contaminant Hydrology. July 1, 2008 - present.

49. Organized "Hydrophilanthropy." Session at AWRA Meeting, Albuquerque, NM, Nov. 11-15, 2007.

48. Served on University of Arizona Superfund Research Center Science Advisory Board, Sept. 2007 – June 2011.

47. External Reviewer for Tenure and Promotion to Associate Professor (Wyoming) and Promotion to Full Professor (Clemson), 2007.

46. Review proposal (ACS-PERF) and journal articles (16).

45. Served on DuPont Chemical Company Panel "Remediation in 2020." Wilmington, DE, Sept. 5, 2007.

44. Organized "Point-of-Use Water Treatment for Emerging Regions." Session at AEESP Meeting, Blacksburg, VA, July 28-August 1, 2007.

43. Book Review, American Society of Civil Engineers, James Mihelcic, "Water Supply and Sanitation Systems for Developing Countries."

42. Organized "Ground Water in Developing Countries." Session at NGWA Meeting, Albuquerque, NM, April 29-May 3, 2007.

41. Reviewed Proposal (1 forACS-PRF) and journal articles (16).

40. Organized Microemulsion Short Course for American Oil Chemists Society Meeting, April 29-30, 2006.

39. Chaired session on "Advanced Microemulsions" at American Oil Chemists Society Meeting, April 30-May 3, 2006.

38. External reviewer for promotion 2006; full professor – University of Buffalo.

37. Invited Member, DuPont Chemical Company Science Advisory Board – Subsurface Remediation, December, 2005-2017, meets twice per year.

36. Board Member, Surfactants and Detergents Division, American Oil Chemists Society, May, 2005-May 2007.

35. Chaired Session on "Surfactant Papers" at American Oil Chemists Society Meeting, May 2-4, 2005, Salt Lake City, UT.

34. External reviewer for promotion 2005: two full professor cases (Rutgers, Iowa State University).

33. Invited Member of NIEHS Superfund Center Review Panel, Research Triangle, NC, Oct 18-20, 2004.

32. Chaired session on "Surfactant Mixtures" of American Oil Chemists Society Meeting, Cincinnati, OH, May 11, 2004.

31. External reviewer for promotion 2003: three associate professor (Vanderbilt, University of Rhode Island, and University of Memphis).

30. Book Review; (1) American Oil Chemists Society.

29. Chaired session on "Advances in Microemulsions" of American Oil Chemists Society Meeting, Kansas City, KS, May 7, 2003.

28. External reviewer for promotion 2003: three full professor (New Mexico, Minnesota, Florida).

27. Book Reviews; (1) American Oil Chemists Society and (1) Wiley, 2003.

26. External reviewer for promotion 2002: one full professor (Michigan Tech) and one associate professor (University of Maryland).

25. Member, City of Norman Total Maximum Daily Load (TMDL) Committee, November 2002 to March 2003.

24. Invited Member, National Research Council Panel evaluating NAPL Source Zone Removal, March 2002 to February 2005.

23. Chaired Session at 8th International Petroleum Environment Conference, Houston, TX, Nov. 6-9, 2001.

22. Editorial Board, Sheffield Academic Press Surfactant Science Series, 2001 to present.

21. Member, City of Norman Long Term Strategic Water Planning Committee, August 1999 to December 2000.

20. External reviewer for tenure and promotion cases in 2000 (5): Tenure: University of Houston, University of Texas, Iowa State University; Full Professor (Purdue); Distinction – Juelich Research Institute, Germany.

19. Member, NSF CAREER Award Review Panel, December 9, 1999, Washington, DC.

18. Member, NIH Superfund Center Review Panel, October 17-20, 1999, Durham, NC.

17. Co-organized "Tricks of the Trade Inside the Classroom" session for 1999 American Society for Engineering Education National Meeting in Charlotte, NC, June 20-23, 1999.

16. Member, NSF Graduate Fellowship Selection Panel, February 5-7, 1999.

15. Member of Committee to formulate/evaluate Fundamentals of Engineering Exam for the National Council of Examiners for Engineering and Surveying, November 1998 to 2001.

14. Associate Editor, <u>Journal of Contaminant Hydrology</u>, 1998 to present.

13. Co-organized "Remediation of NAPL-Contaminated Aquifers" at Fifth International Congress of North America, November 11-15, 1997, Cancun, Quintana Roo, Mexico.

12. Co-organized "Tricks of the Trade Outside the Classroom" session for 1997 American Society for Engineering Education National Meeting in Milwaukee, Wisconsin, June 15-18, 1997.

11. Co-organized "Field Testing of Innovative Subsurface Remediation Technologies" session for 1997 American Chemical Society Meeting in San Francisco, CA, April 13-17, 1997.

10. Member Department of Energy Panel: DNAPL Enhanced Recovery Technical Evaluation, March - July 1996.

9. Co-organized session for 1996 American Society for Engineering Education National Meeting in Washington, DC.

8. Associate Editor (1996 to 2001), Ground Water, Member of editorial board, 1994 to 1996.

7. Formed collaborative research with Chair of Applied Hydrogeology, University of Tubingen, Baden-Wuttemberg, Germany, 1993 to present.

6. At request of American Chemical Society, lead co-organizer of two-day session for Spring 1994 national conference; session entitled "Surfactant Enhanced Subsurface Remediation: Emerging Technologies." March 13-18, 1994, San Diego, CA.

5. Co-organized and co-chaired "Colloid and Interfacial Aspects of Groundwater and Soil Cleanup," four sessions (thirty papers) for the ACS 65th Colloid and Surface Science Symposium, University of Oklahoma, Norman, OK, June 17-19, 1991.

4. Member of Planning Committee and Technology Issues Committee for "Minimizing Environmental Damage: Strategies for Managing Hazardous Wastes," Sponsored by Risk and Decision Processes Center, The Wharton School, University of Pennsylvania, Philadelphia, Pennsylvania, May 30-31, 1990.

3. Reviewed journal articles / reports / books for following:

American Chemical Society: ACS Books
American Oil Chemists Society: Book Review
American Society of Agricultural Engineers
American Society of Civil Engineers--Envir. Engr. Divn.
Applied Clay Science
Chemosphere
Colloid and Interfacial Science
Environmental Protection Agency (R.S. Kerr ERL)
Environmental Engineering and Science
Environmental Science and Technology
Environmental Toxicology and Chemistry
Ground Water
Ground Water Monitoring and Remediation
Hydrological Science and Technology
Journal of American Water Works Association
Journal of Colloid and Interface Science
Journal of Contaminant Hydrology
Journal of Engineering Education
Journal of Environmental Quality
Journal of Industrial and Engineering Chemistry
Journal of Soil Contamination
Journal of Surfactants and Detergents
Kluwer Academic Publishers
Langmuir
McGraw Hill, Inc.
Oil Gas Science and Technology
Separation Science and Technology

Soil Science Society of America
Water Environment Research
Waste Management
Water Research
Water Resources Research
Wiley

2. Review of proposals for:

Department of Defense
Department of Energy
Environmental Protection Agency
National Science Foundation
National Institute of Environmental Health Sciences (NIEHS)

1. Treasurer of Iowa Groundwater Association, 1986 to 1988.

UNIVERSITY SERVICE (SELECTED) (82):

82. Chair, GCoE Diversity, Equity and Inclusion Council of Excellence, October 2020 – August 2021. Member, Aug-Dec 2021.

81. Member, President's Academic Program and Budgetary Advisory Committee, Nov 2018 – May 2020.

80. CEES Committee A – Environmental Representative, Aug 2017-Aug 2020 (minus sabbatical semester Fa' 19).

79. Member, OU Research Misconduct Committee, 2017.

78. Member, Business College Entrepreneurship Search, 2017.

77. Member, Dean of Graduate College Search, 2017.

76. Member, Campus Wide Environmental Water Cluster Search (3 positions), 2017-2018.

75. Faculty Advisor, OU Davis UWC Scholars, 2017.

74. Chair, WaTER/CEES Search Committee, 2016.

73. Member, OU Vision Trip to Tsinghua University, Beijing, China, June 7-12, 2015.

72. Member, OU Vision Trip to Corix Headquarters, Vancouver, BC, Mar 25-28, 2015.

71. Member, OU Vision Trip for Interdisciplinary Course in Gulu, Uganda and Research in Kigali, Rwanda – April 9-21, 2015.

70. Member, University Water/Environment Leadership search committee, 2015-present.

69. Member, CBME Search Committee – 2014/2015.

68. Chair, WaTER Center Strategic Hire Committee – 2014/2015.

67. Organized Water Prize Jury and WaTER Symposium, September 24-26, 2014.

66. Hosted Manos Anagnostou seminar, May 8, 2014.

65. OU International Scholarship Selection Committee, College of International Studies, March, 2014.

64. Member, College of Business Dean Search Committee – 2013/2014.

63. Developed and taught Janux on-line course as part of OU's Digital Initative – August 2013 – May 2014.

62. Faculty Advisor, Sooners Without Borders. August 2013-present.

61. Co-organized and co-Chaired Third OU International WaTER Conference and WaTER Prize, September 23-25, 2013.

60. Organized OU Seminar by: Ni-Bin Chang (University Central Florida, September 9, 2013), John McCray (Colorado School of Mines, September 10, 2013), Anup SenGupta (April 12, 2013).

59. Search Committee, Dean College of Business, September 2013 – March 2014.

58. Co-organized WaTER Symposium, September 20-21, 2012; Rita Colwell, Idrissa Dorraune, Ravi Jayaraman, Christine Moe, Marc Parlange and Dennis Warner.

57. Organized OU Seminar by: Kara Nelson (Berkley, January 27, 2012), Jenna Davis (Stanford, April 27, 2012).

56. Search Committee, Director University of Oklahoma Water Survey, Fall 2011.

55. Co-organized Second OU International WaTER Conference and WaTER Prize, October 24-26, 2011.

54. College of Engineering Dean's Senior Advisory/Promotion Committee, November 18, 2011.

53. Organized OU Seminar by: Michael Campana (Oregon State, January 28, 2011), Richard Taylor (University College London, February 10-11, 2011, David Dzombak (Carnegie Mellon, February 16, 2011), Paul Houser (George Mason, February 25, 2011), Steve Silliman (Notre Dame, April 21-22, 2011), Dennis Warner (Catholic Relief Services, December 5, 2011).

52. Co-organized WaTER Symposium, October 15, 2010; Robert Adamski, Diana Betancourt, Jean McCluskey, Jim Mihelcic and Feleke Zewge.

51. Organized OU Seminar by: Benito Marinas (University of Illinois, January 22, 2010), Bill Glaze (North Carolina – retired April 9, 2010), Greg Mortenson (April 21, 2010) Marc and Ann Hall (RDIC, April 23, 2010).

50. College of Engineering Dean's Senior Advisory/Promotion Committee, February 12, 2010.

49. Co-organized inaugural OU International WaTER Conference and WaTER Prize, Oct. 26-27, 2009.

48. Panel Member on UN Day, October 22, 2009.

47. Taught Presidential Dream Course – Honors 2973 – Fall 2009.

46. Member, AME Faculty Search Committee, Spring 2009.

45. Organized OU Seminars by: Dr. Menaeham Elimelech (Yale University, February 19, 2009); Ned Breslin (Water for People, April 17, 2009); Dr. Christine Moe (Emory, Oct. 5, 2009); Dr. Steve Luby (ICDDR,B, Oct. 21, 2009); Dr. Derek Chitwood (China)/ Mr. Henock Gezahegn (Ethiopia) (Oct. 28, 2009) and Dr. Tom Clasen (London College, Nov. 16, 2009).

44. Co-organized WaTER Symposium October 31, 2008; M. Morris, G. Allgood, D. Lantagne, M. Campana and H. Gezahegn – Speakers.

43. Organized Lectures by Franklin Broadhurst (International Rescue Committee, NYC, January 25, 2008), Daniele Lantagne, P.E. (Center for Disease Control and Prevention, Atlanta, GA & London School of Hygiene and Tropical Medicine, April 18, 2008), Dr. Hefa Cheng (Stanford University, August 28, 2008), Dr. Mickey Sampson (Resource Development International, Cambodia, September 8, 2008) and Dr. Edgar Acosta (University of Toronto, November 7, 2008).

42. Member, College of Engineering Dean Evaluation Committee, 2007.

41. Chair, College of Engineering Tenure and Promotion Committee, 2007.

40. Organized Lectures by Dr. Angela Bielefeldt (University of Colorado, February 12, 2007), Mr. Malcolm Morris (LWI/Stewart Title, March 2, 2007), Dr. Jim Smith, University of Virginia, April 4, 2007), Dr. Paul Kleine/Freda Margiloff (October 8, 2007), Dr. Derek Chitwood (IHR/China, November 15, 2007).

39. Invited Talk – Balance in University Career, Teaching Scholars Institute, University of Oklahoma, February 1, 2007.

38. Organized Lectures by Dr. Jim Mihelcic (MTU) and Dr. Derek Chitwood (China), 2006.

37. Member, College of Engineering Tenure and Promotion Committee, 2006.

36. Faculty co-Advisor, Student Chapter of Engineers Without Borders, 2005-present.

35. Member Campus Departmental Review Committee, 2005.

34. Chair, Dean of Engineering Tenure and Promotion Committee, 2004.

33. Chair, Dean of Engineering Tenure and Promotion Committee, 2003.

32. Organized invited talks from John Gierke (Michigan Tech) and Bruce Thomson (University of New Mexico), 2002.

31. Organized 1st Larry Canter Distinguished Lecture (Leonard Ortolano, Stanford), 2002.

30. Member, Dean of Engineering Annual Evaluation Committee, 2002.

29. Chair, Dean of Engineering Tenure and Promotion Committee, 2002.

28. University committee on formation of a Teaching Academy, 2001 to 2004).

27. Member, CEES Structures Search Committee – 2001 to 2002.

26. College of Engineering Dean's Tenure and Promotion Committee, 2001.

25. Chair, CEES Director Search Committee, July 2000 to February 2001.

24. OU TA training evaluation (August 2000).

23. Organized OU seminars by Cary Chiou (USGS) and Dick Jackson (Duke Energy).

22. Member, CoE Deans Senior Advisory Committee, September 1999 to May 2001.

21. Chair, Multidisciplinary Engineering (MDE) Committee (CoE), August 1999 to December 1999.

20. Member, CEES Undergraduate Curriculum Committee, September 1999 to present.

19. CEES Committee A – Environmental Member, August 1999 to August 2000.

18. Leader, CEES Junior Faculty Discussion Forum, discussed *Lincoln on Leadership* and developed a "Junior Faculty Strategy for Excellence," Spring/Summer 1999.

17. Member, International Programs Office committee to develop a campus-wide, international-focused environmental program, August 1999 to May 2001.

16. Co-chair, Graduate College Dean Review Committee, September 1998 to January 1999.

15. Engineering Representative, OU Graduate Council, August 1998 to May 2002.

14. Member, CEES Undergraduate Curriculum Committee, August 1996 to May, 1997 (Chair, August to December 1996).

13. Invited Member, Search Committee for Dean of Engineering College, October 1996 to May 1997.

12. Invited Member, Search Committee for Dean of Honor's College, October 1996 to May 1997.

11. Invited Member, University Research Misconduct Panel, April 1996 to May 1997.

10. Invited Member, University Panel for NSF Proposal "Institutional Quest to Integrate Research and Education," March to November 1996.

9. Environmental Representative to CEES Committee A (Departmental Governing Board), August 1995 to August 1996.

8. Chair, Search Committee, CEES Environmental Vacancy (1994-1995).

7. Invited Member, President's Panel on the Reinvigoration of Undergraduate Education, December 1994 to December 1995.

6. Advisor, Student Chapter-American Society of Civil Engineering (ASCE), July 1994 to December 1995.

5. Supervisor, Chemical Technician Position, School of Civil Engineering and Environmental Science, September 1993 to present.

4. Chairman of Civil Engineering and Environmental Science Scholarship Committee, August 1992 to August 1995.

3. Served on College of Engineering Curriculum Committee, 1989 to 1992, 1995 to present.

2. Designed, equipped and implemented an undergraduate environmental engineering teaching laboratory into the undergraduate curriculum, 1989-1990.

1. Served as research mentor for high school (HS) and undergraduate (UG) students (69):

69. Vo, S. (UG-Jan to Dec 2017)
68. Dumutu, I. (UG-Aug 2016 to May 2017)
67. Nguyen, D. (Jan to Dec 2015)
66. Wu, Tina (HS-May 2015 to May 2016)
65. Muraleetharan, Veena (HS-May to Aug 2015)
64. Johnston, Jessica (UG-May 2014 to May 2015)
63. Nguyen, Derrick (UG-January 2014 to May 2015)
62. Rogers, Rachel (UG-August 2013 to May 2014)
61. Thornton, Erin (UG-January 2013 to May 2013– McNair)
60. Rice, Ethan (UG-January 2012 to May 2013)
59. Everest, Peter (UG-January 2012 to December 2013)
58. McLeod, Aislinn (UG-August 2011 to May 2012)
57. Eric Tichansky (UG-August 2010 to August 2011)
56. T.J. Moen (UG--January 2010 to August 2010)
55. Katie Kopke (UG--January 2010 to August 2010)
54. Blanchard, Tessa (UG—May 2009 to December 2011)
53. Scott, Chris (UG—May 2009 to October 2009)
52. Salisbury, Megan (UG—May 2009 to December 2011)
51. Sabatini, Peggy (UG—May 2009 to present)
50. Nicole Rowlette (UG—January 2008 to May 2009)
49. Bridgett Neighbors (UG—January 2008 to August 2010)
48. Mackensey Buley (UG—August 2007 to December 2007)
47. Todd Heitmann (UG—August 2007 to May 2010)

46. Brittany Pritchett (UG—January 2007 to December 2008)
45. Kathy Hughes (UG—January 2006 to May 2007)
44. Jonalyn Janey (UG—January to December 2006)
43. Ashley Edelen (UG—September 2005 to May 2007)
42. Caleb Sabatini (HS/UG—June 2005 to present)
41. James Johnson (UG—August 2005 to August 2009)
40. Emily Goodwin (UG—December 2004 to December 2006)
39. Uchenna Odie (UG—August 2005 to May 2006)
38. Christy Gerard (UG--August 2004 to May 2005)
37. Kelly Moore (UG--January 2004 to May 2005)
36. Thu Nguyen (UG--May 2003 to May 2004)
35. Owen Watley (UG--January 2003 to August 2003)
34. Marshall McDaniel (UG--May 2002 to May 2004)
33. Jeff Kyle (UG--Summer 2000 to December 2001)
32. Megan Forrester (UG--Summer 2000 to Fall 2001)
31. Phuong Do (UG--Spring 2000 to May 2002)
30. Siew Ching Chin (UG--Spring 2000 to December 2002)
29. Eleanor Clark (UG--Summer 1999)
28. Gary Spotts (UG--Fall 1998 to December 2000)
27. David Roberts (UG--Fall 1998 to May 1999)
26. Matthew Warren (UG--Fall 1998 to May 1999)
25. Ng Git (UG--Fall 1998 to December 1999)
24. Tuan Doan (UG--Spring 1997 to December 1999)
23. Nathan Whitlock (UG--Summer 1997)
22. Gretchen Gordon (UG--Fall 1996 to December 1996)
21. Sunil Jatkar (UG--Summer 1996 to December 1996)
20. Jason Bailey (UG--Summer 1996 to May 1999)
19. David Lauder (UG--Spring 1996 to May 1998)
18. Micah Goodspeed (UG--Fall 1995 to May 1997)
17. Lance Mills (UG--Summer 1995 to December 1996)
16. Jason Cotton (UG--Spring 1995 to Summer 1996)
15. Justin Wettstein (UG--Fall 1994 to May 1997)
14. De Vu (UG--Fall 1993 to Spring 1994; Fall 1995 to Spring 1997)
13. Kendra Dresback (UG--Fall 1993 to Spring 1994)
12. Clifton Page (HS--Summer 1993)
11. Jennifer Sharp (HS--Spring 1993)
10. Shelly Finley (HS--Fall 1992)
9. Kevin Williams (UG--Fall 1992 to Fall 1993)
8. Neil Deeds (UG--Fall 1992 to Fall 1994)
7. De Vu (HS--Summer 1992)
6. Alicia Douglas (UG--Fall 1991 to Spring 1993)
5. Daniel Wade (UG--Fall 1991 to Summer 1996)
4. Scott Slemp (HS--Summer 1991)
3. Michelle Lipe (UG--Spring 1991)
2. Heather Pool (HS--Summer 1990)
1. Mike Hampton (UG--Spring 1990)

AWARDS RECEIVED BY RESEARCH STUDENTS (38):

38. Parichat Phaodhee – Dissertation Excellence Award, OU Gallogly College of Engineering –

2020.

