# EXHIBIT 17

Water Qual Expo Health (2009) 1: 49–68
DOI 10.1007/s12403-009-0010-y

ORIGINAL PAPER

# Reconstructing Historical Exposures to Volatile Organic Compound-Contaminated Drinking Water at a U.S. Military Base

**M.L. Maslia · M.M. Aral · R.E. Faye · R.J. Suárez-Soto · J.B. Sautner · J. Wang · W. Jang · F.J. Bove · P.Z. Ruckart**

Received: 18 November 2008 / Revised: 9 January 2009 / Accepted: 12 January 2009 / Published online: 14 March 2009
© Springer Science+Business Media B.V. 2009

**Abstract** Two of three water-distribution systems that have historically supplied drinking water to family housing at U.S. Marine Corps Base Camp Lejeune, North Carolina, were contaminated with volatile organic compounds (VOCs). Scientific data relating to the harmful effects of VOCs on a child or fetus are limited. Therefore, the U.S. Agency for Toxic Substances and Disease Registry (ATSDR) is conducting an epidemiological study to evaluate potential associations between in utero and infant (up to 1 year of age) exposures to VOCs in contaminated drinking water at Camp Lejeune and specific birth defects and childhood cancers. The study includes births that occurred during the period 1968–1985 to women who were pregnant while they resided in family housing at Camp Lejeune. To support the epidemiological study, water-modeling techniques are being used to reconstruct historical conditions of groundwater flow, contaminant fate and transport, and the distribution of drinking water contaminated with VOCs. Results for this phase of the study indicate that PCE concentrations in drinking water, delivered to the Tarawa Terrace housing area, exceeded the current maximum contaminant level for PCE of 5 micrograms per liter (μg/L) for 346 months—November 1957–February 1987; the maximum simulated PCE concentration in Tarawa Terrace drinking water was 183 μg/L during March 1984 compared to a measured concentration of 215 μg/L during February 1985.

**Keywords** Contaminated drinking water · Exposure · Volatile organic compound (VOC) · PCE · TCE · Historical reconstruction · Epidemiological study · Camp Lejeune · North Carolina · USA

The findings and conclusions in this article are those of the authors and do not necessarily represent the views of the Agency for Toxic Substances and Disease Registry or the U.S. Department of Health and Human Services.
Use of trade names and commercial sources is for identification only and does not imply endorsement by the Agency for Toxic Substances and Disease Registry or the U.S. Department of Health and Human Services.

M.L. Maslia (✉) · R.J. Suárez-Soto · J.B. Sautner · F.J. Bove · P.Z. Ruckart
Agency for Toxic Substances and Disease Registry, 4770 Buford Highway, N.E., Mail Stop F-59, Atlanta, GA 30341-3717, USA
e-mail: mmaslia@cdc.gov

M.M. Aral · J. Wang · W. Jang
Multimedia Environmental Simulations Laboratory, School of Civil and Environmental Engineering, Georgia Institute of Technology, Atlanta, GA 30332, USA

R.E. Faye
R.E. Faye and Associates, Inc., 610 High Shoals Drive, Dahlonega, GA 30533, USA

## Introduction

Three water-distribution systems have historically supplied drinking water to family housing at U.S. Marine Corps Base Camp Lejeune—Tarawa Terrace, Holcomb Boulevard, and Hadnot Point (Fig. 1). Two of the water-distribution systems were contaminated with volatile organic compounds (VOCs). Tarawa Terrace was contaminated mostly with tetrachloroethylene (PCE) and Hadnot Point was contaminated mostly with trichloroethylene (TCE). Therefore, The Agency for Toxic Substances and Disease Registry (ATSDR), an agency of the U.S. Department of Health and Human Services, is conducting an epidemiological study to evaluate whether in utero and infant (up to 1 year of age) exposures to drinking water contaminated with VOCs at Camp Lejeune were associated with specific birth defects and



Case 7:23-cv-00897-RJ Document 397-18 Filed 06/04/25 Page 2 of 21




**Fig. 1** Map showing selected base housing and historical water-supply areas, Tarawa Terrace and vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina (modified from Maslia et al. 2007)



Case 7:23-cv-00897-RJ Document 397-18 Filed 06/04/25 Page 3 of 21

childhood cancers. The study includes births that occurred during the period 1968–1985 to women who were pregnant while they resided in family housing at the base. Historical information and data have indicated that one source of contamination—ABC One-Hour Cleaners—was responsible for contaminating Tarawa Terrace water-supply wells (Shiver 1985). Water-supply data and operational information indicate that Tarawa Terrace wells supplied water solely to the Tarawa Terrace water treatment plant (WTP). Additionally, the Tarawa Terrace water-distribution system was operated independently of the other two water-distribution systems (Holcomb Boulevard and Hadnot Point). Therefore, analyses presented in this paper and in references provided herein, refer solely to the reconstruction of VOC-contaminated drinking water at Tarawa Terrace and vicinity.[1] Future analyses and papers will present information and data about historically reconstructed contaminated drinking water at the Hadnot Point water-distribution system and results for the case-control epidemiological study.

## Chlorinated Solvents

The compounds and contaminants discussed in this paper belong to a class of chemicals referred to as chlorinated solvents. The denser-than-water characteristic of liquid chlorinated solvents has led to their being called "dense nonaqueous phase liquids" (DNAPLs) (Pankow and Cherry 1996). DNAPLs have a specific gravity greater than water ($>1.0$), and are immiscible in water. The significant volatility that characterizes chlorinated solvents also has led to these compounds being referred to as "volatile organic compounds" (VOCs). It is the property of significant volatility that has led to the greatest lack of understanding of their potential for causing groundwater contamination (Schwille 1988). Thus, VOCs are organic compounds that have a high enough vapor pressure under normal circumstances to significantly vaporize and enter the atmosphere.

### History of Chlorinated Solvent Production in the U.S. and Groundwater Contamination

In the United States, the production of chlorinated solvents, and more generally, synthetic organic chemicals, was most probably a direct result of World War I. As of 1914, PCE was manufactured as a by-product of carbon tetrachloride; domestic production of TCE is reported to have begun during the 1920s (Doherty 2000a, 2000b). Contamination of groundwater systems by chlorinated solvents, however, was not recognized in North America until the late 1970s. For example, contaminants were detected in groundwater sampling by the New Jersey Department of Environmental Protection during 1978 (Cohn et al. 1994) and at Woburn, Massachusetts, during May 1979 (MDPH et al. 1996). The lateness of this recognition was due in part because monitoring for VOCs and nearly all other organic compounds was not common until that time. Research into the properties of chlorinated solvents and how their properties, such as density (DNAPLs) and significant volatility (VOCs), were capable of leading to severe and long-lasting groundwater problems was first recognized by Schwille in West Germany during the 1970s (Schwille 1988). Thus, VOCs are environmental pollutants and some are probable or known carcinogens (IARC 1995; NTP 2005).

### Maximum Contaminant Levels

The U.S. Environmental Protection Agency (USEPA) has set a legal threshold—the maximum contaminant level (MCL)—to quantify the amount of a hazardous substance allowed in drinking water under the U.S. Safe Drinking Water Act. For example, the MCL for PCE was set at 5 micrograms per liter (μg/L) during 1992 because, given the remediation technology at that time, 5 μg/L was the lowest level that water systems could be required to achieve. Effective dates for MCLs presented in this paper are as follows: TCE and vinyl chloride (VC), January 9, 1989; PCE and *trans*-1,2-dichloroethylene (1,2-tDCE), July 6, 1992 (40 CFR, Section 141.60, Effective Dates, July 1, 2002, edition). In this paper, the current MCL for a specific VOC—for example, 5 μg/L for PCE—is used as a reference concentration to compare historically measured data and reconstructed results from computer simulations. These comparisons are not intended to imply (i) that the MCL was in effect at the time of sample measurement or historical simulations; or (ii) that a measured or simulated concentration above an MCL was known to be unsafe at the time. Hereafter, the use of the term MCL should be understood to mean the current MCL associated with a particular contaminant. A complete list of MCLs for common VOCs can be found in USEPA report EPA 816-F-03-016 (2003). A complete list of effective dates for MCLs can be found in 40 CFR, Section 141.60, Effective Dates, July 1, 2002, edition.

[1]For the analyses reported in this paper, drinking water is defined as groundwater that has undergone treatment at the Tarawa Terrace WTP. Because of the configuration of the Tarawa Terrace water-distribution system (all water-supply wells provided water to a central WTP prior to treatment and distribution), the concentration of a constituent in treated water at the WTP is considered to be the same as the concentration of the constituent in drinking water delivered through the distribution system to a person's home. Additional details justifying this assumption are provided in Maslia et al. (2007).



Case 7:23-cv-00897-RJ Document 397-18 Filed 06/04/25 Page 4 of 21

**Relation of Contamination to Water Supply at Tarawa Terrace, Camp Lejeune**

Camp Lejeune is located in the Coastal Plain of North Carolina, USA, in Onslow County, southeast of the City of Jacksonville and about 113 kilometers (km) northwest of the City of Wilmington, North Carolina (Fig. 1). Operations began at the base during the 1940s. Today, nearly 150,000 people work and live on base, including active-duty personnel, dependents, retirees, and civilian employees. About two thirds of the active-duty personnel and their dependents are less than 25 years of age. The base consists of 15 different housing areas; families live in base housing for an average of 2 years. During the 1970s and 1980s, family housing areas were served by three water-distribution systems: Hadnot Point, Tarawa Terrace, and Holcomb Boulevard. To briefly summarize the chronology of drinking-water operations, Hadnot Point was the original water-distribution system serving the entire base with drinking water during the 1940s. The Tarawa Terrace WTP began operations sometimes during 1952–1953 and the Holcomb Boulevard WTP began operations during June 1972 (Maslia et al. 2007).

