# EXHIBIT 19

Downloaded from ascelibrary.org by Carleton University on 08/03/20. Copyright ASCE. For personal use only; all rights reserved.

# USING UNCERTAINTY ANALYSIS TO RECONSTRUCT HISTORICAL TETRACHLOROETHYLENE (PCE) EXPOSURE FOR AN EPIDEMIOLOGICAL STUDY

R.J. Suárez-Soto[1], M.L. Maslia[2], R.E. Faye[3], J. Wang[4], and M.M. Aral[5]

[1]Environmental Health Scientist; Agency for Toxic Substances and Disease Registry; Atlanta, Georgia 30333, USA; email: rsuarezsoto@cdc.gov
[2]Research Environmental Engineer; Agency for Toxic Substances and Disease Registry; Atlanta, Georgia 30333, USA; email: mmaslia@cdc.gov
[3]Hydrologist; R. E. Faye and Associates; Dahlonega, Georgia 30533, USA; email: refaye@alltel.net
[4]Graduate student; Multimedia Environmental Simulations Laboratory, School of Civil and Environmental Engineering, Georgia Institute of Technology; Atlanta, Georgia 30332, USA; email: gtg730t@mail.gatech.edu
[5]Director; Multimedia Environmental Simulations Laboratory, School of Civil and Environmental Engineering, Georgia Institute of Technology; Atlanta, Georgia 30332, USA; email: maral@ce.gatech.edu

## *Abstract*

Health scientists and epidemiologists rely on groundwater flow and fate and transport models for reconstructing historical exposures to contaminants such as tetrachloroethylene (PCE) when conducting environmental health studies. Of concern to epidemiologists is the reliability of historical estimates of the spatial and temporal distribution of contaminants used in determining exposures. Thus, evaluation of uncertainty and variability of hydraulic and transport parameters should be assessed as part of the overall exposure assessment process. In a health study of historical exposure to PCE-contaminated drinking water at U.S. Marine Corps Base Camp Lejeune, North Carolina, (1) uncertainty analyses were conducted; (2) probability density functions were generated for hydraulic and transport parameters using Monte Carlo and Gaussian sequential simulation; and (3) the related probabilistic analyses were incorporated into the MODFLOW and MT3DMS simulation codes.

## *Introduction*

Environmental health scientists and epidemiologists assessing exposure to contaminants and related adverse health effects are interested in determining the concentration of environmental contaminants. In the last couple of decades, environmental scientists and engineers have quantified environmental concentrations by applying mathematical models. To calibrate the models, historical data is needed, which is typically characterized by uncertainty and variability. Thus, model results should also be assessed in terms of uncertainty and variability. To quantify and possibly reduce the model and data uncertainty, an uncertainty analysis is performed.



Copyright ASCE 2007 

Downloaded from ascelibrary.org by Carleton University on 08/03/20. Copyright ASCE. For personal use only; all rights reserved.

Uncertainty analysis can be defined as part of the risk assessment process where uncertainties are described qualitatively or quantitatively (EPA, 2006). One of the most used quantitative methods is Monte Carlo analysis. Monte Carlo is a simulation technique in which outcomes of events or variables are determined by selecting random numbers subject to a defined probability law (Cohrssen and Covello, 1989).

Although both Monte Carlo analysis and groundwater models have been used for many years, it has not been until the last two decades that Monte Carlo simulation has been incorporated into conducting uncertainty analyses using groundwater and fate and transport models (Copty and Findikakis, 2000). Incorporating Monte Carlo simulation as part of modeling analyses can still be very computationally intensive. Many groundwater flow and transport codes lack the ability to assess model and parameter uncertainty. Moreover, the available literature describing the use and application of Monte Carlo analyses in real world scenarios is limited. In this paper, the authors describe the incorporation of Monte Carlo analysis tools into groundwater and transport models, specifically MODFLOW and MT3DMS. The uncertainty analysis using Monte Carlo simulation was conducted for groundwater flow and fate and transport models constructed for an ongoing epidemiological study at U.S. Marine Corp Base (USMCB) at Camp Lejeune, North Carolina.

