# EXHIBIT 20

# Historical Reconstruction of Groundwater Contamination at Contaminated Sites and Uncertainty Analysis [1]

Jiabao Guan[2], Wonyong Jang[3], Morris L. Maslia[4], and Mustafa M. Aral[5]

## Abstract

The purpose of this study is to demonstrate the use of a linear control theory model. The model is used to reconstruct the contamination history in an aquifer characterized by limited property information as well as limited contaminant concentrations data at several observation points (*Guan, et al*., 2009). The data that may be available to reconstruct the historical groundwater contamination at the contaminated sites, which are utilized in this approach, might contain various uncertainties such as measurement errors or data gaps. In addition to these data errors, the model used to reconstruct the historical contamination may also introduce numerical errors to the overall analysis. Evaluation of the effects of these uncertainties and numerical errors is a challenging topic. In this study, numerical and field data errors are embedded into the linear control theory model resulting in a linear stochastic control system. The Kalman filtering method coupled with Monte Carlo simulation is then used to analyze the effect of these errors on concentration distributions at observation sites that are reconstructed. Using this procedure, the temporal confidence "corridor" of concentration distributions at observation sites can be constructed for a selected confidence interval. For demonstration purposes, the proposed methodology is applied to recover contamination history at the Tarawa Terrace area of U.S. Marine Corps Base Camp Lejeune, North Carolina. Numerical results obtained show that the methodology provides an effective and robust tool to reconstruct groundwater contamination history with uncertainties. The confidence corridors obtained for a given confidence interval can provide the necessary information on the uncertainty of the predicted results.

**Key words**: linear stochastic control model, Kalman Filtering Method, Monte Carlo simulation, confidence corridor, groundwater contamination.

---

[1] The findings and conclusions in this paper are those of the authors and do not necessarily represent the views of the Agency for Toxic Substances and Disease Registry or the U.S. Department of Health and Human Services.

[2] Senior Research Engineer, Multimedia Environmental Simulations Laboratory, School of Civil and Environmental Engineering, Georgia Institute of Technology, Atlanta, Georgia 30332, jg79@ce.gatech.edu.
[3] Research Engineer II, Multimedia Environmental Simulations Laboratory, School of Civil and Environmental Engineering, Georgia Institute of Technology, Atlanta, Georgia 30332, wyjang@gatech.edu.
[4] Research Environmental Engineer, Agency for Toxic Substances and Diseases Registry, Centers for Disease Control and Prevention, Atlanta, Georgia 30341, mmaslia@cdc.gov.
[5] Director, Multimedia Environmental Simulations Laboratory, School of Civil and Environmental Engineering, Georgia Institute of Technology, Atlanta, Georgia 30332, mustafa.aral@ce.gatech.edu.

Downloaded from ascelibrary.org by Columbia University on 12/05/18. Copyright ASCE. For personal use only; all rights reserved.

Downloaded from ascelibrary.org by Columbia University on 12/05/18. Copyright ASCE. For personal use only; all rights reserved.

## Introduction

The goal of an ongoing health study at U.S. Marine Corps Base Camp Lejeune, North Carolina, is to determine if an association exists between exposure to contaminated drinking water and birth defects and childhood cancers in children born to women who were pregnant while living at the base during the period 1968–1985. In this case the field data on groundwater contamination at water-supply wells prior to 1994 is not available. Limited contaminant concentration data at several observation wells are available during and after 1992, when remedial investigations of the contaminated aquifers began. To assist the epidemiological study in determining historical exposure scenarios, groundwater contaminant history needs to be reconstructed at base housing areas. The traditional approach that may be used to solve this problem is the development of groundwater flow and contaminant fate and transport models and then to apply these models to the study area to obtain the contaminant concentration distribution in historical time and space. However, determining and calibrating model parameters for such an application is time-consuming and expensive. Thus, a linear control model is proposed for the purpose of reconstructing the historical exposure to contaminated groundwater at the site which is a less time consuming and cost effective approach (*Guan, et al*., 2009). The computational results show that groundwater contamination history under limited aquifer-data availability can be reconstructed using the control theory model with relative accuracy. The model described in *Guan, et al*. (2009) is a deterministic analysis and does not incorporate the errors that may originate from computation and field data into the analysis. The state equation identified is an approximate representation of groundwater aquifer system. The error sources identified above will influence the concentration distributions reconstructed. In this study, the Kalman filtering method coupled with Monte Carlo simulation is used to analyze the effect of errors on reconstructed concentration distributions. The confidence corridor of the concentration distributions at observation sites is constructed using a statistical method for a given confidence level. The proposed analysis is demonstrated using the data available at the site as an example.

