# EXHIBIT 22

Downloaded from ascelibrary.org by Carleton University on 11/04/20. Copyright ASCE. For personal use only; all rights reserved.

# Tetrachloroethylene (PCE) Exposure Reconstruction for an Epidemiologic Study: The Effect of Historical Supply-Well Schedule Variation on Arrival Time

Jinjun Wang[1], Mustafa M. Aral[2], Morris L. Maslia[3], and Robert E. Faye[4]

[1]Graduate student, Multimedia Environmental Simulations Laboratory, School of Civil and Environmental Engineering, Georgia Institute of Technology, Atlanta, GA 30332; Email: gtg730t@mail.gatech.edu
[2]Director, Multimedia Environmental Simulations Laboratory, School of Civil and Environmental Engineering, Georgia Institute of Technology, Atlanta, GA 30332; Email: maral@ce.gatech.edu
[3]Research environmental engineer, Agency for Toxic Substances and Disease Registry, Atlanta, GA 30333; Email: mlmaslia@cdc.gov
[4]Hydrologist, R.E. Faye and Associates, Dahlonega, GA 30533; Email: refaye@alltel.net

***Abstract***

Health scientists and epidemiologists rely on groundwater-flow and fate-and-transport models to reconstruct historical exposures to groundwater contaminants when conducting environmental health studies. One of the key factors in determining human exposure to contaminants is reliable estimates of historical contaminants arrival times at water-supply wells and at the associated water distribution system (WDS), including the water treatment plant (WTP). One uncertain variable that may affect the arrival time is the scheduling, or on/off cycling, of water-supply wells feeding the WDS. Uncertainty related to pump scheduling and thus the arrival time can significantly impact the related epidemiologic study. In this paper, a procedure is described that combines groundwater simulation models and an optimization method to evaluate the change in the Maximum Contaminant Level (MCL, 5 ppb for tetrachloroethylene (PCE)) arrival time at the WTP. The procedure was applied to an epidemiologic study currently being conducted at U.S. Marine Corps Base Camp Lejeune, North Carolina.

***Introduction***

Environmental epidemiologic studies are designed to reveal relationships between exposures to environmental contaminant factors and health effects. At times, epidemiologic studies are retrospective and often there is limited quantitative

Case 7:23-cv-00897-RJ Document 397-23 Filed 06/04/25 Page 2 of 11

Downloaded from ascelibrary.org by Carleton University on 11/04/20. Copyright ASCE. For personal use only; all rights reserved.

historical information to conduct an exposure assessment (Nieuwenhuijsen et al., 2006). One method to improve retrospective epidemiologic studies is historical reconstruction and simulation analyses (Maslia et al., 2003). When conducting environmental health studies associated with groundwater contaminants, researchers rely on groundwater-flow and fate-and-transport models for reconstructing historical exposures to contaminants.

In determining human exposure to groundwater contaminants, one of the key factors is reliable estimates of historical contaminant arrival times at water-supply wells and the associated water distribution system (WDS), including the water treatment plant (WTP). One uncertain variable that may affect the arrival time is the scheduling, or on/off cycling, of water-supply wells. Uncertainty related to pump scheduling and thus contaminant arrival time can significantly affect related epidemiologic investigations.

To evaluate the uncertainty of contaminant arrival caused by variations in pumping schedules, a procedure identified as PSOpS (Pumping Schedules Optimization System) was developed using the coupled simulation/optimization (S/O) approach. The S/O approach has been applied in groundwater remediation projects because of its ability to simulate the complex movement of groundwater and contaminants and to identify optimum remediation strategies (Zheng and Wang, 2002). In our study, PSOpS was applied to (1) account for the complex behavior of the large groundwater study system; (2) to evaluate the maximum possible variation in pumping schedules; and (3) to investigate the maximum change in breakthrough of PCE at the MCL concentration at the Tarawa Terrace WTP.

### *Background*

Camp Lejeune is located near Jacksonville, Onslow County, North Carolina. The Agency for Toxic Substances and Disease Registry (ATSDR), U. S. Department of Health and Human Services, is conducting an epidemiologic study at this site. The purpose of the epidemiologic study is to determine if exposure to contaminated drinking water is related to birth defects and childhood cancer in children born to women who lived on base during the period 1968-1985.