37. Philip Deal – Dissertation Excellence Award, OU Gallogly College of Engineering – 2020.

36. Parichat Phaodhee – American Oil Chemists Society – Ralph Potts Award – 2020.

35. Philip Deal – Nancy Mergler PhD Completion Fellowship – 2019/2020.

34. Anisha Nijhawan – Dissertation Excellence Award, OU Gallogly College of Engineering – 2019.

33. Anisha Nijhawan - Pursuit of Excellence Graduate Student Award, OU Gallogly College of Engineering – 2018.

32. Stephanie Vo – Honors College Award for Distinguished Undergraduate Research for presentation at OU Undergraduate Research Day – 2018.

31. Chodchanok Attaphong – American Oil Chemists Society – Hans Kaunitz Award – 2014.

30. Chodchanok Attaphong – American Oil Chemists Society – Honored Student Award and Manuchehr Eijudi – 2013.

29. Chodchanok Attaphong – American Oil Chemists Society – Ralph Potts Award - 2012

28. Laura Brunson – EPA STAR Fellowship - 2011

27. Laura Brunson – Robert Hughes Centennial Fellowship – OU College of Engineering.

26. Chodchanok Attaphong – American Oil Chemists Society – Surfactant and Detergents Division Student Travel Award – 2011.

25. Edgar Acosta – American Oil Chemists Society Outstanding Young Scientist Award – 2010

24. Linh Do – American Oil Chemists Society Ralph Potts Award – 2010

23. Linh Do – 3rd Place - **2009** Oklahoma Governor's Cup Business Plan Competition - Graduate Team Section – "Bio-Oil Extraction Business Plan" w/ Greg Khandogin and Nicholas Harrison**.**

22. Thu Nguyen – American Oil Chemists Society Ralph Potts Award – 2009

21. Chris Cope – NSF Graduate Fellowship – 2009.

20. Laura Brunson, Outstanding Presentation Award, NGWA Ground Water Summit, 2008.

19. Laura Brunson – NSF Graduate Fellowship – 2008.

18. Tri Thanh Phan & Linh Do, American Oil Chemist Society Student Travel Award, 2008.

17. Thu Nguyen – American Oil Chemists Society Manuchehr Eijadi Award, and Honored Student Award (2008)

16. Linh Do, American Oil Chemist Society Honored Student Award and Frank C. Naughton Award, (2007).

15. Anuradee Witthayapanyanon, American Oil Chemist Society Student Travel Award, 2006.

14. Thu Nguyen. Integrated Petroleum Environmental Conference Outstanding Poster Award – 2nd Place (2005).

13. Anuradee Witthayapanyanon – American Oil Chemists Society Manuchehr Eijadi Award and Honored Student Award (2005)

12. Edgar Acosta – OU Engineering Outstanding Dissertation Award (2005)

11. Edgar Acosta – SDA Paper of the Year Award for Journal of Surfactant and Detergent -- 2003

10. Edgar Acosta – OU Outstanding Graduate Research Assistant -- 2003

9. Edgar Acosta – American Oil Chemists Society Ralph Potts Award -- 2002

8. Amy Bryce – NSF Graduate Fellowship – 2001

7. Hrissi Karapanagioti – Altrusa Scholarship for International Graduate Women – 1999

6. Hrissi Karapanagioti – OU Cleo Cross Award – 1997

5. Justin Wettstein – NSF Graduate Fellowship – 1997

4. De Vu - NSF Graduate Fellowship -- 1998

3. De Vu – Goldwater Scholarship – 1996

2. Sandeep Nayyar – OU Cleo Cross Award -- 1993

1. Joe Rouse – OU Centennial Ph.D. Fellowship -- 1991



Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 119 of 221

## Exhibit C.1
## Calculations for Spiractor – 1 ft (0.3 m) Water Drop / Corrected Equation / All Five VOCs

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Spiractors** | | | | | | | | | |
| Chemical Properties | | | | | | | | Spiractor Properties | |
| | | PCE | TCE | 1,2tDCE | VC | Bz | | | |
| | | | | | | | | Tailwater (m) - h | 0.15 |
| H | atm-m3/mol) | 1.31E-02 | 7.07E-03 | 7.42E-03 | 2.17E-02 | 4.36E-03 | | Circumference (m) | 0.94 |
| R | tm-m2/(mol-K) | 8.21E-05 | 8.21E-05 | 8.21E-05 | 8.21E-05 | 8.21E-05 | | Flow (m^3/hr) | 157.73 |
| T | K | 2.93E+02 | 2.93E+02 | 2.93E+02 | 2.93E+02 | 2.93E+02 | | Flow/Circumf (m^2/hr) - q | 167.80 |
| H' | dimensionless | 5.44E-01 | 2.94E-01 | 3.08E-01 | 9.02E-01 | 1.81E-01 | | Critical Depth above weir (m) | 0.05 |
| Dw | cm2/s | 7.59E-06 | 8.43E-06 | 1.17E-05 | 1.38E-05 | 8.99E-06 | | | |
| Da | cm2/s | 8.13E-02 | 8.90E-02 | 8.65E-02 | 1.03E-01 | 9.80E-02 | | | |
| MW | g/mol | 1.66E+02 | 1.31E+02 | 96.90 | 6.25E+01 | 7.81E+01 | | | |
| (D)O2,w | cm2/s | 8.99E-06 | 8.99E-06 | 8.99E-06 | 8.99E-06 | 8.99E-06 | | | |
| (D)O2,a | cm2/s | 9.80E-02 | 9.80E-02 | 9.80E-02 | 9.80E-02 | 9.80E-02 | | | |
| | | | | | | | | | |
| Hennet | | | | | | | | | |
| Fall Ht (m) | 3.00E-01 | Z = Fall Ht + 1.5*critical depth (m) | | | **3.75E-01** | | | | |
| | | | | | | | | | |
| Deficit Ratio (ln r - AH Eq 11 corrected | dimensionless | 1.08E-01 | 1.08E-01 | 1.08E-01 | 1.08E-01 | 1.08E-01 | | | |
| Liquid Mass Transfer - kL - AH Eq 10 | m/s | 1.20E-02 | 1.29E-02 | 1.60E-02 | 1.78E-02 | 1.34E-02 | | | |
| Gas Mass Transfer - kg - AH Eq 9 | m/s | 4.42E-02 | 4.69E-02 | 4.60E-02 | 5.17E-02 | 5.00E-02 | | | |
| Overall Mass Transfer - Ko - AH Eq 8 | m/s | 8.01E-03 | 6.66E-03 | 7.52E-03 | 1.29E-02 | 5.41E-03 | | | |
| Fraction remaining - Ci/Co - AH Eq 7 | dimensionless | 0.938 | 0.948 | 0.941 | 0.901 | 0.957 | | | |
| **Removal % (1 - (Ci/Co) *100** | % | **6.2** | **5.2** | **5.9** | **9.9** | **4.3** | | | |

## Exhibit C.2

## Calculations for Water Tank Losses – Hadnot Point / Tarawa Terrace

| **Tanks - Thomas/Smith Approach - Hadnot Point** | | | | | | |
|---|---|---|---|---|---|---|
| Chemical Properties | | PCE | TCE | 1,2tDCE | VC | Bz |
| | | | | | | |
| H | atm-m3/mol) | 1.31E-02 | 7.07E-03 | 7.42E-03 | 2.17E-02 | 4.36E-03 |
| R | tm-m2/(mol-K) | 8.21E-05 | 8.21E-05 | 8.21E-05 | 8.21E-05 | 8.21E-05 |
| T | K | 2.93E+02 | 2.93E+02 | 2.93E+02 | 2.93E+02 | 2.93E+02 |
| H' | dimensionless | 5.44E-01 | 2.94E-01 | 3.08E-01 | 9.02E-01 | 1.81E-01 |
| Dw | cm2/s | 7.59E-06 | 8.43E-06 | 1.17E-05 | 1.38E-05 | 8.99E-06 |
| Da | cm2/s | 8.13E-02 | 8.90E-02 | 8.65E-02 | 1.03E-01 | 9.80E-02 |
| MW | g/mol | 1.66E+02 | 1.31E+02 | 96.90 | 6.25E+01 | 7.81E+01 |
| (D)O2,w | cm2/s | 8.99E-06 | 8.99E-06 | 8.99E-06 | 8.99E-06 | 8.99E-06 |
| (D)O2,a | cm2/s | 9.80E-02 | 9.80E-02 | 9.80E-02 | 9.80E-02 | 9.80E-02 |
| kvc/kvo - Table 15-2* | dimensionless | 5.20E-01 | 5.70E-01 | 7.70E-01 | 8.60E-01 | 5.70E-01 |
| *DCE&VC from Hennet | | | | | | |
| | | | | | | |
| **<u>Hadnot Point</u>** | | | | | | |
| | | | | | | |
| <u>Raw Water (0.8MG, Q=5MGD)</u> | | | | | | |
| Residence time | Hour | 3.84E+00 | 3.84E+00 | 3.84E+00 | 3.84E+00 | 3.84E+00 |
| | | | | | | |
| **(kv)env - Table 15-3, low calculated** | **1/hour** | **8.00E-03** | **8.00E-03** | **8.00E-03** | **8.00E-03** | **8.00E-03** |
| (Kcx)env - Eq 15-22 | 1/hour | 2.81E-03 | 3.25E-03 | 5.27E-03 | 6.28E-03 | 3.25E-03 |
| C/Co - Eq 15-11 | dimensionless | 9.89E-01 | 9.88E-01 | 9.80E-01 | 9.76E-01 | 9.88E-01 |
| **R = (1-C/Co)*100** | **%** | **1.07** | **1.24** | **2.00** | **2.38** | **1.24** |
| | | | | | | |
| **(kv)env - Table 15-3, low literature** | **1/hour** | **4.80E-03** | **4.80E-03** | **4.80E-03** | **4.80E-03** | **4.80E-03** |
| (Kcx)env - Eq 15-22 | 1/hour | 1.69E-03 | 1.95E-03 | 3.16E-03 | 3.77E-03 | 1.95E-03 |
| C/Co - Eq 15-11 | dimensionless | 9.94E-01 | 9.93E-01 | 9.88E-01 | 9.86E-01 | 9.93E-01 |
| **R = (1-C/Co)*100** | **%** | **0.65** | **0.75** | **1.21** | **1.44** | **0.75** |
| | | | | | | |
| <u>Clearwell (2.5 MG, Q=5MGD)</u> | | | | | | |
| Residence time | Hour | 1.20E+01 | 1.20E+01 | 1.20E+01 | 1.20E+01 | 1.20E+01 |
| | | | | | | |
| **(kv)env - Table 15-3, low calculated** | **1/hour** | **8.00E-03** | **8.00E-03** | **8.00E-03** | **8.00E-03** | **8.00E-03** |
| (Kcx)env - Eq 15-22 | 1/hour | 2.81E-03 | 3.25E-03 | 5.27E-03 | 6.28E-03 | 3.25E-03 |
| C/Co - Eq 15-11 | dimensionless | 9.67E-01 | 9.62E-01 | 9.39E-01 | 9.27E-01 | 9.62E-01 |
| **R = (1-C/Co)*100** | **%** | **3.32** | **3.83** | **6.12** | **7.26** | **3.83** |
| | | | | | | |
| **(kv)env - Table 15-3, low literature** | **1/hour** | **4.80E-03** | **4.80E-03** | **4.80E-03** | **4.80E-03** | **4.80E-03** |
| (Kcx)env - Eq 15-22 | 1/hour | 1.69E-03 | 1.95E-03 | 3.16E-03 | 3.77E-03 | 1.95E-03 |
| C/Co - Eq 15-11 | dimensionless | 9.80E-01 | 9.77E-01 | 9.63E-01 | 9.56E-01 | 9.77E-01 |
| **R = (1-C/Co)*100** | **%** | **2.00** | **2.32** | **3.72** | **4.42** | **2.32** |
| | | | | | | |
| <u>Water Tower (0.3 MG, Q=1.25MGD)</u> | | | | | | |
| Residence time | Hour | 5.76E+00 | 5.76E+00 | 5.76E+00 | 5.76E+00 | 5.76E+00 |
| | | | | | | |
| **(kv)env - Table 15-3, low calculated** | **1/hour** | **8.00E-03** | **8.00E-03** | **8.00E-03** | **8.00E-03** | **8.00E-03** |
| (Kcx)env - Eq 15-22 | 1/hour | 2.81E-03 | 3.25E-03 | 5.27E-03 | 6.28E-03 | 3.25E-03 |
| C/Co - Eq 15-11 | dimensionless | 9.84E-01 | 9.81E-01 | 9.70E-01 | 9.64E-01 | 9.81E-01 |
| **R = (1-C/Co)*100** | **%** | **1.61** | **1.86** | **2.99** | **3.56** | **1.86** |
| | | | | | | |
| **(kv)env - Table 15-3, low literature** | **1/hour** | **4.80E-03** | **4.80E-03** | **4.80E-03** | **4.80E-03** | **4.80E-03** |
| (Kcx)env - Eq 15-22 | 1/hour | 1.69E-03 | 1.95E-03 | 3.16E-03 | 3.77E-03 | 1.95E-03 |
| C/Co - Eq 15-11 | dimensionless | 9.90E-01 | 9.89E-01 | 9.82E-01 | 9.79E-01 | 9.89E-01 |
| **R = (1-C/Co)*100** | **%** | **0.97** | **1.12** | **1.80** | **2.15** | **1.12** |

| Tanks - Thomas/Smith Approach - Tarawa Terrace | | | | | | |
|---|---|---|---|---|---|---|
| Chemical Properties | | PCE | TCE | 1,2tDCE | VC | Bz |
| | | | | | | |
| H | atm-m3/mol) | 1.31E-02 | 7.07E-03 | 7.42E-03 | 2.17E-02 | 4.36E-03 |
| R | tm-m2/(mol-K) | 8.21E-05 | 8.21E-05 | 8.21E-05 | 8.21E-05 | 8.21E-05 |
| T | K | 2.93E+02 | 2.93E+02 | 2.93E+02 | 2.93E+02 | 2.93E+02 |
| H' | dimensionless | 5.44E-01 | 2.94E-01 | 3.08E-01 | 9.02E-01 | 1.81E-01 |
| Dw | cm2/s | 7.59E-06 | 8.43E-06 | 1.17E-05 | 1.38E-05 | 8.99E-06 |
| Da | cm2/s | 8.13E-02 | 8.90E-02 | 8.65E-02 | 1.03E-01 | 9.80E-02 |
| MW | g/mol | 1.66E+02 | 1.31E+02 | 96.90 | 6.25E+01 | 7.81E+01 |
| (D)O2,w | cm2/s | 8.99E-06 | 8.99E-06 | 8.99E-06 | 8.99E-06 | 8.99E-06 |
| (D)O2,a | cm2/s | 9.80E-02 | 9.80E-02 | 9.80E-02 | 9.80E-02 | 9.80E-02 |
| kvc/kvo - Table 15-2* | dimensionless | 5.20E-01 | 5.70E-01 | 7.70E-01 | 8.60E-01 | 5.70E-01 |
| *DCE&VC from Hennet | | | | | | |
| | | | | | | |
| **Tarawa Terrace** | | | | | | |
| | | | | | | |
| Clearwell (0.5 MG, Q= 1 MGD) | | | | | | |
| Residence time | Hour | 1.80E+01 | 1.80E+01 | 1.80E+01 | 1.80E+01 | 1.80E+01 |
| | | | | | | |
| **(kv)env - Table 15-3, low calculated** | **1/hour** | **8.00E-03** | **8.00E-03** | **8.00E-03** | **8.00E-03** | **8.00E-03** |
| (Kcx)env - Eq 15-22 | 1/hour | 2.81E-03 | 3.25E-03 | 5.27E-03 | 6.28E-03 | 3.25E-03 |
| C/Co - Eq 15-11 | dimensionless | 9.51E-01 | 9.43E-01 | 9.10E-01 | 8.93E-01 | 9.43E-01 |
| **R = (1-C/Co)*100** | **%** | **4.93** | **5.69** | **9.04** | **10.70** | **5.69** |
| | | | | | | |
| **(kv)env - Table 15-3, low literature** | **1/hour** | **4.80E-03** | **4.80E-03** | **4.80E-03** | **4.80E-03** | **4.80E-03** |
| (Kcx)env - Eq 15-22 | 1/hour | 1.69E-03 | 1.95E-03 | 3.16E-03 | 3.77E-03 | 1.95E-03 |
| C/Co - Eq 15-11 | dimensionless | 9.70E-01 | 9.65E-01 | 9.45E-01 | 9.34E-01 | 9.65E-01 |
| **R = (1-C/Co)*100** | **%** | **2.99** | **3.45** | **5.53** | **6.56** | **3.45** |
| | | | | | | |
| Water Tower (0.25 MG, Q=1.MGD) | | | | | | |
| Residence time | Hour | 6.00E+00 | 6.00E+00 | 6.00E+00 | 6.00E+00 | 6.00E+00 |
| | | | | | | |
| **(kv)env - Table 15-3, low calculated** | **1/hour** | **8.00E-03** | **8.00E-03** | **8.00E-03** | **8.00E-03** | **8.00E-03** |
| (Kcx)env - Eq 15-22 | 1/hour | 2.81E-03 | 3.25E-03 | 5.27E-03 | 6.28E-03 | 3.25E-03 |
| C/Co - Eq 15-11 | dimensionless | 9.83E-01 | 9.81E-01 | 9.69E-01 | 9.63E-01 | 9.81E-01 |
| **R = (1-C/Co)*100** | **%** | **1.67** | **1.93** | **3.11** | **3.70** | **1.93** |
| | | | | | | |
| **(kv)env - Table 15-3, low literature** | **1/hour** | **4.80E-03** | **4.80E-03** | **4.80E-03** | **4.80E-03** | **4.80E-03** |
| (Kcx)env - Eq 15-22 | 1/hour | 1.69E-03 | 1.95E-03 | 3.16E-03 | 3.77E-03 | 1.95E-03 |
| C/Co - Eq 15-11 | dimensionless | 9.90E-01 | 9.88E-01 | 9.81E-01 | 9.78E-01 | 9.88E-01 |
| **R = (1-C/Co)*100** | **%** | **1.01** | **1.16** | **1.88** | **2.24** | **1.16** |