Onset of Groundwater Pumping

The documented onset of pumping at Tarawa Terrace is unknown but is estimated to have begun during 1952. This is based on knowing that: (i) Tarawa Terrace housing was constructed during 1951–1952 (Maslia et al. 2007), (ii) groundwater was the sole source of water supply for Tarawa Terrace housing, (iii) a well capacity test was conducted on water-supply well TT-26 on May 19, 1951 (Faye and Valenzuela 2007), and (iv) the Tarawa Terrace WTP was built in 1952 (Henry Von Oesen and Associates 1997). Thus, it is assumed that water-supply well TT-26, located about 274 meters (m) southeast of ABC One-Hour Cleaners, began continuous operations during 1952 (Fig. 1). ABC One-Hour Cleaners—an off-base dry-cleaning facility that used PCE in the dry-cleaning process (Melts 2001)—is the only documented source of PCE contamination of groundwater resources at Tarawa Terrace (Shiver 1985). The first occurrence of PCE contamination at a Tarawa Terrace water-supply well probably occurred at well TT-26 after the onset of dry-cleaning operations during 1953.

Occurrence of Contaminants in Groundwater

Detailed analyses of concentrations of PCE at groundwater sampling locations and at Tarawa Terrace water-supply wells during the period 1991–1993 were sufficient to estimate the mass, or amount, of PCE remaining in the Tarawa Terrace and Upper Castle Hayne aquifers. Similar methods were applied to compute the mass of PCE in the unsaturated zone (zone above the water table) at and in the vicinity of ABC One-Hour Cleaners using concentration-depth data determined from soil borings during field investigations of 1987–1993. Details of these analyses are presented in Faye and Green Jr. (2007) and are summarized below.

The total mass of PCE computed in the saturated and unsaturated zones during the period 1953–1985 equals about 2,700 kilograms (kg) and equates to a volume of about 1,630 L. (PCE has a density of 1.63 grams per cubic centimeter (Schwille 1988).) This volume represents an average minimum loss rate of PCE to the subsurface at ABC One-Hour Cleaners of about 79 L/year during the period 1953–1985. This PCE loss rate should be considered a minimum because (i) the quantity of PCE removed from the aquifers at Tarawa Terrace water-supply wells during 1953–1985 is unknown, (ii) biodegradation of PCE to daughter products of TCE, 1,2-tDCE, and VC was probably occurring in the aquifers during and prior to 1991, and (iii) PCE mass adsorbed to the sands and clays of the aquifer porous media was not accounted for during the PCE mass computations. Pankow and Cherry (1996) indicate that computations of contaminant mass similar to those summarized here represent only a small fraction of the total contaminant mass in the subsurface. Comparing the estimated volume 1,630 L of PCE with documented contaminant plumes in sand-gravel aquifers indicates that the contaminant mass in the subsurface at Tarawa Terrace would have been ranked as the third greatest volume of contaminant mass among seven contamination sites in the United States listed in a table provided in Mackay and Cherry (1989, Table 1).

**Review of VOC-Related Health Studies**

Only a small number of studies have evaluated the risk of adverse birth outcomes such as birth defects and low birth weight from exposures to drinking water contaminated with VOCs (Goldberg et al. 1990; MDPH et al. 1996; Bove et al. 1995; ATSDR 1998; and Rodenbeck et al. 2000). These studies are summarized in Table 1. A review of these studies (Bove et al. 2002) concluded that, although the evidence is weak because few studies have been conducted, associations between exposure to TCE-contaminated drinking water and excesses of neural tube defects, oral clefts, heart defects and choanal atresia (a nasal defect) should be followed up.

Three studies have evaluated childhood cancers and exposures to TCE and PCE in drinking water. A study in northern New Jersey evaluated leukemia among all ages but found a greater than fourfold excess of leukemia among female children aged less than 5 years old exposed to TCE-contaminated drinking water (Cohn et al. 1994); no excess of leukemia was observed for male children. Water-distribution system modeling was conducted for a case-control study of childhood cancers in Dover Township



Case 7:23-cv-00897-RJ Document 397-18 Filed 06/04/25 Page 5 of 21

**Table 1** Summary of trichloroethylene and tetrachloroethylene study characteristics and results[a]

| Study site, period, and reference | Outcome | Number of subjects | Exposure | Results (OR)[b] |
|---|---|---|---|---|
| Arizona, 1969–1981 (Goldberg et al. 1990) | Cardiac defects | 365 cases | 1st trimester residence (or employment) in area of TCE contamination | Prevalence ratio = 2.58 |
| Woburn, Massachusetts 1975–1979 (MDPH et al. 1996) | SGA<br>Preterm birth<br>Birth defects<br>Fetal death | 2,211 births<br>19 fetal deaths | Modeled distribution system to estimate monthly exposures; address at delivery | SGA = 1.55; LBW ≤ 1.0; preterm delivery ≤1.0; **fetal death = 2.57; NTD = 2.21; cleft palate = 2.21; heart = 0.40; eye = 4.41;** cluster of choanal atresia |
| 1969–1979 | LBW | 5,347 births | | |
| Northern New Jersey, 1985–1988 (Bove et al. 1995) | SGA<br>Preterm birth<br>Birth defects<br>Fetal death | 80,938 live births, 594 fetal deaths | Estimated average monthly levels of solvents based on tap water sample data and address at delivery | TCE: SGA ≤ 1.0; preterm birth = 1.02; NTDs = 2.53; oral clefts = 2.24; heart defects = 1.24; fetal death ≤ 1.0<br>PCE: SGA ≤ 1.0; preterm birth ≤ 1.0; NTDs = 1.16; oral clefts = 3.54; heart defects = 1.13; fetal death ≤ 1.0 |
| Camp Lejeune, North Carolina, 1968–1985 (ATSDR 1998) | MBW<br>SGA<br>Preterm birth | 31 births exposed to TCE, 997 unexposed; 6,117 births exposed to PCE, 5,681 women unexposed | Residence in a base housing area known to have received contaminated water | TCE: SGA = 1.5; MBWD = −139 g; preterm birth = 0.0; males: SGA = 3.9; MBWD = −312 g<br>PCE: SGA = 1.2; MBWD = −24 g; preterm birth = 1.0; >35 yr; SGA = 4.0; MBWD = −205 g; women with ≥ 2 fetal losses: SGA = 2.5 |
| Arizona, 1979–1981 (high exposure) and 1983–1985 (post-exposure) (Rodenbeck et al. 2000) | LBW<br>VLBW<br>Full-term LBW | 1,099 exposed births, 877 unexposed births | Maternal residence in target or comparison census tracts at delivery; GIS modeling of groundwater plume | LBW = 0.90; VLBW = 3.30; full-term LBW = 0.81 |

[a]Bove et al. (2002)

[b]Results set in bold type indicate those that were calculated by the reviewing authors (Bove et al. 2002)

OR, odds ratio; TCE, trichloroethylene; PCE, tetrachloroethylene; MDPH, Massachusetts Department of Public Health; SGA, small for gestational age; LBW, low birth weight; NTD, neural tube defects; MBW, mean birth weight; VLBW, very low birth weight; MBWD, mean birth weight difference; GIS, geographic information system; =, equals; ≤, less than or equal to; −, negative; g, gram; yr, year

(Toms River), New Jersey, to estimate the percentage of water from each wellfield serving each child's residence (Maslia et al. 2000, 2001). Maternal residences during pregnancy that received water most of the time (i.e., ≥50% of the time each month) from a public wellfield contaminated with TCE, PCE and a styrene acrylonitrile trimer were associated with a fivefold excess in leukemia among females; no excess was seen in male children (NJDHSS 2003). A case-control study of childhood leukemia in Woburn, Massachusetts, also conducted water-distribution system modeling to estimate the percentage of water from two contaminated public wells serving each child's residence (Murphy 1986). Drinking water from public wells G and H were contaminated primarily with TCE (267 parts per billion [ppb]) but also contained much lower concentrations (<25 ppb) of PCE and 1,2-tDCE. Being served primarily by wells G and H during pregnancy was associated with an eightfold excess of childhood leukemia (Costas et al. 2002).



Case 7:23-cv-00897-RJ Document 397-18 Filed 06/04/25 Page 6 of 21

## Environmental Investigations and Health Studies at Camp Lejeune and Vicinity

During 1989, the USEPA placed U.S. Marine Corps Base Camp Lejeune and ABC One-Hour Cleaners on its National Priorities List (NPL) of sites requiring environmental investigation (also known as the list of Superfund sites). Information and data obtained during these environmental investigations were described in remedial investigation reports by Roy F. Weston, Inc. (1992, 1992). During August 1990, ATSDR conducted a public health assessment (PHA) at ABC One-Hour Cleaners. The PHA found that PCE, detected in onsite and offsite wells, was the primary contaminant of concern. Other detected contaminants included TCE, 1,2-dichloroethylene (1,2-DCE), 1,2-tDCE, 1,1-dichloroethylene (DCE), VC, benzene, and toluene (ATSDR 1990).

During 1997, ATSDR completed a PHA for Camp Lejeune which concluded that estimated exposures to VOCs in drinking water were significantly below the levels shown to be of concern in animal studies. However, because scientific data relating to the harmful effects of VOCs on a child or a fetus were limited, ATSDR recommended conducting an epidemiological study to assess the risks to infants and children during in utero exposure to chlorinated solvents (for example, PCE and TCE) contained in on-base drinking water (ATSDR 1997).