### *Description of Groundwater Flow and Contaminant Transport Models*

Groundwater flow and contaminant fate and transport models were developed to reconstruct historical concentration distributions of tetrachloroehylene (PCE) in groundwater within the Tarawa Terrace base housing area and vicinity at USMCB Camp Lejeune (Figure 1). The modeling area shown in Figure 1 consists of 270 columns, 200 rows and 7 layers. Simulation time corresponded to 528 monthly stress periods (January 1951–December 1994). The source of contamination is associated with the ABC One-Hour Cleaners site. Based on field data and calibration, it is estimated that the source released 1,200 grams per day of PCE from stress period 25 to 408 (January 1953–December 1984). Groundwater flow was simulated using MODFLOW 2000 (Harbaugh et al. 2000) and fate and transport of PCE was simulated using MT3DMS 5.1 (Zheng et al. 1999; Zheng 2005). Historical exposure to PCE-contaminated drinking water at the Tarawa Terrace water treatment plant (TTWTP) was then quantified using output from the calibrated MT3DMS model at numerous water-supply wells as input for a mixing model.



Case 7:23-cv-00897-RJ Document 397-20 Filed 06/04/25 Page 3 of 10

Downloaded from ascelibrary.org by Carleton University on 08/03/20. Copyright ASCE. For personal use only; all rights reserved.




**Figure 1. Location of groundwater flow modeling area and water-supply facilities used for historical reconstruction analyses, Tarawa Terrace and vicinity, U.S. Marine Corps Base Camp Lejeune, North Carolina**

### *Description and Methods of the Uncertainty Analysis*

A. MODFLOW and MT3DMS: Integrating Monte Carlo in the Groundwater Flow and Transport Analysis.

MODFLOW is a computer code developed by the U.S. Geological Survey that solves the three-dimensional groundwater flow equation for a heterogeneous porous medium by using the finite-difference method (Harbaugh et al. 2000). MT3DMS is a three-dimensional mass transport, multi-species model developed by Zheng and Wang (1999). Both computer codes were developed in a modular structure and the output from MODFLOW can be directly used as input by MT3DMS.

The aforementioned numerical models, typically are applied in a deterministic mode where each model parameter is assigned a “single-point” value. Alternatively, an uncertainty analysis can be performed by generating probability density functions (PDF) for specific input parameters. In order to substitute “single-point” values with probability density functions, several computers programs written in FORTRAN were


Copyright ASCE 2007

used to "feed" the values of the parameters to MODFLOW and MT3DMS and run both codes in a "batch" mode. Figure 2 shows the procedure used to conduct a probabilistic analysis using MODFLOW. Phase 1 shows the MODFLOW parameters included in the analysis and the input files from the calibrated model that are associated with those parameters. For example, the recharge input file (rch.dat) is read by a FORTRAN program and then the new recharge values are generated by using a Gaussian random number generator. Hydraulic conductivity is generated using Gaussian sequential simulation to obtain multiple hydraulic conductivity arrays. In phase 2, multiple realizations of recharge input files (rch001.dat, rch002.dat, etc.) and block-centered flow input files (bcf001.dat, bcf002.dat, etc.) are generated. In phase 3, these multiple realizations are used to run all MODFLOW simulations in a batch mode. Finally, in phase 4, results are compared against the range of head values from the calibrated model. A filter is used so that only physically plausible solutions for hydraulic head are kept as realizations. Thus, if heads are ±4 ft outside the calibrated range or wells go dry, the output of the respective simulation is discarded. The results from MODFLOW are used within MT3DMS to obtain the spatial and temporal contaminant concentrations. Similar to the MODFLOW procedure described in Figure 2, the uncertain parameters associated with contaminant transport are incorporated into a fate and transport probabilistic analysis.




**Figure 2. Flowchart for conducting uncertainty analysis using MODFLOW**



Case 7:23-cv-00897-RJ Document 397-20 Filed 06/04/25 Page 5 of 10

Copyright ASCE 2007 

World Environmental and Water Resources Congress 2007

Downloaded from ascelibrary.org by Carleton University on 08/03/20. Copyright ASCE. For personal use only; all rights reserved.

Downloaded from ascelibrary.org by Carleton University on 08/03/20. Copyright ASCE. For personal use only; all rights reserved.

B. Should All Parameters Be Included in the Uncertainty Analysis?

Not all parameters should be included in an uncertainty analysis. Including too many or all of the parameters (1) increases the complexity of the analysis; (2) requires significantly more computational time and power; and (3) may not add to the overall understanding of uncertainty issues associated with the analysis. To reduce the number of variables included in the analysis, a sensitivity analysis was conducted to determine which model input parameters caused "significant" change in PCE concentration in finished water at the TTWTP when compared to calibrated concentrations. In the sensitivity analysis, 19 variables were included. Variables that caused more than 1% change (from the calibrated value) at the TTWTP mean concentrations were included in the uncertainty analysis. As a result, 11 variables were included in the uncertainty analysis.