## Methodology

Based on the state equation defined in *Guan, et al*. (2009), the system state equation with system error can be mathematically stated as

$$\mathbf{X}(k) = \mathbf{A}\mathbf{X}(k-1) + \mathbf{B}\mathbf{U}(k) + \mathbf{w}(k) \quad (1)$$

and the measurement equation is introduced as:

$$\mathbf{Y}(k) = \mathbf{C}\mathbf{X}(k) + \mathbf{v}(k) \quad (2)$$

where **A** and **B** are system and pumping effects matrices identified, $\mathbf{w}$(k) is the system noise at stress period *k*, $\boldsymbol{Y}(k)$ *is* concentration measurement at time step *k*, **C** is measurement matrix at time step *k*, $\mathbf{v}(k)$ *is* measurement error vector at time step *k*. The system error and the measurement error are assumed to be multidimensional, homogenous, zero-mean Gaussian processes. The Kalman Filtering algorithm can be applied to above equations to obtain smooth concentration distributions (*Zhou*, 1991). In order to apply the Kalman filtering algorithm to reconstruction of contamination history, the system noise and the measurement error and measured concentrations must be

Case 7:23-cv-00897-RJ Document 397-21 Filed 06/04/25 Page 3 of 6

Downloaded from ascelibrary.org by Columbia University on 12/05/18. Copyright ASCE. For personal use only; all rights reserved.

determined. System noise can be described by the covariance matrix Q. The element in Q may be expressed by correlation models

$$q_{i,j} = \sigma_i \sigma_j \rho(l) \tag{3}$$

where $\sigma_i$ and $\sigma_j$ are the standard deviations of the system noise at observation sites *i* and *j*, and *l* is the distance between observation sites *i* and *j*, $\rho(l)$ is the correlation coefficient of the system noise at separation *l*, which represents the spatial coherence between the corresponding sites. Three correlation models have been proven to be useful to characterize the system noise, which include exponential, Gaussian, and spherical models. The measurement error is assumed to be independent random variables with zero mean. Thus, the covariance matrix ***R*** of measurement error is defined as a diagonal matrix, i.e.,

$$R = diag\left\{\sigma_{r_1}^2, \sigma_{r_2}^2, \cdots, \sigma_{r_n}^2\right\} \tag{4}$$

where $\sigma_{r_i}^2$ is the variance of measurement error at site *i*. The variance depends on the measurement equipment and is generally assumed to be known. This study takes $\sigma_{r_1}^2 = \cdots = \sigma_{r_n}^2 = \sigma_r^2 =$ constant. In the Kalman filtering algorithm, the measurement values of concentrations ***Y(k)*** need to be known. The purpose of this study is to reconstruct the concentration distributions at observation sites so that these measurement values are not available. To solve this problem, the Monte Carlo simulation method is used to generate the measurement values of concentrations based on the model identified. Based on Monte Carlo simulation and Kalman filtering algorithm, statistical analysis on the smooth solutions is used to obtain the probability distribution at each time step for all observation sites. The average, maximum and minimum concentration distributions as well as probability distribution at each time step for each observation sites may be obtained. Furthermore, the confidence "corridors" of concentration distributions at observation sites can also be obtained for the given confidence level.

## Case Study

Tarawa Terrace area simulation is chosen as an example data set to demonstrate the effectiveness of the algorithms proposed. In the Kalman filtering algorithm, the variance of modeling error is calculated based on both input data and reconstructed concentrations and the spatial correlation coefficient is calculated by a Gaussian spatial correlation model. The mean and variance of measurement error are given as 0.0 and 0.1, respectively. The Monte Carlo simulation is run for 10,000 random sample data. The resulting minimum, maximum and average concentration distributions at observation sites obtained from a forward procedure are shown in Figure 1. The minimum and maximum bounds contain the concentration distributions reconstructed from the recognized model. The average values are nearly identical to the concentration distributions reconstructed from the recognized model.

Case 7:23-cv-00897-RJ Document 397-21 Filed 06/04/25 Page 4 of 6

Downloaded from ascelibrary.org by Columbia University on 12/05/18. Copyright ASCE. For personal use only; all rights reserved.




**Figure 1.** Results of Monte Carlo simulation using forward system equation.

The probability distributions of concentration peak at each site is calculated based on the results of Monte Carlo simulation. The results are shown in Figure 2. The probability distributions for both forward and backward procedures are nearly identical.




**Figure 2.** Probability distributions at peak concentrations.

Case 7:23-cv-00897-RJ Document 397-21 Filed 06/04/25 Page 5 of 6

Downloaded from ascelibrary.org by Columbia University on 12/05/18. Copyright ASCE. For personal use only; all rights reserved.

For a given confidence level of 80%, Figure 3 shows the confidence corridors of concentration distributions at the observation sites. The corridors are smaller than the bound shown in Figure 1 and almost contain concentration distributions reconstructed from the model whose results are shown in Figure 1. This implies that the concentration distributions are realistic representations of reconstructed concentrations within a confidence level of 80%.




**Figure 3.** Confidence intervals of concentration distributions at 80% confidence level using forward system equation.

## Conclusion

In this study The Kalman filtering algorithm coupled with Monte Carlo simulation is used to incorporate modeling and field-data measurement errors into a linear control model for an uncertainty analysis. Using this approach, the reconstructed concentrations may be presented with more information related to the accuracy of the results. This can provide useful and powerful information for health studies and risk assessments.

## Reference

Jiabao Guan, Morris L. Maslia, and Mustafa M. Aral, A Methodology to Reconstruct Groundwater Contamination History with Limited Field Data, ASCE World Environmental and Water Resources Congress 2009, Kansas City, Missouri, May 17-21, 2009.

Yangxiao Zhou, KALMOD – A Stochastic-Deterministic Model for Simulating Groundwater Flow with Kalman Filtering, International Institute for Hydraulic and Environmental Engineering, Netherlands, 1991.