Due to the limited exposure data available for the period of interest, historical reconstruction methods are applied to simulate contaminant concentrations at the Tarawa Terrace WTP for the period of interest. Data utilized include groundwater pumpage, well capacities and periods of operation, contaminant source location and release data, and contaminant concentrations at wells in Tarawa Terrace. Groundwater was the sole source of water to the WDS. The ABC One-Hour Cleaners was documented as the source of PCE contamination that impacted water-supply wells and the WDS at Tarawa Terrace area. Water-supply wells (all out of service as of 1987 and destroyed during the early 1990s) are shown in Figure 1.



Copyright ASCE 2007

Downloaded from ascelibrary.org by Carleton University on 11/04/20. Copyright ASCE. For personal use only; all rights reserved.




**Figure 1. Historical location of water-supply wells, Tarawa Terrace, U.S. Marine Corps Base Camp Lejeune, North Carolina**

For the historical reconstruction, groundwater-flow and the fate-and-transport of contaminants were simulated by the models MODFLOW (McDonald and Harbaugh, 1984) and MT3DMS (Zheng and Wang, 1999), respectively. The concentration of contaminants in the WTP was calculated using the mixing model equation:

$$C_i = \frac{\sum_{j=1}^{n} q_{ij} c_{ij}}{Q_{Ti}} \quad (1)$$

where $C_i$ is the contaminant concentration in the WTP at stress period $i$; $n$ is the total number of water-supply wells in stress period $i$; $q_{ij}$ is the pumping rate of well $j$ at stress period $i$; $c_{ij}$ is the contaminant concentration in water-supply well $j$ at stress period $i$; and $Q_{Ti}$ is the total water demand at stress period $i$.

Uncertainty with respect to pumping schedules at individual wells indicated that variation of pumping schedules could cause changes in contaminant distributions in the subsurface system and in the timing of contaminant breakthrough at the WTP. Variations in the timing of contaminant breakthrough could significantly affect the epidemiologic study. Therefore, an analysis was performed to evaluate the change of PCE arrival time at the WTP caused by changes in pumping schedules.

***Optimization Problem Formulation***

Steps to evaluate the change of PCE arrival time at the WTP are listed below:

1. Optimize pumping schedules for earliest and latest PCE breakthrough using a combination of simulation models (MODFLOW and MT3DMS) and optimization techniques (S/O);
2. Simulate groundwater-flow and the fate-and-transport of contaminant using optimal pumping schedules determined in step 1;


Copyright ASCE 2007

World Environmental and Water Resources Congress 2007

3. Calculate contaminant concentrations at the WTP using Equation (1) and optimal pumping schedules; and
4. Evaluate the earliest and latest contaminant arrival times at the WTP.

To optimize the pumping schedule for earliest or latest PCE arrival is equivalent to determining the pumping schedule for maximum or minimum PCE concentrations at the WTP because the observation of a higher concentration at the WTP implies an earlier contaminant arrival time, and vice versa. For a simple problem (e.g., steady state problem) this task is relatively easy. However, the large size of the Tarawa Terrace model -- 200 rows, 270 columns, 7 layers, and 528 stress periods -- makes the analyses computationally challenging. Considering the limitations of computational power and memory of our desktop workstations, along with the need to find acceptable results in a timely manner, the optimization problem needed to be formulated more cost-efficiently.

Evaluation of site data yielded the following observations:

1. Contaminant was continuously released from the same source point;
2. Well TT-26 was the only major contributor of the contaminant to the WTP; and
3. Well TT-26 was in operation during most of the period of interest.

With the above observations in mind, the earliest arrival time problem was formulated as

$$
\begin{aligned}
&\underset{q_i \in R^n}{Max}\ C_i = f(q_1, \ldots, q_i) \\
&s.t. \\
&0 \le q_i \le w_i \\
&\sum_{j=1}^{n} q_{ij} = Q_{Ti} \\
&q_k = q_k^* \ \ (k = 1, \ldots, i-1)
\end{aligned} \qquad (2)
$$

in which $C_i$ is the contaminant concentration in the WTP at stress period $i$; $n$ is the number of active water-supply wells in stress period $i$; $q_i$ is an $n$ dimensional vector of pumping rates at stress period $i$; $w_i$ is an $n$ dimensional vector of upper bound of $q_i$ at stress period $i$ (pumping capacities); $Q_{Ti}$ is the total water demand at stress period $i$; and $q_k^*$ is the optimal pumping schedule for stress period $k$.