**Exhibit C.3**

**Calculations for Equilibrium VOC Losses in Half-filled water buffalo tank**

| **Equilibrium Partitioning Between Liquid (Water) and Gas Phase** | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PCE | | | TCE | | | 1,2tDCE | | | VC | | | Bz | | |
| DI | m2/s | 7.59E-10 | | | 8.43E-10 | | | 1.17E-09 | | | 1.38E-09 | | | 8.99E-10 | | |
| Dg | m2/s | 8.13E-06 | | | 8.90E-06 | | | 8.65E-06 | | | 1.03E-05 | | | 9.82E-06 | | |
| R | atm-m2/(mol-K) | 8.21E-05 | | | 8.21E-05 | | | 8.21E-05 | | | 8.21E-05 | | | 8.21E-05 | | |
| T | K | 2.93E+02 | | | 2.93E+02 | | | 2.93E+02 | | | 2.93E+02 | | | 2.93E+02 | | |
| H | atm-m3/mol) | 1.31E-02 | | | 7.07E-03 | | | 7.42E-03 | | | 2.17E-02 | | | 4.36E-03 | | |
| H' | dimensionless | 5.44E-01 | | | 2.94E-01 | | | 3.08E-01 | | | 9.02E-01 | | | 1.81E-01 | | |
| Equilibrium Calcs for tank | Co = | 1.00E+02 | | mg/m^3 | | | | | | | | | | | | |
| Tank Fullness | | | | | | | | | | | | | | | | |
| Frac Full | Vg/Vw | fw | Cw | R (%) | fw | Cw | R (%) | fw | Cw | R (%) | fw | Cw | R (%) | fw | Cw | R (%) |
| 0.50 | 1.00E+00 | 6.48E-01 | 64.75 | 35.25 | 7.73E-01 | 77.29 | 22.71 | 7.64E-01 | 76.44 | 23.56 | 5.26E-01 | 52.59 | 47.41 | 8.47E-01 | 84.66 | 15.34 |

Schwarzenbach et al. 1993; Schwarzenbach et al., 1995

fw = mass in aqueous phase / total mass

fw = {(CwVw)/(CwVw+CaVa)} = {1/(1+(CaVa/(CwVw))} = (1/(1+Kh'(Va/Vw))}

Cw = fw *Mtot/Vw = fw * (Co*Vw)/Vw = fw * Co

R = {(Co - Cw)/Co}*100

**Exhibit C.4**

**Thompson/Smith calculations for 6 hour losses (mid-point time of 12 hours shift) in water buffaloes**

| **Tanks - Thomas/Smith Approach - Water Buffaloes** | | | | | | |
|---|---|---|---|---|---|---|
| Chemical Properties | | PCE | TCE | 1,2tDCE | VC | Bz |
| | | | | | | |
| H | atm-m3/mol) | 1.31E-02 | 7.07E-03 | 7.42E-03 | 2.17E-02 | 4.36E-03 |
| R | tm-m2/(mol-K) | 8.21E-05 | 8.21E-05 | 8.21E-05 | 8.21E-05 | 8.21E-05 |
| T | K | 2.93E+02 | 2.93E+02 | 2.93E+02 | 2.93E+02 | 2.93E+02 |
| H' | dimensionless | 5.44E-01 | 2.94E-01 | 3.08E-01 | 9.02E-01 | 1.81E-01 |
| Dw | cm2/s | 7.59E-06 | 8.43E-06 | 1.17E-05 | 1.38E-05 | 8.99E-06 |
| Da | cm2/s | 8.13E-02 | 8.90E-02 | 8.65E-02 | 1.03E-01 | 9.80E-02 |
| MW | g/mol | 1.66E+02 | 1.31E+02 | 96.90 | 6.25E+01 | 7.81E+01 |
| (D)O2,w | cm2/s | 8.99E-06 | 8.99E-06 | 8.99E-06 | 8.99E-06 | 8.99E-06 |
| (D)O2,a | cm2/s | 9.80E-02 | 9.80E-02 | 9.80E-02 | 9.80E-02 | 9.80E-02 |
| kvc/kvo - Table 15-2* | dimensionless | 5.20E-01 | 5.70E-01 | 7.70E-01 | 8.60E-01 | 5.70E-01 |
| *DCE&VC from Hennet | | | | | | |
| | | | | | | |
| **Water Buffaloes** | | | | | | |
| | | | | | | |
| Residence time - 6 hrs | Hour | 6.00E+00 | 6.00E+00 | 6.00E+00 | 6.00E+00 | 6.00E+00 |
| | | | | | | |
| **(kv)env - Table 15-3, low literature** | **1/hour** | **4.80E-03** | **4.80E-03** | **4.80E-03** | **4.80E-03** | **4.80E-03** |
| (Kcx)env - Eq 15-22 | 1/hour | 1.69E-03 | 1.95E-03 | 3.16E-03 | 3.77E-03 | 1.95E-03 |
| C/Co - Eq 15-11 | dimensionless | 9.90E-01 | 9.88E-01 | 9.81E-01 | 9.78E-01 | 9.88E-01 |
| **R = (1-C/Co)*100** | **%** | **1.01** | **1.16** | **1.88** | **2.24** | **1.16** |

**Exhibit D**

**AH Environmental. ATSDR Support – Estimation of VOC Removal. December 2004.**

# ATSDR SUPPORT –
# ESTIMATION OF VOC REMOVAL

## MARINE CORPS BASE CAMP LEJEUNE
NORTH CAROLINA

**Prepared For:**

**ENVIRONMENTAL MANAGEMENT DIVISION**
**CAMP LEJEUNE, NC 28542-0004**

**Contract No.: DACW56-03-R-1013**
Delivery Order: 002

**December 2004**

**AH Environmental Consultants, Inc.**

**804 Omni Boulevard**
**Suite 201**
**Newport News, Virginia 23606**

**1. INTRODUCTION ........ 1-1**
1.1 PURPOSE ........ 1-1
1.2 DOCUMENT ORGANIZATION ........ 1-1

**2. BACKGROUND ........ 2-1**
2.1 CHRONOLOGY ........ 2-1
2.2 REGULATORY HISTORY ........ 2-1
2.3 WATER PLANT DESCRIPTIONS ........ 2-1
2.3.1 Hadnot Point ........ 2-1
2.3.2 Holcomb Boulevard ........ 2-1
2.3.3 Tarawa Terrace ........ 2-1

**3. MODELING VOC REMOVAL ........ 3-1**
3.1 PROPERTIES OF TRICHLOROETHYLENE AND TETRACHLOROETHYLENE ........ 3-1
3.2 FATE OF VOLATILE ORGANIC COMPOUNDS ........ 3-1
3.3 OVERVIEW OF VOLATILIZATION MODELS ........ 3-1
3.4 ESTIMATION OF VOC EMISSIONS FROM WATER TREATMENT UNITS ........ 3-1
3.4.1 VOC Removal from Quiescent Basins with Flow ........ 3-1
3.4.2 VOC Removal from Weir Structures ........ 3-1

**4. RESULTS ........ 4-1**
4.1 VOC REMOVAL FROM SPIRACTORS ........ 4-1
4.2 VOC REMOVAL FROM WEIR STRUCTURES ........ 4-1
4.3 VOC REMOVAL FROM RESERVOIRS AND FILTERS ........ 4-1

**5. SUMMARY ........ 5-1**

**6. REFERENCES ........ 6-1**

**APPENDICES**

**A. SCOPE OF WORK**

**B. DIMENSIONS OF TREATMENT UNITS**

**C. VOC REMOVAL CALCULATIONS**



Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 127 of 221

## LIST OF TABLES

TABLE PAGE

Table 2-1. Maximum Contaminant Limits for Drinking Water in 1975. .................... 2-1
Table 2-2. Secondary Maximum Contaminant Limits for Drinking Water in 1979.... 2-1
Table 2-3. Volatile Organic Chemicals Regulated Under the SDWA of 1986. .......... 2-1
Table 3-1. Physical and Chemical Properties of TCE and PCE. ................................ 3-1

## LIST OF FIGURES

FIGURE PAGE

Figure 1-1. Water Systems at Camp Lejeune in the 1980s........................................ 1-1
Figure 2-1. Hadnot Point WTP Recarbonation Basin. ............................................... 2-1
Figure 2-2. Hadnot Point WTP Filter. ........................................................................ 2-1
Figure 2-3. Hadnot Point Water Treatment Plant 1968-1985.................................... 2-1
Figure 2-4. Holcomb Boulevard WTP Spiractors. ..................................................... 2-1
Figure 2-5. Holcomb Boulevard Water Treatment Plant 1970-1985. ........................ 2-1
Figure 2-6. Tarawa Terrace Water Treatment Plant 1968-1988. ................................ 2-1
Figure 3-1. Spiractor Dimensions. ............................................................................. 3-1
Figure 3-2. Hadnot Point WTP Spiractor Effluent Pipe (1941/1942). ....................... 3-1
Figure 3-3. Hadnot Point WTP Spiractor Effluent Pipe (1944/1945). ....................... 3-1
Figure 3-4. VOC Removal Due to Aeration at Effluent Pipe..................................... 3-1
Figure 3-5. Exponential Decay Due to Volatilization. .............................................. 3-1
Figure 4-1. Vortex Over Hadnot Point WTP Spiractor Effluent Pipe. ....................... 4-1
Figure 4-2. Nappe Developed at Hadnot Point WTP Spiractor Effluent Pipe. ........... 4-1
Figure 4-3. Fall Height at Holcomb Boulevard WTP Spiractor Effluent Pipe. .......... 4-1


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 128 of 221

# 1. INTRODUCTION

Established in 1941, the Marine Corps Base (MCB) Camp Lejeune provides specialized training to prepare troops for amphibious and land combat operations. The base is located in Eastern Onslow County, North Carolina, and it is bordered on the north by State Route 24, to the west by U.S. Route 17, and to the southeast by the Atlantic Ocean. The base occupies 246 square miles and currently houses almost 70,000 residents. The residents, commuting personnel, base visitors and contractors are served by five community water systems (CWS) and several transient, non-community water systems (TNCWS). Some of the TNCWS purchase water from Onslow County. Other systems treat ground water from on-site wells. Most of the facilities were built in the 1940s and were subsequently upgraded or rehabilitated.

## 1.1 PURPOSE

MCB Camp Lejeune is currently the subject of an epidemiological study by the Agency for Toxic Substance and Disease Registry (ATSDR) to ascertain the health impacts of various volatile organic chemicals (VOCs), which were present in the Hadnot Point, Tarawa Terrace and Holcomb Boulevard water supply systems in the early 1980s. The locations of these water systems are shown in Figure 1-1.

AH Environmental Consultants Inc. (AH) was retained by MCB Camp Lejeune under contract number DACW56-03-R-1013 to assist ATSDR in obtaining information required for the modeling efforts in the epidemiological study. The scope of work for the project is attached as Appendix A. This report addresses Task G, "Develop Estimates of VOC Removal Rates." As part of this effort, AH conducted a literature review and a search of the appropriate archives to assist in the development of referenced estimates of the VOC removal rates that might have occurred through the Hadnot Point, Holcomb Boulevard and Tarawa Terrace water treatment plants.


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 130 of 221




**Figure 1-1. Water Systems at Camp Lejeune in the 1980s**

## 1.2 Document Organization

This document is organized as follows: Section 2 provides a chronology of events relating to the groundwater contamination at the base, an account of the regulatory history involving organic compounds in drinking water and a detailed description of the Hadnot Point, Holcomb Boulevard and Tarawa Terrace water treatment plants. Section 3 provides a background on the properties of certain VOCs, their fate in water treatment processes and approaches to model their removal from aqueous solutions. Estimated removals of VOCs are presented in Section 4. The findings of this work are summarized in Section 5. Literature references are listed in Section 6.

The scope of work for this project is included in Appendix A. Dimensions of the treatment units that were in operation at the three plants are tabulated in Appendix B. Appendix C contains the detailed VOC removal calculations that are based on the models presented in Section 3.


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 132 of 221

# 2. BACKGROUND

This section provides a brief chronology of known events relating to the groundwater contamination at the base, an account of the regulatory history involving organic compounds in drinking water and descriptions of the Hadnot Point, Holcomb Boulevard and Tarawa Terrace water treatment plants.

## 2.1 CHRONOLOGY

Based on the chronology posted on the MCB Camp Lejeune website, sampling for organic contaminants in groundwater started in 1977. The initial monitoring at the water sources for Courthouse Bay, Rifle Range, Onslow Beach, Hadnot Point, Holcomb Boulevard, Tarawa Terrace, Montford Point and New River was performed for the possible presence of two herbicides (2,4-dichlorophenoxyacetic acid and 2,4,5-trichloro-phenoxypropionic acid) and four chlorinated hydrocarbons (Endrin, Lindane, Methoxychlor and Toxaphene). The detection limit was 1 μg/L for the chlorinated hydrocarbons and 0.1 μg/L for the herbicides. No contaminants were detected.

In 1982, contamination of the Hadnot Point and Tarawa Terrace water systems with Tetrachloroethylene (Perchloroethylene or PCE) and Trichloroethylene (TCE) was detected during monitoring for trihalomethanes. Subsequently, other VOCs were detected (Dichloroethylene or DCE), vinyl chloride and methylene chloride). Detection of the contamination prompted the shutdown of the contaminated wells and the continued monitoring all distributed water although a Maximum Contaminant Level (MCL) had not been established for the detected organic contaminants.

In 1982, 1983, 1984 and 1985, VOCs were detected in various drinking water wells and in finished water in the Hadnot Point, Tarawa Terrace and Holcomb Boulevard distribution system. Individual contaminated water wells were shutdown when VOC


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 134 of 221

contamination was detected. In 1988, the expansion of the Holcomb Boulevard water treatment plant was completed and the Tarawa Terrace water treatment plant was permanently shutdown. The history of water quality monitoring at the base, as last updated in July 2003, is presented on the MCB Camp Lejeune public health website.

## 2.2 REGULATORY HISTORY

The Safe Drinking Water Act (SDWA) (Public Law 93-523) was passed in 1974. Under the legislation of the SDWA, the United States Environmental Protection Agency (EPA) was required to set enforceable standards for health-related drinking water contaminants. These standards were to affect all public water systems serving at least 25 persons. The State of North Carolina is the primacy agency for enforcing EPA standards and has adopted all regulations promulgated under the SDWA.

The regulations of the SDWA were set in two stages: The first stage was to set interim regulations immediately. These regulations were based primarily upon the United States Public Health Service (USPHS) guidelines set in 1962. The second stage was to revise these interim regulations after an assessment of the effects of human exposure through drinking water and the toxicology of contaminants in drinking water were completed by the National Academy of Sciences. Interim standards developed in 1975 set specific maximum contaminant levels (MCLs) for several substances classified as contaminants (Table 2-1). Amendments were made to the interim standards in 1976, 1979 and 1980.


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 135 of 221

**Table 2-1. Maximum Contaminant Limits for Drinking Water in 1975.**

| Contaminant | MCL |
|---|---|
| Organics | |
| Endrin | 0.0002 mg/L |
| Lindane | 0.0004 mg/L |
| Methoxychlor | 0.1 mg/L |
| Toxaphene | 0.005 mg/L |
| 2,4-D | 0.1 mg/L |
| 2,4,5-TP Silvex | 0.01 mg/L |
| Trihalomethanes | 0.10 mg/L |
| Inorganics | |
| Arsenic | 0.05 mg/L |
| Barium | 1.0 mg/L |
| Cadmium | 0.01 mg/L |
| Chromium | 0.05 mg/L |
| Fluoride | 1.4-2.4 mg/L |
| Lead | 0.05 mg/L |
| Mercury | 0.002 mg/L |
| Nitrate (as N) | 10 mg/L |
| Selenium | 0.01 mg/L |
| Silver | 0.05 mg/L |
| Sodium and corrosion | No MCL, monitoring and reporting only |
| Radionuclides | |
| Radium 226 and radium 228 | 5 pCi/L |
| Gross alpha particle activity | 15 pCi/L |
| Beta particle and photon radioactivity | 4 mrem |
| Microbials | |
| Coliforms | <1/100 mL |
| Turbidity | 1 TU (up to 5 TU) |

In addition to the health-related enforceable standards set by the SDWA, the act mandated the USEPA to set non-enforceable federal guide-lines for contaminants that might adversely affect the aesthetic quality of drinking water. The non-enforceable federal guidelines developed into the set of initial secondary drinking water standards and their specific secondary MCLs (SMCLs). The SMCLs became effective in 1979 and are listed in Table 2-2.


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 136 of 221

**Table 2-2. Secondary Maximum Contaminant Limits for Drinking Water in 1979.**

| Contaminant | SMCL |
|---|---|
| Chloride | 250 mg/L |
| Color | 15 color units |
| Copper | 1 mg/L |
| Corrosivity | Noncorrosive |
| Fluoride | 2 mg/L |
| Foaming Agents | 0.5 mg/L |
| Iron | 0.3 mg/L |
| Manganese | 0.05 mg/L |
| Odor | 3 (threshold odor number) |
| pH | 6.5-8.5 |
| Sulfate | 250 mg/L |
| Total Dissolved Solids | 500 mg/L |
| Zinc | 5 mg/L |
| Proposed SCMLs | |
| Aluminum | 0.05 mg/L |
| *o*-Dichlorobenzene | 0.01 mg/L |
| *p*-Dichlorobenzene | 0.005 mg/L |
| Ethylbenzene | 0.03 mg/L |
| Monochlorobenzene | 0.1 mg/L |
| Pentachlorophenol | 0.03 mg/L |
| Silver | 0.09 mg/L |
| Toluene | 0.04 mg/L |
| Xylene | 0.02 mg/L |

The SDWA first passed in 1974 was subject to major amendments in 1986. The 1986 amendments required USEPA to set monitoring requirements for 83 drinking water contaminants by 1989 including VOCs. Originally eight VOCs were regulated under the Phase I Rule (52 FR 23690), July 1987; ten VOCs were added under Phase II (56 FR 3600), January 1991; and three VOCs were added under Phase V (51 FR 31776), July 1992. The VOCs regulated during the different phases and their MCLs are listed in Table 2-3.


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 137 of 221

**Table 2-3. Volatile Organic Chemicals Regulated Under the SDWA of 1986.**

| Chemical | MCL (mg/L) |
|---|---|
| Phase I (1987) | |
| 1,1,1-Trichloroethane | 0.2 |
| 1,1-Dichloroethylene | 0.007 |
| 1,2-Dichloroethane | 0.005 |
| Benzene | 0.005 |
| Carbon Tetrachloride | 0.005 |
| *p*-Dichlorobenzene | 0.075 |
| Trichloroethylene (TCE) | 0.005 |
| Vinyl Chloride | 0.002 |
| Phase II (1991) | |
| o-Dichlorobenzene | 0.6 |
| *cis*-1,2-dichloroethylene | 0.07 |
| *trans*-1,2-dichloroethylene | 0.1 |
| 1,2-dichloropropane | 0.005 |
| Ethylbenzene | 0.7 |
| Monochlorobenzene | 0.1 |
| Styrene | 0.1 |
| Tetrachloroethylene (PCE) | 0.005 |
| Toluene | 1 |
| Xylenes (Total) | 1 |
| Phase V (1992) | |
| Dichloromethane | 0.005 |
| 1,2,4-Trichlorobenzene | 0.07 |
| 1,1,2-Trichloroethane | 0.005 |

## 2.3 WATER PLANT DESCRIPTIONS

The water systems of concern in the ATSDR study, including Hadnot Point, Holcomb Boulevard and Tarawa Terrace, are described in the following sections. The descriptions are based on interviews with base personnel, site visits and an examination of design and as-built drawings that were obtained as part of this project.


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 138 of 221

### 2.3.1 Hadnot Point

The Hadnot Point Water Treatment Plant (WTP) (PWSID 04-670-41, Building 20) is located in a central geographic location serving the residential, commercial and industrial areas south of Wallace Creek and east of the New River. In 2001, the facility served 35,000 people and 1,050 service connections. Its current design capacity is 5.0 MGD (790 $m^3$/h) and treatment processes include chlorine disinfection, lime softening with spiractors, followed by filtration, and fluoridation.