Following this recommendation, during 1998 ATSDR published a study of adverse birth outcomes (ATSDR 1998). ATSDR used various databases to evaluate possible associations between maternal exposure to contaminants contained in drinking water on the base and mean birth weight deficit, preterm birth (less than 37 weeks gestational age), and small for gestational age (SGA). To identify women living in base housing when they delivered, birth certificates were collected for live births that occurred January 1, 1968–December 31, 1985. The study found that exposure to PCE in drinking water was related to an elevated risk of SGA for mothers older than 35 years or who experienced two or more prior fetal losses (ATSDR 1998; Sonnenfeld et al. 2001). The study could not, however, evaluate childhood cancers and birth defects because the study relied solely on birth certificates to ascertain adverse birth outcomes. (Note that birth defects are only poorly ascertained using birth certificates and childhood cancers are not included on birth certificates.) Because this study used incorrect information on the start-up date for the Holcomb Boulevard WTP, errors were made in assigning exposures to the mothers. Therefore, this study will be re-analyzed using results from the historical reconstruction process and water-modeling analyses that document the start-up date of the Holcomb Boulevard WTP as June 1972 using the most current information (Maslia et al. 2007).

During 1999, ATSDR began an epidemiological study to evaluate whether in utero and infant (up to 1 year of age) exposure to VOC-contaminated drinking water was associated with specific birth defects and childhood cancers. The study includes births during 1968–1985 to women who resided at the base any time during their pregnancy. The first year of the study, 1968, was chosen because North Carolina computerized some of the information in its birth certificates starting that year. The last year of the study, 1985, was chosen because the most contaminated water-supply wells (for example, Tarawa Terrace supply wells TT-23 and TT-26, Fig. 1) were removed from regular service that year (February 1985). The study is evaluating the central nervous system defects known as neural tube defects (for example, spina bifida and anencephaly), cleft lip and cleft palate, and childhood leukemia and non-Hodgkin's lymphoma. The study consists of a multistep process that includes:

i. a scientific literature review to identify particular childhood cancers and birth defects associated with exposure to VOC-contaminated drinking water,
ii. a telephone survey to identify potential cases,
iii. a medical records search to confirm the diagnoses of the reported cases (Table 2), and
iv. a case-control study to interview parents (collect information on a mother's residential history and water use as well as potential risk factors such as a mother's occupation and illnesses during pregnancy) and obtain exposure estimates through water-modeling analyses and the historical reconstruction process. A total of 548 controls randomly sampled from the same population as the cases but without the conditions of interest will also be evaluated.

This study is unique in that it will examine the associations between well-defined, quantitative levels of PCE and TCE in drinking water and the risk of developing specific birth defects and childhood cancers. Thus, the purpose of the analyses described in this paper is to provide epidemiologists with historical monthly concentrations of contaminants in drinking water to facilitate the estimation of exposures. Results obtained by water-modeling analyses and through the historical reconstruction process are the main emphasis of this paper.

## Historical Reconstruction of VOC-Contaminated Drinking Water

Given the paucity of measured historical contaminant-specific data and the lack of historical exposure data during most of the period relevant to the epidemiological study (January 1968–December 1985), ATSDR decided



Case 7:23-cv-00897-RJ Document 397-18 Filed 06/04/25 Page 7 of 21

**Table 2** Description of cases in the epidemiological study at U.S. Marine Corps Base Camp Lejeune, North Carolina

| Disease | Parent-reported | Diagnosis Confirmed | Refused | Ineligible[a] | No medical record available |
|---|---|---|---|---|---|
| Neural Tube Defects[b] | 35 | 15 | 2 | 16 | 2 |
| Oral Clefts[c] | 42 | 24 | 3 | 11 | 4 |
| Childhood Leukemia/ Non-Hodgkin's Lymphoma | 29 | 13 | 3 | 12 | 1 |
| Total | 106 | 52 | 8 | 39 | 7 |

[a]Includes those who were confirmed not to have the parent-reported disease and those whose mothers resided off base during the entire pregnancy

[b]Includes spina bifida and anencephaly

[c]Includes cleft lip and cleft palate

to apply the concepts of historical reconstruction to synthesize and estimate the spatial and temporal distributions of contaminant-specific concentrations in the drinking-water supply at Tarawa Terrace. Historical reconstruction typically includes the application of simulation tools, such as models, to recreate (or synthesize) past conditions. Using water-modeling techniques in such a process is referred to as historical reconstruction (Maslia et al. 2001).

## Approach and Methods

For this study, historical reconstruction included the linking of groundwater contaminant fate and transport models with materials of mass balance (simple mixing) and water-distribution system models (Table 3). The primary focus for the investigation of the Tarawa Terrace historical reconstruction analyses was the fate and transport of, and exposure to, a single constituent—PCE. Additional and enhanced analyses that relate to degradation by-products of PCE—TCE, 1,2-tDCE, and VC—also were conducted (Jang and Aral 2008). Based on groundwater and water-quality data collection and analyses by Shiver (1985), PCE originating from the site of ABC One-Hour Cleaners is considered the primary VOC compound responsible for contaminating the Tarawa Terrace water-supply wells.

## Models Used for Water-Distribution Investigation

Applying simulation tools to reconstruct historical contamination and exposure events at Tarawa Terrace and vicinity required the development of databases from diverse sources of information such as well and geohydrologic analyses, computations of PCE mass at the ABC One-Hour Cleaners site and within the Tarawa Terrace and Upper Castle Hayne aquifers (Faye and Green Jr. 2007), and analyses and assessment of historical and present-day (2004) operations of the water-distribution system serving Tarawa Terrace. A complete list of analysis and simulation tools used to reconstruct historical contamination and exposure events at Tarawa Terrace and vicinity is provided in Table 3. Information and data were applied to the models in the following sequence:

i. Geohydrologic framework information, aquifer and confining unit hydraulic data, and climatic data were used to determine predevelopment (prior to 1951) groundwater-flow characteristics (Faye 2007). To simulate predevelopment groundwater-flow conditions, the public-domain code MODFLOW-96 (Harbaugh and McDonald 1996)—a three-dimensional groundwater-flow model code—was used (Faye and Valenzuela 2007).
ii. Transient groundwater conditions occurring primarily because of the initiation and continued operation of water-supply wells at Tarawa Terrace also were simulated using the three-dimensional model code MODFLOW-96; well operations were accounted for and could vary on a monthly basis (Faye and Valenzuela 2007).
iii. Groundwater velocities or specific discharges derived from the transient groundwater-flow model were used in conjunction with PCE source, fate, and transport data to develop a contaminant fate and transport model. To simulate the fate and transport of PCE as a single species from its source at ABC One-Hour Cleaners to Tarawa Terrace water-supply wells, the public domain code MT3DMS (Zheng and Wang 1999) was used. MT3DMS is a model capable of simulating three-dimensional fate and transport. Simulations describe PCE concentrations on a monthly basis during January 1951–December 1994 (Faye 2008).
iv. The monthly concentrations of PCE assigned to drinking water at the Tarawa Terrace WTP were determined using a materials of mass balance model (simple mixing) to compute the flow-weighted average concentration of PCE. The model is based on the principles of continuity and conservation of mass (Masters 1998).



Case 7:23-cv-00897-RJ Document 397-18 Filed 06/04/25 Page 8 of 21

**Table 3** Analyses and simulation tools (models) used to reconstruct historical contamination events at Tarawa Terrace and vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina[a]

| Analysis | Description | Analysis or simulation tool (model) and type | Reference |
|---|---|---|---|
| Geohydrologic framework | Detailed analyses of well and geohydrologic data used to develop framework of the Castle Hayne aquifer system at Tarawa Terrace and vicinity | Data analysis | Faye (2007) |
| Predevelopment groundwater flow | Steady-state groundwater flow, occurring prior to initiation of water-supply well activities (1951) or after recovery of water levels from cessation of pumping activities (1994) | MODFLOW-96—numerical | Harbaugh and McDonald (1996); Faye and Valenzuela (2007) |
| Transient groundwater flow | Unsteady-state groundwater flow occurring primarily because of the initiation and continued operation of water-supply wells (January 1951–December 1994) | MODFLOW-96—numerical | Harbaugh and McDonald (1996); Faye and Valenzuela (2007) |
| Properties of VOCs in groundwater | Properties of degradation pathways of common organic compounds in groundwater | Literature survey | Lawrence (2007) |
| Computation of PCE mass | Estimates of mass and volume of PCE; (a) unsaturated zone (above water table) in vicinity of ABC One-Hour Cleaners based on 1987–1993 data; (b) within Tarawa Terrace and Upper Castle Hayne aquifers based on 1991–1993 data | Site investigation data, GIS, and spatial analyses | Roy F. Weston, Inc. (1992, 1992); Pankow and Cherry (1996); Faye and Green Jr. (2007) |
| Fate and transport of PCE | Simulation of the fate and migration of PCE from its source (ABC One-Hour Cleaners) to Tarawa Terrace water-supply wells (January 1951–December 1994) | MT3DMS—numerical | Zheng and Wang (1999); Faye (2008) |
| Exposure concentration of PCE | Computation of concentration of PCE in water delivered from the Tarawa Terrace WTP using results from fate and transport modeling | Materials mass balance using conservation of mass and continuity—algebraic | Masters (1998); Faye (2008) |
| Early and late arrival of PCE at WTP | Analysis to assess impact of pumping schedule variation of water-supply well operations on arrival of PCE at wells and the Tarawa Terrace WTP | PSOpS—numerical; optimization | Wang and Aral (2008) |
| Fate and transport of PCE and degradation by-products | Three-dimensional simulation of the fate, degradation, and transport of PCE, its degradation by-products of TCE, 1,2-tDCE, and VC | TechFlowMP—numerical | Jang and Aral (2008) |
| Parameter uncertainty and variability | Assessment of parameter sensitivity, uncertainty, and variability associated with model simulations of groundwater flow, fate and transport, and water distribution | PEST; Monte Carlo simulation—probabilistic | Doherty (2005); Maslia et al. (2009) |