C. Selecting Probability Density Functions (PDF) for the Uncertain Parameters

Selecting the appropriate PDF is one of the most important steps in the Monte Carlo analysis (Sander et al 2006). Whenever field data is available, the probability density functions can be estimated. When data is unavailable, literature values are relied on to estimate the PDF. In the current study, as a general rule of thumb, normal distributions were selected for the random number generators. The calibrated values of the parameters were used as the mean values. The standard deviation was usually based on comparing the mean value to literature values or analyses from available data. Additionally, a predetermined range of values need to be established for each parameter (Columns 6 and 7 – Table 1). Depending on the type of distribution, it is important to establish a range of plausible values to avoid unrealistically low or high values caused by the characteristics of some PDF. For example, normal distributions have a range of ±infinity. However, plausible field values for some parameters (e.g., hydraulic conductivity) may not be as expansive. Table 1 lists model parameters used in the uncertainty analysis along with PDF and associated ranges.

**Table 1. Uncertain Parameters and Probability Density Functions**

| (1) Variable | (2) Distribution | (3) Calibrated Value | (4) Mean | (5) Standard Deviation | (6) Minimum | (7) Maximum |
|---|---|---|---|---|---|---|
| Effective Porosity | Normal | 0.2 | 0.2 | 0.05 | 0.1 | 0.3 |
| Reaction Rate (day$^{-1}$) | Normal | 0.00067 | 0.00067 | 0.000135 | 0.00040 | 0.00094 |
| Mass Loading Rate (g/day) | Normal | 1200 | 1200 | 100 | 200 | 2200 |
| Recharge Rate (ft/day) | Normal | Changes by Stress Period | * | 0.0005 | 0.001 | 0.005 |
| Bulk Density (g/ft$^3$) | Normal | 77112 | 77112 | 1100 | 69943 | 79004 |
| Distribution Coefficient (ft$^3$/g) | Normal | 5.0000E-06 | 5.0000E-06 | 1.7657E-06 | 3.5315E-06 | 2.6839E-05 |
| Hydraulic Conductivity | Normal (Fieldgen) | Changes by Location | NA | NA | NA | NA |

* Mean will be the calibrated value for each stress period.

Using random number generators, the probability density functions are approximated for each parameter. For example, Figure 3 shows the theoretical



Case 7:23-cv-00897-RJ Document 397-20 Filed 06/04/25 Page 6 of 10

Downloaded from ascelibrary.org by Carleton University on 08/03/20. Copyright ASCE. For personal use only; all rights reserved.

distribution and data for 500 realizations for one of the uncertain parameters (mass-loading rate). For the individual parameters, the realizations seem to approximate the theoretical distribution at about 100 to 500 realizations. The final number of realizations for the Monte Carlo simulation depends on the convergence of the output.




| STATISTICS | |
|---|---|
| Theoretical | Monte Carlo Simulation |
| Distribution = Normal | Distribution = Normal |
| # of Realizations = Not Applicable | # of Realizations = 500 |
| Minimum = - Infinity | Minimum = 200 |
| Maximum = Infinity | Maximum = 2200 |
| Mean = 1200 | Mean = 1200.3074 |
| Mode = 1200 | Mode = 1291.2800 |
| Median = 1200 | Median = 1201.1150 |

*The mean, mode and median are equal in the theoretical normal distribution.

**Figure 3. Probability density function for mass loading rate using Monte Carlo simulation**

D. Computational Time and Power

Based on the availability of powerful desktop systems, it is possible to conduct probabilistic analyses (using Monte Carlo simulations) for complex groundwater models. For comparison, two different computer systems were used to conduct a probabilistic analysis. A 32-bit computer system and a 64-bit computer system using operating systems Windows XP and Windows XP 64-bit Edition respectively were used to conduct the analysis. The MODFLOW code was compiled for the 64-bit system. Both systems were running five simultaneous MODFLOW simulations. The 32-bit system was using 100% of the processor (CPU) compared with the 64-bit that used 63%. The 32-bit system used approximately 650 Mb of physical memory compared with the 64-bit system that used nearly double the amount—1,100 Mb. Results indicate that the 64-bit system took about 33% less time to complete the simulations. In the present study, the limiting factor was CPU and not physical memory.