Because $q_1, \ldots, q_{i-1}$ are known, $C_i$ is only a function of $q_i$. Thus, to obtain the earliest arrival time (i.e. the maximum contaminant concentration $C_i$), only the pumping schedule for stress period $i$ needs to be optimized. By formulating the problem in such a way, the dimensions of the problem and, in turn, the computational demands are reduced significantly.

The optimization problem for latest contaminant arrival was formulated in a similar manner, and, owing to brevity, is not described herein.

Downloaded from ascelibrary.org by Carleton University on 11/04/20. Copyright ASCE. For personal use only; all rights reserved.

Downloaded from ascelibrary.org by Carleton University on 11/04/20. Copyright ASCE. For personal use only; all rights reserved.

***Optimization Methodology***

Optimization problem (2) is a non-linear problem with linear constraints. Moreover, the objective function is non-concave/non-convex. For similar problems in groundwater quality management, global optimization methods, such as genetic algorithms (GAs), simulated annealing, and tabu search, have been proposed. Such methods can provide a global or near-global optimum strategy when coupled with other groundwater simulation models. However, despite progress in theoretical studies, the application of these approaches has been limited because of large computational demands (Zheng and Wang, 2002).

To reduce the computational cost, PSOpS employs a combination of the "rank-and-assign" method and improved Conjugate Gradient method coupled with groundwater and contaminant fate-and-transport simulation models to solve the optimization problem described above. The rank-and-assign method is an optimization method developed uniquely for PSOpS. It assigns values to decision variables according to gradients and constraints to obtain optimum solution.

For example, to optimize a pumping schedule for maximum contaminant concentration by using the rank-and-assign method, the gradient $\partial C_i / \partial q_{ij}$ at the initial pumping schedule is first calculated for each active water-supply well and then the results are sorted. During the calculation, simulation models MODFLOW and MT3DMS are applied to calculate the contaminant concentrations in the water-supply wells and at the WTP. The total pumping demand, fixed for each stress period, is first assigned to the well with the highest $\partial C_i / \partial q_{ij}$ value until the pumping capacity of the well is exhausted. Then, the remaining pumping demand is assigned to the well with the second highest gradient value until the capacity of that well is exhausted. This process continues until the total pumping demand has been fully distributed to pumping wells.

For the updated pumping schedule (new solution), the $\partial C_i / \partial q_{ij}$ value for each pumping well is evaluated and sorted again. If the new sequence of $\partial C_i / \partial q_{ij}$ values is the same as the previous sequence, then the new pumping schedule is an optimum solution. If the sequences are not the same, and the contaminant concentration under the updated pumping schedule is higher than the original concentration, the pumping schedule will be updated by following the aforementioned procedure. Otherwise, the pumping schedule will be updated using the improved Conjugate Gradient method.

The solution obtained from the rank-and-assign method has been proven to be at least a local optimum for our non-linear problem. However, because the problem is not concave, a local optimum is not guaranteed to be a global optimum. Therefore solution from PSOpS needs to be further evaluated by post-processing to guarantee its global optimality.

As stated previously, for each stress period, the rank-and-assign method is applied first. If the optimum solution can not be obtained from the rank-and-assign optimization, an improved Conjugate Gradient method is used. This method is similar to the traditional Conjugate Gradient method, except that the rankings of active pumping wells in the last two $\partial C_i / \partial q_{ij}$ sequences from the rank-and-assign method are compared, and wells with same ranking in both sequences are exempted from the

Case 7:23-cv-00897-RJ Document 397-23 Filed 06/04/25 Page 6 of 11

optimization procedure. Thus, the dimensions of the optimization problem can be reduced significantly along with the computational cost.

In our study, PSOpS updated the entire pumping schedule within four days of computational time and proved to be quite cost-efficient given the large scale of the problem. One of the reasons for this performance is the implementation of the rank-and-assign optimization method. To highlight the point, among the 434 updated stress periods, only three of them were updated by the improved Conjugate Gradient method, while 431 stress periods were updated by the rank-and-assign method. The results also show that the rank-and-assign optimization for most of the stress periods converged within two iterations, reducing the computational requirement significantly.