The Hadnot Point WTP was designed in 1941/1942 by Carr & J.E. Greiner Co. for the Marine Barracks New River, North Carolina under a contract with the U.S. Navy Bureau of Yards and Docks (M.B. Project No. P-108-4). As originally built, groundwater was treated in three parallel pellet reactors ("spiractors") with a capacity of 700 gpm (158 $m^3$/h) each, where lime slurry was added for softening. The water was discharged into a 17,000-gallon (64.3 $m^3$) recarbonation basin (Figure 2-1) and then distributed onto three parallel dual-media gravity filters (Figure 2-2). The filter media consisted of a 27-inch (0.69 m) layer of sand on top of an 18-inch (0.45 m) layer of gravel. Disinfection was accomplished using two gas chlorinators. The chlorine solution could be injected at three different points upstream of the spiractors and downstream of the filters. Finished water was then discharged into an 800,000-gallon (3,000 $m^3$) clearwell.

Based on a design by Carr & J.E. Greiner Co., the plant underwent a major expansion in 1944/1945. Under Project P-1517, two spiractors, two filters and an additional 560,000-gallon (2,100 $m^3$) clearwell were added to the plant to obtain today's capacity of 5 MGD. A third finished water reservoir with a capacity of 2 million gallons (7,600 $m^3$) was added to plant in the early 1950s. The last major change in the configuration of the Hadnot Point WTP until the 1980s occurred in 1959-1961, when the 800,000-gallon (3,000 $m^3$) clearwell was converted into a raw water reservoir by L.E. Wooten & Company under a contract with the U.S. Navy Bureau of Yards and Docks.


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 139 of 221



**Figure 2-1. Hadnot Point WTP Recarbonation Basin.**



**Figure 2-2. Hadnot Point WTP Filter.**

At some unknown time in the past decades, the plant operators discontinued recarbonation. However, softened water still flowed through the basin. The plant configuration during the period from 1968–1985 is depicted in Figure 2-3.




**Figure 2-3. Hadnot Point Water Treatment Plant 1968-1985.**

### 2.3.2 Holcomb Boulevard

The Holcomb Boulevard WTP (PWSID 04-67-043, Building 670) supplies water to the central geographic area north of Wallace Creek, Tarawa Terrace (since 1988), U.S. Naval Hospital, Midway Park and Camp Johnson. In 2001, the facility served 17,000 people and 1,500 service connections. Today, its design capacity is 5.0 MGD (790 $m^3/h$) and the treatment processes include chlorine disinfection, lime softening with spiractors, followed by filtration, and fluoridation.

The Holcomb Boulevard WTP was constructed in the early 1970s based on a design by Henry von Oesen & Associates on a contract with the Naval Facilities Engineering Command, Atlantic Division (LANTDIV). Originally designed for a capacity of 2


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 141 of 221

MGD (315 $m^3$/h), the plant was equipped with two parallel 700 gpm (158 $m^3$/h) spiractors for lime softening (Figure 2-4). There was no recarbonation basin and the water discharged directly to two dual-media gravity filters. The filter media consisted of 12 inches (0.30 m) of gravel and 27 inches (0.69 m) of sand. Filtered water flowed to a clearwell with a capacity of 1 million gallons (3,800 $m^3$). The plant configuration during the period from 1970–1985 is depicted in Figure 2-5.

The plant underwent its first major upgrade in 1984-1987 under LANTDIV contract No. N62470-81-B-1644. During this period, its capacity was expanded to its current capacity of 5 MGD (19,000 $m^3$/d) by adding three spiractors and three gravity filters. In addition, two circular tanks, one for raw water and one for finished water storage, were added to the plant. The raw and finished water reservoirs each had a capacity of 2 million gallons (7,600 $m^3$).



**Figure 2-4. Holcomb Boulevard WTP Spiractors.**


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 142 of 221




**Figure 2-5. Holcomb Boulevard Water Treatment Plant 1970-1985.**

### 2.3.3 Tarawa Terrace

The Tarawa Terrace WTP served a population of 6,300 until it was shutdown in 1988 after the Holcomb Boulevard plant expansion was completed. Its design capacity was 1 MGD (158 $m^3$/h) and treatment processes included chlorine disinfection, lime softening with spiractors (pellet reactors), followed by filtration and fluoridation.

The earliest available design drawings suggest that the plant was built in the early 1950s. These drawings did not agree with designs for later upgrades. However, based on as-built drawings for a water supply improvement project in 1963 (Bureau of Yards and Docks No. 859315 – 859320), it appears that the plant was equipped as follows: Raw water was pumped directly from the supply wells to a single 700 gpm (158 $m^3$/h) spiractor for lime softening. The softened water was then conveyed to six parallel 9-foot diameter pressure filters, two of which were added during the 1963 upgrade project. Filtered water was collected in a 750,000-gallon (2,800 $m^3$) clearwell and pumped to a 12-inch distribution system header using up to four pumps with capacities of 500 gpm, 750 gpm, 1000 gpm and 1250 gpm. The plant configuration during the period from 1968–1985 is shown in Figure 2-6.


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 143 of 221




**Figure 2-6. Tarawa Terrace Water Treatment Plant 1968-1988.**

Operation of the Tarawa Terrace WTP was discontinued in 1988, when the Holcomb Boulevard WTP expansion was completed and the distribution systems were interconnected.



Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 144 of 221

# 3. MODELING VOC REMOVAL

This section provides a background on the properties of certain VOCs, their fate in water treatment processes and approaches to model their removal from aqueous solutions.

## 3.1 PROPERTIES OF TRICHLOROETHYLENE AND TETRACHLOROETHYLENE

Five VOCs were identified as contaminants in the Camp Lejeune's wells and finished water: TCE, DCE, PCE, methylene chloride and vinyl chloride. The two specific VOCs that are part of ATSDR's computer modeling of the MCB water system over the period of 1968-1985 are TCE and PCE.

Trichloroethylene (TCE) is a nonflammable, colorless liquid with a somewhat sweet odor and a sweet, burning taste. It is used mainly as a solvent to remove grease from metal parts, but it is also an ingredient in adhesives, paint removers, typewriter correction fluids and spot removers. Tetrachloroethylene (PCE) is a chemical that is widely used for dry cleaning of fabrics and for metal-degreasing. It is also used to make other chemicals and is used in some consumer products. It is a nonflammable liquid at room temperature, evaporates easily into the air and has a sharp, sweet odor. Some physical and chemical properties of these two compounds are summarized in Table 3-1. Estimated Henry's Law constants and diffusion coefficients were obtained from EPA (2004).

**Table 3-1. Physical and Chemical Properties of TCE and PCE.**

| Property (at 20 °C, 1 atm) | TCE | PCE |
|---|---|---|
| CAS Registry Number | 79-01-6 | 127-18-4 |
| Name (according to NIST Standard Reference Database 69) | Trichloroethylene | Tetrachloroethylene |
| Molecular Formula | $C_2HCl_3$ | $C_2Cl_4$ |
| Structural Formula |  |  |
| Molecular Weight | 131.39 | 165.82 |
| Henry's Constant (atm·m³/mol) | $7.07 \times 10^{-3}$ | $1.31 \times 10^{-2}$ |
| Diffusion Coefficient in Water (cm²/s) | $8.43 \times 10^{-6}$ | $7.59 \times 10^{-6}$ |
| Diffusion Coefficient in Air (cm²/s) | 0.0890 | 0.0813 |

## 3.2 FATE OF VOLATILE ORGANIC COMPOUNDS

In reviewing the fate of VOCs that have contaminated bodies of water, volatilization has been shown to be a significant pathway for loss across the air-water interface. This is especially true for organic pollutants whose Henry's constants are greater than $4.6 \times 10^{-3}$ atm·m³/mol (Smith *et al.*, 1980). For highly volatile solutes (high Henry's constants) volatilization loss has been shown to be enhanced by air turbulence and sub-water mixing (Chiou *et al.,* 1980). Callaghan *et al.* (1979), summarizing in an EPA report on the fate of priority pollutants in aqueous systems, recognized volatilization as the primary transport process for VOCs (e.g., TCE, DCE, PCE).

As far back as the 1970s, volatilization of man-made chlorinated hydrocarbons throughout the global environment and its subsequent contamination has led researchers to develop mathematical expressions to predict the transfer of contaminants from water to air. Mackay and Leinonen (1975) presented equations to predict the rate of evaporation of organic contaminants (i.e., VOC) from water bodies to the atmosphere.


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 147 of 221

Dilling (1977) measured half-lives for evaporation of organic chemicals from dilute aqueous solutions (1 mg/L) from an average solution depth of 2.5 in (6.5 cm), under quiescent air conditions while stirring at 200 rpm at 25°C. Evaporation half-lives for organic chemicals ranged from 17 to 56 minutes. For TCE and PCE, Dilling *et al.* (1975) presented data showing that volatilization of 50% of the two compounds from a dilute solution (1 mg/L) occurred in less than 30 minutes and 90% volatilization occurred in less than 90 minutes. The authors suggested that the VOCs will not persist in natural water bodies due to evaporation. In a study on persistence of organic chemicals in natural water bodies, volatilization was considered the major process of removal of organic contaminants from surface waters (Zoeteman *et al.,* 1980). Half-lives of organic chemicals in surface water bodies have been reported on the order of 1-10 days (Zoeteman *et al.,* 1980). Callaghan *et al.* (1979) and references therein, cautioned against extrapolating volatilization results from laboratory studies considering that surface and bulk agitation can be highly variable in natural waters.

Peng *et al.* (1994) estimated the volatilization rate constant of dissolved volatile organic compounds (TCE, PCE) from a 1000 mL beaker in the laboratory under near ideal quiescent conditions. The volatilization rate constant from this model was found to be inversely proportional to the square of the water depth under ideal quiescent conditions whereas it was proportional to the inverse of the depth under completely mixed conditions. A theoretical and a simplified model were applied to experimental data and correlation coefficients of better than 0.95 were obtained for all tested cases. Near quiescent experimental conditions are expected to prevail in water treatment holding/storage tanks.

Surveys of VOC occurrence in groundwater (Squillace, 1999) and evaluations of VOC treatment technologies for drinking water (Love and Eilers, 1982) have stated that incidental removal of VOC is likely to occur during conventional water treatment through aeration/volatilization, although conventional water treatment processes have


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 148 of 221

been shown to be ineffective in directly reducing concentrations of VOCs in a contaminated raw source water (Love *et al.*, 1983).

In wastewater treatment, VOC emissions have been thoroughly studied. Models have been developed to estimate emissions of organic compounds through various pathways including volatilization. An EPA report (EPA, 1980), assessing innovative and alternative technology in wastewater treatment, stated that hydraulic jumps, overflow weirs, open clarifier surfaces, operations that cascade the water, finished water storage, all provide opportunities for potential loss of VOCs from water. Such VOC removals are the result of happenstance rather than optimized design to provide maximum removal, as in air stripping treatment processes.

Volatilization in the form of VOC emissions from various industrial unit processes including wastewater treatments has been studied by Tansel and Eyma (1999) who developed mathematical models to estimate mass transfer for volatilization from clarifier surfaces and weirs as well as aeration basins. Tansel and Eyma (1999), and references therein, found that VOC emissions were dependent on the air-water surface area, degree of agitation of the water surface and the residence time of the water in the tanks. During the development of the VOC emission model, it was assumed that volatilization was the single most important removal mechanism for the VOCs under study, including TCE and PCE, that were detected in the influent streams at concentrations of 3.75 μg/L and 8.7 μg/L, respectively. Removal rates were on the order of 68% for TCE and 86% for PCE with most of the volatilization occurring from the aeration tanks and weirs. Nakasone (1986) also modeled VOC removal during aeration at weirs and cascades and incorporated terms for fall-height, discharge and tail water depth.

## 3.3 OVERVIEW OF VOLATILIZATION MODELS

A summary of the existing models for the volatilization of organics from water bodies (e.g., rivers and lakes) was provided by Thomas (1990). He evaluated four different approaches:


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 149 of 221

- Method of Mackay and Wolkoff (1973): This method is based on thermodynamic considerations and applicable to only a restricted class of compounds. The method is not recommended for general use. It was later expanded according to the methods developed by Liss and Slater (1974).
- Method of Liss and Slater (1974): The volatilization is modeled as a two layer film where at the interface, the ratio of concentration across air to water is assumed to equal Henry's law constant. Transfer through the films occurs through molecular diffusion. The resulting mass transfer coefficients are empirical in nature.
- Method of Chiou and Feed (1977, 1979): The method is based on gas dynamics and thermodynamic considerations. It was not adopted in later studies of volatilization of organic chemicals from water.
- Method of Smith et al., (1980): This method is based on reaeration and is applicable to compounds with high Henry's constants and low solubility.

The method recommended by Thomas (1990) follows the two-film concept introduced by Liss and Slater (1974) and extended by Mackay and Leinonen (1975). Liss and Slater's model was also adopted for the Estimation Program Interface (EPI), a suite of environmental fate estimation models developed for the EPA Office of Pollution Prevention Toxics by the Syracuse Research Corporation (SRC). Using a single input, EPI calculates the VOC volatilization from rivers and lakes and half-lives among other physical–chemical properties and environmental fate parameters.

EPA's Office of Air Quality Planning and Standards (OAQPS) has developed a computer program WATER9 (which superseded an earlier WATER8 version), for estimating the loss of organic compounds through volatilization from various wastewater treatment units including overflow weirs (EPA, 1994). Equations used in WATER9 along with examples are provided in the program manual (EPA, 1994). Nakasone's (1986) model for weir aeration has been adopted in the WATER9 program for estimating VOC loss from a weir.


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 150 of 221

## 3.4 ESTIMATION OF VOC EMISSIONS FROM WATER TREATMENT UNITS

In this work, the estimation of volatilization half-lives of TCE and PCE and their removal rates from various water treatment units was made based on the series of equations compiled by Thomas (1990). Volatilization depends on the chemical properties of the organic compound under study (e.g., solubility, vapor pressure, Henry's law constant) and the physical characteristics of the water body (e.g. depth, flow rate).

The following water treatment units were evaluated with respect to their contribution to the volatilization of TCE and PCE from air-water interfaces:

- Raw water reservoir
- Recarbonation basin
- Filter water surfaces
- Spiractors water surfaces
- Overflow weirs in spiractors
- Finished water storage reservoirs

The model of Mackay and Leinonen (1975) as outlined in Thomas (1990) was used to estimate half-lives and VOC removal rates from the above treatment water holding structures. Nakasone's (1986) model as adopted in the EPA's WATER9 model was used to calculate VOC removal from spiractor weirs. Detailed mathematical descriptions of the models are provided in the following sections. The dimensions of various treatment units were obtained from schematics provided by MCB Camp Lejeune for WTP structures that were in existence up to 1985.

The spiractors at the three treatment plants were identical in capacity and dimensions. In the model, removal of VOC occurred from the top surface as shown in Figure 3-1 as well as from the nappe (i.e., the sheet of water falling over a weir) believed to be formed at the center effluent pipe.


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 151 of 221




**Figure 3-1. Spiractor Dimensions.**

Images of the pipes at the Hadnot Point WTP are provided in Figure 3-2 and Figure 3-3. A detailed sketch of the effluent pipe is shown in Figure 3-4. The input parameters needed to estimate the VOC removal from a weir using Nakasone's model were determined as follows: the depth over the circular pipe ($H_c$) was estimated using Francis' weir equation and assuming that the pipe represents a sharp-crested weir with a length equal to the circumference of the pipe. The fall height was estimated visually based on recent photographs. An approximation for the tail water depth was obtained by assuming that critical flow occurs downstream of the bend. The critical depth for a circular 12-inch pipe at a flow rate of 1 MGD (158 $m^3$/h) is approximately 6 inches (0.12 m).

The dimension of the water storage tanks and filters are listed in Appendix B. For the calculation of VOC removals, the overflow and the bottom elevations of the basins and tanks were used to determine the water depth. For filters, only the water depth


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 152 of 221

above the granular media was taken into account. The normal water elevation was determined from the elevations of shut-off floats or overflows.



**Figure 3-2. Hadnot Point WTP Spiractor Effluent Pipe (1941/1942).**


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 153 of 221



**Figure 3-3. Hadnot Point WTP Spiractor Effluent Pipe (1944/1945).**



Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 154 of 221




**Figure 3-4. VOC Removal Due to Aeration at Effluent Pipe.**

### 3.4.1 VOC Removal from Quiescent Basins with Flow

Raw and finished water reservoirs and any other water holding structure exhibiting a large surface area would be conducive for volatilization of VOCs from the open liquid surface into the air. The modeling of the volatilization rates is based on the chemical properties of the contaminants (i.e., TCE and PCE) identified in the water entering the three WTPs and on the physical properties of the unit processes (i.e., dimensions, flow rate).

Although the errors associated with these types of calculations are unknown, it is generally believed that estimates of volatilization are in agreement with actual processes


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 155 of 221

within a factor of ten and probably within a factor of two or three in most cases (Thomas, 1990).

In a quiescent tank (e.g., raw and finished water reservoirs, filter beds and spiractors) the water is assumed to be well mixed and the bulk concentration of a contaminant is equal to the effluent concentration and can be estimated from a material balance. VOC volatilization is a first-order rate process and the remaining fraction of a chemical can be expressed as follows:

$$\frac{C_o}{C_i} = \exp(-k_v t) \qquad \text{Equation 1}$$

$C_o$ is the effluent concentration, $C_i$ is the influent concentration, $k_v$ is the overall volatilization rate constant and $t$ represents the residence or detention time in the reactor. The detention time is calculated by dividing the reactor volume by the flow rate. The decay of the chemical is an exponential function of time as shown in Figure 3-5.




**Figure 3-5. Exponential Decay Due to Volatilization.**



Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 156 of 221

The overall volatilization constant, $k_v$, depends on the overall liquid mass transfer coefficient, $K_L$, and the mean depth of the water body, $Z$:

$$k_v = \frac{K_L}{Z} \qquad \text{Equation 2}$$

The overall liquid mass transfer coefficient, $K_L$, needed to solve Equation 1 is estimated from a two-phase resistance model as follows:

$$K_L = \frac{\left(\frac{H}{RT}\right)k_g k_l}{\left(\frac{H}{RT}\right)k_g + k_l} \qquad \text{Equation 3}$$

The additional unknowns introduced in Equation 3 include the liquid-phase mass transfer coefficient, $k_l$, and the gas-phase mass transfer coefficient, $k_g$. $RT$ is the product of the universal molar gas constant and the absolute temperature which has a numerical value of 0.024 atm·m$^3$/mol at 20 °C. $H$ is the substance-specific Henry's Law constant.

The transfer coefficients $k_l$ and $k_g$ depend on wind and/or water velocity, water depth, $Z$, and molecular weight, $M$, of the chemical:

$$k_g = 1137.5 \cdot \left(V_{wind} + V_{water}\right) \cdot \sqrt{\frac{18}{M}} \qquad \text{Equation 4}$$

$$k_l = 23.51 \cdot \left(\frac{V_{water}^{0.969}}{Z^{0.673}}\right) \cdot \sqrt{\frac{32}{M}} \qquad \text{Equation 5}$$

For raw and finished water reservoirs, the water velocity can be computed by dividing the flow rate by the cross-sectional area. In filters and spiractors, the overflow rate, i.e., the quotient of flow rate and surface area can be used. If the wind velocity ex-

ceeds 1.9 m/s, then the following equation should be used for the liquid mass transfer coefficient:

$$k_l = 23.51 \cdot \left( \frac{V_{water}^{0.969}}{Z^{0.673}} \right) \cdot \sqrt{\frac{32}{M}} \cdot \exp(V_{wind} - 1.9) \qquad \text{Equation 6}$$

Average wind speeds in coastal regions in North Carolina range from 8 to 12 mph (3.6 to 5.4 m/s) (National Climatic Data Center, 1998). A wind velocity of 5 m/s was used to compute the volatilization from the spiractors and the recarbonation basin. The other treatment components are covered or indoors.