Case 7:23-cv-00897-RJ Document 397-18 Filed 06/04/25 Page 9 of 21

**Table 3** (*Continued*)

| Analysis | Description | Analysis or simulation tool (model) and type | Reference |
|---|---|---|---|
| Distribution of PCE throughout Tarawa Terrace | Simulation of hydraulics and water-quality in water-distribution system serving Tarawa Terrace based on present-day (2004) conditions | EPANET 2—numerical | Rossman (2000); Maslia et al. (2007) |

[a]Maslia et al. (2007)

VOC, volatile organic compound; PCE, tetrachloroethylene; GIS, geographic information system; WTP, water treatment plant; TCE, trichloroethylene; 1,2-tDCE, *trans*-1,2-dichloroethyelene; VC, vinyl chloride

v. To analyze the degradation of PCE into degradation by-products (TCE, 1,2-tDCE, and VC) and to simulate the fate and transport of these contaminants in the unsaturated zone (zone above the water table), a three-dimensional, multispecies, and multiphase mass transport model (TechFlow$^{MP}$) was used (Jang and Aral 2008).
vi. To analyze and understand the impacts of unknown and uncertain historical pumping schedule variations of water-supply wells on arrival of PCE at the Tarawa Terrace water-supply wells and WTP, a pumping and schedule optimization system tool (PSOpS) was used (Wang and Aral 2008).
vii. To assess parameter sensitivity, uncertainty, and variability associated with model simulations of flow, fate and transport, and computed PCE concentrations in drinking water at the Tarawa Terrace WTP, sensitivity and probabilistic analyses were conducted. Sensitivity analyses were conducted using a one-at-a-time approach; the probabilistic analyses applied Monte Carlo and sequential Gaussian simulation methods to results previously obtained using MODFLOW-96, MT3DMS, and the drinking-water mixing model (Maslia et al. 2007, 2009).
viii. The initial approach for estimating the concentration of PCE delivered to residences of Tarawa Terrace used the public domain model, EPANET 2 (Rossman 2000)—a water-distribution system model used to simulate street-by-street PCE concentrations (Sautner et al. 2005, 2007). Based on reviews of historical water-supply well and WTP operational data it was concluded that the Tarawa Terrace water-distribution system was not interconnected with other water-distribution systems at Camp Lejeune. Thus, all water arriving at the WTP originated solely from Tarawa Terrace water-supply wells and was completely and uniformly mixed prior to delivery to residents of Tarawa Terrace. Consequently, a simple mixing model approach, based on the principles of continuity and conservation of mass (Masters 1998) would provide a sufficient level of detail and accuracy to estimate monthly PCE exposure concentrations at Tarawa Terrace. Results of the monthly flow-weighted average PCE-concentration computations were provided to agency health scientists and epidemiologists to assess population exposure to PCE.

Initially, model parameters were calibrated using a deterministic approach (single-value input and output parameters). Owing to parameter variability and uncertainty associated with the historical reconstruction process, a probabilistic analysis (distributed-value parameters) was also conducted. Because of the importance of this analysis method, additional discussion is presented on the probabilistic analysis in the next section.

### Probabilistic Analysis

One of the unique aspects of the current study is that a very detailed and comprehensive probabilistic analysis was conducted using calibrated groundwater-flow and contaminant fate and transport model parameters to assess model input and output parameter variability and uncertainty. This was necessary because study epidemiologists require knowledge of the uncertainty and reliability of historically reconstructed contaminated drinking water concentrations. A probabilistic analysis is used to generate uncertainties in model inputs (e.g., contaminant source mass-loading rate) so that estimates of uncertainties in model outputs (e.g., PCE concentration in groundwater) can be made. Although a sensitivity analysis can provide some insight into the relative importance of selected model parameters, a probabilistic analysis provides quantitative insight about the range and likelihood (probability) of model outputs. Thus, one purpose of a probabilistic analysis is to assist with understanding and characterizing variability and uncertainty of model output (Cullen and Frey 1999). A number of methods are available for conducting a probabilistic analysis. These methods can be grouped as follows: (i) analytical solutions for moments, (ii) analytical solutions for distributions,



Case 7:23-cv-00897-RJ Document 397-18 Filed 06/04/25 Page 10 of 21

(iii) approximation methods for moments, and (iv) numerical methods. The probabilistic analysis conducted on the Tarawa Terrace models used numerical methods—Monte Carlo and sequential Gaussian simulation—to assess model uncertainty and parameter variability (Cullen and Frey 1999; Deutsch and Journel 1998; Doherty 2005; USEPA 1997; Tung and Yen 2005).

Owing to brevity and space limitations, specific details related to the development and application of the probabilistic analysis using Monte Carlo and sequential Gaussian simulation will be summarized herein. For specific developmental and simulation details, readers can refer to Maslia et al. (2007, 2009). Briefly, Monte Carlo simulation is a computer-based (numerical) method of analysis that uses statistical sampling techniques to obtain a probabilistic approximation to the solution of a mathematical equation or model (USEPA 1997). The Monte Carlo simulation method is used to simulate probability density functions (PDFs). PDFs are mathematical functions that express the probability of a random variable (or model input) falling within some interval. Sequential Gaussian simulation is a process in which a field of values (e.g., horizontal hydraulic conductivity, Table 4) is obtained multiple times, assuming the spatially interpolated values follow a Gaussian (normal) distribution. The FIELDGEN code (Doherty 2005) was used to conduct the sequential Gaussian simulation methodology because it allows the statistical samples or realizations to be representative of field observations. For the current study, spatially distributed field values of horizontal hydraulic conductivity were available. Examples of spatial distributions of horizontal hydraulic conductivity derived by using the sequential Gaussian simulation process are discussed in greater detail in Maslia et al. (2009). Additional details pertaining to this methodology are provided in Deutsch and Journel (1998) and Doherty (2005).

For the groundwater-flow and contaminant fate and transport models (Faye and Valenzuela 2007; Faye 2008), eight parameters were assumed to be uncertain and variable: (1) horizontal hydraulic conductivity, (2) recharge rate, (3) effective porosity, (4) bulk density, (5) distribution coefficient, (6) dispersivity, (7) reaction rate, and (8) the PCE mass-loading rate (Table 4). With the exception of horizontal hydraulic conductivity and dispersivity, the remaining six model parameters were represented by PDFs of a normal distribution; the PDF for dispersivity was represented by a lognormal distribution. Because spatially distributed field values were available for horizontal hydraulic conductivity, the sequential Gaussian simulation methodology, using the code FIELDGEN (Doherty 2005), was used to estimate this variant's distribution. Statistics associated with the normal and lognormal distributions for the aforementioned eight variants, such as the mean, standard deviation, minimum, and maximum, are listed in Table 4. The calibrated value associated with each variant—derived from model calibrations described in Faye and Valenzuela (2007) and Faye (2008)—was assigned as the mean value of the distribution associated with each variant. Examples of PDFs generated for these variants are provided in Maslia et al. (2007, 2009).

## Historical Reconstruction Results

In using a simulation approach to reconstruct historical PCE (and PCE degradation by-product) concentrations in drinking water at Tarawa Terrace, a calibration process was used so that the combination of various model parameters—regardless of whether a model is simple or complex—appropriately reproduced the behavior of real-world systems (for example, migration of PCE) as closely as possible. The American Water Works Association Engineering Computer Applications Committee indicates that "true model calibration is achieved by adjusting whatever parameter values need adjusting until a reasonable agreement is achieved between model-predicted behavior and actual field behavior" (AWWA Engineering Computer Applications Committee 1999). A model modified in this manner is called a calibrated model (Hill and Tiedeman 2007). Calibration of models used for the Tarawa Terrace analyses was accomplished in a hierarchical or step-wise approach consisting of four successive stages or levels. Simulation results achieved for each calibration level were refined by adjusting model parameter values and comparing these results with simulation results of previous levels until results at all levels were within ranges of preselected calibration targets or measures. The step-wise order of model-calibration levels consisted of simulating (i) predevelopment (steady or nonpumping) ground-water-flow conditions, (ii) transient (time varying or pumping) groundwater-flow conditions, (iii) the fate and transport (migration) of PCE from its source at ABC One-Hour Cleaners to water-supply wells, and (iv) the concentration of PCE in drinking water at the Tarawa Terrace WTP—water from the Tarawa Terrace WTP that was delivered to residents living in family housing. Summaries of simulation results are provided in Maslia et al. (2007) and details are described in several ATSDR reports (Faye and Valenzuela 2007; Faye 2008; Jang and Aral 2008; Wang and Aral 2008). All of the analyses and results describing the historical reconstruction process at Tarawa Terrace and vicinity also are available from the ATSDR website (ATSDR 2008).