Case 7:23-cv-00897-RJ Document 397-20 Filed 06/04/25 Page 7 of 10

Copyright ASCE 2007 

World Environmental and Water Resources Congress 2007

Downloaded from ascelibrary.org by Carleton University on 08/03/20. Copyright ASCE. For personal use only; all rights reserved.




| Description of the System | 32 bit System | 64 bit System |
|---|---|---|
| Dual CPU | Dual Core Intel Xeon 3.60 GHz | Multi Core (4) Intel Xeon 2.80 GHz |
| Bus Speed | 800 MHz | 800 MHz |
| Extended Memory 64 Technology | ✓ | ✓ |
| RAM | 8 GB (OS Limit the access to 4 GB) | 8 GB |
| Operating System (OS) | Windows XP Professional | Windows XP Professional x64 |
| CPU Usage | 100% | 63% |
| Maximum RAM Used (Mb) - After Run | 653 | 1,096 |

**Figure 4. Performance Comparison for MODFLOW in 32-bit and 64-bit systems**

## *Conclusion and Summary*

In this paper, the authors have demonstrated the application of uncertainty analysis on large and complex groundwater flow and contaminant transport models using desktop workstations. As codes are developed and numerical methods refined, environmental scientists conducting groundwater modeling analyses will have additional tools by which to assess model and parameter uncertainty. Based on the current work and results, the conclusions and recommendations are the following:

1. Parameters included in a uncertainty analysis should be carefully selected;
2. Sensitivity analysis is a very useful tool to select model parameters that need to be included in an uncertainty analysis;
3. An appropriate range for the normal random number generators has to be established in order to avoid physically implausible input values;
4. Some results will need to be filtered out to eliminate non-plausible solutions; not all realizations can be used;
5. It is now feasible to analyze large and complex groundwater flow and contaminant transport models like the one presented in this paper using desktop workstations;


Copyright ASCE 2007

6. The limiting factor to solve the models described in this paper was the workstation CPU; and
7. The methodology described in this paper allows one to use multiple computers to solve the Monte Carlo simulation faster—additional programming is not required.

***Disclaimer***

Use of trade names and commercial sources is for identification only and does not imply endorsement by the Agency for Toxic Substances and Disease Registry, the U.S. Department of Health and Human Services or the Georgia Institute of Technology. The findings and conclusions in this document have not been formally disseminated by the Agency for Toxic Substances and Disease Registry and should not be construed to represent any agency determination or policy.

***References***

Brewer, K., Fogle, T., Stieve, A., and Barr, C., 2003. "Uncertainty Analysis with Site-Specific Groundwater Models: Experiences and Observations." US Department of Energy.

Cohrsen, J.J., and V.T. Covello, 1989. Risk Analysis: Principles and Methods for Analyzing Health and Environmental Risk. Council on Environmental Quality, Washington, DC.

Copty, N.K., and A.N. Findikakis, 2000. Quantitative Estimates of the Uncertainty in the Evaluation of Ground Water Remediation Schemes, Ground Water, 38(1), 29-37.

Harbaugh, A.W., Banta, E.R., Hill, M.C., and McDonald, M.G., 2000, MODFLOW-2000, the U.S. Geological Survey modular ground-water model -- User guide to modularization concepts and the Ground-Water Flow Process: U.S. Geological Survey Open-File Report 00-92, 121 p.

Sander, P., Begbäck, B., and Öberg, T., 2006. "Uncertain Numbers and Uncertainty in the Selection of Input Distributions – Consequences for a Probability Risk Assessment of Contaminated Land". Risk Analysis. 26(5). 1363-1375.

US ENVIRONMENTAL PROTECTION AGENCY, 2006. Glossary for Watershed Ecological Risk Assessment Module [online]. Available from: http://www.epa.gov/watertrain/ecorisk/glossary.html [Accessed August 21, 2006].

Downloaded from ascelibrary.org by Carleton University on 08/03/20. Copyright ASCE. For personal use only; all rights reserved.



Case 7:23-cv-00897-RJ Document 397-20 Filed 06/04/25 Page 9 of 10

Zheng, Chunmiao, and P. Patrick Wang, 1999, MT3DMS, A modular three-dimensional multi-species transport model for simulation of advection, dispersion and chemical reactions of contaminants in groundwater systems; documentation and user's guide, U.S. Army Engineer Research and Development Center Contract Report SERDP-99-1, Vicksburg, MS, 202 p.

Zheng, Chunmiao, 2005, MT3DMS v5.1 Supplemental User's Guide, Technical Report to the U.S. Army Engineer Research and Development Center, Department of Geological Sciences, University of Alabama, 24 p.

Downloaded from ascelibrary.org by Carleton University on 08/03/20. Copyright ASCE. For personal use only; all rights reserved.



Copyright ASCE 2007 

World Environmental and Water Resources Congress 2007