### *Results and Discussion*

After the simulation and optimization with PSOpS, post-processing was conducted to calibrate the resulted pumping schedules. In the numerical results discussed here, the original pumping schedule from the ATSDR modeling team is identified as "Original Schedule" (Org. Sche.), and schedules for earliest and latest PCE arrivals obtained by PSOpS are identified as "Maximum Schedule" (Max. Sche.) and "Minimum Schedule" (Min. Sche.), respectively.

According to the Maximum Schedule, the earliest PCE MCL arrival time at the WTP should be November 1956 (stress period 71). An optimization process for maximum PCE concentration in stress period 70 showed that it was impossible for the concentration at the WTP to reach 5 ppb by stress period 70, which meant the solution obtained by PSOpS was the global optimum for earliest PCE MCL arrival time. Similar post-processing was done to the Minimum Schedule to prove its global optimality.

Using updated pumping schedules as input, the PCE concentration distribution in water-supply wells was generated by MODFLOW and MT3DMS simulations. The resulting PCE concentration was much higher at pumping well TT-26 than at the other supply wells, probably because well TT-26 is located about 900 feet (274 meters) down-gradient (south) of ABC One-Hour Cleaners.

PCE concentration distribution in well TT-26 and its pumping rate relative to the total water demand under different pumping schedules are shown in Figure 2 and Figure 3, respectively. From Figure 2, one can see that at most times the PCE concentration in well TT-26 is much higher than the 5 ppb MCL and that TT-26 is the major contaminant source to the WTP.

In Figure 3, comparing to the pumping capacity of well TT-26, under the Maximum Schedule well TT-26 is always pumping at its maximum rate**.** This behavior is logical because a higher pumping rate in TT-26 causes a greater hydraulic gradient, thereby, resulting in higher groundwater velocities and more rapid contaminant migration from the source point to the well. In contrast, under the Minimum Schedule, well TT-26 is either pumping at a much lower rate or not even pumping at all, delaying the movement of contaminant towards the well. Also, increased pumping rates in other wells can cause the contaminant to be more evenly distributed throughout the groundwater system.

Downloaded from ascelibrary.org by Carleton University on 11/04/20. Copyright ASCE. For personal use only; all rights reserved.



Copyright ASCE 2007



World Environmental and Water Resources Congress 2007

Comparing Figure 2 to Figure 3 also shows that the change in pumping rate at well TT-26 under Minimum Schedule is larger than the Maximum Schedule rate, causing a greater difference in PCE concentration and PCE arrival time at that well.




**Figure 2. Simulated PCE concentration in well TT-26**




**Figure 3. Simulated ratio of well TT-26 pumping rate to total water demand**

Figure 4 is a plot of PCE concentrations at the WTP under different pumping schedules calculated by using equation (1). From Figure 4, the PCE concentration at the WTP can be as high as 350 ppb or as low as the trace concentration. Under the Minimum Schedule, the PCE concentration in the WDS is lower than the PCE MCL during almost half of the period of interest because well TT-26 is the major contaminant source. According to equation (1), a higher pumping rate in well TT-26

Downloaded from ascelibrary.org by Carleton University on 11/04/20. Copyright ASCE. For personal use only; all rights reserved.



Copyright ASCE 2007 

World Environmental and Water Resources Congress 2007

causes higher PCE concentrations at the well and in turn a higher PCE concentration at the WTP. However, a zero pumping rate at well TT-26 makes the PCE concentration at the WTP almost undetectable.

A close look at the simulation results reveals that the PCE MCL arrival time at the WTP changes from October 1957 under the Original Schedule to November 1956 under the Maximum Schedule. Under the Minimum Schedule, the PCE MCL arrival time changes from October 1957 to May 1960. The much larger time difference under Minimum Schedule, again, is caused by the much larger change in pumping rate at well TT-26.