### 3.4.2 VOC Removal from Weir Structures

In addition to surface volatilization, the spiractor effluent pipe offers a weir like structure through which water is transferred to the filter beds. According to Nakasone's (1987) model as implemented in WATER9 (EPA, 1994), volatilization to air over weir type structures is a function of flow rate, fall distance and tail water depth. The fraction of a chemical that is removed, $C_o/C_i$, is estimated by the following relationship:

$$\frac{C_o}{C_i} = \exp\left( -\frac{K_o Z}{q} \right) \qquad \text{Equation 7}$$

$K_o$ is the overall mass transfer coefficient based on the liquid concentrations, $q$ is the water flow rate per length of the weir and $Z$ is the fall height including 1.5 times the distance from the weir top to the critical depth above the weir. The value of the overall mass transfer is estimated from the liquid and gas mass transfer coefficients, $k_l$ and $k_g$, and Henry's constant, $H$, as shown in Equation 8.

$$K_o = \left( \frac{1}{k_l} + \frac{RT}{k_g H} \right)^{-1} \qquad \text{Equation 8}$$

The gas mass transfer coefficient of the flow at the weir is estimated using Equation 9, where $D_{gv}$ is the diffusion coefficient of the organic chemical in air and $D_{go}$ the diffusion coefficient of a reference substance (benzene, $D_{go} = 0.0982$ cm$^2$/s).

$$k_g = 0.05 \cdot \left( \frac{D_{gv}}{D_{go}} \right)^{0.66} \qquad \text{Equation 9}$$

A value of the liquid phase mass transfer coefficient can be estimated for organics, after correcting for the relative diffusion coefficient of the organic and oxygen in water.

$$k_l = \frac{q}{Z} \left( \frac{D_{lv}}{D_{lo}} \right)^{0.66} \ln(r) \qquad \text{Equation 10}$$

$D_{lv}$ is the diffusion coefficient of the organic chemical in water and $D_{lo}$ the diffusion coefficient of the reference substance, benzene, in water ($D_{lo} = 8.99 \times 10^{-6}$). ln($r$) is the deficit ratio for the compound of interest, which is computed according to Equation 11, where $h$ is the tail water depth at the weir.

$$\ln(r) = 0.0785 \cdot Z^{1.31} q^{0.428} h^{0.13} \qquad \text{Equation 11}$$

# 4. RESULTS

Using the model presented in the previous sections, fractional removals of TCE and PCE from the treatment units that existed at the Hadnot Point, Holcomb Boulevard and Tarawa Terrace WTPs were estimated. Detailed calculations are included in Appendix C in the same order as presented below. All computations were based on a temperature of 20 °C and atmospheric pressure of 1 atm (101.325 kPa).

## 4.1 VOC REMOVAL FROM SPIRACTORS

To determine the fractional VOC removal from spiractors, only a single computation is necessary because the spiractors used at the three plants are identical and operate under the same design conditions. That is, for example, the fractional VOC removal in five spiractors operating at 5 MGD is equal to that in one spiractor operating at 1 MGD.

The calculations reveal that the removal of TCE and PCE by volatilization from the water surface in the spiractors is virtually zero. The half-life of these compounds, i.e., the time required for 50% removal, is approximately 200 days, whereas the detention time in the reactors is less than 10 minutes. The presence of wind at a speed of 5 m/s has no significant effect on the removal within the reactor due to the short detention time.

## 4.2 VOC REMOVAL FROM WEIR STRUCTURES

Using Nakasone's model as implemented in WATER9, volatilization due to aeration at the spiractor effluent pipe resulted in TCE and PCE removals of 6.1% and 7.7% at the design flow rate 700 gpm, respectively. These moderate removals are due to the turbulence created by the nappe upon impacting the horizontal pipe section.


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 161 of 221

A sensitivity analysis showed that the fall height has the largest effect on VOC removal at a weir. It was found that the removal of PCE and TCE is nearly proportional to the fall height. Observations on-site indicated the fall height can be highly variable depending on downstream head conditions, for example, due to filter backwashing. This variability is illustrated in pictures taken at the Hadnot Point WTP. Only a small vortex formed over the submerged effluent pipe (Figure 4-1) on one spiractor and then developed a nappe after a backwashed filter went back online (Figure 4-2). Because of the downstream recarbonation basin at that plant, the available head does not appear to allow a fall height of greater than approximately one foot and the effluent pipe is likely to be flowing full. However, at the Holcomb Boulevard WTP, because of the absence of a recarbonation basin, water falls approximately two feet to the bottom of the horizontal pipe section, allowing violent mixing and open channel flow (Figure 4-3).



**Figure 4-1. Vortex Over Hadnot Point WTP Spiractor Effluent Pipe.**



**Figure 4-2. Nappe Developed at Hadnot Point WTP Spiractor Effluent Pipe.**



**Figure 4-3. Fall Height at Holcomb Boulevard WTP Spiractor Effluent Pipe.**

Based on these observations, there is some uncertainty in the removal estimates from the effluent pipes. Additional uncertainties are introduced by varying head losses in the pipes caused by calcium carbonate scale built-up and manual cleaning. However, it is estimated that PCE and TCE removals due to aeration at the spiractor effluent pipes are likely to be no larger than 15%.

### 4.3 VOC REMOVAL FROM RESERVOIRS AND FILTERS

In raw and finished water reservoirs, the flow velocity was calculated based on the vertical cross-sectional area. For filters, the overflow rate was used as an estimate of the velocity. In both cases, the wind speed was neglected because the reservoirs are covered and the filters are located within the operations buildings.

TCE and PCE removals from the filters were virtually zero. Due to the exposure to wind, fractional removals from the recarbonation basin were discernible (0.03%) but too small to be considered significant. Despite the large surface areas, VOC removals in the raw and finished water reservoirs, ranging from 0.01% to 0.04%, were also negligible.

In all cases, the effect of flow restrictions at basin inlets and outlets on the velocity was not taken into account. Considering such effects would require the development of a detailed hydrodynamic model for each basin. However, calculations with an order-of-magnitude variation in flow velocity showed that it is unlikely that localized higher velocity could have significantly affected the VOC removal in the basins.


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 164 of 221

# 5. SUMMARY

MCB Camp Lejeune is currently the subject of an epidemiological study by the ATSDR to ascertain the health impacts of certain VOCs, including TCE and PCE which were present in the Hadnot Point, Tarawa Terrace and Holcomb Boulevard water supply systems in the early 1980s. AH assisted in the development of referenced estimates of the VOC removal rates that might have occurred within the treatment units that existed at the three plants during 1968-1985.

After determining the configuration and dimensions of the water treatment units in the three locations and after reviewing applicable models for estimating the volatilization rates of organic chemicals from water, TCE and PCE removals were calculated for raw and finished water reservoirs, recarbonation basins, filters and spiractors.

The calculations revealed that VOC removal due to volatilization from quiescent basins was negligible at MCB Camp Lejeune. The only significant VOC removals must have occurred at the spiractor effluent pipe, where the falling water undergoes some aeration. Considering the uncertainty in the estimates for the fall height over the weir formed by the pipe, the removals for TCE and PCE were likely to be less than 15%.


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 166 of 221

# 6. REFERENCES

Callaghan, M.A., M.W. Slimak, N.W. Gabel, C.F. Fowler, J.R. Freed, P. Jennings, R.L. Durfee, F.C. Whitmore, B. Maestri (1979). Water Related Environmental Fate of 129 Priority Pollutants-Volume II. EPA-440/4-79-029B.

Chiou, C.T., V.H. Freed (1979). Evaporation Rates from single-component and multi-component systems, Preprint of papers presented at the 177th National Meeting, Honolulu, Hawaii, April 1-6, 1979 American Chemical Society, Division of Environmental Chemistry.

Dilling W.L. Tefertiller N.B., G.J. Kallos (1975). Evaporation rates and reactivities of methylene chloride, chloroform, 1,1,1-trichloroethane, trichloroethylene, tetrachloroethylene and other chlorinated compounds in dilute aqueous solutions. Environ. Sci. Technol. 9:833-838.

Dilling, W. L. (1977). Interphase transfer processes. II. Evaporation of chloromethane, ethanes, ethylenes, propanes, and propylenes from dilute aqueous solutions. Comparisons with theoretical predictions. Environ. Sci. Technol. 11:405-409.

EPA Ecosystems Research (2004). Modeling Subsurface Petroleum Hydrocarbon Transport, On-site on-line calculators (May 2004): http://www.epa.gov/athens/learn2model/part-two/onsite/b0_onsite.htm

EPA Office of Air Quality Planning and Standards (1994). Air Emissions Models for wastewater. EPA-453/R-94-080A. Research Triangle Park, NC.

EPA Office of Water Program Operations (1980). Innovative and Alternative Technology Assessment Manual. (EPA-430/9-78-009)Cincinnati, OH.

Love, O.T., R.G. Eilers (1982). Treatment of drinking water containing trichloroethylene and related industrial solvents. J. AWWA. 74:413-425.

Love, O.T., R.J. Miltner, R.G. Eilers and C.A. Fronk-Leist (1983). Treatment of volatile organic compounds in drinking water. EPA-600/8-83-019.

Mackay D., and A.W. Wolkoff. (1973). Rate of evaporation of low-solubility contaminants from water bodies to atmosphere. Environ. Sci. Technol. 7:611-614.

Mackay D., P.J. Leinonen (1975). Rate of evaporation of low-solubility contaminants from water bodies to atmosphere. Environ. Sci. Technol. 9:1178-1180.


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 168 of 221

MCB Camp Lejeune. Water Survey Chronology of Events (2003). (April 2004): http://www.usmc.mil/camplejeune/clbwatersurveyinfo.nsf/0/566dbf0acee1d49585256d6500436d4f?OpenDocument

National Climatic Data Center (1998). Climatic Wind Data for the United States. Asheville, North Carolina.

Nikasone H. (1986). Study of aeration at weirs and cascades. J. Environ. Eng.113:64-81.

Peng J., J.K. Bewtra and N. Biswas (1994). Volatilization of selected organic compounds from quiescent water. J. Environ. Eng. 120:662-669 (1994).

Smith, J.H., D.C. Bommerger, Jr. and D.L. Haynes (1980). Predictions of the volatilization rates of high-volatility chemicals from natural water bodies.

Southworth G. R. (1979). The role of volatilization in removing polycyclic aromatic hydrocarbons from aquatic environments. Bull. Environ. Contam. Toxicol. 21:507-14.

Squillace, P.J., M.J. Moran, W.W. Lapham, C.V. Price, R.M. Clawges and J.S. Zogorski (1999). Volatile organic compounds in untreated ambient groundwater of the United States, 1985-1995. Environ. Sci. Technol. 33:4176-4187

Syracuse Research Corporation (2003). Estimation Program Interface (EPI) Suite Version 3.11 (June 10, 2003)

Tansel, B. and R. D. Eyma (1999). Volatile organic contaminant emissions from wastewater treatment plants during secondary treatment. Water, Air and Soil Pollution 112:315-325.

Thomas R. (1990). Volatilization from Water. In Lymnan W.L., W.F. Reehl and D.H. Rosenblatt. Handbook of Chemical Property Estimation Methods: Environmental Behavior of Organic Compounds (pp 15.1–15.34). McGraw Hill: New York, (1990).

Westat Corporation (1984). National Survey of Hazardous Waste Generators and TSDF's Regulated Under RCRA in 1981. Prepared for the U.S. Environmental Protection Agency. Contract No. 68-01-6861. April 1984.

Zoeteman, B.C.J., K. Harmsen, J.B.H.J. Linders, C.F.H. Morra and W. Slooff (1980). Persistent organic pollutants in river water and groundwater of the Netherlands. Chemosphere. 9:231-249.


Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 169 of 221

# APPENDIX A

## SCOPE OF WORK



Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 171 of 221

## SCOPE OF WORK
## WATER MODELING SUPPORT

## I. BACKGROUND

A. Camp Lejeune is currently the subject of an epidemiological study by the Agency for Toxic Substance and Disease Registry (ATSDR) to ascertain the health impacts of various chemicals, which were present in the Hadnot Point, Tarawa Terrace, and Holcomb Boulevard water supply systems in the early 1980's.

## II. OBJECTIVE

A. The primary objective of this project is to assist ATSDR in obtaining the historical and current information required for the modeling efforts that will be used in ATSDR's epidemiological study.

## III. SPECIFIC TASKS

A. The consultant shall develop a chronology of infrastructure changes within the Tarawa Terrace, Holcomb Blvd, and Hadnot Point water distribution systems from 1968 to 1985. This chronology shall consist of a summary of relevant construction and maintenance projects and resulting modifications to infrastructure

B. The consultant shall develop GIS maps illustrating water treatment and distribution systems (TT, HB, HP) infrastructure corresponding to stages of their evolution from 1968 to 1985. These maps should reflect changes to the water main system (typically pipes over 2" in diameter) on an annual basis. These maps shall show locations and attributes of all components, including water mains (material and sizes), valves, hydrants, and blowoffs. The year installed and retired (if applicable) shall be noted in the attribute tables.

C. The consultant shall develop a Water System Report to support the water system modeling effort. The report shall include the following:

   a. Data on dates that the water supply wells were installed and closed.
   b. Detailed description of the Tarawa Terrace Water Treatment Plant, which includes capacity, storage tank sizes and locations, booster pump sizes and

configurations, treatment process descriptions, etc.

D. The consultant shall provide contaminant occurrence, fate and transport assistance to ATSDR.

E. The consultant shall provide up to 3 staff to attend up to 5 meetings at MCB Camp Lejeune.

F. The consultant will conduct a literature review and a search of the appropriate archives to develop referenced estimates of the VOC removals that might have occurred through the Hadnot Point, Holcomb Boulevard and Tarawa Terrace water systems.

G. The consultant shall provide the following support to ATSDRs distribution system tracer study efforts: a) Review ATSDRs draft Work Plan for the Tracer Study - Preliminary Test; b)Provide up to 2 days of onsite assistance during the preliminary test; c) Review ATSDRs draft Work Plan for the Tracer Study - Full Scale Test; b)Provide up to 4 days of onsite assistance during the Full Scale Test.

H. *The consultant shall keep detailed records of the number of hours that employees work to reseach archival records and digitize historical water system maps.*

I. *The consultant shall evaluate and provide a summary of the state of the technology for gas chromatographs in the early 1980's. The summary should evaluate the availability, use, limitations, and accuracy of GC technology as applied to water quality testing, specifically TTHM testing.*

J. *The consultant shall review the lab notes provided by Grainger Laboratory. The notes were made in the context of monitoring for TTHM's in drinking water. Describe the laboratory procedures for analyzing TTHM's at the time, including how "interference" from hydrocarbons would have been detected and how the interference would have affected the results. Describe the quantitative conclusions,results and accuracy regarding VOC's that the lab personnel would/could have drawn from the test results. Provide an opinion as to the context of these notes in terms of the presence of VOC's in the water tested.*

## VI. MILESTONES AND MEETINGS

A. The Contractor shall comply with the schedule of milestones, meetings, and submittal dates that will be established in consultation with Camp Lejeune and ATSDR. All meetings will be at Camp Lejeune unless otherwise requested by Camp Lejeune or ATSDR.

The contractor shall coordinate all work with MCB Base Utilities and Public Works Office. A schedule of work shall be submitted to the POC at least 7 days prior to the beginning of work. Two days prior to the start of the work, the contractor shall contact the MCB Base POC to confirm the schedule. Any changes in the schedule must be coordinated with the MCB Base POC.

## V. SUBMITTALS

A. Reports

1. The A/E shall submit five copies of the draft report and three electronic copies of the report on Tasks A, B, and C. Areas to be included in the draft report will be determined at the kick-off meeting.

2. Five copies of the final report and three electronic copies on Tasks A, B, and C shall be submitted.

3. Government comments and recommendations will be provided to the A/E on the draft submittals for incorporation into the final report.

4. Final reports will be of professional quality including color maps, drawings, figures, and appendices. The A/E shall furnish the Base with an original manuscript and a diskette of the final submittals.

B. AutoCad mapping update

1. Five copies of the appropriate sheets (F-size prints) shall be submitted with the draft report.

2. The A/E shall submit for approval F-size prints showing the updated sheets of the water distribution system with

a drawing scale of 1 inch = 200 feet.

3. Ten sets of half size prints shall also be provided with the final report. Two copies of final mapping mylars, and one copy of final AutoCad drawing files on 1.44 M 3 1/2 inch diskette shall also be submitted.

C. Data coverages

D. GPS Tables

E. Geographic Information System (GIS) Specifications For Digital Data. Any maps, drawings, figures, sketches, databases, spreadsheets, or text files prepared for this contract shall be provided in both hard copy and digital form. The hard copy deliverables are defined in a previous section of this statement of work.

1. **Text, Spreadsheet, and Database Files:** The Marine Corps standard computing software is Microsoft Office. Final Reports and other text documents shall be provided in Microsoft Word 2000 format **AND** Adobe Portable Document Format (PDF). Spreadsheet files shall be provided in Microsoft Excel format. Databases shall be provided in Microsoft Access format, unless specified otherwise, as approved by the Government. **Prior to database development, the contractor shall provide the Government with a Technical Approach Document** for approval which describes the contractor's technical approach to designing and developing the database. All text, spreadsheet, and database files shall be delivered on 3.5 inch, high density diskettes or compact disk read-only memory (CD-ROM) with ISO-9660 format.

a. **Maps, Drawings, Sketches:**

(1) **Geographic Data Delivery Format:**

(a) Digital geographic maps and the related digital information shall be developed using double precision and delivered in uncompressed ARC/INFO export file format (.e00) using ARC/INFO Release 7.2 or higher. ARC/INFO is a geographic information system software application produced by the Environmental Systems Research Institute of Redlands, California, and is the software used by Camp Lejeune's Integrated Geographic Information Repository (IGIR) System.

(b) Digital geographic maps and the related digital information shall be usable on a Sun Sparc computer system

using the Solaris 2.8 UNIX Operating System. It shall be provided on 2.3 or 5 Gbyte, 8 mm magnetic data cartridge tape using UNIX TAR. The tapes shall be delivered with written documentation describing which tape archival (tar) options were used, making recommendations for restoring the data, and relating how much data is stored on the tape. Digital information may alternatively be delivered on compact disk read-only memory (CD-ROM) with ISO-9660 format.

(c) Geographic data shall be provided in meters and projected into the Universal Transverse Mercator (UTM) coordinate system. The maps shall use UTM Zone 18, the GRS 1980 spheroid and the North American Datum 1983 (WGS-84). No offsets shall be used. Each map layer or coverage shall have a projection file. Map or drawing scales will be determined by the Contracting Officer's Technical Representative. Mapping accuracy for the agreed scales will conform to the American Society for Photogrammetry and Remote Sensing (ASPRS), "Accuracy Standards for Large-Scale Maps" and "Interim Accuracy Standards for Large-Scale Maps" (ASPRS, 1991). Copies of the ASPRS Accuracy Standards can be obtained by contacting:

American Society for Photogrammetry and Remote Sensing
5410 Grosvenor Lane, Suite 210
Bethesda, MD 20814-2160

ASPRS accuracy standards can also be found on the Internet at:

http://www.asprs.org

(d) Geographic data must be provided in a form that does not require translation, preprocessing, or postprocessing before being used in the IGIR System. However, the Contractor shall consult with the Government (specifically the Geographic Information Systems Branch) concerning the use of alternative delivery formats such as AutoCAD Release 14 or higher to provide design drawings, sketches, or figures. The Government may approve the use of AutoCAD when it is determined that the format will not compromise the spatial accuracy or structure of the delivered data and that the data will easily integrate with the IGIR System. All digital files provided in AutoCAD shall be in the same projection and use the same coordinate system, datum, and units as stated above, and shall be provided on 3.5 inch, high density diskettes or CD-ROMs.