### Distribution of Tetrachloroethylene (PCE) in Groundwater

An example of simulation results of groundwater flow and the fate and transport of PCE is shown in a map format for December 1984 (Fig. 2). The groundwater-flow and



Case 7:23-cv-00897-RJ Document 397-18 Filed 06/04/25 Page 11 of 21

**Table 4** Uncertain model input parameters used in a probabilistic analysis, Tarawa Terrace and vicinity, U.S. Marine Corp Base Camp Lejeune, North Carolina[a]

| Model parameter or variant[b,c] | Calibrated value | Statistical descriptions of probabilistic distributions | | | | Method of generating uncertain input parameter | Method of assigning uncertain parameter in models |
|---|---|---|---|---|---|---|---|
| | | Mean | Minimum | Maximum | Standard deviation | | |
| Groundwater flow model parameters | | | | | | | |
| Horizontal hydraulic conductivity, Layer 1, $K_H$, m/d | 3.7–16.3 | 3.7–16.3 | – | – | – | SGS used to generate random hydraulic conductivity field under a normal distribution[d] | Cell-by-cell distribution |
| Horizontal hydraulic conductivity, Layer 3, $K_H$, m/d | 1.3–6.1 | 1.3–6.1 | – | – | – | SGS used to generate random hydraulic conductivity field under a normal distribution[d] | Cell-by-cell distribution |
| Horizontal hydraulic conductivity, Layer 5, $K_H$, m/d | 2.0–2.7 | 2.0–2.7 | – | – | – | SGS used to generate random hydraulic conductivity field under a normal distribution[d] | Cell-by-cell distribution |
| Infiltration (recharge), $I_R$, mm/yr | 168–490 | 168–490 | 112 | 556 | 56 | MCS used to generate the PDF using a normal distribution; PDF generated for each stress period | Constant value assigned uppermost active cell (model layer 1), varied yearly |
| Fate and transport model parameters | | | | | | | |
| Distribution coefficient, $K_d$, $cm^3/g$ | $1.4 \times 10^{-1}$ | $1.4 \times 10^{-1}$ | $1.0 \times 10^{-1}$ | $7.6 \times 10^{-2}$ | $5.0 \times 10^{-2}$ | MCS used to generate the PDF using a normal distribution | Cell-by-cell distribution |
| Bulk density, $\rho_b$, $g/cm^3$ | 2.72 | 2.72 | 2.47 | 2.79 | 0.04 | MCS used to generate the PDF using a normal distribution | Cell-by-cell distribution |
| Effective porosity, $n_E$ | 0.2 | 0.2 | 0.1 | 0.3 | 0.05 | MCS used to generate the PDF using a normal distribution | Cell-by-cell distribution |
| Reaction rate, $r$, $d^{-1}$ | $5.0 \times 10^{-4}$ | $5.0 \times 10^{-4}$ | $2.3 \times 10^{-4}$ | $7.7 \times 10^{-4}$ | $1.35 \times 10^{-4}$ | MCS used to generate the PDF using a normal distribution | Constant value assigned to entire model |
| Mass-loading rate, $q_S C_S$, g/d | 1,200 | 1,200 | 200 | 2,200 | 100 | MCS used to generate the PDF using a normal distribution | Single value assigned to contaminant source cell[e] |
| Longitudinal dispersivity, $\alpha_L$, m | 7.6 | 0.98 | 1.5 | 38.1 | 0.25 | MCS used to generate the PDF using a log-normal distribution[f] | Cell-by-cell distribution |

[a]Maslia et al. (2007, 2009)

[b]Symbolic notation used to describe model parameters obtained from Chiang and Kinzelbach (2001)

[c]Statistical description of pumpage variation is described in Maslia et al. (2009)

[d]The FIELDGEN model code described in Doherty (2005) was used to generate the random, spatially varying fields of hydraulic conductivity

[e]Contaminant source cell is located in model layer 1, row 47, column 170 (Faye 2008)

[f]The mean value derived from Ln (25); standard deviation derived from Ln (5)/2, where Ln ( ) is the Naperian logarithm

m, meter; mm, millimeter; yr, year; d, day; cm, centimeter; g, grams; MCL, maximum contaminant level; MCS, Monte Carlo simulation; SGS, sequential Gaussian simulation; PDF, probability density function; —not applicable




**Fig. 2** Maps showing simulated (**a**) water level and direction of groundwater flow and (**b**) distribution of tetrachloroethylene, model layer 1, December 1984, Tarawa Terrace and vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina (from Maslia et al. 2007; PCE, tetrachloroethylene)

contaminant fate and transport models consisted of 7 layers, with model layer 1 being designated as the contaminant source layer. Figure 2 is composed of two maps. The upper map shows simulated potentiometric levels (or water levels) and directions of ground-water flow for model layer 1 throughout the entire active model domain (Fig. 2a). Groundwater flow is from highest to lowest potentiometric level. The lower map (Fig. 2b) shows an enlarged area of the Tarawa Terrace housing area and the site of ABC One-Hour Cleaners. This map shows simulated potentiometric levels and the areal distribution of PCE-contaminated groundwater. The lower map shows simulated PCE values ranging from 1 μg/L to greater than 1,500 μg/L. The values of PCE shown on the maps—assigned a specific color to represent a



Case 7:23-cv-00897-RJ Document 397-18 Filed 06/04/25 Page 13 of 21




**Fig. 3** Graph showing concentration of tetrachloroethylene: simulated at selected water-supply wells and in drinking water at the water treatment plant, and measured in drinking water at the water treatment plant, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina (from Maslia et al. 2007; PCE, tetrachloroethylene; µg/L, microgram per liter)

concentration range—are values of PCE that were simulated at the center of a finite-difference cell that was part of the numerical model's finite-difference grid. The simulated PCE values shown in Fig. 2 were derived by applying the inverse-distance weighting method to simulated PCE-concentration values at the center of finite-difference cells.

With the onset of simulated pumping at water-supply well TT-26 during January 1952, local cones of depression developed around all active water-supply wells. Continued groundwater pumpage increased water-level declines during December 1984 in the vicinity of the Tarawa Terrace I housing area and probably accelerated the migration of PCE toward the vicinity of well TT-54 (Fig. 2a). The center of mass of PCE migrated generally southeastward from its source at the site of ABC One-Hour Cleaners, and the arm of the PCE plume migrated southwestward toward water-supply wells TT-23, TT-67, and TT-54 (Fig. 2b). By December 1984, the simulated concentration of PCE in water-supply wells TT-23, TT-25, and TT-26 was 255 µg/L, 6 µg/L, and 805 µg/L, respectively. These and other water-supply wells were pumping from model layer 3. Therefore, simulated concentrations for these water-supply wells are lower than the simulated PCE concentrations shown in Fig. 2b. Detailed maps showing simulated PCE concentration in several model layers—including model layer 3—are presented in Faye (2008).

A graph showing simulated concentrations of PCE at Tarawa Terrace water-supply wells from the beginning of operations at ABC One-Hour Cleaners through the closure of the wells and the WTP is shown in Fig. 3. Simulated PCE concentrations in water-supply well TT-26 exceeded the current MCL of 5 µg/L during January 1957 (simulated value is 5.2 µg/L) and reached a maximum simulated value of 851 µg/L during July 1984. The mean simulated PCE concentration in water-supply well TT-26 for its entire period of operation was 351 µg/L. The mean simulated PCE concentration for the period exceeding the current MCL of 5 µg/L—January 1957 to January 1985—was 414 µg/L. This represents a duration of 333 months (27.7 years). These results are summarized in Table 5 along with simulated results for water-supply wells TT-23 and TT-25. It should be noted that although simulation results shown in Fig. 3 indi-



Case 7:23-cv-00897-RJ Document 397-18 Filed 06/04/25 Page 14 of 21

cate that several water-supply wells were contaminated with PCE (wells TT-23, TT-25, TT-31, TT-54, and TT-67), by far the highest concentration of PCE and the longest duration of contamination occurred in water-supply well TT-26.

Concentration of Tetrachloroethylene (PCE) in Drinking Water

Figure 3 also shows simulated PCE concentrations in drinking water delivered by the Tarawa Terrace WTP. A monthly listing of historically reconstructed (simulated) PCE concentrations also is provided in Maslia et al. (2007). PCE concentrations for the water-supply wells depicted in Fig. 3 are based on simulated monthly results for the period of well operations (Faye and Valenzuela 2007). PCE contamination of water-supply well TT-26 was the primary contributor to contamination in drinking water at the WTP. When water-supply well TT-26 was temporarily shut down during July–August 1980 and January–February 1983, the PCE concentration in drinking water at the WTP was significantly lower (Fig. 3). For example, during June 1980, the simulated PCE concentration in drinking water at the Tarawa Terrace WTP was 126 μg/L, but during July–August 1980, the simulated PCE concentration in drinking water at the Tarawa Terrace WTP did not exceed 0.8 μg/L. Furthermore, during December 1982, the simulated PCE concentration in drinking water at the Tarawa Terrace WTP was 115 μg/L, but during January–February 1983, the simulated PCE concentration in drinking water at the Tarawa Terrace WTP was 1.3 μg/L. The PCE concentration of drinking water at the Tarawa Terrace WTP is less than the PCE concentration of water-supply well TT-26 because the mixing model uses water supplied to the WTP from all wells—contaminated and uncontaminated.

For any given month during the historical reconstruction period, the PCE concentration of drinking water at the Tarawa Terrace WTP was computed using the following equations (Masters 1998):

$$Q_T = \sum_{i=1}^{NWP} Q_i \tag{1}$$

and

$$C_{WTP} = \frac{\sum_{i=1}^{NWP} C_i Q_i}{Q_T}, \tag{2}$$

where

$NWP$ is the number of water-supply wells simulated as operating (pumping) during the month of interest,
$Q_i$ is the simulated groundwater pumping rate of water-supply well $i$,
$Q_T$ is the total simulated groundwater pumping rate from all operating water-supply wells during the month of interest,
$C_i$ is the simulated concentration for water-supply well $i$,
$C_{WTP}$ is the concentration of drinking water delivered from the Tarawa Terrace WTP for the month of interest.