**Figure 4. Simulated PCE concentration at the Tarawa Terrace WTP under different pumping schedules**

To show the variation of contaminant distribution in the groundwater system caused by different pumping schedules, PCE concentration distributions in layer 3 for stress period 300 are compared in Figure 5. In these illustrations, the contaminant plume is more aggregated and directed toward pumping well TT-26 due to pumping under the Maximum Schedule. Under the Minimum Schedule, however, the contaminant plume is comparatively more evenly distributed throughout the subsurface, and the plume front tends to move away from the location of well TT-26.

Calculation of total contaminant mass withdrawn by water-supply wells indicates that under the Maximum Schedule, 36.86% of contaminant mass is withdrawn, compared with 20.07% for the Original Schedule. Under the Minimum Schedule, the percentage is reduced to 1.84%, which is only 5% of the withdrawal rate of the Maximum Schedule.

A summary of simulation results comparing the different pumping schedules is given in Table 1.

Downloaded from ascelibrary.org by Carleton University on 11/04/20. Copyright ASCE. For personal use only; all rights reserved.

© 2007 ASCE

Downloaded from ascelibrary.org by Carleton University on 11/04/20. Copyright ASCE. For personal use only; all rights reserved.




**Figure 5. Simulated PCE distribution in the subsurface from model layer 3 under different pumping schedules (unit: ppb)**

**Table 1. Simulation results for different pumping schedules**

| Pumping Schedule | Original | Maximum | Minimum |
|---|---|---|---|
| PCE MCL Arrival Date at WTP | 10/1957 | 11/1956 | 05/1960 |
| Max. PCE Conc. in WTP (ppb) | 218.60 | 345.82 | 53.53 |
| Total PCE Mass Withdrawn (g) | $2.81\times10^6$ | $5.16\times10^6$ | $2.57\times10^5$ |
| Total PCE Mass Released (g) | $1.40\times10^7$ | $1.40\times10^7$ | $1.40\times10^7$ |
| Mass Withdrawn/Mass Released (%) | 20.07 | 36.86 | 1.84 |


Copyright ASCE 2007

Downloaded from ascelibrary.org by Carleton University on 11/04/20. Copyright ASCE. For personal use only; all rights reserved.

### *Conclusion*

In this study, the S/O procedure PSOpS was developed to evaluate variation in contaminant arrival times caused by changes in pumping schedules. This methodology has been applied to an epidemiologic study at U.S. Marine Corps Base Camp Lejeune, North Carolina, wherein historical exposures are being reconstructed. Pumping schedules for earliest and latest PCE arrival times at the Tarawa Terrace WTP were quantified and evaluated. Simulation results show that the pumping rate of well TT-26 is critical to the PCE concentration at the WTP. Variation in pumping schedule can cause a 43-month (3.5-year) difference in the PCE MCL arrival time at the WTP. Post-evaluation of PSOpS results shows that this S/O approach is effective in solving the problem described in this paper and may be applied to similar problems to generate reliable results in a cost-efficient manner.

### *Disclaimer*

The findings and conclusions in this article are those of the authors and do not necessarily represent the views of the Agency for Toxic Substances and Disease Registry or the U.S. Department of Health and Human Services.

### *References*

Maslia, M.L., Aral, M.M., and Sautner, J.B. (2003). "Reconstructing historical operations of water-distribution systems." *Proceedings World Water Environ. Resour. Congr.*, ASCE, 1265-1275.

McDonald, M.G., and Harbaugh, A.W. (1988). "A modular three-dimensional finite-difference ground-water flow model." *U.S. Geological Survey Techniques of Water-Resources Investigations*, Book 6, Chap. A2, Reston (VA): U.S. Geological Survey.

Nieuwenhuijsen, M., Paustenbach, D., and Duarte-Davidson, R. (2006). "New development in exposure assessment: The impact on the practice of health risk assessment and epidemiologic studies." *Environ. Int.*, 32(8), 996-1009.

Zheng, C., and Wang, P.P. (1999). *MT3DMS: A modular three-dimensional multi-species transport model* for *simulation of advection, dispersion and chemical reactions of contaminants in groundwater systems; documentation and user's guide*, Vicksburg (MS): U.S. Army Engineer Research and Development Center.

Zheng, C., and Wang, P.P. (2002). "A field demonstration of the simulation optimization approach for remediation system design." *Groundwater*, 40(3), 258-265.



Copyright ASCE 2007 

World Environmental and Water Resources Congress 2007