(2) **Geographic Data Structure**: The Contractor shall develop all geographic information in a structure consistent with the Spatial Data Standards (SDS), Version 2.0, released in

January, 2001, or a higher version if available at the time of this project. The Contractor shall consult with the Government concerning modifications or additions to the SDS. The Government may approve modifications to the Standard if it is determined that SDS does not adequately address subject datasets. Copies of the SDS may be obtained by contacting:

Director, U.S. Army Engineer Waterways Experiment Station
CADD/GIS Technology Center
Attn: CEWES-IM-DA/Smith
3909 Halls Ferry Road
Vicksburg, MS 39180-6199

Electronic copies of the Standards are also available from the CADD/GIS Technology Center's Internet homepage at URL address:

http://tsc.wes.army.mil

(3) **Geographic Data Documentation**: For each digital file delivered containing geographic information (regardless of format), **the Contractor shall provide documentation** consistent with the "Content Standards for Digital Geospatial Metadata, June 1998" published by the Federal Geographic Data Committee. The documentation shall include but is not limited to the following: the name and description of the map layer or coverage, the source of the data and any related data quality information such as accuracy and time period of content, the type of data coverage (point, line, polygon, etc.), the field names of all attribute data and a description of each field name, the definition of all codes used in the data fields, the ranges of numeric fields and the meaning of these numeric ranges, the creation date of the map layer and the name of the person who created it. A point of contact shall be provided to answer technical questions. A metadata generation software, called Document.aml, is available from ESRI for use with ARC/INFO to help in the production of the required metadata and should be used. If document.aml is not used, the Contractor must insure that the .DOC, .ATT, .NAR and .REF INFO files delivered with the data layers are compatible with the document.aml process. Copies of the FGDC metadata standard can be obtained by contacting:

FGDC Secretariat
c/o U.S. Geological Survey
590 National Center

Reston, Virginia 22092
(703) 648-5514

FGDC metadata standards can also be found on the Internet at:

http://www.fgdc.gov

(4) **Geographic Data Review:** The digital geographic maps, related data, and text documents shall be included for review in the draft and final contract submittals. The reviews shall include a visual demonstration of the geographic data on one of the Sun Sparc or Windows NT computer systems supported by the Geographic Information System (GIS) Branch, Business and Logistics Support Department. Actual installation of the digital data from the magnetic tape cartridge or CD-ROM onto the computer will be conducted by GIS Branch personnel. However, **the Contractor shall have a technical consultant available at each review to assist with any digital data discrepancies.** The data will be analyzed for subject content and system compatibility. Review comments to data and text shall be incorporated by the Contractor prior to approval of the final submittal.

(5) **Ownership:** All digital files, final hard-copy products, source data acquired for this project, and related materials, including that furnished by the Government, shall become the property of Marine Corps Base, Camp Lejeune and will not be issued, distributed, or published by the Contractor.

F. Global Positioning System (GPS) Data Collection Standards

1. Field Procedures

a. Static Mode - recommend 180+ measurements at 1 second intervals; measurements must be stored in the receiver for later downloading and post-processing.

b. Kinematic mode - the time between measurements should not exceed 1 second.

c. Elevation mask > 10 degrees.

d. Datum - WGS 84 (Equivalent to NAD 83, the State legislated datum).

e. Units - US Survey meters (NC General Statutes require US Survey Foot for English to metric conversion).

f. Elevation mode - Height above Ellipsoid (HAE).

g. PDOP < 6 with a minimum of four satellites.

h. The Roving (Field) Receiver must be within 200 miles of the approved Base Station to be used for differential corrections.

G. Equipment

1. The GPS receiver shall produce and store data in a format compatible with the Base station data used to perform the differential corrections.

2. Using differential GPS techniques, the GPS receiver shall be able to obtain accuracies of $\pm$ 0.5 meters or better.

3. GPS receiver shall have the capability to collect, store, and transfer digital data files that contain pseudo-range measurements with time epoch.

4. The North Carolina Geodetic Survey will maintain a list of receivers known to be compatible with the North Carolina Geodetic Survey Base Station Network.

H. Approved Based Stations

1. North Carolina Geodetic Survey Base Stations located at:

Washington - Regional Office EHNR
Asheville - Regional Office of EHNR
Raleigh - Archdale Building

2. The North Carolina Geodetic Survey will maintain a list of additional approved Base Stations and their geodetic control specifications.

## VI. <u>ADDITIONAL INFORMATION</u>

A. The following information shall be made available for copy by the A/E after award but not later than the kick-off meeting:

1. Historic As-built drawings of the water distribution systems will be made available.

2. GIS maps of the existing Hadnot Point and Holcomb water systems



Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 180 of 221

# APPENDIX B

## DIMENSIONS OF TREATMENT UNITS

| Plant Configuration in the period from 1968 to 1985 | | | |
|---|---|---|---|
| | HOLCOMB BOULEVARD | HADNOT POINT | TARRAWA TERRACE |
| **Building** | 670 | 20 | TT38 |
| **Raw Water Reservoir** | None | 1 | None |
| Capacity | n/a | 800,000 gal | n/a |
| Width | n/a | 95.00 ft | n/a |
| Length | n/a | 95.00 ft | n/a |
| Bottom Elevation | n/a | 15.00 ft | n/a |
| Top Elevation | n/a | 26.75 ft | n/a |
| Depth | n/a | 11.75 ft | n/a |
| **Softeners** | 2 | 5 | 1 |
| Type | Spiractor | Spiractor | Spiractor |
| Capacity | 700 gpm | 700 gpm | 700 gpm |
| Top Radius | 5.20 ft | 5.20 ft | 5.20 ft |
| Bottom Radius | 1.20 ft | 1.20 ft | 1.20 ft |
| Outlet Elevation | n/a | 34.50 ft | n/a |
| Bottom Elevation | n/a | 15.50 ft | n/a |
| Approx. Depth | 22.00 ft | 22.00 ft | 22.00 ft |
| **Recarbonation Basin** | None | 1 | None |
| Capacity | n/a | 17,000 gal | n/a |
| Width | n/a | 8.50 ft | n/a |
| Length | n/a | 30.00 ft | n/a |
| Bottom Elevation | n/a | 26.00 ft | n/a |
| Top Elevation | n/a | 37.00 ft | n/a |
| Normal W.L. | n/a | 35.00 ft | n/a |
| Depth | n/a | 9.00 ft | n/a |
| **Filters** | 2 | 5 | 6 |
| Type | Gravity | Gravity | Pressure |
| Width (or Diameter) | 18.00 ft | 17.50 ft | 9.00 ft |
| Length | 20.00 ft | 20.00 ft | n/a |
| Bottom Elevation | 38.50 ft | 26.00 ft | n/a |
| Filter Bottom Depth | 1.83 ft | 0.00 ft | n/a |
| Gravel | 1.00 ft | 1.50 ft | n/a |
| Sand | 2.25 ft | 2.25 ft | n/a |
| Normal W.L. | 47.50 ft | 35.00 ft | n/a |
| Normal Water Depth Over Media | 3.92 ft | 5.25 ft | n/a |
| **Finished Water Clear Well 1** | 1 | 1 | 1 |
| Capacity | 1,000,000 gal | 560,000 gal | 750,000 gal |
| Width (or Diameter) | 86.00 ft | 79.00 ft | 105.00 ft |
| Length | 181.00 ft | 79.00 ft | |
| Bottom Elevation (max.) | 27.50 ft | 15.00 ft | 12.00 ft |
| Normal W.L. | 36.50 ft | 26.75 ft | 24.00 ft |
| Approx. Depth | 9.00 ft | 12.00 ft | 12.00 ft |
| **Finished Water Clear Well 2** | | 1 | |
| Capacity | | 2,000,000 gal | |
| Width (or Diameter) | | 152.00 ft | |
| Length | | 152.00 ft | |
| Bottom Elevation (max.) | | | |
| Normal W.L. | | | |
| Approx. Depth | | 11.57 ft | |
| **Built** | 1970 | 1942 | 1950 (Original Design) |
| Contract No. | N62470-70-B-0939 | P-108-4 | n/a |
| Drawing No. | NAVFAC 1338889-1338937 | Y&D 162208 - 162275 | DPW 40278 |
| **Significant Upgrades** | | | |
| Year | 1984-1987 | 1944 | 1962 |
| Contract No. | N62470-81-B-1644 | 11255 Proj.No P-1514 | n/a |
| Drawing | NAVFAC 4107534-4107607 | PW 304-318 | Y&D 859315-859322 |
| Upgrades | Raw water reservoir, additional clearwell, 3 spiractors, 3 filters | 2 spiractors, 2 filters, new 560,000-gallon clearwell | Added pressure filters |
| Year | | 1950-1953 ? | |
| Contract No. | | ? | |
| Drawing | | ? | |
| Upgrades | | Added 2.0 MG clearwell | |
| Year | | 1959 | |
| Contract No. | | n/a | |
| Drawing | | Y&D 842850 - 842862 | |
| Upgrades | | Converted original clearwell to raw water reservoir | |

# APPENDIX C

## VOC REMOVAL CALCULATIONS

| Properties of Chemical | TCE | PCE |
|---|---|---|
| Henry's Constant (atm·m$^3$/mol) | 7.07E-03 | 1.31E-02 |
| Molecular Weight | 131.39 | 165.82 |
| **Wind Speed [m/s]** | 5 | 5 |
| **Geometry** | | |
| Top Radius [m] | 1.6 | 1.6 |
| Bottom Radius [m] | 0.37 | 0.37 |
| Height [m] | 6.7 | 6.7 |
| Volume [m$^3$] | 23.08 | 23.08 |
| Surface Area [m$^2$] | 8.04 | 8.04 |
| **Hydraulics** | | |
| Flow Rate [m$^3$/h] | 157.73 | 157.73 |
| Detention Time [h] | 0.15 | 0.15 |
| Overflow Rate [m/s] | 0.01 | 0.01 |
| **Liquid Phase Exchange Coef.** | | |
| $k_l$ (Equation 6) [cm/h] | 0.11 | 0.09 |
| **Gas Phase Exchange Coef.** | | |
| $k_g$ (Equation 4) [cm/h] | 2107.41 | 1875.91 |
| **Liquid Mass Transfer Coefficient** | | |
| $K_L$ (Equation 3) [cm/h] | 0.11 | 0.09 |
| **Overall Volatilization Constant** | | |
| $k_v$ (Equation 2) [1/h] | 0.00 | 0.00 |
| **Half Life** | | |
| $t_{1/2}$ [d] | 183.49 | 206.12 |
| **Fraction Remaining After Detention Time** | | |
| $C_l/C_o$ | 0.999976973 | 0.999979501 |
| **Removal** | | |
| $1-C_l/C_o$ | 0.00% | 0.00% |

| | | |
|---|---|---|
| **Reference Substance Properties (Benzene)** | | |
| Diffusion Coefficient in Air $D_{go}$ ($cm^2/s$) | 0.0982 | |
| Diffusion Coefficient in Water $D_{lo}$ ($cm^2/s$) | 8.99E-06 | |
| **Properties of Chemical** | **TCE** | **PCE** |
| Henry's Constant ($atm \cdot m^3/mol$) | 7.07E-03 | 1.31E-02 |
| Diffusion Coefficient in Water $D_{lv}$ ($cm^2/s$) | 8.43E-06 | 7.59E-06 |
| Diffusion Coefficient in Air $D_{gv}$ ($cm^2/s$) | 0.089 | 0.0813 |
| Molecular Weight *M* | 131.39 | 165.82 |
| **Geometry** | | |
| Pipe Diameter [m] | 0.3 | 0.3 |
| Pipe Circumference [m] | 0.94 | 0.94 |
| Critical Depth above Weir * 1.5 [m] | 0.05 | 0.05 |
| Fall Height *Z* [m] | 0.375 | 0.375 |
| Tailwater Depth *h* [m] | 0.15 | 0.15 |
| **Hydraulics** | | |
| Flow Rate [$m^3/h$] | 157.73 | 157.73 |
| Flow Rate per Length of Weir *q* [$m^2/h$] | 167.79 | 167.79 |
| **Deficit Ratio** | | |
| ln(*r*) (Equation 11) [-] | 0.1520 | 0.1520 |
| **Liquid Mass Transfer Coefficient** | | |
| $k_l$ (Equation 10) [m/s] | 0.0181 | 0.0169 |
| **Gas Mass Transfer Coefficient** | | |
| $k_g$ (Equation 9) [m/s] | 0.0469 | 0.0441 |
| **Overall Mass Transfer Coefficient** | | |
| $K_o$ (Equation 8) [m/s] | 7.82E-03 | 9.92E-03 |
| **Fraction Remaining** | | |
| $C_l/C_o$ | 0.9390 | 0.9233 |
| **Removal** | | |
| $1-C_l/C_o$ | 6.10% | 7.67% |

Hadnot Point Basins - TCE and PCE Removal

| | Raw Water Reservoir | | Recarbonation Basin | |
|---|---|---|---|---|
| **Properties of Chemical** | TCE | PCE | TCE | PCE |
| Henry's Constant (atm·m$^3$/mol) | 7.07E-03 | 1.31E-02 | 7.07E-03 | 1.31E-02 |
| Molecular Weight | 131.39 | 165.82 | 131.39 | 165.82 |
| **Wind Speed [m/s]** | 0 | 0 | 5 | 5 |
| **Geometry** | | | | |
| Width or Diameter [m] | 28.96 | 28.96 | 2.59 | 2.59 |
| Length [m] | 28.96 | 28.96 | 9.14 | 9.14 |
| Depth [m] | 3.58 | 3.58 | 2.74 | 2.74 |
| Volume [m$^3$] | 3002.82 | 3002.82 | 64.99 | 64.99 |
| Surface Area [m$^2$] | 838.45 | 838.45 | 23.69 | 23.69 |
| Cross-Sectional Area [m$^2$] | 103.70 | 103.70 | 7.11 | 7.11 |
| **Hydraulics** | | | | |
| Flow Rate [m$^3$/h] | 788.63 | 788.63 | 788.63 | 788.63 |
| Detention Time [h] | 3.81 | 3.81 | 0.08 | 0.08 |
| Flow Velocity or Overflow Rate [m/s] | 0.0021 | 0.0021 | 0.0308 | 0.0308 |
| **Liquid Phase Exchange Coef.** | | | | |
| $k_l$ (Equation 5) [cm/h] | 0.0126 | 0.0112 | 1.03 | 0.92 |
| **Gas Phase Exchange Coef.** | | | | |
| $k_g$ (Equation 4) [cm/h] | 0.8894 | 0.7917 | 2118.0956 | 1885.4206 |
| **Liquid Mass Transfer Coefficient** | | | | |
| $K_L$ (Equation 3) [cm/h] | 0.0120 | 0.0109 | 1.0298 | 0.9174 |
| **Overall Volatilization Constant** | | | | |
| $k_v$ (Equation 2) [1/h] | 0.0000 | 0.0000 | 0.0038 | 0.0033 |
| **Half Life** | | | | |
| $t_{1/2}$ [d] | 862.36 | 948.32 | 7.69 | 8.64 |
| **Fraction Remaining After Detention Time** | | | | |
| $C_i/C_o$ | 0.999872486 | 0.999884044 | 0.99969069 | 0.999724453 |
| **Removal** | | | | |
| 1-$C_i/C_o$ | 0.01% | 0.01% | 0.03% | 0.03% |

| | Gravity Filter | | Clearwell 1 | |
|---|---|---|---|---|
| **Properties of Chemical** | **TCE** | **PCE** | **TCE** | **PCE** |
| Henry's Constant (atm·m$^3$/mol) | 7.07E-03 | 1.31E-02 | 7.07E-03 | 1.31E-02 |
| Molecular Weight | 131.39 | 165.82 | 131.39 | 165.82 |
| **Wind Speed [m/s]** | 0 | 0 | 0 | 0 |
| **Geometry** | | | | |
| Width or Diameter [m] | 5.33 | 5.33 | 24.08 | 24.08 |
| Length [m] | 6.10 | 6.10 | 24.08 | 24.08 |
| Depth [m] | 1.60 | 1.60 | 3.66 | 3.66 |
| Volume [m$^3$] | 52.03 | 52.03 | 2120.71 | 2120.71 |
| Surface Area [m$^2$] | 32.52 | 32.52 | 579.81 | 579.81 |
| Cross-Sectional Area [m$^2$] | 8.54 | 8.54 | 88.07 | 88.07 |
| **Hydraulics** | | | | |
| Flow Rate [m$^3$/h] | 157.73 | 157.73 | 788.63 | 788.63 |
| Detention Time [h] | 0.33 | 0.33 | 2.69 | 2.69 |
| Flow Velocity or Overflow Rate [m/s] | 0.0013 | 0.0013 | 0.0025 | 0.0025 |
| **Liquid Phase Exchange Coef.** | | | | |
| $k_l$ (Equation 5) [cm/h] | 0.0140 | 0.0124 | 0.0145 | 0.0129 |
| **Gas Phase Exchange Coef.** | | | | |
| $k_g$ (Equation 4) [cm/h] | 0.5673 | 0.5050 | 1.0472 | 0.9322 |
| **Liquid Mass Transfer Coefficient** | | | | |
| $K_L$ (Equation 3) [cm/h] | 0.0129 | 0.0119 | 0.0139 | 0.0126 |
| **Overall Volatilization Constant** | | | | |
| $k_v$ (Equation 2) [1/h] | 0.0001 | 0.0001 | 0.0000 | 0.0000 |
| **Half Life** | | | | |
| $t_{1/2}$ [d] | 358.21 | 388.09 | 761.82 | 838.09 |
| **Fraction Remaining After Detention Time** | | | | |
| $C_l/C_o$ | 0.999973403 | 0.99997545 | 0.999898059 | 0.999907335 |
| **Removal** | | | | |
| 1-$C_l/C_o$ | 0.00% | 0.00% | 0.01% | 0.01% |

| | Clearwell 2 | |
|---|---|---|
| **Properties of Chemical** | **TCE** | **PCE** |
| Henry's Constant (atm·m$^3$/mol) | 7.07E-03 | 1.31E-02 |
| Molecular Weight | 131.39 | 165.82 |
| **Wind Speed [m/s]** | 0 | 0 |
| **Geometry** | | |
| Width or Diameter [m] | 46.33 | 46.33 |
| Length [m] | 46.33 | 46.33 |
| Depth [m] | 3.53 | 3.53 |
| Volume [m$^3$] | 7569.47 | 7569.47 |
| Surface Area [m$^2$] | 2146.43 | 2146.43 |
| Cross-Sectional Area [m$^2$] | 163.38 | 163.38 |
| **Hydraulics** | | |
| Flow Rate [m$^3$/h] | 788.63 | 788.63 |
| Detention Time [h] | 9.60 | 9.60 |
| Flow Velocity or Overflow Rate [m/s] | 0.0013 | 0.0013 |
| **Liquid Phase Exchange Coef.** | | |
| $k_l$ (Equation 5) [cm/h] | 0.0082 | 0.0073 |
| **Gas Phase Exchange Coef.** | | |
| $k_g$ (Equation 4) [cm/h] | 0.5645 | 0.5025 |
| **Liquid Mass Transfer Coefficient** | | |
| $K_L$ (Equation 3) [cm/h] | 0.0078 | 0.0071 |
| **Overall Volatilization Constant** | | |
| $k_v$ (Equation 2) [1/h] | 0.0000 | 0.0000 |
| **Half Life** | | |
| $t_{1/2}$ [d] | 1306.96 | 1436.50 |
| **Fraction Remaining After Detention Time** | | |
| $C_i/C_o$ | 0.999787919 | 0.999807043 |
| **Removal** | | |
| 1-$C_i/C_o$ | 0.02% | 0.02% |