The simulated concentration of PCE in drinking water delivered by the Tarawa Terrace WTP first exceeded the current MCL of 5 μg/L during November 1957—10 months after the PCE concentration in water-supply well TT-26 exceeded the MCL (Fig. 3). Using simulated water-supply well concentrations and mixing model computations ((1) and (2)), exposure to PCE-contaminated drinking water that exceeded the current MCL of 5 μg/L occurred for a duration of 346 months (28.8 years)—November 1957 to February 1987. A summary of dates and durations of PCE concentrations at selected water-supply wells and in drinking water at the Tarawa Terrace WTP is listed in Table 5. Simulated values of PCE concentration in drinking water at the WTP compare well with available measured data (Fig. 3).

## Discussion of Results

The aforementioned results obtained through the historical reconstruction process have provided quantitative information that PCE concentrations exceeded the current MCL of 5 μg/L at water-supply well TT-26 for 333 months—January 1957 through January 1985. The maximum simulated PCE concentration was 851 μg/L compared to the maximum measured PCE concentration of 1,580 μg/L during January 1985. For exposure purposes, reconstructed PCE concentrations exceeded the MCL of 5 μg/L in drinking water at the Tarawa Terrace WTP for 346 months—November 1957 through February 1987; a significantly longer duration than previously estimated. The maximum simulated PCE concentration in drinking water was 183 μg/L during March 1984 compared to the maximum measured PCE concentration in drinking water of 215 μg/L during February 1985. Exposure to PCE and PCE degradation by-products from contaminated drinking water ceased after February 1987 because the Tarawa Terrace WTP was closed in March 1987. Since March 1987, Tarawa Terrace base housing receives all drinking water from the Holcomb Boulevard WTP (Maslia et al. 2007).

The models and model results described above are based on limited field data and literature-derived values. Therefore, the models and historical reconstruction results are characterized by uncertainty (lack of knowledge about specific factors) and variability (observed differences that can be attributed to differences in model parameters). Such limitations give rise to the following questions:



Case 7:23-cv-00897-RJ Document 397-18 Filed 06/04/25 Page 15 of 21

**Table 5** Summary statistics for simulated tetrachloroethylene contamination of selected water-supply wells and the water treatment plant based on calibrated model simulation, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina[a]

| Water supply | Dates and duration exceeding MCL[b], in months | Maximum simulated concentration, in micrograms per liter and date of maximum value | Average simulated concentration, in micrograms per liter[c] |
|---|---|---|---|
| TT-23 | August 1984–April 1985<br>8 months[d] | 274<br>April 1985 | 252 |
| TT-25 | July 1984–February 1987<br>32 months | 69<br>February 1987 | 27 |
| TT-26 | January 1957–January 1985<br>333 months[e] | 851<br>July 1984 | 414 |
| WTP | November 1957–February 1987<br>346 months | 183<br>March 1984 | 70 |

[a]Maslia et al. (2007)

[b]MCL for PCE is 5 µg/L (USEPA 2003)

[c]For periods exceeding 5 µg/L when water-supply well was operating

[d]Water-supply well TT-23 was not operating in February 1985

[e]Water-supply well TT-26 was not operating in July–August 1980 and January–February 1983

MCL, maximum contaminant level; µg/L, microgram per liter; WTP, water treatment plant; PCE, tetrachloroethylene

i. Could alternative water-supply well operating schedules or combination of model parameter values provide acceptable simulation results when compared to observed data and established calibration targets?
ii. What is the reliability of the historically reconstructed estimates of PCE concentration determined using the calibrated models (for example, results shown in Fig. 3)?

To answer these questions and address the over-arching issues of model and parameter variability and uncertainty, three sets of analyses were conducted using the calibrated groundwater-flow and contaminant fate and transport models described in Faye and Valenzuela (2007) and Faye (2008), respectively. These analyses were: (i) an assessment of pumping schedule variation at Tarawa Terrace water-supply wells with respect to contaminant arrival times and concentrations, (ii) sensitivity analysis, and (iii) probabilistic analysis. All of the additional analyses were conducted using PCE dissolved in groundwater as a single species using the MODFLOW-96 and MT3DMS calibrated models. Owing to space limitations of this paper, results solely for the probabilistic analysis will be summarized herein. Details and results for pumping schedule variation are provided in Wang and Aral (2008); results for the sensitivity and probabilistic analysis are provided in Maslia et al. (2007, 2009).

As previously discussed in section Probabilistic Analysis, probabilistic analysis results were derived by the application of the Monte Carlo and sequential Gaussian simulation methods to the calibrated groundwater-flow and contaminant fate and transport model parameters. An example of probabilistic results derived by using the aforementioned simulation methodologies for the Tarawa Terrace analysis is shown in Fig. 4. In this illustration, the concentration of PCE in drinking water is shown as a range of most likely values for each month that the Tarawa Terrace WTP was in operation: January 1953–February 1987. As can be seen, the probabilistic results form a very narrow range or band around simulated concentration values obtained from running the groundwater-flow and contaminant fate and transport models without considering uncertainty and variability (referred to as the deterministic or single-value output approach). The range of PCE concentrations in drinking water for each month of WTP operations represents 95 percent of Monte Carlo simulations (yellow band in Fig. 4). That is, there is a 95 percent probability that PCE concentrations in drinking water delivered to residents of Tarawa Terrace from the WTP were within the band or range of values shown in Fig. 4 for each month that the WTP was operating.

Two specific results shown in Fig. 4 are worthy of further explanation. First, PCE concentrations in WTP drinking water most likely exceeded the MCL for PCE of 5 µg/L for the first time during October 1957–August 1958 (95 percent probability). This range includes the date of November 1957 derived without considering uncertainty and variability. Second, the PCE concentration in WTP drinking water during January 1985, simulated using the probabilistic analysis, ranges from 110 to 251 µg/L (95 percent of Monte Carlo simulations). This range includes the calibrated value of 183 µg/L (derived without considering uncertainty and variability) and the maximum measured value of 215 µg/L. Results of the probabilistic analysis, which were obtained us-




**Fig. 4** Graph showing concentrations of tetrachloroethylene in drinking water at the water treatment plant derived from probabilistic analysis using Monte Carlo and sequential Gaussian simulations, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina (from Maslia et al. 2007; PCE, tetrachloroethylene; MCL, maximum contaminant level)

ing Monte Carlo and sequential Gaussian simulation, quantitatively define the uncertainty and variability of the deterministically derived results reported by Faye and Valenzuela (2007) and Faye (2008). These probabilistic results provide additional confidence that the deterministically derived results (for example, the historically reconstructed PCE concentrations in drinking water) are reasonable and conform well to field observations and data.

For purposes of a health study or exposure assessment, epidemiologists and health scientists are interested in obtaining information on the probability that a person or population was exposed to a contaminant exceeding a given health guideline or criteria. For example, the probability that residents of Tarawa Terrace were exposed to drinking water contaminated with PCE exceeding an MCL of 5 μg/L. To address this issue, Monte Carlo simulation results described above can be presented in the form of the complementary cumulative probability function and plotted as a series of probability "type curves" (Fig. 5). The complementary cumulative probability function describes the probability of exceeding a certain value or answers the question: how often is a random variable (for example, the concentration of



Case 7:23-cv-00897-RJ Document 397-18 Filed 06/04/25 Page 17 of 21




**Fig. 5** Graph showing probabilities of exceeding tetrachloroethylene concentrations in drinking water at the water treatment plant derived from probabilistic analysis using Monte Carlo and sequential Gaussian simulation for selected years, 1958–1985, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina (see text for discussion of points A–E; from Maslia et al. 2007; PCE, tetrachloroethylene; MCL, maximum contaminant level; μg/L, microgram per liter; %, percent)

PCE in drinking water) above a certain value? Using results shown in Fig. 5, the probability that the PCE concentration in drinking water at the Tarawa Terrace WTP exceeded a value of 5 μg/L during January 1958 is determined in the following manner:

i. Locate the probabilistic type curve for January 1958 in Fig. 5;
ii. Locate the 5 μg/L PCE concentration along the x-axis of the graph in Fig. 5;
iii. Follow the vertical line until it intersects with the January 1958 complementary cumulative probability function type curve (point A, Fig. 5); and
iv. Follow the horizontal line until it intersects the y-axis—for this example, about 39%.

In this case, there is a probability of approximately 39% that the PCE concentration in drinking water at the Tarawa Terrace WTP exceeded the current MCL of 5 μg/L during January 1958. Because the vertical line coinciding with the MCL value of 5 μg/L does not intersect with any other type curve on the graph, this can be interpreted that for other years shown in Fig. 5 and until water-supply well TT-26 was removed from regular service during February 1985, the probability of exceeding the MCL for PCE is greater than 99%, or a near-certainty (except during July and August 1980 and January and February 1983 when water-supply well TT-26 was out of service—see Fig. 4).