| | Gravity Filter | | Clearwell | |
|---|---|---|---|---|
| **Properties of Chemical** | **TCE** | **PCE** | **TCE** | **PCE** |
| Henry's Constant (atm·$m^3$/mol) | 7.07E-03 | 1.31E-02 | 7.07E-03 | 1.31E-02 |
| Molecular Weight | 131.39 | 165.82 | 131.39 | 165.82 |
| **Wind Speed [m/s]** | 0 | 0 | 0 | 0 |
| **Geometry** | | | | |
| Width or Diameter [m] | 5.49 | 5.49 | 26.21 | 26.21 |
| Length [m] | 6.10 | 6.10 | 55.17 | 55.17 |
| Depth [m] | 1.19 | 1.19 | 2.74 | 2.74 |
| Volume [$m^3$] | 39.96 | 39.96 | 3967.02 | 3967.02 |
| Surface Area [$m^2$] | 33.45 | 33.45 | 1446.13 | 1446.13 |
| Cross-Sectional Area [$m^2$] | 6.56 | 6.56 | 71.91 | 71.91 |
| **Hydraulics** | | | | |
| Flow Rate [$m^3$/h] | 157.73 | 157.73 | 315.45 | 315.45 |
| Detention Time [h] | 0.25 | 0.25 | 12.58 | 12.58 |
| Flow Velocity or Overflow Rate [m/s] | 0.0013 | 0.0013 | 0.0012 | 0.0012 |
| **Liquid Phase Exchange Coef.** | | | | |
| $k_l$ (Equation 5) [cm/h] | 0.0166 | 0.0147 | 0.0088 | 0.0079 |
| **Gas Phase Exchange Coef.** | | | | |
| $k_g$ (Equation 4) [cm/h] | 0.5515 | 0.4909 | 0.5131 | 0.4567 |
| **Liquid Mass Transfer Coefficient** | | | | |
| $K_L$ (Equation 3) [cm/h] | 0.0150 | 0.0140 | 0.0083 | 0.0076 |
| **Overall Volatilization Constant** | | | | |
| $k_v$ (Equation 2) [1/h] | 0.0001 | 0.0001 | 0.0000 | 0.0000 |
| **Half Life** | | | | |
| $t_{1/2}$ [d] | 229.62 | 246.95 | 950.13 | 1040.21 |
| **Fraction Remaining After Detention Time** | | | | |
| $C_i/C_o$ | 0.999968134 | 0.99997037 | 0.999617807 | 0.9996509 |
| **Removal** | | | | |
| 1-$C_i/C_o$ | 0.00% | 0.00% | 0.04% | 0.03% |

| | Clearwell | |
|---|---|---|
| **Properties of Chemical** | **TCE** | **PCE** |
| Henry's Constant (atm·m$^3$/mol) | 7.07E-03 | 1.31E-02 |
| Molecular Weight | 131.39 | 165.82 |
| **Wind Speed [m/s]** | 0 | 0 |
| **Geometry** | | |
| Width or Diameter [m] | 32.00 | 32.00 |
| Length [m] | | |
| Depth [m] | 3.66 | 3.66 |
| Volume [m$^3$] | 2942.35 | 2942.35 |
| Surface Area [m$^2$] | 804.45 | 804.45 |
| Cross-Sectional Area [m$^2$] | 117.06 | 117.06 |
| **Hydraulics** | | |
| Flow Rate [m$^3$/h] | 157.73 | 157.73 |
| Detention Time [h] | 18.65 | 18.65 |
| Flow Velocity or Overflow Rate [m/s] | 0.0004 | 0.0004 |
| **Liquid Phase Exchange Coef.** | | |
| $k_l$ (Equation 5) [cm/h] | 0.0023 | 0.0021 |
| **Gas Phase Exchange Coef.** | | |
| $k_g$ (Equation 4) [cm/h] | 0.1576 | 0.1403 |
| **Liquid Mass Transfer Coefficient** | | |
| $K_L$ (Equation 3) [cm/h] | 0.0022 | 0.0020 |
| **Overall Volatilization Constant** | | |
| $k_v$ (Equation 2) [1/h] | 0.0000 | 0.0000 |
| **Half Life** | | |
| $t_{1/2}$ [d] | 4787.05 | 5259.86 |
| **Fraction Remaining After Detention Time** | | |
| $C_i/C_o$ | 0.999887458 | 0.999897574 |
| **Removal** | | |
| 1-$C_i/C_o$ | 0.01% | 0.01% |

## APPENDIX A:

## Response to Reports of Remy J.-C. Hennet & Jay Brigham

## Regarding Water Buffaloes

**Introduction**

The reports of Remy J.-C. Hennet & Jay Brigham, dated December 9, 2024, discuss the use of water buffaloes at Camp Lejeune. Certain of my calculations set forth in the body of my report depend on the design and configuration of the water buffaloes used at Camp Lejeune, especially as this relates to the filling process. This appendix sets forth my understanding and opinions regarding the models of water buffaloes used from 1953 to 1987 at Camp Lejeune, which forms the basis of certain of my calculations. Based on my review of historical documentation, as discussed below, I disagree in part with Drs. Hennet and Brigham regarding how water buffaloes were filled at Camp Lejeune over time.

**Response regarding Water Buffalo "Filling"**

Dr. Hennet opines that:

> *"In summary. A substantial portion of COCs that may have been present in the treated water used to fill a water buffalo would have unavoidably been lost to evaporation during filling, use, and variations of temperature. These COC reductions between the raw water and the water in the water buffaloes would have been in the order of 52% to 73% based on my estimation." (pg. 5-43)*

Of the three potential causes of VOC reductions, Dr. Hennet claims the majority of the loss is attributed to the presumed historical "filling" of the tank:

> *"The COC reductions in the water filled and stored in the water buffaloes can be estimated. The largest COC mass removal from the water is during fill-up of the tank when conditions are ripe for volatilization, through increased contact between water and air due to the forcing of water through a strainer that generates water jets and droplets that greatly increase the surface area of the water/air interface for COC exchange to the tank air. The air containing COCs is expelled from the tank during filling. The filling of the tank through a strainer would involve spraying, splashing, and turbulent flow." (pg. 5-40)*

> *"These loss rates likely apply during the first half of the tank filling process because the filling strainer extends about halfway down into the tank. For the second half of the filling process, it is assumed that the loss rate declines linearly until the tank is completely full. Considering this decrease in loss rate as the tank fills results in an overall loss rate estimate of about 44% for TCE." (pg. 5-40)*

In making these claims, Dr. Hennet assumed:



Case 7:23-cv-00897-RJ Document 397-17 Filed 06/04/25 Page 194 of 221

1. All of the water buffaloes in use from August 1st 1953 to December 31st 1987 were equipped with a *"filling port on the water tank contain[ing] a strainer screen."*
2. That all the water buffaloes were filled through the filling port.

A review of the history of the water buffalo and specifically its use at Camp Lejeune demonstrates that these assumptions are incorrect.

**Chronological Listing of Water Buffaloes – 1943 to 1991**

The WWII era water buffalo was known as a "250-gallon Tank Trailer" or a "1-Ton, 2-Wheel Water Trailer". (TM9-833 Army Technical Manual, BRIGHAM_USA_0000043022). The unit is shown in Figure 1 below.




Figure 1 – WWII Water Buffalo. TM9-833 Army Technical Manual, BRIGHAM_USA_0000043035.

This model water buffalo was equipped with a hand pump, intake hose and bell strainer to allow filling the unit in the field from sources such as ponds or streams. In those cases, the bell strainer would be placed in the water source, the pump handle would be pumped and the water would flow from the source, through the bell strainer, rubber hose, pump and

then to part "H", the tank inlet pipe, which dumps the water into the tank at the manhole cover.

In the manual for the WWII era water buffalo (TM9-833 Army Technical Manual, BRIGHAM_USA_0000043022), users are instructed to:

> (1) **WATER TRAILER.** On the water trailer, the manhole cover should be kept closed and held down tightly with the wing nut, except when tank is being filled through this cover. The cover on the bell strainer at the end of the intake hose should be kept closed, except when filling the tank with the hand pump. The water faucet box covers should be kept closed and locked with snap, except when drawing water from the faucets.

BRIGHAM_USA_0000043040.

On this model, which is not equipped with a fill hatch like what is described in Dr. Hennet's report, the filling of the tank is accomplished through the manhole cover, which as the name describes is a man-sized hatch in the top of the tank that allows filling, inspection and cleaning of the tank. There is no strainer involved in the process.

Chronologically the next version of the water buffalo was designated the M106. The M106 was very similar to its predecessor with two notable exceptions. The first is its capacity was increased to 400 gallons. The second is the addition of a filler hatch assembly located at the top of the tank near the front as shown in Figure 2. (TM9-875B Army Technical Manual (Oct. 1951)).



*Figure 8. Water tank equipment of water tank trailer M106.*

Figure 2 – M106 Water Buffalo. TM9-875B Army Technical Manual (Oct. 1951), p. 9.

The addition of the filler hatch assembly changed the water path from the pump. Instead of exiting into the tank at the manhole cover, the water from the pump now travels to the filler hatch. The M106 has a strainer in the neck of the filler hatch (See Figure 3) which is equipped with a fine mesh screen that removes particulate matter from the incoming water.



*Figure 6. Top view of water tank trailer M106.*

Figure 3 – M106 Strainer (TM9-875B Army Technical Manual (Oct. 1951), p. 7)

The addition of the strainer is especially important when the water supply is a pond, stream or other similar source, but it provides no benefit when being filled with finished water from a water distribution system such as the Hadnot Point WTP. An exploded view of the filler hatch and strainer is shown in Figure 4 below.



| (1) ILLUST (a) FIG NO | (1) ILLUST (b) ITEM NO | (2) SOURCE, MAINT AND RECOVERABILITY CODE (a) MATERIEL CODE | (2) (b) SOURCE | (2) (c) MAINTENANCE LEVEL | (2) (d) RECOVERABILITY | (3) FEDERAL STOCK NO | (4) DESCRIPTION | (5) UNIT OF ISSUE | (6) QTY INC IN UNIT | (7) 15-DAY MAINTENANCE ALLOWANCE PER 100 EQUIPMENTS (a) CO OR BTRY | (7) (b) SEP CO SEP BN OR REGT | (7) (c) 3RD ECH (DIR SUP) | (7) (d) 4TH ECH (GEN SUP) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | WATER TANK, TANK FRAME, AND RELATED PARTS - (M106A1, M107A1, M107A2, and M107A2C) (Fig. 133) | | | | | | |
| 133 | 22 | | P | O | | 4730-546-5898 | STRAINER ELEMENT, SEDIMENT: (8735825) | ea | 1 | | | | |

FIGURE 4 – M107A1 Strainer Shown, M106 is the same (TM 9-2330-213-14 Army Technical Manual (1964), BRIGHAM_USA_0000041587).

The service maintenance manual for the M106 includes this description of the loading of the water tank:

**Section III. OPERATION OF REGULAR EQUIPMENT OF WATER TANK TRAILER M106**

**32. Loading and Unloading Water Tank**

*a.* CHECK CONDITION OF TANK BEFORE LOADING. Unlatch manhole cover (fig. 8), raise cover, and check to determine if tank is in proper condition to receive and transport water for purpose intended. Clean tank and flush tank, valves, piping, and faucets, if tactical situation permits.

*Note.* Highest sanitary conditions must be preserved in handling water for drinking purposes.

*b.* LOADING TANK FROM OVERHEAD, FREE-FLOWING SOURCE. Unlatch filler hatch cover, raise cover, and check to determine if sleeve strainer is in place and is clean. Direct flow of water into filler hatch (fig. 8). Capacity of tank is 400 gallons. When filled, latch filler hatch cover.

*c.* LOADING TANK FROM SOURCE FROM WHICH WATER MUST BE PUMPED. Position trailer adjacent to water supply on ground as solid as possible.

*Note.* Weight of trailer will increase approximately 3,300 pounds when filled.

Unfasten bell strainer and hose assembly (fig. 8), turn wing nut to open bell strainer, and place bell strainer in water source. Prime pump by unscrewing priming plug and filling cylinder above plunger assembly with clean water. Operate handle up and down until tank is filled.

Figure 5 – M106 Filling. TM9-875B Army Technical Manual (Oct. 1951), p.43.

The M106 was the first water buffalo to utilize the filler hatch and strainer screen. The fill point moved from the manhole cover to the filler hatch with the introduction of this modelwhen using an “Overhead Free-Flowing source”.

The M107 was the next iteration of the water buffalo. The major change was the removal of the hand pump and associated components (Figure 6) (TM 9-2330-213-14 Army Technical Manual (Jan. 1964), BRIGHAM_USA_0000041587). All other aspects of the M106 and M107 remain the same.




Figure 6 – M107A1. BRIGHAM_USA_0000041599.

Filling the M107A1 is still directed to be done through the filler hatch as described in Figure 7 below.

d. Loading the Water Tank.

(1) Open manhole cover and make sure tank is clean. Flush tank, valves, piping, and faucets if tactical situation permits.

Note. Fill the tank through the filler pipe.

(2) All water tank trailers may be filled from an overhead, free flowing source.

Warning: Highest sanitary practices must be exercised in handling water for drinking purposes.

(3) Open filler pipe cover and make sure the strainer is in place and clean. When filled, latch the filler pipe cover. Tank capacity is 400 gallons.

Figure 7 – M107A1 filling. BRIGHAM_USA_0000041622)

Nineteen sixty-four saw the introduction of the M149. The first version of the M149 can be identified by its unique tank shape as shown in Figures 8 & 9 below (TM 9-2330-267-14 Army Technical Manual (Oct 1964), BRIGHAM_USA_0000041997). Other than the tank shape the M149 is essentially the same as the M107 including the 400-gallon capacity and use of a filler hatch and a strainer.




*Figure 1. Trailer, Tank: water, 1-1/2 - ton 2 wheel, 400 gallon, M149, W/E.*

Figure 8 – M149. BRIGHAM_USA_0000042006.



Figure 9 – M149 Tank Shape (https://www.ebay.com/itm/223995969791)

The next generation of the M149, designated the M149A1 is identical to the M149 with the notable exception that the filler hatch was discontinued. The illustration below (Figure 10) is from the TM9-2330-267-14 Army Technical Manual (June 1971). It shows both the M149 (top) and its replacement, the M149A1 (bottom).




*Figure 1-1. Trailer, Tank: water, 400 gallon, 1½ ton, 2-wheel, right side view of the M149.*




*Figure 1-2. Trailer, Tank: water, 400 gallon, 1½ ton, 2-wheel, right side view of the M149A1 and M625.*

Figure 10 – M149 and M149A1 (TM9-2330-267-14 Army Technical Manual, p. 1-2)

The earliest M149A1 identified was manufactured in January 1968. The photos in Figure 11 show the lack of a filler hatch.




Figure 11 – M149A1: No filler hatch (https://www.bigiron.com/Lots/1968Army400-Gal2-WheelM149TankTrailer)

This design change represents a significant shift in the water buffalo filling methodology as there is only one way to fill the tank – through the manhole cover.

This change in methodology was further demonstrated when the Army issued Change No. 3 for the M149 & M149A1 in December of 1968 (BRIGHAM_USA_0000041969), which consisted of 28 pages with the instructions to "Remove old pages and insert new pages as indicated below." On page 1, Chapter 1 Introduction, Section II. Description and Data there is a note. The note states (Figure 12):

**Section II. DESCRIPTION AND DATA**

**3. Description**

*a.* The trailers, water tank, 1½-ton, M149 and M149A1 (fig. 1) are designed for towing by a vehicle equipped with an Army standard pintle, an air supply (100 psi minimum), and a 24-volt electrical system.

*b.* The trailer, water tank, 1½-ton, M625, is designed for towing by a vehicle equipped with an Army standard pintle, an air supply (vacuum) for the operation of a hydrovac brake system and a 12-volt electrical system.

*a. Trailer*

*Note.* Some trailers are not equipped with a tank strainer assembly. A defective assembly will be removed but not replaced.

Tank, plastic . . . . . . . . . . . . . . . 400 gal
Towing vehicle
(M149, M149A1) . . . . . . . . . . . 2½–Ton, 6X6, M35, M35A1, M211
(M625) . . . . . . . . . . . . . . . . . . . . 2½–Ton, 6X6, M602
Towing facilities . . . . . . . . . . . . lunette
Maximum towing speed:
Highway . . . . . . . . . . . . . . . 50 mph
Cross-country . . . . . . . . . . 25 mph

Figure 12 – 1968, Strainer note. TM 9-2330-267-14 C3 (Dec. 1968), BRIGHAM_USA_0000041973.

This note is not found in the original M149 Manual issued in 1964 as shown below in Figure 13:

**Section II. DESCRIPTION AND DATA**

3. DESCRIPTION

a. The trailer water tank 1-1/2 ton, M149 (fig. 1) is designed for towing by a vehicle equipped with a army standard pintle, an air supply (100 psi minimum), and a 24-volt electrical system.

b. Performance details, technical data and specific components are tabulated in paragraph 5.

4. IDENTIFICATION AND SERVICE PLATES

| | |
|---|---|
| Towing vehicle | 2-1/2 ton, 6 x 6, M35 M35A1,& M211 |
| Towing facilities | lunette |
| Maximum towing speed: | |
| Highway | 50 mph |
| Cross-country | 25 mph |
| Net weight | 2500 lb |
| Overall dimensions: | |
| Length | 83 in. |
| Width | 82-1/4 in. |
| Height (empty) | 76-1/2 in. |
| Height (loaded) | 72-3/4 in. |
| Lunette height | 36 to 40 in. |

Figure 13 – 1964 version, no note. TM 9-2330-267-14 Army Technical Manual (1964), BRIGHAM_USA_0000042005.

The significance of this note is that as early as December 1968 the army is acknowledging that the M149A1 was not equipped with a strainer, and the use of the strainer became optional for the M149 in cases where the strainer was damaged or found defective.

In 1970 the M149A1 underwent a tank design change. The M149 went from the non-oval, non-round tank shape shown in the top of Figure 14 below to a round tank shape as shown in the bottom of Figure 14. Again, note no filler hatch on the M149A1.



Figure 14 – M149 (top), M149A1 & M149A2 (TM9-2330-267-14P Army Technical Manual (1981), BRIGHAM_USA_0000043121)

Again, with the discontinuation of the filler hatch there is only one method available to fill the M149A1 water buffalo – through the manhole cover.

**Generational Changes to M107 Technical Manual and Tank Filling Process**




Figure 15 – M107 Technical Manuals 1964 to 1990

The Army periodically published updated manuals for the various pieces of equipment it oversees (Figure 15). The M107 has had 3 such updates since 1964. Of interest is that the process of filling the water buffalo changed dramatically from 1964 to 1990. The filling process outlined in the 1964 edition is shown below (Figure 16).

d. Loading the Water Tank.

(1) Open manhole cover and make sure tank is clean. Flush tank, valves, piping, and faucets if tactical situation permits.

Note. Fill the tank through the filler pipe.

(2) All water tank trailers may be filled from an overhead, free flowing source.

Warning: Highest sanitary practices must be exercised in handling water for drinking purposes.

(3) Open filler pipe cover and make sure the strainer is in place and clean. When filled, latch the filler pipe cover. Tank capacity is 400 gallons.

Figure 16 – 1964 M107A1 Fill Process. TM 9-2330-213-14 Army Technical Manual (1964), BRIGHAM_USA_0000041622.