The probability type curves shown in Fig. 5 also can be used to ascertain uncertainty and variability associated with simulated PCE concentrations in drinking water at the Tarawa Terrace WTP. For example, referring to points B and C in Fig. 5, during January 1958, there is a 97.5% probability that the concentration of PCE in drinking water at the Tarawa Terrace WTP exceeded 2 μg/L (point B), and correspondingly, a 2.5% probability that the concentration exceeded 8 μg/L (point C). Thus, during January 1958, 95% of Monte Carlo simulation results indicate that the concentration of PCE in drinking water at the Tarawa Terrace WTP was in the range of 2–8 μg/L. Stated in terms of uncertainty and variability, during January 1958, the uncertainty is 5% (100% minus 95% of all Monte Carlo simulation results), and the corresponding variability in PCE concentration in drinking water at the Tarawa Terrace WTP is 2–8 μg/L. As a comparison, this same analysis is conducted for January 1968 (points D and E). For the conditions during January 1968 (the start of the epidemiological case-control study),



Case 7:23-cv-00897-RJ Document 397-18 Filed 06/04/25 Page 18 of 21

95% of Monte Carlo simulation results indicate that the concentration of PCE in drinking water at the Tarawa Terrace WTP was in the range of 40–80 μg/L. Stated in terms of uncertainty and variability, during January 1968, the uncertainty is 5% (100% minus 95% of all Monte Carlo simulation results), and the corresponding variability in PCE concentration in drinking water at the Tarawa Terrace WTP is 40–80 μg/L.

## Summary of Findings

ATSDR is conducting a health study to determine if an association exists between in utero and infant (up to 1 year of age) exposures to VOC-contaminated drinking water and specific birth defects and childhood cancers. The study includes births that occurred during 1968–1985 to mothers who lived in family housing at U.S. Marine Corps Base Camp Lejeune, North Carolina, during their pregnancies. Historical exposure data needed for the epidemiological case-control study are limited. To obtain estimates of historical exposure, ATSDR is using water-modeling techniques and the process of historical reconstruction. These methods are used to quantify concentrations of particular contaminants (for example, PCE) in drinking water and to compute the level and duration of human exposure to contaminated drinking water. In summary, based on field data, modeling results, and the historical reconstruction process, the following conclusions are made with respect to drinking-water contamination at the Tarawa Terrace base-housing area:

i. Simulated PCE concentrations exceeded the current MCL of 5 μg/L at water-supply well TT-26 for 333 months—January 1957 through January 1985; the maximum simulated PCE concentration was 851 μg/L; the maximum measured PCE concentration was 1,580 μg/L during January 1985.
ii. Simulated PCE concentrations exceeded the current MCL of 5 μg/L in drinking water at the Tarawa Terrace WTP for 346 months—November 1957 through February 1987; the maximum simulated PCE concentration in drinking water was 183 μg/L; the maximum measured PCE concentration in drinking water was 215 μg/L during February 1985.
iii. Based on probabilistic analyses using Monte Carlo and sequential Gaussian simulation, the most likely dates that drinking water first exceeded the current MCL for PCE of 5 μg/L ranged from October 1957 to August 1958 (95 percent probability), with an average first exceedance date of November 1957.
iv. Exposure to PCE and PCE degradation by-products from contaminated drinking water ceased after February 1987; the Tarawa Terrace WTP was closed in March 1987.

The historical reconstruction process using water-modeling and probabilistic analysis methods described herein are also being applied to the Handnot Point water-supply area of the base. When completed, these historical reconstruction results will be provided to study epidemiologists to facilitate the computation of historical monthly exposures to PCE- and TCE-contaminated drinking water needed for the case-control epidemiological study.

An important outcome of the current epidemiological study will be the application of water-modeling derived results to environmental risk assessment methodologies. This will allow one to determine, in a probabilistic manner, the cancer risk and hazard quotient of different types of objective populations exposed to VOCs such as PCE and TCE. Epidemiological data are often rejected for use in risk assessment studies because of the lack of accurate exposure data. Relying on animal studies can result in potential errors of 1–2 orders of magnitude or more. Using the historical reconstruction process as demonstrated herein allows human exposure to be estimated well within 1 order of magnitude. Thus, human exposure estimates derived through the historical reconstruction process could help develop and model different exposure scenarios, thereby allowing a check, against available epidemiological results, of the validity of incremental exposure risk assessment methodologies. Results of such an analysis will be presented in a future paper after the completion of the current epidemiological study at Camp Lejeune.

**Acknowledgements** A study of this complexity and magnitude is dependent upon the assistance, input, and suggestions of many colleagues. Thus, the authors of this paper acknowledge the managers and staff of the U.S. Geological Survey Water Science Centers in Raleigh, North Carolina, and Atlanta, Georgia. In particular, the contributions of Melinda J. Chapman, Douglas A. Harned, and Stephen S. Howe are acknowledged for providing the majority of well, water-level, and pumpage data used in this study. Keith W. McFadden is acknowledged for assistance with spatial analyses in preparing illustrations and with developing geodatabases, Web-based applications, and a querying system. Gregory C. Mayer and Edward H. Martin also are acknowledged for their administrative assistance.

The authors acknowledge the staff of the Environmental Management Division, U.S. Marine Corps Base Camp Lejeune, North Carolina. In particular, Scott A. Brewer, Brynn Ashton, Scott R. Williams, and Rick Cheng for their assistance and cooperation during the course of this study, especially for providing a large number of technical reports, maps, and historical documents, which summarize the results of groundwater remedial investigations at and in the vicinity of Tarawa Terrace. The authors also acknowledge Joel Hartsoe and Danny E. Hill of the Camp Lejeune Public Works Department Utility Section.

The authors acknowledge the contributions of the USEPA, Region IV, Atlanta, Georgia, for providing reports and documents summarizing the results of investigations of groundwater contamination in the vicinity of ABC One-Hour Cleaners and in the northern part of Tarawa Terrace.

The authors acknowledge colleagues at ATSDR, Eastern Research Group, Inc., the Multimedia Environmental Simulations Laboratory at the Georgia Institute of Technology, and the Oak Ridge Institute for Science and Education for providing assistance and advice with all aspects of this study.



Case 7:23-cv-00897-RJ Document 397-18 Filed 06/04/25 Page 19 of 21

Thomas M. Plummer, Commander, U.S. Public Health Service, Indian Health Service, U.S. Department of Health and Human Services, assisted with planning, field instrumentation, and conducting tests of water-distribution systems serving Camp Lejeune, August 18–28, 2004.

Caryl J. Wipperfurth, Bonnie J. Turcott, Patricia L. Nobles, James E. Banton, and Kimberly A. Waltenbaugh, U.S. Geological Survey Enterprise Publishing Network, assisted with the preparation of text, illustrations, and electronic media.

## References

ATSDR (1990) Preliminary public health assessment for ABC One-Hour Cleaners, Jacksonville, Onslow County, North Carolina. U.S. Department of Health and Human Services., Agency for Toxic Substances and Disease Registry, Report No. NCD024644494, Atlanta, GA

ATSDR (1997) Public health assessment for U.S. Marine Corps Base at Camp Lejeune, Military Reservation, Camp Lejeune, Onslow County, North Carolina. U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry, Report No. NC6170022580, Atlanta, GA

ATSDR (1998) Volatile organic compounds in drinking water and adverse pregnancy outcomes, United States Marine Corps Base, Camp Lejeune. U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry, Atlanta, GA

ATSDR (2008) Website, available at http://www.atsdr.cdc.gov/sites/lejeune/watermodeling.html, accessed 18 November 2008, Agency for Toxic Substances and Disease Registry, Atlanta, GA

AWWA Engineering Computer Applications Committee (1999) Calibration guidelines for water distribution system modeling. Proceedings: 1999 AWWA Information Management and Technology Conference (IMTech); 1999 April, New Orleans, LA. American Water Works Association, New York, NY

Bove FJ, Fulcomer MC, Klotz JB et al (1995) Public drinking water contamination and birth outcomes. Am J Epidemiol 14:850–862

Bove F, Shim Y, Zeitz P (2002) Drinking water contaminants and adverse pregnancy outcomes: a review. Environ Health Perspectives 110:61–74

Chiang WH, Kinzelbach W (2001) 3D-groundwater modeling with PMWIN: a simulation system for modeling groundwater flow and pollution. Springer, Berlin

Cohn P, Klotz J, Bove F et al (1994) Drinking water contamination and the incidence of leukemia and non-Hodgkin's lymphoma. Environ Health Perspectives 102:556–561

Costas K, Knorr RS, Condon SK (2002) A case-control study of childhood leukemia in Woburn, Massachusetts: the relationship between leukemia incidence and exposure to public drinking water. Sci Total Environ 300:23–35

Cullen AC, Frey HC (1999) Probabilistic techniques in exposure assessment: a handbook for dealing with variability and uncertainty in models and inputs. Plenum, New York

Deutsch CV, Journel AG (1998) GSLIB geostatistical software library and user's guide, 2nd edn. Oxford University Press, New York

Doherty RE (2000a) A history of the production and the use of carbon tetrachloride, tetrachloroethylene, trichloroethylene and 1,1,1-trichloroethane in the United States: part 1—historical background, carbon tetrachloride and tetrachloroethylene. J Environ Forensics 1:69–81

Doherty RE (2000b) A history of the production and the use of carbon tetrachloride, tetrachloroethylene, trichloroethylene and 1,1,1-trichloroethane in the United States: part 2—trichloroethylene and 1,1,1-trichloroethane. J Environ Forensics 1:83–93

Doherty J (2005) Groundwater data utilities/part B: program descriptions. Available via http://www.sspa.com/pest/utilities.shtml. Accessed 31 January 2007