In the August 1972 edition, which supersedes the October 1964 edition shown above, the fill process switches from being done through the filler hatch to the manhole cover as described in the text below (Figure 17). The change in instructions also clarified a phrase used in earlier manuals that will be discussed below.

c. *Faucets* (fig. 1-3). The water faucet handles are squeezed together to release water from the faucets.

d. *Loading the Water Tank.*

(1) Open manhole cover and make sure tank is clean. Flush tank, valves, piping, and faucets if tactical situation permits.

(2) All water tank trailers may be filled from an overhead, free flowing source, or by pressure pump. Use manhole opening for refill operation.

WARNING

Highest sanitary practices must be exer-

Figure 17 – August 1972 M107 Fill Process. TM 9-2330-213-14 Army Technical Manual (1972)

As called out in the “Loading the Water Tank” instructions, “Use manhole opening for refill operation” (Figure 17).

The phrase of interest in the filling instructions which was used in several earlier water buffalo technical manuals is “free-flowing source.” A free-flowing source implies gravity fed, which suggests the fill hatch was never intended to be filled with a high-pressure-high-flow hose that was tapped into the base’s water distribution system. In the 1972 edition, the text specifically calls out that when filling through the manhole cover a pressure pump can be used, which is equivalent to water-flow/pressure like that supplied by the water distribution system.

In 1985 the Army reformatted the tank filling instructions. The 1985 M107 fill instructions are shown in Figure 18 below.

FILLING M107 SERIES WATER TANK TRAILER

**WARNING**

The highest sanitary practices must be exercised in handling water for drinking purposes. Serious illness could result from impure drinking water.

1. Position water tank trailer next to water supply on solid level ground.
2. Open manhole cover (1).
3. All water tank trailers may be filled from an overhead, free-flowing source, or by a pressure pump through manhole opening (2).

DRAWING WATER, M107 SERIES WATER TANK TRAILER

1. Open external valve (3), permitting water to flow from water tank to manifold valve (4) and faucet (5).
2. Open manifold valve (4), permitting water to flow to faucets (6 and 7).
3. Squeeze handles (8) on top of faucets (5, 6, and 7) as required, permitting water to flow.




Figure 18 – 1985 M107 Fill Process. TM 9-2330-213-14&P Army Technical Manual (1985).

The fill process stays the same in the 1990 edition as shown in Figure 19 below.



**2-14. WATER TANK TRAILER (M107 SERIES).**

a. Filling Tank.

**WARNING**

- The highest sanitary practices must be exercised in handling water for drinking purposes. Serious illness may result from impure drinking water.
- M107 Series Water Tank Trailers, when used to haul NONPOTABLE WATER, must be so marked.

(1) Position water tank trailer next to water supply on solid level ground.

(2) Open manhole cover (2).

**NOTE**

All water tank trailers must be filled from an overhead, free-flowing source, or by a pressure pump.

(3) Fill tank (1) through manhole opening (3).

(4) Close manhole cover (2).



Figure 19 – October 1990 M107 Fill Process. TM 9-2330-213-14P Army Technical Manual (1990), BRIGHAM_USA_0000044016.

An important point to be made concerning the October 1990 M107 Technical Manual shown in Figure 19 is that the manual was found in Dr. Brigham's file materials. See Figure 20. The significance of this is that Dr. Brigham's own file materials demonstrate that the filling process had changed from the 1964 manual he relies on for the fill procedure through the strainer. Once he recognized that the process had changed, he should have located sources for earlier editions of the M107 Technical Manual to determine how far back the change took place.



D 101.11:
9-2330- 213-14&P/ 992

ARMY TM 9-2330-213-14&P
AIR FORCE TO 36A11-1-461

TECHNICAL MANUAL

OPERATOR'S, UNIT, DIRECT SUPPORT,
AND GENERAL SUPPORT MAINTENANCE MANUAL
(INCLUDING REPAIR PARTS AND SPECIAL TOOLS LISTS)
FOR
TRAILER, CHASSIS: 1-1/2-TON, 2-WHEEL
M103A1 (NSN 2330-00-835-8629)
M103A3 (NSN 2330-00-141-8052)
TRAILER, CARGO: 1-1/2-TON, 2-WHEEL
M105A1 (NSN 2330-00-835-8631)
M105A2 (NSN 2330-00-141-8050)
M105A2C (NSN 2330-00-542-5689)
TRAILER, TANK, WATER: 1-1/2-TON, 2-WHEEL, 400-GALLON
M107A1 (NSN 2330-00-835-8633)
M107A2 (NSN 2330-00-141-8049)
M107A2C (NSN 2330-00-542-5688)
TRAILER, VAN, SHOP: FOLDING SIDES, 1-1/2-TON, 2-WHEEL
M448 (NSN 2330-00-631-5692)

Operating Instructions 2-1
Operator/Crew PMCS 2-6
Lubrication Instructions 3-1
Operator/Crew Troubleshooting Procedures 3-8
Unit PMCS 4-4
Unit Troubleshooting Procedures 4-7

Original from
UNIVERSITY OF VIRGINIA
BRIGHAM_USA_0000044017

M103 SERIES

This manual supersedes TM 9-2330-213-14&P/TO 36A11-1-461, dated 30 September 1985.
Approved for public release; distribution unlimited.

HEADQUARTERS, DEPARTMENTS OF THE ARMY AND THE AIR FORCE
OCTOBER 1990

UNIVERSITY OF VIRGINIA
APR 07 '93 93-0147
ALDERMAN-GOV'T DOCUMENTS
Digitized by Google

Figure 20 – Brigham 1990 M107 Technical Manual, BRIGHAM_USA_0000044017.

Dr. Brigham includes the photograph shown in Figure 21 (image 34) to establish that M107 water buffaloes were in use at least up to January 1977, and he even calls out the oval tank to identify the unit as a M107. What he and Dr. Hennet do not disclose in their reports, nor include in Hennet's COC loss analysis, is that the fill procedure for this and all other M107's at Camp Lejeune was through the manhole cover since January 1972.

**Image 34**

**Oval-Shaped Water Trailer in the Field, January 27, 1977**[335]



Photo by Sgt. Wesley Goodloe

**ICE WATER — LCpl. Mark A. Long, a radio operator with Communication Company, H & S Bn., Force Troops-2d FSSG, takes time out for a drink of cold water during "Commex 1-77." The water was supplied by the battalion and the cold by "Mother Nature." Unusually cold weather added new dimensions of training to the exercise not normally encountered here.**

Figure 21 – Expert Brigham Image 34

According to an inventory of equipment, in 1968 Camp Lejeune had 84 M107s. (Figure 22)

| 1968 Equipment Inventory | | | |
|---|---|---|---|
| **Unit** | **Model** | **Stock** | **Quantity** |
| Artillery Regiment | M107A2 | Trlr Tank M-107A2 H20 400 | 24 |
| A.T. Battalion | M107 | Trlr Tank M-107 400 Gal | 5 |
| Shore Party Battalion | M107A2 | Trailer Tank Water 400Gal M107A2 | 9 |
| M.T. Battalion | M107 | Trlr Tank M-107 400 Gal | 5 |
| Medical Battalion | M107A2 | Trailer Tank Water 400Gal M107A2 | 9 |
| PFCON Battalion | M107A2 | Trailer Tank Water M107A2 | 3 |
| Headquarters Battalion | M107A2 | Trailer Cargo Water 400Gal M107A2 | 5 |
| 2d Engineer Battalion | M107 | Trlr 400 Gal M-107 (water) | 5 |
| Service Battalion | M107A2 | Trailer Tank Water Gal M107A2 | 19 |
| | | **Total Water Buffalo Inventory** | **84** |

Figure 22 – 1968 Camp Lejeune Water Buffalo Inventory
(Base Master Plan-Approx-1972-00368 (bates CLJA_WATERMODELING_01-0000948169 to CLJA_WATERMODELING_01-0000948933)

By no later than and likely well before 1999, the water buffalo inventory switched to exclusively M149s as depicted in Figure 23 below. According to this document there were 71 M149s.




Figure 23 – 1999 Camp Lejeune Water Buffalo Inventory

(CLJ157174.pdf, Bates CLJ157174 to CLJ157472)

This is supported by the affidavit provided by Mr. Mark Cagiano, who was stationed at Camp Lejeune from 1976 to 1980. One of the positions Mr. Cagiano held during this time was Battery Motor Transport Officer. In this position he had the opportunity to observe water buffaloes on a regular basis. According to his affidavit, during his time at Camp Lejeune he observed only one type of water buffalo – the M149A1. This supports that the base was transitioning from the M107 to the M149A1 during the 1970's.Mr. Cagiano stated that he recalled water buffaloes being filled through the manhole from a standpipe, and on occasion from a fire hydrant.

Regardless of the mix between M107s and M149s, from 1972 to 1987 all water buffaloes would have been filled through the manhole cover based on operating guidance discussed above.

For those M107s earlier than 1972 it is my position that these units more likely than not would have also been filled through the manhole cover. I base this on the following:

1. An affidavit provided by Mr. Ernest Hunt. In his affidavit, Mr. Hunt states that he was in motor transport as a truck driver from 1965 to 1966. On a regular basis he observed the filling of M107 water buffaloes, and all of those he observed were filled through the manhole cover.
2. The filler hatch as outlined in several of the manuals is designated for free-flowing water supplies and in early versions fed by a hand-pump.
3. From at least 1968 to 1972 (and thereafter) there were M149A1 (no filler hatch) water buffaloes in use at Camp Lejeune that could only be filled through the manhole cover, making it difficult to believe Marines would be filling the M107 though the flow-constrained filler neck while using the manhole cover to fill the M149A1.

**Water Buffalo Filling Examples**

Figures 24 to 27 below show M149A1 water buffaloes being filled through the manhole cover. These photos are post-1987, but the process is the same regardless of when it took place.



Figure 24 – Filling M149A1 Water Buffalo[1]

[1] https://www.alamy.com/a-service-members-at-fort-mccoy-wis-for-the-86th-training-divisions-combat-support-training-exercise-cstx-86-18-02-fills-a-water-tank-at-improved-tactical-training-base-liberty-on-




Figure 25 - Filling M149A1 Water Buffalo[2]



Figure 26 – Standpipe Hose[3]

north-post-on-aug-8-2018-the-86th-is-holding-the-exercise-as-part-of-the-us-army-reserve-commanding-generals-combat-support-training-program-thousands-of-service-members-with-the-army-as-well-as-other-military-services-and-foreign-militaries-are-participating-in-the-multinational-exercise-including-canadian-armed-forces-members-cstx-86-18-02-is-the-second-of-two-cstxs-by-the-86th-taking-place-at-fort-m-image218541597.html?imageid=7D23ADD4-DE29-445D-A5B2-5F209B22D886&p=725760&pn=1&searchId=0552ab94b97dc8d1ff6efee3a2cf3201&searchtype=0

[2] https://www.usmilitariaforum.com/forums/uploads/monthly_2024_09/Screenshot2024-09-23at21-01-23WaterWorks.png.a78205954b395f11a15d1e0aadbc071e.png

[3] https://itoldya420.getarchive.net/amp/media/us-marine-corps-lance-cpl-codi-heggemeier-2nd-medical-d523c0




Figure 27 - Filling M149A1 Water Buffalo from hydrant[4]

As seen in Figures 24, 25 & 26, the typical method of filling a water buffalo involves the use of what is known as a standpipe. A standpipe is a structure that allows the fill hose to hang down over the water buffalo. In Figures 24 and 25 the hose hangs just above the manhole cover. The fill hose in Figure 26 is longer and can be lowered into the water buffalo tank through the manhole cover. While not shown in the photo, Figure 27 shows filling a water buffalo with a fire hydrant.

**Water Buffalo Tank Fill Time**

Based on standpipe filling and using an online video that captures the entire fill process of an M149A2 water tank,  it was possible to quantify the fill time for a 400-gallon buffalo tank regardless of the model of water buffalo. . Figures 28, 29, 30, 31 & 32 are frames from the video at the zero, one-quarter, one-half, three-quarters and full points. The filling of the 400-gallon tank took just over 2 minutes as demonstrated by the video, which equates to an average flowrate of 200 gpm. (https://www.youtube.com/watch?v=2juC4Ry9hS4&ab_channel=axeandsmash48g).

[4] https://www.nationalguard.mil/Resources/Image-Gallery/News-Images/igphoto/2000709524/




Figure 28 – 0 Full (T=0.0)




Figure 29 – ¼ Full (T=32.5)




Figure 30 – ½ Full (T=65.0)




Figure 31 – ¾ Full (T=97.5)




Figure 32 – Full (T=130.0)

As stated above, the fill time for a water source that provides a flow rate of 200 gpm was 2 minutes. The fill time is the ratio of volume (400 gallons) divided by flow (gallons per minute of the source). The chart below shows fill time would be for a 400 gallon at several source rates (Figure 33).

| Source GPM | Fill Time (minutes) |
|---|---|
| 100 | 4.0 |
| 150 | 2.7 |
| 200 | 2.0 |
| 250 | 1.6 |
| 300 | 1.3 |

Figure 33 – Tank fill times

Based upon distribution system testing performed by ATSDR in 2004, we have data that provide pressure and flow rates for the HPWTP. The graph below is from "Field Testing of Water-Distribution Systems at U.S. Marine Corps Base, Camp Lejeune, North Carolina, in Support of an Epidemiologic Study". It provides system pressures at two different locations in the HPWTP system (Figure 34). These pressures combined with a 2 inch standpipe system are consistent with a 200 gpm flow rate.




**Figure 5. Graphs showing recorded pressure data in the Hadnot Point WTP area, May18–25, 2004 (refer to Figure 3 for hydrant locations)**

Figure 34 – HPWTP Area Pressures (CLJ134936-CLJ134949)

The table below is from the same document. It provides flow rates at various locations in the HPWTP (Figure 37). These data confirm that HP WTP had more than enough capacity to fill the water buffaloes in the 2-to-3-minute range.

**Table 3. Hazen-Williams C-factor Values for Holcomb Boulevard and Hadnot Point Water Treatment Plant Service Areas, August 2004**

| Test ID | Pipe Length, ft (m) | Nominal Diameter, in. | Flow, gpm | Pipe Material | Computed C-factor | Reference C-factor* |
|---|---|---|---|---|---|---|
| CF-H01 | 848 | 12 | 1,603 | PVC | 161 | 147 |
| CF-H02 | 1,181 | 8 | 590 | Cast iron | 102 | 97–102 |
| CF-H03 | 793 | 6 | 564 | Cast iron | 93 | 97–102 |
| CF-H04 | 1,558 | 8 | 715 | Cast iron | 122 | 97–102 |
| CF-H05 | 700 | 10 | 947 | Cast iron | 77 | 97–102 |
| CF-H06 | 1,416 | 10 | 835 | PVC | 113 | 147 |
| CF-H07 | 1,167 | 8 | 835 | Cast iron | 117 | 97–102 |
| CF-H08 | 1,672 | 10 | 920 | Asbestos cement | 148 | 150 |

*Data from Walski et al. (2003)
1 in. = 2.52 cm; 1 ft = 0.3048 m; 1 gpm = 0.6309 L/s

Figure 37 – HPWTP Area Flow Rates (CLJ134936-CLJ134949)

**Summary**

Based upon my review of Dr. Hennet's and Dr. Brigham's expert reports, my review of documents produced in this litigation, and my research into the history and evolution of the water buffalo, I have reached the following opinions and conclusions:

1. From August 1972 forward the water buffaloes at Camp Lejeune, which would include the M107 (all types) and M149A1 & A2, were to be filled through the manhole cover.
2. Prior to August 1972, for filling convenience it is more likely than not that the water buffaloes at Camp Lejeune were filled through the manhole cover.
3. The M149A1 & A2 were not equipped with a filler neck, and the manhole cover was the only way to fill the tank.
4. The typical fill time for all 400-gallon tank water buffalos was more likely than not between 2 and 3 minutes when filled through the manhole cover using water supplied from a 2-inch standpipe directly tapped into a typical water distribution system.

Prepared by:

**David Sabatini, PhD, PE, BCEE**
January 14, 2024

**References**

Brigham, Jay. 2024. Expert Report Re: Camp Lejeune Water Litigation. December 9, 2024.

Cagiano, Mark. 2025. Affidavit, January 14, 2025.

Camp Lejeune Water Buffalo Inventory. 1968. CLJA_WATERMODELING_01-0000948169 - CLJA_WATERMODELING_01-0000948933.

Camp Lejeune Water Buffalo Inventory. 1999. CLJ157174 - CLJ157472.
Hennet, R.J.C. 2024. Expert Report Re: Camp Lejeune Water Litigation. December 9, 2024.

HPWTP Area Pressures. CLJ134936 - CLJ134949.

HPWTP Area Flow Rates. CLJ134936 - CLJ134949.

Hunt, Ernest. 2025. Affidavit, January 14, 2025.

TM9-2330-213-14 Army Technical Manual (1964). BRIGHAM_USA_0000041587

TM9-2330-213-14 Army Technical Manual (1972)

TM9-2330-267-14 Army Technical Manual C3 (Dec. 1968). BRIGHAM_USA_0000041973

TM9-2330-267-14P Army Technical Manual (1981). BRIGHAM_USA_0000043121

TM9-2330-213-14P Army Technical Manual (1990). BRIGHAM_USA_0000044016.

TM9-2330-267-14P Army Technical Manual (1981). BRIGHAM_USA_0000043121

TM9-2330-213-14&P Army Technical Manual (1985)

TM9-2330-267-14 Army Technical Manual (June 1971)

TM9-833 Army Technical Manual, BRIGHAM_USA_0000043022.

TM9-875B Army Technical Manual (Oct. 1951).

Figure 9 - Photographs, M149, https://www.ebay.com/itm/223995969791. Last accessed January 14, 2025.

Figure 11 - Photographs, M149A1, https://www.bigiron.com/Lots/1968Army400-Gal2-WheelM149TankTrailer. Last accessed January 14, 2025.

Figure 24 - Photographs, Tank Filling, https://www.alamy.com/a-service-members-at-fort-mccoy-wis-for-the-86th-training-divisions-combat-support-training-exercise-cstx-86-18-02-fills-a-water-tank-at-improved-tactical-training-base-liberty-on-north-post-on-aug-8-

2018-the-86th-is-holding-the-exercise-as-part-of-the-us-army-reserve-commanding-generals-combat-support-training-program-thousands-of-service-members-with-the-army-as-well-as-other-military-services-and-foreign-militaries-are-participating-in-the-multinational-exercise-including-canadian-armed-forces-members-cstx-86-18-02-is-the-second-of-two-cstxs-by-the-86th-taking-place-at-fort-m-image218541597.html?imageid=7D23ADD4-DE29-445D-A5B2-5F209B22D886&p=725760&pn=1&searchId=0552ab94b97dc8d1ff6efee3a2cf3201&searchtype=0. Last accessed January 14, 2025.

Figure 25 - Photographs, Tank Filling, https://www.usmilitariaforum.com/forums/uploads/monthly_2024_09/Screenshot2024-09-23at21-01-23WaterWorks.png.a78205954b395f11a15d1e0aadbc071e.png. Last accessed January 14, 2025.

Figure 26 - Photographs, Tank Filling, https://itoldya420.getarchive.net/amp/media/us-marine-corps-lance-cpl-codi-heggemeier-2nd-medical-d523c0. Last accessed January 14, 2025.

Figure 27 - Photographs, Tank Filling, https://www.nationalguard.mil/Resources/Image-Gallery/News-Images/igphoto/2000709524/. Last accessed January 14, 2025.

Video – Cleaning Army Water Buffalo's at West Point New York. May 12, 206, https://www.youtube.com/watch?v=2juC4Ry9hS4&ab_channel=axeandsmash48g. Last accessed January 14, 2025.