Faye RE (2007) Analyses of groundwater flow, contaminant fate and transport, and distribution of drinking water at Tarawa Terrace and vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: historical reconstruction and present-day conditions—Chapter B: geohydrologic framework of the Castle Hayne aquifer system. Agency for Toxic Substances and Disease Registry, Atlanta, GA. Available via http://www.atsdr.cdc.gov/sites/lejeune/watermodeling.html. Accessed 18 November 2008

Faye RE (2008) Analyses of groundwater flow, contaminant fate and transport, and distribution of drinking water at Tarawa Terrace and vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: historical reconstruction and present-day conditions—Chapter F: simulation of the fate and transport of tetrachloroethylene (PCE). Agency for Toxic Substances and Disease Registry, Atlanta, GA. Available via http://www.atsdr.cdc.gov/sites/lejeune/watermodeling.html. Accessed 18 November 2008

Faye RE, Green JW Jr (2007) Analyses of groundwater flow, contaminant fate and transport, and distribution of drinking water at Tarawa Terrace and vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: historical reconstruction and present-day conditions—Chapter E: occurrence of contaminants in groundwater.: Agency for Toxic Substances and Disease Registry, Atlanta, GA. Available via http://www.atsdr.cdc.gov/sites/lejeune/watermodeling.html. Accessed 18 November 2008

Faye RE, Valenzuela C (2007) Analyses of groundwater flow, contaminant fate and transport, and distribution of drinking water at Tarawa Terrace and vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: historical reconstruction and present-day conditions—Chapter C: simulation of groundwater flow. Agency for Toxic Substances and Disease Registry, Atlanta, GA. Available via http://www.atsdr.cdc.gov/sites/lejeune/watermodeling.html. Accessed 18 November 2008

Goldberg SJ, Lebowitz MD, Graver EJ et al (1990) An association of human congenital cardiac malformations and drinking water contaminants. J Am Coll Cardiol 15:155–164

Harbaugh AW, McDonald MG (1996) User's documentation of MODFLOW-96, an update to the U.S. Geological Survey modular finite-difference ground-water flow model. U.S. Geological Survey Open-File Report 96-458, Reston, VA

Henry Von Oesen and Associates Inc. (1979) Study of two water plants, Tarawa Terrace—Montford Point, Camp Lejeune, North Carolina. Available as Camp Lejeune Water (CLW) document 188–214 via http://www.atsdr.cdc.gov/sites/lejeune/watermodeling.html. Accessed 06 January 2009

Hill MC, Tiedeman CR (2007) Effective groundwater model calibration. Wiley, Hoboken

IARC (1995) Dry-cleaning, some chlorinated solvents and other industrial chemicals. IARC monographs on the evaluation of carcinogenic risk to humans, vol 63. International Agency for Cancer Research, Lyons, pp 75–158

Jang W, Aral MM (2008) Analyses of groundwater flow, contaminant fate and transport, and distribution of drinking water at Tarawa Terrace and vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: historical reconstruction and present-day conditions—Chapter G: simulation of three-dimensional multispecies, multiphase mass transport of tetrachloroethylene (PCE) and associated degradation by-products. Agency for Toxic Substances and Disease Registry, Atlanta, GA. Available via http://www.atsdr.cdc.gov/sites/lejeune/watermodeling.html. Accessed 18 November 2008

Lawrence SJ (2007) Analyses of groundwater flow, contaminant fate and transport, and distribution of drinking water at Tarawa Terrace and vicinity, U.S. Marine Corps Base Camp Lejeune, North



Case 7:23-cv-00897-RJ Document 397-18 Filed 06/04/25 Page 20 of 21

Carolina: historical reconstruction and present-day conditions—Chapter D: properties of degradation pathways of common organic compounds in groundwater. Agency for Toxic Substances and Disease Registry, Atlanta, GA. Available via http://www.atsdr.cdc.gov/sites/lejeune/watermodeling.html. Accessed 18 November 2008

Mackay DM, Cherry JA (1989) Groundwater contamination: pump-and-treat remediation. Environ Sci Technol 23:630–636

Maslia ML, Sautner JB, Aral MM et al (2000) Using water-distribution system modeling to assist epidemiologic investigations. ASCE J Water Resour Plann Manag 126:180–198

Maslia ML, Sautner JB, Aral MM et al (2001) Historical reconstruction of the water-distribution system serving the Dover Township area, New Jersey: January 1962–December 1996. Agency for Toxic Substances and Disease Registry, Atlanta, GA. Available via http://www.atsdr.cdc.gov/edrp/sites/tomsriver.html. Accessed 18 November 2008

Maslia ML, Sautner JB, Faye RE et al (2007) Analyses of groundwater flow, contaminant fate and transport, and distribution of drinking water at Tarawa Terrace and vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: historical reconstruction and present-day conditions—Chapter A: summary of findings. Agency for Toxic Substances and Disease Registry, Atlanta, GA. Available via http://www.atsdr.cdc.gov/sites/lejeune/watermodeling.html. Accessed 18 November 2008

Maslia ML, Suarez-Soto RJ, Wang J et al (2009) Analyses of groundwater flow, contaminant fate and transport, and distribution of drinking water at Tarawa Terrace and vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: historical reconstruction and present-day conditions—Chapter I: parameter sensitivity, uncertainty, and variability associated with model simulations of groundwater flow, contaminant fate and transport, and distribution of drinking water. Agency for Toxic Substances and Disease Registry, Atlanta, GA. Available via http://www.atsdr.cdc.gov/sites/lejeune/watermodeling.html. Accessed 25 February 2009

Massachusetts Department of Public Health, Centres for Disease Control and Prevention, and Massachusetts Health Research Institute (1996) Final report of the Woburn environmental and birth study. Massachusetts Department of Public Health, Boston, MA

Masters GM (1998) Introduction to environmental engineering and science, 2nd edn. Prentice Hall, Upper Saddle River

Melts VJ (2001) Deposition, in the general court of justice, superior court division. Report No.: 01-CVS-566, April 12

Murphy PJ (1986) Water distribution in Woburn, Massachusetts. The Environmental Institute, University of Massachusetts, Amherst, Publication 86-1

NJDHSS (2003) Case-control study of childhood cancers in Dover Township (Ocean County), New Jersey. New Jersey Department of Health and Senior Services, Trenton

NTP (2005) Tetrachloroethylene (perchloroethylene). Report on carcinogens, 11th edn. United States Department of Health and Human Services, Public Health Service, National Toxicology Program, Research Triangle Park

Pankow JF, Cherry JA (1996) Dense chlorinated solvents and other DNAPLs in groundwater: history, behavior, and remediation. Waterloo Press, Portland

Rodenbeck SE, Sanderson LM, Rene A (2000) Maternal exposure to trichloroethylene in drinking water and birth-weight outcomes. Arch Environ Health 55:188–194

Rossman LA (2000) EPANET 2 user's manual. U.S. Environmental Protection Agency, National Risk Management Research Laboratory, Report No. EPA/600-R-00/057, Cincinnati, OH

Roy F. Weston, Inc. (1992) Remedial investigation report, ABC one-hour cleaners, Jacksonville, North Carolina

Roy F. Weston, Inc. (1994) Remedial investigation, ABC one-hour cleaners, operable unit 2, Jacksonville, North Carolina

Sautner JB, Maslia ML, Valenzuela C et al (2005) Field testing of water-distribution systems at the U.S. Marine Corps Base, Camp Lejeune, North Carolina, in support of an epidemiologic study. Proceedings: World Environmental and Water Resources Congress, 2005 May 15–19, Anchorage, AK

Sautner JB, Maslia ML, Grayman WM (2007) Storage tank mixing models: comparison of tracer data with model simulations. World Environmental and Water Resources Congress, 2007 May 15–19, Tampa, FL

Schwille F (1988) Dense chlorinated solvents in porous and fractured media (trans: Pankow JF). Lewis, Boca Raton

Shiver RA (1985) Groundwater investigation to define the source(s) of tetrachloroethylene that have contaminated three community water supply wells at Tarawa Terrace I, Camp Lejeune Marine Corps Base, Onslow County. North Carolina Department of Natural Resources and Community Development, Raleigh

Sonnenfeld N, Hertz-Picciotto I, Kaye WE (2001) Tetrachloroethylene in drinking water and birth outcomes at the U.S. Marine Corps Base at Camp Lejeune, North Carolina. Am J Epidemiol 154:902–908

Tung Y-K, Yen B-C (2005) Hydrosystems engineering uncertainty analysis. McGraw-Hill, New York

USEPA (1997) Guiding principles for Monte Carlo analysis. United States Environmental Protection Agency Report No. EPA 630-R-97-001, Washington, DC

USEPA (2003) National primary drinking water standards. U.S. Environmental Protection Agency report No. EPA 816-F-03-016. 2003. Available via http://www.epa.gov/water/. Accessed 25 January 2007

Wang J, Aral MM (2008) Analyses of groundwater flow, contaminant fate and transport, and distribution of drinking water at Tarawa Terrace and vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina: historical reconstruction and present-day conditions—Chapter H: effect of groundwater pumping schedule variation on arrival of tetrachloroethylene (PCE) at water-supply wells and the water treatment plant. Agency for Toxic Substances and Disease Registry, Atlanta, GA. Available via http://www.atsdr.cdc.gov/sites/lejeune/watermodeling.html. Accessed 18 November 2008

Zheng C, Wang PP (1999) MT3DMS: a modular three-dimensional multi-species model for simulation of advection, dispersion, and chemical reactions of contaminants in groundwater systems: documentation and user's guide. U.S. Army Engineer Research and Development Center Report No. SERDP-99, Vicksburg, MS



Case 7:23-cv-00897-RJ Document 397-18 Filed 06/04/25 Page 21 of 21